EXHIBIT B

## Delphi Ventures 01146.0SF046

| Number | Transaction Date | Class | Original | Balance Due |
|---|---|---|---|---|
| CM02251 | 30-Sep-05 | Invoice | $ 148.02 | $ - |
| | | **TOTAL PRE-PETITION** | | $ - |
| 9922527 | 14-Dec-06 | Invoice | $ 616.13 | $ 616.13 |
| | | **TOTAL POST-PETITION** | | $ 616.13 |
| | | **TOTAL OPEN INVOICES** | | $ 616.13 |

## Delphi Thermal  04119.0AD123

| Number | Transaction Date | Class | Original | | Balance Due | |
|--------|------------------|-------|----------|--|-------------|--|
| CC59989 | 31-Aug-05 | Invoice | $ | 470.28 | $ | 470.28 |
| CJ37369 | 30-Sep-05 | Invoice | $ | 364.44 | $ | 364.44 |
| | | **TOTAL PRE-PETITION** | | | $ | 834.72 |
| GW81308 | 31-Mar-07 | Invoice | $ | 658.49 | $ | 658.49 |
| HD51390 | 30-Apr-07 | Invoice | $ | 585.75 | $ | 585.75 |
| | | **TOTAL POST-PETITION** | | | **$ 1,244.24** | |
| | | **TOTAL OPEN INVOICES** | | | **$ 2,078.96** | |

**Delphi Packard  01322.0A3954**

| Number | Transaction Date | Class | Original | | Balance Due | |
|--------|------------------|-------|---------:|---|------------:|---|
| BY45948 | 31-Jul-05 | Invoice | $ | 10.29 | $ | 10.29 |
| BY45949 | 31-Jul-05 | Invoice | $ | 74.47 | $ | 74.47 |
| BY45950 | 31-Jul-05 | Invoice | $ | 4.54 | $ | 4.54 |
| BY45951 | 31-Jul-05 | Invoice | $ | 215.08 | $ | 215.08 |
| CN18528 | 30-Sep-05 | Invoice | $ | 5.29 | $ | 5.29 |
| CN18529 | 30-Sep-05 | Invoice | $ | 74.47 | $ | 74.47 |
| CN18530 | 30-Sep-05 | Invoice | $ | 4.54 | $ | 4.54 |
| CN18531 | 30-Sep-05 | Invoice | $ | 215.08 | $ | 215.08 |
| | | **TOTAL PRE-PETITION** | | | $ | 603.76 |
| HJ78248 | 30-Apr-07 | Invoice | $ | 5.38 | $ | 5.38 |
| HJ78249 | 30-Apr-07 | Invoice | $ | 75.65 | $ | 75.65 |
| HJ78250 | 30-Apr-07 | Invoice | $ | 4.61 | $ | 4.61 |
| HJ78251 | 30-Apr-07 | Invoice | $ | 218.50 | $ | 218.50 |
| | | **TOTAL POST-PETITION** | | | $ | 304.14 |
| | | **TOTAL OPEN INVOICES** | | | $ | 907.90 |

## Delphi Thermal  03221.0OV744

| Number | Transaction Date | Class | Original | | Balance Due | |
|--------|------------------|-------|----------|---|---|---|
| CF83202 | 31-Aug-05 | Invoice | $ | 117.00 | $ | 117.00 |
| CL77976 | 30-Sep-05 | Invoice | $ | 117.00 | $ | 117.00 |
| | | **TOTAL PRE-PETITION** | | | $ | **234.00** |
| HG23296 | 30-Apr-07 | Invoice | $ | 102.60 | $ | 102.60 |
| | | **TOTAL POST-PETITION** | | | $ | **102.60** |
| | | **TOTAL OPEN INVOICES** | | | $ | **336.60** |

## Delphi Harrison Thermal  03221.0OH744

| Number | Transaction Date | Class | Original | Balance Due |
|--------|------------------|-------|----------|-------------|
| CF82990 | 31-Aug-05 | Invoice | $ 1,240.43 | $ 1,240.43 |
| CF82994 | 31-Aug-05 | Invoice | $ 0.17 | $ 0.17 |
| CF82996 | 31-Aug-05 | Invoice | $ 0.67 | $ 0.67 |
| CF82998 | 31-Aug-05 | Invoice | $ 40.15 | $ 40.15 |
| CF83000 | 31-Aug-05 | Invoice | $ 63.17 | $ 63.17 |
| CF82999 | 31-Aug-05 | Invoice | $ 30.07 | $ 30.07 |
| CF82997 | 31-Aug-05 | Invoice | $ 48.72 | $ 48.72 |
| CF82995 | 31-Aug-05 | Invoice | $ 27.55 | $ 27.55 |
| CF82993 | 31-Aug-05 | Invoice | $ 0.17 | $ 0.17 |
| CF82991 | 31-Aug-05 | Invoice | $ 383.98 | $ 383.98 |
| CF82992 | 31-Aug-05 | Invoice | $ 30.24 | $ 30.24 |
| CL77767 | 30-Sep-05 | Invoice | $ 183.14 | $ 183.14 |
| CL77774 | 30-Sep-05 | Invoice | $ 48.72 | $ 48.72 |
| CL77777 | 30-Sep-05 | Invoice | $ 63.17 | $ 63.17 |
| CL77776 | 30-Sep-05 | Invoice | $ 30.07 | $ 30.07 |
| CL77775 | 30-Sep-05 | Invoice | $ 40.15 | $ 40.15 |
| CL77773 | 30-Sep-05 | Invoice | $ 0.67 | $ 0.67 |
| CL77768 | 30-Sep-05 | Invoice | $ 422.52 | $ 422.52 |
| CL77770 | 30-Sep-05 | Invoice | $ 0.17 | $ 0.17 |
| CL77771 | 30-Sep-05 | Invoice | $ 0.17 | $ 0.17 |
| CL77772 | 30-Sep-05 | Invoice | $ 27.55 | $ 27.55 |
| CL77769 | 30-Sep-05 | Invoice | $ 50.26 | $ 50.26 |

**TOTAL PRE-PETITION**  $ 2,731.91

| HG23057 | 30-Apr-07 | Invoice | $ 47.62 | $ 47.62 |
| HG23058 | 30-Apr-07 | Invoice | $ 388.91 | $ 388.91 |
| HG23059 | 30-Apr-07 | Invoice | $ 41.66 | $ 41.66 |
| HG23060 | 30-Apr-07 | Invoice | $ 0.19 | $ 0.19 |
| HG23061 | 30-Apr-07 | Invoice | $ 0.77 | $ 0.77 |
| HG23062 | 30-Apr-07 | Invoice | $ 33.02 | $ 33.02 |
| HG23063 | 30-Apr-07 | Invoice | $ 0.38 | $ 0.38 |
| HG23064 | 30-Apr-07 | Invoice | $ 53.95 | $ 53.95 |
| HG23065 | 30-Apr-07 | Invoice | $ 57.98 | $ 57.98 |
| HG23066 | 30-Apr-07 | Invoice | $ 29.18 | $ 29.18 |
| HG23067 | 30-Apr-07 | Invoice | $ 71.42 | $ 71.42 |

**TOTAL POST-PETITION**  $ 725.08

**TOTAL OPEN INVOICES**  $ 3,456.99

## Delphi  Thermal 03141.0L470D

| Number | Transaction Date | Class | Original | | Balance Due | |
|--------|------------------|-------|----------|--|-------------|--|
| CG04956 | 31-Aug-05 | Invoice | $ | 111.26 | $ | 111.26 |
| CG04958 | 31-Aug-05 | Invoice | $ | 13.82 | $ | 13.82 |
| CG04960 | 31-Aug-05 | Invoice | $ | 582.77 | $ | 582.77 |
| CG04962 | 31-Aug-05 | Invoice | $ | 39.17 | $ | 39.17 |
| CG04964 | 31-Aug-05 | Invoice | $ | 36.02 | $ | 36.02 |
| CG04966 | 31-Aug-05 | Invoice | $ | 18.79 | $ | 18.79 |
| CG04968 | 31-Aug-05 | Invoice | $ | 139.10 | $ | 139.10 |
| CG04972 | 31-Aug-05 | Invoice | $ | 365.00 | $ | 365.00 |
| CG04971 | 31-Aug-05 | Invoice | $ | 77.98 | $ | 77.98 |
| CG04970 | 31-Aug-05 | Invoice | $ | 5.18 | $ | 5.18 |
| CG04969 | 31-Aug-05 | Invoice | $ | 47.02 | $ | 47.02 |
| CG04967 | 31-Aug-05 | Invoice | $ | 2.81 | $ | 2.81 |
| CG04965 | 31-Aug-05 | Invoice | $ | 146.95 | $ | 146.95 |
| CG04963 | 31-Aug-05 | Invoice | $ | 242.90 | $ | 242.90 |
| CG04961 | 31-Aug-05 | Invoice | $ | 407.47 | $ | 407.47 |
| CG04959 | 31-Aug-05 | Invoice | $ | 1,424.84 | $ | 1,424.84 |
| CG04957 | 31-Aug-05 | Invoice | $ | 7.56 | $ | 7.56 |
| CM19117 | 30-Sep-05 | Invoice | $ | 7.56 | $ | 7.56 |
| CM19120 | 30-Sep-05 | Invoice | $ | 1,443.24 | $ | 1,443.24 |
| CM19122 | 30-Sep-05 | Invoice | $ | 326.49 | $ | 326.49 |
| CM19124 | 30-Sep-05 | Invoice | $ | 101.30 | $ | 101.30 |
| CM19126 | 30-Sep-05 | Invoice | $ | 117.07 | $ | 117.07 |
| CM19128 | 30-Sep-05 | Invoice | $ | 37.65 | $ | 37.65 |
| CM19133 | 30-Sep-05 | Invoice | $ | 224.01 | $ | 224.01 |
| CM19132 | 30-Sep-05 | Invoice | $ | 77.98 | $ | 77.98 |
| CM19131 | 30-Sep-05 | Invoice | $ | 5.18 | $ | 5.18 |
| CM19130 | 30-Sep-05 | Invoice | $ | 47.02 | $ | 47.02 |
| CM19129 | 30-Sep-05 | Invoice | $ | 139.10 | $ | 139.10 |
| CM19127 | 30-Sep-05 | Invoice | $ | 21.19 | $ | 21.19 |
| CM19125 | 30-Sep-05 | Invoice | $ | 36.02 | $ | 36.02 |
| CM19123 | 30-Sep-05 | Invoice | $ | 39.17 | $ | 39.17 |
| CM19121 | 30-Sep-05 | Invoice | $ | 582.77 | $ | 582.77 |
| CM19119 | 30-Sep-05 | Invoice | $ | 13.82 | $ | 13.82 |
| CM19118 | 30-Sep-05 | Invoice | $ | 7.56 | $ | 7.56 |
| | **TOTAL PRE-PETITION** | | | | $ | **6,895.77** |
| DF42838 | 31-Dec-05 | Invoice | $ | 1,425.48 | $ | 705.24 |
| DF42839 | 31-Dec-05 | Invoice | $ | 582.77 | $ | 582.77 |
| DF42840 | 31-Dec-05 | Invoice | $ | 450.07 | $ | 450.07 |
| DF42841 | 31-Dec-05 | Invoice | $ | 39.17 | $ | 39.17 |
| DF42842 | 31-Dec-05 | Invoice | $ | 101.30 | $ | 101.30 |
| DF42843 | 31-Dec-05 | Invoice | $ | 36.02 | $ | 36.02 |
| DF42844 | 31-Dec-05 | Invoice | $ | 117.07 | $ | 117.07 |
| DF42845 | 31-Dec-05 | Invoice | $ | 18.79 | $ | 18.79 |
| DF42846 | 31-Dec-05 | Invoice | $ | 3.67 | $ | 3.67 |
| DF42847 | 31-Dec-05 | Invoice | $ | 139.10 | $ | 139.10 |
| DF42848 | 31-Dec-05 | Invoice | $ | 47.02 | $ | 47.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DF42849 | 31-Dec-05 | Invoice | $ | 5.18 | $ | 5.18 |
| DF42850 | 31-Dec-05 | Invoice | $ | 77.98 | $ | 77.98 |
| DF42851 | 31-Dec-05 | Invoice | $ | 166.61 | $ | 166.61 |
| DR90208 | 28-Feb-06 | Invoice | $ | 287.48 | $ | 20.38 |
| EH60806 | 31-May-06 | Invoice | $ | 171.32 | $ | 48.10 |
| EP95786 | 30-Jun-06 | Invoice | $ | 104.87 | $ | 104.87 |
| EP95791 | 30-Jun-06 | Invoice | $ | 337.90 | $ | 337.90 |
| EP95793 | 30-Jun-06 | Invoice | $ | 178.08 | $ | 178.08 |
| EP95802 | 30-Jun-06 | Invoice | $ | 176.08 | $ | 176.08 |
| EP95801 | 30-Jun-06 | Invoice | $ | 80.14 | $ | 80.14 |
| EP95800 | 30-Jun-06 | Invoice | $ | 5.33 | $ | 5.33 |
| EP95799 | 30-Jun-06 | Invoice | $ | 48.32 | $ | 48.32 |
| EP95798 | 30-Jun-06 | Invoice | $ | 142.97 | $ | 142.97 |
| EP95797 | 30-Jun-06 | Invoice | $ | 3.77 | $ | 3.77 |
| EP95796 | 30-Jun-06 | Invoice | $ | 19.31 | $ | 19.31 |
| EP95795 | 30-Jun-06 | Invoice | $ | 120.32 | $ | 120.32 |
| EP95794 | 30-Jun-06 | Invoice | $ | 37.02 | $ | 37.02 |
| EP95792 | 30-Jun-06 | Invoice | $ | 40.26 | $ | 40.26 |
| EP95790 | 30-Jun-06 | Invoice | $ | 598.96 | $ | 598.96 |
| EP95787 | 30-Jun-06 | Invoice | $ | 28.51 | $ | 28.51 |
| EP95788 | 30-Jun-06 | Invoice | $ | 14.21 | $ | 14.21 |
| EP95789 | 30-Jun-06 | Invoice | $ | 1,499.71 | $ | 1,499.71 |
| FC17658 | 31-Aug-06 | Invoice | $ | 176.08 | $ | 107.41 |
| FJ14659 | 30-Sep-06 | Invoice | $ | 176.08 | $ | 162.80 |
| FX59653 | 30-Nov-06 | Invoice | $ | 126.25 | $ | 126.25 |
| FX59669 | 30-Nov-06 | Invoice | $ | 176.52 | $ | 176.52 |
| FX59668 | 30-Nov-06 | Invoice | $ | 80.14 | $ | 80.14 |
| FX59667 | 30-Nov-06 | Invoice | $ | 5.33 | $ | 5.33 |
| FX59666 | 30-Nov-06 | Invoice | $ | 48.32 | $ | 48.32 |
| FX59665 | 30-Nov-06 | Invoice | $ | 142.97 | $ | 142.97 |
| FX59664 | 30-Nov-06 | Invoice | $ | 3.77 | $ | 3.77 |
| FX59663 | 30-Nov-06 | Invoice | $ | 19.31 | $ | 19.31 |
| FX59662 | 30-Nov-06 | Invoice | $ | 171.84 | $ | 171.84 |
| FX59661 | 30-Nov-06 | Invoice | $ | 37.02 | $ | 37.02 |
| FX59656 | 30-Nov-06 | Invoice | $ | 1,467.85 | $ | 1,467.85 |
| FX59657 | 30-Nov-06 | Invoice | $ | 598.96 | $ | 598.96 |
| FX59658 | 30-Nov-06 | Invoice | $ | 338.12 | $ | 338.12 |
| FX59660 | 30-Nov-06 | Invoice | $ | 111.22 | $ | 111.22 |
| FX59659 | 30-Nov-06 | Invoice | $ | 40.26 | $ | 40.26 |
| FX59655 | 30-Nov-06 | Invoice | $ | 14.21 | $ | 14.21 |
| FX59654 | 30-Nov-06 | Invoice | $ | 7.77 | $ | 7.77 |
| GF84264 | 31-Dec-06 | Invoice | $ | 9.99 | $ | 9.99 |
| GF84279 | 31-Dec-06 | Invoice | $ | 80.14 | $ | 80.14 |
| GF84278 | 31-Dec-06 | Invoice | $ | 5.33 | $ | 5.33 |
| GF84277 | 31-Dec-06 | Invoice | $ | 48.32 | $ | 48.32 |
| GF84276 | 31-Dec-06 | Invoice | $ | 142.97 | $ | 142.97 |
| GF84275 | 31-Dec-06 | Invoice | $ | 3.77 | $ | 3.77 |
| GF84274 | 31-Dec-06 | Invoice | $ | 19.31 | $ | 19.31 |
| GF84273 | 31-Dec-06 | Invoice | $ | 197.61 | $ | 197.61 |
| GF84272 | 31-Dec-06 | Invoice | $ | 37.02 | $ | 37.02 |
| GF84271 | 31-Dec-06 | Invoice | $ | 111.22 | $ | 111.22 |
| GF84280 | 31-Dec-06 | Invoice | $ | 176.52 | $ | 176.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GF84266 | 31-Dec-06 | Invoice | $ | 14.21 | $ | 14.21 |
| GF84267 | 31-Dec-06 | Invoice | $ | 1,467.85 | $ | 1,467.85 |
| GF84268 | 31-Dec-06 | Invoice | $ | 598.96 | $ | 598.96 |
| GF84270 | 31-Dec-06 | Invoice | $ | 40.26 | $ | 40.26 |
| GF84269 | 31-Dec-06 | Invoice | $ | 338.12 | $ | 338.12 |
| GF84265 | 31-Dec-06 | Invoice | $ | 7.77 | $ | 7.77 |
| GL48225 | 31-Jan-07 | Invoice | $ | 242.51 | $ | 242.51 |
| GL48231 | 31-Jan-07 | Invoice | $ | 40.26 | $ | 40.26 |
| GL48241 | 31-Jan-07 | Invoice | $ | 176.08 | $ | 176.08 |
| GL48240 | 31-Jan-07 | Invoice | $ | 80.14 | $ | 80.14 |
| GL48239 | 31-Jan-07 | Invoice | $ | 5.33 | $ | 5.33 |
| GL48238 | 31-Jan-07 | Invoice | $ | 48.32 | $ | 48.32 |
| GL48237 | 31-Jan-07 | Invoice | $ | 142.97 | $ | 142.97 |
| GL48236 | 31-Jan-07 | Invoice | $ | 3.77 | $ | 3.77 |
| GL48235 | 31-Jan-07 | Invoice | $ | 19.31 | $ | 19.31 |
| GL48234 | 31-Jan-07 | Invoice | $ | 120.32 | $ | 120.32 |
| GL48233 | 31-Jan-07 | Invoice | $ | 37.02 | $ | 37.02 |
| GL48232 | 31-Jan-07 | Invoice | $ | 111.22 | $ | 111.22 |
| GL48230 | 31-Jan-07 | Invoice | $ | 338.12 | $ | 338.12 |
| GL48226 | 31-Jan-07 | Invoice | $ | 7.77 | $ | 7.77 |
| GL48227 | 31-Jan-07 | Invoice | $ | 14.21 | $ | 14.21 |
| GL48228 | 31-Jan-07 | Invoice | $ | 1,467.85 | $ | 1,467.85 |
| GL48229 | 31-Jan-07 | Invoice | $ | 598.96 | $ | 598.96 |
| GS99537 | 28-Feb-07 | Invoice | $ | 9.99 | $ | 9.99 |
| GS99542 | 28-Feb-07 | Invoice | $ | 338.12 | $ | 338.12 |
| GS99544 | 28-Feb-07 | Invoice | $ | 111.22 | $ | 111.22 |
| GS99553 | 28-Feb-07 | Invoice | $ | 176.08 | $ | 176.08 |
| GS99552 | 28-Feb-07 | Invoice | $ | 80.14 | $ | 80.14 |
| GS99551 | 28-Feb-07 | Invoice | $ | 5.33 | $ | 5.33 |
| GS99550 | 28-Feb-07 | Invoice | $ | 48.32 | $ | 48.32 |
| GS99549 | 28-Feb-07 | Invoice | $ | 142.97 | $ | 142.97 |
| GS99548 | 28-Feb-07 | Invoice | $ | 29.47 | $ | 29.47 |
| GS99547 | 28-Feb-07 | Invoice | $ | 19.31 | $ | 19.31 |
| GS99546 | 28-Feb-07 | Invoice | $ | 133.25 | $ | 133.25 |
| GS99545 | 28-Feb-07 | Invoice | $ | 37.02 | $ | 37.02 |
| GS99543 | 28-Feb-07 | Invoice | $ | 40.26 | $ | 40.26 |
| GS99541 | 28-Feb-07 | Invoice | $ | 598.96 | $ | 598.96 |
| GS99538 | 28-Feb-07 | Invoice | $ | 7.77 | $ | 7.77 |
| GS99539 | 28-Feb-07 | Invoice | $ | 14.21 | $ | 14.21 |
| GS99540 | 28-Feb-07 | Invoice | $ | 1,467.85 | $ | 1,467.85 |
| HB78975 | 31-Mar-07 | Invoice | $ | 2.41 | $ | 2.41 |
| HB78973 | 31-Mar-07 | Invoice | $ | 598.96 | $ | 598.96 |
| HB78976 | 31-Mar-07 | Invoice | $ | 40.26 | $ | 40.26 |
| HB78985 | 31-Mar-07 | Invoice | $ | 80.14 | $ | 80.14 |
| HB78984 | 31-Mar-07 | Invoice | $ | 5.33 | $ | 5.33 |
| HB78983 | 31-Mar-07 | Invoice | $ | 48.32 | $ | 48.32 |
| HB78982 | 31-Mar-07 | Invoice | $ | 142.97 | $ | 142.97 |
| HB78981 | 31-Mar-07 | Invoice | $ | 4.88 | $ | 4.88 |
| HB78980 | 31-Mar-07 | Invoice | $ | 19.31 | $ | 19.31 |
| HB78979 | 31-Mar-07 | Invoice | $ | 120.32 | $ | 120.32 |
| HB78978 | 31-Mar-07 | Invoice | $ | 69.40 | $ | 69.40 |
| HB78977 | 31-Mar-07 | Invoice | $ | 111.22 | $ | 111.22 |

| | | | | | | |
|---|---|---|---|---:|---|---:|
| HB78986 | 31-Mar-07 | Invoice | $ | 176.08 | $ | 176.08 |
| HB78974 | 31-Mar-07 | Invoice | $ | 338.12 | $ | 338.12 |
| HB78972 | 31-Mar-07 | Invoice | $ | 1,467.85 | $ | 1,467.85 |
| HB78969 | 31-Mar-07 | Invoice | $ | 117.22 | $ | 117.22 |
| HB78970 | 31-Mar-07 | Invoice | $ | 7.77 | $ | 7.77 |
| HB78971 | 31-Mar-07 | Invoice | $ | 14.21 | $ | 14.21 |
| HH81706 | 30-Apr-07 | Invoice | $ | 15.83 | $ | 15.83 |
| HH81707 | 30-Apr-07 | Invoice | $ | 7.77 | $ | 7.77 |
| HH81708 | 30-Apr-07 | Invoice | $ | 14.21 | $ | 14.21 |
| HH81709 | 30-Apr-07 | Invoice | $ | 1,552.06 | $ | 1,552.06 |
| HH81710 | 30-Apr-07 | Invoice | $ | 598.96 | $ | 598.96 |
| HH81711 | 30-Apr-07 | Invoice | $ | 338.12 | $ | 338.12 |
| HH81712 | 30-Apr-07 | Invoice | $ | 40.26 | $ | 40.26 |
| HH81713 | 30-Apr-07 | Invoice | $ | 111.22 | $ | 111.22 |
| HH81714 | 30-Apr-07 | Invoice | $ | 73.88 | $ | 73.88 |
| HH81715 | 30-Apr-07 | Invoice | $ | 120.32 | $ | 120.32 |
| HH81716 | 30-Apr-07 | Invoice | $ | 19.31 | $ | 19.31 |
| HH81717 | 30-Apr-07 | Invoice | $ | 42.30 | $ | 42.30 |
| HH81718 | 30-Apr-07 | Invoice | $ | 142.97 | $ | 142.97 |
| HH81719 | 30-Apr-07 | Invoice | $ | 48.32 | $ | 48.32 |
| HH81720 | 30-Apr-07 | Invoice | $ | 5.33 | $ | 5.33 |
| HH81721 | 30-Apr-07 | Invoice | $ | 80.14 | $ | 80.14 |
| HH81722 | 30-Apr-07 | Invoice | $ | 176.08 | $ | 176.08 |

**TOTAL POST-PETITION**          $26,419.95

**TOTAL OPEN INVOICES**          $33,315.72

## Delphi Energy and Chassis  03141.0DM701

| Number | Transaction Date | Class | Original | Balance Due |
|--------|------------------|-------|----------|-------------|
| CM14499 | 30-Sep-05 | Invoice | $ 279.29 | $ - |
| CM14500 | 30-Sep-05 | Invoice | $ 340.64 | $ - |
| CM14501 | 30-Sep-05 | Invoice | $ 121.47 | $ - |
| CM14502 | 30-Sep-05 | Invoice | $ 54.22 | $ - |
| CM14503 | 30-Sep-05 | Invoice | $ 132.14 | $ - |
| | | **TOTAL PRE-PETITION** | **$** | **-** |
| | | | $ | - |
| CY58933 | 30-Nov-05 | Invoice | $ 23.80 | $ 23.80 |
| CY58934 | 30-Nov-05 | Invoice | $ 111.86 | $ 111.86 |
| DF38096 | 31-Dec-05 | Invoice | $ 2.62 | $ 2.62 |
| DN05832 | 31-Jan-06 | Invoice | $ 2.16 | $ 2.16 |
| DR85492 | 28-Feb-06 | Invoice | $ 43.00 | $ 43.00 |
| DX51407 | 31-Mar-06 | Invoice | $ 17.20 | $ 17.20 |
| EH55939 | 31-May-06 | Invoice | $ 6.05 | $ 6.05 |
| EP90893 | 30-Jun-06 | Invoice | $ 5.38 | $ 5.38 |
| EW41125 | 31-Jul-06 | Invoice | $ 5.38 | $ 5.38 |
| FC12776 | 31-Aug-06 | Invoice | $ 41.50 | $ 41.50 |
| FJ09720 | 30-Sep-06 | Invoice | $ 23.44 | $ 23.44 |
| FT89314 | 31-Oct-06 | Invoice | $ 23.44 | $ 23.44 |
| FX54670 | 30-Nov-06 | Invoice | $ 5.38 | $ 5.38 |
| GF79205 | 31-Dec-06 | Invoice | $ 5.38 | $ 5.38 |
| GL43008 | 31-Jan-07 | Invoice | $ 5.38 | $ 5.38 |
| GS93807 | 28-Feb-07 | Invoice | $ 5.38 | $ 5.38 |
| HB73025 | 31-Mar-07 | Invoice | $ 5.38 | $ 5.38 |
| HH75700 | 30-Apr-07 | Invoice | $ 5.38 | $ 5.38 |
| | | **TOTAL POST-PETITION** | **$ 338.11** | |
| | | **TOTAL OPEN INVOICES** | **$ 338.11** | |

## Delphi Diesel Aftermarket  03141.0DM669

| Number | Transaction Date | Class | Original | | Balance Due | |
|--------|------------------|-------|---------:|---|---------:|---|
| CG00244 | 31-Aug-05 | Invoice | $ | 0.86 | $ | 0.86 |
| CG00249 | 31-Aug-05 | Invoice | $ | 1.08 | $ | 1.08 |
| CG00251 | 31-Aug-05 | Invoice | $ | 2.59 | $ | 2.59 |
| CG00253 | 31-Aug-05 | Invoice | $ | 13.61 | $ | 13.61 |
| CG00256 | 31-Aug-05 | Invoice | $ | 2.59 | $ | 2.59 |
| CG00255 | 31-Aug-05 | Invoice | $ | 3.89 | $ | 3.89 |
| CG00254 | 31-Aug-05 | Invoice | $ | 4.54 | $ | 4.54 |
| CG00252 | 31-Aug-05 | Invoice | $ | 14.26 | $ | 14.26 |
| CG00250 | 31-Aug-05 | Invoice | $ | 9.29 | $ | 9.29 |
| CG00248 | 31-Aug-05 | Invoice | $ | 39.10 | $ | 39.10 |
| CG00245 | 31-Aug-05 | Invoice | $ | 42.98 | $ | 42.98 |
| CG00246 | 31-Aug-05 | Invoice | $ | 17.93 | $ | 17.93 |
| CG00247 | 31-Aug-05 | Invoice | $ | 3.89 | $ | 3.89 |
| CM14386 | 30-Sep-05 | Invoice | $ | 0.86 | $ | 0.86 |
| CM14388 | 30-Sep-05 | Invoice | $ | 17.93 | $ | 17.93 |
| CM14390 | 30-Sep-05 | Invoice | $ | 39.10 | $ | 39.10 |
| CM14392 | 30-Sep-05 | Invoice | $ | 9.29 | $ | 9.29 |
| CM14394 | 30-Sep-05 | Invoice | $ | 14.26 | $ | 14.26 |
| CM14396 | 30-Sep-05 | Invoice | $ | 30.73 | $ | 30.73 |
| CM14398 | 30-Sep-05 | Invoice | $ | 2.59 | $ | 2.59 |
| CM14397 | 30-Sep-05 | Invoice | $ | 3.89 | $ | 3.89 |
| CM14395 | 30-Sep-05 | Invoice | $ | 64.79 | $ | 64.79 |
| CM14393 | 30-Sep-05 | Invoice | $ | 2.59 | $ | 2.59 |
| CM14391 | 30-Sep-05 | Invoice | $ | 1.08 | $ | 1.08 |
| CM14389 | 30-Sep-05 | Invoice | $ | 3.89 | $ | 3.89 |
| CM14387 | 30-Sep-05 | Invoice | $ | 208.12 | $ | 208.12 |
| | **TOTAL PRE-PETITION** | | | | $ | 555.73 |
| HB72916 | 31-Mar-07 | Invoice | $ | 2.00 | $ | 2.00 |
| HB72917 | 31-Mar-07 | Invoice | $ | 46.62 | $ | 46.62 |
| HB72918 | 31-Mar-07 | Invoice | $ | 22.42 | $ | 22.42 |
| HB72921 | 31-Mar-07 | Invoice | $ | 1.11 | $ | 1.11 |
| HB72922 | 31-Mar-07 | Invoice | $ | 9.55 | $ | 9.55 |
| HB72920 | 31-Mar-07 | Invoice | $ | 45.29 | $ | 45.29 |
| HB72919 | 31-Mar-07 | Invoice | $ | 4.00 | $ | 4.00 |
| HB72923 | 31-Mar-07 | Invoice | $ | 20.87 | $ | 20.87 |
| HB72925 | 31-Mar-07 | Invoice | $ | 21.53 | $ | 21.53 |
| HB72928 | 31-Mar-07 | Invoice | $ | 2.66 | $ | 2.66 |
| HB72927 | 31-Mar-07 | Invoice | $ | 4.00 | $ | 4.00 |
| HB72926 | 31-Mar-07 | Invoice | $ | 6.44 | $ | 6.44 |
| HB72924 | 31-Mar-07 | Invoice | $ | 16.65 | $ | 16.65 |
| HH75592 | 30-Apr-07 | Invoice | $ | 45.21 | $ | 45.21 |
| HH75593 | 30-Apr-07 | Invoice | $ | 46.62 | $ | 46.62 |
| HH75594 | 30-Apr-07 | Invoice | $ | 22.42 | $ | 22.42 |
| HH75595 | 30-Apr-07 | Invoice | $ | 4.00 | $ | 4.00 |
| HH75596 | 30-Apr-07 | Invoice | $ | 45.29 | $ | 45.29 |
| HH75597 | 30-Apr-07 | Invoice | $ | 20.72 | $ | 20.72 |

| HH75598 | 30-Apr-07 | Invoice | $ | 1.11 | $ | 1.11 |
| HH75599 | 30-Apr-07 | Invoice | $ | 9.55 | $ | 9.55 |
| HH75600 | 30-Apr-07 | Invoice | $ | 71.39 | $ | 71.39 |
| HH75601 | 30-Apr-07 | Invoice | $ | 16.65 | $ | 16.65 |
| HH75602 | 30-Apr-07 | Invoice | $ | 21.53 | $ | 21.53 |
| HH75603 | 30-Apr-07 | Invoice | $ | 9.76 | $ | 9.76 |
| HH75604 | 30-Apr-07 | Invoice | $ | 4.00 | $ | 4.00 |
| HH75605 | 30-Apr-07 | Invoice | $ | 2.66 | $ | 2.66 |

**TOTAL POST-PETITION** $ **524.05**

**TOTAL OPEN INVOICES** $ **1,079.78**

## Delphi AHG  03141.0DMACB

| Number | Transaction Date | Class | Original | Balance Due |
|--------|------|-------|----------|-------------|
| CB21409 | 31-Jul-05 | Invoice | $ 6,458.88 | $ 6,458.88 |
| CB21411 | 31-Jul-05 | Invoice | $ 309.70 | $ 309.70 |
| CB21412 | 31-Jul-05 | Invoice | $ 222.70 | $ 222.70 |
| CB21410 | 31-Jul-05 | Invoice | $ 206.76 | $ 206.76 |
| CB21413 | 31-Jul-05 | Invoice | $ 27.85 | $ 27.85 |
| CB21415 | 31-Jul-05 | Invoice | $ 105.70 | $ 105.70 |
| CB21417 | 31-Jul-05 | Invoice | $ 904.38 | $ 904.38 |
| CB21419 | 31-Jul-05 | Invoice | $ 2,503.70 | $ 2,503.70 |
| CB21418 | 31-Jul-05 | Invoice | $ 258.94 | $ 258.94 |
| CB21416 | 31-Jul-05 | Invoice | $ 685.55 | $ 685.55 |
| CB21414 | 31-Jul-05 | Invoice | $ 465.28 | $ 465.28 |
| CG01037 | 31-Aug-05 | Invoice | $ 803.02 | $ 803.02 |
| CG01038 | 31-Aug-05 | Invoice | $ 38.88 | $ 38.88 |
| CG01039 | 31-Aug-05 | Invoice | $ 19.22 | $ 19.22 |
| CG01041 | 31-Aug-05 | Invoice | $ 1.73 | $ 1.73 |
| CG01043 | 31-Aug-05 | Invoice | $ 5.62 | $ 5.62 |
| CG01045 | 31-Aug-05 | Invoice | $ 77.65 | $ 77.65 |
| CG01047 | 31-Aug-05 | Invoice | $ 884.88 | $ 884.88 |
| CG01046 | 31-Aug-05 | Invoice | $ 40.32 | $ 40.32 |
| CG01044 | 31-Aug-05 | Invoice | $ 42.55 | $ 42.55 |
| CG01042 | 31-Aug-05 | Invoice | $ 27.86 | $ 27.86 |
| CG01040 | 31-Aug-05 | Invoice | $ 13.82 | $ 13.82 |
| CM15189 | 30-Sep-05 | Invoice | $ 152.41 | $ 152.41 |
| CM15196 | 30-Sep-05 | Invoice | $ 42.55 | $ 42.55 |
| CM15199 | 30-Sep-05 | Invoice | $ 724.46 | $ 724.46 |
| CM15198 | 30-Sep-05 | Invoice | $ 37.30 | $ 37.30 |
| CM15197 | 30-Sep-05 | Invoice | $ 77.65 | $ 77.65 |
| CM15195 | 30-Sep-05 | Invoice | $ 5.62 | $ 5.62 |
| CM15190 | 30-Sep-05 | Invoice | $ 10.80 | $ 10.80 |
| CM15192 | 30-Sep-05 | Invoice | $ 13.82 | $ 13.82 |
| CM15193 | 30-Sep-05 | Invoice | $ 1.73 | $ 1.73 |
| CM15194 | 30-Sep-05 | Invoice | $ 27.86 | $ 27.86 |
| CM15191 | 30-Sep-05 | Invoice | $ 19.22 | $ 19.22 |

|  |  | **TOTAL PRE-PETITION** | | **$15,218.41** |
|--------|------|-------|----------|-------------|
| CU60903 | 31-Oct-05 | Invoice | $ 10.80 | $ 10.80 |
| CU60904 | 31-Oct-05 | Invoice | $ 19.22 | $ 19.22 |
| CU60905 | 31-Oct-05 | Invoice | $ 13.82 | $ 13.82 |
| CU60906 | 31-Oct-05 | Invoice | $ 1.73 | $ 1.73 |
| CU60910 | 31-Oct-05 | Invoice | $ 33.70 | $ 33.70 |
| CU60912 | 31-Oct-05 | Invoice | $ 37.30 | $ 37.30 |
| CU60914 | 31-Oct-05 | Invoice | $ 472.19 | $ 472.19 |
| CU60915 | 31-Oct-05 | Invoice | $ 246.55 | $ 246.55 |
| CU60913 | 31-Oct-05 | Invoice | $ 728.95 | $ 728.95 |
| CU60911 | 31-Oct-05 | Invoice | $ 77.65 | $ 77.65 |
| CU60909 | 31-Oct-05 | Invoice | $ 42.55 | $ 42.55 |
| CU60908 | 31-Oct-05 | Invoice | $ 5.62 | $ 5.62 |

| | | | | | |
|---|---|---|---|---:|---:|
| CU60907 | 31-Oct-05 | Invoice | $ | 27.86 | $ 27.86 |
| GL43728 | 31-Jan-07 | Invoice | $ | 530.37 | $ 530.37 |
| GL43729 | 31-Jan-07 | Invoice | $ | 0.89 | $ 0.89 |
| GL43730 | 31-Jan-07 | Invoice | $ | 11.10 | $ 11.10 |
| GL43731 | 31-Jan-07 | Invoice | $ | 19.76 | $ 19.76 |
| GL43735 | 31-Jan-07 | Invoice | $ | 6.22 | $ 6.22 |
| GL43737 | 31-Jan-07 | Invoice | $ | 34.63 | $ 34.63 |
| GL43739 | 31-Jan-07 | Invoice | $ | 299.96 | $ 299.96 |
| GL43741 | 31-Jan-07 | Invoice | $ | 383.92 | $ 383.92 |
| GL43743 | 31-Jan-07 | Invoice | $ | 787.58 | $ 787.58 |
| GL43752 | 31-Jan-07 | Invoice | $ | 244.87 | $ 244.87 |
| GL43751 | 31-Jan-07 | Invoice | $ | 46.51 | $ 46.51 |
| GL43750 | 31-Jan-07 | Invoice | $ | 132.90 | $ 132.90 |
| GL43749 | 31-Jan-07 | Invoice | $ | 23.20 | $ 23.20 |
| GL43748 | 31-Jan-07 | Invoice | $ | 64.05 | $ 64.05 |
| GL43747 | 31-Jan-07 | Invoice | $ | 745.72 | $ 745.72 |
| GL43746 | 31-Jan-07 | Invoice | $ | 38.33 | $ 38.33 |
| GL43745 | 31-Jan-07 | Invoice | $ | 305.97 | $ 305.97 |
| GL43744 | 31-Jan-07 | Invoice | $ | 112.95 | $ 112.95 |
| GL43759 | 31-Jan-07 | Invoice | $ | 16.87 | $ 16.87 |
| GL43758 | 31-Jan-07 | Invoice | $ | 3.55 | $ 3.55 |
| GL43757 | 31-Jan-07 | Invoice | $ | 32.63 | $ 32.63 |
| GL43756 | 31-Jan-07 | Invoice | $ | 117.33 | $ 117.33 |
| GL43755 | 31-Jan-07 | Invoice | $ | 3.11 | $ 3.11 |
| GL43754 | 31-Jan-07 | Invoice | $ | 5.77 | $ 5.77 |
| GL43753 | 31-Jan-07 | Invoice | $ | 15.26 | $ 15.26 |
| GL43742 | 31-Jan-07 | Invoice | $ | 2.24 | $ 2.24 |
| GL43740 | 31-Jan-07 | Invoice | $ | 12.88 | $ 12.88 |
| GL43738 | 31-Jan-07 | Invoice | $ | 79.81 | $ 79.81 |
| GL43736 | 31-Jan-07 | Invoice | $ | 43.73 | $ 43.73 |
| GL43734 | 31-Jan-07 | Invoice | $ | 28.64 | $ 28.64 |
| GL43733 | 31-Jan-07 | Invoice | $ | 1.78 | $ 1.78 |
| GL43732 | 31-Jan-07 | Invoice | $ | 14.21 | $ 14.21 |
| GS94528 | 28-Feb-07 | Invoice | $ | 1,402.19 | $ 1,402.19 |
| GS94535 | 28-Feb-07 | Invoice | $ | 6.22 | $ 6.22 |
| GS94544 | 28-Feb-07 | Invoice | $ | 133.95 | $ 133.95 |
| GS94543 | 28-Feb-07 | Invoice | $ | 3,017.67 | $ 3,017.67 |
| GS94542 | 28-Feb-07 | Invoice | $ | 2.24 | $ 2.24 |
| GS94541 | 28-Feb-07 | Invoice | $ | 698.29 | $ 698.29 |
| GS94540 | 28-Feb-07 | Invoice | $ | 15.22 | $ 15.22 |
| GS94539 | 28-Feb-07 | Invoice | $ | 355.40 | $ 355.40 |
| GS94538 | 28-Feb-07 | Invoice | $ | 79.81 | $ 79.81 |
| GS94537 | 28-Feb-07 | Invoice | $ | 34.63 | $ 34.63 |
| GS94536 | 28-Feb-07 | Invoice | $ | 43.73 | $ 43.73 |
| GS94561 | 28-Feb-07 | Invoice | $ | 16.87 | $ 16.87 |
| GS94560 | 28-Feb-07 | Invoice | $ | 3.55 | $ 3.55 |
| GS94559 | 28-Feb-07 | Invoice | $ | 32.63 | $ 32.63 |
| GS94558 | 28-Feb-07 | Invoice | $ | 117.33 | $ 117.33 |
| GS94557 | 28-Feb-07 | Invoice | $ | 426.97 | $ 426.97 |
| GS94556 | 28-Feb-07 | Invoice | $ | 112.37 | $ 112.37 |
| GS94555 | 28-Feb-07 | Invoice | $ | 3.11 | $ 3.11 |
| GS94554 | 28-Feb-07 | Invoice | $ | 5.77 | $ 5.77 |

| | | | | | |
|---|---|---|---|---|---|
| GS94553 | 28-Feb-07 | Invoice | $ | 15.26 | $ | 15.26 |
| GS94552 | 28-Feb-07 | Invoice | $ | 244.87 | $ | 244.87 |
| GS94551 | 28-Feb-07 | Invoice | $ | 46.51 | $ | 46.51 |
| GS94550 | 28-Feb-07 | Invoice | $ | 132.90 | $ | 132.90 |
| GS94549 | 28-Feb-07 | Invoice | $ | 23.20 | $ | 23.20 |
| GS94548 | 28-Feb-07 | Invoice | $ | 64.05 | $ | 64.05 |
| GS94547 | 28-Feb-07 | Invoice | $ | 745.72 | $ | 745.72 |
| GS94546 | 28-Feb-07 | Invoice | $ | 38.33 | $ | 38.33 |
| GS94545 | 28-Feb-07 | Invoice | $ | 16.09 | $ | 16.09 |
| GS94534 | 28-Feb-07 | Invoice | $ | 28.64 | $ | 28.64 |
| GS94529 | 28-Feb-07 | Invoice | $ | 45.65 | $ | 45.65 |
| GS94531 | 28-Feb-07 | Invoice | $ | 19.76 | $ | 19.76 |
| GS94532 | 28-Feb-07 | Invoice | $ | 14.21 | $ | 14.21 |
| GS94533 | 28-Feb-07 | Invoice | $ | 1.78 | $ | 1.78 |
| GS94530 | 28-Feb-07 | Invoice | $ | 11.10 | $ | 11.10 |
| HB73770 | 31-Mar-07 | Invoice | $ | 548.46 | $ | 548.46 |
| HB73747 | 31-Mar-07 | Invoice | $ | 28.64 | $ | 28.64 |
| HB73756 | 31-Mar-07 | Invoice | $ | 58.61 | $ | 58.61 |
| HB73755 | 31-Mar-07 | Invoice | $ | 2.24 | $ | 2.24 |
| HB73754 | 31-Mar-07 | Invoice | $ | 219.49 | $ | 219.49 |
| HB73753 | 31-Mar-07 | Invoice | $ | 19.47 | $ | 19.47 |
| HB73752 | 31-Mar-07 | Invoice | $ | 2,099.90 | $ | 2,099.90 |
| HB73751 | 31-Mar-07 | Invoice | $ | 79.81 | $ | 79.81 |
| HB73750 | 31-Mar-07 | Invoice | $ | 34.63 | $ | 34.63 |
| HB73749 | 31-Mar-07 | Invoice | $ | 43.73 | $ | 43.73 |
| HB73748 | 31-Mar-07 | Invoice | $ | 6.22 | $ | 6.22 |
| HB73774 | 31-Mar-07 | Invoice | $ | 16.87 | $ | 16.87 |
| HB73773 | 31-Mar-07 | Invoice | $ | 3.55 | $ | 3.55 |
| HB73772 | 31-Mar-07 | Invoice | $ | 32.63 | $ | 32.63 |
| HB73771 | 31-Mar-07 | Invoice | $ | 117.33 | $ | 117.33 |
| HB73769 | 31-Mar-07 | Invoice | $ | 11.10 | $ | 11.10 |
| HB73768 | 31-Mar-07 | Invoice | $ | 3.11 | $ | 3.11 |
| HB73767 | 31-Mar-07 | Invoice | $ | 49.99 | $ | 49.99 |
| HB73766 | 31-Mar-07 | Invoice | $ | 15.26 | $ | 15.26 |
| HB73765 | 31-Mar-07 | Invoice | $ | 244.87 | $ | 244.87 |
| HB73764 | 31-Mar-07 | Invoice | $ | 46.51 | $ | 46.51 |
| HB73763 | 31-Mar-07 | Invoice | $ | 164.49 | $ | 164.49 |
| HB73762 | 31-Mar-07 | Invoice | $ | 23.20 | $ | 23.20 |
| HB73761 | 31-Mar-07 | Invoice | $ | 64.05 | $ | 64.05 |
| HB73760 | 31-Mar-07 | Invoice | $ | 859.44 | $ | 859.44 |
| HB73759 | 31-Mar-07 | Invoice | $ | 38.33 | $ | 38.33 |
| HB73758 | 31-Mar-07 | Invoice | $ | 19.18 | $ | 19.18 |
| HB73757 | 31-Mar-07 | Invoice | $ | 5.55 | $ | 5.55 |
| HB73746 | 31-Mar-07 | Invoice | $ | 1.78 | $ | 1.78 |
| HB73741 | 31-Mar-07 | Invoice | $ | 1,790.36 | $ | 1,790.36 |
| HB73743 | 31-Mar-07 | Invoice | $ | 11.10 | $ | 11.10 |
| HB73744 | 31-Mar-07 | Invoice | $ | 19.76 | $ | 19.76 |
| HB73745 | 31-Mar-07 | Invoice | $ | 14.21 | $ | 14.21 |
| HB73742 | 31-Mar-07 | Invoice | $ | 2.66 | $ | 2.66 |
| HB73775 | 31-Mar-07 | Invoice | $ | 67.14 | $ | 67.14 |
| HH76414 | 30-Apr-07 | Invoice | $ | 1,135.14 | $ | 1,135.14 |
| HH76415 | 30-Apr-07 | Invoice | $ | 19.62 | $ | 19.62 |

| HH76416 | 30-Apr-07 | Invoice | $ | 11.10 | $ | 11.10 |
|---------|-----------|---------|---|-------|---|-------|
| HH76417 | 30-Apr-07 | Invoice | $ | 19.76 | $ | 19.76 |
| HH76418 | 30-Apr-07 | Invoice | $ | 35.71 | $ | 35.71 |
| HH76419 | 30-Apr-07 | Invoice | $ | 1.78 | $ | 1.78 |
| HH76420 | 30-Apr-07 | Invoice | $ | 28.64 | $ | 28.64 |
| HH76421 | 30-Apr-07 | Invoice | $ | 6.22 | $ | 6.22 |
| HH76422 | 30-Apr-07 | Invoice | $ | 43.73 | $ | 43.73 |
| HH76423 | 30-Apr-07 | Invoice | $ | 34.63 | $ | 34.63 |
| HH76424 | 30-Apr-07 | Invoice | $ | 79.81 | $ | 79.81 |
| HH76425 | 30-Apr-07 | Invoice | $ | 2,253.56 | $ | 2,253.56 |
| HH76426 | 30-Apr-07 | Invoice | $ | 15.10 | $ | 15.10 |
| HH76427 | 30-Apr-07 | Invoice | $ | 217.34 | $ | 217.34 |
| HH76428 | 30-Apr-07 | Invoice | $ | 2.24 | $ | 2.24 |
| HH76429 | 30-Apr-07 | Invoice | $ | 48.62 | $ | 48.62 |
| HH76430 | 30-Apr-07 | Invoice | $ | 5.55 | $ | 5.55 |
| HH76431 | 30-Apr-07 | Invoice | $ | 8.88 | $ | 8.88 |
| HH76432 | 30-Apr-07 | Invoice | $ | 38.33 | $ | 38.33 |
| HH76433 | 30-Apr-07 | Invoice | $ | 758.59 | $ | 758.59 |
| HH76434 | 30-Apr-07 | Invoice | $ | 64.05 | $ | 64.05 |
| HH76435 | 30-Apr-07 | Invoice | $ | 23.20 | $ | 23.20 |
| HH76436 | 30-Apr-07 | Invoice | $ | 136.23 | $ | 136.23 |
| HH76437 | 30-Apr-07 | Invoice | $ | 46.51 | $ | 46.51 |
| HH76438 | 30-Apr-07 | Invoice | $ | 244.87 | $ | 244.87 |
| HH76439 | 30-Apr-07 | Invoice | $ | 15.26 | $ | 15.26 |
| HH76440 | 30-Apr-07 | Invoice | $ | 10.43 | $ | 10.43 |
| HH76441 | 30-Apr-07 | Invoice | $ | 3.11 | $ | 3.11 |
| HH76442 | 30-Apr-07 | Invoice | $ | 124.42 | $ | 124.42 |
| HH76443 | 30-Apr-07 | Invoice | $ | 30.60 | $ | 30.60 |
| HH76444 | 30-Apr-07 | Invoice | $ | 25.26 | $ | 25.26 |
| HH76445 | 30-Apr-07 | Invoice | $ | 4.20 | $ | 4.20 |
| HH76446 | 30-Apr-07 | Invoice | $ | 23.16 | $ | 23.16 |
| HH76447 | 30-Apr-07 | Invoice | $ | 0.88 | $ | 0.88 |
| HH76448 | 30-Apr-07 | Invoice | $ | 174.09 | $ | 174.09 |
| HH76449 | 30-Apr-07 | Invoice | $ | 117.33 | $ | 117.33 |
| HH76450 | 30-Apr-07 | Invoice | $ | 32.63 | $ | 32.63 |
| HH76451 | 30-Apr-07 | Invoice | $ | 3.55 | $ | 3.55 |
| HH76452 | 30-Apr-07 | Invoice | $ | 16.87 | $ | 16.87 |
| HH76453 | 30-Apr-07 | Invoice | $ | 0.44 | $ | 0.44 |
| HH76454 | 30-Apr-07 | Invoice | $ | 0.44 | $ | 0.44 |
| HH76455 | 30-Apr-07 | Invoice | $ | 10.08 | $ | 10.08 |
| HH76456 | 30-Apr-07 | Invoice | $ | 3.99 | $ | 3.99 |
| HH76457 | 30-Apr-07 | Invoice | $ | 814.22 | $ | 814.22 |
| HH76458 | 30-Apr-07 | Invoice | $ | 214.43 | $ | 214.43 |
| HH76459 | 30-Apr-07 | Invoice | $ | 1,196.22 | $ | 1,196.22 |
| HH76460 | 30-Apr-07 | Invoice | $ | 163.13 | $ | 163.13 |

TOTAL POST-PETITION    $28,868.32

TOTAL OPEN INVOICES    $44,086.73

## Delphi Headquarters  03141.0DM700

| Number | Transaction Date | Class | Original | Balance Due |
|--------|------------------|-------|----------|-------------|
| AS67735 | 31-Jan-05 | Invoice | $ 6.48 | $ 6.48 |
| AS67736 | 31-Jan-05 | Invoice | $ 6.48 | $ 6.48 |
| AS67737 | 31-Jan-05 | Invoice | $ 2.38 | $ 2.38 |
| AS67738 | 31-Jan-05 | Invoice | $ 9.94 | $ 9.94 |
| AS67742 | 31-Jan-05 | Invoice | $ 45.75 | $ 45.75 |
| AS67744 | 31-Jan-05 | Invoice | $ 1.30 | $ 1.30 |
| AS67746 | 31-Jan-05 | Invoice | $ 3.02 | $ 3.02 |
| AS67747 | 31-Jan-05 | Invoice | $ 132.98 | $ 132.98 |
| AS67745 | 31-Jan-05 | Invoice | $ 8.21 | $ 8.21 |
| AS67743 | 31-Jan-05 | Invoice | $ 6.91 | $ 6.91 |
| AS67741 | 31-Jan-05 | Invoice | $ 57.27 | $ 57.27 |
| AS67740 | 31-Jan-05 | Invoice | $ 1.08 | $ 1.08 |
| AS67739 | 31-Jan-05 | Invoice | $ 1.73 | $ 1.73 |
| BK34724 | 30-Apr-05 | Invoice | $ 6.48 | $ 6.48 |
| BK34725 | 30-Apr-05 | Invoice | $ 6.48 | $ 6.48 |
| BK34726 | 30-Apr-05 | Invoice | $ 2.38 | $ 2.38 |
| BK34727 | 30-Apr-05 | Invoice | $ 9.94 | $ 9.94 |
| BK34728 | 30-Apr-05 | Invoice | $ 1.73 | $ 1.73 |
| BK34729 | 30-Apr-05 | Invoice | $ 1.08 | $ 1.08 |
| BK34730 | 30-Apr-05 | Invoice | $ 23.33 | $ 23.33 |
| BK34731 | 30-Apr-05 | Invoice | $ 131.52 | $ 131.52 |
| BK34732 | 30-Apr-05 | Invoice | $ 6.91 | $ 6.91 |
| BK34733 | 30-Apr-05 | Invoice | $ 1.30 | $ 1.30 |
| BK34734 | 30-Apr-05 | Invoice | $ 20.86 | $ 20.86 |
| BK34735 | 30-Apr-05 | Invoice | $ 8.21 | $ 8.21 |
| BK34736 | 30-Apr-05 | Invoice | $ 3.46 | $ 3.46 |
| BK34737 | 30-Apr-05 | Invoice | $ 141.60 | $ 141.60 |
| BK34738 | 30-Apr-05 | Invoice | $ 252.04 | $ 252.04 |
| BK34739 | 30-Apr-05 | Invoice | $ 181.24 | $ 181.24 |
| BK34740 | 30-Apr-05 | Invoice | $ 22.66 | $ 22.66 |
| BK34741 | 30-Apr-05 | Invoice | $ 365.32 | $ 365.32 |
| BK34742 | 30-Apr-05 | Invoice | $ 88.84 | $ 88.84 |
| BK34743 | 30-Apr-05 | Invoice | $ 557.90 | $ 557.90 |
| BK34744 | 30-Apr-05 | Invoice | $ 132.98 | $ 132.98 |
| BM21609 | 31-May-05 | Invoice | $ 6.48 | $ 6.48 |
| BM21611 | 31-May-05 | Invoice | $ 2.38 | $ 2.38 |
| BM21613 | 31-May-05 | Invoice | $ 45.25 | $ 45.25 |
| BM21615 | 31-May-05 | Invoice | $ 23.33 | $ 23.33 |
| BM21617 | 31-May-05 | Invoice | $ 6.91 | $ 6.91 |
| BM21629 | 31-May-05 | Invoice | $ 132.98 | $ 132.98 |
| BM21621 | 31-May-05 | Invoice | $ 3.46 | $ 3.46 |
| BM21620 | 31-May-05 | Invoice | $ 8.21 | $ 8.21 |
| BM21619 | 31-May-05 | Invoice | $ 1.30 | $ 1.30 |
| BM21618 | 31-May-05 | Invoice | $ 0.43 | $ 0.43 |
| BM21616 | 31-May-05 | Invoice | $ 26.78 | $ 26.78 |
| BM21614 | 31-May-05 | Invoice | $ 39.98 | $ 39.98 |
| BM21612 | 31-May-05 | Invoice | $ 9.94 | $ 9.94 |
| BM21610 | 31-May-05 | Invoice | $ 6.48 | $ 6.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BT75213 | 30-Jun-05 | Invoice | $ | 18.14 | $ | 18.14 |
| BT75216 | 30-Jun-05 | Invoice | $ | 2.38 | $ | 2.38 |
| BT75218 | 30-Jun-05 | Invoice | $ | 3.89 | $ | 3.89 |
| BT75220 | 30-Jun-05 | Invoice | $ | 23.33 | $ | 23.33 |
| BT75235 | 30-Jun-05 | Invoice | $ | 132.98 | $ | 132.98 |
| BT75226 | 30-Jun-05 | Invoice | $ | 3.46 | $ | 3.46 |
| BT75225 | 30-Jun-05 | Invoice | $ | 8.21 | $ | 8.21 |
| BT75224 | 30-Jun-05 | Invoice | $ | 84.14 | $ | 84.14 |
| BT75223 | 30-Jun-05 | Invoice | $ | 0.43 | $ | 0.43 |
| BT75222 | 30-Jun-05 | Invoice | $ | 6.91 | $ | 6.91 |
| BT75221 | 30-Jun-05 | Invoice | $ | 26.78 | $ | 26.78 |
| BT75219 | 30-Jun-05 | Invoice | $ | 46.07 | $ | 46.07 |
| BT75217 | 30-Jun-05 | Invoice | $ | 9.94 | $ | 9.94 |
| BT75215 | 30-Jun-05 | Invoice | $ | 6.48 | $ | 6.48 |
| BT75214 | 30-Jun-05 | Invoice | $ | 6.48 | $ | 6.48 |
| CB20710 | 31-Jul-05 | Invoice | $ | 6.48 | $ | 6.48 |
| CB20712 | 31-Jul-05 | Invoice | $ | 6.62 | $ | 6.62 |
| CB20714 | 31-Jul-05 | Invoice | $ | 3.89 | $ | 3.89 |
| CB20716 | 31-Jul-05 | Invoice | $ | 23.33 | $ | 23.33 |
| CB20718 | 31-Jul-05 | Invoice | $ | 6.91 | $ | 6.91 |
| CB20723 | 31-Jul-05 | Invoice | $ | 132.98 | $ | 132.98 |
| CB20722 | 31-Jul-05 | Invoice | $ | 3.46 | $ | 3.46 |
| CB20721 | 31-Jul-05 | Invoice | $ | 250.04 | $ | 250.04 |
| CB20720 | 31-Jul-05 | Invoice | $ | 19.30 | $ | - |
| CB20719 | 31-Jul-05 | Invoice | $ | 0.43 | $ | - |
| CB20717 | 31-Jul-05 | Invoice | $ | 26.78 | $ | - |
| CB20715 | 31-Jul-05 | Invoice | $ | 37.89 | $ | - |
| CB20713 | 31-Jul-05 | Invoice | $ | 480.46 | $ | - |
| CB20711 | 31-Jul-05 | Invoice | $ | 6.48 | $ | - |
| CG00345 | 31-Aug-05 | Invoice | $ | 0.43 | $ | - |
| CG00346 | 31-Aug-05 | Invoice | $ | 6.48 | $ | - |
| CG00347 | 31-Aug-05 | Invoice | $ | 6.48 | $ | - |
| CG00348 | 31-Aug-05 | Invoice | $ | 1.94 | $ | - |
| CG00349 | 31-Aug-05 | Invoice | $ | 70.20 | $ | - |
| CG00350 | 31-Aug-05 | Invoice | $ | 3.89 | $ | - |
| CG00351 | 31-Aug-05 | Invoice | $ | 24.87 | $ | - |
| CG00352 | 31-Aug-05 | Invoice | $ | 119.24 | $ | - |
| CG00353 | 31-Aug-05 | Invoice | $ | 26.78 | $ | - |
| CG00354 | 31-Aug-05 | Invoice | $ | 6.91 | $ | - |
| CG00355 | 31-Aug-05 | Invoice | $ | 0.43 | $ | - |
| CG00356 | 31-Aug-05 | Invoice | $ | 23.94 | $ | - |
| CG00357 | 31-Aug-05 | Invoice | $ | 5.23 | $ | - |
| CG00358 | 31-Aug-05 | Invoice | $ | 3.46 | $ | - |
| CG00359 | 31-Aug-05 | Invoice | $ | 132.98 | $ | - |
| CM14484 | 30-Sep-05 | Invoice | $ | 0.22 | $ | - |
| CM14485 | 30-Sep-05 | Invoice | $ | 6.48 | $ | - |
| CM14486 | 30-Sep-05 | Invoice | $ | 6.48 | $ | - |
| CM14487 | 30-Sep-05 | Invoice | $ | 36.84 | $ | - |
| CM14488 | 30-Sep-05 | Invoice | $ | 70.20 | $ | - |
| CM14489 | 30-Sep-05 | Invoice | $ | 3.89 | $ | - |
| CM14490 | 30-Sep-05 | Invoice | $ | 62.87 | $ | - |
| CM14491 | 30-Sep-05 | Invoice | $ | 263.97 | $ | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| CM14492 | 30-Sep-05 | Invoice | $ | 26.78 | $ | - |
| CM14493 | 30-Sep-05 | Invoice | $ | 6.91 | $ | - |
| CM14494 | 30-Sep-05 | Invoice | $ | 0.43 | $ | - |
| CM14495 | 30-Sep-05 | Invoice | $ | 117.12 | $ | - |
| CM14496 | 30-Sep-05 | Invoice | $ | 113.08 | $ | - |
| CM14497 | 30-Sep-05 | Invoice | $ | 3.46 | $ | - |
| CM14498 | 30-Sep-05 | Invoice | $ | 132.98 | $ | - |
| | | **TOTAL PRE-PETITION** | | | **$ 3,377.03** | |
| DF38081 | 31-Dec-05 | Invoice | $ | 6.48 | $ | 6.48 |
| DF38082 | 31-Dec-05 | Invoice | $ | 6.48 | $ | 6.48 |
| DF38083 | 31-Dec-05 | Invoice | $ | 1.94 | $ | 1.94 |
| DF38084 | 31-Dec-05 | Invoice | $ | 70.20 | $ | 70.20 |
| DF38085 | 31-Dec-05 | Invoice | $ | 3.89 | $ | 3.89 |
| DF38086 | 31-Dec-05 | Invoice | $ | 2.81 | $ | 2.81 |
| DF38087 | 31-Dec-05 | Invoice | $ | 157.96 | $ | 157.96 |
| DF38088 | 31-Dec-05 | Invoice | $ | 30.24 | $ | 30.24 |
| DF38089 | 31-Dec-05 | Invoice | $ | 6.91 | $ | 6.91 |
| DF38090 | 31-Dec-05 | Invoice | $ | 0.43 | $ | 0.43 |
| DF38091 | 31-Dec-05 | Invoice | $ | 11.02 | $ | 11.02 |
| DF38092 | 31-Dec-05 | Invoice | $ | 50.74 | $ | 50.74 |
| DF38093 | 31-Dec-05 | Invoice | $ | 4.32 | $ | 4.32 |
| DF38094 | 31-Dec-05 | Invoice | $ | 3.46 | $ | 3.46 |
| DF38095 | 31-Dec-05 | Invoice | $ | 132.98 | $ | 132.98 |
| DX51391 | 31-Mar-06 | Invoice | $ | 6.48 | $ | 6.48 |
| DX51399 | 31-Mar-06 | Invoice | $ | 30.89 | $ | 30.89 |
| DX51405 | 31-Mar-06 | Invoice | $ | 3.46 | $ | 3.46 |
| DX51404 | 31-Mar-06 | Invoice | $ | 19.12 | $ | 19.12 |
| DX51403 | 31-Mar-06 | Invoice | $ | 4.32 | $ | 4.32 |
| DX51402 | 31-Mar-06 | Invoice | $ | 59.37 | $ | 59.37 |
| DX51401 | 31-Mar-06 | Invoice | $ | 0.43 | $ | 0.43 |
| DX51400 | 31-Mar-06 | Invoice | $ | 6.91 | $ | 6.91 |
| DX51397 | 31-Mar-06 | Invoice | $ | 2.81 | $ | 2.81 |
| DX51392 | 31-Mar-06 | Invoice | $ | 3.89 | $ | 3.89 |
| DX51394 | 31-Mar-06 | Invoice | $ | 1.94 | $ | 1.94 |
| DX51395 | 31-Mar-06 | Invoice | $ | 70.20 | $ | 70.20 |
| DX51396 | 31-Mar-06 | Invoice | $ | 3.89 | $ | 3.89 |
| DX51393 | 31-Mar-06 | Invoice | $ | 6.48 | $ | 6.48 |
| EW41124 | 31-Jul-06 | Invoice | $ | 138.90 | $ | 137.54 |
| FT89296 | 31-Oct-06 | Invoice | $ | 0.44 | $ | 0.44 |
| FT89303 | 31-Oct-06 | Invoice | $ | 4.00 | $ | 4.00 |
| FT89312 | 31-Oct-06 | Invoice | $ | 6.51 | $ | 6.51 |
| FT89311 | 31-Oct-06 | Invoice | $ | 4.44 | $ | 4.44 |
| FT89310 | 31-Oct-06 | Invoice | $ | 4.44 | $ | 4.44 |
| FT89309 | 31-Oct-06 | Invoice | $ | 23.53 | $ | 23.53 |
| FT89308 | 31-Oct-06 | Invoice | $ | 0.44 | $ | 0.44 |
| FT89307 | 31-Oct-06 | Invoice | $ | 8.88 | $ | 8.88 |
| FT89306 | 31-Oct-06 | Invoice | $ | 31.75 | $ | 31.75 |
| FT89305 | 31-Oct-06 | Invoice | $ | 165.12 | $ | 165.12 |
| FT89304 | 31-Oct-06 | Invoice | $ | 11.77 | $ | 11.77 |
| FT89313 | 31-Oct-06 | Invoice | $ | 138.90 | $ | 138.90 |

| | | | | | |
|---|---|---|---|---|---|
| FT89302 | 31-Oct-06 | Invoice | $ | 72.59 | $ | 72.59 |
| FT89297 | 31-Oct-06 | Invoice | $ | 64.00 | $ | 64.00 |
| FT89299 | 31-Oct-06 | Invoice | $ | 4.44 | $ | 4.44 |
| FT89300 | 31-Oct-06 | Invoice | $ | 7.55 | $ | 7.55 |
| FT89301 | 31-Oct-06 | Invoice | $ | 2.00 | $ | 2.00 |
| FT89298 | 31-Oct-06 | Invoice | $ | 4.44 | $ | 4.44 |
| FX54653 | 30-Nov-06 | Invoice | $ | 142.56 | $ | 142.56 |
| FX54669 | 30-Nov-06 | Invoice | $ | 138.90 | $ | 138.90 |
| FX54668 | 30-Nov-06 | Invoice | $ | 6.51 | $ | 6.51 |
| FX54667 | 30-Nov-06 | Invoice | $ | 4.44 | $ | 4.44 |
| FX54666 | 30-Nov-06 | Invoice | $ | 67.52 | $ | 67.52 |
| FX54665 | 30-Nov-06 | Invoice | $ | 105.79 | $ | 105.79 |
| FX54664 | 30-Nov-06 | Invoice | $ | 0.44 | $ | 0.44 |
| FX54663 | 30-Nov-06 | Invoice | $ | 121.26 | $ | 121.26 |
| FX54662 | 30-Nov-06 | Invoice | $ | 31.75 | $ | 31.75 |
| FX54661 | 30-Nov-06 | Invoice | $ | 98.79 | $ | 98.79 |
| FX54656 | 30-Nov-06 | Invoice | $ | 7.55 | $ | 7.55 |
| FX54657 | 30-Nov-06 | Invoice | $ | 2.00 | $ | 2.00 |
| FX54658 | 30-Nov-06 | Invoice | $ | 217.89 | $ | 217.89 |
| FX54660 | 30-Nov-06 | Invoice | $ | 73.19 | $ | 73.19 |
| FX54659 | 30-Nov-06 | Invoice | $ | 4.00 | $ | 4.00 |
| FX54655 | 30-Nov-06 | Invoice | $ | 4.44 | $ | 4.44 |
| FX54654 | 30-Nov-06 | Invoice | $ | 4.44 | $ | 4.44 |
| GF79187 | 31-Dec-06 | Invoice | $ | 18.06 | $ | 18.06 |
| GF79204 | 31-Dec-06 | Invoice | $ | 138.90 | $ | 138.90 |
| GF79203 | 31-Dec-06 | Invoice | $ | 6.51 | $ | 6.51 |
| GF79202 | 31-Dec-06 | Invoice | $ | 4.44 | $ | 4.44 |
| GF79201 | 31-Dec-06 | Invoice | $ | 4.44 | $ | 4.44 |
| GF79200 | 31-Dec-06 | Invoice | $ | 74.98 | $ | 74.98 |
| GF79199 | 31-Dec-06 | Invoice | $ | 0.44 | $ | 0.44 |
| GF79198 | 31-Dec-06 | Invoice | $ | 8.88 | $ | 8.88 |
| GF79197 | 31-Dec-06 | Invoice | $ | 31.75 | $ | 31.75 |
| GF79196 | 31-Dec-06 | Invoice | $ | 128.71 | $ | 128.71 |
| GF79195 | 31-Dec-06 | Invoice | $ | 87.47 | $ | 87.47 |
| GF79190 | 31-Dec-06 | Invoice | $ | 4.44 | $ | 4.44 |
| GF79191 | 31-Dec-06 | Invoice | $ | 7.55 | $ | 7.55 |
| GF79192 | 31-Dec-06 | Invoice | $ | 2.22 | $ | 2.22 |
| GF79194 | 31-Dec-06 | Invoice | $ | 4.00 | $ | 4.00 |
| GF79193 | 31-Dec-06 | Invoice | $ | 77.26 | $ | 77.26 |
| GF79189 | 31-Dec-06 | Invoice | $ | 4.44 | $ | 4.44 |
| GF79188 | 31-Dec-06 | Invoice | $ | 6.66 | $ | 6.66 |
| HB73008 | 31-Mar-07 | Invoice | $ | 6.66 | $ | 6.66 |
| HB73023 | 31-Mar-07 | Invoice | $ | 6.51 | $ | 6.51 |
| HB73022 | 31-Mar-07 | Invoice | $ | 4.44 | $ | 4.44 |
| HB73021 | 31-Mar-07 | Invoice | $ | 4.44 | $ | 4.44 |
| HB73020 | 31-Mar-07 | Invoice | $ | 27.31 | $ | 27.31 |
| HB73019 | 31-Mar-07 | Invoice | $ | 0.44 | $ | 0.44 |
| HB73018 | 31-Mar-07 | Invoice | $ | 46.17 | $ | 46.17 |
| HB73017 | 31-Mar-07 | Invoice | $ | 32.86 | $ | 32.86 |
| HB73016 | 31-Mar-07 | Invoice | $ | 167.39 | $ | 167.39 |
| HB73015 | 31-Mar-07 | Invoice | $ | 195.50 | $ | 195.50 |
| HB73024 | 31-Mar-07 | Invoice | $ | 138.90 | $ | 138.90 |

| | | | | | | |
|---|---|---|---|---:|---|---:|
| HB73010 | 31-Mar-07 | Invoice | $ | 39.12 | $ | 39.12 |
| HB73011 | 31-Mar-07 | Invoice | $ | 45.23 | $ | 45.23 |
| HB73012 | 31-Mar-07 | Invoice | $ | 4.22 | $ | 4.22 |
| HB73014 | 31-Mar-07 | Invoice | $ | 4.00 | $ | 4.00 |
| HB73013 | 31-Mar-07 | Invoice | $ | 69.26 | $ | 69.26 |
| HB73009 | 31-Mar-07 | Invoice | $ | 4.44 | $ | 4.44 |
| HH75683 | 30-Apr-07 | Invoice | $ | 154.36 | $ | 154.36 |
| HH75684 | 30-Apr-07 | Invoice | $ | 4.44 | $ | 4.44 |
| HH75685 | 30-Apr-07 | Invoice | $ | 5.55 | $ | 5.55 |
| HH75686 | 30-Apr-07 | Invoice | $ | 11.99 | $ | 11.99 |
| HH75687 | 30-Apr-07 | Invoice | $ | 4.22 | $ | 4.22 |
| HH75688 | 30-Apr-07 | Invoice | $ | 69.26 | $ | 69.26 |
| HH75689 | 30-Apr-07 | Invoice | $ | 4.00 | $ | 4.00 |
| HH75690 | 30-Apr-07 | Invoice | $ | 13.10 | $ | 13.10 |
| HH75691 | 30-Apr-07 | Invoice | $ | 139.12 | $ | 139.12 |
| HH75692 | 30-Apr-07 | Invoice | $ | 32.86 | $ | 32.86 |
| HH75693 | 30-Apr-07 | Invoice | $ | 12.21 | $ | 12.21 |
| HH75694 | 30-Apr-07 | Invoice | $ | 0.44 | $ | 0.44 |
| HH75695 | 30-Apr-07 | Invoice | $ | 27.31 | $ | 27.31 |
| HH75696 | 30-Apr-07 | Invoice | $ | 4.44 | $ | 4.44 |
| HH75697 | 30-Apr-07 | Invoice | $ | 4.44 | $ | 4.44 |
| HH75698 | 30-Apr-07 | Invoice | $ | 6.51 | $ | 6.51 |
| HH75699 | 30-Apr-07 | Invoice | $ | 161.42 | $ | 161.42 |

**TOTAL POST-PETITION**          $ 4,498.01

**TOTAL OPEN INVOICES**          $ 7,875.04

## Delco Electronics  02003.0251AS

| Number | Transaction Date | Class | Original | Balance Due |
|--------|------------------|-------|----------|-------------|
| BT33243 | 30-Jun-05 | Invoice | $   935.80 | $   935.80 |
| | | **TOTAL PRE-PETITION** | | **$   935.80** |
| EP52195 | 30-Jun-06 | Invoice | $   935.80 | $   935.80 |
| | | **TOTAL POST-PETITION** | | **$   935.80** |
| | | **TOTAL OPEN INVOICES** | | **$ 1,871.60** |

## Delphi Interior and Lighting  02301.06760Z

| Number | Transaction Date | Class | Original | Balance Due |
|--------|------------------|-------|----------|-------------|
| CJ39553 | 30-Sep-05 | Invoice | $   210.00 | $   210.00 |
| | | TOTAL PRE-PETITION | | $   210.00 |
| FW05256 | 30-Nov-06 | | $   549.00 | $   109.00 |
| HD20444 | 30-Apr-07 | | $   220.50 | $   220.50 |
| | | TOTAL POST-PETITION | | $   329.50 |
| | | TOTAL OPEN INVOICES | | $   539.50 |