Alan Nisselson (AN-4680)
Windels Marx Lane & Mittendorf, LLP
Local Counsel to Iron Mountain Information Management, Inc.
156 West 56th Street
New York, New York 10019
(212) 237-1021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------x
In re                                                    )
                                                         )    Chapter 11
DELPHI CORPORATION, et al.,                              )    Case No. 05-44481 (RDD)
                                                         )
                    Debtors.                             )    (Jointly Administered)
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE BY UNITED STATES MAIL

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

**Tracy E. Heston**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on the 19th day of June 2007 I served the:

IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'SRESPONSE TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (a) INSUFFICIENTLY DOCUMENTED CLAIMS,(b) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (c) PROTECTIVE INSURANCE CLAIMS, (d) INSURANCE CLAIMS NOT REFLECTED ON DEBTORS'BOOKS AND RECORDS,(e) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (f) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION AND CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT DATED APRIL 27, 2007 Upon：

| General Counsel | John Wm. Butler, Esq. | Alicia Leonhard, Esq. |
| Delphi Corporation | John K. Lyons, Esq. | Tracy Hope Davis, Esq. |
| 5725 Delphi Drive | Joseph N. Wharton, Esq. | Office of the United States Trustee |
| Troy, MU 48998 | Skadden Arps Slate Meagher & Flom, LLP | Southern District of New York |
| | 333 West Wacker Drive, Suite 2100 | 33 Whitehall Street, 21st Floor |
| | Chicago, IL 60606 | New York, NY 10004 |

By Federal Express overnight delivery by delivering a true copy of same in a properly addressed Federal Express envelope marked Federal Express Overnight Delivery to the custody of a Federal Express Agent.

                                        /s/ T racy E. Heston
                                        Tracy E. Heston

Sworn to before me this
19th day of June 2007

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2009

{10401237:1}