PROOF OF CLAIM

United States Bankruptcy Court, Southern District of New York

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Ppg Industries Inc   PPG Industries, Inc

Name and address where notices should be sent:

Ppg Industries Inc
~~150 Ferry St~~
~~Creighton PA 15030-1101~~
One PPG Place
Pittsburgh, PA
15272

Telephone number: 416-356-6705

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends  a previously filed claim, dated:

1. **Basis for Claim**
   ☑ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS # _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)         (date)

2. **Date debt was incurred:** 2003-2005

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $574,896.85
   (unsecured) (secured) (priority) (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ 574,896.85
   ☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 5/11/06 | [signature] Christopher J Crowley |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

054448106041019174014 2696

EXHIBIT A

**Delphi Corp** — **OEM GLASS**

| Invoice # | Trans | Invoice Date | Invoice Amt. | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|
| 650574 | INV | 02-Jun-03 | 25846.8 | $ 20,838.66 | 02-Aug-03 | 4109589 |
| 651262 | INV | 15-Sep-03 | 22806 | $ 22,806.00 | 02-Nov-03 | 4109589 |
| 80609233 | CARS PNC EFT | 24-Aug-04 | -188.8 | $ (188.80) | 24-Aug-04 | 4109589 |
| 619973 | CARS PNC EFT | 02-Nov-04 | -238272.4 | $ (1,850.20) | 02-Nov-04 | 4109589 |
| 10624696 | CARS PNC EFT | 01-Dec-04 | -202279.6 | $ (112.60) | 01-Dec-04 | 4109589 |
| 20638506 | CARS PNC EFT | 02-Mar-05 | -215993.8 | $ (640.00) | 02-Mar-05 | 4109589 |
| 20805700 | CARS PNC EFT | 01-Apr-05 | -245145.65 | $ (1,447.25) | 01-Apr-05 | 4109589 |
| 40647916 | CARS PNC EFT | 28-Apr-05 | -265289.7 | $ (80.50) | 28-Apr-05 | 4109589 |
| 663770 | INV | 07-Mar-05 | 9580.8 | $ (201.20) | 02-May-05 | 4109589 |
| 40650109 | CARS PNC EFT | 02-May-05 | -471.68 | $ (471.68) | 02-May-05 | 4109589 |
| 664761 | INV | 09-May-05 | 2606.4 | $ (450.40) | 02-Jul-05 | 4109589 |
| 70661880 | CARS PNC EFT | 02-Aug-05 | -220276.25 | $ (241.50) | 02-Aug-05 | 4109589 |
| 90674254 | CARS PNC EFT | 04-Oct-05 | -289962 | $ (2,606.40) | 04-Oct-05 | 4109589 |
| 666273 | INV | 13-Sep-05 | 28453.2 | $ 28,453.20 | 02-Nov-05 | 4109589 |
| 666274 | INV | 13-Sep-05 | 24326.4 | $ 24,326.40 | 02-Nov-05 | 4109589 |
| 666275 | INV | 13-Sep-05 | 3475.2 | $ 3,475.20 | 02-Nov-05 | 4109589 |
| 666362~002 | INV | 19-Sep-05 | 24326.4 | $ 24,326.40 | 02-Nov-05 | 4109589 |
| 666363~002 | INV | 19-Sep-05 | 5212.8 | $ 5,212.80 | 02-Nov-05 | 4109589 |
| 666454 | INV | 26-Sep-05 | 43367.6 | $ 43,367.60 | 02-Nov-05 | 4109589 |
| 666550 | INV | 30-Sep-05 | 22588.8 | $ 22,588.80 | 02-Nov-05 | 4109589 |
| 666641~002 | INV | 10-Oct-05 | 24326.4 | $ 24,326.40 | 02-Dec-05 | 4109589 |
| 666642 | INV | 10-Oct-05 | 39639 | $ 39,639.00 | 02-Dec-05 | 4109589 |
| 666665A | INV | 10-Oct-05 | 3475.2 | $ 3,475.20 | 02-Dec-05 | 4109589 |
| 666666~002 | INV | 10-Oct-05 | 9556.8 | $ 9,556.80 | 02-Dec-05 | 4109589 |
| 666667A | INV | 10-Oct-05 | 1737.6 | $ 1,737.60 | 02-Dec-05 | 4109589 |
| | | | | **$ 265,839.53** | | |

**Delphi Corp** — **GI**

| Invoice # | Trans | Invoice Date | Invoice Amt. | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|
| 3505147 | C/M | 05-Aug-05 | -14849.52 | $ (4,837.20) | 05-Aug-05 | 4109589 |
| 3505064 | C/M | 02-Feb-04 | -7871.72 | $ (280.92) | 02-Feb-04 | 4109589 |
| 3556260 | INV | 20-Sep-05 | 13143.9 | $ 13,143.90 | 20-Oct-05 | 4109589 |
| 3556459 | INV | 06-Oct-05 | 12431.1 | $ 12,431.10 | 05-Nov-05 | 4109589 |
| 3554270 | INV | 03-Feb-05 | 1510.5 | $ 1,510.50 | 02-Apr-05 | 4109589 |
| 3554339 | INV | 15-Feb-05 | 683.93 | $ 683.93 | 02-Apr-05 | 4109589 |
| 3555532 | INV | 21-Jun-05 | 1510.5 | $ 304.75 | 02-Aug-05 | 4109589 |
| 3556528 | INV | 06-Oct-05 | 1510.5 | $ 1,510.50 | 02-Dec-05 | 4109589 |
| | | | | **$ 24,466.56** | | |

**Delphi Corp**    **Fiberglass**

| Invoice # | Trans | Invoice Date | Invoice Amt. | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|
| 3040563 | C/M | 10-Apr-03 | -7982.12 | $ (7,982.12) | 10-Apr-03 | 4109589 |
| 4010818 | C/M | 15-Jan-04 | -7256.68 | $ (7,256.68) | 15-Jan-04 | 4109589 |
| 4040349 | ORO | 07-Apr-04 | -864.24 | $ (864.24) | 07-Apr-04 | 4109589 |
| 5091107 | C/M | 23-Sep-05 | -1477.35 | $ (1,477.35) | 23-Sep-05 | 4109589 |
| 5081645 | INV | 31-Aug-05 | 27800.21 | $ 27,800.21 | 30-Oct-05 | 4109589 |
| 5090156 | INV | 06-Sep-05 | 28020.48 | $ 28,020.48 | 05-Nov-05 | 4109589 |
| 5090395 | INV | 08-Sep-05 | 28207.51 | $ 28,207.51 | 07-Nov-05 | 4109589 |
| 5090655 | INV | 14-Sep-05 | 26189.31 | $ 26,189.31 | 13-Nov-05 | 4109589 |
| 5090892 | INV | 19-Sep-05 | 28019.77 | $ 28,019.77 | 18-Nov-05 | 4109589 |
| 5090991 | INV | 20-Sep-05 | 24651.92 | $ 24,651.92 | 19-Nov-05 | 4109589 |
| 5091080 | INV | 22-Sep-05 | 27641.88 | $ 27,641.88 | 21-Nov-05 | 4109589 |
| 5091220 | INV | 24-Sep-05 | 27878.05 | $ 27,878.05 | 23-Nov-05 | 4109589 |
| 5091435 | INV | 28-Sep-05 | 26983.91 | $ 26,983.91 | 27-Nov-05 | 4109589 |
| 5100142 | INV | 03-Oct-05 | 26694.63 | $ 26,694.63 | 02-Dec-05 | 4109589 |
| | | | | **$ 254,507.28** | | |

**DSSI**    **GI**

| Invoice # | Trans | Invoice Date | Invoice Amt. | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|
| 163987-002 | INV | 16-Dec-03 | 7513.71 | $ 7,513.71 | 02-Feb-04 | 12733 |
| 123233-002 | INV | 12-Aug-05 | 7805.60 | $ 7,805.60 | 02-Oct-05 | 12733 |
| 123660-003 | INV | 22-Aug-05 | 7805.60 | $ 7,805.60 | 02-Oct-05 | 12733 |
| 123698-002 | INV | 18-Aug-05 | 658.4 | $ 658.40 | 02-Oct-05 | 12733 |
| 123896-002 | INV | 24-Aug-05 | 336.2 | $ 336.20 | 02-Oct-05 | 12733 |
| 123897-002 | INV | 26-Aug-05 | 658.4 | $ 658.40 | 02-Oct-05 | 12733 |
| 124196-002 | INV | 30-Aug-05 | 658.4 | $ 658.40 | 02-Oct-05 | 12733 |
| 124200-002 | INV | 02-Sep-05 | 7805.6 | $ 7,805.60 | 02-Nov-05 | 12733 |
| 124304-002 | INV | 02-Sep-05 | 336.2 | $ 336.20 | 02-Nov-05 | 12733 |
| 124810-002 | INV | 15-Sep-05 | 7805.6 | $ 7,805.60 | 02-Nov-05 | 12733 |
| 125299-002 | INV | 27-Sep-05 | 7656.36 | $ 7,656.36 | 02-Nov-05 | 12733 |
| 125782-002 | INV | 06-Oct-05 | 10407.47 | $ 10,407.47 | 02-Dec-05 | 12733 |
| 125961-002 | INV | 06-Oct-05 | 658.4 | $ 658.40 | 02-Dec-05 | 12733 |
| 125962-003 | INV | 10-Oct-05 | 336.2 | $ 336.20 | 02-Dec-05 | 12733 |
| | | | | **$ 60,442.14** | | |

**Delphi Thermal & Interior**    **GI**

| Invoice # | Trans | Invoice Date | Invoice Amt. | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|
| 3555876 | INV | 03-Aug-05 | 221 | $ 221.00 | 02-Oct-05 | 14914 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3555915 | INV | 08-Aug-05 | 1510.5 | $ | 1,510.50 | 02-Oct-05 | 14914 |
| 3556425 | INV | 28-Sep-05 | 2210 | $ | 2,210.00 | 02-Nov-05 | 14914 |
| | | | | $ | **3,941.50** | | |

**Setech Inc.**

| Invoice # | Trans | Invoice Date | Invoice Amt. | | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|---|
| 104011250 | INV | 12-May-04 | 201.6 | $ | 201.60 | 02-Jul-04 | 4167589 |
| 104011939 | INV | 20-May-04 | 232 | $ | 232.00 | 02-Jul-04 | 4167589 |
| | | | | $ | **433.60** | | |

**Setech Inc.**

| Invoice # | Trans | Invoice Date | Invoice Amt. | | Balance Due | Due Date | A/R # |
|---|---|---|---|---|---|---|---|
| 124505~002 | INV | 08-Sep-05 | 1290.8 | $ | 1,290.80 | 08-Oct-05 | 4132211 |
| 125722~002 | INV | 05-Oct-05 | 652.4 | $ | 652.40 | 04-Nov-05 | 4132211 |
| | | | | $ | **1,943.20** | | |

**OEM GLASS**

Total Claim                                                $ 611,573.81

Settled Reclamation Claims not paid as of July 20, 2006

| | | |
|---|---|---|
| Claim # 689 | $ | (6,215.55) |
| Claim # 691 | $ | (1,105.00) |
| Claim # 311 | $ | (29,356.41) |
| Total Unpaid Reclamation Claims | $ | **(36,676.96)** |

| Total Claim less Total Unpaid Reclamation Claims | | |
|---|---|---|
| Total Proof of Claim | $ | **574,896.85** |

*DelphiPOC706.xls*

**RECLAMATION**

| | Original Filing | Settlement | Net After Settlement |
|---|---|---|---|
| 688 | $ 19,058.43 | $ 6,215.55 | $ 12,842.88 |
| 689 | 12,431.10 | - | 12,431.10 |
| 690 | 144,691.40 | - | 144,691.40 |
| 691 | 2,210.00 | 1,105.00 | 1,105.00 |
| 311 | 53,678.54 | 29,356.41 | 24,322.13 |
| Total $ | **232,069.47** | **$ 36,676.96** | **195,392.51** |

## Canham, Chris

**From:** Carroll, Mark [mark.carroll@delphi.com]
**Sent:** Monday, June 11, 2007 11:39 AM
**To:** Canham, Chris
**Subject:** Claim 10710 PPG

Hi Chris, Your claim was reduced due to the following reasons, Invoices for DSSI, Total $60,442.14. Dssi was reimbursed by Delphi and DSSI should have paid PPG directly. You might want to contact DSSI. We also denied Invoice Number 650574 for $20,836.66 and Invoice Number 651262 for $22,806.00. The proof of delivery show Dura Automotive and we need to copy of A Delphi Purchase order for these invoices or some kind of signed agreement stating Delphi is responsible for those invoices.

In addition, we deducted invoice number 666454 by $4,230.77, We need a valid Pod.
If you have any questions, feel free to contact me at 248-265-4275. Thanks for your assistance in this matter.

**Mark Carroll**
**POC Analyst**
**Delphi Proof of Claim**

*********************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************************

6/18/2007

EXHIBIT B



**REMIT TO:**
PPG INDUSTRIES, INC.
P.O. BOX 360175
PITTSBURGH, PA 15251-6175
DUNS NO. 00-497-2105
TEL: (412) 434-3807
FAX: (412) 434-3360

| PAGE NO. | INVOICE NO. |
|---|---|
| 1 | 650574 |
| DATE SHIPPED | DATE BILLED |
| 05 27 03 | 06 02 03 |

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD

TROY
MI   48084
UNITED STATES

TERMS:
NET   08/02/03

SHIP TO / BILL TO CUSTOMER -   31147054 / 31147053

| SHIPPED TO | SHIPPED FROM | VIA | CAR/TRUCK NO. | B/L NO. | FREIGHT | NO. OF CONTAINERS |
|---|---|---|---|---|---|---|
| 1030 SOUTH EDGEWOOD AVE | Crestline, OH | 0000 | | 60574 | COLLECT | |

| NUMBER OF PIECES | PART NUMBER | YOUR ORDER NUMBER | PRICE EACH | TOTAL |
|---|---|---|---|---|
| 714 | 16639050 | | 18.1000 | 12923.40 |
| 714 | 16639051 | | 18.1000 | 12923.40 |
| | | INVOICE TOTAL | | 25846.80 |
| | | | **** DO NOT MAIL **** | |

SL 650574                                      DAB NO   103012941

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**EXHIBIT C**



**REMIT TO:**
PPG INDUSTRIES, INC.
P.O. BOX 360175
PITTSBURGH, PA 15251-6175
DUNS NO. 00-497-2105
TEL: (412) 434-3807
FAX: (412) 434-3360

| PAGE NO. | INVOICE NO. |
|---|---|
| 1 | 651262 |
| DATE SHIPPED | DATE BILLED |
| 06 30 03 | 09 15 03 |

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD
TROY
MI    48084
UNITED STATES

TERMS:
NET   11/02/03

SHIP TO / BILL TO CUSTOMER -   31147054 / 31147053

| SHIPPED TO | SHIPPED FROM | VIA | CAR/TRUCK NO. | B/L NO. | FREIGHT | NO. OF CONTAINERS |
|---|---|---|---|---|---|---|
| 1030 SOUTH EDGEWOOD AVE | Crestline, OH | 0000 | | 61262 | COLLECT | |

| NUMBER OF PIECES | PART NUMBER | YOUR ORDER NUMBER | PRICE EACH | TOTAL |
|---|---|---|---|---|
| 630 | 16639050 | | 18.1000 | 11403.00 |
| 630 | 16639051 | | 18.1000 | 11403.00 |
| | | INVOICE TOTAL | | 22806.00 |
| | | | **** DO NOT MAIL **** | |
| SL 651262 | | DAB NO   103021155 | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

10/16/06  13:20 FAX 248 641 2084         PPG INDUSTRIES                                    ☐ 001
09/13/2006  11:50    248-655-8360        PURCHASING FAX                            PAGE 01/07

# DELPHI

_____ Delphi Thermal and Interio

Page 1 of 6

Buyer:
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS RD
TROY MI 48084-7106

Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550023134 | 19-Dec-2002 |
| Version | |
| 09-Sep-2006 11:33:07 | |

Deliver to:

Please deliver to:
See Delivery Schedule

PPG INDUSTRIES INC
C/O DURA AUTOMOTIVE
2200 HELTON DR
P.O. Box 746
LAWRENCEBURG TN 38464

Vendor No: 1008867
DUNS No:   000214312

Payment Terms: ZCA5             Currency: USD
Payable immediately Due Net

Incoterms: FOB-FREIGHT COLLECT

To:
Hans Letzring
fax: 248-641-2084

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00040 | 16639050 WDO ASSEMBLY-VENT | RX01 DELPHI T & I TROY DIRECT SHIP |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Nov-2002 | 31-Dec-2006 | USD | 18,100.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 18,100.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed

| 00050 | 16639051 WDO ASSEMBLY-VENT | RX01 DELPHI T & I TROY DIRECT SHIP |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Nov-2002 | 31-Dec-2006 | USD | 18,100.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 18,100.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed

| 00010 | 16642212 WINDOW LATCH | RX01 DELPHI T & I TROY DIRECT SHIP |
|---|---|---|

Purchasing Contact: Tarnawsky, Muriel            Contact Address:
Phone: 248-655-0682         _Muriel Tarnawsky_
Fax:   248-655-8350          9-11-06

Date and Time Printed: 09-Sep-2006 11:33:07

EXHIBIT D



Delphi Thermal and Interio

Page 2 of 6

```
PPG INDUSTRIES INC
C/O DURA AUTOMOTIVE
2200 HELTON DR
P.O. Box 746
LAWRENCEBURG TN 38464
```

**Requirements Contract**

PO Number: 550023134
Version: 09-Sep-2006 11:33:07
Date Issued: 19-Dec-2002

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Nov-2002 | 31-Dec-2006 | USD | 1,610.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 1,610.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

| 00020 | 16642213 WINDOW LATCH | | | RX01 DELPHI T & I TROY DIRECT SHIP | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Nov-2002 | 31-Dec-2006 | USD | 1,610.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 1,610.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

| 00030 | 16642214 SCREW | | | RX01 DELPHI T & I TROY DIRECT SHIP | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 05-Oct-2002 | 31-Dec-2006 | USD | 60.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 60.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

| 00080 | 16642215 LOWER HINGE PIN | | | RX01 DELPHI T & I TROY DIRECT SHIP | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Oct-2003 | 31-Dec-2006 | USD | 200.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 200.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

| 00090 | 16642216 TORX SCREW | | | RX01 DELPHI T & I TROY DIRECT SHIP | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Oct-2003 | 31-Dec-2006 | USD | 200.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 200.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

| 00060 | 16643435 WINDOW vent assembly | | | RX01 DELPHI T & I TROY DIRECT SHIP | | |

# DELPHI

Delphi Thermal and Interio

Page 3 of 6

PPG INDUSTRIES INC
C/O DURA AUTOMOTIVE
2200 HELTON DR
P.O. Box 746
LAWRENCEBURG TN 38464

**Requirements Contract**

PO Number: 550023134
Version: 09-Sep-2006 11:33:07

Date Issued: 19-Dec-2002

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Nov-2002 | 31-Dec-2006 | USD | 18,100.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 18,100.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00070   16643436                                    RX01 DELPHI T & I TROY DIRECT SHIP
        WINDOW VENT ASSEMBLY

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Nov-2002 | 31-Dec-2006 | USD | 18,100.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 18,100.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00100   16644266                                    RX01 DELPHI T & I TROY DIRECT SHIP
        upper hinge pin rh
        UPPER RH HINGE-SERVICE REQUIREMENTS

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2003 | 31-Dec-2006 | USD | 563.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 563.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00110   16644267                                    RX01 DELPHI T & I TROY DIRECT SHIP
        Upper hinge pin LH

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2004 | 31-Dec-2006 | USD | 563.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 563.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

**Notes:**

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

10/16/06  13:22 FAX 248 641 2084        PPG INDUSTRIES                              ☒017
09/13/2006  11:50   248-655-8360                     PURCHASING FAX



_____ Delphi Thermal and Interic

Page 4 of 6

```
PPG INDUSTRIES INC
C/O DURA AUTOMOTIVE
2200 HELTON DR.
P.O. Box 746
LAWRENCEBURG TN 38464
```

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023134 | 19-Dec-2002 |
| Version | |
| 09-Sep-2006 11:33:07 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saleable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

10/16/06  13:23 FAX 248 641 2084          PPG INDUSTRIES
09/13/2006  11:50   248-655-8360           PURCHASING FAX                    PAGE  05/07

# DELPHI

_____ Delphi Thermal and Interio

Page 5 of 6

| PPG INDUSTRIES INC | **Requirements Contract** |
| C/O DURA AUTOMOTIVE | |
| 2200 HELTON DR | PO Number                    Date Issued |
| P.O. Box 746 | 550023134                    19-Dec-2002 |
| LAWRENCEBURG TN 38464 | Version |
| | 09-Sep-2006  11:33:07 |

| Item No. | Material No. | | Plant | |
| | Description | | | |

**Notes Continued:**

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************
*************************

Seller will keep all confidential information (as defined below) strictly confidential and disclose it only to its employees who need to know such confidential information in order for supplier to supply goods and services to buyer. Use the confidential information solely for the purpose of supplying goods and services to buyer and obtain buyer's written consent before seller discloses any information which could, under any circumstances, constitute confidential information.

Confidential Information. means all information concerning business, programs, goods and services covered by this contract, including without limitation, pricing and other terms of the contract; Product Specifications; Data; Know-How; Formulas; Compositions; Process; Designs; Sketches; Photographs; Samples; Prototypes; Test Vehicles; Inventions; Concepts; Ideas; Past, Current and Planned Research and Development. Current and Planned Manufacturing or Distribution Methods and Processes; The identity of, or other information about, actual or potential customers; sales, cost and other financial information data; sources of supply for, and the cost of, products, raw materials and components; plant descriptions and descriptions of production equipment; price list; business plans; financial reports & statements; computer software and programs (including object code and source code); databases; internal reports, memoranda, notes, analyses, compilations and studies; and other data, information, materials or intangibles that relate to the business, programs, goods and services covered by this contract. Confidential information also includes any materials or information that contain or are based on any other confidential information, whether prepared by buyer, seller or any other person.

During the term of this contract and for a period of five (5) years following the expiration or termination of this contract, seller will not, directly or indirectly, supply any of the goods covered by this contract, or substantially similar goods, to any other customer.

*********************************
**************************************************************
***************************************************************

As of its effective date, this purchase order constitutes a new agreement between the Buyer and Seller and supersedes and replaces any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof. For the avoidance of doubt, the purchase order number assigned hereto by the Buyer is utilized for administrative convenience only and this purchase order shall not be deemed an amendment to or modification of any prior purchase orders issued by Buyer and accepted by Seller, even if such prior purchase orders were assigned an identical purchase order number by the Buyer. Each of the Buyer and the Seller acknowledges and agrees that any prior purchase orders or other agreements between the Buyer and Seller, which are superseded and replaced by this purchase order as of its effective date shall no longer be subject to assumption or rejection under the United States Bankruptcy Code and the Seller hereunder waives any right to assert any of the rights incident to assumption or rejection, including, but not limited to, the payment of cure with respect to any such prior purchase orders or other agreements. To the extent that any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof also provided for the supply of other goods or services by the Seller to the Buyer, such prior agreements shall be superseded and replaced only with respect to the subject matter hereof and all other provisions of such prior purchase orders or other agreements shall remain in full force and effect in accordance with their terms. Historical pricing shown on this new purchase order, if any, is shown for reference only.

*****************************************************************************
071106 BUYER CODE CHANGE

SUPPLIER ACKNOWLEDGES THAT PAYMENT TERMS ARE STRICTLY CONFIDENTIAL AND NOT TO BE DISCLOSED TO ANY THIRD PARTY WHATSOEVER WITHOUT THE PRIOR WRITTEN CONSENT OF DELPHI.

PPG INDUSTRIES INC. AGREES WITH PAYMENT TERMS OF 'NET IMMEDIATE' STARTING OCTOBER 13, 2005 TO MARCH 31, 2006 - PER

# DELPHI

_____ Delphi Thermal and Interic

Page 6 of 6

PPG INDUSTRIES INC
C/O DURA AUTOMOTIVE
2200 HELTON DR
P.O. Box 746
LAWRENCEBURG  TN 38464

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550023134 | 19-Dec-2002 |
| Version | |
| 09-Sep-2006  11:33:07 | |

**Item No.   Material No.                                      Plant**
**Description**

**Notes Continued:**
AGREEMENT BETWEEN EVERETT MONTGOMERY OF DELPHI AND HANS LETZRING OF PPG INDUSTRIES INC.

THIS REVISION IS ISSUED TO REFLECT A CHANGE IN 'PAYMENT TERMS' ONLY.

THIS REVISION IS ISSUED TO REFLECT AN EXTENSION OF THE END DATE OF THE PAYMENT TERMS.



```
REMIT TO:
PPG INDUSTRIES, INC.
P.O. BOX 360175
PITTSBURGH, PA 15251-6175
DUNS NO. 00-497-2105
TEL: (412) 434-3807
FAX: (412) 434-3360
```

| PAGE NO. | INVOICE NO. |
|---|---|
| 1 | 666454 |
| DATE SHIPPED | DATE BILLED |
| 09 20 05 | 09 26 05 |

```
SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
1401 CROOKS ROAD

TROY
MI    48084
UNITED STATES
```

TERMS: NET 11/02/05

SHIP TO / BILL TO CUSTOMER - 31147054 / 31147053

| SHIPPED TO | SHIPPED FROM | VIA | CAR/TRUCK NO. | B/L NO. | FREIGHT | NO. OF CONTAINERS |
|---|---|---|---|---|---|---|
| 1030 SOUTH EDGEWOOD AVE | Crestline, OH | 0000 | | 00000 | COLLECT | |

| NUMBER OF PIECES | PART NUMBER | YOUR ORDER NUMBER | PRICE EACH | TOTAL |
|---|---|---|---|---|
| 576 | 16639050 | | 18.1000 | 10425.60 |
| 572 | 16639051 | | 18.1000 | 10353.20 |
| 576 | 16639050 | | 18.1000 | 10425.60 |
| 672 | 16639051 | | 18.1000 | 12163.20 |
| | | | INVOICE TOTAL | 43367.60 |
| | | | **** DO NOT MAIL **** | |

SL 666454                                           DAB NO 105022773

We hereby certify that those goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

EXHIBIT E

BILL OF LADING—FORM—ORIGINAL—NOT NEGOTIABLE

Subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**DURA**
DURA AUTOMOTIVE SYSTEMS
P.O. BOX 746 • 2200 HELTON DRIVE
LAWRENCEBURG, TN 38464
TEL.: (931) 762-2090  FAX: (931) 766-2115
DUNS: 82-643-3344

S/O #: PNAURB

**SHIPPER/BILL OF LADING**

| DATE | NUMBER |
|---|---|
| 09/20/05 | 666454 |

SHIPPER/BOL
EQUIP # 53749
Carrier's No. _____

CONSIGNED TO AND DESTINATION

INTERNATIONAL TRUCK          3000
OHIO DISTRIBUTION WAREHOU    NAURB
1030 EDGEWOOD AVE.           DOCK: 0020DW

Mail or street address of Consignee for purposes of notification only:
INTERNATIONAL TRUCK
P.O. BOX 7015

URBANA OH 43078 US

| AETC. # | F.O.B. | TERMS | P.D & INV. | COL. | P.P.D. | SUPPLIER CODE |
|---|---|---|---|---|---|---|
|  | SHIPPING POINT | NET 30 |  |  | COLLECT | ETI |

REMARKS                CARRIER: PENSKE LOGISTIC           ROUTING

| CUST. PART # | QTY | QTY-TYPE CONTAINER | NET | TARE | Class or Rate | Check Column |
|---|---|---|---|---|---|---|
| 1204026R91 NAVISTAR RACK CUM YTD: 0  U/M:PC  1204026R91 | 22 | 1 RCK90 | 0 | 0 LBS | | |
| 3567240C92 LH NAVISTAR QTR (RACK) CUM YTD: 31290  U/M:C62 P.O.#: AD116A U22206CL | 672 | 16 1204026R91 | 2688 | 6736 LBS | | |
| 3567241C92 RH NAVISTAR QTR (RACK) CUM YTD: 31572  U/M:C62 P.O.#: AD116A U22206CR | 576 | 13 1204026R91 1  1204026R91 | 2184 120 | 5473 LBS 421 LBS | | |
| 3567240C92 NAVISTAR LH QTR (BOX) CUM YTD: 6576  U/M:C62 P.O.#: AD116A U22236CL | 672 | 14 SKD90 | 2688 | 980 LBS | | |

*** CONTINUED ON PAGE 2 ***

If the shipment moves between two ports by carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification. "† Shipper's print in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission."

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable Regulations of the Department of Transportation."

Shipper _____ Per _____      Agent _____ Per _____

* Address of shipper          MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

1

ORIGINAL FILE COPY

EXHIBIT F

BILL OF LADING—FORM—ORIGINAL—NOT NEGOTIABLE

At

**DURA**
DURA AUTOMOTIVE SYSTEMS
P.O. BOX 746 • 2200 HELTON DRIVE
LAWRENCEBURG, TN 38464
TEL.: (931) 762-2090 FAX: (931) 766-2115
DUNS: 82-643-3344

S/O #: PNAURB

SHIPPER/BILL OF LADING
DATE: 09/20/05    NUMBER: 666454

** SHP/BOL PAGE 2 **
EQUIP # 53749
Carrier's No. _____

CONSIGNED TO AND DESTINATION

INTERNATIONAL TRUCK
OHIO DISTRIBUTION WAREHOU
1030 EDGEWOOD AVE.
URBANA OH 43078 US

3000
NAURB
DOCK: 0020DW

Mail or street address of Consignee for purposes of notification only
INTERNATIONAL TRUCK
P.O. BOX 7015

Delivery Address ★

| AETC. # | F.O.B. | TERMS | P.D. & INV. | COL. | P.P.D. | SUPPLIER CODE |
|---|---|---|---|---|---|---|
|  | SHIPPING POINT | NET 30 |  |  | COLLECT | ETI |
| REMARKS | | CARRIER | | | | ROUTING |
|  | | PENSKE LOGISTIC | | | | |

| CUST. PART # | QTY | QTY-TYPE CONTAINER | NET | TARE | Class or Rate | Check Column |
|---|---|---|---|---|---|---|
| 3567241C92 NAVISTAR RH QTR (BOX) | 576 | 12 SKD90 | 2304 | 840 LBS | | |
| CUM YTD: 4320    U/M:C62 | | | | | | |
| P.O.#: AD116A | | | | | | |
| U22236CR | | | | | | |

COMMODITY DESCRIPTION

| | QTY | TYPE CONTAINER OR VENT | NET | TARE | GROSS |
|---|---|---|---|---|---|
| WINDOW, NOI, BODY DOOR IT 20140 | 30 | 1204026R91 | 4992 | 12630 | 17622 LBS |
| | 26 | SKD90 | 4992 | 1820 | 6812 LBS |
| RETURNABLE CONTAINER | 1 | RCK90 | 0 | 0 | 0 LBS |
| TOTALS: | 57 | | 9984 | 14450 | 24434 LBS |

RETURN EMPTY RACKS TO DURA AUTOMOTIVE

ORIGINAL FILE COPY