# **<u>EXHIBIT A</u>**

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br> BI Technologies Corporation | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: <br> David M. Schilli <br> Robinson, Bradshaw & Hinson, P.A. <br> 101 North Tryon Street, Suite 1900 <br> Charlotte, NC 28246 <br> Telephone number: 704-377-2536 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

**2. Date debt was incurred:** Various (see attached)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 782,418.25
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $6,210.00
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(2). (see attached)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**    $782,418.25    $6,210.00    $788,628.25
                                                    (unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JAN 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date <br> 6/20/6 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> *[signature]* <br> VICE PRESIDENT & GENERAL MANAGER, BI TECHNOLOGIES <br> BRADLEY J. TURNER |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Attachment to Proof of Claim of
BI Technologies Corporation
*In re Delphi Automotive Systems, LLC*
Case No. 05-44640

As set forth on the attached proof of claim and described in greater detail below, the claim of BI Technologies, Inc. (the "Creditor") against Delphi Automotive Systems, LLC (the "Debtor") is comprised of the following components: (A) a reclamation claim having administrative expense priority status under 11 U.S.C. §§ 503 and 507(a)(2) in the amount of $6,210.00, and (B) a general unsecured claim in the amount of $782,418.25.

As of the filing of the voluntary petition on October 8, 2005 (the "Filing Date"), the Creditor was owed $788,628.25 (the "Pre-Petition Balance") for product manufactured for and delivered to the Debtor and for related charges. A summary statement of the invoices comprising the Pre-Petition Balance is attached hereto as **Exhibit A** and incorporated herein by reference.

*(A) The Reclamation Claim*

The Creditor delivered a written reclamation demand dated October 14, 2005, to the Debtor in the amount of $196,190.25 covering all goods sold and delivered to the Debtor by the Creditor within the periods described in § 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546. The invoices that were the subject of the Creditor's written reclamation demand are included within the Pre-Petition Balance. Pursuant to the Amended Final Order Pursuant To 11 U.S.C. §§ 362, 503 And 546 And Fed. R. Bankr. Pro. 9019 Establishing Procedures For Treatment Of Reclamation Claims entered by the Court on November 4, 2005 (the "Amended Reclamation Procedures Order"), the Debtor reconciled the Creditor's written reclamation demand (assigned Delphi Amended Reclamation No. 368) and determined that, subject to the Reserved Defenses (as defined in the Amended Reclamation Procedures Order), the amount of $6,210.00 (the "Reconciled Reclamation Amount") was the maximum allowable amount of the Creditor's reclamation demand entitled to priority as an administrative expense. A copy of the Debtor's schedule showing those invoices comprising the Reconciled Reclamation Amount is attached hereto as **Exhibit B** and incorporated herein by reference. The Creditor accepted the Reconciled Reclamation Amount and, therefore, has an Allowed Reclamation Claim as defined in and pursuant to the Amended Reclamation Procedures Order that is entitled to administrative expense priority status under 11 U.S.C. §§ 503 and 507(a)(2) to the extent set forth in the Amended Reclamation Procedures Order.

*(B) General Unsecured Claim*

The Creditor's general pre-petition unsecured claim in the amount of $782,418.25 was calculated by starting with the Pre-Petition Balance and subtracting the amount of the Allowed Reclamation Claim set forth in (A) above.

*Reservation of Rights*

The Creditor reserves the right to amend this proof of claim to increase the amount of its general unsecured claim if the Allowed Reclamation Claim is not paid in full as an administrative priority claim. The Creditor files this proof of claim without prejudice to or waiver of any rights or remedies to which it may be entitled under the Bankruptcy Code,

C-987110v2 11090.01019

applicable law or any order of the Bankruptcy Court, including without limitation the Amended Reclamation Procedures Order.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Opco Name: BI Technologies Corporation, Fullerton, CA

19-Jun-06
proof_of_claims

| | Delphi | | TT Electronics | | | Reclamation Claim | |
|---|---|---|---|---|---|---|---|
| PO Number | "Ship To" Location | "Bill To" Customer Name | Invoice Number | Invoice Date | Invoice Amount | Amount Filed with Reclaim | Amount Delphi Agreed To Pay |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90035306 | 3-Jun-04 | 24,234.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90038100 | 1-Jul-04 | 23,964.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90056830 | 7-Jan-05 | 22,464.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90054574 | 18-May-05 | 23,604.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90020464 | 18-May-05 | 2,308.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90082402 | 9-Aug-05 | 19,685.25 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90084963 | 30-Aug-05 | 15,982.50 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085087 | 31-Aug-05 | 1,976.25 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085161 | 1-Sep-05 | 16,992.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085261 | 1-Sep-05 | 1,976.25 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085262 | 1-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085339 | 2-Sep-05 | 3,928.50 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085340 | 2-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085610 | 6-Sep-05 | 4,671.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085611 | 6-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085750 | 7-Sep-05 | 790.50 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085751 | 7-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085997 | 8-Sep-05 | 3,904.50 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90085998 | 8-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086054 | 9-Sep-05 | 4,263.75 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086055 | 9-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086199 | 12-Sep-05 | 8,156.25 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086200 | 12-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086359 | 13-Sep-05 | 5,030.25 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086360 | 13-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086492 | 14-Sep-05 | 4,671.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086493 | 14-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086698 | 15-Sep-05 | 4,671.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086699 | 15-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086820 | 16-Sep-05 | 4,683.00 | - | - |
| SAG9015256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086821 | 16-Sep-05 | 22,302.00 | - | - |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086924 | 19-Sep-05 | 13,866.75 | - | - |

EXHIBIT A

Opco Name: BI Technologies Corporation, Fullerton, CA

19-Jun-06
proof_of_claims

| PO Number | Delphi "Ship To" Location | "Bill To" Customer Name | TT Electronics Invoice Number | Invoice Date | Invoice Amount | Reclamation Claim Amount Filed with Reclaim | Amount Delphi Agreed To Pay | |
|---|---|---|---|---|---|---|---|---|
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90086925 | 19-Sep-05 | 22,302.00 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087317 | 21-Sep-05 | 22,302.00 | - | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087318 | 21-Sep-05 | 4,623.00 | - | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087319 | 21-Sep-05 | 5,706.00 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087320 | 21-Sep-05 | 22,302.00 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087548 | 22-Sep-05 | 22,302.00 | - | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087549 | 22-Sep-05 | 6,223.50 | - | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087650 | 23-Sep-05 | 7,373.25 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087792 | 26-Sep-05 | 22,302.00 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087793 | 26-Sep-05 | 14,126.25 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90087794 | 26-Sep-05 | 22,302.00 | - | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088080 | 27-Sep-05 | 22,302.00 | - | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088081 | 27-Sep-05 | 22,302.00 | 22,302.00 | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088256 | 28-Sep-05 | 4,441.50 | 4,441.50 | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088257 | 28-Sep-05 | 22,302.00 | 22,302.00 | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088567 | 29-Sep-05 | 28,635.00 | 28,635.00 | | |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088566 | 29-Sep-05 | 22,302.00 | 22,302.00 | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088761 | 30-Sep-05 | 4,836.75 | 4,836.75 | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088886 | 3-Oct-05 | 4,441.50 | 4,441.50 | 2,070.00 | Reconciled Amount |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90088887 | 3-Oct-05 | 6,417.75 | 6,417.75 | 2,070.00 | Reconciled Amount |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90089267 | 5-Oct-05 | 22,302.00 | 22,302.00 | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90089268 | 5-Oct-05 | 2,347.50 | 2,347.50 | | |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90089406 | 6-Oct-05 | - | 5,437.50 | | Post petition |
| SAG9014995 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90089502 | 7-Oct-05 | - | 5,820.75 | | Post petition |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90089503 | 7-Oct-05 | - | 22,302.00 | | Post petition |
| SAG90I5256 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90123335 | 16-Jun-06 | (5,027.00) | | | |
| S3330959 | Saginaw, Michigan | Delphi Saginaw Steering Systems | 90064855 | 18-Mar-05 | 2,016.50 | | | |
| | | | | | 788,628.25 | 196,190.25 | 6,210.00 | |

**CREDIT NOTE : 90123335    DATED  JUN 16, 2006.**

Note - Credit note # 90123335 was issued to correct price discrepancy for the following invoices

| PO # | Doc. date | Ship doc. | BI Technologies Extended Amount | Delphi Extended Amount | Price Discrepancy |
|---|---|---|---|---|---|
| SAG9015256 | 09/01/2005 | 80099408 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/01/2005 | 80099409 | 16,992.00 | $16,816.00 | $176.00 |
| SAG9015256 | 09/02/2005 | 80099508 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/06/2005 | 80099695 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/07/2005 | 80100040 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/08/2005 | 80100067 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/09/2005 | 80100342 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/13/2005 | 80100682 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/14/2005 | 80100886 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/15/2005 | 80101107 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/16/2005 | 80101147 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/19/2005 | 80101379 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/21/2005 | 80101553 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/21/2005 | 80101794 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/22/2005 | 80102077 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/26/2005 | 80102235 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/26/2005 | 80102394 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/27/2005 | 80102633 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/28/2005 | 80102876 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 09/29/2005 | 80103087 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 10/03/2005 | 80103533 | 22,302.00 | $22,071.00 | $231.00 |
| SAG9015256 | 10/05/2005 | 80103836 | 22,302.00 | $22,071.00 | $231.00 |
| | | TOTAL | 485,334.00 | 480,307.00 | $5,027.00 |
| SAG9015256 | 6/16/2006 | 90123335 | (5,027.00) | | ($5,027.00) |

Amended Claim 368

BI Technologies Corporation

| Claim Reference | Vendor Name (as displayed on Claim) | Debtor Division | Claim Final Marked Date | Original PO Number | Original Invoice Number | Amended Invoice Number | Original Shipment ID | Amended Shipment ID | Original Invoice Date | Original Material Number | Amended Material Number | Original Invoice Qty | Original Invoice Extended Amount | Original Valid Claim ($) | Amended Vendor Claim Contains proper Documentation | Amended In the Claim w/in the Allowed Date Range | Amended Was the Receipt Post Petition | Amended Valid Inventory (units) | Amended Inventory ($) | Amended Has it Been paid | Amended Valid Claim ($) | $ Difference between Amended and Original Claim | Amended Claim - Reason for Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90080361 | | 80102647 | 08/27/05 | SX-432TA 28110170 | | 475 | $ 3,277.50 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90080381 | | 80102647 | 08/27/05 | SX-431TA 26097782 | | 3,300 | $ 18,052.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90080381 | | 80102647 | 08/27/05 | SX-430A 26097782 | | 1,350 | $ 7,114.50 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90082847 | | 80102974 | 08/27/05 | SX-431A | | 200 | $ 1,090.00 | | Yes | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90082846 | | 80102975 | 08/27/05 | SX-432TA | | 150 | $ 1,050.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0052256 | 90082256 | | 80102975 | 08/29/05 | SX-432TA 28110170 | 28110170 | 300 | $ 2,070.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0052256 | 90082577 | | 80132878 | 09/29/05 | SX-432A 26102043 | | 2,100 | $ 22,312.00 | | Yes | Yes | | 0 | $ - | | | $ - | Revised Data Failure |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0052256 | 90083566 | | 80133007 | 08/29/05 | SX-432A 26102043 | | 500 | $ 5,310.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAC0052256 | 90084668 | | 80133007 | 08/29/05 | SX-431A 26120048 | | 1,600 | $ 16,992.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0049935 | 90084597 | | 80103008 | 08/29/05 | SX-430A 26097782 | | 200 | $ 1,054.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90103007 | | 80103008 | 08/29/05 | SX-432TA | | 300 | $ 2,070.00 | | Yes | Yes | No | 300 | $ 2,070.00 | No | $ 2,070.00 | $ 2,070.00 | Revised Date Failure |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90082567 | | 80103008 | 08/29/05 | SX-432A 26097782 | 26110170 | 300 | $ 2,070.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90083781 | | 80103045 | 09/30/05 | SX-432A | 26110170 | 300 | $ 2,070.00 | | Yes | Yes | No | 300 | $ 2,070.00 | No | $ 2,070.00 | $ 2,070.00 | Revised Date Failure |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90083781 | | 80103045 | 09/30/05 | SX-432TA 26097782 | | 450 | $ 2,371.50 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0049935 | 90088926 | | 80103532 | 10/03/05 | SX-432TA | 28110170 | 300 | $ 2,070.00 | | Yes | Yes | No | 300 | $ 2,070.00 | No | $ 2,070.00 | $ 2,070.00 | Revised Date Failure |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90088940 | | 80103532 | 10/03/05 | SX-432A | | 525 | $ 4,347.75 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048938 | 90088937 | | 80103533 | 10/03/05 | SX-430A 26097782 | | 2,100 | $ 22,302.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90088287 | | 80103838 | 10/05/05 | SX-430A 26120048 | | 465 | $ 4,942.25 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90089250 | | 80103877 | 10/05/05 | SX-430A 28097782 | | 150 | $ 795.50 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90089248 | | 80103977 | 10/05/05 | SX-432A 26097782 | | 300 | $ 1,551.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90089406 | | 80104088 | 10/06/05 | SX-430A 26097782 | | 600 | $ 3,066.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90089406 | | 80104088 | 10/06/05 | SX-432A 26097782 | | 100 | $ 527.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0048935 | 90089042 | | 80104213 | 10/07/05 | SX-431A 26120048 | | 350 | $ 1,844.50 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0049935 | 90089042 | | 80104213 | 10/07/05 | SX-431A 26097782 | | 400 | $ 2,044.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0049935 | 90089042 | | 80104213 | 10/07/05 | SX-431A 26097782 | | 275 | $ 1,405.25 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0049935 | 90089043 | | 80104213 | 10/07/05 | SX-431A 26097760 | | 450 | $ 2,317.50 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0049935 | 90089602 | | 80104253 | 10/07/05 | SX-430A 26120048 | | 2,100 | $ 22,302.00 | | | | | | | | | $ - | |
| 368 | BI Technologies Corporation | Saginaw Steering | 10/12/05 | SAG0052256 | 90089660 | | 80102533 | 09/27/05 | SX-435A 26120048 | | 2,100 | $ 22,302.00 | | | | | | | | | $ - | |
| 368 BI Technologies Corporation Totals | | | | | | | | | | | | $ 116,989.25 | $ - | | | | | | | $ 6,210.00 | $ 6,210.00 | |

EXHIBIT B

# **<u>EXHIBIT B</u>**

**TT electronics**
BI Technologies

BI Technologies Corporation
4200 Bonita Place
Fullerton CA  92835-1053
Phone :714-447-2300
Fax    :714-447-2499

# Invoice

## Billing Address

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E. HOLLAND RD
SAGINAW MI  48601-9494

## Information

| | |
|---|---|
| Document Number | 90060902 |
| Document Date | 02/14/2005 |
| Purchase Order No. | SAG9015256 |
| Packing List Number | 80072000 |
| Sales Order Number | 10942 |
| Payment Terms | 2nd day - 2nd Month |
| Currency | USD |
| Carrier | Bax Global |
| Tracking No. | 00000000000215478712 |
| No. Of Packages | 00001 |
| Weight | 0.000 KG |
| Sales Rep. | 0000700015 |

Remit To Addr:
  BI Technologies
  P.O. Box 847083
  Dallas, Tx  75284-7083

1 of 1

## Invoice Details

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0510 | SX-4293B<br>Cust. Material No.: 26096028 | 100 EA | 10.67 | 1,067.00 |
| 0520 | SX-4293B<br>Cust. Material No.: 26096028 | 2,000 EA | 10.67 | 21,340.00 |
| | | | Net Amount | 22,407.00 |
| | | | Total Freight | 0.00 |
| | | | **Total Amount** | **$ 22,407.00** |

NLR  NO LICENSE REQUIRED
AN EXPORT LICENSE WILL BE REQUIRED FROM THE U.S. DEPT. OF
COMMERCE IF YOU HAVE REASON TO KNOW THAT THESE COMMODITIES WILL BE
USED IN THE DESIGN OR PRODUCTION OF MISSILES OR CHEMICAL, NUCLEAR OR
BIOLOGICAL WEAPONS OR RE-EXPORTS TO A DESTINATION LISTED IN COUNTRY
GRP D IN SUPPLEMENT #1 TO PART 740 OF THE EXPORT ADMIN. REGULATIONS

JUN-14-07   10:49AM   FROM-                                              T-570   P.001/002   F-185

```
MANIFEST: DTW 05047278           BAX GLOBAL              DATE: 02/16/05
                                 DELIVERY MANIFEST       TIME: 0930
CARTAGE CO: 090 G V A                                    PAGE  1 OF 1
    DRIVER: 022 DELPHI PLT 1

       AIRBILL #        CONSIGNEE           SHIPPER          PIECES    WEIGHT
    -------------------------------------------------------------------------
    SAN   215478712   DELPHI S PLT 01 EPS  BI TECHNOLOGIES     1         650
    3900 HOLLAND RD                  C     CA   SD-02/14     AGT CHG$     . C
    SAGINAW             MI 48601
    REF NONE          CMT_____  TIME 10:45 RCVD BY_____

    ISP   694626236   DELPHI AUTO SYSTEMS  NATIONAL MOLDING    1          31
    TRUCKGATE TOWERLINE              C     NY   SD-02/14     AGT CHG$     . C
    SAGINAW             MI 48602
    REF               CMT_____  TIME___:___ RCVD BY_____ 2

    BNA   802894621   DELPHI S PLT 7       MID CONTINENT       3          77
    3900 HOLLAND RD PLT 7            C     KY   SD-02/14     AGT CHG$     . C
    SAGINAW             MI 48601
    REF               CMT_____  TIME___:___ RCVD BY_____ 3
```

BI INVOICE #
90060902
$22,407.00
14-FEB-2005

```
        TOTAL SHIPMENTS =  3      TOTAL PIECES =   5    TOTAL WEIGHT =  758
    FREIGHT RCVD_____ TIME 10:15  TOTAL AGENT CHARGES_____.___
                                       2-16  APPROVED_____
    MONIES AND
    RECEIPTS BY_____ TIME 220     DATE APPROVED_____

    START MILEAGE_____   END MILEAGE_____   ELAPSED MILEAGE_____
```

**TT electronics**
*BI Technologies*

BI Technologies Corporation
4200 Bonita Place
Fullerton CA 92835-1053
Phone :714-447-2300
Fax :714-447-2499

# Invoice

## Information

| | |
|---|---|
| Document Number | 90054963 |
| Document Date | 12/16/2004 |
| Purchase Order No. | SAG9015256 |
| Packing List Number | 80065249 |
| Sales Order Number | 10942 |
| Payment Terms | 2nd day - 2nd Month |
| Currency | USD |
| Carrier | Bax Global |
| Tracking No. | 00000000000686506833 |
| No. Of Packages | 00001 |
| Weight | 0.000 KG |
| Sales Rep. | 0000700015 |

Remit To Addr:
  BI Technologies
  P.O. Box 847083
  Dallas, Tx 75284-7083

## Billing Address

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E. HOLLAND RD
SAGINAW MI 48601-9494

1 of 1

## Invoice Details

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0430 | SX-4293B<br>Cust. Material No.: 26096028 | 2,100 EA | 11.24 | 23,604.00 |
| | | | Net Amount | 23,604.00 |
| | | | Total Freight | 0.00 |
| | | | **Total Amount** | $ 23,604.00 |

NLR  NO LICENSE REQUIRED
AN EXPORT LICENSE WILL BE REQUIRED FROM THE
U.S. DEPT. OF
COMMERCE IF YOU HAVE REASON TO KNOW THAT
THESE COMMODITIES WILL BE
USED IN THE DESIGN OR PRODUCTION OF MISSILES
OR CHEMICAL, NUCLEAR OR
BIOLOGICAL WEAPONS OR RE-EXPORTS TO A
DESTINATION LISTED IN COUNTRY
GRP D IN SUPPLEMENT #1 TO PART 740 OF THE
EXPORT ADMIN. REGULATIONS

JUN-14-07   10:49AM   FROM-                                         T-570   P.002/002   F-185

```
MANIFEST: DTW 04352278              BAX GLOBAL              DATE: 12/17/04
                                    DELIVERY MANIFEST       TIME: 0945
CARTAGE CO: 090 G V A                                       PAGE   1 OF 1
   DRIVER: 022 DELPHI PLT 1

   AIRBILL #      CONSIGNEE              SHIPPER          PIECES   WEIGHT
---------------------------------------------------------------------------
SAN   686506822   DELPHI S PLT 3    B I TECHOLOGIES         1        650
3900 HOLLAND RD PLT 3               CA    SD-12/15    AGT CHG$        C
SAGINAW              MI 48601
REF               CMT James Cwiklinski TIME 10:45 RCVD BY James Cwiklinski

BNA   686074130   DELPHI S PLT 7    MID CONTINENT           3         90
3900 HOLLAND RD PLT 7               KY    SD-12/15    AGT CHG$        C
SAGINAW              MI 48601
REF               CMT_____ TIME __:__ RCVD BY_____2

SAN   686506833   DELPHI S PLT 01 EPS  B I TECHOLOGIES      1        650
3900 HOLLAND RD                     CA    SD-12/16    AGT CHG$        C
SAGINAW              MI 48601
REF NONE          CMT_____ TIME __:__ RCVD BY_____3
```

BI INV #
90054963
$23,604.00
16-DEC-2004

```
TOTAL SHIPMENTS =  3    TOTAL PIECES =  5    TOTAL WEIGHT =  1390
FREIGHT RCVD_____    TIME___:___  TOTAL AGENT CHARGES_____.___
MONIES AND                            APPROVED_____
RECEIPTS BY_____     TIME_____ DATE APPROVED_____
START MILEAGE_____     END MILEAGE_____    ELAPSED MILEAGE_____
```