BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Ira A. Reid (IR-0113)

BAKER & McKENZIE LLP
101 West Broadway, Twelfth Floor
San Diego, California 92101-3890
Telephone: (619) 236-1441
Ali M.M. Mojdehi, Cal. Bar No. 123846
Joseph R. Dunn, Cal. Bar No. 238069

Attorneys for Spansion Inc., Assignee of the Claim of
Advanced Micro Devices Inc., Claim No. 5126

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss::
COUNTY OF SAN DIEGO   )

    TRACY M. THOMASON, being duly sworn, deposes and says that:

    Deponent is not a party to the action, is over 18 years of ages and resides in San Diego, California.

    On June 18, 2007, Deponent served the following:

**RESPONSE OF SPANSION INC., ASSIGNEE OF THE CLAIM OF ADVANCED MICRO DEVICES INC. (CLAIM NO. 5126), TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) PROTECTIVE INSURANCE CLAIMS, (D) INSURANCE CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND**

SDODMS1/677339.1

RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

By overnight mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of United Parcel Service within the State of California

To:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Warton
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Dated June 18, 2007

_____
TRACY M. THOMASON, Deponent

Sworn to before me this
18th day of June, 2007

_____
Notary Public

See attached Certificate of acknowledgment

| State of California | ) | **CALIFORNIA ALL-PURPOSE** |
|---|---|---|
| County of San Diego | ) | **CERTIFICATE OF ACKNOWLEDGMENT** |

On June 18, 2007 before me, Cristina Conroy,
(here insert name and title of the officer)

personally appeared Tracy M. Thomason,

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

CRISTINA CONROY
COMM. #1630679
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Dec. 17, 2009

Signature Cristina Conroy                                                 (Seal)

---OPTIONAL INFORMATION---

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of **Affidavit of Service**, containing ____ pages, and dated 6/18/07.

The signer(s) capacity or authority is/are as:
- [x] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
  Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

**Method of Signer Identification**
- [ ] Personally known to me
- [ ] Proved to me on the basis of satisfactory evidence:
  - ○ form(s) of identification   ○ credible witness(es)

Identification is detailed in notary journal on:
Page #          Entry #

Notary contact: _____

Other
- [ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
- [ ] _____

© Copyright 2005 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK02. 10/05.   To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com