## DELPHI DELCO ELECTRONICS SYSTEMS

DE WI FOR 406.05.01A

# Direct Supplier Cancellation Claim Request

Effective Date:  May 2, 1999

Page 1 of 5

NOTE: Pages 1 and 2 of this form are to be filled out by Supplier and sent to DE Buyer for processing. Shaded areas are for DE use only.

Log # (MPS) _____

**Buyer Information:**

Buyer Name __D. Neihart__  Phone __715/451-2609__ FAX __765/451-0265__ M.S. __CTLLM__

Supplier Name __Hurley Packaging__                                  Date __8/5/2005__

Supplier Address __P.O. Box 3667__

__Lubbock, Texas  79452__

Purchase Order Number(s) __550049969__

Supplier Duns Numbers: Scheduling __878755982__   Shipping _____

Plant Code(s) of DE using factory(s) __Delnosa Plant 5-6  DA31__

Pull Signal Coordinator(s) _____

Part Number __16170697__          Part description __Chipboard partition__

Part standard pack quantity __140__

Quantity requesting cancellation settlement __23,593__

Reason for cancellation    (include ECO # or Customer Cancellation Request if applicable):
__Not known why Delphi cancelled__

Type of material (steel, plastic, precious metals, etc.) __paper__
Are there any hazardous concerns?        Yes _____        No __X__

If Yes, describe the appropriate disposition process _____

Quantity that is   approx. __2,660__ X  Part $ __3.76__   = $ __10,000.00__
completely fabricated             Price  (DE purchase price)
Indicate how the above quantity is calculated:
SPD or SDS Date and quantity;

                        (3 weeks minimum: current week, week before, week after)
- Pulls shipped

                        (3 weeks minimum: current week, week before, week after)
- Other/Explain

- Location of Material    __Lubbock, Texas  79423__
                              (City, State, Country)

When printed, this document is uncontrolled unless identified as controlled by a Document Control Center.

Exhibit "A"

08/05/2005 16:23   806783 045         GREAK AND SMITH PC                     PAGE 04
                                      Hurley_Packaging                       @004/007

## DELPHI DELCO ELECTRONICS SYSTEMS                          DE WI FOR 406.05.01A

### Direct Supplier Cancellation Claim Request

Effective Date: May 2, 1999                                            Page 2 of 5

Quantity that is partially fabricated _____   Log # (MPS) _____

Percent complete to finished state _____

$ Value declared _____

Describe how quantity and cost are calculated _____

_____

_____

Location of Material _____
                    (City, State, Country)

---

Quantity of raw material and/or purchased parts _____

$ Value declared                  $6,400.00          *how many*
                                                     *parts/pieces will*
Describe how the value is calculated _____  *it make*

_____     *$1900 pieces*

Location of Material    Lubbock, Texas
                       (City, State, Country)

---

Total Quantity              23,593
                           (should equal "Quantity reporting cancellation settlement" above)

Total $ Value Declared     $88,709.68 total purchase price; Hurley due
                           $40,000.00

Preparer's Name   Jarrod Busby         Preparer's Signature  *Jarrod Busby*

Preparer's Phone Number  806/783-0071        FAX  806/783-0045

Return completed form to the DE buyer of this material:
- Include a copy of Material Commitment Authorization (for MPS)
- Include copies of SPD or SDS used in calculations
- Do not destroy and/or sell claimable material until written approval is given by DE
- DE has the right to audit quantities declared

When printed, this document is uncontrolled unless identified as controlled by a Document Control Center.

08/05/2005 16:23  80678  45   GREAK AND SMIT 'C   PAGE 08

*handwritten: New plant?? DA3L J. AZAEL.DZUL@DELPHI.COM*
*handwritten: Schedule agreement 550044969*

SUPPLIER DELIVERY SCHEDULE
OPEN ORDER SUMMARY
PAGE 01
12/27/03

R1  **** = NEW RELEASE
PART NUMBER: C1SPH102   16170697
CURRENT REV-
ALLOCATION: 50%
DESCRIPTION: PARTITION ASSEMB
ORDER NUMBER: 00767514
NEXT REV/DATE:
DELIVER TO: PLANT 35
NEW RELEASE NO.
NEW RELEASE QTY: 46,242
TOTAL ORDERED: 20,399
TOTAL RECEIVED: 25,843
BALANCE TO SHIP: 17404
PRIOR RELEASE: 10/06/03   220-

LAST RECEIPTS:
08/11/03   720
12/04/02   2,160

*********** COMMITTED QUANTITIES RELEASED FOR FABRICATION ARE SHOWN BELOW ***********

PAST DUE: 2,028
12/29/03
01/05/04   222
01/12/04
01/19/04
01/26/04
02/02/04
02/09/04
02/16/04
02/23/04
MARCH
APRIL
MAY
JUNE
BEYOND   23,593

*********** SCHEDULE BELOW FOR PLANNING ONLY DELCO NOT COMMITTED FOR MATERIAL ***********

MARCH
APRIL
MAY
JUNE
JULY
AUGUST
SEPTEMBER
OCTOBER
NOVEMBER
DECEMBER
JANUARY

THIS DOCUMENT INCLUDES ANY NEW REQUIREMENTS CONTRACT RELEASES & PURCHASE ORDERS ISSUED ON OR BEFORE THE DATE OF THIS REPORT.
THIS SUPERSEDES ALL PREVIOUS RELEASES & SCHEDULES FOR THOSE PART NUMBERS LISTED.
ANY QUESTIONS, CONTACT------> V. MENDOZA

HURLEY PACKAGING OF TEXAS INC        82405A        DELCO ELECTRONICS CORPORATION
REDI PACKAGING
1603 E FARMERS MARKET STE 1585
PO BOX 3667
LUBBOCK TX 79452-3667   806-745-7611
ATTN:TOM HURLEY

*handwritten: Exhibit "B"*

CAUSE NO. 2005-529,004

| | | |
|---|---|---|
| HURLEY PACKAGING OF TEXAS, INC. § | | IN THE 237th JUDICIAL DISTRICT |
| vs. § | | COURT IN AND FOR |
| DELPHI CORPORATION § | | LUBBOCK COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES HURLEY PACKAGING OF TEXAS, INC., Plaintiff, complaining of DELPHI CORPORATION, Defendant, and for cause of action would show the Court as follows:

(1) Pursuant to *Texas Rules of Civil Procedure* 190.4, the Plaintiff elects to conduct discovery under Level 2 of this Rule.

(2) HURLEY PACKAGING OF TEXAS, INC., is a Texas Corporation (hereinafter "Hurley"), and conducts business in the State of Texas.

(3) DELPHI CORPORATION is a Delaware Corporation (hereinafter "Delphi"), and does not have a registered agent in the State of Texas. Plaintiff requests service upon The Corporation Company, which is the Michigan registered agent for Delphi. The Corporation Company may be served by certified mail, return receipt requested, at 30600 Telegraph Road, Bingham Farms, Michigan 48025.

(4) The Court has jurisdiction over the parties in that all parties are doing business within the State of Texas. The Court has jurisdiction over the subject matter in that the amount in controversy exceeds the minimum jurisdictional amounts allowed by law.

(5) Venue is proper in Lubbock County, Texas, because all or a substantial portion of the acts giving rise to the causes of action occurred within Lubbock County, Texas.

*Plaintiff's Original Petition* — Page -1-

Exhibit "C"

(6) Delphi ordered from Hurley various specially-manufactured boxes and packing material that Hurley provides. Delphi ordered only a portion of the materials that it agreed it would order. Specifically, attached hereto as Exhibit "A" and made a part hereof for all intents and purposes is a copy of a schedule agreement dated December 27, 2003, that shows the amount of materials to be ordered at $46,242.00, and the remaining orders at $23,593.00. Hurley also has specifically purchased materials from a paper mill to fulfill its obligations to Delphi.

(7) Delphi has failed and refused to complete its contract, thereby damaging Hurley.

(8) Therefore, Hurley sues Delphi for the sum of Forty Thousand Dollars ($40,000.00) representing the specifically-ordered goods from the paper mill, and the loss of profits, for a total of Forty Thousand Dollars ($40,000.00).

(9) All just and lawful credits, payments and offsets have been allowed to the Defendant on its indebtedness.

### Attorney's Fees

(10) Hurley was required to hire the undersigned attorneys to represent Hurley in the prosecution of its claims against Defendant. Hurley is entitled to recover reasonable and necessary attorney's fees in the prosecution of this action. Hurley would show the Court that reasonable attorney's fees for the prosecution of this action against Defendant are as follows:

A. For prosecution of this case to the trial court stage, $30,000.00;

B. For making or defending an appeal to the Court of Appeals, $20,000.00;

C. For making or defending an Application for Writ of Error to the Texas Supreme Court, $15,000.00;

D. For making or defending an appeal to the Texas Supreme Court in the event such Writ of Error is granted, $15,000.00.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that citation be issued and served upon the Defendant, that upon final hearing the Plaintiff recover from Defendant the following:

(1) Judgment in the amount of $40,000.00;

(2) Plus prejudgment and post-judgment interest as provided by law until paid;

(3) For attorney's fees in the amount and upon the contingencies set forth above;

(4) For all costs of court; and

(5) For such other and further relief to which the Plaintiff may justly show itself entitled.

                    Respectfully submitted,

                    GREAK & SMITH, P.C.
                    A Professional Corporation
                    8008 Slide Road, Suite 33
                    Lubbock, Texas 79424-2828
                    806/783-0071 (Telephone)
                    806/783-0045 (Facsimile)

By: _____
      Nolan Greak
      State Bar No. 08343200

# EXHIBIT "A"

2007-Jun-19 10:26 AM GROWN 8267630

C15PR102

| PART NUMBER | 16170697 | | |
|---|---|---|---|
| CURRENT RV | | | |
| ALLOCATIO | 50% | | |
| DESCRIPTIN | PARTITION ASSEMB | | |
| ORDER NUMER | 00767614 | | |
| NEXT REV/DT | | | |
| DELIVER TO | PLANT 35 | | |
| NEW RELEASE NO. | | | |
| NEW RELEASE QTY | | | |
| TOTAL ORDRED | 46,242 | | |
| TOTAL RECVED | 20,399** | | |
| BALANCE TO SHIP | 25,843 | | |
| PRIOR RELSE | 17404  220- | | |
| LAST RECEPTS | 10/06/03 | | |
| | 08/11/03 | 720 | |
| | 12/04/02 | 2,160 | |
| PAST DUE | ************ COMMITTED QUANTITIES RELEASED FOR FABRICATION ARE SHOWN BELOW ************ | | |
| 12/23/03 | 2,028 | | |
| 01/03/04 | 222 | | |
| 01/10/04 | | | |
| 01/17/04 | | | |
| 01/24/04 | | | |
| 01/31/04 | | | |
| 02/07/04 | | | |
| 02/14/04 | | | |
| 02/21/04 | | | |
| 02/28/04 | | | |
| MAR | | | |
| APR | | | |
| MAY | | | |
| JUN | | | |
| BEYND | 23,593 | | |
| | ****************** SCHEDULE BELOW FOR PLANNING ONLY DELCO NOT COMMITTED FOR MATERIAL ****************** | | |
| JUL | | | |
| AUG | | | |
| SEP | | | |
| OCT | | | |
| NOV | | | |
| DEC | | | |
| JAN | | | |

Schedule agreement  
5500494969  
DATE  
(New plant #  
- AZAEL.DZVL@DELPHI.COM

THIS DOCUMENT INCLUDES ANY NEW REQUIREMENTS CONTRACT RELEASES & PURCHASE ORDERS ISSUED ON OR BEFORE THE DATE OF THIS REPORT.  
THIS SUPERSEDES ALL PREVIOUS RELEASES & SCHEDULES FOR THOSE PART NUMBERS LISTED

ANY QUESTIONS, CONTACT------> V. MENDOZA

HURLEY IMAGEN OF TEXAS INC   82405A   DELCO ELECTRONICS CORPORATION   SUPPLIER DELIVERY SCHEDULE
REDI PACKING                                                           OPEN ORDER SUMARY
1603 E. BAKER'S MARKET STE 1585
PO BOX 617
LUBBOCK TX  74452-3667
ATTN: TOM HURLEY   806-745-7611

PAGE 01

1227/03

2007-Jun-

need 5 fa / A

CAUSE NO. 2005- 529,004

| | | |
|---|---|---|
| HURLEY PACKAGING OF TEXAS, INC. | § § | IN THE 237th JUDICIAL DISTRICT |
| | § | COURT IN AND FOR |
| DELPHI CORPORATION | § § | LUBBOCK COUNTY, TEXAS |

FILED FOR RECORD
DISTRICT CLERK LUBBOCK CO
2008 JAN -4 PM 3:20
BY _____ DEPUTY

CIVIL CASE INFORMATION SHEET

All original petitions filed in civil or family cases MUST be accompanied by: (1) an original *Case Information Sheet*, (2) the required number of copies of the information sheet to provide for service upon each defendant/respondent, (3) a copy of the form for delivery to the coordinator of the court, and (4) a copy for the Dispute Resolution Center. All such sheets shall be prepared by the attorney or pro se litigant. The data set forth in the information sheet must be accurate information as it exists at the time of filing. This form does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Service must be obtained promptly. Pursuant to the Lubbock County Local Rules, notice is hereby given that any case in which no answer has been filed or default judgment signed SIX (6) MONTHS from the filing date will be eligible for DISMISSAL FOR WANT OF PROSECUTION.

Type of Action:    ■ Commercial    ☐ Personal Injury    ☐ Death    ☐ Other _____

Check all claims pled:

| | | |
|---|---|---|
| ☐ Account due | ☐ Foreclosure | ☐ Malpractice/Other |
| ■ Contract | ☐ Forfeiture | ☐ Note |
| ☐ Declaratory judgment | ☐ Fraud | ☐ Premises liability |
| ☐ Discrimination | ☐ Garnishment | ☐ Product liability |
| ☐ Condemnation | ☐ Insurance bad faith | ☐ Sequestration |
| ☐ DTPA | ☐ Injunction /TRO | ☐ Tax |
| ☐ Employment discharge | ☐ Malpractice/Legal | ☐ Other (explain: e.g |
| ☐ Expunction | ☐ Malpractice/Medical | friendly suit) _____ |

Has this dispute previously been in the Lubbock county courts?    ■ No    ☐ Yes __ __

Monetary damages sought:    ■ Less than $100,000    ☐ Greater than $100,000    Discovery Level: 2

ADR: MEDIATION IS REQUIRED FOR ALL CONTESTED CASES

Nolan Greak / Greak & Smith, P.C.    08343200
(Printed Name of Attorney)    Bar Card Number

Address: 6006 Slide Road, Suite 33, Lubbock, Texas 79424-2828

(806) 783-0071    (806) 783-0045    _____
Telephone Number    Fax Number    Email Address

FOR COURT USE ONLY:
Track Assignment:    Level I _____    Level II _____    Level III _____
Date filed: _____    Date of Service: _____    Answer Date: _____
Scheduling Order due: _____    Trial Date: _____    Date DRC notified: _____
Date Attorney(s) notified of trial date: _____