UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                             :    Chapter 11
                                  :
Delphi Corporation, *et al.,*     :    Case No. 05-44481 (RDD)
                                  :
                    Debtors.      :    (Jointly Administered)
                                  :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF JOSEPH G. STRINES

I, Joseph G. Strines, a member in good standing of the State Bar of Ohio, requests admission, *pro hac vice*, to represent The Dayton Power and Light Company in the above-referenced chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Joseph G. Strines |
| | The Dayton Power and Light Company |
| | 1065 Woodman Drive |
| | Dayton, Ohio  45432 |
| Telephone: | (937) 259-7348 |
| E-mail: | Joseph.strines@dplinc.com |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
       June 19, 2007

/s/ Joseph G. Strines
Joseph G. Strines
Ohio Bar No. 0069878
The Dayton Power and Light Company
1065 Woodman Drive
Dayton, Ohio 45432
Telephone:  (937) 259-7348

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                     :

In re                                                     :      Chapter 11

Delphi Corporation, *et al.,*              :      Case No. 05-44481 (RDD)

                     Debtors.       :      (Jointly Administered)
---------------------------------------------------------------x

## ORDER ADMITTING
## JOSEPH G. STRINES TO PRACTICE, *PRO HAC VICE*

Joseph G. Strines, a member in good standing of the State Bar of Ohio, having requested admission, *pro hac vice*, to represent The Dayton Power and Light Company in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Joseph G. Strines is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           _____, 2007

                                                                    _____
                                                                    UNITED STATES BANKRUPTCY JUDGE