# EXHIBIT A

1492601A01011607

**RENEWAL NO. 1**
For
Equipment Schedule No. 1093
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1093 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1093, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

1. Capitalized Lessor's Cost: $38,170.00

2. Equipment Location: General Motors Corporation
Delphi Chassis Systems
Dock 101/3100 Needmore Rd.
Dayton, OH 45414
Montgomery County

3. Renewal Term Lease Rate Factor/Dollars: 1.294% / $493.92

4. Renewal Term (Number of Months): 12

5. Renewal Term Commencement Date: June 1, 2004

6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than May 31, 2005.

C. Term and Rent

1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| IBJ Whitehall Business Credit Corporation, as Assignee of First American Capital Management Group, Inc. ("Lessor") | Delphi Corporation as Assignee of General Motors Corporation ("Lessee") |
|---|---|
| By: _____ | By: _____ |
| Name: Hirofumi Suyama | Name: John W. Jarrett |
| Title: President | Title: Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

*Note: this is a Delphi asset

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 1093
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

**Equipment Location:**
General Motors Corporation
Delphi Chassis Systems
Dock 101/3100 Needmore Rd.
Dayton, OH 45414
Montgomery County

Hyster

| | **SERIAL NUMBER** | **DESCRIPTION** | **QTY** | **COST PER UNIT** | **TOTAL COST** |
|---|---|---|---|---|---|
| DC | C098V04944V | E80XL2 | 1 | $38,170.00 | $38,170.00 |

- See Original Schedule 1093 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:** $38,170.00

Initials:

_/s/_
Lessor

_/s/_
Lessee

**RENEWAL NO. 2**
For
Equipment Schedule No. 1093
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1093 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1093, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

1. Capitalized Lessor's Cost: $30,165.00

2. Equipment Location:
General Motors Corporation
Delphi Saginaw Steering Systems
3900 Holland Rd.
Saginaw, MI 48601
Saginaw County

3. Renewal Term Lease Rate Factor/Dollars: 1.132%

4. Renewal Term (Number of Months): 24

5. Renewal Term Commencement Date: June 1, 2004

6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than May 31, 2006.

C. Term and Rent

1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

IBJ Whitehall Business Credit Corporation, as Assignee of
First American Capital Management Group, Inc.
("Lessor")

By: _____
Name: STEVEN M. ROBBINS
Title: VICE PRESIDENT

Delphi Corporation, as Assignee of
General Motors Corporation
("Lessee")

By: _____
Name: John W. Jarrett
Title: Purchasing Manager

Federal I.D. Number: 38-0572515

ANNEX A
To Renewal No. 2
For
Equipment Schedule No. 1093
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

********************************************************************************

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
3900 Holland Rd.
Saginaw, MI 48601
Saginaw County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| S2 | C098V04861V | E80XL2 | 1 | $30,165.00 | $30,165.00 |

- See Original Schedule 1093 Annex C for detailed description of equipment.

TOTAL EQUIPMENT COST:      $30,165.00

Initials:

*(signature)* Lessor

*(signature)* Lessee

824.173.4
5662
1094 R2

**RENEWAL NO. 2**
For
Equipment Schedule No. 1094
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1094 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1094, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

   1. Capitalized Lessor's Cost: $30,530.00

   2. Equipment Location: General Motors Corporation
Delphi Chassis Systems
Dock 101/3100 Needmore Rd.
Dayton, OH 45414
Montgomery County

   3. Renewal Term Lease Rate Factor/Dollars: 1.294% / $395.06

   4. Renewal Term (Number of Months): 12

   5. Renewal Term Commencement Date: September 1, 2004

   6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than August 31, 2005.

C. Term and Rent

   1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| **IBJ Whitehall Business Credit Corporation, as Assignee of** | **Delphi Corporation as Assignee of** |
| **First American Capital Management Group, Inc.** | **General Motors Corporation** |
| ("Lessor") | ("Lessee") |
| By: _____ | By: _____ |
| Name: _Hirofumi Siyano_ | Name: John W. Jarrett |
| Title: _President_ | Title: Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

\* this is a Delphi asset

ANNEX A
To Renewal No. 2
For
Equipment Schedule No. 1094
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**********************************************************************************************

**Equipment Location:**
General Motors Corporation
Delphi Chassis Systems
Dock 101/3100 Needmore Rd.
Dayton, OH 45414
Montgomery County

Hyster

| | **SERIAL NUMBER** | **DESCRIPTION** | **QTY** | **COST PER UNIT** | **TOTAL COST** |
|---|---|---|---|---|---|
| DC | D004D06443V | S80XL | 1 | $30,530.00 | $30,530.00 |

- See Original Schedule 1094 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**                     $30,530.00

Initials:

_____
Lessor

_____
Lessee

*824-022*

**RENEWAL NO. 1**
For
Equipment Schedule No. 1137
To Master Lease Agreement dated as of May 1, 1995
Between
**General Motors Corporation ("Lessee")**
And
**IBJ Whitehall Business Credit Corporation, as Assignee**
Of
**First American Capital Management Group, Inc. ("Lessor")**

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1137 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1137, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

  1. Capitalized Lessor's Cost: $113,664.00

  2. Equipment Location: Delphi Corporation
     Delphi Packard Electric Systems
     Receiving Plant Dock 13
     1265 North River Road
     Warren, OH 44483

  3. Renewal Term Lease Rate Factor/Dollars: 1.0511% / $1,194.72

  4. Renewal Term (Number of Months): 24

  5. Renewal Term Commencement Date: April 1, 2005

  6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than March 31, 2007.

C. Term and Rent

  1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

IBJ Whitehall Business Credit Corporation, as Assignee of
First American Capital Management Group, Inc.
("Lessor")

By: _____
Name: Hirofumi Supura
Title: president

Delphi Corporation, as Assignee of
General Motors Corporation
("Lessee")

By: _____
Name: John W. Jarrett
Title: Purchasing Manager

Federal I.D. Number: 38-0572515

*this is a Delphi asset*

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 1137
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

**Equipment Location:**
Delphi Corporation
Delphi Packard Electric Systems
Receiving Plant Dock 13
1265 North River Road
Warren, OH 44483

Crown

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| P1 | 1A203955 | RC3020-30 | 6 | $18,944.00 | $113,664.00 |
| | 1A203996 | | | | |
| | 1A204010 | | | | |
| | 1A204011 | | | | |
| | 1A204019 | | | | |
| | 1A204080 | | | | |

- See Original Schedule 1137 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:** $113,664.00

Initials:

_____
Lessor

[signature]
Lessee

824-23

Asset # 5719

**RENEWAL NO. 1**
For
Equipment Schedule No. 1180
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1180 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1180, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

1. Capitalized Lessor's Cost: $33,480.00

2. Equipment Location:
   General Motors Corporation
   Delphi Saginaw Steering Systems
   Plant 4 Cisco 44024
   3900 Holland Rd.
   Saginaw, MI 48601
   Saginaw County

3. Renewal Term Lease Rate Factor/Dollars: 1.294% / $433.23

4. Renewal Term (Number of Months): 12

5. Renewal Term Commencement Date: November 1, 2004

6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than October 31, 2005.

C. Term and Rent

1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| **IBJ Whitehall Business Credit Corporation, as Assignee of First American Capital Management Group, Inc.** ("Lessor") | **Delphi Corporation as Assignee of General Motors Corporation** ("Lessee") |
| By: _[signature]_ | By: _[signature]_ |
| Name: _Hirofumi Sugano_ | Name: John W. Jarrett |
| Title: _President_ | Title: Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

this is a Delphi asset

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 1180
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

*****************************************************************************************

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
Plant 4 Cisco 44024
3900 Holland Rd.
Saginaw, MI 48601
Saginaw County

Hyster

|    | **SERIAL NUMBER** | **DESCRIPTION** | **QTY** | **COST PER UNIT** | **TOTAL COST** |
|----|-------------------|-----------------|---------|-------------------|----------------|
| S2 | G005D13568V       | H90XL2S         | 1       | $33,480.00        | $33,480.00     |

- See Original Schedule 1180 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**           **$33,480.00**

Initials:

*[signature]*
Lessor

*[signature]*
Lessee

824-24

Asset # 5723

**ORIGINAL**

**RENEWAL NO. 1**
For
Equipment Schedule No. 1185
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1185 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment:  Equipment subject to Equipment Schedule No. 1185, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

1. Capitalized Lessor's Cost:  $57,395.00

2. Equipment Location:  Delphi Corporation
Delphi Chassis Systems
2509 Hayes Avenue
Sandusky, OH 44870
Erie County

3. Renewal Term Lease Rate Factor/Dollars:  1.2128% / $696.09

4. Renewal Term (Number of Months):  12

5. Renewal Term Commencement Date:  September 1, 2005

6. Renewal Term Termination Date:  The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than August 31, 2006.

C. Term and Rent

1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| **IBJ Whitehall Business Credit Corporation, as Assignee of First American Capital Management Group, Inc.** ("Lessor") | **Delphi Corporation, as Assignee of General Motors Corporation** ("Lessee") |
| By: _____ | By: _____ |
| Name: _Hirofumi Sasano_ | Name: John W. Jarrett |
| Title: _President_ | Title: Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

* this is a Delphi asset

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 1185
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

**Equipment Location:**
Delphi Corporation
Delphi Chassis Systems
2509 Hayes Avenue
Sandusky, OH 44870
Erie County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| SA | B024D05850W | S135XL2 | 1 | $57,395.00 | $57,395.00 |

- See Original Schedule 1185 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**         $57,395.00

Initials:

_[signature]_
Lessor

_[signature]_
Lessee

*834-22*
*(834-28)*

**RENEWAL NO. 1**
For
Equipment Schedule No. 1205
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")



************************************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1205 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1205, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

1. Capitalized Lessor's Cost:   $40,945.00

2. Equipment Location:   General Motors Corporation
   Delphi Saginaw Steering Systems
   3900 E. Holland Rd.
   Saginaw, MI 48601-9494
   Saginaw County

3. Renewal Term Lease Rate Factor/Dollars:   1.132% / $463.50

4. Renewal Term (Number of Months):   24

5. Renewal Term Commencement Date:   May 1, 2004

6. Renewal Term Termination Date:   The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than April 30, 2006.

C. Term and Rent

1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

IBJ Whitehall Business Credit Corporation, as Assignee of
First American Capital Management Group, Inc.
("Lessor")

By: _____
Name: STEVEN M. ROBBINS
Title: VICE PRESIDENT

Delphi Corporation as Assignee of
General Motors Corporation
("Lessee")

By: _____
Name: John W. Jarrett
Title: Purchasing Manager

Federal I.D. Number: 38-0572515

*\* this is a Delphi asset*

05-44481-rdd    Doc 8330-1    Filed 06/19/07    Entered 06/19/07 14:42:43    Exhibit A
Pg 15 of 19

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 1205
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
3900 E. Holland Rd.
Saginaw, MI 48601-9494
Saginaw County

Hyster

|    | **SERIAL NUMBER** | **DESCRIPTION** | **QTY** | **COST PER UNIT** | **TOTAL COST** |
|----|-------------------|-----------------|---------|-------------------|----------------|
| JE | G005D13580V       | H110XL2         | 1       | $40,945.00        | $40,945.00     |

- See Original Schedule 1205 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**                                   $40,945.00

Initials:

*[signature]*
Lessor

*[signature]*
Lessee

824.43.1.2
6054
6056
6057
1336 R1

**RENEWAL NO. 1**
For
Equipment Schedule No. 1336
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1336 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment: Equipment subject to Equipment Schedule No. 1336, as further described on the Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

    1. Capitalized Lessor's Cost: $21,991.00

    2. Equipment Location: General Motors Corporation
       Delphi Harrison Thermal Systems
       3600 Dryden Road
       Moraine, OH 45439-1410
       Montgomery County

    3. Renewal Term Lease Rate Factor/Dollars: 1.132% / $248.98

    4. Renewal Term (Number of Months): 24

    5. Renewal Term Commencement Date: September 1, 2004

    6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than August 31, 2006.

C.  Term and Rent

    1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| **IBJ Whitehall Business Credit Corporation, as Assignee of First American Capital Management Group, Inc.** ("Lessor") | **Delphi Corporation as Assignee of General Motors Corporation** ("Lessee") |
| By: _____ | By: _____ |
| Name: Hinofumi Sugano | Name: John W. Jarrett |
| Title: president | Title: Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

\* this is a Delphi asset

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 1336
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")



**Equipment Location:**
General Motors Corporation
Delphi Harrison Thermal Systems
3600 Dryden Road
Moraine, OH 45439-1410
Montgomery County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| DY | A454N01752W | W40XTC | 1 | $13,725.00 | $13,725.00 |
| | A218H04005W<br>A218H04006W | W40XT | 2 | $ 4,133.00 | $ 8,266.00 |

- See Original Schedule 1336 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**  $21,991.00

Initials:

*(signature)*
Lessor

*(signature)*
Lessee



(P24-47)

**RENEWAL NO. 1**
For
Equipment Schedule No. 1366
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

****************************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1366 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A. Equipment: Equipment subject to Equipment Schedule No. 1366, as further described on the Attached Annex A (the "Renewal Equipment")

B. Financial Terms

  1. Capitalized Lessor's Cost: $112,100.00

  2. Equipment Location: General Motors Corporation
     Saginaw Operations
     2328 East Genesee
     Saginaw, MI 48601
     Saginaw County

  3. Renewal Term Lease Rate Factor/Dollars: 1.2128% / $1,359.55

  4. Renewal Term (Number of Months): 12

  5. Renewal Term Commencement Date: November 1, 2005

  6. Renewal Term Termination Date: The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than October 31, 2006.

C. Term and Rent

  1. Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| IBJ Whitehall Business Credit Corporation, as Assignee of First American Capital Management Group, Inc. ("Lessor") | Delphi Corporation, as Assignee of General Motors Corporation ("Lessee") |
| By: _[signature]_ | By: _[signature]_ |
| Name: Hirofumi Supano | Name: John W. Jarrett |
| Title: President | Title: Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

*Note: this is a Delphi asset

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 1366
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")



**Equipment Location:**
General Motors Corporation
Saginaw Operations
2328 East Genesee
Saginaw, MI 48601
Saginaw County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| SM | F108V16716W<br>F108V16717W<br>F108V16718W<br>F108V16719W<br>F108V16739W | E65XM2 | 5 | $22,420.00 | $112,100.00 |

- See Original Schedule 1366 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**           $112,100.00

Initials:

_____
Lessor

*[signature]*
Lessee