| United States Bankruptcy Court<br>Southern District of New York | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor) DELPHI CORPORATION et al | Chapter 11 Case Number 05-44481 |

**Name of Creditor**
Name and Addresses Where Notices Should be Sent

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Telephone No. 847-531-0015

Attn: Ron Ricapito

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**1. BASIS FOR CLAIM**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensations (Fill out below)
Your social security number ____
Unpaid compensations for services performed
from _____ to _____
  (date)         (date)

**2. DATE DEBT WAS INCURRED**    1/3/05 et seq.

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:

☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM **$121,415.94***
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
Administrative expense claim for use and occupancy May 4-31, 2005. Claimant reserves its right to file a Motion for Payment of Administrative Expense or to Amend this Proof of Claim to add its Unsecured Priority Claim to its Unsecured Nonpriority Claim.

☐ Other - 11 U.S.C. §§ 507(a)(2), (a)(5) - (Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$121,415.94      $_____      $_____      | $121,415.94 |
(Unsecured)     (Secured)        (Priority)         (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filling this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

*See Attached Statements

Date: December 12, 2005

Sign and print the name and title, if any, of the creditor authorized to file this claim:
Battenfeld of America, Inc.
By: [signature]

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JAN - 4 2006
CLAIMS PROCESSING CENTER
USBC, SDNY


"A"

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc
1620 Shanahan Drive
South Elgin, IL 60177
Tel   847-531-0015
Fax   847-531-0029

Statement of Account Delphi, Ohio
Cust # OH019
As of October 8, 2005

| DOC# | APPLY # | DATE | TYPE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 | Total |
|---|---|---|---|---|---|---|---|---|
| 42221 | 42221 | 3/10/05 | INVOICE | | | | 1,905.00 | 1,905.00 |
| 42704 | 42704 | 4/6/05 | INVOICE | | | | 1,458.00 | 1,458.00 |
| 44794 | 44794 | 8/12/05 | INVOICE | | 535.60 | | | 535.60 |
| 45164 | 45164 | 9/6/05 | INVOICE | | 498.00 | | | 498.00 |
| 45181 | 45181 | 9/7/05 | INVOICE | | 178.80 | | | 178.80 |
| 45182 | 45182 | 9/7/05 | INVOICE | | 3,155.30 | | | 3,155.30 |
| 45216 | 45216 | 9/8/05 | INVOICE | | 874.80 | | | 874.80 |
| 45221 | 45221 | 9/8/05 | INVOICE | | 9.40 | | | 9.40 |
| 45256 | 45256 | 9/12/05 | INVOICE | 1,454.40 | | | | 1,454.40 |
| 45269 | 45269 | 9/12/05 | INVOICE | 150.10 | | | | 150.10 |
| 45326 | 45326 | 9/19/05 | INVOICE | 4,187.00 | | | | 4,187.00 |
| 45336 | 45336 | 9/19/05 | INVOICE | 27.50 | | | | 27.50 |
| 45353 | 45353 | 9/19/05 | INVOICE | 467.30 | | | | 467.30 |
| 45389 | 45389 | 9/22/05 | INVOICE | 116.70 | | | | 116.70 |
| 45412 | 45412 | 9/22/05 | INVOICE | 22.40 | | | | 22.40 |
| 45413 | 45413 | 9/22/05 | INVOICE | 105.10 | | | | 105.10 |
| 45440 | 45440 | 9/26/05 | INVOICE | 227.40 | | | | 227.40 |
| 45441 | 45441 | 9/26/05 | INVOICE | 16.50 | | | | 16.50 |
| 45443 | 45443 | 9/26/05 | INVOICE | 93.87 | | | | 93.87 |
| 45452 | 45452 | 9/27/05 | INVOICE | 405.00 | | | | 405.00 |
| 45453 | 45453 | 9/27/05 | INVOICE | 6.00 | | | | 6.00 |
| 45458 | 45458 | 9/27/05 | INVOICE | 66.70 | | | | 66.70 |
| 45537 | 45537 | 10/3/05 | INVOICE | 379.10 | | | | 379.10 |
| 45544 | 45544 | 10/3/05 | INVOICE | 55.00 | | | | 55.00 |
| 45549 | 45549 | 10/3/05 | INVOICE | 19.50 | | | | 19.50 |
| 45569 | 45569 | 10/3/05 | INVOICE | 874.80 | | | | 874.80 |
| 45570 | 45570 | 10/3/05 | INVOICE | 242.20 | | | | 242.20 |
| 45582 | 45582 | 10/4/05 | INVOICE | 143.60 | | | | 143.60 |
| 45591 | 45591 | 10/3/05 | INVOICE | 10,084.80 | | | | 10,084.80 |
| 45603 | 45603 | 10/5/05 | INVOICE | 2.60 | | | | 2.60 |
| 66151 | ONACT | 8/24/05 | PAYMENT | | (134.73) | | | (134.73) |
| 76310 | ONACT | 10/5/05 | PAYMENT | (160.60) | | | | (160.60) |
| | | | | 18,986.97 | 5,117.17 | - | 3,363.00 | 27,467.14 |

Statement of Account Delphi, Mississippi
Cust # MS003
As of October 8, 2005

| DOC# | APPLY # | DATE | TYPE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 | Totals |
|---|---|---|---|---|---|---|---|---|
| 8289 | 8289 | 4/22/05 | INVOICE | | | | 3,877.99 | 3,877.99 |
| 40800 | 40800 | 1/3/05 | INVOICE | | | | 9,006.60 | 9,006.60 |
| 83528 | 40800 | 2/4/05 | PAYMENT | | | | (23.12) | (23.12) |
| 70835 | 40800 | 3/31/05 | PAYMENT | | | | (553.50) | (553.50) |
| CC | 40800 | 4/19/05 | PAYMENT | | | | (524.01) | (524.01) |
| 58711 | 7/1/05 | PAYMENT | | | | (210.73) | (210.73) |
| 68595 | 40800 | 9/2/05 | PAYMENT | | | | (1,337.70) | (1,337.70) |
| 41572 | 41572 | 2/7/05 | INVOICE | | | | 8,021.30 | 8,021.30 |
| 43120 | 43120 | 4/27/05 | INVOICE | | | | 2,296.00 | 2,296.00 |
| 43356 | 43356 | 5/13/05 | INVOICE | | | | 5,874.00 | 5,874.00 |
| 44543 | 44543 | 8/1/05 | INVOICE | | | 10,815.00 | | 10,815.00 |
| 45227 | 45227 | 9/8/05 | INVOICE | | 3,085.00 | | | 3,085.00 |
| 45236 | 45236 | 9/9/05 | INVOICE | | 223.20 | | | 223.20 |
| 45237 | 45237 | 9/9/05 | INVOICE | | 2,516.40 | | | 2,516.40 |
| 45238 | 45238 | 9/9/05 | INVOICE | | 424.80 | | | 424.80 |
| 45239 | 45239 | 9/9/05 | INVOICE | | 150.10 | | | 150.10 |
| 45240 | 45240 | 9/9/05 | INVOICE | | 306.60 | | | 306.60 |
| 45241 | 45241 | 9/9/05 | INVOICE | | 1,157.70 | | | 1,157.70 |
| 45242 | 45242 | 9/9/05 | INVOICE | | 1,293.60 | | | 1,293.60 |
| 45278 | 45278 | 9/13/05 | INVOICE | | 1,967.60 | | | 1,967.60 |
| 45279 | 45279 | 9/13/05 | INVOICE | | 2,221.10 | | | 2,221.10 |
| 45283 | 45283 | 9/14/05 | INVOICE | | 1,545.20 | | | 1,545.20 |
| 45329 | 45329 | 9/20/05 | INVOICE | | 2,023.40 | | | 2,023.40 |
| 45356 | 45356 | 9/20/05 | INVOICE | | 391.80 | | | 391.80 |
| 45357 | 45357 | 9/20/05 | INVOICE | | 1,256.00 | | | 1,256.00 |
| 45385 | 45385 | 9/21/05 | INVOICE | | 842.80 | | | 842.80 |
| 45386 | 45386 | 9/22/05 | INVOICE | | 174.10 | | | 174.10 |
| 45403 | 45403 | 9/22/05 | INVOICE | 10,564.18 | | | | 10,564.18 |
| 45427 | 45427 | 9/23/05 | INVOICE | 125.40 | | | | 125.40 |
| 45455 | 45455 | 9/27/05 | INVOICE | 9.00 | | | | 9.00 |
| 45456 | 45456 | 9/27/05 | INVOICE | 1,454.70 | | | | 1,454.70 |
| 45458 | 45458 | 9/28/05 | INVOICE | 5,386.00 | | | | 5,386.00 |
| 45480 | 45480 | 9/28/05 | INVOICE | 251.80 | | | | 251.80 |
| 45483 | 45483 | 9/28/05 | INVOICE | 947.90 | | | | 947.90 |
| 45487 | 45487 | 9/28/05 | INVOICE | 89.60 | | | | 89.60 |
| 45497 | 45497 | 9/28/05 | INVOICE | 531.80 | | | | 531.80 |
| 45498 | 45498 | 9/28/05 | INVOICE | 723.20 | | | | 723.20 |
| 45509 | 45509 | 9/29/05 | INVOICE | 1,140.50 | | | | 1,140.50 |
| 45510 | 45510 | 9/29/05 | INVOICE | 2,023.40 | | | | 2,023.40 |
| 45514 | 45514 | 9/29/05 | INVOICE | 1,967.60 | | | | 1,967.60 |
| 45535 | 45535 | 10/3/05 | INVOICE | 275.40 | | | | 275.40 |
| 45536 | 45536 | 10/3/05 | INVOICE | 5,386.00 | | | | 5,386.00 |
| 45557 | 45557 | 10/3/05 | INVOICE | 83.40 | | | | 83.40 |
| 45558 | 45558 | 10/3/05 | INVOICE | 1,078.00 | | | | 1,078.00 |
| 45565 | 45565 | 10/3/05 | INVOICE | 48.40 | | | | 48.40 |
| 45567 | 45567 | 10/3/05 | INVOICE | 1,675.70 | | | | 1,675.70 |
| 45568 | 45568 | 10/3/05 | INVOICE | 234.70 | | | | 234.70 |
| 45587 | 45587 | 10/4/05 | INVOICE | 952.09 | | | | 952.09 |
| 45592 | 45592 | 10/4/05 | INVOICE | 17.40 | | | | 17.40 |
| 45593 | 45593 | 10/4/05 | INVOICE | 251.80 | | | | 251.80 |
| 45617 | 45617 | 10/5/05 | INVOICE | 5,213.60 | | | | 5,213.60 |
| 45618 | 45618 | 10/5/05 | INVOICE | 2,082.00 | | | | 2,082.00 |
| 45639 | 45639 | 10/6/05 | INVOICE | | | | | |
| Totals | | | | 37,127.57 | 19,579.40 | 10,815.00 | 26,426.83 | 93,948.80 |

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel 847-531-0015
Fax 847-531-0022