## Bertozzi, Edward

**From:** Carlson, Randy [randy.carlson@delphi.com]
**Sent:** Tuesday, August 08, 2006 11:32 AM
**To:** Bertozzi, Edward
**Subject:** Battenfeld Claim

Ed, Here is the additional information I will need from Battenfeld to reconcile the claim. I need a copy of the invoice and a signed Proof of Delivery.

| Document # | Date | Amount |
|---|---|---|
| 42704 | 4/6/05 | 1,458.00 |
| 44794 | 8/12/05 | 535.60 |
| 45413 | 9/22/05 | 105.10 |
| 45453 | 9/27/05 | 6.00 |
| 45582 | 10/4/05 | 143.60 |
| 8269 | 4/22/05 | 3,877.99 |
| 41572 | 2/7/05 | 8,021.30 |
| 43120 | 4/27/05 | 2,296.00 |
| 44543 | 8/1/05 | 10,815.00 |
| 45283 | 9/14/05 | 1,545.20 |
| 45357 | 9/20/05 | 1,256.00 |
| 45403 | 9/22/05 | 10,564.18 |
| 45456 | 9/27/05 | 1,454.70 |
| 45509 | 9/28/05 | 723.20 |
| 45536 | 10/3/05 | 275.40 |
| 45592 | 10/4/05 | 952.09 |

Please let me know if you have any questions. Thank you for your assistance.

Regards,

Randy Carlson
Delphi Proof of Claim Group
248-265-4282 – phone
248-265-4276 – fax

*****************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************************************************************

**B**

# INVOICES



**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:  P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 42704 | | 04/06/05 | OH019 |

# INVOICE

| | |
|---|---|
| 10719 | 0 |
| WORK ORDER NO. | B.O. |

CURRENCY: U.S. DOLLARS

"Acceptance of the order of the buyer named on the face hereof ("Buyer") expressly is made conditional on Buyer's consent to the Terms and Conditions on the reverse hereof, and Battenfeld of America, Inc. ("Seller") agrees to furnish the articles described herein only upon these Terms and Conditions."

| | |
|---|---|
| S O L D T O | Delphi Packard Electric<br>P.O. Box 431<br>Warren, OH  44486 |
| S H I P T O | Delphi Packard Electric System<br>MS:47B<br>3400 Aero Park Drive<br>Vienna, OH  44473 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 04/06/05 | | UPS Red Consign | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| | 04/06/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | UPS RED CONS<br>*<br>NEW MACHINE WARRANTY<br>LIM HM1300/BA350<br>S/N 26883<br>*<br>RGA 10719<br>*<br>PLEASE RETURN BROKEN PART<br>WITHIN 10 DAYS<br>* | | | | | |
| 02000WH952 | SCREW TIP ASSEMBLY D30 LSR<br>W/POSITIVE SHUTOFF | 1 | | 1 | 1458.00 | 1458.00 |

| SUB TOTAL | | | | FREIGHT | | |
|---|---|---|---|---|---|---|
| 1458.00 | | | | | | 1458.00 |
| | | | | INVOICE NUMBER :  42704 | | PLEASE REMIT THIS AMOUNT |

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:  P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 44794 | | 08/12/05 | OH019 |

## INVOICE

| | 40006. | 0 |
|---|---|---|
| | WORK ORDER NO. | B.O. |

### CURRENCY: U.S. DOLLARS

| S O L D T O | Delphi Packard Electric<br>P.O. Box 431<br>Warren, OH  44486 | S H I P T O | Delphi Packard Electric<br>Rec Dock Plant 13<br>1265 N River Rd<br>Warren, OH  44483 |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 08/12/05 | P1R67738 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Shawn Kelly | 06/27/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 0201861269. | DELPHI BLANKET PO P1B00366<br>*<br>PRS TRANSDUCER IDA353-3 350 BAR<br>SC-D44-110V (FROM BMP)<br>7M26314 | 1 | | 1 | 535.60 | 535.60 |

| SUB TOTAL | | | FREIGHT | |
|---|---|---|---|---|
| 535.60 | | | | 535.60 |

INVOICE NUMBER :   44794

PLEASE REMIT THIS AMOUNT

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1820 Shenahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To: P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45413 | | 09/22/05 | OH019 |

## INVOICE

| | |
|---|---|
| 41163 | 0 |
| WORK ORDER NO. | B.O. |

CURRENCY: U.S. DOLLARS

S O L D T O:
Delphi Packard Electric
P.O. Box 431
Warren, OH  44486

S H I P T O:
Delphi Packard Electric
Rec Dock Plant 13
1265 N River Rd
Warren, OH  44483

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 09/22/05 | P1R71551 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Shawn Kelly | 10/05/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 02000NT451 | DELPHI BLANKET PO P1B02029<br>*<br>TRANSDUCER LWH450<br>(REVISION 4/99)<br>7M26318 | 1 | | 1 | 105.10 | 105.10 |

| | |
|---|---|
| SUB TOTAL | 105.10 |
| FREIGHT | |
| PLEASE REMIT THIS AMOUNT | 105.10 |

INVOICE NUMBER :    45413

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:   P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|----------|-------------|----------|--------------|----------|
| 1 | 45453 | | 09/27/05 | OH019 |

## INVOICE

| | |
|---|---|
| 40604 | 3 |
| WORK ORDER NO. | B.O. |

CURRENCY: U.S. DOLLARS

| | |
|---|---|
| S O L D T O | Delphi Packard Electric<br>P.O. Box 431<br>Warren, OH  44486 |
| S H I P T O | Delphi Packard Electric<br>Rec Dock Plant 13<br>1265 N River Rd<br>Warren, OH  44483 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|--------------|--------------------|----------|-----|-------|
| 09/27/05 | P1R69577 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|-------|-----------|----------|-------------|-----------|
| Shawn Kelly | 08/24/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|-------------|-------------|------------------|--------------------|------------------|------------|-----------|
| 0202867792. | DELPHI BLANKET PO P1R69577<br>*<br>SWITCH LEVER AZ15/16 B1<br>EK007 (DFRS)<br>7M26122 | 6 | | 1 | 6.00 | 6.00 |

| SUB TOTAL | | FREIGHT | |
|-----------|---|---------|---|
| 6.00 | | | 6.00 |

INVOICE NUMBER    45453

PLEASE REMIT THIS AMOUNT



**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:   P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45582 | | 10/04/05 | OH019 |

# INVOICE

| | |
|---|---|
| 41073 | 0 |
| WORK ORDER NO. | B.O. |

CURRENCY: U.S. DOLLARS

| SOLD TO | SHIP TO |
|---|---|
| Delphi Packard Electric<br>P.O. Box 431<br>Warren, OH  44486 | Delphi Packard Electric<br>Rec Dock Plant 13<br>1265 N River Rd<br>Warren, OH  44483 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 10/04/05 | P1S51409 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Laura Morrones | 09/16/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 02000ZA132 | STOP (3) ROBOT "C" AXIS<br>DPES<br>ZM26501 | 4 | | 4 | 15.20 | 60.80 |
| 02000ZA133 | STOP (2) ROBOT "C" AXIS<br>DPES<br>ZM26552 | 4 | | 4 | 20.70 | 82.80 |

| SUB TOTAL | | FREIGHT | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| 143.60 | | | 143.60 |

INVOICE NUMBER :    45582

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel. 847-531-0015
Fax 847-531-0029

Remit To: P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 41572 | | 02/07/05 | MS003 |

# INVOICE

| WORK ORDER NO. | S.O. |
|---|---|
| 38117 | 0 |

CURRENCY: U.S. DOLLARS

| | | | |
|---|---|---|---|
| **S O L D T O** | Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | **S H P T O** | Delphi Packard Electric<br>Receiving Dock 22<br>1001 Industrial Dr<br>Clinton, MS  39056 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 02/07/05 | P2R18695 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Tina Covington | 02/04/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | DELPHI BLANKET PO P2B00380 | | | | | |
| 02000CD835 | NOZZLE HEAD D25 /125 CD | 1 | | 1 | 311.80 | 311.80 |
| | 7M26666 | | | | | |
| 02000LR023 | SCREW D25 /125 CDC AK+ | 2 | | 2 | 3290.90 | 6581.80 |
| | 7M26811 | | | | | |
| 02000RS325 | SCREW TIP ASSEMBLY D25 K110 CDC | 3 | | 3 | 375.90 | 1127.70 |
| | 7M26909 | | | | | |

| SUB TOTAL | | FREIGHT | |
|---|---|---|---|
| 8021.30 | | | 8021.30 |

PLEASE REMIT THIS AMOUNT

INVOICE NUMBER :    41572

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|----------|-------------|----------|--------------|----------|
| 1 | 44543 | | 08/01/05 | MS003 |

# INVOICE

| WORK ORDER NO. | B.O. |
|----------------|------|
| 10813 | 0 |

Remit To:  P.O. Box 812
Providence, RI 02901

"Acceptance of the order of the buyer named on the face hereof ('Buyer') expressly is made conditional on Buyer's assent to the Terms and Conditions on the reverse hereof, and Battenfeld of America, Inc. ('Seller') agrees to furnish the articles described hereto only upon those Terms and Conditions."

## CURRENCY: U.S. DOLLARS

| S O L D T O | Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | S H I P T O | Delphi Packard Electric<br>Receiving Dock 23<br>925 Industrial Park Dr<br>Brookhaven, MS  39601 |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|--------------|--------------------|----------|-----|-------|
| 08/01/05 | s/n 26870 | Truck Collect | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|-------|-----------|----------|-------------|-----------|
| Warranty | 08/04/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|-------------|-------------|:----------------:|:------------------:|:----------------:|:----------:|:---------:|
| | SHIPPED VIA CENTRAL TRANSPORT | | | | | |
| | FREIGHT BILL# 605-259274-9 | | | | | |
| | * | | | | | |
| | ATTN: CHRIS MARTIN | | | | | |
| | * | | | | | |
| | RGA 10813 | | | | | |
| | * | | | | | |
| | NEW MACHINE WARRANTY | | | | | |
| | HM1300/350  S/N 26870 | | | | | |
| | * | | | | | |
| | DAMAGED PARTS MUST BE RETURNED | | | | | |
| | WITHIN 10 DAYS | | | | | |
| | * | | | | | |
| 02000NV203 | SCREW D30 /130-350 AK+ LSR | 1 | | 1 | 4643.00 | 4643.00 |
| | DFBS | | | | | |
| 0260001056. | SCREW CYL D30 /350 LSR W/WATER JACKET | 1 | | 1 | 6172.00 | 6172.00 |
| | SEE B/M | | | | | |

| SUB TOTAL | | FREIGHT | |
|-----------|---|---------|---|
| 10815.00 | | | 10815.00 |

RGA WARRANTY/DEFECTIVE
CREDIT SUBJECT TO INSPECTION

INVOICE NUMBER :   44543

PLEASE REMIT THIS AMOUNT



**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1520 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:   P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45283 | | 09/14/05 | MS003 |

# INVOICE

| | 41047 | 0 |
|---|---|---|
| | WORK ORDER NO. | B.O. |

CURRENCY: U.S. DOLLARS

| | | | |
|---|---|---|---|
| S<br>O<br>L<br>D<br>T<br>O | Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | S<br>H<br>I<br>P<br>T<br>O | Delphi Packard Electric<br>Receiving Dock 23<br>925 Industrial Park Dr<br>Brookhaven, MS  39601 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 09/14/05 | P2R21848 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Susan Abernathy | 10/06/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | DELPHI BLANKET PO P2B01859<br>* | | | | | |
| 0202884259. | HB 23.5X25 100W 230V<br>LC 678<br>7M26118 | 4 | | 4 | 66.70 | 266.80 |
| 02000LN137 | SEAL KIT CLAMP CYL - BA 100-150 CD<br>7M26905 | 16 | | 16 | 79.90 | 1278.40 |

| | |
|---|---|
| SUB TOTAL | |
| 1545.20 | |

FREIGHT

1545.20

PLEASE REMIT THIS
AMOUNT

INVOICE NUMBER :   45283



**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To: P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|----------|-------------|----------|--------------|----------|
| 1 | 45357 | | 09/20/05 | MS003 |

# INVOICE

| WORK ORDER NO. | B.O. |
|----------------|------|
| 41112 | 0 |

Acceptance of this order of the freight named on the face hereof if buyer's expressly as make conditions of our Shipping Schedule for him filling said conditions on the invoice format and superseding of America list "Seller") agrees to furnish the articles described herein at the purchase terms and condition.

## CURRENCY: U.S. DOLLARS

S O L D T O:
Delphi Packard Electric (P2)
1001 Industrial Drive
Clinton, MS  39056

S H I P T O:
Delphi Packard Electric
Receiving Dock 23
925 Industrial Park Dr
Brookhaven, MS  39601

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|--------------|---------------------|----------|-----|-------|
| 09/20/05 | P2S46759 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|-------|-----------|----------|-------------|-----------|
| Laura Morones | 10/07/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|-------------|-------------|------------------|---------------------|------------------|------------|-----------|
| 0202859283. | SER232 CARD<br>LB417<br>7M26229<br>S/N 5108 | 1 | | 1 | 1256.00 | 1256.00 |

| SUB TOTAL | | FREIGHT | |
|-----------|--|---------|--|
| 1256.00 | | | 1256.00 |

INVOICE NUMBER: 45357

PLEASE REMIT THIS AMOUNT

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:    P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45403 | | 09/22/05 | MS003 |

# INVOICE

| | |
|---|---|
| 41143 | 0 |
| WORK ORDER NO. | B.O. |

### CURRENCY: U.S. DOLLARS

| SOLD TO | SHIP TO |
|---|---|
| Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | Delphi Packard Electric<br>Receiving Dock 22<br>1001 Industrial Dr<br>Clinton, MS  39056 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 09/22/05 | P2R21973 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Susan Abernathy | 10/08/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | DELPHI BLANKET PO P2B01859<br>* | | | | | |
| 02000LE312 | EJECTOR PIN MOVEABLE PLATEN<br>PACKARD BA350/<br>7M26149 | 3 | 1 | 2 | 210.49 | 420.98 |
| 0260000206. | NOZZLE NEEDLE GUIDE BERNEX<br>1H104.00000 - BA 150/50 CD-SWITZERLAND<br>7M26615 | 6 | | 6 | 960.00 | 5760.00 |
| 5060000346. | LEVER F/BERNEX NOZZLES<br>1H107.00005 - BA 150/50 CD-SWITZERLAND<br>7M26615 | 4 | | 4 | 345.60 | 1382.40 |
| 02000LS785 | MOTOR 11KW 230/460/3/60 - BA 350 DPES<br>2850133 - W/THERMAL PROTECTION<br>7M26641 | 1 | 1 | | 2023.40 | |
| 6060000347. | NOZZLE NEEDLE 75.5 MM - BERNEX (7 MM)<br>1H103.00001 - BA 350/125 CD-SWITZERLAND<br>7M26661 | 4 | | 4 | 185.90 | 743.60 |
| 02000LE218 | TIEROD F/BERNEX SHUTOFF NOZZLE<br>7M26764 | 4 | | 4 | 193.00 | 772.00 |
| 0102149114. | T/C SLEEVE M12X1 L=25 MM<br>LC010<br>7M26826 | 4 | | 4 | 5.70 | 22.80 |
| 2000RS325 | SCREW TIP ASSEMBLY D25 K110 CDC<br>7M26909 | 2 | | 2 | 360.40 | 720.80 |
| 2000SG247 | AMPLIFIER 0811405099<br>7M28157 | 4 | 2 | 2 | 370.80 | 741.60 |

| SUB TOTAL | | FREIGHT | |
|---|---|---|---|
| 10564.18 | | | 10564.18 |

INVOICE NUMBER :    45403

PLEASE REMIT THIS
AMOUNT



**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:  P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45456 | | 09/27/05 | MS003 |

# INVOICE

| WORK ORDER NO. | P.O. |
|---|---|
| 41005 | 0 |

CURRENCY: U.S. DOLLARS

| | | | |
|---|---|---|---|
| **S O L D T O** | Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | **S H I P T O** | Delphi Packard Electric<br>Receiving Dock 23<br>925 Industrial Park Dr<br>Brookhaven, MS  39601 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 09/27/05 | P2R21686 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Susan Abernathy | 10/12/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 02000BB016 | DELPHI BLANKET PO P2B01859<br>*<br>PLANETARY GEAR PL90S-4 HTS Y-AXIS<br>DP£S - H/MO/DS55<br>7M26091 | 1 | | 1 | 1454.70 | 1454.70 |

| SUB TOTAL | | FREIGHT | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| 1454.70 | | | 1454.70 |

INVOICE NUMBER:    45456

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1620 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:   P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|----------|-------------|----------|--------------|----------|
| 1 | 45509 | | 09/28/05 | MS003 |

## INVOICE

| | |
|---|---|
| 41228 | 0 |
| WORK ORDER NO. | B.O. |

### CURRENCY: U.S. DOLLARS

| S O L D T O | Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | S H I P T O | Delphi Packard Electric<br>Receiving Dock 22<br>1001 Industrial Dr<br>Clinton, MS  39056 |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|--------------|--------------------|----------|-----|-------|
| 09/28/05 | P2R22117 | UPS Consignee | S Elgin, IL | Net 30 . |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|-------|-----------|----------|-------------|-----------|
| Susan Abernathy | 10/05/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|-------------|-------------|------------------|--------------------|------------------|------------|-----------|
| | DELPHI BLANKET PO P2B01859<br>* | | | | | |
| 02000CD835 | NOZZLE HEAD D25 /125 CD<br>7M26665 | 2 | | 2 | 326.10 | 652.20 |
| 02000DS400 | SEAL KIT CLAMP CYL - BA 400 CDC<br>7M26920 | 1 | | 1 | 71.00 | 71.00 |

| SUB TOTAL | | FREIGHT | |
|-----------|---|---------|---|
| 723.20 | | | 723.20 |
| | | PLEASE REMIT THIS AMOUNT | |

INVOICE NUMBER :    45509

**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1820 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To:   P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45536 | | 10/03/05 | MS003 |

# INVOICE

| 41248 | 0 |
|---|---|
| WORK ORDER NO. | B.O. |

CURRENCY: U.S. DOLLARS

```
S        Delphi Packard Electric (P2)      S     Delphi Packard Electric
O        1001 Industrial Drive             H     Receiving Dock 22
L        Clinton, MS  39056                I     1001 Industrial Dr
D                                          P     Clinton, MS  39056
T                                          T
O                                          O
```

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 10/03/05 | P2R22110 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Susan Abernathy | 10/21/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 0201860997. | DELPHI BLANKET PO P2B01859 . ROTEX CPLG 38/45 (32/42) K019 LN599 (BA 400/125 CDC) 7M26962 | 6 | | 6 | 45.90 | 275.40 |

| SUB TOTAL | | FREIGHT | |
|---|---|---|---|
| 275.40 | | | 275.40 |

INVOICE NUMBER:   45536

PLEASE REMIT THIS
AMOUNT



**Battenfeld**
of America
SMS group

Battenfeld of America, Inc.
1820 Shanahan Drive
South Elgin, IL 60177
Tel: 847-531-0015
Fax: 847-531-0029

Remit To: P.O. Box 812
Providence, RI 02901

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 45592 | | 10/04/05 | MS003 |

# INVOICE

| | |
|---|---|
| 41143 | 2 |
| WORK ORDER NO. | B.O. |

*Acceptance of the order of the linear named on the face record Pleasant expressly in made...*

CURRENCY: U.S. DOLLARS

| S O L D T O | Delphi Packard Electric (P2)<br>1001 Industrial Drive<br>Clinton, MS  39056 | S H I P T O | Delphi Packard Electric<br>Receiving Dock 22<br>1001 Industrial Dr<br>Clinton, MS  39056 |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 10/04/05 | P2R21973 | UPS Consignee | S Elgin, IL | Net 30 |

| BUYER | DATE REQ. | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| Susan Abernathy | 10/08/05 | 00001 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | DELPHI BLANKET PO P2R01859<br>*<br>CENTRAL TRANSPORT PRO# 605-277073-3<br>* | | | | | |
| 02000LE312 | EJECTOR PIN MOVEABLE PLATEN<br>PACKARD BA350/<br>7M26149 | 3 | | 1 | 210.49 | 210.49 |
| 02000SG247 | AMPLIFIER 0811405099<br>7M28157<br>S/N 5137 & 5138 | 4 | | 2 | 370.80 | 741.60 |

| SUB TOTAL | | FREIGHT | |
|---|---|---|---|
| 952.09 | | | 952.09 |

PLEASE REMIT THIS
AMOUNT

INVOICE NUMBER   45592

PROOF
of
DELIVERY

UPS Package Tracking



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:**  1Z 348 A9Y 03 4358 186 6
**Service Type:**  GROUND
**Delivered on:**  02/10/2005 9:31 A.M.
**Delivered to:**  CLINTON, MS, US
**Signed by:**  SPEEC
**Location:**  OFFICE

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 10:20 A.M.
Eastern Time (USA)

**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 348 A9Y 01 4528 978 1
**Service Type:** NEXT DAY AIR
**Delivered on:** 04/07/2005 10:10 A.M.
**Delivered to:** VIENNA, OH, US
**Signed by:** BARSON
**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 9:25 A.M. Eastern Time (USA)

UPS Package Tracking                                                      Page 1 of 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:**   1Z 348 A9Y 01 4528 978 1
**Service Type:**      NEXT DAY AIR
**Delivered on:**      04/07/2005 10:10 A.M.
**Delivered to:**      VIENNA, OH, US
**Signed by:**         BARSON
**Location:**          DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  08/09/2006 9:25 A.M.
Eastern Time (USA)

UPS Package Tracking                                    Page 1 of 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:**  1Z 348 A9Y 03 4327 119 2
**Service Type:**     GROUND
**Delivered on:**     09/19/2005 9:54 A.M.
**Delivered to:**     BROOKHAVEN, MS, US
**Signed by:**        HELEN
**Location:**         RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  08/09/2006 9:46 A.M.
Eastern Time (USA)

UPS Package Tracking                                              Page 1 of 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

Tracking Number:   1Z 348 A9Y 03 4406 057 9
Service Type:      GROUND
Delivered on:      09/29/2005 10:22 A.M.
Delivered to:      WARREN, OH, US
Signed by:         PATROS
Location:          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 9:37 A.M.
Eastern Time (USA)

https://wwwapps.ups.com/WebTracking/processRequest                    8/9/2006

UPS Package Tracking



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:**   1Z 348 A9Y 03 4359 158 8
**Service Type:**      GROUND
**Delivered on:**      09/23/2005 11:16 A.M.
**Delivered to:**      BROOKHAVEN, MS, US
**Signed by:**         CRISLER
**Location:**          DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 9:47 A.M.
Eastern Time (USA)

https://wwwapps.ups.com/WebTracking/processRequest                    8/9/2006

UPS Package Tracking



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:** 1Z 368 A9Y 03 4157 368 6
**Service Type:** GROUND
**Delivered on:** 09/30/2006 10:18 A.M.
**Delivered to:** CLINTON, MS, US
**Signed by:** LINDSAY
**Location:** OFFICE

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 9:52 A.M.
Eastern Time (USA)

Page 1 of 1

UPS Package Tracking



### DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 348 A9Y 03 4483 916 7
**Service Type:** GROUND
**Delivered on:** 10/03/2005 9:50 A.M.
**Delivered to:** CLINTON, MS, US
**Signed by:** GLADNEY
**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 9:55 A.M.
Eastern Time (USA)

UPS Package Tracking

Page 1 of 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

Tracking Number:   1Z 348 A9Y 03 4336 629 6
Service Type:       GROUND
Delivered on:       10/05/2005 9:45 A.M.
Delivered to:       CLINTON, MS, US
Signed by:          GLADNEY
Location:           DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  08/09/2006 10:00 A.M.
Eastern Time (USA)

UPS Package Tracking                                            Page 1 of 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:**  1Z 340 A9Y 03 4588 468 9
**Service Type:**  GROUND
**Delivered on:**  10/06/2005 10:29 A.M.
**Delivered to:**  WARREN, OH, US
**Signed by:**  SIMMONS
**Location:**  DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  08/09/2006 9:40 A.M.
Eastern Time (USA)

UPS Package Tracking

Page 1 of 1



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

**Tracking Number:** 12 348 A9V 03 4496 894 7
**Service Type:** GROUND
**Delivered on:** 10/07/2005 9:57 A.M.
**Delivered to:** CLINTON, MS, US
**Signed by:** SMITH
**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 08/09/2006 10:02 A.M.
Eastern Time (USA)

https://wwwapps.ups.com/WebTracking/processRequest

8/9/2006