**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 05-44481 (RDD) |
| Delphi Corporation, <u>et al.</u>, | : |
|  | : |
| Debtors | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATE OF SERVICE</u>

I, Shmuel Vasser, hereby certify that on June 19, 2007, I caused a copy of Battenfeld of America, Inc.'s Response to the Debtors' Fifteenth Omnibus Objection to Claims (Substantive), to be served on the parties listed on the annexed service list and in the manner described therein.

Dated: New York, New York
     June 19, 2007

                                          */s/ Shmuel Vasser*
                                          Shmuel Vasser

## Service List

**BY FEDERAL EXPRESS AND E-MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois
Att'n:  John Wm. Butler, Jr.
       John K. Lyons
       Joseph N. Wharton

**BY FEDERAL EXPRESS ONLY**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

272452_1