Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Objection Deadline: June 19, 2007 at 4:00 p.m.

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Tel: (212) 218-5500
Robert W. Dremluk (RD 3109)

*Attorneys for Fujikura America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                          )    Chapter 11
                                                )
DELPHI CORPORATION, et al.                      )    Case No. 05-44481 (RDD)
                                                )
                                                )    (Jointly Administered)
         Debtors.                               )
-------------------------------------------------------X

## RESPONSE OF FUJIKURA AMERICA, INC.
## TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

TO:   HONORABLE ROBERT D. DRAIN
      UNITED STATES BANKRUPTCY JUDGE:

Fujikura America, Inc. ("Fujikura"), through its undersigned counsel, hereby files this response to Debtors' Fifteenth Omnibus Claims Objection (Substantive) (the "Fifteenth Omnibus Claims Objection") and states as follows:

1.   Delphi Corporation and its related entities (collectively, the "Debtors") commenced their bankruptcy cases under Chapter 11 of title 11, United States Code (the "Bankruptcy Code") on October 8 and 14, 2005 (the "Filing Dates"). No trustee or examiner has been appointed in these cases, and the Debtors remain in possession.

2.   On or about July 27, 2006, Fujikura timely filed a proof of claim in this bankruptcy ("Claim No. 11659"). In Claim No. 11659, Fujikura asserted a claim for amounts

NY1 26472055.1

owing to Fujikura for goods and services provided to Debtors prior to October 8, 2005. Claim No. 11659 is asserted as a secured claim of $21,813.20, a priority claim of $15,482.29 and a general unsecured claim of $205,159.75, for a total claim of $242,455.24.

3. On or about May 22, 2007, Debtors filed their Fifteenth Omnibus Claims Objection. In the Fifteenth Omnibus Claims Objection, Debtors object to the amount, classification and/or the identity of the Debtor for the Modified Claims Asserting Reclamation, including Claim No. 11659, and seek modification of Claim 11659 as follows :

(a) The secured claim for $21,813.20 should be **eliminated**, the priority claim of $15,482.29 should be modified to **$15,482.28** and the general unsecured claim of $205,159.75 should be modified to **$200,787.54**; and

(b) The total amount of such claim should be modified from $242,455.24 to **$216,269.82**.

Fifteenth Objection at Exhibit D-3, p. 19.

4. No explanation of the basis for the modifications to Fujikura's claim are provided in the Fifteenth Omnibus Objection.

5. Since the Fifteenth Omnibus Objection was filed, the Debtor has contacted Fujikura regarding some of the objections of the Debtors contained therein. However, no discussion has been had about Fujikura's secured claim, which Fujikura believes is valid. If the Debtors wish to permit Fujikura to engage in its setoff, Fujikura would not object to being permitted to exercise those rights, which would ultimately result in the elimination of its secured

2

NY1 26472055.1

claim and any obligation it would otherwise have to the Debtors. However, the Debtors' intent in that regard needs to be clarified.

6. As to the priority claim, Fujikura believes that it is stated in the correct amount in its proof of claim, and should not be modified (by one cent). Fujikura believes that amount in the objection may be a typographical error.

7. As to the unsecured claim, based on the discussions between Fujikura and the Debtors, that claim may be appropriately reduced based on certain payments having been made, although the precise amount of any such reduction has not been finally determined.

8. Fujikura objects to the Debtors' proposed modification of Claim No. 11659 for the foregoing reasons.

WHEREFORE, Fujikura requests that this Court enter an order denying the relief requested in the Fifteenth Omnibus Claims Objection relative to Claim No. 11659.

Dated: New York, New York
June 19, 2005

**SEYFARTH SHAW LLP**

/s/ Robert W. Dremluk
Robert W. Dremluk (RD 3109)
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
212-218-5500
212-218-5526 (FAX)
rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*

NY1 26472055.1