Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Response Date and Time: June 19, 2007 at 4:00 p.m.

Elena Lazarou (EL-5681)
Reed Smith LLP
559 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for Johnson Controls, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
    In re                                             :
                                                            :
DELPHI CORPORATION, et al.,                                 :    Chapter 11
                                                            :
                         Debtors.                        :    Case No. 05-44481 (RDD)
                                                            :
                                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**RESPONSE OF JOHNSON CONTROLS, INC. (CLAIM NUMBER 15525)
TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)
PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN
(A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED
ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY
TAX CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS
SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING
RECLAMATION**

Johnson Controls, Inc., ("JCI") responds to the objection of Delphi Corporation and its debtor affiliates (collectively, the "Debtors") concerning claim number 15525 that JCI filed against Delphi Automotive Systems LLC as follows:

1. Claim number 15525 is based in part upon potential breaches of contract arising under a certain Transition Services, the New Brunswick Put and Call Agreement and a Component Supply Agreement in effect between JCI's Battery Group and Delphi Automotive Systems LLC. Claim number 15525 also includes the liquidated amount of $85,668.20 that Delphi Automotive Systems LLC acknowledges owing to JCI. This claim was filed as, and is entitled to be treated as, a secured claim because of JCI's prepetition setoff rights.

2. The Debtors have objected to the unliquidated portion of claim number 15525 on the basis that the claim should be modified. The Debtors contend that even through JCI's claim is presumed to be valid, claim number 15525 should be allowed as an unsecured claim in the amount of $85,668.20. The Debtors seek to unfairly strip JCI of its setoff rights.

3. JCI filed claim number 15525 as including a contingent and unliquidated component because JCI has potential claims for breach of contract against Delphi Automotive Systems LLC arising under the above-enumerated contracts. Such breaches would give rise to claims by JCI.

4. JCI reserves the right to amend claim number 15525 to provide the details and damage amount of any such contractual breaches by the Debtors.

5. In the circumstances, the objection proposing a modification of claim number 15525 should be overruled. The person authorized to reconcile and resolve this objection is Stephen T. Bobo, Reed Smith Sachnoff & Weaver, 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, 312-207-6480.

Dated: June 19, 2007

RESPECTFULLY SUBMITTED

Johnson Controls, Inc

By: /s/ Elena Lazarou

REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Telephone:  212-521-5400
Facsimile:  212-521-5450

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:  312-207-6400