Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Response Date and Time: June 19, 2007 at 4:00 p.m.

Elena Lazarou (EL-5681)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for JCI Technology Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
    In re                                                       :
                                                                :
DELPHI CORPORATION, et al.,                                     :    Chapter 11
                                                                :
                        Debtors.                                :    Case No. 05-44481 (RDD)
                                                                :
                                                                :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**RESPONSE OF JCI TECHNOLOGY COMPANY (CLAIM NUMBER 15520)
TO DEBTOR'S FOURTEENTH OMNIBUS OBJECTION (PROCEDURAL)
PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO
CERTAIN(A) DUPLICATE OR AMENDED CLAIMS AND (B) PROTECTIVE CLAIMS**

JCI Technology Company, ("JCI Technology") responds to the objection of Delphi

Corporation and its debtor affiliates (collectively, the "Debtors") concerning claim number

15520 that JCI Technology filed against Delphi Corporation follows:

1.  Claim number 15520 is based upon potential breaches of contract arising under a certain Interim Trademark License Agreement in effect between JCI Technology and Delphi Corporation.

2.  The Debtors have objected to claim number 15520 as a so-called "Protective Claim" which they contend is premature unless and until the Debtors reject the underlying agreement under Section 365 of the Bankruptcy Code. The Debtors contend that since they have not yet so rejected the underlying agreement, JCI Technology's claim number 15520 should be disallowed and expunged.

3.  Although JCI Technology acknowledges that rejection of the underlying agreement would give rise to one or more claims against the Debtors, there are other ways that the Debtors could breach and may have breached such agreement. Those breaches would presumably give rise to damages claims by JCI Technology.

4.  JCI Technology reserves the right to amend claim number 15520 to provide the details of any such contractual breaches by the Debtors and the amount of such damages.

5.  In the circumstances, the objection to claim number 15520 should be overruled. The person authorized to reconcile and resolve this objection is Stephen T. Bobo, Reed Smith Sachnoff & Weaver, 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, 312-207-6480.

Dated: June 19, 2007

RESPECTFULLY SUBMITTED

JCI Technology Company

By: /s/ Elena Lazarou

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

CHILIB-969070.1-STBobo 6/19/07 1:50 PM

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400