UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
In re                                                   :
:                    Chapter 11
DELPHI CORPORATION, et al.,                             :
:                    Case No. 05-44481 (RDD)
Debtors.                            :
:                    (Jointly Administered)
:
:
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**    )
                         ) SS:
**COUNTY OF NEW YORK**   )

I, Amanda Leonard, being duly sworn, depose and say:

I am not a party to this action; I am over the age of 18 years and reside in New York, County, New York.

On June 19, 2007, I served a true copies of the within:

(1)    *Response of Johnson Controls, Inc. (Claim Number 15513) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim;*

(2)    *Response of Johnson Controls, Inc. (Claim Number 15515) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim;*

(3)    *Response of Johnson Controls, Inc. (Claim Number 15524) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim;*

(4)    *Response of Johnson Controls, Inc. (Claim Number 15532) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim;*

(5)    *Response of Johnson Controls, Inc. (Claim Number 15514) to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claims, and (D) Claims Subject To Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation;*

(6)    *Response of Johnson Controls, Inc. (Claim Number 15523) to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to*

*Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claims, and (D) Claims Subject To Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation;*

(7) *Response of Johnson Controls, Inc. (Claim Number 15525) to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claims, and (D) Claims Subject To Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation;*

(8) *Response of Johnson Controls, Inc. (Claim Number 15526) to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claims, and (D) Claims Subject To Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation;*

(9) *Response of JCI Technology Company (Claim Number 15519) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim;*

(10) Response of JCI Technology Company (Claim Number 15520) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim; and

(11) *Response of JCI Technology Company (Claim Number 15521) to Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claim* by electronic filing and facsimile as set forth below.

| Skadden Arps<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton<br>Fax: 312.407.0411 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel<br>Fax: 248.813.2491 |
|---|---|

*Amanda Leonard*

Sworn to before me this
19th day of June, 2007

_____
NOTARY PUBLIC

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20 11