Objection Deadline: June 19, 2007
Hearing Date: June 26, 2007 @ 10:00 a.m.

WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center – 9th Floor
Newark, New Jersey 07102
Tel: (973) 733-9200
Attorneys for Flow Dry Technology Inc.
James N. Lawlor, Esq. (JL-6065)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, et. al.,**<br><br>Debtors. | Chapter 11<br><br>Case Nos. 05-44481 (RDD)<br><br>Jointly Administered |

**DECLARATION OF JAMES N. LAWLOR**
**IN SUPPORT OF OPPOSITION OF FLOW DRY TECHNOLOGY INC.**
**TO DEBTORS' OBJECTION TO FLOW DRY'S PROOF OF CLAIM**

James N. Lawlor declares, pursuant to 28 U.S.C. § 1746, that the following is true:

1.  I am an attorney licensed to practice law in the State of New Jersey and am a partner with the law firm of Wollmuth Maher & Deutsch LLP, counsel to Flow Dry Technology Inc. ("Flow Dry"). I submit this affidavit in support of Flow Dry's Opposition to the Debtors' Fifteenth Omnibus Objection (Substantive). I submit this affidavit based upon personal knowledge and upon documentary information provided to me.

2.  Attached hereto as **Exhibit A** are true and correct copies of the letter, dated December 7, 2005, and itemized statement of the amount due, sent by Flow Dry to the Debtors and Debtors' counsel.

3.  Attached hereto as **Exhibit B** is a true and correct copy of Flow Dry's Proof of Claim dated June 20, 2006.

I, James N. Lawlor, declare under penalty of perjury that the foregoing information is true and correct. Executed on June 19, 2007, at Newark, New Jersey:

By: /s/ James N. Lawlor
James N. Lawlor

# EXHIBIT A

# DUNLEVEY, MAHAN & FURRY

ROBERT T. DUNLEVEY, JR.
CHARLES W. MAHAN
STEPHEN A. WATRING
GARY W. AUMAN
GARY T. BRINSFIELD
WILLIAM H. BARNEY, III
RICHARD L. CARR, JR.

A LEGAL PROFESSIONAL ASSOCIATION
110 NORTH MAIN STREET, SUITE 1000
DAYTON, OHIO 45402-1738
TEL: (937) 223-6003   FAX: (937) 223-8550
www.dmfdayton.com

DONALD B. RINEER**
AMY C. MITCHELL
LAURIE DENDWICK-GORDON

OF COUNSEL
RICHARD L. FURRY*

*ALSO ADMITTED IN ILLINOIS
**ALSO ADMITTED IN INDIANA

December 7, 2005

**VIA REGULAR MAIL**
John Wm. Butler, Jr.
John K. Lyons
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**VIA CERTIFIED MAIL**
Delphi Automotive Systems LLC
5725 Delphi Dr.
Troy, MI 48098

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Re: *Ohio Molder's Liens of Flow Dry Technology Ltd.*
*In Re: Delphi Corporation, et al., United States Bankruptcy Court,*
*Southern District of New York, Case No. 05-44481*

Dear Counsel:

This office represents Flow Dry Technology Ltd., an Ohio limited liability company ("Flow Dry"). As contemplated by Delphi's Lien Claimants Motion, you are notified that Flow Dry has a lien on two plastic injection molds owned by Delphi pursuant to Ohio Revised Code Section 1333.31, Ohio's molder's lien law. These molder's liens are perfected by Flow Dry's possession of the molds, which molds Flow Dry was in possession of prior to the bankruptcy filing and has continually possessed since. The enclosed spreadsheet contains an itemized statement of the amount due as of October 8, 2005 and includes references to Delphi purchase orders. The molds are described as follows: two (2) plastic injection molds to produce Delphi part no. 6562225; and one (1) plastic injection mold to produce Delphi part no. 52487643 which is a component of part no. 52487644. This notice is given to notify you of Flow Dry's secured creditor status and is not an attempt to collect from the debtor.

Flow Dry requests to be treated as a lien claimant under the Lien Claimants Order with respect to the amounts due to Flow Dry secured by the liens referenced herein (the total amount of $96,831.00; see enclosed spreadsheet) in connection with these molds (I note that $45,466.20 of this amount is the subject of a reclamation demand made by Flow Dry, being claim number 25, as amended, as set forth in the enclosed spreadsheet). In addition to these pre-petition amounts owed, Flow Dry continues to run parts on these molds so the amount secured by the liens referenced herein will necessarily change.

Very truly yours,

Richard L. Carr, Jr.

RLC/sjs
Enclosures:   Spreadsheet

DUNLEVEY, MAHAN & FURRY

John Wm. Butler, Jr.
John K. Lyons
Kayalyn A. Marafioti
Thomas J. Matz
Delphi Automotive Systems LLC
December 7, 2005

Cc: Flow Dry Technology Ltd, Attn: Douglas LeCoxey, President (via regular mail)
Deirdre A. Martini, United States Trustee (via regular mail)

## Delphi Plastic Molds Summary

Part number 6562225

Plastic Injection Mold $55,000.00    PO# HH49278 issued 7/18/02

### Invoices in Reclamation Claim for Part number 6562225

| Packing slip /Invoice number | Date | Amount of Invoice | PO# |
|---|---|---|---|
| 006818/25769 | 9/22/2005 | $ 4,608.00 | 550057723 |
| 006915/25851 | 9/29/2005 | $ 4,608.00 | 550057723 |
| Total | | $ 9,216.00 | |

### Other open invoice Pre-Bankruptcy Part number 6562225

| Packing slip /Invoice number | Date | Amount of Invoice | |
|---|---|---|---|
| 006407/25411 | 8/25/2005 | $ 3,456.00 | 550057723 |
| 006502/25500 | 9/1/2005 | $ 3,456.00 | 550057723 |
| Total | | $ 6,912.00 | |

Delphi Part number 52487643 component part number 52487644

Plastic Injection mold $32,500.00    PO# HH94184 issued 3/20/2001

### Invoices in Reclamation Claim for Part number 52487644

| Packing slip /Invoice number | Date | Amount of Invoice | |
|---|---|---|---|
| 006881/25848 | 9/28/2005 | $ 7,144.20 | 550057654 |
| 006912/25854 | 9/29/2005 | $ 5,292.00 | 550057825 |
| 006913/25875 | 9/29/2005 | $ 4,762.80 | 550057654 |
| 006949/25897 | 9/30/2005 | $ 4,762.80 | 550057654 |
| 006967/25907 | 10/3/2005 | $ 4,762.80 | 550057654 |
| 006984/25921 | 10/4/2005 | $ 4,762.80 | 550057654 |
| 007046/25970 | 10/7/2005 | $ 4,762.80 | 550057654 |
| Total | | $ 36,250.20 | |

### Other open invoices Pre-Bankruptcy Part number 52487644

| Packing slip /Invoice number | Date | Amount of Invoice | |
|---|---|---|---|
| 006218/25244 | 8/11/2005 | $ 5,292.00 | 550057825 |
| 006404/25415 | 8/25/2005 | $ 5,292.00 | 550057825 |
| 006501/25518 | 9/1/2005 | $ 4,762.80 | 550057654 |
| 006499/25502 | 9/1/2005 | $ 5,292.00 | 550057825 |
| 006520,006555/25561 | 9/6/2005 | $ 14,288.40 | 550057654 |
| 006854/25808 | 9/26/2005 | $ 4,762.80 | 550057654 |
| 006865/25821 | 9/27/2005 | $ 4,762.80 | 550057654 |
| Total | | $ 44,452.80 | |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT  Southern | DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Flow Dry Technology Ltd

Name and address where notices should be sent:

Flow Dry Technology Ltd
379 Albert Rd
Brookville OH 45309-924

Telephone number: 937-833-2161

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
# 16000

Check here ☐ replaces
if this claim        a previously filed claim, dated:_____
             ☐ amends

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. **Date debt was incurred:** 8/11/05, 8/25/05, 9/1/05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ ___— (unsecured)  22258.80 (secured)  ___— (priority)  22,258.80 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☒ Other Production mold
   Value of Collateral: $ 87,500.00
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 22,258.80

6. **Unsecured Nonpriority Claim** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   - ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   - ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   - ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   - ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/20/06 | Robin Anderson  Robin Anderson Controller |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191452063538