WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center – 9th Floor
Newark, New Jersey 07102
Tel: (973) 733-9200
Attorneys for Flow Dry Technology Inc.
James N. Lawlor, Esq. (JL-6065)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION, et. al.,** | Case Nos. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

### Certificate of Service

I, George Benaur, of full age, hereby certify as follows:

1.  I am an associate attorney at the law firm of Wollmuth Maher & Deutsch LLP, One Gateway Center, Ninth Floor, Newark, New Jersey 07102.

2.  On June 19, 2007, I caused the service of copies of the Opposition of Flow Dry Technology Inc. to Debtors' Fifteenth Objection and the supporting Declaration of James N. Lawlor, by to the following parties:

    By Courier:
    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court for the Southern District of New York
    One Bowling Green
    Room 610
    New York, New York 10004

    Via ECF, Facsimile and Federal Express:
    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098
    Fax: (248) 813-2673

<u>Via ECF, Facsimile and Federal Express:</u>
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Fax: (312) 407-0411

    I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

                                    By: <u>/s/ George Benaur</u>
                                          George Benaur

Dated: June 19, 2007
Newark, New Jersey