Brian T. FitzGerald (BF-9411)
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670
Fax: (813) 272-9231
Attorney for Doug Belden,
Hillsborough County Tax Collector



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                               :

DELPHI CORPORATION, et al.          :
                                    :        Case No.: 05-44481 (RDD)
    Debtors.                        :
                                    :        (Jointly Administered)
_____/

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Brian Thomas FitzGerald, a member in good standing of the bar in the State of Florida, and of the bar of the United States District court for the Middle District of Florida and the United States Court of Appeals for the Eleventh Circuit, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Doug Belden, Hillsborough County, Florida Tax Collector in the above-referenced case. My mailing address is Post Office Box 1110, Tampa, Florida 33601-1110; my e-mail address is FitzgeraldB@Hillsboroughcounty.org and my telephone number is (813) 272-5670. I have paid the

$25.00 fee upon submission of this Motion to practice *pro hac vice*.

Dated this __18__ day of June, 2007.

_____
Brian T. FitzGerald (BF-9411)
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670
Fax: (813) 272-5231
Attorney for Doug Belden, the
Hillsborough County Tax Collector

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Admission to Practice *Pro Hac Vice* has been furnished this __18__ day of June, 2007, by Federal Express to **Delphi Corporation,** 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel); **Skadden, Arps, Slate, Meagher & Flom LLP,** 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (**Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton**); and **The Honorable Robert D. Drain,** United States Bankruptcy Judge, Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

_____
Brian T. FitzGerald (BF-9411)
Senior Assistant County Attorney