Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Response Date and Time: June 19, 2007 at 4:00 p.m.

COHEN & GRIGSBY, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222
Thomas D. Maxson (63207)
Telephone: (412) 297-4706
Fax: (412) 209-1837

   - and –

KLESTADT & WINTERS
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
John E. Jureller, Jr. (2586451)
Telephone: (212) 972-3000
Fax: (212) 972-2245
E-mail: jjureller@klestadt.com

Attorneys for Bayer Material Science, LLC


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
                                                              :      Chapter 11
In re:                                                        :
                                                              :
DELPHIA CORPORATION, et al.,             :      Case No. 05-44481 (RDD)
                                                              :
            Debtors.                                   :      (Jointly Administered)
-------------------------------------------------------


### RESPONSE OF BAYER MATERIALSCIENCE, LLC
### TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

Bayer MaterialScience, LLC ("BMS") by and through its attorneys, Cohen &

Grigsby, P.C. and Klestadt & Winters, LLP, hereby responds to the Debtor's Fifteenth

Omnibus Objection to Claims, and states as follows:

1.      On or around July 17, 2006, BMS filed Proof of Claim No. 9577 in Case

No. 05-44481 in the amount $122,826.05 (the "Claim"). The Claim is based on several

BMS products which were ordered and sold to various Delphi entities for which payment was not received.

      2.      Subsequently on or around May 22, 2007, Delphi filed an Objection to the Claim pursuant to its Fifteenth Omnibus Objection to Claims (the "Objection"). Pursuant to the Objection, Delphi seeks to modify and reduce the Claim. Specifically, the Debtor wishes to move the Claim to Case No. 05-44640, grant priority status to BMS for a portion of the Claim in the amount of $2,250.72 and reduce the general unsecured amount to $102,934.26.

      3.      BMS has no objection to the granting of priority status to a portion of its claim in the amount of $2,250.72, however, BMS does object to the reduction of the total amount of the Claim from $122,826.05 to $105,184.98. BMS sold goods worth $122,826.05 to Delphi and/or its affiliates for which BMS has received no payment. The unpaid invoices are attached hereto as Exhibit "A".

WHEREFORE, Bayer MaterialScience, LLC hereby requests that this Honorable Court deny the Debtor's attempt to reduce Claim No. 9577 from $122,826.05 to $105,184.98 and for such other further and other relief deemed appropriate.

Dated: June 19, 2007                                  Respectfully submitted,

                                                                       Thomas D. Maxson
                                                                       COHEN & GRIGSBY, P.C.
                                                                       11 Stanwix Street, 15th Floor
                                                                       Pittsburgh, PA  15222
                                                                       Telephone:  (412) 297-4706
                                                                       Fax:  (412) 209-1837

KLESTADT & WINTERS, LLP


By: /s/ John E. Jureller, Jr.
John E. Jureller, Jr. (JJ-4697)
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
Telephone: (212) 972-3000
Fax: (212) 972-2245
E-mail: jjureller@klestadt.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the **Response of Bayer Material Science, LLC to Debtor's Fifteenth Omnibus Objection to Claims** was served via facsimile and first class U.S. mail, postage pre-paid on the 19th day of June, 2007 upon the following:

>Delphi Corporation
>5725 Delphi Drive
>Troy, MI 48098
>Attention: General Counsel
>
>Skadden, Arps, Slate, Meagher
>  & Flom, LLP
>333 West Wacker Drive, Suite 2100
>Chicago, IL 60606
>Attention: John Butler, Jr.,
>  John K. Lyons and Joseph N. Wharton

/s/ John E. Jureller, Jr.