| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi | Case Number | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Manufacturers Equipment + Supply Co.**

Name and Address where notices should be sent:
2401 Lapeer Road
Flint MI 48503

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number:

Account or other number by which creditor identifies debtor: **MES**

Check here if this claim  ☐ replaces or  ☐ amends a previously filed claim dated: _____

### 1. Basis for Claim
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)           (date)

### 2. Date debt was incurred:
09/25/04 - 10/07/05

### 3. If court judgment, date obtained:

### 4. Classification of Claim. Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle
  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim $ 156,172.47**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Total Amount of Claim at Time Case Filed: $ 156,172.47 _____ _____ 156,172.47
(Unsecured)    (Secured)    (Priority)    (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
### 7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
### 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: 11/15/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Karen Dillingham    Karen Dillingham, Controller

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Manufacturers Equipment & Supply Co
2401 Lapeer Road
Flint, MI 48503
Delphi Receivables

| Type | Ref Nbr | Terms | Doc Date | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 001030 | DELPHI-E | | | | | | | | |
| IN | I60000182 | 2nd day, 2nd month | 8/25/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 304.23 | 304.23 |
| IN | I60000183 | 2nd day, 2nd month | 8/25/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| IN | I60030175 | 2nd day, 2nd month | 4/20/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 | 181.20 |
| IN | I60031305 | 2nd day, 2nd month | 4/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 29.79 | 29.79 |
| IN | I60031306 | 2nd day, 2nd month | 4/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 29.79 | 29.79 |
| IN | I60031307 | 2nd day, 2nd month | 4/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 5.50 |
| IN | I60037143 | 2nd day, 2nd month | 6/14/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 453.75 | 453.75 |
| IN | I60038862 | 2nd day, 2nd month | 5/12/2005 | 0.00 | 0.00 | 0.00 | 58.86 | 0.00 | 58.86 |
| IN | I60038863 | 2nd day, 2nd month | 5/12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 126.00 | 126.00 |
| IN | I60038864 | 2nd day, 2nd month | 5/12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 360.00 |
| IN | I60039532 | 2nd day, 2nd month | 6/30/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 360.00 |
| IN | I60039533 | 2nd day, 2nd month | 6/30/2005 | 0.00 | 0.00 | 0.00 | 720.00 | 0.00 | 720.00 |
| IN | I60041472 | 2nd day, 2nd month | 7/21/2005 | 0.00 | 0.00 | 0.00 | 660.00 | 0.00 | 660.00 |
| IN | I60041775 | 2nd day, 2nd month | 7/25/2005 | 0.00 | 0.00 | 3,200.89 | 0.00 | 0.00 | 3,200.89 |
| IN | I60041803 | 2nd day, 2nd month | 7/26/2005 | 0.00 | 0.00 | 660.00 | 0.00 | 0.00 | 660.00 |
| IN | I60042335 | 2nd day, 2nd month | 7/28/2005 | 0.00 | 0.00 | 720.00 | 0.00 | 0.00 | 720.00 |
| IN | I60043459 | 2nd day, 2nd month | 8/8/2005 | 0.00 | 0.00 | 130.80 | 0.00 | 0.00 | 130.80 |
| IN | I60044227 | 2nd day, 2nd month | 8/15/2005 | 0.00 | 0.00 | 234.40 | 0.00 | 0.00 | 234.40 |
| IN | I60044642 | 2nd day, 2nd month | 8/18/2005 | 0.00 | 0.00 | 130.80 | 0.00 | 0.00 | 130.80 |
| IN | I60045424 | 2nd day, 2nd month | 8/25/2005 | 0.00 | 0.00 | 234.40 | 0.00 | 0.00 | 234.40 |
| IN | I60045975 | 2nd day, 2nd month | 8/30/2005 | 0.00 | 0.00 | 117.20 | 0.00 | 0.00 | 117.20 |
| IN | I60046201 | 2nd day, 2nd month | 8/31/2005 | 0.00 | 0.00 | 264.00 | 0.00 | 0.00 | 264.00 |
| IN | I60046371 | 2nd day, 2nd month | 9/1/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60046516 | 2nd day, 2nd month | 9/2/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60046569 | 2nd day, 2nd month | 9/6/2005 | 0.00 | 234.40 | 0.00 | 0.00 | 0.00 | 234.40 |
| IN | I60046570 | 2nd day, 2nd month | 9/6/2005 | 0.00 | 130.80 | 0.00 | 0.00 | 0.00 | 130.80 |
| IN | I60046877 | 2nd day, 2nd month | 9/7/2005 | 0.00 | 58.86 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60046878 | 2nd day, 2nd month | 9/7/2005 | 0.00 | 214.40 | 0.00 | 0.00 | 0.00 | 214.40 |
| IN | I60046879 | 2nd day, 2nd month | 9/7/2005 | 0.00 | 58.86 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60047044 | 2nd day, 2nd month | 9/8/2005 | 0.00 | 181.20 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60047045 | 2nd day, 2nd month | 9/8/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047143 | 2nd day, 2nd month | 9/9/2005 | 0.00 | 42.20 | 0.00 | 0.00 | 0.00 | 42.20 |
| IN | I60047456 | 2nd day, 2nd month | 9/12/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047460 | 2nd day, 2nd month | 9/13/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60047617 | 2nd day, 2nd month | 9/13/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047886 | 2nd day, 2nd month | 9/15/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60048010 | 2nd day, 2nd month | 9/16/2005 | 130.80 | 0.00 | 0.00 | 0.00 | 0.00 | 130.80 |
| IN | I60048228 | 2nd day, 2nd month | 9/19/2005 | 234.40 | 0.00 | 0.00 | 0.00 | 0.00 | 234.40 |
| IN | I60048605 | 2nd day, 2nd month | 9/20/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60048606 | 2nd day, 2nd month | 9/20/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60048607 | 2nd day, 2nd month | 9/20/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60048745 | 2nd day, 2nd month | 9/21/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60049065 | 2nd day, 2nd month | 9/22/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |

Manufacturers Equipment & Supply Co
2401 Lapeer Road
Flint, MI 48503
Delphi Receivables

| Type | Ref Nbr | Terms | Doc Date | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|---|---|
| IN | 160049117 | 2nd day, 2nd month | 9/22/2005 | 264.00 | 0.00 | 0.00 | 0.00 | 0.00 | 264.00 |
| IN | 160049269 | 2nd day, 2nd month | 9/23/2005 | 117.72 | 0.00 | 0.00 | 0.00 | 0.00 | 117.72 |
| IN | 160049270 | 2nd day, 2nd month | 9/23/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | 160049555 | 2nd day, 2nd month | 9/27/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160049735 | 2nd day, 2nd month | 9/28/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160049972 | 2nd day, 2nd month | 9/29/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160050069 | 2nd day, 2nd month | 9/29/2005 | 130.80 | 0.00 | 0.00 | 0.00 | 0.00 | 130.80 |
| IN | 160050070 | 2nd day, 2nd month | 9/29/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | 160050071 | 2nd day, 2nd month | 9/29/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160050280 | 2nd day, 2nd month | 9/30/2005 | 660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 |
| IN | 160050353 | 2nd day, 2nd month | 9/30/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160050354 | 2nd day, 2nd month | 9/30/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | 160050524 | 2nd day, 2nd month | 10/4/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160050608 | 2nd day, 2nd month | 10/5/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | 160050609 | 2nd day, 2nd month | 10/5/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | 160050647 | 2nd day, 2nd month | 10/5/2005 | 234.40 | 0.00 | 0.00 | 0.00 | 0.00 | 234.40 |
| IN | 160051094 | 2nd day, 2nd month | 10/7/2005 | 669.00 | 0.00 | 0.00 | 0.00 | 0.00 | 669.00 |
| IN | 160051095 | 2nd day, 2nd month | 10/7/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | 160051096 | 2nd day, 2nd month | 10/7/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| | | Total 001030 | | 4,983.82 | 2,005.12 | 4,946.09 | 1,438.86 | 2,480.47 | 15,854.36 |
| | DELPHI / DELCO | | | | | | | | |
| IN | 160050587 | Net 30 | 10/4/2005 | 40.79 | 0.00 | 0.00 | 0.00 | 0.00 | 40.79 |
| IN | 160050641 | Net 30 | 10/5/2005 | 162.80 | 0.00 | 0.00 | 0.00 | 0.00 | 162.80 |
| IN | 160050642 | Net 30 | 10/5/2005 | 27.84 | 0.00 | 0.00 | 0.00 | 0.00 | 27.84 |
| IN | 160050808 | Net 30 | 10/6/2005 | 9.91 | 0.00 | 0.00 | 0.00 | 0.00 | 9.91 |
| IN | 160050809 | Net 30 | 10/6/2005 | 9.91 | 0.00 | 0.00 | 0.00 | 0.00 | 9.91 |
| IN | 160050812 | Net 30 | 10/6/2005 | 195.60 | 0.00 | 0.00 | 0.00 | 0.00 | 195.60 |
| IN | 160050929 | Net 30 | 10/6/2005 | 24.47 | 0.00 | 0.00 | 0.00 | 0.00 | 24.47 |
| | | Total 001700 | | 471.32 | 0.00 | 0.00 | 0.00 | 0.00 | 471.32 |
| | 001901 | DELPHI FLINT EAST | | | | | | | |
| DM | 601516 | Net 25th Day | 5/2/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 15.33 | 15.33 |
| DM | 601694 | Net 25th Day | 6/28/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 946.13 | 946.13 |
| IN | 160050365 | Net 25th Day | 10/3/2005 | 2,432.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,432.00 |
| IN | 160050366 | Net 25th Day | 10/3/2005 | 13.26 | 0.00 | 0.00 | 0.00 | 0.00 | 13.26 |
| IN | 160050368 | Net 25th Day | 10/3/2005 | 194.67 | 0.00 | 0.00 | 0.00 | 0.00 | 194.67 |
| IN | 160050474 | Net 25th Day | 10/3/2005 | 220.50 | 0.00 | 0.00 | 0.00 | 0.00 | 220.50 |
| IN | 160050494 | Net 25th Day | 9/30/2005 | 0.00 | 26.88 | 0.00 | 0.00 | 0.00 | 26.88 |
| IN | 160050495 | Net 25th Day | 9/30/2005 | 0.00 | 791.34 | 0.00 | 0.00 | 0.00 | 791.34 |
| IN | 160050509 | Net 25th Day | 9/30/2005 | 0.00 | 870.40 | 0.00 | 0.00 | 0.00 | 870.40 |
| IN | 160050511 | Net 25th Day | 9/30/2005 | 0.00 | 221.16 | 0.00 | 0.00 | 0.00 | 221.16 |
| IN | 160050584 | Net 25th Day | 10/4/2005 | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 |
| IN | 160050585 | Net 25th Day | 10/4/2005 | 23.68 | 0.00 | 0.00 | 0.00 | 0.00 | 23.68 |

Manufacturers Equipment & Supply Co
2401 Lapeer Road
Flint, MI 48503
Delphi Receivables

Exhibit A

| Type | Ref Nbr | Terms | Doc Date | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|---|---|
| IN | 160050586 | Net 25th Day | 10/4/2005 | 54.89 | 0.00 | 0.00 | 0.00 | 0.00 | 54.89 |
| IN | 160050603 | Net 25th Day | 10/5/2005 | 368.64 | 0.00 | 0.00 | 0.00 | 0.00 | 368.64 |
| IN | 160050635 | Net 25th Day | 10/5/2005 | 10.95 | 0.00 | 0.00 | 0.00 | 0.00 | 10.95 |
| IN | 160050636 | Net 25th Day | 10/5/2005 | 166.32 | 0.00 | 0.00 | 0.00 | 0.00 | 166.32 |
| IN | 160050756 | Net 25th Day | 10/6/2005 | 399.36 | 0.00 | 0.00 | 0.00 | 0.00 | 399.36 |
| IN | 160050765 | Net 25th Day | 10/6/2005 | 61.02 | 0.00 | 0.00 | 0.00 | 0.00 | 61.02 |
| IN | 160050786 | Net 25th Day | 10/6/2005 | 15.42 | 0.00 | 0.00 | 0.00 | 0.00 | 15.42 |
| IN | 160050930 | Net 25th Day | 10/6/2005 | 616.44 | 0.00 | 0.00 | 0.00 | 0.00 | 616.44 |
| IN | 160050946 | Net 25th Day | 10/7/2005 | 1,302.61 | 0.00 | 0.00 | 0.00 | 0.00 | 1,302.61 |
| IN | 160050947 | Net 25th Day | 10/7/2005 | 62.98 | 0.00 | 0.00 | 0.00 | 0.00 | 62.98 |
| IN | 160050948 | Net 25th Day | 10/7/2005 | 211.32 | 0.00 | 0.00 | 0.00 | 0.00 | 211.32 |
| IN | 160050950 | Net 25th Day | 10/7/2005 | 2,214.34 | 0.00 | 0.00 | 0.00 | 0.00 | 2,214.34 |
| IN | 160050953 | Net 25th Day | 10/7/2005 | 21.01 | 0.00 | 0.00 | 0.00 | 0.00 | 21.01 |
| IN | 160050954 | Net 25th Day | 10/7/2005 | 10.59 | 0.00 | 0.00 | 0.00 | 0.00 | 10.59 |
| IN | 160050955 | Net 25th Day | 10/7/2005 | 1,203.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1,203.08 |
| IN | 160051012 | Net 25th Day | 10/7/2005 | 86.68 | 0.00 | 0.00 | 0.00 | 0.00 | 86.68 |
| IN | 160051013 | Net 25th Day | 10/7/2005 | 3,193.10 | 0.00 | 0.00 | 0.00 | 0.00 | 3,193.10 |
| IN | 160051024 | Net 25th Day | 10/7/2005 | 156.00 | 0.00 | 0.00 | 0.00 | 0.00 | 156.00 |
| IN | 160051147 | Net 25th Day | 10/6/2005 | 5.08 | 0.00 | 0.00 | 0.00 | 0.00 | 5.08 |
| IN | 160051989 | Net 25th Day | 6/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 14.35 | 14.35 |
| IN | 160051990 | Net 25th Day | 7/11/2005 | 0.00 | 0.00 | 0.00 | 10.25 | 0.00 | 10.25 |
| IN | 160051991 | Net 25th Day | 8/29/2005 | 0.00 | 0.00 | 599.44 | 0.00 | 0.00 | 599.44 |
| IN | 160051992 | Net 25th Day | 9/13/2005 | 0.00 | 113.72 | 0.00 | 0.00 | 0.00 | 113.72 |
| IN | 160052532 | Net 25th Day | 10/6/2005 | 86.70 | 0.00 | 0.00 | 0.00 | 0.00 | 86.70 |
| | | Total 001901 | | 13,132.34 | 2,023.50 | 599.44 | 10.25 | 975.81 | 16,741.34 |
| | | DELPHI SUMMARY BILLING ACCOUNT FOR 001901 (HSS MATERIAL MANAGEMENT) | | | | | | | |
| DM | 601519 | Net 30 | 5/2/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 27,671.01 | 27,671.01 |
| IN | 601985 | Net 30 | 10/3/2005 | 95,434.44 | 0.00 | 0.00 | 0.00 | 0.00 | 95,434.44 |
| | | Total 380300 | | 95,434.44 | 0.00 | 0.00 | 0.00 | 27,671.01 | 123,105.45 |
| | | Total amount due from Delphi | | 114,021.92 | 4,028.62 | 5,545.53 | 1,449.11 | 31,127.29 | 156,172.47 |

HSS serves as the purchasing agent for items purchased from Manufacturers Equipment & Supply Co (MESCO) under accounts 380300 and 001901. MESCO's payments for those two accounts come from HSS.