**Manufacturers Equipment & Supply Co**
2401 Lapeer Road
Flint, MI 48503
Delphi Receivables

| | | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| Total amount due of Original Claim | | 114,021.92 | 4,028.62 | 5,545.53 | 1,449.11 | 31,127.29 | 156,172.47 |
| Amount reduced thru third party purchasing agent for Delphi | | -109,038.10 | -2,023.50 | -599.44 | -10.25 | -28,646.82 | -140,318.11 |
| Revised amount due from Delphi | | $ 4,983.82 | $ 2,005.12 | $ 4,946.09 | $ 1,438.86 | $ 2,480.47 | $ 15,854.36 |

| Type | Ref Nbr | Terms | Doc Date | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 001030 | DELPHI-E | | | | | | | | |
| IN | I60000182 | 2nd day, 2nd month | 8/25/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 304.23 | 304.23 |
| IN | I60000183 | 2nd day, 2nd month | 8/25/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| IN | I60030175 | 2nd day, 2nd month | 4/20/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 | 181.20 |
| IN | I60031305 | 2nd day, 2nd month | 4/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 29.79 | 29.79 |
| IN | I60031306 | 2nd day, 2nd month | 4/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 5.50 |
| IN | I60031307 | 2nd day, 2nd month | 4/29/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 453.75 | 453.75 |
| IN | I60037143 | 2nd day, 2nd month | 6/14/2005 | 0.00 | 0.00 | 0.00 | 58.86 | 0.00 | 58.86 |
| IN | I60038862 | 2nd day, 2nd month | 5/12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 126.00 | -126.00 |
| IN | I60038863 | 2nd day, 2nd month | 5/12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 360.00 |
| IN | I60038864 | 2nd day, 2nd month | 5/12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 360.00 |
| IN | I60039532 | 2nd day, 2nd month | 6/30/2005 | 0.00 | 0.00 | 0.00 | 720.00 | 0.00 | 720.00 |
| IN | I60039533 | 2nd day, 2nd month | 6/30/2005 | 0.00 | 0.00 | 0.00 | 660.00 | 0.00 | 660.00 |
| IN | I60041472 | 2nd day, 2nd month | 7/21/2005 | 0.00 | 0.00 | 3,200.89 | 0.00 | 0.00 | 3,200.89 |
| IN | I60041775 | 2nd day, 2nd month | 7/25/2005 | 0.00 | 0.00 | 660.00 | 0.00 | 0.00 | 660.00 |
| IN | I60041803 | 2nd day, 2nd month | 7/26/2005 | 0.00 | 0.00 | 720.00 | 0.00 | 0.00 | 720.00 |
| IN | I60042335 | 2nd day, 2nd month | 7/28/2005 | 0.00 | 0.00 | 130.80 | 0.00 | 0.00 | 130.80 |
| IN | I60043459 | 2nd day, 2nd month | 8/8/2005 | 0.00 | 0.00 | 234.40 | 0.00 | 0.00 | 234.40 |
| IN | I60044227 | 2nd day, 2nd month | 8/15/2005 | 0.00 | 130.80 | 0.00 | 0.00 | 0.00 | 130.80 |
| IN | I60044642 | 2nd day, 2nd month | 8/18/2005 | 0.00 | 234.40 | 0.00 | 0.00 | 0.00 | 234.40 |
| IN | I60045424 | 2nd day, 2nd month | 8/25/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60045975 | 2nd day, 2nd month | 8/30/2005 | 0.00 | 264.00 | 0.00 | 0.00 | 0.00 | 264.00 |
| IN | I60046201 | 2nd day, 2nd month | 8/31/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60046371 | 2nd day, 2nd month | 9/1/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60046516 | 2nd day, 2nd month | 9/2/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60046569 | 2nd day, 2nd month | 9/6/2005 | 0.00 | 58.86 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60046570 | 2nd day, 2nd month | 9/6/2005 | 0.00 | 214.40 | 0.00 | 0.00 | 0.00 | 214.40 |
| IN | I60046877 | 2nd day, 2nd month | 9/7/2005 | 0.00 | 58.86 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60046878 | 2nd day, 2nd month | 9/7/2005 | 0.00 | 181.20 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60046879 | 2nd day, 2nd month | 9/7/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047044 | 2nd day, 2nd month | 9/8/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047045 | 2nd day, 2nd month | 9/8/2005 | 0.00 | 42.20 | 0.00 | 0.00 | 0.00 | 42.20 |
| IN | I60047143 | 2nd day, 2nd month | 9/9/2005 | 0.00 | 117.20 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047456 | 2nd day, 2nd month | 9/12/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60047460 | 2nd day, 2nd month | 9/13/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60047617 | 2nd day, 2nd month | 9/13/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |

| Type | Ref Nbr | Terms | Doc Date | Current | 1 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 001030 | DELPHI-E | | | | | | | | |
| IN | I60047886 | 2nd day, 2nd month | 9/15/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60048010 | 2nd day, 2nd month | 9/16/2005 | 130.80 | 0.00 | 0.00 | 0.00 | 0.00 | 130.80 |
| IN | I60048228 | 2nd day, 2nd month | 9/19/2005 | 234.40 | 0.00 | 0.00 | 0.00 | 0.00 | 234.40 |
| IN | I60048605 | 2nd day, 2nd month | 9/20/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60048606 | 2nd day, 2nd month | 9/20/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60048607 | 2nd day, 2nd month | 9/20/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60048745 | 2nd day, 2nd month | 9/21/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60049065 | 2nd day, 2nd month | 9/22/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60049117 | 2nd day, 2nd month | 9/22/2005 | 264.00 | 0.00 | 0.00 | 0.00 | 0.00 | 264.00 |
| IN | I60049269 | 2nd day, 2nd month | 9/23/2005 | 117.72 | 0.00 | 0.00 | 0.00 | 0.00 | 117.72 |
| IN | I60049270 | 2nd day, 2nd month | 9/23/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60049555 | 2nd day, 2nd month | 9/27/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60049735 | 2nd day, 2nd month | 9/28/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60049972 | 2nd day, 2nd month | 9/29/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60050069 | 2nd day, 2nd month | 9/29/2005 | 130.80 | 0.00 | 0.00 | 0.00 | 0.00 | 130.80 |
| IN | I60050070 | 2nd day, 2nd month | 9/29/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60050071 | 2nd day, 2nd month | 9/29/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60050280 | 2nd day, 2nd month | 9/30/2005 | 660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 |
| IN | I60050353 | 2nd day, 2nd month | 9/30/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60050354 | 2nd day, 2nd month | 9/30/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60050524 | 2nd day, 2nd month | 10/4/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60050608 | 2nd day, 2nd month | 10/5/2005 | 181.20 | 0.00 | 0.00 | 0.00 | 0.00 | 181.20 |
| IN | I60050609 | 2nd day, 2nd month | 10/5/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| IN | I60050647 | 2nd day, 2nd month | 10/5/2005 | 234.40 | 0.00 | 0.00 | 0.00 | 0.00 | 234.40 |
| IN | I60051094 | 2nd day, 2nd month | 10/7/2005 | 669.00 | 0.00 | 0.00 | 0.00 | 0.00 | 669.00 |
| IN | I60051095 | 2nd day, 2nd month | 10/7/2005 | 117.20 | 0.00 | 0.00 | 0.00 | 0.00 | 117.20 |
| IN | I60051096 | 2nd day, 2nd month | 10/7/2005 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 | 58.86 |
| | | Total 001030 | | 4,983.82 | 2,005.12 | 4,946.09 | 1,438.86 | 2,480.47 | 15,854.36 |