```
STUART RABNER
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:  Tracy E. Richardson (TR1366)
     Deputy Attorney General
     (609) 292-1537
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| Debtor. | ) | (Jointly Administered) |

NOTICE OF APPEARANCE OF SUBSTITUTED COUNSEL AND REQUEST
FOR SERVICE OF NOTICE AND PLEADINGS

Stuart Rabner, Attorney General for the State of New Jersey (By: Tracy E. Richardson, Deputy Attorney General), hereby files an appearance as the substituted attorney representing the State of New Jersey, Division of Taxation in the above-captioned matter. Deputy Attorney General Amina Maddox may be removed as attorney of record for the State of New Jersey, Division of Taxation as she is no longer working for the New Jersey Attorney General's Office and this matter is now being handled by the undersigned counsel:

```
                    Tracy E. Richardson
                    Deputy Attorney General
                    New Jersey Attorney General's Office
                    Division of Law
                    R.J. Hughes Justice Complex
                    25 Market Street
                    P.O. Box 106
```

>Trenton, New Jersey 08625-0106
>Phone: (609) 292-1537
>Fax: (609) 777-3055

Pursuant to Bankruptcy Rule 9010 the State of New Jersey through its counsel respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017 and 9013 and other Bankruptcy Rules or local rules governing notice.

The State of New Jersey has filed a proof of claim in this case. This notice is not an informal proof of claim; rather, it is a special appearance for the limited purpose of obtaining notice of pleadings in this case.

>Respectfully submitted,
>
>STUART RABNER
>ATTORNEY GENERAL OF NEW JERSEY

Dated: 6-19-07

>By: /s/ Tracy E. Richardson
>Tracy E. Richardson (TR1366)
>Deputy Attorney General
>phone: (609) 292-1537
>fax: (609) 777-3055
>Tracy.Richardson@dol.lps.state.nj.us
>Attorney for State of New Jersey,
>Division of Taxation