```
STUART RABNER
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:  Tracy E. Richardson (TR1366)
     Deputy Attorney General
     (609) 292-1537
```

                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Chapter 11 |
|---|---|---|
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| Debtor. | ) | (Jointly Administered) |

                              CERTIFICATION OF SERVICE

       Tracy E. Richardson hereby certifies and says:

       1.   I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

       2.   I hereby certify that on June 19, 2007, a Notice of Appearance was filed electronically, and if the following are not registered participants for electronic notice, I caused a true copy of this response to be served to the following addressees via U.S. mail:

```
John W. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Attorneys for Debtors
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
```

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Attorney for Debtor
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Douglas S. Bartner, Esq.
Attorney for Debtor
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY  10022-6069

Mark S. Lichtenstein, Esq.
Attorney for Debtor
Crowell & Moring, LLP
153 East 53rd Street
31st Floor
New York, NY  10022

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Attorney for Committee of Unsecured Creditors
Latham & Watkins
885 Third Avenue
New York, NY  10022-4802

Andrew Currie, Esq.
Caroline Rogus, Esq.
Attorney for Debtor
Wilmer Hale, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

                                        STUART RABNER
                                        ATTORNEY GENERAL OF NEW JERSEY


                              By:   /s/ Tracy E. Richardson
                                      Tracy E. Richardson (TR1366)
Dated:  6-19-07                   Deputy Attorney General

- 2 -