| | |
|---|---|
| **DAY PITNEY LLP** | Hearing Date: **June 26, 2007** |
| Ronald S. Beacher (RB8837) | Hearing Time: **10:00 AM** |
| Conrad K. Chiu (CC 6346) | Objection Deadline: **June 19, 2007** |
| Amish R. Doshi (AD5996) | |
| 7 Times Square | |
| Times Square Tower | |
| New York, NY 10036-7311 | |
| Telephone: (212) 297-5800 | |
| Facsimile: (212) 916-2940 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **DELPHI CORPORATION,** *et al.*, | Case No.    05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK   )

**REGINA M. THOMAS,** having been duly sworn, deposes and says:

1. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action. My business address is: Day Pitney LLP, 7 Times Square, New York, New York 10036.

2. On June 19, 2007, I served a document entitled **Limited Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Limited Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely**

1538723A01061907

**Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement** by UPS overnight mail by depositing a true copy of the same enclosed in an envelope with postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Parcel Service within the State of New York upon:

>Paul Schwartzburg, Esq.
>Office of the United States Trustee.
>33 Whitehall Street, 21st Floor
>New York, New York  10004
>
>Delphi Corporation
>5725 Delphi Drive
>Troy, MI 48098
>
>Skadden, Arps, Slate, Meagher & Flom, LLP
>John Wm. Butler
>John K. Lyons
>Randall G. Reese
>333 West Wacker Drive, Suite 2100
>Chicago, IL 60606

3.     I also served the above entitled document via e-mail upon the following:

  a) John Wm. Butler – Jbutler@skaden.com

  b) John K. Lyons – Jlyonsch@skadden.com

Dated: June 19, 2007

>__/s/ Regina M. Thomas_____
>REGINA M. THOMAS

Sworn to before me this
19th day of June, 2007

_/s/ Amish R. Doshi_____
NOTARY PUBLIC

2