**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served:

> Response of Manufacturers Equipment & Supply Co. In Opposition To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation

Method of Service:   By electronic mail (via the ECF System) upon all parties shown on <u>Exhibit A</u> attached hereto.

Also served upon the following via Overnight or as indicated below:

| | | |
|---|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>U.S. Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY 10004 | John Wm Butler<br>John K. Lyons<br>Joseph N. Warton<br>Skadden, Arps, Slate Meager & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Counsel For Debtors | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel |

Date of Service:   June 19, 2007

                                                            CLARK HILL PLC

                           By:   /s/ Secret S. Washington
                                            Secret S. Washington
                                            Legal Secretary

5456986.1 26514/105037