**EXHIBIT A**

**File an answer to a motion:**

05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Applebaum, Joel D. entered on 6/19/2007 at 4:10 PM and filed on 6/19/2007
**Case Name:**          Delphi Corporation
**Case Number:**        05-44481-rdd
**Document Number:** 8348

**Docket Text:**
Response to Motion *Response of Manufacturers Equipment & Supply Co In Opposition To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. ?502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation* (related document(s)[7999]) filed by Joel D. Applebaum on behalf of Manufacturers Equipment & Supply Co.. with hearing to be held on 6/26/2007 (check with court for location) Objections due by 6/19/2007, (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C Part 1 of 3# (4) Exhibit C Part 2 of 3# (5) Exhibit C Part 3 of 3) (Applebaum, Joel)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\SWashington\My Documents\Case PDF\MESCO (delphi)\Response of MESCO.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/19/2007] [FileNumber=5966663-0]
[bc5de69f59e3d317c63e17f56f59df75913ea23e1d014e1fe1dce70791119e4dcdc40
34a7b98c889d446ebc718e5a25fddb06ec405d4b7592c18d3926e5be7d8]]
**Document description:** Exhibit A
**Original filename:** C:\Documents and Settings\SWashington\My Documents\Case PDF\MESCO (delphi)\Exhibit A_001.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/19/2007] [FileNumber=5966663-1]
[6089f14f82b00da929cf379c5c32182c9447f7ae5abcfcec1643ea846d5a4a5e67ea0
7081911a71eaf3ce8ccd0b2a2f6da21bf80bac3a1e6cdf6201c8876fc4e]]
**Document description:** Exhibit B
**Original filename:** C:\Documents and Settings\SWashington\My Documents\Case PDF\MESCO (delphi)\Exhibit B_001.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/19/2007] [FileNumber=5966663-2]
[6f444c63762b7420065388f2e99dd77e209dbf114707104be9207bf3017e12578f210
850570b750a20f3ca18aa4b396357762aa83c3bd1e779d2aff9b4512dbd]]
**Document description:** Exhibit C Part 1 of 3
**Original filename:** C:\Documents and Settings\SWashington\My Documents\Case PDF\MESCO (delphi)\Exhibit C part 1 of 3_001.pdf

**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/19/2007] [FileNumber=5966663-3]
[6dbdfb86a537165e02f20a9ad8e41cf2680b7f70c0c3edfb031c4b1b5ee79e0d4df4c
2a166918b719d35cee75033db1ec99feef540541fedae014d4125ddc842]]
**Document description:** Exhibit C Part 2 of 3
**Original filename:**C:\Documents and Settings\SWashington\My Documents\Case PDF\MESCO (delphi)\Exhibit C part 2 of 3_001.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/19/2007] [FileNumber=5966663-4]
[9c82a24e85321d33f163b991b543f05e2958096ff49ab5db3171febcfe67abaa2e855
ff8f1cd1d1e6914aa1648416593c60e891c4d96817c30331092c94218be]]
**Document description:** Exhibit C Part 3 of 3
**Original filename:**C:\Documents and Settings\SWashington\My Documents\Case PDF\MESCO (delphi)\Exhibit C part 3 of 3_001.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=6/19/2007] [FileNumber=5966663-5]
[15154a702467d6bb96f32d22ad1796448aa1909c0bdbbd6df67272a6757041082ae8e
0babf95b5dfbd3afafb7cb79892a523dcc5027c66f16420ff523620b47a]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

David B. Aaronson    david.aaronson@dbr.com

Elizabeth Abdelmasieh    elizabeth@regencap.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

David J. Adler    dadler@mccarter.com

Michael J. Alerding    malerding@binghammchale.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Douglas P. Bartner    dbartner@shearman.com,

bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,abiga

Donald F. Baty     dbaty@honigman.com

Douglas P. Baumstein     dbaumstein@whitecase.com

Peter Nils Baylor     pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher     rbeacher@pitneyhardin.com

W. Robinson Beard     jkirk@stites.com

Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett     rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett     tbennett@klng.com

Neil Matthew Berger     neilberger@teamtogut.com, dgeoghan@teamtogut.com;ygreenberg@teamtogut.com;abrogan@teamtogut.com;mmortimer@teamtogut.com;jlee@tea

Leslie Ann Berkoff     lberkoff@moritthock.com

Jeffrey Bernstein     jb@carpben.com, ssolazzo@carpben.com

Beth Ann Bivona     bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker     monicablacker@akllp.com

Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com

Charles E. Boulbol     rtrack@msn.com

Eliza K. Bradley     ebradley@robergelaw.com

William M. Braman     wmbraman@binghammchale.com

Wendy D. Brewer     wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant     abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink     tbrink@lordbissell.com

James L. Bromley     maofiling@cgsh.com

Mark A. Broude     mark.broude@lw.com

Dewitt Brown     dewitt.brown@bipc.com

J. Michael Brown     mbrown@gwblawfirm.com

Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw

Madison L. Cashman    nashvillebankruptcyfilings@stites.com

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Babette A. Ceccotti    bceccotti@cwsny.com

Erik G. Chappell    egc@lydenlaw.com

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhpc.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com

James J. DeCristofaro    james.decristofaro@lovells.com

Karen Veronica DeFio    kdefio@bsk.com

Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.co

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

David B. Draper    ddraper@terra-law.com

Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,

Seth A. Drucker    sdrucker@clarkhill.com

David F. DuMouchel    dumouchd@butzel.com

Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Gayle Ehrlich    gehrlich@sandw.com, pholleman@sandw.com;squirk@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder    ben.feder@thompsonhine.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Edward M. Fox    efox@klng.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Kevin Grzelak    phcdelphi@priceheneveld.com

Will Guerrant    wbg@ctw.com

Peter J. Gurfein    pgurfein@akingump.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton    electronicnoticing@aps-capital.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Gerald E. Hawxhurst    leticiabustinduy@quinnemanuel.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com

William Heuer    wheuer@deweyballantine.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    skhoos@mintz.com

Patrick Howell    phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com;ewaters@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik     akoschik@brouse.com

Lawrence J. Kotler     ljkotler@duanemorris.com

Stuart A. Krause     skrause@zeklaw.com

Duane Kumagai     dkumagai@rutterhobbs.com

David R. Kuney     dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdon

Glenn M. Kurtz     gkurtz@whitecase.com

Randall D. LaTour     rdlatour@vssp.com, cdfricke@vssp.com

Darryl S. Laddin     bkrfilings@agg.com

James N. Lawlor     jlawlor@wmd-law.com

Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere     davidl@bolhouselaw.com

Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com

David E. Lemke     david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@walle

Joseph H. Lemkin     jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee     ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson     jml@ml-legal.com

Kenneth M. Lewis     klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein     mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel     schnabel@klettrooney.com

Dennis W. Loughlin     dloughlin@stroblpc.com, sfraser@stroblpc.com

Daniel A. Lowenthal     dlowenthal@thelen.com

A. Peter Lubitz     plubitz@schiffhardin.com

Donald K. Ludman     dludman@brownconnery.com

Matthew J. Lund     kovskyd@pepperlaw.com

Sara Klettke MacWilliams     skm@h2law.com

Amina Maddox     amina.maddox@law.dol.lps.state.nj.us

John S. Mairo     jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnla

Donald W. Mallory     donald.mallory@dinslaw.com

Amy Wood Malone     amalone@colwinlaw.com

Jacob A. Manheimer     kcunningham@pierceatwood.com

Nauni Manty     ecfb@felhaber.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis     amargulis@ropers.com, wendy@bindermalter.com

Dorothy H. Marinis-Riggio     demarinis@candklaw.com

Ilan Markus     imarkus@tylercooper.com

John J. Marquess     jjm@legalcost.com

Richard Gary Mason     rgmason@wlrk.com

Victor J. Mastromarco     vmastromar@aol.com

Thomas J. Matz     tmatz@skadden.com

Kristin B. Mayhew     abothwell@pepehazard.com

Daniel P. Mazo     dpm@curtinheefner.com

Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell     rmcdowell@bodmanllp.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Scott S. McKessy     smckessy@reedsmith.com

Greta A. McMorris     gmcmorris@stinsonmoheck.com

Austin L. McMullen     amcmulle@bccb.com

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Barbara S Mehlsack   bmehlsack@gkllaw.com

Timothy Mehok   timothy.mehok@hellerehrman.com

Richard M. Meth   msteen@daypitney.com, rmmnybankruptcy@daypitney.com

Sally Meyer   smeyer@madisonliquidity.com

Merle C. Meyers   mmeyers@gsmdlaw.com

Robert N. Michaelson   rmichaelson@kl.com

Laurie J. Michelson   michelso@butzel.com

Kathleen M. Miller   kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller   miller@taftlaw.com

Alan K. Mills   amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff   lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy   jmoloy@dannpecar.com

Michael C. Moody   mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog   amoog@hhlaw.com

Brett S. Moore   bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pl

Brian F. Moore   bmoore@mccarter.com

Gene T. Moore   gtmlaw@bellsouth.net

Thomas R. Morris   morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison   amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison   sarah.morrison@doj.ca.gov

Whitney L. Mosby   wmosby@binghammchale.com

Eric T. Moser   eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola   alisa@contrariancapital.com

Jill L. Murch   jmurch@foley.com, khall@foley.com

James P. Murphy   murph@berrymoorman.com

Robert D. Nachman   rnachman@scgk.com

Bruce S. Nathan     bnathan@lowenstein.com

Lauren Newman     lnewman@fagelhaber.com

Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton     rnorton@reedsmith.com

Gordon Z. Novod     gnovod@kramerlevin.com

Kasey C. Nye     knye@quarles.com

Michael P. O'Connor     mpolaw@aol.com

Michael O'Hayer     mkohayer@aol.com

Martin P. Ochs     martin@oglaw.net

Sean A. Okeefe     sokeefe@winthropcouchot.com

Karen Ostad     kostad@mofo.com

Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com

Charles Palella     cpalella@kurzman.com

Ingrid S. Palermo     ipalermo@hselaw.com

Richard J. Parks     rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com

Felton E. Parrish     fparrish@kslaw.com

Susan P. Persichilli     persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters     gpeters@weltman.com

Lowell Peterson     lpeterson@msek.com

Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips     ephillips@thurman-phillips.com

Christine A.M. Pierpont     cpierpont@ssd.com

Alex Pirogovsky     apirogovsky@uhlaw.com

Thomas A. Pitta     tpitta@lowenstein.com

Leslie A. Plaskon     leslieplaskon@paulhastings.com

David M. Posner     dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta     jposta@stark-stark.com

Constantine Pourakis    cp@stevenslee.com

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David Sol Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb     ecfsarbt@millerjohnson.com

Robert V. Sartin     rsartin@fbtlaw.com

William F. Savino     wsavino@damonmorey.com

Thomas J. Schank     tomschank@hunterschank.com

Ilan D. Scharf     ischarf@pszyjw.com

Michael L. Schein     mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle     jrs@parmenterlaw.com, lms@parmenterlaw.com

Christopher P. Schueller     christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman     cschulman@sachnoff.com

Bryan I. Schwartz     bschwartz@lplegal.com

Jay A. Schwartz     jschwartz@schwartzlawfirmpc.com

Mark S. Scott     mscott@riemerlaw.com

Sarah Seewer     sseewer@honigman.com

Howard Seife     andrew.rosenblatt@chadbourne.com

Jay Selanders     jay.selanders@kutakrock.com

Mark A. Shaiken     mshaiken@stinsonmoheck.com, jgant@stinsonmoheck.com;amurdock@stinsonmoheck.com

Mark H. Shapiro     shapiro@steinbergshapiro.com

Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill     mark.sherrill@sablaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman     was@showmanlaw.com

Robert J. Sidman     rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon     jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com

Marc P. Solomon    msolomon@burr.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

Joseph G. Strines    joseph.strines@dplinc.com

James M. Sullivan    jmsullivan@mwe.com

Paul Sweeney    psweeney@linowes-law.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    DTTLAW@aol.com, dttlaw@verizon.net

Jeffrey L. Tanenbaum
garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.cor

Roger L. Tarbutton    roger.tarbutton@jocogov.org

John E. Taylor    jtaylor@binghammchale.com

Zakarij O. Thomas    zothomas@klettrooney.com

Douglas M. Tisdale    doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    rkirby@omclaw.com

Sean M. Walsh    swalsh@gmhpc.com, jmahar@gmhpc.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@pszyj.com, ischarf@pszyj.com;ljones@pszyjw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Stephen L. Yonaty     syonaty@chwattys.com

German Yusufov     pcaocvbk@pcao.pima.gov

Helen A. Zamboni     hzamboni@underbergkessler.com

Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com

Peter Alan Zisser     nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com