

MANUFACTURER OF ELECTRIC SWITCHES

1429 W. 240TH STREET
HARBOR CITY, CA 90710
PH 310-534-0959 • FAX 310-534-9420
WWW.JUDCO.NET

June 19, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green Room 610
New York, New York 10004

Attn:  Judge Drain:

I am responding to the Delphi Corporation Chapter 11 Case No. 05-44481 (RDD) Fifteenth Omnibus Claims Objection.  Judco filed claims 1884 and 1885 on 2/7/2006.  The amount filed was $2,605.25 and $47,855.41.  The court proceeded to provide surviving claim numbers 16012 and 13445.  On 7/24/06 Judco amended it's claim to the amount of $52,318.51 and resubmitted same on that date along with a claim for $2,605.25.  Both of these claims were sent at the same time and should have been shown on court documents as being filed on the same date of 7/31/2006.  Judco disputes the 8/9/2006 filing date assigned by the court for claim 16012.

Judco has reviewed it's records and has determined that the correct amount of claim 13445 should be $33,938.12.  Claim 16012 should be in the amount of $2,605.25.  Attached is a spreadsheet showing our accounting for the amount due.

We request the hearing be adjourned until a future date to review the differences.

Very truly yours,

Judco Manufacturing


Thomas E. Buttner
President

CC:

Skadden, Arps, Slate, Meagher and Flom
Delphi Corporation