JUDCO MANUFACTURING INC
DETAIL OF DELPHI RECEIVABLE AS OF DATE OF CHAPTER 11
OCTOBER 8, 2005

| ID | NAME | INVOICE NUMBER | DATE | Per Books TOTAL | Offset | Net Due | Adjustment | Actual Due | Qty Shipped | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1186 | DELPHI DELCO ELECT | 15197 | 02/26/03 | 522.00 | | 522.00 | | 522.00 | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 15198 | 02/26/03 | 80.50 | (80.50) | - | | - | | PackList 12618 |
| 1186 | DELPHI DELCO ELECT | 15210 | 02/27/03 | 1,566.00 | (10.77) | 1,555.23 | | 1,555.23 | | PackList 12627 |
| 1186 | DELPHI DELCO ELECT | 15211 | 02/27/03 | 241.50 | (241.50) | - | | - | | PackList 12628 |
| 1186 | DELPHI DELCO ELECT | 15626 | 03/25/03 | 18.00 | (18.00) | - | | - | | |
| 1186 | DELPHI DELCO ELECT | 17783 | 08/07/03 | (76.17) | 76.17 | - | | - | | |
| 1186 | DELPHI DELCO ELECT | 18302 | 09/11/03 | 3,524.54 | | 3,524.54 | | 3,524.54 | | PackList 14987 |
| 1186 | DELPHI DELCO ELECT | 19663 | 12/03/03 | 30.00 | (30.00) | - | | - | | |
| 1186 | DELPHI DELCO ELECT | 22648 | 06/01/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 22769 | 06/08/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 22844 | 06/14/04 | 256.61 | | 256.61 | | 256.61 | | PackList 19188 |
| 1186 | DELPHI DELCO ELECT | 22935 | 06/17/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23055 | 06/24/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23149 | 07/01/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23349 | 07/15/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23439 | 07/22/04 | 522.00 | | 522.00 | | 522.00 | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23476 | 07/26/04 | 522.00 | | 522.00 | (522.00) | - | 500 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23513 | 07/27/04 | 2,088.00 | | 2,088.00 | (2,088.00) | - | 2,000 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | 23776 | 08/16/04 | 1,044.00 | | 1,044.00 | (1,044.00) | - | 1,000 | Billed $3.393 (0-500 qty)  Delphi paid $2.439 (501 - 1,000 qty) |
| 1186 | DELPHI DELCO ELECT | AR23748 | 02/01/05 | 5,408.93 | | 5,408.93 | (2,631.32) | 2,777.61 | | Material to be used in Delphi switch P/N 12212050 |
| 1186 | DELPHI DELCO ELECT | 27950 | 03/31/05 | 6.88 | (6.88) | - | | - | | Freight paid by Judco and billed to Delphi - not paid |
| 1186 | DELPHI DELCO ELECT | 27963 | 04/01/05 | 10.93 | (10.93) | - | | - | | Freight paid by Judco and billed to Delphi - not paid |
| 1186 | DELPHI DELCO ELECT | 28057 | 04/06/05 | 0.01 | (0.01) | - | | - | | |
| 1186 | DELPHI DELCO ELECT | 28098 | 04/11/05 | (19.53) | 19.53 | - | | - | | |
| 1186 | DELPHI DELCO ELECT | 29178 | 06/10/05 | 60.20 | (60.20) | - | | - | | Freight (UPS Red) paid by Judco and billed to Delphi - not paid |
| 1186 | DELPHI DELCO ELECT | 29526 | 07/01/05 | 835.20 | | 835.20 | (835.20) | - | 800 | |
| 1186 | DELPHI DELCO ELECT | 29789 | 07/20/05 | 626.40 | | 626.40 | (626.40) | - | 600 | |
| 1186 | DELPHI DELCO ELECT | 29803 | 07/21/05 | - | | - | | - | | |
| 1186 | DELPHI DELCO ELECT | 29849 | 07/25/05 | 1,044.00 | | 1,044.00 | (1,044.00) | - | 1,000 | |
| 1186 | DELPHI DELCO ELECT | 30118 | 08/09/05 | 261.00 | | 261.00 | (261.00) | - | 250 | |
| 1186 | DELPHI DELCO ELECT | 30151 | 08/10/05 | 261.00 | | 261.00 | (261.00) | - | 250 | |
| 1186 | DELPHI DELCO ELECT | 30187 | 08/11/05 | 261.00 | | 261.00 | (261.00) | - | 250 | |
| 1186 | DELPHI DELCO ELECT | 30210 | 08/12/05 | 678.60 | | 678.60 | | 678.60 | | |
| 1186 | DELPHI DELCO ELECT | 30264 | 08/17/05 | 522.00 | | 522.00 | (522.00) | - | 500 | |
| 1186 | DELPHI DELCO ELECT | 30281 | 08/18/05 | 261.00 | | 261.00 | (261.00) | - | | |
| 1186 | DELPHI DELCO ELECT | 30365 | 08/23/05 | 417.60 | | 417.60 | (417.60) | - | 400 | |
| 1186 | DELPHI DELCO ELECT | 30403 | 08/25/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30471 | 08/29/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30472 | 08/29/05 | 323.30 | | 323.30 | | 323.30 | | |
| 1186 | DELPHI DELCO ELECT | 30498 | 08/31/05 | 256.61 | | 256.61 | | 256.61 | | |
| 1186 | DELPHI DELCO ELECT | 30512 | 09/01/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30557 | 09/02/05 | 1,357.20 | | 1,357.20 | | 1,357.20 | | |
| 1186 | DELPHI DELCO ELECT | 30573 | 09/06/05 | 256.61 | | 256.61 | | 256.61 | | |
| 1186 | DELPHI DELCO ELECT | 30607 | 09/07/05 | 323.30 | | 323.30 | | 323.30 | | |
| 1186 | DELPHI DELCO ELECT | 30638 | 09/08/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30676 | 09/12/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30677 | 09/12/05 | 323.30 | | 323.30 | | 323.30 | | |
| 1186 | DELPHI DELCO ELECT | 30730 | 09/14/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30753 | 09/16/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30776 | 09/19/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30874 | 09/23/05 | 3,393.00 | | 3,393.00 | | 3,393.00 | | |
| 1186 | DELPHI DELCO ELECT | 30933 | 09/27/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| 1186 | DELPHI DELCO ELECT | 30960 | 09/28/05 | 646.60 | | 646.60 | | 646.60 | | |
| 1186 | DELPHI DELCO ELECT | 31060 | 10/04/05 | 256.61 | | 256.61 | | 256.61 | | |
| 1186 | DELPHI DELCO ELECT | 31096 | 10/05/05 | 1,696.50 | | 1,696.50 | | 1,696.50 | | |
| | | | | 48,207.73 | (363.09) | 47,844.64 | (13,906.52) | 33,938.12 | | |
| 1717 | DELPHI AUTO SYSTEM | 25817 | 12/07/04 | 9.86 | (9.86) | - | | - | | Freight paid by Judco and billed to Delphi - not paid |
| 1717 | DELPHI AUTO SYSTEM | 30706 | 09/13/05 | 650.87 | | 650.87 | | 650.87 | | |
| 1717 | DELPHI AUTO SYSTEM | 30911 | 09/26/05 | 650.87 | | 650.87 | | 650.87 | | |
| 1717 | DELPHI AUTO SYSTEM | 31031 | 10/03/05 | 1,303.51 | | 1,303.51 | | 1,303.51 | | |
| | | | | 2,615.11 | (9.86) | 2,605.25 | - | 2,605.25 | | |
| 780 | DELPHI PACKARD | 24283 | 09/17/04 | 6.84 | (6.84) | - | | - | | |
| 780 | DELPHI PACKARD | 25636 | 11/26/04 | 19.24 | (19.24) | - | | - | | |
| 780 | DELPHI PACKARD | 25816 | 12/07/04 | 19.59 | (19.59) | - | | - | | |
| 780 | DELPHI PACKARD | AR24311 | 09/02/05 | (418.62) | 418.62 | - | | - | | |
| | | | | (372.95) | 372.95 | - | - | - | | |
| | | | TOTAL | 50,449.89 | - | 50,449.89 | (13,906.52) | 36,543.37 | | |