Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Objection Deadline: June 19, 2007 at 4:00 p.m.

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Tel: (212) 218-5500
Robert W. Dremluk (RD 3109)

*Attorneys for Fujikura America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Robert W. Dremluk, hereby certify that pursuant to the Claims Objection Procedure Order and General Order M-242 (as amended), FUJIKURA AMERICA, INC.'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served by overnight mail to the parties identified below, on this 19th day of June, 2007.

Delphi Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., John K. Lyons and Joseph N. Warton
Counsel for Debtors

-and-

NY1 26472082.1

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, NY 10004

/s/ Robert W. Dremluk

Robert W. Dremluk

Dated: June 19, 2007.