UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                          *

    DELPHI CORPORATION, et al.,     *          Chapter 11
                                                  Case No.: 06-55582 (RDD)
    Debtors.                         *          (Jointly Administered)

---

### RESPONSE AND PARTIAL OBJECTION TO MODIFICATION OF
### CLAIM NUMBER 11186 FILED BY BEAVER VALLEY MANUFACTURING, INC.
### AS PROPOSED BY DEBTOR'S 15TH OMNIBUS OBJECTION TO CLAIMS

---

On July 26, 2006, Beaver Valley Manufacturing, Inc. ("Beaver") filed Claim Number 11186 in the amount of $180,633.39, (the "Claim"). The Claim covered amounts unpaid by Delphi for goods and services furnished to Delphi by Beaver. Invoices covering the Claim were attached to the Claim.

Upon examination of the Claim, Delphi alleged that it could only locate purchase orders for $121,384.39 of the amount claimed by Beaver and now proposes to reduce the Claim to that amount.

In the interim and after further investigation, Delphi issued purchase orders for $44,678.00 in addition to its purchase orders covering the $121,384.39. On June 15, 2007, Beaver filed an Amended Claim to which it attached copies of the invoice covering the $44,678.00 and Delphi's purchase orders covering the invoices. As a result, the Claim is now in the amount of $166,062.39. A copy of the amended Claim and attachments is submitted herewith.

Based upon the above, it is respectfully submitted that Delphi's objection to Beaver's Claim up to $166,062.39 should be overruled.

Respectfully submitted:

/s/ Ira Rubin
IRA RUBIN #0024849
Attorney for Beaver Valley Manufacturing
Goldman, Rubin & Shapiro
1340 Woodman Drive
Dayton, Ohio 45432-3441
(937) 254-4455
(937) 254-9754 [fax]
irarubinlaw@aol.com

## CERTIFICATE OF SERVICE:

On the 18th day of June 2007, the undersigned caused the foregoing document with attachments to be served and filed via Federal Express, as follows:

1) One copy on 3.5" inch diskette in Word Perfect .pdf format addressed to the Clerk of the Bankruptcy Court for the Southern District of New York, One Bowling Green, #534, New York, New York 10004;

2) One hard copy addressed to Chambers of Hon. Robert D. Drain, U.S. Bankruptcy Judge, One Bowling Green, #616, New York, New York 10004;

3) One hard copy to Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, attention General Counsel;

4) One hard copy on Scadden Arps Slate Meagher & Flom, LLP, 333 W. Wacker Drive, #2100, Chicago, Illinois, 60606, attention John Wm. Butler, Jr., John K. Lyons and Joseph N. Wharton;

_/s/ Ira Rubin_
IRA RUBIN #0024849
Attorney for Beaver Valley Manufacturing