FORM B10 (Official Form 10) (04/07)

| United States Bankruptcy Court - Southern District of New York | PROOF OF CLAIM AMENDED |
|---|---|

| Name of Debtor: Delphi Corp. | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Beaver Valley Manufacturing, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Ira Rubin
Goldman, Rubin & Shapiro
1340 Woodman Drive
Dayton,, OH 45432

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (937) 254-4455

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim  ☐ replaces  ■ amends  a previously filed claim dated: **7/26/06**

### 1. Basis for Claim
- ■ Goods sold
- ■ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

### 2. Date debt was incurred: 12/2/02-9/25/05

### 3. If court judgment, date obtained:

### 4. Classification of Claim. Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ **180,633.39**

■ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____

Unsecured Priority Claim.
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:

Amount of arrearage and other charges at time case filed included in the secured claim, if any: $ _____

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/2010 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

### 5. Total Amount of Claim at Time Case Filed: $ 180,633.39 _____ _____ 180,633.39
(unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. Supporting Documents:
*Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 06/14/07 | *[signature]* Ira Rubin, Attorney for Beaver Valley |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO AMENDED CLAIM NO. 11186
## FILED BY BEAVER VALLEY MANUFACTURING, INC.

Attached hereto as part of Amendment to Claim Number 11186, filed by Beaver Valley Manufacturing, Inc., are claimant's invoices numbered 0505-22, 0505-06, 0505-05, 0905-01, 0705-01 and 0705-02, together with Delphi Corp. Purchase Order 450478465 in the total amount of $44,678.00. These documents were not attached to Claim Number 11186, which is hereby amended to include said documents.




# BEAVER VALLEY MANUFACTURING
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

## INVOICE

| INVOICE NO. | | DATE | |
|---|---|---|---|
| 0505-22 | | 4/21/2007 | |
| OUR ORDER NO. | | YOUR ORDER NO. | |
| TERMS 0505-22 | | F.O.B. 450478465 | |
| DATE SHIPPED Net 30 days | | SHIPPED VIA BVM | |
| SHIPPED TO 5/13/2005 | | n/a | |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | MERCEDES 251/164 CONTRACT LABOR IN GADSDEN COST TO INCLUDE: MIKE WILSON/: LABOR, MATERIALS AND TRAVEL EXPENSES FROM 5/9/05 - 5/22/05. PRICE INCLUDES MATERIALS/LABOR AND TRAVEL EXPENSES | | |
| 1 | 5/13/05 8 hrs @ 50.00 per hour travel Gadsden | 400.00 | 400.00 |
| 1 | 5/13/05 1 hrs @ 70.50 per hour | 70.50 | 70.50 |
| 1 | 5/14/05 8 hrs @ 70.50 per hour misc. 164 & 251 | 564.00 | 564.00 |
| | PRE-PETITION | 0.00 | 0.00 |
| 1 | 5/15/05 9 hrs @ 87.75 per hour g/b welders installed proxes on crowders | 789.75 | 789.75 |
| 1 | 5/16/05 8 hrs @ 50.00 per hour bronze pads on foam molds | 400.00 | 400.00 |
| 1 | 5/16/05 2 hrs @ 70.50 per hour | 141.00 | 141.00 |
| 1 | 5/17/05 See quote for cr/cn 72095 | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| 1 | see quote for cr/cn 72095 | | 0.00 |
| 1 | 5/19/05 see quote for cr/cn 72095 | | 0.00 |
| | | 0.00 | 0.00 |
| 1 | 5/20/05 8 hrs @ 50.00 per hour misc. 251 | 400.00 | 400.00 |
| 1 | 5/20/05 2hrs @ 70.50 per hour | 141.00 | 141.00 |
| 1 | 5/21/05 8 hrs @ 70.50 per hour 250 ip foam mold- repair damage on lid tool #1 | 564.00 | 564.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1½% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

| SUB | $6830.25 |
|---|---|
| TAX | |
| TOTAL | 00.00 |

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

OUR COMMITMENT - 100% SATISFACTION GUARANTEED

Thank You Very Much!




**BEAVER VALLEY MANUFACTURING**
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

# INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0505-22 | 4/21/2007 |

| OUR ORDER NO. | YOUR ORDER NO. |
|---|---|
| 0505-22 | 450478465 |

| TERMS | F.O.B |
|---|---|
| Net 30 days | BVM |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 5/13/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5/22/05 12 hrs @ 87.75 per hour large vacuum seal on 164 armrest welder | 1,053.00 | 1,053.00 |
| 1 | 800 miles @ .405 per mile | 324.00 | 324.00 |
| 1 | 10 days hotel @ 75.00 per day | 750.00 | 750.00 |
| 1 | 10 days food @ 35.00 per day | 350.00 | 350.00 |
| 1 | misc. materials and perishable cutters | 883.00 | 883.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1 1/2% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

| | |
|---|---|
| SUB | $6830.25 |
| TAX | 00.00 |
| TOTAL | $6,830.25 |

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping
Page 2

**OUR COMMITMENT - 100% SATISFACTION GUARANTEED**




**BEAVER VALLEY MANUFACTURING**
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

# INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0505-06 | 4/21/2007 |
| OUR ORDER NO. | YOUR ORDER NO. |
| 0505-06 | 450478465 |
| TERMS | F.O.B |
| Net 30 days | N/A |
| DATE SHIPPED | SHIPPED VIA |
| 4/25/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | MERCEDES 251/164 CONTRACT LABOR IN GADSDEN COST TO INCLUDE: DON WAHSUM -- LABOR, MATERIALS AND TRAVEL EXPENSES FROM 4/25/05 THROUGH 5/08/05. PRICE INCLUDES MATERIAL, LABOR AND TRAVEL EXPENSES. PRE-PETITION | 5,309.00 | 5,309.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1½% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

| | |
|---|---|
| SUB | 5,309.00 |
| TAX | 00.00 |
| TOTAL | 5,309.00 |

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

**OUR COMMITMENT - 100% SATISFACTION GUARANTEED**

Thank You Very Much!



**BEAVER VALLEY MANUFACTURING**
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

# INVOICE



| INVOICE NO. | DATE |
|---|---|
| 0505-05 | 4/21/2007 |
| OUR ORDER NO. | YOUR ORDER NO. |
| 0505-05 | 450478465 |
| TERMS | F.O.B. |
| Net 30 days | N/A |
| DATE SHIPPED | SHIPPED VIA |
| 4/25/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | MERCEDES 251/164 CONTRACT LABOR IN GADSDEN COST TO INCLUDE: MIKE WILSON--LABOR, MATERIALS AND TRAVEL EXPENSES FROM 4/25/05 THROUGH 5/08/05. PRICE INCLUDES MATERIALS/LABOR AND TRAVEL EXPENSES. PRE-PETITION | 9,129.00 | 9,129.00 |
| | | SUB | 9,129.00 |
| | | TAX | 00.00 |
| | | TOTAL | $9,129.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1½% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

**OUR COMMITMENT - 100% SATISFACTION GUARANTEED**

Thank You Very Much!




# BEAVER VALLEY MANUFACTURING

781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

## INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0905-01 | 4/21/2007 |

| OUR ORDER NO. | YOUR ORDER NO. |
|---|---|
| 0905-01 | 430478465 |

| TERMS | F.O.B. |
|---|---|
| Net 30 days | BVM |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 9/12/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  | MERCEDES 164 GLOVE BOX WELD FIXTURE REWORK AT BEAVER VALLEY MFG. INC.. IMPLEMENTATION LABOR, MATERIALS, AND TRAVEL EXPENSES COST TO INCLUDE: MIKE WILSON AT BVM |  |  |
| 1 | 12 hrs @ 50.00 per hour 44 hrs details to align both retainers to glove box welder tool. crowders to position inserts | 600.00 | 600.00 |
| 1 | 4 hrs @ 70.50 per hour | 282.00 | 282.00 |
|  | JEFF RAHN AT BVM |  |  |
| 1 | 8 hrs @ 50.00 per hour CROWDER DETAILS | 400.00 | 400.00 |
| 2 | 600 MILES @ .405 PER MILE | 243.00 | 486.00 |
| 2 | 2 days hotel @ 75.00 per day | 150.00 | 300.00 |
| 2 | 2 days food @ 35.00 per day | 70.00 | 140.00 |
| 1 | cylinders, aluminum, misc. materials | 1,547.00 | 1,547.00 |
|  | PRE-PETITION |  |  |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1½% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

| SUB | $3,755.00 |
|---|---|
| TAX | 00.00 |
| TOTAL | $3,755.00 |

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

OUR COMMITMENT - 100% SATISFACTION GUARANTEED

Thank You Very Much!



**BEAVER VALLEY MANUFACTURING**
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com



# INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0705-01 | 4/21/2007 |

| OUR ORDER NO. | YOUR ORDER NO. |
|---|---|
| 0705-01 | 450478465 |

| TERMS | F.O.B. |
|---|---|
| Net 30 days | BVM |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 6/20/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | MERCEDES 251/164 CONTRACT LABOR IN GADSDEN COST TO INCLUDE: DON WAHSUM--LABOR, MATERIALS AND TRAVEL EXPENSES FROM 6/20/05 THROUGH 7/3/05. PRICE INCLUDES MATERIALS/LABOR AND TRAVEL EXPENSES | | |
| | DON WAHSUM | | |
| 1 | 6/20/05 8 hrs @ 50.00 per hour travel to Gadsden | 400.00 | 400.00 |
| 1 | 6/20/05 1 hrs @ 70.50 per hour | 70.50 | 70.50 |
| 1 | 6/21/05 8 hrs @ 50.00 per hour 251 ip airbag area check for foam thickness-for laser cut | 400.00 | 400.00 |
| 1 | 6/21/05 2 hrs @ 70.50 per hour | 141.00 | 141.00 |
| 1 | 6/22/05 8 hrs @ 50.00 per hour 251 ip squeeze airbag area and blend | 400.00 | 400.00 |
| 1 | 6/22/05 3 hrs @ 70.50 per hour | 211.50 | 211.50 |
| 1 | 6/23/05 8 hrs @ 50.00 per hour replace glove box welder swivel | 400.00 | 400.00 |
| 1 | 6/23/05 2 hrs @ 70.50 per hour | 141.00 | 141.00 |
| 1 | 6/24/05 8 hrs @ 50.00 per hour 251 ip follow up on changes and add tape to lid to see if wave is present | 400.00 | 400.00 |
| 1 | 6/24/05 2 hrs @ 70.50 | 141.00 | 141.00 |
| 1 | 6/25/05 8 hrs @ 70.50 per hour 164 rh glovebox router fixture add 1/8 aluminum on corner support | 564.00 | 564.00 |
| 1 | 6/26/05 7 hrs @ 87.75 per hour 164 lh glove box welder-pin bearing and add stop block | 614.25 | 614.25 |
| 1 | 6/27/05 8hrs @ 50.00 per hour 164 armrest mold 2-repair foam seal area 251 ip mold 1-spot lid to insert | 400.00 | 400.00 |

| | | |
|---|---|---|
| SUB | | $10,579.25 |
| TAX | | |
| TOTAL | | 00.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1 1/2% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

**OUR COMMITMENT - 100% SATISFACTION GUARANTEED**

Thank You Very Much!




## BEAVER VALLEY MANUFACTURING
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

# INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0705-01 | 4/21/2007 |

| OUR ORDER NO. | YOUR ORDER NO. |
|---|---|
| 0705-01 | 450478465 |

| TERMS | F.O.B |
|---|---|
| Net 30 days | BVM |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 6/20/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 6/27/05 2 hrs @ 70.50 per hour | 141.00 | 141.00 |
| 1 | 6/28/05 8 hrs @ 50.00 per hour 251 ip mold 1-follow uo-164 side panel mold 2-pull lid, clean up and replace seals | 400.00 | 400.00 |
| 1 | 6/28/05 2 hrs @ 70.50 per hour | 141.00 | 141.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | |
| 1 | 6/29/05 8 hrs @ 50.00 per hour 164 side panel finish mold 7 and start mold 2 | 400.00 | 400.00 |
| 1 | 6/29/05 3 hrs @ 70.50 per hour | 211.50 | 211.50 |
| 1 | 6/30/05 8 hrs @ 50.00 per hour 164 side panel maintenance | 400.00 | 400.00 |
| 1 | 6/30/05 2 hrs @ 70.50 per hour | 141.00 | 141.00 |
| 1 | 7/01/05 8 hrs @ 50.00 per hour 164 side panel maintenance-no vacuum foam in tubes | 400.00 | 400.00 |
| 1 | 7/01/05 4 hrs @ 70.50 per hour | 282.00 | 282.00 |
| 1 | 7/2/05 10 hrs @ 70.50 per hour 164 armrest clamping install | 705.00 | 705.00 |
| 1 | 7/3/05 10 hrs @ 87.75 per hour 164 armrest clamping install | 877.50 | 877.50 |
| 1 | 820 miles @ .405 per mile | 332.00 | 332.00 |
| 1 | 14 days hotel @ 75.00 per day | 1,050.00 | 1,050.00 |
| 1 | 14 days food @ 35.00 per day | 490.00 | 490.00 |
| 1 | misc. materials and perishable toolings | 325.00 | 325.00 |
| | PRE - PETITION | | |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1½% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

| | |
|---|---|
| SUB | |
| TAX | 00.00 |
| TOTAL | $10,579.25 |

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

Page 2

OUR COMMITMENT - 100% SATISFACTION GUARANTEED

Thank You Very Much!




**BEAVER VALLEY MANUFACTURING**
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail:bvm@erinet.com • www.beavervalleymfg.com

# INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0705-02 | 4/21/2007 |

| OUR ORDER NO. | YOUR ORDER NO. |
|---|---|
| 0705-02 | 450478465 |

| TERMS | F.O.B. |
|---|---|
| Net 30 days | BVM |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 6/20/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | MERCEDES 251/164 CONTRACT LABOR IN GADSDEN COST TO INCLUDE: MIKE WILSON-- LABOR, MATERIALS AND TRAVEL EXPENSES FROM 6/6/05 THROUGH 6/19/05. PRICE INCLUDES MATERIALS/LABOR AND TRAVEL EXPENSES MIKE WILSON 6/20/05 THROUGH 6/24/05 AT BVM | | |
| 1 | 6/27/05 8 hrs @ 50.00 per hour travel to Gadsden and misc. work | 400.00 | 400.00 |
| 1 | 6/27/05 4 hrs @ 70.50 per hour | 282.00 | 282.00 |
| 1 | 6/28/05 8 hrs @ 50.00 per hour 164 side panel foam tool # 7 general repairs | 400.00 | 400.00 |
| 1 | 6/28/05 4 hrs @ 70.50 per hour | 282.00 | 282.00 |
| 1 | 6/29/05 8 hrs @ 50.00 per hour 251 ip lhd foam mold #2 rework vacuum in center stack area and tune | 400.00 | 400.00 |
| 1 | 6/29/05 3 hrs @ 70.50 per hour | 211.50 | 211.50 |
| 1 | 6/30/05 8 hrs @ 50.00 per hour 251 ip rhd rework vacuum in center stack area, side panel foam mold disassemble to correct plugged vacuum | 400.00 | 400.00 |
| 1 | 6/30/05 4 hrs @ 70.50 per hour | 282.00 | 282.00 |
| 1 | 7/01/05 8 hrs @ 50.00 per hour 164 lhd ip foam mold # 1 disassemble and correct center slide problem and reassemble | 400.00 | 400.00 |
| 1 | 7/01/05 3 hrs @ 70.50 per hour | 211.50 | 211.50 |
| 1 | 680 miles @ .405 per mile | 275.00 | 275.00 |
| 1 | 5 days hotel @ 75.00 per day | 375.00 | 375.00 |
| 1 | 5 days food @ 35.00 per day | 175.00 | 175.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1 1/2% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

| SUB | $4,194.00 |
|---|---|
| TAX | |
| TOTAL | 00.00 |

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

**OUR COMMITMENT - 100% SATISFACTION GUARANTEED**

Thank You Very Much!




**BEAVER VALLEY MANUFACTURING**
781 Factory Road • Beavercreek, OH 45434
(937) 426-0588 • Fax (937) 426-1504
E-mail: bvm@erinet.com • www.beavervalleymfg.com

# INVOICE

| INVOICE NO. | DATE |
|---|---|
| 0705-02 | 4/21/2007 |

| OUR ORDER NO. | YOUR ORDER NO. |
|---|---|
| 0705-02 | 450478465 |

| TERMS | F.O.B |
|---|---|
| Net 30 days | BVM |

| DATE SHIPPED | SHIPPED VIA |
|---|---|
| 6/20/2005 | n/a |

DELPHI T&I - VANDALIA PLANT
ATTN: ACCOUNTS PAYABLE
250 NORTHWOODS BLVD.
PO BOX 5051 - MC # 146
VANDALIA, OH 45377-5051

SHIPPED TO:
DELPHI GADSDEN
DELPHI AUTOMOTIVE SYSTEMS
4605 AIRPORT ROAD
GADSDEN, AL 35904

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | misc. materials and perishable cutters<br>PRE-PETITION | 100.00 | 100.00 |

TERMS: BALANCE DUE WITHIN 30 DAYS. A FINANCE CHARGE OF 1½% PER MONTH WILL BE CHARGED ON INVOICES NOT PAID WITHIN 30 DAYS OF ISSUING DATE.

Short Run Lathe & Millwork • Welding • Painting
Carbon Fiber & Other Composite Tooling, Parts
Special Machines Built & Repaired • Prototyping

Page 2

| SUB | $4,194.00 |
|---|---|
| TAX | 00.00 |
| TOTAL | $4,194.00 |

OUR COMMITMENT - 100% SATISFACTION GUARANTEED

# DELPHI

Delphi Thermal and Interior

Page 2 of 5

BEAVER VALLEY MANUFACTURING INC
781 FACTORY RD
BEAVERCREEK OH 45434

**Purchase Order**

PO Number
4504?9465

Date Issued
29-Mar-2007

Version
12-Jun-2007

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant Requi... | | |
|---|---|---|---|---|---|
| 00030 | PR11075575 00030 | 1.000 | RW0. ...PHI T & I VANDALIA ENG | | |
| | Service 5/13/05-5/22/05 M. Wilson | | B. Sp... ...er | | |
| | Service 5/13/05-5/22/05 M. Wilson. Quote 0505-1.. work completed pre-petition | | | | |
| | Delivery Date    Scheduled Quantity    Price | | ...nit UOM | | Value |
| | 29-MAR-2007         .000                6,830.25 | | ...EA | | 6,830.25 |
| | Net Line Item Value | | USD | | 6,830.25 |
| 00040 | PR11075575 00040 | 1.000 | RW0. ...PHI T & I VANDALIA ENG | | |
| | Service 6/20/05-7/3/05 D. Wahsum | | B. Sp... ...er | | |
| | Service 6/20/05-7/3/05 D. Wahsum. Quote 0705-0? work completed pre-petition | | | | |
| | Delivery Date    Scheduled Quantity    Price | | ...nit UOM | | Value |
| | 29-MAR-2007         1.000                10,579.00 | | | | 10,579.00 |
| | Net Line Item Value | | USD | | 10,579.00 |
| 00050 | PR11075575 00050 | 1.000 | RW0. ...PHI T & I VANDALIA ENG | | |
| | Service 6/20/05-7/3/5 M. Wilson | | B. Sp... ...er | | |
| | Service 06/20/05-7/3/05 M. Wilson. Quote 0705-02 pre-petition work. | | | | |
| | Delivery Date    Scheduled Quantity    Price | | ...nit UOM | | Value |
| | 29-MAR-2007         1.000                4,194.00 | | | | 4,194.00 |
| | Net Line Item Value | | USD | | 4,194.00 |
| 00060 | PR11075575 00060 | 1.000 | RW0. ...PHI T & I VANDALIA ENG | | |
| | Service work | | B. Sp... ...er | | |
| | Service work. quote 0905-01. Pre-petition work | | | | |
| | Delivery Date    Scheduled Quantity    Price | | ...nit UOM | | Value |
| | 29-MAR-2007         1.000                3,755.00 | | | | 3,755.00 |
| | Net Line Item Value | | USD | | 3,755.00 |
| 00070 | PR11075575 00070 | 1.000 | RW0. ...PHI T & I VANDALIA ENG | | |
| | Service 9/12/05-9/25/05 | | B. Sp... ...er | | |
| | Service 9/12/05-9/25/05. Quote 0905-33 pre-petition work. | | | | |
| | Delivery Date    Scheduled Quantity    Price | | ...nit UOM | | Value |
| | 29-MAR-2007         1.000                4,881.75 | | | | 4,881.75 |
| | Net Line Item Value | | USD | | 4,881.75 |

Total net value                                                                          44,678.00

# DELPHI

_____ Delphi Thermal and Interior
Page 1 of 5

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS RD
TROY MI 48084-7106

**Purchase Order**

PO Number: 450478465
Version: 12-Jun-2007

Date Issued: 29-Mar-2007

**Deliver to:**
DELPHI CORPORATION
DELPHI THERMAL & INTERIOR SYSTEMS
4605 AIRPORT RD
GADSDEN AL 35904

Delivery:

BEAVER VALLEY MANUFACTURING INC
781 FACTORY RD
BEAVERCREEK OH 45434

Vendor No:
DUNS No: 131
Payment Terms:                      Currency: USD
Payment settled:
Incoterms: FREIGHT COLLECT

| Item No. | Material No/Item Identifier No | Total Order Quantity | | | | |
|---|---|---|---|---|---|---|
| | Description | | | | | |
| 00010 | PR11075575 00010 | 1.000 | | DELPHI T & I VANDALIA ENG | | |
| | Service 4/25/05-5/8/05 M. Wilson | | | | | |
| | Service 4/25/05-5/8/05 M. Wilson. Quote 0505-05. Work completed pre-petition | | | | | |
| | Delivery Date | Scheduled Quantity | Price | Unit UOM | | Value |
| | 29-MAR-2007 | 1.000 | 9,129.00 | | | 9,129.00 |
| | Net Line Item Value | | | USD | | 9,129.00 |
| 00020 | PR11075575 00020 | 1.000 | | DELPHI T & I VANDALIA ENG | | |
| | Service 4/25/05-5/8/05 D. Wahsum | | | | | |
| | Service 4/25/05-5/8/05 Don Wahsum. Quote 0505-06. Work completed pre-petition | | | | | |
| | Delivery Date | Scheduled Quantity | Price | Unit UOM | | Value |
| | 29-MAR-2007 | 1.000 | 5,309.00 | | | 5,309.00 |
| | Net Line Item Value | | | USD | | 5,309.00 |

Purchasing Contact: Hines, Ritchie
Phone: 937-356-2853
Fax: 937-356-2550

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
Foster Blvd.
KETTERING 45420

Date and Time Printed: 12-Jun-2007