IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:    DELPHI CORPORATION, ET AL.                    CHAPTER 11

CASE NO. 05-44481 (RDD)
JOINTLY ADMINISTERED

RESPONSE OF MADISON COUNTY, MISSISSIPPI TAX
COLLECTOR TO OBJECTION TO CLAIM

COMES NOW, the Madison County, Mississippi Tax Collector and files this her Response to the Objection to Claim filed by Delphi Corporation objecting to the Claim of the Madison County, Mississippi Tax Collector and in support hereof shows as follows:

1. The Objection of Delphi states that the claim of the Madison County, Mississippi Tax Collector is a Tax Claim Subject to Modification.

2. The Claimant is Kay Pace, Madison County, Mississippi Tax Collector. The claim is based upon personal property ad valorem taxes for the year 2005 which became due and payable January 1, 2006.

3. The claim should not be modified because the original claim as filed was in the amount of $24,661.06 (which was the total amount due and payable for the 2005 personal property ad valorem taxes to Madison County, Mississippi). The Debtor paid the sum of $5,742.99 as a partial payment on this tax. There continues to be due the sum of $18,918.07 plus $3,026.89 in accrued interest through May, 2007. Interest accrues at the rate 1% per month pursuant to the Ad Valorem Taxing Statutes of the State Mississippi.

4. The Madison County, Mississippi Tax Collector attaches hereto a copy of the tax statement reflecting the payment of $5,742.99 and also reflecting the interest due through May, 2007, with interest continuing to accrue at the rate of 1% per month

on the principal balance of taxes due of $18,918.07.

WHEREFORE, the Madison County, Mississippi Tax Collector requests that the Court deny the objection and allow her claim in the full amount of $18,918.07 plus interest of $3,026.89 through May, 2007 with interest to continue to accrue at the rate of 1% per month.

    Respectfully submitted,

    MADISON COUNTY, MISSISSIPPI TAX COLLECTOR


By: _____
    Kay Pace, Tax Collector
    P. O. Box 113
    Canton, MS 39046
    Phone: (601) 859-5226

## CERTIFICATE OF SERVICE

I, Kay Pace, Tax Collector for Madison County, Mississippi, do hereby certify that I have this day mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Response of Madison County, Mississippi Tax Collector to Delphi's Objection to Claim to the following counsel of record:

    Delphi Corporation
    5725 Delphi Drive
    Troy, MI 38098
    (Attn: General Counsel)

    John William Butler, Jr.
    John K. Lyons
    Joseph N. Wharton
    Counsel to Delphi Skadden Arps Slate Meagher & Flom, LLP
    333 West Wacher Drive, Suite 2100
    Chicago, IL 60606
    (Counsel to Delphi)

So certified this the _____ day of _____, 2007.

    _____
    Kay Pace

A:\Delphi Madison County Response.wpd