Chapter 11

In re:
)
)
Delphi Corporation, et al.
)
)
)

Case No. 05-44481 (RDD)
(Jointly Administered)

Response to 15th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems, Inc. (Assignor), Claim No. 14682

from:   Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems, Inc. (Assignor), Claim No. 14682, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17. fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems, Inc. (Assignor), Claim No. 14682

date:   Monday, June 11, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 15th Omnibus Objection to claims requesting that the above claim in the amount of $150,601.20 be reduced and modified to $142,900.00 on the basis that the claim and asserted liability are in excess of the amount owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and New England Interconnect Systems, Inc. (Assignor) ("New England") Object to this Objection.

1.   Please find attached sufficient documentation supporting the filed Proof of Claim # 14682 in an amount of **$150,601.20.**

2.   Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 14682 for the full filed amount of $150,601.20 as liquidated and undisputed.

3.   To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $150,601.20 and sent immediately to Sierra's attention for signature.

4.   Copies of the following have been enclosed with this response: The Notice of 15th Omnibus Objection to Claim # 14682, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and New England Interconnect Systems, Inc. (Assignor), Proof of Claim # 14682 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for New England Interconnect Systems, Inc. (Assignor) and the supporting documentation requested for claim # 14682 evidencing the amount of $150,601.20 owed on Claim # 14682 filed by Sierra Liquidity Fund, LLC; Assignor: New England Interconnect Systems, Inc. **The supporting documents in Proof of Claim # 14682 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.   Sierra and New England Interconnect Systems, Inc. see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 14682, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of **$150,601.20** remains due and owing as a valid unpaid pre-petition unsecured claim.

6.   Sierra and New England Interconnect Systems, Inc. do not object to the proposed Modified Debtor for which Claim # 14682 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for New England Interconnect Systems, Inc.

Scott August
949-660-1144. ext. 17
saugust@sierrafunds.com

Tammy Garza
949-660-1144 ext. 22
tgarza@sierrafunds.com

Jim Riley
949-660-1144 ext. 16
jriley@sierrafunds.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :      Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :      Case No. 05-44481 (RDD)
                                        :
                    Debtors.            :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF OBJECTION TO CLAIM

Sierra Liquidity Fund:

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (the "Fifteenth Omnibus Claims Objection") dated May 22, 2007, a copy of which is enclosed (without exhibits). The Debtors' Fifteenth Omnibus Claims Objection is set for hearing on June 26, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED FIFTEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JUNE 19, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Fifteenth Omnibus Claims Objection identifies eight different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Untimely Tax Claim" is that Claim filed by a taxing authority that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b) each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to by the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| 10/25/2005 | 118 | $94,000.00 | Claim Subject to Modification | 05-44640 | $94,000.00 | General Unsecured |
| 5/30/2006 | 6979 | $1,069.45 | Claim Subject to Modification | 05-44640 | $1,069.45 | General Unsecured |
| 7/31/2006 | 14667 | $708.04 | Claim Subject to Modification | 05-44640 | $607.72 | General Unsecured |
| 7/31/2006 | 14682 | $150,601.20 | Claim Subject to Modification | 05-44640 | $142,900.00 | General Unsecured |
| 7/31/2006 | 14694 | $128,872.47 | Claim Subject to Modification | 05-44640 | $126,834.84 | General Unsecured |

If you wish to view the complete exhibits to the Fifteenth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Fifteenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER") APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fifteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on June 19, 2007. Your Response, if any, to the Fifteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

3

served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the June 26, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on June 26, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE FIFTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FIFTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

4

Dated:  New York, New York
       May 22, 2007

SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

**Scott August**

| | |
|---|---|
| **From:** | Scott August [saugust@sierrafunds.com] |
| **Sent:** | Wednesday, February 28, 2007 9:45 AM |
| **To:** | 'mmayer@callawaypartners.com' |
| **Cc:** | 'michael.m.mayer@delphi.com'; 'Jim Riley'; 'Harry Avonti' |
| **Subject:** | Proof of Deliveries for Claim # 14682 --- Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems Inc. (Assignor) |

**Importance:** High

Mr. Mayer,

Please find attached all of the Proof of Deliveries/Bill of Ladings for the invoices in question for Proof of Claim #14682 filed by Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems Inc. (Assignor). As I clarified in the previous email to you there is only 1 Blanket Purchase Order (PO # PEDP4250126) for all of the invoices and this was included in the POC.

This should be sufficient for your books and records reconciliation.

Please reply promptly that you have received this email and the attached POD's and that your claim resolution process has been resolved and we are in agreement that Claim # 14682 is an allowed General Unsecured Claim in the amount of $150,601.20 against Delphi Automotive Systems, LLC.

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 17
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com


-----Original Message-----
**From:** Scott August [mailto:saugust@sierrafunds.com]
**Sent:** Wednesday, February 14, 2007 10:11 AM
**To:** 'mmayer@callawaypartners.com'
**Cc:** 'michael.m.mayer@delphi.com'
**Subject:** FW: Email from Delphi POC


-----Original Message-----
**From:** Scott August [mailto:saugust@sierrafunds.com]
**Sent:** Wednesday, February 14, 2007 10:02 AM
**To:** 'michale.m.mayer@delphi.com'
**Cc:** 'Jim Riley'; 'miller@neisystems.com'; 'Harry Avonti'
**Subject:** FW: Email from Delphi POC
**Importance:** High

Mr. Mayer,

We have contacted New England Interconnect Systems, Inc. (Assignor) and they are gathering the Proof of Deliveries. There is only 1 Purchase Order (PO # PEDP4250126) for all of the invoices and this was included in the POC.

As soon as we have the POD's we will forward them to you.

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 17
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com

-----Original Message-----
**From:** Jim Riley [mailto:jriley@sierrafunds.com]
**Sent:** Monday, February 12, 2007 2:26 PM
**To:** 'Scott August'
**Subject:** FW: Email from Delphi POC

Let me know if we have the Pos and PODs....

Jim Riley
Sierra Capital
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 16
fax: 949-660-0632
jriley@sierrafunds.com

-----Original Message-----
From: Mayer, Michael M [mailto:michael.m.mayer@delphi.com]
Sent: Monday, February 12, 2007 1:28 PM
To: jriley@sierrafunds.com
Subject: FW: Email from Delphi POC

Hello Mr. Riley:

I have attached a PDF file of copies of invoices included with your Proof of Claim (POC) that Delphi Corp shows no record of in its books and records. As a result, I need you to provide copies of the related POs and Proof of Deliveries (PODs) to complete our reconciliation of the POC with books and records. Your immediate attention will be greatly appreciated.

Kind Regards,

Michael Mayer
Callawaypartners, LLC
Consultant
Client:248.265.4315
Cell:404.661.3531
email:michael.m.mayer@delphi.com

2/28/2007

email:mmayer@callawaypartners.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

February 22, 2007

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614

Dear Mr. August:

Per your request, enclosed are the following documents:

- invoices in question
- packing slips for those invoices
- bills of lading
- proofs of delivery

If you have any further questions, please feel free to contact me directly.

Regards,

Harry Avonti
General Manager

# NE NEW ENGLAND INTERCONNECT SYSTEMS, INC.

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE, NH 03431 USA**

---

PACKING SLIP # 03354

* * *    S H I P P I N G    D O C U M E N T   * * *        PAGE:    1

---

BILL TO: DELPHI                          SHIP TO:
Delphi Packard Electric System                Delphi Packard Electric System
                                              EPDC - DOCK 30
PO Box 431                                    48 Walter Jones Boulevard

Warren, OH 44486                              El Paso, TX 79906

=======================================================================

| ORDER DATE | NEIS ORDER # | P O NUMBER |
|---|---|---|
| 10/02/03 | 92900 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

=======================================================================

MEXICAN WEST OPERATIONS ORDER      SHIP VIA:  CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100   NUEVO CASA GRANDES

MULTIPLE  ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

---

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 1 | 08-19-05 | 10,400 | 10400 | 8/19/05 |

CB-00002-01M    * 1/14 AWG BK HYTREL JKT 3.11" RL    **1 PALLET WITH 26 CARTONS OF 400 PIECES.**

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

---

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 2 | 01-25-10 | 78,800 | | |

CB-00002-01M    * 1/14 AWG BK HYTREL JKT 3.11" RL

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

U
D

**STRAIGHT BILL OF LADING · SHORT FORM · ORIGINAL · NOT NEGOTIABLE**

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT - CTII**

800-334-4883 · 800-4-CENTRAL (pick-up)
www.centraltransportint.com



**856-132579-4**

01

| To validate C.O.D. shipment, the letters "COD" must appear before Consignee's name. |

FROM: SHIPPER (PICK UP ADDRESS)
New England Interconnect S. c/o Collection of AZ

STREET:
235 N. Freeport Warehouse #9

(ORIGIN) CITY: Nogales   STATE: AZ   ZIP: 85621

TELEPHONE:

TO: CONSIGNEE (DELIVERY ADDRESS)
Delphi Packard Electic System

STREET: EPDC · DOCK 30
48 Walter Jones Blvd

(DESTINATION) CITY: El Paso   STATE: TX   ZIP: 79906

TELEPHONE:

☐ PREPAID (SHIPPER)   ☒ COLLECT (CONSIGNEE)
Freight charges are collect unless marked prepaid.

☐ OTHER (THIRD PARTY) (See reverse side for instructions)

Item 400 of the CTII 100 Rules Tariff applies to all Third Party Billing.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION:(See reverse side for instructions)

NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
ACCOUNT #: _____

**C.O.D.**

$ _____

C.O.D. FEE
☐ PPD.  ☐ COL.

IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?
☐ YES  ☐ NO

REMIT C.O.D. TO:
NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

**C.O.D. CHARGE NOT TO EXCEED COST OF GOODS**

NOTE: Liability Limitation for loss or damage on this shipment is applicable. See 49 U.B.C.§ 14706(c)(1)(A) and (B).

**ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN**
Mark "X" to designate Hazardous Material as defined in Department of Transportation Regulation.

| NO. PKGS. | (X) Haz. Mat. | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | NMFC # | CLASS | WEIGHT |
|---|---|---|---|---|---|
| | | Power Supply Cords | | 65 | |
| 1 | pH | CB-00002-014    26 cartons | | 65 | 705 |
| | | CA-00002-014    1 carton | | 65 | 26 |
| | | CISCO#60606 | | | |
| TOTAL PKGS. | | pallet with 26 cartons & 1 loose carton | TOTAL WEIGHT → | | 731 |

Standard carrier liability limits are $10.00/lb/piece with $100,000.00 maximum per incident

Liability may be different for specific commodities or special programs. See tariffs or call 800-334-4885 ext. 1821 for help.

The agreed value on used articles does not exceed ten cents per pound, per piece

**CARRIER LIABILITY LIMITATION ELECTION:**

Excess liability to $15.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.05/lb subject to a minimum charge of $39.00. Accepted* _____

Excess liability to $20.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.10/lb subject to a minimum charge of $39.00. Accepted* _____

Excess liability to $25.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.15/lb subject to a minimum charge of $39.00. Accepted* _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property, described above, is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the governing classification on the date of shipment, including National Motor Freight Classification in affect.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shrink wrapped or packaged freight accepted on "Said To Contain" or "Shipper Load and Count" basis only.

| SHIPPER: NEIS c/o Collection of AZ | CARRIER: **CENTRAL TRANSPORT** |
| PER: Kaila Valdecia | DRIVER: |
| 21/10/05 | DATE: | TOTAL PIECES: |

**CT**
**CENTRAL TRANSPORT**
Pro Number
856-132579-4

85

## Central Transport Delivery Receipt

| | |
|---|---|
| Ship Date | 08/25/05 |

| Pieces | Weight |
|---|---|
| 2 | 731 |

Reference Number

| Org | DC |
|---|---|
| 856 | 799 |

Freight Terms
**Freight Charges Are Collect**

| SCAC: | CTII |
|---|---|

Consignee:
DELPHI PACKARD 80606
46 WALTER JONES BLVD
EL PASO, TX 79905

Shipper:
NEW ENG INTCNTX%COLLTN OF
235 N FREEPORT DR
NOGALES, AZ 85621

Special Instructions
Delivery Trailer: 47-2062
Shipper COD Amount
0.0000

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
**CENTRAL TRANSPORT - CTII**
800-394-4363 - 800-4-CENTRAL (4PICK)
www.centraltransportint.com

FROM: SHIPPER (PICK UP ADDRESS)
New England Interconnect S Collection
STREET: 235 N Freeport Warehouse #9
ORIGIN CITY: Nogales   STATE: AZ   ZIP: 85621
TELEPHONE:

TO: CONSIGNEE (DELIVERY ADDRESS)
Delphi Packard
STREET: EPAC 005
46 Walter Jon
DESTINATION CITY: El Paso
TELEPHONE:

PREPAID (SHIPPER)   ☒ COLLECT (CONSIGNEE)   OTHER (THIRD PARTY)
Freight charges are collect unless marked prepaid.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION
NAME:
ADDRESS:
CITY:         STATE:        ZIP:

NAME:
ADDRESS:
CITY:
ACCOUNT #:

**C.O.D.**

C.O.D. FEE
☐ PPD.  ☐ COL.

$

IS CUSTOMER'S
CHECK ACCEPTABLE
FOR C.O.D.
☐ YES  ☐ NO

| SKD | LSE CTN | DRM | BUN |
| CRTS | BSKT | RCK | TOT |
| SWS-OF | CTN | SWS-BTC |
| OTHER | | SHP INT. |

C.O.D. CHARGE NOT TO EXCEED COST OF GOODS

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

| NO. PKGS. | HM | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | WEIGHT | CLASS |
|---|---|---|---|---|
| | | Panel Supply Cards | | 65 |
| | | CR-00037-0H   26 cartons | | 65 |
| | | CR-00002-0H | | 65 |

**Pro Number**   **856-132579-4**

Additional Delivery Services Requested

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container
Part #
Qty. of Pcs Affected

Dest.
Skids
Date _____   Log# _____

Stamp / Sign Here

Firm

By
Shipment received in good order
Pieces Received

Driver Joe L   Date 8 29.5

Arrive Time         Depart Time

**NE**

**NEW ENGLAND INTERCONNECT SYSTEMS, INC.**

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE, NH 03431 USA**

**PACKING SLIP # 03354**

```
-------------------------------------------------------------------
* * *   S H I P P I N G   D O C U M E N T  * * *          PAGE:   1
-------------------------------------------------------------------
```

BILL TO: DELPHI                        SHIP TO:
   Delphi Packard Electric System      Delphi Packard Electric System
                                      EPDC  -  DOCK 30
   PO Box 431
                                        48 Walter Jones Blvd
   Warren, OH 44486                    El Paso, TX 79906

| ORDER DATE | NEIS ORDER # | P O NUMBER |
|---|---|---|
| 01/22/04 | 93428 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

MEXICO WEST OPERATIONS  SHIP VIA:  CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS).  IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE #  3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 1 | 08-23-05 | 400 | 400 | 8/23/05 |

CA-00002-09M    * DELPHI P/N 15480965 REV 01 AA          **1 CARTON OF 400 PIECES.**

        HUMMER APPLICATION INTIER H2

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 2 | 01-25-10 | 400 | | |

CA-00002-09M    * DELPHI P/N 15480965 REV 01 AA

        HUMMER APPLICATION INTIER H2

P.006

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT - CTII**  800-334-4883 • 800-4-CENTRAL (pick-ups)
www.centraltransportint.com

**856-132580-2**  01

To validate C.O.D. shipment, the letters "COD" must appear before Consignee's name

FROM: SHIPPER (PICK UP ADDRESS)  *New England Interconnect S  c/o Collectron of A2*
STREET: *235 N Treepad Warehouse #9*
(ORIGIN) CITY: *Nogales*  STATE: *A2*  ZIP: *85621*
TELEPHONE:

TO: CONSIGNEE (DELIVERY ADDRESS)  *Delphi Packard Electric System*
*EPDC - Dock 30*
STREET: *40 Walter Jones Blvd*
(DESTINATION) CITY: *El Paso*  STATE: *TX*  ZIP: *79906*
TELEPHONE:

☐ PREPAID (SHIPPER)  ☒ COLLECT (CONSIGNEE)
Freight charges are collect unless marked prepaid

☐ OTHER (THIRD PARTY) (See reverse side for instructions)
NAME:
ADDRESS:
CITY:  STATE:  ZIP:
ACCOUNT #

Item 400 of the CTII 100 Rules Tariff applies to all Third Party Billing.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION (See reverse side for instructions)
NAME:
ADDRESS:
CITY:  STATE:  ZIP:

**C.O.D.**

C.O.D. FEE  ☐ PPD.  ☐ COL.
IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?  ☐ YES  ☐ NO
$

REMIT C.O.D. TO:
NAME:
ADDRESS:
CITY:  STATE:  ZIP:

**C.O.D. CHARGE NOT TO EXCEED COST OF GOODS**

NOTE: Liability Limitation for loss or damage on this shipment is applicable. See 49 U.S.C.§ 1470B(c)(1)(A) and (B).

**ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN**
Mark "X" to designate Hazardous Material as defined in Department of Transportation Regulation

| NO. PKGS. | (X) Haz Mat | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | NMFC # | CLASS | WEIGHT |
|---|---|---|---|---|---|
| | | *Power Supply Cords* | | | |
| *1* | *PH* | *CB-00002-01M   25 Cartons* | | *65* | *679* |
| | | *CA-00002-09M   1 Carton* | | *65* | *26* |
| | | *CISCO # 60606* | | | |

Standard carrier liability limits are $10.00/lb/piece with $100,000.00 maximum per incident.

Liability may be different for specific commodities or special programs. See tariffs or call 800-334-4883 ext. 1821 for help.

The agreed value on used articles does not exceed ten cents per pound, per piece

**CARRIER LIABILITY LIMITATION ELECTION:**

Excess liability to $15.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.05/lb subject to a minimum charge of $39.00. Accepted.

Excess liability to $20.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.10/lb subject to a minimum charge of $39.00. Accepted.

Excess liability to $25.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.15/lb subject to a minimum charge of $39.00. Accepted.

TOTAL PKGS  *1*  *Pallet with 25 cartons and 1 loose Carton*  TOTAL WEIGHT  *705*

RECEIVED, subject to individually determined rates or contracts or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property, described above, is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions in the governing classification on the date of shipment, including National Motor Freight Classification in affect.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shrink wrapped or packaged freight accepted on "Said To Contain" or "Shipper Load and Count" basis only.

SHIPPER PER  *New c/o Collectron of A2*
*Karla Valencia*

CARRIER  **CENTRAL TRANSPORT**
DRIVER:
DATE:  TOTAL PIECES:

## CENTRAL TRANSPORT

**Pro Number**
**856-132580-2**

**Central Transport Delivery Receipt**

Ship Date
08/26/05

| Pieces | Weight |
|--------|--------|
| 2 | 705 |

Reference Number

| Org | DC |
|-----|-----|
| 856 | 799 |

Freight Terms

Freight Charges Are
Collect

SCAC         CTII

Consignee:

DELPHI PACKARD ELECTRIC
46 WALTER JONES
EL PASO, TX 79906

Shipper:

NEW ENG INTCNTS&COLLTN OF
235 N FREEPORT DR
NOGALES, AZ 85621

Special Instructions
Delivery Trailer: 47-2062
Shipper COD Amount
0.0000

---

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
CENTRAL TRANSPORT - CTII          800-334-4885 · 800-4CENTRAL (pick-ups)
www.centraltransport.com

FROM: SHIPPER (PICK UP ADDRESS)          TO: CONSIGNEE (DELIVERY ADD

STREET:

(ORIGIN) CITY:          STATE:          ZIP

TELEPHONE:

☐ PREPAID (SHIPPER)   ☐ COLLECT (CONSIGNEE)   ☐ OTHER (THIRD PARTY)

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION

NAME:

ADDRESS:

CITY:          STATE:          ZIP

# C.O.D.

C.O.D. FEE   ☐ PPD.  ☐ COL.   NAME:

IS CUSTOMER'S
CHECK ACCEPTABLE
FOR C.O.D.?   ☐ YES   ☐ NO

$          C.O.D. CHARGE NOT TO EXCEED COST OF GOOD

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUM

**Pro Number          856-132580-2**

### Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed
and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____          Date _____

Internal Use Only
# And Type of Container _____     Desc. _____
Part # _____                      Skids _____
Qty. of Pcs Affected _____        Date _____ Log# _____

Stamp / Sign Here

Firm

By
Shipment received in good order

Pieces Received

Driver          Date

Arrive Time          Depart Time

# NEW ENGLAND INTERCONNECT SYSTEMS, INC.

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE, NH 03431 USA**

**PACKING SLIP # 03352**

```
------------------------------------------------------------------
* * *   S H I P P I N G   D O C U M E N T  * * *         PAGE:    1
------------------------------------------------------------------
```

BILL TO: DELPHI                      SHIP TO:
         Delphi Packard Electric System        Delphi Packard Electric System
                                                EPDC - DOCK 30
         PO Box 431                             48 Walter Jones Boulevard

         Warren, OH 44486                       El Paso, TX 79906

```
==================================================================
ORDER DATE          NEIS ORDER #              P O NUMBER
 10/02/03             92900                   P4250126

  REP INIT      PAYMENT TERMS        SHIP VIA           F.O.B.
   AUM            NET 30         CENT TRAN FR CL      NOGALES, AZ
==================================================================
```

MEXICAN WEST OPERATIONS ORDER    SHIP VIA:  CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE  ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

```
------------------------------------------------------------------
LINE      EST SHIP DATE      QTY ORDERED      SHIPPED QTY    SHIPPED DATE
 1          08-23-05           10,000          10,000          8/23/05
                                                            1 PALLET OF
CB-00002-01M  * 1/14 AWG BK HYTREL JKT 3.11" RL
                                                    25 CARTONS OF 400 PIECES.
            GMT 830 P/N 15324892 PART REV 001

            DRAWING # 15324893 REV 02
```

```
------------------------------------------------------------------
LINE      EST SHIP DATE      QTY ORDERED      SHIPPED QTY    SHIPPED DATE
 2          01-25-10           68,800          _____        _____

CB-00002-01M  * 1/14 AWG BK HYTREL JKT 3.11" RL

            GMT 830 P/N 15324892 PART REV 001

            DRAWING # 15324893 REV 02
```

0  1-603+355+5316   P.006

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT - CTII**

800-334-4883 • 800-4-CENTRAL (pick-ups)
www.centraltransportint.com

**856-132580-2**  01

To validate C.O.D. shipment, the letters "COD" must appear before Consignee's name

FROM: SHIPPER (PICK UP ADDRESS)
New England Interconnect's c/o Collectron of AZ
STREET: 235 W Treerod Warehouse #9
(ORIGIN) CITY: Nogales   STATE: AZ   ZIP: 85621
TELEPHONE:

TO: CONSIGNEE (DELIVERY ADDRESS)
Delphi Packard Electric System
STREET: EPDC - Dock 30   40 Walter Jones Blvd
(DESTINATION) CITY: El Paso   STATE: TX   ZIP: 79906
TELEPHONE:

☐ PREPAID (SHIPPER)    ☒ COLLECT (CONSIGNEE)
Freight charges are collect unless marked prepaid.

☐ OTHER (THIRD PARTY) (See reverse side for instructions)
NAME:
ADDRESS:
CITY:   STATE:   ZIP:
ACCOUNT #:

Item 400 of the CTII 100 Rules Tariff applies to all Third Party Billing.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION:(See reverse side for instructions)
NAME:
ADDRESS:
CITY:   STATE:   ZIP:

**C.O.D.**

C.O.D. FEE
☐ PPD.   ☐ COL.

IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?
☐ YES   ☐ NO

$

REMIT C.O.D. TO:
NAME:
ADDRESS:
CITY:   STATE:   ZIP:

**C.O.D. CHARGE NOT TO EXCEED COST OF GOODS**

NOTE: Liability Limitation for loss or damage on this shipment is applicable. See 49 U.S.C.§ 14706(c)(1)(A) and (B).

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN
Mark "X" to designate Hazardous Material as defined in Department of Transportation Regulation

| NO. PKGS. | (X) Haz. Mat. | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | NMFC # | CLASS | WEIGHT |
|---|---|---|---|---|---|
| | | POWER SUPPLY CORDS | | | |
| 1 | PH | CB-00002-0LM   25 Cartons | | 65 | 679 |
| | | CA-00002-09M   1 Carton | | 65 | 26 |
| | | CISCO # 60606 | | | |
| 1 | | Pallet with 25 cartons and 1 loose Carton | TOTAL WEIGHT | | 705 |

TOTAL PKGS. 1

Standard carrier liability limits are: $10.00/lb/piece with $100,000.00 maximum per incident.

Liability may be different for specific commodities or special programs. See tariffs or call 800-334-4883 ext. 1821 for help.

The agreed value on used articles does not exceed ten cents per pound, per piece.

**CARRIER LIABILITY LIMITATION ELECTION:**

Excess liability to $15.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.05/lb subject to a minimum charge of $39.00. Accepted:

Excess liability to $20.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.10/lb subject to a minimum charge of $39.00. Accepted:

Excess liability to $25.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.15/lb subject to a minimum charge of $39.00. Accepted:

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property, described above, is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions in the governing classification on the date of shipment, including National Motor Freight Classification in effect.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shrink wrapped or packaged freight accepted on "Said To Contain" or "Shipper Load and Count" basis only.

SHIPPER
PER: New c/o Collectron of AZ
Karla Valencia

CARRIER: **CENTRAL TRANSPORT**
DRIVER:
DATE:   TOTAL PIECES:

**NEW ENGLAND INTERCONNECT SYSTEMS, INC.**

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE, NH 03431 USA**

PACKING SLIP # 03353

`- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -`

`* * *   S H I P P I N G    D O C U M E N T  * * *`

PAGE:   1

`- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -`

BILL TO: DELPHI                              SHIP TO:
Delphi Packard Electric System

PO Box 431                                   Delphi Packard Electric System
                                             EPDC - DOCK 30
Warren, OH 44486                             48 Walter Jones Boulevard
                                             El Paso, TX 79906

| ORDER DATE | NEIS ORDER # | P O NUMBER |
|---|---|---|
| 10/02/03 | 92900 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER    SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).   IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100   NUEVO CASA GRANDES

MULTIPLE  ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 1 | 08-26-05 | 9,200 | 9200 | 8/26/05 |

CB-00002-01M    * 1/14 AWG BK HYTREL JKT 3.11" RL

GMT 830 P/N 15324892 PART REV 001  **1 PALLET WITH 23 CARTONS OF 400 PIECES.**

DRAWING # 15324893 REV 02

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 2 | 01-25-10 | 119,600 | | |

CB-00002-01M    * 1/14 AWG BK HYTREL JKT 3.11" RL

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

**FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT - CTII**
800-334-4883 • 800-4-CENTRAL (pick-ups)
www.centraltransportint.com

**856-132581-0**
01

To validate C.O.D. shipment, the letters "COD" must appear before Consignee's name.

| FROM: SHIPPER (PICK UP ADDRESS) | TO: CONSIGNEE (DELIVERY ADDRESS) |
|---|---|
| New England Interconnect S. Collertran c/o Cf 142 | Delphi Packard Elatic System |
| STREET: 235 N. Freeport Warehouse #9 | EPDC - Dock 30 STREET: 42 Walter Jones Blvd |
| (ORIGIN) CITY: Nogales  STATE: AZ  ZIP: 85621 | (DESTINATION) CITY: El Paso  STATE: TX  ZIP: 79906 |
| TELEPHONE: | TELEPHONE: |

☐ PREPAID (SHIPPER)   ☒ COLLECT (CONSIGNEE)
Freight charges are collect unless marked prepaid.

☐ OTHER (THIRD PARTY) (See reverse side for instructions)

Item 400 of the CTII 100 Rules Tariff applies to all Third Party Billing.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION (See reverse side for instructions)

| NAME: | NAME: |
|---|---|
| ADDRESS: | ADDRESS: |
| CITY:  STATE:  ZIP: | CITY:  STATE:  ZIP: |
|  | ACCOUNT #: |

**C.O.D.**

C.O.D. FEE
☐ PPD. ☐ COL.

IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?
☐ YES ☐ NO

$ _____

REMIT C.O.D. TO:
NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

**C.O.D. CHARGE NOT TO EXCEED COST OF GOODS**

**ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN**
Mark "X" to designate Hazardous Material as defined in Department of Transportation Regulation

| NO. PKGS. | (X) Haz. Mat. | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | NMFC # | CLASS | WEIGHT |
|---|---|---|---|---|---|
|  |  | Power Supply Cords |  |  |  |
| 1 | PH | CB-00002-014  23 Cartons |  | 65 | 631 |
|  |  | CISCO-60606 |  |  |  |
| TOTAL PKGS | | 1 pallet with 23 Cartons | TOTAL WEIGHT | | 631 |

NOTE: Liability Limitation for loss or damage on this shipment is applicable.
See 49 U.S.C.§ 14706(c)(1)(A) and (B).

Standard carrier liability limits are: $10.00/lb/piece with $100,000.00 maximum per incident

Liability may be different for specific commodities or special programs. See tariffs or call 800-334-4883 ext  1821 for help.

The agreed value on used articles does not exceed ten cents per pound, per piece.

**CARRIER LIABILITY LIMITATION ELECTION:**

Excess liability to $15.00/piece with $100,000.00 maximum per incident  Additional FEE of $0.05/lb subject to a minimum charge of $39.00.
Accepted: _____

Excess liability to $20.00/piece with $100,000.00 maximum per incident  Additional FEE of $0.10/lb subject to a minimum charge of $39.00.
Accepted: _____

Excess liability to $25.00/piece with $100,000.00 maximum per incident  Additional FEE of $0.15/lb subject to minimum charge of $39.00.
Accepted: _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The property, described above, is an apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed  as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions in the governing classification on the date of shipment, including National Motor Freight Classification in affect.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| This is to certify that the above-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation. | Shrink wrapped or packaged freight accepted on "Said To Contain" or "Shipper Load and Count" basis only |
|---|---|
| SHIPPER: NEIS c/o Collectron of AZ | CARRIER: **CENTRAL TRANSPORT** |
| PER: Karin Valencia | DRIVER: |
|  | DATE:  TOTAL PIECES: |

**CENTRAL TRANSPORT**

Pro Number
856-132581-0

# Central Transport Delivery Receipt

Ship Date
09/01/06

| Pieces | Weight |
|--------|--------|
| 1 | 631 |

Reference Number

| Org | DC |
|-----|-----|
| 856 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI PACKARD
46 WALTER JONES BLVD
EL PASO, TX 79908

Shipper:
NEW ENG INTCNT & COLL TN DF
235 N FREEPORT DR
NOGALES, AZ 85621

Special Instructions
Delivery Trailer: 47-2365
Shipper COD Amount
0.0000

---

STRAIGHT BILL OF LADING · SHORT FORM · ORIGINAL · NOT NEGOTIABLE

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT-CTII**

800-334-1400 · 800-4-CENTRAL (pick-ups)
www.centraltransport.com

# C.O.D.

COD FEE
☐ PPD   ☐ COL

REMIT C.O.D. TO:

C.O.D. CHARGE NOT TO EXCEED COST OF GOODS

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

---

Stamp / Sign Here

Firm _Packard_

By _____

Pieces Received

Driver _____ Date 0903-

Arrive Time _____  Depart Time _____

Pro Number    **856-132581-0**

Additional Delivery Services Requested

| | | |
|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Litigate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____  Log # _____

**NEW ENGLAND INTERCONNECT SYSTEMS, INC.**

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE, NH 03431 USA**

------------------------------------------------------------
**PACKING SLIP # 03365**

\* \* \*   S H I P P I N G   D O C U M E N T   \* \* \*          PAGE:    1
------------------------------------------------------------

BILL TO: DELPHI                          SHIP TO:
   Delphi Packard Electric System           Delphi Packard Electric System
                                            EPDC - DOCK 30
   PO Box 431                               48 Walter Jones Boulevard

   Warren, OH 44486                         El Paso, TX 79906

=====================================================================
ORDER DATE            NEIS ORDER #              P O NUMBER
 10/02/03               92900                   P4250126

  REP INIT        PAYMENT TERMS          SHIP VIA            F.O.B.
   AUM               NET 30          CENT TRAN FR CL      NOGALES, AZ
=====================================================================

MEXICAN WEST OPERATIONS ORDER     SHIP VIA:  CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30   STORE # 5100   NUEVO CASA GRANDES

MULTIPLE  ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

------------------------------------------------------------
LINE      EST SHIP DATE      QTY ORDERED    SHIPPED QTY    SHIPPED DATE
 1          08-30-05           6,400          6400          8/30/05
------------------------------------------------------------
CB-00002-01M    * 1/14 AWG BK HYTREL JKT 3.11" RL    **1 PALLET WITH 16 CARTONS OF 400 PCS.**

              GMT 830 P/N 15324892 PART REV 001

              DRAWING # 15324893 REV 02

------------------------------------------------------------
LINE      EST SHIP DATE      QTY ORDERED    SHIPPED QTY    SHIPPED DATE
 2          01-25-10          113,200
------------------------------------------------------------
CB-00002-01M    * 1/14 AWG BK HYTREL JKT 3.11" RL

              GMT 830 P/N 15324892 PART REV 001

              DRAWING # 15324893 REV 02

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**856-132583-6**

01

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT - CTII**

600-334-4683 • 800-4-CENTRAL (pick-ups
www.centraltransportint.com

NOTE: DRIVER AFFIX INSTA PRO NUMBER LABEL HERE

To validate C.O.D. shipment, the letters "COD" must appear before Consignee's name.

**FROM: SHIPPER (PICK UP ADDRESS)** c/o Collection
New England Interconnect Systems.
STREET: 235 N. Freeport Drive
(ORIGIN) CITY: Nogales   STATE: AZ   ZIP: 85621
TELEPHONE (   )

**TO: CONSIGNEE (DELIVERY ADDRESS)**
Delphi Packard Electric System
STREET: EPOC - DOCK 30   c/o Walter Jones Boulevard
(DESTINATION) CITY: El Paso   STATE: TX   ZIP: 79906
TELEPHONE:

☐ PREPAID (SHIPPER)   ☑ COLLECT (CONSIGNEE)
Freight charges are collected unless marked prepaid.

☐ OTHER (THIRD PARTY) (See reverse side for instructions)

Item 400 of the CTII 100 Rules Tariff applies to all Third Party Billing.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION: (See reverse side for instructions)
NAME:
ADDRESS:
CITY:   STATE:   ZIP:

NAME:
ADDRESS:
CITY:   STATE:   ZIP:
ACCOUNT #.

**C.O.D.**

**C.O.D. FEE**
☐ PPD.  ☐ COL.

IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?

$

☐ YES  ☐ NO

REMIT C.O.D. TO:
NAME:
ADDRESS:
CITY:   STATE:   ZIP:

**C.O.D. CHARGE NOT TO EXCEED COST OF GOODS**

NOTE: Liability Limitation for loss or damage on this shipment is applicable. See 49 U.S.C.§ 14706(a)(1)(A) and (B).

**ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN**
Mark "X" to designate Hazardous Material as defined in Department of Transportation Regulation

| NO. PKGS. | (X) Haz. Mat. | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | NMFC # | CLASS | WEIGHT |
|---|---|---|---|---|---|
| | | Power Supply Cores | | 65 | 446 |
| 1 | | plt CR-00002-01A   16 cartons | | | |
| | | CISCO # 60606 | | | |
| 1 plt | | with 16 cartons with 400pc q/u | | | |

Standard carrier liability limits are $10.00/lb/piece with $100,000.00 maximum per incident

Liability may be different for specific commodities or special programs. See tariffs or call 800-334-4683 ext. 1821 for help.

The agreed value on used articles does not exceed ten cents per pound, per piece.

**CARRIER LIABILITY LIMITATION ELECTION:**

Excess liability to $15.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.05/lb subject to a minimum charge of $39.00 Accepted.

Excess liability to $20.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.10/lb subject to a minimum charge of $39.00 Accepted.

Excess liability to $25.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.15/lb subject to a minimum charge of $59.00 Accepted.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property, described above, is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions in the governing classification on the date of shipment, including National Motor Freight Classification in effect.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named articles are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shrink wrapped or packaged freight accepted on "Said To Contain" or "Shipper Load and Count" basis only.

SHIPPER: c/o Collection of AZ
PER: Kayla Valencia
9/30/05

CARRIER: **CENTRAL TRANSPORT**
DRIVER:
DATE:   TOTAL PIECES:

**CENTRAL TRANSPORT**

Pro Number
**856-132583-6**

## Central Transport Delivery Receipt

| | |
|---|---|
| Ship Date | 09/01/05 |
| Pieces | 1 |
| Weight | 496 |

Reference Number

| Org | DC |
|---|---|
| 856 | 799 |

**Freight Terms**
Freight Charges Are Collect

SCAC:  CTII

**Consignee:**
DELPHI PACKARD
48 WALTER JONES BLVD
EL PASO, TX 79906

**Shipper:**
NEW ENG INTGRTY & COLLTN OF
235 N FREEPORT DR
NOGALES, AZ 85621

**Special Instructions**
Delivery Trailer: 47-2365
Shipper COD Amount
0.0000

---

**Stamp / Sign Here**

Firm _Packard_

By _A. Just._
Shipment received in good order

Pieces Received _____1_____

Driver _____ Date 09-03-05

Arrive Time _11:40am_   Depart Time _13pm_

---

STRAIGHT BILL OF LADING · SHORT FORM · ORIGINAL · NOT NEGOTIABLE

**CENTRAL TRANSPORT - CTII**

800-521-4683 · 800-4-CENTRAL (800-423)
www.centraltransportint.com

C.O.D.

**Pro Number   856-132583-6**

### Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

**Internal Use Only**
# And Type of Container _____   Desc. _____
Part # _____   Skids _____
Qty. of Pcs Affected _____   Date _____ Log# _____



**NEW ENGLAND INTERCONNECT SYSTEMS, INC.**

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE, NH 03431 USA**

---

PACKING SLIP # 03377

```
* * *   S H I P P I N G   D O C U M E N T  * * *          PAGE:   1
```

---

BILL TO: DELPHI                     SHIP TO:
    Delphi Packard Electric System         Delphi Packard Electric System
                                           EPDC  -  DOCK 30
    PO Box 431
                                           48 Walter Jones Blvd
    Warren, OH 44486                        El Paso, TX 79906

| ORDER DATE | NEIS ORDER # | P O NUMBER |  |
|---|---|---|---|
| 01/22/04 | 93428 | P4250126 |  |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

```
MEXICO WEST OPERATIONS  SHIP VIA:  CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS).  IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE #  3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS
```

---

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 1 | 09-07-05 | 800 | 800 | 09/07/05 |

CA-00002-09M   * DELPHI P/N 15480965 REV 01 AA          **2 CARTONS OF 400  PCS.**

                HUMMER APPLICATION INTIER H2

                SHIP THIS LINE VIA BAX GLOBAL AND REFERENCE PPA# NW069097

                CALL BAX GLOBAL 866-229-7877 EXT 23

---

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
|---|---|---|---|---|
| 2 | 01-25-10 | 400 | | |

CA-00002-09M   * DELPHI P/N 15480965 REV 01 AA

                HUMMER APPLICATION INTIER H2

# INTERNATIONAL    73 02914

U.S.A. 92623-9571    A DELAWARE CORPORATION (FEIN 41-0980822)    AIRBILL NUMBER    180 92 012

**FROM/SHIPPER**

YOUR NAME: Kaila Valencia    BAX ACCT NO.

COMPANY: New England Int Syst    603 355 3515 cq collectn AZ

ADDRESS: 235 N. Freeport Drive Dr

CITY: Nogales    STATE: AZ    ZIP: 85621

SHIPPER'S REFERENCE NO.

**4 SERVICE REQUESTED**    Mark One
- ☐ TIME DEFINITE PREMIERE
- ☒ STANDARD AIR
- ☐ DEFERRED AIR
- ☐ OCEAN SERVICE
- ☐ IATA
- ☐ OTHER

**BAX Quote #**    Mark One
- ☒ AIRPORT-TO-AIRPORT
- ☐ DOOR-TO-AIRPORT
- ☐ AIRPORT-TO-DOOR
- ☐ DOOR-TO-DOOR

Not all options available for all services or destinations
Standard Airport-to-Airport service will apply unless specified

**TO/CONSIGNEE**    BAX ACCT NO.

CONSIGNEE NAME:    PHONE

COMPANY: Delphi Packard Electric System EAD
Dock 30

ADDRESS: 48 Walter Jones Blvd zipcode 79906

CITY: El Paso TX    COUNTRY: USA

CONSIGNEE'S REFERENCE NO.

**5 BILLING AND TRANSPORTATION COSTS**

ORIGIN AND FREIGHT CHARGES    Mark One
- ☐ To the shipper unless specified
- ☒ COLLECT/CONSIGNEE
- ☐ THIRD PARTY
  BAX Acct. No.

DESTINATION CHARGES    Mark One
- ☐ PREPAID/SHIPPER
- ☐ To the consignee unless specified
- ☐ THIRD PARTY
  BAX Acct. No.

Mark One ☐ INCLUDING DUTIES & TAXES    ☐ EXCLUDING DUTIES & TAXES

**ALSO NOTIFY**

NAME    PHONE

COMPANY

ADDRESS

CITY    COUNTRY

**SPECIAL INSTRUCTIONS**

DOCUMENTATION    ATTACHED  PREPARE
- COMMERCIAL INVOICE ☐ ☐
- PACKING LIST ☒ ☐
- CERTIFICATE OF ORIGIN ☐ ☐
- LETTER OF CREDIT ☐ ☐
- BANK DRAFT ☐ ☐

    ATTACHED  PREPARE
- INSURANCE CERTIFICATE ☐ ☐
- CONSULAR DOCUMENTATION ☐ ☐
- DANGEROUS GOODS CERT. ☐ ☐
- EXPORT LICENSE ☐ ☐
- OTHER ☐ ☐

HANDLING

**FOR BAX GLOBAL USE ONLY**

Received Via    Pro #
Charges Advanced $    Received by
Date    Time
Received at: SO    AT    CT    AC

**SHIPMENT INFORMATION**

Attach original and 4 copies of a Commercial/Proforma invoice.

Skids said to contain    pieces

Information provided must match information on accompanying commercial invoice    **PPA #NW069097**

**7 EXPORT DECLARATION INFORMATION** - U.S. Exports only
Complete the sections below for any commodity valued over $2500.00 or which requires an export license. This information should be entered on the same line as the commodity appears under "Shipment Information".

Parties to Transaction  ☐ Related  ☐ Non-Related
If no SED FTSR 30.39, indicate your SAS/CAS authorization symbol

| Pieces (AC) | Weight (in kgs) | Commodity Description | Dimensions Length | Width | Height | Declared Value for Customs (in USD) | Country of Manufacture | Census Schedule B or HS# Tariff Number | ECCN | Quantity (HS Units) | Export License No. & Exp. Date or Export Clearance Symbol |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ctn | 24 | Power Supply Cold 24" | 11" | 8.5" |  |  | Mexico |  |  |  |  |
|  |  | CA-00002-04N |  |  |  |  |  |  |  |  |  |
|  |  | 15480965 |  |  |  |  |  |  |  |  |  |
|  |  | cust part # |  |  |  |  |  |  |  |  |  |

| Pcs. (AC) | Total Weight | Total Declared Value For Insurance | Total Declared Value For Carriage | Total Declared Value for Customs | Country of Export | EIN/SSN: | Country of Ultimate Destination: |
|---|---|---|---|---|---|---|---|
| ctn 24 |  |  |  |  | Mexico |  |  |

Shippers Load and count    *Liability for all services is agreed and understood to be US $20.00/kg unless a higher value is declared for carriage and applicable charges paid. See reverse for complete declared value limitations.

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

Shipper/Representative Signature, Sign Name:  Kaila Valencia    Print Name:  KARLA VALENCIA    Date  09/07/5

**RECEIVED BY BAX DRIVER/ AGENT**

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government issued, non-photo.

Driver Signature    1st personal ID reviewed:    Appearing on ID ☐YES ☐NO    Matched photo on ID? ☐YES ☐NO

Print Name    Date    Time    2nd personal ID reviewed:    Appearing on ID ☐YES ☐NO    Matched photo on ID? ☐YES ☐NO

MANIFEST: ELP 05251258

BAX GLOBAL
DELIVERY MANIFEST

DATE: 09/08/05
TIME: 1313
PAGE   1 OF  1

CARTAGE CO: 000 SERVI EXPRESS
DRIVER: 000 DELPHI PILOT

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|

MEM   462868162   DELPHI JZ DELCO ELEC  PRESTOLITE WIRE          1      1107     EMR2
48 WALTER JONES BLVD BLDG B    C       AR  ND-09/07    AGT CHGS
EL PASO            TX 79906
REF MWC69112       CMT _Cartousine_      TIME _5:00_ RCVD BY _____

TUS   18092012    DELPHI P FINISHED GO NEW ENGLAND INTERCO      2      24
48 WALTER JONES BLVD           C       AS  ND-09/07    AGT CHGS
EL PASO            TX 79906
REF NONE           CMT _Cal lamas_       TIME _5:00_ RCVD BY _____

TOTAL SHIPMENTS =  2   TOTAL PIECES =   3   TOTAL WEIGHT =  1131

FREIGHT RCVD _Edward_        TIME _1:20_  TOTAL AGENT CHARGES _____

                                          APPROVED _____

MONIES AND                    TIME ____   DATE APPROVED _____
RECEIPTS BY _____
                                          ELASPED MILEAGE _____
START MILEAGE _____       END MILEAGE _____

:56   DE:                    A :1+603+355+5316      P.002

**NEW ENGLAND INTERCONNECT SYSTEMS, INC.**

**91 KRIF ROAD**

**PO BOX 1089**

**KEENE,NH 03431 USA**

---

* * *   S H I P P I N G       D O C U M E N T   * * *         PACKING SLIP # 03414

PAGE:   1

---

BILL TO: DELPHI                    SHIP TO:
         Delphi Packard Electric System        Delphi Packard Electric System
                                                EPDC - DOCK 30
         PO Box 431                             48 Walter Jones Boulevard

         Warren, OH 44486                       El Paso, TX 79906

===========================================================================

| ORDER DATE | NEIS ORDER # | P O NUMBER |
| --- | --- | --- |
| 10/02/03 | 92900 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
| --- | --- | --- | --- |
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

===========================================================================

MEXICAN WEST OPERATIONS ORDER      SHIP VIA:  CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30   STORE # 5100   NUEVO CASA GRANDES

MULTIPLE   ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

---

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
| --- | --- | --- | --- | --- |
| 1 | 09-23-05 | 9,600 | 9,600 | 9-23-05 |

CB-00002-01M   * 1/14 AWG BK HYTREL JKT 3.11" RL      **1 PALLET WITH 24 CARTONS OF 400 PCS .**

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

---

| LINE | EST SHIP DATE | QTY ORDERED | SHIPPED QTY | SHIPPED DATE |
| --- | --- | --- | --- | --- |
| 2 | 01-25-10 | 55,200 | | |

CB-00002-01M   * 1/14 AWG BK HYTREL JKT 3.11" RL

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

**STRAIGHT BILL OF LADING • SHORT FORM • ORIGINAL • NOT NEGOTIABLE**

**856-132588-5**

01

NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS

**CENTRAL TRANSPORT - CTII**

800-334-4883 • 800-4-CENTRAL (pick-ups)
www.centraltransportint.com

NOTE: DRIVER AFFIX INITIAL HERE

To validate C.O.D. shipment, the letters "COD" must appear before Consignee's name

| FROM: SHIPPER (PICK UP ADDRESS) | TO: CONSIGNEE (DELIVERY ADDRESS) |
|---|---|
| New England Int Syst C/o Collectron of AZ | Delphi Packard Electic System EPDC |
| STREET: 235 W Freeport Drive | STREET: 4/8 Walter Jones Blvd |
| (ORIGIN CITY) Nogales STATE: AZ ZIP: 85621 | (DESTINATION CITY) El Paso STATE: Texas ZIP: 79906 |
| TELEPHONE: | TELEPHONE: |

☐ PREPAID (SHIPPER)
Freight charges are collect unless marked prepaid.

☒ COLLECT (CONSIGNEE)

☐ OTHER (THIRD PARTY) (See reverse side for instructions)

Item 400 of the CTII 100 Rules Tariff applies to all Third Party Billing.

☐ CHECK HERE TO MAIL INVOICE TO A DIFFERENT LOCATION:(See reverse side for instructions)

NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
ACCOUNT #: _____

# C.O.D.

$ _____

IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?
☐ YES  ☐ NO

**C.O.D. FEE**
☐ PPD.  ☐ COL.

REMIT C.O.D. TO:
NAME: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

C.O.D. CHARGE NOT TO EXCEED COST OF GOODS

**ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN**
Mark "X" to designate Hazardous Material as defined in Department of Transportation Regulation

| NO. PKGS. | (X) Haz. Mat. | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | NMFC # | CLASS | WEIGHT |
|---|---|---|---|---|---|
| | | Power Supply Cords | | | |
| 1 plt | | CB cccc2 61M - 24 cartons DECK30 - STORE 5100 | | 65 | 653 |
| 1 plt | | CB 0000201M - 24 cartons - DECK 47 - STORE 3040 | | 65 | 653 |
| | | CA - 00003 0QM - 2 loose Cartons - DOCK 30 | | 65 | 52 |
| | | STORE 3900 | | | |
| TOTAL PKGS. 2 plts and 2 loose Cartons | | | | TOTAL WEIGHT | 1358 |

**NOTE: Liability Limitation for loss or damage on this shipment is applicable.**
(See 49 U.S.C.§ 14706(c)(1)(A) and (B).

Standard carrier liability limits are, $10.00/lb/piece with $100,000.00 maximum per incident

Liability may be different for specific commodities or special programs. See tariffs or call 800-334-4883 ext. 1821 for help.

The agreed value on used articles does not exceed ten cents per pound, per piece.

**CARRIER LIABILITY LIMITATION ELECTION:**

Excess liability to $15.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.05/lb subject to a minimum charge of $30.00.
Accepted. _____

Excess liability to $20.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.10/lb subject to a minimum charge of $39.00.
Accepted. _____

Excess liability to $25.00/lb/piece with $100,000.00 maximum per incident. Additional FEE of $0.15/lb subject to minimum charge of $39.00.
Accepted. _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property, described above, is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions in the governing classification on the date of shipment, including National Motor Freight Classification in affect.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shrink wrapped or packaged freight accepted on "Said To Contain" or "Shipper Load and Count" basis only

| SHIPPER: NEIS C/o Collectron of AZ | CARRIER: **CENTRAL TRANSPORT** |
|---|---|
| PER: Karla Valencia 9-23-05 | DRIVER: |
| | DATE: | TOTAL PIECES: |

# Central Transport Delivery Receipt

**CENTRAL TRANSPORT**

**Pro Number**
856-132588-5

| Ship Date | |
|---|---|
| 09/27/05 | |
| **Pieces** | **Weight** |
| 4 | 1358 |

**Reference Number**

| Org | OC |
|---|---|
| 856 | 799 |

**Freight Terms**
Freight Charges Are Collect

**SCAC:** CTII

**Consignee:**
DELPHI PACKARD 60006
48 WALTER JONES BLVD
EL PASO, TX 79906

**Shipper:**
NEW ENGLAND INT SYST % CO
235 N FREEPORT DR
NOGALES, AZ 85621

**Special Instructions**
Delivery Trailer 53-6618
Shipper COD Amount
0.0000

---

**Stamp / Sign Here**

Firm _Packard_

By _Em NFo 00 /_

Shipment received in good order

Pieces Received _____

Driver _____  Date 09 30

Arrive Time 9 Am   Depart Time 10 Am

---

**Pro Number**  856-132588-5

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

**Internal Use Only**
# And Type of Container _____
Port # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____  Log # _____

## Scott August

| | |
|---|---|
| **From:** | Scott August [saugust@sierrafunds.com] |
| **Sent:** | Wednesday, February 14, 2007 10:02 AM |
| **To:** | 'michale.m.mayer@delphi.com' |
| **Cc:** | 'Jim Riley'; 'miller@neisystems.com'; 'Harry Avonti' |
| **Subject:** | FW: Email from Delphi POC |
| **Importance:** | High |

Mr. Mayer,

We have contacted New England Interconnect Systems, Inc. (Assignor) and they are gathering the Proof of Deliveries.  There is only 1 Purchase Order (PO # PEDP4250126) for all of the invoices and this was included in the POC.

As soon as we have the POD's we will forward them to you.

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 17
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com


-----Original Message-----
**From:** Jim Riley [mailto:jriley@sierrafunds.com]
**Sent:** Monday, February 12, 2007 2:26 PM
**To:** 'Scott August'
**Subject:** FW: Email from Delphi POC

Let me know if we have the Pos and PODs....

Jim Riley
Sierra Capital
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 16
fax: 949-660-0632
jriley@sierrafunds.com


-----Original Message-----
From: Mayer, Michael M [mailto:michael.m.mayer@delphi.com]
Sent: Monday, February 12, 2007 1:28 PM
To: jriley@sierrafunds.com
Subject: FW: Email from Delphi POC


Hello Mr. Riley:

I have attached a PDF file of copies of invoices included with your

2/14/2007

Proof of Claim (POC) that Delphi Corp shows no record of in its books and records.  As a result, I need you to provide copies of the related POs and Proof of Deliveries (PODs) to complete our reconciliation of the POC with books and records.  Your immediate attention will be greatly appreciated.

Kind Regards,

Michael Mayer
Callawaypartners, LLC
Consultant
Client:248.265.4315
Cell:404.661.3531
email:michael.m.mayer@delphi.com
email:mmayer@callawaypartners.com


**************************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.


**************************************************************************

2/14/2007

## Scott August

| | |
|---|---|
| **From:** | Scott August [saugust@sierrafunds.com] |
| **Sent:** | Wednesday, February 14, 2007 9:55 AM |
| **To:** | 'Harry Avonti' |
| **Cc:** | 'Jim Riley'; 'Kathy Miller' |
| **Subject:** | RE: Email from Delphi POC |

Thank you for your prompt reply.

We will await reply from you and we will notify Delphi that we will have the necessary information to them shortly....  Also, it looks like we already have the Purchase Order as 1 PO applied to all invoices (PO # PEDP4250126).

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 17
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com

-----Original Message-----
**From:** Harry Avonti [mailto:avonti@neisystems.com]
**Sent:** Wednesday, February 14, 2007 9:43 AM
**To:** Scott August
**Cc:** Jim Riley; Kathy Miller
**Subject:** RE: Email from Delphi POC

Scott

We will get the required proof of delivery for the invoices in question. I'll be back to you shortly with this info.

Harry Avonti
General Manager
New England interconnect Systems, Inc.

**From:** Scott August [mailto:saugust@sierrafunds.com]
**Sent:** Wednesday, February 14, 2007 12:36 PM
**To:** Harry Avonti
**Cc:** 'Jim Riley'
**Subject:** FW: Email from Delphi POC
**Importance:** High

Mr. Avonti,

2/14/2007

Per my voicemail with you today, please see the attached invoices for which Delphi is requesting copies of the Proof of Deliveries and related Purchase Orders in order to reconcile and validate these invoices in the filed Proof of Claim. (SEE EMAIL BELOW FROM DELPHI).

The Claim was filed for $150,601.20. These disputed invoices total $37,788.00.

Unfortunately if Delphi is successful in disputing these invoices and reducing the claim, then New England Interconnect would be obligated to repay Sierra Liquidity Fund the prorated purchase price that relates to these invoices, plus interest at 8% per annum. In this case, the purchase price was 25%, so the repayment would be 25% of $37,788.00 = $9,447 plus interest at 8% per annum.

Here is the language from the Transfer of Claim Agreement that relates to this:

"6. In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses."

We are certainly not at this point yet, but it is in both our interest to defend the entire claim amount of $150,601.20.

Please call me to discuss, or simply forward the Proof of Deliveries and Purchase Orders that relate to the attached invoices.

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 17
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com


-----Original Message-----
**From:** Jim Riley [mailto:jriley@sierrafunds.com]
**Sent:** Monday, February 12, 2007 2:26 PM
**To:** 'Scott August'
**Subject:** FW: Email from Delphi POC

Let me know if we have the Pos and PODs....

Jim Riley
Sierra Capital
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 16
fax: 949-660-0632
jriley@sierrafunds.com


-----Original Message-----
From: Mayer, Michael M [mailto:michael.m.mayer@delphi.com]
Sent: Monday, February 12, 2007 1:28 PM
To: jriley@sierrafunds.com

2/14/2007

Subject: FW: Email from Delphi POC

Hello Mr. Riley:

I have attached a PDF file of copies of invoices included with your
Proof of Claim (POC) that Delphi Corp shows no record of in its books
and records.  As a result, I need you to provide copies of the related
POs and Proof of Deliveries (PODs) to complete our reconciliation of the
POC with books and records.  Your immediate attention will be greatly
appreciated.

Kind Regards,

Michael Mayer
Callawaypartners, LLC
Consultant
Client:248.265.4315
Cell:404.661.3531
email:michael.m.mayer@delphi.com
email:mmayer@callawaypartners.com


*******************************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to the message and deleting it from your
computer. Thank you.


*******************************************************************************

2/14/2007

## Scott August

| | |
|---|---|
| **From:** | Scott August [saugust@sierrafunds.com] |
| **Sent:** | Wednesday, February 14, 2007 9:36 AM |
| **To:** | 'avonti@neisystems.com' |
| **Cc:** | 'Jim Riley' |
| **Subject:** | FW: Email from Delphi POC |
| **Importance:** High | |

*Also, Left Voicemail*

Mr. Avonti,

Per my voicemail with you today, please see the attached invoices for which Delphi is requesting copies of the Proof of Deliveries and related Purchase Orders in order to reconcile and validate these invoices in the filed Proof of Claim.  (SEE EMAIL BELOW FROM DELPHI).

The Claim was filed for $150,601.20.  These disputed invoices total $37,788.00.

Unfortunately if Delphi is successful in disputing these invoices and reducing the claim, then New England Interconnect would be obligated to repay Sierra Liquidty Fund the prorated purchase price that relates to these invoices, plus interest at 8% per annum.  In this case, the purchase price was 25%, so the repayment would be 25% of $37,788.00 = $9,447 plus interest at 8% per annum.

Here is the language from the Transfer of Claim Agreement that relates to this:

"6.  In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim.  The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses."

We are certainly not at this point yet, but it is in both our interest to defend the entire claim amount of $150,601.20.

Please call me to discuss, or simply forward the Proof of Deliveries and Purchase Orders that relate to the attached invoices.

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 17
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com

-----Original Message-----
**From:** Jim Riley [mailto:jriley@sierrafunds.com]
**Sent:** Monday, February 12, 2007 2:26 PM
**To:** 'Scott August'
**Subject:** FW: Email from Delphi POC

Let me know if we have the Pos and PODs....

Jim Riley
Sierra Capital
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 16
fax: 949-660-0632
jriley@sierrafunds.com


-----Original Message-----
From: Mayer, Michael M [mailto:michael.m.mayer@delphi.com]
Sent: Monday, February 12, 2007 1:28 PM
To: jriley@sierrafunds.com
Subject: FW: Email from Delphi POC


Hello Mr. Riley:

I have attached a PDF file of copies of invoices included with your
Proof of Claim (POC) that Delphi Corp shows no record of in its books
and records.  As a result, I need you to provide copies of the related
POs and Proof of Deliveries (PODs) to complete our reconciliation of the
POC with books and records.  Your immediate attention will be greatly
appreciated.

Kind Regards,

Michael Mayer
Callawaypartners, LLC
Consultant
Client:248.265.4315
Cell:404.661.3531
email:michael.m.mayer@delphi.com
email:mmayer@callawaypartners.com


*************************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in error, please notify
us immediately by replying to the message and deleting it from your computer. Thank you.

*************************************************************************

2/14/2007

**Scott August**

**From:** Jim Riley [jriley@sierrafunds.com]
**Sent:** Monday, February 12, 2007 2:26 PM
**To:** 'Scott August'
**Subject:** FW: Email from Delphi POC

Let me know if we have the Pos and PODs....

Jim Riley
Sierra Capital
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 16
fax: 949-660-0632
jriley@sierrafunds.com

-----Original Message-----
From: Mayer, Michael M [mailto:michael.m.mayer@delphi.com]
Sent: Monday, February 12, 2007 1:28 PM
To: jriley@sierrafunds.com
Subject: FW: Email from Delphi POC

Hello Mr. Riley:

I have attached a PDF file of copies of invoices included with your
Proof of Claim (POC) that Delphi Corp shows no record of in its books
and records.  As a result, I need you to provide copies of the related
POs and Proof of Deliveries (PODs) to complete our reconciliation of the
POC with books and records.  Your immediate attention will be greatly
appreciated.

Kind Regards,

Michael Mayer
Callawaypartners, LLC
Consultant
Client:248.265.4315
Cell:404.661.3531
email:michael.m.mayer@delphi.com
email:mmayer@callawaypartners.com

*Handwritten notes (right side):*

TOTAL POC = $150,601.20
└ WE PAID 25% ON THIS AMOUNT.

- Disputed Invoices Total
$37,788.00
↑
PAY BACK
= $9,447

which brings
claim to
$112,813.20

plus 1.75 yrs.
Interest @ 8%
= 944.7
= $10,391.70

************************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in error, please notify
us immediately by replying to the message and deleting it from your computer. Thank you.

************************************************************************

2/12/2007

**NEISystems**

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                         PAGE :

BILL TO:  DELPHI                          SHIP TO:
          Delphi Packard Electric System          Delphi Packard Electric System
                                                   EPDC - DOCK 30
          PO Box 431                               48 Walter Jones Boulevard

          Warren, OH 44486                         El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/22/05 | 34315 | 96110 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 10,400 | 08/22/05 | 10,400 | | 0.80 | 8,340.80 |
| CB-00002-01M | | | * 1/14 AWG BK HYTREL JKT 5.11" RL | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL          8,340.80

# NEISystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *   PAGE: 1

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:
Delphi Packard Electric System
EPDC - DOCK 30

48 Walter Jones Blvd
El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/24/05 | 34322 | 96123 | P4256126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

MEXICO WEST OPERATIONS  SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 08/24/05 | 400 | | 1.01 | 405.60 |
| CA-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

HUMMER APPLICATION INTIER H2

0.00

INVOICE TOTAL          405.60

# NEISystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3018  fax 603.355.3018  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *

PAGE :

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:
Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/24/05 | 34323 | 96124 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER    SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 66606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 10,000 | 08/24/05 | 10,000 | | 0.80 | 8,020.00 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 5.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL        8,020.00

# NEISystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515   fax 603.355.3516   web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                                        PAGE :

BILL TO : DELPHI                                    SHIP TO :
          Delphi Packard Electric System                     Delphi Packard Electric System
                                                             EPDC - DOCK 30
          PO Box 431                                         48 Walter Jones Boulevard

          Warren, OH 44486                                   El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/26/05 | 34332 | 96140 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F. O. B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 9,200 | 08/26/05 | 9,200 | | 0.80 | 7,378.40 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

                                                                        0.00

                              INVOICE TOTAL              7,378.40

# NEISystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene NH 03431-1089 USA
tel 603.355.5515  fax 603.355.5516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                                        PAGE:

BILL TO: DELPHI                           SHIP TO:
         Delphi Packard Electric System            Delphi Packard Electric System
                                                   EPDC - DOCK 30
         PO Box 431                                48 Walter Jones Boulevard

         Warren, OH 44486                          El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/31/05 | 34351 | 96160 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTL 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 6,400 | 08/31/05 | 6,400 | | 0.80 | 5,132.80 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 5.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL              5,132.80

# NEISystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                                    PAGE:    1

BILL TO: DELPHI
         Delphi Packard Electric System

         PO Box 431

         Warren, OH 44486

SHIP TO:
         Delphi Packard Electric System
         EPDC - DOCK 30

         48 Walter Jones Blvd
         El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/08/05 | 34365 | 96186 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

MEXICO WEST OPERATIONS  SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTI 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 800 | 09/08/05 | 800 | | 1.01 | 811.20 |
| CA-00002-09M | | | | | | |

* DELPHI P/N 15480965 REV 01 AA

HUMMER APPLICATION INTIER H2

SHIP THIS LINE VIA BAX GLOBAL AND REFERENCE PPA# NW069097

CALL BAX GLOBAL 866-229-7877 EXT 23

0.00

INVOICE TOTAL                                               811.20

# NEISystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.5515  fax 603.355.5516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                                    PAGE :        1

| BILL TO: DELPHI | SHIP TO: |
|---|---|
| Delphi Packard Electric System | Delphi Packard Electric System |
| PO Box 431 | EPDC - DOCK 30 |
| | 48 Walter Jones Boulevard |
| Warren, OH 44486 | El Paso, TX 79906 |

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/26/05 | 34410 | 96253 | P4256126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER    SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS.

DELIVER TO DOCK # 30 STORE # 5100 NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 9,600 | 09/26/05 | 9,600 | | 0.80 | 7,699.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                7,699.20

| United States Bankruptcy Court    Southern    DISTRICT OF    New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems, LLC & Delphi Corporation, et al. | Case Number<br>05-44640 & 05-44481 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Sierra Liquidity Fund, LLC (Assignee)**<br>**New England Interconnect Systems, Inc. (Assignor)** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Address where notices should be sent:<br><br>Sierra Liquidity Fund<br>2699 White Road - Suite 255<br>Irvine, CA  92614<br><br>Telephone Number:  949-660-1144 x 17 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

This Space For Court Use Only

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☒ amends    a previously filed claim dated: 12/27/05<br>↳ POC # 1313 |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: 
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)           (date)

**2. Date debt was incurred:**  (Various)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 150,601.20
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
- *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 150,601.20 _____ _____ _____    150,601.20
(Unsecured)        (Secured)        (Priority)        (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>7/28/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>J.S. Riley  Pres. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

Transfer of Claim

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between _NEW ENGLAND INTERCONNECT SYSTEMS_ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1.   Assignor in consideration of the sum of                                    ent) of the current amount outstanding on the **Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor, including the right to amounts owed under any executory contract and any respective cure amount related to the potential assumption and cure of such a contract (the "Claim"), against Delphi Corporation, *et al.* (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District in the current amount of not less than **_$ 150 601. 20_**                          [insert the amount due, which shall be defined as "the Claim Amount"], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, cure payments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim.  The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2.   Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3.   Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4.   Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5.   Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization.  Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6.   In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim.  The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7.   To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are

commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8. Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time. Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9. In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10. The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11. Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement. All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement. This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12. This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13. This Agreement shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here: _____**

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this 16 day of DECEMBER 2005.

**ATTEST**

By ~~Harry Avont~~
Signature

~~HARRY AVONTI, Gen Mgr~~
[Print Name and Title]

~~603 355 3515   X 101~~
Phone Number

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al.*
2699 White Rd. Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
11/11/05

~~New ENGLAND INTERCONNECT SYSTEMS IN~~
Name of Company

~~91 KRIF ROAD, PO BOX 1089~~
Street Address

~~Keene NH 03431~~
City, State & Zip

~~603 3553516   avonti@neisystems.com~~
Fax Number                          Email

Agreed and Acknowledged.
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al.*



Janice Bardis

From:          Mercedes.G.Cardenas [Mercedes.G.Cardenas@delphi.com]
Sent:          Tuesday, February 22, 2005 9:09 AM
To:            bardis@neisystems.com
Subject:       P.O. PEDP4250126 001



PEDP4250126-      NEW
  001.pdf       ENGLAND.doc

Dear Supplier, This is the Purchase Order Please review and sign the acknowledgment form attached to the P.O. and send back to my attention not later than February 23, 2005. We are requesting that you immediately confirm you have reviewed Delphi Packard P.O. and have identified there are no pricing, or terms and conditions issues. If you have any question please call me. Have a nice Day!! Note: To avoid future discrepancy problems on contract, the acknowledgment form is a requirement, it is due 24 hrs after received or measures will be taken.

<<PEDP4250126-001.pdf>>   <<NEW ENGLAND.doc>> Mercedes Cárdenas G. LL.
Phone: 915 612 4643
Fax: 915 612 4767
Purchasing Assistant


*************************************************************************************

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.
*************************************************************************************

1

X FDP9006-0400
VALL25                 PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05

PEDP4250126 001

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                     OH 44483

VENDOR CODE

DUNS: 812686652-P01 / 191122691-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN

TO:   NEW ENGLAND INTERCONNECT SYSTEMS

PURCHASE ORDER    PEDP4250126 001

91 KRIF RD                              ORDER DATE    09-06-04

KEENE                NH 034314718 US      REF. INQ. NO.

PRICES IN USD            EXPIRATION  12-31-05       REVISION DATE 02-21-05
     FREIGHT TERM                  SHIPPING POINT        PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT       (SONORA MEXICO)    2ND DAY OF 2ND MONTH

     TITLE TRANSFER              SHIPPING INSTRUCTION           BUYER
TITLE TRANSFER OUR PLANT       PER PROCUREMENT INSTRUCTIONS      25

REQUIREMENTS CONTRACT STATEMENT:
*****************************************************************
SELLER AGREES TO SELL AND BUYER AGREES TO PURCHASE AT THE PRICE AND SUBJECT TO
THE TERMS AND CONDITIONS HEREOF, THE PART NUMBERS INDICATED HEREIN.  SHIPMENTS
ARE AUTHORIZED ONLY WHEN RELEASED BY OUR SHIPPING SCHEDULE OR SPOT BUY
PURCHASE ORDER.  ALL MATERIAL SHALL BE SUPPLIED IN CONFORMANCE WITH
SPECIFICATIONS, DRAWINGS, SAMPLES, OR OTHER DESCRIPTIONS PROVIDED.  PACKAGING
SHALL BE IN COMPLIANCE WITH DELPHI AUTOMOTIVE GLOBAL SUPPLIER PACKAGING MANUAL
(AVAILABLE AT WWW.DELPHI.COM).  ALL REQUIREMENTS LISTED IN DELPHI
AUTOMOTIVE SUPPLIER GUIDELINES APPLY.  A COPY OF THESE GUIDELINES ARE
AVAILABLE AT WEBSITE WWW.DELPHI.COM
*****************************************************************
ALL NAFTA RELATED DOCUMENT AS WELL AS MANUFACTURER'S AFFIDAVITS SHOULD BE SENT
TO:
  DELPHI CORPORATION
M/C 480-410-228
5825 DELPHI DRIVE
TROY, MI 48098
ATTN: JEROME KLOTZ

PHONE: 248-813-1118
FAX: 248-813-1566


SHIPPING INSTRUCTIONS / SHIP VIA
SUPPLIERS ARE REQUIRED TO SHIP VIA DELPHI PACKARD CERTIFIED CARRIERS AS
DIRECTED BY PROCUREMENT.  ALL ROUTING INSTRUCTIONS CAN BE VIEWED ON THE
COVISINT SUPPLIER PORTAL WEB SITE UNDER SUPPLIER BULLETIN #10029 OR BY
CALLING THE DELPHI PACKARD LOGISTICS DEPARTMENT AT 915-612-4908.


DELIVER-TO     STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
NORTH AMERICA           80100      80100                                      A


                                              T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is in writing and is accepted. When required - acceptance must be executed on acknowledgement copy
when must be returned to Buyer.
This order, including the terms and conditions contained within, compares the complete and final agreement
between Buyer and Seller and no other agreement in any way modify any any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

CHRISTOPHER   PRECOPI
PHONE:915 612-3826              BUYER

PAGE  1  OF  4

SIDNEY JOHNSON

x FDP9006-0400     PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05
VALL25

PEDP4250126 001

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                          OH 44483

VENDOR CODE

DUNS: 812686652-P01 / 191122691-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   NEW ENGLAND INTERCONNECT SYSTEMS

PURCHASE ORDER     PEDP4250126 001

91 KRIF RD

ORDER DATE     09-06-04

KEENE              NH 034314718 US

REF.INQ. NO.

PRICES IN USD          EXPIRATION  12-31-05        REVISION DATE 02-21-05
      FREIGHT TERM                    SHIPPING POINT            PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT       (SONORA MEXICO)     2ND DAY OF 2ND MONTH

        TITLE TRANSFER              SHIPPING INSTRUCTION           BUYER
TITLE TRANSFER OUR PLANT        PER PROCUREMENT INSTRUCTIONS        25

REVISION TO CHANGE PRICING PER APPROVED
DGSS PLAN 109453.  CP/MC

REVISIONS TO PART                                        PRICE/UOM
   15480965          CHARGE % A 100                       1.0140/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20        1      CTN                           MX
   REVISE PRICE FROM   CA-0002-0-MDM       1.0450/PCS
                 TO                        1.0140/PCS.

REVISIONS TO PART                                        PRICE/UOM
   15455067          CHARGE % A 100                       1.0190/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20        1      CTN                           MX
   REVISE PRICE FROM   CB-0000- CP/M       1.0500/PCS
                 TO                        1.0190/PCS.

REVISIONS TO PART                                        PRICE/UOM
   15455065          CHARGE % A 100                       1.0190/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20        1      CTN                           MX
   REVISE PRICE FROM   CB-0039-09M        1.0500/PCS
                 TO                        1.0190/PCS.

REVISIONS TO PART                                        PRICE/UOM
   15383172          CHARGE % A 100                       1.0200/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20       150     CTN                           MX
   REVISE PRICE FROM   CB-0003-CP/M       1.0520/PCS
                 TO                        1.0200/PCS.

DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
NORTH AMERICA            80100         80100                                    A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-T
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not an agreement, acceptance. When requested, acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

CHRISTOPHER    PRECOPI
PHONE 915 612-3826                BUYER

SIDNEY JOHNSON

FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05
VALL25

PEDP4250126 001

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                 OH 44483

VENDOR CODE

DUNS: 812686652-P01 / 191122691-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   NEW ENGLAND INTERCONNECT SYSTEMS

PURCHASE ORDER    PEDP4250126 001

91 KRIF RD                              ORDER DATE    09-06-04

KEENE                NH 034314718 US    REF. INQ. NO.

PRICES IN USD            EXPIRATION  12-31-05    REVISION DATE 02-21-05
    FREIGHT TERM                  SHIPPING POINT         PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    (SONORA MEXICO)    2ND DAY OF 2ND MONTH

    TITLE TRANSFER              SHIPPING INSTRUCTION          BUYER
TITLE TRANSFER OUR PLANT    PER PROCUREMENT INSTRUCTIONS        25

REVISIONS TO PART                                            PRICE/UOM
    15383171          CHARGE % A 100                          1.0080/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20        150    CTN                           MX
    REVISE PRICE FROM  CB-0008-04M    1.0390/PCS
              TO                     1.0080/PCS.

REVISIONS TO PART                                            PRICE/UOM
    15324892          CHARGE % A 100                          0.8020/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20        400    CTN                           MX
    REVISE PRICE FROM  CB-0008-04M    0.8270/PCS
              TO                     0.8020/PCS.

REVISIONS TO PART                                            PRICE/UOM
    12186592          CHARGE % A 100                          0.8020/PCS
LEAD-DAYS  STD-PACK CONTR  ALT-UOM  CONV-FACTOR  COO
  20          1    CTN                           MX
    REVISE PRICE FROM  CB-0008-02M    0.8270/PCS
              TO                     0.8020/PCS.

DELIVER-TO        STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT  JOB-NUMBER  CODE
NORTH AMERICA              80100    80100                                          A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

IMPORTANT  This order is not being unilaterally accepted. When unilateral acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, constitutes the complete and final agreement
between Buyer and Seller and no later agreement or any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

CHRISTOPHER   PRECOPI
PHONE.915  612-3826                    BUYER

SIDNEY JOHNSON

DELPHI CORPORATION

## GENERAL TERMS AND CONDITIONS

Effective March 2004

**DELPHI**
Automotive Systems

Date: February 22, 2005
Subject: Delphi Packard Purchase Order Worksheet
To: NEW ENGLAND.                    At'n. Janice Bardis
From: Chris Precopi/ Mercedes Cárdenas

According to our records you should be using the following purchase orders at the stated revision level.

| Purchase Order Number | Rev Level | Effective Dates | Shipping Terms | Payment Terms | Currency | Mfg Duns Number | Contract Duns Number | Remit Duns Number |
|---|---|---|---|---|---|---|---|---|
| PEP4250126 | 001 | 01-01-05 | OPFC | MNS-2 | USD | 812686652 | | |
| | | | | | | | | |
| | | | | | | | | |

We are requesting that you immediately confirm you have reviewed the above mentioned Purchase Orders and have identified there are no pricing, or terms and conditions issues.

Review should include, by line item:

- Delphi Part number
- Supplier Part number
- Unit of Measure
- Standard Pack
- Lead Time
- Price per UOM stated
- Guidelines & Clauses
- Delphi Terms and Conditions

Once you have reviewed this information complete the section below. Any discrepancies should be reported to the buyer listed on the PO immediately.

---

TO BE COMPLETED BY SUPPLIER AND FAXED TO (915) 612-4767.

Completed P.O. review, no issues found _____ (Initials)
Completed P.O. review, issues found _____ (Initials)
Contacted _____ on _____ 20___
        *Buyer on PO*

- ☐ I have reviewed the supplier guidelines on www.delphiauto.com.

- ☐ I have reviewed the packaging guidelines and returned the packaging information to the Delphi Purchasing contact.

- ☐ The remit duns information is properly linked to the contract duns stated on the Electronic Funds Transfer (EFT) form.

NEW ENGLAND INTERCONNECT    JANICE BARDIS    603-355-3575
Company Name         Supplier Representative (Please Print)    Phone Number

Janice Bardis    Feb 22, 2005
Supplier Representative signature    Date

## neiSystems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                                      PAGE :        1

BILL TO: DELPHI                           SHIP TO:
Delphi Packard Electric System            Delphi Packard Electric System
                                          EPDC - DOCK 30
    PO Box 431                            48 Walter Jones Boulevard

Warren, OH 44486                          El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 07/27/05 | 34243 | 96003 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER    SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 5,600 | 07/27/05 | 5,600 | | 0.80 | 4,491.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL          4,491.20

## Systems

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

\* \* \* I N V O I C E \* \* \*

PAGE : 1

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:
Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 07/29/05 | 34248 | 96010 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8,800 | 07/29/05 | 8,800 | | 0.80 | 7,057.60 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                    7,057.60

ew England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515 fax 603.355.3516 web www.neisystems.com

INVOICE

* * * I N V O I C E * * *

PAGE:    1

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:

Delphi Packard Electric System
EPDC - DOCK 30

48 Walter Jones Blvd
El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/03/05 | 34265 | 96034 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

EXICO WEST OPERATIONS  SHIP VIA: CENTRAL TRANSPORT FREIGHT
OLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
BS CALL SALES FOR SHIP INSTRUCTIONS.

LL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
ULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
ADING AND REFERENCE CISCO # 60606
ELIVER TO DOCK 30 STORE # 3900
SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
ND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 08/03/05 | 400 | | 1.01 | 405.60 |
| A-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |
| | | HUMMER APPLICATION INTIER H2 | | | | |

0.00

INVOICE TOTAL

405.60

**Systems**

_ew_ England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                                    PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ILL TO: DELPHI                           SHIP TO:
Delphi Packard Electric System                    Delphi Packard Electric System
                                                  EPDC - DOCK 30
PO Box 431                                         48 Walter Jones Boulevard

Warren, OH 44486                                   El Paso, TX 79906

==================================================================================

| NVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/03/05 | 34266 | 96035 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

==================================================================================

EXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
RANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
HIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

ELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

ULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
ADING AND REFERENCE CISCO # 60606.
SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
ND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 4,000 | 08/03/05 | 4,000 | | 0.80 | 3,208.00 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                    3,208.00

**Systems**

.w England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

\* \* \* I N V O I C E \* \* \*

PAGE :    1

BILL TO:  DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:

Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/08/05 | 34268 | 96044 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 10,400 | 08/08/05 | 10,400 | | 0.80 | 8,340.80 |
| CB-00002-01M | | 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                    8,340.80

**Systems**

New England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

\* \* \* I N V O I C E \* \* \*

PAGE : 1

| BILL TO: DELPHI | SHIP TO: |
|---|---|
| Delphi Packard Electric System | Delphi Packard Electric System |
| | EPDC - DOCK 30 |
| PO Box 431 | 48 Walter Jones Boulevard |
| Warren, OH 44486 | El Paso, TX 79906 |

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/10/05 | 34284 | 96064 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
 SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 13,600 | 08/10/05 | 13,600 | | 0.80 | 10,907.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                                          10,907.20

**Systems**

ew England Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                         PAGE :        1

BILL TO: DELPHI                              SHIP TO:
         Delphi Packard Electric System              Delphi Packard Electric System
                                                     EPDC - DOCK 30
         PO Box 431
                                                     48 Walter Jones Blvd
         Warren, OH 44486                            El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/15/05 | 34288 | 96077 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

MEXICO WEST OPERATIONS SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 08/15/05 | 400 | | 1.01 | 405.60 |
| CA-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

HUMMER APPLICATION INTIER H2

0.00

INVOICE TOTAL                405.60

# Systems

w England Interconnect Systems, Inc.                    91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *                                    PAGE :    1

LL TO : DELPHI                          SHIP TO :
Delphi Packard Electric System                      Delphi Packard Electric System
                                                    EPDC - DOCK 30
PO Box 431                                          48 Walter Jones Boulevard

Warren, OH 44486                                    El Paso, TX 79906

| VOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/15/05 | 34289 | 96078 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

XICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
ANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
IPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

LIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

LTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
DING AND REFERENCE CISCO # 60606.
SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
D CHANGE SHIP ADDRESS

| INE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8,800 | 08/15/05 | 8,800 | | 0.80 | 7,057.60 |
| B-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                    7,057.60

Systems

, England Interconnect Systems, inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *          PAGE :     1

BILL TO: DELPHI                    SHIP TO:
Delphi Packard Electric System                Delphi Packard Electric System
                                              EPDC - DOCK 30
PO Box 431                                    48 Walter Jones Boulevard

Warren, OH 44486                              El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/17/05 | 34303 | 96095 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER    SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
F SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8,000 | 08/17/05 | 8,000 | | 0.80 | 6,416.00 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

                                                                   0.00

                              INVOICE TOTAL                     6,416.00

**ystems**

.ngland Interconnect Systems, Inc.

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *

PAGE :        1

:LL TO:  DELPHI
         Delphi Packard Electric System

         PO Box 431

         Warren, OH 44486

SHIP TO:

         Delphi Packard Electric System
         EPDC - DOCK 30

         48 Walter Jones Blvd
         El Paso, TX 79906

| VOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/22/05 | 34314 | 96109 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

:XICO WEST OPERATIONS SHIP VIA: CENTRAL TRANSPORT FREIGHT
LLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
S CALL SALES FOR SHIP INSTRUCTIONS.

.L OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
'LTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
DING AND REFERENCE CISCO # 60606
LIVER TO DOCK 30 STORE #  3900
SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
D CHANGE SHIP ADDRESS

| INE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 08/22/05 | 400 | | 1.01 | 405.60 |
| A-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

         HUMMER APPLICATION INTIER H2

                                                     0.00

                              INVOICE TOTAL          405.60

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
                          * * * I N V O I C E * * *                        PAGE:        1
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                              SHIP TO:
    Delphi Packard Electric System                Delphi Packard Electric System
                                EPDC - DOCK 30
    PO Box 431                                    48 Walter Jones Boulevard

    Warren, OH 44486                              El Paso, TX 79906

==================================================================================

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/22/05 | 34315 | 96110 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

==================================================================================

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 10,400 | 08/22/05 | 10,400 | | 0.80 | 8,340.80 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

 

0.00

INVOICE TOTAL        8,340.80

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                          PAGE:          1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                         SHIP TO:
         Delphi Packard Electric System          Delphi Packard Electric System
                                                 EPDC - DOCK 30
         PO Box 431
                                                 48 Walter Jones Blvd
         Warren, OH 44486                         El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/24/05 | 34322 | 96123 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

MEXICO WEST OPERATIONS SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 08/24/05 | 400 | | 1.01 | 405.60 |
| CA-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

HUMMER APPLICATION INTIER H2

| | |
|---|---|
| | 0.00 |
| INVOICE TOTAL | 405.60 |

# NEiSystems

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515 fax 603.355.3516 web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
\* \* \* I N V O I C E \* \* \*                                        PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                          SHIP TO:
         Delphi Packard Electric System           Delphi Packard Electric System
                                                  EPDC - DOCK 30
         PO Box 431                                48 Walter Jones Boulevard

         Warren, OH 44486                          El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/24/05 | 34323 | 96124 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER    SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 10,000 | 08/24/05 | 10,000 | | 0.80 | 8,020.00 |
| CB-00002-01M | | \* 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL              8,020.00

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

* * * I N V O I C E * * *

PAGE :

BILL TO: DELPHI

Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:

Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/26/05 | 34332 | 96140 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30 STORE # 5100 NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 9,200 | 08/26/05 | 9,200 | | 0.80 | 7,378.40 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                7,378.40

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *
PAGE:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI

Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:

Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 08/31/05 | 34351 | 96160 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 6,400 | 08/31/05 | 6,400 | | 0.80 | 5,132.80 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL        5,132.80

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
               * * * I N V O I C E * * *                  PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

BILL TO:  DELPHI                        SHIP TO:
          Delphi Packard Electric System          Delphi Packard Electric System
                                                  EPDC - DOCK 30
          PO Box 431                               48 Walter Jones Boulevard

          Warren, OH 44486                         El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/06/05 | 34355 | 96171 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 2,000 | 09/06/05 | 2,000 | | 0.80 | 1,604.00 |
| CB-00002-01M | | 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

|  |  |
|---|---|
| | 0.00 |
| INVOICE TOTAL | 1,604.00 |

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515 fax 603.355.3516 web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                                     PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                          SHIP TO:
         Delphi Packard Electric System           Delphi Packard Electric System
                                                  EPDC - DOCK 30
         PO Box 431
                                                  48 Walter Jones Blvd
         Warren, OH 44486                          El Paso, TX 79906

===============================================================================

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/06/05 | 34356 | 96172 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

===============================================================================

MEXICO WEST OPERATIONS SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 800 | 09/06/05 | 800 | | 1.01 | 811.20 |
| CA-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

HUMMER APPLICATION INTIER H2

|  |  |
|---|---|
| | 0.00 |
| INVOICE TOTAL | 811.20 |

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515 fax 603.355.3516 web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                                              PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                              SHIP TO:
         Delphi Packard Electric System               Delphi Packard Electric System
                                                       EPDC - DOCK 30
         PO Box 431
                                                       48 Walter Jones Blvd
         Warren, OH 44486                              El Paso, TX 79906

===================================================================================

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/06/05 | 34357 | 96173 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

===================================================================================

SHIP VIA: CENTRAL TRANSPORT FREIGHT COLLECT (LTT 5000 LBS
OR LESS). IF SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP
INSTRUCTIONS

IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA
DHL AND CHANGE SHIP ADDRESS

DELIVER TO DOCK # 30  STORE # 5800 MEOQUI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 09/06/05 | 400 | | 1.02 | 407.60 |
| CB-00002-08M | | * DELPHI # 15455067 REV 01 | | | | |

BLACK BLUNT CUT COIL CORD FOR GMT 305

0.00

INVOICE TOTAL        407.60

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *          PAGE :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI

Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:

Delphi Packard Electric System
EPDC - DOCK 30

48 Walter Jones Blvd
El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/06/05 | 34358 | 96174 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

SHIP VIA: CENTRAL TRANSPORT FREIGHT COLLECT (LTT 5000 LBS
OR LESS). IF SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP
INSTRUCTIONS

IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

DELIVER TO DOCK # 30  STORE # 5800 MEOQUI

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 400 | 09/06/05 | 400 | | 1.02 | 407.60 |
| CB-00096-02M | | * DELPHI # 15455065 REV 01 | | | | |

PURPLE BLUNT CUT COIL CORD FOR GMT 305

0.00

INVOICE TOTAL          407.60

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.cc

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                                    PAGE :      1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                              SHIP TO:
Delphi Packard Electric System                       Delphi Packard Electric System
                                                     EPDC - DOCK 30
PO Box 431
                                                     48 Walter Jones Blvd
Warren, OH 44486                                     El Paso, TX 79906

=====================================================================

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/08/05 | 34365 | 96186 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

=====================================================================

MEXICO WEST OPERATIONS  SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 800 | 09/08/05 | 800 | | 1.01 | 811.20 |
| CA-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

HUMMER APPLICATION INTIER H2

SHIP THIS LINE VIA BAX GLOBAL AND REFERENCE PPA# NW069097

CALL BAX GLOBAL 866-229-7877 EXT 23

                                                                   0.00

                                           INVOICE TOTAL            811.20

# NEiSystems

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                    PAGE :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                        SHIP TO:
Delphi Packard Electric System              Delphi Packard Electric System
                                            Delphi FinishedGoodsStore3049
PO Box 431                                  48 Walter Jones Blvd Dock 47
                                            CISCO: 60610  SAP# : FV01
Warren, OH 44486                            El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/12/05 | 34377 | 96205 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

SHIP VIA: CENTRAL TRANSPORT FREIGHT COLLECT (LTT 5000 LBS
OR LESS). IF SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP
INSTRUCTIONS. IF 150 LBS OR LESS SHIP UPS GROUND CONSIGNEE
BILLING.

DELIVER TO DOCK # 47  STORE # 3049 EL PASO DC MWO

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8,000 | 09/12/05 | 8,000 | | 0.80 | 6,416.00 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL                    6,416.00

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.co

INVOICE

* * * I N V O I C E * * *                                          PAGE :        1

BILL TO:  DELPHI                              SHIP TO:
          Delphi Packard Electric System
                                              Delphi Packard Electric System
          PO Box 431                          EPDC - DOCK 30
                                              48 Walter Jones Boulevard
          Warren, OH 44486                    El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
| --- | --- | --- | --- |
| 09/12/05 | 34378 | 96206 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
| --- | --- | --- | --- |
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 20,000 | 09/12/05 | 20,000 | | 0.80 | 16,040.00 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL          16,040.00

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.com

INVOICE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
              * * * I N V O I C E * * *                    PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:
Delphi Packard Electric System
Delphi FinishedGoodsStore3049
48 Walter Jones Blvd Dock 47
CISCO: 60610  SAP# : FV01
El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/14/05 | 34385 | 96215 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

SHIP VIA: CENTRAL TRANSPORT FREIGHT COLLECT (LTT 5000 LBS
OR LESS).  IF SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP
INSTRUCTIONS.  IF 150 LBS OR LESS SHIP UPS GROUND CONSIGNEE
BILLING.

DELIVER TO DOCK # 47   STORE # 3049 EL PASO DC  MWO

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1,600 | 09/14/05 | 1,600 | | 0.80 | 1,283.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL            1,283.20

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.cc

INVOICE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    * * * I N V O I C E * * *                    PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:
Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/14/05 | 34386 | 96216 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 7,600 | 09/14/05 | 7,600 | | 0.80 | 6,095.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL        6,095.20

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.co

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                              PAGE :    1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO:  DELPHI                          SHIP TO:
          Delphi Packard Electric System            Delphi Packard Electric System
                                                    EPDC - DOCK 30
          PO Box 431                                48 Walter Jones Boulevard

          Warren, OH 44486                          El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/20/05 | 34392 | 96230 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 10,400 | 09/20/05 | 10,400 | | 0.80 | 8,340.80 |
| CB-00002-01M | | 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL        8,340.80

**New England Interconnect Systems, Inc.**     91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515   fax 603.355.3516   web www.neisystems.co

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
\* \* \* I N V O I C E \* \* \*                                          PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI                          SHIP TO:
Delphi Packard Electric System                 Delphi Packard Electric System
                                               Delphi FinishedGoodsStore3049
PO Box 431                                     48 Walter Jones Blvd Dock 47
                                               CISCO: 60610 SAP# : FV01
Warren, OH 44486                               El Paso, TX 79906

================================================================================

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/20/05 | 34393 | 96231 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

================================================================================

SHIP VIA: CENTRAL TRANSPORT FREIGHT COLLECT (LTT 5000 LBS
OR LESS). IF SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP
INSTRUCTIONS. IF 150 LBS OR LESS SHIP UPS GROUND CONSIGNEE
BILLING.

DELIVER TO DOCK # 47  STORE # 3049 EL PASO DC  MWO

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 2,800 | 09/20/05 | 2,800 | | 0.80 | 2,245.60 |
| CB-00002-01M | | 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL          2,245.60

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515 fax 603.355.3516 web www.neisystems.co

INVOICE

* * * I N V O I C E * * *  PAGE : 1

BILL TO: DELPHI
Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:
Delphi Packard Electric System
EPDC - DOCK 30
48 Walter Jones Boulevard

El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/21/05 | 34402 | 96240 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE  ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8,400 | 09/21/05 | 8,400 | | 0.80 | 6,736.80 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL  6,736.80

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.co

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                                           PAGE :      1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO:  DELPHI                              SHIP TO:
          Delphi Packard Electric System               Delphi Packard Electric System
                                                        EPDC - DOCK 30
          PO Box 431
                                                        48 Walter Jones Blvd
          Warren, OH 44486                              El Paso, TX 79906

====================================================================================

INVOICE DATE        INVOICE NUMBER          NEIS ORDER #            P O NUMBER
  09/21/05              34403                  96241                 P4250126

    REP INIT           PAYMENT TERMS           SHIP VIA               F.O.B.
     AUM                  NET 30            CENT TRANS FR C          NOGALES, AZ
====================================================================================
MEXICO WEST OPERATIONS  SHIP VIA:  CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS).  IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LINE   QTY ORD      SHIP DATE    QTY SHIP       B/O           PRICE          AMOUNT
  1        400       09/21/05        400                       1.01          405.60
CA-00002-09M       * DELPHI P/N 15480965 REV 01 AA

                   HUMMER APPLICATION INTIER H2

                                                                              0.00

                                          INVOICE TOTAL                     405.60

# NEISystems

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.co

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                      PAGE :      1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO:  DELPHI                          SHIP TO:
          Delphi Packard Electric System            Delphi Packard Electric System
                                                    Delphi FinishedGoodsStore3049
          PO Box 431                                48 Walter Jones Blvd Dock  47
                                                    CISCO:  60610  SAP# : FV01
          Warren, OH 44486                          El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/26/05 | 34409 | 96252 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

SHIP VIA: CENTRAL TRANSPORT FREIGHT COLLECT (LTT 5000 LBS
OR LESS). IF SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP
INSTRUCTIONS. IF 150 LBS OR LESS SHIP UPS GROUND CONSIGNEE
BILLING.

DELIVER TO DOCK # 47  STORE # 3049 EL PASO DC  MWO

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 9,600 | 09/26/05 | 9,600 | | 0.80 | 7,699.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |
| | | GMT 830 P/N 15324892 PART REV 001 | | | | |
| | | DRAWING # 15324893 REV 02 | | | | |

0.00

INVOICE TOTAL          7,699.20

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515 fax 603.355.3516 web www.neisystems.co

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *                          PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO:  DELPHI                         SHIP TO:
          Delphi Packard Electric System          Delphi Packard Electric System
                                                  EPDC - DOCK 30
          PO Box 431                               48 Walter Jones Boulevard

          Warren, OH 44486                         El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/26/05 | 34410 | 96253 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS).  IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 9,600 | 09/26/05 | 9,600 | | 0.80 | 7,699.20 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL        7,699.20

# NeiSystems

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.co

INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* * * I N V O I C E * * *          PAGE : 1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILL TO: DELPHI

Delphi Packard Electric System

PO Box 431

Warren, OH 44486

SHIP TO:

Delphi Packard Electric System
EPDC - DOCK 30

48 Walter Jones Blvd
El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/26/05 | 34411 | 96254 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRANS FR C | NOGALES, AZ |

MEXICO WEST OPERATIONS SHIP VIA: CENTRAL TRANSPORT FREIGHT
COLLECT (LTT 5000 LBS OR LESS). IF SHIPMENT IS OVER 5000
LBS CALL SALES FOR SHIP INSTRUCTIONS.

BILL OF LADING MUST BE MARKED COLLECT--BILL TO CISCO 60835
MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606
DELIVER TO DOCK 30 STORE # 3900
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 800 | 09/26/05 | 800 | | 1.01 | 811.20 |
| CA-00002-09M | | * DELPHI P/N 15480965 REV 01 AA | | | | |

HUMMER APPLICATION INTIER H2

0.00

INVOICE TOTAL          811.20

**NEISystems**

**New England Interconnect Systems, Inc.**

91 Krif Road, PO Box 1089, Keene, NH 03431-1089 USA
tel 603.355.3515  fax 603.355.3516  web www.neisystems.co

INVOICE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
          * * * I N V O I C E * * *                          PAGE :        1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

BILL TO: DELPHI                          SHIP TO:
         Delphi Packard Electric System           Delphi Packard Electric System
                                                  EPDC - DOCK 30
         PO Box 431                                48 Walter Jones Boulevard

         Warren, OH 44486                          El Paso, TX 79906

| INVOICE DATE | INVOICE NUMBER | NEIS ORDER # | P O NUMBER |
|---|---|---|---|
| 09/28/05 | 34427 | 96275 | P4250126 |

| REP INIT | PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|
| AUM | NET 30 | CENT TRAN FR CL | NOGALES, AZ |

MEXICAN WEST OPERATIONS ORDER   SHIP VIA: CENTRAL
TRANSPORT FREIGHT COLLECT (LTT 5000 LBS OR LESS). IF
SHIPMENT IS OVER 5000 LBS CALL SALES FOR SHIP INSTRUCTIONS

DELIVER TO DOCK # 30  STORE # 5100  NUEVO CASA GRANDES

MULTIPLE ORDERS SHIPPING TO EL PASO USE ONE MASTER BILL OF
LADING AND REFERENCE CISCO # 60606.
IF SHIPING AIR REFER TO DELPHI ROUTING LETTER--SHIP VIA DHL
AND CHANGE SHIP ADDRESS

| LINE | QTY ORD | SHIP DATE | QTY SHIP | B/O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 6,000 | 09/28/05 | 6,000 | | 0.80 | 4,812.00 |
| CB-00002-01M | | * 1/14 AWG BK HYTREL JKT 3.11" RL | | | | |

GMT 830 P/N 15324892 PART REV 001

DRAWING # 15324893 REV 02

0.00

INVOICE TOTAL          4,812.00