UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.,*<br><br>           Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Louis A. Curcio , being duly sworn, state that on June 19, 2007, I caused to be served the Response and Objection of BI Technologies Corporation to Debtors' Fifteenth Omnibus Claims Objection (Substantive) Regarding Claim No. 8372 as follows:

**Method of Service/Served Upon:**

| | |
|---|---|
| **VIA FACSMILE<br>AND FEDEX:** | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel<br>Fax No.: (248) 813-2673 |
| | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John William Butler, Jr., Esq.<br>         John K. Lyons, Esq.<br>         Randall G. Reese, Esq.<br>Fax No.:  (312) 407-0411 |

| | |
|---|---|
| **BY HAND<br>AND VIA FACSIMILE:** | Skadden, Arps, Slate Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Attn:  Kayalyn A. Marafioti, Esq.<br>         Thomas J. Matz, Esq.<br>Fax No.: (212) 735-2000 |

| | |
|---|---|
| **BY HAND:** | Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>  For the Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 |

Dated: New York, New York
    June 19, 2007

THACHER PROFFITT & WOOD LLP

By:    /s/ Louis A. Curcio
    Louis A. Curcio (LC-0242)

Two World Financial Center
New York, New York 10281
Telephone: 212-912-7400

2