KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Eric T. Moser, Esq. (EM 5637)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)
   and
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| Debtors | |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | )ss.: |
| COUNTY OF ALLEGHENY | ) |

Jamie Bishop, being duly sworn, deposes and says:

1.    I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at Henry W. Oliver Building, 535 Smithfield Street, Pittsburgh, Pennsylvania 15222. I am over eighteen (18) years of age and am not a party to this action.

2.    On June 19, 2007 pursuant to the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing

Objections to Claims, dated December 6, 2006, I caused to be served a copy of the **Response of PPG Industries, Inc. to the Debtors' Fifteenth Omnibus Objection** (the "Response"), upon the parties and in the manner indicated below:

| By Hand Delivery to:<br><br>The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green, Room 610<br>New York, NY 10004 | By Federal Express and Facsimile to:<br><br>John W. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Fax: (312) 407-0411 |
|---|---|
| By Federal Express and Facsimile to:<br><br>Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>Fax: (248) 813-2491 | |

                                                            Jamie Bishop

Sworn to before me this
19th day of June, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan E. Harmon, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Feb. 4, 2010
Member, Pennsylvania Association of Notaries

2