UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        Chapter 11
                                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                                 (Jointly Administered)
Delphi Automotive Systems LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $4,759.45 from:

TUSCALOOSA ELECTRICAL SUP INC (Transferor)
535 JACK WARNER PKWY NE STE J2
TUSCALOOSA AL 35404

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 (RDD) |
| ) | |
| DELPHI CORPORATION, *et al*, ) | Jointly Administered |
| Delphi Automatic Systems, LLC ) | |
| ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors. ) | OTHER THAN FOR SECURITY AND |
| ) | WAIVER OF NOTICE |
| ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of TUSCALOOSA ELECTRICAL SUP INC ("Transferor") against the Debtor in the amount of $4,759.45, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $4,759.45 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
TUSCALOOSA ELECTRICAL SUP INC
PO BOX 3207 TUSCALOOSA AL 35403

Print Name EDWIN L. MINGES    Title PRESIDENT
Signature _____    Date 6/15/07
Updated Address (if needed) 535 JACK WARNER PKWY NE STE J2 TUSCALOOSA, AL 35404
Phone 205 239 5716    Fax _____    E-Mail ELMINGES@COMCAST.NET

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Traci J. Fette

Mail Ref# 10-3236
2592461

1