IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :

In re                                :     Chapter 11
                                            :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                            :

                    Debtors.     :     (Jointly Administered)
                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On June 15, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

     1)    Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Seventeenth Omnibus Claims Objection") (Docket No. 8270) [a copy of which is attached hereto as Exhibit D]

      On June 15, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

     2)    Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Seventeenth Omnibus Claims Objection") [without exhibits] (Docket No. 8270) [a copy of which is attached hereto as Exhibit D]

3)      Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit F</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit E</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

On June 15, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit G</u> hereto via postage pre-paid U.S. mail:

4)      Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Seventeenth Omnibus Claims Objection") [without exhibits] (Docket No. 8270) [a copy of which is attached hereto as <u>Exhibit D</u>]

5)      Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit H</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit G</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit G</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit H</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit G</u> attached hereto was incorporated into each Personalized Notice.

On June 15, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit I</u> hereto via postage pre-paid U.S. mail:

6)      Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Seventeenth Omnibus Claims

Objection") [without exhibits] (Docket No. 8270) [a copy of which is attached hereto as <u>Exhibit D</u>]

7)      Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit J</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit I</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of <u>Exhibit I</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit J</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of <u>Exhibit I</u> attached hereto was incorporated into each Personalized Notice.

On June 15, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit K</u> hereto via postage pre-paid U.S. mail:

8)      Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Seventeenth Omnibus Claims Objection") [without exhibits] (Docket No. 8270) [a copy of which is attached hereto as <u>Exhibit D</u>]

9)      Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit L</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit K</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of <u>Exhibit K</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit L</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of <u>Exhibit K</u> attached hereto was incorporated into each Personalized Notice.

Dated: June 20, 2007

_____ /s/ Evan Gershbein _____
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 20th day of June, 2007, by
Evan Gershbein, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____ /s/ Shannon J. Spencer _____

Commission Expires: ___6/20/10_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivini@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3468 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/18/2007 6:22 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/18/2007 6:22 PM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivrin@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/18/2007 6:22 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/18/2007 6:22 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/18/2007 6:22 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to  ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennslyvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aeorspace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmentlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein. | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein. | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein. | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah N. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte. Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 / 214-855-7561 / 214-855-7587 | 214-855-7584 | rurbanik@munsch.com / jwielebinski@munsch.com / drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra H. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadrang egroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegro up.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.co m | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.co m | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.co m | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.co m | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.c om | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitanlanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sotiroff & Abramczyk, P.C. | Lawrence A Tower | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | ltower@sotablaw.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

6/18/2007 6:23 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel to National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

6/18/2007 6:23 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Deputy Attorney General | Amina Maddox | R.J. Hughes Justice Complex | P.O. Box 106 | Trenton | NJ | 08625 | 609-984-0183 | Deputy Attorney General - State of New Jersey |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/18/2007 6:23 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/18/2007 6:23 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/18/2007 6:23 PM
US MAIL

# EXHIBIT D

**Hearing Date And Time: July 19, 2007 at 10:00 a.m.**
**Response Date And Time: July 12, 2007 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                          :
        In re                             :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                                          :     (Jointly Administered)
            Debtors.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBTORS' SEVENTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) INSURANCE CLAIM NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS,
(D) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (E) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS
<u>ASSERTING RECLAMATION</u>

("SEVENTEENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject to Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims Objection"), and respectfully represent as follows:

<u>Background</u>

A.    <u>The Chapter 11 Filings</u>

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108. The Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases. On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors. On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders.

3.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief requested herein are section 502(b)

of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

B.      Current Business Operations Of The Debtors

5.      Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately

$15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and continue their business operations without supervision from the Bankruptcy Court.[2]

6.      The Company is a leading global technology innovator with significant

engineering resources and technical competencies in a variety of disciplines, and is one of the

largest global suppliers of vehicle electronics, transportation components, integrated systems and

modules, and other electronic technology.  The Company supplies products to nearly every

major global automotive original equipment manufacturer.

7.      Delphi was incorporated in Delaware in 1998 as a wholly-owned

subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the

Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

---

[1]   The aggregated financial data used in this Motion generally consists of consolidated information from Delphi
      and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27,
      2007.

[2]   On March 20 2007, Delphi Automotive Systems Espana S.L., whose sole operation is a non-core automotive
      component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding.  The
      application was approved by the Spanish court on April 13, 2007.  The Concurso proceeding does not affect
      other Delphi legal entities in Spain or elsewhere and is an isolated event that is consistent with Delphi's
      transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

modules for a wide range of customers and applications.  Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.    Events Leading To The Chapter 11 Filing

8.    In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006, the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

9.    The Debtors believe that the Company's financial performance has

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions driven by collectively bargained agreements, including restrictions preventing the

Debtors from exiting non-profitable, non-core operations, all of which have the effect of creating

largely fixed labor costs, (ii) a competitive U.S. vehicle production environment for domestic

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
valuation allowance on the U.S. deferred tax assets as of December 31, 2004.  The Company's net operating
loss in calendar year 2004 was $482 million.

4

OEMs resulting in the reduced number of motor vehicles that GM produces annually in the United States and related pricing pressures, and (iii) increasing commodity prices.

10.     In light of these factors, the Company determined that it would be imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product portfolio, operational issues, and forward-looking revenue requirements.  Because discussions with its major unions and GM had not progressed sufficiently by the end of the third quarter of 2005, the Company commenced these chapter 11 cases for its U.S. businesses to complete the Debtors' transformation plan and preserve value for its stakeholders.

D.     The Debtors' Transformation Plan

11.     On March 31, 2006, the Company outlined five key tenets of its transformation plan.  First, Delphi must modify its labor agreements to create a competitive arena in which to conduct business.  Second, the Debtors must conclude their negotiations with GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain GM's business commitment to the Company.  Third, the Debtors must streamline their product portfolio to capitalize on their world-class technology and market strengths and make the necessary manufacturing alignment with their new focus.  Fourth, the Debtors must transform their salaried workforce to ensure that the Company's organizational and cost structure is competitive and aligned with its product portfolio and manufacturing footprint.[4]  Finally, the Debtors must devise a workable solution to their current pension situation.

---

[4]     As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.

12.    On December 18, 2006, the Debtors marked another milestone in their

chapter 11 cases with the announcement of two significant agreements.  The first of these was an

equity purchase and commitment agreement (the "Equity Purchase and Commitment

Agreement") with affiliates of Appaloosa Management L.P., Cerberus Capital Management, L.P.,

and Harbinger Capital Partners Master Fund I, Ltd., as well as Merrill Lynch & Co. and UBS

Securities LLC (collectively, the "Plan Investors").  Under the Equity Purchase and Commitment

Agreement, the Plan Investors have agreed to invest up to $3.4 billion in preferred and common

equity in the reorganized Delphi to support the Debtors' transformation plan.  The Equity

Purchase and Commitment Agreement is subject to the completion of due diligence, satisfaction

or waiver of numerous other conditions (including Delphi's goal of achieving consensual

agreements with its principal U.S. labor unions and GM), and the non-exercise by either Delphi

or the Plan Investors of certain termination rights.  The second agreement was a plan framework

support agreement (the "Plan Framework Support Agreement") with the Plan Investors and GM.

The Plan Framework Support Agreement outlines certain proposed terms of the Debtors'

anticipated plan of reorganization, including the distributions to be made to creditors and

shareholders, the treatment of GM's claims, the resolution of certain pension funding issues, and

the corporate governance of the reorganized Debtors.  The terms of the Plan Framework Support

Agreement are expressly conditioned on the Debtors' reaching consensual agreements with their

U.S. labor unions and GM.

13.    On January 12, 2007, this Court authorized the Debtors to execute, deliver,

and implement the Equity Purchase and Commitment Agreement and the Plan Framework

Support Agreement (Docket No. 6589).  On February 28, 2007, Delphi entered into an

amendment to the Equity Purchase and Commitment Agreement with the Plan Investors to

extend the date by which the Company, the Cerberus Capital Management, L.P. affiliate, or the

Appaloosa Management L.P. affiliate have the right to terminate the agreement on account of not

yet having completed tentative labor agreements with Delphi's principal U.S. labor unions and a

consensual settlement of legacy issues with GM.  The amendment extended the termination right

pursuant to a 14-day notice mechanism.  The amendment also extended the deadline to make

certain regulatory filings under the federal antitrust laws in connection with the Equity Purchase

and Commitment Agreement and the Plan Framework Support Agreement.

14.    On April 19, 2007, Delphi announced that the Debtors anticipated

negotiating changes to the Equity Purchase and Commitment Agreement and the Plan

Framework Support Agreement.  The Debtors also confirmed that none of the parties entitled to

give notice of termination of the framework agreements has done so as of the date of this filing

and that these agreements remain effective as previously filed until modified or terminated.  The

Debtors anticipate filing a plan of reorganization and disclosure statement as soon as reasonably

practicable following conclusion of a consensual agreement with the Debtors' major stakeholders.

15.    Although much remains to be accomplished in the Debtors' reorganization

cases, the Debtors and their stakeholders are together navigating a course that should lead to a

consensual resolution with their U.S. labor unions and GM while providing an acceptable

financial recovery framework for the Debtors' stakeholders.  Upon the conclusion of the

reorganization process, the Debtors expect to emerge as a stronger, more financially sound

business with viable U.S. operations that are well-positioned to advance global enterprise

objectives.  In the meantime, Delphi will marshal all of its resources to continue to deliver high-

quality products to its customers globally.  Additionally, the Company will preserve and

7

continue the strategic growth of its non-U.S. operations and maintain its prominence as the
world's premier auto supplier.

E.    Bar Date, Proofs Of Claim, And Omnibus Claims Objections

16.    On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),
501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)
Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice
Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order
established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or
wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),
against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such
Claim.

17.    On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the
claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date
by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a
proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets
and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and
subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and
Statements") and (b) the persons and entities included in the notice database compiled by the
Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided
Bar Date Notices to more than 500,000 persons and entities.

18.    In addition, the Debtors published the Bar Date Notice in the New York
Times (National Edition), the Wall Street Journal (National, European, and Asian Editions),
USA Today (Worldwide Edition), the Automotive News (National Edition), and in local editions
of the following publications: the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo

8

News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader,

Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the

Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis

Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader,

the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile

Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the

Saginaw News, the Sandusky, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News,

and the Vindicator, and electronically through posting on the Delphi Legal Information Website,

www.delphidocket.com, on or before April 24, 2006.

19.    Approximately 16,600 proofs of claim (the "Proofs of Claim") have been

filed against the Debtors in these cases.  The Debtors have filed eight omnibus procedural Claims

objections[5] and seven omnibus substantive Claims objections.[6]  Pursuant to such omnibus

---

[5]    The Debtors filed the First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (i) Duplicate And Amended Claims And (ii) Equity Claims (Docket No. 5151) on September 19, 2006;
the Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (i) Equity Claims, (ii) Claims Duplicative Of Consolidated Trustee Or Agent Claims, and (iii)
Duplicate And Amended Claims (Docket No. 5451) on October 31, 2006; the Fourth Omnibus Objection
(Procedural) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended
Claims (Docket No. 6099) on December 8, 2006; the Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket
No. 6571) on January 12, 2007; the Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of The
Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962) on February 15,
2007; and the Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P.
3007 To Certain (A) Duplicative and Amended Claims And (B) Equity Claims (Docket No. 7300) on March 16,
2007; the Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007
To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7824) on April 27, 2007;
and the Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998) on May 22,
2007.

[6]    The Debtors filed the (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By
Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate
Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) on October 31, 2006;
the Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To

*(cont'd)*

Claims objections, the Court has disallowed and expunged 8,995 Claims. In addition, the

hearings with respect to approximately 633 Claims have been adjourned to future claims

hearings pursuant to the Claims Objection Procedures Order (as defined below) and another 675

Claims are subject to pending objections.

20. On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections. On December 7, 2006,

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

---

*(cont'd from previous page)*

Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On Debtors' Books And
Records  (Docket No. 6100) on December 8, 2006; the Seventh Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims
Not Reflected On Debtors' Books And Records, And (c) Untimely Claims (Docket No. 6585) on January 12,
2007; the Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007
To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records,
(c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) on February 15, 2007; the
Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (a) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books and Records, (c)
Untimely Claims, and (D) Claims Subject To Modification (Docket No. 7301) on March 16, 2007; the
Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c)
Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e)
Untimely Claims An Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject To
Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) on April
27, 2007; and the Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax
Claims Subject To Modification, and Modified Claims Asserting Reclamation (Docket No. 7999) on May 22,
2007.

21.    In this Seventeenth Omnibus Claims Objection, the Debtors are objecting

to 257 Proofs of Claim.[7]

<u>Relief Requested</u>

22.    By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 (a) disallowing and expunging those

Claims set forth on <u>Exhibit A-1</u> hereto because they contain insufficient documentation in

support of the Claims asserted, (b) disallowing and expunging the Claim set forth on <u>Exhibit A-2</u>

hereto because it contains insufficient documentation in support of the Claim asserted and was

untimely filed pursuant to the Bar Date Order, (c) disallowing and expunging those Claims set

forth on <u>Exhibit B-1</u> hereto because they assert liabilities or dollar amounts that are not reflected

on the Debtors' books and records, (d) disallowing and expunging the Claim set forth on <u>Exhibit</u>

<u>B-2</u> hereto, which was filed by a taxing authority, because it asserts liabilities and dollar amounts

that are not reflected on the Debtors' books and records, (e) disallowing and expunging those

Claims set forth on <u>Exhibit B-3</u> hereto because they assert liabilities or dollar amounts that are

not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar Date

Order, (f) disallowing and expunging the Claim set forth on <u>Exhibit C</u> hereto, which was filed by

an insurance company, because it asserts liabilities that are not reflected on the Debtors' books

and records, (g) disallowing and expunging the Claims set forth on <u>Exhibit D-1</u> hereto because

they were untimely filed pursuant to the Bar Date Order, (h) disallowing and expunging the

---

[7]    Contemporaneously with the Seventeenth Omnibus Claims Objection, the Debtors are filing the Sixteenth
Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Duplicate Or Amended Claims and (B) Protective Claims (the "Sixteenth Omnibus Claims Objection").  In the
Sixteenth Omnibus Claims Objection, the Debtors object to claims on procedural grounds and are seeking to
expunge and disallow Claims that (a) are duplicative of other Claims or have been amended or superseded by
later filed Claims or (b) are merely protective in nature.  The Debtors are objecting to 26 Proofs of Claim in the
Sixteenth Omnibus Claims Objection.

Claims filed by taxing authorities set forth on Exhibit D-2 hereto because they were untimely filed pursuant to the Bar Date Order, (i) revising the asserted amount or classification, and/or changing the identity of the alleged Debtor, with respect to the Claims set forth on Exhibit E-1 hereto, (j) revising the asserted amount or classification, and/or changing the identity of the alleged Debtor, with respect to the Claims set forth on Exhibit E-2 hereto, which were filed by taxing authories, and (k) revising the asserted amount and/or classification with respect to the Claims set forth on Exhibit E-3 hereto, some of which are subject to a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of such Claimant's reclamation demand, subject to certain reserved defenses, and others of which are held by Claimants who are deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand, subject to certain reserved defenses.

Objections To Claims

F.    Insufficiently Documented Claims

23.    During their Claims review, the Debtors discovered that certain Proofs of Claim do not include sufficient documentation to support the claim asserted (the "Insufficiently Documented Claims").  This deficiency in documentation has made it impossible for the Debtors meaningfully to review the asserted Claims.  Although the Debtors contacted each Claimant which filed an Insufficiently Documented Claim (other than those Claimants which filed a blank proof of claim form), the Debtors received no additional documentation from such Claimants.[8]

24.    The burden of proof to establish a claim against an estate rests on the claimant and, if a proof of claim does not include sufficient factual support, the proof of claim is

---

[8]    Claimants which responded to the Debtors' communications and provided additional information are not included as part of this objection.

not entitled to a presumption of prima facie validity pursuant to Bankruptcy Rule 3001(f).  In re

WorldCom, Inc., No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) (only

a claim that alleges facts sufficient to support legal liability to claimant satisfies claimant's initial

obligation to file substantiated proof of claim); see also In re Allegheny Intern., Inc., 954 F.2d

167, 174 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to

support claim); In re Chiro Plus, Inc. 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears

initial burden of sufficiently alleging claim and establishing facts to support legal liability); In re

Armstrong Finishing, L.L.C., No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C.

May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it

entitled to have claim considered prima facie valid); In re United Cos. Fin. Corp., 267 B.R. 524,

527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its

claim to have claim make prima facie case).  As a result of the failure of the Claimants identified

on Exhibits A-1 and A-2 to provide sufficient documentation to permit an understanding of the

basis for their Claims, those Claims do not make out a prima facie case against the Debtors.

       25.     The Insufficiently Documented Claims either (a) fail to assert a Claim, (b)

fail to assert a monetary amount for the Claim, (c) state that there is no outstanding Claim against

the Debtors, and/or (d) contain no documentation in support of the Claim or provide no evidence

of the Debtors' liability for the Claim.  In addition, the Insufficiently Documented Claim listed

on Exhibit A-2 was received by the Debtors after the Bar Date (the "Untimely Insufficiently

Documented Claim").  With respect to the Untimely Insufficiently Documented Claim, the

Debtors also object to that Claim on the basis that it was not timely filed pursuant to the Bar Date

Order.[9]

        26.     Attached hereto as <u>Exhibit A-1</u> is a list of the Insufficiently Documented

Claims which the Debtors have identified as Claims that do not contain sufficient documentation

to permit an understanding of the basis for the Claim.[10]  Identified on <u>Exhibit A-2</u> is the

Untimely Insufficiently Documented Claim, which the Debtors have concluded does not contain

sufficient documentation to permit an understanding of the basis for the Claim and, in addition,

was not timely filed pursuant to the Bar Date Order.[11]  In the event that this Court does not

disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to

further object to the Insufficiently Documented Claims and Untimely Insufficiently Documented

Claim at a later date on any basis whatsoever.   Accordingly, the Debtors (a) object to the

Insufficiently Documented Claims and Untimely Insufficiently Documented Claim and (b) seek

entry of an order disallowing and expunging the Insufficiently Documented Claims and

Untimely Insufficiently Documented Claim in their entirety.

---

[9]    The Bar Date Order provides, in relevant part:

> Any Person or Entity which is required to file a Proof of Claim in these chapter 11 cases but that fails
> to do so in a timely manner on or before the applicable Bar Date shall be forever barred, estopped, and
> enjoined from (a) asserting any Claim against the Debtors that such Person or Entity has that (i) is in
> an amount that exceeds the amount, if any, that is set forth in the Schedules as undisputed, non-
> contingent, and unliquidated or (ii) is of a different nature or in a different classification than as set
> forth in the Schedules (any such Claim referred to as an "Unscheduled Claim") and (b) voting upon,
> or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in
> respect of an Unscheduled Claim, and the Debtors and their property shall be forever discharged from
> any and all indebtedness or liability with respect to such Unscheduled Claim.

  Bar Date Order ¶ 11.

[10]   Certain of the Claims on <u>Exhibits A-1</u>, <u>A-2</u>, <u>B-1</u>, <u>B-2</u>, <u>B-3</u>, <u>C</u>, <u>D-1</u>, <u>D-2</u>, <u>E-1</u>, <u>E-2</u>, and <u>E-3</u> may be listed in the
amount of $0.00.  This reflects the fact that the Claim amounts asserted by the Claimants in those instances is
unliquidated.

[11]   The Untimely Insufficiently Documented Claim listed on <u>Exhibit A-2</u> was not included as part of the Motion
For Order Under Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed,
dated September 29, 2006 (Docket No. 5238) ("Claims Timeliness Motion").

G.    <u>Claims Not Reflected On The Debtors' Books And Records</u>

27.    During the Debtors' review of the Proofs of Claim, the Debtors determined that certain Proofs of Claim assert liabilities or dollar amounts that are not owing pursuant to the Debtors' books and records (the "Books And Records Claims").  In addition, the Debtors determined that a Proof of Claim filed by the United States Internal Revenue Service also asserts liabilities and dollar amounts that are not owing pursuant to the Debtors' books and records (the "Books And Records Tax Claim").  The Debtors have also determined that certain of the Proofs of Claim assert liabilities or dollar amounts that are not owing pursuant to the Debtors' books and records and, in addition, were not timely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").  The Debtors believe that the parties asserting Books And Records Claims, the Books And Records Tax Claim, and Untimely Books And Records Claims are not creditors of the Debtors.

28.    The bases for determining that the Debtors are not liable for an asserted Claim include, but are not limited to, the following: (a) the Debtors' books and records do not reflect the existence of the asserted Claim or of the Claimant asserting such Claim, (b) the Debtors' books and records reflect that the Claim has been paid pursuant to a prior order of this Court, (c) the Debtors' books and records reflect that the asserted Claim was properly paid prior to the commencement of the Debtors' cases, and (d) the Claim constitutes a postpetition liability that has been paid by the Debtors in the ordinary course of the Debtors' businesses.

29.    A claimant's proof of claim is entitled to the presumption of <u>prima</u> <u>facie</u> validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the allegations that is essential to the claim's legal sufficiency.'"  <u>WorldCom</u>, 2005 WL 3832065, at *4 (quoting <u>Allegheny</u>, 954 F.2d at 174).  Once such an allegation is refuted, "'the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.'"  <u>Id</u>.

15

30.     Attached hereto as <u>Exhibit B-1</u> is a list of the Books And Records Claims that the Debtors have identified as Claims for which the Debtors are not liable.  Identified on <u>Exhibit B-2</u> hereto is the Books And Records Tax Claim that the Debtors have identified as a Claim for which the Debtors are not liable.   Attached hereto as <u>Exhibit B-3</u> is a list of the Untimely Books And Records Claims that the Debtors have also identified as Claims for which the Debtors are not liable.  The Debtors object to the Untimely Books And Records Claims not only because the Debtors have no liability in respect thereof, but also because the Claims were not timely filed pursuant to the Bar Date Order.[12]  If this Court does not disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to further object to any or all of the Books And Records Claims, the Books And Records Tax Claim, and the Untimely Books And Records Claims at a later date on any basis whatsoever.

31.     Accordingly, the Debtors (a) object to the Books And Records Claims, the Books And Records Tax Claim, and the Untimely Books And Records Claims and (b) seek entry of an order disallowing and expunging the Books And Records Claims, the Books And Records Tax Claim, and the Untimely Books And Records Claims in their entirety.

H.     <u>Books And Records Insurance Claim</u>

32.     During the Debtors' review of the Proofs of Claim, the Debtors reviewed certain of the Proofs of Claim filed by insurance companies (the "Insurance Claims") and have determined that a Proof of Claim filed by RLI Insurance Company asserted a liability not owing pursuant to the Debtors' books and records (the "Books and Records Insurance Claim").  This claim is identified on <u>Exhibit C</u> attached hereto.  Accordingly, the Debtors (a) object to the

---

[12]    The Untimely Books And Records Claims listed on <u>Exhibit B-3</u> hereto were not included as part of the Claims Timeliness Motion.

16

Books and Records Insurance Claim and (b) seek to have the Books and Records Insurance

Claim expunged in its entirety.

I.     Untimely Claims

        33.     During the Debtors' review of the Proofs of Claim, the Debtors determined

that certain of the Proofs of Claim were received by the Debtors after the Bar Date (the

"Untimely Claims").  The Debtors object to such Untimely Claims on the basis that they were

not timely filed pursuant to the Bar Date Order.  Attached hereto as Exhibit D-1 is a list of

Untimely Claims.  The Debtors also determined that certain of the Proofs of Claim filed by

taxing authorities were received by the Debtors after the Bar Date (the "Untimely Tax Claims").

Attached hereto as Exhibit D-2 is a list of the Untimely Tax Claims.  Accordingly, the Debtors (a)

object to the Untimely Claims and the Untimely Tax Claims[13] and (b) seek entry of an order

disallowing and expunging the Untimely Claims and the Untimely Tax Claims.

J.     Claims Subject To Modification

        34.     During the Debtors' review of the Proofs of Claim, the Debtors have

determined that certain Claims (a) state the incorrect amount or are overstated, including as a

result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against

the wrong Debtors, and/or (c) incorrectly assert secured or priority status (collectively, the

"Claims Subject To Modification").

        35.     Although in this Seventeenth Omnibus Claims Objection the Debtors do

not seek to disallow and expunge the Claims Subject To Modification, based on an initial review,

the Debtors have determined that their liability with respect to each such Claim does not exceed

---

[13]    Neither the Untimely Claim listed on Exhibit D-1 nor any of the Untimely Tax Claims listed on Exhibit D-2
        hereto was included as part of the Claims Timeliness Motion.

the dollar amount set forth on <u>Exhibit E-1</u> hereto.  Moreover, in some cases, the Debtors have

determined that such Claims should be reclassified in the manner set forth on <u>Exhibit E-1</u> hereto.

Finally, in some cases, the Debtors have determined that such Claims should be asserted against

a different Debtor entity, as indicated on <u>Exhibit E-1</u> hereto by a change in the applicable case

number.  The bases for placing a Claim in the Claims Subject To Modification category of

objection include, but are not limited to, the following: the asserted Claim (a) does not account

for amounts that may have been paid or credited against such Claim prior to the commencement

of these cases, (b) may include postpetition liabilities, (c) does not account for amounts that may

have been paid or credited against such Claim following the commencement of these cases, (d)

was docketed and filed against the wrong Debtor entity, and/or (e) is misclassified as a priority

or secured claim.  Thus, the Debtors seek to (i) convert the amount of each Claim Subject To

Modification to a fully liquidated, U.S. dollar-denominated amount consistent with the Debtors'

books and records and/or the liquidated amount requested by the Claimant (thus eliminating the

unliquidated component), as appropriate, (ii) change the identity of the Debtor against which the

Claim is asserted, and/or (iii) appropriately reclassify the Claim.

   36. As stated above, a Claimant's Proof of Claim is entitled to the presumption

of <u>prima facie</u> validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at

least one of the allegations that is essential to the claim's legal sufficiency.'"  <u>WorldCom</u>, 2005

WL 3832065, at *4 (quoting <u>Allegheny</u>, 954 F.2d at 174).  As with the unsubstantiated Claims,

the Debtors' books and records refute that certain of the claims asserted in each Claim Subject To

Modification are actually owed by any of the Debtors.

   37. Set forth on <u>Exhibit E-1</u> hereto is a list of Claims Subject To Modification

that the Debtors believe should be modified solely to assert a properly classified, fully liquidated

claim amount against a different Debtor than the one identified by the Claimant.  For each Claim

Subject To Modification, Exhibit E-1 reflects the amount, classification, and Debtor asserted in

the Claimant's Proof of Claim in a column titled "Claim As Docketed"[14] and the proposed

modified dollar amount and classification for the Claim, and the Debtor against which the Claim

should be asserted, in a column titled "Claim As Modified."

        38.     The Debtors object to the amount, classification, and/or identity of the

Debtor for each Claim Subject To Modification listed on Exhibit E-1 and request that each such

Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As

Modified" column of Exhibit E-1.  Thus, no Claimant listed on Exhibit E-1 would be entitled to

(a) recover for any Claim Subject To Modification in an amount exceeding the dollar value listed

as the "Modified Total" for such Claim on Exhibit E-1, (b) assert a classification that is

inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against

a Debtor other than that whose case number is listed in the "Claim As Modified" column on

Exhibit E-1, subject to the Debtors' right to further object to each such Claim Subject To

Modification.  For clarity, Exhibit E-1 refers to the Debtor entities by case number and Exhibit F

displays the formal name of ten Debtor entities and their associated bankruptcy case numbers

referenced in Exhibit E-1.

        39.     The inclusion of the Claims Subject To Modification on Exhibit E-1,

however, does not reflect the Debtors' view as to the ultimate validity of any such Claim.  The

Debtors therefore expressly reserve all of their rights to further object to any or all of the Claims

Subject To Modification at a later date on any basis whatsoever.

---

[14]   The Asserted Claim Amount on Exhibits E-1, E-2, and E-3 reflects only asserted liquidated claims.

40.    Accordingly, the Debtors (a) object to the asserted amount, classification, and/or identity of the Debtor for each Claim Subject To Modification and (b) seek an order modifying the Claims Subject To Modification to reflect the Modified Total, classification for the Claim, and/or the Debtor against which such Claim should be asserted, as set forth on Exhibit E-1.

(i)    Tax Claims Subject To Modification

41.    In addition, the Debtors have also determined that certain Proofs of Claim filed by taxing authorities (the "Tax Claims") (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (collectively, the "Tax Claims Subject To Modification").

42.    Set forth on Exhibit E-2 hereto is a list of Tax Claims Subject To Modification that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against the appropriate Debtor.  For each Tax Claim Subject To Modification, Exhibit E-2 reflects the amount, classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar amount and classification for the Tax Claim, and the Debtor against which the Tax Claim should be asserted, in a column titled "Claim As Modified."

43.    The Debtors object to the amount and/or identity of the Debtor for each Tax Claim Subject To Modification listed on Exhibit E-2 and request that each such Claim be revised to reflect the amount and Debtor listed in the "Tax Claim As Modified" column of Exhibit E-2.  Thus, no Claimant listed on Exhibit E-2 would be entitled to (a) recover for any Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit E-2, and/or (b) asserts a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor other than that whose case number is listed in the "Claim As Modified" column on

20

Exhibit E-2, subject to the Debtors' right to further object to each such Tax Claim Subject To Modification. For clarity, Exhibit E-2 refers to the Debtor entities by case number and Exhibit F displays the formal name of fifteen Debtor entities and their associated bankruptcy case numbers referenced in Exhibit E-2.

44.    Accordingly, the Debtors (a) object to the asserted amount and/or Debtor for each Tax Claim Subject To Modification and (b) seek an order modifying the Tax Claims Subject To Modification to reflect the Modified Total and/or Debtor against which such Claims should be asserted, as set forth on Exhibit E-2.

(ii)    Modified Claims Asserting Reclamation

45.    In addition, the Debtors have also determined that certain Claims (the "Modified Claims Asserting Reclamation") (a)(i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid.

46.    Set forth on Exhibit E-3 hereto is a list of Modified Claims Asserting Reclamation that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against the appropriate Debtor. For each Modified Claim

21

Asserting Reclamation, Exhibit E-3 reflects the amount, classification, and Debtor asserted in the

Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar

amount and classification for Modified Claim Asserting Reclamation, and the Debtor against

which such Claim should be asserted, in a column titled "Claim As Modified."

       47.     The Debtors object to the amount, classification, and/or identity of the

Debtor for each Modified Claim Asserting Reclamation listed on Exhibit E-3 and request that

each such Claim be revised to reflect the amount, classification, and identity of the Debtor listed

in the "Claim As Modified" column of Exhibit E-3. Thus, no Claimant listed on Exhibit E-3

would be entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount

exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit E-3, unless

the Debtors obtain an order of this Court providing that any Reserved Defense is valid and

denying priority status to such Claimant's reclamation demand, or (b) assert a classification that

is inconsistent with that listed in the "Claim As Modified" column, subject to the Debtors' right

to further object to each such Modified Claim Asserting Reclamation. For clarity, Exhibit E-3

refers to the Debtor entities by case number and Exhibit F displays the formal name of fifteen

Debtor entities and their associated bankruptcy case numbers referenced in Exhibit E-3.

       48.     Accordingly, the Debtors (a) object to the amount, classification, and/or

identity of the Debtor for the Modified Claims Asserting Reclamation and (b) seek an order

modifying the Modified Claims Asserting Reclamation to reflect the Modified Total,

classification, and/or identity of the Debtor against which such Claim should be asserted, as set

forth on Exhibit E-3.

Separate Contested Matters

49.      Pursuant to the Claims Objection Procedures Order, to the extent that a

response is filed with respect to any Claim listed in this Seventeenth Omnibus Claims Objection,

each such Claim and the objection to such Claim asserted in this Seventeenth Omnibus Claims

Objection will be deemed to constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014.  Pursuant to the Claims Objection Procedures Order, any order entered

by the Court with respect to an objection asserted in this Seventeenth Omnibus Claims Objection

will be deemed a separate order with respect to each Claim.

Reservation Of Rights

50.      The Debtors expressly reserve the right to amend, modify, or supplement

this Seventeenth Omnibus Claims Objection and to file additional objections to the Proofs of

Claim or any other Claims (filed or not) which may be asserted against the Debtors, including

without limitation the right to object to any Claim on the basis that it has been asserted against

the wrong Debtor entity.  Should one or more of the grounds for objection stated in this

Seventeenth Omnibus Claims Objection be dismissed, the Debtors reserve their rights to object

on other stated grounds or on any other grounds that the Debtors discover during the pendency of

these cases.  In addition, the Debtors reserve the right to seek further reduction of any Claim to

the extent that such Claim has been paid.

Responses To Objections

51.      Responses to the Seventeenth Omnibus Claims Objection are governed by

the provisions of the Claims Objection Procedures Order.  The following summarizes the

provisions of that Order, but is qualified in all respects by the express terms thereof.

23

K.      Filing And Service Of Responses

52.     To contest an objection, responses (a "Response"), if any, to the

Seventeenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules

of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 632, New York, New York

10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

(Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,

John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00**

**p.m. (prevailing Eastern time) on July 12, 2007.**

L.      Contents Of Responses

53.     Every Response to this Seventeenth Omnibus Claims Objection must

contain at a minimum the following:

(a)      the title of the claims objection to which the Response is directed;

(b)      the name of the Claimant and a brief description of the basis for
the amount of the Claim;

24

(c)    a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

(d)    unless already set forth in the Proof of Claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; <u>provided, however,</u> that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further, however,</u> that the Claimant must disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the Claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

M.    <u>Timely Response Required</u>

54.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors request that this Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Seventeenth Omnibus Claims Objection.

55.    <u>Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose Proof of Claim is subject to the Seventeenth Omnibus Claims Objection and who is served with the Seventeenth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Debtors may present to the Court an appropriate order seeking relief with respect to</u>

25

such Claim consistent with the relief sought in the Seventeenth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Hearing Procedures Order.

56.    To the extent that a Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or partially unliquidated and (b) provides the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), pursuant to the Claims Objection Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code, by providing notice as described more fully in the Claims Objection Procedures Order.

## Replies To Responses

57.    Replies to any Responses will be governed by the Claims Objection Procedures Order.

<u>Service Of Seventeenth Omnibus Claims Objection Order</u>

58.      Service of any order with regard to this Seventeenth Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

<u>Further Information</u>

59.      Questions about this Seventeenth Omnibus Claims Objection or requests

for additional information about the proposed disposition of Claims hereunder should be directed

to the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-5305, or in

writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Questions regarding the amount of a Claim or the filing of a Claim should be directed to the

Claims Agent at 1-888-249-2691 or www.delphidocket.com.  <u>Claimants should not contact the</u>

<u>Clerk of the Bankruptcy Court to discuss the merits of their Claims.</u>

<u>Notice</u>

60.      Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418).  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

61.    Pursuant to the Claims Objection Procedures Order, the Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Seventeenth Omnibus Claims Objection with a personalized Notice Of Objection To Claim which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A-1, A-2, B-1, B-2, B-3, C, D-1, and D-2, is attached hereto as Exhibit G.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits E-1, E-2, and E-3 is attached hereto as Exhibit H.  Claimants will receive a copy of this Seventeenth Omnibus Claims Objection without Exhibits A through E-3 hereto.  Claimants will nonetheless be able to review Exhibits A through E-3 hereto free of charge by accessing the Debtors' Legal Information Website (www.delphidocket.com).  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

## Memorandum Of Law

62.    Because the legal points and authorities upon which this objection relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

WHEREFORE the Debtors respectfully request that the Court enter an order (a) granting the relief requested herein and (b) granting the Debtors such other and further relief as is just.

Dated:    New York, New York
              June 15, 2007

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
         John Wm. Butler, Jr. (JB 4711)
         John K. Lyons (JL 9331)
         Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

         - and -

By:   /s/ Kayalyn A. Marafioti
         Kayalyn A. Marafioti (KM 9632)
         Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

29

## EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CENTER MANUFACTURING INC<br>PO BOX 337<br>BYRON CENTER, MI 49315 | 594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $46,706.76<br>$46,706.76 | 11/16/2005 | DELPHI CORPORATION (05-44481) |
| CLEO INC<br>4025 VISCOUNT<br>MEMPHIS, TN 38118 | 3048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,878.39<br>$18,878.39 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| FORTNEY EYECARE ASSOCIATES INC<br>23469 MICHIGAN AVE<br>DEARBORN, MI 48124 | 535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $99,446.17<br>$99,446.17 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| GRAYBAR ELECTRIC CO INC<br>825 8TH AVE SOUTH<br>NASHVILLE, TN 37203 | 5210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,234.49<br>$2,234.49 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| HOLSET ENGINEERING COMPANY LTD CO CUMMINS BUSINESS SERVICES<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | 11214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,950.96<br>$4,950.96 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KRUPP BILSTEIN OF AMERICA EFT<br>8695 BERK BLVD<br>HAMILTON, OH 45015-2205 | 3531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $812,224.68<br>$812,224.68 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| MORI SEIKI<br>15014 MARLEBONE<br>HOUSTON, TX 77069 | 2178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,366.36<br>$13,366.36 | 03/03/2006 | DELPHI CORPORATION (05-44481) |

Total:    **7**                    **$997,807.81**

In re Delphi Corporation, et al.                                      Seventeenth Omnibus Claims Objection

**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JEANNE FITZSIMMONS<br>120 W JACKSON AVE S<br>SAPULPA, OK 74066-5514 | 16603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/14/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$0.00** | | |

Page 1 of 1

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CENTER<br>1375 NINTH STREET<br>CLEVELAND, OH 44114 | 11260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $98,066.34<br>$98,066.34 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| ADVETECH INC<br>451 W MAIN ST<br>CANFIELD, OH 44406 | 486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,594.00<br>$3,594.00 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| AIRGAS EAST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR, PA 19087 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,450.92<br>$1,450.92 | 12/30/2005 | DELPHI CORPORATION (05-44481) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $559.50<br>$559.50 | 12/30/2005 | DELPHI CORPORATION (05-44481) |
| DAYTON METAL FINISHING<br>2221 ARBOR BLVD<br>DAYTON, OH 45439 | 2294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,059.71<br>$6,059.71 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| DAYTON PRECISION PUNCH INC<br>4900 WEBSTER ST<br>DAYTON, OH 45414 | 8985 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,974.50<br>$5,974.50 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| DECO ENGINEERING INC<br>4850 COOLIDGE HWY<br>ROYAL OAK, MI 48073 | 6292 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $99,471.33<br>$99,471.33 | 05/18/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                    Seventeenth Omnibus Claims Objection

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8.00<br>$8.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $348.40<br>$348.40 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| EATON BI STATE VALVE CLAIM<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 12158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,000,000.00<br>$2,000,000.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | 683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $935.80<br>$0.00<br>$935.80 | 11/17/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LEXISNEXIS A DIVISION OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 2101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $21,000.00<br>$21,000.00 | 02/22/2006 | DELPHI CORPORATION (05-44481) |
| NALCO COMPANY<br>1601 W DIEHL RD<br>NAPERVILLE, IL 60563 | 1616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,549.94<br>$1,549.94 | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| ROCKFORD PRODUCTS CORPORATION<br>707 HARRISON AVE<br>ROCKFORD, IL 61104 | 4015 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,838.79<br>$30,838.79 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | 12369 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $115,348.56<br>$115,348.56 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TAYLOR WINFIELD CORPORATION<br>PO BOX 500<br>BROOKFIELD, OH 44403-0500 | 12222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$48,416.80<br>$48,416.80 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| TEMIC AUTOMOTIVE OF NORTH AMERIC INC<br>CONTINENTAL AUTOMOTIVE SYSTEMS<br>21440 W LAKE COOK RD<br>DEER PARK, IL 60010 | 8391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,385,154.00<br>$8,385,154.00 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TYCO ADHESIVES<br>25 FORGE PKWY<br>FRANKLIN, MA 02038 | 1619 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$121,059.11<br>$121,059.11 | 01/23/2006 | DELPHI CORPORATION (05-44481) |
| VANGUARD DISTRIBUTORS INC<br>PO BOX 608<br>SAVANNAH, GA 31402 | 9319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$788,321.49<br>$788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | 12383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$762,104.80<br>$762,104.80 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 21 | | $12,493,911.47 | | |

**In re Delphi Corporation, et al.**                                        **Seventeenth Omnibus Claims Objection**

## EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICES 290 BROADWAY 5TH FL NEW YORK, NY 10007 | 14153 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $2,989.09 $2,989.09 | 06/05/2006 | MOBILEARIA, INC. (05-47474) |
| | **Total:** **1** | | **$2,989.09** | | |

05-44481-rdd  Doc 8367  Filed 06/20/07  Entered 06/20/07 22:05:28  Main Document

In re Delphi Corporation, et al.                Pg 73 of 209           Seventeenth Omnibus Claims Objection

## EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,696.46<br><br>$3,696.46 | 03/28/2007 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,976.58<br><br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION (05-44481) |
| ORANGE COUNTY TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | 16548 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$0.00 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| SOUTH TEXAS COLLEGE<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16590 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,257.82<br>$1,257.82 | 03/28/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MARYLAND<br>COMPTROLLER OF THE TREASURY<br>RM 409 STATE OFFICE BLDG<br>301 W PRESTON ST<br>BALTIMORE, MD 21201 | 16501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,492.00<br><br>$48.00<br>$2,540.00 | 01/25/2007 | DELPHI CORPORATION (05-44481) |

Total:          5                    $10,470.86

**In re Delphi Corporation, et al.**                                        **Seventeenth Omnibus Claims Objection**

## EXHIBIT C - BOOKS AND RECORDS INSURANCE CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 2539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,750,000.00<br><br><br>$11,750,000.00 | 04/03/2006 | DELPHI CORPORATION (05-44481) |

Total:         **1**                 **$11,750,000.00**

In re Delphi Corporation, et al.          **Seventeenth Omnibus Claims Objection**

## EXHIBIT D-1 - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS & AIKMAN AUTOMOTIVE CANADA CO 26533 EVERGREEN SOUTHFIELD, MI 48076 | 16576 | Secured: Priority: Administrative: Unsecured: Total: | $31,730.72 $31,730.72 | 03/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COLLINS & AIKMAN AUTOMOTIVE EXTERIORS INC 26533 EVERGREEN SOUTHFIELD, MI 48076 | 16578 | Secured: Priority: Administrative: Unsecured: Total: | $764,853.77 $764,853.77 | 03/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COLLINS & AIKMAN AUTOMOTIVE EXTERIORS INC 26533 EVERGREEN SOUTHFIELD, MI 48076 | 16577 | Secured: Priority: Administrative: Unsecured: Total: | $10,132.74 $10,132.74 | 03/16/2007 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| COLLINS & AIKMAN AUTOMOTIVE INTERIORS INC 26533 EVERGREEN SOUTHFIELD, MI 48076 | 16579 | Secured: $17,054.96 Priority: Administrative: Unsecured: Total: | $17,054.96 | 03/16/2007 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| COLLINS & AIKMAN AUTOMOTIVE INTERIORS INC 26533 EVERGREEN SOUTHFIELD, MI 48076 | 16575 | Secured: $659,963.54 Priority: Administrative: Unsecured: Total: | $659,963.54 | 03/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONESTOGA ROVERS & ASSOCIATES INC 2055 NIAGARA FALLS BLVD STE 3 NIAGARA FALLS, NY 14304 | 16604 | Secured: Priority: Administrative: Unsecured: Total: | $140,195.09 $140,195.09 | 05/21/2007 | DELPHI CORPORATION (05-44481) |

Total:      6          **$1,623,930.82**

**In re Delphi Corporation, et al.**                                    **Seventeenth Omnibus Claims Objection**

## EXHIBIT D-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF TROY<br>500 W BIG BEAVER RD<br>TROY, MI 48084-5284 | 16563 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $28,447.96<br><br><br>$28,447.96 | 03/05/2007 | DELPHI CORPORATION (05-44481) |
| CLARK COUNTY COLLECTOR<br>401 CLAY ST<br>ARKADELPHIA, AR 71923 | 16599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,153.24<br><br><br>$11,153.24 | 05/01/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ST JOSEPH COUNTY IN<br>ST JOSEPH COUNTY TREASURER<br>227 W JEFFERSON BLVD<br>SOUTH BEND, IN 46601 | 16551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,393.94<br><br><br>$4,393.94 | 02/23/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 16600 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $135,015.50<br><br><br>$135,015.50 | 05/14/2007 | DELPHI CORPORATION (05-44481) |

Total:    **4**                    **$179,010.64**

In re: Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5501<br>Date Filed:05/10/06<br>Docketed Total:   $594.67<br>Filing Creditor Name and Address<br>  ACME MILLS COMPANY<br>  1750 S TELEGRAPH RD STE 304<br>  BLOOMFIELD HILLS MI 48302 | Claim Holder Name and Address    Docketed Total      $594.67<br>ACME MILLS COMPANY<br>1750 S TELEGRAPH RD STE 304<br>BLOOMFIELD HILLS MI 48302<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44547                                                 $594.67<br>                                                          $594.67 | Modified Total      $594.67<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                 $594.67<br>                                                          $594.67 |
| Claim: 5117<br>Date Filed:05/08/06<br>Docketed Total:   $3,990.00<br>Filing Creditor Name and Address<br>  ACTION TOOL AND MACH INC<br>  DOUGLAS LADEMAN<br>  5976 FORD CT<br>  BRIGHTON MI 48116 | Claim Holder Name and Address    Docketed Total    $3,990.00<br>ACTION TOOL AND MACH INC<br>DOUGLAS LADEMAN<br>5976 FORD CT<br>BRIGHTON MI 48116<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                               $3,990.00<br>                                                        $3,990.00 | Modified Total    $3,990.00<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                               $3,990.00<br>                                                        $3,990.00 |
| Claim: 14278<br>Date Filed:07/31/06<br>Docketed Total:   $18,704.93<br>Filing Creditor Name and Address<br>  AIRGAS EAST INC<br>  ATTN D BOYLE<br>  AIRGAS INC<br>  259 N RADNOR CHESTER ROAD STE<br>  100<br>  RADNOR PA 19087 | Claim Holder Name and Address    Docketed Total    $18,704.93<br>AIRGAS EAST INC<br>ATTN D BOYLE<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE<br>100<br>RADNOR PA 19087<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44554                                              $18,704.93<br>                                                       $18,704.93 | Modified Total    $13,927.33<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $13,927.33<br>                                                       $13,927.33 |
| Claim: 9050<br>Date Filed:07/06/06<br>Docketed Total:   $177,673.57<br>Filing Creditor Name and Address<br>  ALKEN ZIEGLER INC<br>  ATTN NICHOLAS BAISE<br>  ALKEN ZIEGLER<br>  33855 CAPITOL<br>  LIVONIA MI 48150 | Claim Holder Name and Address    Docketed Total    $177,673.57<br>ALKEN ZIEGLER INC<br>ATTN NICHOLAS BAISE<br>ALKEN ZIEGLER<br>33855 CAPITOL<br>LIVONIA MI 48150<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                             $177,673.57<br>                                                      $177,673.57 | Modified Total    $39,244.23<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $39,244.23<br>                                                       $39,244.23 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   1 of 35

In re: Delphi Corporation, et al.                                                                Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11431<br>Date Filed: 07/27/06<br>Docketed Total:   $1,130.81<br>Filing Creditor Name and Address<br>  AMERICAN LABELMARK CO<br>  PO BOX 46402<br>  CHICAGO IL 60646-0402 | Claim Holder Name and Address<br>AMERICAN LABELMARK CO<br>PO BOX 46402<br>CHICAGO IL 60646-0402 | Docketed Total | | $1,130.81 | | Modified Total | | $804.75 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,130.81<br>$1,130.81 | 05-44640 | | | $804.75<br>$804.75 |
| Claim: 1135<br>Date Filed: 12/13/05<br>Docketed Total:   $142,103.30<br>Filing Creditor Name and Address<br>  AMPHENOL TUCHEL ELECTRONICS<br>  6900 HAGGERTY RD STE 200<br>  CANTON MI 48187 | Claim Holder Name and Address<br>AMPHENOL TUCHEL ELECTRONICS<br>6900 HAGGERTY RD STE 200<br>CANTON MI 48187 | Docketed Total | | $142,103.30 | | Modified Total | | $134,837.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $142,103.30<br>$142,103.30 | 05-44640 | | | $134,837.30<br>$134,837.30 |
| Claim: 11195<br>Date Filed: 07/26/06<br>Docketed Total:   $23,073.64<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC<br>  AS ASSIGNEE OF BORDER STATES<br>  ELECTR<br>  ATTN DAVID S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>AS ASSIGNEE OF BORDER STATES<br>ELECTR<br>ATTN DAVID S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $23,073.64 | | Modified Total | | $22,615.93 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $23,073.64<br>$23,073.64 | 05-44640 | | | $22,615.93<br>$22,615.93 |
| Claim: 7514<br>Date Filed: 06/06/06<br>Docketed Total:   $58,187.44<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF FASTENAL COMPANY<br>  ATTN LEGAL<br>  PO BOX 978<br>  WINONA MN 55987-0978 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $55,180.98 | | Modified Total | | $0.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | **$55,180.98** | | | | |

\*See Exhibit F for a listing of debtor entities by case number                    Page:   2 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7514 (Continued)**

Claim Holder Name and Address  
FASTENAL COMPANY  
ATTN LEGAL  
PO BOX 978  
WINONA MN 55987-0978

Docketed Total $3,006.46  
Modified Total $1,567.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,006.46 | 05-44640 | | | $1,567.26 |
| | | | $3,006.46 | | | | $1,567.26 |

---

**Claim: 11196**  
Date Filed:07/26/06  
Docketed Total:  $59,444.55  
Filing Creditor Name and Address  
 AMROC INVESTMENTS LLC AS  
 ASSIGNEE OF TOMPKINS PRODUCTS  
 INC EFT  
 AS ASSIGNEE OF TOMPKINS  
 PRODUCTS IN  
 ATTN DAIV S LEINWAND  
 535 MADISON AVE 15TH FL  
 NEW YORK NY 10022

Claim Holder Name and Address  
AMROC INVESTMENTS LLC  
ATTN DAVID S LEINWAND ESQ  
535 MADISON AVE 15TH FL  
NEW YORK NY 10022

Docketed Total $59,444.55  
Modified Total $53,910.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,444.55 | 05-44640 | | | $53,910.07 |
| | | | $59,444.55 | | | | $53,910.07 |

---

**Claim: 5110**  
Date Filed:05/08/06  
Docketed Total:  $29,559.00  
Filing Creditor Name and Address  
 ANDERSEN ARTHUR LLP  
 33 W MONROE  
 18TH FLOOR  
 CHICAGO IL 60603

Claim Holder Name and Address  
ANDERSEN ARTHUR LLP  
33 W MONROE  
18TH FLOOR  
CHICAGO IL 60603

Docketed Total $29,559.00  
Modified Total $29,559.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $29,559.00 | 05-44640 | | | $29,559.00 |
| | | | $29,559.00 | | | | $29,559.00 |

---

**Claim: 11795**  
Date Filed:07/28/06  
Docketed Total:  $178,793.00  
Filing Creditor Name and Address  
 ANXEBUSINESS CORP  
 2000 TOWN CTR STE 2050  
 SOUTHFIELD MI 48075

Claim Holder Name and Address  
ANXEBUSINESS CORP  
2000 TOWN CTR STE 2050  
SOUTHFIELD MI 48075

Docketed Total $178,793.00  
Modified Total $153,895.15

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $178,793.00 | 05-44640 | | | $153,895.15 |
| | | | $178,793.00 | | | | $153,895.15 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   3 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10634<br>Date Filed:07/25/06<br>Docketed Total:   $729.76<br>Filing Creditor Name and Address<br> APPLIED INDUSTRIAL<br> TECHNOLOGIES CA LLC AND<br> APPLIED INDUSTRIAL<br> TECHNOLOGIES DIXIE INC<br> BETH ARVAI<br> ONE APPLIED PLAZA<br> E 36TH ST & EUCLID AVE<br> CLEVELAND OH 44115-5056 | Claim Holder Name and Address    Docketed Total        $729.76<br>APPLIED INDUSTRIAL TECHNOLOGIES CA<br>LLC AND APPLIED INDUSTRIAL<br>TECHNOLOGIES DIXIE INC<br>BETH ARVAI<br>ONE APPLIED PLAZA<br>E 36TH ST & EUCLID AVE<br>CLEVELAND OH 44115-5056 | Modified Total        $729.76 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44507 | | | $729.76 | | 05-44507 | | | $183.30 |
| | | | | | 05-44511 | | | $546.46 |
| | | | $729.76 | | | | | $729.76 |

| | | |
|---|---|---|
| Claim: 1650<br>Date Filed:01/24/06<br>Docketed Total:   $257,596.00<br>Filing Creditor Name and Address<br> APPLIED MATERIALS INC<br> ATTN PAUL DELSON ESQ<br> PO BOX 58039<br> 3050 BOWERS AVE MS 2062<br> SANTA CLARA CA 95052-8039 | Claim Holder Name and Address    Docketed Total    $257,596.00<br>APPLIED MATERIALS INC<br>ATTN PAUL DELSON ESQ<br>PO BOX 58039<br>3050 BOWERS AVE MS 2062<br>SANTA CLARA CA 95052-8039 | Modified Total    $257,596.00 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $257,596.00 | | 05-44640 | | | $257,596.00 |
| | | | $257,596.00 | | | | | $257,596.00 |

| | | |
|---|---|---|
| Claim: 13825<br>Date Filed:07/31/06<br>Docketed Total:   $330,238.12<br>Filing Creditor Name and Address<br> ARNESES ELECTRICOS<br> AUTOMOTRICES S A DE C V<br> ATTN DEBORAH M BUELL<br> CLEARY GOTTLIEB STEEN &<br> HAMILTON LL<br> ONE LIBERTY PLZ<br> NEW YORK NY 10006 | Claim Holder Name and Address    Docketed Total    $330,238.12<br>ARNESES ELECTRICOS AUTOMOTRICES S A<br>DE C V<br>ATTN DEBORAH M BUELL<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LL<br>ONE LIBERTY PLZ<br>NEW YORK NY 10006 | Modified Total    $330,238.12 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $330,238.12 | | 05-44640 | | | $330,238.12 |
| | | | $330,238.12 | | | | | $330,238.12 |

In re: Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6394<br>Date Filed: 05/19/06<br>Docketed Total:  $12,389.25<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> BETA LASERMIKE<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NY 11747 | Claim Holder Name and Address<br>ASM CAPITAL AS ASSIGNEE FOR BETA<br>LASERMIKE<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11747 | Docketed Total | | $12,389.25 | | Modified Total | | $9,106.97 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$12,389.25<br>$12,389.25 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$9,106.97<br>$9,106.97 |
| Claim: 4898<br>Date Filed: 05/05/06<br>Docketed Total:   $113,976.02<br>Filing Creditor Name and Address<br> ATG PRECISION PRODUCTS LLC<br> 7545 N HAGGERTY RD<br> CANTON MI 48187 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $113,976.02 | | Modified Total | | $113,304.16 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$113,976.02<br>$113,976.02 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$113,304.16<br>$113,304.16 |
| Claim: 12829<br>Date Filed: 07/28/06<br>Docketed Total:   $90,716.91<br>Filing Creditor Name and Address<br> BARNES GROUP CANADA CORP<br> W JOE WILSON ESQ<br> TYLER COOPER & ALCORN LLP<br> 185 ASYLUM ST CITYPLACE I 35TH<br> FL<br> HARTFORD CT 06103-3488 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $90,716.91 | | Modified Total | | $88,440.43 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$90,716.91<br><br>$90,716.91 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$88,440.43<br><br>$88,440.43 |
| Claim: 5572<br>Date Filed: 05/10/06<br>Docketed Total:   $10,267.92<br>Filing Creditor Name and Address<br> BELTLINE ELECTRIC MOTOR REPAIR<br> 520 TRINITY LN<br> DECATUR AL 35601 | Claim Holder Name and Address<br>BELTLINE ELECTRIC MOTOR REPAIR<br>520 TRINITY LN<br>DECATUR AL 35601 | Docketed Total | | $10,267.92 | | Modified Total | | $8,872.92 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$10,267.92<br>$10,267.92 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$8,872.92<br>$8,872.92 |

In re: Delphi Corporation, et al.                                                                 Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 9080**
Date Filed: 07/06/06
Docketed Total: $66,748.15
Filing Creditor Name and Address
 BENECKE KALIKO AG
 DANIEL FELDEN
 CONTINENTAL AG
 STRAWINSKYLAAN 3111 6TH FL
 AMSTERDAM 1077ZX
 NETHERLANDS

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Docketed Total $66,748.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $66,748.15 |
| | | | $66,748.15 |

Modified Total $53,024.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $53,024.14 |
| | | | $53,024.14 |

---

**Claim: 9653**
Date Filed: 07/17/06
Docketed Total: $177,062.67
Filing Creditor Name and Address
 BERKSHIRE INVESTMENTS LLC
 CHICAGO EXTRUDED METALS CO
 1601 S 54TH AVE
 CICERO IL 60804

Claim Holder Name and Address
BERKSHIRE INVESTMENTS LLC
CHICAGO EXTRUDED METALS CO
1601 S 54TH AVE
CICERO IL 60804

Docketed Total $177,062.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $177,062.67 | | |
| | $177,062.67 | | |

Modified Total $169,862.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $169,862.29 |
| | | | $169,862.29 |

---

**Claim: 16400**
Date Filed: 10/31/06
Docketed Total: $6,400.00
Filing Creditor Name and Address
 BOHL CRANE INC
 534 W LASKEY RD
 TOLEDO OH 43612

Claim Holder Name and Address
BOHL CRANE INC
534 W LASKEY RD
TOLEDO OH 43612

Docketed Total $6,400.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,400.00 |
| | | | $6,400.00 |

Modified Total $6,400.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,400.00 |
| | | | $6,400.00 |

---

**Claim: 1393**
Date Filed: 12/30/05
Docketed Total: $11,465.20
Filing Creditor Name and Address
 BOWMAN SUPPLY COMPANY
 225 N IRWIN ST
 PO BOX 1404
 DAYTON OH 45401

Claim Holder Name and Address
BOWMAN SUPPLY COMPANY
225 N IRWIN ST
PO BOX 1404
DAYTON OH 45401

Docketed Total $11,465.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,465.20 |
| | | | $11,465.20 |

Modified Total $11,465.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,465.20 |
| | | | $11,465.20 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1394<br>Date Filed:12/30/05<br>Docketed Total:  $165.06<br>Filing Creditor Name and Address<br> BOWMAN SUPPLY COMPANY<br> 225 N IRWIN ST<br> PO BOX 1404<br> DAYTON OH 45401 | Claim Holder Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401 | Docketed Total | | $165.06 | | Modified Total | | $165.06 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$165.06<br>$165.06 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$165.06<br>$165.06 |
| Claim: 1395<br>Date Filed:12/30/05<br>Docketed Total:  $5,628.29<br>Filing Creditor Name and Address<br> BOWMAN SUPPLY COMPANY<br> 225 N IRWIN ST<br> PO BOX 1404<br> DAYTON OH 45401 | Claim Holder Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401 | Docketed Total | | $5,628.29 | | Modified Total | | $5,628.29 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,628.29<br>$5,628.29 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,628.29<br>$5,628.29 |
| Claim: 1396<br>Date Filed:12/30/05<br>Docketed Total:  $477.47<br>Filing Creditor Name and Address<br> BOWMAN SUPPLY COMPANY<br> 225 N IRWIN ST<br> PO BOX 1404<br> DAYTON OH 45401 | Claim Holder Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401 | Docketed Total | | $477.47 | | Modified Total | | $477.47 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$477.47<br>$477.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$477.47<br>$477.47 |
| Claim: 11632<br>Date Filed:07/27/06<br>Docketed Total:  $80,767.37<br>Filing Creditor Name and Address<br> BRANSON ULTRASONICS CORP<br> ATTN JOHN RICHERS<br> 41 EAGLE RD<br> DANBURY CT 06810 | Claim Holder Name and Address<br>BRANSON ULTRASONICS CORP<br>ATTN JOHN RICHERS<br>41 EAGLE RD<br>DANBURY CT 06810 | Docketed Total | | $80,767.37 | | Modified Total | | $26,411.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$80,767.37<br><br>$80,767.37 | Case Number*<br>05-44612<br>05-44640 | Secured | Priority | Unsecured<br>$3,584.40<br>$22,826.70<br>$26,411.10 |

*See Exhibit F for a listing of debtor entities by case number          Page:   7 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16106<br>Date Filed: 08/09/06<br>Docketed Total:   $2,370.34<br>Filing Creditor Name and Address<br> BRUBAKER AND ASSOCIATES INC<br> PO BOX 412000<br> ST LOUIS MO 63141-2000 | Claim Holder Name and Address<br>BRUBAKER AND ASSOCIATES INC<br>PO BOX 412000<br>ST LOUIS MO 63141-2000 | Docketed Total | | $2,370.34 | | Modified Total | | $2,370.34 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$2,370.34<br>$2,370.34 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$2,370.34<br>$2,370.34 |
| Claim: 2249<br>Date Filed: 03/10/06<br>Docketed Total:   $71,960.60<br>Filing Creditor Name and Address<br> C&E SALES INC<br> C O SCOTT A LIBERMAN<br> 1 S MAIN ST STE 1700<br> DAYTON OH 45402 | Claim Holder Name and Address<br>C&E SALES INC<br>C O SCOTT A LIBERMAN<br>1 S MAIN ST STE 1700<br>DAYTON OH 45402 | Docketed Total | | $71,960.60 | | Modified Total | | $68,930.03 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$71,960.60<br>$71,960.60 | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$68,930.03<br>$68,930.03 |
| Claim: 9387<br>Date Filed: 07/11/06<br>Docketed Total:   $71,792.35<br>Filing Creditor Name and Address<br> CALVARY INDUSTRIES INC<br> C O RICHARD L FERRELL<br> TAFT STETTINIUS & HOLLISTER<br> LLP<br> 425 WALNUT ST STE 1800<br> CINCINNATI OH 45202 | Claim Holder Name and Address<br>CALVARY INDUSTRIES INC<br>C O RICHARD L FERRELL<br>TAFT STETTINIUS & HOLLISTER<br>LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | Docketed Total | | $71,792.35 | | Modified Total | | $59,826.96 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$71,792.35<br>$71,792.35 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$59,826.96<br>$59,826.96 |
| Claim: 16542<br>Date Filed: 02/13/07<br>Docketed Total:   $50,118.34<br>Filing Creditor Name and Address<br> CENTRAL CAROLINA PRODUCTS INC<br> 3250 W BIG BEAVER STE 429<br> TROY MI 48084 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $50,118.34 | | Modified Total | | $43,473.60 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$50,118.34<br>$50,118.34 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$43,473.60<br>$43,473.60 |

In re: Delphi Corporation, et al.                                                     Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15942<br>Date Filed: 08/09/06<br>Docketed Total:  $3,392.30<br>Filing Creditor Name and Address<br> CHEESEMAN<br> 2200 STATE ROUTE 119<br> FT RECOVERY OH 45846 | Claim Holder Name and Address<br>CHEESEMAN<br>2200 STATE ROUTE 119<br>FT RECOVERY OH 45846 | Docketed Total | $3,392.30 | | | Modified Total | $3,392.30 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,392.30<br>$3,392.30 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,392.30<br>$3,392.30 |
| Claim: 7767<br>Date Filed: 06/09/06<br>Docketed Total:  $106,977.00<br>Filing Creditor Name and Address<br> CIRQIT<br> 100 SOUTH JEFFERSON RD 3RD FL<br> WHIPPANY NJ 07981 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | $106,977.00 | | | Modified Total | $102,054.50 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$106,977.00<br><br>$106,977.00 | Case Number*<br>05-44612<br>05-44640 | Secured | Priority | Unsecured<br>$6,769.56<br>$95,284.94<br>$102,054.50 |
| Claim: 7624<br>Date Filed: 06/08/06<br>Docketed Total:  $22,307.18<br>Filing Creditor Name and Address<br> CITY OF VANDALIA<br> 333 JAMES E BOHANAN DR<br> VANDALIA OH 45377 | Claim Holder Name and Address<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN DR<br>VANDALIA OH 45377 | Docketed Total | $22,307.18 | | | Modified Total | $22,307.18 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$22,307.18<br>$22,307.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,307.18<br>$22,307.18 |
| Claim: 2339<br>Date Filed: 03/20/06<br>Docketed Total:  $63,642.38<br>Filing Creditor Name and Address<br> CONESTOGA ROVERS & ASSOCIATES<br> INC<br> 2055 NIAGARA FALLS BLVD STE 3<br> NIAGARA FALLS NY 14304 | Claim Holder Name and Address<br>CONESTOGA ROVERS & ASSOCIATES INC<br>2055 NIAGARA FALLS BLVD STE 3<br>NIAGARA FALLS NY 14304 | Docketed Total | $63,642.38 | | | Modified Total | $56,221.90 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$63,642.38<br><br>$63,642.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$56,221.90<br><br>$56,221.90 |

In re: Delphi Corporation, et al.

Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | | | | Modified Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 9079<br>Date Filed:07/06/06<br>Docketed Total:   $129,383.00<br>Filing Creditor Name and Address<br> CONTI TECH ELASTOMER COATINGS<br> DANIEL FELDEN<br> CONTINENTAL AG<br> STRAWINSKYLAAN 3111 6TH FL<br> AMSTERDAM  1077ZX<br> NETHERLANDS | LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | $129,383.00 | | | | | | | | $117,611.00 |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $129,383.00 | | Case Number* 05-44640 | Secured | Priority | Unsecured $117,611.00 | |
| | | | | $129,383.00 | | | | | $117,611.00 | |

| Claim: 9795<br>Date Filed:07/18/06<br>Docketed Total:   $134,225.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF KARDEX SYSTEMS INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>KARDEX SYSTEMS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | Docketed Total $134,225.00 | | | | | Modified Total $118,225.00 | | | |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $134,225.00 | | Case Number* 05-44640 | Secured | Priority | Unsecured $118,225.00 | |
| | | | | $134,225.00 | | | | | $118,225.00 | |

| Claim: 7507<br>Date Filed:06/05/06<br>Docketed Total:   $12,274.00<br>Filing Creditor Name and Address<br> CONTROL GAGING INC EFT<br> ADDRESS FROM CSIDS 8 95<br> 5200 VENTURE DR<br> ANN ARBOR MI 48108-9561 | CONTROL GAGING INC EFT<br>ADDRESS FROM CSIDS 8 95<br>5200 VENTURE DR<br>ANN ARBOR MI 48108-9561 | Docketed Total $12,274.00 | | | | | Modified Total $12,274.00 | | | |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $12,274.00 | | Case Number* 05-44640 | Secured | Priority | Unsecured $12,274.00 | |
| | | | | $12,274.00 | | | | | $12,274.00 | |

| Claim: 4163<br>Date Filed:05/01/06<br>Docketed Total:   $11,353.00<br>Filing Creditor Name and Address<br> CORROSION FLUID PRODUCTS CORP<br> 24450 INDOPLEX CIRCLE<br> FARMINGTON HILLS MI 48335-2526 | CORROSION FLUID PRODUCTS CORP<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48335-2526 | Docketed Total $11,353.00 | | | | | Modified Total $11,353.00 | | | |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $11,353.00 | | Case Number* 05-44640 | Secured | Priority | Unsecured $11,353.00 | |
| | | | | $11,353.00 | | | | | $11,353.00 | |

*See Exhibit F for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                          Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | | | Modified Total | |
|---|---|---|---|---|---|---|---|
| Claim: 14179<br>Date Filed:07/31/06<br>Docketed Total:  $263,559.79<br>Filing Creditor Name and Address<br> COVINGTON & BURLING<br> SUSAN POWER JOHNSTON<br> 1330 AVENUE OF THE AMERICAS<br> NEW YORK NY 10019 | COVINGTON & BURLING<br>SUSAN POWER JOHNSTON<br>1330 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | Docketed Total | $263,559.79 | | | Modified Total | $263,559.79 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $263,559.79<br>$263,559.79 | 05-44640 | | | $263,559.79<br>$263,559.79 |

In re: Delphi Corporation, et al.                                                                          Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14179**
Date Filed:07/31/06
Docketed Total:  $263,559.79
Filing Creditor Name and Address
 COVINGTON & BURLING
 SUSAN POWER JOHNSTON
 1330 AVENUE OF THE AMERICAS
 NEW YORK NY 10019

Claim Holder Name and Address — COVINGTON & BURLING, SUSAN POWER JOHNSTON, 1330 AVENUE OF THE AMERICAS, NEW YORK NY 10019 — Docketed Total $263,559.79

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $263,559.79 | 05-44640 | | | $263,559.79 |
| | | | $263,559.79 | | | | $263,559.79 |

Modified Total $263,559.79

---

**Claim: 1936**
Date Filed:02/09/06
Docketed Total:  $71,393.25
Filing Creditor Name and Address
 CREATIVE FOAM CORPORATION
 300 N ALLOY DR
 FENTON MI 48430

Claim Holder Name and Address — REDROCK CAPITAL PARTNERS LLC, 111 S MAIN ST STE C11, PO BOX 9095, BRECKENRIDGE CO 80424 — Docketed Total $71,393.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $71,393.25 | 05-44640 | | | $69,868.25 |
| | | | $71,393.25 | | | | $69,868.25 |

Modified Total $69,868.25

---

**Claim: 10190**
Date Filed:07/21/06
Docketed Total:  $54,256.58
Filing Creditor Name and Address
 D A INC
 101 QUALITY CT
 CHARLESTOWN IN 47111-114

Claim Holder Name and Address — D A INC, 101 QUALITY CT, CHARLESTOWN IN 47111-114 — Docketed Total $54,256.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,256.58 | 05-44640 | | | $54,256.58 |
| | | | $54,256.58 | | | | $54,256.58 |

Modified Total $54,256.58

---

**Claim: 8984**
Date Filed:07/05/06
Docketed Total:  $7,329.10
Filing Creditor Name and Address
 DAYTON PRECISION PUNCH INC
 4900  N WEBSTER ST
 DAYTON OH 45414

Claim Holder Name and Address — DAYTON PRECISION PUNCH INC, 4900  N WEBSTER ST, DAYTON OH 45414 — Docketed Total $7,329.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,329.10 | 05-44640 | | | $7,098.10 |
| | | | $7,329.10 | | | | $7,098.10 |

Modified Total $7,098.10

---

In re: Delphi Corporation, et al.                                        Seventeenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1018<br>Date Filed: 12/05/05<br>Docketed Total:  $103.24<br>Filing Creditor Name and Address<br> DEK INTERNATIONAL GMBH<br> ATTN RAJ LAKHOTIA<br> 2225 RINGWOOD AVE<br> SAN JOSE CA 95131 | Claim Holder Name and Address<br>DEK INTERNATIONAL GMBH<br>ATTN RAJ LAKHOTIA<br>2225 RINGWOOD AVE<br>SAN JOSE CA 95131 | Docketed Total | | $103.24 | Modified Total | | | $103.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$103.24<br>$103.24 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$103.24<br>$103.24 |
| Claim: 1019<br>Date Filed: 12/05/05<br>Docketed Total:  $740.57<br>Filing Creditor Name and Address<br> DEK INTERNATIONAL GMBH<br> ATTN RAJ LAKHOTIA<br> 2225 RINGWOOD AVE<br> SAN JOSE CA 95131 | Claim Holder Name and Address<br>DEK INTERNATIONAL GMBH<br>ATTN RAJ LAKHOTIA<br>2225 RINGWOOD AVE<br>SAN JOSE CA 95131 | Docketed Total | | $740.57 | Modified Total | | | $740.57 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$740.57<br>$740.57 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$740.57<br>$740.57 |
| Claim: 7343<br>Date Filed: 06/02/06<br>Docketed Total:  $59,296.80<br>Filing Creditor Name and Address<br> DOW CORNING CORP<br> ATTN TAMMY GROVE CO1222<br> 2200 W SALZBURG RD<br> MIDLAND MI 48686 | Claim Holder Name and Address<br>DOW CORNING CORP<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Docketed Total | | $59,296.80 | Modified Total | | | $57,946.80 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$59,296.80<br>$59,296.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$57,946.80<br>$57,946.80 |
| Claim: 7341<br>Date Filed: 06/02/06<br>Docketed Total:  $34,468.09<br>Filing Creditor Name and Address<br> DOW CORNING CORPORATION<br> ATTN TAMMY GROVE CO1222<br> 2200 W SALZBURG RD<br> MIDLAND MI 48686 | Claim Holder Name and Address<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Docketed Total | | $34,468.09 | Modified Total | | | $34,320.46 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$34,468.09<br>$34,468.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$34,320.46<br>$34,320.46 |

*See Exhibit F for a listing of debtor entities by case number                Page:   12 of 35

In re: Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 11936<br>Date Filed:07/28/06<br>Docketed Total:  $304,267.04<br>Filing Creditor Name and Address<br> DOWTY ORINGS NORTH AMERICA EFT<br> AKA DOWTY POLYMERS INC<br> PO BOX 905665<br> CHARLOTTE NC 28290-5665 | Claim Holder Name and Address<br>DOWTY ORINGS NORTH AMERICA EFT<br>AKA DOWTY POLYMERS INC<br>PO BOX 905665<br>CHARLOTTE NC 28290-5665 | Docketed Total | $304,267.04 | | Modified Total | | $265,906.08 |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $304,267.04 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $265,906.08 |
| | | | | $304,267.04 | | | | $265,906.08 |
| Claim: 2039<br>Date Filed:02/16/06<br>Docketed Total:  $432,071.89<br>Filing Creditor Name and Address<br> DUNCAN EQUIPMENT CO<br> 3450 S MACARTHUR BLVD<br> OKLAHOMA CITY OK 73179-7638 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $432,071.89 | | Modified Total | | $432,071.89 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $432,071.89 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $432,071.89 |
| | | | | $432,071.89 | | | | $432,071.89 |
| Claim: 8376<br>Date Filed:06/22/06<br>Docketed Total:  $131,187.07<br>Filing Creditor Name and Address<br> DYNACAST CANADA INC<br> C O JASON W HARBOUR ESQ<br> HUNTON & WILLIAMS LLC<br> RIVERFRONT PLZ EAST TOWER<br> 951 E BYRD ST<br> RICHMOND VA 23219 | Claim Holder Name and Address<br>DYNACAST CANADA INC<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND VA 23219 | Docketed Total | $131,187.07 | | Modified Total | | $119,048.56 |
| | **Case Number\*** 05-44640 | **Secured** $3,221.49 | **Priority** | **Unsecured** $127,965.58 | **Case Number\*** 05-44567<br>05-44640 | **Secured** | **Priority** | **Unsecured** $3,800.33<br>$115,248.23 |
| | | $3,221.49 | | $127,965.58 | | | | $119,048.56 |
| Claim: 10597<br>Date Filed:07/25/06<br>Docketed Total:  $2,419,203.01<br>Filing Creditor Name and Address<br> E I DU PONT DE NEMOURS AND<br> COMPANY DUPONT<br> ATTN SUSAN F HERR<br> DUPONT LEGAL D 4026<br> 1007 MARKET ST<br> WILMINGTON DE 19898 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>ATTN PAUL MALEK<br>590 MADISON AVE 9TH FL<br>NEW YORK NY 10022 | Docketed Total | $2,419,203.01 | | Modified Total | | $2,000,792.55 |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $2,419,203.01 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $2,000,792.55 |
| | | | | $2,419,203.01 | | | | $2,000,792.55 |

*See Exhibit F for a listing of debtor entities by case number                          Page:   13  of  35

In re: Delphi Corporation, et al.                                                      Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 16167<br>Date Filed:08/09/06<br>Docketed Total:   $4,901.89<br>Filing Creditor Name and Address<br> ECORSE MACHINERY SLS & RBLDRS<br> 75 SOUTHFIELD<br> ECORSE MI 48229-143 | Claim Holder Name and Address      Docketed Total      $4,901.89<br>ECORSE MACHINERY SLS & RBLDRS<br>75 SOUTHFIELD<br>ECORSE MI 48229-143<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                   $4,901.89<br>                                                          $4,901.89 | Modified Total      $2,694.50<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                   $2,694.50<br>                                                          $2,694.50 |
| Claim: 11238<br>Date Filed:07/26/06<br>Docketed Total:   $14,694.47<br>Filing Creditor Name and Address<br> ELSTON RICHARDS INC ELSTON<br> RICHARDS STORAGE CO<br> 3701 PATTERSON AVE SE<br> GRAND RAPIDS MI 49512 | Claim Holder Name and Address      Docketed Total      $14,694.47<br>ELSTON RICHARDS INC ELSTON RICHARDS<br>STORAGE CO<br>3701 PATTERSON AVE SE<br>GRAND RAPIDS MI 49512<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                   $14,694.47<br>                                                          $14,694.47 | Modified Total      $14,586.86<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                   $14,586.86<br>                                                          $14,586.86 |
| Claim: 1257<br>Date Filed:12/23/05<br>Docketed Total:   $6,768.18<br>Filing Creditor Name and Address<br> ENGEL CANADA INC<br> 545 ELMIRA RD<br> GUELPH ON N1K1C2<br> CANADA | Claim Holder Name and Address      Docketed Total      $6,768.18<br>ENGEL CANADA INC<br>545 ELMIRA RD<br>GUELPH ON N1K1C2<br>CANADA<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                   $6,768.18<br>                                                          $6,768.18 | Modified Total      $860.00<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                   $860.00<br>                                                          $860.00 |
| Claim: 2523<br>Date Filed:04/03/06<br>Docketed Total:   $179,246.02<br>Filing Creditor Name and Address<br> EQUITY CORPORATE HOUSING<br> JONATHAN W YOUNG & JEFFREY L<br> GANSBE<br> WILDMAN HARROLD ALLEN & DIXON<br> LLP<br> 225 W WACKER DR STE 3000<br> CHICAGO IL 60606 | Claim Holder Name and Address      Docketed Total      $179,246.02<br>EQUITY CORPORATE HOUSING<br>JONATHAN W YOUNG & JEFFREY L<br>GANSBE<br>WILDMAN HARROLD ALLEN & DIXON<br>LLP<br>225 W WACKER DR STE 3000<br>CHICAGO IL 60606<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640      $179,246.02<br>              $179,246.02 | Modified Total      $154,582.23<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                   $154,582.23<br>                                                          $154,582.23 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1933<br>Date Filed:02/09/06<br>Docketed Total:  $161,818.99<br>Filing Creditor Name and Address<br> EST TESTING SOLUTIONS<br> STEPHEN B GROW<br> WARNER NORCROSS & JUDD LLP<br> 111 LYON ST NW STE 900<br> GRAND RAPIDS MI 49503 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $161,818.99 | | Modified Total | | $138,463.99 |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $161,818.99 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $138,463.99 |
| | | | | $161,818.99 | | | | $138,463.99 |
| Claim: 16444<br>Date Filed:12/05/06<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address<br> EXPORT DEVELOPMENT CANADA EDC<br> EDC<br> 151 O CONNOR ST 18TH FL<br> OTTAWA ON K1A 1K3<br> CANADA | Claim Holder Name and Address<br>EXPORT DEVELOPMENT CANADA EDC<br>EDC<br>151 O CONNOR ST 18TH FL<br>OTTAWA ON K1A 1K3<br>CANADA | Docketed Total | | | | Modified Total | | $24,171.24 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $0.00 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $24,171.24 |
| | | | | | | | | $24,171.24 |
| Claim: 6024<br>Date Filed:05/16/06<br>Docketed Total:   $7,269.05<br>Filing Creditor Name and Address<br> FAUBER FREIGHTWAYS INC<br> 322 KALORAMA ST<br> STAUNTON VA 24401 | Claim Holder Name and Address<br>FAUBER FREIGHTWAYS INC<br>322 KALORAMA ST<br>STAUNTON VA 24401 | Docketed Total | | $7,269.05 | | Modified Total | | $5,298.94 |
| | **Case Number\*** 05-44482 | **Secured** | **Priority** | **Unsecured** $7,269.05 | **Case Number\*** 05-44482 | **Secured** | **Priority** | **Unsecured** $5,298.94 |
| | | | | $7,269.05 | | | | $5,298.94 |
| Claim: 9051<br>Date Filed:07/06/06<br>Docketed Total:   $539.62<br>Filing Creditor Name and Address<br> FEDEX KINKOS<br> CUSTOMER ADMINISTRATIVE<br> SERVICES<br> PO BOX 262682<br> PLANO TX 75026-2682 | Claim Holder Name and Address<br>FEDEX KINKOS<br>CUSTOMER ADMINISTRATIVE<br>SERVICES<br>PO BOX 262682<br>PLANO TX 75026-2682 | Docketed Total | | $539.62 | | Modified Total | | $358.12 |
| | **Case Number\*** 05-47474 | **Secured** | **Priority** | **Unsecured** $539.62 | **Case Number\*** 05-47474 | **Secured** | **Priority** | **Unsecured** $358.12 |
| | | | | $539.62 | | | | $358.12 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 9951**<br>Date Filed:07/19/06<br>Docketed Total:  $79,244.79<br>Filing Creditor Name and Address<br>  FERRO ELECTRONIC MATERIALS<br>  FERRO CORPORATION<br>  1000 LAKESIDE AVE<br>  CLEVELAND OH 44114 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $79,244.79 | | Modified Total | | $59,881.66 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$79,244.79<br>$79,244.79 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$59,881.66<br>$59,881.66 |
| **Claim: 2342**<br>Date Filed:03/20/06<br>Docketed Total:  $2,801,641.96<br>Filing Creditor Name and Address<br>  FIRSTENERGY SOLUTIONS CORP<br>  BANKRUPTCY ANALYST<br>  395 GHENT RD<br>  AKRON OH 44333 | Claim Holder Name and Address<br>FIRSTENERGY SOLUTIONS CORP<br>BANKRUPTCY ANALYST<br>395 GHENT RD<br>AKRON OH 44333 | Docketed Total | | $2,801,641.96 | | Modified Total | | $508,267.41 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,801,641.96<br>$2,801,641.96 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$508,267.41<br>$508,267.41 |
| **Claim: 16511**<br>Date Filed:06/08/06<br>Docketed Total:  $59,175.40<br>Filing Creditor Name and Address<br>  FRAENKISCHE USA LP<br>  ATTN SIMONE KRAUS<br>  SMITH GAMBREIL & RUSSELL LLP<br>  1230 PEACHTREE ST NE<br>  PROMENADE II STE 3100<br>  ATLANTA GA 30309 | Claim Holder Name and Address<br>FRAENKISCHE USA LP<br>ATTN SIMONE KRAUS<br>SMITH GAMBREIL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA GA 30309 | Docketed Total | | $59,175.40 | | Modified Total | | $159.89 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$59,175.40<br>$59,175.40 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$159.89<br>$159.89 |
| **Claim: 10240**<br>Date Filed:07/21/06<br>Docketed Total:  $1,659.02<br>Filing Creditor Name and Address<br>  GE BETZ CANADA<br>  ATTN JOE HALSTEAD<br>  4636 SOMERTON RD<br>  TREVOSE PA 19053-6783 | Claim Holder Name and Address<br>GE BETZ CANADA<br>ATTN JOE HALSTEAD<br>4636 SOMERTON RD<br>TREVOSE PA 19053-6783 | Docketed Total | | $1,659.02 | | Modified Total | | $1,350.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,659.02<br>$1,659.02 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,350.00<br>$1,350.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   16 of 35

In re: Delphi Corporation, et al.

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10417<br>Date Filed:07/24/06<br>Docketed Total:  $156,408.67<br>Filing Creditor Name and Address<br> GE BETZ INC<br> 4636 SOMERTON RD<br> TREVOSE PA 19053 | Claim Holder Name and Address<br>GE BETZ INC<br>4636 SOMERTON RD<br>TREVOSE PA 19053 | Docketed Total | | $156,408.67 | | Modified Total | | $75,775.47 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$156,408.67<br>$156,408.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$75,775.47<br>$75,775.47 |
| Claim: 2022<br>Date Filed:02/14/06<br>Docketed Total:  $4,031.99<br>Filing Creditor Name and Address<br> GRAYBAR ELECTRIC CO INC<br> PO BOX 14368<br> WEST ALLIS WI 53214 | Claim Holder Name and Address<br>GRAYBAR ELECTRIC CO INC<br>PO BOX 14368<br>WEST ALLIS WI 53214 | Docketed Total | | $4,031.99 | | Modified Total | | $4,031.99 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,031.99<br>$4,031.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,031.99<br>$4,031.99 |
| Claim: 9466<br>Date Filed:07/13/06<br>Docketed Total:  $2,114,936.05<br>Filing Creditor Name and Address<br> HARCO BRAKE SYSTEMS INC<br> PO BOX 326<br> ENGLEWOOD OH 45322 | Claim Holder Name and Address<br>HARCO BRAKE SYSTEMS INC<br>PO BOX 326<br>ENGLEWOOD OH 45322 | Docketed Total | | $2,114,936.05 | | Modified Total | $2,099,080.09 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,114,936.05<br>$2,114,936.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,099,080.09<br>$2,099,080.09 |
| Claim: 7562<br>Date Filed:06/06/06<br>Docketed Total:  $136,961.01<br>Filing Creditor Name and Address<br> HELLA FAHRZEUGKOMPONENTEN GMBH<br> MR GERD GUENTHER<br> DORTMUNDER STR 5<br> BREMEN  28199<br> GERMANY | Claim Holder Name and Address<br>HELLA FAHRZEUGKOMPONENTEN GMBH<br>MR GERD GUENTHER<br>DORTMUNDER STR 5<br>BREMEN  28199<br>GERMANY | Docketed Total | | $136,961.01 | | Modified Total | | $107,909.88 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$136,961.01<br>$136,961.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107,909.88<br>$107,909.88 |

*See Exhibit F for a listing of debtor entities by case number          Page:   17 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 9012**
Date Filed: 07/05/06
Docketed Total:   $17,885.47
Filing Creditor Name and Address
  HELLA INC
  PO BOX 2665
  PEACHTREE GA 30269

Claim Holder Name and Address    Docketed Total    $17,885.47
HELLA INC
PO BOX 2665
PEACHTREE GA 30269

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $17,885.47 |
| | | | $17,885.47 |

Modified Total    $8,304.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $8,304.72 |
| | | | $8,304.72 |

---

**Claim: 9018**
Date Filed: 07/05/06
Docketed Total:   $49,357.60
Filing Creditor Name and Address
  HELLA INC
  201 KELLY DR
  PEACHTREE CITY GA 30214-114

Claim Holder Name and Address    Docketed Total    $49,357.60
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,357.60 |
| | | | $49,357.60 |

Modified Total    $49,357.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,357.60 |
| | | | $49,357.60 |

---

**Claim: 1739**
Date Filed: 01/31/06
Docketed Total:   $12,893.76
Filing Creditor Name and Address
  HELLA INNENLEUCHTEN SYSTEME
  GMBH
  MRS MELANIE RENNER
  MAIENBUHLSTRASSE 7
  WEMBACH  79677
  GERMANY

Claim Holder Name and Address    Docketed Total    $12,893.76
HELLA INNENLEUCHTEN SYSTEME GMBH
MRS MELANIE RENNER
MAIENBUHLSTRASSE 7
WEMBACH  79677
GERMANY

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,893.76 |
| | | | $12,893.76 |

Modified Total    $12,893.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,893.76 |
| | | | $12,893.76 |

---

**Claim: 1537**
Date Filed: 01/13/06
Docketed Total:   $64,733.76
Filing Creditor Name and Address
  HELLA KGAA HUECK & CO
  MR BERNHARD LICHTENAUER
  RIXBECKER STR 75
  LIPPSTRADT  59552
  GERMANY

Claim Holder Name and Address    Docketed Total    $64,733.76
HELLA KGAA HUECK & CO
MR BERNHARD LICHTENAUER
RIXBECKER STR 75
LIPPSTRADT  59552
GERMANY

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $64,733.76 |
| | | | $64,733.76 |

Modified Total    $59,754.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,754.24 |
| | | | $59,754.24 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4584<br>Date Filed: 05/04/06<br>Docketed Total:  $2,307.10<br>Filing Creditor Name and Address<br> HELM INSTRUMENT CO INC<br> 361 W DUSSEL DR<br> MAUMEE OH 43537 | Claim Holder Name and Address     Docketed Total     $2,307.10<br>HELM INSTRUMENT CO INC<br>361 W DUSSEL DR<br>MAUMEE OH 43537 | | | | | | Modified Total     $260.00 | |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $2,307.10 $2,307.10 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $260.00 $260.00 |
| Claim: 1715<br>Date Filed: 01/30/06<br>Docketed Total:  $127,058.35<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address     Docketed Total     $127,058.35<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | | | | | | Modified Total     $92,916.58 | |
| | **Case Number\*** 05-44596 | **Secured** | **Priority** | **Unsecured** $127,058.35 $127,058.35 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $92,916.58 $92,916.58 |
| Claim: 15964<br>Date Filed: 08/01/06<br>Docketed Total:  $38,367.34<br>Filing Creditor Name and Address<br> HERITAGE INTERACTIVE SERVICES<br> LLC<br> MATTHEW M PRICE<br> 10 W MARKET ST<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address     Docketed Total     $38,367.34<br>HERITAGE INTERACTIVE SERVICES LLC<br>MATTHEW M PRICE<br>10 W MARKET ST<br>INDIANAPOLIS IN 46204 | | | | | | Modified Total     $36,951.86 | |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $38,367.34 $38,367.34 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $36,951.86 $36,951.86 |
| Claim: 5566<br>Date Filed: 05/10/06<br>Docketed Total:  $517.25<br>Filing Creditor Name and Address<br> HOBART CORP<br> A DIVISION OF ITW FORD<br> EQUIPMENT GR<br> ATTN ANITA CLUTTER<br> 701 S RIDGE AVE<br> TROY OH 45374-0001 | Claim Holder Name and Address     Docketed Total     $517.25<br>HOBART CORP<br>A DIVISION OF ITW FORD<br>EQUIPMENT GR<br>ATTN ANITA CLUTTER<br>701 S RIDGE AVE<br>TROY OH 45374-0001 | | | | | | Modified Total     $517.25 | |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $517.25 $517.25 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $517.25 $517.25 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4948<br>Date Filed:05/05/06<br>Docketed Total:  $32,826.02<br>Filing Creditor Name and Address<br> HOLT COMPANY OF OHIO INC<br> OHIO CAT<br> 3993 E ROYALTON RD<br> BROADVIEW HTS OH 44147 | Claim Holder Name and Address<br>HOLT COMPANY OF OHIO INC<br>OHIO CAT<br>3993 E ROYALTON RD<br>BROADVIEW HTS OH 44147 | Docketed Total | | $32,826.02 | | Modified Total | | $32,826.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,826.02<br>$32,826.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,826.02<br>$32,826.02 |
| Claim: 6087<br>Date Filed:05/16/06<br>Docketed Total:  $7,337.30<br>Filing Creditor Name and Address<br> HOVER DAVIS INC<br> 100 PARAGON DR<br> ROCHESTER NY 14624 | Claim Holder Name and Address<br>HOVER DAVIS INC<br>100 PARAGON DR<br>ROCHESTER NY 14624 | Docketed Total | | $7,337.30 | | Modified Total | | $7,337.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,337.30<br>$7,337.30 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,337.30<br>$7,337.30 |
| Claim: 2041<br>Date Filed:02/16/06<br>Docketed Total:  $52,428.91<br>Filing Creditor Name and Address<br> HUSKY INJECTION MOLDING<br> SYSTEMS<br> 55 AMHERST VILLA RD<br> BUFFALO NY 14225-1432 | Claim Holder Name and Address<br>HUSKY INJECTION MOLDING SYSTEMS<br>55 AMHERST VILLA RD<br>BUFFALO NY 14225-1432 | Docketed Total | | $52,428.91 | | Modified Total | | $40,505.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$52,428.91<br>$52,428.91 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,505.07<br>$40,505.07 |
| Claim: 660<br>Date Filed:11/18/05<br>Docketed Total:  $300,000.00<br>Filing Creditor Name and Address<br> HYUNDAI LCD AMERICA AKA<br> HYUNDAI DISPLAY TECHNOLOGY<br> 3101 N FIRST ST<br> SAN JOSE CA 95134 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $300,000.00 | | Modified Total | | $236,962.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$300,000.00<br>$300,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$236,962.75<br>$236,962.75 |

*See Exhibit F for a listing of debtor entities by case number                Page:   20 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6927<br>Date Filed:05/26/06<br>Docketed Total:   $723.66<br>Filing Creditor Name and Address<br> IBT INC<br> PO BOX 2982<br> SHAWNEE MISSION KS 66201 | Claim Holder Name and Address<br>IBT INC<br>PO BOX 2982<br>SHAWNEE MISSION KS 66201 | Docketed Total | | $723.66 | | Modified Total | | $356.63 |
| | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$723.66<br>$723.66 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$356.63<br>$356.63 |
| Claim: 6285<br>Date Filed:05/18/06<br>Docketed Total:   $139,466.95<br>Filing Creditor Name and Address<br> IFCO SYSTEMS NA<br> ATTN CHRIS TIESMAN<br> 6829 FLINTLOCK RD<br> HOUSTON TX 77040 | Claim Holder Name and Address<br>IFCO SYSTEMS NA<br>ATTN CHRIS TIESMAN<br>6829 FLINTLOCK RD<br>HOUSTON TX 77040 | Docketed Total | | $139,466.95 | | Modified Total | | $123,393.30 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$139,466.95<br>$139,466.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$123,393.30<br>$123,393.30 |
| Claim: 1660<br>Date Filed:01/24/06<br>Docketed Total:   $291,924.71<br>Filing Creditor Name and Address<br> IKON FINANCIAL SERVICES<br> BANKRUPTCY ADMINISTRATION<br> PO BOX 13708<br> MACON GA 31208 | Claim Holder Name and Address<br>IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208 | Docketed Total | | $291,924.71 | | Modified Total | | $5,306.51 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$291,924.71<br>$291,924.71 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,306.51<br>$5,306.51 |
| Claim: 2<br>Date Filed:10/12/05<br>Docketed Total:   $70,507.34<br>Filing Creditor Name and Address<br> ITW THIELEX<br> TERRI WHITE<br> 95 COMMERCE DR<br> SOMERSET NJ 08873 | Claim Holder Name and Address<br>ITW THIELEX<br>TERRI WHITE<br>95 COMMERCE DR<br>SOMERSET NJ 08873 | Docketed Total | | $70,507.34 | | Modified Total | | $63,612.57 |
| | Case Number*<br>05-44481 | Secured<br>$70,507.34<br>$70,507.34 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$63,612.57<br>$63,612.57 |

*See Exhibit F for a listing of debtor entities by case number                Page:   21 of 35

In re: Delphi Corporation, et al.                                                      Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8010**
Date Filed: 06/15/06
Docketed Total:  $48,416.72
Filing Creditor Name and Address
  JAMESTOWN PLASTICS INC
  8806 HIGHLAND AVE
  BROCTON NY 14716

Claim Holder Name and Address
JAMESTOWN PLASTICS INC
8806 HIGHLAND AVE
BROCTON NY 14716

Docketed Total  $48,416.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,416.72 |
| | | | $48,416.72 |

Modified Total  $44,188.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,188.45 |
| | | | $44,188.45 |

---

**Claim: 1637**
Date Filed: 01/25/06
Docketed Total:  $177,081.16
Filing Creditor Name and Address
  JASCO TOOLS INC
  ATTN DIANE SIMON CFO
  1390 MOUNT READ BLVD
  ROCHESTER NY 14606

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

Docketed Total  $177,081.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $177,081.16 |
| | | | $177,081.16 |

Modified Total  $159,771.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $159,771.16 |
| | | | $159,771.16 |

---

**Claim: 4446**
Date Filed: 05/02/06
Docketed Total:  $27,790.40
Filing Creditor Name and Address
  KADDIS MANUFACTURING
  CORPORATION
  KIMBERLY SICKLES
  1100 BEACHAN RD
  PO BOX 92985
  ROCHESTER NY 14692

Claim Holder Name and Address
KADDIS MANUFACTURING CORPORATION
KIMBERLY SICKLES
1100 BEACHAN RD
PO BOX 92985
ROCHESTER NY 14692

Docketed Total  $27,790.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,790.40 |
| | | | $27,790.40 |

Modified Total  $26,411.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,411.27 |
| | | | $26,411.27 |

---

**Claim: 3329**
Date Filed: 04/28/06
Docketed Total:  $39,078.76
Filing Creditor Name and Address
  KENTUCKY AIR TOOL
  JIM OR RICKY
  3600 CHAMBERLAIN LN
  STE 616
  LOUISVILLE KY 40241

Claim Holder Name and Address
KENTUCKY AIR TOOL
JIM OR RICKY
3600 CHAMBERLAIN LN
STE 616
LOUISVILLE KY 40241

Docketed Total  $39,078.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $39,078.76 |
| | | | $39,078.76 |

Modified Total  $37,155.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,155.47 |
| | | | $37,155.47 |

---

*See Exhibit F for a listing of debtor entities by case number                Page:   22 of 35

In re: Delphi Corporation, et al.                                          Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4670<br>Date Filed:05/04/06<br>Docketed Total:  $75.50<br>Filing Creditor Name and Address<br>  KLAPEC TRUCKING CO INC<br>  PO BOX 1278<br>  OIL CITY PA 16301 | Claim Holder Name and Address<br>KLAPEC TRUCKING CO INC<br>PO BOX 1278<br>OIL CITY PA 16301 | Docketed Total | | $75.50 | | Modified Total | | $75.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$75.50<br>$75.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$75.50<br>$75.50 |
| Claim: 1987<br>Date Filed:02/14/06<br>Docketed Total:   $249,500.00<br>Filing Creditor Name and Address<br>  KOKUSAI INC<br>  8102 WOODLAND DR<br>  INDIANAPOLIS IN 46278 | Claim Holder Name and Address<br>KOKUSAI INC<br>8102 WOODLAND DR<br>INDIANAPOLIS IN 46278 | Docketed Total | | $249,500.00 | | Modified Total | | $200,350.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$249,500.00<br>$249,500.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$200,350.00<br>$200,350.00 |
| Claim: 2150<br>Date Filed:02/28/06<br>Docketed Total:   $10,884.57<br>Filing Creditor Name and Address<br>  KOM LAMB INC<br>  355 COMMERCE DR<br>  AMHERST NY 14228 | Claim Holder Name and Address<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST NY 14228 | Docketed Total | | $10,884.57 | | Modified Total | | $9,307.57 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,884.57<br>$10,884.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,307.57<br>$9,307.57 |
| Claim: 4273<br>Date Filed:05/01/06<br>Docketed Total:   $14,681.25<br>Filing Creditor Name and Address<br>  KOYO MACHINERY USA INC<br>  14878 GALLEON CT<br>  PLYMOUTH MI 48170 | Claim Holder Name and Address<br>KOYO MACHINERY USA INC<br>14878 GALLEON CT<br>PLYMOUTH MI 48170 | Docketed Total | | $14,681.25 | | Modified Total | | $5,431.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,681.25<br>$14,681.25 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,431.25<br>$5,431.25 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2145<br>Date Filed:02/28/06<br>Docketed Total:  $407,503.38<br>Filing Creditor Name and Address<br>  KULICKE AND SOFFA INDUSTRIES<br>  INC<br>  ROBERT F AMWEG<br>  1005 VIRGINIA DR<br>  FORT WASHINGTON PA 19034 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | | $407,503.38 | | Modified Total | | $179,076.42 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$407,503.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$179,076.42 |
| | | | | $407,503.38 | | | | $179,076.42 |
| Claim: 15926<br>Date Filed:07/26/06<br>Docketed Total:  $404,986.61<br>Filing Creditor Name and Address<br>  M A COM INC<br>  GEORGE D NAGLE JR CREDIT MGR<br>  PO BOX 3608 MS38 26<br>  HARRISBURG PA 17105 | Claim Holder Name and Address<br>M A COM INC<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS38 26<br>HARRISBURG PA 17105 | Docketed Total | | $404,986.61 | | Modified Total | | $270,821.26 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$404,986.61<br>$404,986.61 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$270,821.26<br>$270,821.26 |
| Claim: 8791<br>Date Filed:06/30/06<br>Docketed Total:  $9,790.00<br>Filing Creditor Name and Address<br>  MASTERS TOOL & DIE INC<br>  4485 MARLEA DR<br>  SAGINAW MI 48601-7230 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $9,790.00 | | Modified Total | | $6,290.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,790.00<br>$9,790.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,290.00<br>$6,290.00 |
| Claim: 11540<br>Date Filed:07/27/06<br>Docketed Total:  $36,848.11<br>Filing Creditor Name and Address<br>  MC ALPIN INDUSTRIES INC<br>  255 HOLLENBECK ST<br>  ROCHESTER NY 14621 | Claim Holder Name and Address<br>MC ALPIN INDUSTRIES INC<br>255 HOLLENBECK ST<br>ROCHESTER NY 14621 | Docketed Total | | $36,848.11 | | Modified Total | | $27,156.01 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$36,848.11<br>$36,848.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$27,156.01<br>$27,156.01 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2709**
Date Filed: 04/05/06
Docketed Total:   $33,544.10
Filing Creditor Name and Address
  METAL POWDER PRODUCTS COMPANY
  STEVEN KAHN DIRECTOR OF
  PURCHASING
  17005 A WESTFIELD PARK RD
  WESTFIELD IN 46074-9373

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total    $33,544.10      Modified Total    $33,544.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $33,544.10 | 05-44640 | | | $33,544.10 |
| | | | $33,544.10 | | | | $33,544.10 |

**Claim: 2711**
Date Filed: 04/05/06
Docketed Total:   $15,750.00
Filing Creditor Name and Address
  METAL POWDER PRODUCTS COMPANY
  STEVEN KAHN DIRECTOR OF
  PURCHASING
  17005 A WESTFIELD PARK RD
  WESTFIELD IN 46074-9373

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total    $15,750.00      Modified Total    $14,070.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $15,750.00 | 05-44640 | | | $14,070.00 |
| | | | $15,750.00 | | | | $14,070.00 |

**Claim: 2712**
Date Filed: 04/05/06
Docketed Total:   $26,184.00
Filing Creditor Name and Address
  METAL POWDER PRODUCTS COMPANY
  STEVEN KAHN DIRECTOR OF
  PURCHASING
  17005 A WESTFIELD PARK RD
  WESTFIELD IN 46074-9373

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total    $26,184.00      Modified Total    $20,104.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $26,184.00 | 05-44640 | | | $20,104.03 |
| | | | $26,184.00 | | | | $20,104.03 |

**Claim: 15333**
Date Filed: 07/31/06
Docketed Total:   $34,323.80
Filing Creditor Name and Address
  MILLER TOOL & DIE CO
  LYNN M BRIMER
  STROBL & SHARP PC
  300 E LONG LAKE RD STE 200
  BLOOMFIELD HILLS MI 48304

Claim Holder Name and Address
MILLER TOOL & DIE CO
LYNN M BRIMER
STROBL & SHARP PC
300 E LONG LAKE RD STE 200
BLOOMFIELD HILLS MI 48304

Docketed Total    $34,323.80      Modified Total    $27,103.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $34,323.80 | | | 05-44640 | | | $27,103.80 |
| | $34,323.80 | | | | | | $27,103.80 |

In re: Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3873<br>Date Filed:05/01/06<br>Docketed Total:  $1,491.09<br>Filing Creditor Name and Address<br> MOSIER AUTOMATION KOK<br> STEVE COOPER<br> 9851 PK DAVIS RD<br> INDIANAPOLIS IN 46235 | Claim Holder Name and Address<br>MOSIER AUTOMATION KOK<br>STEVE COOPER<br>9851 PK DAVIS RD<br>INDIANAPOLIS IN 46235 | Docketed Total | | $1,491.09 | Modified Total | | | $919.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,491.09<br>$1,491.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$919.48<br>$919.48 |
| Claim: 10231<br>Date Filed:07/21/06<br>Docketed Total:  $6,132.75<br>Filing Creditor Name and Address<br> MOTION INDUSTRIES INC<br> KIMBERLY J ROBINSON<br> BARACK FERRAZZANO KIRSCHBAUM<br> PERLMA<br> 333 W WACKER DR STE 2700<br> CHICAGO IL 60606-1227 | Claim Holder Name and Address<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARACK FERRAZZANO KIRSCHBAUM<br>PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227 | Docketed Total | | $6,132.75 | Modified Total | | | $6,132.75 |
| | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$6,132.75<br>$6,132.75 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$6,132.75<br>$6,132.75 |
| Claim: 10232<br>Date Filed:07/21/06<br>Docketed Total:  $108,287.35<br>Filing Creditor Name and Address<br> MOTION INDUSTRIES INC<br> KIMBERLY J ROBINSON<br> BARRACK FERRAZZANO KIRSCHBAUM<br> PERIM<br> 333 W WACKER DR STE 2700<br> CHICAGO IL 60606-1227 | Claim Holder Name and Address<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM<br>PERIM<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227 | Docketed Total | | $108,287.35 | Modified Total | | | $108,287.35 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$108,287.35<br>$108,287.35 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$108,287.35<br>$108,287.35 |
| Claim: 2643<br>Date Filed:04/13/06<br>Docketed Total:  $12,800.00<br>Filing Creditor Name and Address<br> NAGEL & SHIPPERS PRODUCTS &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>NAGEL & SHIPPERS PRODUCTS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | Docketed Total | | $12,800.00 | Modified Total | | | $12,800.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,800.00<br>$12,800.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,800.00<br>$12,800.00 |

*See Exhibit F for a listing of debtor entities by case number                           Page:   26 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2735<br>Date Filed: 04/24/06<br>Docketed Total:  $3,702.30<br>Filing Creditor Name and Address<br> NEW ENGLAND ELECTRIC WIRE &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address     Docketed Total     $3,702.30<br>NEW ENGLAND ELECTRIC WIRE & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | Modified Total     $2,816.47 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $3,702.30<br>$3,702.30 | 05-44640 | | | $2,816.47<br>$2,816.47 |
| Claim: 2097<br>Date Filed: 02/22/06<br>Docketed Total:  $154,620.81<br>Filing Creditor Name and Address<br> NOVELLUS SYSTEMS INC<br> ATTN PHYLLIS MILLER<br> 4000 N 1ST ST<br> SAN JOSE CA 95134 | Claim Holder Name and Address     Docketed Total     $154,620.81<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>CO STONEHILL CAPITAL<br>MANAGEMENT<br>885 THIRD AVE 30TH FL<br>NEW YORK NY 10022 | | | | Modified Total     $73,558.50 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $154,620.81<br>$154,620.81 | 05-44640 | | | $73,558.50<br>$73,558.50 |
| Claim: 12181<br>Date Filed: 07/28/06<br>Docketed Total:  $774,413.31<br>Filing Creditor Name and Address<br> OHIO EDISON COMPANY<br> BANKRUPTCY DEPT<br> 6896 MILLER RD RM 204<br> BRECKSVILLE OH 44141 | Claim Holder Name and Address     Docketed Total     $774,413.31<br>OHIO EDISON COMPANY<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILLE OH 44141 | | | | Modified Total     $589,907.30 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $774,413.31<br>$774,413.31 | 05-44640 | | | $589,907.30<br>$589,907.30 |
| Claim: 16348<br>Date Filed: 10/03/06<br>Docketed Total:  $183,291.76<br>Filing Creditor Name and Address<br> PARKER HANNIFIN CORPORATION<br> 6035 PARKLAND BLVD<br> CLEVELAND OH 44124 | Claim Holder Name and Address     Docketed Total     $183,291.76<br>PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124 | | | | Modified Total     $181,363.52 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $183,291.76<br>$183,291.76 | 05-44640 | | | $181,363.52<br>$181,363.52 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3302<br>Date Filed:04/28/06<br>Docketed Total:   $11,133.32<br>Filing Creditor Name and Address<br> PHOENIX PASSIVE COMPONENTS INC<br> 508 TWILIGHT TRAIL STE 204<br> RICHARDSON TX 75080 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $11,133.32 | | Modified Total | | $8,108.51 |
| | **Case Number\***<br>05-44640 | **Secured**<br>$11,133.32<br>$11,133.32 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$8,108.51<br>$8,108.51 |
| Claim: 12440<br>Date Filed:07/28/06<br>Docketed Total:   $24,423.64<br>Filing Creditor Name and Address<br> PLAINFIELD STAMPING TEXAS INC<br> PO BOX 265<br> PLAINFIELD IL 60544 | Claim Holder Name and Address<br>PLAINFIELD STAMPING TEXAS INC<br>PO BOX 265<br>PLAINFIELD IL 60544 | Docketed Total | | $24,423.64 | | Modified Total | | $19,804.00 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$24,423.64<br>$24,423.64 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$19,804.00<br>$19,804.00 |
| Claim: 2680<br>Date Filed:04/18/06<br>Docketed Total:   $111,073.70<br>Filing Creditor Name and Address<br> ROTHRIST TUBE INC<br> ATTN LINDA K BARR<br> NELSON MULLINS RILEY &<br> SCARBOROUGH<br> PO BOX 11070<br> COLUMBIA SC 29211-1070 | Claim Holder Name and Address<br>ROTHRIST TUBE INC<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070 | Docketed Total | | $111,073.70 | | Modified Total | | $100,896.19 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$111,073.70<br>$111,073.70 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$100,896.19<br>$100,896.19 |
| Claim: 10494<br>Date Filed:07/24/06<br>Docketed Total:   $198,263.50<br>Filing Creditor Name and Address<br> SAFETY COMPONENTS FABRIC EFT<br> TECHNOLOGIES INC<br> 30 EMERY ST<br> GREENVILLE SC 29605 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $198,263.50 | | Modified Total | | $198,263.50 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$85,477.80<br>$85,477.80 | **Unsecured**<br>$112,785.70<br>$112,785.70 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$198,263.50<br>$198,263.50 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12233<br>Date Filed:07/28/06<br>Docketed Total:   $1,204,932.14<br>Filing Creditor Name and Address<br> SAIA BURGESS AUTOMOTIVE INC<br> 303 GREGSON DR<br> CARY NC 27511 | Claim Holder Name and Address   Docketed Total   $175,000.00<br>SAIA BURGESS AUTOMOTIVE INC<br>303 GREGSON DR<br>CARY NC 27511<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $175,000.00 | | | | Modified Total   $0.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured | | | |
| | Claim Holder Name and Address   Docketed Total   $1,029,932.14<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $1,029,932.14<br>   $1,029,932.14 | | | | Modified Total   $1,029,932.14<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $1,029,932.14<br>   $1,029,932.14 | | | |
| Claim: 112<br>Date Filed:10/25/05<br>Docketed Total:   $57,501.00<br>Filing Creditor Name and Address<br> SANYO ELECTRONIC DEVICE USA<br> CORP<br> VICTORIA COMUNALE<br> 2055 SANYO AVE<br> SAN DIEGO CA 92154 | Claim Holder Name and Address   Docketed Total   $57,501.00<br>SANYO ELECTRONIC DEVICE USA CORP<br>VICTORIA COMUNALE<br>2055 SANYO AVE<br>SAN DIEGO CA 92154<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $57,501.00<br>   $57,501.00 | | | | Modified Total   $57,501.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $57,501.00<br>   $57,501.00 | | | |
| Claim: 9828<br>Date Filed:07/18/06<br>Docketed Total:   $471,910.96<br>Filing Creditor Name and Address<br> SECURITAS SECURITY SERVICES<br> USA INC<br> JENNIFER MATTHEW<br> 4330 PK TERRACE DR<br> WESTLAKE VILLAGE CA 91361 | Claim Holder Name and Address   Docketed Total   $471,910.96<br>SECURITAS SECURITY SERVICES USA INC<br>JENNIFER MATTHEW<br>4330 PK TERRACE DR<br>WESTLAKE VILLAGE CA 91361<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $471,910.96<br>   $471,910.96 | | | | Modified Total   $470,974.96<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482   $31,258.54<br><br>05-44640   $439,716.42<br>   $470,974.96 | | | |

In re: Delphi Corporation, et al.                                                        Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1471<br>Date Filed: 01/09/06<br>Docketed Total:  $17,311.48<br>Filing Creditor Name and Address<br> SHERWIN WILLIAMS COMPANY<br> 101 PROSPECT AVE NW<br> 625 REPUBLIC BLDG<br> CLEVELAND OH 44115 | Claim Holder Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | Docketed Total | | $17,311.48 | | Modified Total | | $9,166.83 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,311.48<br>$17,311.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,166.83<br>$9,166.83 |
| Claim: 8673<br>Date Filed: 06/27/06<br>Docketed Total:  $15,307.20<br>Filing Creditor Name and Address<br> SIEMENS PLC A&D DIVISION<br> C O ELIZABETH GUNN ESQ MCGUIRE<br> WOOD<br> ONE JAMES CENTER<br> 901 EAST CARY ST<br> RICHMOND VA 23219 | Claim Holder Name and Address<br>SIEMENS PLC A&D DIVISION<br>C O ELIZABETH GUNN ESQ MCGUIRE<br>WOOD<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219 | Docketed Total | | $15,307.20 | | Modified Total | | $5,674.40 |
| | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$15,307.20<br>$15,307.20 | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$5,674.40<br>$5,674.40 |
| Claim: 14670<br>Date Filed: 07/31/06<br>Docketed Total:  $16,977.50<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE EISSMANN GROUP<br> AUTOMOTIVE ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>EISSMANN GROUP AUTOMOTIVE ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $16,977.50 | | Modified Total | | $11,624.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,977.50<br><br>$16,977.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,624.82<br><br>$11,624.82 |
| Claim: 14687<br>Date Filed: 07/31/06<br>Docketed Total:  $15,273.82<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE K A TECHNOLOGIES<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>K A TECHNOLOGIES  ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $15,273.82 | | Modified Total | | $13,977.06 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,273.82<br><br>$15,273.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,977.06<br><br>$13,977.06 |

*See Exhibit F for a listing of debtor entities by case number          Page:   30 of 35

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 10397**
Date Filed: 07/24/06
Docketed Total: $59,289.47
Filing Creditor Name and Address
 SPX CORPORATION CONTECH
 DIVISION
 C O RONALD R PETERSON
 JENNER & BLOCK LLP
 ONE IBM PLAZA
 CHICAGO IL 60611

Claim Holder Name and Address    Docketed Total    $59,289.47
SPX CORPORATION CONTECH DIVISION
C O RONALD R PETERSON
JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO IL 60611

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $59,289.47 | |
| | | $59,289.47 | |

Modified Total    $59,289.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,289.47 |
| | | | $59,289.47 |

---

**Claim: 9946**
Date Filed: 07/19/06
Docketed Total: $167,205.47
Filing Creditor Name and Address
 STUART IRBY CO
 144 WOODALL RD
 DECATUR AL 35601

Claim Holder Name and Address    Docketed Total    $167,205.47
STUART IRBY CO
144 WOODALL RD
DECATUR AL 35601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $167,205.47 |
| | | | $167,205.47 |

Modified Total    $145,491.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $145,491.87 |
| | | | $145,491.87 |

---

**Claim: 849**
Date Filed: 11/28/05
Docketed Total: $91,766.83
Filing Creditor Name and Address
 TEAM PACIFIC CORPORATION DBA
 TEAM GOLDEN LINK AMERICA
 TEAM GOLDEN LINK AMERICA
 CORPORATIO
 1799 OLD BAYSHORE HWY STE 135
 BURLINGAME CA 94010-1316

Claim Holder Name and Address    Docketed Total    $91,766.83
TEAM PACIFIC CORPORATION DBA TEAM
GOLDEN LINK AMERICA
TEAM GOLDEN LINK AMERICA
CORPORATIO
1799 OLD BAYSHORE HWY STE 135
BURLINGAME CA 94010-1316

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $91,766.83 |
| | | | $91,766.83 |

Modified Total    $91,766.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,766.83 |
| | | | $91,766.83 |

---

**Claim: 850**
Date Filed: 11/28/05
Docketed Total: $84,709.66
Filing Creditor Name and Address
 TEAM PACIFIC CORPORATION DBA
 TEAM GOLDEN LINK AMERICA
 TEAM GOLDEN LINK AMERICA
 CORPORATIO
 1799 OLD BAYSHORE HWY STE 135
 BURLINGAME CA 94010-1316

Claim Holder Name and Address    Docketed Total    $84,709.66
TEAM PACIFIC CORPORATION DBA TEAM
GOLDEN LINK AMERICA
TEAM GOLDEN LINK AMERICA
CORPORATIO
1799 OLD BAYSHORE HWY STE 135
BURLINGAME CA 94010-1316

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $84,709.66 |
| | | | $84,709.66 |

Modified Total    $84,709.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,709.66 |
| | | | $84,709.66 |

*See Exhibit F for a listing of debtor entities by case number          Page:   31 of 35

In re: Delphi Corporation, et al.                                                        Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 851<br>Date Filed:11/28/05<br>Docketed Total:  $175,658.02<br>Filing Creditor Name and Address<br> TEAM PACIFIC CORPORATION DBA<br> TEAM GOLDEN LINK AMERICA<br> TEAM GOLDEN LINK AMERICA<br> CORPORATIO<br> 1799 OLD BAYSHORE HWY STE 135<br> BURLINGAME CA 94010-1316 | Claim Holder Name and Address    Docketed Total    $175,658.02<br>TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | | | | Modified Total    $163,447.77 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$175,658.02<br>$175,658.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$163,447.77<br>$163,447.77 |
| Claim: 16095<br>Date Filed:08/09/06<br>Docketed Total:  $44.85<br>Filing Creditor Name and Address<br> TECHNO INDUSTRIAL PRODUCT<br> CINDY<br> 1190 RICHARDS ROAD UNIT 5<br> HARTLAND WI 53029 | Claim Holder Name and Address    Docketed Total    $44.85<br>TECHNO INDUSTRIAL PRODUCT<br>CINDY<br>1190 RICHARDS ROAD UNIT 5<br>HARTLAND WI 53029 | | | | Modified Total    $44.85 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$44.85<br>$44.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$44.85<br>$44.85 |
| Claim: 1364<br>Date Filed:12/29/05<br>Docketed Total:  $1,558,603.56<br>Filing Creditor Name and Address<br> TELELOGIC NORTH AMERICA INC<br> 9401 JERONIMO RD<br> IRVINE CA 92618 | Claim Holder Name and Address    Docketed Total    $1,558,603.56<br>TELELOGIC NORTH AMERICA INC<br>9401 JERONIMO RD<br>IRVINE CA 92618 | | | | Modified Total    $245,793.00 | | | |
| | Case Number*<br>05-44547 | Secured | Priority<br>$1,558,603.56<br>$1,558,603.56 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$245,793.00<br>$245,793.00 |
| Claim: 5974<br>Date Filed:05/16/06<br>Docketed Total:  $128,492.85<br>Filing Creditor Name and Address<br> THERMAX CDT<br> THERMAX WIRE L P<br> 8946 WINNETKA AVE<br> NORTHRIDGE CA 91324 | Claim Holder Name and Address    Docketed Total    $128,492.85<br>THERMAX CDT<br>THERMAX WIRE L P<br>8946 WINNETKA AVE<br>NORTHRIDGE CA 91324 | | | | Modified Total    $79,139.71 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$128,492.85<br>$128,492.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$79,139.71<br>$79,139.71 |

In re: Delphi Corporation, et al.                                                                 Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11537<br>Date Filed:07/27/06<br>Docketed Total:  $42,065.81<br>Filing Creditor Name and Address<br> THI INC THIERICA INC<br> 900 CLANCY AVE N E<br> GRAND RAPIDS MI 49503 | Claim Holder Name and Address<br>THI INC THIERICA INC<br>900 CLANCY AVE N E<br>GRAND RAPIDS MI 49503 | Docketed Total | | $42,065.81 | | Modified Total | | $15,016.23 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $42,065.81<br>$42,065.81 | 05-44640 | | | $15,016.23<br>$15,016.23 |
| Claim: 1574<br>Date Filed:01/17/06<br>Docketed Total:  $221,415.22<br>Filing Creditor Name and Address<br> TRANSFREIGHT INC<br> 125 MAPLE GROVE RD<br> CAMBRIDGE ON N3H 4R7<br> CANADA | Claim Holder Name and Address<br>TRANSFREIGHT INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA | Docketed Total | | $221,415.22 | | Modified Total | | $30,264.35 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $221,415.22<br>$221,415.22 | 05-44640 | | | $30,264.35<br>$30,264.35 |
| Claim: 1573<br>Date Filed:01/17/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br> TRANSFREIGHT INTEGRATED<br> LOGISTICS INC<br> 125 MAPLE GROVE RD<br> CAMBRIDGE ON N3H 4R7<br> CANADA | Claim Holder Name and Address<br>TRANSFREIGHT INTEGRATED LOGISTICS<br>INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA | Docketed Total | | | | Modified Total | | $1,135.41 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $0.00 | 05-44640 | | | $1,135.41<br>$1,135.41 |
| Claim: 12378<br>Date Filed:07/28/06<br>Docketed Total:  $33,320.75<br>Filing Creditor Name and Address<br> TROSTEL LIMITED<br> ATTN TIM BAKER<br> 901 MAXWELL ST<br> LAKE GENEVA WI 53147 | Claim Holder Name and Address<br>TROSTEL LIMITED<br>ATTN TIM BAKER<br>901 MAXWELL ST<br>LAKE GENEVA WI 53147 | Docketed Total | | $33,320.75 | | Modified Total | | $25,354.57 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $33,320.75<br>$33,320.75 | 05-44640 | | | $25,354.57<br>$25,354.57 |

*See Exhibit F for a listing of debtor entities by case number                        Page:   33 of 35

In re: Delphi Corporation, et al.

Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10707<br>Date Filed:07/26/06<br>Docketed Total:  $12,731,160.31<br>Filing Creditor Name and Address<br>  TYCO ELECTRONICS CORPORATION<br>  GEORGE D NAGLE JR CREDIT MGR<br>  PO BOX 3608 MS 3826<br>  HARRISBURG PA 17105-3608 | Claim Holder Name and Address<br>TYCO ELECTRONICS CORPORATION<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 3826<br>HARRISBURG PA 17105-3608 | Docketed Total | | $12,731,160.31 | | | Modified Total | $1,892,948.59 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $12,731,160.31 | 05-44507<br>05-44511<br>05-44624<br>05-44640 | | | $1,917.20<br>$9,300.79<br>$34,332.85<br>$1,847,397.75 |
| | | | | $12,731,160.31 | | | | $1,892,948.59 |
| Claim: 11034<br>Date Filed:07/26/06<br>Docketed Total:   $6,610.83<br>Filing Creditor Name and Address<br>  VECTREN ENERGY DELIVERY<br>  ATTN SHARON ARMSTRONG<br>  PO BOX 209<br>  EVANSVILLE IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702 | Docketed Total | | $6,610.83 | | | Modified Total | $6,610.83 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $6,610.83 | 05-44640 | | | $6,610.83 |
| | | | | $6,610.83 | | | | $6,610.83 |
| Claim: 93<br>Date Filed:10/24/05<br>Docketed Total:   $7,115.17<br>Filing Creditor Name and Address<br>  VIDEOJET TECHNOLOGIES INC<br>  1500 MITTEL BLVD<br>  WOOD DALE IL 60191 | Claim Holder Name and Address<br>VIDEOJET TECHNOLOGIES INC<br>1500 MITTEL BLVD<br>WOOD DALE IL 60191 | Docketed Total | | $7,115.17 | | | Modified Total | $1,565.67 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $7,115.17 | 05-44640 | | | $1,565.67 |
| | | | | $7,115.17 | | | | $1,565.67 |
| Claim: 1607<br>Date Filed:01/18/06<br>Docketed Total:   $32,666.89<br>Filing Creditor Name and Address<br>  WHEELABRATOR GROUP<br>  1606 EXECUTIVE DRIVE<br>  LAGRANGE GA 30240 | Claim Holder Name and Address<br>WHEELABRATOR GROUP<br>1606 EXECUTIVE DRIVE<br>LAGRANGE GA 30240 | Docketed Total | | $32,666.89 | | | Modified Total | $32,666.89 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $32,666.89 | 05-44640 | | | $32,666.89 |
| | | | | $32,666.89 | | | | $32,666.89 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8730**
Date Filed: 06/28/06
Docketed Total:    $0.00
Filing Creditor Name and Address
 XPRESS IMPRESORES SA DE CV EFT
 PERIF LUIS ECHEVERRIA 1800 PTE
 ZONA INDUSTRIAL CP 25290
 SALTILLO COAH
 MEXICO

Claim Holder Name and Address       Docketed Total
XPRESS IMPRESORES SA DE CV EFT
PERIF LUIS ECHEVERRIA 1800 PTE
ZONA INDUSTRIAL CP 25290
SALTILLO COAH
MEXICO

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |

Modified Total    $1,043.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,043.63 |
| | | | $1,043.63 |

---

**Claim: 77**
Date Filed: 10/24/05
Docketed Total:    $724,027.12
Filing Creditor Name and Address
 YODER INDUSTRIES INC
 2520 NEEDMORE RD
 DAYTON OH 45414

Claim Holder Name and Address       Docketed Total    $724,027.12
YODER INDUSTRIES INC
2520 NEEDMORE RD
DAYTON OH 45414

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $724,027.12 |
| | | | $724,027.12 |

Modified Total    $39,537.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,537.07 |
| | | | $39,537.07 |

---

**Claim: 12017**
Date Filed: 07/28/06
Docketed Total:    $99,852.32
Filing Creditor Name and Address
 ZF BOGE ELASTMETALL LLC
 JOHN J HUNTER ATTORNEY
 HUNTER & SCHANK CO LPA
 1700 CANTON AVE
 TOLEDO OH 43604

Claim Holder Name and Address       Docketed Total    $99,852.32
ZF BOGE ELASTMETALL LLC
JOHN J HUNTER ATTORNEY
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO OH 43604

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $99,852.32 |
| | | | $99,852.32 |

Modified Total    $74,932.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,932.82 |
| | | | $74,932.82 |

---

**Claim: 2464**
Date Filed: 03/31/06
Docketed Total:    $415,801.69
Filing Creditor Name and Address
 ZYLUX ACOUSTIC CORP
 ZYLUX AMERICA INC
 100 EMERSON LN STE 1513
 BRIDGEVILLE PA 15017

Claim Holder Name and Address       Docketed Total    $415,801.69
ZYLUX ACOUSTIC CORP
ZYLUX AMERICA INC
100 EMERSON LN STE 1513
BRIDGEVILLE PA 15017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $415,801.69 |
| | | | $415,801.69 |

Modified Total    $75,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,000.00 |
| | | | $75,000.00 |

Total Count of Claims:   137
Total Amount as Docketed:        $34,758,280.46
Total Amount as Modified:        $16,457,473.00

---

*See Exhibit F for a listing of debtor entities by case number          Page:   35 of 35

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2234<br>Date Filed:03/09/06<br>Docketed Total:   $1,013.04<br>Filing Creditor Name and Address<br> BOULDER COUNTY TREASURER<br> BOB HULLINGHORST<br> PO BOX 471<br> BOULDER CO 80306 | Claim Holder Name and Address<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER CO 80306 | Docketed Total | | $1,013.04 | | Modified Total | | $777.13 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $1,013.04<br>$1,013.04 | | | 05-44640 | $777.13<br>$777.13 | | |
| Claim: 671<br>Date Filed:11/18/05<br>Docketed Total:   $37.00<br>Filing Creditor Name and Address<br> DYER COUNTY TRUSTEE<br> C O J MICHAEL GAULDIN<br> PO BOX 220<br> DYERSBURG TN 38025 | Claim Holder Name and Address<br>DYER COUNTY TRUSTEE<br>C O J MICHAEL GAULDIN<br>PO BOX 220<br>DYERSBURG TN 38025 | Docketed Total | | $37.00 | | Modified Total | | $28.38 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $37.00<br>$37.00 | | | 05-44640 | $28.38<br>$28.38 | | |
| Claim: 11372<br>Date Filed:07/27/06<br>Docketed Total:   $218,106.97<br>Filing Creditor Name and Address<br> ERIE COUNTY TREASURER<br> 247 COLUMBUS AVE STE 115<br> SANDUSKY OH 44870 | Claim Holder Name and Address<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY OH 44870 | Docketed Total | | $218,106.97 | | Modified Total | | $188,837.20 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $218,106.97<br>$218,106.97 | | | 05-44640 | $188,837.20<br>$188,837.20 | | |
| Claim: 7182<br>Date Filed:05/31/06<br>Docketed Total:   $359.23<br>Filing Creditor Name and Address<br> GILES CO TN<br> GILES COUNTY TRUSTEE<br> PO BOX 678<br> COURTHOUSE<br> PULASKI TN 38478 | Claim Holder Name and Address<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI TN 38478 | Docketed Total | | $359.23 | | Modified Total | | $268.49 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $359.23<br>$359.23 | | | 05-44640 | $268.49<br>$268.49 | | |

In re: Delphi Corporation, et al.                                                Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3655<br>Date Filed: 05/01/06<br>Docketed Total:  $8.75<br>Filing Creditor Name and Address<br> HAYWOOD COUNTY TRUSTEE<br> COURTHOUSE<br> BROWNSVILLE TN 38012 | Claim Holder Name and Address<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE TN 38012 | Docketed Total | | $8.75 | | Modified Total | | $8.58 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$8.58<br>$8.58 | Unsecured<br>$0.17<br>$0.17 | Case Number*<br>05-44640 | Secured | Priority<br>$8.58<br>$8.58 | Unsecured |
| Claim: 197<br>Date Filed: 10/28/05<br>Docketed Total:  $23,130.99<br>Filing Creditor Name and Address<br> KNOX COUNTY TRUSTEE<br> MIKE LOWE KNOX CO TRUSTEE<br> C O ATTORNEY DEAN B FARMER<br> HODGES DOUGHTY CARSON PLLC<br> PO BOX 869<br> KNOXVILLE TN 37901-0869 | Claim Holder Name and Address<br>KNOX COUNTY TRUSTEE<br>MIKE LOWE KNOX CO TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE TN 37901-0869 | Docketed Total | | $23,130.99 | | Modified Total | | $17,744.32 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$23,130.99<br>$23,130.99 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$17,744.32<br>$17,744.32 | Unsecured |
| Claim: 16116<br>Date Filed: 08/09/06<br>Docketed Total:  $22.25<br>Filing Creditor Name and Address<br> LAPORTE COUNTY IN<br> LAPORTE COUNTY TREASURER<br> 813 LINCOLNWAY STE 205<br> LAPORTE IN 46360-3491 | Claim Holder Name and Address<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE IN 46360-3491 | Docketed Total | | $22.25 | | Modified Total | | $20.23 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$22.25<br>$22.25 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$20.23<br>$20.23 | Unsecured |
| Claim: 1108<br>Date Filed: 12/12/05<br>Docketed Total:  $17,534.38<br>Filing Creditor Name and Address<br> MIAMI DADE COUNTY TAX<br> COLLECTOR<br> C O METRO DADE COUNTY<br> PARALEGAL UNI<br> 140 W FLAGLER ST STE 1403<br> MIAMI FL 33130 | Claim Holder Name and Address<br>MIAMI DADE COUNTY TAX COLLECTOR<br>C O METRO DADE COUNTY<br>PARALEGAL UNI<br>140 W FLAGLER ST STE 1403<br>MIAMI FL 33130 | Docketed Total | | $17,534.38 | | Modified Total | | $13,297.02 |
| | Case Number*<br>05-44481 | Secured<br>$17,534.38<br><br>$17,534.38 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$13,297.02<br><br>$13,297.02 | Priority | Unsecured |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8415<br>Date Filed:06/23/06<br>Docketed Total: $455.00<br>Filing Creditor Name and Address<br> MONTGOMERY CO TN<br> MONTGOMERY COUNTY TRUSTEES<br> OFFICE<br> 350 PAGEANT LN<br> STE 101 A<br> CLARKSVILLE TN 37041 | Claim Holder Name and Address<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES<br>OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE TN 37041 | Docketed Total | | $455.00 | | Modified Total | | $422.68 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$455.00<br>$455.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$422.68<br>$422.68 | Unsecured |
| Claim: 8535<br>Date Filed:06/26/06<br>Docketed Total: $9,984.48<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $9,984.48 | | Modified Total | | $3,600.61 |
| | Case Number*<br>05-44481 | Secured<br>$9,984.48<br>$9,984.48 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$3,600.61<br>$3,600.61 | Priority | Unsecured |
| Claim: 8537<br>Date Filed:06/26/06<br>Docketed Total: $13,321.05<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 817600<br> DAYTON OH 45481 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON OH 45481 | Docketed Total | | $13,321.05 | | Modified Total | | $4,787.82 |
| | Case Number*<br>05-44640 | Secured<br>$13,321.05<br>$13,321.05 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$4,787.82<br>$4,787.82 | Priority | Unsecured |
| Claim: 8540<br>Date Filed:06/26/06<br>Docketed Total: $55.96<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $55.96 | | Modified Total | | $13.71 |
| | Case Number*<br>05-44481 | Secured<br>$55.96<br>$55.96 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$13.71<br>$13.71 | Priority | Unsecured |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8541<br>Date Filed: 06/26/06<br>Docketed Total:   $583,848.54<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W THIRD ST<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | | $583,848.54 | | Modified Total | | $209,844.35 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$583,848.54<br>$583,848.54 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$209,844.35<br>$209,844.35 | _Priority_ | _Unsecured_ |
| Claim: 8542<br>Date Filed: 06/26/06<br>Docketed Total:   $4,329.83<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $4,329.83 | | Modified Total | | $1,059.72 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$4,329.83<br>$4,329.83 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$1,059.72<br>$1,059.72 | _Priority_ | _Unsecured_ |
| Claim: 8543<br>Date Filed: 06/26/06<br>Docketed Total:   $9,370.62<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $9,370.62 | | Modified Total | | $3,367.94 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$9,370.62<br>$9,370.62 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$3,367.94<br>$3,367.94 | _Priority_ | _Unsecured_ |
| Claim: 8545<br>Date Filed: 06/26/06<br>Docketed Total:   $182,850.01<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W THIRD ST<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | | $182,850.01 | | Modified Total | | $65,719.34 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$182,850.01<br>$182,850.01 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$65,719.34<br>$65,719.34 | _Priority_ | _Unsecured_ |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8546**
Date Filed: 06/26/06
Docketed Total:  $2,628.90
Filing Creditor Name and Address
  MONTGOMERY COUNTY TREASURER
  PO BOX 972
  DAYTON OH 45422-0475

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

Docketed Total    $2,628.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $2,628.90 | | | 05-44640 | $944.88 | | |
| | $2,628.90 | | | | $944.88 | | |

Modified Total    $944.88

---

**Claim: 8547**
Date Filed: 06/26/06
Docketed Total:  $578,440.64
Filing Creditor Name and Address
  MONTGOMERY COUNTY TREASURER
  451 W THIRD ST
  DAYTON OH 45422-0476

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON OH 45422-0476

Docketed Total    $578,440.64

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $578,440.64 | | | 05-44640 | $207,900.92 | | |
| | $578,440.64 | | | | $207,900.92 | | |

Modified Total    $207,900.92

---

**Claim: 8548**
Date Filed: 06/26/06
Docketed Total:  $35,659.30
Filing Creditor Name and Address
  MONTGOMERY COUNTY TREASURER
  PO BOX 972
  DAYTON OH 45422-0475

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

Docketed Total    $35,659.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $35,659.30 | | | 05-44640 | $12,816.60 | | |
| | $35,659.30 | | | | $12,816.60 | | |

Modified Total    $12,816.60

---

**Claim: 8549**
Date Filed: 06/26/06
Docketed Total:  $1,179,183.93
Filing Creditor Name and Address
  MONTGOMERY COUNTY TREASURER
  451 W. THIRD ST.
  DAYTON OH 45422-0476

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
451 W. THIRD ST.
DAYTON OH 45422-0476

Docketed Total    $1,179,183.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $1,179,183.93 | | | 05-44640 | $444,646.98 | | |
| | $1,179,183.93 | | | | $444,646.98 | | |

Modified Total    $444,646.98

---

In re: Delphi Corporation, et al.                                                                  Seventeenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8550<br>Date Filed: 06/26/06<br>Docketed Total:  $78,139.90<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $78,139.90 | | | Modified Total | $28,084.71 |
| | Case Number*<br>05-44481 | Secured<br>$78,139.90<br>$78,139.90 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$28,084.71<br>$28,084.71 | Priority | Unsecured |
| Claim: 8551<br>Date Filed: 06/26/06<br>Docketed Total:  $1,089.88<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W. THIRD ST.<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Docketed Total | | $1,089.88 | | | Modified Total | $391.74 |
| | Case Number*<br>05-44481 | Secured<br>$1,089.88<br>$1,089.88 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$391.74<br>$391.74 | Priority | Unsecured |
| Claim: 8552<br>Date Filed: 06/26/06<br>Docketed Total:  $938.16<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $938.16 | | | Modified Total | $337.21 |
| | Case Number*<br>05-44481 | Secured<br>$938.16<br>$938.16 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$337.21<br>$337.21 | Priority | Unsecured |
| Claim: 8553<br>Date Filed: 06/26/06<br>Docketed Total:  $72,963.37<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W. THIRD ST.<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Docketed Total | | $72,963.37 | | | Modified Total | $26,224.18 |
| | Case Number*<br>05-44481 | Secured<br>$72,963.37<br>$72,963.37 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$26,224.18<br>$26,224.18 | Priority | Unsecured |

In re: Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8554<br>Date Filed: 06/26/06<br>Docketed Total: $32,104.56<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $32,104.56 | | Modified Total | | $23,129.72 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$32,104.56<br>$32,104.56 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$23,129.72<br>$23,129.72 | _Priority_ | _Unsecured_ |
| Claim: 8555<br>Date Filed: 06/26/06<br>Docketed Total: $237.40<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W. THIRD ST.<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Docketed Total | | $237.40 | | Modified Total | | $85.35 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$237.40<br>$237.40 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$85.35<br>$85.35 | _Priority_ | _Unsecured_ |
| Claim: 8557<br>Date Filed: 06/26/06<br>Docketed Total: $1,516.63<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W. THIRD ST.<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Docketed Total | | $1,516.63 | | Modified Total | | $549.17 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$1,516.63<br>$1,516.63 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$549.17<br>$549.17 | _Priority_ | _Unsecured_ |
| Claim: 8558<br>Date Filed: 06/26/06<br>Docketed Total: $882.12<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $882.12 | | Modified Total | | $319.10 |
| | _Case Number*_<br>05-44481 | _Secured_<br>$882.12<br>$882.12 | _Priority_ | _Unsecured_ | _Case Number*_<br>05-44640 | _Secured_<br>$319.10<br>$319.10 | _Priority_ | _Unsecured_ |

*See Exhibit F for a listing of debtor entities by case number                     Page:   7 of 11

In re: Delphi Corporation, et al.

Seventeenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8559<br>Date Filed: 06/26/06<br>Docketed Total:  $1,165.11<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W THIRD ST<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | | $1,165.11 | | Modified Total | | $285.63 |
| | Case Number*<br>05-44481 | Secured<br>$1,165.11<br>$1,165.11 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$285.63<br>$285.63 | Priority | Unsecured |
| Claim: 8560<br>Date Filed: 06/26/06<br>Docketed Total:   $492.69<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $492.69 | | Modified Total | | $343.59 |
| | Case Number*<br>05-44481 | Secured<br>$492.69<br>$492.69 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$343.59<br>$343.59 | Priority | Unsecured |
| Claim: 8561<br>Date Filed: 06/26/06<br>Docketed Total:   $26,607.06<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W THIRD ST<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | | $26,607.06 | | Modified Total | | $9,820.72 |
| | Case Number*<br>05-44481 | Secured<br>$26,607.06<br>$26,607.06 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$9,820.72<br>$9,820.72 | Priority | Unsecured |
| Claim: 8562<br>Date Filed: 06/26/06<br>Docketed Total:   $97.46<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> PO BOX 972<br> DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | | $97.46 | | Modified Total | | $35.13 |
| | Case Number*<br>05-44481 | Secured<br>$97.46<br>$97.46 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$35.13<br>$35.13 | Priority | Unsecured |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8563<br>Date Filed:06/26/06<br>Docketed Total:  $279,130.73<br>Filing Creditor Name and Address<br> MONTGOMERY COUNTY TREASURER<br> 451 W THIRD ST<br> DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | | $279,130.73 | | | | Modified Total | $100,363.00 |
| | Case Number*<br>05-44481 | Secured<br>$279,130.73<br>$279,130.73 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$100,363.00<br>$100,363.00 | Priority | Unsecured |
| Claim: 1681<br>Date Filed:01/26/06<br>Docketed Total:   $1,290.10<br>Filing Creditor Name and Address<br> PALM BEACH COUNTY TAX<br> COLLECTOR<br> PO BOX 3715<br> WEST PALM BEACH FL 33402-3715 | Claim Holder Name and Address<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH FL 33402-3715 | Docketed Total | | $1,290.10 | | | | Modified Total | $989.67 |
| | Case Number*<br>05-44640 | Secured<br>$1,290.10<br>$1,290.10 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$989.67<br>$989.67 | Priority | Unsecured |
| Claim: 2661<br>Date Filed:04/17/06<br>Docketed Total:   $22,464.47<br>Filing Creditor Name and Address<br> PEYTON C COCHRANE TAX<br> COLLECTOR<br> 714 GREENSBORO AVE RM 124<br> TUSCALOOSA AL 35401 | Claim Holder Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401 | Docketed Total | | $22,464.47 | | | | Modified Total | $21,600.45 |
| | Case Number*<br>05-44640 | Secured<br>$22,464.47<br>$22,464.47 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$21,600.45<br>$21,600.45 | Priority | Unsecured |
| Claim: 8661<br>Date Filed:06/27/06<br>Docketed Total:   $47,271.82<br>Filing Creditor Name and Address<br> PEYTON C COCHRANE TAX<br> COLLECTOR<br> 714 GREENSBORO AVE RM 124<br> TUSCALOOSA AL 35401 | Claim Holder Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401 | Docketed Total | | $47,271.82 | | | | Modified Total | $906.59 |
| | Case Number*<br>05-44640 | Secured<br>$47,271.82<br>$47,271.82 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$906.59<br>$906.59 | Priority | Unsecured |

In re: Delphi Corporation, et al.                                                                 Seventeenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1783<br>Date Filed: 02/06/06<br>Docketed Total:   $569.53<br>Filing Creditor Name and Address<br> PINAL COUNTY TREASURER<br> DOLORES J DOOLITTLE<br> PO BOX 729<br> FLORENCE AZ 85232-0729 | Claim Holder Name and Address<br>PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729 | Docketed Total | | $569.53 | | Modified Total | | $557.21 |
| | Case Number*<br>05-44640 | Secured<br>$569.53<br>$569.53 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$557.21<br>$557.21 | Priority | Unsecured |
| Claim: 559<br>Date Filed: 11/14/05<br>Docketed Total:   $502.98<br>Filing Creditor Name and Address<br> SHELBY COUNTY TRUSTEE<br> PO BOX 2751<br> MEMPHIS TN 38101-2751 | Claim Holder Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | Docketed Total | | $502.98 | | Modified Total | | $385.85 |
| | Case Number*<br>05-44481 | Secured<br>$502.98<br>$502.98 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$385.85<br>$385.85 | Priority | Unsecured |
| Claim: 560<br>Date Filed: 11/14/05<br>Docketed Total:   $153.92<br>Filing Creditor Name and Address<br> SHELBY COUNTY TRUSTEE<br> PO BOX 2751<br> MEMPHIS TN 38101-2751 | Claim Holder Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | Docketed Total | | $153.92 | | Modified Total | | $118.08 |
| | Case Number*<br>05-44640 | Secured<br>$153.92<br>$153.92 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$118.08<br>$118.08 | Priority | Unsecured |
| Claim: 9302<br>Date Filed: 07/11/06<br>Docketed Total:   $761,504.21<br>Filing Creditor Name and Address<br> TRUMBULL COUNTY TREASURER<br> 160 HIGH ST NW<br> WARREN OH 44481-1090 | Claim Holder Name and Address<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090 | Docketed Total | | $761,504.21 | | Modified Total | | $661,150.94 |
| | Case Number*<br>05-44481 | Secured<br>$761,504.21<br>$761,504.21 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$661,150.94<br>$661,150.94 | Priority | Unsecured |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 13581
Date Filed:07/31/06
Docketed Total:  $1,058.87
Filing Creditor Name and Address
 YAZOO CO MS
 YAZOO COUNTY TAX COLLECTOR
 PO BOX 108
 YAZOO MS 39194

Claim Holder Name and Address    Docketed Total    $1,058.87
YAZOO CO MS
YAZOO COUNTY TAX COLLECTOR
PO BOX 108
YAZOO MS 39194

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,058.87 | |
| | | $1,058.87 | |

Modified Total    $998.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $998.94 | |
| | | $998.94 | |

Total Count of Claims:  41
Total Amount as Docketed:        $4,190,521.84
Total Amount as Modified:        $2,052,783.88

In re: Delphi Corporation, et al.                                                                   Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16321**
Date Filed: 09/18/06
Docketed Total:   $92,205.51
Filing Creditor Name and Address
 AMERICAN & EFIRD INC
 DAVID M GROGAN ESQ
 SHUMAKER LOOP & KENDRICK LLP
 128 S TRYON STE 1800
 CHARLOTTE NC 28202

Claim Holder Name and Address   Docketed Total   $92,205.51
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total   $90,989.17

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $8,323.61 | $83,881.90 | 05-44640 | | $8,323.61 | $82,665.56 |
| | | $8,323.61 | $83,881.90 | | | $8,323.61 | $82,665.56 |

**Claim: 7996**
Date Filed: 06/14/06
Docketed Total:   $19,963.33
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF NEW YORK INC
 ATTN DAVID S LEINWAND ESQ
 535 MADISON AVE 15TH FL
 NEW YORK NY 10022

Claim Holder Name and Address   Docketed Total   $19,963.33
AMROC INVESTMENTS LLC AS ASSIGNEE
OF FEINTOOL NEW YORK INC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total   $14,953.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $1,795.90 | $18,167.43 | 05-44640 | | $1,775.91 | $13,177.29 |
| | | $1,795.90 | $18,167.43 | | | $1,775.91 | $13,177.29 |

**Claim: 15201**
Date Filed: 07/31/06
Docketed Total:   $123,166.50
Filing Creditor Name and Address
 ASI
 ASI PREPETITION
 6285 GARFIELD AVE
 CASS CITY MI 48726

Claim Holder Name and Address   Docketed Total   $123,166.50
ASI
ASI PREPETITION
6285 GARFIELD AVE
CASS CITY MI 48726

Modified Total   $35,107.98

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $123,166.50 | 05-44640 | | $325.80 | $34,782.18 |
| | | | $123,166.50 | | | $325.80 | $34,782.18 |

**Claim: 9112**
Date Filed: 07/07/06
Docketed Total:   $135,377.75
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF ELECTRONIC
 SERVICES LLC DBA CSI
 ELECTRONICS
 ATTN ALPA JIMENEZ
 411 WEST PUTNAM AVE
 STE 225
 GREENWICH CT 06830

Claim Holder Name and Address   Docketed Total   $135,377.75
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
ELECTRONIC SERVICES LLC DBA CSI
ELECTRONICS
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE
STE 225
GREENWICH CT 06830

Modified Total   $127,078.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $29,610.00 | $105,767.75 | 05-44640 | | $29,610.00 | $97,468.50 |
| | | $29,610.00 | $105,767.75 | | | $29,610.00 | $97,468.50 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10388<br>Date Filed:07/24/06<br>Docketed Total:  $141,675.49<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF GEMINI PLASTICS<br> INC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $141,675.49<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>GEMINI PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total   $141,675.49 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $141,675.41 | 05-44640 | | $14,138.65 | $127,536.84 |
| | | | | $141,675.49 | | | $14,138.65 | $127,536.84 |
| Claim: 9113<br>Date Filed:07/07/06<br>Docketed Total:  $116,590.48<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PRESTOLITE WIRE<br> CORPORATION<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $116,590.48<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PRESTOLITE WIRE CORPORATION<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total   $103,372.28 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $16,141.07 | $100,449.41 | 05-44640 | | $16,141.07 | $87,231.21 |
| | | | $16,141.07 | $100,449.41 | | | $16,141.07 | $87,231.21 |
| Claim: 10385<br>Date Filed:07/24/06<br>Docketed Total:  $102,464.27<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SIERRA PLASTICS<br> INC AKA SIERRA EL PASO<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $102,464.27<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SIERRA PLASTICS INC AKA SIERRA EL<br>PASO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total   $100,918.82 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $102,464.27 | 05-44640 | | $12,586.47 | $88,332.35 |
| | | | | $102,464.27 | | | $12,586.47 | $88,332.35 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12696<br>Date Filed:07/28/06<br>Docketed Total:  $109,002.60<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG YSH INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $109,002.60<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG YSH INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $89,520.40 |

| | | Case Number*    Secured    Priority    Unsecured<br>05-44640    $15,865.76    $93,136.84<br>         $15,865.76    $93,136.84 | Case Number*    Secured    Priority    Unsecured<br>05-44640    $1,445.02    $88,075.38<br>         $1,445.02    $88,075.38 |

| Claim: 12694<br>Date Filed:07/28/06<br>Docketed Total:  $91,243.71<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG YSH SA<br> DE CV<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $91,243.71<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG YSH SA DE CV<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $91,243.71<br>         $91,243.71 | Modified Total    $82,066.88<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $14,420.74    $67,646.14<br>         $14,420.74    $67,646.14 |

| Claim: 10907<br>Date Filed:07/25/06<br>Docketed Total:  $929,544.79<br>Filing Creditor Name and Address<br> DATWYLER RUBBER & PLASTICS<br> ATTN LINDA BARR<br> NELSON MULLINS RILEY &<br> SCARBOROUGH<br> PO BOX 11070<br> COLUMBIA SC 29211-1070 | Claim Holder Name and Address    Docketed Total    $929,544.79<br>DATWYLER RUBBER & PLASTICS<br>ATTN LINDA BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $929,544.79<br>         $929,544.79 | Modified Total    $902,131.56<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $2,430.09    $899,701.47<br>         $2,430.09    $899,701.47 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2545<br>Date Filed:04/04/06<br>Docketed Total:  $339,670.20<br>Filing Creditor Name and Address<br> EAGLEPICHER AUTOMOTIVE INC<br> HILLSDALE DIVISION<br> COLLEEN HITCHINS<br> 2424 JOHN DALY<br> INKSTER MI 48141 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $339,670.20 | | Modified Total | | $333,110.44 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $314,810.19 | $24,860.01 | 05-44640 | | $20,001.80 | $313,108.64 |
| | | | $314,810.19 | $24,860.01 | | | $20,001.80 | $313,108.64 |
| Claim: 2544<br>Date Filed:04/04/06<br>Docketed Total:  $56,938.30<br>Filing Creditor Name and Address<br> EAGLEPICHER INC WOLVERINE<br> GASKET DIV<br> COLLEEN HITCHINS<br> 2424 JOHN DALY<br> INKSTER MI 48141 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $56,938.30 | | Modified Total | | $56,938.30 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $7,994.48 | $48,943.82 | 05-44640 | | $7,994.48 | $48,943.82 |
| | | | $7,994.48 | $48,943.82 | | | $7,994.48 | $48,943.82 |
| Claim: 5568<br>Date Filed:05/10/06<br>Docketed Total:  $307,574.95<br>Filing Creditor Name and Address<br> FOSTER ELECTRIC USA INC<br> C O MASUDA FUNAI EIFERT &<br> MITCHELL<br> 203 N LASALLE ST STE 2500<br> CHICAGO IL 60601-1262 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $307,574.95 | | Modified Total | | $306,445.51 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $307,574.95 | 05-44640 | | $433.60 | $306,011.91 |
| | | | | $307,574.95 | | | $433.60 | $306,011.91 |
| Claim: 11292<br>Date Filed:07/27/06<br>Docketed Total:   $1,298,844.76<br>Filing Creditor Name and Address<br> HOOVER PRECISION PRODUCTS INC<br> & SUBSIDIARIES<br> HOOVER PRECISION<br> PO BOX 899<br> CUMMING GA 30028 | Claim Holder Name and Address<br>HOOVER PRECISION PRODUCTS INC &<br>SUBSIDIARIES<br>HOOVER PRECISION<br>PO BOX 899<br>CUMMING GA 30028 | Docketed Total | | $1,298,844.76 | | Modified Total | | $1,278,381.52 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,298,844.76 | 05-44640 | | $301,625.75 | $976,755.77 |
| | | | | $1,298,844.76 | | | $301,625.75 | $976,755.77 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   4 of 10

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9574<br>Date Filed:07/17/06<br>Docketed Total:  $106,700.48<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ITW DRAWFORM<br> 500 FAIRVIEW<br> ZEELAND MI 49464 | Claim Holder Name and Address  Docketed Total  $106,700.48<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND MI 49464<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $102,936.28  $3,764.20<br>  $102,936.28  $3,764.20 | Modified Total  $106,353.64<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $29,054.71  $77,298.93<br>  $29,054.71  $77,298.93 |
| Claim: 9575<br>Date Filed:07/17/06<br>Docketed Total:  $49,713.99<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ITW DELTAR ENGINEERED COMPONEN<br> 8450 W 185TH ST<br> TINLEY PK IL 60477 | Claim Holder Name and Address  Docketed Total  $49,713.99<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED COMPONEN<br>8450 W 185TH ST<br>TINLEY PK IL 60477<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $49,713.99<br>  $49,713.99 | Modified Total  $49,713.99<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $7,998.74  $41,715.25<br>  $7,998.74  $41,715.25 |
| Claim: 2181<br>Date Filed:03/03/06<br>Docketed Total:  $152,447.45<br>Filing Creditor Name and Address<br> INTEGRATED CABLE SYSTEMS INC<br> ATTN CURT EVEN<br> 504 2ND ST<br> BERTHOUD CO 80513 | Claim Holder Name and Address  Docketed Total  $152,447.45<br>INTEGRATED CABLE SYSTEMS INC<br>ATTN CURT EVEN<br>504 2ND ST<br>BERTHOUD CO 80513<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507  $152,447.45<br>  $152,447.45 | Modified Total  $147,225.69<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507  $28,105.36  $119,120.33<br>  $28,105.36  $119,120.33 |
| Claim: 6655<br>Date Filed:05/23/06<br>Docketed Total:  $355,445.11<br>Filing Creditor Name and Address<br> KENDALL ELECTRIC INC<br> VERN STEFFEL OR J GATES<br> 131 GRAND TRUNK AVE<br> BATTLE CREEK MI 49016 | Claim Holder Name and Address  Docketed Total<br>KENDALL ELECTRIC INC<br>VERN STEFFEL OR J GATES<br>131 GRAND TRUNK AVE<br>BATTLE CREEK MI 49016<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $0.00 | Modified Total  $0.00<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured |

In re: Delphi Corporation, et al.                                                                              Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6655 (Continued)**

CLAIM AS DOCKETED — Claim Holder Name and Address
MIDTOWN CLAIMS LLC
ATTN MEGHAN SLOW
65 E 55TH ST 19TH FL
NEW YORK NY 10022

Docketed Total $355,445.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $97,429.07 | $258,016.04 |
| | | $97,429.07 | $258,016.04 |

CLAIM AS MODIFIED — Modified Total $331,263.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $97,429.07 | $233,834.88 |
| | | $97,429.07 | $233,834.88 |

---

**Claim: 14534**
Date Filed:07/31/06
Docketed Total:   $3,629,694.59
Filing Creditor Name and Address
L&W ENGINEERING CO
RYAN D HEILMAN ESQ
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS MI 48304

CLAIM AS DOCKETED — Claim Holder Name and Address
L&W ENGINEERING CO
RYAN D HEILMAN ESQ
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS MI 48304

Docketed Total $3,629,694.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,629,694.59 | | |
| | $3,629,694.59 | | |

CLAIM AS MODIFIED — Modified Total $439,255.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,376.54 | $437,879.14 |
| | | $1,376.54 | $437,879.14 |

---

**Claim: 10755**
Date Filed:07/25/06
Docketed Total:   $1,007,764.22
Filing Creditor Name and Address
MAXIM INTEGRATED PRODUCTS INC
DAVID B DRAPER ESQ
TERRA LAW LLP
177 PARK AVE 3RD FL
SAN JOSE CA 95113

CLAIM AS DOCKETED — Claim Holder Name and Address
MAXIM INTEGRATED PRODUCTS INC
DAVID B DRAPER ESQ
TERRA LAW LLP
177 PARK AVE 3RD FL
SAN JOSE CA 95113

Docketed Total $1,007,764.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $457,900.00 | $549,864.22 |
| | | $457,900.00 | $549,864.22 |

CLAIM AS MODIFIED — Modified Total $801,350.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,730.81 | $778,619.19 |
| | | $22,730.81 | $778,619.19 |

---

**Claim: 2708**
Date Filed:04/05/06
Docketed Total:   $3,014.55
Filing Creditor Name and Address
METAL POWDER PRODUCTS COMPANY
STEVEN KAHN DIRECTOR OF
PURCHASING
17005 A WESTFIELD PARK RD
WESTFIELD IN 46074-9373

CLAIM AS DOCKETED — Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Docketed Total $3,014.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,014.55 |
| | | | $3,014.55 |

CLAIM AS MODIFIED — Modified Total $3,014.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $459.77 | $2,554.78 |
| | | $459.77 | $2,554.78 |

---

In re: Delphi Corporation, et al.                                                      Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2402**
Date Filed: 03/24/06
Docketed Total: $2,537,512.52
Filing Creditor Name and Address
  MOTOROLA INC AKA MOTOROLA AIEG
  PETER A CLARK & THOMAS J
  AUGSPURGER
  MCDERMOTT WILL & EMERY LLP
  227 W MONROE ST
  CHICAGO IL 60606

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019
Docketed Total $2,537,512.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $750,487.44 | | $1,787,025.08 |
| | $750,487.44 | | $1,787,025.08 |

Modified Total $2,516,095.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $39,060.00 | $2,477,036.88 |
| | | $39,060.00 | $2,477,036.88 |

**Claim: 16368**
Date Filed: 10/16/06
Docketed Total: $9,911,978.07
Filing Creditor Name and Address
  NEC ELECTRONICS AMERICA INC
  ATTN DENNIS BALANESI
  2880 SCOTT BLVD
  SANTA CLARA CA 95052-8062

Claim Holder Name and Address
NEC ELECTRONICS AMERICA INC
ATTN DENNIS BALANESI
2880 SCOTT BLVD
SANTA CLARA CA 95052-8062
Docketed Total $9,911,978.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $308,024.19 | $3,424,138.98 | $6,179,814.90 |
| | $308,024.19 | $3,424,138.98 | $6,179,814.90 |

Modified Total $9,596,272.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,424,138.98 | $6,172,133.12 |
| | | $3,424,138.98 | $6,172,133.12 |

**Claim: 11566**
Date Filed: 07/27/06
Docketed Total: $5,764,040.00
Filing Creditor Name and Address
  ON SEMICONDUCTOR COMPONENTS
  INDUSTRIES LLC
  QUARLES & BRADY STREICH LANG
  LLP
  ONE RENAISSANCE SQUARE
  TWO N CENTRAL AVE
  PHOENIX AZ 85004-2391

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR SILVER
POINT CAPITAL FUND LP AND SILVER
POINT CAPITAL OFFSHORE FUND LTD
ATTN BRIAN A JARMAIN
TWO GREENWICH PLZ 1ST FL
GREENWICH CT 06830
Docketed Total $5,764,040.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,764,040.00 |
| | | | $5,764,040.00 |

Modified Total $5,764,040.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $118,885.06 | $5,645,154.94 |
| | | $118,885.06 | $5,645,154.94 |

**Claim: 8564**
Date Filed: 06/26/06
Docketed Total: $138,773.28
Filing Creditor Name and Address
  ROHM AND HAAS CO
  ATTN C RANKIN
  100 INDEPENDENCE MALL W
  PHILADELPHIA PA 19106

Claim Holder Name and Address
ROHM AND HAAS CO
ATTN C RANKIN
100 INDEPENDENCE MALL W
PHILADELPHIA PA 19106
Docketed Total $138,773.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $138,773.28 |
| | | | $138,773.28 |

Modified Total $66,192.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $25,117.91 | $41,074.33 |
| | | $25,117.91 | $41,074.33 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9315<br>Date Filed:07/11/06<br>Docketed Total:   $47,062.62<br>Filing Creditor Name and Address<br> SIEMENS VDO AUTOMOTIVE<br> CORPORATION ASSIGNEE OF<br> AMERICAN ELECTRONIC COMPONENTS<br> INC<br> CHARLES P SCHULMAN<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR 40TH FL<br> CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $47,062.62<br>SIEMENS VDO AUTOMOTIVE CORPORATION<br>ASSIGNEE OF AMERICAN ELECTRONIC<br>COMPONENTS INC<br>CHARLES P SCHULMAN<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO IL 60606<br><br>_Case Number*_  _Secured_  _Priority_  _Unsecured_<br>05-44640                                      $47,062.62<br>_____  _____  _____  _____<br>                                      $47,062.62 | Modified Total    $47,062.62<br><br><br><br><br><br><br><br>_Case Number*_  _Secured_  _Priority_  _Unsecured_<br>05-44640                    $11,006.25  $36,056.37<br>_____  _____  _____  _____<br>                           $11,006.25  $36,056.37 |
| Claim: 14141<br>Date Filed:07/31/06<br>Docketed Total:   $2,565,472.27<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> PARKER HANNIFIN CORPORATION<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $2,492,426.58<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>_Case Number*_  _Secured_  _Priority_  _Unsecured_<br>05-44640                                      $2,492,426.58<br>_____  _____  _____  _____<br>                                      $2,492,426.58 | Modified Total    $2,243,971.67<br><br><br><br><br>_Case Number*_  _Secured_  _Priority_  _Unsecured_<br>05-44507                                      $24,324.10<br><br>05-44640                                      $2,219,647.57<br>                                              $2,243,971.67 |
|  | Claim Holder Name and Address    Docketed Total    $73,045.69<br>SPCP GROUP LLC AS ASSIGNEE OF<br>PARKER HANNIFIN CORPORATION<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>_Case Number*_  _Secured_  _Priority_  _Unsecured_<br>05-44640                    $73,045.69<br>_____  _____  _____  _____<br>                           $73,045.69 | Modified Total    $121,842.03<br><br><br><br><br><br>_Case Number*_  _Secured_  _Priority_  _Unsecured_<br>05-44507                    $386.01<br>05-44640                    $121,456.02<br>                           $121,842.03 |

In re: Delphi Corporation, et al.                                                                    Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14141 (Continued) | | |
| Claim: 10724<br>Date Filed:07/25/06<br>Docketed Total:   $1,384,396.89<br>Filing Creditor Name and Address<br> STAHL SPECIALTY COMPANY EFT<br> ATTN GUY TODD<br> 3155 W BIG BEAVER RD<br> PO BOX 2601<br> TROY MI 48007-2601 | Claim Holder Name and Address    Docketed Total    $1,384,396.89<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $1,384,396.89<br>                                                       $1,384,396.89 | Modified Total    $1,328,444.92<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $269,578.01  $1,058,866.91<br>                                $269,578.01  $1,058,866.91 |
| Claim: 14886<br>Date Filed:07/31/06<br>Docketed Total:   $205,971.42<br>Filing Creditor Name and Address<br> TECH TOOL & MOLD INC EFT<br> 1045 FRENCH ST<br> MEADVILLE PA 16335 | Claim Holder Name and Address    Docketed Total    $205,971.42<br>TECH TOOL & MOLD INC EFT<br>1045 FRENCH ST<br>MEADVILLE PA 16335<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $205,971.42<br>                $205,971.42 | Modified Total    $200,530.15<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $45,859.51  $154,670.64<br>                                $45,859.51  $154,670.64 |
| Claim: 6671<br>Date Filed:05/23/06<br>Docketed Total:   $130,235.05<br>Filing Creditor Name and Address<br> THALER MACHINE COMPANY<br> DAYTON FACILITY<br> 257 HOPELAND ST<br> DAYTON OH 45408 | Claim Holder Name and Address    Docketed Total    $130,235.05<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $130,235.05<br>                                                       $130,235.05 | Modified Total    $130,235.05<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $31,412.25  $98,822.80<br>                                $31,412.25  $98,822.80 |
| Claim: 9940<br>Date Filed:07/19/06<br>Docketed Total:   $6,678,072.11<br>Filing Creditor Name and Address<br> THYSSEN KRUPP WAUPACA INC<br> LOCK BOX 68 9343<br> MILWAUKEE WI 53268-9343 | Claim Holder Name and Address    Docketed Total    $6,678,072.11<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $6,678,072.11<br>                                                       $6,678,072.11 | Modified Total    $6,675,684.36<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $79,710.92  $6,595,973.44<br>                                $79,710.92  $6,595,973.44 |

In re: Delphi Corporation, et al.                                                    Seventeenth Omnibus Objection

## EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11200**
Date Filed: 07/26/06
Docketed Total:   $358,909.35
Filing Creditor Name and Address
 UNITED PLASTICS GROUP INC
 WILLIAM HOLBROOK DIRECTOR OF
 FINANC
 1420 KENSINGTON RD STE 209
 OAK BROOK IL 60523

Claim Holder Name and Address    Docketed Total    $358,909.35
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $358,909.35 |
| | | | $358,909.35 |

Modified Total    $281,972.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,444.80 | $280,527.85 |
| | | $1,444.80 | $280,527.85 |

---

**Claim: 1787**
Date Filed: 02/06/06
Docketed Total:    $596,771.49
Filing Creditor Name and Address
 UNIVERSAL BEARINGS INC
 PO BOX 38
 BREMEN IN 46506

Claim Holder Name and Address    Docketed Total    $464,157.46
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $464,157.46 |
| | | | $464,157.46 |

Modified Total    $455,719.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $455,719.44 |
| | | | $455,719.44 |

Claim Holder Name and Address    Docketed Total    $132,614.03
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $132,614.03 | $0.00 |
| | | $132,614.03 | |

Modified Total    $132,614.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,391.72 | $131,222.31 |
| | | $1,391.72 | $131,222.31 |

Total Count of Claims:  33
Total Amount as Docketed:        $39,488,238.10
Total Amount as Modified:        $35,101,545.69

*See Exhibit F for a listing of debtor entities by case number                Page:   10 of 10

In re: Delphi Corporation, <u>et al.</u>                                                    Seventeenth Omnibus Objection

Case No. 05-44481 (RDD)

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILE ARIA, INC. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :
      In re                   :      Chapter 11
                      :
DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)
                      :
            Debtors.     :      (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims Objection") dated June 15, 2007, a copy of which is enclosed (without exhibits). The Debtors' Seventeenth Omnibus Claims Objection is set for hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED SEVENTEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JULY 12, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Seventeenth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

The Claim identified as having a Basis For Objection of "Books And Records Tax Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Books And Records Insurance Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|---|---|---|---|---|---|
| | | | | | |

If you wish to view the complete exhibits to the Seventeenth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Seventeenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Seventeenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on July 12, 2007. Your Response, if any, to the Seventeenth Omnibus Claims Objection must (a)

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Seventeenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a <u>prima facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the July 19, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'

4

ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        June 15, 2007

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                        NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely
Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims
Objection") dated June 15, 2007, a copy of which is enclosed (without exhibits). The Debtors'
Seventeenth Omnibus Claims Objection is set for hearing on July 19, 2007 at 10:00 a.m. (prevailing
Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern
District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER
DESCRIBED IN THE ENCLOSED SEVENTEENTH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JULY 12, 2007. IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Seventeenth Omnibus Claims Objection identifies eleven different categories of
objections. The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

The Claim identified as having a Basis For Objection of "Books And Records Tax Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Books And Records Insurance Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Seventeenth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Seventeenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton. Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

If you disagree with the Seventeenth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern
Time) on July 12, 2007. Your Response, if any, to the Seventeenth Omnibus Claims Objection must (a)
be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for
the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be
served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)
and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the Seventeenth Omnibus Claims Objection; (iv) unless already set forth
in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie
right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise
protected information in the Response; provided further, however, that you must disclose to the Debtors
all information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the
Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described
above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such
Response will automatically be adjourned from the July 19, 2007 hearing date to a future date to be set
pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the
Debtors have requested that the Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing
Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES
ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE

4

CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        June 15, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                          :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
          Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
INSURANCE CLAIM NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D)
UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (E) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED
CLAIMS ASSERTING RECLAMATION IDENTIFIED IN SEVENTEENTH
OMNIBUS CLAIMS OBJECTION

("SEVENTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On

Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claim, And (E) Claims

Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting

Reclamation, dated June 15, 2007 (the "Seventeenth Omnibus Claims Objection"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Seventeenth Omnibus Claims Objection.

the Seventeenth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim") listed on Exhibits A-1, A-2, B-1, B-2, B-3, C, D-1, D-2, E-1, E-2, and E-3

hereto was properly and timely served with a copy of the Seventeenth Omnibus Claims

Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the proposed order granting the Seventeenth Omnibus Claims Objection,

and notice of the deadline for responding to the Seventeenth Omnibus Claims Objection.  No

other or further notice of the Seventeenth Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Seventeenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Seventeenth Omnibus Claims Objection

is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Seventeenth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A-1 hereto contain insufficient

documentation to support the Claims asserted (the "Insufficiently Documented Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

D.      The Claim listed on Exhibit A-2 hereto contains insufficient documentation to support the Claim asserted and was also untimely filed pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

E.      The Claims listed on Exhibit B-1 hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

F.      The Claim listed on Exhibit B-2 hereto, which was filed by a taxing authority, contains liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Tax Claim").

G.      The Claims listed on Exhibit B-3 hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

H.      The Claim listed on Exhibit C hereto contains liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Insurance Claim").

I.      The Claims listed on Exhibit D-1 hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

J.      The Tax Claims listed on Exhibit D-2 hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims").

K.      The Claims listed on Exhibit E-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

3

L.    The Tax Claims listed on Exhibit E-2 hereto (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (the "Tax Claims Subject To Modification").

M.    The Claims listed on Exhibit E-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

N.    The relief requested in the Seventeenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each Insufficiently Documented Claim listed on Exhibit A-1 hereto is hereby disallowed and expunged in its entirety.

2.    The Untimely Insufficiently Documented Claim listed on Exhibit A-2 hereto is hereby disallowed and expunged in its entirety.

3.    Each Books And Records Claim listed on Exhibit B-1 hereto is hereby disallowed and expunged in its entirety.

4

4.      The Books And Records Tax Claim listed on <u>Exhibit B-2</u> hereto is hereby disallowed and expunged in its entirety.

5.      Each Untimely Books And Records Claim listed on <u>Exhibit B-3</u> hereto is hereby disallowed and expunged in its entirety.

6.      The Books And Records Insurance Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

7.      Each Untimely Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed and expunged in its entirety.

8.      Each Untimely Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby disallowed and expunged in its entirety.

9.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit E-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit E-1</u> shall be entitled to (a) a recovery for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit E-1,</u> subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.      Each "Claim As Docketed" amount and Debtor listed on <u>Exhibit E-2</u> hereto is hereby revised to reflect the amount and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit E-2</u> shall be entitled to (a) a recovery for any Tax Claim Subject to

5

Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim

and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

column on Exhibit E-2, and/or (c) assert a Claim against a Debtor whose case number is not

listed in the "Claim As Modified" column on Exhibit E-2, subject to the Debtors' right to further

object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

       11.    Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-3 hereto is hereby revised to the amount and classification listed as the "Claim As

Modified."  No Claimant listed on Exhibit E-3 shall be entitled to (a) a recovery for any

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column on Exhibit E-3, and/or (c) assert a Claim against a

Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit E-3,

subject to the Debtors' right to further object to each such Modified Claim Asserting

Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register,

and shall remain subject to future objection by the Debtors and other parties-in-interest.

       12.    Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Seventeenth Omnibus Claims Objection.

       13.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

14. This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Seventeenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

15. Each of the objections by the Debtors to each Claim addressed in the Seventeenth Omnibus Claims Objection attached hereto as <u>Exhibits</u> <u>A-1</u>, <u>A-2</u>, <u>B-1</u>, <u>B-2</u>, <u>B-3</u> <u>C</u>, <u>D-1</u>, <u>D-2</u>, <u>E-1</u>, <u>E-2</u>, and <u>E-3</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Seventeenth Omnibus Claims Objection. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

16. Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

17. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Seventeenth Omnibus Claims Objection.

Dated: New York, New York
      July ___, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Center Manufacturing Inc | Arthur Veltman<br>PO Box 337<br>Byron Center, MI 49315 | 11/16/05 | 594 | $46,706.76 | Insufficiently Documented Claim | Disallow and Expunge | |
| Cleo Inc | Attn Credit Dept<br>4025 Viscount<br>Memphis, TN 38118 | 4/28/06 | 3048 | $18,878.39 | Insufficiently Documented Claim | Disallow and Expunge | |
| Fortney Eyecare Associates Inc | Fortney Eyecare Associates Inc<br>23469 Michigan Ave<br>Dearborn, MI 48124 | 11/14/05 | 535 | $99,446.17 | Insufficiently Documented Claim | Disallow and Expunge | |
| Graybar Electric Co Inc | 825 8th Ave South<br>Nashville, TN 37203 | 5/8/06 | 5210 | $2,234.49 | Insufficiently Documented Claim | Disallow and Expunge | |
| Holset Engineering Company Ltd co Cummins Business Services | Jill L Murch<br>Foley & Lardner LLP<br>321 N Clark St Ste 2800<br>Chicago, IL 60610 | 7/26/06 | 11214 | $4,950.96 | Insufficiently Documented Claim | Disallow and Expunge | |
| Krupp Bilstein Of America Eft | 8695 Berk Blvd<br>Hamilton, OH 45015-2205 | 5/1/06 | 3531 | $812,224.68 | Insufficiently Documented Claim | Disallow and Expunge | |
| Mori Seiki | Steven B Frankoff<br>15014 Marlebone<br>Houston, TX 77069 | 3/3/06 | 2178 | $13,366.36 | Insufficiently Documented Claim | Disallow and Expunge | |

6/18/2007 6:50 PM
Omni 17 Obj Ex A-1 Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit A-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Jeanne Fitzsimmons | 120 W Jackson Ave S Sapulpa, OK 74066-5514 | 5/14/07 | 16603 | $0.00 | Untimely Insufficiently Documented Claim | Disallow and Expunge | |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| A Schulman Inc | Carrie M Caldwell Esq Vorys Sater Seymour and Pease LLP 2100 One Cleveland Center 1375 Ninth Street Cleveland, OH 44114 | 7/27/06 | 11260 | $98,066.34 | Books and Records Claim | Disallow and Expunge | |
| Advetech Inc | Attn David Smith 451 W Main St Canfield, OH 44406 | 11/10/05 | 486 | $3,594.00 | Books and Records Claim | Disallow and Expunge | |
| Airgas East Inc | Attn D Boyle Airgas Inc 259 N Radnor Chester Road Ste 100 Radnor, PA 19087 | 7/31/06 | 14279 | $3,649.48 | Books and Records Claim | Disallow and Expunge | |
| Bowman Supply Company | 225 N Irwin St PO Box 1404 Dayton, OH 45401 | 12/30/05 | 1392 | $1,450.92 | Books and Records Claim | Disallow and Expunge | |
| Bowman Supply Company | 225 N Irwin St PO Box 1404 Dayton, OH 45401 | 12/30/05 | 1397 | $559.50 | Books and Records Claim | Disallow and Expunge | |
| Dayton Metal Finishing | 2221 Arbor Blvd Dayton, OH 45439 | 3/20/06 | 2294 | $6,059.71 | Books and Records Claim | Disallow and Expunge | |
| Dayton Precision Punch Inc | 4900 Webster St Dayton, OH 45414 | 7/5/06 | 8985 | $5,974.50 | Books and Records Claim | Disallow and Expunge | |
| Deco Engineering Inc | 4850 Coolidge Hwy Royal Oak, MI 48073 | 5/18/06 | 6292 | $99,471.33 | Books and Records Claim | Disallow and Expunge | |
| DEK International GmbH | Attn Raj Lakhotia 2225 Ringwood Ave San Jose, CA 95131 | 12/5/05 | 1020 | $348.40 | Books and Records Claim | Disallow and Expunge | |
| DEK International GmbH | Attn Raj Lakhotia 2225 Ringwood Ave San Jose, CA 95131 | 12/9/05 | 1021 | $8.00 | Books and Records Claim | Disallow and Expunge | |
| Eaton Bi State Valve Claim | Eaton Corporation 1111 Superior Ave Cleveland, OH 44114-2584 | 7/28/06 | 12158 | $2,000,000.00 | Books and Records Claim | Disallow and Expunge | |
| Iron Mountain Information Management Inc | R Frederick Linfesty Esq Iron Mountain Inc 745 Atlantic Ave 10th Fl Boston, MA 02111 | 11/17/05 | 683 | $935.80 | Books and Records Claim | Disallow and Expunge | |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Lexisnexis a Division of Reed Elsevier Inc | Beth Farnham 9443 Springboro Pike Miamisburg, OH 45342 | 2/22/06 | 2101 | $21,000.00 | Books and Records Claim | Disallow and Expunge | |
| Nalco Company | 1601 W Diehl Rd Naperville, IL 60563 | 1/20/06 | 1616 | $1,549.94 | Books and Records Claim | Disallow and Expunge | |
| Rockford Products Corporation | Attn Sue Smith 707 Harrison Ave Rockford, IL 61104 | 5/1/06 | 4015 | $30,838.79 | Books and Records Claim | Disallow and Expunge | |
| Stonehill Institutional Partners LP | co Stonehill Capital Management 885 Third Ave 30th Fl Attn Steve Nelson New York, NY 10022 | 7/28/06 | 12369 | $115,348.56 | Books and Records Claim | Disallow and Expunge | |
| Taylor Winfield Corporation | PO Box 500 Brookfield, OH 44403-0500 | 7/28/06 | 12222 | $48,416.80 | Books and Records Claim | Disallow and Expunge | |
| Temic Automotive of North Americ Inc | c o Robert J Patton Continental Automotive Systems 21440 W Lake Cook Rd Deer Park, IL 60010 | 6/22/06 | 8391 | $8,385,154.00 | Books and Records Claim | Disallow and Expunge | |
| Temic Automotive of North Americ Inc | Motorola Inc co Jason J DeJonker Esq McDermott Will & Emery LLP 227 West Monroe St Chicago, IL 60606-5096 | 6/22/06 | 8391 | $8,385,154.00 | Books and Records Claim | Disallow and Expunge | |
| Tyco Adhesives | attn Lori Taylor 25 Forge Pkwy Franklin, MA 02038 | 1/23/06 | 1619 | $121,059.11 | Books and Records Claim | Disallow and Expunge | |
| Vanguard Distributors Inc | PO Box 608 Savannah, GA 31402 | 7/11/06 | 9319 | $788,321.49 | Books and Records Claim | Disallow and Expunge | |
| Viasystems | Attn R Shenberger 1915 Trolley Rd York, PA 17408 | 7/28/06 | 12383 | $762,104.80 | Books and Records Claim | Disallow and Expunge | |

6/18/2007 6:43 PM
Omni 17 Obj Ex B-1 Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit B-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Department of the Treasury Internal Revenue Services | Internal Revenue Service 290 Broadway 5th Fl New York, NY 10007 | 6/5/06 | 14153 | $2,989.09 | Books and Records Tax Claim | Disallow and Expunge | |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit B-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| City of McAllen | Linebarger Goggan Blair & Sampson LLP<br>Diane W Sanders<br>1949 South IH 35 PO Box 17428<br>Austin, TX 78741 | 3/28/07 | 16589 | $3,696.46 | Untimely Books and Records Claim | Disallow and Expunge | |
| Ohio Department of Taxation | Rebecca Daum<br>Attorney Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | 4/13/07 | 16596 | $2,976.58 | Untimely Books and Records Claim | Disallow and Expunge | |
| Ohio Department of Taxation | Ohio Department of Taxation<br>co Rebecca Daum<br>30 E Broad St 23rd Floor<br>Columbus, OH 43216 | 4/13/07 | 16596 | $2,976.58 | Untimely Books and Records Claim | Disallow and Expunge | |
| Ohio Department of Taxation | Attorney General of the State of Ohio<br>Collection Enforcement<br>150 E Gay St 21st Floor<br>Columbus, OH 43215 | 4/13/07 | 16596 | $2,976.58 | Untimely Books and Records Claim | Disallow and Expunge | |
| Orange County Tax Collector | Chriss W Street<br>PO Box 1438<br>Santa Ana, CA 92702-1438 | 2/20/07 | 16548 | $0.00 | Untimely Books and Records Claim | Disallow and Expunge | |
| South Texas College | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 PO Box 17428<br>Austin, TX 78741 | 3/28/07 | 16590 | $1,257.82 | Untimely Books and Records Claim | Disallow and Expunge | |
| State of Maryland Comptroller of the Treasury | Mary T Carr<br>Rm 409 State Office Bldg<br>301 W Preston St<br>Baltimore, MD 21201 | 1/25/07 | 16501 | $2,540.00 | Untimely Books and Records Claim | Disallow and Expunge | |

6/18/2007 6:44 PM
Omni 17 Obj Ex B-3 Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| RLI Insurance Company | Law Offices of Michael P OConnor<br>Michael P OConnor Esq<br>10 Esquire Rd Ste 14<br>New City, NY 10956 | 4/3/06 | 2539 | $11,750,000.00 | Books and Records Insurance Claim | Disallow And Expunge | |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Collins & Aikman Automotive Canada Co | 26533 Evergreen Southfield, MI 48076 | 3/16/07 | 16576 | $31,730.72 | Untimely Claim | Disallow and Expunge | |
| Collins & Aikman Automotive Exteriors Inc | 26533 Evergreen Southfield, MI 48076 | 3/16/07 | 16577 | $10,132.74 | Untimely Claim | Disallow and Expunge | |
| Collins & Aikman Automotive Exteriors Inc | 26533 Evergreen Southfield, MI 48076 | 3/16/07 | 16578 | $764,853.77 | Untimely Claim | Disallow and Expunge | |
| Collins & Aikman Automotive Interiors Inc | 26533 Evergreen Southfield, MI 48076 | 3/16/07 | 16575 | $659,963.54 | Untimely Claim | Disallow and Expunge | |
| Collins & Aikman Automotive Interiors Inc | 26533 Evergreen Southfield, MI 48076 | 3/16/07 | 16579 | $17,054.96 | Untimely Claim | Disallow and Expunge | |
| Conestoga Rovers & Associates Inc | 2055 Niagara Falls Blvd Ste 3 Niagara Falls, NY 14304 | 5/21/07 | 16604 | $140,195.09 | Untimely Claim | Disallow and Expunge | |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit D-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| City Of Troy | Susan M Lancaster Esq<br>500 W Big Beaver Rd<br>Troy, MI 48084-5284 | 3/5/07 | 16563 | $28,447.96 | Untimely Tax Claim | Disallow and Expunge | |
| Clark County Collector | 401 Clay St<br>Arkadelphia, AR 71923 | 5/1/07 | 16599 | $11,153.24 | Untimely Tax Claim | Disallow and Expunge | |
| St Joseph County In | St Joseph County Treasurer<br>227 W Jefferson Blvd<br>South Bend, IN 46601 | 2/23/07 | 16551 | $4,393.94 | Untimely Tax Claim | Disallow and Expunge | |
| Warren City Income Tax Dept | PO Box 230<br>Warren, OH 44482 | 5/14/07 | 16600 | $135,015.50 | Untimely Tax Claim | Disallow and Expunge | |

6/18/2007 6:44 PM
Omni 17 Obj Ex D-2 Service List

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,              :        Case No. 05-44481 (RDD)
                                          :
           Debtors.         :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


     Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely
Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims
Objection") dated June 15, 2007, a copy of which is enclosed (without exhibits).  The Debtors'
Seventeenth Omnibus Claims Objection is set for hearing on July 19, 2007 at 10:00 a.m. (prevailing
Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern
District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER
DESCRIBED IN THE ENCLOSED SEVENTEENTH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JULY 12, 2007.  IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

     The enclosed Seventeenth Omnibus Claims Objection identifies eleven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

The Claim identified as having a Basis For Objection of "Books And Records Tax Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Books And Records Insurance Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Seventeenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Seventeenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Seventeenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on July 12, 2007. Your Response, if any, to the Seventeenth Omnibus Claims Objection must (a)

---

[1]      Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Seventeenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the July 19, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS'

4

ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        June 15, 2007

# EXHIBIT G

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Acme Mills Company | 1750 S Telegraph Rd Ste 304<br>Bloomfield Hills, MI 48302 | 5/10/06 | 5501 | $594.67 | Claims Subject to Modification | 05-44640 | $594.67 | General Unsecured |
| Action Tool and Mach Inc | Douglas Lademan<br>5976 Ford Ct<br>Brighton, MI 48116 | 5/8/06 | 5117 | $3,990.00 | Claims Subject to Modification | 05-44640 | $3,990.00 | General Unsecured |
| Airgas East Inc | Attn D Boyle<br>Airgas Inc<br>259 N Radnor Chester Road Ste 100<br>Radnor, PA 19087 | 7/31/06 | 14278 | $18,704.93 | Claims Subject to Modification | 05-44640 | $13,927.33 | General Unsecured |
| Alken Ziegler Inc | Attn Nicholas Baise<br>Alken Ziegler<br>33855 Capitol<br>Livonia, MI 48150 | 7/6/06 | 9050 | $177,673.57 | Claims Subject to Modification | 05-44640 | $39,244.23 | General Unsecured |
| American Labelmark Co | PO Box 46402<br>Chicago, IL 60646-0402 | 7/27/06 | 11431 | $1,130.81 | Claims Subject to Modification | 05-44640 | $804.75 | General Unsecured |
| Amphenol Tuchel Electronics | Amphenol Tuchel Electronics<br>6900 Haggerty Rd Ste 200<br>Canton, MI 48187 | 12/13/05 | 1135 | $142,103.30 | Claims Subject to Modification | | $134,837.30 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/6/06 | 7514 | $58,187.44 | Claims Subject to Modification | 05-44481 | $0.00 | General Unsecured |
| Amroc Investments LLC | as assignee of Border States Electric Supply<br>Attn David S Leinwand<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/26/06 | 11195 | $23,073.64 | Claims Subject to Modification | 05-44640 | $22,615.93 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/26/06 | 11196 | $59,444.55 | Claims Subject to Modification | 05-44640 | $53,910.07 | General Unsecured |
| Andersen Arthur Llp | 33 W Monroe<br>18th Floor<br>Chicago, IL 60603 | 5/8/06 | 5110 | $29,559.00 | Claims Subject to Modification | 05-44640 | $29,559.00 | General Unsecured |
| Anxebusiness Corp | 2000 Town Ctr Ste 2050<br>Southfield, MI 48075 | 7/28/06 | 11795 | $178,793.00 | Claims Subject to Modification | 05-44640 | $153,895.15 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-1 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Applied Materials Inc | Attn Paul Delson Esq<br>PO Box 58039<br>3050 Bowers Ave MS 2062<br>Santa Clara, CA 95052-8039 | 1/24/06 | 1650 | $257,596.00 | Claims Subject to Modification | 05-44640 | $257,596.00 | General Unsecured |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 2/28/06 | 2145 | $407,503.38 | Claims Subject to Modification | 05-44640 | $179,076.42 | General Unsecured |
| Arneses Electricos Automotrices S A de C V | Attn Deborah M Buell<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plz<br>New York, NY 10006 | 7/31/06 | 13825 | $330,238.12 | Claims Subject to Modification | 05-44640 | $330,238.12 | General Unsecured |
| ASM Capital as Assignee for Beta Lasermike | 7600 Jericho Tpke Ste 302<br>Woodbury, NY 11747 | 5/19/06 | 6394 | $12,389.25 | Claims Subject to Modification | 05-44640 | $9,106.97 | General Unsecured |
| Beltline Electric Motor Repair | 520 Trinity Ln<br>Decatur, AL 35601 | 5/10/06 | 5572 | $10,267.92 | Claims Subject to Modification | 05-44640 | $8,872.92 | General Unsecured |
| Berkshire Investments Llc | Chicago Extruded Metals Co<br>1601 S 54th Ave<br>Cicero, IL 60804 | 7/17/06 | 9653 | $177,062.67 | Claims Subject to Modification | 05-44640 | $169,862.29 | General Unsecured |
| Bohl Crane Inc | 534 W Laskey Rd<br>Toledo, OH 43612 | 10/31/06 | 16400 | $6,400.00 | Claims Subject to Modification | 05-44640 | $6,400.00 | General Unsecured |
| Bowman Supply Company | Bowman Supply Company<br>225 N Irwin St<br>PO Box 1404<br>Dayton, OH 45401 | 12/30/05 | 1393 | $11,465.20 | Claims Subject to Modification | 05-44640 | $11,465.20 | General Unsecured |
| Bowman Supply Company | Bowman Supply Company<br>225 N Irwin St<br>PO Box 1404<br>Dayton, OH 45401 | 12/30/05 | 1394 | $165.06 | Claims Subject to Modification | 05-44640 | $165.06 | General Unsecured |
| Bowman Supply Company | Bowman Supply Company<br>225 N Irwin St<br>PO Box 1404<br>Dayton, OH 45401 | 12/30/05 | 1395 | $5,628.29 | Claims Subject to Modification | 05-44640 | $5,628.29 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Bowman Supply Company | Bowman Supply Company 225 N Irwin St PO Box 1404 Dayton, OH 45401 | 12/30/05 | 1396 | $477.47 | Claims Subject to Modification | 05-44640 | $477.47 | General Unsecured |
| Brubaker and Associates Inc | PO Box 412000 St Louis, MO 63141-2000 | 8/9/06 | 16106 | $2,370.34 | Claims Subject to Modification | 05-44640 | $2,370.34 | General Unsecured |
| C&E Sales Inc | c o Scott A Liberman 1 S Main St Ste 1700 Dayton, OH 45402 | 3/10/06 | 2249 | $71,960.60 | Claims Subject to Modification | 05-44481 | $68,930.03 | General Unsecured |
| Calvary Industries Inc | c o Richard L Ferrell Taft Stettinius & Hollister LLP 425 Walnut St Ste 1800 Cincinnati, OH 45202 | 7/11/06 | 9387 | $71,792.35 | Claims Subject to Modification | 05-44640 | $59,826.96 | General Unsecured |
| Cheeseman | 2200 State Route 119 Ft Recovery, OH 45846 | 8/9/06 | 15942 | $3,392.30 | Claims Subject to Modification | 05-44640 | $3,392.30 | General Unsecured |
| City Of Vandalia | 333 James E Bohanan Dr Vandalia, OH 45377 | 6/8/06 | 7624 | $22,307.18 | Claims Subject to Modification | 05-44640 | $22,307.18 | General Unsecured |
| Conestoga Rovers & Associates Inc | 2055 Niagara Falls Blvd Ste 3 Niagara Falls, NY 14304 | 3/20/06 | 2339 | $63,642.38 | Claims Subject to Modification | 05-44640 | $56,221.90 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 6/30/06 | 8791 | $9,790.00 | Claims Subject to Modification | 05-44640 | $6,290.00 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/19/06 | 9951 | $79,244.79 | Claims Subject to Modification | 05-44640 | $59,881.66 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 2/13/07 | 16542 | $50,118.34 | Claims Subject to Modification | 05-44640 | $43,473.60 | General Unsecured |
| Contrarian Funds LLC As Assignee of Kardex Systems Inc | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/18/06 | 9795 | $134,225.00 | Claims Subject to Modification | 05-44640 | $118,225.00 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Control Gaging Inc Eft | Address From Csids 8 95<br>5200 Venture Dr<br>Ann Arbor, MI 48108-9561 | 6/5/06 | 7507 | $12,274.00 | Claims Subject to Modification | 05-44640 | $12,274.00 | General Unsecured |
| Corrosion Fluid Products Corp | 24450 Indoplex Circle<br>Farmington Hills, MI 48335-2526 | 5/1/06 | 4163 | $11,353.00 | Claims Subject to Modification | 05-44640 | $11,353.00 | General Unsecured |
| Covington & Burling | Susan Power Johnston<br>1330 Avenue of the Americas<br>New York, NY 10019 | 7/31/06 | 14179 | $263,559.79 | Claims Subject to Modification | 05-44640 | $263,559.79 | General Unsecured |
| D A Inc | 101 Quality Ct<br>Charlestown, IN 47111-114 | 7/21/06 | 10190 | $54,256.58 | Claims Subject to Modification | 05-44640 | $54,256.58 | General Unsecured |
| Dayton Precision Punch Inc | Dayton Precision Punch Inc<br>4900 N Webster St<br>Dayton, OH 45414 | 7/5/06 | 8984 | $7,329.10 | Claims Subject to Modification | 05-44640 | $7,098.10 | General Unsecured |
| DEK International GmbH | Attn Raj Lakhotia<br>2225 Ringwood Ave<br>San Jose, CA 95131 | 12/5/05 | 1018 | $103.24 | Claims Subject to Modification | 05-44567 | $103.24 | General Unsecured |
| DEK International GmbH | Attn Raj Lakhotia<br>2225 Ringwood Ave<br>San Jose, CA 95131 | 12/5/05 | 1019 | $740.57 | Claims Subject to Modification | 05-44567 | $740.57 | General Unsecured |
| Dow Corning Corp | Attn Tammy Grove CO1222<br>2200 W Salzburg Rd<br>Midland, MI 48686 | 6/2/06 | 7343 | $59,296.80 | Claims Subject to Modification | 05-44640 | $57,946.80 | General Unsecured |
| Dow Corning Corporation | Attn Tammy Grove CO1222<br>2200 W Salzburg Rd<br>Midland, MI 48686 | 6/2/06 | 7341 | $34,468.09 | Claims Subject to Modification | 05-44640 | $34,320.46 | General Unsecured |
| Dowty Orings North America Eft | Aka Dowty Polymers Inc<br>PO Box 905665<br>Charlotte, NC 28290-5665 | 7/28/06 | 11936 | $304,267.04 | Claims Subject to Modification | 05-44640 | $265,906.08 | General Unsecured |
| Ecorse Machinery Sls & Rbldrs | 75 Southfield<br>Ecorse, MI 48229-143 | 8/9/06 | 16167 | $4,901.89 | Claims Subject to Modification | 05-44640 | $2,694.50 | General Unsecured |
| Elston Richards Inc Elston Richards Storage Co | 3701 Patterson Ave Se<br>Grand Rapids, MI 49512 | 7/26/06 | 11238 | $14,694.47 | Claims Subject to Modification | 05-44640 | $14,586.86 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-1 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Engel Canada Inc | 545 Elmira Rd<br>Guelph, ON N1K1C2 Canada | 12/23/05 | 1257 | $6,768.18 | Claims Subject to Modification | 05-44640 | $860.00 | General Unsecured |
| Equity Corporate Housing | Jonathan W Young & Jeffrey L Gansberg<br>Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr Ste 3000<br>Chicago, IL 60606 | 4/3/06 | 2523 | $179,246.02 | Claims Subject to Modification | 05-44640 | $154,582.23 | General Unsecured |
| Export Development Canada EDC | EDC<br>151 O Connor St 18th Fl<br>Ottawa, ON K1A 1K3 Canada | 12/5/06 | 16444 | $0.00 | Claims Subject to Modification | 05-44640 | $24,171.24 | General Unsecured |
| Fastenal Company | Attn Legal<br>PO Box 978<br>Winona, MN 55987-0978 | 6/6/06 | 7514 | $58,187.44 | Claims Subject to Modification | 05-44640 | $1,567.26 | General Unsecured |
| Fauber Freightways Inc | 322 Kalorama St<br>Staunton, VA 24401 | 5/16/06 | 6024 | $7,269.05 | Claims Subject to Modification | 05-44482 | $5,298.94 | General Unsecured |
| Fedex Kinkos | Customer Administrative Services<br>PO Box 262682<br>Plano, TX 75026-2682 | 7/6/06 | 9051 | $539.62 | Claims Subject to Modification | 05-47474 | $358.12 | General Unsecured |
| Firstenergy Solutions Corp | Bankruptcy Analyst<br>395 Ghent Rd<br>Akron, OH 44333 | 3/20/06 | 2342 | $2,801,641.96 | Claims Subject to Modification | 05-44640 | $508,267.41 | General Unsecured |
| Fraenkische USA LP | Attn Simone Kraus<br>Smith Gambrell & Russell LLP<br>1230 Peachtree St NE Promenade II Ste 3100<br>Atlanta, GA 30309 | 6/8/06 | 16511 | $59,175.40 | Claims Subject to Modification | 05-44640 | $159.89 | General Unsecured |
| Ge Betz Canada | Attn Joe Halstead<br>4636 Somerton Rd<br>Trevose, PA 19053-6783 | 7/21/06 | 10240 | $1,659.02 | Claims Subject to Modification | 05-44640 | $1,350.00 | General Unsecured |
| GE Betz Inc | 4636 Somerton Rd<br>Trevose, PA 19053 | 7/24/06 | 10417 | $156,408.67 | Claims Subject to Modification | 05-44640 | $75,775.47 | General Unsecured |
| Graybar Electric Co Inc | Graybar Electric Co Inc<br>PO Box 14368<br>West Allis, WI 53214 | 2/14/06 | 2022 | $4,031.99 | Claims Subject to Modification | 05-44640 | $4,031.99 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 11/18/05 | 660 | $300,000.00 | Claims Subject to Modification | 05-44640 | $236,962.75 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 1/25/06 | 1637 | $177,081.16 | Claims Subject to Modification | 05-44640 | $159,771.16 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 5/5/06 | 4898 | $113,976.02 | Claims Subject to Modification | 05-44640 | $113,304.16 | General Unsecured |
| Harco Brake Systems Inc | PO Box 326 Englewood, OH 45322 | 7/13/06 | 9466 | $2,114,936.05 | Claims Subject to Modification | 05-44640 | $2,099,080.09 | General Unsecured |
| Hella Fahrzeugkomponenten GmbH | Dortmunder Str 5 Bremen, 28199 Germany | 6/6/06 | 7562 | $136,961.01 | Claims Subject to Modification | 05-44640 | $107,909.88 | General Unsecured |
| Hella Inc | PO Box 2665 Peachtree, GA 30269 | 7/5/06 | 9012 | $17,885.47 | Claims Subject to Modification | 05-44612 | $8,304.72 | General Unsecured |
| Hella Innenleuchten Systeme GmbH | Mrs Melanie Renner Maienbuhlstrasse 7 Wembach, 79677 Germany | 1/31/06 | 1739 | $12,893.76 | Claims Subject to Modification | 05-44640 | $12,893.76 | General Unsecured |
| Hella KgaA Hueck & Co | Mr Bernhard Lichtenauer Rixbecker Str 75 Lippstradt, 59552 Germany | 1/13/06 | 1537 | $64,733.76 | Claims Subject to Modification | 05-44640 | $59,754.24 | General Unsecured |
| Helm Instrument Co Inc | 361 W Dussel Dr Maumee, OH 43537 | 5/4/06 | 4584 | $2,307.10 | Claims Subject to Modification | 05-44640 | $260.00 | General Unsecured |
| Henman Engineering & Machine Inc | Thomas Henman President 3301 Mt Pleasant Blvd PO Box 2633 Muncie, IN 47307 | 1/30/06 | 1715 | $127,058.35 | Claims Subject to Modification | 05-44640 | $92,916.58 | General Unsecured |
| Heritage Interactive Services LLC | Matthew M Price 10 W Market St Indianapolis, IN 46204 | 8/1/06 | 15964 | $38,367.34 | Claims Subject to Modification | 05-44640 | $36,951.86 | General Unsecured |
| Hobart Corp | A division of ITW Ford Equipment Group Attn Anita Clutter 701 S Ridge Ave Troy, OH 45374-0001 | 5/10/06 | 5566 | $517.25 | Claims Subject to Modification | 05-44640 | $517.25 | General Unsecured |
| Holt Company Of Ohio Inc | Ohio Cat 3993 E Royalton Rd Broadview Hts, OH 44147 | 5/5/06 | 4948 | $32,826.02 | Claims Subject to Modification | 05-44640 | $32,826.02 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Hover Davis Inc | 100 Paragon Dr<br>Rochester, NY 14624 | 5/16/06 | 6087 | $7,337.30 | Claims Subject to Modification | 05-44640 | $7,337.30 | General Unsecured |
| Husky Injection Molding Systems | Husky Injection Molding Systems<br>55 Amherst Villa Rd<br>Buffalo, NY 14225-1432 | 2/16/06 | 2041 | $52,428.91 | Claims Subject to Modification | 05-44640 | $40,505.07 | General Unsecured |
| Ibt Inc | PO Box 2982<br>Shawnee Mission, KS 66201 | 5/26/06 | 6927 | $723.66 | Claims Subject to Modification | 05-44482 | $356.63 | General Unsecured |
| IFCO Systems NA | Attn Chris Tiesman<br>6829 Flintlock Rd<br>Houston, TX 77040 | 5/18/06 | 6285 | $139,466.95 | Claims Subject to Modification | 05-44640 | $123,393.30 | General Unsecured |
| IKON Financial Services | Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 31208 | 1/24/06 | 1660 | $291,924.71 | Claims Subject to Modification | 05-44640 | $5,306.51 | General Unsecured |
| Itw Thielex | 95 Commerce Dr<br>Somerset, NJ 08873 | 10/12/05 | 2 | $70,507.34 | Claims Subject to Modification | 05-44640 | $63,612.57 | General Unsecured |
| Jamestown Plastics Inc | 8806 Highland Ave<br>Brocton, NY 14716 | 6/15/06 | 8010 | $48,416.72 | Claims Subject to Modification | 05-44640 | $44,188.45 | General Unsecured |
| Kaddis Manufacturing Corporation | Kimberly Sickles<br>1100 Beachan Rd<br>PO Box 92985<br>Rochester, NY 14692 | 5/2/06 | 4446 | $27,790.40 | Claims Subject to Modification | 05-44640 | $26,411.27 | General Unsecured |
| Kentucky Air Tool | Jim Or Ricky<br>3600 Chamberlain Ln<br>Ste 616<br>Louisville, KY 40241 | 4/28/06 | 3329 | $39,078.76 | Claims Subject to Modification | 05-44640 | $37,155.47 | General Unsecured |
| Klapec Trucking Co Inc | PO Box 1278<br>Oil City, PA 16301 | 5/4/06 | 4670 | $75.50 | Claims Subject to Modification | 05-44640 | $75.50 | General Unsecured |
| Kokusai Inc | 8102 Woodland Dr<br>Indianapolis, IN 46278 | 2/14/06 | 1987 | $249,500.00 | Claims Subject to Modification | 05-44640 | $200,350.00 | General Unsecured |
| Kom Lamb Inc | 355 Commerce Dr<br>Amherst, NY 14228 | 2/28/06 | 2150 | $10,884.57 | Claims Subject to Modification | 05-44640 | $9,307.57 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Koyo Machinery Usa Inc | 14878 Galleon Ct<br>Plymouth, MI 48170 | 5/1/06 | 4273 | $14,681.25 | Claims Subject to Modification | 05-44481 | $5,431.25 | General Unsecured |
| Latigo Master Fund Ltd | Attn Paul Malek<br>590 Madison Ave 9th Fl<br>New York, NY 10022 | 7/25/06 | 10597 | $2,419,203.01 | Claims Subject to Modification | 05-44640 | $2,000,792.55 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 2/9/06 | 1933 | $161,818.99 | Claims Subject to Modification | 05-44640 | $138,463.99 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 2/16/06 | 2039 | $432,071.89 | Claims Subject to Modification | 05-44640 | $432,071.89 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 4/5/06 | 2709 | $33,544.10 | Claims Subject to Modification | 05-44640 | $33,544.10 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 4/5/06 | 2711 | $15,750.00 | Claims Subject to Modification | 05-44640 | $14,070.00 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 4/5/06 | 2712 | $26,184.00 | Claims Subject to Modification | 05-44640 | $20,104.03 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 7/5/06 | 9018 | $49,357.60 | Claims Subject to Modification | 05-44640 | $49,357.60 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>Transferor Conti Tech Elastomer Coatings<br>New York, NY 10019 | 7/6/06 | 9079 | $129,383.00 | Claims Subject to Modification | 05-44640 | $117,611.00 | General Unsecured |
| Longacre Master Fund Ltd | c/o U.S. Bank National Association<br>Attn: Dawnita Ehl<br>Corporate Trust Services 1420 Fifth Avenue 7th Floor<br>Seattle, WA 98101 | 7/6/06 | 9079 | $129,383.00 | Claims Subject to Modification | 05-44640 | $117,611.00 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>Transferor Benecke Kaliko AG<br>New York, NY 10019 | 7/6/06 | 9080 | $66,748.15 | Claims Subject to Modification | 05-44640 | $53,024.14 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Longacre Master Fund Ltd | c/o U.S. Bank National Association Attn: Dawnita Ehl Corporate Trust Services 1420 Fifth Avenue 7th Floor Seattle, WA 98101 | 7/6/06 | 9080 | $66,748.15 | Claims Subject to Modification | 05-44640 | $53,024.14 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl Transferor Safety Components Fabric EFT New York, NY 10019 | 7/24/06 | 10494 | $198,263.50 | Claims Subject to Modification | 05-44640 | $198,263.50 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl Transferor Barnes Group Canada Corp New York, NY 10019 | 7/28/06 | 12829 | $90,716.91 | Claims Subject to Modification | 05-44640 | $88,440.43 | General Unsecured |
| M A Com Inc | George D Nagle Jr Credit Mgr PO Box 3608 MS38 26 Harrisburg, PA 17105 | 7/26/06 | 15926 | $404,986.61 | Claims Subject to Modification | 05-44640 | $270,821.26 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 4/28/06 | 3302 | $11,133.32 | Claims Subject to Modification | 05-44640 | $8,108.51 | General Unsecured |
| Mc Alpin Industries Inc | 255 Hollenbeck St Rochester, NY 14621 | 7/27/06 | 11540 | $36,848.11 | Claims Subject to Modification | 05-44640 | $27,156.01 | General Unsecured |
| Miller Tool & Die Co | Lynn M Brimer Strobl & Sharp PC 300 E Long Lake Rd Ste 200 Bloomfield Hills, MI 48304 | 7/31/06 | 15333 | $34,323.80 | Claims Subject to Modification | 05-44640 | $27,103.80 | General Unsecured |
| Mosier Automation Kok | 9851 Pk Davis Rd Indianapolis, IN 46235 | 5/1/06 | 3873 | $1,491.09 | Claims Subject to Modification | 05-44640 | $919.48 | General Unsecured |
| Motion Industries Inc | Kimberly J Robinson Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP 333 W Wacker Dr Ste 2700 Chicago, IL 60606-1227 | 7/21/06 | 10231 | $6,132.75 | Claims Subject to Modification | 05-44624 | $6,132.75 | General Unsecured |
| Motion Industries Inc | Kimberly J Robinson Barrack Ferrazzano Kirschbaum Periman & Nagelberg LLP 333 W Wacker Dr Ste 2700 Chicago, IL 60606-1227 | 7/21/06 | 10232 | $108,287.35 | Claims Subject to Modification | 05-44507 | $108,287.35 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Nagel & Shippers Products & Sierra Liquidity Fund | Sierra Liquidity Fund<br>2699 White Road Ste 255<br>Irvine, CA 92614 | 4/13/06 | 2643 | $12,800.00 | Claims Subject to Modification | 05-44640 | $12,800.00 | General Unsecured |
| New England Electric Wire & Sierra Liquidity Fund | Sierra Liquidity Fund<br>2699 White Rd Ste 255<br>Irvine, CA 92614 | 4/24/06 | 2735 | $3,702.30 | Claims Subject to Modification | 05-44640 | $2,816.47 | General Unsecured |
| Ohio Edison Company | Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 7/28/06 | 12181 | $774,413.31 | Claims Subject to Modification | 05-44640 | $589,907.30 | General Unsecured |
| Parker Hannifin Corporation | 6035 Parkland Blvd<br>Cleveland, OH 44124 | 10/3/06 | 16348 | $183,291.76 | Claims Subject to Modification | 05-44640 | $181,363.52 | General Unsecured |
| Plainfield Stamping Texas Inc | PO Box 265<br>Plainfield, IL 60544 | 7/28/06 | 12440 | $24,423.64 | Claims Subject to Modification | 05-44640 | $19,804.00 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>111 S Main St Ste C11<br>PO Box 9095<br>Breckenridge, CO 80424 | 2/9/06 | 1936 | $71,393.25 | Claims Subject to Modification | 05-44640 | $69,868.25 | General Unsecured |
| Rothrist Tube Inc | Attn Linda K Barr<br>Nelson Mullins Riley & Scarborough LLP<br>PO Box 11070<br>Columbia, SC 29211-1070 | 4/18/06 | 2680 | $111,073.70 | Claims Subject to Modification | 05-44640 | $100,896.19 | General Unsecured |
| Saia Burgess Automotive Inc | 303 Gregson Dr<br>Cary, NC 27511 | 7/28/06 | 12233 | $1,204,932.14 | Claims Subject to Modification | 05-44640 | $0.00 | General Unsecured |
| Sanyo Electronic Device USA Corp | Victoria Comunale<br>2055 Sanyo Ave<br>San Diego, CA 92154 | 10/25/05 | 112 | $57,501.00 | Claims Subject to Modification | 05-44640 | $57,501.00 | General Unsecured |
| Sherwin Williams Company | Sherwin Williams Company<br>101 Prospect Ave NW<br>625 Republic Bldg<br>Cleveland, OH 44115 | 1/9/06 | 1471 | $17,311.48 | Claims Subject to Modification | 05-44640 | $9,166.83 | General Unsecured |
| Siemens plc A&D Division | c o Elizabeth Gunn Esq McGuire Woods LLP<br>One James Center<br>901 East Cary St<br>Richmond, VA 23219 | 6/27/06 | 8673 | $15,307.20 | Claims Subject to Modification | 05-44610 | $5,674.40 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Sierra Liquidity Fund LLC Assignee Eissmann Group Automotive Assignor | Sierra Liquidity Fund LLC 2699 White Rd Ste 255 Irvine, CA 92614 | 7/31/06 | 14670 | $16,977.50 | Claims Subject to Modification | 05-44640 | $11,624.82 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee K A Technologies  Assignor | Sierra Liquidity Fund LLC 2699 White Rd Ste 255 Irvine, CA 92614 | 7/31/06 | 14687 | $15,273.82 | Claims Subject to Modification | 05-44640 | $13,977.06 | General Unsecured |
| SPCP Group LLC | Agent for Silver Point Capital Fund Silver Point Capital Offshore Fund Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12233 | $1,204,932.14 | Claims Subject to Modification | 05-44640 | $1,029,932.14 | General Unsecured |
| SPX Corporation Contech Division | c o Ronald R Peterson Jenner & Block LLP One IBM Plaza Chicago, IL 60611 | 7/24/06 | 10397 | $59,289.47 | Claims Subject to Modification | 05-44640 | $59,289.47 | General Unsecured |
| Stonehill Institutional Partners LP | co Stonehill Capital Management 885 Third Ave 30th Fl Attn Steve Nelson New York, NY 10022 | 2/22/06 | 2097 | $154,620.81 | Claims Subject to Modification | 05-44640 | $73,558.50 | General Unsecured |
| Stuart Irby Co | 144 Woodall Rd Decatur, AL 35601 | 7/19/06 | 9946 | $167,205.47 | Claims Subject to Modification | 05-44640 | $145,491.87 | General Unsecured |
| Team Pacific Corporation dba Team Golden Link America | Team Golden Link America Corporation 1799 Old Bayshore Hwy Ste 135 Burlingame, CA 94010-1316 | 11/28/05 | 849 | $91,766.83 | Claims Subject to Modification | 05-44640 | $91,766.83 | General Unsecured |
| Team Pacific Corporation dba Team Golden Link America | John A Vos Esq 1430 Lincoln Ave San Rafael, CA 94901 | 11/28/05 | 849 | $91,766.83 | Claims Subject to Modification | 05-44640 | $91,766.83 | General Unsecured |
| Team Pacific Corporation dba Team Golden Link America | Team Golden Link America Corporation 1799 Old Bayshore Hwy Ste 135 Burlingame, CA 94010-1316 | 11/28/05 | 850 | $84,709.66 | Claims Subject to Modification | 05-44640 | $84,709.66 | General Unsecured |
| Team Pacific Corporation dba Team Golden Link America | John A Vos Esq 1430 Lincoln Ave San Rafael, CA 94901 | 11/28/05 | 850 | $84,709.66 | Claims Subject to Modification | 05-44640 | $84,709.66 | General Unsecured |
| Team Pacific Corporation dba Team Golden Link America | Team Golden Link America Corporation 1799 Old Bayshore Hwy Ste 135 Burlingame, CA 94010-1316 | 11/28/05 | 851 | $175,658.02 | Claims Subject to Modification | 05-44640 | $163,447.77 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-1 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| | Team Pacific Corporation dba Team Golden Link America | John A Vos Esq 1430 Lincoln Ave San Rafael, CA 94901 | 11/28/05 | 851 | $175,658.02 | Claims Subject to Modification | 05-44640 | $163,447.77 | General Unsecured |
| | Techno Industrial Product | Cindy 1190 Richards Road Unit 5 Hartland, WI 53029 | 8/9/06 | 16095 | $44.85 | Claims Subject to Modification | 05-44640 | $44.85 | General Unsecured |
| | Telelogic North America Inc | Telelogic North America Inc 9401 Jeronimo Rd Irvine, CA 92618 | 12/29/05 | 1364 | $1,558,603.56 | Claims Subject to Modification | 05-44640 | $245,793.00 | General Unsecured |
| | Thermax cdt | Thermax Wire L P 8946 Winnetka Ave Northridge, CA 91324 | 5/16/06 | 5974 | $128,492.85 | Claims Subject to Modification | 05-44640 | $79,139.71 | General Unsecured |
| | Thi Inc Thierica Inc | 900 Clancy Ave N E Grand Rapids, MI 49503 | 7/27/06 | 11537 | $42,065.81 | Claims Subject to Modification | 05-44640 | $15,016.23 | General Unsecured |
| | Transfreight Inc | 125 Maple Grove Rd Cambridge, ON N3H 4R7 Canada | 1/17/06 | 1574 | $221,415.22 | Claims Subject to Modification | 05-44640 | $30,264.35 | General Unsecured |
| | Transfreight Integrated Logistics Inc | Transfreight Integrated Logistics Inc 125 Maple Grove Rd Cambridge, ON N3H 4R7 Canada | 1/17/06 | 1573 | $0.00 | Claims Subject to Modification | 05-44640 | $1,135.41 | General Unsecured |
| | Trostel Limited | Attn Tim Baker 901 Maxwell St Lake Geneva, WI 53147 | 7/28/06 | 12378 | $33,320.75 | Claims Subject to Modification | 05-44640 | $25,354.57 | General Unsecured |
| | Vectren Energy Delivery | Attn Sharon Armstrong PO Box 209 Evansville, IN 47702 | 7/26/06 | 11034 | $6,610.83 | Claims Subject to Modification | 05-44640 | $6,610.83 | General Unsecured |
| | Videojet Technologies Inc | Videojet Technologies Inc 1500 Mittel Blvd Wood Dale, IL 60191 | 10/24/05 | 93 | $7,115.17 | Claims Subject to Modification | 05-44640 | $1,565.67 | General Unsecured |
| | Wheelabrator Group | 1606 Executive Drive LaGrange, GA 30240 | 1/18/06 | 1607 | $32,666.89 | Claims Subject to Modification | 05-44640 | $32,666.89 | General Unsecured |
| | Xpress Impresores Sa De Cv Eft | Perif Luis Echeverria 1800 Pte Zona Industrial Cp 25290 Saltillo Coah, Mexico | 6/28/06 | 8730 | $0.00 | Claims Subject to Modification | 05-44640 | $1,043.63 | General Unsecured |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Yoder Industries Inc | Yoder Industries Inc 2520 Needmore Rd Dayton, OH 45414 | 10/24/05 | 77 | $724,027.12 | Claims Subject to Modification | 05-44640 | $39,537.07 | General Unsecured |
| ZF Boge Elastmetall LLC | John J Hunter Attorney Hunter & Schank Co LPA 1700 Canton Ave Toledo, OH 43604 | 7/28/06 | 12017 | $99,852.32 | Claims Subject to Modification | 05-44640 | $74,932.82 | General Unsecured |
| Zylux Acoustic Corp | Zylux America Inc 100 Emerson Ln Ste 1513 Bridgeville, PA 15017 | 3/31/06 | 2464 | $415,801.69 | Claims Subject to Modification | 05-44640 | $75,000.00 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-1 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Boulder County Treasurer | Bob Hullinghorst PO Box 471 Boulder, CO 80306 | 3/9/06 | 2234 | $1,013.04 | Tax Claims Subject to Modification | 05-44640 | $777.13 | Priority |
| Dyer County Trustee | c o J Michael Gauldin PO Box 220 Dyersburg, TN 38025 | 11/18/05 | 671 | $37.00 | Tax Claims Subject to Modification | 05-44640 | $28.38 | Priority |
| Erie County Treasurer | Erie County Treasurer 247 Columbus Ave Ste 115 Sandusky, OH 44870 | 7/27/06 | 11372 | $218,106.97 | Tax Claims Subject to Modification | 05-44640 | $188,837.20 | Priority |
| Giles Co Tn | Giles County Trustee PO Box 678 Courthouse Pulaski, TN 38478 | 5/31/06 | 7182 | $359.23 | Tax Claims Subject to Modification | 05-44640 | $268.49 | Priority |
| Haywood County Trustee | Courthouse Brownsville, TN 38012 | 5/1/06 | 3655 | $8.75 | Tax Claims Subject to Modification | 05-44640 | $8.58 | General Unsecured |
| Knox County Trustee | Mike Lowe Knox Co Trustee c o Attorney Dean B Farmer Hodges Doughty Carson PLLC PO Box 869 Knoxville, Tn 37901-0869 | 10/28/05 | 197 | $23,130.99 | Tax Claims Subject to Modification | 05-44640 | $17,744.32 | General Unsecured |
| Laporte County In | Laporte County Treasurer 813 Lincolnway Ste 205 Laporte, IN 46360-3491 | 8/9/06 | 16116 | $22.25 | Tax Claims Subject to Modification | 05-44640 | $20.23 | General Unsecured |
| Miami Dade County Tax Collector | c o Metro Dade County Paralegal Unit 140 W Flagler St Ste 1403 Miami, FL 33130 | 12/12/05 | 1108 | $17,534.38 | Tax Claims Subject to Modification | 05-44640 | $13,297.02 | Priority |
| Montgomery Co Tn | Montgomery County Trustees Office 350 Pageant Ln Ste 101 A Clarksville, TN 37041 | 6/23/06 | 8415 | $455.00 | Tax Claims Subject to Modification | 05-44640 | $422.68 | General Unsecured |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8535 | $9,984.48 | Tax Claims Subject to Modification | 05-44640 | $3,600.61 | Priority |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-2 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Montgomery County Treasurer | PO Box 817600 Dayton, OH 45481 | 6/26/06 | 8537 | $13,321.05 | Tax Claims Subject to Modification | 05-44640 | $4,787.82 | Priority |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8540 | $55.96 | Tax Claims Subject to Modification | 05-44640 | $13.71 | Priority |
| Montgomery County Treasurer | 451 W Third St Dayton, OH 45422-0476 | 6/26/06 | 8541 | $583,848.54 | Tax Claims Subject to Modification | 05-44640 | $209,844.35 | Priority |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8542 | $4,329.83 | Tax Claims Subject to Modification | 05-44640 | $1,059.72 | Priority |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8543 | $9,370.62 | Tax Claims Subject to Modification | 05-44640 | $3,367.94 | Priority |
| Montgomery County Treasurer | 451 W Third St Dayton, OH 45422-0476 | 6/26/06 | 8545 | $182,850.01 | Tax Claims Subject to Modification | 05-44640 | $65,719.34 | Priority |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8546 | $2,628.90 | Tax Claims Subject to Modification | 05-44640 | $944.88 | Priority |
| Montgomery County Treasurer | 451 W Third St Dayton, OH 45422-0476 | 6/26/06 | 8547 | $578,440.64 | Tax Claims Subject to Modification | 05-44640 | $207,900.92 | Priority |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8548 | $35,659.30 | Tax Claims Subject to Modification | 05-44640 | $12,816.60 | Priority |
| Montgomery County Treasurer | 451 W. Third St. Dayton, OH 45422-0476 | 6/26/06 | 8549 | $1,179,183.93 | Tax Claims Subject to Modification | 05-44640 | $444,646.98 | Priority |
| Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8550 | $78,139.90 | Tax Claims Subject to Modification | 05-44640 | $28,084.71 | Priority |

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-2 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| | Montgomery County Treasurer | 451 W. Third St. Dayton, OH 45422-0476 | 6/26/06 | 8551 | $1,089.88 | Tax Claims Subject to Modification | 05-44640 | $391.74 | Priority |
| | Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8552 | $938.16 | Tax Claims Subject to Modification | 05-44640 | $337.21 | Priority |
| | Montgomery County Treasurer | 451 W. Third St. Dayton, OH 45422-0476 | 6/26/06 | 8553 | $72,963.37 | Tax Claims Subject to Modification | 05-44640 | $26,224.18 | Priority |
| | Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8554 | $32,104.56 | Tax Claims Subject to Modification | 05-44640 | $23,129.72 | Priority |
| | Montgomery County Treasurer | 451 W. Third St. Dayton, OH 45422-0476 | 6/26/06 | 8555 | $237.40 | Tax Claims Subject to Modification | 05-44640 | $85.35 | Priority |
| | Montgomery County Treasurer | 451 W. Third St. Dayton, OH 45422-0476 | 6/26/06 | 8557 | $1,516.63 | Tax Claims Subject to Modification | 05-44640 | $549.17 | Priority |
| | Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8558 | $882.12 | Tax Claims Subject to Modification | 05-44640 | $319.10 | Priority |
| | Montgomery County Treasurer | 451 W Third St Dayton, OH 45422-0476 | 6/26/06 | 8559 | $1,165.11 | Tax Claims Subject to Modification | 05-44640 | $285.63 | Priority |
| | Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8560 | $492.69 | Tax Claims Subject to Modification | 05-44640 | $343.59 | Priority |
| | Montgomery County Treasurer | 451 W Third St Dayton, OH 45422-0476 | 6/26/06 | 8561 | $26,607.06 | Tax Claims Subject to Modification | 05-44640 | $9,820.72 | Priority |
| | Montgomery County Treasurer | PO Box 972 Dayton, OH 45422-0475 | 6/26/06 | 8562 | $97.46 | Tax Claims Subject to Modification | 05-44640 | $35.13 | Priority |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-2 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Montgomery County Treasurer | 451 W Third St<br>Dayton, OH 45422-0476 | 6/26/06 | 8563 | $279,130.73 | Tax Claims Subject to Modification | 05-44640 | $100,363.00 | Priority |
| Palm Beach County Tax Collector | Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 1/26/06 | 1681 | $1,290.10 | Tax Claims Subject to Modification | 05-44640 | $989.67 | Priority |
| Peyton C Cochrane Tax Collector | Peyton C Cochrane Tax Collector<br>714 Greensboro Ave Rm 124<br>Tuscaloosa, AL 35401 | 4/17/06 | 2661 | $22,464.47 | Tax Claims Subject to Modification | 05-44640 | $21,600.45 | Priority |
| Peyton C Cochrane Tax Collector | Peyton C Cochrane Tax Collector<br>714 Greensboro Ave Rm 124<br>Tuscaloosa, AL 35401 | 6/27/06 | 8661 | $47,271.82 | Tax Claims Subject to Modification | 05-44640 | $906.59 | Priority |
| Pinal County Treasurer | Dolores J Doolittle<br>PO Box 729<br>Florence, AZ 85232-0729 | 2/6/06 | 1783 | $569.53 | Tax Claims Subject to Modification | 05-44640 | $557.21 | Priority |
| Shelby County Trustee | Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 | 11/14/05 | 559 | $502.98 | Tax Claims Subject to Modification | 05-44640 | $385.85 | Priority |
| Shelby County Trustee | Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 | 11/14/05 | 560 | $153.92 | Tax Claims Subject to Modification | 05-44640 | $118.08 | Priority |
| Trumbull County Treasurer | 160 High St Nw<br>Warren, OH 44481-1090 | 7/11/06 | 9302 | $761,504.21 | Tax Claims Subject to Modification | 05-44640 | $661,150.94 | Priority |
| Yazoo Co Ms | Yazoo County Tax Collector<br>PO Box 108<br>Yazoo, MS 39194 | 7/31/06 | 13581 | $1,058.87 | Tax Claims Subject to Modification | 05-44640 | $998.94 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-2 single Service List

# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

In re                     :       Chapter 11

                      :

DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)

                      :

            Debtors.    :       (Jointly Administered)

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:

      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims Objection") dated June 15, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Seventeenth Omnibus Claims Objection is set for hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED SEVENTEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JULY 12, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Seventeenth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

The Claim identified as having a Basis For Objection of "Books And Records Tax Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Books And Records Insurance Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Seventeenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Seventeenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Seventeenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Time) on July 12, 2007. Your Response, if any, to the Seventeenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Seventeenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the July 19, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS

APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

       The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE
SEVENTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.

Dated:  New York, New York
       June 15, 2007

# EXHIBIT I

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 9/18/06 | 16321 | $92,205.51 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $8,323.61 | Priority | 05-44640 | $82,665.56 | General Unsecured |
| Amroc Investments LLC as assignee of Feintool New York Inc | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/14/06 | 7996 | $19,963.33 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,775.91 | Priority | 05-44640 | $13,177.29 | General Unsecured |
| ASI | ASI Prepetition 6285 Garfield Ave Cass City, MI 48726 | 7/31/06 | 15201 | $123,166.50 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $325.80 | Priority | 05-44640 | $34,782.18 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 5/10/06 | 5568 | $307,574.95 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $433.60 | Priority | 05-44640 | $306,011.91 | General Unsecured |
| Contrarian Funds LLC as Assignee of Electronic Services LLC DBA CSI Electronics | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9112 | $135,377.75 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $29,610.00 | Priority | 05-44640 | $97,468.50 | General Unsecured |
| Contrarian Funds LLC as assignee of Gemini Plastics Inc | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10388 | $141,675.49 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $14,138.65 | Priority | 05-44640 | $127,536.84 | General Unsecured |
| Contrarian Funds LLC as Assignee of Prestolite Wire Corporation | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9113 | $116,590.48 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $16,141.07 | Priority | 05-44640 | $87,231.21 | General Unsecured |
| Contrarian Funds LLC as assignee of Sierra Plastics Inc aka Sierra El Paso | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10385 | $102,464.27 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $12,586.47 | Priority | 05-44640 | $88,332.35 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12696 | $109,002.60 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,445.02 | Priority | 05-44640 | $88,075.38 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12694 | $91,243.71 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $14,420.74 | Priority | 05-44640 | $67,646.14 | General Unsecured |
| Datwyler Rubber & Plastics | Attn Linda Barr Nelson Mullins Riley & Scarborough PO Box 11070 Columbia, SC 29211-1070 | 7/25/06 | 10907 | $929,544.79 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $2,430.09 | Priority | 05-44640 | $899,701.47 | General Unsecured |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 2/6/06 | 1787 | $596,771.49 | Claims Subject to Modification and Reclamation Agreement | 05-44481 | $455,719.44 | General Unsecured | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 4/4/06 | 2544 | $56,938.30 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $7,994.48 | Priority | 05-44640 | $48,943.82 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 4/4/06 | 2545 | $339,670.20 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $20,001.80 | Priority | 05-44640 | $313,108.64 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-3 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Hoover Precision Products Inc & Subsidiaries | Hoover Precision PO Box 899 Cumming, GA 30028 | 7/27/06 | 11292 | $1,298,844.76 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $301,625.75 | Priority | 05-44640 | $976,755.77 | General Unsecured |
| Hoover Precision Products Inc & Subsidiaries | Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 7/27/06 | 11292 | $1,298,844.76 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $301,625.75 | Priority | 05-44640 | $976,755.77 | General Unsecured |
| Illinois Tool Works Inc | Itw Drawform 500 Fairview Zeeland, MI 49464 | 7/17/06 | 9574 | $106,700.48 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $29,054.71 | Priority | 05-44640 | $77,298.93 | General Unsecured |
| Illinois Tool Works Inc | Itw Deltar Engineered Componen 8450 W 185th St Tinley Pk, IL 60477 | 7/17/06 | 9575 | $49,713.99 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $7,998.74 | Priority | 05-44640 | $41,715.25 | General Unsecured |
| Integrated Cable Systems Inc | Attn Curt Even 504 2nd St Berthoud, CO 80513 | 3/3/06 | 2181 | $152,447.45 | Claims Subject to Modification and Reclamation Agreement | 05-44507 | $28,105.36 | Priority | 05-44507 | $119,120.33 | General Unsecured |
| Kendall Electric Inc | Vern Steffel or J Gates 131 Grand Trunk Ave Battle Creek, MI 49016 | 5/23/06 | 6655 | $355,445.11 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $0.00 | Priority | | | |
| L&W Engineering Co | Ryan D Heilman Esq 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | 7/31/06 | 14534 | $3,629,694.59 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,376.54 | Priority | 05-44640 | $437,879.14 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 4/5/06 | 2708 | $3,014.55 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $459.77 | Priority | 05-44640 | $2,554.78 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl Transferor Motorola Automotive & Industrial Electronic Group and Motorola Inc New York, NY 10019 | 3/24/06 | 2402 | $2,537,512.52 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $39,060.00 | Priority | 05-44640 | $2,477,036.88 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl Transferor Thaler Machine Company New York, NY 10019 | 5/23/06 | 6671 | $130,235.05 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $31,412.25 | Priority | 05-44640 | $98,822.80 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl Transferor United Plastics Group Inc New York, NY 10019 | 7/26/06 | 11200 | $358,909.35 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,444.80 | Priority | 05-44640 | $280,527.85 | General Unsecured |
| Longacre Master Fund Ltd | c/o U.S. Bank National Association Attn: Dawnita Ehl Corporate Trust Services 1420 Fifth Avenue 7th Floor Seattle, WA 98101 | 7/26/06 | 11200 | $358,909.35 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $1,444.80 | Priority | 05-44640 | $280,527.85 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 2/6/06 | 1787 | $596,771.49 | Claims Subject to Modification and Reclamation Agreement | 05-44481 | $1,391.72 | Priority | 05-44481 | $131,222.31 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-3 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-3 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| | Maxim Integrated Products Inc | David B Draper Esq Terra Law LLP 177 Park Ave 3rd Fl San Jose, CA 95113 | 7/25/06 | 10755 | $1,007,764.22 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $22,730.81 | Priority | 05-44640 | $778,619.19 | General Unsecured |
| | Maxim Integrated Products Inc | 120 San Gabriel Dr Sunnyvale, CA 94086 | 7/25/06 | 10755 | $1,007,764.22 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $22,730.81 | Priority | 05-44640 | $778,619.19 | General Unsecured |
| | Midtown Claims LLC | Attn Meghan Slow 65 E 55th St 19th Fl New York, NY 10022 | 5/23/06 | 6655 | $355,445.11 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $97,429.07 | Priority | 05-44640 | $233,834.88 | General Unsecured |
| | Nec Electronics America Inc | Attn Dennis Balanesi Senior Finance Manager Corporate Credit Manager 2880 Scott Blvd Santa Clara, CA 95052-8062 | 10/16/06 | 16368 | $9,911,978.07 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $3,424,138.98 | Priority | 05-44640 | $6,172,133.12 | General Unsecured |
| | Nec Electronics America Inc | Attn Anthony Leto Esq 2880 Scott Blvd Santa Clara, CA 95052-8062 | 10/16/06 | 16368 | $9,911,978.07 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $3,424,138.98 | Priority | 05-44640 | $6,172,133.12 | General Unsecured |
| | Nec Electronics America Inc | Steve Kieselstein Esq Kieselstein Law Firm LLC 43 British American Blvd Latham, NY 12110 | 10/16/06 | 16368 | $9,911,978.07 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $3,424,138.98 | Priority | 05-44640 | $6,172,133.12 | General Unsecured |
| | Rohm And Haas Co | Attn C Rankin 100 Independence Mall W Philadelphia, PA 19106 | 6/26/06 | 8564 | $138,773.28 | Claims Subject to Modification and Reclamation Agreement | 05-44481 | $25,117.91 | Priority | 05-44481 | $41,074.33 | General Unsecured |
| | Siemens VDO Automotive Corporation Assignee of American Electronic Components Inc | Charles P Schulman Sachnoff & Weaver Ltd 10 S Wacker Dr 40th Fl Chicago, IL 60606 | 7/11/06 | 9315 | $47,062.62 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $11,006.25 | Priority | 05-44640 | $36,056.37 | General Unsecured |
| | SPCP Group LLC | Agent for Silver Point Capital Fund and Silver Point Capital Offshore Fund LTD Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/19/06 | 9940 | $6,678,072.11 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $79,710.92 | Priority | 05-44640 | $6,595,973.44 | General Unsecured |
| | SPCP Group LLC | Agent for Silver Point Capital Fund and Silver Point Capital Offshore Fund LTD Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/25/06 | 10724 | $1,384,396.89 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $269,578.01 | Priority | 05-44640 | $1,058,866.91 | General Unsecured |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/27/06 | 11566 | $5,764,040.00 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $118,885.06 | Priority | 05-44640 | $5,645,154.94 | General Unsecured |
| | Tech Tool & Mold Inc Eft | 1045 French St Meadville, PA 16335 | 7/31/06 | 14886 | $205,971.42 | Claims Subject to Modification and Reclamation Agreement | 05-44640 | $45,859.51 | Priority | 05-44640 | $154,670.64 | General Unsecured |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-3 single Service List

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject to Modification and Reclamation Agreement | 05-44507 | $24,324.10 | General Unsecured | 05-44640 | $2,219,647.57 | General Unsecured |
| SPCP Group LLC as Assignee of Parker Hannifin Corporation | Attn Brian Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject to Modification and Reclamation Agreement | 05-44507 | $386.01 | Priority | 05-44640 | $121,456.02 | Priority |

6/18/2007 6:45 PM
Omni 17 Obj Ex E-3 multiple Service List

# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re                                               :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :        Case No. 05-44481 (RDD)
                                                    :
                              Debtors.              :        (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely
Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims
Objection") dated June 15, 2007, a copy of which is enclosed (without exhibits).  The Debtors'
Seventeenth Omnibus Claims Objection is set for hearing on July 19, 2007 at 10:00 a.m. (prevailing
Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern
District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER
DESCRIBED IN THE ENCLOSED SEVENTEENTH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JULY 12, 2007.  IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Seventeenth Omnibus Claims Objection identifies eleven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

The Claim identified as having a Basis For Objection of "Books And Records Tax Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Books And Records Insurance Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

If you wish to view the complete exhibits to the Seventeenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Seventeenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you disagree with the Seventeenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on July 12, 2007. Your Response, if any, to the Seventeenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Seventeenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the July 19, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE

4

BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

        The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE
SEVENTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.

Dated:  New York, New York
        June 15, 2007

# EXHIBIT K

Delphi Corporation
Seventeenth Omnibus Claims Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 | Correct Debtor4 | Modified Amount4 | Modified Nature4 |
| Applied Industrial Technologies CA LLC and Applied Industrial Technologies Dixie Inc | Beth Arvai One Applied Plaza E 36th St & Euclid Ave Cleveland, OH 44115-5056 | 7/25/06 | 10634 | $729.76 | Claims Subject to Modification | 05-44507 | $183.30 | General Unsecured | 05-44511 | $546.46 | General Unsecured | | | | | | |
| ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 6/9/06 | 7767 | $106,977.00 | Claims Subject to Modification | 05-44612 | $6,769.56 | General Unsecured | 05-44640 | $95,284.94 | General Unsecured | | | | | | |
| Branson Ultrasonics Corp | Attn John Richers 41 Eagle Rd Danbury, CT 06810 | 7/27/06 | 11632 | $80,767.37 | Claims Subject to Modification | 05-44612 | $3,584.40 | General Unsecured | 05-44640 | $22,826.70 | General Unsecured | | | | | | |
| Dynacast Canada Inc | c o Jason W Harbour Esq Hunton & Williams LLC Riverfront Plz East Tower 951 E Byrd St Richmond, VA 23219 | 6/22/06 | 8376 | $131,187.07 | Claims Subject to Modification | 05-44567 | $3,800.33 | General Unsecured | 05-44640 | $115,248.23 | General Unsecured | | | | | | |
| Securitas Security Services USA Inc | Jennifer Matthew 4330 Pk Terrace Dr Westlake Village, CA 91361 | 7/18/06 | 9828 | $471,910.96 | Claims Subject to Modification | 05-44482 | $31,258.54 | General Unsecured | 05-44640 | $439,716.42 | General Unsecured | | | | | | |
| Tyco Electronics Corporation | George D Nagle Jr Credit Mgr PO Box 3608 MS 3826 Harrisburg, PA 17105-3608 | 7/26/06 | 10707 | $12,731,160.31 | Claims Subject to Modification | 05-44507 | $1,917.20 | General Unsecured | 05-44511 | $9,300.79 | General Unsecured | 05-44624 | $34,332.85 | General Unsecured | 05-44640 | $1,847,397.75 | General Unsecured |

# EXHIBIT L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re                                         :          Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :          Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :          (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely
Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims
Objection") dated June 15, 2007, a copy of which is enclosed (without exhibits).  The Debtors'
Seventeenth Omnibus Claims Objection is set for hearing on July 19, 2007 at 10:00 a.m. (prevailing
Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern
District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER
DESCRIBED IN THE ENCLOSED SEVENTEENTH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JULY 12, 2007.  IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Seventeenth Omnibus Claims Objection identifies eleven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

        Claims identified as having a Basis For Objection of "Insufficiently Documented Claims"
        are those Claims that did not contain sufficient documentation in support of the Claim
        asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

The Claim identified as having a Basis For Objection of "Books And Records Tax Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

The Claim identified as having a Basis For Objection of "Books And Records Insurance Claim" is a Claim that asserts liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a

reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

If you wish to view the complete exhibits to the Seventeenth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Seventeenth Omnibus Claims Objection to your Claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Seventeenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on July 12, 2007. Your Response, if any, to the Seventeenth Omnibus Claims Objection must (a)

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Seventeenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the July 19, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on July 19, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

4

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE SEVENTEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.


Dated:  New York, New York
        June 15, 2007