UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
    In re                                      :    Chapter 11
DELPHI CORPORATION, et al.,                                       :    Case No. 05-44481 (RDD)
                                Debtors.            :    (Jointly Administered)
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL AFFIDAVIT OF KRISTI A. KATSMA RELATING TO THE
EMPLOYMENT AND RETENTION OF DICKINSON WRIGHT PLLC,
AS INTELLECTUAL PROPERTY, LITIGATION AND CORPORATE AND
COMMERCIAL TRANSACTIONAL COUNSEL TO DEBTORS

STATE OF MICHIGAN

COUNTY OF WAYNE

KRISTI A. KATSMA, being duly sworn, deposes and states as follows:

1. I am an attorney admitted to practice before the courts of the State of Michigan. I am a member of the Firm of Dickinson Wright PLLC ("DW"). My colleague, William H. Honaker, executed and caused to be filed on February 21, 2006 an affidavit (the "Affidavit") in connection with the application of DW to become a key ordinary course counsel for the Debtors. In Section 16 of the Affidavit he agreed on behalf of DW that DW would bring to the attention of this Court and the U.S. Trustee any other connections with creditors and other parties in interest with respect to the Debtors. There are two matters as to which I am supplementing the Affidavit.

2. First, DW has been requested to represent LaSalle Bank in its capacity as a participant in a loan agreement with a corporation one of whose customers is Delphi Corporation. The lead bank and agent for the lenders, assisted by LaSalle Bank, is negotiating

1

an agreement to which Delphi Corporation may be a party as part of the resolution of the relationship between the lending banks and their customer.

3. DW represents W.Y. Campbell & Company in reviewing and assisting in the negotiation of an engagement letter with Delphi Corporation for the sale of one or more of its divisions, and in assisting W.Y. Campbell & Company in filing any required applications for approval of payment of fees.

4. In both of the above matters, DW is not representing any party with an interest adverse to the Debtor or to the estate as to any matter on which DW is retained by Delphi Corporation. Nevertheless, out of an abundance of caution, DW believes that it is appropriate to disclose these representations and their involvement with Delphi Corporation to the Court, the U.S. Trustee and other parties entitled to notice.

By: _____
Kristi A. Katsma

Sworn to before me
this 21st day of June, 2007

_____
Notary Public

CHERI D. OMEY
Notary Public, Wayne County, Michigan
Acting in _Wayne_ County
My Commission Expires 7/31/2011

DETROIT 25980-99 996110v1

2