

# JOE G. TEDDER, CFC, TAX COLLECTOR
### Imperial Polk County & The State of Florida

June 15, 2007

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    RE:    Chapter 11 Case No. 05-44481 and 05-44640
            Debtor: DELPHI Corporation *et al.* (Delco)
            Southern District of New York

Dear Sir or Madame:

    Enclosed please find an original and one copy of the Polk County Tax Collector's Response to Debtor's Objection to the Polk County Tax Collector's Claim in the above-referenced matter.

    Kindly file the original document with the Court and return a conformed, file-stamped copy to the undersigned in the self-addressed, stamped envelope provided herewith.

    Thank you for your professional courtesies. Should you have any questions or concerns, please feel free to contact me directly at 863.534.4746, extension 5718, or by e-mail to sarimeador@polktaxes.com.

Sincerely,

Sari E. Meador, Paralegal
Delinquency and Enforcement

Enclosures

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*original*

-----------------------------------X
                                    :
*In re:*                            :
                                    :
*DELPHI CORPORATION, et al.*        :    Case No. 05-44640 and 05-44481
                                    :    Chapter 11
                                    :
-----------------------------------X

*RECEIVED JUN 1 8 2007*

### RESPONSE TO OBJECTION TO
### THE POLK COUNTY TAX COLLECTOR'S SECURED CLAIM

**JOE G. TEDDER, CFC,** who appears *pro se* as the duly elected Tax Collector *for* Polk County, Florida (hereinafter the "Tax Collector") and a sovereign Constitutional officer, pursuant to Article VII, Section 1(d), Florida Constitution, hereby files this Response to the Debtor's Objection to the Tax Collector's secured claim.

On November 30, 2005, the Tax Collector filed a Proof of Claim in Case No. 05-44481 of which USBC, the Claims Processing Center for the Southern District of New York date stamped December 13, 2005, and assigned the Claim No. of 38699. A copy of the Tax Collector's Proof of Claim bearing the date December 13, 2005, is attached hereto and incorporated by reference herewith.

### RESPONSE TO DEBTOR'S OBJECTION TO
### THE TAX COLLECTOR'S CLAIM

The Debtor maintains one (1) Tangible Personal Property account in Polk County, Florida, located at 5300 Old Tampa Highway in Lakeland, Florida. Tax returns were filed with the Polk County Property Appraiser from which the value was determined for purposes of calculation of the *ad valorem* taxes due by the Debtor.

Taxes are assessed on January 1 of each tax year and are secured by a statutory lien pursuant to Florida Statute Chapter 197.122(1) and 192.053. These liens are superior to any other liens pursuant to State law. The secured tax claims of the Tax Collector are fully secured.

The Debtor's Objection to the Tax Collector's claim treats the Tax Collector's secured *ad valorem* tax claim as a general unsecured claim when in fact the Tax Collector's claim is fully secured pursuant to F.S. Chapter 197.122, a copy of which is attached hereto and incorporated by reference herein.

The Tax Collector filed a Proof of Claim in the amount of $636.02 plus 18% statutory interest. The treatment of the Tax Collector's claim as a general unsecured creditor is in violation of § 1129(a)(7) of the Bankruptcy Code.

The Tax Collector received payment $1,035.10 from the Debtor in Possession, Delphi Check No. 900597753 dated March 6, 2007, in the amount of $1,035.10. However, to date the Tax Collector is owed $597.69, if paid/post-marked by June 30, 2007. (A copy of the check is attached hereto and incorporated by reference herein.)

**WHEREFORE**, the Tax Collector respectfully requests that the remaining amount of $597.69 be recognized, allowed and paid in full in its entirety pursuant to F.S. Chapter 197.122, and for such other relief the Court may deem proper.

Respectfully submitted:

JOE G. TEDDER, CFC
Tax Collector *for* Polk County, Florida
Post Office Box 2016
Bartow, FL 33831-2016
863.534.4746, extension 5718
863.534.4741 – Facsimile
*Pro Se* Creditor

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of June, 2007, a true and correct copy of the foregoing was served by First Class Mail, postage pre-paid upon the following:

Kayalyn A. Marafioti, Esq.
Lisa Diaz, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Counsel for Debtors

John Wm. Butler, Jr., Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 West Wacker Drive, Ste 2100
Chicago, IL 60606

Robert J. Rosenberg, Esq.
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Counsel to Creditors' Committee
\
United States Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
United States Trustee

_____
JOE G. TEDDER, CFC
Tax Collector *for* Polk County, Florida
*Pro Se* Creditor

3



Printed By: SARI MEADOR                    Manatron, Inc. @2005

# DELPHI

CHECK No. 900597753    90-837/213

**Delphi** Debtor in Possession
Disbursement Services (NB)
PO Box 62530
Phoenix, AZ 85082-2530

VOID

DATE 03/06/07

***********1,035 DOLLARS    ****10 CENTS    AMOUNT ***********1,035.10

Delphi Disbursement Account

PAY TO THE ORDER OF

*POLK COUNTY TAX COLLECTOR*
P.O. BOX 1189
BARTOW FL  33830-1189

SIGNATURE  John P. Rm

The Chase Manhattan Bank, N.A.
Syracuse, New York

AUDIT

⑊900597753⑊  ⑉021309379⑉  60 1 2 5044 2⑊

**JOE G. TEDDER** 2005 Delinquent TANGIBLE **NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**
POLK COUNTY TAX COLLECTOR

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 29,520 | | 29,520 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATION
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
232819000000022050

**PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721**

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| C100 POLK COUNTY | | | 29,520 | |
| GENERAL REVENUE FUND | 7.5270 | | 29,520 | 222.20 |
| ENV LAND AQUIST FUND | 0.1000 | | 29,520 | 2.95 |
| LAND MGMT TRUST FUND | 0.1000 | | 29,520 | 2.95 |
| TRANSPORTATION/ROADS | 1.0000 | | 29,520 | 29.52 |
| S200 POLK COUNTY SCHOOL BOAR | | | 29,520 | |
| GENERAL FUND | 6.0780 | | 29,520 | 179.43 |
| LOCAL CAPITAL IMP. | 2.0000 | | 29,520 | 59.04 |
| T510 CITY OF LAKELAND | 3.5450 | | 29,520 | 104.65 |
| WHB HILLSBORO RIVER BASIN | 0.2850 | | 29,520 | 8.41 |
| WSW SOUTHWEST FLORIDA WATER | 0.4220 | | 29,520 | 12.46 |
| MLK LAKELAND AREA MASS TRAN | 0.4880 | | 29,520 | 14.41 |

TOTAL MILLAGE 21.5450    AD VALOREM TAXES 636.02

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS

| COMBINED TAXES AND ASSESSMENTS | | PAY ONLY ONE AMOUNT | See reverse side for important information. |
|---|---|---|---|
| 636.02 | | | |

| | If Paid By Please Pay | Jun 30 2007 597.69 | Jul 31 2007 605.01 | Aug 31 2007 612.33 | |
|---|---|---|---|---|---|

RETAIN THIS PORTION FOR YOUR RECORDS

---

**JOE G. TEDDER** 2005 Delinquent TANGIBLE **NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**
POLK COUNTY TAX COLLECTOR

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 29,520 | | 29,520 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATIO
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
232819000000022050

**PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721**

| | If Paid By Please Pay | Jun 30 2007 597.69 | Jul 31 2007 605.01 | Aug 31 2007 612.33 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000 0000048791 00000201452200000 0002 0