

Thompson Emergency
Freight Systems
278 Patillo Road
Tecumseh, Ont. N8N 2L9
Tel.: 519-727-9999
Fax: 519-727-6665

June 14, 2007

Honorable Robert D. Drain,
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York   10004

**Re: Case No. 05-44481 (RDD) In re:   Delphi Corporation**

This is in regard to the Objection of our claim # 1730, filed on 1/31/06 in the amount of $3657.48 U.S.   Claim objected for "Claims Subject to Modification".

- We initially submitted two claims to Case # 05-44481 because at the time of filing, there were two different corporations:  890557 Ontario Ltd., o/a Thompson Emergency Freight Systems, 278 Patillo Road, Tecumseh, Ontario Cad N8N 2L9
                                   AND
    123 Inc.  O/a Thompson Emergency Freight, P.O.  Box 410, Lincoln Park, Michigan, USA, 48146

- They were treated as separate companies with different SCAC codes, bank accounts etc. so the claim in objection, claim# 1730 filed against case number 05-44481 for $3657.48 is in no way any duplication of the claim filed for Thompson Emergency Freight Systems in the amount of $37,112.19 U.S.

- Each entity had different pro number series and all revenues were separated from each other:  e.g., Thompson Emergency had 6 digit pro numbers; 123 Inc. had 7 digit pro numbers.

- Data 2 Logistics had approved each invoice claimed for payment prior to the filing (copy enclosed) and charges are for services rendered and are all charges based on signed tariff rates that we as a carrier had in place for Delphi Corporation.

Kindly re-submit and review our claim for $3,657.48.  Thank you for your attention to this matter.

Sincerely,

Mannie Rumiel
Thompson Emergency Freight Systems

RECEIVED
JUN 18 2007
USBC-SDNY
RDD

            

CSA - Canadian Customs          PIP - Partners in Protection

## Creditor Data for Claim Number 1730

| | |
|---|---|
| **Creditor Name:** 123 Inc O A Thompson Emergency<br>**Creditor Notice Name:** 123 Inc O A Thompson Emergency Freight | **Date Claim Filed:** 1/31/2006<br>**Delphi Claim #:** 1730<br>**Court Claim #:** 1730<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Corporation<br>**Case Number:** 05-44481 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $3,657.48 | **Creditor Info Altered?** Y<br>**Objection Filed?** Y **Basis:** Wrong Debtor **Total Amount:**<br>**Objection History** |
| **Schedule:**<br>**Schedule Amt:** | |

| Basis | Status | Notes |
|---|---|---|
| Wrong Debtor | Not resolved yet | |

# Case Information

Below is pertinent case information regarding Delphi's chapter 11 filing.

| | |
|---|---|
| **Debtors** | Delphi Corp. |
| **Filing Date** | October 8, 2005 |
| **Case Number** | 05-44481 |
| **Where Filed** | United States Bankruptcy Court for the Southern District of New York |
| **Judge** | Robert D. Drain |
| **Court Filed Documents** | www.delphidocket.com |
| **Bankruptcy Court Website** | www.nysb.uscourts.gov |
| **DIP Financing** | $4.5 billion in credit facilities, including a new $2 billion debtor-in-possession (DIP) financing facility. |
| **Legal Advisors** | John Wm. Butler, Jr.<br>John K Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br><br>Kayalyn A Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |

| | | |
|---|---|---|
| **Notice and Claims Agent** | Kurtzman, Carson Consultants 12910 Culver Blvd., Suite 1 Los Angeles, California 90066 +1 310.823.9000 | www.delphidocket.com |
| **Reorganization Information Hotline** | U.S. +1 866.688.8740 | International: +1 248.812.2601 |
| **Supplier Hotline** | U.S. +1 866.688.8679 | International: +1 248.813.2602 |

| United States Bankruptcy Court | District Of _NEW YORK_ | PROOF OF CLAIM |
|---|---|---|

| | | This Space For Court Use Only |
|---|---|---|
| Name of Debtor: _DELPHI CORPORATION_ | Case Number _05-44481_ | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): _123 INC o/A THOMPSON EMERGENCY_ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Address where notices should be sent: _123 INC o/A THOMPSON EMERGENCY FREIGHT P.O. BOX 410 LINCOLN PARK, MICHIGAN 48146_ <br> Telephone Number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. <br><br> This Space For Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor: _VARIOUS ACCOUNTS - Eg. #1898, 961, 1784, 709_ | Check here ☐ replaces <br> if this claim ☐ amends    a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: _____
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)          (date)

**2. Date debt was incurred:**
_FROM 11/24/04 to Oct. 6/05_

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $ _3,657.48 U.S._**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
  Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**  $ _3,657.48 US_ _____ _____ _____ _$3,657.48_
  (Unsecured)      (Secured)      (Priority)      (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

RECEIVED
JAN 31 2006
CLAIMS PROCESSING CENTER
USBC, SDNY    1

| Date: _1/26/06_ | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _(EMANUELA KUMIEL) A/R Manager_ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**January 26,2006**               **STATEMENT OF BANKRUPTCY CLAIM        RE: DELPHI CORPORATION**
**ON BEHALF OF**
**123 INC. o/a THOMPSON EMERGENCY FREIGHT SYSTEMS**

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | | | |
|---|---|---|---|---|---|
| | | | | | |
| 8/19/05 | 3135822 | $75.00 | 10/4 pending per data2 | | |
| 9/4/05 | 3135903 | $599.03 | 10/12 pending per data2 | | |
| 9/15/05 | 3135952 | $377.33 | 9/23 pending per data2 | | |
| 9/28/05 | 3136020 | $1,116.66 | 10/18 pending per data2 | | |
| 3/17/05 | 3135099 | $1,288.74 | bal due - 10/19 pending per data2 | | |
| 4/8/05 | 3135197 | $200.72 | bal due - 10/19 pending per data2 | | |
| | | | | | |
| TOTAL CLAIM AMOUNT: | | $3,657.48 | | | |



Freight Bill Inquiry　　Shipment Tracking



## Freight Bill Inquiry

30 Second Carrier Survey

**Query Using:** ◉ Pro/Airbill# ○ Check# **NEW** Click here for instructions

**Enter Pro/Airbill#**

3135822
3135903
3135952
3136020
3135099DB
3135197DB

Records are available for 90 days from processed date

Inquire　　Clear Form

| Processing Location | Pro No. | Carrier Name | Billed Amount | Paid Amount | Ship Date | Process Date | Check Number | Issued Date |
|---|---|---|---|---|---|---|---|---|
| Grand Blanc, MI | 3135099DB | THOMPSON EMERGENCY F | $1,288.74 | $1,288.74 | 3/17/2005 | 10/19/2005 | Pending | |
| Grand Blanc, MI | 3135197DB | THOMPSON EMERGENCY F | $200.72 | $200.72 | 4/8/2005 | 10/19/2005 | Pending | |
| Grand Blanc, MI | 3135822 | THOMPSON EMERGENCY F | $75.00 | $75.00 | 8/19/2005 | 10/4/2005 | Pending | |
| Grand Blanc, MI | 3135903 | THOMPSON EMERGENCY F | $652.94 | $652.94 | 9/3/2005 | 10/12/2005 | Pending | |
| Fort Myers, FL | 3135952 | MACH 1 AIR SERVICE | $1,800.00 | $1,800.00 | 9/18/2005 | 10/26/2005 | 3394969 | |
| Grand Blanc, MI | 3135952 | THOMPSON EMERGENCY F | $380.33 | $380.33 | 9/14/2005 | 9/23/2005 | Pending | |
| Grand Blanc, MI | 3136020 | THOMPSON EMERGENCY F | $1,239.49 | $1,239.49 | 9/27/2005 | 10/18/2005 | Pending | |