| United States Bankruptcy Court _____ | District Of _____ | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>**Key Safety Systems & Subsidiaries** | Case Number | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and Address where notices should be sent: | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone Number: | This Space For Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)     (date)

**2. Date debt was incurred:**
Various

**3. If court judgment, date obtained:**
- - - -

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 195,077.21

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
- *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 195,077.21

| | (Unsecured) | (Secured) | (Priority) | (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>1/31/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _~signature~_    _Tim Ford_ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ——— DEFINITIONS ———

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim**
**Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the

amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**5. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

See Related Claim

| AR CCN | Customer Location | Custom | Agent | Typ | Document | Due Date | Total Due |
|---|---|---|---|---|---|---|---|
| 620 | 185 P01 | DELPHI | Catherine H | | 62051262 | 11/02/05 | 84.09 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051263 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051352 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051354 | 11/02/05 | 252.27 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051387 | 11/02/05 | 168.18 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051436 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051513 | 11/02/05 | 380.88 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051549 | 11/02/05 | 84.09 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051551 | 11/02/05 | 476.10 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051552 | 11/02/05 | 42.04 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051604 | 11/02/05 | 168.17 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051605 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051649 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051651 | 11/02/05 | 168.17 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051663 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051664 | 11/02/05 | 3,893.40 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051712 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051713 | 11/02/05 | 294.31 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051752 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051755 | 11/02/05 | 336.36 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051778 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051835 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051875 | 11/02/05 | 126.13 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051876 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051933 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051934 | 11/02/05 | 293.76 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051954 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051971 | 11/02/05 | 124.08 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62051973 | 11/02/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62052075 | 12/03/05 | 168.18 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62052076 | 12/03/05 | 856.98 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62052164 | 12/03/05 | 168.17 |
| 620 | 185 P01 | DELPHI | Catherine H | | 62052577 | 10/31/05 | 176.16 |
| | | | | | | Total Due | 20,259.24 |

| AR CCN | Customer Location | Custom | Agent | Typ | Document | Due Date | Total Due |
|---|---|---|---|---|---|---|---|
| 00011612 | DASA | DELPHI | Cathy Hi | | 00180484 | 05/28/05 | (224.00) |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00180486 | 05/28/05 | 736.40 |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00185815 | 09/16/05 | 4,258.80 |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00185823 | 09/16/05 | 6,569.64 |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00186699 | 10/01/05 | 3,566.85 |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00186955 | 10/06/05 | 7,715.64 |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00187033 | 10/07/05 | 2,706.20 |
| 00011612 | DASA | DELPHI | Cathy Hi | | 00187343 | 10/13/05 | 3,881.84 |
| | | | | | | | 29,211.37 |

**INVOICE**

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051262 | 09/06/2005 | 2nd DAY OF 2nd MONTH RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | F.O.B. |
| 62051262 | MANIF 1807 | FOB ORIGIN, FRT. COLL. |
| | | PAGE No. 1 / |

Vendor Code:

SHIP TO

DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO/CUST CODE | | TAX | TAX% | SHIP TO/CUST CD | SHIP FROM | | SHIP VIA | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/2005 | 185 | P01 | | | DALV | BRU | | | | |
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | ORDER QTY. | SHIP QTY. | | UNIT PRICE | | EXTENDED AMOUNT |
| 0102 | 16759176 | | | | 216.00 | 108.00 | | 0.7786 | | 84.09 |
| | SHROUD BACK GMT 325/330(EBONY) | | | | | | | | | |
| | Customer Item: | 16759176 | | | | | | | | |
| | SO: 185DALV | PO: 550063483 | | | | | | | | |

| | | |
|---|---|---|
| SUB TOTAL | USD | 84.09 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 84.09 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAY

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC.
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051263 | 09/05/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO | WAY BILL NO. | FOB ORIGIN, FRT. COLL. |
| 62051263 | MANIF 1807 | PAGE NO. 1 |

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/05/2005 | BILL TO/CUST CODE P01 | TAX | | TAX% | SHIP TO CUST CD DALV | SHIP FROM BRU | | SHIP VIA | |
|---|---|---|---|---|---|---|---|---|---|
| SCHED NO | PART NUMBER / DESCRIPTION | | | ORDER QTY. | SHIP QTY. | | UNIT PRICE | EXTENDED AMOUNT | |
| 0002 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216 SO:    185DALV    PO:    550063345 | | | 5000.00 | 54.00 | | 15.8700 | 856.98 | |

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 67342
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
*A Key Automotive Group Affiliate*

**INVOICE**

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | PAGE |
|---|---|---|
| 62051352 | 09/06/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB |
| 62051352 | MANIF 1808 | FOB ORIGIN, FRT. COLL. |
| | | PAGE NO 1 / 1 |

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | | TAX | TAX# | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 09/06/2005 | 185 | P01 | | | DALV | BRU | |

| SCHED NO | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0002 | 16759216 | 5000.00 | 54.00 | 15.8700 | 856.98 |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | |
| | Customer Item: 16759216 | | | | |
| | SO: 18SDALV PO: 550063345 | | | | |

| | |
|---|---|
| SUB TOTAL | 856.98 USD |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 856.98 USD |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

INVOICE

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | PAGE NO. |
|---|---|---|
| 62051354 | 09/06/2005 | 1 / |

| PACKING SLIP NO. | WAY BILL NO. |
|---|---|
| 62051354 | MANIFI808 |

TERMS: 2nd DAY OF 2nd MONTH/RECEIPT
FOB ORIGIN, FRT. COLL.

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/06/2005 | BILL TO/CUST CODE 185 | CUST CODE P01 | TAX | TAXR | SHIP TO/CUST CD DALV | SHIP FROM BRU | SHIP VIA |
|---|---|---|---|---|---|---|---|

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0103 | 16759176<br>SHROUD BACK GMT 325/330(EBONY)<br>Customer Item:   16759176<br>SO:    185DALV    PO:    550063483 | 216.00 | 216.00 | 0.7786 | 168.18 |
| 0104 | 16759176<br>SHROUD BACK GMT 325/330(EBONY)<br>Customer Item:   16759176<br>SO:    185DALV    PO:    550063483 | 108.00 | 108.00 | 0.7786 | 84.09 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| SUB TOTAL | | 252.27 USD |
|---|---|---|
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | | 252.27 USD |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 6250
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | 62051387 |
|---|---|
| PACKING SLIP NO. | 62051387 |

| DOCUMENT DATE | 09/08/2005 |
|---|---|
| WAY BILL NO. | MANIF 1809 |

TERMS: 2nd DAY OF 2nd MONTH (RECEIPT)
FOB: ORIGIN FRT. CO'L.
PAGE NO. 1 / 1

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | SCHED. NO. | BILL TO CUST CODE | PART NUMBER / DESCRIPTION | TAX# | ORDER QTY. | SHIP TO CUST CD | SHIP FROM | SHIP QTY. | SHIP VIA | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/2005 | | 185   PQ1 | | | | DALV | BRU | | | | |
| | 0105 | 16759176 | 16759176 | | 216.00 | | | 216.00 | | 0.7786 | 168.18 |
| | | | SHROUD BACK GMT 325/330(EBONY) | | | | | | | | |
| | | | Customer Item:    16759176 | | | | | | | | |
| | | | SO:    18SDALV    PO:    550063483 | | | | | | | | |

| | |
|---|---|
| SUB TOTAL | 168.18 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL    USD | 168.18 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051436 | 09/08/2005 | 2nd DAY OF 2nd MONTH(RECEIPT) |
| PACKING SLIP NO. | WAY BILL NO. | FOB |
| 62051436 | MANIF 1810 | FOB ORIGIN, FRT. COLL. |
| | | PAGE NO. |
| | | 1 / |

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | | | | | | |
|---|---|---|---|---|---|---|
| 09/08/2005 | | | | | | |
| SCHED NO. | BILL TO CUST CODE | | TAX | | | |
| | 185 | P01 | | | | |

| | PART NUMBER / DESCRIPTION | TAX | ORDER QTY. | SHIP TO CUST CD | SHIP QTY. | SHIP FROM | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | DALV | | BRU | | |
| 0002 | 16759216 | | 5000.00 | | 54.00 | | 15.8700 | 856.98 |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | | | | |
| | Customer Item:    16759216 | | | | | | | |
| | SO:    185DALV    PO:    550063345 | | | | | | | |

| | |
|---|---|
| SUB TOTAL | 856.98 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 856.98 |

USD

USD

INTEREST CHARGED AT PRIME RATE ....

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051513 | 09/12/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB | PAGE NO. |
| 62051513 | MANIF1811 | ORIGIN. FRT. COLL. | 1 / |

FOB ORIGIN. FRT. COLL.

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 09/12/2005 | I8S | P01 | | | DALV | BRU | |

| SCHED NO | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0002 | 16759216 | 5000.00 | 24.00 | 15.8700 | 380.88 |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | |
| | Customer Item:    16759216 | | | | |
| | SO:    I8SDALV    PO:    550063345 | | | | |

| | |
|---|---|
| SUB TOTAL | 380.88 |
| TOTAL TAX | USD |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 380.88 |
| | USD |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051549 | 09/13/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB |
| 62051549 | MANIF 1811 | FOB ORIGIN, FRT. COLL. |

Page No. 1 / 1

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO/CUST CODE | PO1 | TAX | TAX% | SHIP TO/CUST CD | SHIP FROM |
|---|---|---|---|---|---|---|
| 09/13/2005 | 185 | | | | DALV | BRU |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | SHIP VIA | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 0106 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV  PO: 550063483 | 216.00 | 108.00 | 0.7786 | | 84.09 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | |
|---|---|
| SUB TOTAL | 84.09 USD |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 84.09 USD |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 31 DAYS

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

INVOICE

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TRANS 2nd DAY OF 2nd MONTH/RECEIPT |
|---|---|---|
| 62051551 | 09/13/2005 | FOB ORIGIN, FRT. COLL. |
| PACKING SLIP NO. | WAY BILL NO. | PAGE NO. |
| 62051551 | MANIF 1812 | 1 / |

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|
| 09/13/2005 | 185   P01 | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | TAX% | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 0002 | 16759216 S/W ASSY L/W EBONY-98 ST TRUCK Customer Item:  16759216     PO:  550063345 SO:  185DALV | | 5000.00 | 30.00 | 15.8700 | 476.10 |

| | |
|---|---|
| SUB TOTAL     USD | 476.10 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL     USD | 476.10 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 30 DAYS

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**INVOICE**

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

| DOCUMENT NO. | DOCUMENT DATE | From |
|---|---|---|
| 62051552 | 09/13/2005 | 2nd DAY OF 2nd MONTHRECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN FRT COLL |
| 62051552 | MANIFI812 | FEB |
| | | PAGE NO. 1 / |

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| SHIP DATE | BILL TO CUST CODE | TAX | TAX* | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 09/13/2005 | 185 PO1 | | | DALV | BRU | |

| SCHED NO | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0106 | 16759176 | 216.00 | 54.00 | 0.7786 | 42.04 |
| | SHROUD BACK GMT 325/330(EBONY) | | | | |
| | Customer Item: | | | | |
| | SO:    185DALV    PO:    550063483 | | | | |

| | | |
|---|---|---|
| SUB TOTAL | USD | 42.04 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 42.04 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 67362
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE |
|---|---|
| 62051604 | 09/14/2005 |
| PACKING SLIP NO | WAY BILL NO |
| 62051604 | MANIF 1813 |

TERMS: 2nd DAY OF 2nd MONTH/RECEIPT
TOTAL: FOB ORIGIN FRT COLL
PAGE NO 1 /

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/14/2005 | BILL TO CUST CODE 185 | PO1 | | | | |
|---|---|---|---|---|---|---|
| SCHED NO. | PART NUMBER / DESCRIPTION | TAX | TAX4 | ORDER QTY. | SHIP TO CUST CD DALV | SHIP QTY. SHIP FROM BRU |

| SCHED NO. | PART NUMBER / DESCRIPTION | TAX | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 0106 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | 216.00 | 54.00 | 0.7786 | 42.04 |
| 0107 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | 108.00 | 108.00 | 0.7786 | 84.09 |
| 0108 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | 216.00 | 54.00 | 0.7786 | 42.04 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 67462
DETROIT, MI 48267-3462 (USA)

| | |
|---|---|
| SUB TOTAL | 168.17 USD |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 168.17 USD |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE |
|---|---|
| 62051605 | 09/14/2005 |
| PACKING SLIP NO. | WAY BILL NO. |
| 62051605 | MANIF 1813 |

TERMS: 2nd DAY OF 2nd MONTH RECEIPT
FOB ORIGIN - FRT COLL
PAGE 1 / 1

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | | | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 09/14/2005 | 185 | P01 | | | DALV | BRU | | | |

| SCHED NO. | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 0002  16759216 | 5000.00 | 54.00 | 15.8700 | 856.98 |

PART NUMBER / DESCRIPTION
S/W-ASSY L/W EBONY-98 ST TRUCK
Customer Item:    16759216
SO:    185DALV    PO:    550063345

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | |
|---|---|
| SUB TOTAL | 856.98  USD |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 856.98  USD |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | TERM |
| --- | --- | --- |
| 62051649 | 09/15/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO | WAY BILL NO | FOB ORIGIN FRT. COLL. |
| 62051649 | MANIF 1814 | PAGE NO |
| | | 1    / |

Vendor Code:

BILL TO:

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/15/2005 | BILL TO/CUST CODE 185    PO1 | | TAX | | TAX% | ORDER QTY. | SHIP TO CUST CD DALV | SHIP FROM BRU | | SHIP VIA | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | | | SHIP QTY. | | UNIT PRICE | | EXTENDED AMOUNT |
| 0002 | 16759216 | | | | | 5000.00 | 54.00 | | 15.8700 | | 856.98 |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | | | | | | | |
| | Customer Item:    16759216 | | | | | | | | | | |
| | SO:    185DALV    PO:    550063345 | | | | | | | | | | |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
| --- | --- | --- |
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED PORT TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051651 | 09/15/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO | WAY BILL NO | FOB ORIGIN, FRT. COLL. |
| 62051651 | MANIF 1814 | PAGE NO 1 |

| SHIP DATE 09/15/2005 | BILL TO CUST CODE 185 | CUST CODE P01 | | TAX | TAX% | SHIP TO CUST CD DALV | SHIP FROM BRU | | SHIP VIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | ORDER QTY. | SHIP QTY. | UNIT PRICE | | EXTENDED AMOUNT | |
| 0108 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | | | 216.00 | 162.00 | 0.7786 | | 126.13 |
| 0109 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | | | 216.00 | 54.00 | 0.7786 | | 42.04 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 168.17 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 168.17 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAY

INVOICE

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

| DOCUMENT NO | DOCUMENT DATE | Term |
|---|---|---|
| 62051663 | 09/16/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO | F.O.B ORIGIN, FRT. COLL. |
| 62051663 | MANIF 1815 | |

Page No. 1

FOB ORIGIN, FRT. COLL.

1 / / 1

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/16/2005 | BILL TO/CUST CODE 185 | P01 | TAX | TAX% | SHIP TO CUST CD DALV | SHIP FROM BRU | | SHIP VIA | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | ORDER QTY. | SHIP QTY. | UNIT PRICE | | EXTENDED AMOUNT | |
| 0002 | 16759216 | | | | 5000.00 | 54.00 | 15.8700 | | 856.98 | |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | | | | | | |
| | Customer Item: 16759216 | | | | | | | | | |
| | SO: 185DALV PO: 550063345 | | | | | | | | | |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE, AFTER 45 DAYS

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE |
|---|---|
| 62051664 | 09/16/2005 |
| PACKING SLIP NO. | WAY BILL NO. |
| 62051664 | MANIF 2512 |

TERMS: 2nd DAY OF 2nd MONTH/RECEIPT
FOB: FOR ORIGIN, FRT COLL

PAGE NO: 1 / 1

Vendor Code:

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

SHIP TO
DELPHI INT & LTG SYSTEMS
DELPHI VANDALIA PLANT
250 NORTHWOODS BLVD
BUILDING 48 RECEIVING
VANDALIA, OH 45377 (USA)

| SHIP DATE | SCHED NO. | PART NUMBER / DESCRIPTION | BILL TO/CUST CODE 185 | PO1 | TAX | TAX% | ORDER QTY. | SHIP TO CUST CD VNDLA5 | SHIP QTY. | SHIP FROM BRU | UNIT PRICE | SHIP VIA | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2005 | 0004 | 16867314 S/W-L/W-DULL BLACK-NAVISTAR NGV Customer Item:     16867314 SO:     185VNDLA5   PO:   5S0022075 | | | | | 5000.00 | | 252.00 | | 15.4500 | | 3893.40 |

| | | |
|---|---|---|
| SUB TOTAL | USD | 3,893.40 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 3,893.40 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 67342
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051712 | 09/19/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | F.O.B. |
| 62051712 | MANIF 1816 | FOB ORIGIN, FRT. COLL. |
| | | PAGE NO 1 / |

Vendor Code:

SHIP TO

DELPHI E&S CMM2

UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/19/2005 | BILL TO CUST CODE 185 | PO.] | | TAX | | TAX6 | SHIP TO CUST CD DALV | SHIP FROM CD BRU | | | SHIP VIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | | | ORDER QTY. | SHIP QTY. | | UNIT PRICE | | EXTENDED AMOUNT | |
| 0002 | 16759216 | | | | | | 5000.00 | 54.00 | | 15.8700 | | 856.98 | |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | | | | | | | | | |
| | Customer Item: | 16759216 | | | | | | | | | | | |
| | SO: | 185DALV | PO: | 550063345 | | | | | | | | | |

| | | | |
|---|---|---|---|
| SUB TOTAL | USD | 856.98 | |
| TOTAL TAX | | | |
| SHIPPING CHARGES | | | |
| INVOICE TOTAL | USD | 856.98 | |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 67342
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 15 DAYS

**KEY SAFETY SYSTEMS, INC.**
*A Key Automotive Group Affiliate*

**INVOICE**

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051713 | 09/19/2005 | 2nd DAY OF 2nd MONTH(RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN FRT COLL |
| 62051713 | MANIF1816 | PAGE NO 1 / 1 |

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE 09/19/2005 | BILL TO/CUST CODE 185 | | TAX | | | SHIP TO/CUST CD DALV | SHIP FROM BRU | | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| SCHED NO | PO1 | PART NUMBER / DESCRIPTION | | TAX% | ORDER QTY. | SHIP QTY. | | UNIT PRICE | EXTENDED AMOUNT |
| 0109 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item:   16759176 SO:   185DALV   PO:   550063483 | | | | 216.00 | 162.00 | | 0.7786 | 126.13 |
| 0110 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item:   16759176 SO:   185DALV   PO:   550063483 | | | | 216.00 | 216.00 | | 0.7786 | 168.18 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | |
|---|---|
| SUB TOTAL | USD 294.31 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | USD 294.31 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

KEY SAFETY SYSTEMS, INC.
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

INVOICE

| DOCUMENT NO. | DOCUMENT DATE |
|---|---|
| 62051752 | 09/20/2005 |

| PACKING SLIP NO. | WAY BILL NO. |
|---|---|
| 62051752 | MANIF 1817 |

TERMS: 2nd DAY OF 2nd MONTH/RECEIPT
TAX: FOB ORIGIN, FRT COLL

PAGE NO: 1 / 1

Vendor Code:

SHIP TO

DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

BILL TO

DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| SHIP DATE | BILL TO CUST CODE | P01 | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | | | | SHIP VIA | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/2005 | 185 | | | | DALV | BRU | | | | | |
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | ORDER QTY. | SHIP QTY. | | UNIT PRICE | | EXTENDED AMOUNT | |

| | | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0002 | 16759216 | 5000.00 | 54.00 | 15.8700 | 856.98 |
| | S/W-ASSY L/W EBONY-98 ST TRUCK | | | | |
| | Customer Item:    16759216 | | | | |
| | SO:    185DALV    PO:    550063345 | | | | |

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS