**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

# INVOICE

| DOCUMENT NO. | DOCUMENT DATE |
|---|---|
| 62051755 | 09/20/2005 |
| PACKING SLIP NO. | WAY BILL NO. |
| 62051755 | MANIF 1817 |

TERMS: 2nd DAY OF 2nd MONTH/RECEIPT
FOB: FOB ORIGIN, FRT. COLL.
PAGE NO: 1 / 1

**BILL TO**
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

**SHIP TO**
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/2005 | 185    P01 | | | DALV | BRU | | | | |
| SCHED NO. | PART NUMBER / DESCRIPTION | | | ORDER QTY. | SHIP QTY. | | UNIT PRICE | SHIP VIA | EXTENDED AMOUNT |
| 0111 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176    PO: 550063483 SO:    185DALV | | | 432.00 | 432.00 | | 0.7786 | | 336.36 |

| | | |
|---|---|---|
| SUB TOTAL | USD | 336.36 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 336.36 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS 2nd DAY OF 2nd MONTH/RECEIPT |
|---|---|---|
| 62051778 | 09/22/2005 | FOB ORIGIN. FRT. COLL. |
| PACKING SLIP NO. | WAY BILL NO. | PAGE NO |
| 62051778 | MANIF 1818 | 1 / 1 |

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | SHIP TO CUST CD | SHIP FROM |
|---|---|---|---|---|
| 09/22/2005 | 185    P01 | | DALV | BRU |

| SCHED NO. | PART NUMBER / DESCRIPTION | TAX% | ORDER QTY. | SHIP QTY. | SHIP VIA | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 0002 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV    PO: 550063345 | | 5000.00 | 54.00 | | 15.8700 | 856.98 |

| | |
|---|---|
| SUB TOTAL | USD 856.98 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | USD 856.98 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | Texas 2nd DAY OF 2nd MONTH/RECEIPT |
|---|---|---|
| 62051835 | 09/23/2005 | FOB ORIGIN, FRT. COLL. |
| PACKING SLIP NO. | WAY BILL NO. | PAGE NO |
| 62051835 | MANIF 1819 | 1 / 1 |

Vendor Code:

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 09/23/2005 | 185    P01 | | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0002 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216 SO: 185DALV  PO: 550063345 | 5000.00 | 12.00 | 15.8700 | 190.44 |
| 0003 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216 SO: 185DALV  PO: 550063345 | 54.00 | 42.00 | 15.8700 | 666.54 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

INTEREST CHARGED AT **PRIME RATE** ON PAST DUE BALANCE AFTER 45 DAY



**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

# INVOICE

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | ISSNS 2nd DAY OF 2nd MONTH/RECEIPT |
|---|---|---|
| 62051875 | 09/26/2005 | FOB ORIGIN, FRT. COLL. |
| PACKING SLIP NO. | WAY BILL NO. | PAGE NO. |
| 62051875 | MANIF1820 | 1 / 1 |

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 09/26/2005 | 185  P01 | | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0112 | 16759176<br>SHROUD BACK GMT 325/330(EBONY)<br>Customer Item:   16759176   PO: 550063483<br>SO:    185DALV | 432.00 | 162.00 | 0.7786 | 126.13 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 126.13 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 126.13 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAY

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051876 | 09/26/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN FRT COLL |
| 62051876 | MANIF 1820 | Page No. 1 |

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 09/26/2005 | 185 P01 | | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0003 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216 SO: 185DALV PO: 550063345 | 54.00 | 12.00 | 15.8700 | 190.4 |
| 0004 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216 SO: 185DALV PO: 550063345 | 54.00 | 42.00 | 15.8700 | 666.5 |

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAY

**KEY SAFETY SYSTEMS, INC.**
*A Key Automotive Group Affiliate*

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051933 | 09/27/2005 | 2nd DAY OF 2nd MONTH RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN, FRT. COLL |
| 62051933 | MANIF 1823 | PAGE NO. 1 / 1 |

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 09/27/2005 | 185  P01 | | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0004 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV  PO: 550063345 | 54.00 | 12.00 | 15.8700 | 190.44 |
| 0005 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV  PO: 550063345 | 54.00 | 42.00 | 15.8700 | 666.54 |

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
*A Key Automotive Group Affiliate*

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051934 | 09/27/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO | WAY BILL NO | F.O.B. FOB ORIGIN, FRT. COLL. |
| 62051934 | MANIF 1823 | PAGE NO: 1 / 1 |

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SCHED NO | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | | | |
|---|---|---|---|---|---|---|---|---|
| | 185  PO1 | | | DALV | BRU | | | |
| | PART NUMBER / DESCRIPTION | | | ORDER QTY. | SHIP QTY. | UNIT PRICE | | EXTENDED AMOUNT |
| SHIP DATE 09/27/2005 | | | | | | | | |
| 0001 | 16759175 SHROUD BACK GMT 325/330(GRAPHITE) Customer Item: 16759175 SO: 185DALV    PO: 550073744 | | | 500.00 | 108.00 | 2.7200 | | 293.76 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 293.76 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 293.76 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
*A Key Automotive Group Affiliate*

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051954 | 09/28/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN, FRT. COLL. |
| 62051954 | MANIF 1824 | PAGE NO. 1/1 |

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | PO! | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 09/28/2005 | 185 | | | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0005 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV   PO: 550063345 | 54.00 | 12.00 | 15.8700 | 190.44 |
| 0006 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV   PO: 550063345 | 54.00 | 42.00 | 15.8700 | 666.54 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.98 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.98 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 15 DA

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051971 | 09/28/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN, FRT. COLL. |
| 62051971 | MANIF1825 | PAGE NO. 1 / 1 |

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|
| 185 PO1 | | | DALV | BRU | |

| SHIP DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/28/2005 | | | | | | | |
| SCHED NO. | PART NUMBER / DESCRIPTION | | ORDER QTY. | SHIP QTY. | | UNIT PRICE | EXTENDED AMOUNT |
| 0006 | 16821766 ASSY S/W L/W EBONY | | 500.00 | 12.00 | | 10.3400 | 124.0 |
| | Customer Item: 16821766 | | | | | | |
| | SO: 185DALV  PO: 550063333 | | | | | | |

| | | |
|---|---|---|
| | SUB TOTAL | USD 124.0 |
| | TOTAL TAX | |
| | SHIPPING CHARGES | |
| | INVOICE TOTAL | USD 124.0 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 15 DA

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

**KEY AUTOMOTIVE ACCESSORIES, INC**
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62051973 | 09/29/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN, FRT COLL |
| 62051973 | MANIF 1826 | PAGE NO. 1 / 1 |

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:
SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA | | |
|---|---|---|---|---|---|---|---|---|
| 09/29/2005 | 185  P01 | | | DALV | BRU | | | |
| SCHED NO. | PART NUMBER / DESCRIPTION | | | ORDER QTY. | SHIP QTY. | UNIT PRICE | | EXTENDED AMOUNT |
| 0006 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216   PO: 550063345 SO:    185DALV | | | 54.00 | 12.00 | 15.8700 | | 190. |
| 0007 | 16759216 S/W-ASSY L/W EBONY-98 ST TRUCK Customer Item: 16759216   PO: 550063345 SO:    185DALV | | | 54.00 | 42.00 | 15.8700 | | 666. |

| | |
|---|---|
| SUB TOTAL | USD  856.9 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | USD  856.9 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 D

05-44481-rdd    Doc 8376-2    Filed 06/21/07    Entered 06/21/07 13:44:44    Exhibit A:
Proof of Claim (Part 2)    Pg 11 of 15

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE DUPLICATE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS 2nd DAY OF 2nd MONTH/RECEIPT |
|---|---|---|
| 62052075 | 10/03/2005 | FOB ORIGIN, FRT. COLL. |
| PACKING SLIP NO. | WAY BILL NO. | PAGE NO. |
| 62052075 | MANIF 1827 | 1 / 1 |

BILL TO
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

SHIP TO
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 10/03/2005 | 185   P01 | | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0112 | 16759176<br>SHROUD BACK GMT 325/330(EBONY)<br>Customer Item:  16759176<br>SO:  185DALV   PO:  550063483 | 432.00 | 216.00 | 0.7786 | 168.18 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | |
|---|---|
| SUB TOTAL | USD 168.18 |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | USD 168.18 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAYS

**KEY SAFETY SYSTEMS, INC.**
*A Key Automotive Group Affiliate*

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE DUPLICATE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62052076 | 10/03/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN, FRT. COLL. |
| 62052076 | MANIF 1827 | PAGE NO. 1 / 1 |

**BILL TO**
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

Vendor Code:

**SHIP TO**
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|
| 10/03/2005 | 185  PO1 | | DALV | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | TAX% | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 0007 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV  PO: 550063345 | | 54.00 | 12.00 | 15.8700 | 190.__ |
| 0008 | 16759216<br>S/W-ASSY L/W EBONY-98 ST TRUCK<br>Customer Item: 16759216<br>SO: 185DALV  PO: 550063345 | | 54.00 | 42.00 | 15.8700 | 666.__ |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

| | | |
|---|---|---|
| SUB TOTAL | USD | 856.9 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 856.9 |

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 15 DA

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE DUPLICATE**

BILL TO:
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62052164 | 10/05/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN. FRT. COLL. |
| 62052164 | MANIF 1828 | PAGE NO. 1/1 |

Vendor Code:

SHIP TO:
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX% | ORDER QTY. | SHIP TO CUST CD DALV | SHIP QTY. | SHIP FROM BRU | SHIP VIA | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/2005 | 185 P01 | | | | | | | | | |
| SCHED NO. | PART NUMBER / DESCRIPTION | | | | | | | | | |
| 0112 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | | 432.00 | | 54.00 | | | 0.7786 | 42.0 |
| 0113 | 16759176 SHROUD BACK GMT 325/330(EBONY) Customer Item: 16759176 SO: 185DALV PO: 550063483 | | | 162.00 | 162.00 | | | | 0.7786 | 126.1 |

| | | |
|---|---|---|
| SUB TOTAL | USD | 168.17 |
| TOTAL TAX | | |
| SHIPPING CHARGES | | |
| INVOICE TOTAL | USD | 168.17 |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 45 DAY

**KEY SAFETY SYSTEMS, INC.**
A Key Automotive Group Affiliate

KEY AUTOMOTIVE ACCESSORIES, INC
FORMERLY BREED TECHNOLOGIES
4601 COFFEE PORT ROAD
BROWNSVILLE, TX 78521

**INVOICE DUPLICATE**

| DOCUMENT NO. | DOCUMENT DATE | TERMS |
|---|---|---|
| 62052577 | 10/21/2005 | 2nd DAY OF 2nd MONTH/RECEIPT |
| PACKING SLIP NO. | WAY BILL NO. | FOB ORIGIN, FRT. COLL. |
| 62052577 | MANIF 1825 | PAGE NO. 1 |

Vendor Code:

**BILL TO**
DELPHI AUTOMOTIVE SERVICE
DISBURSEMENT SERVICES
P.O. BOX 62530
PHOENIX, AZ 85082 (USA)

**SHIP TO**
DELPHI E&S CMM2
UNIONES Y MICHIGAN FRACC IND NORTE
87310 MATAMOROS

| SHIP DATE | BILL TO CUST CODE | TAX | TAX# | SHIP TO CUST CD | SHIP FROM | SHIP VIA |
|---|---|---|---|---|---|---|
| 10/21/2005 | 185  P01 | | | DALVS | BRU | |

| SCHED NO. | PART NUMBER / DESCRIPTION | ORDER QTY. | SHIP QTY. | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0001 | 16826167 ASSY S/W L/W GRAPHITE 01PONT W | 12.00 | 12.00 | 14.6800 | 176. |
| | Customer Item: 16826167   PO: 550063345 | | | | |
| | SO: 185DALVS | | | | |

| | |
|---|---|
| SUB TOTAL | 176.  USD |
| TOTAL TAX | |
| SHIPPING CHARGES | |
| INVOICE TOTAL | 176.  USD |

Please Remit To:
KEY AUTOMOTIVE ACCESSORIES, INC.
PO BOX 673462
DETROIT, MI 48267-3462 (USA)

INTEREST CHARGED AT PRIME RATE ON PAST DUE BALANCE AFTER 15 D

# INVOICE

| INVOICE NO. |
|---|
| 00180484 |
| INVOICE DATE |
| 05/18/05 |
| PAGE |
| 1 of 1 |

**KEY SAFETY RESTRAINT SYSTEMS INC.**
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

| CUSTOMER NO. |
|---|
| 00011612 - DASA |

**REMIT TO:**
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

**BILL TO:**
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

**SHIP TO:**
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO. | CARRIER CODE/DESCRIPTION | SHIPPED DATE | FREIGHT | LOCATION | REGION | TERRITORY | ORDER NO. |
|---|---|---|---|---|---|---|---|---|
| N10 NET 10 DAYS | | GREENVILLE | 05/18/05 | | 44 | | | 00180484 |

| ITEM | PRODUCT CODE | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 16872618 | PO# 550063542 BUSHING REPACK | -2800.00 | | EA | 0.0800 | -224.00 |

\* \* \* D U P L I C A T E \* \* \*

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | -224.00 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of