# INVOIC:

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE AL 36037
DUNS # 03-748-1660

| INVOICE NO. | 00180486 |
|---|---|
| INVOICE DATE | 05/18/05 |
| PAGE | 1 of 1 |

REMIT TO:
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

CUSTOMER NO.
00011612 - DASA

BILL TO:
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

SHIP TO:
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO. | SHIPPED DATE | ORDER NO. |
|---|---|---|---|
| N10 NET 10 DAYS | | 05/18/05 | 00180486 |

| CARRIER CODE / DESCRIPTION | FREIGHT | LOCATION | REGION | TERRITORY |
|---|---|---|---|---|
| HOLLAND | GREENVILLE | 44 | | |

| ITEM | PRODUCT CODE | DESCRIPTION | QTY ORDERED | QTY SHIPPED | UM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 16872116 | PO# 550063542 | | | | | |
| | | GUIDE-MID RH | | 2800.00 | EA | 0.2630 | 736.40 |

* * * D U P L I C A T E * * *

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 736.40 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

# INVOICE

| INVOICE NO. | 00185815 |
| INVOICE DATE | 09/06/05 |
| PAGE | 1 of 1 |

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

CUSTOMER NO.
00011612 - DASA

REMIT TO
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

BILL TO
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

SHIP TO
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO. |
|---|---|
| N10 NET 10 DAYS | |

| CARRIER CODE/DESCRIPTION | | SHIPPED DATE |
|---|---|---|
| MENLO EXPEDITE | | 09/06/05 |

| DESCRIPTION | | FREIGHT | LOCATION | REGION | TERRITORY |
|---|---|---|---|---|---|
| GREENVILLE | | | 44 | | |

| ORDER NO. |
|---|
| 00185815 |

| ITEM | PRODUCT CODE | QTY. ORDERED | QTY. SHIPPED | UM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | PO# 550063550 | | | | | |
| 1 | 16872057 | | 12168.00 | YD | 0.3500 | 4,258.80 |
| | WEB-DYED(4WD 3 NARROW | | | | | |
| | * * * D U P L I C A T E * * * | | | | | |

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 4,258.80 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

# iNVOiCE

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

| INVOICE NO. |
|---|
| 00185823 |
| INVOICE DATE |
| 09/06/05 |
| PAGE |
| 1 of 1 |

REMIT TO
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

| CUSTOMER NO. |
|---|
| 00011612 - DASA |

B-I-L-L-T-O
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

S-H-I-P-T-O
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO. | SHIPPED DATE | | |
|---|---|---|---|---|
| N10 NET 10 DAYS | | 09/06/05 | | |

| CARRIER CODE / DESCRIPTION | | | | LOCATION | REGION | TERRITORY | ORDER NO. |
|---|---|---|---|---|---|---|---|
| CENTRAL TRANSPORT | | | GREENVILLE | 44 | | | 00185823 |

| ITEM | PRODUCT CODE | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UM | UNIT PRICE | FREIGHT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | 16872057 | PO# 550063550 WEB-DYED (4WD 3 NARROW | | 11232.00 | YD | 0.3500 | | 3,931.20 |
| 2 | 16872061 | PO# 550063542 TONGUE ASM-MOLDED EBO | | 2520.00 | EA | 1.0470 | | 2,638.44 |

* * * D U P L I C A T E * * *

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 6,569.64 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

INVOIC

| INVOICE NO. |
| 00186699 |
| INVOICE DATE |
| 09/21/05 |
| PAGE |
| 1 of 1 |

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

REMIT TO
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

| CUSTOMER NO. |
| 00011612 - DASA |

B L L T O
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

S H I P T O
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO. | SHIPPED DATE |
|---|---|---|
| N10 NET 10 DAYS | | 09/21/05 |

| ORDER NO. |
| 00186699 |

| CARRIER CODE/DESCRIPTION | | FREIGHT | LOCATION | REGION | TERRITORY |
|---|---|---|---|---|---|
| INTEGRES GLOBAL LOG | GREENVILLE | | 44 | | |

| ITEM | PRODUCT CODE | DESCRIPTION | QTY ORDERED | QTY SHIPPED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 16872057 | PO# 550063550 WEB-DYED(4WD 3 NARROW | | 10191.00 | YD | 0.3500 | 3,566.85 |

* * * D U P L I C A T E * * *

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3,566.85 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

# INVOICE

| INVOICE NO |
|---|
| 00186955 |

| INVOICE DATE |
|---|
| 09/26/05 |

| PAGE |
|---|
| 1 of 1 |

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

| CUSTOMER NO |
|---|
| 00011612 - DASA |

REMIT TO:
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

**B L L T O**
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

**S H I P T O**
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO | SHIPPED DATE |
|---|---|---|
| N10 NET 1C DAYS | | 09/26/05 |

| CARRIER CODE / DESCRIPTION | FREIGHT | LOCATION | REGION | TERRITORY | ORDER NO |
|---|---|---|---|---|---|
| CENTRAL TRANSPORT | GREENVILLE | 44 | | | 00186955 |

| ITEM | PRODUCT CODE | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | U/M | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 16872057 | PO# 550063550 WEB-DYED (4WD 3 NARROW | | 18096.00 | YD | 0.3500 | 6,333.60 |
| 2 | 16872061 | PO# 550063542 TONGUE ASM-MOLDED EBO | | 1320.00 | EA | 1.0470 | 1,382.04 |
|  |  | * * * D U P L I C A T E * * * |  |  |  |  |  |

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 7,715.64 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

INVOICE

| INVOICE NO. |
|---|
| 00187033 |

| INVOICE DATE |
|---|
| 09/27/05 |

| PAGE |
|---|
| 1 of 1 |

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

| CUSTOMER NO. |
|---|
| 00011612 - DASA |

REMIT TO:
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

B I L L T O:
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

S H I P T O:
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| ORDER NO. |
|---|
| 00187033 |

| | SHIPPED DATE | | | | | | | LOCATION | REGION | TERRITORY |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/27/05 | | | | | | | 44 | | |

| TERMS | CARRIER NO. | | FREIGHT | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| N10 NET 10 DAYS | | GREENVILLE | | | | | | | 2,706.20 |

| BOLT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | CARRIER CODE / DESCRIPTION | PRODUCT CODE | DESCRIPTION | QTY ORDERED | QTY SHIPPED | UM | UNIT PRICE | | |
| 1 | | 16872057 | PO# 550063550 | | WEB-DYED(4WD 3 NARROW | | | | |
| | | | | 7732.00 YD | | | 0.3500 | | |

* * * D U P L I C A T E * * *

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,706.20 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

# INVOICE

| INVOICE NO. |
|---|
| 00187343 |

| INVOICE DATE |
|---|
| 10/03/05 |

| PAGE |
|---|
| 1 of 1 |

KEY SAFETY RESTRAINT SYSTEMS
INC.
201 INDUSTRIAL BLVD.
GREENVILLE, AL 36037
DUNS # 03-748-1660

| CUSTOMER NO. |
|---|
| 00011612 - DASA |

**REMIT TO:**
KEY SAFETY SYSTEMS, INC.
PO BOX 673470
DETROIT, MI 48267-3470

**BILL TO:**
DELPHI
AUTOMOTIVE SYSTEMS-ASHIMORI
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN 46905-9005

**SHIP TO:**
DELPHI - E & S DASA
LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567
USA

| TERMS | CARRIER NO. | SHIPPED DATE |
|---|---|---|
| N10 NET 10 DAYS | | 10/03/05 |

| CARRIER CODE / DESCRIPTION | | | FREIGHT | LOCATION | REGION | TERRITORY | ORDER NO. |
|---|---|---|---|---|---|---|---|
| CENTRAL TRANSPORT | | | GREENVILLE | 44 | | | 00187343 |

| ITEM | PRODUCT CODE | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | UM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 16872057 | PO# 550063550  WEB-DYED(4WD 3 NARROW | | 4450.00 | YD | 0.3500 | 1,557.50 |
| 2 | 16872061 | PO# 550063542  TONGUE ASM-MOLDED EBO | | 2220.00 | EA | 1.0470 | 2,324.34 |

\* \* \* D U P L I C A T E \* \* \*

| FREIGHT | MISCELLANEOUS | SALES TAX | DISCOUNT | INVOICE AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3,881.84 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of

Hamlin Business Unit
Delphi Pre-Petition Receivables

Hamlin Electronics, LP

| Invoice# | Invoice Date | Delphi Document# | PO# | Bill of Lading | Amount |
|---|---|---|---|---|---|
| I267977 | 1-Sep-05 | 5203549179001 | D0550039172 | 88005 | $ 3,207.20 |
| I268040 | 2-Sep-05 | 5203570183001 | D0550039361 | 88006 | $ 596.40 |
| I268041 | 2-Sep-05 | 5203570181001 | D0550044519 | 88007 | $ 588.60 |
| I268080 | 6-Sep-05 | 5203582546001 | D0550039172 | 88009 | $ 6,414.40 |
| I268133 | 7-Sep-05 | 5203590693001 | D0550039172 | 88010 | $ 3,207.20 |
| I268367 | 14-Sep-05 | 5203632846001 | D0550039361 | 88013 | $ 519.48 |
| I268408 | 15-Sep-05 | 5203642755001 | D0550039172 | 88014 | $ 3,207.20 |
| I268564 | 21-Sep-05 | 5203677963001 | D0550039361 | 88016 | $ 519.48 |
| I268567 | 21-Sep-05 | 5203677974001 | D0550044519 | 88017 | $ 588.60 |
| I268708 | 26-Sep-05 | 5203709094001 | D0550039361 | 88018 | $ 596.40 |
| I268824 | 29-Sep-05 | 5203736663001 | D0550039172 | 88020 | $ 3,207.20 |
| I268935 | 3-Oct-05 | 5203765418001 | D0550039361 | 88021 | $ 596.40 |
| | | | | | $ 23,248.56 |

Key Automotive LP

| Invoice# | Invoice Date | Delphi Document# | PO# | Bill of Lading | Amount |
|---|---|---|---|---|---|
| 28772 | 19-Sep-05 | 5203600430001 | D0550062918 | 2005090910 | $ 7,193.60 |



KEY AUTOMOTIVE L.P.

A Key Automotive Group Affiliate

REMIT TO:  Key Automotive LP
PO Box 673359
Detroit MI 48267-3359

| Invoice 28772 | ⇐ | Please refer to this number on all correspondence regarding this invoice. |
|---|---|---|

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550062918 | 480051 | 09-19-05 | 1 |

Bill To: 180A
DELCO ELECTRONICS SYSTEMS
P.O. BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 180A*1
DELCO ELECTRONICS - LOS INDIOS
PLANT W9
602 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567
United States of America
Freight Terms: CUSTOMER PICK-U

| Line No. | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 60003\|03 16240655 SENS, S/T-TRUCK CUST PN: 16240655 | EA | 42780 | EA | 640 | 11.2400 | 7193.60 |

Tariff Code:

Payment Terms NET 30 DAYS

Bill of Lading Information for shipment number   599

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 480051-599 | 20050909105515 | | |

| Sales Rep(s) | 50 | Base PO | | | | | |
|---|---|---|---|---|---|---|---|

| | | | Due 11-02-05 | $7,193.60 |
|---|---|---|---|---|

PLEASE CALL A/R AT 920-648-6249 WITH ANY
QUESTIONS REGARDING THIS INVOICE

# HAMLIN

Invoice I267977 ⟸ Please refer to this number on all correspondence regarding this invoice.

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039172 | 39172 | 09-01-05 | 1 |

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Bill To: 23468
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23468
DELPHI DELCO ELECTRONICS SYST.
PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN 46904-9005
United States of America

Freight Terms: COLLECT

| Ln No. | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33270|06 59529 105 16225784 REV D | | | | | | |
| | CUST PN:  16225784 | | | | | | |

Lots                          Lot Qty
000088454                        1520
000088455                        1520

COUNTRY OF ORIGIN: MADE IN THE USA DUNS# 006079925

| | | EA | 167200 | EA | 1520 | 2.1100 | 3207.20 |

BARCODE  LABELS  REQUIRED  ONE P/N  PER CONTAINER
LABELS  TO BE  AFFIXED  ADJACENT  SIDES  IN UPPER
CORNER NEAR EACH OTHER / NO HANDLING CHARGES

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  248

| Packslip Number | Bill of Lading Number | Carrier Name | | Shipment Method |
|---|---|---|---|---|
| 000088005 | 0000 962 4706 | VITR | | TRUCK |
| 1 SKID/1 TOTE | 82 # | | | 39172-248 |

Tax ID Information:     HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s): | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $3,207.20 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

Invoice I268040 ⇐

Please refer to this number on all correspondence regarding this invoice.

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039361 | 39361 | 09-02-05 | 1 |

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33147\|06 59589 101 16197309 REV C | | | | | | |

CUST PN:  16197309
    Lots                        Lot Qty
    000088478                       120
    000088479                       120

MFG SITE CODE = 03522K DUNS # 006079925 COUNTRY OF
ORIGIN:MADE IN THE USA

| | | EA | 7200 | EA | 120 | 4.9700 | 596.40 |
|---|---|---|---|---|---|---|---|

    BARCODE  LABELS  REQUIRED.  ONE  P/N  ALLOWED  PER
    CONTAINER. LABELS  TO BE AFFIXED ON ADJACENT SIDES
    IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

    Payment Terms NET 25TH PROX

    Bill of Lading Information for shipment number  53

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 000088006 | 0000 962 4707 | VITR | TRUCK |
| 1 SKID/1 TOTE | 63 # | | 39361-53 |

    Tax ID Information:    HAMLIN ELECTRONICS L.P.
                          Fed ID# 39-1940245
                          Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $596.40 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*


HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

| Invoice I268041 |
|---|

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550044519 | 44519 | 09-02-05 | 1 |

REMIT TO:   Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 34443\|06 59589 105 16246305 REV D | | | | | | |
| | CUST PN:  16246305 | | | | | | |
| | Lots | | Lot Qty | | | | |
| | 000088480 | | 108 | | | | |
| | 000088481 | | 108 | | | | |
| | MFG SITE CODE = 03522K DUNS # 006079925 | | | | | | |
| | | EA | 3672 | EA | 108 | 5.4500 | 588.60 |

BARCODE LABELS REQUIRED. ONE P/N ALLOWED PER
CONTAINER.  LABELS TO BE AFFIXED ON ADJACENT SIDES
IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  32

| Packslip Number | Bill of Lading Number | Carrier Name | | Shipment Method |
|---|---|---|---|---|
| 000088007 | 0000 962 4707 | VITR | | TRUCK |
| 1 SKID/1 TOTE | 59 # | | | 44519-32 |

Tax ID Information:     HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $588.60 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

| Invoice I268080 | ⬅ | Please refer to this number on all correspondence regarding this invoice. |
|---|---|---|

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039172 | 39172 | 09-06-05 | 1 |

Bill To: 23468
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23468
DELPHI DELCO ELECTRONICS SYST.
PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN 46904-9005
United States of America

Freight Terms: COLLECT

| Line No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33270|06 59529 105 16225784 REV D | | | | | | |
| | CUST PN:  16225784 | | | | | | |
| | Lots | | Lot Qty | | | | |
| | 000088509 | | 1520 | | | | |
| | 000088510 | | 1520 | | | | |
| | 000088511 | | 3040 | | | | |
| | COUNTRY OF ORIGIN: MADE IN THE USA DUNS# 006079925 | | | | | | |
| | | EA | 167200 | EA | 3040 | 2.1100 | 6414.40 |

BARCODE LABELS REQUIRED, ONE P/N PER CONTAINER
LABELS TO BE AFFIXED ADJACENT SIDES IN UPPER
CORNER NEAR EACH OTHER / NO HANDLING CHARGES

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  249

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 000088009 | 0000 962 4708 | VITR | TRUCK |
| 1 SKID/2 TOTES | 119 # | | 39172-249 |

Tax ID Information:    HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $6,414.40 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

Invoice I268133  ⟵  Please refer to this number on all correspondence regarding this invoice.

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039172 | 39172 | 09-07-05 | 1 |

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Bill To: 23468
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23468
DELPHI DELCO ELECTRONICS SYST.
PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN 46904-9005
United States of America

Freight Terms: COLLECT

| Ln. No. | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33270|06 59529 105 16225784 REV D | | | | | | |

CUST PN:  16225784

|  | Lots |  | Lot Qty |
|---|---|---|---|
|  | 000088514 |  | 1520 |
|  | 000088515 |  | 1520 |

COUNTRY OF ORIGIN: MADE IN THE USA DUNS# 006079925

|  | EA | 167200 | EA | 1520 | 2.1100 | 3207.20 |
|---|---|---|---|---|---|---|

BARCODE  LABELS REQUIRED,  ONE  P/N  PER CONTAINER
LABELS  TO  BE  AFFIXED  ADJACENT  SIDES  IN UPPER
CORNER NEAR EACH OTHER / NO HANDLING CHARGES

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  250

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 000088010 | 0000 962 4709 | VITR | TRUCK |
| 1 SKID/1 TOTE | 82 # | | 39172-250 |

Tax ID Information:       HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

Sales Rep(s)   51

## IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL A/R AT 920-648-6249

| | | | Due 11-02-05 | $3,207.20 |
|---|---|---|---|---|



*ALL PRICES SHOWN ARE IN U.S. DOLLARS*



HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

Invoice I268367 ⬅ Please refer to this number on all correspondence regarding this invoice.

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039361 | 39361 | 09-14-05 | 1 |

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| Ln. No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33474\|06 59589 104 16203545 REV E | | | | | | |

CUST PN:  16203545

| | Lots | | Lot Qty | | | | |
|---|---|---|---|---|---|---|---|
| | 000088617 | | 108 | | | | |
| | 000088618 | | 108 | | | | |

MFG SITE CODE = 03522K DUNS # 006079925 COUNTRY OF
ORIGIN:MADE IN THE USA

| | | EA | 5292 | EA | 108 | 4.8100 | 519.48 |
|---|---|---|---|---|---|---|---|

BARCODE LABELS REQUIRED. ONE P/N ALLOWED PER
CONTAINER. LABELS TO BE AFFIXED ON ADJACENT SIDES
IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number 54

| Packslip Number | Bill of Lading Number | Carrier Name | | Shipment Method |
|---|---|---|---|---|
| 000088013 | 00009624710 | VITR | | TRUCK |
| 1 SKID 1 TOTE | 59# | | | 39361-54 |

Tax ID Information:   HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

Sales Rep(s)  51

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $519.48 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

 HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

Invoice I268408 ⟵ Please refer to this number on all correspondence regarding this invoice.

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0650039172 | 39172 | 09-15-05 | 1 |

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Ship To: 23468
DELPHI DELCO ELECTRONICS SYST.
PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN 46904-9005
United States of America

Bill To: 23468
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Freight Terms: COLLECT

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33270|06 59529 105 16225784 REV D | | | | | | |

CUST PN:  16225784

| Lots | Lot Qty |
|---|---|
| 000088627 | 1520 |
| 000088628 | 1520 |

COUNTRY OF ORIGIN: MADE IN THE USA DUNS# 006079925

| | EA | | 167200 | EA | 1520 | 2.1100 | 3207.20 |
|---|---|---|---|---|---|---|---|

BARCODE  LABELS  REQUIRED  ONE P/N  PER CONTAINER
LABELS  TO BE  AFFIXED  ADJACENT  SIDES  IN UPPER
CORNER NEAR EACH OTHER / NO HANDLING CHARGES

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  251

| Packslip Number | Bill of Lading Number | Carrier Name | | Shipment Method |
|---|---|---|---|---|
| 000088014 | 00009624711 | VITR | | TRUCK |
| 1 SKID 1 TOTE | 82# | | | 39172-251 |

Tax ID Information:      HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $3,207.20 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*



HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

| Invoice I268564 | ⇐ | Please refer to the number on all correspondence regarding this invoice |
|---|---|---|

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039361 | 39361 | 09-21-05 | 1 |

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| In. No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33474|06 59589 104 16203545 REV E | | | | | | |
| | CUST PN:  16203545 | | | | | | |
| |    Lots | | Lot Qty | | | | |
| |    000088753 | | 108 | | | | |
| |    000088754 | | 108 | | | | |
| | MFG SITE CODE = 03522K DUNS # 006079925 COUNTRY OF ORIGIN:MADE IN THE USA | | | | | | |
| | | EA | 5292 | EA | 108 | 4.8100 | 519.48 |

BARCODE LABELS REQUIRED. ONE P/N ALLOWED PER
CONTAINER. LABELS TO BE AFFIXED ON ADJACENT SIDES
IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  55

| Packslip Number | Bill of Lading Number | Carrier Name | | Shipment Method |
|---|---|---|---|---|
| 000088016 | 0000 962 4712 | VITR | | TRUCK |
| 1 SKID 1 TOTE | 59# | | | 39361-55 |

Tax ID Information:    HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $519.48 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

| Invoice I268567 | ⇐ | Please refer to this number on all correspondence regarding this invoice. |
|---|---|---|

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550044519 | 44519 | 09-21-05 | 1 |

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 34443|06 59589 105 16246305 REV D | | | | | | |
| | CUST PN:  16246305 | | | | | | |
| | Lots | | Lot Qty | | | | |
| | 000088751 | | 108 | | | | |
| | 000088752 | | 108 | | | | |
| | | | | | | | |
| | MFG SITE CODE = 03522K DUNS # 006079925 | | | | | | |
| | | EA | 3672 | EA | 108 | 5.4500 | 588.60 |

BARCODE  LABELS  REQUIRED.  ONE  P/N  ALLOWED  PER
CONTAINER. LABELS  TO BE AFFIXED ON ADJACENT SIDES
IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  33

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 000088017 | 0000 962 4712 | VITR | TRUCK |
| 1 SKID 1 TOTE | 59# | | 44519-33 |

Tax ID Information:     HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $588.60 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

Invoice I268708    ⟸ Please refer to this number on all correspondence regarding this invoice.

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039361 | 39361 | 09-26-05 | 1 |

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| Lin. No. | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33147|06 59589 101 16197309 REV C | | | | | | |
| | CUST PN:  16197309 | | | | | | |
| | Lots | | Lot Qty | | | | |
| | 000088828 | | 120 | | | | |
| | 000088829 | | 120 | | | | |
| | MFG SITE CODE = 03522K DUNS # 006079925 COUNTRY OF | | | | | | |
| | ORIGIN:MADE IN THE USA | | | | | | |
| | | EA | 7200 | EA | 120 | 4.9700 | 596.40 |

BARCODE  LABELS  REQUIRED.  ONE P/N  ALLOWED  PER
CONTAINER. LABELS TO BE  AFFIXED ON ADJACENT SIDES
IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  56

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 000088018 | 00009624714 | VITR | TRUCK |
| 1 SKID 1 TOTE | 63# | | 39361-56 |

Tax ID Information:    HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | Due 11-02-05 | $596.40 |
|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

| Invoice I268824 | ⟸ | Please refer to this number on all correspondence regarding this invoice |
| --- | --- | --- |

REMIT TO:  Hamlin Electronics LP
     PO BOX 673359
     Detroit MI 48267-3359

| Customer Order | Sales Order | Invoice Date | Page |
| --- | --- | --- | --- |
| 0550039172 | 39172 | 09-29-05 | 1 |

Bill To: 23468
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23468
DELPHI DELCO ELECTRONICS SYST.
PLANT 6,7,8,9
2033 EAST BOULEVARD
KOKOMO, IN 46904-9005
United States of America

Freight Terms: COLLECT

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 33270\|06 59529 105 16225784 REV D | | | | | | |
| | CUST PN:  16225784 | | | | | | |
| | Lots | | Lot Qty | | | | |
| | 000089049 | | 1520 | | | | |
| | 000089050 | | 1520 | | | | |
| | COUNTRY OF ORIGIN: MADE IN THE USA DUNS# 006079925 | | | | | | |
| | | EA | 167200 | EA | 1520 | 2.1100 | 3207.20 |

   BARCODE LABELS REQUIRED, ONE P/N PER CONTAINER
   LABELS TO BE AFFIXED ADJACENT SIDES IN UPPER
   CORNER NEAR EACH OTHER / NO HANDLING CHARGES

   Payment Terms NET 25TH PROX

   Bill of Lading Information for shipment number  252

| Packslip Number | Bill of Lading Number | Carrier Name | | Shipment Method |
| --- | --- | --- | --- | --- |
| 000088020 | 0000 962 4713 | VITR | | TRUCK |
| 1 SKID OF 1 TOTE | 82# | | | 39172-252 |

   Tax ID Information:  HAMLIN ELECTRONICS L.P.
             Fed ID# 39-1940245
             Tax Exempt# CU11049

| Sales Rep(s) | 51 |
| --- | --- |

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CALL A/R AT 920-648-6249**

| | | | Due 11-02-05 | $3,207.20 |
| --- | --- | --- | --- | --- |

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*


HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

# HAMLIN

Invoice I268935 ⟸

Please refer to this number on all correspondence regarding this invoice.

REMIT TO:  Hamlin Electronics LP
PO BOX 673359
Detroit MI 48267-3359

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 0550039361 | 39361 | 10-03-05 | 1 |

Bill To: 23460
DELPHI DELCO ELECTRONICS SYST.
MANUAL RECEIPT PROCESS MS A241
PO BOX 9005
KOKOMO, IN 46904-9005
United States of America

Ship To: 23460*7
DELPHI D DPSS CUNEO
1125 EAST VAILE AVENUE
KOKOMO, IN 46901
United States of America

Freight Terms: COLLECT

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 33147|06 59589 101 16197309 REV C | | | | | | |
| | CUST PN:  16197309 | | | | | | |
| | Lots | | Lot Qty | | | | |
| | 000089052 | | 120 | | | | |
| | 000089053 | | 120 | | | | |
| | MFG SITE CODE = 03522K DUNS # 006079925 COUNTRY OF ORIGIN:MADE IN THE USA | | | | | | |
| | | EA | 7200 | EA | 120 | 4.9700 | 596.40 |

BARCODE LABELS REQUIRED. ONE P/N ALLOWED PER
CONTAINER. LABELS TO BE AFFIXED ON ADJACENT SIDES
IN UPPER CORNER NEAR EACH OTHER.NO HANDLING CHARGE

Payment Terms NET 25TH PROX

Bill of Lading Information for shipment number  57

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 000088021 | 00009624715 | VITR | TRUCK |
| 1 SKID 1 TOTE | 63# | | 39361-57 |

Tax ID Information:    HAMLIN ELECTRONICS L.P.
Fed ID# 39-1940245
Tax Exempt# CU11049

| Sales Rep(s) | 51 |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL A/R AT 920-648-6249**

| | | | Due 12-02-05 | $596.40 |
|---|---|---|---|---|

*ALL PRICES SHOWN ARE IN U.S. DOLLARS*

HAMLIN ELECTRONICS L.P.
A Key Automotive Group Affiliate

## CLAIM DELPHI 2005

| Finished Good part number | Leather's part number | Quantity (square mts) | Cost per square mt | Total cost |
|---|---|---|---|---|
| 16821693 | 261-11\0D-333 | 336.77 | 27.7173 | $ 9,334.36 |
| 16821766 | 261-167A-333 | 1137.98 | 27.7173 | $ 31,541.73 |
| 16821696 | 261-11\0D-333 | 224.4 | 27.7173 | $ 6,219.76 |
| 16825607 | 261-9772-333 | 134.42 | 27.7173 | $ 3,725.76 |
| 16868927/28 | 261-9648-803 | 795.8 | 27.7173 | $ 22,057.43 |
| 16868925/26 | 261-9780-803 | 1115.2 | 27.7173 | $ 30,910.35 |
| 1687075/76 | 233-167A-333 | 418.8 | 27.1611 | $ 11,375.07 |
| | | | | $ 115,164.44 |

| | | |
|---|---|---|
| *Total Decrease (pcs)* | -1700 | *pcs* |
| *Total Decrease (sqmt)* | -224.4 | *m2* |

Finished Good 16825607

Leather 281-9772-333

| | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | 2/28 | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | 4/25 | 5/2 | 5/9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03 Rel | 0 | 0 | 101 | 99 | 110 | 154 | 0 | 157 | 160 | 159 | 0 | 125 | 139 | 156 | 149 | 149 | | | |
| 01/10 Rel | | 0 | 0 | 101 | 99 | 110 | 154 | 0 | 157 | 160 | 159 | 0 | 125 | 139 | 156 | 149 | 149 | | |
| 01/17 Rel | | | 108 | 54 | 162 | 54 | 0 | 54 | 54 | 54 | 108 | 108 | 108 | 108 | 162 | 149 | 149 | 149 | |
| 01/24 Rel | | | | 54 | 108 | 54 | 54 | 0 | 108 | 0 | 54 | 54 | 108 | 108 | 108 | 162 | 162 | 162 | 162 |
| 01/31 Rel | | | | | 108 | 108 | 0 | 54 | 54 | 0 | 54 | 54 | 54 | 54 | 108 | 162 | 216 | 216 | 216 |
| 02/07 Rel | | | | | | 0 | 0 | 0 | 54 | 0 | 54 | 0 | 54 | 54 | 108 | 216 | 270 | 216 | 162 |
| 02/14 Rel | | | | | | | 0 | 0 | 54 | 0 | 54 | 0 | 54 | 54 | 108 | 216 | 270 | 216 | 162 |
| 02/21 Rel | | | | | | | | 0 | 54 | 54 | 0 | 54 | 0 | 54 | 54 | 108 | 162 | 216 | 162 |
| 02/28 Rel | | | | | | | | | 54 | 0 | 54 | 54 | 0 | 54 | 54 | 54 | 162 | 216 | 216 |
| 03/07 Rel | | | | | | | | | | 54 | 54 | 54 | 0 | 54 | 54 | 54 | 108 | 54 | 54 |
| 03/14 Rel | | | | | | | | | | | 54 | 54 | 54 | 0 | 108 | 54 | 54 | 54 | 54 |
| 03/21 Rel | | | | | | | | | | | | 54 | 54 | 0 | 54 | 0 | 0 | 54 | 0 |
| 03/28 Rel | | | | | | | | | | | | | 54 | 0 | 54 | 113 | 0 | 54 | 0 |
| 04/04 Rel | | | | | | | | | | | | | | 0 | 216 | 0 | 0 | 0 | 0 |
| 04/11 Rel | | | | | | | | | | | | | | | 216 | 54 | 0 | 0 | 0 |
| 04/18 Rel | | | | | | | | | | | | | | | | 54 | 0 | 0 | 0 |
| Decreases | | 0 | 7 | -45 | -2 | -154 | 0 | -157 | -103 | 0 | 0 | 0 | 0 | -54 | 162 | 0 | -162 | -216 | -216 |
| Usage per wheel | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 | 0.143 |
| Decreases (m2) | 0 | 0 | 1.001 | -6.435 | -0.286 | -22.022 | 0 | -22.451 | -14.729 | 0 | 0 | 0 | 0 | -7.722 | 23.166 | 0 | -23.166 | -30.888 | -30.888 |

| | | |
|---|---|---|
| *Total Decrease (pcs)* | -940 | *pcs* |
| *Total Decrease (sqmt)* | -134.42 | *m2* |

Finished Good 16888027/28

Leather 251-9645-803

| | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | 2/28 | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | 4/25 | 5/2 | 5/9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03 Rel | 351 | 45 | 215 | 325 | 416 | 457 | 466 | 467 | 448 | 480 | 474 | 372 | 328 | 465 | 433 | 433 | | | |
| 01/10 Rel | | 45 | 270 | 270 | 405 | 540 | 450 | 495 | 450 | 495 | 495 | 360 | 360 | 495 | 405 | 433 | 433 | | |
| 01/17 Rel | | | 315 | 0 | 360 | 225 | 540 | 495 | 495 | 450 | 495 | 360 | 360 | 405 | 495 | 433 | 433 | 433 | |
| 01/24 Rel | | | | 0 | 0 | 0 | 540 | 495 | 540 | 450 | 495 | 315 | 360 | 405 | 405 | 450 | 450 | 450 | 405 |
| 01/31 Rel | | | | | 0 | 585 | 450 | 495 | 540 | 270 | 315 | 360 | 540 | 585 | 450 | 0 | 0 | 585 | 495 |
| 02/07 Rel | | | | | | 0 | 0 | 135 | 450 | 450 | 180 | 315 | 315 | 405 | 270 | 315 | 405 | 450 | 405 |
| 02/14 Rel | | | | | | | 0 | 0 | 216 | 450 | 225 | 270 | 270 | 180 | 180 | 180 | 315 | 360 | 405 |
| 02/21 Rel | | | | | | | | 0 | 0 | 270 | 180 | 225 | 135 | 180 | 135 | 135 | 90 | 90 | 45 |
| Decreases | | 0 | 100 | -325 | -416 | -457 | -466 | -467 | -448 | -210 | -294 | -147 | -193 | -285 | -298 | -298 | 90 | 90 | 45 |
| Usage per wheel | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Decreases (m2) | 0 | 0 | 20 | -65 | -83.2 | -91.4 | -93.2 | -93.4 | -89.6 | -42 | -58.8 | -29.4 | -38.6 | -57 | -59.6 | -59.6 | 18 | 18 | 9 |

| | | |
|---|---|---|
| *Total Decrease (pcs)* | -3979 | *pcs* |
| *Total Decrease (sqmt)* | -795.8 | *m2* |

Finished Good 16888925/26

Leather 281-9760-802

| | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | 2/28 | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | 4/25 | 5/2 | 5/9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03 Rel | 486 | 270 | 315 | 486 | 618 | 671 | 698 | 670 | 714 | 704 | 677 | 518 | 563 | 699 | 692 | 692 | | | |
| 01/10 Rel | | 315 | 315 | 450 | 630 | 720 | 720 | 675 | 675 | 720 | 720 | 540 | 540 | 720 | 720 | 692 | 692 | | |
| 01/17 Rel | | | 180 | 0 | 495 | 720 | 765 | 675 | 720 | 675 | 585 | 540 | 720 | 675 | 692 | 692 | 692 | 692 | |
| 01/24 Rel | | | | 0 | 0 | 765 | 489 | 675 | 675 | 720 | 675 | 458 | 495 | 585 | 585 | 720 | 675 | 630 | 675 |
| 01/31 Rel | | | | | 0 | 540 | 585 | 810 | 900 | 450 | 585 | 450 | 540 | 675 | 540 | 0 | 0 | 675 | 585 |
| 02/07 Rel | | | | | | 324 | 0 | 180 | 405 | 714 | 315 | 405 | 540 | 540 | 450 | 450 | 630 | 630 | 675 |
| 02/14 Rel | | | | | | | 0 | 0 | 600 | 855 | 405 | 405 | 450 | 360 | 315 | 225 | 495 | 461 | 675 |
| 02/21 Rel | | | | | | | | 0 | 162 | 405 | 360 | 315 | 180 | 315 | 270 | 225 | 90 | 135 | 135 |
| Decreases | | 45 | -135 | -486 | -618 | -347 | -698 | -670 | -552 | -299 | -317 | -203 | -383 | -384 | -422 | -467 | 90 | 135 | 135 |

