**STEIN RISO MANTEL, LLP**
Counsel for Key Safety Systems, Inc.
The Chrysler Building, 42nd Floor
405 Lexington Avenue
New York, New York 10174
(212) 599-1515
Mark Chinitz, Esq. (MC 1236)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                          Chapter 11 Case
                                                                No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,

                                    Debtors.                   (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

JENNIFER McCAFFREY, being duly sworn, deposes and says:

1. I am over 18 and not a party to this action and I reside at LaGrangeville, New York.

2. On June 21, 2007, I served a true copy of the Response, dated June 21, 2007, of Key Safety Systems, Inc., to the *Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation*, dated May 22, 2007 (the "Objection"), by delivering a copy of same via Federal Express, FedEx Priority Overnight Delivery, addressed to the parties listed below as required in the Objection, as follows:

> Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> For the Southern District of New York
> One Bowling Green
> Room 610
> New York, New York 10004

Delphi Corporation
Attn.: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom
Attn.: John Wm Butler, Jr., John K. Lyons and
         Joseph M. Wharton
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Copies of the FedEx USA Airbills are annexed hereto.

_____
JENNIFER McCAFFREY

Sworn To Before Me This
21st Day Of June, 2007

_____
Notary Public

MARK I. CHINITZ
Notary Public, State of New York
No. 02CH4933411
Qualified in New York County
Commission Expires May 9, ~~200~~ 2010

2

From: Origin ID: JHCA  (212)599-1515
Jennifer McCaffrey
Stein Riso Mantel LLP
405 Lexington Avenue
42nd Floor
**New York, NY 10174**



CLS022307/21/23

SHIP TO: (212)668-2870        **BILL SENDER**

**Hon. Robert D. Drain**
**U.S. Bankruptcy Judge**
**U.S. Bankruptcy Court, So District**
**One Bowling Green, Room 610**
**New York, NY 10004**



Ship Date: 21JUN07
ActWgt: 1 LB
System#: 8464593/INET7011
Account#: S *********

Delivery Address Bar Code

Ref #    Key Safety Systems, Inc.
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**                     **FRI**

TRK#  **7996 6226 1485**    FORM 0201    Deliver By: 22JUN07

                                         EWR    A1

10004    -NY-US

**Z1 SXYA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/ship/domesticShipmentAction.do?method=doProcessShipment        6/21/2007

From: Origin ID: JHCA (212)599-1515
Jennifer McCaffrey
Stein Riso Mantel LLP
405 Lexington Avenue
42nd Floor
New York, NY 10174



CLS022307/21/23

SHIP TO: (866)688-8679    BILL SENDER
**Delphi Corporation**
**Attn.: General Counsel**
**5725 Delphi Drive**

**Troy, MI 48098**



Ship Date: 21JUN07
ActWgt: 1 LB
System#: 8464593/INET7011
Account#: S *********

Delivery Address Bar Code



Ref #    Key Safety Systems, Inc.
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**    **FRI**
Deliver By:
TRK# 7907 6698 4501    FORM 0201    22JUN07

DTW    A2

48098    -MI-US

**EE MTCA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: JHCA (212)599-1515
Jennifer McCaffrey
Stein Riso Mantel LLP
405 Lexington Avenue
42nd Floor
New York, NY 10174



Ship Date: 21JUN07
ActWgt: 2 LB
System#: 8464593/INET7011
Account#: S ********

Delivery Address Bar Code



SHIP TO: (312)407-0700    BILL SENDER

Skadden Arps Slate Meagher et al
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Ref #    Key Safety Systems, Inc.
Invoice #
PO #
Dept #



**PRIORITY OVERNIGHT**                                **FRI**
                                                     Deliver By:
TRK# 7987 0232 2047    FORM 0201                     22JUN07
                                              ORD       A1

60606    -IL-US

**XH LOTA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.