UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served    Affidavit of Joel D. Applebaum in Support of Timeliness of Response of Manufacturers Equipment & Supply Co. In Opposition To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation

Method of Service:    By electronic mail (via the ECF System) upon all parties shown on <u>Exhibit A</u> attached hereto.

Also served upon the following via Overnight to the following:

| | | |
|---|---|---|
| The Honorable Robert D. Drain | John Wm Butler | Delphi Corporation |
| United States Bankruptcy Judge | John K. Lyons | 5725 Delphi Drive |
| U.S. Bankruptcy Court for the | Joseph N. Warton | Troy, MI 48098 |
| Southern District of New York | Skadden, Arps, Slate Meager & Flom LLP | Attn: General Counsel |
| One Bowling Green, Room 610 | 333 West Wacker Drive | |
| New York, NY 10004 | Suite 2100 | |
| | Chicago, IL 60606 | |
| | Counsel For Debtors | |

Date of Service:    June 21, 2007

                                                            CLARK HILL PLC

                                By:    /s/ Secret S. Washington
                                             Secret S. Washington
                                             Legal Secretary

5456986.2 26514/105037