FORM B10 (Official Form 10)(Rev.04/04)

| United States Bankruptcy Court | Southern District of New York | First Amended PROOF OF CLAIM Chapter 11 |
|---|---|---|

| In re (Name of Debtor) | Case Number |
|---|---|
| **Delphi Diesel Systems Corp.** | **05-44612 (RDD)** |

Claim #16202
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor
(The person or other entity to whom the debtor owes money or property)

**U.S. Customs and Border Protection**

___ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Date Stamped Copy Returned
☒ No self addressed stamped env
☒ No copy to return

Name and Addresses Where Notices Should be Sent

**6650 Telecom Drive
P.O. Box 68911
Indianapolis, In 46268**

Telephone No.  1-800-743-3333(relay); 317-298-1501

___ Check box if you have never received any notices from the bankruptcy court in this case.

___ Check box if the address differs from the address on the envelope sent to you by the court

Received
AUG 21 2006
Kurtzman Carson
THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
**38-3505001**

Check here if this claim: ___ replaces   **X** amends   a previously filed claim, dated: **May 1, 2006**

**1. BASIS FOR CLAIM:**
___ Goods sold
___ Services performed
___ Money loaned
___ Personal injury/wrongful death
**X** Taxes  and duties per 11 U.S.C. § 507(a)(8)(F)
**X** Other  Unliquidated/contingent duties, fees and other charges

___ Retiree benefits as defined in 11 U.S.C. § 1114(a)
___ Wages, salaries, and compensation (Fill out below)
Last four digits of SS# _____
Unpaid compensation for services performed
from _____ to _____
    (date)        (date)

**2. DATE DEBT WAS INCURRED**
**Please See Attached**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. Total Amount of Claim at Time Case Filed:**

|  | (secured) | (unsecured) | **unliq/cont** (priority) | **unliq/cont** (Total) |
|---|---|---|---|---|

If all or part of your claim is secured or entitled to priority, also complete item 5 or 7 below

___ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or other additional charges.

**5. Secured Claim**
___ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
___ Real Estate  ___ Motor Vehicle
___ Other (Describe briefly) _____

Value of Collateral: _____

Amount of arrearage and other charges at time case filed included in secured claim above, if any _____

**6. Unsecured Nonpriority Claim** _____
___ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
**X** Check if you have an unsecured priority claim
Amount entitled to priority  **unliquidated/contingent**
Specify the priority of the claim:
___ Wages, salaries, or commissions (up to $4,925)*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(3).
___ Contributions to an employee benefit plan-11 U.S.C. § 507(a)(4).
___ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use-11 U.S.C. § 507(a)(6).
___ Alimony, maintenance, or support owed to a spouse, former spouse, or child-11 U.S.C. § 507 (a)(7).
**X** Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8)(F).
___ Other-Specify applicable paragraph of 11 U.S.C. § 507(a)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
Please see attached statement labeled Attachment A.

**9. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To received an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
RECEIVED
2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| AUG 10 2006 | [signature] Robert B. Hamilton, Jr. |

Attachment A

This claim reflects the known liability of the debtor to this agency of the United States. The United States reserves the right to amend this claim to assert subsequently discovered liabilities. This agency holds subject to setoff against this claim a debt owed to the debtor of _____$0.00_____ The identification of any sums held subject to setoff is without prejudice to any other right under 11 U.S.C. § 553 to set off, against this claim, debts owed to debtor by this or any other federal agency.

SUMMARY SHEET - PROOF OF CLAIM

U.S. BANKRUPTCY COURT ___Southern___ DISTRICT OF ___New York___

Debtor: ___Delphi Diesel Systems Corp.___     Case No: ___05-44612 (RDD)___

The claim(s) for this debtor consist of:

### SECURED                                                  AMOUNT

Supplemental duty bills
Inspectional charges
Debit Vouchers
Fines & Penalties
other: _____

TOTAL                                                        $0.00

### UNSECURED NON-PRIORITY

Merchandise Processing Fees
Inspectional charges
Debit Vouchers
Fines & Penalties
other: _____

TOTAL                                                        $0.00

### PRIORITY

Supplemental duty bills
Inspectional charges
Debit Vouchers
Fines & Penalties
other: _____

TOTAL                                                        $0.00    +    unliq/cont

### GRAND TOTAL                                              $0.00    +    unliq/cont

There are ___67___ **unliquidated pre-petition entries** which may liquidate with duty, fees, or other charges due the U.S. Customs and Border Protection per 19 C.F.R. § 159.1 thru 159.58.

Delphi Diesel Systems Corp.

**UNLIQUIDATED ENTRIES**

|   | Entry Number | Entry Date | Port |
|---|---|---|---|
| 1 | 016-15652649 | May 24, 2004 | Detroit Metro Airport, MI |
| 2 | 336-23968537 | July 6, 2005 | Detroit Metro Airport, MI |
| 3 | 336-23968578 | July 6, 2005 | Detroit Metro Airport, MI |
| 4 | 336-21952269 | July 10, 2005 | CHICAGO, IL |
| 5 | 336-23967125 | July 11, 2005 | Detroit Metro Airport, MI |
| 6 | 336-73400753 | July 11, 2005 | Detroit Metro Airport, MI |
| 7 | 016-15732318 | July 11, 2005 | Detroit Metro Airport, MI |
| 8 | 336-21952376 | July 12, 2005 | CHICAGO, IL |
| 9 | 336-23968529 | July 13, 2005 | Detroit Metro Airport, MI |
| 10 | 336-73400720 | July 13, 2005 | Detroit Metro Airport, MI |
| 11 | 016-15733357 | July 15, 2005 | Detroit Metro Airport, MI |
| 12 | 336-73400845 | July 18, 2005 | Detroit Metro Airport, MI |
| 13 | 336-73401561 | July 18, 2005 | Detroit Metro Airport, MI |
| 14 | 336-22011198 | July 19, 2005 | CHICAGO, IL |
| 15 | 336-73403948 | July 19, 2005 | Detroit Metro Airport, MI |
| 16 | 336-30887118 | July 21, 2005 | SAN FRANCISCO, CA |
| 17 | 336-30887126 | July 21, 2005 | SAN FRANCISCO, CA |
| 18 | 336-28773700 | July 22, 2005 | Philadelphia Int'l Airport, PA |
| 19 | 336-22011362 | July 24, 2005 | CHICAGO, IL |
| 20 | 336-73404037 | July 25, 2005 | Detroit Metro Airport, MI |
| 21 | 016-15734488 | July 25, 2005 | Detroit Metro Airport, MI |
| 22 | 016-15735535 | July 28, 2005 | Detroit Metro Airport, MI |
| 23 | 336-22011537 | August 1, 2005 | CHICAGO, IL |
| 24 | 336-73407105 | August 2, 2005 | Detroit Metro Airport, MI |
| 25 | 336-73407089 | August 5, 2005 | Detroit Metro Airport, MI |
| 26 | 336-73410117 | August 8, 2005 | Detroit Metro Airport, MI |
| 27 | 016-15737036 | August 8, 2005 | Detroit Metro Airport, MI |
| 28 | 016-10911552 | August 9, 2005 | Detroit Metro Airport, MI |
| 29 | 336-22062092 | August 10, 2005 | CHICAGO, IL |
| 30 | 016-15737630 | August 12, 2005 | Detroit Metro Airport, MI |
| 31 | 336-22062159 | August 14, 2005 | CHICAGO, IL |
| 32 | 336-28774328 | August 17, 2005 | PHILADELPHIA, PA |
| 33 | 336-73413285 | August 18, 2005 | Detroit Metro Airport, MI |
| 34 | 336-22011727 | August 21, 2005 | CHICAGO, IL |
| 35 | 336-29707665 | August 23, 2005 | LOS ANGELES, CA |
| 36 | 336-73408996 | August 23, 2005 | Detroit Metro Airport, MI |
| 37 | 336-22062639 | August 29, 2005 | CHICAGO, IL |
| 38 | 336-73415199 | August 29, 2005 | Detroit Metro Airport, MI |
| 39 | 336-73415223 | August 30, 2005 | Detroit Metro Airport, MI |
| 40 | 336-73415280 | August 30, 2005 | Detroit Metro Airport, MI |
| 41 | 016-15740402 | September 2, 2005 | Detroit Metro Airport, MI |
| 42 | 336-22099789 | September 6, 2005 | CHICAGO, IL |
| 43 | 336-29718944 | September 7, 2005 | LOS ANGELES, CA |
| 44 | 336-29718951 | September 7, 2005 | LOS ANGELES, CA |
| 45 | 336-22119421 | September 8, 2005 | CHICAGO, IL |

Delphi Diesel Systems Corp.

**UNLIQUIDATED ENTRIES**

|    | Entry Number | Entry Date | Port |
|----|--------------|------------|------|
| 46 | 336-73418367 | September 8, 2005 | Detroit Metro Airport, MI |
| 47 | 336-30879263 | September 9, 2005 | San Francisco Int'l Airport, CA |
| 48 | 336-30905993 | September 9, 2005 | SAN FRANCISCO, CA |
| 49 | 336-22119439 | September 12, 2005 | CHICAGO, IL |
| 50 | 336-73419159 | September 12, 2005 | Detroit Metro Airport, MI |
| 51 | 336-73419183 | September 12, 2005 | Detroit Metro Airport, MI |
| 52 | 016-15742218 | September 12, 2005 | Detroit Metro Airport, MI |
| 53 | 336-30905829 | September 13, 2005 | San Francisco Int'l Airport, CA |
| 54 | 336-73419126 | September 13, 2005 | Detroit Metro Airport, MI |
| 55 | 336-22119637 | September 16, 2005 | CHICAGO, IL |
| 56 | 016-15743141 | September 19, 2005 | Detroit Metro Airport, MI |
| 57 | 336-73427582 | September 20, 2005 | Detroit Metro Airport, MI |
| 58 | 336-30910506 | September 21, 2005 | SAN FRANCISCO, CA |
| 59 | 016-15743786 | September 22, 2005 | Detroit Metro Airport, MI |
| 60 | 016-15744388 | September 26, 2005 | Detroit Metro Airport, MI |
| 61 | 336-22139007 | September 27, 2005 | CHICAGO, IL |
| 62 | 336-73425644 | September 27, 2005 | Detroit Metro Airport, MI |
| 63 | 336-73427954 | September 28, 2005 | Detroit Metro Airport, MI |
| 64 | 016-15745351 | October 3, 2005 | Detroit Metro Airport, MI |
| 65 | 336-22162785 | October 4, 2005 | CHICAGO, IL |
| 66 | 336-73430008 | October 5, 2005 | Detroit Metro Airport, MI |
| 67 | 016-15745971 | October 6, 2005 | Detroit Metro Airport, MI |

6650 Telecom Drive
Indianapolis, IN 46278

 **U.S. Customs and Border Protection**

AUG 10 2006

Clerk of the U.S. Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing Center
P.O. Box 5058
Bowling Green Station
New York, New York 10274

Re:  Delphi Mechatronic Systems, Inc.
     Case Number: 05-44567 (RDD)

     Delphi Diesel Systems Corp.
     Case Number: 05-44612 (RDD)

Dear Sir or Madam:

Enclosed are our First Amended Proofs of Claim for the above referenced bankruptcy cases. Please file the claims and return a file-marked copy of each claim in the accompanying self-addressed, stamped envelope.

If you have any questions regarding this case, please make immediate contact with Scott Vrooman at relay number 1-800-743-3333 and then tell agent to dial 317-298-1501.

Sincerely,

*Edward O. Barnett*

Robert B. Hamilton, Jr.
Director, Revenue Division
Financial Operations, Office of Finance
U.S. Customs and Border Protection

Enclosures