| | |
|---|---|
| WALLACE W. WALKER, JR., ESQ.<br>7774 Oakhurst Circle<br>P.O. Box 470340<br>Cleveland, OH 44147-0340<br>Tel: (440) 526-4244<br>(WWW/2009) | **Objection Deadline: June 19, 2007**<br>**Enlarged to June 21, 2007 @ 5:00pm**<br>**Hearing Date: June 26, 2007 @ 10:00am** |

JAMES R. KANDEL, ESQ.
101 Central Plaza, S.
Chase Tower, Suite 1003
Canton, OH 44702
Tel: (330) 453-4444
Attorneys for Flex Technologies, Inc.

UNITED STATES BANKRUPTCY COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, <u>et. al.,</u> | Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| Debtors | |

---

### OPPOSITION OF FLEX TECHNOLOGIES, INC. TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION
### [PROOF OFCLAIM NO. 11542]

Flex Technologies, Inc. ("FlexTech"), an Ohio corporation, a creditor and a party in interest, by and through its attorney, Wallace W. Walker, Jr., hereby responds to the Debtors' Fifteenth Omnibus Claims Objection (Substantive) (the "Objection") and respectfully states:

1.   FlexTech admits that it timely filed its Proof of Claim, Claim No. 11542 (the "Claim"). A copy of the Claim is annexed.

2.   As of October 8, 2005 (the "Petition Date") the Debtors were indebted to FlexTech in the amount of $72,759.50 on an account ("Account") for trim, tube assemblies, cables, cable assembles, casings, springs, locks and other auto parts sold and

- 1 -

delivered by FlexTech to Debtors in compliance with written purchase orders on terms evidenced by the invoices and shipping documents (collectively "Invoices") annexed hereto in support of the Account and the Claim. The Invoices are incorporated herein by this reference. The Invoices have been organized by Customer and generally in the order listed in the Account. Unless a specific Invoice is to be supplied, the Invoices annexed to this response are as follows:

    a.    CUSTOMER NUMBER 315 (DELCO ELECTRONICS):

| | |
|---|---|
| Invoice #54083 | $607.08 |
| Invoice #54116 | $607.08 |
| Invoice #54203 | $607.08 |
| Invoice #54254 | $607.08 |
| Invoice #54302 | To be supplied ($607.08) |
| TOTAL | $3035.46 |

    b.    CUSTOMER NUMBER 317 (DELPHI AUTOMOTIVE SYSTEMS):

| | |
|---|---|
| Invoice #33516 | $172.80 |
| Invoice #54290 | $227.60 |
| Invoice #619638 | $1483.65 |
| Invoice #619681 | $1348.41 |
| Invoice #619702 | $540.96 |
| Invoice #619703 | $968.94 |
| Invoice #619720 | $1217.16 |
| Invoice #619721 | $1453.41 |
| Invoice #619727 | $1239.42 |
| Invoice #619733 | $270.48 |
| Invoice #619743 | $2077.11 |
| Invoice #619757 | $2264.85 |
| Invoice #619768 | $1968.12 |
| Invoice #619776 | $2373.84 |
| Invoice #619789 | $2723.07 |
| Invoice #619809 | $2426.34 |
| Invoice #619815 | $1671.89 |
| Invoice #619830 | To be supplied ($2561.58) |
| Invoice #619843 | $2561.58 |
| Invoice #619856 | $3613.26 |
| Invoice #619881 | $1618.89 |
| Invoice #619899 | To be supplied ($1487.64) |
| TOTAL | $36,270.50 |

    c.    CUSTOMER NUMBER 317-1 (DELPHI E & C):

| Invoice #32201 | $86.40 |
| Invoice #32218 | $315.20 |
| Invoice #32235 | $548.40 |
| Invoice #32252 | $337.60 |
| Invoice #32297 | $548.40 |
| Invoice #32299 | To be supplied ($233.20) |
| Invoice #32215 | To be supplied ($446.40) |
| Invoice #32353 | $406.00 |
| Invoice #32366 | $570.80 |
| Invoice #32402 | $86.40 |
| Invoice #32418 | $228.80 |
| Invoice #32446 | $743.60 |
| Invoice #32462 | $570.80 |
| Invoice #30771 | $228.80 |
| Invoice #30773 | $228.80 |
| Invoice #30788 | $319.60 |
| Invoice #30841 | $462.00 |
| TOTAL | $6361.20 |

    d.    CUSTOMER NUMBER 37004 (HARRISON DIVISION):

| Invoice #54094 | $2352.60 |
| Invoice #54140 | $2352.60 |
| Invoice #54287 | To be supplied ($2352.60) |
| Invoice #54306 | To be supplied ($2352.60) |
| TOTAL | $9410.46 |

    e.    CUSTOMER NUMBER #17000 (SAGINAW DIVISION, GMC):

| Invoice #2238 | $17682.00 |
| TOTAL | $17682.00 |

3.    FlexTech acknowledges that the Debtors' bankruptcy cases have been administratively consolidated and admits that the Claim was filed in Bankruptcy Case No. 05-44481 in compliance with the Court's orders relating to the consolidation. FlexTech denies for want of knowledge that the correct debtor is Delphi Automotive Systems, LLC.

4.    Upon information and belief, the Debtors have not made any payments on the Claim on which the sum of $72,759.50 remains justly due and owing.

WHEREFORE, FlexTech requests that its Claim be allowed in the bankruptcy case or cases of the Debtors obligated on the Account and the Claim and that the Court grant such other and further relief as is necessary and appropriate.

Dated: June 21, 2007
Cleveland, Ohio

/s/Wallace W. Walker,Jr.