WALLACE W. WALKER, JR., ESQ.  
7774 Oakhurst Circle  
P.O. Box 470340  
Cleveland, OH 44147-0340  
Tel: (440) 526-4244  
(WWW/2009)

**Objection Deadline: June 19, 2007**  
**Enlarged to June 21, 2007 @ 5:00pm**  
**Hearing Date: June 26, 2007 @ 10:00am**

JAMES R. KANDEL, ESQ.  
101 Central Plaza, S.  
Chase Tower, Suite 1003  
Canton, OH 44702  
Tel: (330) 453-4444  
Attorneys for Flex Technologies, Inc.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et. al.,

                Debtors

Chapter 11

Case No. 05-44481 (RDD)  
(Jointly Administered)

DECLARATION OF WALLACE W. WALKER, Jr. IN SUPPORT OF FLEX TECHNOLOGIES, INC.'S OPPOSITION TO FLEX TECHNOLOGIES, INC.'S PROOF OF CLAIM  
[CLAM NO. 11542]

      Wallace W. Walker, Jr. declares, pursuant to 28 U.S.C. § 1746, that the following is true:

      1.    I am attorney licensed to practice law in the State of Ohio and am one of the attorneys for Flex Technologies, Inc. I make this affidavit in support of Flex Technologies, Inc.'s Opposition to the Debtors' Fifteenth Omnibus Claims Objection (Substantive). I submit this affidavit based upon personal knowledge and upon documentary information provided to me.

      2.    The Invoice annexed hereto are true and correct copies of the invoices and shipping documents provided to me by Flex Technologies, Inc.

3. The Proof of Claim annexed hereto is a true and correct copy of Flex Technologies, Inc.'s Proof of Claim, Claim No. 11542, one of the claims subject to the Debtors' Fifteenth Omnibus Claims Objection (Substantive).

I, Wallace W. Walker, Jr., declare under penalty of perjury that the foregoing information is true and correct. Executed on June 21, 2007 at Brecksville, Ohio:

/s/Wallace W. Walker, Jr.