JUN-19-2007(TUE) 15:19   D SMITH/J REESE
05-44481-rdd   Doc 8384-2   Filed 06/21/07   Entered 06/21/07 17:02:49   Exhibit 2   Pg 1 of 3
Proof of Claim of Flex Technologies Inc.   Pg 1 of 3
FROM :FLEX ACCTING   FAX NO. :17409225699   Jun. 14 2007 03:20PM P3

Name of Debtor: Delphi Corporation
Case Number: 05-44481

ORIGINAL

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Flex Technologies Inc

Name and address where notices should be sent:
Flex Technologies Inc
P.O. Box 400 Gundy Drive
Midvale, OH 44653

Telephone number: 740-922-5992

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 315, 317, 37004

Check here ☐ replaces / ☐ amends   if this claim a previously filed claim, dated: _____

1. Basis for Claim
   ☑ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date) (date)

2. Date debt was incurred: 8-22-05 through 1-16-06

3. If court judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $ 72759.50 (unsecured) _____ (secured) _____ (priority) 72759.50 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ 72759.50
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L 109-8

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7-25-06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Duane L. Heechler, V. President
[signature: Duane L. Heechler]

THIS SPACE IS FOR COURT USE ONLY
Tracked UPS & delivered 7-26-06
J Geett signed for 7/25/06
Mailroom

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191452063281

FROM :FLEX ACCTING  FAX NO. :17409225699  Jun. 14 2007 03:21PM P4

**FLEX**
**TECHNOLOGIES**
P.O. BOX 400
MIDVALE, OHIO 44653
PHONE # (740) 922-5992
FAX # (740) 922-4416

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIMS
ONE BOWLING GREEN, ROOM 534
NEW YORK, NEW YORK 10004-1408

RECEIVED
AUG 04 2006
KURTZMAN CARSON

NAME OF DEBTOR: DELPHI CORPORATION
CASE NUMBER: 05-44481

SUMMARY OF DEBT OWED TO FLEX TECHNOLOGIES, INC.
P.O. BOX 400, GUNDY DRIVE, MIDVALE, OHIO 44653

#9 SUPPORTING DOCUMENTS:

CUST #315
| | | |
|---|---|---|
| INVOICE #54083 | DATED 9-1-05 | $ 607.08 |
| INVOICE #54116 | DATED 9-9-05 | $ 607.08 |
| INVOICE #54203 | DATED 9-23-05 | $ 607.08 |
| INVOICE #54254 | DATED 9-30-05 | $ 607.08 |
| INVOICE #54302 | DATED 10-7-05 | $ 607.08 |

*$3035.40*

CUST #317
| | | |
|---|---|---|
| INVOICE #33515 | DATED 8-22-05 | $ 172.80 |
| INVOICE #54290 | DATED 10-6-05 | $ 227.60 |
| INVOICE #619638 | DATED 8-24-05 | $1,483.65 |
| INVOICE #619681 | DATED 8-31-05 | $1,348.41 |
| INVOICE #619702 | DATED 9-2-05 | $ 540.96 |
| INVOICE #619703 | DATED 9-2-05 | $ 968.94 |
| INVOICE #619720 | DATED 9-7-05 | $1,217.16 |
| INVOICE #619721 | DATED 9-7-05 | $1,453.41 |
| INVOICE #619727 | DATED 9-9-05 | $1,239.42 |
| INVOICE #619733 | DATED 9-9-05 | $ 270.48 |
| INVOICE #619743 | DATED 9-12-05 | $2,077.11 |
| INVOICE #619757 | DATED 9-14-05 | $2,264.85 |
| INVOICE #619768 | DATED 9-16-05 | $1,968.12 |
| INVOICE #619776 | DATED 9-19-05 | $2,373.84 |
| INVOICE #619789 | DATED 9-21-05 | $2,723.07 |
| INVOICE #619809 | DATED 9-23-05 | $2,426.34 |
| INVOICE #619815 | DATED 9-26-05 | $1,671.39 |
| INVOICE #619830 | DATED 9-28-05 | $2,561.58 |
| INVOICE #619843 | DATED 9-30-05 | $2,561.58 |

Flex Technoloc
AUG 2 7 2005
Midvale, OI

1

FROM : FLEX ACCTING          FAX NO. :17409225699          Jun. 14 2007 03:21PM P5

| | | |
|---|---|---|
| INVOICE #619856 | DATED 10-03-05 | $3,613.26 |
| INVOICE #619881 | DATED 10-5-05 | $1,618.89 |
| INVOICE #619899 | DATED 10-7-05 | $1,487.64 |
| | | *36,270.50* |
| **CUSTOMER 317 - 1** | | |
| INVOICE #30771 | DATED 9-13-05 | $ 228.80 |
| INVOICE #30773 | DATED 9-14-05 | $ 228.80 |
| INVOICE #30788 | DATED 9-15-05 | $ 319.60 |
| INVOICE #30841 | DATED 6-29-05 | $ 462.00 |
| INVOICE #32201 | DATED 9-20-05 | $ 86.40 |
| INVOICE #32218 | DATED 9-21-05 | $ 315.20 |
| INVOICE #32235 | DATED 9-22-05 | $ 548.40 |
| INVOICE #32252 | DATED 9-23-05 | $ 337.60 |
| INVOICE #32297 | DATED 9-26-05 | $ 548.40 |
| INVOICE #32299 | DATED 9-27-05 | $ 233.20 |
| INVOICE #32315 | DATED 9-28-05 | $ 446.40 |
| INVOICE #32353 | DATED 9-29-05 | $ 406.00 |
| INVOICE #32366 | DATED 9-30-05 | $ 570.80 |
| INVOICE #32402 | DATED 10-4-05 | $ 86.40 |
| INVOICE #32418 | DATED 10-5-05 | $ 228.80 |
| INVOICE #32446 | DATED 10-6-05 | $ 743.60 |
| INVOICE #32462 | DATED 10-7-05 | $ 570.80 |
| | | *6,361.20* |
| **CUSTOMER #37004** | | |
| INVOICE #54094 | DATED 9-2-05 | $2,352.60 |
| INVOICE #54140 | DATED 9-13-05 | $2,352.60 |
| INVOICE #54287 | DATED 10-5-05 | $2,352.60 |
| INVOICE #54306 | DATED 10-7-05 | $2,352.60 |
| | | *# 9,410.40* |
| **CUSTOMER #17000** | | |
| INVOICE #2238 | DATED 1-16-06 | $17,682.00 |
| | GRAND TOTAL | $72,759.50 |

*Gayle Goodwin*
GAYLE GOODWIN
SR. ACCTING. MGR.

2