# Customer Number 315
# Delco Electronics