Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 501 • FLEX AVENUE
PORTLAND, TENNESSEE 37148
(DUNS: 095682977)
PHONE: (615) 325-2025

NO. **54083**
SID 54083

Invoice Date: 9/01/05

Ship Date: 9/01/05

SOLD TO:

DELCO ELECTRONICS
ACCOUNTS PAYABLE
P.O. BOX 6129 M/S 2
KOKOMO, IN.      46902

Cust. I.D. #   315 96

SHIPPED TO:

DELCO ELECTRONICS
PLANT 96
2033 EAST BLVD.
KOKOMO, IN.      46902

Ship I.D. #   315 96

| CUST. ORD. NO. | SLSMN. | F.O.B. Portland | SHIPPED VIA BNAF 2nd day BNAF | PLANT 05 | TERMS |
|---|---|---|---|---|---|

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 16186707    P.O.# 550041199 | 1CTN | | 2.4282 | 607.08 |
| | AUTHORIZATION # DW057 REVISION E VENDOR # 81450B YEAR TO DATE CUM | | | | |

Airbill# 705 479 714

Conf# 7271195

Flex Technologies
SEP 07 2005
Midvale, Ohio

PAY THIS AMOUNT   607.08
518

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

BAX GLOBAL — 440 EXCHANGE, IRVINE, CA 92602

**DATE:** 7-1-05
**SHIPPER'S REFERENCE NO:** 541083
**ORIGIN:** BNA
**DESTINATION:**

**1 FROM (YOUR NAME):** Tammy Strather 615-335-3073
**COMPANY:** FLEX TECHNOLOGIES
**SHIPPER'S ACCOUNT NO:** 2223328
**STREET ADDRESS:** 104 FLEX AVE
**CITY:** PORTLAND   **STATE:** TN   **ZIP:** 37148

**2 TO (CONSIGNEE NAME):** Delco Electronics
**COMPANY:** Delphi Sic
**STREET ADDRESS:** 2033 East Blvd.
**CITY:** Kokomo   **STATE:** IN   **ZIP:** 46902

**AIRBILL NUMBER:** 705 479 714

**4 BILLING INFORMATION:**
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY

**RATE QUOTE NUMBER:**

**6 C.O.D.** $

**5 HANDLING INFORMATION:**
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [x] CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 125 | 34 | 23 | 18 | 1615671 #350 |

**TOTAL PCS:** 1   **TOTAL WT:** 125   **REWEIGH:**

**DECLARED VALUE:** $ 1,107.78

**3 SERVICE REQUESTED:**
- [ ] GUARANTEED 2nd Day (EB2 D)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] First Arrival (EMR 1)

**STANDARD SERVICES:**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**7** I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

**SHIPPER / REPRESENTATIVE SIGNATURE:** Tammy Strather   **PRINT NAME:** Tammy Strather   **DATE:** 7-1-05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Driver Signature: _____   Print Name: T. Strather
Pick Up Date: 7/1/05   Time: _____   Driver No: _____

RECEIVED BY BAX AT:
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL
- [x] OUTSIDE CARRIER

CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

1-800-CALL-BAX

SHIPPER COPY

Questions regarding billing/payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**P.O. BOX 501 • FLEX AVENUE**
**PORTLAND, TENNESSEE 37148**
**(DUNS: 095682977)**
**PHONE: (615) 325-2025**

NO. **54116**
SID 54116
Invoice Date: 9/09/05
Ship Date: 9/09/05

**SOLD TO:**
DELCO ELECTRONICS
ACCOUNTS PAYABLE
P.O. BOX 6129 M/S 2
KOKOMO, IN.    46902
Cust. I.D. #  315  01

**SHIPPED TO:**
DELCO ELECTRONICS
PLANT 96  DA0I
2033 EAST BLVD.
KOKOMO, IN.    46902
Ship I.D. #  315  0196

| CUST. ORD. NO. | SLSMN. | F.O.B. Portland | SHIPPED VIA BNAF 2nd Day | BNAF | PLANT 05 | TERMS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 16186707    P.O.# 550041199 | 1CTN | 25 | 2.4283 | 607.08 |
|  | AUTHORIZATION # DW057 REVISION E VENDOR # 81450B YEAR TO DATE CUM |  |  |  |  |
|  | Tracking # 705 479 762 |  |  |  |  |
|  | Conf. # 732 12 30 |  |  |  |  |

*Flex Technologies SEP 15 2005 Midvale, Ohio*

PAY THIS AMOUNT    607.08

Sb9

**FINANCE CHARGE** of 1.5% per month on accounts 30 days or more past due. **ANNUAL PERCENTAGE RATE OF 18%.**

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

Questions regarding 05-44481-rdd   Doc 8384-4   Filed 06/21/07   Entered 06/21/07 17:02:49   Invoices
payment contact corporate office:                                      for Customer Flex    Pg 4 of 7

**FLEX TECHNOLOGIES**

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

P.O. BOX 501 • FLEX AVENUE
PORTLAND, TENNESSEE 37148
(DUNS: 095682977)
PHONE: (615) 325-2025

NO. **54203**
SID 54203
Invoice Date: 9/23/05
Ship Date: 9/23/05

| SOLD TO: | SHIPPED TO: |
|---|---|
| DELCO ELECTRONICS<br>ACCOUNTS PAYABLE<br>P.O. BOX 6129 M/S 2<br>KOKOMO, IN.  96  46902<br>Cust. I.D. # 315 01 | DELCO ELECTRONICS<br>PLANT 96  DA01<br>2033 EAST BLVD.<br>KOKOMO, IN.  96 46902<br>Ship I.D. # 315 01 |

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
|  |  | Portland | BNAF  BNAF  2nd Day | 05 |  |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 16186707        P.O.# 550041199 | 1CTN | 25 | 2.4283 | 607.08 |
|  | AUTHORIZATION # DW057<br>REVISION E<br>VENDOR # 81450B<br>YEAR TO DATE CUM |  |  |  |  |
|  | Pro # 705 479 876 |  |  |  |  |
|  | Conf. # 741 73 70 |  |  |  |  |

Flex Technologies
SEP 28 2005
Midvale, Ohio

PAY THIS AMOUNT   607.08

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

519

# BAX GLOBAL Airbill

**BAX GLOBAL** — CORPORATE SUPPORT GROUP, 440 EXCHANGE, IRVINE, CA 92602

**AIRBILL NUMBER:** 705 479 876

**DATE:** 9-23-05
**ORIGIN:** BNA
**DESTINATION:** (blank)

**1. SHIPPER'S REFERENCE NO.:** 154120B
**SHIPPER'S ACCOUNT NO.:** 222233281
**COMPANY:** FLEX TECHNOLOGIES
**FROM (YOUR NAME):** Gayle Scott
**PHONE NO.:** 615-325-2025
**STREET ADDRESS:** 104 FLEX AVE
**CITY:** PORTLAND
**STATE:** TN
**ZIP:** 37148

**2. CONSIGNEE'S REFERENCE NO.:** (blank)
**CONSIGNEE'S ACCOUNT NO.:** (blank)
**COMPANY:** Delco Electronics Plt H 96
**TO (CONSIGNEE NAME):** Plt H 96 DA01
**STREET ADDRESS:** 2033 East Blvd
**CITY:** Kokomo
**STATE:** IN
**ZIP:** 46902

**3. SERVICE REQUESTED:** SECOND DAY (X)

**4. BILLING INFORMATION:** COLLECT (CONSIGNEE) (X)

**5. HANDLING INFORMATION:**
- NO. OF PCS: 1
- WEIGHT: 25
- LENGTH: 14
- WIDTH: 13
- HEIGHT: 11
- DESCRIPTION: 1618(707 # 250
- TOTAL PCS: 1
- TOTAL WT: 25

**DECLARED VALUE:** $6,170.18

**RECEIVED BY BAX AT:** SHIPPER'S DOOR (X)

**AIRBILL NUMBER:** 705 479 876

**SHIPPER / REPRESENTATIVE SIGNATURE:** Gayle Scott
**PRINT NAME:** Gayle Scott
**DATE:** 9/23/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
**Driver Signature:** T Noll
**Print Name:** T Noll
**Pick Up Date:** 9/28/05
**Pick Up Time:** 11:15

OP 100 (04-04)    SHIPPER COPY

**Questions regarding billing/ payment contact corporate office:**

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282



**FLEX TECHNOLOGIES**

P.O. BOX 501 • FLEX AVENUE
PORTLAND, TENNESSEE 37148
(DUNS: 095682977)
PHONE: (615) 325-2025

NO. **54254**
SID 54254

Invoice Date: 9/30/05

Ship Date: 9/30/05

**SOLD TO:**
DELCO ELECTRONICS
ACCOUNTS PAYABLE
P.O. BOX 6129 M/S 2
KOKOMO, IN.        46902
Cust. I.D. #   315   01

**SHIPPED TO:**
DELCO ELECTRONICS
PLANT 96  DA01
2033 EAST BLVD.
KOKOMO, IN.        46902
Ship I.D. #   315   01

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| | | Portland | BNAF  BNAF  2nd Day | 05 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 250 | 16186707    P.O.# 550041199 | 1CTN | 25 | 2.4283 | 607.08 |
| | AUTHORIZATION # DW057 | | | | |
| | REVISION E | | | | |
| | VENDOR # 81450B | | | | |
| | YEAR TO DATE CUM | | | | |

Tracking # 705 479 950

Conf. # 746 62 15

**Flex Technologies**
OCT 0 4 2005
Midvale, Ohio

PAY THIS AMOUNT    607.08

**FINANCE CHARGE** of 1.5% per month on accounts 30 days or more past due.
**ANNUAL PERCENTAGE RATE OF 18%.**

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

519

# BAX GLOBAL

CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

**AIRBILL NUMBER:** 705 479 950

**DATE:** 9/30/05
**ORIGIN:** BNA
**DESTINATION:**

### 1. Shipper
- **SHIPPER'S REFERENCE NO.:** PSH 54554
- **SHIPPER'S ACCOUNT NO.:** 222233201
- **COMPANY:** FLEX TECHNOLOGIES
- **FROM (YOUR NAME):** Gayle Scott
- **PHONE NO.:** 615-325-2025
- **STREET ADDRESS:** 104 FLEX AVE
- **CITY:** PORTLAND
- **STATE:** TN
- **ZIP:** 37148

### 2. Consignee
- **COMPANY:** Delco Electronics
- **TO (CONSIGNEE NAME):** Plant 96 DNDI
- **STREET ADDRESS:** 2033 East Blvd.
- **CITY:** Kokomo
- **STATE:** IN
- **ZIP:** 46902

### 4. Billing Information
- [X] COLLECT (CONSIGNEE)

### 5. Handling Information
- RMK 1
- **NO. OF PCS:** 1
- **WEIGHT:** 25
- **LENGTH:** 12H
- **WIDTH:** 12B
- **HEIGHT:** YD
- **DESCRIPTION:** 16186707 H 250
- **TOTAL PCS:** 1
- **TOTAL WT:** 25

### 3. Service Requested
- [X] SECOND DAY

**AIRBILL NUMBER:** 705 479 950

**DECLARED VALUE:** 16111918

### 7.
SHIPPER / REPRESENTATIVE SIGNATURE: Gayle Scott
PRINT NAME: Gayle Scott
DATE: 9/30/05

**Driver Signature:** [signature]
**Print Name:** T. SPARKMAN
**Pick Up Date:** 9/30/05
**Pick Up Time:** 1243

OP 100 (04-04)

**SHIPPER COPY**