# Customer Number 317
# Delphi Automotive Systems