Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(614) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282



**P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659**
(DUNS: 046524567)
Phone (330) 359-5415

NO. **33516**

Invoice Date: 8/23/05

Ship Date: 8/23/05

**SOLD TO:**
Delphi Automotive Systems
Rochester Operations
P.O. Box 92700
Rochester, NY 14692

**SHIPPED TO:**
Delphi E & S-Rochester
1000 Lexington Ave/Dk E40188
Rochester, NY 14606

Cust. I.D. #

Ship I.D. # 317-1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550005309 | ms | Mt. Eaton | BNAF | 3 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346825 - Tube Asm.<br><br>Kanban #5 | 1 ctn | 8 lbs | ~~$.572~~ .4320 | ~~$228.80~~ 172.80 |

*Normal Production Parts - Shipped from Midvale for Mt Eaton. Last shipment like this*  
S. Eyman 8/24/05

PAY THIS AMOUNT: $172.80

FINANCE CHARGE OF 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

P.O. BOX 501 • FLEX AVENUE
PORTLAND, TENNESSEE 37148
(DUNS: 095682977)
PHONE: (615) 325-2025

NO. **54290**
SID 54290
Invoice Date: 10/06/05
Ship Date: 10/06/05

| SOLD TO: | SHIPPED TO: |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>ROCHESTER OPERATIONS<br>P.O. BOX 92700<br>ROCHESTER, NY.   14692 | DELPHI AUTOMOTIVE SYSTEMS<br>DOCK 87/88/89<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY.   14606 |
| Cust. I.D. #   317 | Ship I.D. #   317 |

| CUST. ORD. NO. | SLSMN. | F.O.B. Portland | SHIPPED VIA BNAF BNAF 2nd Day | PLANT 05 | TERMS |
|---|---|---|---|---|---|

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 200 | 25339478   P.O. # 550006206<br>PRO# 705 479 983<br>KANBAN#<br>Q000001, Q000004<br><br>THIRD PARTY BILLING:<br>DELPHI ENERGY<br>CISCO 58001<br>& DATA2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115<br><br>Conf. # 750 3633 | 2CTN | 8 | 1.1380 | 227.60 |

Flex Technologies
OCT 13 2005
Midvale, Ohio

PAY THIS AMOUNT   227.60

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due. ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE



# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

**AIRBILL NUMBER:** 705 479 983

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YO

**DATE:** 10/6/05
**ORIGIN:** BNA
**DESTINATION:**

### 1 Shipper
- **SHIPPER'S REFERENCE NO.:** PS # 154296
- **SHIPPER'S ACCOUNT NO.:** 222233281
- **COMPANY:** FLEX TECHNOLOGIES
- **FROM (YOUR NAME):** Gayle Scott
- **PHONE NO.:** 615-325-2025
- **STREET ADDRESS:** 104 FLEX AVE
- **CITY:** PORTLAND
- **STATE:** TN
- **ZIP:** 37148

### 2 Consignee
- **COMPANY:** Delphi Automotive Systems
- **DEPT./FLOOR:** Dock 87/88/89
- **STREET ADDRESS:** 1000 Lexington Avenue
- **CITY:** Rochester
- **STATE:** NY
- **ZIP:** 14606

### 3 SERVICE REQUESTED
**GUARANTEED SERVICE** — CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICE**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [X] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

### 4 BILLING INFORMATION
- [ ] PREPAID (SHIPPER) $ _____
- [X] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)

### 5 HANDLING INFORMATION
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

**SPECIAL INSTRUCTIONS:**
RMK 1:
RMK 2:

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 2 | 8 | 15 | 10 | 08 | 25339418 # 200 |

**TOTAL PCS:** 2  **TOTAL WT:** 8  **REWEIGH:**

**DECLARED VALUE:** $ 1287.60

### FOR BAX GLOBAL USE ONLY
- RECEIVED BY BAX AT: [X] SHIPPER'S DOOR  [ ] BAX TERMINAL
- OUTSIDE CARRIER:
- CHARGES ADVANCED: $
- PRO NUMBER:
- CARRIER NAME:

**AIRBILL NUMBER:** 705 479 983

### 7
SHIPPER / REPRESENTATIVE SIGNATURE: Gayle Scott
PRINT NAME: Gayle Scott
DATE: 10/6/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature: Noel
Pick Up Date: 10/7/05
Pick Up Time: 1150

OP 100 (04-04)    NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.    **SHIPPER COPY**

Questions regarding billing or payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. 619638

Invoice Date: 8/24/05

Ship Date: 8/24/05

**SOLD TO:**

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA          46904

Cust. I.D. # 000317 DA

**SHIPPED TO:**

DELPHI DELCO
501 JUAQUIN CAVAZOS ROAD

LOS INDIOS, TX         78567

Ship I.D. # 000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| 55006155 | | Lafayette | BNAF | BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1050 | 2012647<br>55006155 MODE CABLE | 5 | ● | .6440 | 676.20 |
| 1050 | 2012648<br>55006155 TEMP CABLE | 5 | ● | .7690 | 807.45 |

TM
156#

Flex Technologies
AUG 2 6 2005
Midvale, Ohio

Bnaf Airbill no
686 072 763

PAY THIS AMOUNT    1483.65

S/8

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
**ANNUAL PERCENTAGE RATE OF 18%.**

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

**BAX GLOBAL** IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION | AIRBILL NUMBER |
|---|---|---|---|
| 8 24 05 | BNA | | 686 072 763 |

SHIPPER'S REFERENCE NO.: 619638
SHIPPER'S ACCOUNT NO.: 221438130
CONSIGNEE'S REFERENCE NO.:
CONSIGNEE'S ACCOUNT NO.:

COMPANY: FLEX TECHNOLOGIES
FROM (YOUR NAME): J. Morgan
PHONE NO.: (615) ___-___
STREET ADDRESS: 100 BRATTONTOWN CIR
CITY: LAFAYETTE    STATE: TN    ZIP: 37083

COMPANY: Delphi Delco
TO (CONSIGNEE NAME):
ACCURATE STREET ADDRESS: 604 Joaquin Carzos Rd
CITY: Los Indios    STATE: TX    ZIP: 78567

SERVICE REQUESTED

GUARANTEED SERVICES — CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (ER2 D)

BILLING INFORMATION
☐ PREPAID (SHIPPER)
☑ COLLECT (CONSIGNEE)
☐ 3RD PARTY

HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
☐ HOLD AT BAX  ☐ *DANGEROUS GOODS  ☐ *SATURDAY DELIVERY  ☐ *SPECIAL DELIVERY  ☐ *CONVENTION

STANDARD SERVICES
☐ OVERNIGHT (NEXT BUSINESS DAY)
☑ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1/1 | 156 | 34 | 44 | 32 | Airparts |
| | | | | | 28026-1-1050C |
| | 1/1 | | | 1/1 | 28426-8-1050C |

TOTAL PCS: 1/1    TOTAL WT: 156    1 SKID(S) SAID TO CONTAIN 10 NO. OF PIECES

AIRBILL NUMBER: 686 072 763

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: ___
Print Name: ___
Pick Up Date: ___    Pick Up Time: 11:20    Driver No.: ___

SHIPPER COPY

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

## FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619681**

Invoice Date: 8/31/05

Ship Date: 8/31/05

SOLD TO:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA        46904

Cust. I.D. # 000317  DA LI

SHIPPED TO:

DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX       LI   78567

Ship I.D. # 000317 LI

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF | BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 840 | 28012647<br>550063155 MODE CABLE | 4 | TM | .64400 | 540.96 |
| 1050 | 28012648<br>550063155 TEMP CABLE | 5 | 151# | .76900 | 807.45 |

Bnaf Airbill no
686 072 796

FlexTechnologies
SEP 0 2 2005
Midvale, Ohio

PAY THIS AMOUNT   1348.41



FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE of 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

SHIPPER COPY

Airbill Number: 886 072 796

Shipper: T-LEX TECHNOLOGIES, 608 BRATTONFORN CIR, LAFAYETTE, TN 37083
Origin: BNA

Consignee: Delphi Delco, 601 Joplin Carlsbad, TX 78567

Weight: 15 lbs
Dimensions: 4 × 3 × 3

Service: SECOND DAY

Pick Up Time: 3:40 PM