Questions regarding billing/payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677

NO. 619702

Invoice Date: 9/02/05

Ship Date: 9/02/05

SOLD TO:

DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA      46904
Cust. I.D. #000317 DA

SHIPPED TO:

DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX      78567
Ship I.D. # 000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF | BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 840 | 20012647<br>550063155 MODE CABLE | 4 | TM 83# | .6440 | 540.96 |

Bnaf Conf # 728053
Bnaf Airbill no 686 072800

Flex Technologies
SEP 07 2005
Midvale, Ohio

PAY THIS AMOUNT    540.96

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

518

# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602
CORPORATE SUPPORT GROUP

DATE: 2/1
ORIGIN: BNA
DESTINATION: 

**AIRBILL NUMBER:** 686 072 800
**CONSIGNEE'S REFERENCE NO.:** 
**CONSIGNEE'S ACCOUNT NO.:** 

**SHIPPER'S REFERENCE NO.:** 601971 Pl1
**SHIPPER'S ACCOUNT NO.:** 221430130
**DEPT/FLOOR:** 

**FROM (YOUR NAME):** [signature]
**COMPANY:** FLEX TECHNOLOGIES
**PHONE NO.:** (615) 641-4477
**STREET ADDRESS:** 103 BRATTONTOWN CIR
**CITY:** LAFAYETTE
**STATE:** TN
**ZIP (REQUIRED):** 37083

**TO (CONSIGNEE NAME):** Delphi Delco
**COMPANY:** 
**PHONE NO.:** 
**DEPT/FLOOR:** 
**ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX):** 601 Joseph Cavazos Rd
**CITY:** Los Indios
**STATE:** TX
**ZIP (REQUIRED):** 78567

## BILLING INFORMATION
- [X] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT NO. REQ'D)

CASH RECEIVED (PAID IN ADVANCE) $
RATE QUOTE NUMBER

**C.O.D.** $

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

**SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:**
RMK 1: Bay Conf #721305/3
RMK 2: 

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 30 | 42 | 14 | 11 | |
| 1 | 25 | | | | |

TOTAL PCS: 
TOTAL WT.: 55
REWEIGH: 

SKID(S) SAID TO CONTAIN: 
NO. OF PIECES: 

## DECLARED VALUE
$

LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL PARAGRAPH 5 FOR DECLARED VALUE LIMITATIONS.

RELEASE SIGNATURE X

## SERVICE REQUESTED
GUARANTEED SERVICES
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (EM2 D)
- [ ] _____

STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [X] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER _____

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

## RECEIVED BY BAX GLOBAL DRIVER / AGENT

I certify that this cargo does not contain any unauthorized explosives, incendiaries or other hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X [signature]
PRINT NAME X [signature]

- [ ] RECEIVED BY BAX AT SHIPPER'S DOOR
- [ ] BAX TERMINAL
- [X] OUTSIDE CARRIER

CHARGES ADVANCED $
PRO NUMBER
CARRIER NAME

1st personal ID reviewed: _____ # appearing on ID _____ Matched photo on ID? [ ] YES [ ] NO
2nd personal ID reviewed: _____ # appearing on ID _____ Matched photo on ID? [ ] YES [ ] NO

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

DATE: 2/1

**AIRBILL NUMBER:** 686 072 800

Driver Signature: [signature]
Print Name: 
Pick Up Date: 1/31
Pick Up Time: 
Driver No.: 

FOR BAX GLOBAL USE ONLY

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

SHIPPER COPY

Questions regarding billing / payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619703**

Invoice Date: 9/02/05

Ship Date: 9/02/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA    46904
Cust. I.D. # 000317 DELI

**SHIPPED TO:**
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX    LI 78567
Ship I.D. # 000317 LI

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | | 60 | |

Menlo Expedite (AIR) EMXA

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1260 | 28012648<br>550063155 TEMP CABLE | 6 | TM<br>1x15#<br>5x16# | .7690 | 968.94 |

LMI shipment # 232/951

*Flex Technologies*
*SEP 0 7 2005*
*Midvale, Ohio*

| | PAY THIS AMOUNT | 968.94 |
|---|---|---|

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

5/8

This Memorandum is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper No. 01703

Carrier No. _____

Name of Carrier: Menlo Expedite (AIR) EMXA (SCAC)

Date: 9-2-05

| TO: Consignee | Delphi Delco | FROM: Shipper | FLEX TECHNOLOGIES INC. |
|---|---|---|---|
| Street | 001 Joaquin Cavazos Rd | Street | 108 Brattontown Circle |
| Destination | Los Indios TX  Zip Code 78567 | Origin | Lafayette TN  Zip Code 37083 |
| Vehicle Number | | U.S. DOT Hazmat Reg. Number | |

Route:

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 6 | | 282648-1260pc | | | |
| | | c/m | | | |
| | | | | | |
| | | NLMI Shipment # 232195 | 95# | | |

REMIT C.O.D. TO: ADDRESS

COD  Amt: $

C.O.D. FEE: PREPAID ☐  COLLECT ☐  $

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID ☐ except when box at right is checked
Check box if charges are to be collect ☑

Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | | CARRIER | |
|---|---|---|---|
| PER | [signature] | PER | [signature] |
| EMERGENCY RESPONSE TELEPHONE NUMBER: | | DATE | 9-2-05 |

3

Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (§172.604)

BL-601-3
PRINTED IN U.S.A.

A  Mark with an "X" to designate Hazardous Material as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method of identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619720**
SID 619720

Invoice Date: 9/07/05

Ship Date: 9/07/05

**SOLD TO:**

DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA     46904

Cust. I.D. # 000317  DA

**SHIPPED TO:**

DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX     78567

Ship I.D. # 000317  DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF   BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1890 | 28012647<br>550063155 MODE CABLE | 9 | TM<br>#125 | .64400 | 1217.16 |

*Plant 6 or 9?*

*Bnaf*
*Airbill no*
*686 072 811*

**Flex Technologies**
SEP 0 9 2005
**Midvale, Ohio**

| | PAY THIS AMOUNT | 1217.16 |
|---|---|---|

**FINANCE CHARGE** of 1.5% per month on accounts 30 days or more past due.
**ANNUAL PERCENTAGE RATE OF 18%.**

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**



05-44481-rdd doc 8384-7 Filed 06/21/07 Entered 06/21/07 17:02:49 Customer 317 Invoices Part 2 Pg 6 of 11

# BAX GLOBAL

CORPORATE SUPPORT GROUP
440 EXCHANGE IRVINE, CA 92602

**AIRBILL NUMBER:** 686 072 811

**DATE:** 7-21
**ORIGIN:** BNA
**DESTINATION:**

**SHIPPER'S REFERENCE NO.:** 049721901
**SHIPPER'S ACCOUNT NO.:** 2243381730

**FROM (YOUR NAME):** Bill Morgan c/o Shoals Auto
**COMPANY:** LEX TECHNOLOGIES
**ADDRESS:** BRATTONTOWN CIR
**CITY:** LAFAYETTE
**STATE:** TN
**ZIP:** 37083

**TO (CONSIGNEE NAME):** DelphiDelco
**COMPANY:**
**ADDRESS:** 601 Golfview Rd
**CITY:** Lockport
**STATE:** NY
**ZIP:** 14567

**BILLING INFORMATION:** PREPAID (SHIPPER)

**C.O.D. $**

**HANDLING INFORMATION**

**SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:**

**NO. OF PCS:** 1
**WEIGHT:** 125 lbs
**LENGTH:** 44
**WIDTH:** 22
**HEIGHT:** 11

**TOTAL PCS:** 1
**TOTAL WT:** 125

**DECLARED VALUE $**

**SKID(S) SAID TO CONTAIN:**

**Driver Signature:**
**Print Name:** T. Sherman
**Pick Up Date:** 7/27/05
**Time:** 15:45

**AIRBILL NUMBER:** 686 072 811

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619721**
SID 619721

Invoice Date: 9/07/05
Ship Date: 9/07/05

**SOLD TO:**

DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA        46904
Cust. I.D. #200317 DA

**SHIPPED TO:**

DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX        78567
Ship I.D. # 200317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550263155 | | Lafayette | IGLN  IGLN | 60 | |

*Integres Global Logistics* ←
*picked up by Accelerated Inc for*

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1890 | 2001264A<br>550263155 TEMP CABLE | 9 | 162 | .7690 | 1453.41 |

NLMI shipment #
2326774

Flex Technologies
SEP 09 2005
Midvale, Ohio

| | PAY THIS AMOUNT | 1453.41 |
|---|---|---|

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

SLG

**Shipper:** NLMI

**Carrier:** Pickup by Integrated Global (?) / Accelerated

**TO: Consignee:** Delphi Delco
**Street:** 001 Joaquin Cabezas Rt
**Destination:** Los Niches TX  Zip Code: 78567

**FROM: Shipper:** FLEX TECHNOLOGIES INC.
**Street:** 108 Brattontown Circle
**Origin:** Lafayette TN  Zip Code: 37083

**Shipper No.** 61972(?)
**Date:** 9-7-05

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | 28926V8-1890c | | | |
| SK 1 | | | | | |
| | | NLMI Shipment # 232614/62 | | | |

FREIGHT PREPAID — collect box checked

Questions regarding this
payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677

NO. 619727
STD 619727

Invoice Date: 9/09/05
Ship Date: 9/09/05

**SOLD TO:**

DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA    46904
Cust. I.D. # 000317 DA

**SHIPPED TO:**

DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX    78567
Ship I.D. # 000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 55W065155 | | Lafayette | EUSA   EUSA | 60 | |

*Setup by NLM, picked up by Eagle Air Freight*

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 420 | 20012647<br>55W065155 MODE CABLE | 2 | | .6440 | 270.48 |
| 1260 | 20012648<br>55W065155 TEMP CABLE | 6 | TM 148# | .7690 | 968.94 |

NLM Shipment # 2332419

EUSA Air Bill #:
Bar Code #
*36476904*

EUSA movement # 1217461/

Flex Technologies
SEP 1 4 2005
Midvale, Ohio

PAY THIS AMOUNT    1239.42

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**



P.O. Box 60467 AMF
Houston, TX 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Case 1:48-rdd   Doc 8384-7   Filed 06/21/07   Entered 06/21/07 17:02:49   Customer
317 Invoices   Part 2   Pg 10 of 11

# EGL — EAGLE GLOBAL LOGISTICS

**TRANSPORT DOCUMENT** Not Negotiable

**PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE**

**Shipper's Name and Address:** Flex Technologies, 108 Battleground Cr, Lafayette, TN 37083

**Air Bill #:** *36476904*
**MOVEMENT#:** 1217 9611

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490    EGL FAA-IAC#: SW9310028

**DOMESTIC/TRANSBORDER**
- ☐ CHARTER
- ☐ NFO/SAME DAY
- ☐ PRIORITY (NDAY by noon)
- ☐ REGULAR (NDAY by 5PM)
- ☐ 2nd DAY
- ☐ ECONOMY
- ☐ DATE SPECIFIC
- ☐ SATURDAY
- ☐ SUNDAY
- ☐ TRUCKLOAD
- ☐ HOLD FOR PICKUP

**INT'L AIR**
- ☐ CHARTER
- ☐ PRIORITY AIR
- ☐ STANDARD AIR
- ☐ ECONOMY AIR

**OCEAN***
- ☐ DOOR TO PORT
- ☐ PORT TO PORT
- ☐ PORT TO DOOR
- ☐ DOOR TO DOOR
- ☐ CUSTOMS CLEARANCE
- ☐ FREE DOMICILE

**LOCAL**
- ☐ DIRECT
- ☐ HOT SHOT
- ☐ REGULAR
- ☐ NEXT DAY
- ☐ LIFTGATE
- ☐ TWO PERSON
- ☐ INSIDE

*The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability.

☐ Prepaid  ☐ Third Party  ☐ Collect  ☐ C.O.D

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 8 | 128 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

**Company Name:** Flex Technologies
**Signature of Shipper or its Agent:** Ted Meng
**Date:** 9-9-05

**DRIVER AGENT/VEHICLE#:** 85
**PU TIME/DATE:** 9-9-05
**Received in good condition by:** X
**Date/Time:** 9-9-05

NON NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
QF028-1 Rev. 6/01

Shipment of 37 Invoices Part 2

This Memorandum is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Customer
Shipper No. 619727

Picked up by Eagle Air Freight (EUSA)

(Name of Carrier)    (SCAC)    Date 9-9-05

TO: Consignee: Delphi Del(co)
Street: 601 Joyce Cau Zo's Rd
Destination: Los Lilies TX   Zip Code 78567

FROM: Shipper: FLEX TECHNOLOGIES INC.
Street: 108 Brattontown Circle
Origin: Lafayette TN    Zip Code 37083

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | 2801267 - 42 pc | | | |
| | | 2802648 - 126 pc | | | |
| SK1 | | | | | |
| | | EUSA Air Bill #: BarCode # *36476904* | | | |
| | | EUSA Movement # 1217461 | | | |
| | | NLM Shipment # 233249 | 148# | | |

SHIPPER: /s/ Ted Morgan
CARRIER: EATLC
PER: Robert Young
DATE: 9-9-05

FREIGHT PREPAID ☒

BL-601-3
PRINTED IN U.S.A.