Questions regarding billing/payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677

NO. **619733**

Invoice Date: 9/09/05
Ship Date: 9/09/05

SOLD TO:
DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA    46904
Cust. I.D. # 000317 DA

SHIPPED TO:
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX    78567
Ship I.D. # 000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF    BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 420 | 20012347<br>550063155 MODE CABLE | 2 | TM 57# | .64400 | 270.48 |
| 2 | 42x12x8 BOX | | | | N/C |
| 5 | 1087 BOX | | | | N/C |

Bnaf Airbill no
686 072 822

Flex Technologies
SEP 14 2005
Midvale, Ohio

PAY THIS AMOUNT    270.48

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

Sg

# BAX GLOBAL

CORPORATE SUPPORT GROUP
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**DATE:** 9/9/5
**ORIGIN:** BNA
**DESTINATION:**

**AIRBILL NUMBER:** 686 072 822

**SHIPPER'S REFERENCE NO.:**
**SHIPPER'S ACCOUNT NO.:** 221638130
**CONSIGNEE'S REFERENCE NO.:**
**CONSIGNEE'S ACCOUNT NO.:**

**COMPANY:** FLEX TECHNOLOGIES
**FROM (YOUR NAME):** Ted Morgan (615) 666-6677
**STREET ADDRESS:** 108 BRATTONTOWN CIR
**CITY:** LAFAYETTE **STATE:** TN **ZIP:** 37083

**COMPANY (TO):** Delphi Delco
**TO (CONSIGNEE NAME):**
**ACCURATE STREET ADDRESS:** 607 Joaquin Cazazos Rd
**CITY:** Los Indios **STATE:** TX **ZIP:** 78567

**SERVICE REQUESTED:** GUARANTEED SERVICE — CALL YOUR LOCAL BAX STATION

**BILLING INFORMATION:**
- [ ] PREPAID (SHIPPER)
- [✓] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY

**HANDLING INFORMATION:**
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

**STANDARD SERVICES:**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [✓] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**NO. OF PCS:** 1 / 1 / 1
**WEIGHT:** 17 / 8 / 11
**LENGTH:** 11 / 11 / 14
**WIDTH:** 13 / 18 / 14
**HEIGHT:** 14 / 14 / 14
**DESCRIPTION:** Auto Parts 25126V-420pcs

**TOTAL PCS:** 1
**TOTAL WT:** 37

**AIRBILL NUMBER:** 686 072 822

**SHIPPER / REPRESENTATIVE SIGNATURE:** T. Morgan
**PRINT NAME:** Ted Morgan
**DATE:** 9-9-5

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
Driver Signature: [signature]
Print Name: [illegible]
Pick Up Date: / / Pick Up Time:

SHIPPER COPY

Questions regarding billing / payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677

NO. **619743**

Invoice Date: 9/12/05
Ship Date: 9/12/05

SOLD TO:
DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA    46904
Cust. I.D. # 000317 DA

SHIPPED TO:
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX    78567
Ship I.D. # 000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 55063155 | | Lafayette | BNAF  BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1470 | 28012647<br>55063155 MODE CABLE | 7 | | .6440 | 946.68 |
| 1470 | 28012648<br>55063155 TEMP CABLE | 7 | TM 216# | .7690 | 1130.43 |

Bnaf Airbill no.
686 072 833

*Flex Technologies*
*SEP 1 4 2005*
*Midvale, Ohio*

| | PAY THIS AMOUNT | 2077.11 |
|---|---|---|



FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

**BAX GLOBAL** IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR BAX OFFICE NEAREST

**AIRBILL NUMBER: 686 072 833**

DATE: 9/12/05
ORIGIN: BNA
DESTINATION: 

SHIPPER'S ACCOUNT NO.: 2214301430
COMPANY: FLEX TECHNOLOGIES
FROM (YOUR NAME): Ted Morgan
STREET ADDRESS: 108 BRATTONTOWN CIR
CITY: LAFAYETTE
STATE: TN
ZIP: 37083

CONSIGNEE:
COMPANY: Delphi Delco
TO (CONSIGNEE NAME):
ACCURATE STREET ADDRESS: 601 Joaquin Cavazos Rd
CITY: Los Indios
STATE: TX
ZIP: 78567

**SERVICE REQUESTED**
GUARANTEED SERVICE
- [ ] Guaranteed First Arrival (EMR)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICE
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

**BILLING INFORMATION**
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY

**HANDLING INFORMATION**
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

NO. OF PCS: 1 / 1
WEIGHT: 216
LENGTH: 50
WIDTH: 45
HEIGHT: 45
DESCRIPTION: Auto parts 280264 / 19.70pc

TOTAL PCS: 1/1
TOTAL WT: 216

AIRBILL NUMBER: 686 072 833

SHIPPER / REPRESENTATIVE SIGNATURE: T. Morgan
PRINT NAME: Ted Morgan
DATE: 9/12/05

Driver Signature: [signature]
Print Name: F. MIRXAN
Pick Up Date: 9/12/05
Pick Up Time: 3:00

SHIPPER COPY

Questions or payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677

NO. **619757**
SID 619757
Invoice Date: 9/14/05
Ship Date: 9/14/05

**SOLD TO:**
DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA        46904
Cust. I.D. # 000317 DA

**SHIPPED TO:**
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX        78567
Ship I.D. # 000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF  BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1260 | 28012647<br>550063155 MODE CABLE | 6 | | .64400 | 811.44 |
| 1890 | 28012648<br>550063155 TEMP CABLE | 9 | TM 251# | .76900 | 1453.41 |

Bnaf
Airbill no
686 072 844
Bnaf pickup Conf #
7348475

Flex Technologies
SEP 16 2005
Midvale, Ohio

PAY THIS AMOUNT    2264.85

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due. ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

S19

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR
BAX OFFICE NEAREST Y

DATE: ~~~~
ORIGIN: BNA
DESTINATION: ~~~~

AIRBILL NUMBER: 686 072 844

**SHIPPER'S REFERENCE NO.:** 149151
**SHIPPER'S ACCOUNT NO.:** 221638130
**COMPANY:** FLEX TECHNOLOGIES
**FROM (YOUR NAME):** Ted Morgan (615) 666-6677
**STREET ADDRESS:** 108 BRATTONTOWN CIR
**CITY:** LAFAYETTE  **STATE:** TN  **ZIP:** 37083

**CONSIGNEE'S REFERENCE NO.:** ~~~~
**CONSIGNEE'S ACCOUNT NO.:** ~~~~
**COMPANY:** Delphi Delco
**TO (CONSIGNEE NAME):** ~~~~
**ACCURATE STREET ADDRESS:** 6001 Joaquin Cavazos Rd
**CITY:** Los Indios  **STATE:** TX  **ZIP:** 78567

**SERVICE REQUESTED**
GUARANTEED SERVICE
- [ ] Guaranteed First Arrival (EM)
- [ ] Guaranteed Overnight (EMR)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICE
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1: Bretpiews # 348475
RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 215 | 48 | 45 | 40 | Auto parts 28012645 |

TOTAL PCS: 1   TOTAL WT: 215   REWEIGH: ~~
1 SKID(S) SAID TO CONTAIN 15 NO. OF PIECES

RELEASE SIGNATURE X

AIRBILL NUMBER: 686 072 844

DECLARED VALUE: $ ~~~~

RECEIVED BY BAX AT:
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

OUTSIDE CARRIER: ~~
CHARGES ADVANCED: $
PRO NUMBER: ~~
CARRIER NAME: ~~

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials...

SHIPPER / REPRESENTATIVE SIGNATURE: Ted Morgan
PRINT NAME X: Ted Morgan
DATE: ~~

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: ~~~
Print Name: ~~~
Pick Up Date: ~~
Pick Up Time: 21:00
Driver No: ~~

Questions regarding billing/payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619768**
SID 619768

Invoice Date: 9/16/05

Ship Date: 9/16/05

### SOLD TO:
DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA    46904
Cust. I.D. # 000317    LI

### SHIPPED TO:
DELPHI DELCO
601 JOAQUIN CAMPOS ROAD
LOS INDIOS, TX    LI    78567
Ship I.D. # 000317    LI

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1050 | 26012647  550063155 MODE CABLE | 5 | ● | .6440 | 676.20 |
| 1680 | 26012648  550063155 TEMP CABLE | 8 | ● TM# 230 | .7690 | 1291.92 |

Bnaf Airbill no
686 072 855

Flex Technologies
SEP 2 1 2005
Midvale, Ohio

PAY THIS AMOUNT    1968.12

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

519

# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BA
FOR INFORMATION O
BAX OFFICE NEAREST

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 9/16/05 | BNA | |

AIRBILL NUMBER: **686 072 855**

SHIPPER'S REFERENCE NO.:
SHIPPER'S ACCOUNT NO.: 221638130
COMPANY: FLEX TECHNOLOGIES
FROM (YOUR NAME): Ted Morgan
PHONE NO.: (615) 666-6677
STREET ADDRESS: 108 BRATTONTOWN CIR
CITY: LAFAYETTE
STATE: TN
ZIP: 37083

CONSIGNEE'S REFERENCE NO.:
CONSIGNEE'S ACCOUNT NO.:
COMPANY: Delphi Delco
TO (CONSIGNEE NAME):
ACCURATE STREET ADDRESS: 60 Joaquin Cazares Rd
CITY: Los Indios
STATE: TX
ZIP: 78367

## SERVICE REQUESTED
GUARANTEED SERV
CALL YOUR LOCAL BAX STATIO
- [ ] Guaranteed First Arrival (EM
- [ ] Guaranteed Overnight (EMR
- [ ] Guaranteed Airport-to-Airp (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVIC
- [ ] OVERNIGHT (NEXT BUSINESS DA
- [x] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER) $
- [x] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1/1 | 230 | 49 | 42 | 41 | Auto parts 2801267? 2802678-108676 |

TOTAL PCS.: 1/1
TOTAL WT.: 230
SKID(S) SAID TO CONTAIN: 13 NO. OF PIECES

AIRBILL NUMBER: **686 072 855**

SHIPPER / REPRESENTATIVE SIGNATURE: Ted Morgan
PRINT NAME X: Ted Morgan
DATE: 9/16/05

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature:
Print Name: OJ INGRAM
Pick Up Date: 9/16/05
Pick Up Time: 1051
Driver No.:

SHIPPER COPY