Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

**108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677**

NO. **619776**

Invoice Date: 9/19/05

Ship Date: 9/19/05

| SOLD TO: | SHIPPED TO: |
|---|---|
| DELPHI DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>KOKOMO, INDIANA    46904 | DELPHI DELCO<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX    78567 |
| Cust. I.D. # 090317  DE  LI | Ship I.D. # 090317  LI |

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550463155 | | Lafayette | BNAF    BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1680 | 2002647<br>550463155 FUEL CABLE | 8 | | .6440 | 1081.92 |
| 1680 | 2002648<br>550463155 TEMP CABLE | 8 | TM 250# | .7690 | 1291.92 |

Bnaf Airbill no
686 072 866

Flex Technologies
SEP 2 1 2005
Midvale, Ohio

PAY THIS AMOUNT    2373.84

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

5/9

# BAX GLOBAL Airbill

**440 EXCHANGE, IRVINE, CA 92602**
1-800-CALL-BAX

| Field | Value |
|---|---|
| DATE | 9/9/05 |
| ORIGIN | BNA |
| AIRBILL NUMBER | 686 072 866 |
| SHIPPER'S ACCOUNT NO. | 2216 38130 |
| COMPANY (FROM) | FLEX TECHNOLOGIES |
| YOUR NAME | Ted Morgan |
| PHONE NO. | (615) 666-6677 |
| STREET ADDRESS | 106 BRATTONTOWN CIR |
| CITY | LAFAYETTE |
| STATE | TN |
| ZIP | 37083 |
| TO (CONSIGNEE) COMPANY | Delphi DeLc |
| ACCURATE STREET ADDRESS | 61 Joaquin Caposos Rd |
| CITY | Los Indios |
| STATE | TX |
| ZIP | 78567 |

**BILLING INFORMATION:** COLLECT (CONSIGNEE)

**HANDLING INFORMATION:**
- NO. OF PCS: 1
- WEIGHT: 254 KG
- LENGTH: 1.2 M
- WIDTH: 1 M
- HEIGHT: 1 M
- DESCRIPTION: Harnesses
- TOTAL PCS: 1
- TOTAL WT: 254
- SKID(S) SAID TO CONTAIN: 16 NO. OF PIECES

**SERVICE:** SECOND DAY

AIRBILL NUMBER: 686 072 866

SHIPPER SIGNATURE: Ted Morgan
PRINT NAME: Ted Morgan

SHIPPER COPY

Questions regarding billing/payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. 619789

Invoice Date: 9/21/05

Ship Date: 9/21/05

**SOLD TO:**
DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA    46904
Cust. I.D. # 300217

**SHIPPED TO:**
DELPHI DELCO
601 JUNGUIN CAVAZOS ROAD
LOS INDIOS, TX    78567
Ship I.D. # 300317

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF  BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1470 | 20012647     550063155 RODE CABLE | 7 | | .6440 | 946.68 |
| 2310 | 20012648     550063155 TEMP CABLE | 11 | TM# 288 | .7690 | 1776.39 |

Bnaf Airkillno
686 072 870

Flex Technologies
SEP 2 3 2005
Midvale, Ohio

PAY THIS AMOUNT   2723.07

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due. ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

519

**AIRBILL NUMBER: 686 072 870**

DATE: 9/21/05
ORIGIN: BNA
DESTINATION:

SHIPPER'S REFERENCE NO.: 619789
SHIPPER'S ACCOUNT NO.: 4216-3830
COMPANY: FLEX TECHNOLOGIES
FROM (YOUR NAME): Ted Morgan (615) 666-6677
STREET ADDRESS: 106 BRATTONTOWN CIR
CITY: LAFAYETTE  STATE: TN  ZIP: 37083

CONSIGNEE:
COMPANY: Delphin Delco
TO (CONSIGNEE NAME):
ACCURATE STREET ADDRESS: 61 Joaquin Cavazos Rd
CITY: Los Indios  STATE: TX  ZIP: 78567

### BILLING INFORMATION
[X] COLLECT (CONSIGNEE)

### HANDLING INFORMATION

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 288 | 54 | 40 | 48 | |

TOTAL PCS: 1
TOTAL WT: 288
SKID(S) SAID TO CONTAIN: 18 NO. OF PIECES

AIRBILL NUMBER: 686 072 870

### SERVICE REQUESTED
STANDARD SERVICE
[X] SECOND DAY

### RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: [signature]
Print Name: V. TINGRAM
Pick Up Date: 9/21/05  Pick Up Time: 2:00P

SHIPPER / REPRESENTATIVE SIGNATURE: [signature]
PRINT NAME: Ted Morgan
DATE: 9/21/05

Questions regarding billing and payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619809**

Invoice Date: 9/23/05
Ship Date: 9/23/05

**SOLD TO:**
DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA  46904
Cust. I.D. # 000317

**SHIPPED TO:**
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX  78567
Ship I.D. # 000317

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 350063155 | | Lafayette | BNAF  BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1260 | 26012647  350063155 MODE CABLE | 6 | 66 | .6440 | 811.44 |
| 2100 | 26012640  350063155 TEMP CABLE | 12 | 160# | .7690 | 1614.90 |

TM

Bnaf Airbill no
686 072 881

Flex Technologies
SEP 28 2005
Midvale, Ohio

PAY THIS AMOUNT  2426.34

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due. ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

5/9

BAX GLOBAL airbill — Airbill Number: 686 072 881

Date: 2-23-05
Origin: EMA

From: CELESTICA TECHNOLOGIES, 605 BATTLEFRONT CIR, LAFAYETTE, TN 37083
Shipper's Account No: 2240580150

To (Consignee): Delphi Delco, 615 Joe Wheeler Rd, Lowellville, IN
Zip: 78567

Total Pcs: 1
Weight: 25 lb
Total Wt: 25 lb

Pick Up Date: 2/23/05
Time: 2:15 PM

Date: 2-23-05

Questions regarding billing/ payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**flex TECHNOLOGIES**

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. **619815**

Invoice Date: 9/26/05

Ship Date: 9/26/05

**SOLD TO:**
DELPHI DELCO ELECTRONIC SYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA   46904
Cust. I.D. # 000517  LI

**SHIPPED TO:**
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX   78567
Ship I.D. # 000517  LJ

| CUST. ORD. NO. | SLSMN. | F.O.B. Lafayette | SHIPPED VIA BNAF | BNAF | PLANT 60 | TERMS |
|---|---|---|---|---|---|---|
| 55006155 | | | | | | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 840 | 28012647  55006155 NULL CABLE | 4 | ● | .6440 | 540.96 |
| 1470 | 28012648  55006155 ITEM CABLE | 7 | ● TM 187# | .7690 | 1130.43 |

Bnaf Airbill no
218 148 626
Bnaf Conf # 7426721

Flex Technologies
SEP 28 2005
Midvale, Ohio

1671.39

PAY THIS AMOUNT

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

S19

**BAX GLOBAL** — Corporate Support Group, 440 Exchange, Irvine, CA 92602
1-800-CALL-BAX

AIRBILL NUMBER: 218 148 626

SHIPPER'S ACCOUNT NO.: 2216R150
COMPANY: FLEX TECHNOLOGIES
STREET ADDRESS: 108 BRATTONTOWN CIR
CITY: LAFAYETTE    STATE: TN    ZIP: 37083

CONSIGNEE: Douglas Dubie
CITY: (illegible)    STATE: TX    ZIP: 78501

SERVICE REQUESTED: Second Day

NO. OF PCS: 1    WEIGHT: 187    LENGTH: 44    WIDTH: 44    HEIGHT: 31

Time: 1:35