Questions regarding billing / payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677**

NO. **619843**
SID 619843

Invoice Date: ~~9/93/05~~ 9/30/05

Ship Date: 9/30/05

| SOLD TO: | SHIPPED TO: |
|---|---|
| DELPHIDELCOELECTRONICSSYSTEMS<br>ONE CORPORATE CENTER<br><br>KOKOMO, INDIANA    46904<br>Cust. I.D. #000317 ~~DA~~ LI | DELPHI DELCO<br>601 JOAQUIN CAVAZOS ROAD<br><br>LOS INDIOS, TX    78567<br>Ship I.D. # 000317 ~~DA~~ LI |

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF    BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1470 | 28012647<br>550063155 MODE CABLE | 7 | | .64400 | 946.68 |
| 2100 | 28012648<br>550063155 TEMP CABLE | 10 | TM 271# | .76900 | 1614.90 |

*Bnaf Airbill no 218 148 641*

Flex Technologies
OCT 04 2005
Midvale, Ohio

| | PAY THIS AMOUNT | 2561.58 |
|---|---|---|

519

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

# BAX GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

**AIRBILL NUMBER:** 218 148 641

## SHIPPER
- DATE: 2-20-04
- ORIGIN: BNA
- COMPANY: FLEX TECHNOLOGIES
- SHIPPER'S ACCOUNT NO: 2216.28130
- STREET ADDRESS: 601 BRATTONTOWN CIR
- CITY: LAFAYETTE
- STATE: TN
- ZIP: 37083

## CONSIGNEE
- COMPANY: DURA PKG
- CITY: (illegible)
- STATE: X
- ZIP: (illegible)

## BILLING
- [X] PREPAID (SHIPPER)
- [ ] COLLECT
- [ ] 3RD PARTY

## HANDLING INFORMATION
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

## SHIPMENT DETAILS
- NO. OF PCS: (illegible)
- WEIGHT: 211#
- TOTAL PCS: 2
- TOTAL WT: 211#

## SERVICE REQUESTED
- [X] SECOND-DAY

RECEIVED BY BAX GLOBAL DRIVER / AGENT

SHIPPER COPY

Questions regarding billing/payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

108 BRATTONTOWN CIRCLE
LAFAYETTE, TENNESSEE 37083-0626
(DUNS: 147645162)
PHONE: (615) 666-6677

NO. 619856

Invoice Date: 10/03/05

Ship Date: 10/03/05

SOLD TO:
DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER
KOKOMO, INDIANA    46904

Cust. I.D. #   000317 DA

SHIPPED TO:
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX    78567

Ship I.D. #   000317 DA

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF    BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2100 | 28012647<br>550063155 MODE CABLE | 10 | | .64400 | 1352.40 |
| 2940 | 28012648<br>550063155 TEMP CABLE | 14 | TM 360# | .76900 | 2260.86 |

Bnaf Airbill no
218 148652

Flex Technologies
OCT 05 2005
Midvale, Ohio

PAY THIS AMOUNT    3613.26

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

5/10

[BAX Global airbill form, Airbill Number: 218 148 652]

Shipper: FLEX TECHNOLOGIES, Shipper's Account No: 201X8130
Street Address: 108 Brattontown Cir
City: Lafayette, State: TN, Zip: 37083

Consignee: (illegible)
Airbill Number: 218 148 652

Billing: Prepaid / Collect
Total Pcs / Weight / handwritten entries illegible

Driver Signature and Print Name fields completed (illegible handwriting)
Date: 10/3/05, Time: 13:5(?)

SHIPPER COPY

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

**108 BRATTONTOWN CIRCLE**
**LAFAYETTE, TENNESSEE 37083-0626**
**(DUNS: 147645162)**
**PHONE: (615) 666-6677**

NO. 619881
SID 619881
Invoice Date: 10/05/05
Ship Date: 10/05/05

**SOLD TO:**
DELPHIDELCOELECTRONICSSYSTEMS
ONE CORPORATE CENTER

KOKOMO, INDIANA           46904
Cust. I.D. # 000317 DA LI

**SHIPPED TO:**
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TX           78567
Ship I.D. # 000317 DA LI

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| 550063155 | | Lafayette | BNAF | BNAF | 60 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1260 | 28012647<br>550063155 MODE CABLE | 6 | | .64400 | 811.44 |
| 1050 | 28012648<br>550063155 TEMP CABLE | 5 | TM 188# | .76900 | 807.45 |

Braf Airbill no
218 148663

Flex Technologies
OCT 07 2005
Midvale, Ohio

PAY THIS AMOUNT  1618.89

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

**ORIGINAL INVOICE**

5/10

*[Handwritten BAX Global airbill form. Airbill Number: 218 148 663. Shipper: Flex Technologies, 603 Brattontown Cir, Lafayette, TN 37083. Shipper's Account No: 2216283130. Consignee: Delphi Saginaw. Service: Next Flight Available.]*