# Customer Number 317-1
# Delphi E & C