Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32201

Invoice Date: SID 32201
9/20/05

Ship Date: 9/20/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY    14606
Cust. I.D. #    317    1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY    14606
Ship I.D. #    317    1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

550005309 (on edit)

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346825<br>PULL #6<br>THIRD PARTY BILLING:<br><br>DELPHI ENERGY<br>CISCO 58001<br>% DATA2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | 1 | 4 | .2160 | 86.40 |

Flex Technologies
SEP 23 2005
Midvale Ohio

| | PAY THIS AMOUNT | 86.40 |
|---|---|---|

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

319

ORIGINAL INVOICE

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

| Name of Carrier: BAXX | Carrier's No. | Date 11/20/05 | Shipper No. 32201 |
|---|---|---|---|

| TO Consignee: 317 | FROM Shipper: |
|---|---|
| Street DELPHI E & C | |
| 1000 LEXINGTON AVE. | FLEX TECHNOLOGIES |
| Destination ROCHESTER, NY  14606 Zip Code | 16183 E. Main St. |
| | Mt. Eaton, OH 44659    Emergency Response Phone No. |

Route:                                                   Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 1 Loose Carton | | 4 # | | |
| 55 | | 0005309 (on edit) | | | | |
| | | 353 452 422 | | | | |

| REMIT C.O.D. TO ADDRESS | C.O.D. AMT: | C.O.D. FEE: PREPAID ☐  $  COLLECT ☐ | TOTAL CHARGES: $ |
|---|---|---|---|

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per_____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid   ☒ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

_____ Shipper, Per _____      Whitney exp _____ Agent, Per  1430    9/20/05

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable      YELLOW - Shipping Order Copy      PINK - Memorandum Copy

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32218
SID 32218
Invoice Date: 9/21/05
Ship Date: 9/21/05

SOLD TO:
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY          14606
Cust. I.D. #    317   1

SHIPPED TO:
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY          14606
Ship I.D. #    317   1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED |  | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

550005309

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346823 PULL #8 | 1 | 3 | .5720 | 228.80 |
| 400 | 25346825 PULL #7 | 1 | 4 | .2160 | 86.40 |
|  | THIRD PARTY BILLING: |  |  |  |  |
|  | DELPHI ENERGY CISCO 58001 % DATA2 LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 |  |  |  |  |

Flex Technologies
  2 3 2005
Midvale, Ohio

PAY THIS AMOUNT    315.20

FINANCE CHARGE of 1.5% per month on
ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

319

ORIGINAL INVOICE

**ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE** | Shipper No.

Name of Carrier: BAXX

Date: 4-21-05    Shipper No: 30218

TO Consignee: 317

Street: DELPHI E & C    1000 LEXINGTON AVE.

Destination: ROCHESTER, NY, 14606    Zip Code

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | |
| 556005309 | | 2 Long Cartons 7# | | | |

FOR SHIPMENT STATUS CALL 1-800-CALL-BAX
BAX GLOBAL    WAYBILL NO. 353452433

Signature of Consignor: Flex Technologies

FREIGHT CHARGES — Check Appropriate Box:
☐ Freight prepaid    ☒ Collect

Agent, Per: 4/21/05

WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

Questions regarding billing/
payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32235
SID 32235
Invoice Date: 9/22/05
Ship Date: 9/22/05

SOLD TO:
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY    14606
Cust. I.D. #    317    1

SHIPPED TO:
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY    14606
Ship I.D. #    317    1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF   BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822    P.O. # 550005309  PULL #3 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346823    P.O. # 550005309  PULL #2 | 1 | 3 | .5720 | 228.80 |
| 400 | 25346825    P.O. # 550005309  PULL #8 | 1 | 4 | .2160 | 86.40 |
| ~~400~~ | ~~25346826    P.O. # 550005309~~  ~~PULL #6~~  ~~THIRD PARTY BILLING~~ ok | ~~1~~ | ~~5~~ | ~~.2720~~ | ~~108.80~~ |
| | DELPHI ENERGY CISCO 58001 % DATA2 LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 | | | | |

Flex Technologies
SEP 27 2005
Midvale, Ohio
PAY THIS AMOUNT    548.40
~~657.20~~

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

5/9

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

| Name of Carrier: BAXX | Carrier's No. | Date 22 05 | Shipper No. 32235 |
|---|---|---|---|

| TO Consignee: 317 | FROM Shipper: |
|---|---|
| Street DELPHI E. & C | FLEX TECHNOLOGIES |
| 1000 LEXINGTON AVE. | 16183 E. Main St. |
| Destination ROCHESTER, NY  14606  Zip Code | Mt. Eaton, OH 44659 |

Emergency Response Phone No.

Route:      Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 3# Loose Cartons | 15# | | | |

REMIT C.O.D. TO: ADDRESS

C.O.D. AMT:

C.O.D. FEE: PREPAID ☐ $ COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES — Check Appropriate Box:
☐ Freight prepaid   ☒ Collect

Signature of Consignor: FLEX TECHNOLOGIES

Shipper, Per _____   Agent, Per _____ 7/22

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

**Questions regarding billing/ payment contact corporate office:**

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32252
STD 32252

Invoice Date: 9/23/05

Ship Date: 9/23/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY    14606
Cust. I.D. #    317    1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY    14606
Ship I.D. #    317    1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346823    P.O. # 550005309 | 1 | 3 | .5720 | 228.80 |
| 400 | 25346826    P.O. # 550005309 | 1 | 5 | .2720 | 108.80 |

THIRD PARTY BILLING:

DELPHI ENERGY
CISCO 58001
% DATA2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115

Flex Technologies
SEP 27 2005
Midvale, Ohio

**PAY THIS AMOUNT**    337.60

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

519

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

| Name of Carrier: BAXX | Carrier's No. | Date 9/23/05 | Shipper No. 33252 |
|---|---|---|---|

**TO Consignee:** 317
**Street:** DELPHI E & C
1000 LEXINGTON AVE.
**Destination:** ROCHESTER, NY  14606  Zip Code

**FROM Shipper:**
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

Emergency Response Phone No.

Route:                                                      Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 3 Loose Cartons | 8± | | | |

REMIT C.O.D. TO ADDRESS:
C.O.D. AMT:
C.O.D. FEE: PREPAID ☐ $  COLLECT ☐ $
TOTAL CHARGES: $

(Signature of Consignor)

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid   ☒ Collect

Shipper, Per _____   Agent, Per _____ 9/23/05 1700

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy