Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32297
STD 32297
Invoice Date: 9/26/05
Ship Date: 9/26/05

| SOLD TO: | SHIPPED TO: |
|---|---|
| DELPHI E & C | DELPHI E & C |
| 1000 LEXINGTON AVE. | 1000 LEXINGTON AVE |
| ROCHESTER, NY   14606 | ROCHESTER, NY   14606 |
| Cust. I.D. #  317  1 | Ship I.D. #  317  1 |

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF   BNAF | 03 | 25TH PROX |

550005309

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346823 | 1 | 3 | .5720 | 228.80 |
| 400 | 25346825 | 1 | 4 | .2160 | 86.40 |
| | THIRD PARTY BILLING: | | | | |
| | DELPHI ENERGY | | | | |
| | CISCO 58001 | | | | |
| | % DATA2 LOGISTICS | | | | |
| | P.O. BOX 9115 | | | | |
| | NORWOOD, MA 02062-9115 | | | | |

Flex Technologies
SEP 29 2005
Midvale, Ohio

PAY THIS AMOUNT    548.40

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

519

**ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

| Name of Carrier: BAXX | Carrier's No. | Date 9/26/05 | Shipper No. 32297 |

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination ROCHESTER, NY    14606   Zip Code

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

Emergency Response Phone No.

Route:    Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| 55000509 | | 3 loose cartons | 10# | | | |
| | | 35345 2466 | | | | |

REMIT C.O.D. TO: ADDRESS
C.O.D. AMT:
C.O.D. FEE: PREPAID ☐  COLLECT ☐  $
TOTAL CHARGES: $

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid    ☑ Collect

[Signature of Consignor] Flex Technologies Inc

Shipper, Per _____    Agent, Per _____ 9/26/05  Express

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32353

Invoice Date: SID 32353
9/29/05

Ship Date: 9/29/05

SOLD TO:

DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY         14606
Cust. I.D. #    317   1

SHIPPED TO:

DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY        14606
Ship I.D. #     317  1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822    P.O. # 550005309<br>PULL # 2 | 1 | 3 | .5830 | 233.20 |
| 800 | 25346825    P.O. # 550005309<br>PULL # 6&8<br>THIRD PARTY BILLING:<br><br>DELPHI ENERGY<br>CISCO 58001<br>% DATA2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | 2 | 8 | .2160 | 172.80 |

Flex Technologies
SEP 30 2005
Midvale, Ohio

PAY THIS AMOUNT    406.00

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

5|9

**ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

| Name of Carrier: BAXX | Carrier's No. | Date 9/29/05 | Shipper No. 32353 |
|---|---|---|---|
| TO Consignee: 317 | FROM Shipper: | | |
| Street: DELPHI E & C  1000 LEXINGTON AVE. | | FLEX TECHNOLOGIES 16183 E. Main St. Mt. Eaton, OH 44659 | |
| Destination: ROCHESTER, NY  14606 | | | Emergency Response Phone No. |

Route:     Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr.) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | |
| | | 3 loose cartons | 11# | | |
| | | 353  452  481 | | | |

REMIT C.O.D. TO ADDRESS:

C.O.D. AMT:

C.O.D. FEE: PREPAID ☐  COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES — Check Appropriate Box:
☐ Freight prepaid    ☒ Collect

(Signature of Consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

_____ Shipper, Per _____    _____ Agent, Per _____

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

Questions regarding billing/ payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

**NO. 32366**
SID 32366
Invoice Date: 9/30/05
Ship Date: 9/30/05

*Flex Technologies Midvale, Ohio OCT 0 4 2005* (received stamp)

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY       14606
Cust. I.D. #    317   1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY       14606
Ship I.D. #    317   1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | RRDC | RRDC | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822      P.O. # 550005309   PULL # 3 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346823      P.O. # 550005309   PULL # 8 | 1 | 3 | .5720 | 228.80 |
| 400 | 25346826      P.O. # 550005309   PULL # 1 | 1 | 5 | .2720 | 108.80 |
| | THIRD PARTY BILLING: | | | | |
| | DELPHI ENERGY   CISCO 58001   % DATA2 LOGISTICS   P.O. BOX 9115   NORWOOD, MA 02062-9115 | | | | |

**PAY THIS AMOUNT    570.80**

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

519

ALTERNATE STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE — Customer

| Name of Carrier: BAXX | 317-1 Invoices | Carrier's No. Pg 6 of 6 | Date 9/30/05 | Shipper No. 32366 |

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination: ROCHESTER, NY  14606  Zip Code

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

Emergency Response Phone No.

Route:                                                                 Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 3 loose cartons | 11# | | | |
| | | 353 452 492 | | | | |

FREIGHT CHARGES
Check Appropriate Box:
[ ] Freight prepaid  [✓] Collect

Signature of Consignor: Flex Technologies

Agent: 9/30/05

WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy