Questions regarding billing or payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32402
SID 32402
Invoice Date: 10/04/05
Ship Date: 10/04/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY     14606
Cust. I.D. #   317  1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY     14606
Ship I.D. #   317  1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF   BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346825    P.O. # 550005309<br>PULL # 7<br>THIRD PARTY BILLING:<br><br>DELPHI ENERGY<br>CISCO 58001<br>% DATA2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | 1 | 4 | .2160 | 86.40 |

Flex Technologies
OCT 10 2005
Midvale, Ohio

PAY THIS AMOUNT    86.40

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

5/10

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

| Name of Carrier: BAXX | Carrier's No. | Date 10/4/05 | Shipper No. 32402 |
|---|---|---|---|

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination: ROCHESTER, NY 14606

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

Route:     Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 1 Large Carton | 4# | | | |

REMIT C.O.D. TO ADDRESS:

C.O.D. AMT.
C.O.D. FEE: PREPAID ☐ COLLECT ☐  $
TOTAL CHARGES: $

FOR SHIPMENT STATUS CALL 1-800-CALL-BAX
BAX GLOBAL    WAYBILL NO. 353452503

Signature of Consignor: Flex Technologies

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid    ☒ Collect

Whitney Exp / 3
10/4/05   1500

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

Questions regarding billing or payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32418
SID 32418
Invoice Date: 10/05/05
Ship Date: 10/05/05

SOLD TO:
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY    14606
Cust. I.D. #    317    1

SHIPPED TO:
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY    14606
Ship I.D. #    317    1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346823    P.O.# 550005309
PULL #7
THIRD PARTY BILLING:
DELPHI ENERGY
CISCO 58001
% DATA2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062-9115 | 1 | 3 | .5720 | 228.80 |

Flex Technologies
OCT 1 0 2005
Midvale, Ohio

PAY THIS AMOUNT    228.80

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

5/10

| Name of Carrier: BAXX | Carrier's No.  | Date 10/5/05 | Shipper No. 32418 |
|---|---|---|---|

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination: ROCHESTER, NY  14606  ZipCode

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659   Emergency Response Phone No.

Route:    Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
|  |  | Item 18260 autoparts, NOI or trim |  |  |  |  |
|  |  | 1 loose carton | 3# |  |  |  |

REMIT C.O.D. TO: ADDRESS
C.O.D. AMT:
C.O.D. FEE: PREPAID ☐  COLLECT ☐  $
TOTAL CHARGES: $

(Signature of Consignor) Flex Technologies

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid   ☑ Collect

Shipper, Per Whitney Erb    Agent, Per  10/4/05

WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

# FLEX TECHNOLOGIES

Questions regarding billing/payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

**NO. 32446**
SID 32446
Invoice Date: 10/06/05
Ship Date: 10/06/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY 14606
Cust. I.D. # 317 1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY 14606
Ship I.D. # 317 1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822    P.O. # 550005309  PULL # 2 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346823    P.O. # 550005309  PULL # 8 | 1 | 3 | .5720 | 228.80 |
| 800 | 25346825    P.O. # 550005309  PULL # 6&8 | 2 | 8 | .2160 | 172.80 |
| 400 | 25346826    P.O. # 550005309  PULL # 6 | 1 | 5 | .2720 | 108.80 |
| | THIRD PARTY BILLING: | | | | |
| | DELPHI ENERGY  CISCO 58001  % DATA2 LOGISTICS  P.O. BOX 9115  NORWOOD, MA 02062-9115 | | | | |

Flex Technologies
OCT ?? 2005
Midvale, Ohio

**PAY THIS AMOUNT    743.60**

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE


5/10

# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

| | | | Customer |
|---|---|---|---|
| | | | Shipper No. |
| Name of Carrier: BAXX | | Carrier's No. Date 10/6/05 | 32446 |

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination: ROCHESTER, NY 14606 Zip Code

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

Emergency Response Phone No.

Route: Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 5 loose cartons | 19# | | | |

REMIT C.O.D. TO: ADDRESS
C.O.D. AMT:
C.O.D. FEE: PREPAID ☐ COLLECT ☐ $
TOTAL CHARGES: $

Signature of Consignor: Flex Technologies

FREIGHT CHARGES — Check Appropriate Box:
☐ Freight prepaid  ☑ Collect

Shipper, Per _____
Agent, Per _____ 10/6/05 16?

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

**FLEX TECHNOLOGIES**

Questions regarding billing / payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. 32462
SID 32462
Invoice Date: 10/07/05
Ship Date: 10/07/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY      14606
Cust. I.D. #    317  1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY      14606
Ship I.D. #    317  1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF   BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822    P.O. # 550005309  PULL # 3 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346823    P.O. # 550005309  PULL # 1 | 1 | 3 | .5720 | 228.80 |
| 400 | 25346826    P.O. # 550005309  PULL # 5 | 1 | 5 | .2720 | 108.80 |
| | THIRD PARTY BILLING: | | | | |
| | DELPHI ENERGY | | | | |
| | CISCO 58001 | | | | |
| | % DATA2 LOGISTICS | | | | |
| | P.O. BOX 9115 | | | | |
| | NORWOOD, MA 02062-9115 | | | | |

Flex Technologies
OCT 11 2005
Midvale, Ohio

PAY THIS AMOUNT    570.80

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE



ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE — Customer
05-44401-and 8384-14 — Ship to 062107 Received 062107 02149
317-1 Invoices    Part 3's Pg 8 of 8

| Name of Carrier: BAXX | | Date 10/7/05 | Shipper No. 32462 |

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination: ROCHESTER, NY 14606   Zip Code

FROM Shipper:
FLEX TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

Emergency Response Phone No.

Route:    Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 3 loose cartons 11# | | | | |

REMIT C.O.D. TO: ADDRESS:
C.O.D. AMT:
C.O.D. FEE: PREPAID ☐ COLLECT ☐  $
TOTAL CHARGES: $

(Signature of Consignor) Flex Technologies

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid   ☑ Collect

Shipper, Per _____    Agent, Per Whitney Epp

10/7/05

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $____ per ____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other charges.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of receipt by the carrier of the property described in the Original Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy