Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. **30771**

SID 30771

Invoice Date: 9/13/05

Ship Date: 9/13/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY  14606
Cust. I.D. #  317  1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY  14606
Ship I.D. #  317  1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF | BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346823    P.O. # 550005309<br>PULL # 1<br>THIRD PARTY BILLING:<br><br>DELPHI ENERGY<br>CISCO 58001<br>% DATA2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | 1 | 3 | .5720 | 228.80 |

Flex Technologies
SEP 14 2005
Midvale, Ohio

| | PAY THIS AMOUNT | 228.80 |
|---|---|---|

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE



| | | | | | | |
|---|---|---|---|---|---|---|
| ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE | | | | | Customer | |
| Name of Carrier: BAXX | | 317-1 Invoices | Carrier's No. | Date 9/13/05 | Shipper No. 30771 | |
| TO Consignee: 317 | | | FROM Shipper: FLEX TECHNOLOGIES 16183 E. Main St. Mt. Eaton, OH 44659 | | | |
| Street DELPHI E & C 1000 LEXINGTON AVE. | | | | | | |
| Destination ROCHESTER, NY 14606 Code | | | | | | |
| Route: | | | | Vehicle No. | | |

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 1 loose carton | 3# | | | |
| | | 35345238 | | | | |

Freight Collect

Date: 9/13/05 1450

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable    YELLOW - Shipping Order Copy    PINK - Memorandum Copy

Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:

Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. **30773**
SID 30773
Invoice Date: 9/14/05
Ship Date: 9/14/05

SOLD TO:

DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY          14606
Cust. I.D. #    317  1

SHIPPED TO:

DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY          14606
Ship I.D. #    317  1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF   BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346823   P.O. # 550005309<br>PULL # 7<br>THIRD PARTY BILLING:<br><br>DELPHI ENERGY<br>CISCO 58001<br>% DATA2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02062-9115 | 1 | 3 | .5720 | 228.80 |
| | | | | PAY THIS AMOUNT | 228.80 |

Flex Technologies
SEP 15 2005
Midvale, Ohio

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE



# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

| | |
|---|---|
| Name of Carrier: BAXX | Customer |
| | Shipper No. 30773 |
| | Carrier's No. / Date 9/14/05 |

TO Consignee: 317
Street: DELPHI E & C
1000 LEXINGTON AVE.
Destination: ROCHESTER, NY 14606

FROM Shipper:
FLEX! TECHNOLOGIES
16183 E. Main St.
Mt. Eaton, OH 44659

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr.) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | |
| | | 1 loose carton | 3# | | |

FREIGHT CHARGES
☐ Freight prepaid  ☑ Collect

WAYBILL NO. 353452396

9/14/05 1550

Questions regarding billing/payment contact corporate office:
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**FLEX TECHNOLOGIES**

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. **30788**

Invoice Date: SID 30788  9/15/05
Ship Date: 9/15/05

SOLD TO:
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY    14606
Cust. I.D. #  317  1

SHIPPED TO:
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY    14606
Ship I.D. #  317  1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822    P.O. # 550005309  PULL # 2 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346825    P.O. # 550005309  PULL # 2 | 1 | 4 | .2160 | 86.40 |
| | THIRD PARTY BILLING: | | | | |
| | DELPHI ENERGY  CISCO 58001  % DATA2 LOGISTICS  P.O. BOX 9115  NORWOOD, MA 02062-9115 | | | | |

Flex Technologies
SEP 19 2005
Midvale, Ohio

PAY THIS AMOUNT    319.60

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE



# ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE Customer

| Name of Carrier: BAXX | | Carrier's No. | Date 9/15/05 | Shipper No. 30708 |
|---|---|---|---|---|
| TO Consignee: 317 | | FROM Shipper: | | |
| Street DELPHI E & C 1000 LEXINGTON AVE. | | | FLEX TECHNOLOGIES 16183 E. Main St. Mt. Eaton, OH 44659 | |
| Destination ROCHESTER, NY 14606 Zip Code | | | | Emergency Response Phone No. |

Route: Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 2 large cartons | 74 | | | |
| | | 353  452  400 | | | | |

FREIGHT CHARGES — Check Appropriate Box:
☐ Freight prepaid  ☑ Collect

Questions regarding billing/payment contact corporate office:

Flex-Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 223 • 16183 E. MAIN STREET
MOUNT EATON, OHIO 44659
(DUNS: 046524567)
PHONE: (330) 359-5415

NO. **30841**
SID 30841
Invoice Date: 6/29/05
Ship Date: 6/29/05

**SOLD TO:**
DELPHI E & C
1000 LEXINGTON AVE.
ROCHESTER, NY    14606
Cust. I.D. #    317   1

**SHIPPED TO:**
DELPHI E & C
1000 LEXINGTON AVE
ROCHESTER, NY    14606
Ship I.D. #    317   1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| AS LISTED | | Mt. Eaton | BNAF    BNAF | 03 | 25TH PROX |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 400 | 25346822        P.O. # 550005309  PULL # 3 | 1 | 3 | .5830 | 233.20 |
| 400 | 25346823        P.O. # 550005309  PULL # 3 | 1 | 3 | .5720 | 228.80 |
| | THIRD PARTY BILLING: | | | | |
| | DELPHI ENERGY | | | | |
| | CISCO 58001 | | | | |
| | % DATA2 LOGISTICS | | | | |
| | P.O. BOX 9115 | | | | |
| | NORWOOD, MA 02062-9115 | | | | |

Flex Technologies
JUN 3 0 2005
Midvale, Ohio

PAY THIS AMOUNT    462.00

FINANCE CHARGE of 1.5% per month on ALL amounts past due.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

| | | | | | | |
|---|---|---|---|---|---|---|
| ALTERNATE STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE | | | | | Customer | |
| Name of Carrier: BAXX | | | | Carrier's No. | Date 6/29/05 | Shipper No. 30671 |
| TO Consignee: -317 | | FROM Shipper: | | | | AWB # |
| Street DELPHI E & C 1000 LEXINGTON AVE. | | FLEX TECHNOLOGIES 16183 E. Main St. Mt. Eaton, OH 44659 | | | | |
| Destination ROCHESTER, NY 14606 Zip Code | | | | | | Emergency Response Phone No. |
| Route: | | | | | Vehicle No. | |

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | * Weight (Sub. to Corr.) | RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|
| | | Item 18260 autoparts, NOI or trim | | | | |
| | | 2 loose cartons | | | | |

REMIT C.O.D. TO: ADDRESS

C.O.D. AMT:

C.O.D. FEE: PREPAID ☐ COLLECT ☐ $

TOTAL CHARGES: $

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid ☒ Collect

(Signature of Consignor)

Shipper, Per _____ Agent, Per _____ 6/29/05

+ Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.
WHITE - Original - Not Negotiable  YELLOW - Shipping Order Copy  PINK - Memorandum Copy