Questions regarding billing/
payment contact corporate office:

Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

**Remit payment to:**
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

# FLEX TECHNOLOGIES

P.O. BOX 501 • FLEX AVENUE
**PORTLAND, TENNESSEE 37148**
(DUNS: 095682977)
**PHONE: (615) 325-2025**

NO. **54094**
SID 54094

Invoice Date: 9/02/05

Ship Date: 9/02/05

**SOLD TO:**
HARRISON DIVISION
200 UPPER MOUNTAIN ROAD
PLANT #4, DEPT. 743, PL #9
LOCKPORT, NEW YORK    14094

Cust. I.D. #   37004   1

**SHIPPED TO:**
HARRISON DIVISION
200 UPPER MOUNTAIN ROAD
PLANT 4, DEPT. 743, BLDG. #9
LOCKPORT, NEW YORK    14094

Ship I.D. #   37004   1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | | PLANT | TERMS |
|---|---|---|---|---|---|---|
| | | Portland | CTII | CTII | 05 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1800 | 52494848    P.O.# 550028516 | 1SK | | 1.3070 | 2,352.60 |

Conf#
3722869824

Flex Technologies
SEP 0 7 2005
Midvale, Ohio

PAY THIS AMOUNT    2,352.60

**FINANCE CHARGE** of 1.5% per month on accounts 30 days or more past due.
**ANNUAL PERCENTAGE RATE OF 18%.**

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE
WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

5/8

This Memorandum is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**CENTRAL TRANSPORT**
(Name of Carrier)

Shipper's No. _____  
Customer _____  
Carrier's No. _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading,

at **PORTLAND, IN 37148**        9/2/20        From **FLEX TECH DUNS: 095682977**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to **HARRISON DIVISION, 200 UPPER MOUNTAIN RD, PLANT 4, BLDG 9, DEPT. 743**

Destination **LOCKPORT** _____ State **NY** Zip **14094** County _____ Delivery Address* _____

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|
| 1 SK | | ITEM 156609 SUB 5 | 282 | | |
| | | 52494843  12 CTN | | | |
| | | Send Freight Bill To: | | | |
| | | Delphi T & L, 37002, Lockport, NY | | | |
| | | Data 2 Logistics | | | |
| | | P.O. Box 9115 | | | |
| | | Norwood, Ma. 02362 | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.  
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____  
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Pre-paid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.  
Per _____  
(The signature here acknowledges only the amounts prepaid.)

Charges advanced:  
$ _____

**C.O.D. SHIPMENT**  
C.O.D. Amt _____  
Collection Fee _____  
Total Charges _____

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers's or shipper's weight."
** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.    ** The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.
CORRECT WEIGHT IS _____ LBS.    Per _____ Shipper

Shipper, Per _____    Central Trans Agent, Per _Lee Kugler_  
9-2-05

Permanent post office address of shipper

Questions regarding billing/
payment contact corporate office
Flex Technologies, Inc.
P.O. Box 400, Gundy Drive
Midvale, Ohio 44653
(740) 922-5992

Remit payment to:
Flex Technologies, Inc.
Dept. L - 1259
Columbus, Ohio 43260-1259
Duns: 004535282

**P.O. BOX 501 • FLEX AVENUE**
**PORTLAND, TENNESSEE 37148**
(DUNS: 095682977)
**PHONE: (615) 325-2025**

NO. **54140**
SID 54140
Invoice Date: 9/13/05
Ship Date: 9/13/05

SOLD TO:
HARRISON DIVISION
200 UPPER MOUNTAIN ROAD
PLANT #4, DEPT. 743, PL. #9
LOCKPORT, NEW YORK 14094
Cust. I.D. # 37004 1

SHIPPED TO:
HARRISON DIVISION
200 UPPER MOUNTAIN ROAD
PLANT 4, DEPT. 743, BLDG. #9
LOCKPORT, NEW YORK 14094
Ship I.D. # 37004 1

| CUST. ORD. NO. | SLSMN. | F.O.B. | SHIPPED VIA | PLANT | TERMS |
|---|---|---|---|---|---|
| | | Portland | CTII CTII | 05 | |

| QUANTITY SHIPPED | DESCRIPTION OR PART NO. | NO. OF CARTONS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1800 | 52494848    P.O.# 550028516 | 1SK | 282 | 1.3070 | 2,352.60 |

Conf. # 372-290 8540

Pro # 372-509663-1

Flex Technologies
SEP 19 2005
Midvale, Ohio

PAY THIS AMOUNT    2,352.60

FINANCE CHARGE of 1.5% per month on accounts 30 days or more past due.
ANNUAL PERCENTAGE RATE OF 18%.

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

ORIGINAL INVOICE

This Memorandum a copy or duplicate, covering the property named herein, and is intended solely for filing or record. A Bill of Lading has been issued and is not the Original Bill of Lading, nor

CENTRAL TRANSPORT
(Name of Carrier)                                                                                                       Shipper's No. 1-10

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading,    Carrier's No. _____

at  PORTLAND, TN 37148     9-13, 20     From  FLEX TECH DUNS: 095682977

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to  HARRISON DIVISION, 200 UPPER MOUNTAIN RD. PLANT 4, BLDG 9, DEPT. 743

Destination  LOCKPORT  State  NY  Zip 14094  County _____   Delivery Address* _____
(Mail or street address of consignee—For purposes of notification only.)
*To be filled in only when shipper desires and governing tariffs provide for delivery thereof.

Route _____

Delivering Carrier _____    Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|
| 1SK | | ITEM 156600 SUB 5 | 282 | | |
| | | 52404848—12CTN  (1 SKID) | | | |
| | | Send Freight Bill To: | | | |
| | | Delphi T & L, 37002, Lockport, NY | | | |
| | | Data 2 Logistics | | | |
| | | P.O. Box 9115 | | | |
| | | Norwood, Ma. 02362 | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Per _____
     (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Pre-paid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier.

Per _____
(The signature here acknowledges only the amounts prepaid.)
Charges advanced:
$ _____

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____  TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers's or shipper's weight."
** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  9-13-05

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS.

** The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Per _____    Shipper _____

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

Shipper, Per _____   Central Trans Agent, Per  Leo Bugbee

Permanent post office address of shipper _____