# FLEX TECHNOLOGIES

P.O. BOX 400 - GUNDY DRIVE
MIDVALE, OHIO 44653
PHONE (740) 922-5992
FAX (740) 922-4416

**REMIT TO:**
FLEX TECHNOLOGIES, INC.
DEPT. L-1259
COLUMBUS, OHIO
43260-1259

DUNS: 004535282

**INVOICE NO.** 2238
**INVOICE DATE** 1/15/06
**SHIP DATE** 1/15/06
**PLANT NO.** 6
DUNS # 147845166

SOLD TO:
17000
SAGINAW DIVISION, GMC
ACCOUNTS PAYABLE
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-4434

SHIP TO:
17000
DELPHI SAGINAW STEERING SYSTEMS
PLANT #6
HOLLAND ROAD OFF TOWERLINE RD
SAGINAW, MI 48601-

| CUSTOMER PURCHASE ORDER NO. | CUST. I.D. NO. | SALESMAN | SHIPPED VIA | F.O.B. | TERMS |
|---|---|---|---|---|---|
| 14670153034 | 17000 | 00 | | BUYERS PLANT | 25TH PROX |

| ORDERED | BACKORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | CANCELLATION P/N 26064242 | | 17,682.00 |

**PAY THIS AMOUNT** $17,682.00

THANK YOU

THE MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED.

FINANCE CHARGE OF 1.5% PER MONTH ON ACCOUNTS 30 DAYS OR MORE PAST DUE. **ANNUAL PERCENTAGE RATE OF 18.0%.**

SALESMAN'S COPY

# Direct Supplier Cancellation Claim Request

**Effective Date:** May 2, 1999                                                                 Page 2 of 5

**Quantity that is partially fabricated**    0        Log # (MPS) _____

  Percent complete to finished state   _____

  $ Value declared   0

  Describe how quantity and cost are calculated  _____

  _____

  _____

  Location of Material  _____
  (City, State, Country)

---

**Quantity of raw material and/or purchased parts**  0

$ Value declared   $10,529.00

Describe how the value is calculated   Casing - 49,700 pcs -

230905 - 120,025 pcs, 230892 - Spring - 85,500 pcs.

230873 - Adj. Lock - 17,197 pcs., wire -

Location of Material   Lafayette, TN
(City, State, Country)

---

**Total Quantity**   52,672
(should equal "Quantity requesting cancellation settlement" above)

**Total $ Value Declared**   $17,683.00

---

Preparer's Name  Susan D Eynon   Preparer's Signature  [signature]
7/20/05
Preparer's Phone Number  740-922-5992   FAX  740-922-4416
Ext. 205

Return completed form to the DE buyer of this material:
- Include a copy of Material Commitment Authorization (for MPS)
- Include copies of SPD or SDS used in calculations
- Do not destroy and/or sell claimable material until written approval is given by DE
- DE has the right to audit quantities declared

# Direct Supplier Cancellation Claim Request

Effective Date:    May 2, 1999                                                                                      Page 1 of 5

NOTE: Pages 1 and 2 of this form are to be filled out by Supplier and sent to DE Buyer for processing. Shaded areas are for DE use only.

Log # (MPS)

**Buyer Information:**

Buyer Name  M.L. Bonner    Phone  517-757-5183    FAX 517-757-5983    M.S.

Supplier Name    Flex Technologies, Inc.    Date _____

Supplier Address    108 Brattontown Circle
                    Lafayette, TN 37083

Purchase Order Number(s)    Sag 90I 3034

Supplier Duns Numbers: 004535282  Shipping 147645162
Plant Code(s) of DE using factory(s)    D6

Pull Signal Coordinator(s) _____

Part Number  2606 4242    Part description  Cable Asm.

Part standard pack quantity    200

Quantity requesting cancellation settlement    7346

Reason for cancellation    (include ECO # or Customer Cancellation Request if applicable):

2606 4242 part replaced with new number  Contract valid for 1 more
year - cancelled early

Type of material (steel, plastic, precious metals, etc.) ____ Plastic  Nylon
Are there any hazardous concerns?    Yes ____    No ✓

If Yes, describe the appropriate disposition process ____

**Quantity that is**        2972.00  X  Part $ 2.4068    =  $ 7153.00
completely fabricated           Price  (DE purchase price)
Indicate how the above quantity is calculated:
SPD or SDS Date and quantity        1200 per wk
                                    (3 weeks minimum; current week, week before, week after)

- Pulls shipped                     Complete
                                    (3 weeks minimum; current week, week before, week after)

- Other/Explain                     _____

- Location of Material              Lafayette, Tennessee 37083
                                    (City, State, Country)  Macon County

When printed, this document is uncontrolled unless identified as controlled by a Document Control Center.