WALLACE W. WALKER, JR., ESQ.  
7774 Oakhurst Circle  
P.O. Box 470340  
Cleveland, OH 44147-0340  
Tel: (440) 526-4244  
(WWW/2009)

JAMES R. KANDEL, ESQ.  
101 Central Plaza, S.  
Chase Tower, Suite 1003  
Canton, OH 44702  
Tel: (330) 453-4444  
Attorneys for Flex Technologies, Inc.

Objection Deadline: June 19, 2007  
Enlarged to June 21, 2007 @ 5:00pm  
Hearing Date: June 26, 2007 @ 10:00am

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et. al.,

Debtors

Chapter 11

Case No. 05-44481 (RDD)  
(Jointly Administered)

## Certificate of Service

I, Wallace W. Walker, Jr., of full age, hereby certify as follows:

1.  I am one of the attorneys for Flex Technologies, Inc.

2.  On June 21, 2007, I caused the service of copies of the Opposition of Flex Technologies, Inc. To Debtors' Fifteenth Claims Objection, with the Declaration of Wallace W. Walker, Jr., the Proof of Claim of Flex Technologies, Inc., and the Invoices attached to the Opposition, to the following parties:

   By Federal Express:  
   Honorable Robert D. Drain  
   United States Bankruptcy Judge  
   U.S. Bankruptcy Court for the Southern District of New York  
   One Bowling Green  
   Room 610  
   New York, New York 10004

    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098

    <u>By ECF and Federal Express:</u>
    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
    Joseph N. Wharton, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606

    I certify that the foregoing statements are true. I am aware that if any of the foregoing statements is willfully false, I am subject to punishment.

Dated: June 21, 2007
Brecksville, Ohio

                                                <u>/s/Wallace W. Walker, Jr.</u>