**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                           Chapter 11

                                                                                       Case No. 05-44481(RDD)

DELPHI CORPORATION,  et al.,                                     Jointly Administered

                        Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of  *Brian Thomas FitzGerald*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *Brian Thomas FitzGerald*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 21, 2007
           New York, New York

                                                    /s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE