**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                               Jointly Administered

                            Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Joseph G. Strines*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Brian Joseph G. Strines*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 21, 2007
         New York, New York

                                                                /s/Robert D. Drain_____
                                                                UNITED STATES BANKRUPTCY JUDGE