Brian T. FitzGerald (BF-9411)
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
(813) 272-5670
Fax:  (813) 272-9231
Attorney for Doug Belden,
Hillsborough County Tax Collector

UNITED STATES BANKRUPTCY COURT<br>
SOUTHERN DISTRICT OF NEW YORK

In re              :

DELPHI CORPORATION, et al.           :
                                     :          Case No.: 05-44481 (RDD)
        Debtors.                     :
                                     :          (Jointly Administered)
_____/

**RESPONSE OF HILLSBOROUGH COUNTY TAX COLLECTOR TO
DEBTORS THIRTEENTH OMNIBUS CLAIMS OBJECTION**

Doug Belden, Hillsborough County, Florida Tax Collector (the "Tax Collector"), through

his undersigned counsel, files this Response to the Thirteenth Omnibus Claims Objection of the Debtors

and Debtors-in-Possession (Doc. No. 7825) (the "Objection") and the Notice of Objection to Claim which

was directed to the Tax Collector, and states:

1.      On or about May 9, 2006, the Tax Collector filed Claim No. 5372 in the amount of

$860.67 in Debtors' Case No. 05-44640 (attached Exhibit "A").

2.      The Tax Collector's Claim was filed as a secured claim for delinquent *ad valorem*

business tangible personal property taxes for tax year 2005, for property located at     5201 South

Westshore Blvd. in Tampa, Florida and owned by Delphi Automotive Systems LLC.

3.      Pursuant to §§197.122(1) and 192.053, Florida Statutes, copies of which are attached as

Exhibits "B" and "C", the Tax Collector's claim is given first lien secured status, superior to any and all

other liens on the subject tangible personal property.

4.      Under Florida law, the Tax Collector's secured lien status and priority is provided for by

statute, and no further instrument evidencing or creating this security interest is required.

5.      The Objection seeks to reclassify the Tax Collector's claim as a general unsecured claim. However, the Objection does not introduce any evidence whatsoever to rebut the presumption of validity of the Tax Collector's claim pursuant to Fed. R. Bankr. P. 3001(f), nor does the Objection set forth any basis for reclassifying the Tax Collector's claim to general unsecured status in contravention of the secured status granted by §§197.122(1) and 192.053, Florida Statutes.

WHEREFORE, the Tax Collector respectfully requests that the Court overrule and deny the Objection as it relates to the Tax Collector's Claim No. 5372.

Dated this _____ day of June, 2007.


_____
Brian T. FitzGerald (BF-9411)
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
(813) 272-5670
Fax:  (813) 272-5231
Attorney for Doug Belden, the
Hillsborough County Tax Collector


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been furnished this _____ day of June , 2007, by Federal Express to **Delphi Corporation,** 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel); **Skadden, Arps, Slate, Meagher & Flom LLP**, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (**Attn:  John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton**); and **The Honorable Robert D. Drain**, United States Bankruptcy Judge, Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.


_____
Brian T. FitzGerald (BF-9411)
Senior Assistant County Attorney