KELLEY DRYE & WARREN LLP
101 Park Avenue
James S. Carr (JC-1603)
Howard S. Steel (HS-5515)
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

**Hearing Date: July 19, 2007, at 10:00 a.m.**
**Response Deadline: July 12, 2007, at 4:00 p.m.**

Counsel for Hoover Precision Products, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al* | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## RESPONSE OF HOOVER PRECISION PRODUCTS, INC. TO
## DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION

Hoover Precision Products, Inc. (the "Claimant"), by and through its attorneys, Kelley

Drye & Warren LLP, hereby files this Response to that Seventeenth Omnibus Claims Objection,

dated June 15, 2007, of Delphi Corporation and certain of its subsidiaries and affiliates

(collectively, the "Debtors"). In support of the Response, the Claimant respectfully states as

follows:

### BACKGROUND

1.      On July 27, 2006, the Claimant filed a proof of claim (claim no. 11292), for an

unsecured claim in the amount of $1,298,844.76 against Delphi Corporation (the "Claim"). A

copy of the Claim is attached hereto as Exhibit A.

2.      On January 11, 2007, the Claimant assigned its claim to SPCP Group, LLC.

3.      On June 15, 2007, the Debtors filed the Objection which seeks, among other things, to reduce and reclassify the Claim from an unsecured claim for $1,298,844.76 to a portion of the Claim as an unsecured claim in the amount of $976,755.77, and a portion of the Claim as an administrative expense priority claim in the amount of $301,625.75. The Debtors also seek to modify the Claim so that it is asserted against Delphi Automotive Systems LLC.

## RESPONSE

4.      The Claimant does not object to the relief requested in the Objection, and asks the Court to allow the Claim for a portion of the Claim as an unsecured claim in the amount of $976,755.77, and a portion of the Claim as an administrative expense priority claim in the amount of $301,625.75, against Delphi Automotive Systems LLC.

5.      The Claimant has engaged in extensive claims reconciliation negotiations with the Debtors and both parties have come to agreement the modified treatment proposed in the Objection is the appropriate resolution of this Claim. A copy of an email of the Debtors confirming this amount to the Claimant is attached as Exhibit B. Therefore, the Claimant asks this Court to allow the claim as modified in the Objection.

**WHEREFORE**, the Claimant respectfully requests that this Court enter an order allowing the Claim for (i) a portion of the Claim as an unsecured claim in the amount of $976,755.77, and (ii) a portion of the Claim as an administrative expense priority claim in the amount of $301,625.75, against Delphi Automotive Systems LLC; and (iii) granting the Claimant such other and further relief as may be just and proper.

Date:    New York, New York
         June 22, 2007

                                    KELLEY DRYE & WARREN LLP

                                    By:  /s/ James S. Carr
                                         James S. Carr (JC-1603)
                                         Howard S. Steel (HS-5515)
                                    101 Park Avenue
                                    New York, NY  10178
                                    Tel:  (212) 808-7800
                                    Fax:  (212) 808-7897

                                    COUNSEL FOR HOOVER PRECISION
                                    PRODUCTS, INC.

# **EXHIBIT A**

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern | DISTRICT OF New York | PROOF OF CLAIM ~~Received~~ |
|---|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): Hoover Precision Products, Inc. & Subsidiaries

**Name and address where notices should be sent:**
Hoover Precision P.O. Box 899,
Cumming, GA 30028
Kelley, Drye & Warren LLP
101 Park Ave, New York, NY 10178

Telephone number: (770) 781 - 6241

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

AUG 04 2006
Kurtzman Carson

Claim #11292
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☑ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other

☐ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #:_____
  Unpaid compensation for services performed
  from _____ to _____
        (date)            (date)

**2. Date debt was incurred:** 5/01/2005 through 10/08/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,298,844.76 _____ _____ 1,298,844.76
                                                (unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 1,298,844.76
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4 20 05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date: 7/26/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any.) J.W. BRANDON CFO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to



0544481060727000000000078

## DELPHI BANKRUPTCY

**HOOVER PRECISION PRODUCTS**

| CUSTOMER NUMBERS | ACCOUNT BALANCE |
|---|---|
| 14036500 | 753,962.00 |
| 18091500 | 45,518.20 |
| 19009003 | 341,397.09 |
| 19009000 | 31,818.69 |
| 19009007 | 33,100.84 |
| 18091528 | 15,899.15 |
| 19009002 | 1,420.82 |
| 4002102 | 23,131.78 |
| 19009400 | 923.00 |
| 4039114 | 44.00 |
| 18091514 | 5,760.46 |
| 8060500 | 3,472.20 |
| 19008004 | 42,396.53 |
| TOTAL | 1,298,844.76 |

# HOOVER PRECISION PRODUCTS, INC.

### MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE  1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER 14-0365-00

REMIT-TO:   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI AUTOMOTIVE
CHASSIS DIVISION - SANDUSKY
FLINT, MI 48501-1550
P O BOX 1550

CONTACT: CHRIS HEINEMAN - PURCHASING
PHONE#: 419-627-7419

FAX#: 814196092745

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 8/29/05 | 815839 | 550064355 | | 11,360.62 |
| 8/29/05 | 815840 | 550000744 | | 21,078.24 |
| 8/30/05 | 816022 | 550000744 | | 25,473.22 |
| 8/30/05 | 816023 | 550064355 | | 3,496.41 |
| 8/31/05 | 816225 | 550064355 | | 1,167.25 |
| 8/31/05 | 816226 | 550000744 | | 21,222.78 |
| 9/01/05 | 816293 | 550064355 | | 7,020.90 |
| 9/01/05 | 816294 | 550000744 | | 21,144.71 |
| 9/02/05 | 816445 | 550064355 | | 12,769.87 |
| 9/02/05 | 816446 | 550000744 | | 23,717.09 |
| 9/06/05 | 816586 | 550064355 | | 9,376.20 |
| 9/06/05 | 816587 | 550000744 | | 22,392.27 |
| 9/07/05 | 816742 | 550064355 | | 11,764.28 |
| 9/07/05 | 816743 | 550000744 | | 21,120.44 |
| 9/08/05 | 816892 | 550064355 | | 9,427.46 |
| 9/08/05 | 816893 | 550000744 | | 18,870.86 |
| 9/09/05 | 817065 | 550064355 | | 5,829.29 |
| 9/09/05 | 817066 | 550000744 | | 12,221.72 |
| 9/12/05 | 817227 | 550064355 | | 9,431.50 |
| 9/12/05 | 817229 | 550000744 | | 17,781.86 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   **2**

STATEMENT-DATE   7/21/06

CUSTOMER-NUMBER   14-0365-00

**REMIT-TO:**   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI AUTOMOTIVE
CHASSIS DIVISION - SANDUSKY
FLINT, MI 48501-1550
P O BOX 1550

CONTACT: CHRIS HEINEMAN - PURCHASING
PHONE#: 419-627-7419

FAX#: 814196092745

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 9/13/05 | 817369 | 550064355 | | 11,703.84 |
| 9/13/05 | 817370 | 550000744 | | 2,153.27 |
| 9/13/05 | 817371 | 550000744 | | 9,950.87 |
| 9/14/05 | 817526 | 550064355 | | 7,042.60 |
| 9/14/05 | 817527 | 550064355 | | 2,386.77 |
| 9/14/05 | 817528 | 550000744 | | 3,225.45 |
| 9/14/05 | 817529 | 550000744 | | 21,149.66 |
| 9/15/05 | 817651 | 550064355 | | 6,996.65 |
| 9/15/05 | 817652 | 550064355 | | 1,198.29 |
| 9/15/05 | 817653 | 550000744 | | 14,377.22 |
| 9/16/05 | 817874 | 550000744 | | 25,500.04 |
| 9/16/05 | 817875 | 550064355 | | 2,296.56 |
| 9/16/05 | 817876 | 550064355 | | 1,029.62 |
| 9/16/05 | 817877 | 550064355 | | 3,603.60 |
| 9/16/05 | 817878 | 550064355 | | 4,486.15 |
| 9/19/05 | 818020 | 550064355 | | 5,818.58 |
| 9/19/05 | 818021 | 550000744 | | 23,273.34 |
| 9/20/05 | 818205 | 55000064355 | | 15,194.21 |
| 9/20/05 | 818206 | 550000744 | | 27,760.29 |
| 9/21/05 | 818305 | 550064355 | | 10,545.66 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    3

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  14-0365-00

REMIT-TO:    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI AUTOMOTIVE
CHASSIS DIVISION - SANDUSKY
FLINT, MI  48501-1550
P O BOX 1550

CONTACT: CHRIS HEINEMAN - PURCHASING
PHONE#: 419-627-7419

FAX#: 814196092745

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 9/21/05 | 818306 | 550000744 | | 19,086.43 |
| 9/22/05 | 818452 | 550064355 | | 13,972.28 |
| 9/22/05 | 818453 | 550000744 | | 22,406.09 |
| 9/23/05 | 818604 | 550000744 | | 26,629.49 |
| 9/23/05 | 818605 | 550064355 | | 2,374.74 |
| 9/26/05 | 818740 | 550064355 | | 10,529.30 |
| 9/26/05 | 818741 | 550000744 | | 22,354.58 |
| 9/27/05 | 818910 | 550064355 | | 7,037.39 |
| 9/27/05 | 818917 | 550000744 | | 15,634.39 |
| 9/27/05 | 818924 | 550000744 | | 2,424.06 |
| 9/27/05 | 818925 | 550000744 | | 942.51 |
| 9/28/05 | 819019 | 550000744 | | 21,053.61 |
| 9/28/05 | 819020 | 550064355 | | 1,136.24 |
| 9/28/05 | 819021 | 550000744 | | 1,153.89 |
| 9/29/05 | 819177 | 550064355 | | 2,251.25 |
| 9/29/05 | 819178 | 550000744 | | 21,319.99 |
| 9/30/05 | 819362 | 550064355 | | 2,455.09 |
| 9/30/05 | 819363 | 550064355 | | 8,141.42 |
| 9/30/05 | 819366 | 550000744 | | 16,710.98 |
| 10/03/05 | 819550 | 550064355 | | 3,488.53 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    4

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER 14-0365-00

REMIT-TO:    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI AUTOMOTIVE
CHASSIS DIVISION - SANDUSKY
FLINT, MI  48501-1550
P O BOX 1550

CONTACT: CHRIS HEINEMAN - PURCHASING
PHONE#: 419-627-7419

FAX#: 814196092745

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 10/03/05 | 819552 | 550000744 | | 15,813.38 |
| 10/04/05 | 819721 | 550064355 | | 13,013.74 |
| 10/04/05 | 819722 | 550000744 | | 17,672.98 |
| | | **TOTAL-AMOUNT** | | 753,962.00 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS   15-063-7429
PHONE  (770) 889-9223
FAX    (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  18-0915-00

REMIT-TO:    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI AUTOMOTIVE SYSTEMS
P O BOX 436040
PONTIAC, MI  48343-6040
DELPHI ENERGY - GRAND RAPIDS

CONTACT: DEBBIE HISSONG
PHONE#: 616-246-2384

FAX#: 81616-246-2386

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 8/05/05 | 813501 | AIS49357 | | 865.00 |
| 8/30/05 | 816024 | 550005581 | | 1,092.00 |
| 8/31/05 | 816153 | 550076618 | | 2,568.00 |
| 8/31/05 | 816163 | 550005581 | | 1,092.00 |
| 9/01/05 | 816309 | 550005581 | | 2,184.00 |
| 9/02/05 | 816449 | 550005581 | | 1,092.00 |
| 9/06/05 | 816604 | 550005581 | | 1,092.00 |
| 9/07/05 | 816741 | 550076618 | | 2,568.00 |
| 9/07/05 | 816814 | 550005581 | | 1,092.00 |
| 9/08/05 | 816940 | 550005581 | | 2,184.00 |
| 9/09/05 | 817101 | 550005581 | | 1,092.00 |
| 9/12/05 | 817253 | 550005581 | | 1,092.00 |
| 9/13/05 | 817317 | 550076618 | | 2,568.00 |
| 9/14/05 | 817507 | 550005505 | | 348.60 |
| 9/14/05 | 817537 | 550005581 | | 1,092.00 |
| 9/16/05 | 817869 | 550005581 | | 1,092.00 |
| 9/20/05 | 818176 | 550005581 | | 1,092.00 |
| 9/21/05 | 818295 | 550076618 | | 2,568.00 |
| 9/21/05 | 818309 | 550005581 | | 1,092.00 |
| 9/22/05 | 818448 | AIS48950 | | 4,000.00 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    2

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER 18-0915-00

REMIT-TO:    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI AUTOMOTIVE SYSTEMS
P O BOX 436040
PONTIAC, MI  48343-6040
DELPHI ENERGY - GRAND RAPIDS

CONTACT: DEBBIE HISSONG
PHONE#: 616-246-2384

FAX#: 81616-246-2386

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 9/22/05 | 818535 | 550005581 | | 1,092.00 |
| 9/26/05 | 818722 | 550005581 | | 1,092.00 |
| 9/27/05 | 818893 | 550005581 | | 1,092.00 |
| 9/28/05 | 819006 | 550076618 | | 2,568.00 |
| 9/28/05 | 819011 | 550005505 | | 348.60 |
| 9/28/05 | 819017 | 550075028 | | 2,000.00 |
| 9/29/05 | 819267 | 550005581 | | 1,092.00 |
| 9/30/05 | 819385 | 550005581 | | 1,092.00 |
| 10/04/05 | 819726 | 550005581 | | 1,092.00 |
| 10/05/05 | 819852 | 550005581 | | 2,184.00 |
| | | **TOTAL-AMOUNT** | | 45,518.20 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-03

REMIT-TO:    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIV
3900 HOLLAND ROAD
SAGINAW, MI  48603
PLANT 4 & 5

CONTACT: YOLANDA SANTOYA
PHONE#: 989-757-0132

FAX#: 81989-757-3714

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 5/06/05 | 803779 | SAG90I5487 | | 16,563.20 |
| 8/30/05 | 816026 | SAG90I5487 | | 1,298.90 |
| 9/01/05 | 816297 | SAG90I5487 | | 1,312.22 |
| 9/01/05 | 816304 | SAG90I5487 | | 4,237.90 |
| 9/02/05 | 816448 | SAG90I5487 | | 15,296.31 |
| 9/06/05 | 816602 | SAG90I5487 | | 1,312.22 |
| 9/06/05 | 816603 | SAG90I5487 | | 6,163.00 |
| 9/07/05 | 816815 | SAG90I5487 | | 2,260.56 |
| 9/08/05 | 816902 | SAG90I5487 | | 1,263.77 |
| 9/08/05 | 816937 | SAG90I5487 | | 10,027.25 |
| 9/09/05 | 817098 | SAG90I5487 | | 6,358.91 |
| 9/12/05 | 817249 | SAG90I5487 | | 1,310.71 |
| 9/12/05 | 817252 | SAG90I5487 | | 8,102.38 |
| 9/13/05 | 817360 | SAG90I5487 | | 19,203.69 |
| 9/13/05 | 817363 | SAG90I5487 | | 1,300.81 |
| 9/14/05 | 817520 | SAG90I5487 | | 1,312.22 |
| 9/14/05 | 817536 | SAG90I5487 | | 11,224.85 |
| 9/15/05 | 817731 | SAG90I5487 | | 1,312.22 |
| 9/15/05 | 817737 | SAG90I5487 | | 8,425.76 |
| 9/16/05 | 817867 | SAG90I5487 | | 1,312.22 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   **2**

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-03

REMIT-TO:   P. O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIV
3900 HOLLAND ROAD
SAGINAW, MI  48603
PLANT 4 & 5

CONTACT: YOLANDA SANTOYA
PHONE#: 989-757-0132

FAX#: 81989-757-3714

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|-----------------------|----------------|-----------------|
| 9/16/05 | 817883 | SAG90I5487 | | 20,059.17 |
| 9/19/05 | 818089 | SAG90I5487 | | 19,302.29 |
| 9/20/05 | 818174 | SAG90I5487 | | 1,267.81 |
| 9/20/05 | 818219 | SAG90I5487 | | 10,041.06 |
| 9/21/05 | 818308 | SAG90I5487 | | 1,312.22 |
| 9/21/05 | 818362 | SAG90I5487 | | 19,730.35 |
| 9/22/05 | 818520 | SAG90I5487 | | 1,312.22 |
| 9/22/05 | 818527 | SAG90I5487 | | 17,889.73 |
| 9/23/05 | 818628 | SAG90I5487 | | 1,312.22 |
| 9/23/05 | 818645 | SAG90I5487 | | 7,965.19 |
| 9/26/05 | 818787 | SAG90I5487 | | 13,866.33 |
| 9/27/05 | 818958 | SAG90I5487 | | 21,249.98 |
| 9/28/05 | 819061 | SAG90I5487 | | 1,312.22 |
| 9/28/05 | 819124 | SAG90I5487 | | 20,152.93 |
| 9/29/05 | 819251 | SAG90I5487 | | 22,205.76 |
| 9/29/05 | 819255 | SAG90I5487 | | 1,279.21 |
| 9/30/05 | 819379 | SAG90I5487 | | 1,318.98 |
| 9/30/05 | 819417 | SAG90I5487 | | 15,061.86 |
| 10/03/05 | 819636 | SAG90I5487 | | 12,802.83 |
| 10/04/05 | 819791 | SAG90I5487 | | 11,043.41 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   3

STATEMENT-DATE 7/21/06

CUSTOMER-NUMBER 19-0090-03

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIV
3900 HOLLAND ROAD
SAGINAW, MI  48603
PLANT 4 & 5

CONTACT: YOLANDA SANTOYA
PHONE#: 989-757-0132

FAX#: 81989-757-3714

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 10/05/05 | 819853 | SAG90I5487 | | 1,312.22 |
| | | **TOTAL-AMOUNT** | | 341,397.09 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX  (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE  1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-00

REMIT-TO:   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION
P O BOX 436040
PONTIAC, MI  48343-6040
CISCO 44026 - SAP# K906 PLANT 6

CONTACT: MIKE HOFFMAN
PHONE#: 989-757-5692

FAX#: 81989-757-3604

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 8/04/05 | 813308 | SAG9FI5607 | | 3,803.02 |
| 8/04/05 | 814965 | SAG9FI5607 | | 278.27 |
| 8/04/05 | 813309 | SAG9FI5607 | | 1,328.40 |
| 8/04/05 | 814968 | SAG9FI5607 | | 97.20 |
| 8/29/05 | 815861 | SAG9OI0229 | | 316.80 |
| 8/29/05 | 815862 | SAG9OI0229 | | 164.16 |
| 8/30/05 | 816076 | SAG9OI0229 | | 326.40 |
| 8/30/05 | 816077 | SAG9OI0229 | | 316.80 |
| 8/30/05 | 816078 | SAG9OI0229 | | 129.60 |
| 8/30/05 | 816080 | SAG9OI0229 | | 237.60 |
| 8/30/05 | 816081 | SAG9OI0229 | | 316.80 |
| 8/30/05 | 816082 | SAG9OI0229 | | 316.80 |
| 8/30/05 | 816083 | SAG9OI0229 | | 94.07 |
| 8/31/05 | 816220 | SAG9OI0229 | | 86.40 |
| 8/31/05 | 816221 | SAG9OI0229 | | 273.39 |
| 8/31/05 | 816222 | SAG9OI0229 | | 316.80 |
| 8/31/05 | 816223 | SAG9OI0229 | | 316.80 |
| 9/01/05 | 816371 | SAG9OI0229 | | 86.40 |
| 9/01/05 | 816372 | SAG9OI0229 | | 316.80 |
| 9/02/05 | 816526 | QAG9OI0229 | | 86.40 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    **2**

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-00

REMIT-TO:    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION
P O BOX 436040
PONTIAC, MI  48343-6040
CISCO 44026 - SAP# K906 PLANT 6

CONTACT: MIKE HOFFMAN
PHONE#: 989-757-5692

FAX#: 81989-757-3604

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 9/02/05 | 816527 | SAG90I0229 | | 316.80 |
| 9/06/05 | 816629 | QAG90I0229 | | 86.40 |
| 9/06/05 | 816630 | SAG90I0229 | | 316.80 |
| 9/06/05 | 816631 | SAG90I0229 | | 316.80 |
| 9/06/05 | 816632 | SAG90I0229 | | 326.40 |
| 9/06/05 | 816633 | SAG90I0229 | | 320.87 |
| 9/06/05 | 816647 | SAG9FI5607 | | 3,788.60 |
| 9/07/05 | 816778 | QAG90I0229 | | 43.20 |
| 9/07/05 | 816779 | SAG90I0229 | | 317.18 |
| 9/07/05 | 816812 | SAG90I5487 | | 335.28 |
| 9/07/05 | 816824 | SAG90I0229 | | 323.14 |
| 9/08/05 | 816988 | SAG90I0229 | | 537.66 |
| 9/09/05 | 817021 | QAG90I0229 | | 43.20 |
| 9/09/05 | 817055 | SQAG90I0229 | | 43.20 |
| 9/09/05 | 817133 | SAG90I0229 | | 302.61 |
| 9/09/05 | 817133 | SAG90I0229 | | 435.70CR |
| 9/09/05 | 817163 | SAG90I0229 | | 158.40 |
| 9/13/05 | 817401 | SAG90I0229 | | 318.32 |
| 9/13/05 | 817402 | QAG90I0229 | | 172.80 |
| 9/13/05 | 817403 | SAG90I0229 | | 33.44 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   **3**

STATEMENT-DATE **7/21/06**

CUSTOMER-NUMBER **19-0090-00**

REMIT-TO:   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION
P O BOX 436040
PONTIAC, MI  48343-6040
CISCO 44026 - SAP# K906 PLANT 6

CONTACT: MIKE HOFFMAN
PHONE#: 989-757-5692

FAX#: 81989-757-3604

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 9/13/05 | 817404 | SAG90I0229 | | 475.20 |
| 9/15/05 | 817673 | SAG90I0229 | | 129.60 |
| 9/15/05 | 817675 | SAG90I0229 | | 43.20 |
| 9/15/05 | 817689 | SAG90I0229 | | 316.80 |
| 9/15/05 | 817694 | SAG90I0229 | | 316.80 |
| 9/15/05 | 817701 | SAG90I0229 | | 316.80 |
| 9/15/05 | 817755 | SAG90I0229 | | 316.80 |
| 9/16/05 | 817852 | SAG90I0229 | | 64.80 |
| 9/16/05 | 817860 | SAG90I0229 | | 240.42 |
| 9/16/05 | 817887 | SAG90I0229 | | 463.50 |
| 9/19/05 | 818099 | SAG90I0229 | | 86.40 |
| 9/19/05 | 818100 | SAG90I0229 | | 216.20 |
| 9/19/05 | 818101 | SAG90I0229 | | 34.54 |
| 9/19/05 | 818102 | SAG90I0229 | | 158.40 |
| 9/19/05 | 818103 | SAG90I0229 | | 158.40 |
| 9/19/05 | 818119 | SAG90I0229 | | 397.42 |
| 9/20/05 | 818172 | SAG900229 | | 419.10 |
| 9/20/05 | 818213 | SAG90I0229 | | 485.37 |
| 9/20/05 | 818214 | SAG90I0229 | | 86.40 |
| 9/21/05 | 818289 | SAG90I0229 | | 158.40 |
| (CONTINUED ON NEXT PAGE) | | | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    4

STATEMENT-DATE 7/21/06

CUSTOMER-NUMBER 19-0090-00

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION          CONTACT: MIKE HOFFMAN
P O BOX 436040                            PHONE#: 989-757-5692
PONTIAC, MI  48343-6040
CISCO 44026 - SAP# K906 PLANT 6           FAX#: 81989-757-3604

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 9/21/05 | 818373 | SAG90I0229 | | 108.09 |
| 9/22/05 | 818433 | SAG90I0229 | | 86.40 |
| 9/23/05 | 818608 | SAG90I0229 | | 316.80 |
| 9/23/05 | 818609 | SAG90I0229 | | 86.40 |
| 9/23/05 | 818646 | SAG90I0229 | | 47.19 |
| 9/26/05 | 818716 | SAG90I0229 | | 86.40 |
| 9/26/05 | 818768 | SAG90I0229 | | 86.40 |
| 9/26/05 | 818769 | SAG90I0229 | | 259.20 |
| 9/26/05 | 818770 | SAG90I0229 | | 278.10 |
| 9/26/05 | 818771 | SAG90I0229 | | 316.80 |
| 9/26/05 | 818772 | SAG90I0229 | | 210.60 |
| 9/27/05 | 818890 | SAG90I5487 | | 754.38 |
| 9/27/05 | 818901 | SAG90I0229 | | 237.60 |
| 9/27/05 | 818902 | SAG90I0229 | | 341.91 |
| 9/27/05 | 818903 | SAG90I0229 | | 408.00 |
| 9/27/05 | 818904 | SAG90I0229 | | 86.40 |
| 9/27/05 | 818905 | SAG90I0229 | | 405.58 |
| 9/27/05 | 818959 | SAG | | 466.22 |
| 9/28/05 | 819098 | SAG90I0229 | | 208.56 |
| 9/28/05 | 819099 | SAG90I0229 | | 244.80 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING,  GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   5

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-00

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION
P O BOX 436040
PONTIAC, MI  48343-6040
CISCO 44026 - SAP# K906 PLANT 6

CONTACT: MIKE HOFFMAN
PHONE#: 989-757-5692

FAX#: 81989-757-3604

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 9/28/05 | 819100 | SAG90I0229 | | 88.03 |
| 9/29/05 | 819246 | SAG90I0229 | | 476.43 |
| 9/29/05 | 819248 | SAG90I0229 | | 86.40 |
| 9/30/05 | 819481 | SAG90I0229 | | 86.40 |
| 9/30/05 | 819482 | SAG90I0229 | | 158.40 |
| 9/30/05 | 819483 | SAG90I0229 | | 292.50 |
| 10/03/05 | 819655 | SAG90I0229 | | 792.00 |
| 10/03/05 | 819656 | SAG90I0229 | | 41.00 |
| 10/03/05 | 819657 | SAG90I0229 | | 244.29 |
| 10/03/05 | 819658 | SAG90I0229 | | 63.66 |
| 10/03/05 | 819659 | SAG90I0229 | | 153.15 |
| 10/03/05 | 819660 | SAG90I0229 | | 237.60 |
| 10/03/05 | 819661 | SAG90I0229 | | 86.40 |
| 10/03/05 | 819662 | SAG90I0229 | | 164.80 |
| 10/03/05 | 819663 | SAG90I0229 | | 52.65 |
| 10/04/05 | 819744 | SAG90I0229 | | 319.97 |
| 10/04/05 | 819745 | SAG90I0229 | | 86.40 |
| 10/04/05 | 819746 | SAG90I0229 | | 183.79 |
| 10/04/05 | 819747 | SAG90I0229 | | 23.23 |
| 10/04/05 | 819748 | SAG90I0229 | | 129.60 |
| | (CONTINUED ON NEXT PAGE) | | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING,  GA 30128
DUNS  15-063-7429
PHONE  (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    6

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-00

**REMIT-TO:**    *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION
P O BOX 436040
PONTIAC, MI  48343-6040
CISCO 44026 - SAP# K906 PLANT 6

CONTACT: MIKE HOFFMAN
PHONE#: 989-757-5692

FAX#: 81989-757-3604

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 10/04/05 | 819790 | SAG9015487 | | 1,257.30 |
| | | **TOTAL-AMOUNT** | | 31,818.69 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

```
P. O. BOX 899                                                    PAGE    1
CUMMING, GA 30128                    STATEMENT
DUNS 15-063-7429                                         STATEMENT-DATE  7/21/06
PHONE (770) 889-9223
FAX   (770) 889-0828                                    CUSTOMER-NUMBER 19-0090-07
TIN# 58-1884128
```

**REMIT-TO:**   P.O. BOX 101840 ATLANTA, GA 30392-1840

```
                    INVOICE-TO
          AUTOMOTIVE COMP-SAGINAW DIVISION       CONTACT:
          DISBURSEMENT ANALYSIS DEPARTMENT       PHONE#:
          P O BOX 436040
          CISCO 44001 - PLANT 7                  FAX#: 81989-757-5865
          PONTIAC, MI  48343-6040
```

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|-----------------------|----------------|-----------------|
| 8/30/05 | 816028 | SAG90I3235 | | 1,436.40 |
| 9/01/05 | 816296 | SAG90I3235 | | 798.00 |
| 9/02/05 | 816447 | SAG90I3235 | | 1,412.28 |
| 9/06/05 | 816598 | SAG90I3235 | | 2,842.85 |
| 9/07/05 | 816813 | SAG90I3235 | | 638.40 |
| 9/08/05 | 816941 | SAG90I3235 | | 954.36 |
| 9/09/05 | 817092 | SAG90I3235 | | 718.20 |
| 9/09/05 | 817162 | SAG90I0229 | | 114.40 |
| 9/12/05 | 817248 | SAG90I3235 | | 638.40 |
| 9/13/05 | 817358 | SAG90I3235 | | 2,956.08 |
| 9/14/05 | 817519 | SAG90I3235 | | 694.08 |
| 9/15/05 | 817729 | SAG90I3235 | | 694.08 |
| 9/16/05 | 817864 | SAG90I3235 | | 2,609.28 |
| 9/16/05 | 817964 | SAG90I0229 | | 114.40 |
| 9/19/05 | 818054 | SAG90I3235 | | 694.08 |
| 9/20/05 | 818173 | SAG90I3235 | | 1,013.28 |
| 9/21/05 | 818307 | SAG90I3235 | | 2,019.91 |
| 9/22/05 | 818523 | SAG90I3235 | | 780.84 |
| 9/23/05 | 818625 | SAG90I3235 | | 1,492.08 |
| 9/26/05 | 818724 | SAG90I3235 | | 1,332.48 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   **2**

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0090-07

**REMIT-TO:**    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP-SAGINAW DIVISION
DISBURSEMENT ANALYSIS DEPARTMENT
P O BOX 436040
CISCO 44001 - PLANT 7
PONTIAC, MI  48343-6040

CONTACT:
PHONE#:

FAX#: 81989-757-5865

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 9/26/05 | 818739 | SAG90I0229 | | 114.40 |
| 9/27/05 | 818883 | SAG90I3235 | | 1,013.28 |
| 9/28/05 | 819062 | SAG90I3235 | | 867.60 |
| 9/29/05 | 819265 | SAG90I3235 | | 1,186.80 |
| 9/30/05 | 819384 | SAG90I3235 | | 1,825.20 |
| 10/03/05 | 819549 | SAG90I0229 | | 114.40 |
| 10/03/05 | 819555 | SAG90I3235 | | 1,013.28 |
| 10/04/05 | 819794 | SAG90I3235 | | 1,825.20 |
| 10/05/05 | 819854 | SAG90I3235 | | 1,186.80 |
| | | **TOTAL-AMOUNT** | | 33,100.84 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

*P. O. BOX 899*
*CUMMING, GA 30128*
*DUNS 15-063-7429*
*PHONE (770) 889-9223*
*FAX  (770) 889-0828*
*TIN# 58-1884128*

**STATEMENT**

PAGE   1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  18-0915-28

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
DELPHI SAGINAW STEERING SYSTEMS
P O BOX 1550
DELPHI S 44391 - PLANT 43
FLINT, MI  48501-1550

CONTACT: MIKE FROST
PHONE#: 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-5272

FAX#: 818882203479

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 8/29/05 | 815873 | SAG90I5487 | | 1,483.82 |
| 9/01/05 | 816368 | SAG90I0229 | | 79.20 |
| 9/07/05 | 816828 | SAG90I5487 | | 1,766.45 |
| 9/12/05 | 817258 | SAG90I5487 | | 4,062.84 |
| 9/15/05 | 817740 | SAG90I0229 | | 79.20 |
| 9/19/05 | 818033 | SAG90I5487 | | 3,638.89 |
| 9/19/05 | 818034 | SAG90I5487 | | 458.94 |
| 9/26/05 | 818747 | SAG90I5487 | | 3,674.22 |
| 9/26/05 | 818748 | SAG90I5487 | | 497.19 |
| 9/28/05 | 819101 | SAG90I0229 | | 158.40 |
| | | **TOTAL-AMOUNT** | | 15,899.15 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   1

STATEMENT-DATE 7/21/06

CUSTOMER-NUMBER 19-0090-02

**REMIT-TO:**   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
AUTOMOTIVE COMP - SAGNIAW DIVISION      CONTACT: CINDY
P O BOX 436037                          PHONE#: 517-757-5333
PONTIAC, MI  48343-6037
CISCO 44023 SAP# K903  PLANT 3 PUMPS    FAX#:

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 8/10/05 | 813869 | SAG90I0229 | | 27.36 |
| 9/07/05 | 816752 | SAG90I0229 | | 54.72 |
| 9/07/05 | 816761 | SAG90I0229 | | 52.65 |
| 9/09/05 | 817059 | SAG90I0229 | | 52.65 |
| 9/09/05 | 817062 | SAG90I0229 | | 136.80 |
| 9/12/05 | 817269 | SAG90I0229 | | 54.72 |
| 9/13/05 | 817430 | SAG90I0229 | | 54.72 |
| 9/14/05 | 817598 | SAG90I0229 | | 54.72 |
| 9/16/05 | 817968 | SAG90I0229 | | 54.72 |
| 9/19/05 | 818014 | SAG90I0229 | | 54.72 |
| 9/20/05 | 818234 | SAG90I0229 | | 82.08 |
| 9/23/05 | 818663 | SAG90I0229 | | 109.44 |
| 9/26/05 | 818738 | SAG90I0229 | | 82.08 |
| 9/28/05 | 819038 | SAG90I0229 | | 109.44 |
| 9/29/05 | 819203 | SAG90I0229 | | 82.08 |
| 9/29/05 | 819229 | SAG90I0229 | | 59.03 |
| 9/29/05 | 819235 | SAG90I0229 | | 27.36 |
| 9/30/05 | 819391 | SAG90I0229 | | 54.72 |
| 10/03/05 | 819548 | SAG90I0229 | | 54.72 |
| 10/04/05 | 819716 | SAG90I0229 | | 82.08 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   2

STATEMENT-DATE 7/21/06

CUSTOMER-NUMBER 19-0090-02

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
AUTOMOTIVE COMP - SAGNIAW DIVISION
P O BOX 436037
PONTIAC, MI  48343-6037
CISCO 44023 SAP# K903  PLANT 3 PUMPS

CONTACT: CINDY
PHONE#: 517-757-5333

FAX#:

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 10/05/05 | 819851 | SAG90I0229 | | 52.65 |
| 10/06/05 | 819986 | SAG90I0229 | | 27.36 |
| | | **TOTAL-AMOUNT** | | 1,420.82 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE 1

STATEMENT-DATE 7/21/06

CUSTOMER-NUMBER 4-0021-02

**REMIT-TO:** *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
DELCO-REMY DIVISION
GENERAL MOTORS CORPORATION
CISCO 35021 SAP# JM01
DELPHI E/SEC JUAREZ
P O BOX 2439
ANDERSON, IN 46018-2439

CONTACT: SANDY FORNEY-IRMA 915-783-4738-FAX4746
PHONE#: 317-646-3399

FAX#: 81317-646-3398

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 5/20/05 | 805241 | 0550006510 | | 1,484.10 |
| 5/27/05 | 806057 | 0550006512 | | 451.80 |
| 8/29/05 | 815830 | 0550006510 | | 890.46 |
| 8/30/05 | 816029 | 0550006512 | | 321.60 |
| 8/30/05 | 816069 | 0550006513 | | 489.60 |
| 8/31/05 | 816151 | 0550006510 | | 1,484.10 |
| 8/31/05 | 816154 | 0550006511 | | 206.54 |
| 9/01/05 | 816313 | 0550006512 | | 160.80 |
| 9/01/05 | 816329 | 0550006510 | | 1,187.28 |
| 9/02/05 | 816492 | 550069240 | | 59.16 |
| 9/06/05 | 816584 | 0550006510 | | 296.82 |
| 9/06/05 | 816585 | 0550006511 | | 206.54 |
| 9/07/05 | 816738 | 0550006510 | | 1,187.28 |
| 9/07/05 | 816739 | 0550006512 | | 160.80 |
| 9/07/05 | 816770 | 550069240 | | 118.32 |
| 9/07/05 | 816780 | 0550006513 | | 489.60 |
| 9/07/05 | 816825 | 0550006510 | | 890.46 |
| 9/08/05 | 816886 | 0550006510 | | 296.82 |
| 9/08/05 | 816936 | 550004847 | | 171.60 |
| 9/12/05 | 817223 | 0550006512 | | 321.60 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE     **2**

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  4-0021-02

REMIT-TO:   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELCO-REMY DIVISION
GENERAL MOTORS CORPORATION
CISCO 35021 SAP# JM01
DELPHI E/SEC JUAREZ
P O BOX 2439
ANDERSON, IN   46018-2439

CONTACT: SANDY FORNEY-IRMA 915-783-4738-FAX4746
PHONE#: 317-646-3399

FAX#: 81317-646-3398

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|-----------------------|----------------|-----------------|
| 9/12/05 | 817224 | 0550006510 | | 296.82 |
| 9/12/05 | 817268 | 0550006513 | | 489.60 |
| 9/14/05 | 817485 | 0550006510 | | 1,187.28 |
| 9/14/05 | 817569 | 0550006513 | | 489.60 |
| 9/15/05 | 817638 | 0550006510 | | 296.82 |
| 9/16/05 | 817863 | 0550006510 | | 296.82 |
| 9/16/05 | 817892 | 550069240 | | 118.32 |
| 9/19/05 | 818017 | 0550006512 | | 160.80 |
| 9/19/05 | 818019 | 0550006510 | | 890.46 |
| 9/21/05 | 818291 | 0550006512 | | 160.80 |
| 9/22/05 | 818431 | 0550006510 | | 593.64 |
| 9/26/05 | 818717 | 0550006510 | | 890.46 |
| 9/26/05 | 818763 | 0550006512 | | 160.80 |
| 9/27/05 | 818897 | 0550006512 | | 321.60 |
| 9/27/05 | 818898 | 0550006510 | | 1,187.28 |
| 9/28/05 | 819043 | 0550006510 | | 593.64 |
| 9/30/05 | 819504 | 0550006510 | | 1,187.28 |
| 10/04/05 | 819713 | 0550006510 | | 2,406.34 |
| 10/04/05 | 819714 | 0550006511 | | 206.54 |
| 10/04/05 | 819717 | 0550006512 | | 321.60 |
| | | **TOTAL-AMOUNT** | | 23,131.78 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING,  GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX    (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  19-0094-00

**REMIT-TO:**    *P. O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
DELPHI S AUTOMOTIVE
3900 EAST HOLLAND RD.
PLANT 21
CISCO 44068 -SAP OAD NEW CASTLE PLT 12
SAGINAW, MI  48601

CONTACT: JOHN SIMMONS - PLT 21
PHONE#: 256-552-5817

FAX#: 81256-552-5994

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 8/10/05 | 813872 | SAG90I0229 | | 27.36 |
| 8/10/05 | 813874 | SAG90I0229 | | 123.96 |
| 8/10/05 | 813874 | SAG90I0229 | | 41.92CR |
| 8/30/05 | 816079 | SAG90I0229 | | 86.40 |
| 8/31/05 | 816166 | SAG90I0229 | | 43.20 |
| 9/01/05 | 816389 | SAG90I0229 | | 109.44 |
| 9/02/05 | 816453 | SAG90I0229 | | 43.20 |
| 9/06/05 | 816620 | SAG90I0229 | | 27.36 |
| 9/07/05 | 816740 | SAG90I0229 | | 21.60 |
| 9/07/05 | 816748 | SAG90I0229 | | 27.36 |
| 9/08/05 | 816887 | SAG90I0229 | | 21.60 |
| 9/09/05 | 817022 | SAG90I0229 | | 21.60 |
| 9/12/05 | 817215 | SAG90I0229 | | 21.60 |
| 9/13/05 | 817428 | SAG90I0229 | | 21.60 |
| 9/14/05 | 817488 | SAG90I0229 | | 21.60 |
| 9/15/05 | 817639 | SAG90I0229 | | 21.60 |
| 9/16/05 | 817965 | SAG90I0229 | | 27.36 |
| 9/16/05 | 817970 | SAG90I0229 | | 21.60 |
| 9/19/05 | 818013 | SAG90I0229 | | 27.36 |
| 9/19/05 | 818015 | SAG90I0229 | | 21.60 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE  (770) 889-9223
FAX    (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   **2**

STATEMENT-DATE  **7/21/06**

CUSTOMER-NUMBER  **19-0094-00**

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
DELPHI S AUTOMOTIVE
3900 EAST HOLLAND RD.
PLANT 21
CISCO 44068 -SAP OAD NEW CASTLE PLT 12
SAGINAW, MI  48601

CONTACT: JOHN SIMMONS - PLT 21
PHONE#: 256-552-5817

FAX#: **81256-552-5994**

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 9/21/05 | 818292 | SAG90I0229 | | 21.60 |
| 9/22/05 | 818432 | SAG90I0229 | | 21.60 |
| 9/23/05 | 818584 | SAG90I0229 | | 21.60 |
| 9/26/05 | 818796 | SAG90I0229 | | 27.36 |
| 9/27/05 | 818881 | SAG90I0229 | | 21.60 |
| 9/29/05 | 819159 | SAG90I0229 | | 21.60 |
| 9/30/05 | 819358 | SAG90I0229 | | 21.60 |
| 10/03/05 | 819547 | SAG90I0229 | | 21.60 |
| 10/04/05 | 819715 | SAG90I0229 | | 21.60 |
| 10/05/05 | 819837 | SAG90I0229 | | 27.36 |
| | | **TOTAL-AMOUNT** | | **923.00** |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER  4-0391-14

REMIT-TO:   P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI CHASSIS SYSTEMS TEST CENTER
2582 E. RIVER ROAD
CISCO - 34011
MORAINE, OH  45439
INVOICE MAIL STOP R-02

CONTACT:
PHONE#:

FAX#: 81513-455-9133

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 10/03/05 | 819565 | 550035510 | | 22.00 |
| 10/04/05 | 819751 | 550035510 | | 22.00 |
| | | **TOTAL-AMOUNT** | | 44.00 |

# HOOVER PRECISION PRODUCTS, INC.

### MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   1

STATEMENT-DATE   7/21/06

CUSTOMER-NUMBER 18-0915-14

REMIT-TO:   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
DELPHI ENERGY AND SAFETY
250 N. WOODS BLVD.
E&C FLINT EAST
CISCO 31005 - SAP E 101 -E&C DOCK 100
VANDALIA, OH  45377

CONTACT: DONNA
PHONE#: 810-257-6007

FAX#: **81810-257-7919**

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 9/01/05 | 816319 | 550025702 | | 392.12 |
| 9/06/05 | 816622 | 550013306 | | 85.80 |
| 9/06/05 | 816628 | 550025702 | | 392.12 |
| 9/07/05 | 816833 | 550025702 | | 196.06 |
| 9/09/05 | 817057 | 550025702 | | 196.06 |
| 9/12/05 | 817225 | 550013306 | | 85.80 |
| 9/12/05 | 817228 | F8G00001 | | 139.50 |
| 9/13/05 | 817427 | 550025702 | | 196.06 |
| 9/14/05 | 817484 | 550013306 | | 171.60 |
| 9/14/05 | 817562 | 550025702 | | 196.06 |
| 9/15/05 | 817709 | 550025702 | | 196.06 |
| 9/16/05 | 817862 | 550025702 | | 196.06 |
| 9/19/05 | 818036 | F8G00001 | | 279.00 |
| 9/19/05 | 818090 | 550025702 | | 196.06 |
| 9/21/05 | 818288 | 550025702 | | 392.13 |
| 9/26/05 | 818718 | 550025702 | | 392.13 |
| 9/26/05 | 818725 | F8G00001 | | 279.00 |
| 9/28/05 | 819004 | 550013306 | | 85.80 |
| 9/28/05 | 819007 | 550025702 | | 392.13 |
| 9/30/05 | 819361 | 550025702 | | 196.06 |
| | | (CONTINUED ON NEXT PAGE) | (SEE LAST PAGE) | (SEE LAST PAGE) |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING,  GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE  **2**

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER 18-0915-14

**REMIT-TO:**    P.O. BOX 101840 ATLANTA, GA 30392-1840

INVOICE-TO
DELPHI ENERGY AND SAFETY
250 N. WOODS BLVD.
E&C FLINT EAST
CISCO 31005 - SAP E 101 -E&C DOCK 100
VANDALIA, OH  45377

CONTACT: DONNA
PHONE#: 810-257-6007

FAX#: **81810-257-7919**

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 10/03/05 | 819557 | F8G00001 | | 139.50 |
| 10/03/05 | 819563 | 550025702 | | 196.06 |
| 10/05/05 | 819834 | 550025702 | | 196.06 |
| 10/05/05 | 819835 | 550013306 | | 85.80 |
| 10/06/05 | 819985 | 550025617 | | 487.43 |
| | | **TOTAL-AMOUNT** | | **5,760.46** |

# HOOVER PRECISION PRODUCTS, INC.

### MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS 15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE   1
STATEMENT-DATE  7/21/06
CUSTOMER-NUMBER  8-0605-00

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
ACG DISBURSEMENT CENTER - HARRISON
P O BOX 436040
H-CVC
CISCO - 37024 SAP# J301
PONTIAC, MI  48343-6040

CONTACT: CHRIS MEADOWS   -RECEIVING
PHONE#: 937-395-5737

FAX#: 81937-395-5546

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|---|---|---|---|---|
| 9/02/05 | 816495 | 550026843 | | 231.48 |
| 9/06/05 | 816648 | 550026843 | | 231.48 |
| 9/08/05 | 816920 | 550026843 | | 231.48 |
| 9/15/05 | 817649 | 550026843 | | 231.48 |
| 9/19/05 | 818025 | 550026843 | | 231.48 |
| 9/20/05 | 818215 | 550026843 | | 694.44 |
| 9/21/05 | 818304 | 550026843 | | 231.48 |
| 9/22/05 | 818456 | 550026843 | | 231.48 |
| 9/26/05 | 818812 | 550026843 | | 231.48 |
| 9/27/05 | 818909 | 550026843 | | 231.48 |
| 9/29/05 | 819166 | 550026843 | | 231.48 |
| 10/03/05 | 819588 | 550026843 | | 231.48 |
| 10/04/05 | 819719 | 550026843 | | 231.48 |
| **TOTAL-AMOUNT** | | | | 3,472.20 |

# HOOVER PRECISION PRODUCTS, INC.

## MANUFACTURERS OF PRECISION BALL PRODUCTS

P. O. BOX 899
CUMMING, GA 30128
DUNS  15-063-7429
PHONE (770) 889-9223
FAX   (770) 889-0828
TIN# 58-1884128

**STATEMENT**

PAGE    1

STATEMENT-DATE  7/21/06

CUSTOMER-NUMBER 19-0080-04

**REMIT-TO:**   *P.O. BOX 101840 ATLANTA, GA 30392-1840*

INVOICE-TO
AUTOMOTIVE COMPONENTS GROUP
SAGINAW DIVISION
CSM MFG - WIXOM
24650 NORTH INDUSTRIAL DRIVE
BIRMINGTON HILLS, MI  48335

CONTACT: JODI
PHONE#: 989-757-3913

FAX#: 81989-757-4074

| DATE | INVOICE | PURCHASE ORDER NUMBER | CURRENT AMOUNT | PAST DUE AMOUNT |
|------|---------|----------------------|----------------|-----------------|
| 9/07/05 | 816845 | SAG90I1061 | | 13,511.48 |
| 9/21/05 | 818332 | SAG90I1061 | | 18,302.40 |
| 9/27/05 | 818895 | SAG90I1061 | | 10,582.65 |
| | | **TOTAL-AMOUNT** | | 42,396.53 |

# **EXHIBIT B**

Accounts Receivable Manager

@hooverprecision.com

Hoover Precision Products, Inc
Direct Line: ███████████
Main Line: ███████████
Fax Number: ███████████

---

**From:** Smith, Jonathan B [mailto:jonathan.b.smith@delphi.com]
**Sent:** Tuesday, May 29, 2007 2:23 PM
**To:** ███████████@hooverprecision.com
**Subject:** Claim# 11292 - Hoover Precision Products

Hi Arlene,

I have been able to reconcile the above-referenced claim to $1,278,381.52.

Please review and let me know if you have any questions.

Regards,

*Jonathan B. Smith*
*Delphi Proof of Claims Analyst*
*900 Tower Drive, Ste. 900*
*Troy, MI 48098*
*Phone: (248) 265-4309*
*Fax: (248) 265-4276*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6/20/2007

## CERTIFICATE OF SERVICE

On June 22, 2007, I caused the service of the **Response of Hoover Precision Products, Inc., to Debtors' Seventeenth Omnibus Claims Objection;** upon the parties below via hand delivery, overnight mail and telecopier:


_/s/Howard S. Steel_
Howard S. Steel

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Fax:  (248) 813-2673

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Joseph N. Wharton, Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Fax:  (312) 407-0411