PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2007, copies of the *Initial Response Of SKF USA Inc. To The Debtors' Fifteenth Omnibus Objection To Claims (Claim Number 11247)* were served via electronic mail and facsimile, on the following individuals:

| | |
|---|---|
| Delphi Corporation | John Wm. Butler, Jr. |
| Attn: General Counsel | John K. Lyons |
| c/o Sean Corcoran, Esq. and | Joseph N. Wharton |
| Karen Craft, Esq. | Skadden Arps Slate Meagher & Flom LLP |
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, Michigan 48098 | Chicago, IL 60606 |
| Facsimile:  248-813-2491 | Facsimile: 312-407-0411 |
| Email:  Sean.p.corcoran@delphi.com | Email:  jbutler@skadden.com |
|     Karen.j.craft@delphi.com |     jlyons@skadden.com |
| |     jwharton@skadden.com |

#8638780 v1

The undersigned further certifies that on June 22, 2007, a copy of the *Initial Response Of SKF USA Inc. To The Debtors' Fifteenth Omnibus Objection To Claims (Claim Number 11247)* was served via facsimile, on the following individual:

> Alicia M. Leonhard
> Office of the United States Trustee
> Southern District of New York
> 33 Whitehall Street, Suite 2100
> New York, NY 10004
> Facsimile: 212-668-2255

           Respectfully submitted,

           /s/ Linda J. Casey _____
           Linda J. Casey (LC 1891)
           PEPPER HAMILTON LLP
           3000 Two Logan Square,
           18th and Arch Streets
           Philadelphia, PA 19103-2799
           (215) 981-4000

           -and-

           Henry J. Jaffe
           James C. Carignan
           PEPPER HAMILTON LLP
           Hercules Plaza, Suite 5100
           1313 N. Market Street
           Wilmington, DE 19801
           (302) 777-6500
           Counsel for SKF USA Inc.

DATED: June 22, 2007

#8638780 v1