UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
   In re                                   :   Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :   Case No. 05-44481 (RDD)
                                                          :
                                                          :   (Jointly Administered)
                                                          :
            Debtors.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF MOTION

Calsonic Kansei North America, through the undersigned counsel, hereby withdraws its Motion Of Calsonic Kansei North America For Relief From The Stay, dated June 6, 2007 (Docket No. 8196).

Dated: June 25, 2007              Respectfully submitted,
       Nashville, Tennessee

                                                 By:    /s/ Austin L. McMullen
                                                 Austin L. McMullen (admitted *pro hac vice*)
                                                 BOULT, CUMMINGS, CONNERS & BERRY, PLC
                                                 1600 Division Street, Suite 700
                                                 P.O. Box 340025
                                                 Nashville, Tennessee 37203
                                                 (615) 252-2307
                                                 amcmulle@bccb.com

                                                 *Attorneys for Calsonic Kansei North America*