**Hearing Date: June 26, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                               :

      In re                       :     Chapter 11
                                 :

DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)
                                 :

                Debtors.      :     (Jointly Administered)
                                 :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED NINETEENTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New
                                York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

      A.      Introduction

      B.      Continued Or Adjourned Matters (2 Matters)

      C.      Uncontested, Agreed, Or Settled Matters (4 Matters)

      D.      Contested Matters (3 Matters)

      E.      Fourth Interim Fee Applications (38 Matters)

            1)      Uncontested, Agreed, Or Settled Fee Applications (38 Matters)

B.      Continued Or Adjourned Matters*

            1.      **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

                  *Responses Filed:*      *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

                                      *Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And*

---

\*      Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), and Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice).

*Certain Former Officers Of The Debtors (Docket No.
5070)*

*Reply Filed:*          *None.*

*Related Filings:*      *Ex Parte Motion For An Order Authorizing The
Official Committee Of Unsecured Creditors To File
Under Seal Exhibits To The Committee's Motion For
An Order Authorizing It To Prosecute The Debtors'
Claims And Defenses Against General Motors
Corporation And Certain Former Officers Of The
Debtors (Docket No. 4689)*

*Affidavit In Support Of Ex Parte Motion For An
Order Authorizing The Official Committee Of
Unsecured Creditors To File Under Seal Exhibits To
The Committee's Motion For An Order Authorizing
It To Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of
Unsecured Creditors To File Under Seal Exhibits To
The Committee's Motion For An Order Authorizing
It To Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing
The Official Committee Of Unsecured Creditors To
Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order
Authorizing The Official Committee Of Unsecured
Creditors To File Under Seal Exhibits To The
Committee's Motion For An Order Authorizing It To
Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending
Order Authorizing The Official Committee Of
Unsecured Creditors To File Under Seal Exhibits To
The Committee's Motion For An Order Authorizing
It To Prosecute The Debtors' Claims And Defenses*

3

*Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

Status:            *By agreement of the parties this matter is being adjourned to the July 19, 2007 omnibus hearing.*

2.      **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

Response Filed:    *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

Reply Filed:       *None.*

Related Filings:   *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General*

4

*Motors Corporation And Certain Former Officers
Of The Debtors (Docket No. 4718)*

*Objection Of The Official Committee Of Equity
Security Holders To The Motion For An Order
Authorizing The Official Committee Of Unsecured
Creditors To Prosecute The Debtors' Claims And
Defenses Against General Motors Corporation And
Certain Former Officers Of The Debtors (Docket No.
5070)*

*Status:*       *This matter is being adjourned to the July 19, 2007
omnibus hearing.*

**C.    Uncontested, Agreed, Or Settled Matters**

3.    **"Catalyst Sale Motion "** – Motion For Orders Under 11 U.S.C. §§ 363, 365,
And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I)
Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III)
Approving Form And Manner Of Sale Notices, And (IV) Setting Sale
Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of
Debtors' Assets Comprising Substantially All The Assets Primarily Used In
Debtors' Catalyst Business Free And Clear Of Liens, Claims, And
Encumbrances, (II) Assumption And Assignment Of Certain Executory
Contracts And Unexpired Leases, And (III) Assumption Of Certain
Liabilities (Docket No. 8179)

*Response Filed:*       *None.*

*Reply Filed:*       *None.*

*Related Filings:*       *None.*

*Status:*       *The hearing with respect to this matter will be
proceeding.*

4.    **"Sandusky Capital Procurement Motion"** – Motion For Order Under 11
U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Delphi
Corporation To Enter Into And Perform Under Sandusky Facility Capital
Procurement Agreement with General Motors Corporation (Docket No.
8197)

*Response Filed:*       *None.*

*Reply Filed:*       *None.*

*Related Filings:*       *None.*

*Status:*          *The hearing with respect to this matter will be proceeding.*

5.      **"Mexico Brake Plant Asset Sale Motion"**– Expedited Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Delphi Automotive Systems LLC's Mexico Brake Plant Assets Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 8249)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be proceeding.*

6.      **"Fourth § 1121(d) Exclusivity Extension Motion"**– Expedited Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan (Docket No. 8273)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be proceeding.*

**D.      Contested Matters**

7.      **"Thirteenth Omnibus Claims Objection"**– Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Book And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

6

*Responses Filed:*    *Response To Debtor's 13th Omnibus Objection*
*Pursuant To 11 USC § 502(B) And FRBP 3007*
*Chapter 11 (Docket No. 7867)*

*Response Of Vorys, Staer, Seymour And Pease, LLP*
*To Debtors' Thirteenth Omnibus Objection*
*(Substantive) Pursuant To 11 U.S.C. § 502(b) And*
*Fed. R. Bankr.P. 3007 To Claims (Docket No. 7913)*

*Transfer Of Claim And Response To Objection To*
*The Tax Collector's Claim (Docket No. 7925)*

*Response Of MSX International, Inc. To Thirteenth*
*Omnibus Objection To Claims (Docket No. 7935)*

*Declaration In Support Of Response Of MSX*
*International, Inc. To Thirteenth Omnibus Objection*
*To Claims (Docket No. 7936)*

*Riverside Claims, LLC's Response To Debtors'*
*Thirteenth Omnibus Claims Objection (Docket No.*
*7967)*

*Limited Response Of Liquidity Solutions, Inc., As*
*Assignee Of Hexcel Corporation, To Debtors'*
*Thirteenth Omnibus Objection (Substantive)*
*Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*
*P. 3007 To Certain (A) Insufficiently Documented*
*Claims, (B) Claims Not Reflected On Debtors' Books*
*And Records, (C) Protective Insurance Claims (D)*
*Insurance Claims Not Reflected On Debtors' Book*
*And Records, (D) Untimely Claims And Untimely*
*Tax Claims, And (F) Claims Subject To Modification,*
*Tax Claims Subject To Modification, And Claims*
*Subject To Modification And Reclamation*
*Agreement (Docket No. 7987)*

*Response Of Liquidity Solutions, Inc. As Assignee To*
*Debtors' Thirteenth Omnibus Objection (Substantive)*
*Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*
*P. 3007 To Certain (A) Insufficiently Documented*
*Claims, (B) Claims Not Reflected On Debtors' Books*
*And Records, (C) Protective Insurance Claims (D)*
*Insurance Claims Not Reflected On Debtors' Book*
*And Records, (D) Untimely Claims And Untimely*
*Tax Claims, And (F) Claims Subject To Modification,*
*Tax Claims Subject To Modification, And Claims*

7

*Subject To Modification And Reclamation
Agreement (Docket No. 7989)*

*Response Of Johnson County, Kansas, To Debtors'
Thirteenth Omnibus Objection To Claims (Docket
No. 7977)*

*Omnibus Response Of Contrarian Funds, LLC To
Debtors' Twelfth And Thirteenth Omnibus Claims
Objection (Docket No. 8001)*

*Claim Holder, Millwood Inc. dba Liberty Industries,
Inc.'s Response To Debtors' Thirteenth Omnibus
Claims Objection (Docket No. 8003)*

*Response Of Motion Industries, Inc. To Debtors'
Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims (D)
Insurance Claims Not Reflected On Debtors' Book
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (F) Claims Subject To Modification,
Tax Claims Subject To Modification, And Claims
Subject To Modification And Reclamation
Agreement ( the Thirteenth Omnibus Claims
Objection) (Docket No. 8004)*

*Response Of Bradford Industries To Debtor's
Thirteenth Omnibus Claims Of Objection (Docket
No. 8006)*

*Creditor Illinois Department Of Revenue's Response
To Debtor's Thirteenth Omnibus Objection To
Claims (Docket No. 8009)*

*Response Of Debtors' Thirteenth Omnibus Objection
(Substantive)Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3006 To Proof Of Claim No. 11129
Filed By Crown Enterprises, Inc. (Docket No. 8011)*

*Response And Reservation Of Rights By Creditors
Lydall Thermal Acoustical Sales (Docket No. 8015)*

*Response Of Robert Bosch LLC (f/k/a Robert Bosch
Corporation) To Debtors' Thirteenth Omnibus
Objection To Claims (Docket No. 8017)*

8

*Response Of Monroe, LLC To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8018)*

*Response Of Murata Electronics North America Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8019)*

*Response Of The Ace Companies To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8023)*

*Response Of Wachovia Bank, National Association, To The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8025)*

*Response Of Brush Wellman Inc. And Zentrix Technologies, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C §*

9

*502(b) And Fed. R. Bankr. P. 3007 To Certain
Claims (Docket No. 8026)*

*Response Of Best Foam Fabricators, Inc. To
Debtors' Thirteenth Omnibus Claims Objection
(Docket No. 8027)*

*Response Of Phelps Dodge Corporation And Phelps
Dodge Magnet Wire Company, Inc. (Claim No.
10411) To Debtors' Thirteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims (B) Claims Not Reflected On
Debtors' Books And Records, (C) Protective
Insurance Claims, (D) Insurance Claims Not
Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Filed Tax Claims,
And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement (Docket
No. 8030)*

*Response Of Millennium Industries Corporation In
Opposition To Debtors' Thirteenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Protective Insurance Claims, (D) Insurance Claims
Not Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Filed Tax Claims,
And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement (Docket
No. 8032)*

*Response Of Hidria USA, Inc. To Debtors'
Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Filed Tax Claims, And (F) Claims Subject To
Modification, Tax Claims Subject To Modification,
And Claims Subject To Modification And
Reclamation Agreement (Docket No. 8033)*

10

*Hollingsworth & Vose Co.'s Response To Debtors' Objection To Claim No. 9540 (Docket No. 8036)*

*Response Of Toyota Motor Engineering & Manufacturing North America, Inc. To Debtors' Thirteenth Omnibus Objection To Books And Records Claims (Docket No. 8037)*

*United States Of America's Response To Debtor's Objection To The Claim Of The Internal Revenue Service (Docket No. 8040)*

*Response Of Honeywell International- Aerospace To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8044)*

*Creditor, Zeller Electric Of Rochester, Inc. a/k/a Zeller Electric, Inc.'s Response To Thirteenth Omnibus Claims Objection (Docket No. 8046)*

*Response Of Claimant, Marketing Innovators International, Inc., To Debtors' "Thirteenth Omnibus Claims Objection" (Docket No. 8047)*

*Response Of Special Situations Investment Group, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8065)*

*Objection Of Energy Conversion Systems. Inc. To Debtors Thirteenth Omnibus Claims Objection (Docket No. 8071)*

*Response Of CH2M Hill Spain, S.L To Notice Of Objection To Claim (Docket No. 8073)*

*Response And Objection Of SPCP Group, L.L.C. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Filed Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8078)*

11

*Declaration In Support Of Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8082)*

*Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8083)†*

*Response Of Maricopa County Treasurer To Objection To Its Secured Tax Claim (Docket No. 8084)*

*Response Of CTS Of Canada Co. To Thirteenth Omnibus Objection To Claims (Docket No. 8085)*

*Creditor, Zeller Electric Of Rochester, Inc. a/k/a Zeller Electric, Inc.'s Response To Thirteenth Omnibus Claims Objection (Docket No. 8086)‡*

*Response Filed By Bradley A. Bennett (Docket No. 8087)*

*Response Of Multek Flexible Circuits, Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8096)*

*Withdrawal Of Hollingsworth & Vose Co's Response To Debtors' Objection To Claim No. 9540 Along With Related Certificate Of Service (Docket No. 8102)*

*Response Of Henman Engineering & Machine, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8104)*

*Response Bay County (FLA.) Tax Collector's Supplement To Her Response Filed On 5/21/07 - Response To Debtor's Twelfth & Thirteenth Omnibus Objection (Docket No. 8105)*

*Response Of Marquardt GmbH To Motion (Debtor's Thirteenth Omnibus Objection To Claims) (Docket No. 8121)*

*Withdrawal Of Vorys, Sater, Seymour And Pease LLP's Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §*

---

† This response was docketed twice. See also Docket No. 7935.
‡ This response was docketed twice. See also Docket No. 8046.

*502(D) And Fed. R. Bankr. P. 3007 To Claims (Docket No. 8123)*

*Response Of AT&T Inc. To The Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8134)*

*Response Of George Albright, Tax Collector, Marion County To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8136)*

*Response Filed By Lexington County, Treasurer's Office (Docket No. 8137)*

*Response Of Ken Burton, Jr. Manatee County Tax Collector To Debtor's Objection To Claims For Obligation To Pay Taxes (Docket No. 8140)*

*Response Of Creditor Illinois Department Of Revenue's By And Through Its' Attorney Lisa Madigan, Attorney General Of And For The State Of Illinois, Response To Thirteenth Omnibus Objection To Claims (Docket No. 8141)*

*Response Of Collector Of Revenue, St. Louis County, Missouri To Debtor's Objection To Claims Nos. 355, 356 And 357 In The Thirteenth Omnibus (Docket No. 8142)*

*Letter Of Saint Louis County Collector Of Revenue To Judge Drain Regarding Response (Docket No. 8143)*

*Response of Bay County, Florida, Tax Collector to Debtor's Objection (Docket No. 8144)*

*Response Of Sierra Liquidity Fund, LLC To 13th Omnibus Objection To Claims (Docket No. 8145)*

*Response To Motion Of Plastic Moldings Company LLC To Debtors' Thirteenth Omnibus Objection To Certain Claims (Docket No. 8173)*

*Response Filed By Machined Products Co. (Docket No. 8181)*

*Response Of 1st Choice Heating & Cooling, Inc. To Debtor's Thirteenth Omnibus Objection Pursuant To 11 USC § 502(b) And FRBP 3007 Chapter 11 And*

*Response To Debtor's Notice Of Objection To Claim (Docket No. 8202)*

*Response Of American Casualty Company Of Reading, PA To Motion Debtor's Objection To Proof Of Claim (Docket No. 8206)*

*Pima County's Motion For Reconsideration, Pursuant To 11 U.S.C. § 502(J) And Fed. R .Bankr. P. 3008, Of The Court's June 6, 2007, Order Modifying Pima County's Claim, And Response To The Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8210)*

*Joint Response To Motion Of Associated Spring Do Brasil Ltd. (Docket No. 8237)*

*Notice Of Withdrawal Of Pima County's Motion For Reconsideration, Pursuant To 11 U.S.C. § 502(J) And Fed. R. Bankr. P. 3008, Of The Court's June 6, 2007, Order Modifying Pima County's Claim (Docket No. 8247)*

*Response Of Pima County To The Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8248)*

*Response Of Danice Manufacturing Co. To Motion (Docket No. 8256)*

*Supplemental Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Sec. 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8275)*

*Response Of Illinois Department Of Revenue (Docket No. 8283)*

*Response Of Port City Metal Products, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P.*

14

*3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Tax Claims, And (F) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Subject To Modification And Reclamation
Agreement (Docket No. 8287)*

*Response Of National Instruments Corporation To
Debtors' Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtor's Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Tax Claims, And (F) Claims Subject To Modification,
Tax Claims Subject To Modification, And Claims
Subject To Modification And Reclamation
Agreement (Docket No. 8293)*

*Response To Debtor's Thirteenth Omnibus Objection
By Tax Collector, Pinellas County, Florida (Docket
No. 8316)*

*Iron Mountain Information Management, Inc.'s
Response To Debtors' Thirteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Protective
Insurance Claims, (D) Insurance Claims Not
Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Tax Claims, And (F)
Claims Subject To Modification, Tax Claims Subject
To Modification, And Claims Subject To
Modification And Reclamation Agreement Dated
April 27, 2007 (Docket No. 8319)*

*Response Of Spansion LLC, Assignee Of The Claim
Of Advanced Micro Devices, Inc. (Claim No. 5126),
To Debtors' Thirteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Protective*

15

*Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement ("Thirteenth Omnibus Objection") (Docket No. 8325)*

*The Dayton Power And Light Company's Reply To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8328)*

*Limited Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8330)*

*Response Of Madison County, Mississippi Tax Collector To Objection To Claim (Docket No. 8355)*

*Response of Hillsborough County Tax Collector to Debtors Thirteenth Omnibus Claims Objection (Docket No. 8370)*

*Response Of Ames Reese, Inc. To Debtors' Omnibus Objection To Various Proofs Of Claim (Docket No. 8372)*

*Response To Notice Of Objection To Claim Filed By Hellermantyton Gmbh (Docket No. 8374)*

*Response To Objection Re: Claim 1730 Filed By Thompson Emergency Freight Systems (Docket No. 8375)*

*Response Of Hillsborough County Tax Collector To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8387)*

*Reply Filed:*                  *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Related Filings:*              *None.*

*Status:*                       *The hearing will be proceeding with respect to claims set forth on Exhibits E-1 and E-2 to the Thirteenth Omnibus Claims Objection for which no responses have been filed or for which the Debtors and the respondents have resolved the responses. The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of hearing in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

8.      **"Fourteenth Omnibus Claims Objection"**– Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998)

*Responses Filed:*              *Debtors' Fourteenth Claims Objection By TK Holdings, Inc., Automotive Systems Laboratory, Inc. And Takata Seat Belts Inc. Re Claim No. 10571 (Docket No. 8267)*

17

*Debtors' Fourteenth Omnibus Claims Objection By Takata Corporation Re Claim No. 10968 (Docket No. 8268)*

*Response of NEC Electronics America, Inc. to Debtors' Objection to Claim 12394 (Docket No. 8295)*

*Omnibus Response Of Contrarian Funds, LLC To Debtors' Fourteenth And Fifteenth Omnibus Claims Objections (Docket No. 8320)*

*Response Of Johnson Controls, Inc. (Claim Number 15513) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8331)*

*Response Of Johnson Controls, Inc. (Claim Number 15515) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8332)*

*Response Of Johnson Controls, Inc. (Claim Number 15524) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8334)*

*Response Of Johnson Controls, Inc. (Claim Number 15532) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8335)*

*Response Of JCI Technology Company (Claim Number 15519) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8341)*

*Response Of JCI Technology Company (Claim Number 15520) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8342)*

*Response Of JCI Technology Company (Claim Number 15521) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8343)*

*Reply Filed:*          *An omnibus reply will be filed.*

*Related Filings:*      *None.*

*Status:*               *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

9.    **"Fifteenth Omnibus Claims Objection"**– Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, And Modified Claims Asserted Reclamation (Docket No. 7998)

*Responses Filed:*      *Response Of Riverside Claims LLC To Debtors' Fifteenth Omnibus Objection (Docket No. 8048)*

*Claimant's Response To Debtors' Objection To Proofs Of Claim Filed By American Casualty Company Of Reading, PA (Docket No. 8206)*

*Opposition Of The New York State Department of Taxation and Finance To Debtors' Fifteenth Omnibus Objection To Certain Claims (Docket No. 8214)*

19

*Response Of Fitzgerald Water, Light, And Bond Commission (Re: Claim #16026) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8215)*

*Objection Of EMC Corporation (Re: Claim#14837) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8216)*

*Response Of Marco Manufacturing Co. To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (Docket No. 8218)*

*Reply Of Intesys Technologies, Inc To Debtors' Objection To Claim No. 10770 Reply Of Intesys Technologies, Inc To Debtors' Objection To Claim No. 10770 (Docket No. 8224)*

*Response Of PBR Columbia LLC To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors? Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8239)*

*Response Of City Of McAllen To Debtor's Fifteenth Omnibus Objection To Claims (Docket No. 8242)*

*Creditor Sandvik Materials Technology's Response To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently*

20

*Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claim, And (D) Claims Subject To
Modification, Tax Claims Subject To Modification,
And Modified Claims Asserting Reclamation
(Docket No. 8251)*

*Response Of Gobar Systems, Inc. In Opposition To
Debtors' Fifteenth Omnibus Claims Objection
(Docket No. 8264)*

*Response Of Valeo Climate Control, Corp. In
Opposition To Debtors' Objection To Proof Of
Claim Number 11462 Included In Debtors' Fifteenth
Omnibus Claims Objection (Substantive) (Docket
No. 8278)*

*Response Of Muskegon Castings Corp To Debtors'
Fifteenth Omnibus Objection (Substantive) Pursuant
To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims And Untimely Tax
Claim, And (D) Claims Subject To Modification, Tax
Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8285)*

*Response Of Port City Castings Corp To Debtors'
Fifteenth Omnibus Objection (Substantive) Pursuant
To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims And Untimely Tax
Claim, And (D) Claims Subject To Modification, Tax
Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8288)*

*Response Of MJ Celco In Support Of Claim No.
12183, Which Is Subject To An Objection Raised In
Debtors' Fifteenth Omnibus Objection (Docket No.
8290)*

*Reply Of The Grigoleit Company ("Grigoleit") To
Debtors' Objection To Grigoleit's Claim No. 10128
(Docket No. 8291)*

*Jacobson MFG., LLC's Response To Debtors'
Fifteenth Objection (Substantive) Pursuant To 11*

21

*U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims And Untimely Tax
Claim, (D) Claims Subject To Modification, Tax
Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8294)*

*Sun Microsystems, Inc.'s Response To Debtors'
Fifteenth Omnibus Claims Objection (Docket No.
8304)*

*Response Of Sojitz Corporation Of America To
Debtors' Fifteenth Omnibus Claims Objection
(Docket No. 8305)*

*Response Of Liquidity Solutions, Inc., As Assignee,
To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8307)*

*Response Of Bank Of America, N.A. To Debtors'
Fifteenth Omnibus Objection (Substantive) Pursuant
To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims And Untimely Tax
Claim, And (D) Claims Subject To Modification, Tax
Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8309)*

*Response Of National Paper And Packaging, Inc.
(Longacre Master Fund, Ltd.) To Debtors' 15th
Omnibus Objections To Claims (Docket No. 8314)*

*Fry's Metals, Inc., A Cookson Company's Response
To Debtors' Fifteenth Omnibus Claims Objection
(Docket No. 8317)*

*The Brix Group, Inc.'s Response To Debtors'
Fifteenth Omnibus Claims Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*

22

*P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8318)*

*Omnibus Response Of Contrarian Funds, LLC To Debtors' Fourteenth And Fifteenth Omnibus Claims Objections (Docket No. 8320)*

*Opposition Of Toshiba America Electronic Components Inc. To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Fifteenth Omnibus Claim Objection") (Docket No. 8321)*

*Response Of PPG Industries, Inc. To Debtors' Fifteenth Omnibus Objection (Docket No. 8322)*

*Response And Objection Of BI Technologies Corporation To Debtors' Fifteenth Omnibus Claims Objection (Substantive) Regarding Claim No. 8372 (Docket No. 8323)*

*Response and Objection of AB Automotive, Inc. to Debtors' Fifteenth Omnibus Claims Objection (Substantive) Regarding Claim No. 14239 (Docket No. 8324)*

*Riverside Claims, LLC's Response To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8326)*

*American Recycling & Manufacturing Co., Inc. Response To Fifteenth Omnibus Claims Objection (Docket No. 8329)*

*Response Of Battenfeld Of America, Inc. In Opposition To Debtors' Fifteenth Omnibus Objection To Claims (Substantive) Regarding Claim No. 1439 (Docket No. 8333)*

*Response of Fujikura America, Inc. to Debtors'
Fifteenth Omnibus Claims Objection (Docket No.
8336)*

*Response Of Johnson Controls, Inc. (Claim Number
15514) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8337)*

*Response Of Johnson Controls, Inc. (Claim No.
15523) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, And Modified Claims Asserting
Reclamation (Docket No. 8338)*

*Response Of Johnson Controls, Inc. (Claim Number
15525) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Book And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8339)*

*Response Of Johnson Controls, Inc. (Claim Number
15526) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(B) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8340)*

*Opposition of Flow Dry Technology Inc. to Debtors' Objection to Flow Dry's Proof of Claim (Docket No. 8345)*

*Response Of Bayer MaterialScience, LLC To Debtor's Fifteenth Omnibus Objection To Claims (Docket No. 8347)*

*Response Of Manufacturers Equipment & Supply Co. In Opposition To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claim, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8348)*

*Response Filed By Judco Manufacturing (Docket No. 8352)*

*Response And Partial Objection To Modification Of Claim Number 11186 Filed By Beaver Valley Manufacturing, Inc. As Proposed By Debtor's Fifteenth Omnibus Objection To Claims (Docket No. 8354)*

*Response To Fifteenth Omnibus Objection To Claims By Delphi Corporation, et al; Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems, Inc. (Assignor), Claim No. 14682 (Docket No. 8357)*

*Response To Fifteenth Omnibus Claims Objection Filed By Greeley Containment & Rework, Inc. (Docket No. 8373)*

*Response Of Key Safety Systems, Inc. To The Debtors' Fifteenth Omnibus Objection (Substantive) To Claims (Docket No. 8376)*

*United States Of America's Response To Debtor's Objection To The Claims Of U.S. Customs And Border Protection (Docket No. 8381)*

*Opposition of Flex Technologies, Inc. to Debtors'
Fifteenth Omnibus Claims Objection [Proof of
Claim No. 11542] (Docket No. 8384)*

*Initial Response Of SKF USA Inc. To The Debtors'
Fifteenth Omnibus Objection To Claims (Claim
Number 11247) (Docket No. 8389)*

| | |
|---|---|
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed or for which the Debtors and the respondents have resolved the responses.  The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§  502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

## E.    Fourth Interim Fee Applications

10.    **"Thompson Hine LLP"** – Fourth Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From October 1, 2006 Through January 31, 2007 (Docket No. 7070)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

11.    **"Shearman & Sterling LLP"** – Fourth Interim Application Of Shearman & Sterling LLP, As Special Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2006 Through January 31, 2007 (Docket No. 7106)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

12. **"Cadwalader, Wickersham & Taft LLP"** – Fourth Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2006 Through January 31, 2007 (Docket No. 7282)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

13. **"Howard & Howard Attorneys, P.C."** – Fourth Interim Fee Application Of Howard & Howard Attorneys, P.C., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 7403)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

14. **"Banner & Witcoff, Ltd."** – Fourth Interim Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 7405)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |

Status:                    *An order will be submitted for consideration by the
                           Court.*

15.    **"Covington & Burling LLP"** – Fourth Interim Application Of Covington
       & Burling LLP, Foreign Trade And Special Corporate Committee Legal
       Counsel To The Debtors and Debtors-In-Possession, For Allowance Of
       Compensation For Services Rendered And Reimbursement Of Expenses
       Incurred For The Period From October 1, 2006 Through January 31, 2007
       (Docket No. 7450)

       *Response Filed:*         None.

       *Reply Filed:*            None.

       *Related Filings:*        None.

       *Status:*                 *An order will be submitted for consideration by the
                                 Court.*

16.    **"Price, Heneveld, Cooper, DeWitt & Litton, LLP"** – Fourth Interim
       Application For Approval Of Compensation And Reimbursement Of
       Expenses Of Price, Heneveld, Cooper, Dewitt & Litton, LLP, Intellectual
       Property Counsel To Debtors, For Services Rendered From October 1, 2006
       Through January 31, 2007 (Docket No. 7451)

       *Response Filed:*         None.

       *Reply Filed:*            None.

       *Related Filings:*        None.

       *Status:*                 *An order will be submitted for consideration by the
                                 Court.*

17.    **"Fried, Frank, Harris, Shriver & Jacobson LLP "** – Third Interim Fee
       Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel For
       The Official Committee Of Equity Security Holders, For Compensation For
       Professional Services Rendered And Reimbursement Of Expenses Incurred
       And Posted During The Period From October 1, 2006 Through January 31,
       2007 (Docket No. 7470)

       *Response Filed:*         None.

       *Reply Filed:*            None.

       *Related Filings:*        None.

       *Status:*                 *An order will be submitted for consideration by the
                                 Court.*

18.    **"Legal Cost Control LLC"** – Second Interim Fee Application Of Legal
Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And
Expense Review Committee, For Allowance Of Interim Compensation For
Services Rendered For The Fourth Fee Application Period, October 1, 2006
Through And Including January 31, 2007 (Docket No. 7471)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *First Interim Fee Application Of Legal Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And Expense Review Committee, For Allowance Of Interim Compensation For Services Rendered For The Third Fee Application Period, June 1 2006 Through And Including September 30, 200 (Docket No. 7360)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

19.    **"Wilmer Cutler Pickering Hale & Dorr LLP"** – Fourth Interim
Application Of Wilmer Cutler Pickering Hale And Dorr LLP For
Allowance Of Compensation For Services Rendered And Expenses
Incurred From October 1, 2006 Through January 31, 2007 (Docket No.
7472)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

20.    **"Rothschild Inc."** – Fourth Interim Application Of Rothschild Inc. For
Compensation And Reimbursement Of Expenses For The Period October 1,
2006 – January 31, 2007 (Docket No. 7479)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

21.    **"Latham & Watkins LLP"** – Fourth Fee And Expense Application Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 7484)

        *Response Filed:*        *None.*

        *Reply Filed:*        *None.*

        *Related Filings:*        *None.*

        *Status:*        *An order will be submitted for consideration by the Court.*

22.    **"Steven Hall & Partners, LLC"** – Fourth Fee And Expense Application Of Steven Hall & Partners, LLC As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors (Docket No. 7485)

        *Response Filed:*        *None.*

        *Reply Filed:*        *None.*

        *Related Filings:*        *None.*

        *Status:*        *An order will be submitted for consideration by the Court.*

23.    **"Buck Consultants"** – Second Application Of Buck Consultants, LLC For Allowance Of Compensation For Services Rendered As Pension And Benefits Actuary To The Official Committee Of Unsecured Creditor (Docket No. 7486)

        *Response Filed:*        *None.*

        *Reply Filed:*        *None.*

        *Related Filings:*        *None.*

        *Status:*        *An order will be submitted for consideration by the Court.*

24.    **"Mayer, Brown, Rowe & Maw LLP"** – Third Application Of Mayer, Brown, Rowe & Maw LLP, Special Outsourcing Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2006 Through January 31, 2007 (Docket No. 7487)

        *Response Filed:*        *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *None.*

*Status:*               *An order will be submitted for consideration by the Court.*

25.    **"Mesirow Financial Consulting, LLC"** – Fourth Interim Fee Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From October 1, 2006 Through January 31, 2007 (Docket No. 7489)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *None.*

*Status:*               *An order will be submitted for consideration by the Court.*

26.    **"Jefferies & Company, Inc."** – Fourth Interim Application Of Jefferies & Company, Inc., As Investment Banker To The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred For The Period October 1, 2006 To January 31, 2007 (Docket No. 7490)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *None.*

*Status:*               *An order will be submitted for consideration by the Court.*

27.    **"Togut, Segal & Segal LLP"** – Fourth Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period October 1, 2006 Through January 31, 2007 And For Reimbursement Of Expenses (Docket No. 7491)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *None.*

| | |
|---|---|
| *Status:* | *An order will be submitted for consideration by the Court.* |

28. **"O' Melveny & Myers LLP"** – Fourth Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 7494)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

29. **"Butzel Long, P.C."** – Fourth Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement OF Expenses For The Period From October 1, 2006 Through January 31, 2007 Under 11 U.S.C. §§ 330 And 331 (Docket No. 7495)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

30. **"Jaeckle Fleischmann & Mugel, LLP"** – Fourth Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance OF Compensation For Services Rendered And Reimbursement Of Expenses ( Docket No. 7501)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

31.    **"Groom Law Group, Chartered"** – Fourth Interim Application Of
Groom Law Group, Chartered, As Special Employee Benefits Counsel For
The Debtors, Seeking Allowance Of Compensation For Professional
Services Rendered And For Reimbursement Of Actual And Necessary
Expenses Incurred From October 1, 2006 Through January 31, 2007
(Docket No. 7502)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

32.    **"Houlihan Lokey Howard & Zukin Capital"** – Second Interim
Application Of Houlihan Lokey Howard & Zukin Capital For Allowance
Of Compensation And Reimbursement Of Expenses (Docket No. 7504)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *First Interim Application Of Houlihan Lokey Howard & Zukin Capital For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 5987)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

33.    **"Deloitte & Touche LLP"** – Fourth Interim Application For Allowance Of
Fees Of Deloitte & Touche LLP As Independent Auditors And Accountants
To The Debtors For The Period From October 1, 2006 Through January 31,
2007 (Docket No. 7505)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

34.    **"Dickinson Wright PLLC"** – Fourth Interim Application Of Dickinson
Wright PLLC For Order Authorizing And Approving Compensation For
Services Rendered From October 1, 2006 Through January 31, 2007
(Docket No. 7506)

    *Response Filed:*      *None.*

    *Reply Filed:*      *None.*

    *Related Filings:*      *None.*

    *Status:*      *An order will be submitted for consideration by the Court.*

35.    **"FTI Consulting, Inc."** – Fourth Interim Application For Allowance Of
Compensation And Reimbursement Of Expenses Incurred By FTI
Consulting, Inc. As Restructuring And Financial Advisor To The Debtors
For The Period October 1, 2006 Through January 31, 2007 (Docket No.
7509)

    *Response Filed:*      *None.*

    *Reply Filed:*      *None.*

    *Related Filings:*      *None.*

    *Status:*      *An order will be submitted for consideration by the Court.*

36.    **"Warner Stevens L.L.P"** – Fourth Interim Application For Compensation
And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts
Counsel To The Official Committee Of Unsecured Creditors For The
Period Of October 1, 2006 Through January 31, 2007 (Docket No. 7510)

    *Response Filed:*      *None.*

    *Reply Filed:*      *None.*

    *Related Filings:*      *None.*

    *Status:*      *An order will be submitted for consideration by the Court.*

37.    **"Cantor Colburn LLP"** – Fourth Interim Application Of Cantor Colburn
LLP For Allowance Of Compensation For Services Rendered And
Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket
No. 7514)

    *Response Filed:*      *None.*

*Reply Filed:*            *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the Court.*

38.   **"Ernst & Young LLP"** – Fourth Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 7520)

*Response Filed:*         *None.*

*Reply Filed:*            *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the Court.*

39.   **"Skadden, Arps, Slate, Meagher & Flom LLP"** – Fourth Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 7522)

*Response Filed:*         *None.*

*Reply Filed:*            *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the Court.*

40.   **"Quinn Emanuel Urquhart Oliver & Hedges LLP"** – Fourth Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expense (Docket No. 7527)

*Response Filed:*         *None.*

*Reply Filed:*            *None.*

*Related Filings:*        *None.*

*Status:*                 *An order will be submitted for consideration by the Court.*

41.     **"Jones Lang LaSalle Americas, Inc."** – Jones Lang LaSalle Americas,
Inc.'s Fourth Interim Application For Allowance And Payment Of
Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§
328, 330, And 331 (Docket No. 7531)

*Response Filed:*        *None.*

*Reply Filed:*           *None.*

*Related Filings:*       *None.*

*Status:*                *An order will be submitted for consideration by the
Court.*

42.     **"KPMG LLP"** – Fourth Application Of KPMG LLP, As Tax And
Transaction Services Advisors And Advisory And Valuation Services
Advisors For The Debtors, For Interim Allowance Of Compensation For
Professional Services Rendered And Reimbursement Of Actual And
Necessary Expenses Incurred From October 1, 2006 Through January 31,
2007 (Docket No. 7533)

*Response Filed:*        *None.*

*Reply Filed:*           *None.*

*Related Filings:*       *None.*

*Status:*                *An order will be submitted for consideration by the
Court.*

43.     **"Blake, Cassels & Graydon LLP"** – Fourth Interim Fee Application Of
Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For
Allowance And Payment Of Interim Compensation And Reimbursement
Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 7538)

*Response Filed:*        *None.*

*Reply Filed:*           *None.*

*Related Filings:*       *None.*

*Status:*                *An order will be submitted for consideration by the
Court.*

44. **"Rader, Fishman & Grauer PLLC"** – Fourth Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For Services Rendered From October 1, 2006 Through January 31, 2007 (Docket No. 7559)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

45. **"Ivins, Phillips, & Barker Chartered"** – First Interim Application Of Ivins, Phillips & Barker Chartered, As Special Pension Benefits Tax Counsel To The Debtors And Debtors-In-Possession, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred For The Fourth Interim Period From October 1, 2006 Through January 31, 2007 (Docket No. 7587)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

46. **"DLA Piper US LLP"** – DLA Piper US LLP, Corporate, Employment And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Third Interim Application For Allowance And Payment (Docket No. 7726)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *DLA Piper US LLP, Corporate, Employment And Intellectual Property Counsel For Debtor MobileAria, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses For the Second Interim Fee Period From May 1, 2006 Through May 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 6030)* |

37

*DLA Piper US LLP, Corporate, Employment, And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Third Interim Period From June 1, 2006 Through September 30, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 6031)*

*Status:*            *An order will be submitted for consideration by the Court.*

47.    **"PricewaterhouseCoopers LLP"** – Third Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, et. al., For The Period October 1, 2006 Through January 31, 2007 (Docket No. 7815)

*Response Filed:*        *None.*

*Reply Filed:*          *None.*

*Related Filings:*       *First Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, et al., For The Period February 1, 2006 Through May 31, 2006 (Docket No. 7351)*

*Second Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, et al., For The Period June 1, 2006 Through September 30, 2006 (Docket No. 7402)*

Status:                    *An order will be submitted for consideration by the Court.*

Dated:  New York, New York
        June 25 , 2007


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession