UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :
      In re                       :     Chapter 11
                             :
DELPHI CORPORATION, <u>et al.</u>,    :     Case No. 05-44481 (RDD)
                             :
              Debtors.     :     (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED
CLAIMS ASSERTING RECLAMATION IDENTIFIED IN FIFTEENTH
<u>OMNIBUS CLAIMS OBJECTION</u>

("FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax

Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And

Modified Claims Asserting Reclamation, dated May 22, 2007 (the "Fifteenth Omnibus Claims

Objection"),[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the

record of the hearing held on the Fifteenth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Fifteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim (as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim")) listed on Exhibits A, B-1, B-2, C, D-1, D-2, and D-3 hereto was properly

and timely served with a copy of the Fifteenth Omnibus Claims Objection, a personalized Notice

Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Fifteenth Omnibus Claims Objection, and notice of the deadline for responding to

the Fifteenth Omnibus Claims Objection.  No other or further notice of the Fifteenth Omnibus

Claims Objection is necessary.

B.    The Court has jurisdiction over the Fifteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Fifteenth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fifteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A hereto contain insufficient documentation

to support the Claims asserted (the "Insufficiently Documented Claims").

D.    The Claims listed on Exhibit B-1 hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records (the "Books And Records

Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.      The Claims listed on Exhibit B-2 hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

F.      The Claims listed on Exhibit C hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

G.      The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

H.      The Tax Claims listed on Exhibit D-2 hereto (a) are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) assert secured or priority status without sufficient documentation to support such status (collectively, the "Tax Claims Subject To Modification").

I.      The Claims listed on Exhibit D-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

J.    The relief requested in the Fifteenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each Insufficiently Documented Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

2.    Each Books And Records Claim listed on <u>Exhibit B-1</u> hereto is hereby disallowed and expunged in its entirety.

3.    Each Untimely Books And Records Claim listed on <u>Exhibit B-2</u> hereto is hereby disallowed and expunged in its entirety.

4.    Each Untimely Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

5.    Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit D-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit D-1</u> shall be entitled to (a) a recovery for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit D-1,</u> subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to

Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.     Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-2 shall be entitled to (a) a recovery for any Tax Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.     Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit D-3 shall be entitled to (a) a recovery for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest. For

clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their

associated bankruptcy case numbers referenced on Exhibits D-1, D-2, and D-3.

8.      With respect to each Claim for which a Response to the Fifteenth

Omnibus Claims Objection has been filed and served, and which has not been resolved by the

parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, E-4, E-5, E-6, and E-7 hereto,

the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to

be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order;

provided, however, that such adjournment shall be without prejudice to the Debtors' right to

assert that any such Responses were untimely or otherwise deficient under the Claims Objection

Procedures Order.

9.      Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Fifteenth Omnibus Claims Objection.

10.     Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

11.     This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Fifteenth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

12.     Each of the objections by the Debtors to each Claim addressed in the

Fifteenth Omnibus Claims Objection attached hereto as Exhibits E-1, E-2, E-3, E-4, E-5, E-6,

and E-7 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This

order shall be deemed a separate order with respect to each Claim that is the subject of the

Fifteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested

6

matter which involves such Claim and shall not act to stay the applicability or finality of this

order with respect to the other contested matters covered hereby.

13.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

14.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Fifteenth Omnibus Claims

Objection.

Dated: New York, New York
       June ___, 2007


_____
         UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**                                      **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STONEHILL INSTITUTIONAL PARTNERS LP ATTN STEVE NELSON 885 THIRD AVE 30TH FL NEW YORK, NY 10022 | 11907 | Secured: Priority: Administrative: Unsecured: Total: | $236,796.86 $236,796.86 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:          **1**                              **$236,796.86**

**In re Delphi Corporation, et al.**                                      Fifteenth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP AMERICAN 3CI 713 OAKDALE GRAND PRAIRIE, TX 75050 | 3730 | Secured: Priority: Administrative: Unsecured: Total: | $278.41 $278.41 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ADVETECH INC 451 W MAIN ST CANFIELD, OH 44406 | 3993 | Secured: Priority: Administrative: Unsecured: Total: | $914.69 $914.69 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ALLIED ELECTRONICS INC PO BOX 5126 TIMONIUM, MD 21094 | 992 | Secured: Priority: Administrative: Unsecured: Total: | $593.84 $593.84 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| ALLIED ELECTRONICS INC PO BOX 5126 TIMONIUM, MD 21094 | 970 | Secured: Priority: Administrative: Unsecured: Total: | $557.03 $557.03 | 12/05/2005 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| AMERICAN TURNED PRODUCTS INC MACDONALD ILLIG JONES & BRITTON LLP 100 STATE ST STE 700 ERIE, PA 16507-1459 | 1779 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 $0.00 | 02/06/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| C & P WAREHOUSE FACILITY 2605 N DAVIS RD KOKOMO, IN 46901 | 9645 | Secured: Priority: Administrative: Unsecured: Total: | $7,542.88 $7,542.88 | 07/12/2006 | DELPHI CORPORATION (05-44481) |
| CIT COMMUNICATIONS FINANCE CORPORATION DBA AVAYA FINANCIAL SERVICES FKA AT&T CREDIT CORPORATION ATTN BANKRUPTCY DEPT 1 CIT DR STE 4104A LIVINGSTON, NJ 07039 | 15603 | Secured: Priority: Administrative: Unsecured: Total: | $3,813.42 $3,813.42 | 07/31/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

In re Delphi Corporation, et al.                                              Fifteenth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DATWYLER RUBBER & PLASTICS NELSON MULLINS RILEY & SCARBOROUGH PO BOX 11070 COLUMBIA, SC 29211-1070 | 10905 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,595.00<br><br><br><br>$34,595.00 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC 1565 HOTEL CIR S STE 310 SAN DIEGO, CA 92108 | 2116 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,567.20<br>$3,567.20 | 02/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DORNER MFG CORP 975 COTTONWOOD AVE HARTLAND, WI 53029-0020 | 2582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$522.63<br>$522.63 | 04/07/2006 | DELPHI CORPORATION (05-44481) |
| FINANCIAL SERVICES OF AMERICA LLC 4739 BELLEVIEW STE 304 KANSAS CITY, MO 64112 | 11227 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$233,418.13<br>$233,418.13 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FPE INC 1785 BIG HILL RD DAYTON, OH 45439 | 11543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$430,308.97<br>$430,308.97 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 10375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$774,931.06<br>$774,931.06 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| HINKLE MANUFACTURING INC PO BOX 60210 ROSSFORD, OH 43460 | 662 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,765.70<br>$5,765.70 | 11/18/2005 | DELPHI CORPORATION (05-44481) |
| HYPERTRONICS CORP  EFT 16 BRENT DR HUDSON, MA 01749-2978 | 3937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$890.64<br>$890.64 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**      **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ICG CASTINGS INC<br>101 POPLAR ST<br>PO BOX 470<br>DOWAGIAC, MI 49047 | 40 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $272,340.10<br><br>$823,166.05<br>$1,095,506.15 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL OUTSOURCING SERVICES<br>1600 W BLOOMFIELD RD<br>BLOOMINGTON, IN 47403 | 12194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$33,114.60<br>$33,114.60 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| KOKUSAI INC<br>8102 WOODLAND DR<br>INDIANAPOLIS, IN 46278 | 1986 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,933.77<br>$3,933.77 | 02/14/2006 | DELPHI CORPORATION (05-44481) |
| MICHAEL A POLITO<br>SAMUEL F PRATO ESQ<br>ALLIANCE BUILDING STE I 435<br>I 83 EAST MAIN ST<br>ROCHESTER, NY 14604 | 3908 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| NATIONAL ABATEMENT CORPORATION<br>5206 GATEWAY CENTRE STE 200<br>FLINT, MI 48507 | 2042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,585.00<br><br><br>$210.00<br>$17,795.00 | 02/16/2006 | DELPHI CORPORATION (05-44481) |
| NYPRO CHIHUAHUA S DE RL DE CV<br>AVE HEMINGWAY NO 11517<br>COMPLEJO IND<br>CHIHUAHUA CHIH, 31109<br>MEXICO | 9976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$29,114.44<br>$29,114.44 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| SCHAEFER PLUMBING SUPPLY CO I INC<br>146 160 CLINTON ST<br>BUFFALO, NY 14203 | 2899 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$686.37<br>$686.37 | 04/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHERWIN WILLIAMS CO THE<br>1100 NORTH EXPY STE 1<br>BROWNSVILLE, TX 78520 | 8798 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$278.75<br>$278.75 | 06/30/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                                                                          Fifteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SKF DE MEXICO S A DE C V<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899 | 11275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,007.33<br>$8,007.33 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIALTY COATINGS SYSTEMS EFT<br>ADLER POLLOCK & SHEEHAN PC<br>ONE CITIZENS PLAZA 8TH FLOOR<br>PROVIDENCE, RI 02903 | 15683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $76,385.97<br>$76,385.97 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT<br>PO BOX 8575<br>ALBUQUERQUE, NM 87198-8575 | 6786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $21,000.00<br>$21,000.00 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| THE CONNECTICUT LIGHT & POWER COMPANY<br>CREDIT AND COLLECTION CTR<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 110 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,418.83<br>$1,418.83 | 10/25/2005 | DELPHI CORPORATION (05-44481) |
| TOYOTA MOTOR NORTH AMERICA INC AND TOYOTA MOTOR MANUFACTURING KENTUCKY INC<br>TODD HESEKIEL<br>59 MAIDEN LANE<br>NEW YORK, NY 10038 | 11614 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,000,000.00<br>$20,000,000.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 4041 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$0.00 | 05/01/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS<br>1212 AVE OF THE AMERICAS<br>NEW YORK, NY 10036-1689 | 10565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,849.76<br>$13,849.76 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 4038 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$0.00 | 05/01/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

**In re Delphi Corporation, et al.**                                      **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 10753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $299,663.69<br><br><br><br>$299,663.69 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | Total: | 32 | $23,598,454.26 |
|---|---|---|---|

**In re Delphi Corporation, et al.**                                      **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TAX COLLECTOR SANTA ROSA COUNTY ROBERT MCCLURE SANTA ROSA TAX COLLE PO BOX 7100 MILTON, FL 32572 | 16403 | Secured: Priority: Administrative: Unsecured: Total: | $182,356.00 $182,356.00 | 11/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US CUSTOMS & BORDER PROTECTION 6650 TELECOM DR PO BOX 68911 INDIANAPOLIS, IN 46268 | 16201 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 08/14/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| | **Total:** **2** | | **$182,356.00** | | |

**In re Delphi Corporation, et al.**                                    **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FISHER SCIENTIFIC<br>REGIONAL CREDIT MANAGER<br>2000 PARK LN<br>PITTSBURGH, PA 15275 | 16581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$57,969.20<br>$57,969.20 | 03/19/2007 | DELPHI CORPORATION (05-44481) |
| MARPOSS CORPORATION<br>3300 CROSS CREEK PKWY<br>AUBURN HILLS, MI 48326 | 16598 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$24,025.00<br>$24,025.00 | 04/24/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 2 | | $81,994.20 | | |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12215<br>Date Filed:07/28/06<br>Docketed Total:   $20,171.00<br>Filing Creditor Name and Address<br> ADAPTIVE TECHNOLOGIES INC<br> THOMAS P MARTIN<br> MARTIN FOLINO HARMON &<br> STACHLER<br> 214 W MONUMENT AVE<br> PO BOX 10068<br> DAYTON OH 45402 | Claim Holder Name and Address   Docketed Total      $20,171.00<br>ADAPTIVE TECHNOLOGIES INC<br>THOMAS P MARTIN<br>MARTIN FOLINO HARMON &<br>STACHLER<br>214 W MONUMENT AVE<br>PO BOX 10068<br>DAYTON OH 45402<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $20,171.00<br>                                                         $20,171.00 | Modified Total      $10,241.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $10,241.00<br>                                                         $10,241.00 |
| Claim: 7007<br>Date Filed:05/30/06<br>Docketed Total:   $615.06<br>Filing Creditor Name and Address<br> ALABAMA GAS CORP<br> ATTN NANCY ROLAND<br> 605 RICHARD ARRINGTON JR BLVD<br> N<br> BIRMINGHAM AL 35203-2707 | Claim Holder Name and Address   Docketed Total      $615.06<br>ALABAMA GAS CORP<br>ATTN NANCY ROLAND<br>605 RICHARD ARRINGTON JR BLVD<br>N<br>BIRMINGHAM AL 35203-2707<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $615.06<br>                                                         $615.06 | Modified Total      $599.93<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $599.93<br>                                                         $599.93 |
| Claim: 7008<br>Date Filed:05/30/06<br>Docketed Total:   $1,314.20<br>Filing Creditor Name and Address<br> ALABAMA GAS CORP<br> ATTN NANCY ROLAND<br> 605 RICHARD ARRINGTON JR BLVD<br> N<br> BIRMINGHAM AL 35203-2707 | Claim Holder Name and Address   Docketed Total      $1,314.20<br>ALABAMA GAS CORP<br>ATTN NANCY ROLAND<br>605 RICHARD ARRINGTON JR BLVD<br>N<br>BIRMINGHAM AL 35203-2707<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $1,314.20<br>                                                         $1,314.20 | Modified Total      $1,264.93<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $1,264.93<br>                                                         $1,264.93 |
| Claim: 4232<br>Date Filed:05/01/06<br>Docketed Total:   $32,587.26<br>Filing Creditor Name and Address<br> ALCOTEC WIRE CO<br> 2750 AERO PK DR<br> TRAVERSE CITY MI 49686-9103 | Claim Holder Name and Address   Docketed Total      $32,587.26<br>ALCOTEC WIRE CO<br>2750 AERO PK DR<br>TRAVERSE CITY MI 49686-9103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $32,587.26<br>                                                         $32,587.26 | Modified Total      $27,076.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $27,076.00<br>                                                         $27,076.00 |

*See Exhibit F for a listing of debtor entities by case number                 Page:   1 of 38

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10600**
Date Filed:07/25/06
Docketed Total:   $11,751.37
Filing Creditor Name and Address
 AMPHENOL CORP AMPHENOL RF
 AMPHENOL RF
 4 OLD  NEWTON RD
 DANBURY CT 06810

Claim Holder Name and Address     Docketed Total     $11,751.37
AMPHENOL CORP AMPHENOL RF
AMPHENOL RF
4 OLD  NEWTON RD
DANBURY CT 06810

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,751.37 |
| | | | $11,751.37 |

Modified Total     $10,630.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,630.26 |
| | | | $10,630.26 |

---

**Claim: 11579**
Date Filed:07/27/06
Docketed Total:   $13,438.67
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF C&L WOOD PRODUCTS
 ATTN DAVID S LEINWAND
 AS ASSIGNEE OF C&L WOOD
 PRODUCTS
 535 MADISON AVE 15TH FL
 NEW YORK NY 10022

Claim Holder Name and Address     Docketed Total     $13,438.67
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,438.67 |
| | | | $13,438.67 |

Modified Total     $11,912.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,912.79 |
| | | | $11,912.79 |

---

**Claim: 2163**
Date Filed:03/01/06
Docketed Total:   $67,698.23
Filing Creditor Name and Address
 ASM CAPITAL AS ASSIGNEE FOR
 CARRIS REELS INC
 ASM CAPITAL
 7600 JERICHO TPKE STE 302
 WOODBURY NY 11797

Claim Holder Name and Address     Docketed Total     $67,698.23
ASM CAPITAL AS ASSIGNEE FOR CARRIS
REELS INC
ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,698.23 |
| | | | $67,698.23 |

Modified Total     $40,242.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,242.90 |
| | | | $40,242.90 |

---

**Claim: 1165**
Date Filed:12/14/05
Docketed Total:   $1,280,342.50
Filing Creditor Name and Address
 ATMEL CORPORATION
 ATTN BUCK CHINN
 2325 ORCHARD PKWY
 SAN JOSE CA 95131

Claim Holder Name and Address     Docketed Total     $1,280,342.50
ATMEL CORPORATION
ATTN BUCK CHINN
2325 ORCHARD PKWY
SAN JOSE CA 95131

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,280,342.50 |
| | | | $1,280,342.50 |

Modified Total  $1,268,827.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $570,000.00 |
| 05-44640 | | | $698,827.00 |
| | | | $1,268,827.00 |

---

In re: Delphi Corporation, <u>et al.</u>                                                              Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16415<br>Date Filed:11/09/06<br>Docketed Total:  $1,983,000.60<br>Filing Creditor Name and Address<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>CARL GALLOWAY VP AND TREASURER<br>250 ROYAL OAK RD<br>CAMBRIDGE ON N3H 4R6<br>CANADA | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $1,983,000.60 | | | Modified Total | $1,983,000.00 | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$1,983,000.60 | <u>Priority</u> | <u>Unsecured</u><br><br>$1,983,000.60 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,983,000.00<br><br>$1,983,000.00 |
| Claim: 1081<br>Date Filed:12/02/05<br>Docketed Total:   $60,182.00<br>Filing Creditor Name and Address<br>AUSTRIAMICROSYSTEMS AG<br>MRS MARIA RADOVIC<br>A-8141 UNTERPREMSTAELTEN<br><br>AUSTRIA | Claim Holder Name and Address<br>AUSTRIAMICROSYSTEMS AG<br>MRS MARIA RADOVIC<br>A-8141 UNTERPREMSTAELTEN<br><br>AUSTRIA | Docketed Total | $60,182.00 | | | Modified Total | $60,182.00 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$60,182.00<br>$60,182.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$60,182.00<br>$60,182.00 |
| Claim: 3727<br>Date Filed:05/01/06<br>Docketed Total:   $49,973.66<br>Filing Creditor Name and Address<br>AVM INC<br>PO BOX 729<br>MARION SC 29571 | Claim Holder Name and Address<br>AVM INC<br>PO BOX 729<br>MARION SC 29571 | Docketed Total | $49,973.66 | | | Modified Total | $28,073.66 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$49,973.66<br>$49,973.66 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$28,073.66<br>$28,073.66 |
| Claim: 15352<br>Date Filed:07/31/06<br>Docketed Total:   $17,541.48<br>Filing Creditor Name and Address<br>B W ROGERS CO<br>380 WATER ST<br>PO BOX 1030<br>AKRON OH 44309-1030 | Claim Holder Name and Address<br>B W ROGERS CO<br>380 WATER ST<br>PO BOX 1030<br>AKRON OH 44309-1030 | Docketed Total | $17,541.48 | | | Modified Total | $3,532.00 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$17,541.48<br>$17,541.48 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,532.00<br>$3,532.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   3 of 38

In re: Delphi Corporation, <u>et</u> <u>al</u>.
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2304**
Date Filed: 03/15/06
Docketed Total:   $8,978.40
Filing Creditor Name and Address
 BAJA TAPE & SUPPLY SA DE CV
 AV DE LAS GRANJAS NO 451
 COL GRANJAS UNIDAS CP
 CD JUAREZ CHIH  32675
 MEXICO

Claim Holder Name and Address    Docketed Total    $8,978.40
BAJA TAPE & SUPPLY SA DE CV
AV DE LAS GRANJAS NO 451
COL GRANJAS UNIDAS CP
CD JUAREZ CHIH  32675
MEXICO

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,978.40 |
| | | | $8,978.40 |

Modified Total    $5,358.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,358.00 |
| | | | $5,358.00 |

---

**Claim: 1414**
Date Filed: 12/30/05
Docketed Total:   $17,498.12
Filing Creditor Name and Address
 BALZERS INC
 2511 TECHNOLOGY DR STE 114
 ELGIN IL 60123

Claim Holder Name and Address    Docketed Total    $17,498.12
BALZERS INC
2511 TECHNOLOGY DR STE 114
ELGIN IL 60123

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,498.12 |
| | | | $17,498.12 |

Modified Total    $17,498.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,498.12 |
| | | | $17,498.12 |

---

**Claim: 7206**
Date Filed: 05/31/06
Docketed Total:   $31,570.05
Filing Creditor Name and Address
 BELLMAN MELCOR INC
 18333 S 76TH AVE
 PO BOX 188
 TINLEY PK IL 60477

Claim Holder Name and Address    Docketed Total    $31,570.05
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,570.05 |
| | | | $31,570.05 |

Modified Total    $28,335.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,335.20 |
| | | | $28,335.20 |

---

**Claim: 1627**
Date Filed: 01/23/06
Docketed Total:   $9,243.52
Filing Creditor Name and Address
 BENCHMARK DBA PLASCO DBA
 GOLDEN THUMB
 BENCHMARK INDUSTRIAL SUPPLY
 LLC
 PO BOX 367
 SPRINGFIELD OH 45501

Claim Holder Name and Address    Docketed Total    $9,243.52
BENCHMARK DBA PLASCO DBA GOLDEN
THUMB
BENCHMARK INDUSTRIAL SUPPLY
LLC
PO BOX 367
SPRINGFIELD OH 45501

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $9,243.52 | |
| | | $9,243.52 | |

Modified Total    $7,990.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,990.32 |
| | | | $7,990.32 |

---

In re: Delphi Corporation, <u>et al</u>.                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12448<br>Date Filed:07/28/06<br>Docketed Total:  $33,219.20<br>Filing Creditor Name and Address<br> BERGQUIST COMPANY<br> 18930 WEST 78TH ST<br> CHANHASSEN MN 55317 | Claim Holder Name and Address<br>BERGQUIST COMPANY<br>18930 WEST 78TH ST<br>CHANHASSEN MN 55317 | Docketed Total | | $33,219.20 | | Modified Total | | $24,859.36 |
| | <u>Case Number*</u><br>05-44567 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$33,219.20<br>$33,219.20 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$24,859.36<br>$24,859.36 |
| Claim: 12449<br>Date Filed:07/28/06<br>Docketed Total:  $5,437.15<br>Filing Creditor Name and Address<br> BERGQUIST COMPANY EFT<br> 18930 WEST 78TH ST<br> CHANHASSEN MN 55317 | Claim Holder Name and Address<br>BERGQUIST COMPANY<br>18930 WEST 78TH ST<br>CHANHASSEN MN 55317 | Docketed Total | | $5,437.15 | | Modified Total | | $1,900.95 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$5,437.15<br>$5,437.15 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,900.95<br>$1,900.95 |
| Claim: 1469<br>Date Filed:01/09/06<br>Docketed Total:  $7,949.86<br>Filing Creditor Name and Address<br> BEST ACCESS SYSTEMS EFT<br> 6161 E 75TH ST<br> INDIANAPOLIS IN 46250 | Claim Holder Name and Address<br>BEST ACCESS SYSTEMS EFT<br>6161 E 75TH ST<br>INDIANAPOLIS IN 46250 | Docketed Total | | $7,949.86 | | Modified Total | | $1,005.81 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,949.86<br>$7,949.86 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,005.81<br>$1,005.81 |
| Claim: 5569<br>Date Filed:05/10/06<br>Docketed Total:  $4,637.48<br>Filing Creditor Name and Address<br> BIW ISOLIERSTOFFE GMBH<br> POSTBACH 11 15<br> 58240 ENNEPETAL<br><br> GERMANY | Claim Holder Name and Address<br>BIW ISOLIERSTOFFE GMBH<br>POSTBACH 11 15<br>58240 ENNEPETAL<br><br>GERMANY | Docketed Total | | $4,637.48 | | Modified Total | | $3,449.77 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,637.48<br>$4,637.48 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,449.77<br>$3,449.77 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   5 of 38

In re: Delphi Corporation, et al.                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9303**
Date Filed:07/11/06
Docketed Total:   $28,331.19
Filing Creditor Name and Address
 BOYD CORPORATION
 CREDIT MGR
 600 SOUTH MCCLURE RD
 MODESTO CA 95357

| Claim Holder Name and Address | Docketed Total | $28,331.19 |
|---|---|---|
| BOYD CORPORATION CREDIT MGR 600 SOUTH MCCLURE RD MODESTO CA 95357 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $28,331.19 |
| | | | $28,331.19 |

| | Modified Total | $28,331.19 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $24,510.69 |
| 05-44640 | | | $3,820.50 |
| | | | $28,331.19 |

---

**Claim: 8891**
Date Filed:07/05/06
Docketed Total:   $3,271.41
Filing Creditor Name and Address
 BURTON CITY OF MI
 4303 S CTR RD
 BURTON MI 48519

| Claim Holder Name and Address | Docketed Total | $3,271.41 |
|---|---|---|
| BURTON CITY OF MI 4303 S CTR RD BURTON MI 48519 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,271.41 | | |
| | $3,271.41 | | |

| | Modified Total | $3,271.41 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,271.41 |
| | | | $3,271.41 |

---

**Claim: 82**
Date Filed:10/24/05
Docketed Total:   $136,583.32
Filing Creditor Name and Address
 CALIFORNIA EASTERN
 LABORATORIES INC
 ATTN JULIE STEPHENS
 4590 PATRICK HENRY DR
 SANTA CLARA CA 95054-1817

| Claim Holder Name and Address | Docketed Total | $136,583.32 |
|---|---|---|
| CALIFORNIA EASTERN LABORATORIES INC ATTN JULIE STEPHENS 4590 PATRICK HENRY DR SANTA CLARA CA 95054-1817 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $136,583.32 |
| | | | $136,583.32 |

| | Modified Total | $130,575.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $130,575.00 |
| | | | $130,575.00 |

---

**Claim: 7790**
Date Filed:06/12/06
Docketed Total:   $12,945.00
Filing Creditor Name and Address
 CERCO LLC CESCO PLANT
 416 MAPLE AVE
 PO BOX 151
 CROOKSVILLE OH 43731

| Claim Holder Name and Address | Docketed Total | $12,945.00 |
|---|---|---|
| CERCO LLC CESCO PLANT 416 MAPLE AVE PO BOX 151 CROOKSVILLE OH 43731 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,945.00 |
| | | | $12,945.00 |

| | Modified Total | $9,233.25 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,233.25 |
| | | | $9,233.25 |

---

*See Exhibit F for a listing of debtor entities by case number                     Page:   6 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                  Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 16277**
Date Filed: 08/29/06
Docketed Total:   $659,587.74
Filing Creditor Name and Address
 CERTIFIED TOOL & MANUFACTURING
 ATTN DAVID ROBERTSON
 1201 ESTES AVE
 ELK GROVE VILLAGE IL
 60007-5401

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Docketed Total    $659,587.74      Modified Total    $656,140.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $113,850.00 | | $545,737.74 | 05-44640 | | | $656,140.55 |
| | $113,850.00 | | $545,737.74 | | | | $656,140.55 |

**Claim: 7069**
Date Filed: 05/30/06
Docketed Total:   $8,000.00
Filing Creditor Name and Address
 CHANTE RICH
 ATTN MICHELLE DRINKWATER
 8720 CASTLE CRK PKWY STE 200
 INDIANAPOLIS IN 46250

Claim Holder Name and Address
CHANTE RICH
ATTN MICHELLE DRINKWATER
8720 CASTLE CRK PKWY STE 200
INDIANAPOLIS IN 46250

Docketed Total    $8,000.00      Modified Total    $4,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,000.00 | 05-44481 | | | $4,000.00 |
| | | | $8,000.00 | | | | $4,000.00 |

**Claim: 14246**
Date Filed: 07/31/06
Docketed Total:   $224,664.10
Filing Creditor Name and Address
 CINCH CONNECTORS INC
 JAMES E MORGAN
 MUCH SHELIST FREED DENENBERG
 AMENT
 191 N WACKER DR STE 1800
 CHICAGO IL 60606

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

Docketed Total    $224,664.10      Modified Total    $220,052.15

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $224,664.10 | | | 05-44640 | | | $220,052.15 |
| | $224,664.10 | | | | | | $220,052.15 |

**Claim: 5947**
Date Filed: 05/16/06
Docketed Total:   $19,543.15
Filing Creditor Name and Address
 CINCINNATI INC
 PO BOX 11111
 CINCINNATI OH 45211-0111

Claim Holder Name and Address
CINCINNATI INC
PO BOX 11111
CINCINNATI OH 45211-0111

Docketed Total    $19,543.15      Modified Total    $18,310.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $19,543.15 | 05-44640 | | | $18,310.20 |
| | | | $19,543.15 | | | | $18,310.20 |

In re: Delphi Corporation, <u>et al.</u>                                                                           Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1485<br>Date Filed:01/09/06<br>Docketed Total:  $3,169.58<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $3,169.58 | | Modified Total | | $1,532.97 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,169.58<br>$3,169.58 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,532.97<br>$1,532.97 |
| Claim: 1486<br>Date Filed:01/09/06<br>Docketed Total:  $614.22<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $614.22 | | Modified Total | | $614.22 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$614.22<br>$614.22 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$614.22<br>$614.22 |
| Claim: 1487<br>Date Filed:01/09/06<br>Docketed Total:  $603.48<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $603.48 | | Modified Total | | $603.48 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$603.48<br>$603.48 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$603.48<br>$603.48 |
| Claim: 1886<br>Date Filed:02/07/06<br>Docketed Total:  $1,413.28<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $1,413.28 | | Modified Total | | $1,413.28 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,413.28<br>$1,413.28 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,413.28<br>$1,413.28 |

In re: Delphi Corporation, <u>et al.</u>                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|
| Claim: 7945<br>Date Filed:06/13/06<br>Docketed Total:  $28,553.57<br>Filing Creditor Name and Address<br> CITY OF OAK CREEK WATER AND<br> SEWER UTILITY<br> C/O LAWRENCE HASKIN CITY<br> ATTORNEY<br> 7300 S 13TH ST STE 104<br> OAK CREEK WI 53154 | Claim Holder Name and Address    Docketed Total    $28,553.57<br>CITY OF OAK CREEK WATER AND SEWER<br>UTILITY<br>C/O LAWRENCE HASKIN CITY<br>ATTORNEY<br>7300 S 13TH ST STE 104<br>OAK CREEK WI 53154 | | Modified Total    $28,381.29 | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                                  $28,553.57<br>                                                  $28,553.57 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                                  $28,381.29<br>                                                  $28,381.29 | | |
| Claim: 6595<br>Date Filed:05/22/06<br>Docketed Total:  $1,752.85<br>Filing Creditor Name and Address<br> COMFORT TELECOMMUNICATION<br> RICHARD MINTO<br> 1407 SE 47TH TERRACE<br> CAPE CORAL FL 33904 | Claim Holder Name and Address    Docketed Total    $1,752.85<br>COMFORT TELECOMMUNICATION<br>RICHARD MINTO<br>1407 SE 47TH TERRACE<br>CAPE CORAL FL 33904 | | Modified Total    $1,553.05 | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                                  $1,752.85<br>                                                  $1,752.85 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                                  $1,553.05<br>                                                  $1,553.05 | | |
| Claim: 5725<br>Date Filed:05/12/06<br>Docketed Total:  $2,600.00<br>Filing Creditor Name and Address<br> CORRPRO COMPANIES INC<br> 1055 W SMITH RD<br> MEDINA OH 44256 | Claim Holder Name and Address    Docketed Total    $2,600.00<br>CORRPRO COMPANIES INC<br>1055 W SMITH RD<br>MEDINA OH 44256 | | Modified Total    $2,600.00 | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                                  $2,600.00<br>                                                  $2,600.00 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                                  $2,600.00<br>                                                  $2,600.00 | | |
| Claim: 2130<br>Date Filed:02/27/06<br>Docketed Total:  $34,932.98<br>Filing Creditor Name and Address<br> DACS MOLDING INC<br> PO BOX 51<br> IMLAY CITY MI 48444 | Claim Holder Name and Address    Docketed Total    $34,932.98<br>DACS MOLDING INC<br>PO BOX 51<br>IMLAY CITY MI 48444 | | Modified Total    $4,840.00 | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                                  $34,932.98<br>                                                  $34,932.98 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                                  $4,840.00<br>                                                  $4,840.00 | | |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11439<br>Date Filed:07/27/06<br>Docketed Total:   $27,250.00<br>Filing Creditor Name and Address<br> DANAHER PRECISION SYSTEMS<br> FRMLY KOLLMORGEN NEAT<br> 3753 COLLECTIONS CTR DR<br> CHICAGO IL 60693 | Claim Holder Name and Address<br>DANAHER PRECISION SYSTEMS<br>FRMLY KOLLMORGEN NEAT<br>3753 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | Docketed Total | | $27,250.00 | | Modified Total | | $27,250.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$27,250.00<br>$27,250.00 | <u>Case Number*</u><br>05-44511 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$27,250.00<br>$27,250.00 |
| Claim: 284<br>Date Filed:11/02/05<br>Docketed Total:   $5,016.81<br>Filing Creditor Name and Address<br> DANES WELDING SUPPLIES INC<br> 264 RT 104<br> ONTARIO NY 14519 | Claim Holder Name and Address<br>DANES WELDING SUPPLIES INC<br>264 RT 104<br>ONTARIO NY 14519 | Docketed Total | | $5,016.81 | | Modified Total | | $3,932.59 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$5,016.81<br>$5,016.81 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,932.59<br>$3,932.59 |
| Claim: 274<br>Date Filed:11/01/05<br>Docketed Total:   $18,825.32<br>Filing Creditor Name and Address<br> DANKA OFFICE IMAGING<br> LEE ACEVEDO<br> LINCOLN BUILDING<br> 11101 ROOSEVELT BLVD<br> ST PETERSBURG FL 33716 | Claim Holder Name and Address<br>DANKA OFFICE IMAGING<br>LEE ACEVEDO<br>LINCOLN BUILDING<br>11101 ROOSEVELT BLVD<br>ST PETERSBURG FL 33716 | Docketed Total | | $18,825.32 | | Modified Total | | $14,140.82 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$18,825.32<br>$18,825.32 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$14,140.82<br>$14,140.82 |
| Claim: 8981<br>Date Filed:07/05/06<br>Docketed Total:   $1,300.00<br>Filing Creditor Name and Address<br> DAVALOR MOLD CORPORATION<br> 46480 CONTINENTAL DR<br> CHESTERFIELD MI 48047 | Claim Holder Name and Address<br>DAVALOR MOLD CORPORATION<br>46480 CONTINENTAL DR<br>CHESTERFIELD MI 48047 | Docketed Total | | $1,300.00 | | Modified Total | | $1,300.00 |
| | <u>Case Number*</u><br>05-44547 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,300.00<br>$1,300.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,300.00<br>$1,300.00 |

*See Exhibit F for a listing of debtor entities by case number            Page:   10 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 452<br>Date Filed:11/08/05<br>Docketed Total: $190.00<br>Filing Creditor Name and Address<br> DICKEY & SON MACHINE & TOOL CO<br> DEE DICKEY<br> 2450 TURNER AVE<br> INDIANAPOLIS IN 46222 | Claim Holder Name and Address<br>DICKEY & SON MACHINE & TOOL CO<br>DEE DICKEY<br>2450 TURNER AVE<br>INDIANAPOLIS IN 46222 | Docketed Total | | $190.00 | | Modified Total | | $190.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$190.00<br>$190.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$190.00<br>$190.00 |
| Claim: 14401<br>Date Filed:07/31/06<br>Docketed Total: $4,652.71<br>Filing Creditor Name and Address<br> DOTT INDUSTRIES INC<br> RYAN D HEILMAN ESQ<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>DOTT INDUSTRIES INC<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | Docketed Total | | $4,652.71 | | Modified Total | | $4,652.68 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$4,652.71<br>$4,652.71 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,652.68<br>$4,652.68 |
| Claim: 1505<br>Date Filed:01/10/06<br>Docketed Total: $7,000.00<br>Filing Creditor Name and Address<br> EAR EVERYTHING INC<br> D FLINN<br> 6006 ANDOVER RD<br> INDIANAPOLIS IN 46220 | Claim Holder Name and Address<br>EAR EVERYTHING INC<br>D FLINN<br>6006 ANDOVER RD<br>INDIANAPOLIS IN 46220 | Docketed Total | | $7,000.00 | | Modified Total | | $7,000.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,000.00<br>$7,000.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,000.00<br>$7,000.00 |
| Claim: 1506<br>Date Filed:01/10/06<br>Docketed Total: $5,750.00<br>Filing Creditor Name and Address<br> EAR EVERYTHING INC<br> D FLINN<br> 6006 ANDOVER RD<br> INDIANAPOLIS IN 46220 | Claim Holder Name and Address<br>EAR EVERYTHING INC<br>D FLINN<br>6006 ANDOVER RD<br>INDIANAPOLIS IN 46220 | Docketed Total | | $5,750.00 | | Modified Total | | $5,750.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$5,750.00<br>$5,750.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$5,750.00<br>$5,750.00 |

In re: Delphi Corporation, <u>et al.</u>                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4749<br>Date Filed:05/04/06<br>Docketed Total:  $3,683.41<br>Filing Creditor Name and Address<br>  EATON HOELSCHER<br>  EATON OFFICE SUPPLY CO<br>  180 JOHN GLENN DR<br>  AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON HOELSCHER<br>EATON OFFICE SUPPLY CO<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $3,683.41 | | Modified Total | | $3,683.41 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$3,683.41<br>$3,683.41 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,683.41<br>$3,683.41 |
| Claim: 4748<br>Date Filed:05/04/06<br>Docketed Total:  $156.34<br>Filing Creditor Name and Address<br>  EATON OFFICE SUPPLY CO INC<br>  180 JOHN GLENN DR<br>  AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $156.34 | | Modified Total | | $156.34 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$156.34<br>$156.34 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$156.34<br>$156.34 |
| Claim: 4750<br>Date Filed:05/04/06<br>Docketed Total:  $1,513.57<br>Filing Creditor Name and Address<br>  EATON OFFICE SUPPLY CO INC<br>  180 JOHN GLENN DR<br>  AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $1,513.57 | | Modified Total | | $1,513.57 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$1,513.57<br>$1,513.57 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,513.57<br>$1,513.57 |
| Claim: 4751<br>Date Filed:05/04/06<br>Docketed Total:  $154.90<br>Filing Creditor Name and Address<br>  EATON OFFICE SUPPLY CO INC<br>  180 JOHN GLENN DR<br>  AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $154.90 | | Modified Total | | $154.90 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$154.90<br>$154.90 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$154.90<br>$154.90 |

*See Exhibit F for a listing of debtor entities by case number                Page:   12  of  38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 4752**
Date Filed:05/04/06
Docketed Total:   $5,017.13
Filing Creditor Name and Address
  EATON OFFICE SUPPLY CO INC
  180 JOHN GLENN DR
  AMHERST NY 14228-2292

Claim Holder Name and Address    Docketed Total    $5,017.13
EATON OFFICE SUPPLY CO INC
180 JOHN GLENN DR
AMHERST NY 14228-2292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,017.13 | |
| | | $5,017.13 | |

Modified Total    $5,017.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,017.13 |
| | | | $5,017.13 |

---

**Claim: 6371**
Date Filed:05/19/06
Docketed Total:   $3,275.86
Filing Creditor Name and Address
  EATON OFFICE SUPPLY CO INC EFT
  180 JOHN GLENN DR
  AMHERST NY 14228-2292

Claim Holder Name and Address    Docketed Total    $3,275.86
EATON OFFICE SUPPLY CO INC EFT
180 JOHN GLENN DR
AMHERST NY 14228-2292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,275.86 |
| | | | $3,275.86 |

Modified Total    $2,210.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,210.45 |
| | | | $2,210.45 |

---

**Claim: 971**
Date Filed:12/02/05
Docketed Total:   $96,219.20
Filing Creditor Name and Address
  ELRINGKLINGER AG
  MS CORDULA WENDELER
  MAX EYTH STRAßE 2
  DETTINGEN ERMS  72581
  GERMANY

Claim Holder Name and Address    Docketed Total    $96,219.20
ELRINGKLINGER AG
MS CORDULA WENDELER
MAX EYTH STRAßE 2
DETTINGEN ERMS  72581
GERMANY

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $96,219.20 |
| | | | $96,219.20 |

Modified Total    $96,219.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $96,219.20 |
| | | | $96,219.20 |

---

**Claim: 7961**
Date Filed:06/13/06
Docketed Total:   $77,255.31
Filing Creditor Name and Address
  EMAG LLC
  ERIK G CHAPPELL ESQ
  LYDEN LIEBENTHAL & CHAPPELL
  LTD
  5565 AIRPORT HWY STE 101
  TOLEDO OH 43615

Claim Holder Name and Address    Docketed Total    $77,255.31
EMAG LLC
ERIK G CHAPPELL ESQ
LYDEN LIEBENTHAL & CHAPPELL
LTD
5565 AIRPORT HWY STE 101
TOLEDO OH 43615

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $77,255.31 |
| | | | $77,255.31 |

Modified Total    $77,255.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,255.31 |
| | | | $77,255.31 |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13932<br>Date Filed:07/31/06<br>Docketed Total:  $62,028.00<br>Filing Creditor Name and Address<br> ENGINEERED SINTERED COMPONENTS<br> INC<br> 250 OLD MURDOCK RD<br> TROUTMAN NC 28166 | Claim Holder Name and Address<br>ENGINEERED SINTERED COMPONENTS INC<br>250 OLD MURDOCK RD<br>TROUTMAN NC 28166 | Docketed Total | | $62,028.00 | | Modified Total | | $62,028.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$62,028.00<br>_____<br>$62,028.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$62,028.00<br>_____<br>$62,028.00 |
| Claim: 1922<br>Date Filed:02/08/06<br>Docketed Total:  $137,978.95<br>Filing Creditor Name and Address<br> EPIC TECHNOLOGIES LLC<br> 200 E BLUEGRASS DR<br> NORWALK OH 44857 | Claim Holder Name and Address<br>EPIC TECHNOLOGIES LLC<br>200 E BLUEGRASS DR<br>NORWALK OH 44857 | Docketed Total | | $137,978.95 | | Modified Total | | $124,377.26 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$137,978.95<br>$137,978.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$124,377.26<br>$124,377.26 |
| Claim: 5799<br>Date Filed:05/15/06<br>Docketed Total:  $35,516.17<br>Filing Creditor Name and Address<br> ESTCO ENTERPRISES INC<br> 1549 SIMPSON WAY<br> ESCONDIDO CA 92029-1203 | Claim Holder Name and Address<br>ESTCO ENTERPRISES INC<br>1549 SIMPSON WAY<br>ESCONDIDO CA 92029-1203 | Docketed Total | | $35,516.17 | | Modified Total | | $30,733.32 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$35,516.17<br>$35,516.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,733.32<br>$30,733.32 |
| Claim: 4470<br>Date Filed:05/02/06<br>Docketed Total:  $8,527.25<br>Filing Creditor Name and Address<br> ETNA BECHEM LUBRICANTS LTD<br> 16824 PKCIRCLE DR<br> CHAGRIN FALLS OH 44023 | Claim Holder Name and Address<br>ETNA BECHEM LUBRICANTS LTD<br>16824 PKCIRCLE DR<br>CHAGRIN FALLS OH 44023 | Docketed Total | | $8,527.25 | | Modified Total | | $8,236.22 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$8,527.25<br>_____<br>$8,527.25 | Case Number*<br>05-44567<br>05-44640 | Secured | Priority | Unsecured<br>$6,286.72<br>$1,949.50<br>_____<br>$8,236.22 |

*See Exhibit F for a listing of debtor entities by case number                Page:   14  of  38

In re: Delphi Corporation, <u>et al</u>.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2624<br>Date Filed:04/13/06<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address<br> EXPORT DEVELOPMENT CANADA EDC<br> SUZANNE MARENGER<br> 151 O CONNOR ST 18TH FL<br> OTTAWA ON K1A IK3<br> CANADA | Claim Holder Name and Address<br>EXPORT DEVELOPMENT CANADA EDC<br>SUZANNE MARENGER<br>151 O CONNOR ST 18TH FL<br>OTTAWA ON K1A IK3<br>CANADA | Docketed Total | $40,000.00 | | Modified Total | | $40,000.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$40,000.00<br>$40,000.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$40,000.00<br>$40,000.00 |
| Claim: 6979<br>Date Filed:05/30/06<br>Docketed Total: $1,069.45<br>Filing Creditor Name and Address<br> FIRST CLASS EXPEDITING SERVICE<br> INC SCAC FCES<br> 2399 AVON INDUSTRIAL DR<br> ADDRCHG 8 2 00<br> ROCHESTER HILLS MI 48309 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | $1,069.45 | | Modified Total | | $1,069.45 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,069.45<br><br>$1,069.45 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,069.45<br><br>$1,069.45 |
| Claim: 516<br>Date Filed:11/14/05<br>Docketed Total: $56,944.42<br>Filing Creditor Name and Address<br> FISHER SCIENTIFIC<br> GARY BARNES<br> REGIONAL CREDIT MANAGER<br> 2000 PARK LN<br> PITTSBURGH PA 15275 | Claim Holder Name and Address<br>FISHER SCIENTIFIC<br>GARY BARNES<br>REGIONAL CREDIT MANAGER<br>2000 PARK LN<br>PITTSBURGH PA 15275 | Docketed Total | $56,944.42 | | Modified Total | | $56,036.23 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$56,944.42<br><br>$56,944.42 | <u>Case Number*</u><br>05-44482<br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$37,546.94<br>$18,489.29<br>$56,036.23 |
| Claim: 16026<br>Date Filed:08/09/06<br>Docketed Total: $55,275.90<br>Filing Creditor Name and Address<br> FITZGERALD WATER LIGHT & BOND<br> PO BOX DRAWER F<br> FITZGERALD GA 31750 | Claim Holder Name and Address<br>FITZGERALD WATER LIGHT & BOND<br>PO BOX DRAWER F<br>FITZGERALD GA 31750 | Docketed Total | $55,275.90 | | Modified Total | | $49,758.77 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$55,275.90<br>$55,275.90 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$49,758.77<br>$49,758.77 |

*See Exhibit F for a listing of debtor entities by case number                         Page:   15 of 38

In re: Delphi Corporation, et al.                                              Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9089<br>Date Filed:07/06/06<br>Docketed Total:  $2,412.40<br>Filing Creditor Name and Address<br> FLEX TECHNOLOGIES INC<br> MOUNT EATON DIV<br> 16183 E MAIN ST<br> MOUNT EATON OH 44659 | Claim Holder Name and Address<br>FLEX TECHNOLOGIES INC<br>MOUNT EATON DIV<br>16183 E MAIN ST<br>MOUNT EATON OH 44659 | Docketed Total | | $2,412.40 | | Modified Total | | $2,412.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,412.40<br>$2,412.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,412.40<br>$2,412.40 |
| Claim: 954<br>Date Filed:12/01/05<br>Docketed Total:  $3,494.52<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address<br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070 | Docketed Total | | $3,494.52 | | Modified Total | | $3,494.52 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,494.52<br>$3,494.52 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,494.52<br>$3,494.52 |
| Claim: 2458<br>Date Filed:03/30/06<br>Docketed Total:  $1,477.00<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address<br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070 | Docketed Total | | $1,477.00 | | Modified Total | | $1,477.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,477.00<br>$1,477.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,477.00<br>$1,477.00 |
| Claim: 2463<br>Date Filed:03/31/06<br>Docketed Total:  $23,968.00<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address<br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070 | Docketed Total | | $23,968.00 | | Modified Total | | $23,968.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,968.00<br>$23,968.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,968.00<br>$23,968.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:  16 of 38

In re: Delphi Corporation, <u>et al.</u>                                                  Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1417**
Date Filed: 01/03/06
Docketed Total:   $11,617.93
Filing Creditor Name and Address
  GIBRALTAR PACKAGING GROUP INC
  FMLY FLASHFOLD FMLY RIDGEPAK
  1140 HAYDEN ST
  FORT WAYNE IN 46803

Claim Holder Name and Address      Docketed Total      $11,617.93
GIBRALTAR PACKAGING GROUP INC FMLY
FLASHFOLD FMLY RIDGEPAK
1140 HAYDEN ST
FORT WAYNE IN 46803

Modified Total      $8,553.38

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $11,617.93 | 05-44640 | | | $8,553.38 |
| | | | $11,617.93 | | | | $8,553.38 |

**Claim: 8367**
Date Filed: 05/17/06
Docketed Total:   $13,514.55
Filing Creditor Name and Address
  GOOD J F CO
  MIKE KOLESKI
  11200 MADISON AVE
  CLEVELAND OH 44102

Claim Holder Name and Address      Docketed Total      $13,514.55
GOOD J F CO
MIKE KOLESKI
11200 MADISON AVE
CLEVELAND OH 44102

Modified Total      $1,647.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,514.55 | 05-44640 | | | $1,647.75 |
| | | | $13,514.55 | | | | $1,647.75 |

**Claim: 472**
Date Filed: 11/10/05
Docketed Total:   $171,321.18
Filing Creditor Name and Address
  GRAND TRAVERSE PLASTICS CORP
  5780 MOORE RD
  PO BOX 160
  WILLIAMSBURG MI 49690

Claim Holder Name and Address      Docketed Total      $171,321.18
GRAND TRAVERSE PLASTICS CORP
5780 MOORE RD
PO BOX 160
WILLIAMSBURG MI 49690

Modified Total      $56,658.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $171,321.18 | 05-44640 | | | $56,658.18 |
| | | | $171,321.18 | | | | $56,658.18 |

**Claim: 9306**
Date Filed: 07/11/06
Docketed Total:   $20,476.00
Filing Creditor Name and Address
  GRAND TRAVERSE PLASTICS CORP
  5780 MOORE RD
  PO BOX 160
  WILLIAMSBURG MI 49690

Claim Holder Name and Address      Docketed Total      $20,476.00
GRAND TRAVERSE PLASTICS CORP
5780 MOORE RD
PO BOX 160
WILLIAMSBURG MI 49690

Modified Total      $20,476.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $20,476.00 | 05-44640 | | | $20,476.00 |
| | | | $20,476.00 | | | | $20,476.00 |

*See Exhibit F for a listing of debtor entities by case number            Page:   17 of 38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8072<br>Date Filed:06/16/06<br>Docketed Total:  $1,362.87<br>Filing Creditor Name and Address<br> GRAYBAR ELECTRIC CO INC<br> 2841 SOUTH 900 WEST<br> SALT LAKE CITY UT 84119 | Claim Holder Name and Address<br>GRAYBAR ELECTRIC CO INC<br>2841 SOUTH 900 WEST<br>SALT LAKE CITY UT 84119 | Docketed Total | | $1,362.87 | | Modified Total | | $736.59 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,362.87<br>$1,362.87 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$736.59<br>$736.59 |
| Claim: 12224<br>Date Filed:07/28/06<br>Docketed Total:   $71,784.15<br>Filing Creditor Name and Address<br> GSI GROUP CORP FORMERLY GSI<br> LUMONICS CORP<br> GSI GROUP CORP<br> 39 MANNING RD<br> BILLERICA MA 01821 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $71,784.15 | | Modified Total | | $69,983.57 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$71,784.15<br><br>$71,784.15 | **Case Number\***<br>05-44624<br><br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$49,289.06<br><br>$20,694.51<br>$69,983.57 |
| Claim: 15678<br>Date Filed:07/31/06<br>Docketed Total:   $10,418.58<br>Filing Creditor Name and Address<br> GTI TECHNOLOGIES<br> CINDY GURLACH<br> 6 ARMSTRONG RD.<br> SHELTON CT 06484 | Claim Holder Name and Address<br>GTI TECHNOLOGIES<br>CINDY GURLACH<br>6 ARMSTRONG RD.<br>SHELTON CT 06484 | Docketed Total | | $10,418.58 | | Modified Total | | $10,209.58 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$10,418.58<br>$10,418.58 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$10,209.58<br>$10,209.58 |
| Claim: 1529<br>Date Filed:01/13/06<br>Docketed Total:   $4,060.37<br>Filing Creditor Name and Address<br> HEDRICH NORTH AMERICA LLC<br> 17726 SPRINGWINDS DR<br> CORNELIUS NC 28031 | Claim Holder Name and Address<br>HEDRICH NORTH AMERICA LLC<br>17726 SPRINGWINDS DR<br>CORNELIUS NC 28031 | Docketed Total | | $4,060.37 | | Modified Total | | $4,060.37 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$4,060.37<br>$4,060.37 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$4,060.37<br>$4,060.37 |

In re: Delphi Corporation, <u>et al.</u>                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 7706**
Date Filed: 06/09/06
Docketed Total:   $50,895.80
Filing Creditor Name and Address
 HENNESSEY CAPITAL SOLUTIONS
 ASSIGNEE PLASTIC SOLUTIONS INC
 23261 WOODWARD AVE
 HUNTINGTON WOODS MI 48070-1362

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total    $50,895.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $50,895.80 | | |
| | $50,895.80 | | |

Modified Total    $50,747.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $50,747.48 |
| | | | $50,747.48 |

---

**Claim: 3384**
Date Filed: 04/28/06
Docketed Total:   $8,496.00
Filing Creditor Name and Address
 HOBART BROTHERS CO
 ITW HOBART BROTHERS CO
 400 TRADE SQ E
 TROY OH 45373

Claim Holder Name and Address
HOBART BROTHERS CO
ITW HOBART BROTHERS CO
400 TRADE SQ E
TROY OH 45373

Docketed Total    $8,496.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,496.00 |
| | | | $8,496.00 |

Modified Total    $8,064.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,064.00 |
| | | | $8,064.00 |

---

**Claim: 271**
Date Filed: 11/01/05
Docketed Total:   $97,845.54
Filing Creditor Name and Address
 HOLT ELECTRIC COMPANY
 135 S LASALLE DEPT 3866
 CHICAGO IL 60674-3866

Claim Holder Name and Address
HOLT ELECTRIC COMPANY
135 S LASALLE DEPT 3866
CHICAGO IL 60674-3866

Docketed Total    $97,845.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $97,845.54 |
| | | | $97,845.54 |

Modified Total    $14,436.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,436.25 |
| | | | $14,436.25 |

---

**Claim: 10374**
Date Filed: 07/24/06
Docketed Total:   $47,543.37
Filing Creditor Name and Address
 HUBERT STUCKEN GMBH & CO KG
 STANLEY H MCGUFFIN ESQ
 HAYNSWORTH SINKLER BOYD PA
 PO BOX 11889
 COLUMBIA SC 29211

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

Docketed Total    $47,543.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $47,543.37 |
| | | | $47,543.37 |

Modified Total    $41,509.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,509.17 |
| | | | $41,509.17 |

---

*See Exhibit F for a listing of debtor entities by case number                Page:   19 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3940<br>Date Filed:05/01/06<br>Docketed Total:  $3,804.55<br>Filing Creditor Name and Address<br> HYDROTECH INC<br> SYLVIA ELLERT<br> 10052 COMMERCE PK DR<br> CINCINNATI OH 45246 | Claim Holder Name and Address<br>HYDROTECH INC<br>SYLVIA ELLERT<br>10052 COMMERCE PK DR<br>CINCINNATI OH 45246 | Docketed Total | | $3,804.55 | | Modified Total | | $1,449.60 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,804.55<br>$3,804.55 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,449.60<br>$1,449.60 |
| Claim: 1799<br>Date Filed:02/06/06<br>Docketed Total:  $31,408.03<br>Filing Creditor Name and Address<br> INCAT SYSTEMS INC<br> 41370 BRIDGE ST<br> NOVI MI 48375 | Claim Holder Name and Address<br>INCAT SYSTEMS INC<br>41370 BRIDGE ST<br>NOVI MI 48375 | Docketed Total | | $31,408.03 | | Modified Total | | $30,606.28 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$31,408.03<br>$31,408.03 | <u>Case Number*</u><br>05-44567<br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,170.00<br>$29,436.28<br>$30,606.28 |
| Claim: 4883<br>Date Filed:05/05/06<br>Docketed Total:  $7,188.92<br>Filing Creditor Name and Address<br> INDEPENDENT SOURCING INC<br> 903 SE 13 ST<br> DEERFIELD BEACH FL 33441 | Claim Holder Name and Address<br>INDEPENDENT SOURCING INC<br>903 SE 13 ST<br>DEERFIELD BEACH FL 33441 | Docketed Total | | $7,188.92 | | Modified Total | | $7,188.92 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,188.92<br>$7,188.92 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,188.92<br>$7,188.92 |
| Claim: 1889<br>Date Filed:02/07/06<br>Docketed Total:  $19,787.90<br>Filing Creditor Name and Address<br> INDUSTRIAL POWDER COATINGS INC<br> 204 REPUBLIC STREET<br> NORWALK OH 44857 | Claim Holder Name and Address<br>INDUSTRIAL POWDER COATINGS INC<br>204 REPUBLIC STREET<br>NORWALK OH 44857 | Docketed Total | | $19,787.90 | | Modified Total | | $13,911.02 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$19,787.90<br>$19,787.90 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$13,911.02<br>$13,911.02 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   20 of 38

In re: Delphi Corporation, et al.                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|
| Claim: 3986<br>Date Filed:05/01/06<br>Docketed Total:  $22,516.03<br>Filing Creditor Name and Address<br> INDUSTRY PRODUCTS CO<br> 500 STATLER RD<br> PIQUA OH 45356-1158 | Claim Holder Name and Address<br>INDUSTRY PRODUCTS CO<br>500 STATLER RD<br>PIQUA OH 45356-1158 | Docketed Total    $22,516.03 | | Modified Total    $21,733.34 | |
| | **Case Number\***  Secured    Priority    **Unsecured**<br>05-44567                                 $22,516.03<br>                                                    $22,516.03 | | **Case Number\***    Secured    Priority    **Unsecured**<br>05-44640                                               $21,733.34<br>                                                                    $21,733.34 | | |
| Claim: 4019<br>Date Filed:05/01/06<br>Docketed Total:   $7,249.53<br>Filing Creditor Name and Address<br> INDUSTRY PRODUCTS COMPANY<br> 500 STATLER RD<br> PIQUA OH 45356-1158 | Claim Holder Name and Address<br>INDUSTRY PRODUCTS COMPANY<br>500 STATLER RD<br>PIQUA OH 45356-1158 | Docketed Total    $7,249.53 | | Modified Total    $7,045.54 | |
| | **Case Number\***  Secured    **Priority**    **Unsecured**<br>05-44481                                 $7,249.53<br>                                                     $7,249.53 | | **Case Number\***    Secured    **Priority**    **Unsecured**<br>05-44481                                               $7,045.54<br>                                                                     $7,045.54 | | |
| Claim: 7148<br>Date Filed:05/30/06<br>Docketed Total:   $88,950.06<br>Filing Creditor Name and Address<br> INTELLON CORPORATION<br> 5100 WEST SILVER SPRINGS BLVD<br> OCALA FL 34482 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total    $88,950.06 | | Modified Total    $88,140.00 | |
| | **Case Number\***  Secured    **Priority**    **Unsecured**<br>05-44640                                 $88,950.06<br>                                                     $88,950.06 | | **Case Number\***    Secured    **Priority**    **Unsecured**<br>05-44640                                               $88,140.00<br>                                                                     $88,140.00 | | |
| Claim: 224<br>Date Filed:10/31/05<br>Docketed Total:   $136,300.02<br>Filing Creditor Name and Address<br> INTER TECH CONSTRUCTION CO INC<br> 74 HIGHLAND AVE<br> LEONARDO NJ 07737 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total    $136,300.02 | | Modified Total    $90,400.00 | |
| | **Case Number\***  Secured    Priority    **Unsecured**<br>05-44481                                 $136,300.02<br>                                                      $136,300.02 | | **Case Number\***    Secured    Priority    **Unsecured**<br>05-44640                                               $90,400.00<br>                                                                     $90,400.00 | | |

*See Exhibit F for a listing of debtor entities by case number            Page:   21 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 14338<br>Date Filed:07/31/06<br>Docketed Total:   $729,569.27<br>Filing Creditor Name and Address<br> INTERCALL INC<br> RICHARD W ESTERKIN<br> MORGAN LEWIS & BOCKIUS LLP<br> 300 S GRAND AVE 22ND FL<br> LOS ANGELES CA 90071 | Claim Holder Name and Address<br>INTERCALL INC<br>RICHARD W ESTERKIN<br>MORGAN LEWIS & BOCKIUS LLP<br>300 S GRAND AVE 22ND FL<br>LOS ANGELES CA 90071 | Docketed Total     $729,569.27 | | Modified Total     $728,942.06 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u>     <u>Unsecured</u><br>$729,569.27<br>$729,569.27 | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u>     <u>Unsecured</u><br>$728,942.06<br>$728,942.06 |
| Claim: 2640<br>Date Filed:04/13/06<br>Docketed Total:   $10,101.15<br>Filing Creditor Name and Address<br> JEVIC TRANSPORTATION & SIERRA<br> LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>JEVIC TRANSPORTATION & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | Docketed Total     $10,101.15 | | Modified Total     $8,984.97 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u>     <u>Unsecured</u><br>$10,101.15<br>$10,101.15 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u>     <u>Unsecured</u><br>$8,984.97<br>$8,984.97 |
| Claim: 8133<br>Date Filed:06/16/06<br>Docketed Total:   $1,005,284.25<br>Filing Creditor Name and Address<br> JIFFY TITE CO INC<br> 4437 WALDEN AVE<br> LANCASTER NY 14086 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total     $1,005,284.25 | | Modified Total     $996,198.87 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u>     <u>Unsecured</u><br>$1,005,284.25<br>$1,005,284.25 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u>     <u>Unsecured</u><br>$996,198.87<br>$996,198.87 |
| Claim: 2652<br>Date Filed:04/14/06<br>Docketed Total:   $261,562.88<br>Filing Creditor Name and Address<br> JONES DAY<br> HEATHER LENNOX ESQ<br> 901 LAKESIDE AVE<br> CLEVELAND OH 44114 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total     $261,562.88 | | Modified Total     $261,562.88 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u>     <u>Unsecured</u><br>$261,562.88<br>$261,562.88 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u>     <u>Unsecured</u><br>$261,562.88<br>$261,562.88 |

*See Exhibit F for a listing of debtor entities by case number                          Page:   22 of 38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 11265**
Date Filed: 07/27/06
Docketed Total:  $15,887.09
Filing Creditor Name and Address
 JR EDWARDS TRUCKING CO
 C O MICHAEL A STAUDT
 FAULKNER GARMHAUSEN KEISTER &
 SHENK
 COURTVIEW CENTER STE 300
 100 S MAIN AVE
 SIDNEY OH 45365

Claim Holder Name and Address
JR EDWARDS TRUCKING CO
C O MICHAEL A STAUDT
FAULKNER GARMHAUSEN KEISTER &
SHENK
COURTVIEW CENTER STE 300
100 S MAIN AVE
SIDNEY OH 45365

Docketed Total    $15,887.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,887.09 |
| | | | $15,887.09 |

Modified Total    $9,080.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,080.80 |
| | | | $9,080.80 |

---

**Claim: 48**
Date Filed: 10/18/05
Docketed Total:  $20,076.60
Filing Creditor Name and Address
 K T K STEEL DRUM CORPORATION
 PO BOX 1394
 65 MIDVALE RD
 EDISON NJ 08817

Claim Holder Name and Address
K T K STEEL DRUM CORPORATION
PO BOX 1394
65 MIDVALE RD
EDISON NJ 08817

Docketed Total    $20,076.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,076.60 |
| | | | $20,076.60 |

Modified Total    $20,076.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,076.60 |
| | | | $20,076.60 |

---

**Claim: 9458**
Date Filed: 07/13/06
Docketed Total:  $126,215.13
Filing Creditor Name and Address
 K TUBE CORPORATION
 C O ANDREW T KIGHT
 SOMMER BARNARD PC
 ONE INDIANA SQ STE 3500
 INDIANAPOLIS IN 46204-2023

Claim Holder Name and Address
K TUBE CORPORATION
C O ANDREW T KIGHT
SOMMER BARNARD PC
ONE INDIANA SQ STE 3500
INDIANAPOLIS IN 46204-2023

Docketed Total    $126,215.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $32,661.00 | $93,554.13 |
| | | $32,661.00 | $93,554.13 |

Modified Total    $87,669.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,669.00 |
| | | | $87,669.00 |

---

**Claim: 4250**
Date Filed: 05/01/06
Docketed Total:  $2,562.30
Filing Creditor Name and Address
 KAUTT & BUX GMBH
 SCHIESSMAUER 9
 HERRENBERG  71083
 GERMANY

Claim Holder Name and Address
KAUTT & BUX GMBH
SCHIESSMAUER 9
HERRENBERG  71083
GERMANY

Docketed Total    $2,562.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,562.30 |
| | | | $2,562.30 |

Modified Total    $2,562.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,562.30 |
| | | | $2,562.30 |

---

*See Exhibit F for a listing of debtor entities by case number          Page:   23  of  38

In re: Delphi Corporation, et al.                                                              Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 3003**
Date Filed: 04/27/06
Docketed Total:   $4,154.00
Filing Creditor Name and Address
  KEPCO INC EFT
  131 38 SANFORD AVE
  FLUSHING NY 11352

| Claim Holder Name and Address | Docketed Total | $4,154.00 | | Modified Total | $3,090.00 |
|---|---|---|---|---|---|
| KEPCO INC EFT 131 38 SANFORD AVE FLUSHING NY 11352 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,154.00 | 05-44640 | | | $3,090.00 |
| | | | $4,154.00 | | | | $3,090.00 |

**Claim: 14091**
Date Filed: 07/31/06
Docketed Total:   $92,591.46
Filing Creditor Name and Address
  KIRBY RISK SUPPLY CO INC
  PO BOX 5089
  LAFAYETTE IN 47903-5089

| Claim Holder Name and Address | Docketed Total | $92,591.46 | | Modified Total | $92,473.28 |
|---|---|---|---|---|---|
| KIRBY RISK SUPPLY CO INC PO BOX 5089 LAFAYETTE IN 47903-5089 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $92,591.46 | 05-44640 | | | $92,473.28 |
| | | | $92,591.46 | | | | $92,473.28 |

**Claim: 15285**
Date Filed: 07/31/06
Docketed Total:   $38,996.60
Filing Creditor Name and Address
  KLA TENCOR CORPORATION
  CHERYL A JORDAN
  MURRAY & MURRAY APC
  19400 STEVENS CREEK BLVD SUITE
  200
  CUPERTINO CA 95014-2548

| Claim Holder Name and Address | Docketed Total | $38,996.60 | | Modified Total | $37,035.34 |
|---|---|---|---|---|---|
| KLA TENCOR CORPORATION CHERYL A JORDAN MURRAY & MURRAY APC 19400 STEVENS CREEK BLVD SUITE 200 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $38,996.60 | 05-44640 | | | $37,035.34 |
| | | | $38,996.60 | | | | $37,035.34 |

**Claim: 5720**
Date Filed: 05/12/06
Docketed Total:   $152.96
Filing Creditor Name and Address
  KOKOMO LOCK AND KEY CO
  DONNA
  320 E ALTO RD
  KOKOMO IN 46902

| Claim Holder Name and Address | Docketed Total | $152.96 | | Modified Total | $152.96 |
|---|---|---|---|---|---|
| KOKOMO LOCK AND KEY CO DONNA 320 E ALTO RD KOKOMO IN 46902 | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $152.96 | 05-44640 | | | $152.96 |
| | | | $152.96 | | | | $152.96 |

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 7997<br>Date Filed:06/14/06<br>Docketed Total:  $81,169.00<br>Filing Creditor Name and Address<br> LEXISNEXIS A DIVISION OF REED<br> ELSEVIER INC<br> BETH FARNHAM<br> 9443 SPRINGBORO PIKE<br> MIAMISBURG OH 45342 | Claim Holder Name and Address<br>LEXISNEXIS A DIVISION OF REED<br>ELSEVIER INC<br>BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | Docketed Total | $81,169.00 | | Modified Total | | $74,922.32 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u> | <u>Unsecured</u><br>$81,169.00<br>$81,169.00 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$74,922.32<br>$74,922.32 |
| Claim: 968<br>Date Filed:12/02/05<br>Docketed Total:  $26,604.09<br>Filing Creditor Name and Address<br> LIQUID TRANSPORT CORP<br> KIM GUAJARDO<br> 8470 ALLISON POINTE BLVD STE<br> 400<br> INDIANAPOLIS IN 46250 | Claim Holder Name and Address<br>LIQUID TRANSPORT CORP<br>KIM GUAJARDO<br>8470 ALLISON POINTE BLVD STE<br>400<br>INDIANAPOLIS IN 46250 | Docketed Total | $26,604.09 | | Modified Total | | $26,604.09 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u><br>$26,604.09<br>$26,604.09 | <u>Unsecured</u> | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$26,604.09<br>$26,604.09 |
| Claim: 9459<br>Date Filed:07/13/06<br>Docketed Total:  $86,176.25<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC AS<br> ASSIGNEE OF ELGIN DIE MOLD CO<br> C O LIQUIDITY SOLUTIONS INC<br> DBA REV<br> 1 UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $86,176.25 | | Modified Total | | $86,176.25 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u> | <u>Unsecured</u><br>$86,176.25 | <u>Case Number*</u>   <u>Secured</u><br>05-44567<br><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$13,821.00<br><br>$72,355.25 |
| | | | $86,176.25 | | | | $86,176.25 |
| Claim: 15473<br>Date Filed:07/31/06<br>Docketed Total:  $120,924.26<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC DBA<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF LINC MECHANICAL LLC<br> JEFFREY L CARESS<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC DBA REVENUE<br>MANAGEMENT AS ASSIGNEE OF LINC<br>MECHANICAL LLC<br>JEFFREY L CARESS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $120,924.26 | | Modified Total | | $119,070.35 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u> | <u>Unsecured</u><br>$120,924.26<br>$120,924.26 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$119,070.35<br>$119,070.35 |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 178<br>Date Filed:10/28/05<br>Docketed Total:  $6,000.00<br>Filing Creditor Name and Address<br> LORI SMITH<br> C O HOCHMAN & PLUNKETT CO LPA<br> 118 W FIRST ST<br> 650 TALBOTT TOWER<br> DAYTON OH 45402 | Claim Holder Name and Address   Docketed Total   $6,000.00<br>LORI SMITH<br>C O HOCHMAN & PLUNKETT CO LPA<br>118 W FIRST ST<br>650 TALBOTT TOWER<br>DAYTON OH 45402<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $6,000.00<br>                                            $6,000.00 | Modified Total   $6,000.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $6,000.00<br>                                            $6,000.00 |
| Claim: 9799<br>Date Filed:07/18/06<br>Docketed Total:  $122,951.00<br>Filing Creditor Name and Address<br> MEMC ELECTRONIC MATERIALS INC<br> CREDIT MANAGER MZ 68<br> MEMC ELECTRONIC MATERIALS INC<br> PO BOX 8<br> ST PETERS MO 63376 | Claim Holder Name and Address   Docketed Total   $122,951.00<br>MEMC ELECTRONIC MATERIALS INC<br>CREDIT MANAGER MZ 68<br>MEMC ELECTRONIC MATERIALS INC<br>PO BOX 8<br>ST PETERS MO 63376<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $39,692.00   $83,259.00<br>                       $39,692.00   $83,259.00 | Modified Total   $122,951.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $122,951.00<br>                                            $122,951.00 |
| Claim: 584<br>Date Filed:11/15/05<br>Docketed Total:  $5,389.00<br>Filing Creditor Name and Address<br> METHODS MACHINE TOOLS INC<br> 65 UNION AVE<br> PO BOX 382<br> SUDBURY MA 01776 | Claim Holder Name and Address   Docketed Total   $5,389.00<br>METHODS MACHINE TOOLS INC<br>65 UNION AVE<br>PO BOX 382<br>SUDBURY MA 01776<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44596                                    $5,389.00<br>                                            $5,389.00 | Modified Total   $2,689.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $2,689.00<br>                                            $2,689.00 |
| Claim: 1357<br>Date Filed:12/28/05<br>Docketed Total:  $16,896.00<br>Filing Creditor Name and Address<br> METRO FIBRES INC<br> CO ERIK G CHAPPELL ESQ<br> 5565 AIRPORT HWY STE 101<br> TOLEDO OH 43615 | Claim Holder Name and Address   Docketed Total   $16,896.00<br>METRO FIBRES INC<br>CO ERIK G CHAPPELL ESQ<br>5565 AIRPORT HWY STE 101<br>TOLEDO OH 43615<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $16,896.00<br>                                            $16,896.00 | Modified Total   $3,799.04<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $3,799.04<br>                                            $3,799.04 |

*See Exhibit F for a listing of debtor entities by case number          Page:   26 of 38

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 12031<br>Date Filed:07/28/06<br>Docketed Total:   $140,379.72<br>Filing Creditor Name and Address<br> MID SOUTH ELECTRONICS INC<br> C O RALPH K STRAWN JR ESQ<br> PO BOX 246<br> GADSDEN AL 35902 | Claim Holder Name and Address<br>MID SOUTH ELECTRONICS INC<br>C O RALPH K STRAWN JR ESQ<br>PO BOX 246<br>GADSDEN AL 35902 | Docketed Total | $140,379.72 | | Modified Total | | $105,820.05 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$140,379.72<br>$140,379.72 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$105,820.05<br>$105,820.05 |
| Claim: 6602<br>Date Filed:05/22/06<br>Docketed Total:   $32,715.10<br>Filing Creditor Name and Address<br> MITTEN FLUIDPOWER INC<br> PO BOX 2877<br> 5960 COURT ST RD<br> SYRACUSE NY 13220 | Claim Holder Name and Address<br>MITTEN FLUIDPOWER INC<br>PO BOX 2877<br>5960 COURT ST RD<br>SYRACUSE NY 13220 | Docketed Total | $32,715.10 | | Modified Total | | $27,323.30 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$32,715.10<br>$32,715.10 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$27,323.30<br>$27,323.30 |
| Claim: 15362<br>Date Filed:07/31/06<br>Docketed Total:   $1,048,170.60<br>Filing Creditor Name and Address<br> MULTI PLASTICS INC<br> LOUIS J STACK ESQUIRE<br> SHAFER LAW FIRM<br> 360 CHESTNUT ST<br> MEADVILLE PA 16335 | Claim Holder Name and Address<br>MULTI PLASTICS INC<br>LOUIS J STACK ESQUIRE<br>SHAFER LAW FIRM<br>360 CHESTNUT ST<br>MEADVILLE PA 16335 | Docketed Total | $1,048,170.60 | | Modified Total | | $87,490.16 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$348,421.26<br>$348,421.26 | <u>Priority</u><br>$699,749.34<br>$699,749.34 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$87,490.16<br>$87,490.16 |
| Claim: 15361<br>Date Filed:07/31/06<br>Docketed Total:   $500,926.78<br>Filing Creditor Name and Address<br> MULTI TOOL INC<br> LOUIS J STACK ESQ<br> SHAFER LAW FIRM<br> 360 CHESTNUT ST<br> MEADVILLE PA 16335 | Claim Holder Name and Address<br>MULTI TOOL INC<br>LOUIS J STACK ESQ<br>SHAFER LAW FIRM<br>360 CHESTNUT ST<br>MEADVILLE PA 16335 | Docketed Total | $500,926.78 | | Modified Total | | $251,159.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$251,709.00<br>$251,709.00 | <u>Priority</u><br>$249,217.78<br>$249,217.78 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$251,159.00<br>$251,159.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   27 of 38

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1528**
Date Filed: 01/03/06
Docketed Total:   $185,911.80
Filing Creditor Name and Address
 MURATA MACHINERY USA INC FKA
 MURATA WIEDEMANN INC
 PO BOX 667609
 CHARLOTTE NC 28266

Claim Holder Name and Address   Docketed Total   $185,911.80
MURATA MACHINERY USA INC FKA MURATA
WIEDEMANN INC
PO BOX 667609
CHARLOTTE NC 28266

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,911.80 |
| | | | $185,911.80 |

Modified Total   $185,749.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $185,749.80 |
| | | | $185,749.80 |

---

**Claim: 2576**
Date Filed: 04/06/06
Docketed Total:   $17,881.05
Filing Creditor Name and Address
 NAS RECRUITMENT COMMUNICATIONS
 ATTN CREDIT DEPARTMENT
 1 INFINITY CORPORATE CTR DR
 CLEVELAND OH 44125

Claim Holder Name and Address   Docketed Total   $17,881.05
NAS RECRUITMENT COMMUNICATIONS
ATTN CREDIT DEPARTMENT
1 INFINITY CORPORATE CTR DR
CLEVELAND OH 44125

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,881.05 |
| | | | $17,881.05 |

Modified Total   $17,881.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,881.05 |
| | | | $17,881.05 |

---

**Claim: 3758**
Date Filed: 05/01/06
Docketed Total:   $119,929.83
Filing Creditor Name and Address
 NEBRASKA INDUSTRIES CORP INC
 447 E WALNUT ST
 WAUSEON OH 43567

Claim Holder Name and Address   Docketed Total   $119,929.83
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $119,929.83 |
| | | | $119,929.83 |

Modified Total   $118,943.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $118,943.88 |
| | | | $118,943.88 |

---

**Claim: 2685**
Date Filed: 04/19/06
Docketed Total:   $12,950.00
Filing Creditor Name and Address
 NIAGARA FRONTIER EQUIPMENT
 SALES INC
 4060 LAKE AVE RT 78
 LOCKPORT NY 14094-1196

Claim Holder Name and Address   Docketed Total   $12,950.00
NIAGARA FRONTIER EQUIPMENT SALES
INC
4060 LAKE AVE RT 78
LOCKPORT NY 14094-1196

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,950.00 |
| | | | $12,950.00 |

Modified Total   $7,700.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,700.00 |
| | | | $7,700.00 |

---

In re: Delphi Corporation, <u>et al.</u>                                         Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9839<br>Date Filed:07/18/06<br>Docketed Total:  $96,681.95<br>Filing Creditor Name and Address<br>  NORTHERN STAMPING INC<br>  6600 CHAPEK PKWY<br>  CUYAHOGA HEIGHTS OH 44125 | Claim Holder Name and Address<br>NORTHERN STAMPING INC<br>6600 CHAPEK PKWY<br>CUYAHOGA HEIGHTS OH 44125 | Docketed Total | | $96,681.95 | | Modified Total | | $92,123.78 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$96,681.95<br>$96,681.95 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$92,123.78<br>$92,123.78 |
| Claim: 7586<br>Date Filed:06/06/06<br>Docketed Total:   $4,625.22<br>Filing Creditor Name and Address<br>  OFFICEMAX<br>  150 E PIERCE RD<br>  ITASCA IL 60143 | Claim Holder Name and Address<br>OFFICEMAX<br>150 E PIERCE RD<br>ITASCA IL 60143 | Docketed Total | | $4,625.22 | | Modified Total | | $2,237.99 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$4,625.22<br>$4,625.22 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$2,237.99<br>$2,237.99 |
| Claim: 8585<br>Date Filed:06/26/06<br>Docketed Total:  $57,961.09<br>Filing Creditor Name and Address<br>  PARADE PACKAGING INC<br>  FORTUNE PLASTICS OF ILLINOIS<br>  262 S STRADDLE AVE<br>  MUNDELION IL 60060-3105 | Claim Holder Name and Address<br>PARADE PACKAGING INC<br>FORTUNE PLASTICS OF ILLINOIS<br>262 S STRADDLE AVE<br>MUNDELION IL 60060-3105 | Docketed Total | | $57,961.09 | | Modified Total | | $55,621.09 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$57,961.09<br>$57,961.09 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$55,621.09<br>$55,621.09 |
| Claim: 1156<br>Date Filed:12/13/05<br>Docketed Total:   $5,754.73<br>Filing Creditor Name and Address<br>  PENN ENGINEERING &<br>  MANUFACTURING CORP<br>  5190 OLD EASTON RD<br>  DANBORO PA 18916 | Claim Holder Name and Address<br>PENN ENGINEERING & MANUFACTURING<br>CORP<br>5190 OLD EASTON RD<br>DANBORO PA 18916 | Docketed Total | | $5,754.73 | | Modified Total | | $5,754.73 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$5,754.73<br>$5,754.73 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$5,754.73<br>$5,754.73 |

*See Exhibit F for a listing of debtor entities by case number            Page:   29  of  38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| | Claim Holder Name and Address | Docketed Total | | $8,145.00 | | Modified Total | | $8,145.00 |
|---|---|---|---|---|---|---|---|---|
| **Claim: 15445**<br>Date Filed:07/31/06<br>Docketed Total:  $8,145.00<br>Filing Creditor Name and Address<br> PHOTOCIRCUITS CORP<br> 31 SEA CLIFF AVE<br> GLEN COVE NY 11542 | PHOTOCIRCUITS CORP<br>31 SEA CLIFF AVE<br>GLEN COVE NY 11542<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 | | | <u>Unsecured</u><br><u>$8,145.00</u><br>$8,145.00 | Case Number*  Secured  Priority  Unsecured<br>05-44640 | | | <u>Unsecured</u><br><u>$8,145.00</u><br>$8,145.00 |
| **Claim: 9024**<br>Date Filed:07/05/06<br>Docketed Total:  $84,777.15<br>Filing Creditor Name and Address<br> PRECISION HARNESS INC<br> 340 TRANSFER DR STE A<br> INDIANAPOLIS IN 46214 | Claim Holder Name and Address  Docketed Total  $84,777.15<br>PRECISION HARNESS INC<br>340 TRANSFER DR STE A<br>INDIANAPOLIS IN 46214<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 | | | <u>Unsecured</u><br><u>$84,777.15</u><br>$84,777.15 | Modified Total  $84,777.15<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640 | | | <u>Unsecured</u><br><u>$84,777.15</u><br>$84,777.15 |
| **Claim: 1335**<br>Date Filed:12/27/05<br>Docketed Total:  $39,947.29<br>Filing Creditor Name and Address<br> PROCESS DEVELOPMENT CORP<br> CANADA<br> ATTN MELISSA BURKETT<br> 33027 SCHOOLCRAFT RD<br> LIVONIA MI 48150 | Claim Holder Name and Address  Docketed Total  $39,947.29<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $39,947.29<br><br>$39,947.29 | | | | Modified Total  $33,999.14<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $33,999.14<br><br>$33,999.14 | | | |
| **Claim: 27**<br>Date Filed:10/17/05<br>Docketed Total:  $85,143.57<br>Filing Creditor Name and Address<br> QUALITEL CORPORATION<br> RODGER NELSON<br> 4608 150TH AVE NE<br> REDMOND WA 98052 | Claim Holder Name and Address  Docketed Total  $85,143.57<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $85,143.57<br>$85,143.57 | | | | Modified Total  $40,083.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507  $40,083.20<br>$40,083.20 | | | |

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2739<br>Date Filed:04/24/06<br>Docketed Total:  $102,734.69<br>Filing Creditor Name and Address<br> QUINCY SPRING LEWIS SPRING &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $102,734.69<br>QUINCY SPRING LEWIS SPRING & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total   $86,291.44 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$102,734.69<br>$102,734.69 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$86,291.44<br>$86,291.44 |
| Claim: 2594<br>Date Filed:04/10/06<br>Docketed Total:  $3,532.95<br>Filing Creditor Name and Address<br> RAPID TRANSPORT INC<br> 3241 COUNTY FARM RD<br> JACKSON MI 49201 | Claim Holder Name and Address   Docketed Total   $3,532.95<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | | | | | | | Modified Total   $3,532.95 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,532.95<br>$3,532.95 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,532.95<br>$3,532.95 |
| Claim: 7712<br>Date Filed:06/09/06<br>Docketed Total:  $94,391.80<br>Filing Creditor Name and Address<br> REDLAKE MASD INC<br> CAROL DURBIN<br> MOTION ANALYSIS SYSTEMS DIV<br> 3660 QUAKERBRIDGE RD<br> TRENTON NJ 08619 | Claim Holder Name and Address   Docketed Total   $94,391.80<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | | | | Modified Total   $88,880.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$94,391.80<br>$94,391.80 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$88,880.00<br>$88,880.00 |
| Claim: 674<br>Date Filed:11/18/05<br>Docketed Total:  $20,292.00<br>Filing Creditor Name and Address<br> RICHARD DOROCIAK<br> THORSON SWITALA WILKINS &<br> SNEAD C O<br> 130 W SECOND ST STE 1508<br> DAYTON OH 45402 | Claim Holder Name and Address   Docketed Total   $20,292.00<br>RICHARD DOROCIAK<br>THORSON SWITALA WILKINS &<br>SNEAD C O<br>130 W SECOND ST STE 1508<br>DAYTON OH 45402 | | | | | | | Modified Total   $8,500.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$20,292.00<br>$20,292.00 | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$8,500.00<br>$8,500.00 |

*See Exhibit F for a listing of debtor entities by case number          Page:   31 of 38

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 788<br>Date Filed:11/22/05<br>Docketed Total:  $263,175.04<br>Filing Creditor Name and Address<br> ROGERS FOAM CORPORATION<br> 20 VERNON ST<br> SOMERVILLE MA 02145 | Claim Holder Name and Address<br>ROGERS FOAM CORPORATION<br>20 VERNON ST<br>SOMERVILLE MA 02145 | Docketed Total | | $263,175.04 | | Modified Total | | $249,366.66 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$263,175.04<br>$263,175.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$249,366.66<br>$249,366.66 |
| Claim: 7116<br>Date Filed:05/30/06<br>Docketed Total:  $506.00<br>Filing Creditor Name and Address<br> SANDUSKY LIMITED LLC<br> 100 22ND ST<br> PO BOX 509<br> BUTNER NC 27509 | Claim Holder Name and Address<br>SANDUSKY LIMITED LLC<br>100 22ND ST<br>PO BOX 509<br>BUTNER NC 27509 | Docketed Total | | $506.00 | | Modified Total | | $500.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$506.00<br>$506.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$500.00<br>$500.00 |
| Claim: 591<br>Date Filed:11/15/05<br>Docketed Total:  $118,687.88<br>Filing Creditor Name and Address<br> SANDVIK MATERIALS TECHNOLOGY<br> ATTN DOMINIC GRANDINETH<br> PO BOX 1220<br> SCRANTON PA 18504-1220 | Claim Holder Name and Address<br>SANDVIK MATERIALS TECHNOLOGY<br>ATTN DOMINIC GRANDINETH<br>PO BOX 1220<br>SCRANTON PA 18504-1220 | Docketed Total | | $118,687.88 | | Modified Total | | $118,687.88 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$118,687.88<br>$118,687.88 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$118,687.88<br>$118,687.88 |
| Claim: 14667<br>Date Filed:07/31/06<br>Docketed Total:  $708.04<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE AA BLUEPRINT COMPANY<br> INC ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>AA BLUEPRINT COMPANY INC ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $708.04 | | Modified Total | | $607.72 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$708.04<br><br>$708.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$607.72<br><br>$607.72 |

*See Exhibit F for a listing of debtor entities by case number                Page:   32 of 38

In re: Delphi Corporation, et al.                                                              Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14694<br>Date Filed:07/31/06<br>Docketed Total:  $128,872.47<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE INDEPENDENT SORTERS<br> INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $128,872.47<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>INDEPENDENT SORTERS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | Modified Total    $126,834.84 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128,872.47<br><br>$128,872.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$126,834.84<br><br>$126,834.84 |
| Claim: 14133<br>Date Filed:07/31/06<br>Docketed Total:  $267,469.05<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> BEAVER MANUFACTURING COMPANY<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $267,469.05<br>SPCP GROUP LLC AS ASSIGNEE OF<br>BEAVER MANUFACTURING COMPANY<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | | | | | | Modified Total    $266,494.16 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$267,469.05<br>$267,469.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$266,494.16<br>$266,494.16 |
| Claim: 118<br>Date Filed:10/25/05<br>Docketed Total:  $94,000.00<br>Filing Creditor Name and Address<br> STANDARD TOOL & DIE INC<br> CO THOMAS W SCHOUTEN<br> DUNN SCHOUTEN & SNOAP<br> 2745 DEHOOP AVE SW<br> WYOMING MI 49509 | Claim Holder Name and Address    Docketed Total    $94,000.00<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | Modified Total    $94,000.00 | |
| | Case Number*<br>05-44481 | Secured<br>$94,000.00<br><br>$94,000.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$94,000.00<br><br>$94,000.00 |
| Claim: 1260<br>Date Filed:12/23/05<br>Docketed Total:  $126,717.40<br>Filing Creditor Name and Address<br> STARK MANUFACTURING LLC<br> PAT REDMOND OR DEBORAH RILEY<br> 1300 S ELMIRA AVE<br> RUSSELLVILLE AR 72802 | Claim Holder Name and Address    Docketed Total    $126,717.40<br>STARK MANUFACTURING LLC<br>PAT REDMOND OR DEBORAH RILEY<br>1300 S ELMIRA AVE<br>RUSSELLVILLE AR 72802 | | | | | | Modified Total    $121,164.55 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$126,717.40<br>$126,717.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$121,164.55<br>$121,164.55 |

*See Exhibit F for a listing of debtor entities by case number          Page:   33 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 177**
Date Filed:10/28/05
Docketed Total:   $6,000.00
Filing Creditor Name and Address
 STEPHEN SMITH
 C O HOCHMAN & PLUNKETT CO LPA
 118 W FIRST ST
 650 TALBOTT TOWER
 DAYTON OH 45402

| Claim Holder Name and Address | Docketed Total | $6,000.00 |
|---|---|---|
| STEPHEN SMITH C O HOCHMAN & PLUNKETT CO LPA 118 W FIRST ST 650 TALBOTT TOWER DAYTON OH 45402 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,000.00 |
| | | | $6,000.00 |

| Modified Total | $6,000.00 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,000.00 |
| | | | $6,000.00 |

---

**Claim: 8663**
Date Filed:06/27/06
Docketed Total:   $5,894.00
Filing Creditor Name and Address
 STEPHENSON & LAWYER INC
 3831 PATTERSON AVE SE
 PO BOX 8834
 GRAND RAPIDS MI 49518-8834

| Claim Holder Name and Address | Docketed Total | $5,894.00 |
|---|---|---|
| STEPHENSON & LAWYER INC 3831 PATTERSON AVE SE PO BOX 8834 GRAND RAPIDS MI 49518-8834 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,894.00 |
| | | | $5,894.00 |

| Modified Total | $5,486.00 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,486.00 |
| | | | $5,486.00 |

---

**Claim: 5496**
Date Filed:05/10/06
Docketed Total:   $1,258.52
Filing Creditor Name and Address
 STRATE WELDING SUPPLY CO INC
 101 COMET ST
 BUFFALO NY 14216-1724

| Claim Holder Name and Address | Docketed Total | $1,258.52 |
|---|---|---|
| STRATE WELDING SUPPLY CO INC 101 COMET ST BUFFALO NY 14216-1724 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,258.52 |
| | | | $1,258.52 |

| Modified Total | $1,258.52 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,258.52 |
| | | | $1,258.52 |

---

**Claim: 10376**
Date Filed:07/24/06
Docketed Total:   $261,128.30
Filing Creditor Name and Address
 STUEKEN LLC
 STANLEY H MCGUFFIN ESQ
 HAYNSWORTH SINKLER BOYD PA
 PO BOX 11889
 COLUMBIA SC 29211

| Claim Holder Name and Address | Docketed Total | $261,128.30 |
|---|---|---|
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD NJ 07070 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $261,128.30 |
| | | | $261,128.30 |

| Modified Total | $226,705.70 |
|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $226,705.70 |
| | | | $226,705.70 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   34 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1988**
Date Filed: 02/16/06
Docketed Total:  $68,554.84
Filing Creditor Name and Address
 SUMMIT ENERGY SERVICES INC
 CO MICHAEL W MCCLAIN ESQ
 WYATT TARRANT & COMBS LLP
 2500 PNC PLAZA
 LOUISVILLE KY 40202

Claim Holder Name and Address
MIDTOWN CLAIMS LLC
ATTN EILEEN SHAY
885 THIRD AVE STE 3300
NEW YORK NY 10022

Docketed Total        $68,554.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $68,554.84 |
| | | | $68,554.84 |

Modified Total        $68,554.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $68,554.84 |
| | | | $68,554.84 |

**Claim: 15931**
Date Filed: 08/09/06
Docketed Total:   $21,811.81
Filing Creditor Name and Address
 TAWAS PLATING CO
 510 INDUSTRIAL AVE
 TAWAS CITY MI 48763

Claim Holder Name and Address
TAWAS PLATING CO
510 INDUSTRIAL AVE
TAWAS CITY MI 48763

Docketed Total        $21,811.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $21,811.81 |
| | | | $21,811.81 |

Modified Total        $21,811.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,811.81 |
| | | | $21,811.81 |

**Claim: 10027**
Date Filed: 07/20/06
Docketed Total:   $15,011.25
Filing Creditor Name and Address
 THERMAL PRODUCT SOLUTIONS
 ATTN LISA GONZALEZ
 2821 OLD RTE 15
 NEW COLUMBIA PA 17856

Claim Holder Name and Address
THERMAL PRODUCT SOLUTIONS
ATTN LISA GONZALEZ
2821 OLD RTE 15
NEW COLUMBIA PA 17856

Docketed Total        $15,011.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,011.25 |
| | | | $15,011.25 |

Modified Total        $14,701.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,701.10 |
| | | | $14,701.10 |

**Claim: 5659**
Date Filed: 05/11/06
Docketed Total:   $17,495.25
Filing Creditor Name and Address
 THERMOTRON INDUSTRIES DIV
 VENTUREDYNE LTD
 291 KOLLEN PARK DR
 HOLLAND MI 49423

Claim Holder Name and Address
THERMOTRON INDUSTRIES DIV
VENTUREDYNE LTD
291 KOLLEN PARK DR
HOLLAND MI 49423

Docketed Total        $17,495.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,495.25 |
| | | | $17,495.25 |

Modified Total        $12,424.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $12,424.51 |
| | | | $12,424.51 |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13460**
Date Filed: 07/25/06
Docketed Total:  $16,961.75
Filing Creditor Name and Address
 TOTAL FILTRATION SERVICES INC
 2725 COMMERCE PKWY
 AUBURN HILLS MI 48326

Claim Holder Name and Address    Docketed Total    $16,961.75
TOTAL FILTRATION SERVICES INC
2725 COMMERCE PKWY
AUBURN HILLS MI 48326

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,961.75 |
| | | | $16,961.75 |

Modified Total    $14,653.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,653.27 |
| | | | $14,653.27 |

---

**Claim: 4275**
Date Filed: 05/01/06
Docketed Total:   $24,441.56
Filing Creditor Name and Address
 TURNER SUPPLY CO
 PO BOX 10825
 BIRMINGHAM AL 35202

Claim Holder Name and Address    Docketed Total    $24,441.56
TURNER SUPPLY CO
PO BOX 10825
BIRMINGHAM AL 35202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $24,441.56 |
| | | | $24,441.56 |

Modified Total    $24,441.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,441.56 |
| | | | $24,441.56 |

---

**Claim: 2281**
Date Filed: 03/14/06
Docketed Total:   $143,603.11
Filing Creditor Name and Address
 TXU ENERGY RETAIL COMPANY LP
 C O BANKRUPTCY DEPT
 PO BOX 650393
 DALLAS TX 75265-0393

Claim Holder Name and Address    Docketed Total    $143,603.11
TXU ENERGY RETAIL COMPANY LP
C O BANKRUPTCY DEPT
PO BOX 650393
DALLAS TX 75265-0393

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,603.11 |
| | | | $143,603.11 |

Modified Total    $136,076.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $136,076.99 |
| | | | $136,076.99 |

---

**Claim: 3632**
Date Filed: 05/01/06
Docketed Total:   $38,289.00
Filing Creditor Name and Address
 UMG TECHNOLOGIES INC
 6A ELECTRONICS AVE
 DANVERS MA 01923

Claim Holder Name and Address    Docketed Total    $38,289.00
UMG TECHNOLOGIES INC
6A ELECTRONICS AVE
DANVERS MA 01923

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $38,289.00 |
| | | | $38,289.00 |

Modified Total    $33,856.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,856.88 |
| | | | $33,856.88 |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 16017<br>Date Filed:08/09/06<br>Docketed Total:  $45,426.04<br>Filing Creditor Name and Address<br> UNI BOND BRAKE INC<br>  1350 JARVIS<br>  FERNDALE MI 48220 | Claim Holder Name and Address   Docketed Total   $45,426.04<br>UNI BOND BRAKE INC<br>1350 JARVIS<br>FERNDALE MI 48220 | | | | Modified Total   $45,426.04 | | |
| | Case Number* | Secured | Priority | Unsecured<br>$45,426.04<br>$45,426.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,426.04<br>$45,426.04 |
| Claim: 894<br>Date Filed:11/28/05<br>Docketed Total:   $210.34<br>Filing Creditor Name and Address<br> USA TRUCK INC<br>  ATTN OFFICE OF CORPORATE<br>  COUNSEL<br>  3200 INDUSTRIAL PARK RD<br>  VAN BUREN AR 72956 | Claim Holder Name and Address   Docketed Total   $210.34<br>USA TRUCK INC<br>ATTN OFFICE OF CORPORATE<br>COUNSEL<br>3200 INDUSTRIAL PARK RD<br>VAN BUREN AR 72956 | | | | Modified Total   $210.34 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$210.34<br>$210.34 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$210.34<br>$210.34 |
| Claim: 14152<br>Date Filed:07/31/06<br>Docketed Total:   $669,860.41<br>Filing Creditor Name and Address<br> VALEO ELECTRICAL SYSTEMS INC<br>  MOTORS AND ACTUATORS DIVISION<br>  CHRISTOPHER R CONNELY<br>  3000 UNIVERSITY DRIVE<br>  AUBURN HILLS MI 48326 | Claim Holder Name and Address   Docketed Total   $669,860.41<br>VALEO ELECTRICAL SYSTEMS INC MOTORS<br>AND ACTUATORS DIVISION<br>CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DRIVE<br>AUBURN HILLS MI 48326 | | | | Modified Total   $191,646.49 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$669,860.41<br>$669,860.41 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$191,646.49<br>$191,646.49 |
| Claim: 914<br>Date Filed:11/28/05<br>Docketed Total:   $38,033.64<br>Filing Creditor Name and Address<br> WASTE MANAGEMENT<br>  JACQUOLYN E MILLS<br>  1001 FANNIN STE 4000<br>  HOUSTON TX 77002 | Claim Holder Name and Address   Docketed Total   $38,033.64<br>WASTE MANAGEMENT<br>JACQUOLYN E MILLS<br>1001 FANNIN STE 4000<br>HOUSTON TX 77002 | | | | Modified Total   $25,591.15 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,033.64<br>$38,033.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,591.15<br>$25,591.15 |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7185<br>Date Filed:05/31/06<br>Docketed Total:  $26,115.61<br>Filing Creditor Name and Address<br> WOODWARD GOVERNOR AIRCRAFT<br> CONTROLS PRESTWICK INC<br> ATTN GENERAL COUNSEL<br> 5001 N SECOND ST<br> PO BOX 7001<br> ROCKFORD IL 61125-7001 | Claim Holder Name and Address     Docketed Total     $26,115.61<br>WOODWARD GOVERNOR AIRCRAFT CONTROLS<br>PRESTWICK INC<br>ATTN GENERAL COUNSEL<br>5001 N SECOND ST<br>PO BOX 7001<br>ROCKFORD IL 61125-7001 | | | | | | Modified Total     $26,059.84 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $26,115.61<br>$26,115.61 | 05-44612 | | | $26,059.84<br>$26,059.84 |
| Claim: 1030<br>Date Filed:12/06/05<br>Docketed Total:  $16,683.03<br>Filing Creditor Name and Address<br> XPEDX<br> 4510 READING RD<br> CINCINNATI OH 45229 | Claim Holder Name and Address     Docketed Total     $16,683.03<br>XPEDX<br>4510 READING RD<br>CINCINNATI OH 45229 | | | | | | Modified Total     $15,402.16 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $16,683.03<br>$16,683.03 | 05-44640 | | | $15,402.16<br>$15,402.16 |
| Claim: 805<br>Date Filed:11/22/05<br>Docketed Total:  $310,941.94<br>Filing Creditor Name and Address<br> ZYLUX ACOUSTIC CORP<br> ZYLUX AMERICA INC<br> 100 EMERSON LN STE 1513<br> BRIDGEVILLE PA 15017 | Claim Holder Name and Address     Docketed Total     $310,941.94<br>ZYLUX ACOUSTIC CORP<br>ZYLUX AMERICA INC<br>100 EMERSON LN STE 1513<br>BRIDGEVILLE PA 15017 | | | | | | Modified Total     $291,767.68 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | $310,941.94<br>$310,941.94 | | | 05-44640 | | | $291,767.68<br>$291,767.68 |

Total Count of Claims:   151
Total Amount as Docketed:        $14,500,181.57
Total Amount as Modified:        $11,990,792.14

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16493<br>Date Filed:01/22/07<br>Docketed Total:   $18,144.44<br>Filing Creditor Name and Address<br> ALLEN COUNTY IN TREASURER<br> TREASURER OF ALLEN COUNTY<br> ONE E MAIN ST RM 100<br> FORT WAYNE IN 46802 | Claim Holder Name and Address     Docketed Total     $18,144.44<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE IN 46802 | | | | Modified Total     $17,847.03 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$18,144.44<br>$18,144.44 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$17,847.03<br>$17,847.03 | Unsecured |
| Claim: 16396<br>Date Filed:10/31/06<br>Docketed Total:   $44,356.98<br>Filing Creditor Name and Address<br> CITY OF VANDALIA<br> 333 JAMES E BOHANAN MEMORIAL<br> DR<br> VANDALIA OH 45377 | Claim Holder Name and Address     Docketed Total     $44,356.98<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN MEMORIAL<br>DR<br>VANDALIA OH 45377 | | | | Modified Total     $23,753.00 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$44,356.98<br>$44,356.98 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,753.00<br>$23,753.00 |
| Claim: 362<br>Date Filed:11/04/05<br>Docketed Total:   $469.80<br>Filing Creditor Name and Address<br> LYNDA HALL TAX COLLECTOR<br> MADISON COUNTY COURTHOUSE<br> 100 NORTHSIDE SQ<br> HUNTSVILLE AL 95808 | Claim Holder Name and Address     Docketed Total     $469.80<br>LYNDA HALL TAX COLLECTOR MADISON<br>COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE AL 95808 | | | | Modified Total     $399.04 | | | |
| | Case Number*<br>05-44481 | Secured<br>$469.80<br>$469.80 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$399.04<br>$399.04 |
| Claim: 16588<br>Date Filed:03/26/07<br>Docketed Total:   $1,526,151.29<br>Filing Creditor Name and Address<br> MISSISSIPPI STATE TAX<br> COMMISSION<br> BANKRUPTCY SECTION<br> ATTN BRENDA T CARTER<br> PO BOX 22808<br> JACKSON MS 39225-2808 | Claim Holder Name and Address     Docketed Total     $1,526,151.29<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON MS 39225-2808 | | | | Modified Total     $1,493,708.93 | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,493,708.93<br><br>$1,493,708.93 | Unsecured<br>$32,442.36<br><br>$32,442.36 | Case Number*<br>05-44640 | Secured | Priority<br>$1,493,708.93<br><br>$1,493,708.93 | Unsecured |

*See Exhibit F for a listing of debtor entities by case number                    Page:  1 of 2

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16580**
Date Filed: 03/16/07
Docketed Total:   $18,990.89
Filing Creditor Name and Address
 TENNESSEE DEPARTMENT OF
 REVENUE
 ATTORNEY GENERAL
 PO BOX 20207
 NASHVILLE TN 37202-0207

Claim Holder Name and Address   Docketed Total   $18,990.89
TENNESSEE DEPARTMENT OF REVENUE
ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $18,990.89 | |
| | | $18,990.89 | |

Modified Total   $18,990.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $18,990.89 | |
| | | $18,990.89 | |

---

**Claim: 4037**
Date Filed: 05/01/06
Docketed Total:   $1,192.40
Filing Creditor Name and Address
 US CUSTOMS AND BORDER
 PROTECTION
 ROBERT B HAMILTON JR DIRECTOR
 REVEN
 6650 TELECOM DR
 PO BOX 68911
 INDIANAPOLIS IN 46268

Claim Holder Name and Address   Docketed Total   $1,192.40
US CUSTOMS AND BORDER PROTECTION
ROBERT B HAMILTON JR DIRECTOR
REVEN
6650 TELECOM DR
PO BOX 68911
INDIANAPOLIS IN 46268

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $0.00 | $1,192.40 |
| | | | $1,192.40 |

Modified Total   $1,192.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $1,192.40 |
| | | | $1,192.40 |

Total Count of Claims:   6
Total Amount as Docketed:       $1,609,305.80
Total Amount as Modified:       $1,555,891.29

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1074<br>Date Filed:12/08/05<br>Docketed Total:   $208,012.10<br>Filing Creditor Name and Address<br> ACUSHNET RUBBER COMPANY INC<br> DBA PRECIX<br> LYNNE MASTERA<br> 744 BELLEVILLE AVE<br> PO BOX 6916<br> NEW BEDFORD MA 02742-6916 | Claim Holder Name and Address     Docketed Total     $208,012.10<br>ACUSHNET RUBBER COMPANY INC DBA<br>PRECIX<br>LYNNE MASTERA<br>744 BELLEVILLE AVE<br>PO BOX 6916<br>NEW BEDFORD MA 02742-6916 | Modified Total     $208,012.10 |

Case Number*     Secured          Priority          Unsecured    / Case Number*    Secured          Priority          Unsecured
05-44481    $67,064.46                         $140,947.64  / 05-44640                                  $14,588.49       $193,423.61
            $67,064.46                         $140,947.64                                              $14,588.49       $193,423.61

| | | |
|---|---|---|
| Claim: 15226<br>Date Filed:07/31/06<br>Docketed Total:   $87,775.20<br>Filing Creditor Name and Address<br> DELTA PRODUCTS CORPORATION<br> 4405 CUSHING PKWY<br> FREMONT CA 94538 | Claim Holder Name and Address     Docketed Total     $87,775.20<br>DELTA PRODUCTS CORPORATION<br>4405 CUSHING PKWY<br>FREMONT CA 94538 | Modified Total     $83,233.95 |

Case Number*     Secured          Priority          Unsecured    / Case Number*    Secured          Priority          Unsecured
05-44640                                             $87,775.20  / 05-44640                            $12,986.67       $70,247.28
                                                     $87,775.20                                        $12,986.67       $70,247.28

| | | |
|---|---|---|
| Claim: 7577<br>Date Filed:06/06/06<br>Docketed Total:   $77,399.49<br>Filing Creditor Name and Address<br> EXPORT CORPORATION<br> DENNIS  A HALEY P14538<br> WINEGARDEN HALEY LINDHOLM &<br> ROBERTS<br> G 9460 S SAGINAW ST STE A<br> GRAND BLANC MI 48439 | Claim Holder Name and Address     Docketed Total     $77,399.49<br>EXPORT CORPORATION<br>DENNIS  A HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439 | Modified Total     $77,228.85 |

Case Number*     Secured          Priority          Unsecured    / Case Number*    Secured          Priority          Unsecured
05-44640    $11,691.36                          $65,708.13  / 05-44640    $11,691.36                   $65,537.49
            $11,691.36                          $65,708.13               $11,691.36                   $65,537.49

| | | |
|---|---|---|
| Claim: 6615<br>Date Filed:05/22/06<br>Docketed Total:   $7,907.92<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ITW DELTAR ENGINEERED FASTENER<br> 1700 1ST AVE<br> CHIPPEWA FALLS WI 54729 | Claim Holder Name and Address     Docketed Total     $7,907.92<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS WI 54729 | Modified Total     $7,495.37 |

Case Number*     Secured          Priority          Unsecured    / Case Number*    Secured          Priority          Unsecured
05-44481                                             $7,907.92  / 05-44640                            $2,006.78        $5,488.59
                                                     $7,907.92                                        $2,006.78        $5,488.59

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9565<br>Date Filed:07/17/06<br>Docketed Total:  $4,890.13<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ANCHOR FASTENERS<br> 26101 FARGO AVE<br> CLEVELAND OH 44146-1305 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND OH 44146-1305 | Docketed Total | | $4,890.13 | | Modified Total | | $4,603.92 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$4,890.13<br>$4,890.13 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$2,268.00<br>$2,268.00 | <u>Unsecured</u><br>$2,335.92<br>$2,335.92 |
| Claim: 9566<br>Date Filed:07/17/06<br>Docketed Total:  $148,992.68<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ILLINOIS TOOL WORKS TOMCO<br> 3600 W LAKE AVE<br> GLENVIEW IL 60025-121 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ILLINOIS TOOL WORKS TOMCO<br>3600 W LAKE AVE<br>GLENVIEW IL 60025-121 | Docketed Total | | $148,992.68 | | Modified Total | | $137,447.47 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$147,821.71<br>$147,821.71 | <u>Unsecured</u><br>$1,170.97<br>$1,170.97 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$86,033.76<br>$86,033.76 | <u>Unsecured</u><br>$51,413.71<br>$51,413.71 |
| Claim: 9568<br>Date Filed:07/17/06<br>Docketed Total:  $1,394.26<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ITW DELPRO<br> 8440 A WEST 183RD PL<br> TINLEY PK IL 60477 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELPRO<br>8440 A WEST 183RD PL<br>TINLEY PK IL 60477 | Docketed Total | | $1,394.26 | | Modified Total | | $1,210.91 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$386.76<br>$386.76 | <u>Unsecured</u><br>$1,007.50<br>$1,007.50 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$386.76<br>$386.76 | <u>Unsecured</u><br>$824.15<br>$824.15 |
| Claim: 9573<br>Date Filed:07/17/06<br>Docketed Total:  $159,690.14<br>Filing Creditor Name and Address<br> ITW DELTAR INSERT MOLDED<br> PRODUCTS<br> 9629 W 197TH ST<br> MOKENA IL 60448 | Claim Holder Name and Address<br>ITW DELTAR INSERT MOLDED PRODUCTS<br>9629 W 197TH ST<br>MOKENA IL 60448 | Docketed Total | | $159,690.14 | | Modified Total | | $149,178.27 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$159,690.14<br><br>$159,690.14 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$27,134.11<br><br>$27,134.11 | <u>Unsecured</u><br>$122,044.16<br><br>$122,044.16 |

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8999**
Date Filed: 07/05/06
Docketed Total:   $10,344.99
Filing Creditor Name and Address
 J O GALLOUP COMPANY
 130 N HELMER RD
 BATTLE CREEK MI 49015

Claim Holder Name and Address    Docketed Total    $10,344.99
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,000.00 | $9,344.99 |
| | | $1,000.00 | $9,344.99 |

Modified Total    $10,320.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,000.00 | $9,320.23 |
| | | $1,000.00 | $9,320.23 |

---

**Claim: 4198**
Date Filed: 05/01/06
Docketed Total:   $19,118.81
Filing Creditor Name and Address
 JOSEPH T RYERSON & SON INC
 33966 TREASURY CTR
 CHICAGO IL 60694-3900

Claim Holder Name and Address    Docketed Total    $19,118.81
JOSEPH T RYERSON & SON INC
33966 TREASURY CTR
CHICAGO IL 60694-3900

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,118.81 |
| | | | $19,118.81 |

Modified Total    $19,118.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,903.55 | $14,215.26 |
| | | $4,903.55 | $14,215.26 |

---

**Claim: 12141**
Date Filed: 07/28/06
Docketed Total:   $151,106.18
Filing Creditor Name and Address
 KICKHAEFER MANUFACTURING CO
 KMC
 1221 S PARK ST
 PO BOX 348
 PORT WASHINGTON WI 53074-0348

Claim Holder Name and Address    Docketed Total    $151,106.18
KICKHAEFER MANUFACTURING CO KMC
1221 S PARK ST
PO BOX 348
PORT WASHINGTON WI 53074-0348

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,106.18 | |
| | | $151,106.18 | |

Modified Total    $151,106.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,150.59 | $113,955.59 |
| | | $37,150.59 | $113,955.59 |

---

**Claim: 13526**
Date Filed: 07/31/06
Docketed Total:   $103,714.47
Filing Creditor Name and Address
 KURZ KASCH INC
 2271 ARBOR BLVD
 DAYTON OH 45401-1246

Claim Holder Name and Address    Docketed Total    $103,714.47
KURZ KASCH INC
2271 ARBOR BLVD
DAYTON OH 45401-1246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $103,714.47 | | |
| | $103,714.47 | | |

Modified Total    $103,412.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $34.40 | $1,627.27 |
| 05-44640 | | $8,604.00 | $93,146.40 |
| | | $8,638.40 | $94,773.67 |

In re: Delphi Corporation, <u>et al.</u>                                                        Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10704**
Date Filed: 07/25/06
Docketed Total:  $2,918,299.31
Filing Creditor Name and Address
 MEADVILLE FORGING CO
 EDWARD B LOCCISANO
 PO BOX 459 D
 MEADVILLE PA 16335

Claim Holder Name and Address
MEADVILLE FORGING CO
EDWARD B LOCCISANO
PO BOX 459 D
MEADVILLE PA 16335
Docketed Total    $2,918,299.31

Modified Total    $2,918,299.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $213,681.48 | $2,704,617.83 | 05-44640 | | $213,681.48 | $2,704,617.83 |
| | | $213,681.48 | $2,704,617.83 | | | $213,681.48 | $2,704,617.83 |

---

**Claim: 8316**
Date Filed: 06/21/06
Docketed Total:  $95,572.47
Filing Creditor Name and Address
 METAL SURFACES INC
 ATTN ROBERT H LEDTERMAN PRES
 CEO
 6060 SHULL ST
 BELL GARDENS CA 90201

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070
Docketed Total    $95,572.47

Modified Total    $91,835.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44624 | | $9,392.78 | $86,179.69 | 05-44624 | | $6,251.95 | $85,583.95 |
| | | $9,392.78 | $86,179.69 | | | $6,251.95 | $85,583.95 |

---

**Claim: 9190**
Date Filed: 07/10/06
Docketed Total:  $315,746.36
Filing Creditor Name and Address
 METALFORMING TECHNOLOGIES INC
 980 N MICHIGAN AVE
 STE 1900
 CHICAGO IL 60611

Claim Holder Name and Address
METALFORMING TECHNOLOGIES INC
980 N MICHIGAN AVE
STE 1900
CHICAGO IL 60611
Docketed Total    $315,746.36

Modified Total    $55,620.35

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $315,746.36 | 05-44640 | | $13,755.27 | $41,865.08 |
| | | | $315,746.36 | | | $13,755.27 | $41,865.08 |

---

**Claim: 16391**
Date Filed: 10/10/06
Docketed Total:  $914,212.99
Filing Creditor Name and Address
 NISSHINBO AUTOMOTIVE CORP
 SEAN M WALSH ESQ
 COX HODGMAN & GIARMARCO PC
 101 W BIG BEAVER RD 10TH FLR
 TROY MI 48084

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424
Docketed Total    $914,212.99

Modified Total    $914,212.99

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $223,420.11 | | $690,792.88 | 05-44640 | | $27,446.05 | $886,766.94 |
| | $223,420.11 | | $690,792.88 | | | $27,446.05 | $886,766.94 |

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4531<br>Date Filed: 05/02/06<br>Docketed Total: $201,340.46<br>Filing Creditor Name and Address<br>NMB TECHNOLOGIES CORPORATION<br>9730 INDEPENDENCE AVE<br>CHATSWORTH CA 91311 | Claim Holder Name and Address<br>NMB TECHNOLOGIES CORPORATION<br>9730 INDEPENDENCE AVE<br>CHATSWORTH CA 91311 | Docketed Total | $201,340.46 | | | Modified Total | $201,100.46 | |
| | **Case Number\*** <br> 05-44481 | **Secured** <br> $201,340.46 <br> $201,340.46 | **Priority** | **Unsecured** | **Case Number\*** <br> 05-44507 <br> 05-44640 | **Secured** | **Priority** <br> $2,270.00 <br> $1,786.80 <br> $4,056.80 | **Unsecured** <br> $2,961.51 <br> $194,082.15 <br> $197,043.66 |
| Claim: 16558<br>Date Filed: 02/28/07<br>Docketed Total: $389,743.52<br>Filing Creditor Name and Address<br>OTTO BOCK POLYURETHANE<br>TECHNOLOGIES INC<br>PENN CTR WEST THREE STE 406<br>PITTSBURGH PA 15276 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $389,743.52 | | | Modified Total | $389,743.52 | |
| | **Case Number\*** <br> 05-44640 | **Secured** | **Priority** <br> $144,348.23 <br> $144,348.23 | **Unsecured** <br> $245,395.29 <br> $245,395.29 | **Case Number\*** <br> 05-44640 | **Secured** | **Priority** <br> $130,000.00 <br> $130,000.00 | **Unsecured** <br> $259,743.52 <br> $259,743.52 |
| Claim: 12132<br>Date Filed: 07/28/06<br>Docketed Total: $14,497.86<br>Filing Creditor Name and Address<br>ROTOR CLIP COMPANY INC<br>ROBERT L SCHMIDT ESQ<br>NORRIS MCLAUGHLIN MARCUS PA<br>PO BOX 1018<br>SOMERVILLE NJ 08876-1018 | Claim Holder Name and Address<br>ROTOR CLIP COMPANY INC<br>ROBERT L SCHMIDT ESQ<br>NORRIS MCLAUGHLIN MARCUS PA<br>PO BOX 1018<br>SOMERVILLE NJ 08876-1018 | Docketed Total | $14,497.86 | | | Modified Total | $14,497.86 | |
| | **Case Number\*** <br> 05-44481 | **Secured** | **Priority** <br> $14,497.86 <br> $14,497.86 | **Unsecured** | **Case Number\*** <br> 05-44640 | **Secured** | **Priority** <br> $14,497.86 <br> $14,497.86 | **Unsecured** |
| Claim: 9584<br>Date Filed: 07/17/06<br>Docketed Total: $116,843.56<br>Filing Creditor Name and Address<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE LAKE ERIE PRODUCTS<br>INC  LIVONIA FITTINGS PRODUCTS<br>COMPANY ET AL ASSIGN<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>LAKE ERIE PRODUCTS INC  LIVONIA<br>FITTINGS PRODUCTS COMPANY ET AL<br>ASSIGN<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | $116,843.56 | | | Modified Total | $116,724.46 | |
| | **Case Number\*** <br> 05-44640 | **Secured** | **Priority** <br> $4,797.32 <br> $4,797.32 | **Unsecured** <br> $112,046.24 <br> $112,046.24 | **Case Number\*** <br> 05-44640 | **Secured** | **Priority** <br> $4,797.32 <br> $4,797.32 | **Unsecured** <br> $111,927.14 <br> $111,927.14 |

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 10377<br>Date Filed:07/24/06<br>Docketed Total:  $12,760.50<br>Filing Creditor Name and Address<br>  STUEKEN LLC<br>  STANLEY H MCGUFFIN ESQ<br>  HAYNSWORTH SINKLER BOYD PA<br>  PO BOX 11889<br>  COLUMBIA SC 29211 | Claim Holder Name and Address  Docketed Total    $12,760.50<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*    Secured         Priority        Unsecured<br>05-44481                          $12,760.50<br>                          _____         $12,760.50 | | Modified Total    $12,760.50<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                         $12,760.50<br>                         _____        $12,760.50 | |
| Claim: 11466<br>Date Filed:07/27/06<br>Docketed Total:   $95,661.00<br>Filing Creditor Name and Address<br>  VALEO ELECTRICAL SYSTEMS INC<br>  WIPERS DIVISION<br>  ATTN CHRISTOPHER R CONNELY<br>  3000 UNIVERSITY DR<br>  AUBURN HILLS MI 48326 | Claim Holder Name and Address  Docketed Total    $95,661.00<br>VALEO ELECTRICAL SYSTEMS INC WIPERS<br>DIVISION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                                      $95,661.00<br>                                      $95,661.00 | | Modified Total    $95,661.00<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                        $8,518.50       $87,142.50<br>                        $8,518.50       $87,142.50 | |
| Claim: 11465<br>Date Filed:07/27/06<br>Docketed Total:   $76,841.75<br>Filing Creditor Name and Address<br>  VALEO SWITCHES AND DETECTION<br>  SYSTEMS INC<br>  ATTN CHRISTOPHER R CONNELY<br>  3000 UNIVERSITY DR<br>  AUBURN HILLS MI 48326 | Claim Holder Name and Address  Docketed Total    $76,841.75<br>VALEO SWITCHES AND DETECTION<br>SYSTEMS INC<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                                      $76,841.75<br>                                      $76,841.75 | | Modified Total    $76,841.75<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                        $1,653.86       $75,187.89<br>                        $1,653.86       $75,187.89 | |

                                                  Total Count of Claims:   23
                                                  Total Amount as Docketed:        $6,131,866.15
                                                  Total Amount as Modified:        $5,839,666.23

*See Exhibit F for a listing of debtor entities by case number          Page:   6 of 6

**In re Delphi Corporation, et al.**                                    **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTESYS TECHNOLOGIES INC<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE 17TH FL<br>NEW YORK, NY 10017-6314 | 10770 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $511,037.71<br>$511,037.71 | 07/25/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARCO MANUFACTURING CO<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON, OH 44309-1500 | 11132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $78,973.54<br>$182,065.34<br>$261,038.88 | 07/26/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| | **Total:** | **2** | **$772,076.59** | | |

**In re Delphi Corporation, et al.**                                    **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN CASUALTY COMPANY OF READING PA 10 ESQUIRE RD STE 14 NEW CITY, NY 10956 | 2534 | Secured: Priority: Administrative: Unsecured: Total: | $44,080,000.00<br><br>$44,080,000.00 | 04/03/2006 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA N A BARNES & THORNBURG LLP 300 OTTAWA AVE NW STE 500 GRAND RAPIDS, MI 49503 | 11317 | Secured: Priority: Administrative: Unsecured: Total: | $38,127,592.68<br><br>$38,127,592.68 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA BARNES & THORNBURG LLP 300 OTTAWA AVE NW STE 500 GRAND RAPIDS, MI 49503 | 11470 | Secured: Priority: Administrative: Unsecured: Total: | $38,127,592.68<br><br>$38,127,592.68 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA BARNES & THORNBURG LLP 300 OTTAWA AVE NW STE 500 GRAND RAPIDS, MI 49503 | 11457 | Secured: Priority: Administrative: Unsecured: Total: | $38,127,592.68<br><br>$38,127,592.68 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| FRYS METAL INC A COOKSON ELECTRONICS COMPANY ADLER POLLOCK & SHEEHAN PC ONE CITIZENS PLZ 8TH FL PROVIDENCE, RI 02903 | 15681 | Secured: Priority: Administrative: Unsecured: Total: | $58,228.25<br>$58,228.25 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRYS METAL INC A COOKSON ELECTRONICS COMPANY ADLER POLLOCK & SHEEHAN PC ONE CITIZENS PLZ 8TH FL PROVIDENCE, RI 02903 | 15679 | Secured: Priority: Administrative: Unsecured: Total: | $12,284.59<br>$12,284.59 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GREAK & BUSBY PC 8008 SLIDE RD STE 30 LUBBOCK, TX 79424-2828 | 8502 | Secured: Priority: Administrative: Unsecured: Total: | $20,000.00<br>$20,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| HURLEY PACKAGING OF TEXAS INC A PROFESSIONAL CORPORATION 8008 SLIDE RD STE 30 LUBBOCK, TX 79424-2828 | 8519 | Secured: Priority: Administrative: Unsecured: Total: | $40,000.00<br>$40,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                  Pg 64 of 82                  **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON CONTROL INC BATTERY GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15526 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MJ CELCO<br>SCHWARTZ COOPER CHARTERED<br>180 N LA SALLE ST<br>CHICAGO, IL 60601 | 12183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$800,000.00<br>$800,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,303.33<br><br>$750.00<br>$5,053.33 | 07/18/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,626.21<br><br>$250.00<br>$2,876.21 | 07/18/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PBR COLUMBIA LLC<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | **Total:** | **14** | **$161,357,844.90** |  |  |

**In re Delphi Corporation, et al.**                                        **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUN MICROSYSTEMS INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 16597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$114,168.03<br><br>$114,168.03 | 04/18/2007 | DELPHI CORPORATION (05-44481) |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $82,643.04<br>$0.00<br><br>$0.00<br>$82,643.04 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/14/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

|  | Total: | 3 | $196,811.07 |
|---|---|---|---|

**In re Delphi Corporation, <u>et al</u>.**                                            **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-4 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN RECYCLING & MANUFACTURING CO INC 58 MC KEE RD ROCHESTER, NY 14611 | 16556 | Secured: Priority: Administrative: Unsecured: Total: | $40,645.16 $40,645.16 | 03/21/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:    **1**              **$40,645.16**

**In re Delphi Corporation, et al.**                                          **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-5 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,177.53<br><br><br><br>$3,177.53 | 01/17/2007 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 1 | $3,177.53 |
|---|---|---|---|

In re: Delphi Corporation, <u>et al.</u>                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2287<br>Date Filed: 03/14/06<br>Docketed Total:  $12,921.52<br>Filing Creditor Name and Address<br> ACORN DISTRIBUTORS INC<br> 5820 FORTUNE CIR W<br> INDIANAPOLIS IN 46241 | Claim Holder Name and Address    Docketed Total    $12,921.52<br>AFI<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $12,921.52<br>                                                                  $12,921.52 | Modified Total    $7,723.22<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $7,723.22<br>                                                                  $7,723.22 |
| Claim: 1439<br>Date Filed: 01/04/06<br>Docketed Total:  $121,415.94<br>Filing Creditor Name and Address<br> BATTENFELD OF AMERICA INC<br> ATTN RON RICAPITO<br> 1620 SHANAHAN DR<br> SOUTH ELGIN IL 60177 | Claim Holder Name and Address    Docketed Total    $121,415.94<br>BATTENFELD OF AMERICA INC<br>ATTN RON RICAPITO<br>1620 SHANAHAN DR<br>SOUTH ELGIN IL 60177<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $121,415.94<br>                                                                  $121,415.94 | Modified Total    $83,403.44<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $83,403.44<br>                                                                  $83,403.44 |
| Claim: 11186<br>Date Filed: 07/26/06<br>Docketed Total:  $180,633.39<br>Filing Creditor Name and Address<br> BEAVER VALLEY MANUFACTURING<br> INC<br> IRA RUBIN<br> GOLDMAN RUBIN & SHAPIRO<br> 1340 WOODMAN DR<br> DAYTON OH 45432 | Claim Holder Name and Address    Docketed Total    $180,633.39<br>BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON OH 45432<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $180,633.39<br><br>                                                                  $180,633.39 | Modified Total    $121,384.39<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $121,384.39<br><br>                                                                  $121,384.39 |
| Claim: 7235<br>Date Filed: 05/31/06<br>Docketed Total:  $27,708.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF BARRY METALS<br> INTERNATIONAL<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $27,708.00<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>BARRY METALS INTERNATIONAL<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $27,708.00<br><br>                                                                  $27,708.00 | Modified Total    $26,520.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $26,520.00<br><br>                                                                  $26,520.00 |

*See Exhibit F for a listing of debtor entities by case number                                    Page:  1 of 10

In re: Delphi Corporation, <u>et al.</u>                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7237<br>Date Filed:05/31/06<br>Docketed Total:  $241,702.84<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF IMCO INC<br> ATTN ALPA JIMINEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $241,702.84<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>IMCO INC<br>ATTN ALPA JIMINEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $241,702.84<br>                                                $241,702.84 | Modified Total    $236,776.04<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $236,776.04<br>                                                $236,776.04 |
| Claim: 7367<br>Date Filed:06/02/06<br>Docketed Total:  $56,625.90<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF NINGBO SCHLEMMER<br> AUTOMOTIVE PARTS CO LTD<br> ATTN ALPA JIMINEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $56,625.90<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>NINGBO SCHLEMMER AUTOMOTIVE PARTS<br>CO LTD<br>ATTN ALPA JIMINEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $56,625.90<br>                                                $56,625.90 | Modified Total    $56,252.10<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $56,252.10<br>                                                $56,252.10 |
| Claim: 8030<br>Date Filed:06/15/06<br>Docketed Total:  $135,220.81<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PARSON & MAXSON<br> INC<br> ATTN ALPA JIMINEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $135,220.81<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PARSON & MAXSON INC<br>ATTN ALPA JIMINEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $135,220.81<br><br>                                                $135,220.81 | Modified Total    $111,390.58<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                        $22,759.61<br><br>05-44640                                        $88,630.97<br>                                                $111,390.58 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   2 of 10

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8024**
Date Filed:06/15/06
Docketed Total:   $142,150.86
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF PLASTIC PLATE INC
 IDENTIFIED BY DEBTOR AS LACKS
 TRIM SYSTEMS
 ATTN ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $142,150.86
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
PLASTIC PLATE INC IDENTIFIED BY
DEBTOR AS LACKS TRIM SYSTEMS
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $142,150.86 | 05-44640 | | | $114,522.59 |
| | | | $142,150.86 | | | | $114,522.59 |

Modified Total    $114,522.59

**Claim: 12695**
Date Filed:07/28/06
Docketed Total:   $120,459.00
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF TRELLEBORG KUNHWA
 CO LTD
 ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $120,459.00
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
TRELLEBORG KUNHWA CO LTD
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $120,459.00 | 05-44640 | | | $77,394.00 |
| | | | $120,459.00 | | | | $77,394.00 |

Modified Total    $77,394.00

**Claim: 1201**
Date Filed:12/19/05
Docketed Total:   $104,504.04
Filing Creditor Name and Address
 ELECTRONIC SOLUTIONS INC
 1590 PAGE INDUSTRIAL BLVD
 ST LOUIS MO 63132

Claim Holder Name and Address    Docketed Total    $104,504.04
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $104,504.04 | 05-44640 | | | $100,499.44 |
| | | | $104,504.04 | | | | $100,499.44 |

Modified Total    $100,499.44

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14837**
Date Filed:07/31/06
Docketed Total:   $115,123.63
Filing Creditor Name and Address
  EMC2 CORPORATION
  C O RECEIVABLE MANAGEMENT
  SERVICES
  PO BOX 5126
  TIMONIUM MD 21094

Claim Holder Name and Address
EMC2 CORPORATION
C O RECEIVABLE MANAGEMENT
SERVICES
PO BOX 5126
TIMONIUM MD 21094

Docketed Total   $115,123.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,950.67 | $74,172.96 |
| | | $40,950.67 | $74,172.96 |

Modified Total   $73,342.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,342.81 |
| | | | $73,342.81 |

---

**Claim: 813**
Date Filed:11/22/05
Docketed Total:   $963,099.68
Filing Creditor Name and Address
  ENTERGY MISSISSIPPI INC
  MAIL UNIT L JEF 359
  PO BOX 6008
  NEW ORLEANS LA 70174-6008

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE S 225
GREENWICH CT 06830

Docketed Total   $963,099.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $963,099.68 | | |
| | $963,099.68 | | |

Modified Total   $363,099.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $363,099.68 |
| | | | $363,099.68 |

---

**Claim: 11542**
Date Filed:07/27/06
Docketed Total:   $72,759.50
Filing Creditor Name and Address
  FLEX TECHNOLOGIES INC
  PO BOX 400
  5479 GUNDY DR
  MIDVALE OH 44653

Claim Holder Name and Address
FLEX TECHNOLOGIES INC
PO BOX 400
5479 GUNDY DR
MIDVALE OH 44653

Docketed Total   $72,759.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $72,759.50 |
| | | | $72,759.50 |

Modified Total   $39,992.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,992.50 |
| | | | $39,992.50 |

---

**Claim: 8508**
Date Filed:06/26/06
Docketed Total:   $22,258.80
Filing Creditor Name and Address
  FLOW DRY TECHNOLOGY LTD
  379 ALBERT RD
  BROOKVILLE OH 45309-924

Claim Holder Name and Address
FLOW DRY TECHNOLOGY LTD
379 ALBERT RD
BROOKVILLE OH 45309-924

Docketed Total   $22,258.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $22,258.80 | | |
| | $22,258.80 | | |

Modified Total   $22,258.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,258.80 |
| | | | $22,258.80 |

In re: Delphi Corporation, <u>et al.</u>                                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|
| Claim: 11248<br>Date Filed:07/27/06<br>Docketed Total:  $1,777.27<br>Filing Creditor Name and Address<br> GREELEY CONTAINMENT & REWORK<br> INC<br> 200 BASELINE RD E<br> BOWMANVILLE ON L1C 1A2<br> CANADA | Claim Holder Name and Address    Docketed Total    $1,777.27<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                 $1,777.27<br>_____<br>                                        $1,777.27 | | Modified Total    $1,777.27<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                 $1,777.27<br>_____<br>                                        $1,777.27 | | |
| Claim: 11249<br>Date Filed:07/27/06<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address<br> GREELEY CONTAINMENT & REWORK<br> INC<br> 200 BASELINE RD E<br> BOWMANVILLE ON L1C 1A2<br> CANADA | Claim Holder Name and Address    Docketed Total    $31,625.46<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                 $31,625.46<br>_____<br>                                        $31,625.46 | | Modified Total    $31,625.46<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                 $31,625.46<br>_____<br>                                        $31,625.46 | | |
| Claim: 11250<br>Date Filed:07/27/06<br>Docketed Total:  $46,237.04<br>Filing Creditor Name and Address<br> GREELEY CONTAINMENT & REWORK<br> INC<br> 200 BASELINE RD E<br> BOWMANVILLE ON L1C 1A2<br> CANADA | Claim Holder Name and Address    Docketed Total    $46,237.04<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                 $46,237.04<br>_____<br>                                        $46,237.04 | | Modified Total    $21,000.37<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                 $21,000.37<br>_____<br>                                        $21,000.37 | | |
| Claim: 11251<br>Date Filed:07/27/06<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address<br> GREELEY CONTAINMENT & REWORK<br> INC<br> 200 BASELINE RD E<br> BOWMANVILLE ON L1C 1A2<br> CANADA | Claim Holder Name and Address    Docketed Total    $31,625.46<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                 $31,625.46<br>_____<br>                                        $31,625.46 | | Modified Total    $11,733.46<br><br>**Case Number\***    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                 $11,733.46<br>_____<br>                                        $11,733.46 | | |

\*See Exhibit F for a listing of debtor entities by case number                    Page:   5 of 10

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10128<br>Date Filed:07/21/06<br>Docketed Total:  $259,605.47<br>Filing Creditor Name and Address<br> GRIGOLEIT COMPANY THE<br> 2000 N WOODFORD ST<br> PO BOX 831<br> DECATUR IL 62525-0831 | Claim Holder Name and Address<br>GRIGOLEIT COMPANY THE<br>2000 N WOODFORD ST<br>PO BOX 831<br>DECATUR IL 62525-0831 | Docketed Total | | $259,605.47 | | Modified Total | | $209,112.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$259,605.47<br>$259,605.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$209,112.50<br>$209,112.50 |
| Claim: 5102<br>Date Filed:05/08/06<br>Docketed Total:  $63,992.15<br>Filing Creditor Name and Address<br> INTERNATIONAL QUALITY CONTROL<br> INC<br> 521 CLEVELAND<br> LINCOLN PK MI 48146 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $63,992.15 | | Modified Total | | $62,486.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$63,992.15<br>$63,992.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$62,486.40<br>$62,486.40 |
| Claim: 15523<br>Date Filed:07/31/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br> JOHNSON CONTROLS INC<br> AUTOMOTIVE GROUP<br> STEPHEN BOBO<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR STE 4000<br> CHICAGO IL 60606 | Claim Holder Name and Address<br>JOHNSON CONTROLS INC AUTOMOTIVE<br>GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | Docketed Total | | | | Modified Total | | $1,305.00 |
| | Case Number*<br>05-44640 | Secured<br>$0.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,305.00<br>$1,305.00 |
| Claim: 15525<br>Date Filed:07/31/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br> JOHNSON CONTROLS INC BATTERY<br> GROUP<br> STEPHEN BOBO<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR STE 4000<br> CHICAGO IL 60606 | Claim Holder Name and Address<br>JOHNSON CONTROLS INC BATTERY GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | Docketed Total | | | | Modified Total | | $85,668.20 |
| | Case Number*<br>05-44640 | Secured<br>$0.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$85,668.20<br><br>$85,668.20 |

*See Exhibit F for a listing of debtor entities by case number             Page:  6 of 10

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13445<br>Date Filed:07/31/06<br>Docketed Total:  $52,318.51<br>Filing Creditor Name and Address<br> JUDCO MANUFACTURING INC<br> 1429 W 240TH ST<br> HARBOR CITY CA 90710 | Claim Holder Name and Address<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY CA 90710 | Docketed Total | | $52,318.51 | | Modified Total | | $31,044.13 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$52,318.51<br>$52,318.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,044.13<br>$31,044.13 |
| Claim: 16012<br>Date Filed:08/09/06<br>Docketed Total:  $2,605.25<br>Filing Creditor Name and Address<br> JUDCO MANUFACTURING INC<br> 1429 W 240TH ST<br> HARBOR CITY CA 90710 | Claim Holder Name and Address<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY CA 90710 | Docketed Total | | $2,605.25 | | Modified Total | | $1,741.37 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,605.25<br>$2,605.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,741.37<br>$1,741.37 |
| Claim: 966<br>Date Filed:12/02/05<br>Docketed Total:  $156,172.47<br>Filing Creditor Name and Address<br> MANUFACTURERS EQUIPMENT &<br> SUPPLY CO<br> 2401 LAPEER RD<br> FLINT MI 48503-435 | Claim Holder Name and Address<br>MANUFACTURERS EQUIPMENT & SUPPLY CO<br>2401 LAPEER RD<br>FLINT MI 48503-435 | Docketed Total | | $156,172.47 | | Modified Total | | $2,066.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$156,172.47<br><br>$156,172.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,066.11<br><br>$2,066.11 |
| Claim: 11190<br>Date Filed:07/26/06<br>Docketed Total:   $87,844.88<br>Filing Creditor Name and Address<br> PARLEX CORPORATION<br> EDWARD D KUTCHIN ESQ<br> KUTCHIN & RUFO  PC<br> 155 FEDERAL ST 17TH FL<br> BOSTON MA 02110 | Claim Holder Name and Address<br>PARLEX CORPORATION<br>EDWARD D KUTCHIN ESQ<br>KUTCHIN & RUFO  PC<br>155 FEDERAL ST 17TH FL<br>BOSTON MA 02110 | Docketed Total | | $87,844.88 | | Modified Total | | $62,996.25 |
| | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$87,844.88<br>$87,844.88 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$62,996.25<br>$62,996.25 |

In re: Delphi Corporation, <u>et al.</u>                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 11193<br>Date Filed:07/26/06<br>Docketed Total: $39,295.28<br>Filing Creditor Name and Address<br> PARLEX CORPORATION<br> EDWARD D KUTCHIN ESQ<br> KUTCHIN & RUFO  PC<br> 155 FEDERAL ST 17TH FL<br> BOSTON MA 02110 | Claim Holder Name and Address    Docketed Total    $39,295.28<br>PARLEX CORPORATION<br>EDWARD D KUTCHIN ESQ<br>KUTCHIN & RUFO  PC<br>155 FEDERAL ST 17TH FL<br>BOSTON MA 02110 | | | Modified Total    $35,181.55 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44547  $39,295.28<br>  $39,295.28 | | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640  $35,181.55<br>  $35,181.55 | | | |
| Claim: 10580<br>Date Filed:07/25/06<br>Docketed Total: $203,432.68<br>Filing Creditor Name and Address<br> PHILLIPS PLASTICS CORPORATION<br> ATTN MARK HUEG<br> 1201 HANLEY RD<br> HUDSON WI 54016 | Claim Holder Name and Address    Docketed Total    $203,432.68<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | | | Modified Total    $181,190.50 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640  $203,432.68<br>  $203,432.68 | | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640  $181,190.50<br>  $181,190.50 | | | |
| Claim: 12187<br>Date Filed:07/28/06<br>Docketed Total: $100,551.70<br>Filing Creditor Name and Address<br> PORT CITY CASTINGS CORP<br> AFFILIATE OF PORT CITY DIE<br> CAST INC<br> C O PARMENTER O TOOLE<br> PORT CITY CASTINGS CORP<br> 601 TERRACE ST<br> MUSKEGON MI 49443-0786 | Claim Holder Name and Address    Docketed Total    $100,551.70<br>PORT CITY CASTINGS CORP AFFILIATE<br>OF PORT CITY DIE CAST INC<br>C O PARMENTER O TOOLE<br>PORT CITY CASTINGS CORP<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786 | | | Modified Total    $90,638.09 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640  $100,551.70<br><br>  $100,551.70 | | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640  $90,638.09<br><br>  $90,638.09 | | | |
| Claim: 10710<br>Date Filed:07/25/06<br>Docketed Total: $574,896.85<br>Filing Creditor Name and Address<br> PPG INDUSTRIES INC<br> ONE PPG PL<br> PITTSBURGH PA 15272 | Claim Holder Name and Address    Docketed Total    $574,896.85<br>PPG INDUSTRIES INC<br>ONE PPG PL<br>PITTSBURGH PA 15272 | | | Modified Total    $460,507.92 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481  $574,896.85<br>  $574,896.85 | | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640  $460,507.92<br>  $460,507.92 | | | |

*See Exhibit F for a listing of debtor entities by case number                    Page:   8 of 10

In re: Delphi Corporation, et al.                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 8874**
Date Filed:06/30/06
Docketed Total:   $101,655.48
Filing Creditor Name and Address
 RIVERSIDE CLAIMS LLC AS
 ASSIGNEE FOR WHYCO FINISHING
 TECHNOLOGIES LLC
 RIVERSIDE CLAIMS LLC
 PO BOX 626 PLANETARIUM STATION
 NEW YORK NY 10024

Claim Holder Name and Address   Docketed Total   $101,655.48
RIVERSIDE CLAIMS LLC AS ASSIGNEE
FOR WHYCO FINISHING TECHNOLOGIES
LLC
RIVERSIDE CLAIMS LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK NY 10024

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $101,655.48 | 05-44640 | | | $101,366.23 |
| | | | $101,655.48 | | | | $101,366.23 |

Modified Total   $101,366.23

**Claim: 590**
Date Filed:11/15/05
Docketed Total:   $29,390.33
Filing Creditor Name and Address
 SANDVIK MATERIALS TECHNOLOGY
 ATTN DOMINIC GRANDINETH
 PO BOX 1220
 SCRANTON PA 18504-1220

Claim Holder Name and Address   Docketed Total   $29,390.33
SANDVIK MATERIALS TECHNOLOGY
ATTN DOMINIC GRANDINETH
PO BOX 1220
SCRANTON PA 18504-1220

Modified Total   $7,862.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $29,390.33 | 05-44640 | | | $7,862.55 |
| | | | $29,390.33 | | | | $7,862.55 |

**Claim: 14682**
Date Filed:07/31/06
Docketed Total:   $150,601.20
Filing Creditor Name and Address
 SIERRA LIQUIDITY FUND LLC
 ASSIGNEE NEW ENGLAND
 INTERCONNECT SYSTEMS INC
 ASSIGNOR
 SIERRA LIQUIDITY FUND
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address   Docketed Total   $150,601.20
SIERRA LIQUIDITY FUND LLC ASSIGNEE
NEW ENGLAND INTERCONNECT SYSTEMS
INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total   $142,900.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $150,601.20 | 05-44640 | | | $142,900.00 |
| | | | $150,601.20 | | | | $142,900.00 |

**Claim: 11606**
Date Filed:07/26/06
Docketed Total:   $126,344.36
Filing Creditor Name and Address
 SOJITZ CORPORATION OF AMERICA
 ATTN RICHARD PAICE ESQ
 1211 AVE OF THE AMERICAS
 NEW YORK NY 10036

Claim Holder Name and Address   Docketed Total   $126,344.36
SOJITZ CORPORATION OF AMERICA
ATTN RICHARD PAICE ESQ
1211 AVE OF THE AMERICAS
NEW YORK NY 10036

Modified Total   $50,493.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $55,000.00 | | $71,344.36 | 05-44482 | | | $50,493.75 |
| | $55,000.00 | | $71,344.36 | | | | $50,493.75 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   9 of 10

In re: Delphi Corporation, et al.                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16544<br>Date Filed:02/16/07<br>Docketed Total:   $51,817.86<br>Filing Creditor Name and Address<br> SUPPLIER LINK SERVICES INC<br> ATTN CHRIS KINSEL<br> PMB 204<br> 3527 MT DIABLO BLVD<br> LAFAYETTE CA 94549 | Claim Holder Name and Address    Docketed Total    $51,817.86<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $51,817.86<br>                                         _____<br>                                              $51,817.86 | Modified Total    $48,012.86<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $48,012.86<br>                                         _____<br>                                              $48,012.86 |
| Claim: 8139<br>Date Filed:06/19/06<br>Docketed Total:   $44,754.00<br>Filing Creditor Name and Address<br> THE BRIX GROUP INC<br> DAVID TILTON CFO<br> 541 DIVISION ST<br> CAMPBELL CA 95008 | Claim Holder Name and Address    Docketed Total    $44,754.00<br>THE BRIX GROUP INC<br>DAVID TILTON CFO<br>541 DIVISION ST<br>CAMPBELL CA 95008<br><br>Case Number*    Secured    Priority    Unsecured<br>05-47474                                         $44,754.00<br>                                              $44,754.00 | Modified Total    $19,256.34<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-47474                                         $19,256.34<br>                                              $19,256.34 |
| Claim: 8229<br>Date Filed:06/19/06<br>Docketed Total:   $2,896,591.72<br>Filing Creditor Name and Address<br> THE BRIX GROUP INC<br> DAVID TILTON CFO<br> 541 DIVISION ST<br> CAMPBELL CA 95008 | Claim Holder Name and Address    Docketed Total    $2,896,591.72<br>THE BRIX GROUP INC<br>DAVID TILTON CFO<br>541 DIVISION ST<br>CAMPBELL CA 95008<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $2,896,591.72<br>                                              $2,896,591.72 | Modified Total    $391,351.85<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $391,351.85<br>                                              $391,351.85 |
| Claim: 12239<br>Date Filed:07/28/06<br>Docketed Total:   $599,351.09<br>Filing Creditor Name and Address<br> TOSHIBA AMERICA ELECTRONIC<br> COMPONENTS INC<br> LEI LEI WANG EKVALL ESQ<br> WEILAND GOLDEN SMILEY WANG<br> EKVALL &<br> 650 TOWN CENTER DR STE 950<br> COSTA MESA CA 92626 | Claim Holder Name and Address    Docketed Total    $599,351.09<br>TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS INC<br>LEI LEI WANG EKVALL ESQ<br>WEILAND GOLDEN SMILEY WANG<br>EKVALL &<br>650 TOWN CENTER DR STE 950<br>COSTA MESA CA 92626<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $599,351.09<br>                                              $599,351.09 | Modified Total    $597,611.14<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $597,611.14<br>                                              $597,611.14 |

Total Count of Claims:   38
Total Amount as Docketed:        $7,969,070.42
Total Amount as Modified:        $4,083,488.89

In re: Delphi Corporation, et al.                                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14239<br>Date Filed:07/31/06<br>Docketed Total:   $5,244,135.51<br>Filing Creditor Name and Address<br> AB AUTOMOTIVE INC<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total   $2,598,525.51<br>AB AUTOMOTIVE INC<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                          $2,171.90   $2,596,353.61<br>                                  $2,171.90   $2,596,353.61 | Modified Total   $500,044.16<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $733.75   $499,310.41<br>                                $733.75   $499,310.41 |
|  | Claim Holder Name and Address   Docketed Total   $2,645,610.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $2,645,610.00<br>                                        $2,645,610.00 | Modified Total   $2,645,610.00<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $2,645,610.00<br>                                      $2,645,610.00 |
| Claim: 9577<br>Date Filed:07/17/06<br>Docketed Total:   $122,826.05<br>Filing Creditor Name and Address<br> BAYER MATERIALSCIENCE LLC<br> ATTN LINDA VESCI<br> 100 BAYER RD<br> PITTSBURGH PA 15205 | Claim Holder Name and Address   Docketed Total   $122,826.05<br>BAYER MATERIALSCIENCE LLC<br>ATTN LINDA VESCI<br>100 BAYER RD<br>PITTSBURGH PA 15205<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                $122,826.05<br>                                        $122,826.05 | Modified Total   $105,184.98<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $2,250.72   $102,934.26<br>                                $2,250.72   $102,934.26 |
| Claim: 8372<br>Date Filed:06/22/06<br>Docketed Total:   $788,628.25<br>Filing Creditor Name and Address<br> BI TECHNOLOGIES CORPORATION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total   $6,210.25<br>BI TECHNOLOGIES CORPORATION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $6,210.00   $0.25<br>                                $6,210.00   $0.25 | Modified Total   $6,210.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $6,210.00<br>                                $6,210.00 |

*See Exhibit F for a listing of debtor entities by case number              Page:   1 of 4

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8372 (Continued)**

CLAIM AS DOCKETED:
Claim Holder Name and Address    Docketed Total    $782,418.00
TPG CREDIT OPPORTUNITIES FUND LP
ATTN SHELLEY HARTMAN
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $782,418.00 |
| | | | $782,418.00 |

CLAIM AS MODIFIED:    Modified Total    $710,049.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $710,049.99 |
| | | | $710,049.99 |

---

**Claim: 7369**
Date Filed: 06/02/06
Docketed Total:   $17,659.83
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF JOSEF SCHLEMMER
 GMBH
 ATTN ALPA JIMENEZ
 411 W PUTNAM AVE S 225
 GREENWICH CT 06830

CLAIM AS DOCKETED:
Claim Holder Name and Address    Docketed Total    $17,659.83
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
JOSEF SCHLEMMER GMBH
ATTN ALPA JIMENEZ
411 W PUTNAM AVE S 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,659.83 |
| | | | $17,659.83 |

CLAIM AS MODIFIED:    Modified Total    $16,902.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $610.00 | $16,292.01 |
| | | $610.00 | $16,292.01 |

---

**Claim: 11659**
Date Filed: 07/27/06
Docketed Total:   $242,455.24
Filing Creditor Name and Address
 FUJIKURA AMERICA INC
 ATTN PRESIDENT
 3001 OAKMEAD VILLAGE DR
 SANTA CLARA CA 95051

CLAIM AS DOCKETED:
Claim Holder Name and Address    Docketed Total    $242,455.24
FUJIKURA AMERICA INC
ATTN PRESIDENT
3001 OAKMEAD VILLAGE DR
SANTA CLARA CA 95051

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $21,813.20 | $15,482.29 | $205,159.75 |
| | $21,813.20 | $15,482.29 | $205,159.75 |

CLAIM AS MODIFIED:    Modified Total    $216,269.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,482.28 | $200,787.54 |
| | | $15,482.28 | $200,787.54 |

---

**Claim: 15429**
Date Filed: 07/31/06
Docketed Total:   $431,794.32
Filing Creditor Name and Address
 GOBAR SYSTEMS INC
 PAIGE LEIGH ELLERMAN ESQ
 TAFT STETTINIUS & HOLLISTER
 LLP
 425 WALNUT STREET STE 1800
 CINCINNATI OH 45202

CLAIM AS DOCKETED:
Claim Holder Name and Address    Docketed Total    $431,794.32
GOBAR SYSTEMS INC
PAIGE LEIGH ELLERMAN ESQ
TAFT STETTINIUS & HOLLISTER
LLP
425 WALNUT STREET STE 1800
CINCINNATI OH 45202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $431,794.32 |
| | | | $431,794.32 |

CLAIM AS MODIFIED:    Modified Total    $33,555.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,848.88 | $30,706.84 |
| | | $2,848.88 | $30,706.84 |

---

*See Exhibit F for a listing of debtor entities by case number            Page:   2 of 4

In re: Delphi Corporation, <u>et al.</u>                                                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14240<br>Date Filed:07/31/06<br>Docketed Total:  $114,342.92<br>Filing Creditor Name and Address<br> JACOBSON MFG LLC<br> WILLIAM S HACKNEY<br> MUCH SHELIST<br> 191 N WACKER DR STE 1800<br> CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $114,342.92<br>JACOBSON MFG LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $114,342.92<br>                                                              $114,342.92 | Modified Total    $95,486.27<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $22,226.09    $73,260.18<br>                                  $22,226.09    $73,260.18 |
| Claim: 1790<br>Date Filed:02/06/06<br>Docketed Total:  $195,077.21<br>Filing Creditor Name and Address<br> KEY SAFETY SYSTEMS &<br> SUBSIDIARIES<br> ATTN TOM FORD<br> KEY SAFETY SYSTEMS INC<br> 7000 NINETEEN MILE RD<br> STERLING HEIGHTS MI 48314 | Claim Holder Name and Address    Docketed Total    $195,077.21<br>KEY SAFETY SYSTEMS & SUBSIDIARIES<br>ATTN TOM FORD<br>KEY SAFETY SYSTEMS INC<br>7000 NINETEEN MILE RD<br>STERLING HEIGHTS MI 48314<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $195,077.21<br><br>                                                              $195,077.21 | Modified Total    $72,475.98<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $3,803.60    $68,672.38<br><br>                                  $3,803.60    $68,672.38 |
| Claim: 12186<br>Date Filed:07/28/06<br>Docketed Total:  $48,161.52<br>Filing Creditor Name and Address<br> MUSKEGON CASTINGS CORP<br> C O PARMENTER O TOOLE<br> 601 TERRACE ST<br> MUSKEGON MI 49443-0786 | Claim Holder Name and Address    Docketed Total    $48,161.52<br>MUSKEGON CASTINGS CORP<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $48,161.52<br>            $48,161.52 | Modified Total    $47,976.06<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640              $11,566.85    $36,409.21<br>                      $11,566.85    $36,409.21 |
| Claim: 16312<br>Date Filed:09/13/06<br>Docketed Total:  $186,028.49<br>Filing Creditor Name and Address<br> NATIONAL PAPER & PACKAGING EFT<br> CO<br> 26401 RICHMOND RD<br> CLEVELAND OH 44146-1413 | Claim Holder Name and Address    Docketed Total    $186,028.49<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $186,028.49<br>                                                              $186,028.49 | Modified Total    $170,113.66<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $3,802.95    $166,310.71<br>                                  $3,802.95    $166,310.71 |

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10579<br>Date Filed:07/25/06<br>Docketed Total:  $760,117.01<br>Filing Creditor Name and Address<br> PHILLIPS PLASTICS CORPORATION<br> ATTN MARK HUEG<br> 1201 HANLEY RD<br> HUDSON WI 54016 | Claim Holder Name and Address     Docketed Total     $760,117.01<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Modified Total     $747,702.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Case Number*<br>05-44481 | Secured<br>$751,115.95<br>$751,115.95 | Priority<br>$9,001.06<br>$9,001.06 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$9,001.06<br>$9,001.06 | Unsecured<br>$738,701.92<br>$738,701.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 11247<br>Date Filed:07/27/06<br>Docketed Total:   $641,832.63<br>Filing Creditor Name and Address<br> SKF USA INC<br> HENRY JAFFE ESQUIRE<br> PEPPER HAMILTON LLP<br> HERCULES PLZ STE 5100<br> 1313 MARKET ST<br> WILMINGTON DE 19899 | Claim Holder Name and Address     Docketed Total     $641,832.63<br>SKF USA INC<br>HENRY JAFFE ESQUIRE<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON DE 19899 | | | | Modified Total     $117,224.29 | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$85,147.54<br>$85,147.54 | Unsecured<br>$556,685.09<br>$556,685.09 | Case Number*<br>05-44640 | Secured | Priority<br>$26,195.39<br>$26,195.39 | Unsecured<br>$91,028.90<br>$91,028.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 11462<br>Date Filed:07/27/06<br>Docketed Total:   $506,709.93<br>Filing Creditor Name and Address<br> VALEO CLIMATE CONTROL<br> CORPORATION<br> ATTN CHRISTOPHER R CONNELY<br> 3000 UNIVERSITY DR<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address     Docketed Total     $506,709.93<br>VALEO CLIMATE CONTROL CORPORATION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326 | | | | Modified Total     $156,725.41 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$506,709.93<br>$506,709.93 | Case Number*<br>05-44640 | Secured | Priority<br>$156,725.41<br>$156,725.41 | Unsecured |

Total Count of Claims:   13
Total Amount as Docketed:        $9,299,768.91
Total Amount as Modified:        $5,641,531.33

*See Exhibit F for a listing of debtor entities by case number                Page:   4 of 4

**In re: Delphi Corporation, <u>et al.</u>**                                            **Fifteenth Omnibus Objection**

**Case No. 05-44481 (RDD)**

**Exhibit F - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44484 | ASEC SALES GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |
| 05-47474 | MOBILEARIA, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILEARIA, INC. |