HONIGMAN MILLER SCHWARTZ & COHN LLP
Seth A. Drucker (Michigan Bar No.: P65641)
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
(313) 465-7626
*Counsel for Valeo Climate Control Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Case No.: 05-44481 (RDD) |
|  | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors. |  |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Seth A. Drucker, a member in good standing of the bar in the State of Michigan and of the bar of United States District Courts for the Eastern and Western Districts of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Valeo Climate Control Corporation, a creditor in the above referenced proceeding.

Mailing address:   Seth A. Drucker, Esq., Honigman Miller Schwartz and Cohn LLP
2290 First National Building, 660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226

E-mail address is:   sdrucker@honigman.com

Telephone number is: (313) 465-7626

The filing fee of $25.00 is electronically being paid simultaneously with the filing of this motion for *pro hac vice* admission.

Dated this 26th day of June, 2007

/s/ Seth A. Drucker
Seth A. Drucker, Esq. (Mich. Bar No. P65641)
sdrucker@honigman.com

DETROIT.2677425.1