HONIGMAN MILLER SCHWARTZ & COHN LLP
Seth A. Drucker (Michigan Bar No.: P65641)
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
(313) 465-7626
*Counsel for Valeo Climate Control Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                     :    Case No.: 05-44481 (RDD)
                                                          :
                                                          :    Chapter 11
DELPHI CORPORATION, *et al.*,                             :
                                                          :    (Jointly Administered)
       Debtors.                                           :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on Tuesday, June 26, 2007, he electronically filed a Motion for Admission to Practice *Pro Hac Vice* of Seth A. Drucker, Esq., of Honigman Miller Schwartz and Cohn LLP, counsel to Valeo Climate Control Corporation, with the clerk of the court using the ECF system, which will send electronic notification to all those ECF participants registered in this matter.

                                             Respectfully submitted,

                                             Honigman Miller Schwartz and Cohn LLP
                                             Counsel to Valeo Climate Control Corporation

                                             /s/ Seth A. Drucker
                                             Seth A. Drucker, Esq. (Mich Bar No. P65641)
                                             2290 First National Building
                                             660 Woodward Avenue, Suite 2290
                                             Detroit, MI  48226
                                             Telephone: (313) 465-7626
                                             Email:  sdrucker@honigman.com

DETROIT.2677858.1