**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (194861) *(Pro Hac Admission Granted*
*By Order entered September 27, 2006)*
650 Town Center Drive, Suite 550
Costa Mesa, CA  92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

Attorneys for Hyundai Motor Company and
Hyundai Motor America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                  :
In re:                                            :    Chapter 11
                                                  :
DELPHI CORPORATION., et al.                       :    Case No. 05-44481
                          :
                                                  :    (Jointly Administered)
              Debtors.                            :
---------------------------------------------------------------x

### NOTICE OF FIRM ADDRESS CHANGE
### FOR PILLSBURY WINTHROP SHAW PITTMAN LLP

     PLEASE TAKE NOTICE that as of  June 18, 2007, Pillsbury Winthrop Shaw Pittman LLP, attorneys for Hyundai Motor Company and Hyundai Motor America in the above-captioned matter, will have moved their offices.  The address, telephone and facsimile numbers are as follows:

Pillsbury Winthrop Shaw Pittman LLP
Mark D. Houle
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

Date: June 27, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Mark D. Houle

Attorneys for Hyundai Motor Company and
Hyundai Motor America