**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (194861) *(Pro Hac Admission Granted By Order entered September 27, 2006)*
650 Town Center Drive, Suite 550
Costa Mesa, CA  92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

Attorneys for Hyundai Motor Company and
Hyundai Motor America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
DELPHI CORPORATION., et al.                                    :    Case No. 05-44481
                              :                                :
                                                               :    (Jointly Administered)
                   Debtors.                                    :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents; *Notice of Firm Address Change for Pillsbury Winthrop Shaw Pittman LLP,* were served by E-mail service and depositing the same in pre-paid first class envelopes in an official depository of the United States Postal Service maintained at 1540 Broadway, New York, NY  10036, to the parties on the attached service list on the 27th day of June, 2007.

                                                /s/ Stacy Packer
                                                Stacy Packer

600320980v1

E-MAIL SERVICE LIST

**rstark@brownrudnick.com**
**bsimon@cwsny.com**
**sreisman@cm-p.com**
**donald.bernstein@dpw.com**
**brian.resnick@dpw.com**
**sean.p.corcoran@delphi.com**
**karen.j.craft@delphi.com**
**cschiff@flextronics.com**
**paul.anderson@flextronics.com**
**trey.chambers@freescale.com**
**rodbuje@ffhsj.com**
**sliviri@ffhsj.com**
**randall.eisenberg@fticonsulting.com**
**valerie.venable@ge.com**
**lhassel@groom.com**
**sgross@hodgsonruss.com**
**fgorman@honigman.com**
**rweiss@honigman.com**
**mariaivalerio@irs.gov**
**bderrough@jefferies.com**
**richard.duker@jpmorgan.com**
**gianni.russello@jpmorgan.com**
**gnovod@kramerlevin.com**
**tmayer@kramerlevin.com**
**sbetance@kccllc.com**
**daniel.fisher@lawdeb.com**
**patrick.healy@lawdeb.com**
**dcleary@mwe.com**
**jdejonker@mwe.com**
**mkhambati@mwe.com**
**pclark@mwe.com**
**conh@mctiguelaw.com**
**bmctigue@mctiguelaw.com**
**lszlezinger@mesirowfinancial.com**
**gbray@milbank.com**
**tkreller@milbank.com**
**jtill@milbank.com**
**jmoldovan@morrisoncohen.com**
**newyork@sec.gov**
**ServeAG@oag.state.ny.us**
**rsiegel@omm.com**
**tjerman@omm.com**
**garrick.sandra@pbgc.gov**
**efile@pbgc.gov**
**landy.ralph@pbgc.gov**
**sriemer@phillipsnizer.com**
**david.resnick@us.rothschild.com**

**rdremluk@seyfarth.com**
**dbartner@shearman.com**
**jfrizzley@shearman.com**
**kziman@stblaw.com**
**rtrust@stblaw.com**
**wrussell@stblaw.com**
**jbutler@skadden.com**
**jlyonsch@skadden.com**
**rmeisler@skadden.com**
**kmarafio@skadden.com**
**tmatz@skadden.com**
**ddoyle@spencerfane.com**
**nfranke@spencerfane.com**
**cp@stevenslee.com**
**cs@stevenslee.com**
**altogut@teamtogut.com**
**mwarner@warnerstevens.com**
**harvey.miller@weil.com**
**jeff.tanenbaum@weil.com**
**martin.bienenstock@weil.com**
**michael.kessler@weil.com**
**scimalore@wilmingtontrust.com**

600320980v1

FIRST CLASS MAIL SERVICE LIST

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green- Room 610
New York, NY  10004

Alicia M. Leonard
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI  48226
Attn: Insolvency Department

Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ  07960
Attn: MaryAnn Brereton

Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA  90066
Attn: James Le

600320980v1