LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　2.　　On June 26, 2007, I caused true and correct copies of the Seventh Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

NY\1298277.2

3. On June 27, 2007, I caused true and correct copies of the Seventh Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
27th day of June, 2007

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1298277.2

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Richard Duker<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Avenue, 40th Floor<br>New York, NY 10017 |
| Maritza Ramos<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Park Ave, 8th Floor<br>New York, NY 10017 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |

| | |
|---|---|
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

NY\1298277.2

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>      Bonnie Steingart<br>      Vivek Melwani<br>      Jennifer L. Rodburg<br>      Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |
| WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY 10022<br>Attn: Stephen Toy | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak<br>      General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker |

NY\1298277.2

Suite 1403  
Miami, FL  33130

Suite  2300  
Chicago, IL  60606

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | chill@bsk.com | emeyers@mrrlaw.net |
| abrilliant@goodwinproctor.com | ckm@greensfelder.com | enrique.bujidos@es.pwc.com |
| adalberto@canadas.com | jpb@greensfelder.com | ephillips@thurman-phillips.com |
| aee@hurwitzfine.com | cnorgaard@ropers.com | ewaters@sheppardmullin.com |
| aenglund@orrick.com | Cohen.Mitchell@arentfox.com | ferrell@taftlaw.com |
| agelman@sachnoff.com | craig.freeman@alston.com | ffm@bostonbusinesslaw.com |
| agottfried@morganlewis.com | crieders@gjb-law.com | fholden@orrick.com |
| akatz@entergy.com | cs@stevenslee.com | fstevens@foxrothschild.com |
| alan.mills@btlaw.com | cp@stevenslee.com | ftrikkers@rikkerslaw.com |
| aleinoff@amph.com | cschulman@sachnoff.com | fusco@millercanfield.com |
| amalone@colwinlaw.com | csullivan@bsk.com | fyates@sonnenschein.com |
| amathews@robinsonlaw.com | cweidler@paulweiss.com | gdiconza@dlawpc.com |
| amccollough@mcguirewoods.com | dadler@mccarter.com | george.cauthen@nelsonmullins.com |
| amcmullen@bccb.com | dallas.bankruptcy@publicans.com | gerdekomarek@bellsouth.net |
| amiller@intermet.com | david.aaronson@dbr.com | gettelman@e-hlaw.com |
| amoog@hhlaw.com | david.boyle@airgas.com | ggotto@kellerrohrback.com |
| andrew.herenstein@quadranglegroup.com | david.lemke@wallerlaw.com | ggreen@fagelhaber.com |
| andrew.kassner@dbr.com | dbaty@honigman.com | gjarvis@ggelaw.com |
| anne.kennelly@hp.com | dconnolly@alston.com | gkurtz@ny.whitecase.com |
| aordubegian@weineisen.com | dwender@alston.com | guzzi@whitecase.com |
| arosenberg@paulweiss.com | dcrapo@gibbonslaw.com | dbaumstein@ny.whitecase.com |
| jbrass@paulweiss.com | ddavis@paulweiss.com | gogimalik@andrewskurth.com |
| asherman@sillscummis.com | ddeutsch@chadbourne.com | gpeters@weltman.com |
| aswiech@akebono-usa.com | ddragich@foley.com | greenj@millercanfield.com |
| athau@cm-p.com | ddraper@terra-law.com | greg.bibbes@infineon.com |
| austin.bankruptcy@publicans.com | derrien@coollaw.com | gregory.kaden@ropesgray.com |
| axs@maddinhauser.com | dfreedman@ermanteicher.com | growsb@wnj.com |
| ayala.hassell@eds.com | dgheiman@jonesday.com | gsantella@masudafunai.com |
| bankruptcy@goodwin.com | diconzam@gtlaw.com | gschwed@loeb.com |
| barnold@whdlaw.com | djury@steelworkers-usw.org | gtoering@wnj.com |
| bbeckworth@nixlawfirm.com | dkarp@cm-p.com | hannah@blbglaw.com |
| bellis-monro@sgrlaw.com | dladdin@agg.com | hborin@schaferandweiner.com |
| Ben.Caughey@icemiller.com | dlowenthal@thelenreid.com | heather@inplaytechnologies.com |
| bharwood@sheehan.com | dludman@brownconnery.com | herb.reiner@guarantygroup.com |
| bkessinger@akebono-usa.com | dmdelphi@duanemorris.com | heyens@gtlaw.com |
| bmcdonough@teamtogut.com | dpm@curtinheefner.com | Hirsh.Robert@arentfox.com |
| bmehlsack@gkllaw.com | driggio@candklaw.com | hkolko@msek.com |
| bnathan@lowenstein.com | drosenzweig@fulbright.com | hleinwand@aol.com |
| bsmoore@pbnlaw.com | dweiner@schaferandweiner.com | holly@regencap.com |
| bspears@winstead.com | eabdelmasieh@nmmlaw.com | housnerp@michigan.gov |
| cahn@clm.com | EAKleinhaus@wlrk.com | houston_bankruptcy@publicans.com |
| cahope@chapter13macon.com | ecdolan@hhlaw.com | hwangr@michigan.gov |
| carol.weiner.levy@srz.com | echarlton@hiscockbarclay.com | hzamboni@underbergkessler.com |
| carol_sowa@denso-diam.com | efox@klng.com | ilevee@lowenstein.com |
| carren.shulman@hellerehrman.com | egc@lydenlaw.com | ira.herman@tklaw.com |
| caseyl@pepperlaw.com | egeekie@schiffhardin.com | jaffeh@pepperlaw.com |
| cbattaglia@halperinlaw.net | eglas@mccarter.com | james.bentley@srz.com |
| ahalperin@halperinlaw.net | egunn@mcguirewoods.com | jangelovich@nixlawfirm.com |
| jdyas@halperinlaw.net | ekutchin@kutchinrufo.com | japplebaum@clarkhill.com |
| cbelmonte@ssbb.com | elazarou@reedsmith.com | jay.hurst@oag.state.tx.us |
| cdruehl@goodwinproctor.com | elizabeth.flaagan@hro.com | jay.selanders@kutakrock.com |
| cfortgang@silverpointcapital.com | Elliott@cmplaw.com | jbernstein@mdmc-law.com |
| cgalloway@atsautomation.com | emarcks@ssd.com | jcrotty@rieckcrotty.com |
| charles@filardi-law.com | emccolm@paulweiss.com | Jeff.Ott@molex.com |

| | | |
|---|---|---|
| jeffery.gillispie@infineon.com | knye@quarles.com | mparker@fulbright.com |
| jeisenhofer@gelaw.com | krk4@daimlerchrysler.com | mrichards@blankrome.com |
| jengland@linear.com | krosen@lowenstein.com | mrichman@foley.com |
| jforstot@tpw.com | kwalsh@lordbissell.com | mrr@previant.com |
| jgtougas@mayerbrownrowe.com | lawallf@pepperlaw.com | mscott@riemerlaw.com |
| jguerrier@dreierllp.com | lawtoll@comcast.net | mseidl@pszyjw.com |
| jguy@orrick.com | lberkoff@moritthock.com | mshaiken@stinsonmoheck.com |
| jh@previant.com | lcurcio@tpw.com | msmcelwee@varnumlaw.com |
| mgr@previant.com | lekvall@wgllp.com | msomerstein@kelleydrye.com |
| jharris@quarles.com | lenard.parkins@haynesboone.com | msternstein@sheppardmullin.com |
| jhinshaw@boselaw.com | kenric.kattner@haynesboone.com | mtf@afrct.com |
| jhlemkin@duanemorris.com | lgretchko@howardandhoward.com | murph@berrymoorman.com |
| jkp@qad.com | lisa.moore2@nationalcity.com | mviscount@foxrothschild.com |
| jkreher@hodgsonruss.com | lloyd.sarakin@am.sony.com | mwarner@warnerstevens.com |
| jlanden@madisoncap.com | lmagarik@kjmlabor.com | mwinthrop@winthropcouchot.com |
| jlapinsky@republicengineered.com | lnewman@fagelhaber.com | myarnoff@sbclasslaw.com |
| jlevi@toddlevi.com | lpeterson@msek.com | mzelmanovitz@morganlewis.com |
| jmanheimer@pierceatwood.com | lpinto@wcsr.com | nhp4@cornell.edu |
| jmbaumann@steeltechnologies.com | lsarko@kellerrohrback.com | niizeki.tetsuhiro@furukawa.co.jp |
| jminias@stroock.com | claufenberg@kellerrohrback.com | pabutler@ssd.com |
| jml@ml-legal.com | eriley@kellerrohrback.com | patrick.bartels@quadranglegroup.com |
| lmc@ml-legal.com | lschwab@bbslaw.com | pbaisier@seyfarth.com |
| jmsullivan@mwe.com | ltower@sotablaw.com | pbarr@jaffelaw.com |
| jmurch@foley.com | lwalzer@angelogordon.com | pbilowz@goulstonstorrs.com |
| joel_gross@aporter.com | madison.cashman@stites.com | pbosswick@ssbb.com |
| john.brannon@tklaw.com | maofiling@cgsh.com | pcostello@bbslaw.com |
| john.gregg@btlaw.com | maofiling@cgsh.com | pgurfein@akingump.com |
| john.persiani@dinslaw.com | marc.hirschfield@ropesgray.com | pjanovsky@zeklaw.com |
| john.sieger@kattenlaw.com | margot.erlich@pillsburylaw.com | pjricotta@mintz.com |
| jonathan.greenberg@BASF.COM | mark.houle@pillsburylaw.com | pmears@btlaw.com |
| jposta@sternslaw.com | mark.owens@btlaw.com | Pretekin@coollaw.com |
| jspecf@sternslaw.com | marvin.clements@state.tn.us | prubin@herrick.com |
| jrhunter@hunterschank.com | massimiliano_cini@brembo.it | raterinkd@michigan.gov |
| jrobertson@calfee.com | mbane@kelleydrye.com | rbeacher@daypitney.com |
| JRS@Parmenterlaw.com | mblacker@andrewskurth.com | cchiu@daypitney.com |
| jsalmas@mccarthy.ca | mbusenkell@eckertseamans.com | rcharles@lrlaw.com |
| lsalzman@mccarthy.ca | mcheney@orrick.com | rcovino@lordbissell.com |
| jshickich@riddellwilliams.com | mcruse@wnj.com | rdaversa@mayerbrown.com |
| jsimon@foley.com | mdallago@morrisoncohen.com | rdremluk@seyfarth.com |
| jsmairo@pbnlaw.com | mdebbeler@graydon.com | resterkin@morganlewis.com |
| jstempel@kirkland.com | metkin@lowenstein.com | RGMason@wlrk.com |
| jtaylor@binghammchale.com | mfarquhar@winstead.com | rgordon@clarkhill.com |
| malerding@binghammchale.com | mgreger@allenmatkins.com | rgriffin@iuoe.org |
| wmosby@binghammchale.com | mhall@burr.com | rheilman@schaferandweiner.com |
| judith.elkin@haynesboone.com | mhamilton@amph.com | rhett.campbell@tklaw.com |
| jvitale@cwsny.com | miag@michigan.gov | richard.epling@pillsburylaw.com |
| bceccotti@cwsny.com | miag@michigan.gov | richard.kremen@dlapiper.com |
| jwilson@tylercooper.com | michael.cook@srz.com | rjclark@hancocklaw.com |
| jwisler@cblh.com | michael.mccrory@btlaw.com | rjones@bccb.com |
| jzackin@sillscummis.com | michaelz@orbotech.com | rjsidman@vssp.com |
| karen.dine@pillsburylaw.com | miller@taftlaw.com | rkidd@srcm-law.com |
| kcookson@keglerbrown.com | mkilgore@UP.com | rmcdowell@bodmanllp.com |
| kcunningham@pierceatwood.com | mkohayer@aol.com | rmeth@daypitney.com |
| ken.higman@hp.com | mlee@contrariancapital.com | rnorton@reedsmith.com |
| khansen@stroock.com | jstanton@contrariancapital.com | rnsteinwurtzel@swidlaw.com |
| khopkins@milesstockbridge.com | wraine@contrariancapital.com | robert.goodrich@stites.com |
| kim.robinson@bfkpn.com | solax@contrariancapital.com | robert.morris@timken.com |
| klaw@bbslaw.com | mmassad@hunton.com | robert.welhoelter@wallerlaw.com |
| kmayhew@pepehazard.com | mmeyers@gsmdlaw.com | robin.spear@pillsburylaw.com |
| kmiller@skfdelaware.com | mmharner@jonesday.com | rparks@mijb.com |
| Knathan@nathanneuman.com | mmoody@okmlaw.com | rpeterson@jenner.com |
| knorthup@kutchinrufo.com | mnewman@schaferandweiner.com | rrichards@sonnenschein.com |

| | | |
|---|---|---|
| rrosenbaum@mrrlaw.net | sgross@hodgsonruss.com | tkennedy@kjmlabor.com |
| rsmolev@kayescholer.com | shandler@sbclasslaw.com | tlauria@whitecase.com |
| rsz@curtinheefner.com | shapiro@steinbergshapiro.com | featon@miami.whitecase.com |
| rthibeaux@shergarner.com | sharon.petrosino@hp.com | tmaxson@cohenlaw.com |
| rthibeaux@shergarner.com | sholmes@hunton.com | tmcfadden@lordbissell.com |
| rtrack@msn.com | sjennik@kjmlabor.com | tom@beemanlawoffice.com |
| rurbanik@munsch.com | sjfriedman@jonesday.com | tomschank@hunterschank.com |
| jwielebinski@munsch.com | sjohnston@cov.com | tracy.richardson@dol.lps.state.nj.us |
| drukavina@munsch.com | skhoos@mintz.com | trenda@milesstockbridge.com |
| rusadi@cahill.com | skrause@zeklaw.com | tsable@honigman.com |
| rweisberg@carsonfischer.com | smcook@lambertleser.com | tscobb@vssp.com |
| rwyron@orrick.com | snirmul@gelaw.com | tslome@rsmllp.com |
| sabelman@cagewilliams.com | sokeefe@winthropcouchot.com | twardle@sheppardmullin.com |
| sagolden@hhlaw.com | sopincar@mcdonaldhopkins.com | vdagostino@lowenstein.com |
| sandy@nlsg.com | sosimmerman@kwgd.com | vmastromar@aol.com |
| sarah.morrison@doj.ca.gov | sriley@mcdonaldhopkins.com | wachstein@coollaw.com |
| sarbt@millerjohnson.com | srosen@cb-shea.com | wallace@blbglaw.com |
| wolfordr@millerjohnson.com | sselbst@mwe.com | wbeard@stites.com |
| scargill@lowenstein.com | sshimshak@paulweiss.com | wendy.brewer@btlaw.com |
| schnabel@klettrooney.com | steven.keyes@aam.com | whanlon@seyfarth.com |
| dbrown@klettrooney.com | susanwhatley@nixlawfirm.com | whawkins@loeb.com |
| schristianson@buchalter.com | swalsh@chglaw.com | william.barrett@bfkpn.com |
| sdabney@kslaw.com | tajamie@ajamie.com | wkohn@schiffhardin.com |
| bdimos@kslaw.com | tbrink@lordbissell.com | wmsimkulak@duanemorris.com |
| sdeeby@clarkhill.com | tch@previant.com | wsavino@damonmorey.com |
| sdonato@bsk.com | tcohen@sheppardmullin.com | wweintraub@pszyjw.com |
| sean@blbglaw.com | tdonovan@finkgold.com | |
| sfreeman@lrlaw.com | tgaa@bbslaw.com | |
| sgoldber@quarles.com | timothy.mehok@hellerehrman.com | |

**Exhibit B**

**Via First Class Mail**

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

NY\1298277.2