Internal Revenue Service                    Department of the Treasury


District                                    290 Broadway
Director                                    New York, NY  10007


June 25, 2007

United States Bankruptcy Court
Southern District of New York
Withdrawal of Administrative Claim

Debtor Name:  Delphi Automotive System Human Resources, LLC

Debtor Address:  5725 Delphi Drive
                 Troy, MI  48098

Ein# 38-3547664              Docket# 05-44639-RDD


**WITHDRAWAL OF CLAIM**


The United States of America, by the undersigned officer of the
Internal Revenue Service, a duly authorized agent in this behalf,
Hereby withdraws the Administrative Proof of Claim,   for these
Proceedings.

Remarks: Administrative Proof of Claim for Internal Revenue taxes, dated
06/06/2007.  The right to withdraw this claim is hereby granted.

See attached

DATED THIS DAY OF June 25, 2007
UNITED STATES OF AMERICA
BY:

CHIEF, INSOLVENCY GROUP 6