TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                  :
                                                               :    Jointly Administered
                                             Debtors.          :
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases, by and through their undersigned counsel, hereby withdraw their *Notice of Claims Objection Hearing With Respect To Debtors' Objection To Proof of Claim No. 10076 (Woco Industrietechnik GmbH)* [Docket No. 8397].

Dated:  New York, New York           DELPHI CORPORATION, *et al.*
        June 27, 2007                By their attorneys,
                                     TOGUT, SEGAL & SEGAL LLP
                                     By:
                                       /s/ Neil Berger
                                     NEIL BERGER (NB-3599)
                                     A Member of the Firm
                                     One Penn Plaza
                                     New York, New York 10119
                                     (212) 594-5000