| | |
|---|---|
| Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI  49503-2487<br>(616) 752-2185 phone<br>(616) 222-2185 fax<br>gtoering@wnj.com | Hearing date:  July 19, 2007 at 10:00 a.m. |

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

and

Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889
(973) 424-2010

Walter J. Greenhalgh (WJG-9614)
Joseph H. Lemkin (JL-2490)

Attorneys for Robert Bosch LLC


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
          In re                                         :      Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :      Case No. 05-44481 (RDD)
                                                        :
                                                        :      (Jointly Administered)
          Debtors.                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER RE: ROBERT BOSCH GmbH'S
MOTION TO AMEND PROOF OF CLAIM**

---

UPON the Motion of Robert Bosch GmbH to Amend Proof of Claim (the "Motion"); it is hereby

ORDERED, that the Motion is granted.

IT IS FURTHER ORDERED THAT Robert Bosch GmbH is allowed to amend the Robert Bosch Claim (as defined in the Motion) to add patent US-6,272,411 to the list of patents allegedly infringed by Debtors.

IT IS FURTHER ORDERED THAT Robert Bosch GmbH is allowed to amend its claim to designate Robert Bosch LLC as the holder of the Bosch US Patents (as set forth in the Motion).

IT IS FURTHER ORDERED THAT when Robert Bosch GmbH files its amendment in accordance with the provisions above, the amendment will be considered timely and it will relate back to the previously filed Robert Bosch GmbH claim.

Dated: _____, 2007
      New York, New York

                                       UNITED STATES BANKRUPTCY JUDGE

1420677