SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :
                                  :
    In re                         :        Chapter 11
                                  :
DELPHI CORPORATION, et al.,    :        Case No. 05–44481 (RDD)
                                  :
                   Debtors.    :        (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

               JOINT STIPULATION AND AGREED ORDER COMPROMISING
                  AND ALLOWING PROOF OF CLAIM NUMBER 9685
                        (PLASTIC MOLDINGS COMPANY LLC)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Plastic Moldings Company LLC ("PMC") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9685 (Plastic Moldings Company LLC) and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS PMC filed proof of claim number 9685 against Delphi on July 17, 2006, which asserts a secured claim in the amount of $139,824.40 (the "Claim") stemming from goods delivered prior to the Petition Date.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject to Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection"), which was filed on April 27, 2007.

WHEREAS on June 4, 2007, PMC filed the Response Of Plastic Molding Company LLC To Debtors' Thirteenth Omnibus Objection To Certain Claims (Docket No. 8173) (the "Response").

WHEREAS on June 15, 2007, to resolve the Thirteenth Omnibus Claims Objection with respect to the Claim, Delphi Automotive Systems LLC ("DAS LLC") and PMC entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $139,824.40.

WHEREAS DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors and PMC stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $139,824.40 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. PMC's Response to the Thirteenth Omnibus Claims Objection is deemed withdrawn with prejudice.

So Ordered in New York, New York, this 26th day of June, 2007

    /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons  /s/ Dale Turner
John Wm. Butler, Jr.  Dale Turner
John K. Lyons  PLASTIC MOLDINGS COMPANY LLC
Ron E. Meisler  2181 Grand Avenue
SKADDEN, ARPS, SLATE, MEAGHER  Cincinnati, Ohio  45214
  & FLOM LLP  (513) 557-5211
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

              - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession