SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
ALLOWING PROOF OF CLAIM NUMBER 8856
<u>(RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR FAULKNER IND. MAINTENANCE)</u>

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Riverside Claims LLC As Assignee For Faulkner Ind. Maintenance ("Riverside") respectfully submit this Joint Stipulation And Agreed Order Allowing Proof Of Claim Number 8856 (Riverside Claims LLC As Assignee For Faulkner Ind. Maintenance) and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Riverside filed proof of claim number 8856 against Delphi Automotive Systems ("DAS LLC") on July 3, 2006, which asserts an unsecured non-priority claim in the amount of $1,365.00 (the "Claim") stemming from the sale of goods to DAS LLC.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection"), which was filed on February 15, 2007.

WHEREAS on March 13, 2007, Riverside filed its Response To Debtors' Ninth Omnibus Claims Objection (Docket No. 7319) (the "Response").

WHEREAS DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $1,365.00.

WHEREAS DAS LLC is authorized to settle the Ninth Omnibus Claims Objection as to the Claim either because the Claim involve ordinary course controversies or

pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

THEREFORE, the Debtors and Riverside stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $1,365.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. Riverside shall withdraw its Response to the Ninth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>26th</u> day of June, 2007

                                                                        /s/Robert D. Drain
                                                             UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Robyn J. Spalter |
| John Wm. Butler, Jr. | Robyn J. Spalter, General Counsel |
| John K. Lyons | ReGen Capital/Riverside Claims, LLC |
| Ron E. Meisler | 2109 Broadway, Suite 206 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | New York, NY 10023 |
| | 212-501-0990 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorneys for Riverside Claims LLC As Assignee |
| (312) 407-0700 | For Faulkner Ind. Maintenance |

          - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession