SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
                                              :
       In re                                 :         Chapter 11
                                              :
DELPHI CORPORATION, et al.,       :         Case No. 05–44481 (RDD)
                                              :
                     Debtors.      :         (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 14675
<u>(SIERRA LIQUIDITY FUND, LLC AS ASSIGNEE OF BALES COMPANY)</u>

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Sierra Liquidity Fund, LLC, as assignee of Bales Company ("Sierra"), respectfully submit this Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 14675 (Sierra Liquidity Fund, LLC As Assignee Of Bales Company) and agree and state as follows:

WHEREAS on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Sierra filed proof of claim number 14675 against Delphi Automotive Systems LLC ("DAS LLC") on July 31, 2006, which asserts an unsecured non-priority claim in the amount of $3,160.00 (the "Claim") stemming from goods allegedly delivered prior to the Petition Date.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585) (the "Seventh Omnibus Claims Objection"), which was filed on January 12, 2007.

WHEREAS on February 8, 2007, Sierra filed its Response To Seventh Omnibus Objection To Claims By Delphi Corporation, Et Al.; Sierra Liquidity, LLC (Assignee); Bales Company (Assignor); Claim No. 14675 (Docket No. 6908) (the "Response").

WHEREAS the Debtors and Sierra agree that the Claim is not a prepetition liability owing by DAS LLC.

2

THEREFORE, the Debtors and Sierra stipulate and agree as follows:

1. The Claim shall be disallowed and expunged in its entirety.

2. Sierra shall withdraw its Response to the Seventh Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 26th day of June, 2007

    /s/Robert D. Drain    
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Jim Riley |
|---|---|
| John Wm. Butler, Jr. | Jim Riley |
| John K. Lyons | Scott August |
| Ron E. Meisler | SIERRA LIQUIDITY FUND, LLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 2699 White Road, Suite 255 |
| | Irvine, CA 92614 |
| 333 West Wacker Drive, Suite 2100 | (949) 660-1144, ext. 17 |
| Chicago, Illinois 60606-1285 | |
| (312) 407-0700 | Sierra Liquidity Fund, LLC, as assignee of Bales Company |

- and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

3