UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                               :    (Jointly Administered)
        Debtors.               :
------------------------------ x

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10250
(ANDREA MELENBRINK)

Andrea Melenbrink, through the undersigned counsel, hereby withdraws her claim identified as Proof of Claim No. 10250 with prejudice.

Dated: ~~May~~ June 29, 2007
New York, New York

Respectfully submitted,

By: _____
Susan M. Cook
Lambert, Lesser, Isackson, Cook & Guinta, PC
916 Washington Avenue, Suite 309
Bay City, Michigan 48708
(989) 893-3518

Attorney for Andrea Melenbrink