Hearing Date and Time: June 26, 2007 at 10:00 a.m.
Objection Deadline: June 19, 2007 at 4:00 p.m.

**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Tel: (212) 218-5500
Robert W. Dremluk (RD 3109)

*Attorneys for Fujikura America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                           )       Chapter 11
                                                 )
DELPHI CORPORATION, et al.                       )       Case No. 05-44481 (RDD)
                                                 )
                                                 )       (Jointly Administered)
         Debtors.                                )
-------------------------------------------------------X

## AMENDED CERTIFICATE OF SERVICE

I, Robert W. Dremluk, hereby certify that pursuant to the Claims Objection Procedure Order and General Order M-242 (as amended), FUJIKURA AMERICA, INC.'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION was electronically filed on June 19, 2007 using the Court's CM/ECF filing system, and that a true and correct copy of the same was served (a) on June 19, 2007 by hand delivery to Judge Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, NY 10004; (b) on June 19, 2007 by email to Counsel for Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons and Joseph N. Warton); and (c) on June 20, 2007 by overnight mail to Delphi

NY1 26472082.2

Corp., 5725 Delphi Drive, Troy, MI 48098 (Attn: General Counsel).

/s/ Robert W. Dremluk

Robert W. Dremluk

Dated: June 27, 2007.