In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1509<br>Date Filed: 01/10/06<br>Docketed Total: $325,806.69<br>Filing Creditor Name and Address<br>  BOARD OF COUNTY COMMISSIONERS<br>  OF JOHNSON COUNTY KANSAS<br>  JOHNSON COUNTY LEGAL DEPT<br>  JOHNSON COUNTY ADMIN BLDG<br>  111 S CHERRY ST STE 3200<br>  OLATHE KS 66061-3441 | Claim Holder Name and Address   Docketed Total   $325,806.69<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $325,806.69<br>                            $325,806.69 | Modified Total   $282,870.92<br><br><br><br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $282,870.92<br>                            $282,870.92 |
| Claim: 1332<br>Date Filed: 12/27/05<br>Docketed Total: $1,672.13<br>Filing Creditor Name and Address<br>  CAMPBELL COUNTY TREASURERS<br>  OFFICE<br>  PO BOX 37<br>  RUSTBURG VA 24588 | Claim Holder Name and Address   Docketed Total   $1,672.13<br>CAMPBELL COUNTY TREASURERS OFFICE<br>PO BOX 37<br>RUSTBURG VA 24588<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44481                   $1,672.13<br>                            $1,672.13 | Modified Total   $1,282.73<br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $1,282.73<br>                            $1,282.73 |
| Claim: 325<br>Date Filed: 11/04/05<br>Docketed Total: $551.00<br>Filing Creditor Name and Address<br>  CAROLYN P BOWERS MONTGOMERY<br>  COUNTY TRUSTEE<br>  PO BOX 1005<br>  CLARKSVILLE TN 37041 | Claim Holder Name and Address   Docketed Total   $551.00<br>CAROLYN P BOWERS MONTGOMERY COUNTY<br>TRUSTEE<br>PO BOX 1005<br>CLARKSVILLE TN 37041<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44481                   $551.00<br>                            $551.00 | Modified Total   $422.68<br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $422.68<br>                            $422.68 |
| Claim: 9558<br>Date Filed: 07/17/06<br>Docketed Total: $7,331.57<br>Filing Creditor Name and Address<br>  CHARTER TOWNSHIP OF BRIGHTON<br>  HARRIS & LITERSKI<br>  822 E GRAND RIVER<br>  BRIGHTON MI 48116 | Claim Holder Name and Address   Docketed Total   $7,331.57<br>CHARTER TOWNSHIP OF BRIGHTON<br>HARRIS & LITERSKI<br>822 E GRAND RIVER<br>BRIGHTON MI 48116<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $7,331.57<br>                            $7,331.57 | Modified Total   $7,049.59<br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44640                   $7,049.59<br>                            $7,049.59 |

*See Exhibit G for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8763<br>Date Filed:06/29/06<br>Docketed Total:   $1,410.24<br>Filing Creditor Name and Address<br> CHESTERFIELD CO SC<br> CHESTERFIELD CO TAX TREASURER<br> PO BOX 750<br> CHESTERFIELD SC 29709 | Claim Holder Name and Address   Docketed Total        $1,410.24<br>CHESTERFIELD CO SC<br>CHESTERFIELD CO TAX TREASURER<br>PO BOX 750<br>CHESTERFIELD SC 29709<br><br>Case Number*       Secured          Priority           Unsecured<br>05-44481     _____    $1,410.24  _____<br>                                    $1,410.24 | Modified Total          $932.72<br><br><br><br><br>Case Number*     Secured          Priority          Unsecured<br>05-44640     _____    $932.72  _____<br>                                   $932.72 |
| Claim: 7239<br>Date Filed:05/31/06<br>Docketed Total:    $73.22<br>Filing Creditor Name and Address<br> CHRIS HUGHES  OKALOOSA COUNTY<br> TAX COLLECTOR<br> OKALOOSA COUNTY TAX COLLECTOR<br> 151-C EGLIN PARKWAY NE<br> FT WALTON BEACH FL 32548 | Claim Holder Name and Address   Docketed Total          $73.22<br>CHRIS HUGHES   OKALOOSA COUNTY TAX<br>COLLECTOR<br>OKALOOSA COUNTY TAX COLLECTOR<br>151-C EGLIN PARKWAY NE<br>FT WALTON BEACH FL 32548<br><br>Case Number*       Secured          Priority           Unsecured<br>05-44481        $73.22   _____   _____<br>                $73.22 | Modified Total           $65.65<br><br><br><br><br>Case Number*     Secured          Priority          Unsecured<br>05-44640     _____  _____    $65.65<br>                                                    $65.65 |
| Claim: 109<br>Date Filed:10/25/05<br>Docketed Total:     $4.00<br>Filing Creditor Name and Address<br> CITY OF FRANKLIN<br> TAX COLLECTOR<br> PO BOX 705<br> FRANKLIN TN 37065 | Claim Holder Name and Address   Docketed Total            $4.00<br>CITY OF FRANKLIN<br>TAX COLLECTOR<br>PO BOX 705<br>FRANKLIN TN 37065<br><br>Case Number*       Secured          Priority           Unsecured<br>05-44481         $4.00  _____   _____<br>                 $4.00 | Modified Total            $3.07<br><br><br><br><br>Case Number*     Secured          Priority          Unsecured<br>05-44640     _____    $3.07  _____<br>                                   $3.07 |
| Claim: 7561<br>Date Filed:06/06/06<br>Docketed Total:    $16.91<br>Filing Creditor Name and Address<br> CITY OF GORDONSVILLE TENNESSEE<br> JAMIE D WINKLER ESQ<br> BELLAR & WINKLER<br> 212 MAIN ST N<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address   Docketed Total          $16.91<br>CITY OF GORDONSVILLE TENNESSEE<br>JAMIE D WINKLER ESQ<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*       Secured          Priority           Unsecured<br>05-44481     _____     $16.91  _____<br>                                    $16.91 | Modified Total           $12.97<br><br><br><br><br><br>Case Number*     Secured          Priority          Unsecured<br>05-44640     _____    $12.97  _____<br>                                   $12.97 |

*See Exhibit G for a listing of debtor entities by case number                Page:   2 of 17

In re: Delphi Corporation, et al.                                                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6653<br>Date Filed: 05/23/06<br>Docketed Total:  $1,370.50<br>Filing Creditor Name and Address<br> CITY OF LAREDO<br> C O LAURA L GOMEZ<br> 212 FLORES AVE<br> LAREDO TX 78040 | Claim Holder Name and Address   Docketed Total    $1,370.50<br>CITY OF LAREDO<br>C O LAURA L GOMEZ<br>212 FLORES AVE<br>LAREDO TX 78040<br><br>Case Number*    Secured       Priority          Unsecured<br>05-44481                     $1,370.50<br>                                 $1,370.50 | Modified Total       $513.63<br><br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                       $513.63<br>                                  $513.63 |
| Claim: 10138<br>Date Filed: 07/21/06<br>Docketed Total:  $532.04<br>Filing Creditor Name and Address<br> CITY OF LYNCHBURG VA<br> CITY OF LYNCHBURG<br> PO BOX 9000<br> LYNCHBURG VA 24505 | Claim Holder Name and Address   Docketed Total    $532.04<br>CITY OF LYNCHBURG VA<br>CITY OF LYNCHBURG<br>PO BOX 9000<br>LYNCHBURG VA 24505<br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                       $532.04<br>                                   $532.04 | Modified Total       $277.20<br><br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                       $277.20<br>                                  $277.20 |
| Claim: 3213<br>Date Filed: 04/28/06<br>Docketed Total:  $34,386.70<br>Filing Creditor Name and Address<br> CITY OF N KANSAS MO<br> CITY HALL / CITY COLLECTOR<br> PO BOX 7468<br> 2010 HOWELL ST<br> N KANSAS CITY MO 64116 | Claim Holder Name and Address   Docketed Total    $34,386.70<br>CITY OF N KANSAS MO<br>CITY HALL / CITY COLLECTOR<br>PO BOX 7468<br>2010 HOWELL ST<br>N KANSAS CITY MO 64116<br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                       $34,386.70<br>                                  $34,386.70 | Modified Total       $26,378.84<br><br><br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                       $26,378.84<br>                                  $26,378.84 |
| Claim: 425<br>Date Filed: 11/07/05<br>Docketed Total:  $71.00<br>Filing Creditor Name and Address<br> CITY OF PULASKI<br> PO BOX 633<br> PULASKI TN 38478 | Claim Holder Name and Address   Docketed Total    $71.00<br>CITY OF PULASKI<br>PO BOX 633<br>PULASKI TN 38478<br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                                            $71.00<br>                                                      $71.00 | Modified Total       $54.47<br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                                           $54.47<br>                                                     $54.47 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6741<br>Date Filed:05/12/06<br>Docketed Total: $2,132.39<br>Filing Creditor Name and Address<br>  CITY OF TORRINGTON CT<br>  CITY OF TORRINGTON TAX<br>  COLLECTOR<br>  PO BOX 839<br>  TORRINGTON CT 06790 | Claim Holder Name and Address<br>CITY OF TORRINGTON CT<br>CITY OF TORRINGTON TAX<br>COLLECTOR<br>PO BOX 839<br>TORRINGTON CT 06790 | Docketed Total | | $2,132.39 | | | Modified Total | $1,983.62 |
| | Case Number*<br>05-44640 | Secured<br>$2,132.39<br>$2,132.39 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,983.62<br>$1,983.62 |
| Claim: 5858<br>Date Filed:05/15/06<br>Docketed Total: $172.94<br>Filing Creditor Name and Address<br>  CLARK COUNTY TREASURER<br>  31 N LIMESTONE ST<br>  SPRINGFIELD OH 45502 | Claim Holder Name and Address<br>CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>SPRINGFIELD OH 45502 | Docketed Total | | $172.94 | | | Modified Total | $132.67 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$172.94<br>$172.94 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$132.67<br>$132.67 | Unsecured |
| Claim: 5859<br>Date Filed:05/15/06<br>Docketed Total: $134.10<br>Filing Creditor Name and Address<br>  CLARK COUNTY TREASURER<br>  31 N LIMESTONE ST<br>  PO BOX 1305<br>  SPRINGFIELD OH 45502 | Claim Holder Name and Address<br>CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>PO BOX 1305<br>SPRINGFIELD OH 45502 | Docketed Total | | $134.10 | | | Modified Total | $102.87 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$134.10<br>$134.10 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$102.87<br>$102.87 | Unsecured |
| Claim: 6869<br>Date Filed:05/25/06<br>Docketed Total: $351.00<br>Filing Creditor Name and Address<br>  CLINTON CITY RECORDER<br>  100 BOWLING ST CITY HALL<br>  CLINTON TN 37716 | Claim Holder Name and Address<br>CLINTON CITY RECORDER<br>100 BOWLING ST CITY HALL<br>CLINTON TN 37716 | Docketed Total | | $351.00 | | | Modified Total | $331.40 |
| | Case Number*<br>05-44481 | Secured<br>$351.00<br>$351.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$331.40<br>$331.40 |

*See Exhibit G for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2949<br>Date Filed: 04/27/06<br>Docketed Total: $2,540.94<br>Filing Creditor Name and Address<br>  CLINTON COUNTY IN<br>  CLINTON COUNTY TREASURER<br>  220 COURTHOUSE SQ<br>  FRANKFORT IN 46041 | Claim Holder Name and Address    Docketed Total    $2,540.94<br>CLINTON COUNTY IN<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT IN 46041<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $2,540.94<br>                                                                    $2,540.94 | Modified Total    $2,245.08<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $2,245.08<br>                                                                    $2,245.08 |
| Claim: 3392<br>Date Filed: 04/28/06<br>Docketed Total: $25,358.82<br>Filing Creditor Name and Address<br>  COPIAH COUNTY<br>  TAX COLLECTOR<br>  PO BOX 705<br>  HAZLEHURST MS 39083 | Claim Holder Name and Address    Docketed Total    $25,358.82<br>COPIAH COUNTY<br>TAX COLLECTOR<br>PO BOX 705<br>HAZLEHURST MS 39083<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                           $25,358.82<br>                                          $25,358.82 | Modified Total    $24,620.21<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $24,620.21<br>                                          $24,620.21 |
| Claim: 4312<br>Date Filed: 05/01/06<br>Docketed Total: $529.30<br>Filing Creditor Name and Address<br>  DAVIESS CO KY<br>  DAVIESS COUNTY ATTORNEY<br>  212 ST ANN ST<br>  OWENSBORO KY 42303 | Claim Holder Name and Address    Docketed Total    $529.30<br>DAVIESS CO KY<br>DAVIESS COUNTY ATTORNEY<br>212 ST ANN ST<br>OWENSBORO KY 42303<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $529.30<br>                                          $529.30 | Modified Total    $272.93<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $272.93<br>                                          $272.93 |
| Claim: 6361<br>Date Filed: 05/19/06<br>Docketed Total: $128.48<br>Filing Creditor Name and Address<br>  DEARBORN COUNTYIN<br>  DEARBORN COUNTY TREASURER<br>  215B W HIGH ST<br>  NEW ADMINSTRATION BLGD<br>  LAWRENCEBURG IN 47025 | Claim Holder Name and Address    Docketed Total    $128.48<br>DEARBORN COUNTYIN<br>DEARBORN COUNTY TREASURER<br>215B W HIGH ST<br>NEW ADMINSTRATION BLGD<br>LAWRENCEBURG IN 47025<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $128.48<br>                                          $128.48 | Modified Total    $66.90<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $66.90<br>                                                                    $66.90 |

In re: Delphi Corporation, et al.                                                                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10038<br>Date Filed:07/20/06<br>Docketed Total:    $392.83<br>Filing Creditor Name and Address<br>  DELAWARE COUNTY IN<br>  DELAWARE COUNTY TREASURER<br>  100 W MAIN ST<br>  ROOM 102<br>  MUNCIE IN 47305 | Claim Holder Name and Address   Docketed Total      $392.83<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305<br><br>Case Number*     Secured       Priority            Unsecured<br>05-44481                         $392.83<br>                                 $392.83 | Modified Total      $392.83<br><br><br><br><br><br>Case Number*     Secured       Priority            Unsecured<br>05-44640                         $392.83<br>                                 $392.83 |
| Claim: 10039<br>Date Filed:07/20/06<br>Docketed Total:    $64.31<br>Filing Creditor Name and Address<br>  DELAWARE COUNTY IN<br>  DELAWARE COUNTY TREASURER<br>  100 W MAIN ST<br>  ROOM 102<br>  MUNCIE IN 47305 | Claim Holder Name and Address   Docketed Total       $64.31<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305<br><br>Case Number*     Secured       Priority            Unsecured<br>05-44481                          $64.31<br>                                  $64.31 | Modified Total       $64.31<br><br><br><br><br><br>Case Number*     Secured       Priority            Unsecured<br>05-44640                          $64.31<br>                                  $64.31 |
| Claim: 10037<br>Date Filed:07/20/06<br>Docketed Total:    $148.02<br>Filing Creditor Name and Address<br>  DELAWARE COUNTY TREASURER<br>  ROOM 102 COUNTY BLDG<br>  100 W MAIN ST<br>  MUNICE IN 47305 | Claim Holder Name and Address   Docketed Total      $148.02<br>DELAWARE COUNTY TREASURER<br>ROOM 102 COUNTY BLDG<br>100 W MAIN ST<br>MUNICE IN 47305<br><br>Case Number*     Secured       Priority            Unsecured<br>05-44481                         $148.02<br>                                 $148.02 | Modified Total      $148.02<br><br><br><br><br><br>Case Number*     Secured       Priority            Unsecured<br>05-44640                         $148.02<br>                                 $148.02 |
| Claim: 3389<br>Date Filed:04/28/06<br>Docketed Total:    $43.44<br>Filing Creditor Name and Address<br>  EDGEFIELD CO SC<br>  EDGEFIELD CO TREASURER<br>  PO BOX 22<br>  EDGEFIELD SC 29824 | Claim Holder Name and Address   Docketed Total       $43.44<br>EDGEFIELD CO SC<br>EDGEFIELD CO TREASURER<br>PO BOX 22<br>EDGEFIELD SC 29824<br><br>Case Number*     Secured       Priority            Unsecured<br>05-44481                                              $43.44<br>                                                     $43.44 | Modified Total       $28.97<br><br><br><br><br><br>Case Number*     Secured       Priority            Unsecured<br>05-44640                                              $28.97<br>                                                     $28.97 |

*See Exhibit G for a listing of debtor entities by case number                                          Page:    6 of 17

In re: Delphi Corporation, et al.   Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1545<br>Date Filed: 01/17/06<br>Docketed Total: $18.86<br>Filing Creditor Name and Address<br>FORREST BUTCH FREEMAN OKLAHOMA<br>COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY OK 73102 | Claim Holder Name and Address    Docketed Total    $18.86<br>FORREST BUTCH FREEMAN OKLAHOMA<br>COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY OK 73102<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481          $18.86<br>                  $18.86 | Modified Total    $18.86<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $18.86<br>                                    $18.86 |
| Claim: 4415<br>Date Filed: 05/02/06<br>Docketed Total: $21.33<br>Filing Creditor Name and Address<br>GLEYN TWILLA<br>CITY TAX COLLECTOR<br>425 W COURT ST<br>DYERSBURG TN 38024 | Claim Holder Name and Address    Docketed Total    $21.33<br>GLEYN TWILLA<br>CITY TAX COLLECTOR<br>425 W COURT ST<br>DYERSBURG TN 38024<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                $21.33<br>                        $21.33 | Modified Total    $19.95<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                $19.95<br>                        $19.95 |
| Claim: 893<br>Date Filed: 11/28/05<br>Docketed Total: $948.13<br>Filing Creditor Name and Address<br>GRAYSON COUNTY<br>F R YOUNG JR TREASURER<br>PO BOX 127<br>INDEPENDENCE VA 24348 | Claim Holder Name and Address    Docketed Total    $948.13<br>GRAYSON COUNTY<br>F R YOUNG JR TREASURER<br>PO BOX 127<br>INDEPENDENCE VA 24348<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                $948.13<br>                        $948.13 | Modified Total    $948.13<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $948.13<br>                                    $948.13 |
| Claim: 4865<br>Date Filed: 05/05/06<br>Docketed Total: $2,398.16<br>Filing Creditor Name and Address<br>GREENWOOD CO SC<br>GREENWOOD CO TAX TREASURER<br>528 MONUMENT ST<br>R 101<br>GREENWOOD SC 29646 | Claim Holder Name and Address    Docketed Total    $2,398.16<br>GREENWOOD CO SC<br>GREENWOOD CO TAX TREASURER<br>528 MONUMENT ST<br>R 101<br>GREENWOOD SC 29646<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $2,398.16<br>                $2,398.16 | Modified Total    $1,599.73<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $1,599.73<br>                                    $1,599.73 |

In re: Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2232<br>Date Filed: 03/09/06<br>Docketed Total: $11,927.66<br>Filing Creditor Name and Address<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362 | Claim Holder Name and Address<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | $11,927.66<br><br><br><br>Priority<br>$11,927.66<br>$11,927.66 | Unsecured | Case Number*<br>05-44640 | Secured | Modified Total<br><br><br>Priority<br>$2,396.24<br>$2,396.24 | $2,396.24<br><br><br>Unsecured |
| Claim: 5756<br>Date Filed: 05/12/06<br>Docketed Total: $669.29<br>Filing Creditor Name and Address<br>JACKSON COUNTY<br>MANAGER OF FINANCE<br>COLLECTION DEPARTMENT<br>415 E 12TH ST<br>KANSAS CITY MO 64106-8401 | Claim Holder Name and Address<br>JACKSON COUNTY<br>MANAGER OF FINANCE<br>COLLECTION DEPARTMENT<br>415 E 12TH ST<br>KANSAS CITY MO 64106-8401<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | $669.29<br><br><br><br><br>Priority<br>$669.29<br>$669.29 | Unsecured | Case Number*<br>05-44640 | Secured | Modified Total<br><br><br>Priority<br>$669.29<br>$669.29 | $669.29<br><br><br>Unsecured |
| Claim: 7901<br>Date Filed: 06/13/06<br>Docketed Total: $2,696.25<br>Filing Creditor Name and Address<br>JOHNSON COUNTY TREASURER<br>COURTHOUSE ANNEX<br>86 W COURT ST<br>FRANKLIN IN 46131 | Claim Holder Name and Address<br>JOHNSON COUNTY TREASURER COURTHOUSE<br>ANNEX<br>86 W COURT ST<br>FRANKLIN IN 46131<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | $2,696.25<br><br><br><br>Priority<br>$2,696.25<br>$2,696.25 | Unsecured | Case Number*<br>05-44640 | Secured | Modified Total<br><br><br>Priority<br>$2,451.14<br>$2,451.14 | $2,451.14<br><br><br>Unsecured |
| Claim: 6565<br>Date Filed: 05/22/06<br>Docketed Total: $19.09<br>Filing Creditor Name and Address<br>JONES CO MS<br>JONES CO TAX COLLECTOR<br>PO BOX 511<br>LAUREL MS 39441 | Claim Holder Name and Address<br>JONES CO MS<br>JONES CO TAX COLLECTOR<br>PO BOX 511<br>LAUREL MS 39441<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | $19.09<br><br><br><br>Priority<br>$19.09<br>$19.09 | Unsecured | Case Number*<br>05-44640 | Secured | Modified Total<br><br><br>Priority<br>$19.09<br>$19.09 | $19.09<br><br><br>Unsecured |

In re: Delphi Corporation, et al.  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1328<br>Date Filed: 12/27/05<br>Docketed Total: $269,106.72<br>Filing Creditor Name and Address<br>  JUDY PITTS REVENUE<br>  COMMISSIONER ETOWAH COUNTY<br>  ALABAMA<br>  ETOWAH COUNTY COURTHOUSE<br>  800 FORREST AVE RM 5<br>  GADSDEN AL 35901 | Claim Holder Name and Address  Docketed Total  $269,106.72<br>JUDY PITTS REVENUE COMMISSIONER<br>ETOWAH COUNTY ALABAMA<br>ETOWAH COUNTY COURTHOUSE<br>800 FORREST AVE RM 5<br>GADSDEN AL 35901 | | | | | | Modified Total | $269,106.72 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$269,106.72<br>$269,106.72 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$269,106.72<br>$269,106.72 | Unsecured |
| Claim: 3331<br>Date Filed: 04/28/06<br>Docketed Total: $107.52<br>Filing Creditor Name and Address<br>  KING COUNTY TAX COLLECTOR ROOM<br>  600<br>  500 4TH AVE<br>  SEATTLE WA 98104-2340 | Claim Holder Name and Address  Docketed Total  $107.52<br>KING COUNTY TAX COLLECTOR ROOM 600<br>500 4TH AVE<br>SEATTLE WA 98104-2340 | | | | | | Modified Total | $107.52 |
| | Case Number*<br>05-44481 | Secured<br>$107.52<br>$107.52 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107.52<br>$107.52 |
| Claim: 3900<br>Date Filed: 05/01/06<br>Docketed Total: $279,385.42<br>Filing Creditor Name and Address<br>  LIMESTONE COUNTY REVENUE<br>  COMMISSIONER<br>  100 S CLINTON ST STE A<br>  ATHENS AL 35611 | Claim Holder Name and Address  Docketed Total  $279,385.42<br>LIMESTONE COUNTY REVENUE COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS AL 35611 | | | | | | Modified Total | $139,692.54 |
| | Case Number*<br>05-44481 | Secured<br>$279,385.42<br>$279,385.42 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$139,692.54<br>$139,692.54 |
| Claim: 4301<br>Date Filed: 05/01/06<br>Docketed Total: $74,750.40<br>Filing Creditor Name and Address<br>  LINCOLN CO MS<br>  LINCOLN COUNTY TAX COLLECTOR<br>  301 SOUTH 1ST ST<br>  ROOM 109<br>  BROOKHAVEN MS 39601 | Claim Holder Name and Address  Docketed Total  $74,750.40<br>LINCOLN CO MS<br>LINCOLN COUNTY TAX COLLECTOR<br>301 SOUTH 1ST ST<br>ROOM 109<br>BROOKHAVEN MS 39601 | | | | | | Modified Total | $74,750.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$74,750.40<br>$74,750.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,750.40<br>$74,750.40 |

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5562<br>Date Filed:05/01/06<br>Docketed Total:  $26,390.76<br>Filing Creditor Name and Address<br> LINCOLN COUNTY TAX<br> 301 SOUTH 1ST ROOM 109<br> BROOKHAVEN MS 39601 | Claim Holder Name and Address    Docketed Total    $26,390.76<br>LINCOLN COUNTY TAX<br>301 SOUTH 1ST ROOM 109<br>BROOKHAVEN MS 39601<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44481                        $26,390.76<br>                                $26,390.76 | Modified Total    $26,390.76<br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                      $26,390.76<br>                              $26,390.76 |
| Claim: 1331<br>Date Filed:12/27/05<br>Docketed Total:  $385.25<br>Filing Creditor Name and Address<br> LOUISVILLE JEFFERSON COUNTY<br> METRO GOVERNMENT<br> JEFFERSON COUNTY ATTORNEY'S<br> OFFICE<br> FISCAL COURT BUILDING<br> 531 COURT PLACE STE 1001<br> LOUISVILLE KY 40202 | Claim Holder Name and Address    Docketed Total    $385.25<br>LOUISVILLE JEFFERSON COUNTY METRO<br>GOVERNMENT<br>JEFFERSON COUNTY ATTORNEY'S<br>OFFICE<br>FISCAL COURT BUILDING<br>531 COURT PLACE STE 1001<br>LOUISVILLE KY 40202<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44640          $385.25<br>                  $385.25 | Modified Total    $207.53<br><br><br><br><br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                                        $207.53<br>                                                $207.53 |
| Claim: 16571<br>Date Filed:03/12/07<br>Docketed Total:  $1,064,727.48<br>Filing Creditor Name and Address<br> MADISON COUNTY INDIANA<br> TREASURER<br> C O THOMAS M BEEMAN ATTORNEY<br> AT LAW<br> 33 W 10TH ST STE 200<br> ANDERSON IN 46016 | Claim Holder Name and Address    Docketed Total    $1,064,727.48<br>MADISON COUNTY INDIANA TREASURER<br>C O THOMAS M BEEMAN ATTORNEY<br>AT LAW<br>33 W 10TH ST STE 200<br>ANDERSON IN 46016<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44481                        $1,064,727.48<br>                                $1,064,727.48 | Modified Total    $1,064,727.48<br><br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                      $1,064,727.48<br>                              $1,064,727.48 |
| Claim: 1776<br>Date Filed:02/06/06<br>Docketed Total:  $25,633.36<br>Filing Creditor Name and Address<br> MARION CO TREASURER<br> PO BOX 275<br> MARION SC 29571 | Claim Holder Name and Address    Docketed Total    $25,633.36<br>MARION CO TREASURER<br>PO BOX 275<br>MARION SC 29571<br><br>Case Number*      Secured        Priority          Unsecured<br>05-44640                        $25,633.36<br>                                $25,633.36 | Modified Total    $25,631.21<br><br><br><br>Case Number*    Secured       Priority          Unsecured<br>05-44640                      $25,631.21<br>                              $25,631.21 |

*See Exhibit G for a listing of debtor entities by case number                                Page:    10 of 17

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3809<br>Date Filed: 05/01/06<br>Docketed Total: $23,506.58<br>Filing Creditor Name and Address<br>  MAURY COUNTY TRUSTEE<br>  ONE PUBLIC SQUARE<br>  COLUMBIA TN 38401 | Claim Holder Name and Address   Docketed Total   $23,506.58<br>MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401<br><br>Case Number*    Secured     Priority       Unsecured<br>05-44481                           $23,506.58<br>                                   $23,506.58 | Modified Total   $22,821.92<br><br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                          $22,821.92<br>                                  $22,821.92 |
| Claim: 1508<br>Date Filed: 01/10/06<br>Docketed Total: $2,185.62<br>Filing Creditor Name and Address<br>  MCDONALD COUNTY COLLECTOR<br>  CLOTEEL ATKINS<br>  BOX 725<br>  PINEVILLE MO 64856 | Claim Holder Name and Address   Docketed Total   $2,185.62<br>MCDONALD COUNTY COLLECTOR CLOTEEL<br>ATKINS<br>BOX 725<br>PINEVILLE MO 64856<br><br>Case Number*    Secured      Priority     Unsecured<br>05-44481       $2,185.62<br>               $2,185.62 | Modified Total   $2,185.62<br><br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                                        $2,185.62<br>                                               $2,185.62 |
| Claim: 1038<br>Date Filed: 12/06/05<br>Docketed Total: $806.18<br>Filing Creditor Name and Address<br>  METROPOLITAN GOVERNMENT OF<br>  NASHVILLE AND DAVIDSON COUNTY<br>  DEPT OF LAW<br>  RM 204 METROPOLITAN COURTHOUSE<br>  NASHVILLE TN 37201 | Claim Holder Name and Address   Docketed Total   $806.18<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY<br>DEPT OF LAW<br>RM 204 METROPOLITAN COURTHOUSE<br>NASHVILLE TN 37201<br><br>Case Number*    Secured      Priority     Unsecured<br>05-44610       $806.18<br>               $806.18 | Modified Total   $618.44<br><br><br><br><br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                                        $618.44<br>                                               $618.44 |
| Claim: 11121<br>Date Filed: 07/27/06<br>Docketed Total: $10,929.20<br>Filing Creditor Name and Address<br>  MONROE CO MO<br>  MONROE CO COLLECTOR<br>  300 N MAIN<br>  PO BOX 245<br>  PARIS MO 65275 | Claim Holder Name and Address   Docketed Total   $10,929.20<br>MONROE CO MO<br>MONROE CO COLLECTOR<br>300 N MAIN<br>PO BOX 245<br>PARIS MO 65275<br><br>Case Number*    Secured     Priority       Unsecured<br>05-44481                   $10,929.20<br>                           $10,929.20 | Modified Total   $10,929.20<br><br><br><br><br><br>Case Number*   Secured    Priority          Unsecured<br>05-44640                      $10,929.20<br>                              $10,929.20 |

In re: Delphi Corporation, et al.  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10557<br>Date Filed: 07/24/06<br>Docketed Total: $29.87<br>Filing Creditor Name and Address<br> MONROE COUNTY IN<br> MONROE COUNTY TREASURER<br> COURTHUSE ROOM 204<br> BLOOMINGTON IN 47404 | Claim Holder Name and Address  Docketed Total  $29.87<br>MONROE COUNTY IN<br>MONROE COUNTY TREASURER<br>COURTHUSE ROOM 204<br>BLOOMINGTON IN 47404<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                        $29.87<br>                                  $29.87 | Modified Total  $28.86<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                        $28.86<br>                                  $28.86 |
| Claim: 1456<br>Date Filed: 01/03/06<br>Docketed Total: $6.34<br>Filing Creditor Name and Address<br> MORGAN COUNTY REVENUE<br> COMMISSIONER<br> AMANDA G SCOTT CPA<br> PO BOX 696<br> DECATUR AL 35602 | Claim Holder Name and Address  Docketed Total  $6.34<br>MORGAN COUNTY REVENUE COMMISSIONER<br>AMANDA G SCOTT CPA<br>PO BOX 696<br>DECATUR AL 35602<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640        $6.34<br>                          $6.34 | Modified Total  $6.34<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $6.34<br>                                  $6.34 |
| Claim: 5633<br>Date Filed: 05/11/06<br>Docketed Total: $5,704.18<br>Filing Creditor Name and Address<br> NEWTON CO MS<br> NEWTON CO TAX COLLECTOR<br> PO BOX 7<br> DECATUR MS 39327 | Claim Holder Name and Address  Docketed Total  $5,704.18<br>NEWTON CO MS<br>NEWTON CO TAX COLLECTOR<br>PO BOX 7<br>DECATUR MS 39327<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $5,704.18<br>                              $5,704.18 | Modified Total  $5,484.79<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $5,484.79<br>                              $5,484.79 |
| Claim: 6939<br>Date Filed: 05/26/06<br>Docketed Total: $106.91<br>Filing Creditor Name and Address<br> NEWTON COUNTY IN<br> NEWTON COUNTY TREASURER<br> COURTHOUSE<br> KENTLAND IN 47951 | Claim Holder Name and Address  Docketed Total  $106.91<br>NEWTON COUNTY IN<br>NEWTON COUNTY TREASURER<br>COURTHOUSE<br>KENTLAND IN 47951<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $106.91<br>                              $106.91 | Modified Total  $97.19<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $97.19<br>                              $97.19 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3556<br>Date Filed:05/01/06<br>Docketed Total:   $100.61<br>Filing Creditor Name and Address<br> POPE COUNTY AR<br> POPE COUNTY TAX COLLECTOR<br> 100 WEST MAIN ST<br> RUSSELLVILLE AR 72801 | Claim Holder Name and Address    Docketed Total    $100.61<br>POPE COUNTY AR<br>POPE COUNTY TAX COLLECTOR<br>100 WEST MAIN ST<br>RUSSELLVILLE AR 72801<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $100.61<br>                                                $100.61 | Modified Total    $78.56<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $78.56<br>                                                $78.56 |
| Claim: 3767<br>Date Filed:05/01/06<br>Docketed Total:   $42,243.59<br>Filing Creditor Name and Address<br> PORTAGE COUNTY TREASURER<br> 449 S MERIDIAN 1ST FL<br> PO BOX 1217<br> RAVENNA OH 44266 | Claim Holder Name and Address    Docketed Total    $42,243.59<br>PORTAGE COUNTY TREASURER<br>449 S MERIDIAN 1ST FL<br>PO BOX 1217<br>RAVENNA OH 44266<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $42,243.59<br>                            $42,243.59 | Modified Total    $36,676.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $36,676.60<br>                            $36,676.60 |
| Claim: 5922<br>Date Filed:05/16/06<br>Docketed Total:   $5,452.41<br>Filing Creditor Name and Address<br> RANKIN COUNTY<br> 211 E GOVT ST<br> STE B<br> BRANDON MS 39042 | Claim Holder Name and Address    Docketed Total    $5,452.41<br>RANKIN COUNTY<br>211 E GOVT ST<br>STE B<br>BRANDON MS 39042<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                    $5,452.41<br>                            $5,452.41 | Modified Total    $5,452.41<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $5,452.41<br>                            $5,452.41 |
| Claim: 424<br>Date Filed:11/07/05<br>Docketed Total:   $717.59<br>Filing Creditor Name and Address<br> RAY VALDES SEMINOLE COUNTY TAX COLLECTOR<br> 1101 E FIRST ST<br> PO BOX 630<br> SANFORD FL 32772 | Claim Holder Name and Address    Docketed Total    $717.59<br>RAY VALDES SEMINOLE COUNTY TAX COLLECTOR<br>1101 E FIRST ST<br>PO BOX 630<br>SANFORD FL 32772<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $717.59<br>                $717.59 | Modified Total    $550.48<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $550.48<br>                                                $550.48 |

In re: Delphi Corporation, et al.                                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8347<br>Date Filed: 06/22/06<br>Docketed Total:    $104.09<br>Filing Creditor Name and Address<br>  ROGERS COUNTY TREASURER<br>  PO BOX 699<br>  CLAREMORE OK 74018 | Claim Holder Name and Address    Docketed Total    $104.09<br>ROGERS COUNTY TREASURER<br>PO BOX 699<br>CLAREMORE OK 74018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $104.09<br>                                        $104.09 | Modified Total    $90.04<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $90.04<br>                                        $90.04 |
| Claim: 758<br>Date Filed: 11/22/05<br>Docketed Total:    $377.96<br>Filing Creditor Name and Address<br>  RONALD A LEGGETT COLLECTOR OF REV<br>  RONALD A LEGGETT COLLECTOR OF REVEN<br>  109 CITY HALL<br>  ST LOUIS MO 63103 | Claim Holder Name and Address    Docketed Total    $377.96<br>RONALD A LEGGETT COLLECTOR OF REV<br>RONALD A LEGGETT COLLECTOR OF REVEN<br>109 CITY HALL<br>ST LOUIS MO 63103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $377.96<br>                                        $377.96 | Modified Total    $289.94<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $289.94<br>                                        $289.94 |
| Claim: 5669<br>Date Filed: 05/08/06<br>Docketed Total:    $36.47<br>Filing Creditor Name and Address<br>  SMITH COUNTY TRUSTEE<br>  JAMIE D WINKLER<br>  PO BOX 332<br>  CARTHAGE TN 37030 | Claim Holder Name and Address    Docketed Total    $36.47<br>SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER<br>PO BOX 332<br>CARTHAGE TN 37030<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $36.47<br>                                        $36.47 | Modified Total    $33.88<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $33.88<br>                                        $33.88 |
| Claim: 792<br>Date Filed: 11/22/05<br>Docketed Total:    $145.15<br>Filing Creditor Name and Address<br>  ST CHARLES COUNTY COLLECTOR<br>  201 N SECOND ST RM 134<br>  ST CHARLES MO 63301-2789 | Claim Holder Name and Address    Docketed Total    $145.15<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44610                                $145.15<br>                                        $145.15 | Modified Total    $111.35<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $111.35<br>                                        $111.35 |

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 797<br>Date Filed: 11/22/05<br>Docketed Total: $55,010.23<br>Filing Creditor Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789 | Claim Holder Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789 | Docketed Total | | $55,010.23 | | | Modified Total | $42,199.63 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$55,010.23<br>$55,010.23 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$42,199.63<br>$42,199.63 | Unsecured |
| Claim: 1324<br>Date Filed: 12/27/05<br>Docketed Total: $1,929.19<br>Filing Creditor Name and Address<br>ST JOHNS COUNTY TAX COLLECTOR<br>DENNIS W HOLLINGSWORTH<br>PO BOX 9001<br>ST AUGUSTINE FL 32085-9001 | Claim Holder Name and Address<br>ST JOHNS COUNTY TAX COLLECTOR<br>DENNIS W HOLLINGSWORTH<br>PO BOX 9001<br>ST AUGUSTINE FL 32085-9001 | Docketed Total | | $1,929.19 | | | Modified Total | $1,479.93 |
| | Case Number*<br>05-44481 | Secured<br>$1,929.19<br>$1,929.19 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,479.93<br>$1,479.93 |
| Claim: 7093<br>Date Filed: 05/30/06<br>Docketed Total: $133.12<br>Filing Creditor Name and Address<br>STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | Claim Holder Name and Address<br>STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | Docketed Total | | $133.12 | | | Modified Total | $133.12 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$133.12<br>$133.12 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$133.12<br>$133.12 | Unsecured |
| Claim: 1327<br>Date Filed: 12/27/05<br>Docketed Total: $2,483.92<br>Filing Creditor Name and Address<br>SUMNER COUNTY TRUSTEE<br>355 BELVEDERE DR RM 107<br>GALLATIN TN 37066 | Claim Holder Name and Address<br>SUMNER COUNTY TRUSTEE<br>355 BELVEDERE DR RM 107<br>GALLATIN TN 37066 | Docketed Total | | $2,483.92 | | | Modified Total | $1,905.46 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,483.92<br>$2,483.92 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$1,905.46<br>$1,905.46 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number                                                       Page:   15 of 17

In re: Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2833<br>Date Filed:04/26/06<br>Docketed Total:   $1,104.78<br>Filing Creditor Name and Address<br> TAX COLLECTOR<br> TAX COLLECTOR TOWN OF<br> WATERTOWN<br> PO BOX 224<br> WATERTOWN CT 06795 | Claim Holder Name and Address   Docketed Total   $1,104.78<br>TAX COLLECTOR<br>TAX COLLECTOR TOWN OF<br>WATERTOWN<br>PO BOX 224<br>WATERTOWN CT 06795<br><br>Case Number*    Secured         Priority        Unsecured<br>05-44481       $1,104.78<br>               $1,104.78 | | | | Modified Total   $869.39<br><br><br><br><br><br>Case Number*   Secured         Priority        Unsecured<br>05-44640                                              $869.39<br>                                                      $869.39 | | | |
| Claim: 9271<br>Date Filed:04/26/06<br>Docketed Total:   $2,257.22<br>Filing Creditor Name and Address<br> TAX COLLECTOR SANTA ROSA<br> COUNTY<br> ATTN CINDY GRIMES DELINQUENT<br> TAX DE<br> ROBERT MCCLURE SANTA ROSA TAX<br> COLLE<br> PO BOX 7100<br> MILTON FL 32572 | Claim Holder Name and Address   Docketed Total   $2,257.22<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN CINDY GRIMES DELINQUENT<br>TAX DE<br>ROBERT MCCLURE SANTA ROSA TAX<br>COLLE<br>PO BOX 7100<br>MILTON FL 32572<br><br>Case Number*    Secured         Priority        Unsecured<br>05-44640       $2,257.22<br>               $2,257.22 | | | | Modified Total   $2,052.02<br><br><br><br><br><br><br>Case Number*   Secured         Priority        Unsecured<br>05-44640                                              $2,052.02<br>                                                      $2,052.02 | | | |
| Claim: 8344<br>Date Filed:06/22/06<br>Docketed Total:   $9,379.17<br>Filing Creditor Name and Address<br> TIPTON COUNTY IN<br> TIPTON COUNTY TREASURER<br> COURTHOUSE<br> TIPTON IN 46072 | Claim Holder Name and Address   Docketed Total   $9,379.17<br>TIPTON COUNTY IN<br>TIPTON COUNTY TREASURER<br>COURTHOUSE<br>TIPTON IN 46072<br><br>Case Number*    Secured         Priority         Unsecured<br>05-44640                       $9,379.17<br>                               $9,379.17 | | | | Modified Total   $7,804.36<br><br><br><br><br>Case Number*   Secured         Priority         Unsecured<br>05-44640                       $7,804.36<br>                               $7,804.36 | | | |
| Claim: 8225<br>Date Filed:06/19/06<br>Docketed Total:   $612.98<br>Filing Creditor Name and Address<br> TREASURER OF KOSCIUSKO COUNTY<br> 100 W CTR ST<br> WARSAW IN 46580 | Claim Holder Name and Address   Docketed Total   $612.98<br>TREASURER OF KOSCIUSKO COUNTY<br>100 W CTR ST<br>WARSAW IN 46580<br><br>Case Number*    Secured         Priority        Unsecured<br>05-44481                                      $612.98<br>                                              $612.98 | | | | Modified Total   $557.25<br><br><br><br>Case Number*   Secured         Priority        Unsecured<br>05-44640                                      $557.25<br>                                              $557.25 | | | |

*See Exhibit G for a listing of debtor entities by case number                           Page:   16 of 17

In re: Delphi Corporation, et al.                                                                              Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7835<br>Date Filed: 06/12/06<br>Docketed Total:    $6.32<br>Filing Creditor Name and Address<br> TREASURER OF VIGO COUNTY<br> DAVID CROCKETT<br> PO BOX 1466<br> INDIANAPOLIS IN 46206-1466 | Claim Holder Name and Address    Docketed Total    $6.32<br>TREASURER OF VIGO COUNTY<br>DAVID CROCKETT<br>PO BOX 1466<br>INDIANAPOLIS IN 46206-1466<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                       $6.32<br>                                $6.32 | Modified Total    $4.84<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $4.84<br>                                $4.84 |
| Claim: 108<br>Date Filed: 10/25/05<br>Docketed Total:    $25.00<br>Filing Creditor Name and Address<br> WILLIAMSON COUNTY TRUSTEE<br> WALTER J DAVIS TRUSTEE<br> PO BOX 648<br> FRANKLIN TN 37065 | Claim Holder Name and Address    Docketed Total    $25.00<br>WILLIAMSON COUNTY TRUSTEE<br>WALTER J DAVIS TRUSTEE<br>PO BOX 648<br>FRANKLIN TN 37065<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $25.00<br>                $25.00 | Modified Total    $19.18<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $19.18<br>                                $19.18 |
| Claim: 6053<br>Date Filed: 05/16/06<br>Docketed Total:    $963.65<br>Filing Creditor Name and Address<br> WILSON CO TN<br> WILSON COUNTY TRUSTEE<br> PO BOX 865<br> LEBANON TN 37088 | Claim Holder Name and Address    Docketed Total    $963.65<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $963.65<br>                                $963.65 | Modified Total    $537.75<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                       $537.75<br>                                $537.75 |
| Claim: 1706<br>Date Filed: 01/30/06<br>Docketed Total:    $8,156.89<br>Filing Creditor Name and Address<br> YORK COUNTY TAX COLLECTOR<br> 1070 HECKLE BEVA BOX 14<br> ROCK HILL SC 29732-2863 | Claim Holder Name and Address    Docketed Total    $8,156.89<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $8,156.89<br>                $8,156.89 | Modified Total    $6,257.34<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $6,257.34<br>                                           $6,257.34<br><br>Total Count of Claims:   68<br>Total Amount as Docketed:    $2,338,923.47<br>Total Amount as Modified:    $2,108,266.76 |

*See Exhibit G for a listing of debtor entities by case number                                                    Page:    17 of 17