**In re Delphi Corporation, et al.**  **Thirteenth Omnibus Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5126<br>Date Filed:05/08/06<br>Docketed Total:   $2,387,697.06<br>Filing Creditor Name and Address<br>  ADVANCED MICRO DEVICES INC<br>  ALLAN J MANZAGOL<br>  ONE AMD PL MS68<br>  SUNNYVALE CA 94088-3453 | Claim Holder Name and Address   Docketed Total   $2,387,697.06<br>ADVANCED MICRO DEVICES INC<br>ALLAN J MANZAGOL<br>ONE AMD PL MS68<br>SUNNYVALE CA 94088-3453<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                                          $2,387,697.06<br>                                                  $2,387,697.06 | Modified Total    $2,232,151.00<br><br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                                        $2,232,151.00<br>                                                $2,232,151.00 |
| Claim: 9816<br>Date Filed:07/18/06<br>Docketed Total:   $13,417.47<br>Filing Creditor Name and Address<br>  AMES REESE INC<br>  C O MATTHEW C SAMLEY ESQ<br>  REESE PUGH SAMLEY WAGENSELLER<br>  & MEC<br>  120 N SHIPPEN ST<br>  LANCASTER PA 17602 | Claim Holder Name and Address   Docketed Total   $13,417.47<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>REESE PUGH SAMLEY WAGENSELLER<br>& MEC<br>120 N SHIPPEN ST<br>LANCASTER PA 17602<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                                           $13,417.47<br>                                                    $13,417.47 | Modified Total    $8,117.47<br><br><br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                                        $8,117.47<br>                                                $8,117.47 |
| Claim: 9820<br>Date Filed:07/18/06<br>Docketed Total:   $118,242.99<br>Filing Creditor Name and Address<br>  AMES REESE INC<br>  C O MATTHEW C SAMLEY ESQ<br>  120 N SHIPPEN ST<br>  LANCASTER PA 17602 | Claim Holder Name and Address   Docketed Total   $118,242.99<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>120 N SHIPPEN ST<br>LANCASTER PA 17602<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                                           $118,242.99<br>                                                    $118,242.99 | Modified Total    $97,736.39<br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44640                                        $97,736.39<br>                                                $97,736.39 |
| Claim: 349<br>Date Filed:11/04/05<br>Docketed Total:   $147,550.00<br>Filing Creditor Name and Address<br>  APPLIED DATA SYSTEMS INC<br>  JAN ELDRIDGE<br>  10260 G OLD COLUMBIA RD<br>  COLUMBIA MD 21046 | Claim Holder Name and Address   Docketed Total   $147,550.00<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44481                                           $147,550.00<br>                                                    $147,550.00 | Modified Total    $146,250.00<br><br><br><br>Case Number*   Secured        Priority        Unsecured<br>05-44507                                        $146,250.00<br>                                                $146,250.00 |

In re Delphi Corporation, et al.                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12830<br>Date Filed:07/28/06<br>Docketed Total:   $12,847.12<br>Filing Creditor Name and Address<br>  ASSOCIATED SPRING DO BRASIL<br>  LTDA<br>  W JOE WILSON<br>  TYLER COOPER & ALCORN LLP<br>  185 ASYLUM ST CITYPLACE I 35TH<br>  FL<br>  HARTFORD CT 06103-3488 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $12,847.12<br><br><br><br><br>Unsecured<br>$12,847.12<br>_____<br>$12,847.12 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $8,043.55<br><br><br><br><br>Unsecured<br>$8,043.55<br>_____<br>$8,043.55 |
| Claim: 1546<br>Date Filed:01/17/06<br>Docketed Total:   $199,278.47<br>Filing Creditor Name and Address<br>  BGF INDUSTRIES INC<br>  3802 ROBERT PORCHER WY<br>  GREENSBORO NC 27410 | Claim Holder Name and Address<br>BGF INDUSTRIES INC<br>3802 ROBERT PORCHER WY<br>GREENSBORO NC 27410<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | <br><br><br><br>Priority | $199,278.47<br><br><br><br>Unsecured<br>$199,278.47<br>$199,278.47 | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured | <br><br><br><br>Priority | $183,958.76<br><br><br><br>Unsecured<br>$183,958.76<br>$183,958.76 |
| Claim: 12011<br>Date Filed:07/28/06<br>Docketed Total:   $179,220.24<br>Filing Creditor Name and Address<br>  BRAKE PARTS INC WIX FILTRATION<br>  CORP AFFINIA GROUP INC<br>  BRAKE PARTS INC<br>  BRAKES PARTS WIX<br>  4400 PRIME PKWY<br>  MCHENRY IL 60050 | Claim Holder Name and Address<br>BRAKE PARTS INC WIX FILTRATION CORP<br>AFFINIA GROUP INC<br>BRAKE PARTS INC<br>BRAKES PARTS WIX<br>4400 PRIME PKWY<br>MCHENRY IL 60050<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br><br><br>Secured | <br><br><br><br><br><br><br>Priority | $179,220.24<br><br><br><br><br><br><br>Unsecured<br>$179,220.24<br>$179,220.24 | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br><br>Secured | <br><br><br><br><br><br><br>Priority | $86,576.50<br><br><br><br><br><br><br>Unsecured<br>$86,576.50<br>$86,576.50 |
| Claim: 15138<br>Date Filed:07/31/06<br>Docketed Total:   $28,836.00<br>Filing Creditor Name and Address<br>  CH2M HILL SPAIN SL<br>  C 17 JUAN DE MARIANA<br>  3 PLANTA PORTAL B<br>  MADRID   28045<br>  SPAIN | Claim Holder Name and Address<br>CH2M HILL SPAIN SL<br>C 17 JUAN DE MARIANA<br>3 PLANTA PORTAL B<br>MADRID   28045<br>SPAIN<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $28,836.00<br><br><br><br><br><br>Unsecured<br>$28,836.00<br>$28,836.00 | <br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $25,372.60<br><br><br><br><br><br>Unsecured<br>$25,372.60<br>$25,372.60 |

In re Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9789<br>Date Filed: 07/18/06<br>Docketed Total: $142,160.85<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF CACACE ASSOCIATES<br>  INC<br>  ATTN ALPA JIMENEZ<br>  CONTRARIAN FUNDS LLC<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $142,160.85<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>CACACE ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $142,160.85<br>                                             $142,160.85 | Modified Total   $121,260.85<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $121,260.85<br>                                             $121,260.85 |
| Claim: 15329<br>Date Filed: 07/31/06<br>Docketed Total: $77,751.36<br>Filing Creditor Name and Address<br>  DANICE MANUFACTURING CO<br>  361 DONOVAN ST<br>  SOUTH LYON MI 48178 | Claim Holder Name and Address   Docketed Total   $77,751.36<br>DANICE MANUFACTURING CO<br>361 DONOVAN ST<br>SOUTH LYON MI 48178<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $77,751.36<br>                                             $77,751.36 | Modified Total   $57,013.68<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $57,013.68<br>                                             $57,013.68 |
| Claim: 2364<br>Date Filed: 03/22/06<br>Docketed Total: $278.75<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address   Docketed Total   $278.75<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $278.75<br>                                             $278.75 | Modified Total   $268.75<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $268.75<br>                                             $268.75 |
| Claim: 15239<br>Date Filed: 07/31/06<br>Docketed Total: $139,507.23<br>Filing Creditor Name and Address<br>  ENERGY CONVERSION SYSTEMS<br>  ENERGY CONVERSION SYSTEMS<br>  HOLDINGS<br>  5520 DILLARD DR STE 260<br>  CARY NC 27518 | Claim Holder Name and Address   Docketed Total   $139,507.23<br>ENERGY CONVERSION SYSTEMS<br>ENERGY CONVERSION SYSTEMS HOLDINGS<br>5520 DILLARD DR STE 260<br>CARY NC 27518<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                   $13,500.00    $126,007.23<br>                                 $13,500.00    $126,007.23 | Modified Total   $58,655.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $58,655.00<br>                                             $58,655.00 |

*See Exhibit G for a listing of debtor entities by case number.                                    Page:   3 of 11

In re Delphi Corporation, et al.                                                                  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15804<br>Date Filed: 08/02/06<br>Docketed Total:  $9,555.10<br>Filing Creditor Name and Address<br>  FIRST CHOICE HEATING & COOLING INC<br>  8147 ISLANDVIEW DR<br>  NEWAYGO MI 49337 | Claim Holder Name and Address    Docketed Total    $9,555.10<br>FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO MI 49337<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44640          $9,555.10<br>                                                    _____<br>                  $9,555.10 | Modified Total    $9,555.10<br><br><br><br>Case Number*     Secured    Priority       Unsecured<br>05-44640                                   $9,555.10<br>                                          _____<br>                                           $9,555.10 |
| Claim: 1338<br>Date Filed: 12/27/05<br>Docketed Total:  $6,555.25<br>Filing Creditor Name and Address<br>  HELLERMANN TYTON GMBH<br>  HELLERMANN TYTON GMBH<br>  GROBER MOORWEG 45<br>  TORNESCH  D-25436<br>  GERMANY | Claim Holder Name and Address    Docketed Total    $6,555.25<br>HELLERMANN TYTON GMBH<br>HELLERMANN TYTON GMBH<br>GROBER MOORWEG 45<br>TORNESCH  D-25436<br>GERMANY<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44481                                                $6,555.25<br>                                                    _____<br>                  $6,555.25 | Modified Total    $6,555.25<br><br><br><br><br>Case Number*     Secured    Priority       Unsecured<br>05-44640                                   $6,555.25<br>                                          _____<br>                                           $6,555.25 |
| Claim: 1714<br>Date Filed: 01/30/06<br>Docketed Total:  $2,002.09<br>Filing Creditor Name and Address<br>  HENMAN ENGINEERING & MACHINE INC<br>  THOMAS HENMAN PRESIDENT<br>  3301 MT PLEASANT BLVD<br>  PO BOX 2633<br>  MUNCIE IN 47307 | Claim Holder Name and Address    Docketed Total    $2,002.09<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44596                                                $2,002.09<br>                                                    _____<br>                  $2,002.09 | Modified Total    $1,011.90<br><br><br><br><br>Case Number*     Secured    Priority       Unsecured<br>05-44640                                   $1,011.90<br>                                          _____<br>                                           $1,011.90 |
| Claim: 1716<br>Date Filed: 01/30/06<br>Docketed Total:  $282,500.00<br>Filing Creditor Name and Address<br>  HENMAN ENGINEERING & MACHINE INC<br>  THOMAS HENMAN PRESIDENT<br>  3301 MT PLEASANT BLVD<br>  PO BOX 2633<br>  MUNCIE IN 47307 | Claim Holder Name and Address    Docketed Total    $282,500.00<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*       Secured        Priority         Unsecured<br>05-44596                                                $282,500.00<br>                                                    _____<br>                  $282,500.00 | Modified Total    $214,500.00<br><br><br><br><br>Case Number*     Secured    Priority       Unsecured<br>05-44640                                   $214,500.00<br>                                          _____<br>                                           $214,500.00 |

In re Delphi Corporation, et al.                                                                                  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1477<br>Date Filed: 01/09/06<br>Docketed Total:   $164,535.00<br>Filing Creditor Name and Address<br>  HONEYWELL INTERNATIONAL<br>  AEROSPACE<br>  DEB MAINS<br>  1140 W WARNER RD BLDG 1233 M<br>  TEMPE AZ 85284 | Claim Holder Name and Address   Docketed Total   $164,535.00<br>HONEYWELL INTERNATIONAL AEROSPACE<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233 M<br>TEMPE AZ 85284<br><br>Case Number*       Secured        Priority          Unsecured<br>05-44481                                          $164,535.00<br>                                                  ───────────<br>                                                  $164,535.00 | Modified Total   $135,975.00<br><br><br><br><br><br>Case Number*       Secured        Priority          Unsecured<br>05-44640                                          $135,975.00<br>                                                  ───────────<br>                                                  $135,975.00 |
| Claim: 9995<br>Date Filed: 07/20/06<br>Docketed Total:   $57,149.69<br>Filing Creditor Name and Address<br>  IBJTC BUSINESS CREDIT<br>  CORPORATION AS SUCCESSOR IN<br>  INTEREST TO IBJ WHITEHALL<br>  BUSINESS CREDIT CORPORATION<br>  RONALD S BEACHER & CONRAD K<br>  CHIU<br>  DAY PITNEY LLP<br>  7 TIMES SQUARE<br>  NEW YORK NY 10036 | Claim Holder Name and Address   Docketed Total   $57,149.69<br>IBJTC BUSINESS CREDIT CORPORATION<br>AS SUCCESSOR IN INTEREST TO IBJ<br>WHITEHALL BUSINESS CREDIT<br>CORPORATION<br>RONALD S BEACHER & CONRAD K<br>CHIU<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036<br><br>Case Number*       Secured        Priority          Unsecured<br>05-44481                                          $57,149.69<br>                                                  ──────────<br>                                                  $57,149.69 | Modified Total   $44,643.53<br><br><br><br><br><br><br><br><br>Case Number*       Secured        Priority          Unsecured<br>05-44640                                          $44,643.53<br>                                                  ──────────<br>                                                  $44,643.53 |
| Claim: 1563<br>Date Filed: 01/17/06<br>Docketed Total:   $58,575.00<br>Filing Creditor Name and Address<br>  IET LABS INC<br>  534 MAIN ST<br>  WESTBURY NY 11590 | Claim Holder Name and Address   Docketed Total   $58,575.00<br>IET LABS INC<br>534 MAIN ST<br>WESTBURY NY 11590<br><br>Case Number*       Secured        Priority          Unsecured<br>05-44481                                          $58,575.00<br>                                                  ──────────<br>                                                  $58,575.00 | Modified Total   $1,665.00<br><br><br><br>Case Number*       Secured        Priority          Unsecured<br>05-44640                                          $1,665.00<br>                                                  ─────────<br>                                                  $1,665.00 |
| Claim: 199<br>Date Filed: 10/28/05<br>Docketed Total:   $16,633.18<br>Filing Creditor Name and Address<br>  INTEGRIS METALS GRAND RAPIDS<br>  INTEGRIS METALS<br>  455 85TH AVE NW<br>  COON RAPIDS MN 55433 | Claim Holder Name and Address   Docketed Total   $16,633.18<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*       Secured        Priority          Unsecured<br>05-44481                                          $16,633.18<br>                                                  ──────────<br>                                                  $16,633.18 | Modified Total   $16,419.30<br><br><br><br><br>Case Number*       Secured        Priority          Unsecured<br>05-44640                                          $16,419.30<br>                                                  ──────────<br>                                                  $16,419.30 |

In re Delphi Corporation, et al.  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 646<br>Date Filed: 11/17/05<br>Docketed Total: $33,597.65<br>Filing Creditor Name and Address<br>  IRON MOUNTAIN INFORMATION<br>  MANAGEMENT INC<br>  R FREDERICK LINFESTY ESQ<br>  IRON MOUNTAIN INC<br>  745 ATLANTIC AVE 10TH FL<br>  BOSTON MA 02111 | Claim Holder Name and Address  Docketed Total  $33,597.65<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>R FREDERICK LINFESTY ESQ<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON MA 02111<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481   $33,597.65<br>          $33,597.65 | Modified Total  $15,868.06<br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                $15,868.06<br>                                      $15,868.06 |
| Claim: 15483<br>Date Filed: 07/31/06<br>Docketed Total: $66,952.29<br>Filing Creditor Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS ASSIGNEE<br>  OF DIGIKEY<br>  JEFFREY L CARESS<br>  ONE UNIVERSITY PLZ STE 312<br>  HACKENSACK NJ 07601 | Claim Holder Name and Address  Docketed Total  $66,952.29<br>LIQUIDITY SOLUTIONS INC DBA REVENUE<br>MANAGEMENT AS ASSIGNEE OF DIGIKEY<br>JEFFREY L CARESS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507                                $66,952.29<br>                                      $66,952.29 | Modified Total  $64,639.19<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507                                $64,639.19<br>                                      $64,639.19 |
| Claim: 15455<br>Date Filed: 07/31/06<br>Docketed Total: $79,564.47<br>Filing Creditor Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS ASSIGNEE<br>  OF ELEKTRISOLA INC<br>  JEFFREY L CARESS<br>  ONE UNIVERSITY PLAZA STE 312<br>  HACKENSACK NJ 7601 | Claim Holder Name and Address  Docketed Total  $79,564.47<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                $79,564.47<br>                                      $79,564.47 | Modified Total  $54,165.90<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                $54,165.90<br>                                      $54,165.90 |

In re Delphi Corporation, et al.                                                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9463<br>Date Filed: 07/13/06<br>Docketed Total: $108,415.00<br>Filing Creditor Name and Address<br>  LYDALL THERMAL ACOUSTICAL<br>  SALES LLC FKA LYDALL WESTEX<br>  1241 BUCK SHOALS RD<br>  PO BOX 109<br>  HAMPTONVILLE NC 27020 | Claim Holder Name and Address<br>LYDALL THERMAL ACOUSTICAL SALES LLC<br>FKA LYDALL WESTEX<br>1241 BUCK SHOALS RD<br>PO BOX 109<br>HAMPTONVILLE NC 27020<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br><br>Secured | $108,415.00<br><br><br><br><br><br>Priority | <br><br><br><br><br><br>Unsecured<br>$108,415.00<br>$108,415.00 | <br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $13,850.00<br><br><br><br><br><br>Unsecured<br>$13,850.00<br>$13,850.00 |
| Claim: 11599<br>Date Filed: 07/27/06<br>Docketed Total: $432,705.04<br>Filing Creditor Name and Address<br>  MAC ARTHUR CORPORATION<br>  THOMAS F BARRETT<br>  3190 TRI PARK DR<br>  GRAND BLANC MI 48439-0010 | Claim Holder Name and Address<br>MAC ARTHUR CORPORATION<br>THOMAS F BARRETT<br>3190 TRI PARK DR<br>GRAND BLANC MI 48439-0010<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | $432,705.04<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured<br>$432,705.04<br>$432,705.04 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $406,480.82<br><br><br><br><br>Unsecured<br>$406,480.82<br>$406,480.82 |
| Claim: 5115<br>Date Filed: 05/08/06<br>Docketed Total: $210,634.01<br>Filing Creditor Name and Address<br>  MACHINED PRODUCTS CO<br>  2121 LANDMEIER RD<br>  ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br>MACHINED PRODUCTS CO<br>2121 LANDMEIER RD<br>ELK GROVE VILLAGE IL 60007<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br>Secured | $210,634.01<br><br><br><br>Priority | <br><br><br><br>Unsecured<br>$210,634.01<br>$210,634.01 | <br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br>Secured | <br><br><br><br>Priority | $164,214.16<br><br><br><br>Unsecured<br>$164,214.16<br>$164,214.16 |
| Claim: 4387<br>Date Filed: 05/02/06<br>Docketed Total: $15,885.07<br>Filing Creditor Name and Address<br>  MARKETING INNOVATORS INTL<br>  MARKETING INNOVATORS INTL INC<br>  9701 W HIGGINS RD<br>  UPD 12702 PH<br>  ROSEMONT IL 60018-4778 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | $15,885.07<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured<br>$15,885.07<br>$15,885.07 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $2,171.67<br><br><br><br><br>Unsecured<br>$2,171.67<br>$2,171.67 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

**EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12161<br>Date Filed: 07/28/06<br>Docketed Total: $875,135.40<br>Filing Creditor Name and Address<br>MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604<br>GERMANY | Claim Holder Name and Address   Docketed Total   $875,135.40<br>MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604<br>GERMANY<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $875,135.40<br>                                  $875,135.40 | Modified Total   $794,954.68<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $794,954.68<br>                                  $794,954.68 |
| Claim: 2352<br>Date Filed: 03/22/06<br>Docketed Total: $132,868.28<br>Filing Creditor Name and Address<br>MONROE INC<br>C O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address   Docketed Total   $69,706.90<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $69,706.90<br>                                  $69,706.90 | Modified Total   $69,706.90<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $69,706.90<br>                                  $69,706.90 |
|  | Claim Holder Name and Address   Docketed Total   $63,161.38<br>MONROE INC<br>C O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $63,161.38<br>                                  $63,161.38 | Modified Total   $75.53<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $75.53<br>                                  $75.53 |
| Claim: 10400<br>Date Filed: 07/24/06<br>Docketed Total: $237,792.65<br>Filing Creditor Name and Address<br>NATIONAL INSTRUMENTS CORP<br>ORDER TEAM<br>11500 NORTH MOPAC EXPRESSWAY<br>AUSTIN TX 78759 | Claim Holder Name and Address   Docketed Total   $237,792.65<br>NATIONAL INSTRUMENTS CORP<br>ORDER TEAM<br>11500 NORTH MOPAC EXPRESSWAY<br>AUSTIN TX 78759<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481         $237,792.65<br>                                  $237,792.65 | Modified Total   $229,990.58<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $229,990.58<br>                                  $229,990.58 |

*See Exhibit G for a listing of debtor entities by case number.         Page: 8 of 11

In re Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10411<br>Date Filed: 07/24/06<br>Docketed Total:   $157,011.51<br>Filing Creditor Name and Address<br>  PHELPS DODGE MAGNET WIRE CO<br>  ATTN CREDIT DEPT<br>  ONE N CENTRAL AVE<br>  PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured<br>_____ | <br><br><br><br><br>Priority<br>_____ | $157,011.51<br><br><br><br><br>Unsecured<br>$157,011.51<br>$157,011.51 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured<br>_____ | <br><br><br><br><br>Priority<br>_____ | $143,591.30<br><br><br><br><br>Unsecured<br>$143,591.30<br>$143,591.30 |
| Claim: 10581<br>Date Filed: 07/25/06<br>Docketed Total:   $112,039.75<br>Filing Creditor Name and Address<br>  PHILLIPS PLASTICS CORPORATION<br>  ATTN MARK HUEG<br>  1201 HANLEY RD<br>  HUDSON WI 54016 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*<br>05-44567 | Docketed Total<br><br><br><br><br>Secured<br>$112,039.75<br>$112,039.75 | <br><br><br><br><br>Priority<br>_____ | $112,039.75<br><br><br><br><br>Unsecured<br>_____ | <br><br><br><br><br>Case Number*<br>05-44567 | Modified Total<br><br><br><br><br>Secured<br>_____ | <br><br><br><br><br>Priority<br>_____ | $112,039.75<br><br><br><br><br>Unsecured<br>$112,039.75<br>$112,039.75 |
| Claim: 9685<br>Date Filed: 07/17/06<br>Docketed Total:   $139,824.40<br>Filing Creditor Name and Address<br>  PLASTIC MOLDINGS COMPANY LLC<br>  PMC<br>  2181 GRAND AVE<br>  CINCINNATI OH 45214-150 | Claim Holder Name and Address<br>PLASTIC MOLDINGS COMPANY LLC<br>PMC<br>2181 GRAND AVE<br>CINCINNATI OH 45214-150<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured<br>$139,824.40<br>$139,824.40 | <br><br><br><br><br>Priority<br>_____ | $139,824.40<br><br><br><br><br>Unsecured<br>_____ | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured<br>_____ | <br><br><br><br><br>Priority<br>_____ | $139,824.40<br><br><br><br><br>Unsecured<br>$139,824.40<br>$139,824.40 |
| Claim: 12190<br>Date Filed: 07/28/06<br>Docketed Total:   $5,738.00<br>Filing Creditor Name and Address<br>  PORT CITY METAL PRODUCTS INC<br>  C O PARMENTER O TOOLE<br>  601 TERRACE ST<br>  MUSKEGON MI 49443-0786 | Claim Holder Name and Address<br>PORT CITY METAL PRODUCTS INC<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786<br><br>Case Number*<br>05-44567 | Docketed Total<br><br><br><br><br>Secured<br>$5,738.00<br>$5,738.00 | <br><br><br><br><br>Priority<br>_____ | $5,738.00<br><br><br><br><br>Unsecured<br>_____ | <br><br><br><br><br>Case Number*<br>05-44567 | Modified Total<br><br><br><br><br>Secured<br>_____ | <br><br><br><br><br>Priority<br>_____ | $5,738.00<br><br><br><br><br>Unsecured<br>$5,738.00<br>$5,738.00 |

*See Exhibit G for a listing of debtor entities by case number.                                         Page:   9 of 11

In re Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2073<br>Date Filed:02/21/06<br>Docketed Total:   $29,268.00<br>Filing Creditor Name and Address<br>  QUICK CABLE CORPORATION<br>  3700 QUICK DR<br>  FRANKSVILLE WI 53126 | Claim Holder Name and Address   Docketed Total   $29,268.00<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $29,268.00<br>                                              $29,268.00 | | | | Modified Total   $28,260.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $28,260.00<br>                                              $28,260.00 | | | |
| Claim: 4045<br>Date Filed:11/25/05<br>Docketed Total:   $4,691.52<br>Filing Creditor Name and Address<br>  RIVERSIDE CLAIMS LLC AS<br>  ASSIGNEE FOR JAN PAK<br>  HUNTSVILLE<br>  RIVERSIDE CLAIMS LLC<br>  PO BOX 626 PLANETARIUM STATION<br>  NEW YORK NY 10024 | Claim Holder Name and Address   Docketed Total   $4,691.52<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR JAN PAK HUNTSVILLE<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $4,691.52<br>                                               $4,691.52 | | | | Modified Total   $4,519.20<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $4,519.20<br>                                               $4,519.20 | | | |
| Claim: 2696<br>Date Filed:04/19/06<br>Docketed Total:   $15,234.88<br>Filing Creditor Name and Address<br>  SCHAEFER SYSTEMS INTERNATIONAL<br>  & SIERRA LIQUIDITY FUND<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $15,234.88<br>SCHAEFER SYSTEMS INTERNATIONAL &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $15,234.88<br>                                              $15,234.88 | | | | Modified Total   $1,174.00<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $1,174.00<br>                                               $1,174.00 | | | |
| Claim: 16446<br>Date Filed:05/30/06<br>Docketed Total:   $144,962.44<br>Filing Creditor Name and Address<br>  SOUTHWIRE COMPANY<br>  BARBARA ELLIS-MONRO, ESQ.<br>  SMITH, GAMBRELL & RUSSELL, LLP<br>  1230 PEACHTREE STREET, N.E.,<br>  SUITE 3100<br>  ATLANTA GA 30309-3592 | Claim Holder Name and Address   Docketed Total   $144,962.44<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $144,962.44<br>                                             $144,962.44 | | | | Modified Total   $140,274.95<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $140,274.95<br>                                             $140,274.95 | | | |

*See Exhibit G for a listing of debtor entities by case number.                                     Page:   10 of 11

In re Delphi Corporation, et al.  Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16583<br>Date Filed: 03/20/07<br>Docketed Total: $206,964.00<br>Filing Creditor Name and Address<br>  TESTEQUITY INC<br>  ATTN ALEX BULCKE<br>  2450 TURQUOISE CIR<br>  THOUSAND OAKS CA 91320 | Claim Holder Name and Address    Docketed Total    $206,964.00<br>TESTEQUITY INC<br>ATTN ALEX BULCKE<br>2450 TURQUOISE CIR<br>THOUSAND OAKS CA 91320<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $206,964.00<br>                                                         $206,964.00 | Modified Total    $165,246.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $165,246.00 |
| Claim: 10373<br>Date Filed: 07/24/06<br>Docketed Total: $61,309.20<br>Filing Creditor Name and Address<br>  THE DAYTON POWER AND LIGHT<br>  COMPANY<br>  1065 WOODMAN DR<br>  DAYTON OH 45432 | Claim Holder Name and Address    Docketed Total    $61,309.20<br>THE DAYTON POWER AND LIGHT COMPANY<br>1065 WOODMAN DR<br>DAYTON OH 45432<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $61,309.20<br>                                                          $61,309.20 | Modified Total    $37,272.92<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $37,272.92<br>                                                          $37,272.92 |
| Claim: 2691<br>Date Filed: 04/19/06<br>Docketed Total: $10,701.40<br>Filing Creditor Name and Address<br>  THREE 60 PRODUCTIONS & SIERRA<br>  LIQUIDITY FUND<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $10,701.40<br>THREE 60 PRODUCTIONS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $10,701.40<br>                                                          $10,701.40 | Modified Total    $4,274.40<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                   $4,274.40<br>                                                           $4,274.40 |

Total Count of Claims: 41
Total Amount as Docketed:    $7,125,587.81
Total Amount as Modified:    $6,054,062.04

*See Exhibit G for a listing of debtor entities by case number.                    Page: 11 of 11