In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

### EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2870<br>Date Filed: 04/27/06<br>Docketed Total: $3,954.48<br>Filing Creditor Name and Address<br>ANDERSON CO SC<br>ANDERSON CO TREASURER<br>PO BOX 8002<br>ANDERSON SC 29622 | Claim Holder Name and Address   Docketed Total   $3,954.48<br>ANDERSON CO SC<br>ANDERSON CO TREASURER<br>PO BOX 8002<br>ANDERSON SC 29622<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $3,954.48<br>                              $3,954.48 | Modified Total   $3,033.57<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $3,033.57<br>                              $3,033.57 |
| Claim: 1502<br>Date Filed: 01/10/06<br>Docketed Total: $112,252.16<br>Filing Creditor Name and Address<br>BOARD OF COUNTY COMMISSIONERS<br>OF JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441 | Claim Holder Name and Address   Docketed Total   $112,252.16<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640       $112,252.16<br>               $112,252.16 | Modified Total   $97,459.26<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $97,459.26<br>                                       $97,459.26 |
| Claim: 7238<br>Date Filed: 05/31/06<br>Docketed Total: $16,756.18<br>Filing Creditor Name and Address<br>CHRIS HUGHES OKALOOSA COUNTY<br>TAX COLLECTOR<br>PHILIP A BATES PA<br>PO BOX 1390<br>PENSACOLA FL 32591-1390 | Claim Holder Name and Address   Docketed Total   $16,756.18<br>CHRIS HUGHES OKALOOSA COUNTY TAX<br>COLLECTOR<br>PHILIP A BATES PA<br>PO BOX 1390<br>PENSACOLA FL 32591-1390<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481       $16,756.18<br>               $16,756.18 | Modified Total   $16,120.74<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $16,120.74<br>                                       $16,120.74 |
| Claim: 355<br>Date Filed: 11/04/05<br>Docketed Total: $13,760.40<br>Filing Creditor Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Claim Holder Name and Address   Docketed Total   $13,760.40<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                     $13,760.40<br>                              $13,760.40 | Modified Total   $10,555.98<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                     $10,555.98<br>                              $10,555.98 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

### EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 356<br>Date Filed: 11/04/05<br>Docketed Total: $38.03<br>Filing Creditor Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Claim Holder Name and Address   Docketed Total   $38.03<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $38.03<br>                                $38.03 | Modified Total   $29.79<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $29.79<br>                                $29.79 |
| Claim: 357<br>Date Filed: 11/04/05<br>Docketed Total: $3,397.03<br>Filing Creditor Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Claim Holder Name and Address   Docketed Total   $3,397.03<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $3,397.03<br>                                $3,397.03 | Modified Total   $2,605.94<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $2,605.94<br>                                $2,605.94 |
| Claim: 5372<br>Date Filed: 05/09/06<br>Docketed Total: $860.67<br>Filing Creditor Name and Address<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 172920<br>TAMPA FL 33602 | Claim Holder Name and Address   Docketed Total   $860.67<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 172920<br>TAMPA FL 33602<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640       $860.67<br>                $860.67 | Modified Total   $860.67<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $860.67<br>                                         $860.67 |
| Claim: 1160<br>Date Filed: 12/13/05<br>Docketed Total: $636.02<br>Filing Creditor Name and Address<br>JOE G TEDDER TAX COLLECTOR<br>PO BOX 1189<br>BARTOW FL 33830 | Claim Holder Name and Address   Docketed Total   $636.02<br>JOE G TEDDER TAX COLLECTOR<br>PO BOX 1189<br>BARTOW FL 33830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481       $636.02<br>                $636.02 | Modified Total   $487.91<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $487.91<br>                                         $487.91 |

In re: Delphi Corporation, et al.                                                                                           Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1448<br>Date Filed:01/04/06<br>Docketed Total:   $4,025.93<br>Filing Creditor Name and Address<br>  KEN BURTON JR CFC<br>  TAX COLLECTOR MANATEE COUNTY<br>  PO BOX 25300<br>  BRADENTON FL 34206-5300 | Claim Holder Name and Address   Docketed Total     $4,025.93<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $4,025.93<br>                 $4,025.93 | Modified Total    $3,183.90<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                 $3,183.90<br>                                          $3,183.90 |
| Claim: 1449<br>Date Filed:01/04/06<br>Docketed Total:   $4,848.48<br>Filing Creditor Name and Address<br>  KEN BURTON JR CFC<br>  TAX COLLECTOR MANATEE COUNTY<br>  PO BOX 25300<br>  BRADENTON FL 34206-5300 | Claim Holder Name and Address   Docketed Total     $4,848.48<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $4,848.48<br>                 $4,848.48 | Modified Total    $3,834.41<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                 $3,834.41<br>                                          $3,834.41 |
| Claim: 1450<br>Date Filed:01/04/06<br>Docketed Total:   $3,247.89<br>Filing Creditor Name and Address<br>  KEN BURTON JR CFC<br>  TAX COLLECTOR MANATEE COUNTY<br>  PO BOX 25300<br>  BRADENTON FL 34206-5300 | Claim Holder Name and Address   Docketed Total     $3,247.89<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $3,247.89<br>                 $3,247.89 | Modified Total    $2,568.59<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                 $2,568.59<br>                                          $2,568.59 |
| Claim: 1451<br>Date Filed:01/04/06<br>Docketed Total:     $924.94<br>Filing Creditor Name and Address<br>  KEN BURTON JR CFC<br>  TAX COLLECTOR MANATEE COUNTY<br>  PO BOX 25300<br>  BRADENTON FL 34206-5300 | Claim Holder Name and Address   Docketed Total       $924.94<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640           $924.94<br>                   $924.94 | Modified Total      $731.49<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                   $731.49<br>                                            $731.49 |

*See Exhibit G for a listing of debtor entities by case number                                                Page:   3 of 5

In re: Delphi Corporation, et al.                                                                                             Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1770<br>Date Filed: 02/03/06<br>Docketed Total:   $110,647.51<br>Filing Creditor Name and Address<br>  LEXINGTON COUNTY<br>  212 S LAKE DR<br>  LEXINGTON SC 29072 | Claim Holder Name and Address   Docketed Total   $110,647.51<br>LEXINGTON COUNTY<br>212 S LAKE DR<br>LEXINGTON SC 29072<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481          $110,647.51<br>                  $110,647.51 | Modified Total   $98,010.73<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $98,010.73<br>                                      $98,010.73 |
| Claim: 10576<br>Date Filed: 07/25/06<br>Docketed Total:   $24,661.06<br>Filing Creditor Name and Address<br>  MADISON CO MS<br>  MADISON CO TAX COLLECTOR<br>  PO BOX 113<br>  CANTON MS 39046 | Claim Holder Name and Address   Docketed Total   $24,661.06<br>MADISON CO MS<br>MADISON CO TAX COLLECTOR<br>PO BOX 113<br>CANTON MS 39046<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                     $24,661.06<br>                             $24,661.06 | Modified Total   $18,918.07<br><br><br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                 $18,918.07<br>                         $18,918.07 |
| Claim: 4733<br>Date Filed: 05/04/06<br>Docketed Total:   $432.23<br>Filing Creditor Name and Address<br>  MARION COUNTY TAX COLLECTOR<br>  PO BOX 970<br>  OCALA FL 34478-0970 | Claim Holder Name and Address   Docketed Total   $432.23<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA FL 34478-0970<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640        $432.23<br>                $432.23 | Modified Total   $331.57<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $331.57<br>                                      $331.57 |
| Claim: 10248<br>Date Filed: 07/21/06<br>Docketed Total:   $8,075.92<br>Filing Creditor Name and Address<br>  PIMA COUNTY TREASURER PIMA<br>  COUNTY ASSESSOR PIMA COUNTY<br>  ARIZONA<br>  PIMA COUNTY ATTORNEYS OFFICE<br>  CIVIL<br>  32 N STONE AVE STE 2100<br>  TUCSON AZ 85701 | Claim Holder Name and Address   Docketed Total   $8,075.92<br>PIMA COUNTY TREASURER PIMA COUNTY<br>ASSESSOR PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>CIVIL<br>32 N STONE AVE STE 2100<br>TUCSON AZ 85701<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44481        $8,075.92<br>                $8,075.92 | Modified Total   $7,969.66<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $7,969.66<br>                                      $7,969.66 |

*See Exhibit G for a listing of debtor entities by case number                                              Page:   4 of 5

In re: Delphi Corporation, et al.            Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4527<br>Date Filed:05/02/06<br>Docketed Total: $44,542.68<br>Filing Creditor Name and Address<br> TAX COLLECTOR PINELLAS COUNTY<br> ATTN BETTY A GRAMLEY TAX MANAGER<br> PO BOX 2943<br> CLEARWATER FL 33757-2943 | Claim Holder Name and Address    Docketed Total    $44,542.68<br>TAX COLLECTOR PINELLAS COUNTY<br>ATTN BETTY A GRAMLEY TAX MANAGER<br>PO BOX 2943<br>CLEARWATER FL 33757-2943<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $44,542.68<br>                  $44,542.68 | Modified Total    $17,084.87<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $17,084.87<br>                                    $17,084.87<br><br>Total Count of Claims: 17<br>Total Amount as Docketed:       $353,061.61<br>Total Amount as Modified:       $283,787.15 |