In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8442-1    Filed 06/29/07    Entered 06/29/07 17:24:24    Exhibit A
Pg 1 of 1

Fourteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1117<br>Date Filed: 12/12/2005<br>Creditor's Name and Address:<br>HUBERT STUEKEN GMBH CO KG<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA, SC 29211<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $678,789.76<br>Priority:<br>Administrative:<br>Unsecured: $63,630.82<br>Total: $742,420.58 | Claim Number: 10375<br>Date Filed: 07/24/2006<br>Creditor's Name and Address:<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $774,931.06<br>Total: $774,931.06 |
| Claim Number: 630<br>Date Filed: 11/16/2005<br>Creditor's Name and Address:<br>IBM CREDIT LLC<br>TWO LINCOLN CTR<br>OAKBROOK TERRACE, IL 60181<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,724.00<br>Total: $6,724.00 | Claim Number: 680<br>Date Filed: 11/18/2005<br>Creditor's Name and Address:<br>IBM CORPORATION<br>TWO LINCOLN CTR<br>OAKBROOK TER, IL 60181<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $514,319.83<br>Total: $514,319.83 |
| Claim Number: 16323<br>Date Filed: 09/18/2006<br>Creditor's Name and Address:<br>MISSISSIPPI STATE TAX COMMISSION<br>PO BOX 22808<br>JACKSON, MS 39225-2808<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $347,412.16<br>Administrative:<br>Unsecured:<br>Total: $347,412.16 | Claim Number: 16588<br>Date Filed: 03/26/2007<br>Creditor's Name and Address:<br>MISSISSIPPI STATE TAX COMMISSION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON, MS 39225-2808<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,493,708.93<br>Administrative:<br>Unsecured: $32,442.36<br>Total: $1,526,151.29 |
| Claim Number: 16574<br>Date Filed: 03/15/2007<br>Creditor's Name and Address:<br>P AND R COMMUNICATIONS<br>731 E FIRST ST<br>DAYTON, OH 45401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,073.40<br>Total: $10,073.40 | Claim Number: 9214<br>Date Filed: 07/10/2006<br>Creditor's Name and Address:<br>P & R COMMUNICATIONS SERVICE INC<br>731 E 1ST ST<br>DAYTON, OH 45402<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,434.96<br>Total: $13,434.96 |

Total Claims to be Expunged: 4

Total Asserted Amount to be Expunged: $1,106,630.14