In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 8442-2   Filed 06/29/07   Entered 06/29/07 17:24:24   Exhibit B-1
Pg 1 of 1

Fourteenth Omnibus Claims Objection

**EXHIBIT B-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16541<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 | Claim Number: 6321<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br>SSOE INC<br>1001 MADISON AVE<br>TOLEDO, OH 43624<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 |
| Claim Number: 12394<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>NEC ELECTRONICS AMERICA INC<br>2880 SCOTT BLVD<br>SANTA CLARA, CA 95052-8062<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $308,024.19<br>Priority: $3,424,138.98<br>Administrative:<br>Unsecured: $5,984,616.34<br>Total: $9,716,779.51 | Claim Number: 16368<br>Date Filed: 10/16/2006<br>Creditor's Name and Address:<br>NEC ELECTRONICS AMERICA INC<br>2880 SCOTT BLVD<br>SANTA CLARA, CA 95052-8062<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $308,024.19<br>Priority: $3,424,138.98<br>Administrative:<br>Unsecured: $6,179,814.90<br>Total: $9,911,978.07 |
| Claim Number: 10968<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>TAKATA CORPORATION<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 10965<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>TAKATA CORPORATION<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Debtor: DELPHI TECHNOLOGIES, INC (05-44554)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 10571<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 10570<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402<br>Debtor: DELPHI TECHNOLOGIES, INC (05-44554)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

Total Claims to be Expunged: 4
Total Asserted Amount to be Expunged: $9,748,770.51