**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Fifteenth Omnibus Claims Objection

### EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STONEHILL INSTITUTIONAL PARTNERS LP<br>ATTN STEVE NELSON<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | 11907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$236,796.86<br>$236,796.86 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | 1 | | $236,796.86 | | |