05-44481-rdd    Doc 8443-2    Filed 06/29/07    Entered 06/29/07 17:35:10    Exhibit B-1
Pg 1 of 5

In re Delphi Corporation, et al.                                    Fifteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP<br>AMERICAN 3CI<br>713 OAKDALE<br>GRAND PRAIRIE, TX 75050 | 3730 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $278.41<br>Total: $278.41 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| ADVETECH INC<br>451 W MAIN ST<br>CANFIELD, OH 44406 | 3993 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $914.69<br>Total: $914.69 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| ALLIED ELECTRONICS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $593.84<br>Total: $593.84 | 12/05/2005 | DELPHI CORPORATION<br>(05-44481) |
| ALLIED ELECTRONICS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $557.03<br>Total: $557.03 | 12/05/2005 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC<br>(05-44632) |
| AMERICAN TURNED PRODUCTS INC<br>MACDONALD ILLIG JONES & BRITTON LLP<br>100 STATE ST STE 700<br>ERIE, PA 16507-1459 | 1779 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 02/06/2006 | DELPHI ELECTRONICS (HOLDING) LLC<br>(05-44547) |
| C & P WAREHOUSE FACILITY<br>2605 N DAVIS RD<br>KOKOMO, IN 46901 | 9645 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,542.88<br>Total: $7,542.88 | 07/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| CIT COMMUNICATIONS FINANCE CORPORATION DBA AVAYA FINANCIAL SERVICES FKA AT&T CREDIT CORPORATION<br>ATTN BANKRUPTCY DEPT<br>1 CIT DR STE 4104A<br>LIVINGSTON, NJ 07039 | 15603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,813.42<br>Total: $3,813.42 | 07/31/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DATWYLER RUBBER & PLASTICS<br>NELSON MULLINS RILEY & SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | 10905 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,595.00<br><br><br><br>$34,595.00 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | 2116 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,567.20<br>$3,567.20 | 02/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DORNER MFG CORP<br>975 COTTONWOOD AVE<br>HARTLAND, WI 53029-0020 | 2582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$522.63<br>$522.63 | 04/07/2006 | DELPHI CORPORATION (05-44481) |
| FINANCIAL SERVICES OF AMERICA LLC<br>4739 BELLEVIEW STE 304<br>KANSAS CITY, MO 64112 | 11227 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$233,418.13<br>$233,418.13 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FPE INC<br>1785 BIG HILL RD<br>DAYTON, OH 45439 | 11543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$430,308.97<br>$430,308.97 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 10375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$774,931.06<br>$774,931.06 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| HINKLE MANUFACTURING INC<br>PO BOX 60210<br>ROSSFORD, OH 43460 | 662 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,765.70<br>$5,765.70 | 11/18/2005 | DELPHI CORPORATION (05-44481) |
| HYPERTRONICS CORP EFT<br>16 BRENT DR<br>HUDSON, MA 01749-2978 | 3937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$890.64<br>$890.64 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ICG CASTINGS INC<br>101 POPLAR ST<br>PO BOX 470<br>DOWAGIAC, MI 49047 | 40 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$272,340.10<br><br>$823,166.05<br>$1,095,506.15 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL OUTSOURCING SERVICES<br>1600 W BLOOMFIELD RD<br>BLOOMINGTON, IN 47403 | 12194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$33,114.60<br>$33,114.60 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| KOKUSAI INC<br>8102 WOODLAND DR<br>INDIANAPOLIS, IN 46278 | 1986 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,933.77<br>$3,933.77 | 02/14/2006 | DELPHI CORPORATION (05-44481) |
| MICHAEL A POLITO<br>SAMUEL F PRATO ESQ<br>ALLIANCE BUILDING STE I 435<br>I 83 EAST MAIN ST<br>ROCHESTER, NY 14604 | 3908 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| NATIONAL ABATEMENT CORPORATION<br>5206 GATEWAY CENTRE STE 200<br>FLINT, MI 48507 | 2042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,585.00<br><br><br>$210.00<br>$17,795.00 | 02/16/2006 | DELPHI CORPORATION (05-44481) |
| NYPRO CHIHUAHUA S DE RL DE CV<br>AVE HEMINGWAY NO 11517<br>COMPLEJO IND<br>CHIHUAHUA CHIH, 31109<br>MEXICO | 9976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$29,114.44<br>$29,114.44 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| SCHAEFER PLUMBING SUPPLY CO I INC<br>146 160 CLINTON ST<br>BUFFALO, NY 14203 | 2899 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$686.37<br>$686.37 | 04/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHERWIN WILLIAMS CO THE<br>1100 NORTH EXPY STE 1<br>BROWNSVILLE, TX 78520 | 8798 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$278.75<br>$278.75 | 06/30/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SKF DE MEXICO S A DE C V<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899 | 11275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,007.33<br>Total: $8,007.33 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIALTY COATINGS SYSTEMS<br>EFT<br>ADLER POLLOCK & SHEEHAN PC<br>ONE CITIZENS PLAZA 8TH FLOOR<br>PROVIDENCE, RI 02903 | 15683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,385.97<br>Total: $76,385.97 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT<br>PO BOX 8575<br>ALBUQUERQUE, NM 87198-8575 | 6786 | Secured:<br>Priority: $21,000.00<br>Administrative:<br>Unsecured:<br>Total: $21,000.00 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| THE CONNECTICUT LIGHT & POWER COMPANY<br>CREDIT AND COLLECTION CTR<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 110 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,418.83<br>Total: $1,418.83 | 10/25/2005 | DELPHI CORPORATION (05-44481) |
| TOYOTA MOTOR NORTH AMERICA INC AND TOYOTA MOTOR MANUFACTURING KENTUCKY INC<br>TODD HESEKIEL<br>59 MAIDEN LANE<br>NEW YORK, NY 10038 | 11614 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 4041 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 05/01/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS<br>1212 AVE OF THE AMERICAS<br>NEW YORK, NY 10036-1689 | 10565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,849.76<br>Total: $13,849.76 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 4038 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 05/01/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 10753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $299,663.69<br><br><br><br>$299,663.69 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 32 | $23,598,454.26 | | | |