In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Claims Objection

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TAX COLLECTOR SANTA ROSA COUNTY<br>ROBERT MCCLURE SANTA ROSA TAX COLLE<br>PO BOX 7100<br>MILTON, FL 32572 | 16403 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $182,356.00<br><br><br><br>$182,356.00 | 11/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US CUSTOMS & BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16201 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/14/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |

**Total:** 2     **$182,356.00**