05-44481-rdd    Doc 8443-4    Filed 06/29/07    Entered 06/29/07 17:35:10    Exhibit C
Pg 1 of 1

In re Delphi Corporation, et al.                                    Fifteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FISHER SCIENTIFIC<br>REGIONAL CREDIT MANAGER<br>2000 PARK LN<br>PITTSBURGH, PA 15275 | 16581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$57,969.20<br>$57,969.20 | 03/19/2007 | DELPHI CORPORATION<br>(05-44481) |
| MARPOSS CORPORATION<br>3300 CROSS CREEK PKWY<br>AUBURN HILLS, MI 48326 | 16598 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$24,025.00<br>$24,025.00 | 04/24/2007 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| Total: | 2 | | $81,994.20 | | |