**In re: Delphi Corporation, et al.**  **Fifteenth Omnibus Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16493<br>Date Filed: 01/22/07<br>Docketed Total: $18,144.44<br>Filing Creditor Name and Address<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE IN 46802 | Claim Holder Name and Address  Docketed Total  $18,144.44<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE IN 46802<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                 $18,144.44<br>                         $18,144.44 | Modified Total  $17,847.03<br><br><br><br><br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640              $17,847.03<br>                      $17,847.03 |
| Claim: 16396<br>Date Filed: 10/31/06<br>Docketed Total: $44,356.98<br>Filing Creditor Name and Address<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN MEMORIAL DR<br>VANDALIA OH 45377 | Claim Holder Name and Address  Docketed Total  $44,356.98<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN MEMORIAL DR<br>VANDALIA OH 45377<br><br>Case Number*  Secured  Priority   Unsecured<br>05-44640              $44,356.98<br>                      $44,356.98 | Modified Total  $23,753.00<br><br><br><br><br><br>Case Number*  Secured  Priority   Unsecured<br>05-44640                        $23,753.00<br>                                 $23,753.00 |
| Claim: 362<br>Date Filed: 11/04/05<br>Docketed Total: $469.80<br>Filing Creditor Name and Address<br>LYNDA HALL TAX COLLECTOR<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE AL 95808 | Claim Holder Name and Address  Docketed Total  $469.80<br>LYNDA HALL TAX COLLECTOR MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE AL 95808<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481      $469.80<br>              $469.80 | Modified Total  $399.04<br><br><br><br><br><br>Case Number*  Secured  Priority   Unsecured<br>05-44640                        $399.04<br>                                 $399.04 |
| Claim: 16588<br>Date Filed: 03/26/07<br>Docketed Total: $1,526,151.29<br>Filing Creditor Name and Address<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON MS 39225-2808 | Claim Holder Name and Address  Docketed Total  $1,526,151.29<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON MS 39225-2808<br><br>Case Number*  Secured  Priority          Unsecured<br>05-44481            $1,493,708.93    $32,442.36<br>                    $1,493,708.93    $32,442.36 | Modified Total  $1,493,708.93<br><br><br><br><br><br>Case Number*  Secured  Priority          Unsecured<br>05-44640            $1,493,708.93<br>                    $1,493,708.93 |

*See Exhibit F for a listing of debtor entities by case number          Page:   1 of 2

In re: Delphi Corporation, et al.  Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16580<br>Date Filed: 03/16/07<br>Docketed Total: $18,990.89<br>Filing Creditor Name and Address<br>TENNESSEE DEPARTMENT OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | Claim Holder Name and Address   Docketed Total   $18,990.89<br>TENNESSEE DEPARTMENT OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $18,990.89<br>                                     $18,990.89 | Modified Total   $18,990.89<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                           $18,990.89<br>                                    $18,990.89 |
| Claim: 4037<br>Date Filed: 05/01/06<br>Docketed Total: $1,192.40<br>Filing Creditor Name and Address<br>US CUSTOMS AND BORDER PROTECTION<br>ROBERT B HAMILTON JR DIRECTOR REVEN<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | Claim Holder Name and Address   Docketed Total   $1,192.40<br>US CUSTOMS AND BORDER PROTECTION<br>ROBERT B HAMILTON JR DIRECTOR REVEN<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS IN 46268<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                  $0.00   $1,192.40<br>                                       $1,192.40 | Modified Total   $1,192.40<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                             $1,192.40<br>                                     $1,192.40 |

                       Total Count of Claims: 6
                       Total Amount as Docketed: $1,609,305.80
                       Total Amount as Modified: $1,555,891.29