In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1074<br>Date Filed:12/08/05<br>Docketed Total:   $208,012.10<br>Filing Creditor Name and Address<br> ACUSHNET RUBBER COMPANY INC<br> DBA PRECIX<br> LYNNE MASTERA<br> 744 BELLEVILLE AVE<br> PO BOX 6916<br> NEW BEDFORD MA 02742-6916 | Claim Holder Name and Address   Docketed Total   $208,012.10<br>ACUSHNET RUBBER COMPANY INC DBA<br>PRECIX<br>LYNNE MASTERA<br>744 BELLEVILLE AVE<br>PO BOX 6916<br>NEW BEDFORD MA 02742-6916<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $67,064.46   $140,947.64<br>   $67,064.46   $140,947.64 | Modified Total   $208,012.10<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $14,588.49   $193,423.61<br>   $14,588.49   $193,423.61 |
| Claim: 15226<br>Date Filed:07/31/06<br>Docketed Total:   $87,775.20<br>Filing Creditor Name and Address<br> DELTA PRODUCTS CORPORATION<br> 4405 CUSHING PKWY<br> FREMONT CA 94538 | Claim Holder Name and Address   Docketed Total   $87,775.20<br>DELTA PRODUCTS CORPORATION<br>4405 CUSHING PKWY<br>FREMONT CA 94538<br><br>Case Number*   Secured   Priority   Unsecured<br>   $87,775.20<br>   $87,775.20 | Modified Total   $83,233.95<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $12,986.67   $70,247.28<br>   $12,986.67   $70,247.28 |
| Claim: 7577<br>Date Filed:06/06/06<br>Docketed Total:   $77,399.49<br>Filing Creditor Name and Address<br> EXPORT CORPORATION<br> DENNIS  A HALEY P14538<br> WINEGARDEN HALEY LINDHOLM &<br> ROBERTS<br> G 9460 S SAGINAW ST STE A<br> GRAND BLANC MI 48439 | Claim Holder Name and Address   Docketed Total   $77,399.49<br>EXPORT CORPORATION<br>DENNIS  A HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $11,691.36   $65,708.13<br>   $11,691.36   $65,708.13 | Modified Total   $77,228.85<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $11,691.36   $65,537.49<br>   $11,691.36   $65,537.49 |
| Claim: 6615<br>Date Filed:05/22/06<br>Docketed Total:   $7,907.92<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ITW DELTAR ENGINEERED FASTENER<br> 1700 1ST AVE<br> CHIPPEWA FALLS WI 54729 | Claim Holder Name and Address   Docketed Total   $7,907.92<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS WI 54729<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $7,907.92<br>   $7,907.92 | Modified Total   $7,495.37<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $2,006.78   $5,488.59<br>   $2,006.78   $5,488.59 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   1 of 6

In re: Delphi Corporation, <u>et al.</u>                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9565**
Date Filed: 07/17/06
Docketed Total:  $4,890.13
Filing Creditor Name and Address
  ILLINOIS TOOL WORKS INC
  ANCHOR FASTENERS
  26101 FARGO AVE
  CLEVELAND OH 44146-1305

Claim Holder Name and Address      Docketed Total      $4,890.13
ILLINOIS TOOL WORKS INC
ANCHOR FASTENERS
26101 FARGO AVE
CLEVELAND OH 44146-1305

Modified Total      $4,603.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $4,890.13 | | 05-44640 | | $2,268.00 | $2,335.92 |
| | | $4,890.13 | | | | $2,268.00 | $2,335.92 |

**Claim: 9566**
Date Filed: 07/17/06
Docketed Total:  $148,992.68
Filing Creditor Name and Address
  ILLINOIS TOOL WORKS INC
  ILLINOIS TOOL WORKS TOMCO
  3600 W LAKE AVE
  GLENVIEW IL 60025-121

Claim Holder Name and Address      Docketed Total      $148,992.68
ILLINOIS TOOL WORKS INC
ILLINOIS TOOL WORKS TOMCO
3600 W LAKE AVE
GLENVIEW IL 60025-121

Modified Total      $137,447.47

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $147,821.71 | $1,170.97 | 05-44640 | | $86,033.76 | $51,413.71 |
| | | $147,821.71 | $1,170.97 | | | $86,033.76 | $51,413.71 |

**Claim: 9568**
Date Filed: 07/17/06
Docketed Total:  $1,394.26
Filing Creditor Name and Address
  ILLINOIS TOOL WORKS INC
  ITW DELPRO
  8440 A WEST 183RD PL
  TINLEY PK IL 60477

Claim Holder Name and Address      Docketed Total      $1,394.26
ILLINOIS TOOL WORKS INC
ITW DELPRO
8440 A WEST 183RD PL
TINLEY PK IL 60477

Modified Total      $1,210.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $386.76 | $1,007.50 | 05-44640 | | $386.76 | $824.15 |
| | | $386.76 | $1,007.50 | | | $386.76 | $824.15 |

**Claim: 9573**
Date Filed: 07/17/06
Docketed Total:  $159,690.14
Filing Creditor Name and Address
  ITW DELTAR INSERT MOLDED
  PRODUCTS
  9629 W 197TH ST
  MOKENA IL 60448

Claim Holder Name and Address      Docketed Total      $159,690.14
ITW DELTAR INSERT MOLDED PRODUCTS
9629 W 197TH ST
MOKENA IL 60448

Modified Total      $149,178.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $159,690.14 | | 05-44640 | | $27,134.11 | $122,044.16 |
| | | $159,690.14 | | | | $27,134.11 | $122,044.16 |

*See Exhibit F for a listing of debtor entities by case number                Page:   2 of 6

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8999**
Date Filed: 07/05/06
Docketed Total:  $10,344.99
Filing Creditor Name and Address
 J O GALLOUP COMPANY
 130 N HELMER RD
 BATTLE CREEK MI 49015

Claim Holder Name and Address     Docketed Total     $10,344.99
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,000.00 | $9,344.99 |
| | | $1,000.00 | $9,344.99 |

Modified Total     $10,320.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,000.00 | $9,320.23 |
| | | $1,000.00 | $9,320.23 |

---

**Claim: 4198**
Date Filed: 05/01/06
Docketed Total:   $19,118.81
Filing Creditor Name and Address
 JOSEPH T RYERSON & SON INC
 33966 TREASURY CTR
 CHICAGO IL 60694-3900

Claim Holder Name and Address     Docketed Total     $19,118.81
JOSEPH T RYERSON & SON INC
33966 TREASURY CTR
CHICAGO IL 60694-3900

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,118.81 |
| | | | $19,118.81 |

Modified Total     $19,118.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,903.55 | $14,215.26 |
| | | $4,903.55 | $14,215.26 |

---

**Claim: 12141**
Date Filed: 07/28/06
Docketed Total:   $151,106.18
Filing Creditor Name and Address
 KICKHAEFER MANUFACTURING CO
 KMC
 1221 S PARK ST
 PO BOX 348
 PORT WASHINGTON WI 53074-0348

Claim Holder Name and Address     Docketed Total     $151,106.18
KICKHAEFER MANUFACTURING CO KMC
1221 S PARK ST
PO BOX 348
PORT WASHINGTON WI 53074-0348

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,106.18 | |
| | | $151,106.18 | |

Modified Total     $151,106.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,150.59 | $113,955.59 |
| | | $37,150.59 | $113,955.59 |

---

**Claim: 13526**
Date Filed: 07/31/06
Docketed Total:   $103,714.47
Filing Creditor Name and Address
 KURZ KASCH INC
 2271 ARBOR BLVD
 DAYTON OH 45401-1246

Claim Holder Name and Address     Docketed Total     $103,714.47
KURZ KASCH INC
2271 ARBOR BLVD
DAYTON OH 45401-1246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $103,714.47 | | |
| | $103,714.47 | | |

Modified Total     $103,412.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $34.40 | $1,627.27 |
| 05-44640 | | $8,604.00 | $93,146.40 |
| | | $8,638.40 | $94,773.67 |

---

*See Exhibit F for a listing of debtor entities by case number                              Page:   3 of 6

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

# EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10704<br>Date Filed:07/25/06<br>Docketed Total:  $2,918,299.31<br>Filing Creditor Name and Address<br> MEADVILLE FORGING CO<br> EDWARD B LOCCISANO<br> PO BOX 459 D<br> MEADVILLE PA 16335 | Claim Holder Name and Address   Docketed Total   $2,918,299.31<br>MEADVILLE FORGING CO<br>EDWARD B LOCCISANO<br>PO BOX 459 D<br>MEADVILLE IL 16335<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44640                    $213,681.48   $2,704,617.83<br>                            $213,681.48   $2,704,617.83 | Modified Total   $2,918,299.31<br><br><br><br><br>Case Number*    Secured    Priority        Unsecured<br>05-44640                    $213,681.48   $2,704,617.83<br>                            $213,681.48   $2,704,617.83 |
| Claim: 8316<br>Date Filed:06/21/06<br>Docketed Total:   $95,572.47<br>Filing Creditor Name and Address<br> METAL SURFACES INC<br> ATTN ROBERT H LEDTERMAN PRES<br> CEO<br> 6060 SHULL ST<br> BELL GARDENS CA 90201 | Claim Holder Name and Address   Docketed Total   $95,572.47<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44624                    $9,392.78     $86,179.69<br>                            $9,392.78     $86,179.69 | Modified Total   $91,835.90<br><br><br><br><br>Case Number*    Secured    Priority       Unsecured<br>05-44624                    $6,251.95     $85,583.95<br>                            $6,251.95     $85,583.95 |
| Claim: 9190<br>Date Filed:07/10/06<br>Docketed Total:   $315,746.36<br>Filing Creditor Name and Address<br> METALFORMING TECHNOLOGIES INC<br> 980 N MICHIGAN AVE<br> STE 1900<br> CHICAGO IL 60611 | Claim Holder Name and Address   Docketed Total   $315,746.36<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO IL 60611<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44481                                  $315,746.36<br>                                          $315,746.36 | Modified Total   $55,620.35<br><br><br><br><br>Case Number*    Secured    Priority      Unsecured<br>05-44640                    $13,755.27   $41,865.08<br>                            $13,755.27   $41,865.08 |
| Claim: 16391<br>Date Filed:10/10/06<br>Docketed Total:   $914,212.99<br>Filing Creditor Name and Address<br> NISSHINBO AUTOMOTIVE CORP<br> SEAN M WALSH ESQ<br> COX HODGMAN & GIARMARCO PC<br> 101 W BIG BEAVER RD 10TH FLR<br> TROY MI 48084 | Claim Holder Name and Address   Docketed Total   $914,212.99<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*    Secured        Priority    Unsecured<br>05-44481        $223,420.11               $690,792.88<br>                $223,420.11               $690,792.88 | Modified Total   $914,212.99<br><br><br><br><br>Case Number*    Secured    Priority      Unsecured<br>05-44640                    $27,446.05   $886,766.94<br>                            $27,446.05   $886,766.94 |

In re: Delphi Corporation, <u>et al.</u>                                                                              Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4531**
Date Filed: 05/02/06
Docketed Total:  $201,340.46
Filing Creditor Name and Address
 NMB TECHNOLOGIES CORPORATION
 9730 INDEPENDENCE AVE
 CHATSWORTH CA 91311

Claim Holder Name and Address — Docketed Total — $201,340.46
NMB TECHNOLOGIES CORPORATION
9730 INDEPENDENCE AVE
CHATSWORTH CA 91311

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $201,340.46 | | |
| | $201,340.46 | | |

Modified Total — $201,100.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $2,270.00 | $2,961.51 |
| 05-44640 | | $1,786.80 | $194,082.15 |
| | | $4,056.80 | $197,043.66 |

---

**Claim: 16558**
Date Filed: 02/28/07
Docketed Total:  $389,743.52
Filing Creditor Name and Address
 OTTO BOCK POLYURETHANE
 TECHNOLOGIES INC
 PENN CTR WEST THREE STE 406
 PITTSBURGH PA 15276

Claim Holder Name and Address — Docketed Total — $389,743.52
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $144,348.23 | $245,395.29 |
| | | $144,348.23 | $245,395.29 |

Modified Total — $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $130,000.00 | $259,743.52 |
| | | $130,000.00 | $259,743.52 |

---

**Claim: 12132**
Date Filed: 07/28/06
Docketed Total:  $14,497.86
Filing Creditor Name and Address
 ROTOR CLIP COMPANY INC
 ROBERT L SCHMIDT ESQ
 NORRIS MCLAUGHLIN MARCUS PA
 PO BOX 1018
 SOMERVILLE NJ 08876-1018

Claim Holder Name and Address — Docketed Total — $14,497.86
ROTOR CLIP COMPANY INC
ROBERT L SCHMIDT ESQ
NORRIS MCLAUGHLIN MARCUS PA
PO BOX 1018
SOMERVILLE NJ 08876-1018

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $14,497.86 | |
| | | $14,497.86 | |

Modified Total — $14,497.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $14,497.86 | |
| | | $14,497.86 | |

---

**Claim: 9584**
Date Filed: 07/17/06
Docketed Total:  $116,843.56
Filing Creditor Name and Address
 SIERRA LIQUIDITY FUND LLC
 ASSIGNEE LAKE ERIE PRODUCTS
 INC  LIVONIA FITTINGS PRODUCTS
 COMPANY ET AL ASSIGN
 SIERRA LIQUIDITY FUND LLC
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address — Docketed Total — $116,843.56
SIERRA LIQUIDITY FUND LLC ASSIGNEE
LAKE ERIE PRODUCTS INC  LIVONIA
FITTINGS PRODUCTS COMPANY ET AL
ASSIGN
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $112,046.24 |
| | | $4,797.32 | $112,046.24 |

Modified Total — $116,724.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $111,927.14 |
| | | $4,797.32 | $111,927.14 |

---

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10377<br>Date Filed:07/24/06<br>Docketed Total:  $12,760.50<br>Filing Creditor Name and Address<br> STUEKEN LLC<br> STANLEY H MCGUFFIN ESQ<br> HAYNSWORTH SINKLER BOYD PA<br> PO BOX 11889<br> COLUMBIA SC 29211 | Claim Holder Name and Address   Docketed Total   $12,760.50<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481                                    $12,760.50<br>                                             $12,760.50 | Modified Total   $12,760.50<br><br><br>Case Number*    Secured         Priority        Unsecured<br>05-44640                         $12,760.50<br>                                 $12,760.50 |
| Claim: 11466<br>Date Filed:07/27/06<br>Docketed Total:  $95,661.00<br>Filing Creditor Name and Address<br> VALEO ELECTRICAL SYSTEMS INC<br> WIPERS DIVISION<br> ATTN CHRISTOPHER R CONNELY<br> 3000 UNIVERSITY DR<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address   Docketed Total   $95,661.00<br>VALEO ELECTRICAL SYSTEMS INC WIPERS<br>DIVISION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640                                    $95,661.00<br>                                             $95,661.00 | Modified Total   $95,661.00<br><br><br>Case Number*    Secured         Priority        Unsecured<br>05-44640                         $8,518.50       $87,142.50<br>                                 $8,518.50       $87,142.50 |
| Claim: 11465<br>Date Filed:07/27/06<br>Docketed Total:  $76,841.75<br>Filing Creditor Name and Address<br> VALEO SWITCHES AND DETECTION<br> SYSTEMS INC<br> ATTN CHRISTOPHER R CONNELY<br> 3000 UNIVERSITY DR<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address   Docketed Total   $76,841.75<br>VALEO SWITCHES AND DETECTION<br>SYSTEMS INC<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640                                    $76,841.75<br>                                             $76,841.75 | Modified Total   $76,841.75<br><br><br>Case Number*    Secured         Priority        Unsecured<br>05-44640                         $1,653.86       $75,187.89<br>                                 $1,653.86       $75,187.89 |

Total Count of Claims:   23
Total Amount as Docketed:        $6,131,866.15
Total Amount as Modified:        $5,839,666.23

*See Exhibit F for a listing of debtor entities by case number          Page:   6 of 6