**In re Delphi Corporation, et al.**  Fifteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| INTESYS TECHNOLOGIES INC<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE 17TH FL<br>NEW YORK, NY 10017-6314 | 10770 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $511,037.71<br>Total: $511,037.71 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| MARCO MANUFACTURING CO<br>BUCKINGHAM DOOLITTLE & BURROUGHS LL<br>PO BOX 1500<br>AKRON, OH 44309-1500 | 11132 | Secured:<br>Priority: $78,973.54<br>Administrative:<br>Unsecured: $182,065.34<br>Total: $261,038.88 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | **$772,076.59** | | |