**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN CASUALTY COMPANY OF READING PA<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 2534 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$44,080,000.00<br><br><br>$44,080,000.00 | 04/03/2006 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA N A<br>BARNES & THORNBURG LLP<br>300 OTTAWA AVE NW STE 500<br>GRAND RAPIDS, MI 49503 | 11317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$38,127,592.68<br><br><br>$38,127,592.68 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>BARNES & THORNBURG LLP<br>300 OTTAWA AVE NW STE 500<br>GRAND RAPIDS, MI 49503 | 11470 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$38,127,592.68<br><br><br>$38,127,592.68 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>BARNES & THORNBURG LLP<br>300 OTTAWA AVE NW STE 500<br>GRAND RAPIDS, MI 49503 | 11457 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$38,127,592.68<br><br><br>$38,127,592.68 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| FRYS METAL INC A COOKSON ELECTRONICS COMPANY<br>ADLER POLLOCK & SHEEHAN PC<br>ONE CITIZENS PLZ 8TH FL<br>PROVIDENCE, RI 02903 | 15681 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$58,228.25<br>$58,228.25 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRYS METAL INC A COOKSON ELECTRONICS COMPANY<br>ADLER POLLOCK & SHEEHAN PC<br>ONE CITIZENS PLZ 8TH FL<br>PROVIDENCE, RI 02903 | 15679 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,284.59<br>$12,284.59 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GREAK & BUSBY PC<br>8008 SLIDE RD STE 30<br>LUBBOCK, TX 79424-2828 | 8502 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,000.00<br>$20,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| HURLEY PACKAGING OF TEXAS INC<br>A PROFESSIONAL CORPORATION<br>8008 SLIDE RD STE 30<br>LUBBOCK, TX 79424-2828 | 8519 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,000.00<br>$40,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON CONTROL INC BATTERY GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15526 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MJ CELCO<br>SCHWARTZ COOPER CHARTERED<br>180 N LA SALLE ST<br>CHICAGO, IL 60601 | 12183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$800,000.00<br>$800,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,303.33<br><br>$750.00<br>$5,053.33 | 07/18/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,626.21<br><br>$250.00<br>$2,876.21 | 07/18/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PBR COLUMBIA LLC<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 14    **$161,357,844.90**