**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Fifteenth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUN MICROSYSTEMS INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 16597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$114,168.03<br><br>$114,168.03 | 04/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $82,643.04<br>$0.00<br><br>$0.00<br>$82,643.04 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| US CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/14/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| **Total:** | **3** | | **$196,811.07** | | |