05-44481-rdd    Doc 8443-11    Filed 06/29/07    Entered 06/29/07 17:35:10    Exhibit E-4
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN RECYCLING & MANUFACTURING CO INC<br>58 MC KEE RD<br>ROCHESTER, NY 14611 | 16556 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,645.16<br>$40,645.16 | 03/21/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$40,645.16** | | |