**In re Delphi Corporation, et al.**  **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT E-5 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,177.53<br><br><br><br>$3,177.53 | 01/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$3,177.53** | | |