In re: Delphi Corporation, et al.    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2287<br>Date Filed: 03/14/06<br>Docketed Total:   $12,921.52<br>Filing Creditor Name and Address<br>  ACORN DISTRIBUTORS INC<br>  5820 FORTUNE CIR W<br>  INDIANAPOLIS IN 46241 | Claim Holder Name and Address   Docketed Total   $12,921.52<br>AFI<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640      _____   _____    $12,921.52<br>                                               $12,921.52 | Modified Total   $7,723.22<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640      _____   _____    $7,723.22<br>                                               $7,723.22 |
| Claim: 1439<br>Date Filed: 01/04/06<br>Docketed Total:   $121,415.94<br>Filing Creditor Name and Address<br>  BATTENFELD OF AMERICA INC<br>  ATTN RON RICAPITO<br>  1620 SHANAHAN DR<br>  SOUTH ELGIN IL 60177 | Claim Holder Name and Address   Docketed Total   $121,415.94<br>BATTENFELD OF AMERICA INC<br>ATTN RON RICAPITO<br>1620 SHANAHAN DR<br>SOUTH ELGIN IL 60177<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481      _____   _____    $121,415.94<br>                                               $121,415.94 | Modified Total   $83,403.44<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640      _____   _____    $83,403.44<br>                                               $83,403.44 |
| Claim: 11186<br>Date Filed: 07/26/06<br>Docketed Total:   $180,633.39<br>Filing Creditor Name and Address<br>  BEAVER VALLEY MANUFACTURING<br>  INC<br>  IRA RUBIN<br>  GOLDMAN RUBIN & SHAPIRO<br>  1340 WOODMAN DR<br>  DAYTON OH 45432 | Claim Holder Name and Address   Docketed Total   $180,633.39<br>BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON OH 45432<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481      _____   _____    $180,633.39<br>              _____   _____    $180,633.39 | Modified Total   $121,384.39<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640      _____   _____    $121,384.39<br>                                               $121,384.39 |
| Claim: 7235<br>Date Filed: 05/31/06<br>Docketed Total:   $27,708.00<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF BARRY METALS<br>  INTERNATIONAL<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $27,708.00<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>BARRY METALS INTERNATIONAL<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640      _____   _____    $27,708.00<br>              _____   _____    $27,708.00 | Modified Total   $26,520.00<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640      _____   _____    $26,520.00<br>              _____   _____    $26,520.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   1 of 10

In re: Delphi Corporation, et al.    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7237<br>Date Filed: 05/31/06<br>Docketed Total: $241,702.84<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF IMCO INC<br>ATTN ALPA JIMINEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $241,702.84<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>IMCO INC<br>ATTN ALPA JIMINEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $241,702.84<br>                                                   $241,702.84 | Modified Total    $236,776.04<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $236,776.04<br>                                                   $236,776.04 |
| Claim: 7367<br>Date Filed: 06/02/06<br>Docketed Total: $56,625.90<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF NINGBO SCHLEMMER<br>AUTOMOTIVE PARTS CO LTD<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $56,625.90<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>NINGBO SCHLEMMER AUTOMOTIVE PARTS<br>CO LTD<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $56,625.90<br>                                                   $56,625.90 | Modified Total    $56,252.10<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $56,252.10<br>                                                   $56,252.10 |
| Claim: 8030<br>Date Filed: 06/15/06<br>Docketed Total: $135,220.81<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF PARSON & MAXSON<br>INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $135,220.81<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PARSON & MAXSON INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $135,220.81<br><br>                                                   $135,220.81 | Modified Total    $111,390.58<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                           $22,759.61<br><br>05-44640                                           $88,630.97<br>                                                   $111,390.58 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

**EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8024<br>Date Filed: 06/15/06<br>Docketed Total: $142,150.86<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF PLASTIC PLATE INC<br>IDENTIFIED BY DEBTOR AS LACKS<br>TRIM SYSTEMS<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PLASTIC PLATE INC IDENTIFIED BY<br>DEBTOR AS LACKS TRIM SYSTEMS<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | Docketed Total $142,150.86 | | | Modified Total | $114,522.59 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$142,150.86<br><br>$142,150.86 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$114,522.59<br><br>$114,522.59 |
| Claim: 12695<br>Date Filed: 07/28/06<br>Docketed Total: $120,459.00<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG KUNHWA<br>CO LTD<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG KUNHWA CO LTD<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | Docketed Total $120,459.00 | | | Modified Total | $77,394.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$120,459.00<br><br>$120,459.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$77,394.00<br><br>$77,394.00 |
| Claim: 1201<br>Date Filed: 12/19/05<br>Docketed Total: $104,504.04<br>Filing Creditor Name and Address<br>ELECTRONIC SOLUTIONS INC<br>1590 PAGE INDUSTRIAL BLVD<br>ST LOUIS MO 63132 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | Docketed Total $104,504.04 | | | Modified Total | $100,499.44 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$104,504.04<br>$104,504.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$100,499.44<br>$100,499.44 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   3 of 10

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

### EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14837<br>Date Filed: 07/31/06<br>Docketed Total: $115,123.63<br>Filing Creditor Name and Address<br>EMC2 CORPORATION<br>C O RECEIVABLE MANAGEMENT SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | Claim Holder Name and Address<br>EMC2 CORPORATION<br>C O RECEIVABLE MANAGEMENT SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | Docketed Total | | $115,123.63 | | | Modified Total | $73,342.81 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$40,950.67<br>$40,950.67 | Unsecured<br>$74,172.96<br>$74,172.96 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$73,342.81<br>$73,342.81 |
| Claim: 813<br>Date Filed: 11/22/05<br>Docketed Total: $963,099.68<br>Filing Creditor Name and Address<br>ENTERGY MISSISSIPPI INC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS LA 70174-6008 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $963,099.68 | | | Modified Total | $363,099.68 |
| | Case Number*<br>05-44640 | Secured<br>$963,099.68<br>$963,099.68 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$363,099.68<br>$363,099.68 |
| Claim: 11542<br>Date Filed: 07/27/06<br>Docketed Total: $72,759.50<br>Filing Creditor Name and Address<br>FLEX TECHNOLOGIES INC<br>PO BOX 400<br>5479 GUNDY DR<br>MIDVALE OH 44653 | Claim Holder Name and Address<br>FLEX TECHNOLOGIES INC<br>PO BOX 400<br>5479 GUNDY DR<br>MIDVALE OH 44653 | Docketed Total | | $72,759.50 | | | Modified Total | $39,992.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$72,759.50<br>$72,759.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$39,992.50<br>$39,992.50 |
| Claim: 8508<br>Date Filed: 06/26/06<br>Docketed Total: $22,258.80<br>Filing Creditor Name and Address<br>FLOW DRY TECHNOLOGY LTD<br>379 ALBERT RD<br>BROOKVILLE OH 45309-924 | Claim Holder Name and Address<br>FLOW DRY TECHNOLOGY LTD<br>379 ALBERT RD<br>BROOKVILLE OH 45309-924 | Docketed Total | | $22,258.80 | | | Modified Total | $22,258.80 |
| | Case Number*<br>05-44481 | Secured<br>$22,258.80<br>$22,258.80 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,258.80<br>$22,258.80 |

In re: Delphi Corporation, et al.                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11248<br>Date Filed: 07/27/06<br>Docketed Total:  $1,777.27<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address    Docketed Total    $1,777.27<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>Case Number*     Secured          Priority         Unsecured<br>05-44481                                            $1,777.27<br>                                                    _____<br>                                                    $1,777.27 | Modified Total    $1,777.27<br><br><br><br><br>Case Number*     Secured          Priority         Unsecured<br>05-44640                                            $1,777.27<br>                                                    _____<br>                                                    $1,777.27 |
| Claim: 11249<br>Date Filed: 07/27/06<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address    Docketed Total    $31,625.46<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>Case Number*     Secured          Priority         Unsecured<br>05-44481                                            $31,625.46<br>                                                    _____<br>                                                    $31,625.46 | Modified Total    $31,625.46<br><br><br><br><br>Case Number*     Secured          Priority         Unsecured<br>05-44640                                            $31,625.46<br>                                                    _____<br>                                                    $31,625.46 |
| Claim: 11250<br>Date Filed: 07/27/06<br>Docketed Total:  $46,237.04<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address    Docketed Total    $46,237.04<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>Case Number*     Secured          Priority         Unsecured<br>05-44481                                            $46,237.04<br>                                                    _____<br>                                                    $46,237.04 | Modified Total    $21,000.37<br><br><br><br><br>Case Number*     Secured          Priority         Unsecured<br>05-44640                                            $21,000.37<br>                                                    _____<br>                                                    $21,000.37 |
| Claim: 11251<br>Date Filed: 07/27/06<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address    Docketed Total    $31,625.46<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA<br><br>Case Number*     Secured          Priority         Unsecured<br>05-44481                                            $31,625.46<br>                                                    _____<br>                                                    $31,625.46 | Modified Total    $11,733.46<br><br><br><br><br>Case Number*     Secured          Priority         Unsecured<br>05-44640                                            $11,733.46<br>                                                    _____<br>                                                    $11,733.46 |

*See Exhibit F for a listing of debtor entities by case number                                   Page:    5 of 10

In re: Delphi Corporation, et al.                                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10128<br>Date Filed: 07/21/06<br>Docketed Total: $259,605.47<br>Filing Creditor Name and Address<br>GRIGOLEIT COMPANY THE<br>2000 N WOODFORD ST<br>PO BOX 831<br>DECATUR IL 62525-0831 | Claim Holder Name and Address   Docketed Total   $259,605.47<br>GRIGOLEIT COMPANY THE<br>2000 N WOODFORD ST<br>PO BOX 831<br>DECATUR IL 62525-0831<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $259,605.47<br>                                            $259,605.47 | Modified Total   $209,112.50<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $209,112.50<br>                                            $209,112.50 |
| Claim: 5102<br>Date Filed: 05/08/06<br>Docketed Total: $63,992.15<br>Filing Creditor Name and Address<br>INTERNATIONAL QUALITY CONTROL INC<br>521 CLEVELAND<br>LINCOLN PK MI 48146 | Claim Holder Name and Address   Docketed Total   $63,992.15<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $63,992.15<br>                                            $63,992.15 | Modified Total   $62,486.40<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $62,486.40<br>                                            $62,486.40 |
| Claim: 15523<br>Date Filed: 07/31/06<br>Docketed Total: $0.00<br>Filing Creditor Name and Address<br>JOHNSON CONTROLS INC<br>AUTOMOTIVE GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total<br>JOHNSON CONTROLS INC AUTOMOTIVE GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $0.00 | Modified Total   $1,305.00<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $1,305.00<br>                                            $1,305.00 |
| Claim: 15525<br>Date Filed: 07/31/06<br>Docketed Total: $0.00<br>Filing Creditor Name and Address<br>JOHNSON CONTROLS INC BATTERY GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total<br>JOHNSON CONTROLS INC BATTERY GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $0.00 | Modified Total   $85,668.20<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $85,668.20<br>                                            $85,668.20 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

**EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13445<br>Date Filed: 07/31/06<br>Docketed Total: $52,318.51<br>Filing Creditor Name and Address<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY CA 90710 | Claim Holder Name and Address    Docketed Total    $52,318.51<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY CA 90710<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                          $52,318.51<br>                                                                       $52,318.51 | Modified Total    $31,044.13<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $31,044.13<br>                                                                       $31,044.13 |
| Claim: 16012<br>Date Filed: 08/09/06<br>Docketed Total: $2,605.25<br>Filing Creditor Name and Address<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY CA 90710 | Claim Holder Name and Address    Docketed Total    $2,605.25<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY CA 90710<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                          $2,605.25<br>                                                                       $2,605.25 | Modified Total    $1,741.37<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $1,741.37<br>                                                                       $1,741.37 |
| Claim: 966<br>Date Filed: 12/02/05<br>Docketed Total: $156,172.47<br>Filing Creditor Name and Address<br>MANUFACTURERS EQUIPMENT &<br>SUPPLY CO<br>2401 LAPEER RD<br>FLINT MI 48503-435 | Claim Holder Name and Address    Docketed Total    $156,172.47<br>MANUFACTURERS EQUIPMENT & SUPPLY CO<br>2401 LAPEER RD<br>FLINT MI 48503-435<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                          $156,172.47<br>                                                                       $156,172.47 | Modified Total    $2,066.11<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $2,066.11<br>                                                                       $2,066.11 |
| Claim: 11190<br>Date Filed: 07/26/06<br>Docketed Total: $87,844.88<br>Filing Creditor Name and Address<br>PARLEX CORPORATION<br>EDWARD D KUTCHIN ESQ<br>KUTCHIN & RUFO  PC<br>155 FEDERAL ST 17TH FL<br>BOSTON MA 02110 | Claim Holder Name and Address    Docketed Total    $87,844.88<br>PARLEX CORPORATION<br>EDWARD D KUTCHIN ESQ<br>KUTCHIN & RUFO  PC<br>155 FEDERAL ST 17TH FL<br>BOSTON MA 02110<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44610                                                          $87,844.88<br>                                                                       $87,844.88 | Modified Total    $62,996.25<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $62,996.25<br>                                                                       $62,996.25 |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

**EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11193<br>Date Filed:07/26/06<br>Docketed Total:   $39,295.28<br>Filing Creditor Name and Address<br>  PARLEX CORPORATION<br>  EDWARD D KUTCHIN ESQ<br>  KUTCHIN & RUFO  PC<br>  155 FEDERAL ST 17TH FL<br>  BOSTON MA 02110 | Claim Holder Name and Address   Docketed Total   $39,295.28<br>PARLEX CORPORATION<br>EDWARD D KUTCHIN ESQ<br>KUTCHIN & RUFO  PC<br>155 FEDERAL ST 17TH FL<br>BOSTON MA 02110<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44547                                              $39,295.28<br>                                                      $39,295.28 | Modified Total   $35,181.55<br><br><br><br><br><br>Case Number*   Secured      Priority     Unsecured<br>05-44640                                           $35,181.55<br>                                                   $35,181.55 |
| Claim: 10580<br>Date Filed:07/25/06<br>Docketed Total:   $203,432.68<br>Filing Creditor Name and Address<br>  PHILLIPS PLASTICS CORPORATION<br>  ATTN MARK HUEG<br>  1201 HANLEY RD<br>  HUDSON WI 54016 | Claim Holder Name and Address   Docketed Total   $203,432.68<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640         $203,432.68<br>                 $203,432.68 | Modified Total   $181,190.50<br><br><br><br><br><br>Case Number*   Secured      Priority     Unsecured<br>05-44640                                           $181,190.50<br>                                                   $181,190.50 |
| Claim: 12187<br>Date Filed:07/28/06<br>Docketed Total:   $100,551.70<br>Filing Creditor Name and Address<br>  PORT CITY CASTINGS CORP<br>  AFFILIATE OF PORT CITY DIE<br>  CAST INC<br>  C O PARMENTER O TOOLE<br>  PORT CITY CASTINGS CORP<br>  601 TERRACE ST<br>  MUSKEGON MI 49443-0786 | Claim Holder Name and Address   Docketed Total   $100,551.70<br>PORT CITY CASTINGS CORP AFFILIATE<br>OF PORT CITY DIE CAST INC<br>C O PARMENTER O TOOLE<br>PORT CITY CASTINGS CORP<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640         $100,551.70<br>                 $100,551.70 | Modified Total   $90,638.09<br><br><br><br><br><br>Case Number*   Secured      Priority     Unsecured<br>05-44640                                           $90,638.09<br>                                                   $90,638.09 |
| Claim: 10710<br>Date Filed:07/25/06<br>Docketed Total:   $574,896.85<br>Filing Creditor Name and Address<br>  PPG INDUSTRIES INC<br>  ONE PPG PL<br>  PITTSBURGH PA 15272 | Claim Holder Name and Address   Docketed Total   $574,896.85<br>PPG INDUSTRIES INC<br>ONE PPG PL<br>PITTSBURGH PA 15272<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481                                              $574,896.85<br>                                                      $574,896.85 | Modified Total   $460,507.92<br><br><br><br><br>Case Number*   Secured      Priority     Unsecured<br>05-44640                                           $460,507.92<br>                                                   $460,507.92 |

*See Exhibit F for a listing of debtor entities by case number                                    Page:   8 of 10

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

**EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8874<br>Date Filed:06/30/06<br>Docketed Total:   $101,655.48<br>Filing Creditor Name and Address<br>  RIVERSIDE CLAIMS LLC AS<br>  ASSIGNEE FOR WHYCO FINISHING<br>  TECHNOLOGIES LLC<br>  RIVERSIDE CLAIMS LLC<br>  PO BOX 626 PLANETARIUM STATION<br>  NEW YORK NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR WHYCO FINISHING TECHNOLOGIES<br>LLC<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total   $101,655.48<br><br><br><br><br><br><br>Unsecured<br>$101,655.48<br>$101,655.48 | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Modified Total   $101,366.23<br><br><br><br><br><br><br>Unsecured<br>$101,366.23<br>$101,366.23 |
| Claim: 590<br>Date Filed:11/15/05<br>Docketed Total:   $29,390.33<br>Filing Creditor Name and Address<br>  SANDVIK MATERIALS TECHNOLOGY<br>  ATTN DOMINIC GRANDINETH<br>  PO BOX 1220<br>  SCRANTON PA 18504-1220 | Claim Holder Name and Address<br>SANDVIK MATERIALS TECHNOLOGY<br>ATTN DOMINIC GRANDINETH<br>PO BOX 1220<br>SCRANTON PA 18504-1220<br><br>Case Number*<br>05-44481 | Secured | Priority | Docketed Total   $29,390.33<br><br><br><br><br>Unsecured<br>$29,390.33<br>$29,390.33 | <br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Modified Total   $7,862.55<br><br><br><br><br>Unsecured<br>$7,862.55<br>$7,862.55 |
| Claim: 14682<br>Date Filed:07/31/06<br>Docketed Total:   $150,601.20<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE NEW ENGLAND<br>  INTERCONNECT SYSTEMS INC<br>  ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>NEW ENGLAND INTERCONNECT SYSTEMS<br>INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total   $150,601.20<br><br><br><br><br><br>Unsecured<br>$150,601.20<br><br>$150,601.20 | <br><br><br><br><br><br>Case Number*<br>05-44640 | Secured | Priority | Modified Total   $142,900.00<br><br><br><br><br><br>Unsecured<br>$142,900.00<br><br>$142,900.00 |
| Claim: 11606<br>Date Filed:07/26/06<br>Docketed Total:   $126,344.36<br>Filing Creditor Name and Address<br>  SOJITZ CORPORATION OF AMERICA<br>  ATTN RICHARD PAICE ESQ<br>  1211 AVE OF THE AMERICAS<br>  NEW YORK NY 10036 | Claim Holder Name and Address<br>SOJITZ CORPORATION OF AMERICA<br>ATTN RICHARD PAICE ESQ<br>1211 AVE OF THE AMERICAS<br>NEW YORK NY 10036<br><br>Case Number*<br>05-44640 | Secured<br><br><br><br><br><br>$55,000.00<br>$55,000.00 | Priority | Docketed Total   $126,344.36<br><br><br><br><br>Unsecured<br>$71,344.36<br>$71,344.36 | <br><br><br><br><br>Case Number*<br>05-44482 | Secured | Priority | Modified Total   $50,493.75<br><br><br><br><br>Unsecured<br>$50,493.75<br>$50,493.75 |

*See Exhibit F for a listing of debtor entities by case number              Page:   9 of 10

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Fifteenth Omnibus Objection

**EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16544<br>Date Filed: 02/16/07<br>Docketed Total:  $51,817.86<br>Filing Creditor Name and Address<br> SUPPLIER LINK SERVICES INC<br> ATTN CHRIS KINSEL<br> PMB 204<br> 3527 MT DIABLO BLVD<br> LAFAYETTE CA 94549 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $51,817.86 | | Modified Total | | $48,012.86 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$51,817.86<br>$51,817.86 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,012.86<br>$48,012.86 |
| Claim: 8139<br>Date Filed: 06/19/06<br>Docketed Total:  $44,754.00<br>Filing Creditor Name and Address<br> THE BRIX GROUP INC<br> DAVID TILTON CFO<br> 541 DIVISION ST<br> CAMPBELL CA 95008 | Claim Holder Name and Address<br>THE BRIX GROUP INC<br>DAVID TILTON CFO<br>541 DIVISION ST<br>CAMPBELL CA 95008 | Docketed Total | | $44,754.00 | | Modified Total | | $19,256.34 |
| | Case Number*<br>05-47474 | Secured | Priority | Unsecured<br>$44,754.00<br>$44,754.00 | Case Number*<br>05-47474 | Secured | Priority | Unsecured<br>$19,256.34<br>$19,256.34 |
| Claim: 8229<br>Date Filed: 06/19/06<br>Docketed Total:  $2,896,591.72<br>Filing Creditor Name and Address<br> THE BRIX GROUP INC<br> DAVID TILTON CFO<br> 541 DIVISION ST<br> CAMPBELL CA 95008 | Claim Holder Name and Address<br>THE BRIX GROUP INC<br>DAVID TILTON CFO<br>541 DIVISION ST<br>CAMPBELL CA 95008 | Docketed Total | | $2,896,591.72 | | Modified Total | | $391,351.85 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,896,591.72<br>$2,896,591.72 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$391,351.85<br>$391,351.85 |
| Claim: 12239<br>Date Filed: 07/28/06<br>Docketed Total:  $599,351.09<br>Filing Creditor Name and Address<br> TOSHIBA AMERICA ELECTRONIC<br> COMPONENTS INC<br> LEI LEI WANG EKVALL ESQ<br> WEILAND GOLDEN SMILEY WANG<br> EKVALL &<br> 650 TOWN CENTER DR STE 950<br> COSTA MESA CA 92626 | Claim Holder Name and Address<br>TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS INC<br>LEI LEI WANG EKVALL ESQ<br>WEILAND GOLDEN SMILEY WANG<br>EKVALL &<br>650 TOWN CENTER DR STE 950<br>COSTA MESA CA 92626 | Docketed Total | | $599,351.09 | | Modified Total | | $597,611.14 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$599,351.09<br>$599,351.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$597,611.14<br>$597,611.14 |

```
                                               Total Count of Claims:    38
                                               Total Amount as Docketed:        $7,969,070.42
                                               Total Amount as Modified:        $4,083,488.89
```

*See Exhibit F for a listing of debtor entities by case number                              Page:   10 of 10