In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14239<br>Date Filed:07/31/06<br>Docketed Total:  $5,244,135.51<br>Filing Creditor Name and Address<br> AB AUTOMOTIVE INC<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total   $2,598,525.51<br>AB AUTOMOTIVE INC<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                    $2,171.90   $2,596,353.61<br>                            $2,171.90   $2,596,353.61 | Modified Total   $500,044.16<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $733.75   $499,310.41<br>                          $733.75   $499,310.41 |
| | Claim Holder Name and Address   Docketed Total   $2,645,610.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $2,645,610.00<br>                                    $2,645,610.00 | Modified Total   $2,645,610.00<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $2,645,610.00<br>                                    $2,645,610.00 |
| Claim: 9577<br>Date Filed:07/17/06<br>Docketed Total:   $122,826.05<br>Filing Creditor Name and Address<br> BAYER MATERIALSCIENCE LLC<br> ATTN LINDA VESCI<br> 100 BAYER RD<br> PITTSBURGH PA 15205 | Claim Holder Name and Address   Docketed Total   $122,826.05<br>BAYER MATERIALSCIENCE LLC<br>ATTN LINDA VESCI<br>100 BAYER RD<br>PITTSBURGH PA 15205<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $122,826.05<br>                                    $122,826.05 | Modified Total   $105,184.98<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $2,250.72   $102,934.26<br>                          $2,250.72   $102,934.26 |
| Claim: 8372<br>Date Filed:06/22/06<br>Docketed Total:   $788,628.25<br>Filing Creditor Name and Address<br> BI TECHNOLOGIES CORPORATION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total   $6,210.25<br>BI TECHNOLOGIES CORPORATION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $6,210.00   $0.25<br>                          $6,210.00   $0.25 | Modified Total   $6,210.00<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $6,210.00<br>                          $6,210.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   1 of 4

In re: Delphi Corporation, et al.                                                                       Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8372(Continued)**

Claim Holder Name and Address  Docketed Total  $782,418.00
TPG CREDIT OPPORTUNITIES FUND LP
ATTN SHELLEY HARTMAN
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS MN 55402

Modified Total  $710,049.99

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $782,418.00 | 05-44640 | | | $710,049.99 |
| | | | $782,418.00 | | | | $710,049.99 |

---

**Claim: 7369**
Date Filed:06/02/06
Docketed Total:   $17,659.83
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF JOSEF SCHLEMMER
 GMBH
 ATTN ALPA JIMENEZ
 411 W PUTNAM AVE S 225
 GREENWICH CT 06830

Claim Holder Name and Address  Docketed Total  $17,659.83
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
JOSEF SCHLEMMER GMBH
ATTN ALPA JIMENEZ
411 W PUTNAM AVE S 225
GREENWICH CT 06830

Modified Total  $16,902.01

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $17,659.83 | 05-44640 | | $610.00 | $16,292.01 |
| | | | $17,659.83 | | | $610.00 | $16,292.01 |

---

**Claim: 11659**
Date Filed:07/27/06
Docketed Total:   $242,455.24
Filing Creditor Name and Address
 FUJIKURA AMERICA INC
 ATTN PRESIDENT
 3001 OAKMEAD VILLAGE DR
 SANTA CLARA CA 95051

Claim Holder Name and Address  Docketed Total  $242,455.24
FUJIKURA AMERICA INC
ATTN PRESIDENT
3001 OAKMEAD VILLAGE DR
SANTA CLARA CA 95051

Modified Total  $216,269.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $21,813.20 | $15,482.29 | $205,159.75 | 05-44640 | | $15,482.28 | $200,787.54 |
| | $21,813.20 | $15,482.29 | $205,159.75 | | | $15,482.28 | $200,787.54 |

---

**Claim: 15429**
Date Filed:07/31/06
Docketed Total:   $431,794.32
Filing Creditor Name and Address
 GOBAR SYSTEMS INC
 PAIGE LEIGH ELLERMAN ESQ
 TAFT STETTINIUS & HOLLISTER
 LLP
 425 WALNUT STREET STE 1800
 CINCINNATI OH 45202

Claim Holder Name and Address  Docketed Total  $431,794.32
GOBAR SYSTEMS INC
PAIGE LEIGH ELLERMAN ESQ
TAFT STETTINIUS & HOLLISTER
LLP
425 WALNUT STREET STE 1800
CINCINNATI OH 45202

Modified Total  $33,555.72

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $431,794.32 | 05-44640 | | $2,848.88 | $30,706.84 |
| | | | $431,794.32 | | | $2,848.88 | $30,706.84 |

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 14240<br>Date Filed:07/31/06<br>Docketed Total: $114,342.92<br>Filing Creditor Name and Address<br>JACOBSON MFG LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $114,342.92<br>JACOBSON MFG LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $114,342.92<br>                                                     $114,342.92 | | Modified Total    $95,486.27<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $22,226.09  $73,260.18<br>                              $22,226.09  $73,260.18 | |
| Claim: 1790<br>Date Filed:02/06/06<br>Docketed Total: $195,077.21<br>Filing Creditor Name and Address<br>KEY SAFETY SYSTEMS &<br>SUBSIDIARIES<br>ATTN TOM FORD<br>KEY SAFETY SYSTEMS INC<br>7000 NINETEEN MILE RD<br>STERLING HEIGHTS MI 48314 | Claim Holder Name and Address    Docketed Total    $195,077.21<br>KEY SAFETY SYSTEMS & SUBSIDIARIES<br>ATTN TOM FORD<br>KEY SAFETY SYSTEMS INC<br>7000 NINETEEN MILE RD<br>STERLING HEIGHTS MI 48314<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $195,077.21<br><br>                                                     $195,077.21 | | Modified Total    $72,475.98<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $3,803.60  $68,672.38<br><br>                              $3,803.60  $68,672.38 | |
| Claim: 12186<br>Date Filed:07/28/06<br>Docketed Total: $48,161.52<br>Filing Creditor Name and Address<br>MUSKEGON CASTINGS CORP<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786 | Claim Holder Name and Address    Docketed Total    $48,161.52<br>MUSKEGON CASTINGS CORP<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640         $48,161.52<br>                 $48,161.52 | | Modified Total    $47,976.06<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $11,566.85  $36,409.21<br>                              $11,566.85  $36,409.21 | |
| Claim: 16312<br>Date Filed:09/13/06<br>Docketed Total: $186,028.49<br>Filing Creditor Name and Address<br>NATIONAL PAPER & PACKAGING EFT<br>CO<br>26401 RICHMOND RD<br>CLEVELAND OH 44146-1413 | Claim Holder Name and Address    Docketed Total    $186,028.49<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $186,028.49<br>                                                     $186,028.49 | | Modified Total    $170,113.66<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                      $3,802.95  $166,310.71<br>                              $3,802.95  $166,310.71 | |

In re: Delphi Corporation, <u>et al.</u>                                                            Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10579<br>Date Filed:07/25/06<br>Docketed Total:  $760,117.01<br>Filing Creditor Name and Address<br> PHILLIPS PLASTICS CORPORATION<br> ATTN MARK HUEG<br> 1201 HANLEY RD<br> HUDSON WI 54016 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $760,117.01 | | Modified Total | | $747,702.98 |
| | Case Number*<br>05-44481 | Secured<br>$751,115.95<br>$751,115.95 | Priority<br>$9,001.06<br>$9,001.06 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$9,001.06<br>$9,001.06 | Unsecured<br>$738,701.92<br>$738,701.92 |
| Claim: 11247<br>Date Filed:07/27/06<br>Docketed Total:   $641,832.63<br>Filing Creditor Name and Address<br> SKF USA INC<br> HENRY JAFFE ESQUIRE<br> PEPPER HAMILTON LLP<br> HERCULES PLZ STE 5100<br> 1313 MARKET ST<br> WILMINGTON DE 19899 | Claim Holder Name and Address<br>SKF USA INC<br>HENRY JAFFE ESQUIRE<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON DE 19899 | Docketed Total | | $641,832.63 | | Modified Total | | $117,224.29 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$85,147.54<br>$85,147.54 | Unsecured<br>$556,685.09<br>$556,685.09 | Case Number*<br>05-44640 | Secured | Priority<br>$26,195.39<br>$26,195.39 | Unsecured<br>$91,028.90<br>$91,028.90 |
| Claim: 11462<br>Date Filed:07/27/06<br>Docketed Total:   $506,709.93<br>Filing Creditor Name and Address<br> VALEO CLIMATE CONTROL<br> CORPORATION<br> ATTN CHRISTOPHER R CONNELY<br> 3000 UNIVERSITY DR<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>VALEO CLIMATE CONTROL CORPORATION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS MI 48326 | Docketed Total | | $506,709.93 | | Modified Total | | $156,725.41 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$506,709.93<br><br>$506,709.93 | Case Number*<br>05-44640 | Secured | Priority<br>$156,725.41<br><br>$156,725.41 | Unsecured |

                                                            Total Count of Claims:  13
                                                            Total Amount as Docketed:      $9,299,768.91
                                                            Total Amount as Modified:      $5,641,531.33