IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On June 25, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

1) Proposed Nineteenth Omnibus Hearing Agenda (Docket No. 8392) [a copy of which is attached hereto as Exhibit D]

On June 25, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via overnight delivery:

2) Proposed Nineteenth Omnibus Hearing Agenda (Docket No. 8392) [a copy of which is attached hereto as Exhibit D]

3) Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Claims Objection") (Docket No. 8396) [a copy of which is attached hereto as Exhibit F]

On June 25, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit G hereto via overnight delivery:

4)  Proposed Nineteenth Omnibus Hearing Agenda (Docket No. 8392) [a copy of which is attached hereto as Exhibit D]

5)  Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement With Respect To Claims Listed On Exhibits E-1 And E-2 ("Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Claims Objection - Exhibits E-1 And E-2") (Docket No. 8398) [a copy of which is attached hereto as Exhibit H]

On June 25, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit I hereto via overnight delivery:

6)  Proposed Nineteenth Omnibus Hearing Agenda (Docket No. 8392) [a copy of which is attached hereto as Exhibit D]

7)  Debtors' Omnibus Reply in Support of Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims ("Debtors' Omnibus Reply In Support Of Debtors' Fourteenth Omnibus Claims Objection") (Docket No. 8399) [a copy of which is attached hereto as Exhibit J]

Dated: June 29, 2007

_____/s/ Evan Gershbein_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 29th day of June, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  ____/s/ Leanne V. Rehder_____

Commission Expires:  ___3/2/08_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/27/2007 12:05 PM
Master Service List Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq<br>Thomas R Kreller Esq<br>James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com<br>tkreller@milbank.com<br>jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov<br>efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com<br>jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth Z. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com<br>jlyonschi@skadden.com<br>rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com<br>tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com<br>cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/27/2007 12:05 PM
Master Service List Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/27/2007 12:05 PM
Master Service List Overnight

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/27/2007 12:03 PM
Overnight - ALL

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein / Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | 212-450-3092 / 212-450-3213 | donald.bernstein@dpw.com / brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com / karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler / Bonnie Steingart / Vivek Melwani / Jennifer L. Rodburg / Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com / sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com / susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason C. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/27/2007 12:05 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/27/2007 12:05 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/27/2007 12:05 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com  dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel to Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.h and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinprocter.com | Counsel to UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinprocter.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0241 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8990 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah N. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative of the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@morritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc. and Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin S. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| | Peggy Housner | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p. A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p. A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-0012 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Sotiroff & Abramczyk, P.C. | Lawrence A Tower | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | ltower@sotablaw.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennessee Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan B. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrowsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

6/27/2007 12:03 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

6/27/2007 12:03 PM
Email

# EXHIBIT C

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|------------------|
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | Creditor Committee Member |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/27/2007 12:05 PM
Master Service List Fax - Agenda Only

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| APS Clearing, Inc. | Andy Leinhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | 313-496-1300 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | 917-368-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | 212-697-1559 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | 212-682-4942 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | 302-622-7100 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | 212-763-7600 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | 419-255-9121 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | 419-255-9121 | Counsel to ZF Group North America Operations, Inc. |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | 850-763-8425 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | 212-947-1202 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | 804-698-2186 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | 216-579-0212 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | 312-849-2021 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | 202-339-8500 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | 212-373-2053 | Counsel to Ambrake Corporation; Akebono Corporation |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

6/27/2007 12:03 PM
Fax

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|------------------|
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | 312-258-5600 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | 212-806-6006 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | 614-719-4663 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | 512-370-2850 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | 212-317-4893 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

6/27/2007 12:03 PM
Fax

# EXHIBIT D

**Hearing Date: June 26, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                     :
       In re                        :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
                                        :
                 Debtors.      :    (Jointly Administered)
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED NINETEENTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New
                                    York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                    One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.     Introduction

B.     Continued Or Adjourned Matters (2 Matters)

C.     Uncontested, Agreed, Or Settled Matters (4 Matters)

D.     Contested Matters (3 Matters)

E.     Fourth Interim Fee Applications (38 Matters)

     1)     Uncontested, Agreed, Or Settled Fee Applications (38 Matters)

B.     **Continued Or Adjourned Matters***

     1.     **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

         *Responses Filed:*      *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

                                *Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And*

---

\*     Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), and Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice).

*Certain Former Officers Of The Debtors (Docket No. 5070)*

*Reply Filed:*          *None.*

*Related Filings:*     *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)*

*Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses*

3

*Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

*Status:*          *By agreement of the parties this matter is being adjourned to the July 19, 2007 omnibus hearing.*

2.    **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

*Response Filed:*       *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

*Reply Filed:*        *None.*

*Related Filings:*      *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General*

4

*Motors Corporation And Certain Former Officers
Of The Debtors (Docket No. 4718)*

*Objection Of The Official Committee Of Equity
Security Holders To The Motion For An Order
Authorizing The Official Committee Of Unsecured
Creditors To Prosecute The Debtors' Claims And
Defenses Against General Motors Corporation And
Certain Former Officers Of The Debtors (Docket No.
5070)*

*Status:*          *This matter is being adjourned to the July 19, 2007
omnibus hearing.*

**C.    Uncontested, Agreed, Or Settled Matters**

3.    **"Catalyst Sale Motion "**– Motion For Orders Under 11 U.S.C. §§ 363, 365,
And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I)
Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III)
Approving Form And Manner Of Sale Notices, And (IV) Setting Sale
Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of
Debtors' Assets Comprising Substantially All The Assets Primarily Used In
Debtors' Catalyst Business Free And Clear Of Liens, Claims, And
Encumbrances, (II) Assumption And Assignment Of Certain Executory
Contracts And Unexpired Leases, And (III) Assumption Of Certain
Liabilities (Docket No. 8179)

*Response Filed:*      *None.*

*Reply Filed:*        *None.*

*Related Filings:*     *None.*

*Status:*            *The hearing with respect to this matter will be
proceeding.*

4.    **"Sandusky Capital Procurement Motion"**– Motion For Order Under 11
U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Delphi
Corporation To Enter Into And Perform Under Sandusky Facility Capital
Procurement Agreement with General Motors Corporation (Docket No.
8197)

*Response Filed:*      *None.*

*Reply Filed:*        *None.*

*Related Filings:*     *None.*

|            |                                                                                  |
|------------|----------------------------------------------------------------------------------|
| *Status:*  | *The hearing with respect to this matter will be proceeding.*                     |

5.  **"Mexico Brake Plant Asset Sale Motion"**– Expedited Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Delphi Automotive Systems LLC's Mexico Brake Plant Assets Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 8249)

| *Response Filed:* | *None.* |
|-------------------|---------|
| *Reply Filed:*    | *None.* |
| *Related Filings:*| *None.* |
| *Status:*         | *The hearing with respect to this matter will be proceeding.* |

6.  **"Fourth § 1121(d) Exclusivity Extension Motion"**– Expedited Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan (Docket No. 8273)

| *Response Filed:* | *None.* |
|-------------------|---------|
| *Reply Filed:*    | *None.* |
| *Related Filings:*| *None.* |
| *Status:*         | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

7.  **"Thirteenth Omnibus Claims Objection"**– Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Book And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

*Responses Filed:*

*Response To Debtor's 13th Omnibus Objection Pursuant To 11 USC § 502(B) And FRBP 3007 Chapter 11 (Docket No. 7867)*

*Response Of Vorys, Staer, Seymour And Pease, LLP To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.P. 3007 To Claims (Docket No. 7913)*

*Transfer Of Claim And Response To Objection To The Tax Collector's Claim (Docket No. 7925)*

*Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 7935)*

*Declaration In Support Of Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 7936)*

*Riverside Claims, LLC's Response To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 7967)*

*Limited Response Of Liquidity Solutions, Inc., As Assignee Of Hexcel Corporation, To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims (D) Insurance Claims Not Reflected On Debtors' Book And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7987)*

*Response Of Liquidity Solutions, Inc. As Assignee To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims (D) Insurance Claims Not Reflected On Debtors' Book And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims*

*Subject To Modification And Reclamation Agreement (Docket No. 7989)*

*Response Of Johnson County, Kansas, To Debtors' Thirteenth Omnibus Objection To Claims (Docket No. 7977)*

*Omnibus Response Of Contrarian Funds, LLC To Debtors' Twelfth And Thirteenth Omnibus Claims Objection (Docket No. 8001)*

*Claim Holder, Millwood Inc. dba Liberty Industries, Inc.'s Response To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8003)*

*Response Of Motion Industries, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims (D) Insurance Claims Not Reflected On Debtors' Book And Records, (D) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement ( the Thirteenth Omnibus Claims Objection) (Docket No. 8004)*

*Response Of Bradford Industries To Debtor's Thirteenth Omnibus Claims Of Objection (Docket No. 8006)*

*Creditor Illinois Department Of Revenue's Response To Debtor's Thirteenth Omnibus Objection To Claims (Docket No. 8009)*

*Response Of Debtors' Thirteenth Omnibus Objection (Substantive)Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3006 To Proof Of Claim No. 11129 Filed By Crown Enterprises, Inc. (Docket No. 8011)*

*Response And Reservation Of Rights By Creditors Lydall Thermal Acoustical Sales (Docket No. 8015)*

*Response Of Robert Bosch LLC (f/k/a Robert Bosch Corporation) To Debtors' Thirteenth Omnibus Objection To Claims (Docket No. 8017)*

8

*Response Of Monroe, LLC To Debtors' Thirteenth
Omnibus Objection (Substantive) Pursuant To 11
U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Filed Tax Claims, And (F) Claims Subject To
Modification, Tax Claims Subject To Modification,
And Claims Subject To Modification And
Reclamation Agreement (Docket No. 8018)*

*Response Of Murata Electronics North America Inc.
To Debtors' Thirteenth Omnibus Claims Objection
(Docket No. 8019)*

*Response Of The Ace Companies To Debtors'
Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Filed Tax Claims, And (F) Claims Subject To
Modification, Tax Claims Subject To Modification,
And Claims Subject To Modification And
Reclamation Agreement (Docket No. 8023)*

*Response Of Wachovia Bank, National Association,
To The Debtors' Thirteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims (B) Claims Not Reflected On
Debtors' Books And Records, (C) Protective
Insurance Claims, (D) Insurance Claims Not
Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Filed Tax Claims,
And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement (Docket
No. 8025)*

*Response Of Brush Wellman Inc. And Zentrix
Technologies, Inc. To Debtors' Thirteenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C §*

9

*502(b) And Fed. R. Bankr. P. 3007 To Certain
Claims (Docket No. 8026)*

*Response Of Best Foam Fabricators, Inc. To
Debtors' Thirteenth Omnibus Claims Objection
(Docket No. 8027)*

*Response Of Phelps Dodge Corporation And Phelps
Dodge Magnet Wire Company, Inc. (Claim No.
10411) To Debtors' Thirteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims (B) Claims Not Reflected On
Debtors' Books And Records, (C) Protective
Insurance Claims, (D) Insurance Claims Not
Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Filed Tax Claims,
And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement (Docket
No. 8030)*

*Response Of Millennium Industries Corporation In
Opposition To Debtors' Thirteenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Protective Insurance Claims, (D) Insurance Claims
Not Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Filed Tax Claims,
And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement (Docket
No. 8032)*

*Response Of Hidria USA, Inc. To Debtors'
Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Filed Tax Claims, And (F) Claims Subject To
Modification, Tax Claims Subject To Modification,
And Claims Subject To Modification And
Reclamation Agreement (Docket No. 8033)*

*Hollingsworth & Vose Co.'s Response To Debtors'
Objection To Claim No. 9540 (Docket No. 8036)*

*Response Of Toyota Motor Engineering &
Manufacturing North America, Inc. To Debtors'
Thirteenth Omnibus Objection To Books And
Records Claims (Docket No. 8037)*

*United States Of America's Response To Debtor's
Objection To The Claim Of The Internal Revenue
Service (Docket No. 8040)*

*Response Of Honeywell International- Aerospace To
Debtor's Thirteenth Omnibus Objection To Claims
(Docket No. 8044)*

*Creditor, Zeller Electric Of Rochester, Inc. a/k/a
Zeller Electric, Inc.'s Response To Thirteenth
Omnibus Claims Objection (Docket No. 8046)*

*Response Of Claimant, Marketing Innovators
International, Inc., To Debtors' "Thirteenth Omnibus
Claims Objection" (Docket No. 8047)*

*Response Of Special Situations Investment Group,
Inc. To Thirteenth Omnibus Objection To Claims
(Docket No. 8065)*

*Objection Of Energy Conversion Systems. Inc. To
Debtors Thirteenth Omnibus Claims Objection
(Docket No. 8071)*

*Response Of CH2M Hill Spain, S.L To Notice Of
Objection To Claim (Docket No. 8073)*

*Response And Objection Of SPCP Group, L.L.C. To
Debtors' Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Filed Tax Claims, And (F) Claims Subject To
Modification, Tax Claims Subject To Modification,
And Claims Subject To Modification And
Reclamation Agreement (Docket No. 8078)*

11

*Declaration In Support Of Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8082)*

*Response Of MSX International, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8083)†*

*Response Of Maricopa County Treasurer To Objection To Its Secured Tax Claim (Docket No. 8084)*

*Response Of CTS Of Canada Co. To Thirteenth Omnibus Objection To Claims (Docket No. 8085)*

*Creditor, Zeller Electric Of Rochester, Inc. a/k/a Zeller Electric, Inc.'s Response To Thirteenth Omnibus Claims Objection (Docket No. 8086)‡*

*Response Filed By Bradley A. Bennett (Docket No. 8087)*

*Response Of Multek Flexible Circuits, Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8096)*

*Withdrawal Of Hollingsworth & Vose Co's Response To Debtors' Objection To Claim No. 9540 Along With Related Certificate Of Service (Docket No. 8102)*

*Response Of Henman Engineering & Machine, Inc. To Thirteenth Omnibus Objection To Claims (Docket No. 8104)*

*Response Bay County (FLA.) Tax Collector's Supplement To Her Response Filed On 5/21/07 - Response To Debtor's Twelfth & Thirteenth Omnibus Objection (Docket No. 8105)*

*Response Of Marquardt GmbH To Motion (Debtor's Thirteenth Omnibus Objection To Claims) (Docket No. 8121)*

*Withdrawal Of Vorys, Sater, Seymour And Pease LLP's Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §*

---

† This response was docketed twice. See also Docket No. 7935.
‡ This response was docketed twice. See also Docket No. 8046.

*502(D) And Fed. R. Bankr. P. 3007 To Claims
(Docket No. 8123)*

*Response Of AT&T Inc. To The Debtors' Thirteenth
Omnibus Claims Objection (Docket No. 8134)*

*Response Of George Albright, Tax Collector,
Marion County To Debtor's Thirteenth Omnibus
Objection To Claims (Docket No. 8136)*

*Response Filed By Lexington County, Treasurer's
Office (Docket No. 8137)*

*Response Of Ken Burton, Jr. Manatee County Tax
Collector To Debtor's Objection To Claims For
Obligation To Pay Taxes (Docket No. 8140)*

*Response Of Creditor Illinois Department Of
Revenue's By And Through Its' Attorney Lisa
Madigan, Attorney General Of And For The State Of
Illinois, Response To Thirteenth Omnibus Objection
To Claims (Docket No. 8141)*

*Response Of Collector Of Revenue, St. Louis County,
Missouri To Debtor's Objection To Claims Nos. 355,
356 And 357 In The Thirteenth Omnibus (Docket No.
8142)*

*Letter Of Saint Louis County Collector Of Revenue
To Judge Drain Regarding Response (Docket No.
8143)*

*Response of Bay County, Florida, Tax Collector to
Debtor's Objection (Docket No. 8144)*

*Response Of Sierra Liquidity Fund, LLC To 13th
Omnibus Objection To Claims (Docket No. 8145)*

*Response To Motion Of Plastic Moldings Company
LLC To Debtors' Thirteenth Omnibus Objection To
Certain Claims (Docket No. 8173)*

*Response Filed By Machined Products Co. (Docket
No. 8181)*

*Response Of 1st Choice Heating & Cooling, Inc. To
Debtor's Thirteenth Omnibus Objection Pursuant To
11 USC § 502(b) And FRBP 3007 Chapter 11 And*

13

*Response To Debtor's Notice Of Objection To Claim (Docket No. 8202)*

*Response Of American Casualty Company Of Reading, PA To Motion Debtor's Objection To Proof Of Claim (Docket No. 8206)*

*Pima County's Motion For Reconsideration, Pursuant To 11 U.S.C. § 502(J) And Fed. R .Bankr. P. 3008, Of The Court's June 6, 2007, Order Modifying Pima County's Claim, And Response To The Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8210)*

*Joint Response To Motion Of Associated Spring Do Brasil Ltd. (Docket No. 8237)*

*Notice Of Withdrawal Of Pima County's Motion For Reconsideration, Pursuant To 11 U.S.C. § 502(J) And Fed. R. Bankr. P. 3008, Of The Court's June 6, 2007, Order Modifying Pima County's Claim (Docket No. 8247)*

*Response Of Pima County To The Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8248)*

*Response Of Danice Manufacturing Co. To Motion (Docket No. 8256)*

*Supplemental Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Sec. 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8275)*

*Response Of Illinois Department Of Revenue (Docket No. 8283)*

*Response Of Port City Metal Products, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C § 502(b) And Fed. R. Bankr. P.*

14

*3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Subject To Modification And Reclamation Agreement (Docket No. 8287)*

*Response Of National Instruments Corporation To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtor's Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8293)*

*Response To Debtor's Thirteenth Omnibus Objection By Tax Collector, Pinellas County, Florida (Docket No. 8316)*

*Iron Mountain Information Management, Inc.'s Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement Dated April 27, 2007 (Docket No. 8319)*

*Response Of Spansion LLC, Assignee Of The Claim Of Advanced Micro Devices, Inc. (Claim No. 5126), To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective*

*Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement ("Thirteenth Omnibus Objection") (Docket No. 8325)*

*The Dayton Power And Light Company's Reply To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8328)*

*Limited Response To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8330)*

*Response Of Madison County, Mississippi Tax Collector To Objection To Claim (Docket No. 8355)*

*Response of Hillsborough County Tax Collector to Debtors Thirteenth Omnibus Claims Objection (Docket No. 8370)*

*Response Of Ames Reese, Inc. To Debtors' Omnibus Objection To Various Proofs Of Claim (Docket No. 8372)*

*Response To Notice Of Objection To Claim Filed By Hellermantyton Gmbh (Docket No. 8374)*

16

*Response To Objection Re: Claim 1730 Filed By Thompson Emergency Freight Systems (Docket No. 8375)*

*Response Of Hillsborough County Tax Collector To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8387)*

*Reply Filed:*        *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Related Filings:*        *None.*

*Status:*        *The hearing will be proceeding with respect to claims set forth on Exhibits E-1 and E-2 to the Thirteenth Omnibus Claims Objection for which no responses have been filed or for which the Debtors and the respondents have resolved the responses. The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of hearing in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

8.    **"Fourteenth Omnibus Claims Objection"**– Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998)

*Responses Filed:*        *Debtors' Fourteenth Claims Objection By TK Holdings, Inc., Automotive Systems Laboratory, Inc. And Takata Seat Belts Inc. Re Claim No. 10571 (Docket No. 8267)*

17

*Debtors' Fourteenth Omnibus Claims Objection By Takata Corporation Re Claim No. 10968 (Docket No. 8268)*

*Response of NEC Electronics America, Inc. to Debtors' Objection to Claim 12394 (Docket No. 8295)*

*Omnibus Response Of Contrarian Funds, LLC To Debtors' Fourteenth And Fifteenth Omnibus Claims Objections (Docket No. 8320)*

*Response Of Johnson Controls, Inc. (Claim Number 15513) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8331)*

*Response Of Johnson Controls, Inc. (Claim Number 15515) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8332)*

*Response Of Johnson Controls, Inc. (Claim Number 15524) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8334)*

*Response Of Johnson Controls, Inc. (Claim Number 15532) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8335)*

*Response Of JCI Technology Company (Claim Number 15519) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8341)*

*Response Of JCI Technology Company (Claim Number 15520) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8342)*

*Response Of JCI Technology Company (Claim Number 15521) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8343)*

*Reply Filed:*     *An omnibus reply will be filed.*

*Related Filings:*     *None.*

*Status:*     *The hearing will proceed with respect to claims for which no responses have been filed.  The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

9.     **"Fifteenth Omnibus Claims Objection"**– Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, And Modified Claims Asserted Reclamation (Docket No. 7999)

*Responses Filed:*     *Response Of Riverside Claims LLC To Debtors' Fifteenth Omnibus Objection (Docket No. 8048)*

*Claimant's Response To Debtors' Objection To Proofs Of Claim Filed By American Casualty Company Of Reading, PA (Docket No. 8206)*

*Opposition Of The New York State Department of Taxation and Finance To Debtors' Fifteenth Omnibus Objection To Certain Claims (Docket No. 8214)*

19

*Response Of Fitzgerald Water, Light, And Bond Commission (Re: Claim #16026) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8215)*

*Objection Of EMC Corporation (Re: Claim #14837) To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8216)*

*Response Of Marco Manufacturing Co. To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (Docket No. 8218)*

*Reply Of Intesys Technologies, Inc To Debtors' Objection To Claim No. 10770 Reply Of Intesys Technologies, Inc To Debtors' Objection To Claim No. 10770 (Docket No. 8224)*

*Response Of PBR Columbia LLC To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors? Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8239)*

*Response Of City Of McAllen To Debtor's Fifteenth Omnibus Objection To Claims (Docket No. 8242)*

*Creditor Sandvik Materials Technology's Response To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently*

*Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8251)*

*Response Of Gobar Systems, Inc. In Opposition To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8264)*

*Response Of Valeo Climate Control, Corp. In Opposition To Debtors' Objection To Proof Of Claim Number 11462 Included In Debtors' Fifteenth Omnibus Claims Objection (Substantive) (Docket No. 8278)*

*Response Of Muskegon Castings Corp To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8285)*

*Response Of Port City Castings Corp To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8288)*

*Response Of MJ Celco In Support Of Claim No. 12183, Which Is Subject To An Objection Raised In Debtors' Fifteenth Omnibus Objection (Docket No. 8290)*

*Reply Of The Grigoleit Company ("Grigoleit") To Debtors' Objection To Grigoleit's Claim No. 10128 (Docket No. 8291)*

*Jacobson MFG., LLC's Response To Debtors' Fifteenth Objection (Substantive) Pursuant To 11*

21

*U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8294)*

*Sun Microsystems, Inc.'s Response To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8304)*

*Response Of Sojitz Corporation Of America To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8305)*

*Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claims, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8307)*

*Response Of Bank Of America, N.A. To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8309)*

*Response Of National Paper And Packaging, Inc. (Longacre Master Fund, Ltd.) To Debtors' 15th Omnibus Objections To Claims (Docket No. 8314)*

*Fry's Metals, Inc., A Cookson Company's Response To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8317)*

*The Brix Group, Inc.'s Response To Debtors' Fifteenth Omnibus Claims Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*

*P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claims And Untimely
Tax Claim, And (D) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8318)*

*Omnibus Response Of Contrarian Funds, LLC To
Debtors' Fourteenth And Fifteenth Omnibus Claims
Objections (Docket No. 8320)*

*Opposition Of Toshiba America Electronic
Components Inc. To Debtors' Fifteenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Untimely Claims And Untimely Tax Claim, And (D)
Claims Subject To Modification, Tax Claims Subject
To Modification, And Modified Claims Asserting
Reclamation ("Fifteenth Omnibus Claim Objection")
(Docket No. 8321)*

*Response Of PPG Industries, Inc. To Debtors'
Fifteenth Omnibus Objection (Docket No. 8322)*

*Response And Objection Of BI Technologies
Corporation To Debtors' Fifteenth Omnibus Claims
Objection (Substantive) Regarding Claim No. 8372
(Docket No. 8323)*

*Response and Objection of AB Automotive, Inc. to
Debtors' Fifteenth Omnibus Claims Objection
(Substantive) Regarding Claim No. 14239 (Docket
No. 8324)*

*Riverside Claims, LLC's Response To Debtors'
Fifteenth Omnibus Claims Objection (Docket No.
8326)*

*American Recycling & Manufacturing Co., Inc.
Response To Fifteenth Omnibus Claims Objection
(Docket No. 8329)*

*Response Of Battenfeld Of America, Inc. In
Opposition To Debtors' Fifteenth Omnibus
Objection To Claims (Substantive) Regarding Claim
No. 1439 (Docket No. 8333)*

23

*Response of Fujikura America, Inc. to Debtors'
Fifteenth Omnibus Claims Objection (Docket No.
8336)*

*Response Of Johnson Controls, Inc. (Claim Number
15514) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8337)*

*Response Of Johnson Controls, Inc. (Claim No.
15523) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, And Modified Claims Asserting
Reclamation (Docket No. 8338)*

*Response Of Johnson Controls, Inc. (Claim Number
15525) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Book And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8339)*

*Response Of Johnson Controls, Inc. (Claim Number
15526) To Debtors' Fifteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(B) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And Untimely Tax Claims, And (D) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8340)*

24

*Opposition of Flow Dry Technology Inc. to Debtors' Objection to Flow Dry's Proof of Claim (Docket No. 8345)*

*Response Of Bayer MaterialScience, LLC To Debtor's Fifteenth Omnibus Objection To Claims (Docket No. 8347)*

*Response Of Manufacturers Equipment & Supply Co. In Opposition To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claim, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8348)*

*Response Filed By Judco Manufacturing (Docket No. 8352)*

*Response And Partial Objection To Modification Of Claim Number 11186 Filed By Beaver Valley Manufacturing, Inc. As Proposed By Debtor's Fifteenth Omnibus Objection To Claims (Docket No. 8354)*

*Response To Fifteenth Omnibus Objection To Claims By Delphi Corporation, et al; Sierra Liquidity Fund, LLC (Assignee); New England Interconnect Systems, Inc. (Assignor), Claim No. 14682 (Docket No. 8357)*

*Response To Fifteenth Omnibus Claims Objection Filed By Greeley Containment & Rework, Inc. (Docket No. 8373)*

*Response Of Key Safety Systems, Inc. To The Debtors' Fifteenth Omnibus Objection (Substantive) To Claims (Docket No. 8376)*

*United States Of America's Response To Debtor's Objection To The Claims Of U.S. Customs And Border Protection (Docket No. 8381)*

*Opposition of Flex Technologies, Inc. to Debtors'
Fifteenth Omnibus Claims Objection [Proof of
Claim No. 11542] (Docket No. 8384)*

*Initial Response Of SKF USA Inc. To The Debtors'
Fifteenth Omnibus Objection To Claims (Claim
Number 11247) (Docket No. 8389)*

*Reply Filed:*      *An omnibus reply will be filed.*

*Related Filings:*      *None.*

*Status:*      *The hearing will proceed with respect to claims for
which no responses have been filed or for which the
Debtors and the respondents have resolved the
responses.  The hearing will be adjourned with
respect to all other responses to future claims
hearing dates in accordance with this Court's Order
Pursuant To 11 U.S.C.§  502(b) And Fed. R. Bankr.
P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014
Establishing (I) Dates For Hearings Regarding
Objections To Claims And (II) Certain Notices And
Procedures Governing Objections To Claims,
entered December 7, 2006 (Docket No. 6089).*

## E.    Fourth Interim Fee Applications

10.    **"Thompson Hine LLP"** – Fourth Interim Application Of Thompson Hine
LLP As Special Counsel For Debtors For Interim Court Approval,
Allowance And Payment Of Compensation For Services Rendered And
Expenses Advanced From October 1, 2006 Through January 31, 2007
(Docket No. 7070)

*Response Filed:*      *None.*

*Reply Filed:*      *None.*

*Related Filings:*      *None.*

*Status:*      *An order will be submitted for consideration by the
Court.*

11.    **"Shearman & Sterling LLP"** – Fourth Interim Application Of Shearman
& Sterling LLP, As Special Counsel To The Debtors, For Allowance Of
Interim Compensation For Professional Services Rendered And For
Reimbursement Of Actual And Necessary Expenses Incurred From
October 1, 2006 Through January 31, 2007 (Docket No. 7106)

26

*Response Filed:*  None.

*Reply Filed:*  None.

*Related Filings:*  None.

*Status:*  *An order will be submitted for consideration by the Court.*

12. **"Cadwalader, Wickersham & Taft LLP"** – Fourth Application Of Cadwalader, Wickersham And Taft LLP As Attorneys For The Debtors For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2006 Through January 31, 2007 (Docket No. 7282)

*Response Filed:*  None.

*Reply Filed:*  None.

*Related Filings:*  None.

*Status:*  *An order will be submitted for consideration by the Court.*

13. **"Howard & Howard Attorneys, P.C."** – Fourth Interim Fee Application Of Howard & Howard Attorneys, P.C., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 7403)

*Response Filed:*  None.

*Reply Filed:*  None.

*Related Filings:*  None.

*Status:*  *An order will be submitted for consideration by the Court.*

14. **"Banner & Witcoff, Ltd."** – Fourth Interim Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 7405)

*Response Filed:*  None.

*Reply Filed:*  None.

*Related Filings:*  None.

27

| | |
|---|---|
| *Status:* | *An order will be submitted for consideration by the Court.* |

15. **"Covington & Burling LLP"** – Fourth Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors and Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 1, 2006 Through January 31, 2007 (Docket No. 7450)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

16. **"Price, Heneveld, Cooper, DeWitt & Litton, LLP"** – Fourth Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Price, Heneveld, Cooper, Dewitt & Litton, LLP, Intellectual Property Counsel To Debtors, For Services Rendered From October 1, 2006 Through January 31, 2007 (Docket No. 7451)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

17. **"Fried, Frank, Harris, Shriver & Jacobson LLP "** – Third Interim Fee Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel For The Official Committee Of Equity Security Holders, For Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred And Posted During The Period From October 1, 2006 Through January 31, 2007 (Docket No. 7470)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

18.   **"Legal Cost Control LLC"** – Second Interim Fee Application Of Legal
Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And
Expense Review Committee, For Allowance Of Interim Compensation For
Services Rendered For The Fourth Fee Application Period, October 1, 2006
Through And Including January 31, 2007 (Docket No. 7471)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *First Interim Fee Application Of Legal Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And Expense Review Committee, For Allowance Of Interim Compensation For Services Rendered For The Third Fee Application Period, June 1 2006 Through And Including September 30, 200 (Docket No. 7360)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

19.   **"Wilmer Cutler Pickering Hale & Dorr LLP"** – Fourth Interim
Application Of Wilmer Cutler Pickering Hale And Dorr LLP For
Allowance Of Compensation For Services Rendered And Expenses
Incurred From October 1, 2006 Through January 31, 2007 (Docket No.
7472)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

20.   **"Rothschild Inc."** – Fourth Interim Application Of Rothschild Inc. For
Compensation And Reimbursement Of Expenses For The Period October 1,
2006 – January 31, 2007 (Docket No. 7479)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

21.    **"Latham & Watkins LLP"** – Fourth Fee And Expense Application Of
Latham & Watkins LLP As Counsel To The Official Committee Of
Unsecured Creditors (Docket No. 7484)

  *Response Filed:*      *None.*

  *Reply Filed:*         *None.*

  *Related Filings:*     *None.*

  *Status:*              *An order will be submitted for consideration by the
                         Court.*

22.    **"Steven Hall & Partners, LLC"** – Fourth Fee And Expense Application
Of Steven Hall & Partners, LLC As Compensation And Employment
Agreement Advisor For The Official Committee Of Unsecured Creditors
(Docket No. 7485)

  *Response Filed:*      *None.*

  *Reply Filed:*         *None.*

  *Related Filings:*     *None.*

  *Status:*              *An order will be submitted for consideration by the
                         Court.*

23.    **"Buck Consultants"** – Second Application Of Buck Consultants, LLC For
Allowance Of Compensation For Services Rendered As Pension And
Benefits Actuary To The Official Committee Of Unsecured Creditor
(Docket No. 7486)

  *Response Filed:*      *None.*

  *Reply Filed:*         *None.*

  *Related Filings:*     *None.*

  *Status:*              *An order will be submitted for consideration by the
                         Court.*

24.    **"Mayer, Brown, Rowe & Maw LLP"** – Third Application Of Mayer,
Brown, Rowe & Maw LLP, Special Outsourcing Counsel To The Debtors,
For Allowance Of Interim Compensation For Professional Services
Rendered And For Reimbursement Of Actual And Necessary Expenses
Incurred From October 1, 2006 Through January 31, 2007 (Docket No.
7487)

  *Response Filed:*      *None.*

Reply Filed:              None.

Related Filings:          None.

Status:                   An order will be submitted for consideration by the
                          Court.

25.   **"Mesirow Financial Consulting, LLC"** – Fourth Interim Fee Application
      Of Mesirow Financial Consulting, LLC For Allowance Of Compensation
      And Reimbursement Of Expenses As Financial Advisor To The Official
      Committee Of Unsecured Creditors For The Period From October 1, 2006
      Through January 31, 2007 (Docket No. 7489)

      Response Filed:      None.

      Reply Filed:         None.

      Related Filings:     None.

      Status:              An order will be submitted for consideration by the
                           Court.

26.   **"Jefferies & Company, Inc."** – Fourth Interim Application Of Jefferies &
      Company, Inc., As Investment Banker To The Official Committee Of
      Unsecured Creditors For Interim Allowance Of Compensation For
      Professional Services Rendered And Reimbursement Of Actual And
      Necessary Expenses Incurred For The Period October 1, 2006 To January
      31, 2007 (Docket No. 7490)

      Response Filed:      None.

      Reply Filed:         None.

      Related Filings:     None.

      Status:              An order will be submitted for consideration by the
                           Court.

27.   **"Togut, Segal & Segal LLP"** – Fourth Application Of Togut, Segal &
      Segal LLP For An Allowance Of Interim Compensation For Services
      Rendered As Conflicts Counsel For The Debtors For The Period October 1,
      2006 Through January 31, 2007 And For Reimbursement Of Expenses
      (Docket No. 7491)

      Response Filed:      None.

      Reply Filed:         None.

      Related Filings:     None.

31

Status:                    *An order will be submitted for consideration by the Court.*

28.    **"O' Melveny & Myers LLP"** – Fourth Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 7494)

    *Response Filed:*          *None.*

    *Reply Filed:*             *None.*

    *Related Filings:*         *None.*

    *Status:*                  *An order will be submitted for consideration by the Court.*

29.    **"Butzel Long, P.C."** – Fourth Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement OF Expenses For The Period From October 1, 2006 Through January 31, 2007 Under 11 U.S.C. §§ 330 And 331 (Docket No. 7495)

    *Response Filed:*          *None.*

    *Reply Filed:*             *None.*

    *Related Filings:*         *None.*

    *Status:*                  *An order will be submitted for consideration by the Court.*

30.    **"Jaeckle Fleischmann & Mugel, LLP"** – Fourth Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance OF Compensation For Services Rendered And Reimbursement Of Expenses ( Docket No. 7501)

    *Response Filed:*          *None.*

    *Reply Filed:*             *None.*

    *Related Filings:*         *None.*

    *Status:*                  *An order will be submitted for consideration by the Court.*

31.     **"Groom Law Group, Chartered"** – Fourth Interim Application Of
        Groom Law Group, Chartered, As Special Employee Benefits Counsel For
        The Debtors, Seeking Allowance Of Compensation For Professional
        Services Rendered And For Reimbursement Of Actual And Necessary
        Expenses Incurred From October 1, 2006 Through January 31, 2007
        (Docket No. 7502)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

32.     **"Houlihan Lokey Howard & Zukin Capital"** – Second Interim
        Application Of Houlihan Lokey Howard & Zukin Capital For Allowance
        Of Compensation And Reimbursement Of Expenses (Docket No. 7504)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *First Interim Application Of Houlihan Lokey Howard & Zukin Capital For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 5987)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

33.     **"Deloitte & Touche LLP"** – Fourth Interim Application For Allowance Of
        Fees Of Deloitte & Touche LLP As Independent Auditors And Accountants
        To The Debtors For The Period From October 1, 2006 Through January 31,
        2007 (Docket No. 7505)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

34.   **"Dickinson Wright PLLC"** – Fourth Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From October 1, 2006 Through January 31, 2007 (Docket No. 7506)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

35.   **"FTI Consulting, Inc."** – Fourth Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period October 1, 2006 Through January 31, 2007 (Docket No. 7509)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

36.   **"Warner Stevens L.L.P"** – Fourth Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of October 1, 2006 Through January 31, 2007 (Docket No. 7510)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

37.   **"Cantor Colburn LLP"** – Fourth Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 7514)

| | |
|---|---|
| *Response Filed:* | *None.* |

|  |  |
|---|---|
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

38.     **"Ernst & Young LLP"** – Fourth Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 7520)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

39.     **"Skadden, Arps, Slate, Meagher & Flom LLP"** – Fourth Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 7522)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

40.     **"Quinn Emanuel Urquhart Oliver & Hedges LLP"** – Fourth Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expense (Docket No. 7527)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

41.    **"Jones Lang LaSalle Americas, Inc."** – Jones Lang LaSalle Americas,
Inc.'s Fourth Interim Application For Allowance And Payment Of
Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§
328, 330, And 331 (Docket No. 7531)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

42.    **"KPMG LLP"** – Fourth Application Of KPMG LLP, As Tax And
Transaction Services Advisors And Advisory And Valuation Services
Advisors For The Debtors, For Interim Allowance Of Compensation For
Professional Services Rendered And Reimbursement Of Actual And
Necessary Expenses Incurred From October 1, 2006 Through January 31,
2007 (Docket No. 7533)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

43.    **"Blake, Cassels & Graydon LLP"** – Fourth Interim Fee Application Of
Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For
Allowance And Payment Of Interim Compensation And Reimbursement
Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 7538)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

44.   **"Rader, Fishman & Grauer PLLC"** – Fourth Interim Application For
      Approval Of Compensation And Reimbursement Of Expenses Of Rader,
      Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For
      Services Rendered From October 1, 2006 Through January 31, 2007
      (Docket No. 7559)

   | | |
   |---|---|
   | *Response Filed:* | *None.* |
   | *Reply Filed:* | *None.* |
   | *Related Filings:* | *None.* |
   | *Status:* | *An order will be submitted for consideration by the Court.* |

45.   **"Ivins, Phillips, & Barker Chartered"** – First Interim Application Of
      Ivins, Phillips & Barker Chartered, As Special Pension Benefits Tax
      Counsel To The Debtors And Debtors-In-Possession, Seeking Allowance
      Of Compensation For Professional Services Rendered And For
      Reimbursement Of Actual And Necessary Expenses Incurred For The
      Fourth Interim Period From October 1, 2006 Through January 31, 2007
      (Docket No. 7587)

   | | |
   |---|---|
   | *Response Filed:* | *None.* |
   | *Reply Filed:* | *None.* |
   | *Related Filings:* | *None.* |
   | *Status:* | *An order will be submitted for consideration by the Court.* |

46.   **"DLA Piper US LLP"** – DLA Piper US LLP, Corporate, Employment
      And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Third
      Interim Application For Allowance And Payment (Docket No. 7726)

   | | |
   |---|---|
   | *Response Filed:* | *None.* |
   | *Reply Filed:* | *None.* |
   | *Related Filings:* | *DLA Piper US LLP, Corporate, Employment And Intellectual Property Counsel For Debtor MobileAria, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses For the Second Interim Fee Period From May 1, 2006 Through May 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 6030)* |

37

*DLA Piper US LLP, Corporate, Employment, And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Third Interim Period From June 1, 2006 Through September 30, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 6031)*

Status:            *An order will be submitted for consideration by the Court.*

47.    **"PricewaterhouseCoopers LLP"** – Third Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, et. al., For The Period October 1, 2006 Through January 31, 2007 (Docket No. 7815)

Response Filed:    *None.*

Reply Filed:       *None.*

Related Filings:   *First Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, et al., For The Period February 1, 2006 Through May 31, 2006 (Docket No. 7351)*

*Second Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, et al., For The Period June 1, 2006 Through September 30, 2006 (Docket No. 7402)*

Status:     *An order will be submitted for consideration by the Court.*

Dated:  New York, New York
   June 25 , 2007

     SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM LLP

     By: /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
     333 West Wacker Drive, Suite 2100
     Chicago, Illinois  60606
     (312) 407-0700

       - and -

     By: /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
     Four Times Square
     New York, New York 10036
     (212) 735-3000

     Attorneys for Delphi Corporation, et al.,
      Debtors and Debtors-in-Possession

# EXHIBIT E

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com<br>susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com<br>tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/27/2007 12:06 PM
Response Service List 070530

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|--------------------|----------|----------|----------|------|-------|-----|---------|
| AB Automotive Inc | Louis A Curcio | Thacher Proffitt & Wood LLP | Two World Financial Center | | New York | NY | 10281 | |
| AB Automotive Inc | | Robinson Bradshaw & Hinson PA | 101 North Tryon St Ste 1900 | | Charlotte | NC | 28246 | |
| American Casualty Company of Reading PA | Michael P Oconnor | 10 Esquire Rd Ste 14 | | | New City | NY | 10956 | |
| American Recycling & Manufacturing Co Inc | Alan J Knauf Esq | Knauf Shaw LLP | 1125 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | |
| Bank of America NA | John T Gregg & Patrick R Mears | 300 Ottawa Ave Nw Ste 500 | | | Grand Rapids | MI | 49503 | |
| Battenfeld of America Inc | Edward J Bertozzi Jr Esq | Edwards Angell Palmer & Dodge LLP | 2800 Financial Plaza | | Providence | RI | 02903 | |
| Battenfeld of America Inc | Shmuel Vasser | Edwards Angell Palmer & Dodge LLP | 750 Lexington Ave 8th Fl | | New York | NY | 10022 | |
| Bayer Materialscience LLC | John E Jureller Jr | Klestadt & Winters LLP | 292 Madison Ave 17th Fl | | New York | NY | 10017-6314 | |
| Bayer Materialscience LLC | Thomas D Maxson | Cohen & Grigsby PC | 11 Stanwix St 15th Fl | | Pittsburgh | PA | 15222 | |
| Beaver Valley Manufacturing Inc | Ira Rubin | 1340 Woodman Dr | | | Dayton | OH | 45432-3441 | |
| Bi Technologies Corporation | Louis A Curcio | Thacher Proffitt & Wood LLP | Two World Financial Center | | New York | NY | 10281 | |
| Bi Technologies Corporation | | Robinson Bradshaw & Hinson PA | 101 North Tryon St Ste 1900 | | Charlotte | NC | 28246 | |
| City of Mcallens | Diana W Sanders | 1949 Sout IH 35 78741 | PO Box 17428 | | Austin | TX | 78760 | |
| Contrarian Funds LLC | David S Rosner Adam L Shiff Jeffrey R Gleit Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | | New York | NY | 10019 | |
| EMC2 Corporation | Phylhs A Hayes | 307 International Cir Ste 270 | | | Hunt Valley | MD | 21030 | |
| Fitzgerald Water Light and Bond Commission | John T Crolwy Jr | 311 W Central Ave | PO Box 690 | | Fitzgerald | GA | 31750 | |
| Flex Technologies Inc | James R Kandel | 101 Central Plz S | Chase Twr Ste 1003 | | Canton | OH | 44702 | |
| Flex Technologies Inc | Wallace W Walker Jr | 7774 Oakhurst Cir | PO Box 470340 | | Cleveland | OH | 44147-0340 | |
| Flow Dry Technology Inc | James N Lawlor | Wollmuth Maher & Deutsch LLP | One Gateway Ctr 9th Fl | | Newark | NJ | 07102 | |
| Frys Metals Inc a Cookson Company | James R Oswald | One Citizens Plz 8Th Fl | | | Providence | RI | 02903 | |
| Fujikura America Inc | Robert W Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas Ste 2500 | | New York | NY | 10020-1801 | |
| Gobar Systems Inc | Paige Leigh Ellerman | 425 Walnut St Ste 1800 | | | Cincinnati | OH | 45202 | |
| Greeley Containment and Rework Inc | Teddy Xidos Controller | 200 Baseline Rd E | | | Bowmanville | ON | L1C 1A2 | Canada |
| Grigoleit Company | Tracy L Klestadt | 292 Madison Ave 17Th Fl | | | New York | NY | 10017-634 | |
| InteSys Technologies Inc | Tracy L Klestadt | 292 Madison Ave 17Th Fl | | | New York | NY | 10017-6314 | |
| Jacobson Mfg LLC | David W Baddley | 77 W Wacker Dr Ste 2500 | | | Chicago | IL | 60601 | |
| Johnson Controls Inc | Elena Lazarou | Reed Smith LLP | 559 Lexington Ave | | New York | NY | 10022 | |
| Johnson Controls Inc | Elena Lazarou | Reed Smith LLP | 559 Lexington Ave | | New York | NY | 10022 | |
| Johnson Controls Inc | Elena Lazarou | Reed Smith LLP | 559 Lexington Ave | | New York | NY | 10022 | |
| Johnson Controls Inc | Elena Lazarou | Reed Smith LLP | 559 Lexington Ave | | New York | NY | 10022 | |
| Johnson Controls Inc | Stephen T Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 | |
| Johnson Controls Inc | Stephen T Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 | |
| Johnson Controls Inc | Stephen T Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 | |
| Johnson Controls Inc | Stephen T Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 | |
| Judco Manufacturing | Thomas E Buttner | 1429 W 240Th St | | | Harbor City | CA | 90710 | |
| Key Safety Systems Inc | Mark Chinitz Esq | Stein Riso Mantel LLP | The Chrysler Bldg 42nd Fl | 405 Lexington Ave | New York | NY | 10174 | |
| Liquidity Solutions Inc dba Revenue Management as Assignee of certain original creditors | Dana P Kane | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | |
| Manufacturers Equipment & Supply Co | Joel D Applebaum | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48226-3435 | |
| Marco Manufacturing Co | Patrick J Keating | 3800 Embassy Pkwy Ste 300 | | | Akron | OH | 44333 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

6/27/2007 12:15 PM
15th Omnibus Objection reply parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|--------------------|----------|----------|----------|------|-------|-----|---------|
| MJ Celco | Robert D Nachman | 180 N LaSalle St Ste 2700 | | | Chicago | IL | 60601 | |
| Muskegon Castings Corp Affiliate of Port City Group | James R Scheuerle | 601 Terrace St | PO Box 786 | | Muskegon | MI | 49443-0786 | |
| National Paper and Packaging | Thomas C Pavlik | Skylight Office Tower No 270 | 1660 W Second St | | Cleveland | OH | 44113 | |
| PBR Columbia LLC | Lori V Vaughan | 90 Park Ave | | | New York | NY | 10016 | |
| Port City Castings Corp Affiliate of Port City Group | James R Scheuerle | 601 Terrace St | PO Box 786 | | Muskegon | MI | 49443-0786 | |
| PPG Industries Inc | David A Murdoch Esq | Henry W Oliver Building | 535 Smithfield St | | Pittsburgh | PA | 15222 | |
| PPG Industries Inc | Robert N Michaelson | Kirkpatrick & Lockhart Preston Gates Ellis LLP | 599 Lexington Ave | | New York | NY | 10022-6030 | |
| Riverside Claims LLC | Robyn J Spalter Esq | General Counsel Riverside Claims LLC | PO Box 626 | Planetarium Station | New York | NY | 10024-0540 | |
| Riverside Claims LLC Assignee Whyco Finishing Technologies LLC | Robyn J Spalter | PO Box 626 | Planetarium Station | | New York | NY | 10024-0540 | |
| Sandvik Materials Technology | Thomas A Pitta & Glenn D Solomon | Lowenstein Sandler PC | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| Sierra Liquidity Fund LLC Assignee New England Interconnect Systems Inc Assignor | Scott August Tammy Garza Jim Riley | 2699 White Road Ste 255 | | | Irvine | CA | 92614 | |
| SKF USA Inc | Henry J Jaffe James C Carignan | Pepper Hamilton LLP | Hercules Plz Ste 5100 | 1313 Market St PO Box 1709 | Wilmington | DE | 19899-1709 | |
| SKF USA Inc | Linda J Casey Anne Marie Aaronson | Pepper Hamilton LLP | 3000 Two Logan Sq | 18th and Arch Streets | Philadelphia | PA | 19103-2799 | |
| Sojitz Corporation of America | James S Carr | 101 Park Ave | | | New York | NY | 10178 | |
| Sun Microsystems Inc | Gay N Heck | 2600 El Camino Real Ste 300 | | | Palo Alto | CA | 94306 | |
| Sun Microsystems Inc | Martin P Ochs | 60 East 42Nd St Ste 1545 | | | New York | NY | 10165 | |
| The Brix Group Inc | Michael A Isaacs & Diana L Donabedian | 121 Spear St Ste 200 | | | San Francisco | CA | 94105 | |
| The New York State Department of Taxation and Finance | Andrew M Cuomo & Neal S Mann | 120 Broadway 24Th Fl | | | New York | NY | 10271 | |
| Toshiba America Electronic Components Inc | Kyra E Andrassy | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | 650 Town Center Drive, Ste 950 | | Costa Mesa | CA | 92929 | |
| United States of America | Michael J Garcia David J Kennedy | Assistant US Attorney | 86 Chambers St 3rd Fl | | New York | NY | 10007 | |
| Valeo Climate Control Corporation | E Todd Sable & Seth A Drucker | Counsel for Valeo Climate Control Corportation | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

6/27/2007 12:15 PM
15th Omnibus Objection reply parties

# EXHIBIT F

**Hearing Date: June 26, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

In re                         :        Chapter 11
                                   :

DELPHI CORPORATION, et al.,    :        Case No. 05-44481 (RDD)
                                   :

                    Debtors.    :        (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION
(SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN
(A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS'
BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND
<u>MODIFIED CLAIMS ASSERTING RECLAMATION</u>

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF FIFTEENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit

this omnibus reply in support of the Fifteenth Omnibus Objection (Substantive) Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims,

(B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely

Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, And

Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims

Objection"), and respectfully represent as follows:

1.      The Debtors filed the Fifteenth Omnibus Claims Objection on May 22,

2007, seeking entry of an order (a) disallowing and expunging certain "Claims," as that term is

defined in 11 U.S.C. § 101(5), because they contain insufficient documentation in support of the

Claims asserted, (b) disallowing and expunging certain Claims because they assert liabilities or

dollar amounts that are not reflected on the Debtors' books and records, (c) disallowing and

expunging certain Claims because they assert liabilities or dollar amounts that are not reflected

on the Debtors' books and records and were untimely pursuant to the Bar Date Order, (d)

disallowing and expunging certain Claims because they were untimely pursuant to the Bar Date

Order, (e) disallowing and expunging one Claim because it was filed by a taxing authority and

was untimely pursuant to the Bar Date Order, (f) revising the asserted amount or classification,

and/or changing the identity of the alleged Debtor with respect to certain Claims, (g) revising the

asserted amount or classification, and/or changing in the identity of the alleged Debtor with

---

[1]      Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the
Fifteenth Omnibus Claims Objection.

respect to certain Claims filed by taxing authorities, or (h) revising the asserted amount or classification, and/or changing the identity of the alleged Debtor with respect to certain Claims, some of which are subject to an agreement between the claimant and the Debtors relating to the valid amount of each claimant's reclamation demand, subject to certain reserved defenses, and some of which are held by claimants who are deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand.

2.      The Debtors sent to each claimant whose proof of claim is subject to an objection pursuant to the Fifteenth Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Fifteenth Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on June 19, 2007.

3.      As of June 22, 2007 at 12:00 p.m. (prevailing Eastern time), the Debtors had received 48 timely-filed formal docketed responses to the Fifteenth Omnibus Claims Objection, and one undocketed response (collectively, the "Responses") to the Fifteenth Omnibus Claims Objection.  A chart summarizing each of the Responses is attached hereto as Exhibit A.

4.      The Debtors believe that one of the Responses (the "Resolved Response") have been resolved.  The Resolved Response pertains to a Claim for which the Debtors seek to modify the asserted amount of the claim, but do not seek to modify the classification or change the identity of the Debtor.  Counsel for the Debtors confirmed that the respondent agreed to the relief requested in the Fifteenth Omnibus Claims Objection with respect to the respondent's Claim.

3

5.      Accordingly, as reflected in the revised proposed order, a copy of which is attached hereto as Exhibit B (the "Revised Order"),[2] the Debtors do not seek to adjourn the hearing with respect to the Claim subject to the Resolved Response, but rather seek the relief requested in the Fifteenth Omnibus Claims Objection with respect to this Claim.

6.      Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims (Docket No. 6089) entered December 6, 2006 (the "Claims Objection Procedures Order"), the hearing with respect to each of the Claims for which a Response was filed, other than the Resolved Responses, will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the disposition of each such Claim.  The Revised Order reflects the adjournment of the hearing with respect to each of the Claims for which a Response was filed, other than the Resolved Response, to a future hearing date pursuant to the Claims Objection Procedures Order, provided, however, that such adjournment will be without prejudice to the Debtors' right to assert that any of such Responses was untimely or otherwise deficient under the Claims Objection Procedures Order.

7.      In addition to the Responses, the Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested with the Fifteenth Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses").  The Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

---

[2]      Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of proposed order that was submitted with the Eleventh Omnibus Claims Objection.

8.     Except for those Claims that have been adjourned to future hearing dates, the Debtors believe that the Revised Order adequately addresses the issues raised by the respondents.  Thus, the Debtors request that the Court grant the relief requested by the Debtors and enter the Revised Order.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) sustaining the Fifteenth Omnibus Claims Objection, subject to the modifications made to the Revised Order, (b) adjourning the hearing with respect to all Claims for which a Response was filed, other than a Resolved Response, pursuant to the Claims Objection Procedures Order, and (c) granting the Debtors such other and further relief as is just.

Dated: New York, New York
       June 25, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Fifteenth Omnibus Claims Objection
Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Riverside Claims, LLC as assignee of Whyco Finishing Technologies, LLC (Docket No. 8048) | 8874 | Riverside Claims LLC ("Riverside") opposes the reduction in proof of claim no. 88474, originally filed by Whyco Finishing Technologies, LLC ("Whyco"). Whyco provided parts plating services to Delphi and billed Delphi on a per part basis pursuant to contract. Riverside attaches copies of the governing contracts and the invoices totaling $101,655.48 that form the basis for its claim. Riverside requests that this Court overrule the Fifteenth Omnibus Claims Objection (the "Objection") and allow the claim in full. | Modification | Adjourn |
| 2. | American Casualty Company of Reading, PA (Docket No. 8206) | 2534[3] | American Casualty of Reading PA ("American Casualty") consents to the expungement of proof of claim no. 2534 and requests an order allowing proof of claim no. 2253. American Casualty asserts that it executes, on behalf of importers such as Delphi, bonds which are required by the United States Customs Service from entities | Books and records | Adjourn |

---

[1]  This chart reflects all Responses entered on the docket as of Friday, June 22, 2007 at 12:00 p.m. (prevailing Eastern time).

[2]  This chart reflects all resolutions or proposals as of Friday, June 22, 2007 at 12:00 p.m. (prevailing Eastern time).

[3]  Note that American Casualty asserts that the Debtors object to proof of claim no 2253 on the grounds that it is a duplicate claim. Proof of claim no. 2253 was disallowed and expunged, however, pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (I) Duplicate And Amended Claims And (II) Equity Claims Identified In First Omnibus Claims Objection (Docket No. 5390), entered October 24, 2006.

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | importing goods. It asserts that it is contingently liable in the amount of $44,080,000.00 on three bonds on behalf of the Debtors. American Casualty asserts that is allowed to file a claim no matter how remote or contingent the liability, and that the Court should employ methods to estimate the amount of the claim. American Casualty further asserts that it is entitled to priority status under 31 U.S.C. § 9309. American Casualty asks that this Court allow the claim and grant leave for American Casualty to move for an estimation of the claim and for funds to be deposited with American Casualty to be held as collateral until the time that the Debtors furnish evidence of termination of American Casualty's liability under the bonds. | | |
| 3. | New York State Department of Taxation and Finance (Docket No. 8214) | 9710, 9711 | First, the New York State Department of Taxation and Finance (the "New York Tax Department") consents to the expungement of proof of claim no. 9710. Second, the New York Tax Department asserts that it filed proof of claim no. 9711 for unpaid prepetition corporate taxes in the total amount of $2,876.21, including interest and penalties. The New York Tax Department consents to the expungement of the portion of the claim relating to tax assessment L-027173384-2, which is an assessment in the amount of $1,626.21. The New York Tax Department asserts that an estimated assessment in the amount of $1,000.00 for the failure to file a tax return for the period ending October 8, 2005 remains unpaid. The New York Tax Department further asserts that the Debtors' Objection is insufficient to overcome the prima facie validity of its claim. | Books and records | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 4. | Fitzgerald Water, Light, and Bond Commission (Docket No. 8215) | 16026 | Fitzgerald Water, Light, and Bond Commission agrees with the Debtors' modification to the amount of its claim and with its response, and amends proof of claim no. 16026 to reflect the modified amount of the claim. | Modification | Resolved – the claimant agrees with the modification |
| 5. | EMC$^2$ Corporation (Docket No. 8216) | 14837 | In the Objection, the Debtors seek to reduce the claim of EMC$^2$ Corporation ("EMC") from $115,123.63 ($74,172.96 prepetition and $40,950.67 postpetition) to $73,342.82. EMC disagrees with the Debtors' proposed modification to its claim. EMC asserts that it has not received payment for services rendered between March 2005 and February 2006, and it attaches invoices and purchase orders to support its claim. | Modification | Adjourn |
| 6. | Marco Manufacturing Co. (Docket No. 8218) | 11132 | Marco Manufacturing Co. ("Marco") asserts that it filed its proof of claim in the net amount of $261,038.88 after taking into account the amounts that Marco owed to the Debtors. Marco concedes that after filing its proof of claim it agreed to a reduction in the portion of the claim entitled to priority status as a reclamation claim. Marco asserts that its total claim should be allowed in the amount of $261,038.88, with $49,095.80 as priority. Marco believes that it has sufficiently documented its claim, and is willing to further document its claim but does not understand why the Debtors assert that its claim is insufficiently documented. | Insufficiently documented | Adjourn |
| 7. | InteSys Technologies, Inc. (Docket No. 8224) | 10770 | InteSys Technologies, Inc. ("InteSys") filed proof of claim no. 10770 for goods sold to the Delphi in 2004 and 2005. InteSys asserts that it has provided documentation and information, including detailed invoices, supporting its claim in the amount of | Insufficiently documented | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | $511,037.71. | | |
| 8. | PBR Columbia LLC (Docket No. 8239) | 6610 | PBR Columbia LLC ("PBR Columbia") filed proof of claim no. 6610 against Delphi Automotive Systems LLC ("DAS LLC"). PBR Columbia also filed a similar claim against Delphi Corporation because it was uncertain against which Debtor the claim was properly asserted. PBR Columbia asserts that the Debtors have failed to put forth evidence sufficient to rebut the presumption of validity of its proof of claim. | Books and records | Adjourn |
| 9. | City of McAllen (Docket No. 8242) | 16486 | The City of McAllen ("McAllen") asserts that it is not necessary for it to file any responses to the Objection because the filing of the claim was like a complaint and the Objection is like an answer. McAllen asserts that the burden is on the Debtors to rebut the prima facie case presented in the proof of claim. Out of an abundance of caution, McAllen files its response asserting that its claim has not been paid and remains due for the 2005 tax year. McAllen further asserts that it did not receive adequate notice of the filing of the Debtors' chapter 11 cases and therefore should not be held to the bar date. McAllen further asserts that if its claim is disallowed as untimely, its liens will survive and the Debtors are required to segregate all assets which secure payment of the taxes owed to McAllen. | Untimely tax claim | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 10. | Sandvik Materials Technology (Docket No. 8251) | 590 | Sandvik Materials Technology ("Sandvik") filed proof of claim no. 590 ("Claim 590") and proof of claim no. 591 ("Claim 591") for amounts owed for steel products manufactured and delivered by Sandvik to Delphi.  Sandvik agrees that Claim 590 should be asserted against DAS LLC.  Sandvik does not agree with the proposed modification to the amount of Claim 590.  Sandvik attaches invoices that it asserts remain due in the amount of $29,390.33.  Sandvik asserts that the Debtors have not produced sufficient evidence to negate Sandvik's prima facie claim.  Sandvik agrees that Claim 591 should be asserted against DAS LLC.  The Debtors seek only to change the Debtor entity against which Claim 591 is asserted. | Modification | Adjourn |
| 11. | Gobar Systems, Inc. (Docket No. 8264) | 15429 | Gobar Systems, Inc. ("Gobar") filed its proof of claim asserting a total amount of $431,794.32 stemming from the sale of goods.  Gobar attaches a spreadsheet listing all the invoices, the delivery date, and the amount of each sale for which it asserts that it remains unpaid.  Gobar asserts that the Debtors have failed to establish that the claimed amount should be reduced or modified.  Gobar further asserts that the Debtors have failed to provide any documentary support for the relief sought.  Gobar requests that this Court deny the Objection and allow the claim in full. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 12. | Valeo Climate Control Corporation (Docket No. 8278) | 11462 | Valeo Climate Control Corporation ("Valeo") asserted a general unsecured claim in the amount of $506,709.63, and subsequently determined that $156,725.41 of that claim should be treated as a priority reclamation claim.  The reclamation reconciliation, which was agreed to by the Debtors pursuant to a statement of reclamation, did not address the validity of the remainder of the Valeo's unsecured claim.  Valeo asserts that the Debtors have not alleged a substantive basis or produced evidence to support their claim that Valeo's unsecured claim is not valid.  Although the Debtors have stated that the subject invoices have been paid, Valeo asserts that its books and records do not reflect payment.  Valeo requests that the Court overrule the Objection and allow the claim in the total amount of $506,709.63, with $156,725.41 entitled to priority status as a reclamation claim. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 13. | Muskegon Castings Corp (Docket No. 8285) | 12186 | Muskegon Castings Corp ("Muskegon") asserts that it filed proof of claim no. 12186 against DAS LLC in the amount of $48,161.62 for goods supplied to the Delphi. The claim amount represents purchase orders numbered 550014386, 550014387, 550014388, and 550014391, each of which is dated September 3, 2002.  Muskegon disagrees with the Debtors' modification of the claim to a priority claim of $11,566.85 and an unsecured claim of $36,409.21, for a total of $47,976.06.  Muskegon contends that pursuant to the Michigan Special Tools Lien Act, MCL 570.541 et seq. (the "Special Tools Lien Act"), it has a lien of approximately $1.2 million for special tools in its possession that are owned by the Debtors.  Muskegon argues that the Objection fails to explain (1) how the Debtors intend to avoid the Special Tools Lien Act and (2) the basis for the reduction in claim amount. | Claims subject to modification and reclamation agreement | Adjourn |
| 14. | Port City Castings Corp (Docket No. 8288) | 12187 | Port City Castings Corp ("Port City") asserts that it filed proof of claim no. 12187 as a secured claim in the amount of $100,551.70 for goods supplied pursuant to several contracts.  Port City contends that pursuant to the Special Tools Lien Act, it has a lien for approximately $295,330.00 for special tools in its possession owned by the Debtors.  Port City argues that  the Debtors fail to document how the they intend to avoid the Special Tools Lien Act and the basis for the reduction of their secured claim to an unsecured claim in the amount of $90,638.09. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 15. | MJ Celco (Docket No. 8290) | 12183 | MJ Celco asserts it filed a claim in the amount of $800,000.00 for parts supplied to Delphi Corporation. MJ Celco contends that it has continued to do business with Delphi and reconcile its invoices and payments, and therefore believes that the outstanding amount owed is approximately $150,000.00. MJ Celco states that it would consent to the reduction of its claim to $150,000.00 without prejudice to the Debtors right to further object when the reconciliation process is complete. | Books and records | Adjourn |
| 16. | Grigoleit Company (Docket No. 8291) | 10128 | The Grigoleit Company ("Grigoleit") asserts that it filed proof of claim no. 10128 in the amount of $259,605.47 for goods sold and services provided to Delphi. Grigoleit attaches invoices that it contends supports the asserted amount. According to Greigoleit, the Debtors provided a "Delphi Claim Reconciliation Detail," explaining the modification of its claim to $209,112.50. Grigoleit attaches documentation and (1) states that it disagrees with the Debtors assertion that Grigoleit is not owed $17,510.00 for the production of parts invoiced to the Debtors, (2) argues that the Debtors are not entitled to an additional $12,971.50 credit for returned materials or parts, and (3) contends that the Debtors did request an accelerated tooling service and it is owed $20,000.00 for such service. Grigoleit disputes the Debtors' modification and requests that its claim be allowed in the amount of $259,605.47. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 17. | Jacobson Mfg., LLC (Docket No. 8294) | 14240 | Jacobson Mfg., LLC ("Jacobson") asserts that it filed proof of claim no. 14240 as an unsecured claim in the amount of $114,342.92 for fasteners and related equipment pieces sold to Delphi. Jacobson further asserts that it asserted a reclamation demand for $35,182.70, which was it later agreed with the Debtors to reconcile to $22,226.09. Jacobson does not object to changing the Debtor against which the claim is asserted, provided that its claim is deemed timely filed and subject to no further objection for being against the improper debtor. Jacobson attaches invoices and contends that its claim should be reduced only to $106,551.92, not $95,486.72, the amount to which the Debtors seek to reduce the claim. Jacobson requests an allowed claim against DAS LLC as a priority claim of $22,226.09 and a non-priority unsecured claim of $84,325.83. | Claim subject to modification and reclamation agreement | Adjourn |
| 18. | Sun Microsystems, Inc. (Docket No. 8304) | 16597 | Sun Microsystems, Inc. ("Sun Microsystems") asserts that it filed a request for administrative expense on April 16, 2007 for a claim in the amount of $114,168.03 and attaches that request. Sun Microsystems requests that the Objection be denied and that its claim of $114,168.03 be allowed. | Untimely books and records | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 19. | Sojitz Corporation of America (Docket No. 8305) | 11606 | Sojitz Corporation of America ("Sojitz") asserts that it filed proof of claim no. 11606, asserting a secured claim in the amount of $55,000.00 and an unsecured claim in the amount of $71,344.36, and properly documented such claims. Sojitz does not dispute the modification of the unsecured claim to $50,493.75. Sojitz's response contests the Debtors' attempt to expunge the secured claim and shift the corporate obligor for proof of claim no. 11606. Sojitz argues that the Debtors did not provide a sufficient factual basis to support changing the Debtor against which the Claim is asserted from DAS LLC to ASEC Manufacturing General Partnership. Sojitz also request that its secured claim in the amount of $55,000.00 be allowed. | Modification | Adjourn |
| 20. | Liquidity Solutions, Inc. d/b/a Revenue Management, As Assignee of Acorn Distributors Inc. and Electronic Solutions Inc. (Docket No. 8307) | 2287,1201 | Liquidity Solutions, Inc. d/b/a Revenue Management, As Assignee of Acorn Distributors Inc. and Electronic Solutions Inc. ("Liquidity Solutions") asserts that it was assigned proof of claim no. 2287 in the amount of $12,921.52 from Acorn Distributors, Inc. and proof of claim no. 1201 in the amount of $104,504.04 from Electronic Solutions, Inc. Liquidity Solutions attaches copies of such claims and argues that there is sufficient documentation to support the amounts asserted. Liquidity Solutions contends that the Debtors do not carry the burden of proof of providing ample evidence to support modifying the claims. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 21. | Bank of America, N.A. (Docket No. 8309) | 11317, 11470, 11457 | Bank of America, N.A.("Bank of America") asserts that it filed proof of claim no. 11317 in the amount of $38,127,592.68 against Delphi Corporation, proof of claim no. 11470 in the amount of $38,127,592.68 against DAS LLC, and proof of claim no. 11457 against Delphi Automotive Systems Human Resources, LLC in the amount of  $38,127,592.68 for amounts owed for two aircraft leases, the Challenger Lease and the Learjet Lease.  Bank of America disputes the Objection because it asserts that the Debtors have offered no supporting evidence.  According to Bank of America, the asserted claim amount includes (1) $26,050,997.12 owed pursuant to the "Challenger Lease," an aircraft lease dated March 30, 2007, for a certain Bombadier Inc. CL-600-2816 (Variant 604) aircraft, two aircraft engines, accessories, and avionics, and (2) $12,076,595.56 owed pursuant to the "Learjet Lease," an aircraft lease dated March 30, 2001 for a certain Learjet 60 aircraft, two aircraft engines, accessories, and avionics.  Bank of America contends that its claim is for violations of the leases which are currently unknown or cannot be determined until the aircrafts are returned. | Books and records | Adjourn |
| 22. | National Paper and Packaging, Inc. (Docket No. 8314) | 16312 | National Paper and Packaging, Inc. ("NPP") asserts that it filed proof of claim no. 16312.  NPP also asserts that it  filed a reclamation claim, which it agreed to with the Debtors to allow in the amount of  $3.802.95.  NPP attaches invoices and argues that its unsecured claim amount is $186,028.49. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 23. | Fry's Metals, Inc. (Docket No. 8317) | 15679, 15681 | Fry's Metals, Inc. (Fry's Metals") asserts that it received a prepetition payment of approximately $167,000.00 as prepayment for shipments that would be made postpetition. Fry's Metals explains that it received a duplicative payment of $167,000.00, which it deposited in its prepetition account for the Debtors, and such funds where used to reduce amounts owed for postpetition shipments that occurred in the first half of 2006.  Fry's Metals asserts that it is still owed the $70,512.00 pursuant to proofs of claim nos. 15679 and 15681 and therefore requests that the Objection be withdrawn. | Books and records | Adjourn |
| 24. | The Brix Group, Inc. (Docket No. 8318) | 8139, 8229 | The Brix Group, Inc. ("Brix") asserts that its documentation attached to proof of claim no. 8139 in the amount of $44,754.00 and proof of claim no. 8829 in the amount of $2,896,591.72 demonstrates that the claim should not be disallowed and expunged.  The amounts that Brix asserts relate to peripheral equipment that Brix purchased from the Debtors for the TruckPC Project.  Brix asserts that the equipment failed and that Delphi agreed to take back the equipment and issue a full credit for the returned equipment. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 25. | Contrarian Funds, LLC (Docket No. 8320) | a) 813<br><br>b) 5102, 7235, 7237, 7367, 7369, 8024, 8030, 10579, 10580, 12695, 16544 | a) Contrarian Funds LLC ("Contrarian") consents to the modification of proof of claim no. 813 provided that the claim is allowed in the modified amount.<br><br>b) Contrarian asserts that the there is no statutory or other authority justifying the Debtors' request to reduce the amount of certain claims while reserving the ability to later seek disallowance. Contrarian asserts that this approach could cause an unnecessary drain on the resources of the Debtors, Contrarian, and this Court. Contrarian also asserts that the Debtors have set forth no evidence to contradict the validity and amount of the claims they seek to modify. Contrarian requests that the claims be allowed in full as filed. | Modification | Adjourn |
| 26. | Toshiba America Electronic Components, Inc. (Docket No. 8321) | 12239 | Toshiba America Electronic Components Inc. states that it reached an agreement with the Debtors whereby its claim will be allowed as a general unsecured claim in the amount of $597,611.14. A copy of the letter agreement is attached to the Response. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 27. | PPG Industries, Inc. (Docket No. 8322) | 10710 | PPG Industries, Inc. ("PPG") asserts that it filed proof of claim no. 10710 in the amount of $574,896.85 for goods delivered prepetition.   PPG disagrees with the Debtors' analysis of proof of claim no. 10710 and provides documentation to support the following: (1) that it is owed approximately $60,442.14 for invoices, even though the Debtors disagree because there are no purchase orders reflecting that amount and (2) that it is owed approximately $4,230.77 for goods delivered.  PPG argues that its claim should not be modified to $460,507.92 because the Debtors fail to supply it with adequate information, reconcile the amount of the proposed reduction, or offer sufficient reasons for the reduction. | Modification | Adjourn |
| 28. | BI Technologies Corporation (Docket No. 8323) | 8372 | BI Technologies Corporation ("BI Technologies") asserts that it filed proof of claim no. 8372 for products manufactured and delivered in the amount of $788,628.25. Its claim consists of an unsecured claim of $782,418.25 and a priority administrative expense claim of $6,210 for a reconciled reclamation claim.  BI Technologies explained that it transferred the unsecured claim portion and retained $.25 of its unsecured claim; however, on June 1, 2007, the claim was re-transferred back to BI Technologies.  BI Technologies contends that upon reviewing documentation from the Debtors, it does not oppose the reduction of the unsecured claim by $26,357.26; however, it does oppose the reduction of its unsecured claim by $46,011.00. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 29. | AB Automotive, Inc. (Docket No. 8324) | 14239 | AB Automotive, Inc. ("AB Automotive") asserts that it filed proof of claim no. 14239 against DAS LLC for products manufactured and delivered to DAS LLC.  The claim consists of an unsecured claim of $5,241,963.61 and an administrative expense priority claim in the amount of $2,171.90, which is the reconciled claim amount. According to AB Automotive, it and the Debtors are parties to two sole source supplier agreements and two assumption agreements, requiring the Debtors to pay six quarterly payments totalling $71,368.78 and $220,219.55.  AB Automotive explains that it transferred its claim for $2,645,610.00 and retained the difference of $2,596,353.41  AB Automotive attaches invoices and objects to the modification of its claim for the retained portion of the unsecured claim to $499,310.41 and the priority claim to $733.75.  AB Automotive contends that because it has received payments pursuant to assumption agreements, the retained portion of the unsecured claim should be reduced to $1,018,343.04, and states that if the Debtors continue to make quarterly payments, then the claim should be further reduced by $899,114.91.  However, AB Automotive is concerned the order granting the supplier agreement assumption procedures does not consider the quarterly payments administrative expenses.   AB Automotive further asserts that the priority claim should be reduced only if the Debtors have made payments on account of such priority claim pursuant to the assumption agreements. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 30. | Riverside Claims, LLC as Assignee of Hurley Packaging of Texas Inc. and Greak & Busby, P.C. (Docket No. 8326) | 8519, 8502 | Riverside Claims, LLC as Assignee of Hurley Packaging of Texas Inc. and Greak & Busby, P.C. ("Riverside") opposes the Objection to its proof of claim no. 8519, the claim of Hurley Packaging of Texas, Inc. ("Hurley"), in the amount of $40,000.00 and proof of claim no. 8502 in the amount of $20,000.00 on the basis that the claims provide documents and exhibits evidencing the asserted amounts. Furthermore, Riverside attaches documents related to the cancellation of a contract between Delphi Corporation and Hurley, indicating that Hurley was to file a claim for amounts owed upon cancellation.  Also attached is a petition for a state court lawsuit because Riverside asserts that Hurley was required to file a lawsuit to recover the owed amounts.  According to Riverside, proof of claim no. 8502, the claim of Greak & Busby, P.C., is for the attorneys' fees sought by Hurley in the state court lawsuit. | Books and records | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 31. | American Recycling & Manufacturing Co., Inc. (Docket No. 8329) | 16556 | America Recycling & Manufacturing Co., Inc. ("ARM") asserts that it filed proof of claim no. 14526 in the amount of $38,397.95 for goods and services supplied to Delphi.  This claim was objected to on the Debtors' Ninth Omnibus Objection, which was filed on February 15, 2007.  In its response to the Ninth Omnibus Claims Objection (the "First Response"), ARM explains that it moved to amend its proof of claim by $2,247.21 for an amount it billed the Debtors on October 17, 2005.  A copy of the amended proof of claim, proof of claim no. 16556, is attached to the First Response.  ARM contends that the Debtors refused to pay such amount but that it did not receive any opposition to its request to amend the proof of claim.  ARM opposes the Debtors' Objection that the amended proof of claim was filed late.  ARM asserts that the Debtors were not prejudiced by the amended claim and it believed that the invoice was a postpetition debt because the invoice was rendered postpetition.  ARM therefore requests that the court allow its amended claim and increase its claim by $2,247.21 to $40,645.16. | Untimely | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 32. | Battenfeld of America, Inc. (Docket No. 8333) | 1439 | Battenfeld of America, Inc. ("Battenfeld") asserts that its claim arises from parts sold and services provided. Battenfeld further asserts that the Debtors requested additional information from Battenfeld, which Battenfeld believes would account for the portion of the claim that the Debtors seek to disallow. Battenfeld asserts that it provided the requested information, and also attaches the information to its response. Finally, Battenfeld asserts that the Debtors have offered no evidence or explanation in support of the Objection. Battenfeld requests that this Court allow its claim in the amount filed. | Modification | Adjourn |
| 33. | Fujikura America, Inc. (Docket No. 8336) | 11659 | Fujikura America, Inc. ("Fujikura") filed proof of claim no. 11659 asserting a secured claim for $21,813.20, a priority claim for $15,482.29, and a general unsecured claim for $205,159.75, for a total claim of $247,455.24. Fujikura asserts that its secured claim is valid based on its right to setoff. Fujikura asserts that it believes the modification, by one cent, to the priority portion of its claim may be a typographical error, and should not be made. As to the general unsecured portion of its claim, Fujikura acknowledges that it may be reduced based on payments that have been made, but asserts that precise amount of the reduction has not been determined. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 34. | Johnson Controls, Inc. (Docket No. 8337) | 15514 | Johnson Controls, Inc. ("JCI") asserts that proof of claim no. 15514 was filed as contingent and unliquidated and is based on potential breaches of contract arising under an Interim Trademark License Agreement with Delphi Corporation.  JCI asserts that any potential breach would give rise to claims by JCI.  JCI reserves the right to amend proof of claim no. 15514 to provide the details and damage amount of any contractual breaches by the Debtors. | Books and records | Adjourn |
| 35. | Johnson Controls, Inc. (Docket No. 8338) | 15523 | JCI asserts that it filed proof of claim no. 15523 based on various prepetition purchase orders that it alleges remain outstanding.  JCI asserts that it included a contingent and unliquidated component in proof of claim no. 15523 to reflect potential claims that JCI may have arising under those purchase orders, such as pricing adjustments or warranty items.  JCI reserves the right to amend proof of claim no. 15523 to provide the details and damage amount of any contractual breaches or price adjustments. | Modification | Adjourn |
| 36. | Johnson Controls, Inc. (Docket No. 8339) | 15525 | JCI asserts that it filed proof of claim no. 15525 based in part upon potential breaches of contract arising under certain Transition Services Agreement, the New Brunswick Put and Call Agreement, and a Component Supply Agreement with DAS LLC.  JCI asserts that this claim should be treated as secured by JCI's prepetition setoff rights.  JCI asserts that it included a contingent and unliquidated component in proof of claim no. 15525 to reflect potential breach of contract claims. | Modification | |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 37. | Johnson Controls, Inc. (Docket No. 8340) | 15526 | JCI asserts that it filed proof of claim no. 15526 based upon potential breaches of contract arising under a certain Master Sale and Purchase Agreement and the Environmental Matters Agreement between JCI and Delphi Corporation.  JCI acknowledges that its claim initially included potential claims in connection with a lawsuit brought by Worldwide Battery Corporation, but that case has recently settled.  JCI asserts that it included a contingent and unliquidated component in proof of claim no. 15526 to reflect potential breach of contract claims.  JCI reserves the right to amend proof of claim no. 15526 to provide the details and damage amount of any contractual breaches | Books and records | Adjourn |
| 38. | Flow Dry Technology, Ltd. (Docket No. 8345) | 8508 | Flow Dry Technology, Inc. ("Flow Dry") asserts that the Debtors' obligation to it is secured by a molder's lien, pursuant to Ohio Revised Code Section 1331.31, Ohio molder's lien statute.  Flow Dry asserts that it perfected its lien by its possession of two molds since the date the Debtors filed their chapter 11 petitions.  Flow Dry further asserts that the Debtors have not provided any basis for altering the classification of Flow Dry's claim. | Modification | Adjourn |
| 39. | Bayer MaterialScience, LLC (Docket No. 8347) | 9577 | Bayer MaterialScience, LLC ("BMS") filed proof of claim no. 9577 based on products that were sold to various Delphi entities and for which payment was allegedly not received.  BMS does not oppose the granting of priority status to a portion of its claim in the amount of $2,250.72, but it does oppose the proposed reduction of the total amount of its claim from $122,826.05 to $105,184.98.  BMS attaches invoices in support of its claim to its response. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 40. | Manufacturers Equipment & Supply Co. (Docket No. 8348) | 966 | Manufacturers Equipment & Supply Co. ("MESCO") asserts that its claim arises out of the sale of goods pursuant to the terms of various purchase orders.  MESCO opposes the Debtors' proposed reduction of its claim to $2,066.11.  However, MESCO acknowledges that its claim should be reduced to $15,854.36.  MESCO attaches documentation to support  its calculation of the amount it believes it is owed.  MESCO asserts that the purchase orders it received do not indicate which Debtor or non-debtor entities issued the purchase orders, so MESCO reserves the right to seek recovery from the appropriate Debtor or non-debtor entity.  MESCO asserts that it should be entitled to an allowed unsecured claim in the amount of $15,854.36. | Modification | Adjourn |
| 41. | Judco Manufacturing Inc. (Docket No. 8352) | 16012, 13445 | Judco Manufacturing Inc. ("Judco") asserts that it  filed proofs of claim no. 1884 and 1885 in the amount of $2,605.25 and $47,855.41 respectively.  Judco contends that it later amended its claims to proofs of claim no. 13445 and 16012 in the amount of $2,605.25 and $52,318.51 on July 24, 2006.  Judco disagrees with date of August 9, 2006 listed as the filing date for proof of claim no. 16012 in the Objection.  Judco argues that proof of claim no. 13445 should be allowed in the amount of $33,938.12 and proof of claim no. 16012 should be allowed in the amount of $2,605.25. | Modification | Adjourn |
| 42. | Beaver Valley Manufacturing, Inc. (Docket No. 8354) | 11186 | Beaver Valley Manufacturing, Inc. ("Beaver Valley") asserts that it filed proof of claim no. 11186 in the amount of $180,633.39 for goods and services provided to Delphi.  Beaver Valley contends that Delphi initially alleged that it only had purchase orders for | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | $121,384.69 of the asserted claim amount. According to Beaver Valley, Delphi later produced purchase orders for $44,678.00. Consequently, Beaver Valley states that it filed an Amended Claim and attached the purchase orders provided by Delphi in the amount of $44,678.00.  Beaver Valley attaches copies of the amended claim and purchase orders to its response, and asserts that it now has a claim of $166,062.39.  It asserts that the Objection should be overruled. | | |
| 43. | Sierra Liquidity Fund LLC as assignee of New England Interconnect Systems, Inc. (Docket No. 8357) | 14682 | Sierra Liquidity Fund LLC as assignee of New England Interconnect Systems, Inc. ("Sierra") requests that the Court allow its claim in the amount of $150,601.20, the full amount filed.  Sierra attaches documentation in support of the claim including invoices, purchase orders and proof of delivery.  Sierra asserts that it sees no basis for the proposed reduction in the amount of the claim.  Sierra does not object to the proposed change in Debtor entity against which the claim is asserted. | Modification | Adjourn |
| 44. | Greeley Containment and Rework Inc. (Docket No. 8373) | 11248, 11249, 11250, 11251 | Greely Containment and Rework Inc. ("Greely") disagrees with the Objection to disallow, expunge, or modify its claims, as asserted in proofs of claim nos. 11248, 11249, 11250, and 11251.  Greely asserts that the Debtors do not provide enough information to ascertain the merits of the Objection. | Modification | Adjourn |
| 45. | Key Safety Systems, Inc. (Docket No. 8376) | 1790 | Key Safety Systems, Inc. ("KSS") asserts that it filed proof of claim no. 1790 in the amount of $195,077.21.  KSS disagrees with the Objection to reduce its claim to $72,475.98.  KSS attaches documentation in support of its claim and contends that the Objection does not provide a basis to modify its claim. | Claim subject to modification and reclamation agreement | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 46. | United States Customs and Border Protection (Docket No. 8381) | 16127, 16202 | United States Customs and Border Protection (the "Government") does not oppose the Debtors' Objection to disallow proof of claim no. 16201.  However, the Government disputes the Debtors' Objection to its proof of claim no. 16127 in the amount of $82,643.04 and proof of claim no. 16202 in the amount of $0.00, which is based on 67 unliquidated entries.  According to the Government, its claims should not be disallowed as untimely because both claims amend previously filed claims dated May 1, 2006.  The Government asserts that the Objection fails to rebut the prima facie validity of the claims. | Untimely books and records claims | Adjourn |
| 47. | Flex Technologies, Inc. (Docket No. 8384) | 11524 | Flex Technologies, Inc. ("Flex Technologies") asserts that it filed proof of claim no. 11542 in the amount of $72,759.50 for goods sold to the Delphi entities.  Flex Technologies asserts that the attached invoices support the claim amount.  Flex Technologies also contends that it does not have enough information to agree that DAS LLC is the correct Debtor entity that its claim should be asserted against. | Modification | Adjourn |
| 48. | SKF USA Inc. (Docket No. 8389) | 11247 | SKF USA Inc. ("SKF") asserts that it filed proof of claim no. 11247 as an unsecured non-priority claim in the amount of $556,685.09 and an unsecured administrative expense priority claim in the amount of $85,147.45.  SKF states that it has reached an agreement in principle with the Debtors to resolve the Objection, and have filed this response to preserve its objections to the relief sought in the Objection. | Claim subject to modification and reclamation agreement | Adjourn |
| 49. | Parlex Corporation (Undocketed) | 11190, 11193 | Parlex Corporation ("Parlex") asserts that the Debtors fail to specify the basis for the Objection to Parlex's claims and do not provide any specific evidence in support of | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | their Objection.  Parlex further alleges that the supporting documents attached to its claims establish the basis of the claims, and so the Debtors' Objection should be overruled because it failed to present any evidence to rebut the <u>prima</u> <u>facie</u> validity of Parlex's claims.  Parlex requests that the court allow proof of claim no. 11190 in the amount of $87,844.88 and proof of claim no. 11193 in the amount of $39,295.28. | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
           In re                        :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                        :
                       Debtors.         :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED
CLAIMS ASSERTING RECLAMATION IDENTIFIED IN FIFTEENTH
OMNIBUS CLAIMS OBJECTION

("FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax

Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And

Modified Claims Asserting Reclamation, dated May 22, 2007 (the "Fifteenth Omnibus Claims

Objection"),[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the

record of the hearing held on the Fifteenth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Fifteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim (as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim")) listed on <u>Exhibits</u> <u>A</u>, <u>B-1</u>, <u>B-2</u>, <u>C</u>, <u>D-1</u>, <u>D-2</u>, and <u>D-3</u> hereto was properly and timely served with a copy of the Fifteenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Fifteenth Omnibus Claims Objection, and notice of the deadline for responding to the Fifteenth Omnibus Claims Objection.  No other or further notice of the Fifteenth Omnibus Claims Objection is necessary.

B.    The Court has jurisdiction over the Fifteenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Fifteenth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fifteenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on <u>Exhibit A</u> hereto contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

D.    The Claims listed on <u>Exhibit B-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

E.      The Claims listed on <u>Exhibit B-2</u> hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records and were also untimely filed

pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

F.      The Claims listed on <u>Exhibit C</u> hereto were untimely filed pursuant to the

Bar Date Order (the "Untimely Claims").

G.      The Claims listed on <u>Exhibit D-1</u> hereto (a) state the incorrect amount or

are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b)

were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or

priority status (the "Claims Subject To Modification").

H.      The Tax Claims listed on <u>Exhibit D-2</u> hereto (a) are overstated, and/or (b)

were filed and docketed against the wrong Debtors, and/or (c) assert secured or priority status

without sufficient documentation to support such status (collectively, the "Tax Claims Subject

To Modification").

I.      The Claims listed on <u>Exhibit D-3</u> hereto (a) (i) state the incorrect amount

or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid

amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the

Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and

(ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

3

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

J.       The relief requested in the Fifteenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.       Each Insufficiently Documented Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

2.       Each Books And Records Claim listed on <u>Exhibit B-1</u> hereto is hereby disallowed and expunged in its entirety.

3.       Each Untimely Books And Records Claim listed on <u>Exhibit B-2</u> hereto is hereby disallowed and expunged in its entirety.

4.       Each Untimely Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

5.       Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit D-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit D-1</u> shall be entitled to (a) a recovery for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit D-1,</u> subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to

4

Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.     Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-2 shall be entitled to (a) a recovery for any Tax Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.     Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit D-3 shall be entitled to (a) a recovery for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest. For

5

clarity, <u>Exhibit F</u> hereto displays the formal name of each of the Debtor entities and their

associated bankruptcy case numbers referenced on <u>Exhibits D-1</u>, <u>D-2</u>, and <u>D-3</u>.

8.      With respect to each Claim for which a Response to the Fifteenth

Omnibus Claims Objection has been filed and served, and which has not been resolved by the

parties, all of which Claims are listed on <u>Exhibits E-1</u>, <u>E-2</u>, <u>E-3</u>, <u>E-4</u>, <u>E-5</u>, <u>E-6</u>, and <u>E-7</u> hereto,

the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to

be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order;

<u>provided</u>, <u>however</u>, that such adjournment shall be without prejudice to the Debtors' right to

assert that any such Responses were untimely or otherwise deficient under the Claims Objection

Procedures Order.

9.      Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Fifteenth Omnibus Claims Objection.

10.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

11.      This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Fifteenth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

12.      Each of the objections by the Debtors to each Claim addressed in the

Fifteenth Omnibus Claims Objection attached hereto as <u>Exhibits E-1</u>, <u>E-2</u>, <u>E-3</u>, <u>E-4</u>, <u>E-5</u>, <u>E-6</u>,

and <u>E-7</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This

order shall be deemed a separate order with respect to each Claim that is the subject of the

Fifteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested

6

matter which involves such Claim and shall not act to stay the applicability or finality of this

order with respect to the other contested matters covered hereby.

    13.  Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

    14.  The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Fifteenth Omnibus Claims

Objection.

Dated: New York, New York
   June ___, 2007


_____
  UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**                     **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STONEHILL INSTITUTIONAL PARTNERS LP ATTN STEVE NELSON 885 THIRD AVE 30TH FL NEW YORK, NY 10022 | 11907 | Secured: Priority: Administrative: Unsecured: Total: | $236,796.86 $236,796.86 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:** **1** | | **$236,796.86** | | |

Page 1 of 1

In re Delphi Corporation, et al.                                                    Fifteenth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP AMERICAN 3CI 713 OAKDALE GRAND PRAIRIE, TX 75050 | 3730 | Secured: Priority: Administrative: Unsecured: Total: | $278.41 $278.41 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ADVETECH INC 451 W MAIN ST CANFIELD, OH 44406 | 3993 | Secured: Priority: Administrative: Unsecured: Total: | $914.69 $914.69 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ALLIED ELECTRONICS INC PO BOX 5126 TIMONIUM, MD 21094 | 992 | Secured: Priority: Administrative: Unsecured: Total: | $593.84 $593.84 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| ALLIED ELECTRONICS INC PO BOX 5126 TIMONIUM, MD 21094 | 970 | Secured: Priority: Administrative: Unsecured: Total: | $557.03 $557.03 | 12/05/2005 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| AMERICAN TURNED PRODUCTS INC MACDONALD ILLIG JONES & BRITTON LLP 100 STATE ST STE 700 ERIE, PA 16507-1459 | 1779 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 $0.00 | 02/06/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| C & P WAREHOUSE FACILITY 2605 N DAVIS RD KOKOMO, IN 46901 | 9645 | Secured: Priority: Administrative: Unsecured: Total: | $7,542.88 $7,542.88 | 07/12/2006 | DELPHI CORPORATION (05-44481) |
| CIT COMMUNICATIONS FINANCE CORPORATION DBA AVAYA FINANCIAL SERVICES FKA AT&T CREDIT CORPORATION ATTN BANKRUPTCY DEPT 1 CIT DR STE 4104A LIVINGSTON, NJ 07039 | 15603 | Secured: Priority: Administrative: Unsecured: Total: | $3,813.42 $3,813.42 | 07/31/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

In re Delphi Corporation, et al.                                    Fifteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DATWYLER RUBBER & PLASTICS NELSON MULLINS RILEY & SCARBOROUGH PO BOX 11070 COLUMBIA, SC 29211-1070 | 10905 | Secured: Priority: Administrative: Unsecured: Total: | $34,595.00 $34,595.00 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC 1565 HOTEL CIR S STE 310 SAN DIEGO, CA 92108 | 2116 | Secured: Priority: Administrative: Unsecured: Total: | $3,567.20 $3,567.20 | 02/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DORNER MFG CORP 975 COTTONWOOD AVE HARTLAND, WI 53029-0020 | 2582 | Secured: Priority: Administrative: Unsecured: Total: | $522.63 $522.63 | 04/07/2006 | DELPHI CORPORATION (05-44481) |
| FINANCIAL SERVICES OF AMERICA LLC 4739 BELLEVIEW STE 304 KANSAS CITY, MO 64112 | 11227 | Secured: Priority: Administrative: Unsecured: Total: | $233,418.13 $233,418.13 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FPE INC 1785 BIG HILL RD DAYTON, OH 45439 | 11543 | Secured: Priority: Administrative: Unsecured: Total: | $430,308.97 $430,308.97 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 10375 | Secured: Priority: Administrative: Unsecured: Total: | $774,931.06 $774,931.06 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| HINKLE MANUFACTURING INC PO BOX 60210 ROSSFORD, OH 43460 | 662 | Secured: Priority: Administrative: Unsecured: Total: | $5,765.70 $5,765.70 | 11/18/2005 | DELPHI CORPORATION (05-44481) |
| HYPERTRONICS CORP  EFT 16 BRENT DR HUDSON, MA 01749-2978 | 3937 | Secured: Priority: Administrative: Unsecured: Total: | $890.64 $890.64 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                    Fifteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ICG CASTINGS INC<br>101 POPLAR ST<br>PO BOX 470<br>DOWAGIAC, MI 49047 | 40 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $272,340.10<br><br>$823,166.05<br>$1,095,506.15 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL OUTSOURCING SERVICES<br>1600 W BLOOMFIELD RD<br>BLOOMINGTON, IN 47403 | 12194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$33,114.60<br>$33,114.60 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| KOKUSAI INC<br>8102 WOODLAND DR<br>INDIANAPOLIS, IN 46278 | 1986 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,933.77<br>$3,933.77 | 02/14/2006 | DELPHI CORPORATION (05-44481) |
| MICHAEL A POLITO<br>SAMUEL F PRATO ESQ<br>ALLIANCE BUILDING STE I 435<br>I 83 EAST MAIN ST<br>ROCHESTER, NY 14604 | 3908 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| NATIONAL ABATEMENT CORPORATION<br>5206 GATEWAY CENTRE STE 200<br>FLINT, MI 48507 | 2042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,585.00<br><br><br>$210.00<br>$17,795.00 | 02/16/2006 | DELPHI CORPORATION (05-44481) |
| NYPRO CHIHUAHUA S DE RL DE CV<br>AVE HEMINGWAY NO 11517<br>COMPLEJO IND<br>CHIHUAHUA CHIH, 31109<br>MEXICO | 9976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$29,114.44<br>$29,114.44 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| SCHAEFER PLUMBING SUPPLY CO I INC<br>146 160 CLINTON ST<br>BUFFALO, NY 14203 | 2899 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$686.37<br>$686.37 | 04/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHERWIN WILLIAMS CO THE<br>1100 NORTH EXPY STE 1<br>BROWNSVILLE, TX 78520 | 8798 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$278.75<br>$278.75 | 06/30/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                              Fifteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SKF DE MEXICO S A DE C V PEPPER HAMILTON LLP HERCULES PLZ STE 5100 1313 MARKET ST WILMINGTON, DE 19899 | 11275 | Secured: Priority: Administrative: Unsecured: Total: | $8,007.33 $8,007.33 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIALTY COATINGS SYSTEMS EFT ADLER POLLOCK & SHEEHAN PC ONE CITIZENS PLAZA 8TH FLOOR PROVIDENCE, RI 02903 | 15683 | Secured: Priority: Administrative: Unsecured: Total: | $76,385.97 $76,385.97 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 6786 | Secured: Priority: Administrative: Unsecured: Total: | $21,000.00 $21,000.00 | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| THE CONNECTICUT LIGHT & POWER COMPANY CREDIT AND COLLECTION CTR PO BOX 2899 HARTFORD, CT 06101-8307 | 110 | Secured: Priority: Administrative: Unsecured: Total: | $1,418.83 $1,418.83 | 10/25/2005 | DELPHI CORPORATION (05-44481) |
| TOYOTA MOTOR NORTH AMERICA INC AND TOYOTA MOTOR MANUFACTURING KENTUCKY INC TODD HESEKIEL 59 MAIDEN LANE NEW YORK, NY 10038 | 11614 | Secured: Priority: Administrative: Unsecured: Total: | $20,000,000.00 $20,000,000.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S CUSTOMS AND BORDER PROTECTION 6650 TELECOM DR PO BOX 68911 INDIANAPOLIS, IN 46268 | 4041 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 05/01/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS 1212 AVE OF THE AMERICAS NEW YORK, NY 10036-1689 | 10565 | Secured: Priority: Administrative: Unsecured: Total: | $13,849.76 $13,849.76 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS AND BORDER PROTECTION 6650 TELECOM DR PO BOX 68911 INDIANAPOLIS, IN 46268 | 4038 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 05/01/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

**In re Delphi Corporation, et al.**          **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 10753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $299,663.69<br><br><br><br>$299,663.69 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | Total: | 32 | $23,598,454.26 |
|---|---|---|---|

**In re Delphi Corporation, et al.**　　　　　　　　　　　　　**Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TAX COLLECTOR SANTA ROSA COUNTY ROBERT MCCLURE SANTA ROSA TAX COLLE PO BOX 7100 MILTON, FL 32572 | 16403 | Secured: Priority: Administrative: Unsecured: Total: | $182,356.00 $182,356.00 | 11/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US CUSTOMS & BORDER PROTECTION 6650 TELECOM DR PO BOX 68911 INDIANAPOLIS, IN 46268 | 16201 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 08/14/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |

Total:　　2　　　　　　　　　　$182,356.00

**In re Delphi Corporation, et al.**                                  **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FISHER SCIENTIFIC<br>REGIONAL CREDIT MANAGER<br>2000 PARK LN<br>PITTSBURGH, PA 15275 | 16581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$57,969.20<br>$57,969.20 | 03/19/2007 | DELPHI CORPORATION (05-44481) |
| MARPOSS CORPORATION<br>3300 CROSS CREEK PKWY<br>AUBURN HILLS, MI 48326 | 16598 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$24,025.00<br>$24,025.00 | 04/24/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$81,994.20** | | |

In re: Delphi Corporation, et al.                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12215**
Date Filed: 07/28/06
Docketed Total:   $20,171.00
Filing Creditor Name and Address
 ADAPTIVE TECHNOLOGIES INC
 THOMAS P MARTIN
 MARTIN FOLINO HARMON &
 STACHLER
 214 W MONUMENT AVE
 PO BOX 10068
 DAYTON OH 45402

Claim Holder Name and Address
ADAPTIVE TECHNOLOGIES INC
THOMAS P MARTIN
MARTIN FOLINO HARMON &
STACHLER
214 W MONUMENT AVE
PO BOX 10068
DAYTON OH 45402

Docketed Total        $20,171.00         Modified Total        $10,241.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $20,171.00 | 05-44640 | | | $10,241.00 |
| | | | $20,171.00 | | | | $10,241.00 |

**Claim: 7007**
Date Filed: 05/30/06
Docketed Total:   $615.06
Filing Creditor Name and Address
 ALABAMA GAS CORP
 ATTN NANCY ROLAND
 605 RICHARD ARRINGTON JR BLVD
 N
 BIRMINGHAM AL 35203-2707

Claim Holder Name and Address
ALABAMA GAS CORP
ATTN NANCY ROLAND
605 RICHARD ARRINGTON JR BLVD
N
BIRMINGHAM AL 35203-2707

Docketed Total        $615.06         Modified Total        $599.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $615.06 | 05-44640 | | | $599.93 |
| | | | $615.06 | | | | $599.93 |

**Claim: 7008**
Date Filed: 05/30/06
Docketed Total:   $1,314.20
Filing Creditor Name and Address
 ALABAMA GAS CORP
 ATTN NANCY ROLAND
 605 RICHARD ARRINGTON JR BLVD
 N
 BIRMINGHAM AL 35203-2707

Claim Holder Name and Address
ALABAMA GAS CORP
ATTN NANCY ROLAND
605 RICHARD ARRINGTON JR BLVD
N
BIRMINGHAM AL 35203-2707

Docketed Total        $1,314.20         Modified Total        $1,264.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,314.20 | 05-44640 | | | $1,264.93 |
| | | | $1,314.20 | | | | $1,264.93 |

**Claim: 4232**
Date Filed: 05/01/06
Docketed Total:   $32,587.26
Filing Creditor Name and Address
 ALCOTEC WIRE CO
 2750 AERO PK DR
 TRAVERSE CITY MI 49686-9103

Claim Holder Name and Address
ALCOTEC WIRE CO
2750 AERO PK DR
TRAVERSE CITY MI 49686-9103

Docketed Total        $32,587.26         Modified Total        $27,076.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $32,587.26 | 05-44640 | | | $27,076.00 |
| | | | $32,587.26 | | | | $27,076.00 |

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10600**
Date Filed: 07/25/06
Docketed Total:   $11,751.37
Filing Creditor Name and Address
 AMPHENOL CORP AMPHENOL RF
 AMPHENOL RF
 4 OLD  NEWTON RD
 DANBURY CT 06810

| | Claim Holder Name and Address | Docketed Total | $11,751.37 | | | Modified Total | $10,630.26 | |
|---|---|---|---|---|---|---|---|---|
| | AMPHENOL CORP AMPHENOL RF AMPHENOL RF 4 OLD  NEWTON RD DANBURY CT 06810 | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $11,751.37 | 05-44640 | | | $10,630.26 |
| | | | | $11,751.37 | | | | $10,630.26 |

**Claim: 11579**
Date Filed: 07/27/06
Docketed Total:   $13,438.67
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF C&L WOOD PRODUCTS
 ATTN DAVID S LEINWAND
 AS ASSIGNEE OF C&L WOOD
 PRODUCTS
 535 MADISON AVE 15TH FL
 NEW YORK NY 10022

| | Claim Holder Name and Address | Docketed Total | $13,438.67 | | | Modified Total | $11,912.79 | |
|---|---|---|---|---|---|---|---|---|
| | AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK NY 10022 | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $13,438.67 | 05-44640 | | | $11,912.79 |
| | | | | $13,438.67 | | | | $11,912.79 |

**Claim: 2163**
Date Filed: 03/01/06
Docketed Total:   $67,698.23
Filing Creditor Name and Address
 ASM CAPITAL AS ASSIGNEE FOR
 CARRIS REELS INC
 ASM CAPITAL
 7600 JERICHO TPKE STE 302
 WOODBURY NY 11797

| | Claim Holder Name and Address | Docketed Total | $67,698.23 | | | Modified Total | $40,242.90 | |
|---|---|---|---|---|---|---|---|---|
| | ASM CAPITAL AS ASSIGNEE FOR CARRIS REELS INC ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY NY 11797 | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $67,698.23 | 05-44640 | | | $40,242.90 |
| | | | | $67,698.23 | | | | $40,242.90 |

**Claim: 1165**
Date Filed: 12/14/05
Docketed Total:   $1,280,342.50
Filing Creditor Name and Address
 ATMEL CORPORATION
 ATTN BUCK CHINN
 2325 ORCHARD PKWY
 SAN JOSE CA 95131

| | Claim Holder Name and Address | Docketed Total | $1,280,342.50 | | | Modified Total | $1,268,827.00 | |
|---|---|---|---|---|---|---|---|---|
| | ATMEL CORPORATION ATTN BUCK CHINN 2325 ORCHARD PKWY SAN JOSE CA 95131 | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,280,342.50 | 05-44539 | | | $570,000.00 |
| | | | | | 05-44640 | | | $698,827.00 |
| | | | | $1,280,342.50 | | | | $1,268,827.00 |

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 16415
Date Filed: 11/09/06
Docketed Total: $1,983,000.60
Filing Creditor Name and Address
ATS AUTOMATION TOOLING SYSTEMS INC
CARL GALLOWAY VP AND TREASURER
250 ROYAL OAK RD
CAMBRIDGE ON N3H 4R6
CANADA

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Docketed Total $1,983,000.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,983,000.60 | | |
| | $1,983,000.60 | | |

Modified Total $1,983,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,983,000.00 |
| | | | $1,983,000.00 |

**Row 2**

Claim: 1081
Date Filed: 12/02/05
Docketed Total: $60,182.00
Filing Creditor Name and Address
AUSTRIAMICROSYSTEMS AG
MRS MARIA RADOVIC
A-8141 UNTERPREMSTAELTEN

AUSTRIA

Claim Holder Name and Address
AUSTRIAMICROSYSTEMS AG
MRS MARIA RADOVIC
A-8141 UNTERPREMSTAELTEN

AUSTRIA

Docketed Total $60,182.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $60,182.00 |
| | | | $60,182.00 |

Modified Total $60,182.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $60,182.00 |
| | | | $60,182.00 |

**Row 3**

Claim: 3727
Date Filed: 05/01/06
Docketed Total: $49,973.66
Filing Creditor Name and Address
AVM INC
PO BOX 729
MARION SC 29571

Claim Holder Name and Address
AVM INC
PO BOX 729
MARION SC 29571

Docketed Total $49,973.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,973.66 |
| | | | $49,973.66 |

Modified Total $28,073.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,073.66 |
| | | | $28,073.66 |

**Row 4**

Claim: 15352
Date Filed: 07/31/06
Docketed Total: $17,541.48
Filing Creditor Name and Address
B W ROGERS CO
380 WATER ST
PO BOX 1030
AKRON OH 44309-1030

Claim Holder Name and Address
B W ROGERS CO
380 WATER ST
PO BOX 1030
AKRON OH 44309-1030

Docketed Total $17,541.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,541.48 |
| | | | $17,541.48 |

Modified Total $3,532.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,532.00 |
| | | | $3,532.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   3 of 38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2304<br>Date Filed:03/15/06<br>Docketed Total:  $8,978.40<br>Filing Creditor Name and Address<br> BAJA TAPE & SUPPLY SA DE CV<br> AV DE LAS GRANJAS NO 451<br> COL GRANJAS UNIDAS CP<br> CD JUAREZ CHIH  32675<br> MEXICO | Claim Holder Name and Address<br>BAJA TAPE & SUPPLY SA DE CV<br>AV DE LAS GRANJAS NO 451<br>COL GRANJAS UNIDAS CP<br>CD JUAREZ CHIH  32675<br>MEXICO | Docketed Total | | $8,978.40 | | Modified Total | | $5,358.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $8,978.40<br>$8,978.40 | 05-44640 | | | $5,358.00<br>$5,358.00 |
| Claim: 1414<br>Date Filed:12/30/05<br>Docketed Total:  $17,498.12<br>Filing Creditor Name and Address<br> BALZERS INC<br> 2511 TECHNOLOGY DR STE 114<br> ELGIN IL 60123 | Claim Holder Name and Address<br>BALZERS INC<br>2511 TECHNOLOGY DR STE 114<br>ELGIN IL 60123 | Docketed Total | | $17,498.12 | | Modified Total | | $17,498.12 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $17,498.12<br>$17,498.12 | 05-44640 | | | $17,498.12<br>$17,498.12 |
| Claim: 7206<br>Date Filed:05/31/06<br>Docketed Total:  $31,570.05<br>Filing Creditor Name and Address<br> BELLMAN MELCOR INC<br> 18333 S 76TH AVE<br> PO BOX 188<br> TINLEY PK IL 60477 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $31,570.05 | | Modified Total | | $28,335.20 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $31,570.05<br><br>$31,570.05 | 05-44640 | | | $28,335.20<br><br>$28,335.20 |
| Claim: 1627<br>Date Filed:01/23/06<br>Docketed Total:  $9,243.52<br>Filing Creditor Name and Address<br> BENCHMARK DBA PLASCO DBA<br> GOLDEN THUMB<br> BENCHMARK INDUSTRIAL SUPPLY<br> LLC<br> PO BOX 367<br> SPRINGFIELD OH 45501 | Claim Holder Name and Address<br>BENCHMARK DBA PLASCO DBA GOLDEN<br>THUMB<br>BENCHMARK INDUSTRIAL SUPPLY<br>LLC<br>PO BOX 367<br>SPRINGFIELD OH 45501 | Docketed Total | | $9,243.52 | | Modified Total | | $7,990.32 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $9,243.52<br>$9,243.52 | | 05-44640 | | | $7,990.32<br>$7,990.32 |

In re: Delphi Corporation, et al.                                                   Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12448<br>Date Filed:07/28/06<br>Docketed Total:   $33,219.20<br>Filing Creditor Name and Address<br> BERGQUIST COMPANY<br> 18930 WEST 78TH ST<br> CHANHASSEN MN 55317 | Claim Holder Name and Address<br>BERGQUIST COMPANY<br>18930 WEST 78TH ST<br>CHANHASSEN MN 55317 | Docketed Total | | $33,219.20 | | Modified Total | | $24,859.36 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44567                                  $33,219.20<br>                                                    $33,219.20 | | | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                  $24,859.36<br>                                                    $24,859.36 | | | |
| Claim: 12449<br>Date Filed:07/28/06<br>Docketed Total:   $5,437.15<br>Filing Creditor Name and Address<br> BERGQUIST COMPANY EFT<br> 18930 WEST 78TH ST<br> CHANHASSEN MN 55317 | Claim Holder Name and Address<br>BERGQUIST COMPANY EFT<br>18930 WEST 78TH ST<br>CHANHASSEN MN 55317 | Docketed Total | | $5,437.15 | | Modified Total | | $1,900.95 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                  $5,437.15<br>                                                    $5,437.15 | | | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                  $1,900.95<br>                                                    $1,900.95 | | | |
| Claim: 1469<br>Date Filed:01/09/06<br>Docketed Total:   $7,949.86<br>Filing Creditor Name and Address<br> BEST ACCESS SYSTEMS EFT<br> 6161 E 75TH ST<br> INDIANAPOLIS IN 46250 | Claim Holder Name and Address<br>BEST ACCESS SYSTEMS EFT<br>6161 E 75TH ST<br>INDIANAPOLIS IN 46250 | Docketed Total | | $7,949.86 | | Modified Total | | $1,005.81 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                  $7,949.86<br>                                                    $7,949.86 | | | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                  $1,005.81<br>                                                    $1,005.81 | | | |
| Claim: 5569<br>Date Filed:05/10/06<br>Docketed Total:   $4,637.48<br>Filing Creditor Name and Address<br> BIW ISOLIERSTOFFE GMBH<br> POSTBACH 11 15<br> 58240 ENNEPETAL<br><br> GERMANY | Claim Holder Name and Address<br>BIW ISOLIERSTOFFE GMBH<br>POSTBACH 11 15<br>58240 ENNEPETAL<br><br>GERMANY | Docketed Total | | $4,637.48 | | Modified Total | | $3,449.77 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                  $4,637.48<br>                                                    $4,637.48 | | | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                  $3,449.77<br>                                                    $3,449.77 | | | |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9303<br>Date Filed:07/11/06<br>Docketed Total:  $28,331.19<br>Filing Creditor Name and Address<br> BOYD CORPORATION<br> CREDIT MGR<br> 600 SOUTH MCCLURE RD<br> MODESTO CA 95357 | Claim Holder Name and Address<br>BOYD CORPORATION<br>CREDIT MGR<br>600 SOUTH MCCLURE RD<br>MODESTO CA 95357 | Docketed Total | | $28,331.19 | | Modified Total | | $28,331.19 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$28,331.19 | Case Number*<br>05-44507<br>05-44640 | Secured | Priority | Unsecured<br>$24,510.69<br>$3,820.50 |
| | | | | $28,331.19 | | | | $28,331.19 |
| Claim: 8891<br>Date Filed:07/05/06<br>Docketed Total:  $3,271.41<br>Filing Creditor Name and Address<br> BURTON CITY OF MI<br> 4303 S CTR RD<br> BURTON MI 48519 | Claim Holder Name and Address<br>BURTON CITY OF MI<br>4303 S CTR RD<br>BURTON MI 48519 | Docketed Total | | $3,271.41 | | Modified Total | | $3,271.41 |
| | Case Number*<br>05-44640 | Secured<br>$3,271.41 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,271.41 |
| | | $3,271.41 | | | | | | $3,271.41 |
| Claim: 82<br>Date Filed:10/24/05<br>Docketed Total:  $136,583.32<br>Filing Creditor Name and Address<br> CALIFORNIA EASTERN<br> LABORATORIES INC<br> ATTN JULIE STEPHENS<br> 4590 PATRICK HENRY DR<br> SANTA CLARA CA 95054-1817 | Claim Holder Name and Address<br>CALIFORNIA EASTERN LABORATORIES INC<br>ATTN JULIE STEPHENS<br>4590 PATRICK HENRY DR<br>SANTA CLARA CA 95054-1817 | Docketed Total | | $136,583.32 | | Modified Total | | $130,575.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$136,583.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$130,575.00 |
| | | | | $136,583.32 | | | | $130,575.00 |
| Claim: 7790<br>Date Filed:06/12/06<br>Docketed Total:  $12,945.00<br>Filing Creditor Name and Address<br> CERCO LLC CESCO PLANT<br> 416 MAPLE AVE<br> PO BOX 151<br> CROOKSVILLE OH 43731 | Claim Holder Name and Address<br>CERCO LLC CESCO PLANT<br>416 MAPLE AVE<br>PO BOX 151<br>CROOKSVILLE OH 43731 | Docketed Total | | $12,945.00 | | Modified Total | | $9,233.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,945.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,233.25 |
| | | | | $12,945.00 | | | | $9,233.25 |

*See Exhibit F for a listing of debtor entities by case number              Page:   6 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 16277**
Date Filed: 08/29/06
Docketed Total:  $659,587.74
Filing Creditor Name and Address
 CERTIFIED TOOL & MANUFACTURING
 ATTN DAVID ROBERTSON
 1201 ESTES AVE
 ELK GROVE VILLAGE IL
 60007-5401

Claim Holder Name and Address — LONGACRE MASTER FUND LTD, VLADIMIR JELISAVCIC, 810 SEVENTH AVE 22ND FL, NEW YORK NY 10019 — Docketed Total $659,587.74 — Modified Total $656,140.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $113,850.00 | | $545,737.74 | 05-44640 | | | $656,140.55 |
| | $113,850.00 | | $545,737.74 | | | | $656,140.55 |

**Claim: 7069**
Date Filed: 05/30/06
Docketed Total:  $8,000.00
Filing Creditor Name and Address
 CHANTE RICH
 ATTN MICHELLE DRINKWATER
 8720 CASTLE CRK PKWY STE 200
 INDIANAPOLIS IN 46250

Claim Holder Name and Address — CHANTE RICH, ATTN MICHELLE DRINKWATER, 8720 CASTLE CRK PKWY STE 200, INDIANAPOLIS IN 46250 — Docketed Total $8,000.00 — Modified Total $4,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,000.00 | 05-44481 | | | $4,000.00 |
| | | | $8,000.00 | | | | $4,000.00 |

**Claim: 14246**
Date Filed: 07/31/06
Docketed Total:  $224,664.10
Filing Creditor Name and Address
 CINCH CONNECTORS INC
 JAMES E MORGAN
 MUCH SHELIST FREED DENENBERG
 AMENT
 191 N WACKER DR STE 1800
 CHICAGO IL 60606

Claim Holder Name and Address — HAIN CAPITAL HOLDINGS LLC, ATTN GANNA LIBERCHUK, 301 RTE 17 6TH FL, RUTHERFORD NJ 07070 — Docketed Total $224,664.10 — Modified Total $220,052.15

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $224,664.10 | | | 05-44640 | | | $220,052.15 |
| | $224,664.10 | | | | | | $220,052.15 |

**Claim: 5947**
Date Filed: 05/16/06
Docketed Total:  $19,543.15
Filing Creditor Name and Address
 CINCINNATI INC
 PO BOX 11111
 CINCINNATI OH 45211-0111

Claim Holder Name and Address — CINCINNATI INC, PO BOX 11111, CINCINNATI OH 45211-0111 — Docketed Total $19,543.15 — Modified Total $18,310.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $19,543.15 | 05-44640 | | | $18,310.20 |
| | | | $19,543.15 | | | | $18,310.20 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   7 of 38

In re: Delphi Corporation, et al.                                        Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1485<br>Date Filed:01/09/06<br>Docketed Total:  $3,169.58<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $3,169.58 | | Modified Total | | $1,532.97 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,169.58<br>$3,169.58 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,532.97<br>$1,532.97 |
| Claim: 1486<br>Date Filed:01/09/06<br>Docketed Total:  $614.22<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $614.22 | | Modified Total | | $614.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$614.22<br>$614.22 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$614.22<br>$614.22 |
| Claim: 1487<br>Date Filed:01/09/06<br>Docketed Total:  $603.48<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $603.48 | | Modified Total | | $603.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$603.48<br>$603.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$603.48<br>$603.48 |
| Claim: 1886<br>Date Filed:02/07/06<br>Docketed Total:  $1,413.28<br>Filing Creditor Name and Address<br> CITIZENS GAS & COKE UTILITY<br> 2020 N MERIDIAN ST<br> INDIANAPOLIS IN 46202-1393 | Claim Holder Name and Address<br>CITIZENS GAS & COKE UTILITY<br>2020 N MERIDIAN ST<br>INDIANAPOLIS IN 46202-1393 | Docketed Total | | $1,413.28 | | Modified Total | | $1,413.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,413.28<br>$1,413.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,413.28<br>$1,413.28 |

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7945<br>Date Filed:06/13/06<br>Docketed Total:  $28,553.57<br>Filing Creditor Name and Address<br> CITY OF OAK CREEK WATER AND<br>  SEWER UTILITY<br> C/O LAWRENCE HASKIN CITY<br> ATTORNEY<br> 7300 S 13TH ST STE 104<br> OAK CREEK WI 53154 | Claim Holder Name and Address    Docketed Total    $28,553.57<br>CITY OF OAK CREEK WATER AND SEWER<br>UTILITY<br>C/O LAWRENCE HASKIN CITY<br>ATTORNEY<br>7300 S 13TH ST STE 104<br>OAK CREEK WI 53154<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $28,553.57<br>                                                         $28,553.57 | Modified Total    $28,381.29<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $28,381.29<br>                                                         $28,381.29 |
| Claim: 6595<br>Date Filed:05/22/06<br>Docketed Total:  $1,752.85<br>Filing Creditor Name and Address<br> COMFORT TELECOMMUNICATION<br> RICHARD MINTO<br> 1407 SE 47TH TERRACE<br> CAPE CORAL FL 33904 | Claim Holder Name and Address    Docketed Total    $1,752.85<br>COMFORT TELECOMMUNICATION<br>RICHARD MINTO<br>1407 SE 47TH TERRACE<br>CAPE CORAL FL 33904<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $1,752.85<br>                                                          $1,752.85 | Modified Total    $1,553.05<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $1,553.05<br>                                                          $1,553.05 |
| Claim: 5725<br>Date Filed:05/12/06<br>Docketed Total:  $2,600.00<br>Filing Creditor Name and Address<br> CORRPRO COMPANIES INC<br> 1055 W SMITH RD<br> MEDINA OH 44256 | Claim Holder Name and Address    Docketed Total    $2,600.00<br>CORRPRO COMPANIES INC<br>1055 W SMITH RD<br>MEDINA OH 44256<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $2,600.00<br>                                                          $2,600.00 | Modified Total    $2,600.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $2,600.00<br>                                                          $2,600.00 |
| Claim: 2130<br>Date Filed:02/27/06<br>Docketed Total:  $34,932.98<br>Filing Creditor Name and Address<br> DACS MOLDING INC<br> PO BOX 51<br> IMLAY CITY MI 48444 | Claim Holder Name and Address    Docketed Total    $34,932.98<br>DACS MOLDING INC<br>PO BOX 51<br>IMLAY CITY MI 48444<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $34,932.98<br>                                                         $34,932.98 | Modified Total    $4,840.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $4,840.00<br>                                                          $4,840.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   9 of 38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 11439<br>Date Filed:07/27/06<br>Docketed Total:   $27,250.00<br>Filing Creditor Name and Address<br> DANAHER PRECISION SYSTEMS<br> FRMLY KOLLMORGEN NEAT<br> 3753 COLLECTIONS CTR DR<br> CHICAGO IL 60693 | Claim Holder Name and Address<br>DANAHER PRECISION SYSTEMS<br>FRMLY KOLLMORGEN NEAT<br>3753 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | Docketed Total | $27,250.00 | | Modified Total | | $27,250.00 |
| | **Case Number*** 05-44481 | Secured | Priority | Unsecured $27,250.00 $27,250.00 | Case Number* 05-44511 | Secured | Priority | Unsecured $27,250.00 $27,250.00 |
| Claim: 284<br>Date Filed:11/02/05<br>Docketed Total:   $5,016.81<br>Filing Creditor Name and Address<br> DANES WELDING SUPPLIES INC<br> 264 RT 104<br> ONTARIO NY 14519 | Claim Holder Name and Address<br>DANES WELDING SUPPLIES INC<br>264 RT 104<br>ONTARIO NY 14519 | Docketed Total | $5,016.81 | | Modified Total | | $3,932.59 |
| | **Case Number*** 05-44481 | Secured | Priority $5,016.81 $5,016.81 | Unsecured | Case Number* 05-44640 | Secured | Priority | Unsecured $3,932.59 $3,932.59 |
| Claim: 274<br>Date Filed:11/01/05<br>Docketed Total:   $18,825.32<br>Filing Creditor Name and Address<br> DANKA OFFICE IMAGING<br> LEE ACEVEDO<br> LINCOLN BUILDING<br> 11101 ROOSEVELT BLVD<br> ST PETERSBURG FL 33716 | Claim Holder Name and Address<br>DANKA OFFICE IMAGING<br>LEE ACEVEDO<br>LINCOLN BUILDING<br>11101 ROOSEVELT BLVD<br>ST PETERSBURG FL 33716 | Docketed Total | $18,825.32 | | Modified Total | | $14,140.82 |
| | **Case Number*** 05-44481 | Secured | Priority | Unsecured $18,825.32 $18,825.32 | Case Number* 05-44640 | Secured | Priority | Unsecured $14,140.82 $14,140.82 |
| Claim: 8981<br>Date Filed:07/05/06<br>Docketed Total:   $1,300.00<br>Filing Creditor Name and Address<br> DAVALOR MOLD CORPORATION<br> 46480 CONTINENTAL DR<br> CHESTERFIELD MI 48047 | Claim Holder Name and Address<br>DAVALOR MOLD CORPORATION<br>46480 CONTINENTAL DR<br>CHESTERFIELD MI 48047 | Docketed Total | $1,300.00 | | Modified Total | | $1,300.00 |
| | **Case Number*** 05-44547 | Secured | Priority | Unsecured $1,300.00 $1,300.00 | Case Number* 05-44640 | Secured | Priority | Unsecured $1,300.00 $1,300.00 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   10 of 38

In re: Delphi Corporation, et al.                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 452<br>Date Filed:11/08/05<br>Docketed Total:   $190.00<br>Filing Creditor Name and Address<br> DICKEY & SON MACHINE & TOOL CO<br> DEE DICKEY<br> 2450 TURNER AVE<br> INDIANAPOLIS IN 46222 | Claim Holder Name and Address<br>DICKEY & SON MACHINE & TOOL CO<br>DEE DICKEY<br>2450 TURNER AVE<br>INDIANAPOLIS IN 46222 | Docketed Total      $190.00 | | Modified Total      $190.00 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                          $190.00<br>                                                        $190.00 | | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640                                          $190.00<br>                                                        $190.00 | |
| Claim: 14401<br>Date Filed:07/31/06<br>Docketed Total:   $4,652.71<br>Filing Creditor Name and Address<br> DOTT INDUSTRIES INC<br> RYAN D HEILMAN ESQ<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>DOTT INDUSTRIES INC<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | Docketed Total      $4,652.71 | | Modified Total      $4,652.68 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640        $4,652.71<br>                       $4,652.71 | | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640                                          $4,652.68<br>                                                        $4,652.68 | |
| Claim: 1505<br>Date Filed:01/10/06<br>Docketed Total:   $7,000.00<br>Filing Creditor Name and Address<br> EAR EVERYTHING INC<br> D FLINN<br> 6006 ANDOVER RD<br> INDIANAPOLIS IN 46220 | Claim Holder Name and Address<br>EAR EVERYTHING INC<br>D FLINN<br>6006 ANDOVER RD<br>INDIANAPOLIS IN 46220 | Docketed Total      $7,000.00 | | Modified Total      $7,000.00 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                          $7,000.00<br>                                                        $7,000.00 | | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640                                          $7,000.00<br>                                                        $7,000.00 | |
| Claim: 1506<br>Date Filed:01/10/06<br>Docketed Total:   $5,750.00<br>Filing Creditor Name and Address<br> EAR EVERYTHING INC<br> D FLINN<br> 6006 ANDOVER RD<br> INDIANAPOLIS IN 46220 | Claim Holder Name and Address<br>EAR EVERYTHING INC<br>D FLINN<br>6006 ANDOVER RD<br>INDIANAPOLIS IN 46220 | Docketed Total      $5,750.00 | | Modified Total      $5,750.00 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                          $5,750.00<br>                                                        $5,750.00 | | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640                                          $5,750.00<br>                                                        $5,750.00 | |

*See Exhibit F for a listing of debtor entities by case number          Page:   11 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4749<br>Date Filed:05/04/06<br>Docketed Total:  $3,683.41<br>Filing Creditor Name and Address<br> EATON HOELSCHER<br> EATON OFFICE SUPPLY CO<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON HOELSCHER<br>EATON OFFICE SUPPLY CO<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $3,683.41 | | Modified Total | | $3,683.41 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$3,683.41<br>$3,683.41 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,683.41<br>$3,683.41 |
| Claim: 4748<br>Date Filed:05/04/06<br>Docketed Total:  $156.34<br>Filing Creditor Name and Address<br> EATON OFFICE SUPPLY CO INC<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $156.34 | | Modified Total | | $156.34 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$156.34<br>$156.34 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$156.34<br>$156.34 |
| Claim: 4750<br>Date Filed:05/04/06<br>Docketed Total:  $1,513.57<br>Filing Creditor Name and Address<br> EATON OFFICE SUPPLY CO INC<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $1,513.57 | | Modified Total | | $1,513.57 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$1,513.57<br>$1,513.57 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,513.57<br>$1,513.57 |
| Claim: 4751<br>Date Filed:05/04/06<br>Docketed Total:  $154.90<br>Filing Creditor Name and Address<br> EATON OFFICE SUPPLY CO INC<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $154.90 | | Modified Total | | $154.90 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$154.90<br>$154.90 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$154.90<br>$154.90 |

*See Exhibit F for a listing of debtor entities by case number                          Page:   12 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4752**
Date Filed: 05/04/06
Docketed Total:   $5,017.13
Filing Creditor Name and Address
  EATON OFFICE SUPPLY CO INC
  180 JOHN GLENN DR
  AMHERST NY 14228-2292

Claim Holder Name and Address   Docketed Total   $5,017.13
EATON OFFICE SUPPLY CO INC
180 JOHN GLENN DR
AMHERST NY 14228-2292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,017.13 | |
| | | $5,017.13 | |

Modified Total   $5,017.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,017.13 |
| | | | $5,017.13 |

---

**Claim: 6371**
Date Filed: 05/19/06
Docketed Total:   $3,275.86
Filing Creditor Name and Address
  EATON OFFICE SUPPLY CO INC EFT
  180 JOHN GLENN DR
  AMHERST NY 14228-2292

Claim Holder Name and Address   Docketed Total   $3,275.86
EATON OFFICE SUPPLY CO INC EFT
180 JOHN GLENN DR
AMHERST NY 14228-2292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,275.86 |
| | | | $3,275.86 |

Modified Total   $2,210.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,210.45 |
| | | | $2,210.45 |

---

**Claim: 971**
Date Filed: 12/02/05
Docketed Total:   $96,219.20
Filing Creditor Name and Address
  ELRINGKLINGER AG
  MS CORDULA WENDELER
  MAX EYTH STRAßE 2
  DETTINGEN ERMS  72581
  GERMANY

Claim Holder Name and Address   Docketed Total   $96,219.20
ELRINGKLINGER AG
MS CORDULA WENDELER
MAX EYTH STRAßE 2
DETTINGEN ERMS  72581
GERMANY

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $96,219.20 |
| | | | $96,219.20 |

Modified Total   $96,219.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $96,219.20 |
| | | | $96,219.20 |

---

**Claim: 7961**
Date Filed: 06/13/06
Docketed Total:   $77,255.31
Filing Creditor Name and Address
  EMAG LLC
  ERIK G CHAPPELL ESQ
  LYDEN LIEBENTHAL & CHAPPELL
  LTD
  5565 AIRPORT HWY STE 101
  TOLEDO OH 43615

Claim Holder Name and Address   Docketed Total   $77,255.31
EMAG LLC
ERIK G CHAPPELL ESQ
LYDEN LIEBENTHAL & CHAPPELL
LTD
5565 AIRPORT HWY STE 101
TOLEDO OH 43615

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $77,255.31 |
| | | | $77,255.31 |

Modified Total   $77,255.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,255.31 |
| | | | $77,255.31 |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | Docketed Total | | | | Modified Total |
|---|---|---|---|---|---|---|---|---|

**Row 1:**

Claim: 13932
Date Filed: 07/31/06
Docketed Total:   $62,028.00
Filing Creditor Name and Address
  ENGINEERED SINTERED COMPONENTS
  INC
  250 OLD MURDOCK RD
  TROUTMAN NC 28166

Claim Holder Name and Address — ENGINEERED SINTERED COMPONENTS INC, 250 OLD MURDOCK RD, TROUTMAN NC 28166 — Docketed Total $62,028.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $62,028.00 |
| | | | $62,028.00 |

Modified Total $62,028.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,028.00 |
| | | | $62,028.00 |

**Row 2:**

Claim: 1922
Date Filed: 02/08/06
Docketed Total:   $137,978.95
Filing Creditor Name and Address
  EPIC TECHNOLOGIES LLC
  200 E BLUEGRASS DR
  NORWALK OH 44857

Claim Holder Name and Address — EPIC TECHNOLOGIES LLC, 200 E BLUEGRASS DR, NORWALK OH 44857 — Docketed Total $137,978.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $137,978.95 |
| | | | $137,978.95 |

Modified Total $124,377.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $124,377.26 |
| | | | $124,377.26 |

**Row 3:**

Claim: 5799
Date Filed: 05/15/06
Docketed Total:   $35,516.17
Filing Creditor Name and Address
  ESTCO ENTERPRISES INC
  1549 SIMPSON WAY
  ESCONDIDO CA 92029-1203

Claim Holder Name and Address — ESTCO ENTERPRISES INC, 1549 SIMPSON WAY, ESCONDIDO CA 92029-1203 — Docketed Total $35,516.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,516.17 |
| | | | $35,516.17 |

Modified Total $30,733.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,733.32 |
| | | | $30,733.32 |

**Row 4:**

Claim: 4470
Date Filed: 05/02/06
Docketed Total:   $8,527.25
Filing Creditor Name and Address
  ETNA BECHEM LUBRICANTS LTD
  16824 PKCIRCLE DR
  CHAGRIN FALLS OH 44023

Claim Holder Name and Address — ETNA BECHEM LUBRICANTS LTD, 16824 PKCIRCLE DR, CHAGRIN FALLS OH 44023 — Docketed Total $8,527.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,527.25 |
| | | | $8,527.25 |

Modified Total $8,236.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $6,286.72 |
| 05-44640 | | | $1,949.50 |
| | | | $8,236.22 |

*See Exhibit F for a listing of debtor entities by case number          Page:  14 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 2624<br>Date Filed:04/13/06<br>Docketed Total:  $40,000.00<br>Filing Creditor Name and Address<br> EXPORT DEVELOPMENT CANADA EDC<br> SUZANNE MARENGER<br> 151 O CONNOR ST 18TH FL<br> OTTAWA ON K1A IK3<br> CANADA | Claim Holder Name and Address<br>EXPORT DEVELOPMENT CANADA EDC<br>SUZANNE MARENGER<br>151 O CONNOR ST 18TH FL<br>OTTAWA ON K1A IK3<br>CANADA | Docketed Total | | $40,000.00 | | Modified Total | | | $40,000.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$40,000.00<br>$40,000.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | | <u>Unsecured</u><br>$40,000.00<br>$40,000.00 |
| Claim: 6979<br>Date Filed:05/30/06<br>Docketed Total:  $1,069.45<br>Filing Creditor Name and Address<br> FIRST CLASS EXPEDITING SERVICE<br> INC SCAC FCES<br> 2399 AVON INDUSTRIAL DR<br> ADDRCHG 8 2 00<br> ROCHESTER HILLS MI 48309 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $1,069.45 | | Modified Total | | | $1,069.45 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,069.45<br><br>$1,069.45 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | | <u>Unsecured</u><br>$1,069.45<br><br>$1,069.45 |
| Claim: 516<br>Date Filed:11/14/05<br>Docketed Total:  $56,944.42<br>Filing Creditor Name and Address<br> FISHER SCIENTIFIC<br> GARY BARNES<br> REGIONAL CREDIT MANAGER<br> 2000 PARK LN<br> PITTSBURGH PA 15275 | Claim Holder Name and Address<br>FISHER SCIENTIFIC<br>GARY BARNES<br>REGIONAL CREDIT MANAGER<br>2000 PARK LN<br>PITTSBURGH PA 15275 | Docketed Total | | $56,944.42 | | Modified Total | | | $56,036.23 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$56,944.42<br><br>$56,944.42 | <u>Case Number*</u><br>05-44482<br>05-44640 | <u>Secured</u> | <u>Priority</u> | | <u>Unsecured</u><br>$37,546.94<br>$18,489.29<br>$56,036.23 |
| Claim: 16026<br>Date Filed:08/09/06<br>Docketed Total:  $55,275.90<br>Filing Creditor Name and Address<br> FITZGERALD WATER LIGHT & BOND<br> PO BOX DRAWER F<br> FITZGERALD GA 31750 | Claim Holder Name and Address<br>FITZGERALD WATER LIGHT & BOND<br>PO BOX DRAWER F<br>FITZGERALD GA 31750 | Docketed Total | | $55,275.90 | | Modified Total | | | $49,758.77 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$55,275.90<br>$55,275.90 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | | <u>Unsecured</u><br>$49,758.77<br>$49,758.77 |

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9089<br>Date Filed:07/06/06<br>Docketed Total:   $2,412.40<br>Filing Creditor Name and Address<br> FLEX TECHNOLOGIES INC<br> MOUNT EATON DIV<br> 16183 E MAIN ST<br> MOUNT EATON OH 44659 | Claim Holder Name and Address<br>FLEX TECHNOLOGIES INC<br>MOUNT EATON DIV<br>16183 E MAIN ST<br>MOUNT EATON OH 44659 | Docketed Total | | $2,412.40 | | Modified Total | | $2,412.40 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,412.40<br>$2,412.40 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,412.40<br>$2,412.40 |
| Claim: 954<br>Date Filed:12/01/05<br>Docketed Total:   $3,494.52<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address<br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070 | Docketed Total | | $3,494.52 | | Modified Total | | $3,494.52 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,494.52<br>$3,494.52 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,494.52<br>$3,494.52 |
| Claim: 2458<br>Date Filed:03/30/06<br>Docketed Total:   $1,477.00<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address<br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070 | Docketed Total | | $1,477.00 | | Modified Total | | $1,477.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,477.00<br>$1,477.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,477.00<br>$1,477.00 |
| Claim: 2463<br>Date Filed:03/31/06<br>Docketed Total:   $23,968.00<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address<br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070 | Docketed Total | | $23,968.00 | | Modified Total | | $23,968.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$23,968.00<br>$23,968.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$23,968.00<br>$23,968.00 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   16 of 38

In re: Delphi Corporation, <u>et al.</u>                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1417<br>Date Filed:01/03/06<br>Docketed Total:  $11,617.93<br>Filing Creditor Name and Address<br> GIBRALTAR PACKAGING GROUP INC<br> FMLY FLASHFOLD FMLY RIDGEPAK<br> 1140 HAYDEN ST<br> FORT WAYNE IN 46803 | Claim Holder Name and Address<br>GIBRALTAR PACKAGING GROUP INC FMLY<br>FLASHFOLD FMLY RIDGEPAK<br>1140 HAYDEN ST<br>FORT WAYNE IN 46803 | Docketed Total | | $11,617.93 | Modified Total | | | $8,553.38 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$11,617.93<br>$11,617.93 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$8,553.38<br>$8,553.38 |
| Claim: 8367<br>Date Filed:05/17/06<br>Docketed Total:  $13,514.55<br>Filing Creditor Name and Address<br> GOOD J F CO<br> MIKE KOLESKI<br> 11200 MADISON AVE<br> CLEVELAND OH 44102 | Claim Holder Name and Address<br>GOOD J F CO<br>MIKE KOLESKI<br>11200 MADISON AVE<br>CLEVELAND OH 44102 | Docketed Total | | $13,514.55 | Modified Total | | | $1,647.75 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$13,514.55<br>$13,514.55 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,647.75<br>$1,647.75 |
| Claim: 472<br>Date Filed:11/10/05<br>Docketed Total:  $171,321.18<br>Filing Creditor Name and Address<br> GRAND TRAVERSE PLASTICS CORP<br> 5780 MOORE RD<br> PO BOX 160<br> WILLIAMSBURG MI 49690 | Claim Holder Name and Address<br>GRAND TRAVERSE PLASTICS CORP<br>5780 MOORE RD<br>PO BOX 160<br>WILLIAMSBURG MI 49690 | Docketed Total | | $171,321.18 | Modified Total | | | $56,658.18 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$171,321.18<br>$171,321.18 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$56,658.18<br>$56,658.18 |
| Claim: 9306<br>Date Filed:07/11/06<br>Docketed Total:  $20,476.00<br>Filing Creditor Name and Address<br> GRAND TRAVERSE PLASTICS CORP<br> 5780 MOORE RD<br> PO BOX 160<br> WILLIAMSBURG MI 49690 | Claim Holder Name and Address<br>GRAND TRAVERSE PLASTICS CORP<br>5780 MOORE RD<br>PO BOX 160<br>WILLIAMSBURG MI 49690 | Docketed Total | | $20,476.00 | Modified Total | | | $20,476.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$20,476.00<br>$20,476.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$20,476.00<br>$20,476.00 |

In re: Delphi Corporation, et al.                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8072<br>Date Filed:06/16/06<br>Docketed Total:  $1,362.87<br>Filing Creditor Name and Address<br> GRAYBAR ELECTRIC CO INC<br> 2841 SOUTH 900 WEST<br> SALT LAKE CITY UT 84119 | Claim Holder Name and Address<br>GRAYBAR ELECTRIC CO INC<br>2841 SOUTH 900 WEST<br>SALT LAKE CITY UT 84119 | Docketed Total | | $1,362.87 | | Modified Total | | $736.59 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,362.87<br>$1,362.87 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$736.59<br>$736.59 |
| Claim: 12224<br>Date Filed:07/28/06<br>Docketed Total:  $71,784.15<br>Filing Creditor Name and Address<br> GSI GROUP CORP FORMERLY GSI<br> LUMONICS CORP<br> GSI GROUP CORP<br> 39 MANNING RD<br> BILLERICA MA 01821 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $71,784.15 | | Modified Total | | $69,983.57 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$71,784.15<br><br>$71,784.15 | Case Number*<br>05-44624<br><br>05-44640 | Secured | Priority | Unsecured<br>$49,289.06<br><br>$20,694.51<br>$69,983.57 |
| Claim: 15678<br>Date Filed:07/31/06<br>Docketed Total:  $10,418.58<br>Filing Creditor Name and Address<br> GTI TECHNOLOGIES<br> CINDY GURLACH<br> 6 ARMSTRONG RD.<br> SHELTON CT 06484 | Claim Holder Name and Address<br>GTI TECHNOLOGIES<br>CINDY GURLACH<br>6 ARMSTRONG RD.<br>SHELTON CT 06484 | Docketed Total | | $10,418.58 | | Modified Total | | $10,209.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,418.58<br>$10,418.58 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,209.58<br>$10,209.58 |
| Claim: 1529<br>Date Filed:01/13/06<br>Docketed Total:  $4,060.37<br>Filing Creditor Name and Address<br> HEDRICH NORTH AMERICA LLC<br> 17726 SPRINGWINDS DR<br> CORNELIUS NC 28031 | Claim Holder Name and Address<br>HEDRICH NORTH AMERICA LLC<br>17726 SPRINGWINDS DR<br>CORNELIUS NC 28031 | Docketed Total | | $4,060.37 | | Modified Total | | $4,060.37 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,060.37<br>$4,060.37 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,060.37<br>$4,060.37 |

In re: Delphi Corporation, et al.                                           Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 7706**
Date Filed: 06/09/06
Docketed Total:    $50,895.80
Filing Creditor Name and Address
 HENNESSEY CAPITAL SOLUTIONS
 ASSIGNEE PLASTIC SOLUTIONS INC
 23261 WOODWARD AVE
 HUNTINGTON WOODS MI 48070-1362

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total    $50,895.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $50,895.80 | | | 05-44640 | | | $50,747.48 |
| | $50,895.80 | | | | | | $50,747.48 |

Modified Total    $50,747.48

---

**Claim: 3384**
Date Filed: 04/28/06
Docketed Total:    $8,496.00
Filing Creditor Name and Address
 HOBART BROTHERS CO
 ITW HOBART BROTHERS CO
 400 TRADE SQ E
 TROY OH 45373

Claim Holder Name and Address
HOBART BROTHERS CO
ITW HOBART BROTHERS CO
400 TRADE SQ E
TROY OH 45373

Docketed Total    $8,496.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,496.00 | 05-44640 | | | $8,064.00 |
| | | | $8,496.00 | | | | $8,064.00 |

Modified Total    $8,064.00

---

**Claim: 271**
Date Filed: 11/01/05
Docketed Total:    $97,845.54
Filing Creditor Name and Address
 HOLT ELECTRIC COMPANY
 135 S LASALLE DEPT 3866
 CHICAGO IL 60674-3866

Claim Holder Name and Address
HOLT ELECTRIC COMPANY
135 S LASALLE DEPT 3866
CHICAGO IL 60674-3866

Docketed Total    $97,845.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $97,845.54 | 05-44640 | | | $14,436.25 |
| | | | $97,845.54 | | | | $14,436.25 |

Modified Total    $14,436.25

---

**Claim: 10374**
Date Filed: 07/24/06
Docketed Total:    $47,543.37
Filing Creditor Name and Address
 HUBERT STUCKEN GMBH & CO KG
 STANLEY H MCGUFFIN ESQ
 HAYNSWORTH SINKLER BOYD PA
 PO BOX 11889
 COLUMBIA SC 29211

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

Docketed Total    $47,543.37

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $47,543.37 | 05-44640 | | | $41,509.17 |
| | | | $47,543.37 | | | | $41,509.17 |

Modified Total    $41,509.17

---

*See Exhibit F for a listing of debtor entities by case number          Page:   19 of 38

In re: Delphi Corporation, et al.                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3940<br>Date Filed:05/01/06<br>Docketed Total:  $3,804.55<br>Filing Creditor Name and Address<br> HYDROTECH INC<br> SYLVIA ELLERT<br> 10052 COMMERCE PK DR<br> CINCINNATI OH 45246 | Claim Holder Name and Address<br>HYDROTECH INC<br>SYLVIA ELLERT<br>10052 COMMERCE PK DR<br>CINCINNATI OH 45246 | Docketed Total | | $3,804.55 | | Modified Total | | $1,449.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,804.55<br>$3,804.55 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,449.60<br>$1,449.60 |
| Claim: 1799<br>Date Filed:02/06/06<br>Docketed Total:  $31,408.03<br>Filing Creditor Name and Address<br> INCAT SYSTEMS INC<br> 41370 BRIDGE ST<br> NOVI MI 48375 | Claim Holder Name and Address<br>INCAT SYSTEMS INC<br>41370 BRIDGE ST<br>NOVI MI 48375 | Docketed Total | | $31,408.03 | | Modified Total | | $30,606.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$31,408.03<br>$31,408.03 | Case Number*<br>05-44567<br>05-44640 | Secured | Priority | Unsecured<br>$1,170.00<br>$29,436.28<br>$30,606.28 |
| Claim: 4883<br>Date Filed:05/05/06<br>Docketed Total:  $7,188.92<br>Filing Creditor Name and Address<br> INDEPENDENT SOURCING INC<br> 903 SE 13 ST<br> DEERFIELD BEACH FL 33441 | Claim Holder Name and Address<br>INDEPENDENT SOURCING INC<br>903 SE 13 ST<br>DEERFIELD BEACH FL 33441 | Docketed Total | | $7,188.92 | | Modified Total | | $7,188.92 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,188.92<br>$7,188.92 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,188.92<br>$7,188.92 |
| Claim: 1889<br>Date Filed:02/07/06<br>Docketed Total:  $19,787.90<br>Filing Creditor Name and Address<br> INDUSTRIAL POWDER COATINGS INC<br> 204 REPUBLIC STREET<br> NORWALK OH 44857 | Claim Holder Name and Address<br>INDUSTRIAL POWDER COATINGS INC<br>204 REPUBLIC STREET<br>NORWALK OH 44857 | Docketed Total | | $19,787.90 | | Modified Total | | $13,911.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$19,787.90<br>$19,787.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,911.02<br>$13,911.02 |

*See Exhibit F for a listing of debtor entities by case number            Page:   20 of 38

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3986<br>Date Filed:05/01/06<br>Docketed Total:  $22,516.03<br>Filing Creditor Name and Address<br> INDUSTRY PRODUCTS CO<br> 500 STATLER RD<br> PIQUA OH 45356-1158 | Claim Holder Name and Address<br>INDUSTRY PRODUCTS CO<br>500 STATLER RD<br>PIQUA OH 45356-1158 | Docketed Total | | $22,516.03 | | Modified Total | | $21,733.34 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$22,516.03<br>$22,516.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$21,733.34<br>$21,733.34 |
| Claim: 4019<br>Date Filed:05/01/06<br>Docketed Total:  $7,249.53<br>Filing Creditor Name and Address<br> INDUSTRY PRODUCTS COMPANY<br> 500 STATLER RD<br> PIQUA OH 45356-1158 | Claim Holder Name and Address<br>INDUSTRY PRODUCTS COMPANY<br>500 STATLER RD<br>PIQUA OH 45356-1158 | Docketed Total | | $7,249.53 | | Modified Total | | $7,045.54 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,249.53<br>$7,249.53 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,045.54<br>$7,045.54 |
| Claim: 7148<br>Date Filed:05/30/06<br>Docketed Total:  $88,950.06<br>Filing Creditor Name and Address<br> INTELLON CORPORATION<br> 5100 WEST SILVER SPRINGS BLVD<br> OCALA FL 34482 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $88,950.06 | | Modified Total | | $88,140.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$88,950.06<br>$88,950.06 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$88,140.00<br>$88,140.00 |
| Claim: 224<br>Date Filed:10/31/05<br>Docketed Total:  $136,300.02<br>Filing Creditor Name and Address<br> INTER TECH CONSTRUCTION CO INC<br> 74 HIGHLAND AVE<br> LEONARDO NJ 07737 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $136,300.02 | | Modified Total | | $90,400.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$136,300.02<br>$136,300.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$90,400.00<br>$90,400.00 |

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 14338**
Date Filed: 07/31/06
Docketed Total:  $729,569.27
Filing Creditor Name and Address
 INTERCALL INC
 RICHARD W ESTERKIN
 MORGAN LEWIS & BOCKIUS LLP
 300 S GRAND AVE 22ND FL
 LOS ANGELES CA 90071

Claim Holder Name and Address — INTERCALL INC, RICHARD W ESTERKIN, MORGAN LEWIS & BOCKIUS LLP, 300 S GRAND AVE 22ND FL, LOS ANGELES CA 90071 — Docketed Total $729,569.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $729,569.27 |
| | | | $729,569.27 |

Modified Total $728,942.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $728,942.06 |
| | | | $728,942.06 |

---

**Claim: 2640**
Date Filed: 04/13/06
Docketed Total:  $10,101.15
Filing Creditor Name and Address
 JEVIC TRANSPORTATION & SIERRA
 LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE ROAD STE 255
 IRVINE CA 92614

Claim Holder Name and Address — JEVIC TRANSPORTATION & SIERRA LIQUIDITY FUND, SIERRA LIQUIDITY FUND, 2699 WHITE ROAD STE 255, IRVINE CA 92614 — Docketed Total $10,101.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,101.15 |
| | | | $10,101.15 |

Modified Total $8,984.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,984.97 |
| | | | $8,984.97 |

---

**Claim: 8133**
Date Filed: 06/16/06
Docketed Total:  $1,005,284.25
Filing Creditor Name and Address
 JIFFY TITE CO INC
 4437 WALDEN AVE
 LANCASTER NY 14086

Claim Holder Name and Address — AMROC INVESTMENTS LLC, ATTN DAVID S LEINWAND ESQ, 535 MADISON AVE 15TH FL, NEW YORK NY 10022 — Docketed Total $1,005,284.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,005,284.25 |
| | | | $1,005,284.25 |

Modified Total $996,198.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $996,198.87 |
| | | | $996,198.87 |

---

**Claim: 2652**
Date Filed: 04/14/06
Docketed Total:  $261,562.88
Filing Creditor Name and Address
 JONES DAY
 HEATHER LENNOX ESQ
 901 LAKESIDE AVE
 CLEVELAND OH 44114

Claim Holder Name and Address — LIQUIDITY SOLUTIONS INC, DBA REVENUE MANAGEMENT, ONE UNIVERSITY PLAZA STE 312, HACKENSACK NJ 07601 — Docketed Total $261,562.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $261,562.88 |
| | | | $261,562.88 |

Modified Total $261,562.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $261,562.88 |
| | | | $261,562.88 |

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11265**
Date Filed:07/27/06
Docketed Total:  $15,887.09
Filing Creditor Name and Address
 JR EDWARDS TRUCKING CO
 C O MICHAEL A STAUDT
 FAULKNER GARMHAUSEN KEISTER &
 SHENK
 COURTVIEW CENTER STE 300
 100 S MAIN AVE
 SIDNEY OH 45365

Claim Holder Name and Address — JR EDWARDS TRUCKING CO / C O MICHAEL A STAUDT / FAULKNER GARMHAUSEN KEISTER & SHENK / COURTVIEW CENTER STE 300 / 100 S MAIN AVE / SIDNEY OH 45365 — Docketed Total $15,887.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,887.09 |
| | | | $15,887.09 |

Modified Total $9,080.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,080.80 |
| | | | $9,080.80 |

---

**Claim: 48**
Date Filed:10/18/05
Docketed Total:  $20,076.60
Filing Creditor Name and Address
 K T K STEEL DRUM CORPORATION
 PO BOX 1394
 65 MIDVALE RD
 EDISON NJ 08817

Claim Holder Name and Address — K T K STEEL DRUM CORPORATION / PO BOX 1394 / 65 MIDVALE RD / EDISON NJ 08817 — Docketed Total $20,076.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,076.60 |
| | | | $20,076.60 |

Modified Total $20,076.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,076.60 |
| | | | $20,076.60 |

---

**Claim: 9458**
Date Filed:07/13/06
Docketed Total:  $126,215.13
Filing Creditor Name and Address
 K TUBE CORPORATION
 C O ANDREW T KIGHT
 SOMMER BARNARD PC
 ONE INDIANA SQ STE 3500
 INDIANAPOLIS IN 46204-2023

Claim Holder Name and Address — K TUBE CORPORATION / C O ANDREW T KIGHT / SOMMER BARNARD PC / ONE INDIANA SQ STE 3500 / INDIANAPOLIS IN 46204-2023 — Docketed Total $126,215.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $32,661.00 | $93,554.13 |
| | | $32,661.00 | $93,554.13 |

Modified Total $87,669.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,669.00 |
| | | | $87,669.00 |

---

**Claim: 4250**
Date Filed:05/01/06
Docketed Total:  $2,562.30
Filing Creditor Name and Address
 KAUTT & BUX GMBH
 SCHIESSMAUER 9
 HERRENBERG  71083
 GERMANY

Claim Holder Name and Address — KAUTT & BUX GMBH / SCHIESSMAUER 9 / HERRENBERG  71083 / GERMANY — Docketed Total $2,562.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,562.30 |
| | | | $2,562.30 |

Modified Total $2,562.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,562.30 |
| | | | $2,562.30 |

---

*See Exhibit F for a listing of debtor entities by case number          Page:   23 of 38

In re: Delphi Corporation, et al.                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3003**
Date Filed: 04/27/06
Docketed Total:   $4,154.00
Filing Creditor Name and Address
  KEPCO INC EFT
  131 38 SANFORD AVE
  FLUSHING NY 11352

Claim Holder Name and Address
KEPCO INC EFT
131 38 SANFORD AVE
FLUSHING NY 11352

Docketed Total    $4,154.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,154.00 |
| | | | $4,154.00 |

Modified Total    $3,090.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,090.00 |
| | | | $3,090.00 |

---

**Claim: 14091**
Date Filed: 07/31/06
Docketed Total:   $92,591.46
Filing Creditor Name and Address
  KIRBY RISK SUPPLY CO INC
  PO BOX 5089
  LAFAYETTE IN 47903-5089

Claim Holder Name and Address
KIRBY RISK SUPPLY CO INC
PO BOX 5089
LAFAYETTE IN 47903-5089

Docketed Total    $92,591.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $92,591.46 |
| | | | $92,591.46 |

Modified Total    $92,473.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $92,473.28 |
| | | | $92,473.28 |

---

**Claim: 15285**
Date Filed: 07/31/06
Docketed Total:   $38,996.60
Filing Creditor Name and Address
  KLA TENCOR CORPORATION
  CHERYL A JORDAN
  MURRAY & MURRAY APC
  19400 STEVENS CREEK BLVD SUITE
  200
  CUPERTINO CA 95014-2548

Claim Holder Name and Address
KLA TENCOR CORPORATION
CHERYL A JORDAN
MURRAY & MURRAY APC
19400 STEVENS CREEK BLVD SUITE
200
CUPERTINO CA 95014-2548

Docketed Total    $38,996.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $38,996.60 |
| | | | $38,996.60 |

Modified Total    $37,035.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,035.34 |
| | | | $37,035.34 |

---

**Claim: 5720**
Date Filed: 05/12/06
Docketed Total:   $152.96
Filing Creditor Name and Address
  KOKOMO LOCK AND KEY CO
  DONNA
  320 E ALTO RD
  KOKOMO IN 46902

Claim Holder Name and Address
KOKOMO LOCK AND KEY CO
DONNA
320 E ALTO RD
KOKOMO IN 46902

Docketed Total    $152.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $152.96 |
| | | | $152.96 |

Modified Total    $152.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152.96 |
| | | | $152.96 |

*See Exhibit F for a listing of debtor entities by case number                Page:   24 of 38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 7997**
Date Filed:06/14/06
Docketed Total:   $81,169.00
Filing Creditor Name and Address
 LEXISNEXIS A DIVISION OF REED
 ELSEVIER INC
 BETH FARNHAM
 9443 SPRINGBORO PIKE
 MIAMISBURG OH 45342

Claim Holder Name and Address   Docketed Total   $81,169.00
LEXISNEXIS A DIVISION OF REED
ELSEVIER INC
BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG OH 45342

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $81,169.00 |
| | | | $81,169.00 |

Modified Total   $74,922.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,922.32 |
| | | | $74,922.32 |

---

**Claim: 968**
Date Filed:12/02/05
Docketed Total:   $26,604.09
Filing Creditor Name and Address
 LIQUID TRANSPORT CORP
 KIM GUAJARDO
 8470 ALLISON POINTE BLVD STE
 400
 INDIANAPOLIS IN 46250

Claim Holder Name and Address   Docketed Total   $26,604.09
LIQUID TRANSPORT CORP
KIM GUAJARDO
8470 ALLISON POINTE BLVD STE
400
INDIANAPOLIS IN 46250

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,604.09 | |
| | | $26,604.09 | |

Modified Total   $26,604.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,604.09 |
| | | | $26,604.09 |

---

**Claim: 9459**
Date Filed:07/13/06
Docketed Total:   $86,176.25
Filing Creditor Name and Address
 LIQUIDITY SOLUTIONS INC AS
 ASSIGNEE OF ELGIN DIE MOLD CO
 C O LIQUIDITY SOLUTIONS INC
 DBA REV
 1 UNIVERSITY PLZ STE 312
 HACKENSACK NJ 07601

Claim Holder Name and Address   Docketed Total   $86,176.25
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $86,176.25 |
| | | | $86,176.25 |

Modified Total   $86,176.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $13,821.00 |
| 05-44640 | | | $72,355.25 |
| | | | $86,176.25 |

---

**Claim: 15473**
Date Filed:07/31/06
Docketed Total:   $120,924.26
Filing Creditor Name and Address
 LIQUIDITY SOLUTIONS INC DBA
 REVENUE MANAGEMENT AS ASSIGNEE
 OF LINC MECHANICAL LLC
 JEFFREY L CARESS
 ONE UNIVERSITY PLZ STE 312
 HACKENSACK NJ 07601

Claim Holder Name and Address   Docketed Total   $120,924.26
LIQUIDITY SOLUTIONS INC DBA REVENUE
MANAGEMENT AS ASSIGNEE OF LINC
MECHANICAL LLC
JEFFREY L CARESS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,924.26 |
| | | | $120,924.26 |

Modified Total   $119,070.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,070.35 |
| | | | $119,070.35 |

---

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 178**
Date Filed:10/28/05
Docketed Total:  $6,000.00
Filing Creditor Name and Address
 LORI SMITH
 C O HOCHMAN & PLUNKETT CO LPA
 118 W FIRST ST
 650 TALBOTT TOWER
 DAYTON OH 45402

Claim Holder Name and Address   Docketed Total   $6,000.00
LORI SMITH
C O HOCHMAN & PLUNKETT CO LPA
118 W FIRST ST
650 TALBOTT TOWER
DAYTON OH 45402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,000.00 |
| | | | $6,000.00 |

Modified Total   $6,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,000.00 |
| | | | $6,000.00 |

---

**Claim: 9799**
Date Filed:07/18/06
Docketed Total:  $122,951.00
Filing Creditor Name and Address
 MEMC ELECTRONIC MATERIALS INC
 CREDIT MANAGER MZ 68
 MEMC ELECTRONIC MATERIALS INC
 PO BOX 8
 ST PETERS MO 63376

Claim Holder Name and Address   Docketed Total   $122,951.00
MEMC ELECTRONIC MATERIALS INC
CREDIT MANAGER MZ 68
MEMC ELECTRONIC MATERIALS INC
PO BOX 8
ST PETERS MO 63376

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $39,692.00 | $83,259.00 |
| | | $39,692.00 | $83,259.00 |

Modified Total   $122,951.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $122,951.00 |
| | | | $122,951.00 |

---

**Claim: 584**
Date Filed:11/15/05
Docketed Total:  $5,389.00
Filing Creditor Name and Address
 METHODS MACHINE TOOLS INC
 65 UNION AVE
 PO BOX 382
 SUDBURY MA 01776

Claim Holder Name and Address   Docketed Total   $5,389.00
METHODS MACHINE TOOLS INC
65 UNION AVE
PO BOX 382
SUDBURY MA 01776

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | | $5,389.00 |
| | | | $5,389.00 |

Modified Total   $2,689.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,689.00 |
| | | | $2,689.00 |

---

**Claim: 1357**
Date Filed:12/28/05
Docketed Total:  $16,896.00
Filing Creditor Name and Address
 METRO FIBRES INC
 CO ERIK G CHAPPELL ESQ
 5565 AIRPORT HWY STE 101
 TOLEDO OH 43615

Claim Holder Name and Address   Docketed Total   $16,896.00
METRO FIBRES INC
CO ERIK G CHAPPELL ESQ
5565 AIRPORT HWY STE 101
TOLEDO OH 43615

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,896.00 |
| | | | $16,896.00 |

Modified Total   $3,799.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,799.04 |
| | | | $3,799.04 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12031<br>Date Filed:07/28/06<br>Docketed Total:  $140,379.72<br>Filing Creditor Name and Address<br> MID SOUTH ELECTRONICS INC<br> C O RALPH K STRAWN JR ESQ<br> PO BOX 246<br> GADSDEN AL 35902 | Claim Holder Name and Address<br>MID SOUTH ELECTRONICS INC<br>C O RALPH K STRAWN JR ESQ<br>PO BOX 246<br>GADSDEN AL 35902 | Docketed Total | | $140,379.72 | | Modified Total | | $105,820.05 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$140,379.72<br>$140,379.72 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$105,820.05<br>$105,820.05 |
| Claim: 6602<br>Date Filed:05/22/06<br>Docketed Total:  $32,715.10<br>Filing Creditor Name and Address<br> MITTEN FLUIDPOWER INC<br> PO BOX 2877<br> 5960 COURT ST RD<br> SYRACUSE NY 13220 | Claim Holder Name and Address<br>MITTEN FLUIDPOWER INC<br>PO BOX 2877<br>5960 COURT ST RD<br>SYRACUSE NY 13220 | Docketed Total | | $32,715.10 | | Modified Total | | $27,323.30 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$32,715.10<br>$32,715.10 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$27,323.30<br>$27,323.30 |
| Claim: 15362<br>Date Filed:07/31/06<br>Docketed Total:  $1,048,170.60<br>Filing Creditor Name and Address<br> MULTI PLASTICS INC<br> LOUIS J STACK ESQUIRE<br> SHAFER LAW FIRM<br> 360 CHESTNUT ST<br> MEADVILLE PA 16335 | Claim Holder Name and Address<br>MULTI PLASTICS INC<br>LOUIS J STACK ESQUIRE<br>SHAFER LAW FIRM<br>360 CHESTNUT ST<br>MEADVILLE PA 16335 | Docketed Total | | $1,048,170.60 | | Modified Total | | $87,490.16 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$348,421.26<br>$348,421.26 | <u>Priority</u><br>$699,749.34<br>$699,749.34 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$87,490.16<br>$87,490.16 |
| Claim: 15361<br>Date Filed:07/31/06<br>Docketed Total:  $500,926.78<br>Filing Creditor Name and Address<br> MULTI TOOL INC<br> LOUIS J STACK ESQ<br> SHAFER LAW FIRM<br> 360 CHESTNUT ST<br> MEADVILLE PA 16335 | Claim Holder Name and Address<br>MULTI TOOL INC<br>LOUIS J STACK ESQ<br>SHAFER LAW FIRM<br>360 CHESTNUT ST<br>MEADVILLE PA 16335 | Docketed Total | | $500,926.78 | | Modified Total | | $251,159.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$251,709.00<br>$251,709.00 | <u>Priority</u><br>$249,217.78<br>$249,217.78 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$251,159.00<br>$251,159.00 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   27 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1528<br>Date Filed:01/03/06<br>Docketed Total:  $185,911.80<br>Filing Creditor Name and Address<br> MURATA MACHINERY USA INC FKA<br> MURATA WIEDEMANN INC<br> PO BOX 667609<br> CHARLOTTE NC 28266 | Claim Holder Name and Address<br>MURATA MACHINERY USA INC FKA MURATA<br>WIEDEMANN INC<br>PO BOX 667609<br>CHARLOTTE NC 28266 | Docketed Total | | $185,911.80 | Modified Total | | | $185,749.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$185,911.80<br>$185,911.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$185,749.80<br>$185,749.80 |
| Claim: 2576<br>Date Filed:04/06/06<br>Docketed Total:  $17,881.05<br>Filing Creditor Name and Address<br> NAS RECRUITMENT COMMUNICATIONS<br> ATTN CREDIT DEPARTMENT<br> 1 INFINITY CORPORATE CTR DR<br> CLEVELAND OH 44125 | Claim Holder Name and Address<br>NAS RECRUITMENT COMMUNICATIONS<br>ATTN CREDIT DEPARTMENT<br>1 INFINITY CORPORATE CTR DR<br>CLEVELAND OH 44125 | Docketed Total | | $17,881.05 | Modified Total | | | $17,881.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,881.05<br>$17,881.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,881.05<br>$17,881.05 |
| Claim: 3758<br>Date Filed:05/01/06<br>Docketed Total:  $119,929.83<br>Filing Creditor Name and Address<br> NEBRASKA INDUSTRIES CORP INC<br> 447 E WALNUT ST<br> WAUSEON OH 43567 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $119,929.83 | Modified Total | | | $118,943.88 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$119,929.83<br>$119,929.83 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$118,943.88<br>$118,943.88 |
| Claim: 2685<br>Date Filed:04/19/06<br>Docketed Total:  $12,950.00<br>Filing Creditor Name and Address<br> NIAGARA FRONTIER EQUIPMENT<br> SALES INC<br> 4060 LAKE AVE RT 78<br> LOCKPORT NY 14094-1196 | Claim Holder Name and Address<br>NIAGARA FRONTIER EQUIPMENT SALES<br>INC<br>4060 LAKE AVE RT 78<br>LOCKPORT NY 14094-1196 | Docketed Total | | $12,950.00 | Modified Total | | | $7,700.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,950.00<br>$12,950.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,700.00<br>$7,700.00 |

*See Exhibit F for a listing of debtor entities by case number                   Page:   28 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9839<br>Date Filed:07/18/06<br>Docketed Total:  $96,681.95<br>Filing Creditor Name and Address<br>  NORTHERN STAMPING INC<br>  6600 CHAPEK PKWY<br>  CUYAHOGA HEIGHTS OH 44125 | Claim Holder Name and Address<br>NORTHERN STAMPING INC<br>6600 CHAPEK PKWY<br>CUYAHOGA HEIGHTS OH 44125 | Docketed Total | | $96,681.95 | | Modified Total | | $92,123.78 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$96,681.95<br>$96,681.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$92,123.78<br>$92,123.78 |
| Claim: 7586<br>Date Filed:06/06/06<br>Docketed Total:   $4,625.22<br>Filing Creditor Name and Address<br>  OFFICEMAX<br>  150 E PIERCE RD<br>  ITASCA IL 60143 | Claim Holder Name and Address<br>OFFICEMAX<br>150 E PIERCE RD<br>ITASCA IL 60143 | Docketed Total | | $4,625.22 | | Modified Total | | $2,237.99 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,625.22<br>$4,625.22 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,237.99<br>$2,237.99 |
| Claim: 8585<br>Date Filed:06/26/06<br>Docketed Total:   $57,961.09<br>Filing Creditor Name and Address<br>  PARADE PACKAGING INC<br>  FORTUNE PLASTICS OF ILLINOIS<br>  262 S STRADDLE AVE<br>  MUNDELION IL 60060-3105 | Claim Holder Name and Address<br>PARADE PACKAGING INC<br>FORTUNE PLASTICS OF ILLINOIS<br>262 S STRADDLE AVE<br>MUNDELION IL 60060-3105 | Docketed Total | | $57,961.09 | | Modified Total | | $55,621.09 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$57,961.09<br>$57,961.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$55,621.09<br>$55,621.09 |
| Claim: 1156<br>Date Filed:12/13/05<br>Docketed Total:   $5,754.73<br>Filing Creditor Name and Address<br>  PENN ENGINEERING &<br>  MANUFACTURING CORP<br>  5190 OLD EASTON RD<br>  DANBORO PA 18916 | Claim Holder Name and Address<br>PENN ENGINEERING & MANUFACTURING<br>CORP<br>5190 OLD EASTON RD<br>DANBORO PA 18916 | Docketed Total | | $5,754.73 | | Modified Total | | $5,754.73 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,754.73<br>$5,754.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,754.73<br>$5,754.73 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   29  of  38

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                         Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15445<br>Date Filed:07/31/06<br>Docketed Total:   $8,145.00<br>Filing Creditor Name and Address<br> PHOTOCIRCUITS CORP<br> 31 SEA CLIFF AVE<br> GLEN COVE NY 11542 | Claim Holder Name and Address<br>PHOTOCIRCUITS CORP<br>31 SEA CLIFF AVE<br>GLEN COVE NY 11542 | Docketed Total | | $8,145.00 | | Modified Total | | $8,145.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$8,145.00<br>$8,145.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$8,145.00<br>$8,145.00 |
| Claim: 9024<br>Date Filed:07/05/06<br>Docketed Total:   $84,777.15<br>Filing Creditor Name and Address<br> PRECISION HARNESS INC<br> 340 TRANSFER DR STE A<br> INDIANAPOLIS IN 46214 | Claim Holder Name and Address<br>PRECISION HARNESS INC<br>340 TRANSFER DR STE A<br>INDIANAPOLIS IN 46214 | Docketed Total | | $84,777.15 | | Modified Total | | $84,777.15 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$84,777.15<br>$84,777.15 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$84,777.15<br>$84,777.15 |
| Claim: 1335<br>Date Filed:12/27/05<br>Docketed Total:   $39,947.29<br>Filing Creditor Name and Address<br> PROCESS DEVELOPMENT CORP<br> CANADA<br> ATTN MELISSA BURKETT<br> 33027 SCHOOLCRAFT RD<br> LIVONIA MI 48150 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $39,947.29 | | Modified Total | | $33,999.14 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$39,947.29<br><br>$39,947.29 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$33,999.14<br><br>$33,999.14 |
| Claim: 27<br>Date Filed:10/17/05<br>Docketed Total:   $85,143.57<br>Filing Creditor Name and Address<br> QUALITEL CORPORATION<br> RODGER NELSON<br> 4608 150TH AVE NE<br> REDMOND WA 98052 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $85,143.57 | | Modified Total | | $40,083.20 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$85,143.57<br>$85,143.57 | <u>Case Number*</u><br>05-44507 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$40,083.20<br>$40,083.20 |

In re: Delphi Corporation, et al.                                                           Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2739<br>Date Filed:04/24/06<br>Docketed Total:  $102,734.69<br>Filing Creditor Name and Address<br> QUINCY SPRING LEWIS SPRING &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $102,734.69<br>QUINCY SPRING LEWIS SPRING & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | Modified Total   $86,291.44 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$102,734.69<br>$102,734.69 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$86,291.44<br>$86,291.44 |
| Claim: 2594<br>Date Filed:04/10/06<br>Docketed Total:  $3,532.95<br>Filing Creditor Name and Address<br> RAPID TRANSPORT INC<br> 3241 COUNTY FARM RD<br> JACKSON MI 49201 | Claim Holder Name and Address   Docketed Total   $3,532.95<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | | | | | | Modified Total   $3,532.95 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,532.95<br>$3,532.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,532.95<br>$3,532.95 |
| Claim: 7712<br>Date Filed:06/09/06<br>Docketed Total:  $94,391.80<br>Filing Creditor Name and Address<br> REDLAKE MASD INC<br> CAROL DURBIN<br> MOTION ANALYSIS SYSTEMS DIV<br> 3660 QUAKERBRIDGE RD<br> TRENTON NJ 08619 | Claim Holder Name and Address   Docketed Total   $94,391.80<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | | | Modified Total   $88,880.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$94,391.80<br><br>$94,391.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$88,880.00<br><br>$88,880.00 |
| Claim: 674<br>Date Filed:11/18/05<br>Docketed Total:  $20,292.00<br>Filing Creditor Name and Address<br> RICHARD DOROCIAK<br> THORSON SWITALA WILKINS &<br> SNEAD C O<br> 130 W SECOND ST STE 1508<br> DAYTON OH 45402 | Claim Holder Name and Address   Docketed Total   $20,292.00<br>RICHARD DOROCIAK<br>THORSON SWITALA WILKINS &<br>SNEAD C O<br>130 W SECOND ST STE 1508<br>DAYTON OH 45402 | | | | | | Modified Total   $8,500.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,292.00<br>$20,292.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,500.00<br>$8,500.00 |

*See Exhibit F for a listing of debtor entities by case number          Page:   31 of 38

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 788**
Date Filed: 11/22/05
Docketed Total:  $263,175.04
Filing Creditor Name and Address
 ROGERS FOAM CORPORATION
 20 VERNON ST
 SOMERVILLE MA 02145

Claim Holder Name and Address  ROGERS FOAM CORPORATION  20 VERNON ST  SOMERVILLE MA 02145
Docketed Total  $263,175.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $263,175.04 |
| | | | $263,175.04 |

Modified Total  $249,366.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $249,366.66 |
| | | | $249,366.66 |

---

**Claim: 7116**
Date Filed: 05/30/06
Docketed Total:  $506.00
Filing Creditor Name and Address
 SANDUSKY LIMITED LLC
 100 22ND ST
 PO BOX 509
 BUTNER NC 27509

Claim Holder Name and Address  SANDUSKY LIMITED LLC  100 22ND ST  PO BOX 509  BUTNER NC 27509
Docketed Total  $506.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $506.00 |
| | | | $506.00 |

Modified Total  $500.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $500.00 |
| | | | $500.00 |

---

**Claim: 591**
Date Filed: 11/15/05
Docketed Total:  $118,687.88
Filing Creditor Name and Address
 SANDVIK MATERIALS TECHNOLOGY
 ATTN DOMINIC GRANDINETH
 PO BOX 1220
 SCRANTON PA 18504-1220

Claim Holder Name and Address  SANDVIK MATERIALS TECHNOLOGY  ATTN DOMINIC GRANDINETH  PO BOX 1220  SCRANTON PA 18504-1220
Docketed Total  $118,687.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $118,687.88 |
| | | | $118,687.88 |

Modified Total  $118,687.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $118,687.88 |
| | | | $118,687.88 |

---

**Claim: 14667**
Date Filed: 07/31/06
Docketed Total:  $708.04
Filing Creditor Name and Address
 SIERRA LIQUIDITY FUND LLC
 ASSIGNEE AA BLUEPRINT COMPANY
 INC ASSIGNOR
 SIERRA LIQUIDITY FUND LLC
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address  SIERRA LIQUIDITY FUND LLC ASSIGNEE  AA BLUEPRINT COMPANY INC ASSIGNOR  SIERRA LIQUIDITY FUND LLC  2699 WHITE RD STE 255  IRVINE CA 92614
Docketed Total  $708.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $708.04 |
| | | | $708.04 |

Modified Total  $607.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $607.72 |
| | | | $607.72 |

---

*See Exhibit F for a listing of debtor entities by case number          Page:   32  of  38

In re: Delphi Corporation, <u>et al.</u>                                                        Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14694<br>Date Filed:07/31/06<br>Docketed Total:  $128,872.47<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE INDEPENDENT SORTERS<br> INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $128,872.47<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>INDEPENDENT SORTERS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | Modified Total    $126,834.84 | | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$128,872.47<br>_____<br>$128,872.47 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$126,834.84<br>_____<br>$126,834.84 |
| Claim: 14133<br>Date Filed:07/31/06<br>Docketed Total:  $267,469.05<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> BEAVER MANUFACTURING COMPANY<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $267,469.05<br>SPCP GROUP LLC AS ASSIGNEE OF<br>BEAVER MANUFACTURING COMPANY<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | | | | | Modified Total    $266,494.16 | | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$267,469.05<br>$267,469.05 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$266,494.16<br>$266,494.16 |
| Claim: 118<br>Date Filed:10/25/05<br>Docketed Total:  $94,000.00<br>Filing Creditor Name and Address<br> STANDARD TOOL & DIE INC<br> CO THOMAS W SCHOUTEN<br> DUNN SCHOUTEN & SNOAP<br> 2745 DEHOOP AVE SW<br> WYOMING MI 49509 | Claim Holder Name and Address    Docketed Total    $94,000.00<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | Modified Total    $94,000.00 | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$94,000.00<br>_____<br>$94,000.00 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$94,000.00<br>_____<br>$94,000.00 |
| Claim: 1260<br>Date Filed:12/23/05<br>Docketed Total:  $126,717.40<br>Filing Creditor Name and Address<br> STARK MANUFACTURING LLC<br> PAT REDMOND OR DEBORAH RILEY<br> 1300 S ELMIRA AVE<br> RUSSELLVILLE AR 72802 | Claim Holder Name and Address    Docketed Total    $126,717.40<br>STARK MANUFACTURING LLC<br>PAT REDMOND OR DEBORAH RILEY<br>1300 S ELMIRA AVE<br>RUSSELLVILLE AR 72802 | | | | | Modified Total    $121,164.55 | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$126,717.40<br>$126,717.40 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$121,164.55<br>$121,164.55 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   33 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 177**
Date Filed: 10/28/05
Docketed Total:   $6,000.00
Filing Creditor Name and Address
STEPHEN SMITH
C O HOCHMAN & PLUNKETT CO LPA
118 W FIRST ST
650 TALBOTT TOWER
DAYTON OH 45402

Claim Holder Name and Address — STEPHEN SMITH, C O HOCHMAN & PLUNKETT CO LPA, 118 W FIRST ST, 650 TALBOTT TOWER, DAYTON OH 45402 — Docketed Total $6,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,000.00 | 05-44640 | | | $6,000.00 |
| | | | $6,000.00 | | | | $6,000.00 |

Modified Total $6,000.00

---

**Claim: 8663**
Date Filed: 06/27/06
Docketed Total:   $5,894.00
Filing Creditor Name and Address
STEPHENSON & LAWYER INC
3831 PATTERSON AVE SE
PO BOX 8834
GRAND RAPIDS MI 49518-8834

Claim Holder Name and Address — STEPHENSON & LAWYER INC, 3831 PATTERSON AVE SE, PO BOX 8834, GRAND RAPIDS MI 49518-8834 — Docketed Total $5,894.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,894.00 | 05-44567 | | | $5,486.00 |
| | | | $5,894.00 | | | | $5,486.00 |

Modified Total $5,486.00

---

**Claim: 5496**
Date Filed: 05/10/06
Docketed Total:   $1,258.52
Filing Creditor Name and Address
STRATE WELDING SUPPLY CO INC
101 COMET ST
BUFFALO NY 14216-1724

Claim Holder Name and Address — STRATE WELDING SUPPLY CO INC, 101 COMET ST, BUFFALO NY 14216-1724 — Docketed Total $1,258.52

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,258.52 | 05-44640 | | | $1,258.52 |
| | | | $1,258.52 | | | | $1,258.52 |

Modified Total $1,258.52

---

**Claim: 10376**
Date Filed: 07/24/06
Docketed Total:   $261,128.30
Filing Creditor Name and Address
STUEKEN LLC
STANLEY H MCGUFFIN ESQ
HAYNSWORTH SINKLER BOYD PA
PO BOX 11889
COLUMBIA SC 29211

Claim Holder Name and Address — HAIN CAPITAL HOLDINGS LLC, ATTN GANNA LIBERCHUK, 301 RTE 17 6TH FL, RUTHERFORD NJ 07070 — Docketed Total $261,128.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $261,128.30 | 05-44640 | | | $226,705.70 |
| | | | $261,128.30 | | | | $226,705.70 |

Modified Total $226,705.70

---

*See Exhibit F for a listing of debtor entities by case number                    Page:   34 of 38

In re: Delphi Corporation, et al.                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 1988
Date Filed:02/16/06
Docketed Total:   $68,554.84
Filing Creditor Name and Address
 SUMMIT ENERGY SERVICES INC
 CO MICHAEL W MCCLAIN ESQ
 WYATT TARRANT & COMBS LLP
 2500 PNC PLAZA
 LOUISVILLE KY 40202

Claim Holder Name and Address
MIDTOWN CLAIMS LLC
ATTN EILEEN SHAY
885 THIRD AVE STE 3300
NEW YORK NY 10022

Docketed Total   $68,554.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $68,554.84 |
| | | | $68,554.84 |

Modified Total   $68,554.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $68,554.84 |
| | | | $68,554.84 |

**Row 2**

Claim: 15931
Date Filed:08/09/06
Docketed Total:   $21,811.81
Filing Creditor Name and Address
 TAWAS PLATING CO
 510 INDUSTRIAL AVE
 TAWAS CITY MI 48763

Claim Holder Name and Address
TAWAS PLATING CO
510 INDUSTRIAL AVE
TAWAS CITY MI 48763

Docketed Total   $21,811.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $21,811.81 |
| | | | $21,811.81 |

Modified Total   $21,811.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,811.81 |
| | | | $21,811.81 |

**Row 3**

Claim: 10027
Date Filed:07/20/06
Docketed Total:   $15,011.25
Filing Creditor Name and Address
 THERMAL PRODUCT SOLUTIONS
 ATTN LISA GONZALEZ
 2821 OLD RTE 15
 NEW COLUMBIA PA 17856

Claim Holder Name and Address
THERMAL PRODUCT SOLUTIONS
ATTN LISA GONZALEZ
2821 OLD RTE 15
NEW COLUMBIA PA 17856

Docketed Total   $15,011.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,011.25 |
| | | | $15,011.25 |

Modified Total   $14,701.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,701.10 |
| | | | $14,701.10 |

**Row 4**

Claim: 5659
Date Filed:05/11/06
Docketed Total:   $17,495.25
Filing Creditor Name and Address
 THERMOTRON INDUSTRIES DIV
 VENTUREDYNE LTD
 291 KOLLEN PARK DR
 HOLLAND MI 49423

Claim Holder Name and Address
THERMOTRON INDUSTRIES DIV
VENTUREDYNE LTD
291 KOLLEN PARK DR
HOLLAND MI 49423

Docketed Total   $17,495.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,495.25 |
| | | | $17,495.25 |

Modified Total   $12,424.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $12,424.51 |
| | | | $12,424.51 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13460<br>Date Filed:07/25/06<br>Docketed Total:  $16,961.75<br>Filing Creditor Name and Address<br> TOTAL FILTRATION SERVICES INC<br> 2725 COMMERCE PKWY<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TOTAL FILTRATION SERVICES INC<br>2725 COMMERCE PKWY<br>AUBURN HILLS MI 48326 | Docketed Total | | $16,961.75 | | Modified Total | | $14,653.27 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,961.75<br>$16,961.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,653.27<br>$14,653.27 |
| Claim: 4275<br>Date Filed:05/01/06<br>Docketed Total:   $24,441.56<br>Filing Creditor Name and Address<br> TURNER SUPPLY CO<br> PO BOX 10825<br> BIRMINGHAM AL 35202 | Claim Holder Name and Address<br>TURNER SUPPLY CO<br>PO BOX 10825<br>BIRMINGHAM AL 35202 | Docketed Total | | $24,441.56 | | Modified Total | | $24,441.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,441.56<br>$24,441.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$24,441.56<br>$24,441.56 |
| Claim: 2281<br>Date Filed:03/14/06<br>Docketed Total:   $143,603.11<br>Filing Creditor Name and Address<br> TXU ENERGY RETAIL COMPANY LP<br> C O BANKRUPTCY DEPT<br> PO BOX 650393<br> DALLAS TX 75265-0393 | Claim Holder Name and Address<br>TXU ENERGY RETAIL COMPANY LP<br>C O BANKRUPTCY DEPT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Docketed Total | | $143,603.11 | | Modified Total | | $136,076.99 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$143,603.11<br>$143,603.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$136,076.99<br>$136,076.99 |
| Claim: 3632<br>Date Filed:05/01/06<br>Docketed Total:   $38,289.00<br>Filing Creditor Name and Address<br> UMG TECHNOLOGIES INC<br> 6A ELECTRONICS AVE<br> DANVERS MA 01923 | Claim Holder Name and Address<br>UMG TECHNOLOGIES INC<br>6A ELECTRONICS AVE<br>DANVERS MA 01923 | Docketed Total | | $38,289.00 | | Modified Total | | $33,856.88 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$38,289.00<br>$38,289.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$33,856.88<br>$33,856.88 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   36 of 38

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16017<br>Date Filed:08/09/06<br>Docketed Total:  $45,426.04<br>Filing Creditor Name and Address<br> UNI BOND BRAKE INC<br> 1350 JARVIS<br> FERNDALE MI 48220 | Claim Holder Name and Address<br>UNI BOND BRAKE INC<br>1350 JARVIS<br>FERNDALE MI 48220 | Docketed Total | | $45,426.04 | | Modified Total | | $45,426.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$45,426.04<br>$45,426.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,426.04<br>$45,426.04 |
| Claim: 894<br>Date Filed:11/28/05<br>Docketed Total:  $210.34<br>Filing Creditor Name and Address<br> USA TRUCK INC<br> ATTN OFFICE OF CORPORATE<br> COUNSEL<br> 3200 INDUSTRIAL PARK RD<br> VAN BUREN AR 72956 | Claim Holder Name and Address<br>USA TRUCK INC<br>ATTN OFFICE OF CORPORATE<br>COUNSEL<br>3200 INDUSTRIAL PARK RD<br>VAN BUREN AR 72956 | Docketed Total | | $210.34 | | Modified Total | | $210.34 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$210.34<br>$210.34 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$210.34<br>$210.34 |
| Claim: 14152<br>Date Filed:07/31/06<br>Docketed Total:  $669,860.41<br>Filing Creditor Name and Address<br> VALEO ELECTRICAL SYSTEMS INC<br> MOTORS AND ACTUATORS DIVISION<br> CHRISTOPHER R CONNELY<br> 3000 UNIVERSITY DRIVE<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>VALEO ELECTRICAL SYSTEMS INC MOTORS<br>AND ACTUATORS DIVISION<br>CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DRIVE<br>AUBURN HILLS MI 48326 | Docketed Total | | $669,860.41 | | Modified Total | | $191,646.49 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$669,860.41<br>$669,860.41 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$191,646.49<br>$191,646.49 |
| Claim: 914<br>Date Filed:11/28/05<br>Docketed Total:  $38,033.64<br>Filing Creditor Name and Address<br> WASTE MANAGEMENT<br> JACQUOLYN E MILLS<br> 1001 FANNIN STE 4000<br> HOUSTON TX 77002 | Claim Holder Name and Address<br>WASTE MANAGEMENT<br>JACQUOLYN E MILLS<br>1001 FANNIN STE 4000<br>HOUSTON TX 77002 | Docketed Total | | $38,033.64 | | Modified Total | | $25,591.15 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,033.64<br>$38,033.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,591.15<br>$25,591.15 |

*See Exhibit F for a listing of debtor entities by case number                      Page:   37 of 38

In re: Delphi Corporation, et al.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 7185<br>Date Filed:05/31/06<br>Docketed Total:   $26,115.61<br>Filing Creditor Name and Address<br>  WOODWARD GOVERNOR AIRCRAFT<br>  CONTROLS PRESTWICK INC<br>  ATTN GENERAL COUNSEL<br>  5001 N SECOND ST<br>  PO BOX 7001<br>  ROCKFORD IL 61125-7001 | Claim Holder Name and Address     Docketed Total       $26,115.61<br>WOODWARD GOVERNOR AIRCRAFT CONTROLS<br>PRESTWICK INC<br>ATTN GENERAL COUNSEL<br>5001 N SECOND ST<br>PO BOX 7001<br>ROCKFORD IL 61125-7001 | | | Modified Total       $26,059.84 |
| | Case Number*      Secured       Priority       Unsecured<br>05-44481                                                   $26,115.61<br>                                                               $26,115.61 | | Case Number*      Secured       Priority       Unsecured<br>05-44612                                                   $26,059.84<br>                                                               $26,059.84 | |
| Claim: 1030<br>Date Filed:12/06/05<br>Docketed Total:   $16,683.03<br>Filing Creditor Name and Address<br>  XPEDX<br>  4510 READING RD<br>  CINCINNATI OH 45229 | Claim Holder Name and Address     Docketed Total       $16,683.03<br>XPEDX<br>4510 READING RD<br>CINCINNATI OH 45229 | | | Modified Total       $15,402.16 |
| | Case Number*      Secured       Priority       Unsecured<br>05-44481                                                   $16,683.03<br>                                                               $16,683.03 | | Case Number*      Secured       Priority       Unsecured<br>05-44640                                                   $15,402.16<br>                                                               $15,402.16 | |
| Claim: 805<br>Date Filed:11/22/05<br>Docketed Total:   $310,941.94<br>Filing Creditor Name and Address<br>  ZYLUX ACOUSTIC CORP<br>  ZYLUX AMERICA INC<br>  100 EMERSON LN STE 1513<br>  BRIDGEVILLE PA 15017 | Claim Holder Name and Address     Docketed Total       $310,941.94<br>ZYLUX ACOUSTIC CORP<br>ZYLUX AMERICA INC<br>100 EMERSON LN STE 1513<br>BRIDGEVILLE PA 15017 | | | Modified Total       $291,767.68 |
| | Case Number*      Secured       Priority       Unsecured<br>05-44481       $310,941.94<br>               $310,941.94 | | Case Number*      Secured       Priority       Unsecured<br>05-44640                                                   $291,767.68<br>                                                               $291,767.68 | |

Total Count of Claims:  151
Total Amount as Docketed:        $14,500,181.57
Total Amount as Modified:        $11,990,792.14

*See Exhibit F for a listing of debtor entities by case number                  Page:   38 of 38

In re: Delphi Corporation, <u>et al.</u>                                                              Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16493<br>Date Filed:01/22/07<br>Docketed Total:   $18,144.44<br>Filing Creditor Name and Address<br> ALLEN COUNTY IN TREASURER<br> TREASURER OF ALLEN COUNTY<br> ONE E MAIN ST RM 100<br> FORT WAYNE IN 46802 | Claim Holder Name and Address<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE IN 46802 | Docketed Total | | $18,144.44 | | Modified Total | | $17,847.03 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$18,144.44<br>$18,144.44 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$17,847.03<br>$17,847.03 | Unsecured |
| Claim: 16396<br>Date Filed:10/31/06<br>Docketed Total:   $44,356.98<br>Filing Creditor Name and Address<br> CITY OF VANDALIA<br> 333 JAMES E BOHANAN MEMORIAL<br> DR<br> VANDALIA OH 45377 | Claim Holder Name and Address<br>CITY OF VANDALIA<br>333 JAMES E BOHANAN MEMORIAL<br>DR<br>VANDALIA OH 45377 | Docketed Total | | $44,356.98 | | Modified Total | | $23,753.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$44,356.98<br>$44,356.98 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,753.00<br>$23,753.00 |
| Claim: 362<br>Date Filed:11/04/05<br>Docketed Total:   $469.80<br>Filing Creditor Name and Address<br> LYNDA HALL TAX COLLECTOR<br> MADISON COUNTY COURTHOUSE<br> 100 NORTHSIDE SQ<br> HUNTSVILLE AL 95808 | Claim Holder Name and Address<br>LYNDA HALL TAX COLLECTOR MADISON<br>COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE AL 95808 | Docketed Total | | $469.80 | | Modified Total | | $399.04 |
| | Case Number*<br>05-44481 | Secured<br>$469.80<br>$469.80 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$399.04<br>$399.04 |
| Claim: 16588<br>Date Filed:03/26/07<br>Docketed Total:   $1,526,151.29<br>Filing Creditor Name and Address<br> MISSISSIPPI STATE TAX<br> COMMISSION<br> BANKRUPTCY SECTION<br> ATTN BRENDA T CARTER<br> PO BOX 22808<br> JACKSON MS 39225-2808 | Claim Holder Name and Address<br>MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN BRENDA T CARTER<br>PO BOX 22808<br>JACKSON MS 39225-2808 | Docketed Total | | $1,526,151.29 | | Modified Total | | $1,493,708.93 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,493,708.93<br><br>$1,493,708.93 | Unsecured<br>$32,442.36<br><br>$32,442.36 | Case Number*<br>05-44640 | Secured | Priority<br>$1,493,708.93<br><br>$1,493,708.93 | Unsecured |

*See Exhibit F for a listing of debtor entities by case number                    Page:  1 of 2

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16580<br>Date Filed: 03/16/07<br>Docketed Total:   $18,990.89<br>Filing Creditor Name and Address<br> TENNESSEE DEPARTMENT OF<br> REVENUE<br> ATTORNEY GENERAL<br> PO BOX 20207<br> NASHVILLE TN 37202-0207 | Claim Holder Name and Address   Docketed Total   $18,990.89<br>TENNESSEE DEPARTMENT OF REVENUE<br>ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | Modified Total   $18,990.89 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | $18,990.89 | | 05-44640 | | $18,990.89 | |
| | | | $18,990.89 | | | | $18,990.89 | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4037<br>Date Filed: 05/01/06<br>Docketed Total:   $1,192.40<br>Filing Creditor Name and Address<br> US CUSTOMS AND BORDER<br> PROTECTION<br> ROBERT B HAMILTON JR DIRECTOR<br> REVEN<br> 6650 TELECOM DR<br> PO BOX 68911<br> INDIANAPOLIS IN 46268 | Claim Holder Name and Address   Docketed Total   $1,192.40<br>US CUSTOMS AND BORDER PROTECTION<br>ROBERT B HAMILTON JR DIRECTOR<br>REVEN<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | Modified Total   $1,192.40 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44482 | | $0.00 | $1,192.40 | 05-44482 | | | $1,192.40 |
| | | | | $1,192.40 | | | | $1,192.40 |

```
                                               Total Count of Claims:   6
                                               Total Amount as Docketed:     $1,609,305.80
                                               Total Amount as Modified:     $1,555,891.29
```

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 1074<br>Date Filed:12/08/05<br>Docketed Total:   $208,012.10<br>Filing Creditor Name and Address<br> ACUSHNET RUBBER COMPANY INC<br> DBA PRECIX<br> LYNNE MASTERA<br> 744 BELLEVILLE AVE<br> PO BOX 6916<br> NEW BEDFORD MA 02742-6916 | Claim Holder Name and Address    Docketed Total    $208,012.10<br>ACUSHNET RUBBER COMPANY INC DBA<br>PRECIX<br>LYNNE MASTERA<br>744 BELLEVILLE AVE<br>PO BOX 6916<br>NEW BEDFORD MA 02742-6916 | | | | | Modified Total    $208,012.10 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481    $67,064.46         $140,947.64<br>          $67,064.46         $140,947.64 | | | <u>Case Number*</u>    <u>Secured</u> 05-44640 | | <u>Priority</u> $14,588.49 $14,588.49 | <u>Unsecured</u> $193,423.61 $193,423.61 |
| Claim: 15226<br>Date Filed:07/31/06<br>Docketed Total:   $87,775.20<br>Filing Creditor Name and Address<br> DELTA PRODUCTS CORPORATION<br> 4405 CUSHING PKWY<br> FREMONT CA 94538 | Claim Holder Name and Address    Docketed Total    $87,775.20<br>DELTA PRODUCTS CORPORATION<br>4405 CUSHING PKWY<br>FREMONT CA 94538 | | | | | Modified Total    $83,233.95 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640              $87,775.20<br>              $87,775.20 | | | <u>Case Number*</u>    <u>Secured</u> 05-44640 | | <u>Priority</u> $12,986.67 $12,986.67 | <u>Unsecured</u> $70,247.28 $70,247.28 |
| Claim: 7577<br>Date Filed:06/06/06<br>Docketed Total:   $77,399.49<br>Filing Creditor Name and Address<br> EXPORT CORPORATION<br> DENNIS  A HALEY P14538<br> WINEGARDEN HALEY LINDHOLM &<br> ROBERTS<br> G 9460 S SAGINAW ST STE A<br> GRAND BLANC MI 48439 | Claim Holder Name and Address    Docketed Total    $77,399.49<br>EXPORT CORPORATION<br>DENNIS  A HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439 | | | | | Modified Total    $77,228.85 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640    $11,691.36         $65,708.13<br>          $11,691.36         $65,708.13 | | | <u>Case Number*</u>    <u>Secured</u> 05-44640 $11,691.36 $11,691.36 | | <u>Priority</u> | <u>Unsecured</u> $65,537.49 $65,537.49 |
| Claim: 6615<br>Date Filed:05/22/06<br>Docketed Total:   $7,907.92<br>Filing Creditor Name and Address<br> ILLINOIS TOOL WORKS INC<br> ITW DELTAR ENGINEERED FASTENER<br> 1700 1ST AVE<br> CHIPPEWA FALLS WI 54729 | Claim Holder Name and Address    Docketed Total    $7,907.92<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS WI 54729 | | | | | Modified Total    $7,495.37 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481              $7,907.92<br>              $7,907.92 | | | <u>Case Number*</u>    <u>Secured</u> 05-44640 | | <u>Priority</u> $2,006.78 $2,006.78 | <u>Unsecured</u> $5,488.59 $5,488.59 |

*See Exhibit F for a listing of debtor entities by case number                    Page:  1 of 6

In re: Delphi Corporation, <u>et al.</u>                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9565<br>Date Filed:07/17/06<br>Docketed Total:  $4,890.13<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ANCHOR FASTENERS<br>  26101 FARGO AVE<br>  CLEVELAND OH 44146-1305 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND OH 44146-1305 | Docketed Total | | $4,890.13 | | Modified Total | | $4,603.92 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$4,890.13<br>$4,890.13 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$2,268.00<br>$2,268.00 | <u>Unsecured</u><br>$2,335.92<br>$2,335.92 |
| Claim: 9566<br>Date Filed:07/17/06<br>Docketed Total:  $148,992.68<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ILLINOIS TOOL WORKS TOMCO<br>  3600 W LAKE AVE<br>  GLENVIEW IL 60025-121 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ILLINOIS TOOL WORKS TOMCO<br>3600 W LAKE AVE<br>GLENVIEW IL 60025-121 | Docketed Total | | $148,992.68 | | Modified Total | | $137,447.47 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$147,821.71<br>$147,821.71 | <u>Unsecured</u><br>$1,170.97<br>$1,170.97 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$86,033.76<br>$86,033.76 | <u>Unsecured</u><br>$51,413.71<br>$51,413.71 |
| Claim: 9568<br>Date Filed:07/17/06<br>Docketed Total:  $1,394.26<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DELPRO<br>  8440 A WEST 183RD PL<br>  TINLEY PK IL 60477 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELPRO<br>8440 A WEST 183RD PL<br>TINLEY PK IL 60477 | Docketed Total | | $1,394.26 | | Modified Total | | $1,210.91 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$386.76<br>$386.76 | <u>Unsecured</u><br>$1,007.50<br>$1,007.50 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$386.76<br>$386.76 | <u>Unsecured</u><br>$824.15<br>$824.15 |
| Claim: 9573<br>Date Filed:07/17/06<br>Docketed Total:  $159,690.14<br>Filing Creditor Name and Address<br>  ITW DELTAR INSERT MOLDED<br>  PRODUCTS<br>  9629 W 197TH ST<br>  MOKENA IL 60448 | Claim Holder Name and Address<br>ITW DELTAR INSERT MOLDED PRODUCTS<br>9629 W 197TH ST<br>MOKENA IL 60448 | Docketed Total | | $159,690.14 | | Modified Total | | $149,178.27 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$159,690.14<br><br>$159,690.14 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$27,134.11<br><br>$27,134.11 | <u>Unsecured</u><br>$122,044.16<br><br>$122,044.16 |

In re: Delphi Corporation, <u>et al.</u>                                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8999**
Date Filed:07/05/06
Docketed Total:   $10,344.99
Filing Creditor Name and Address
 J O GALLOUP COMPANY
 130 N HELMER RD
 BATTLE CREEK MI 49015

Claim Holder Name and Address    Docketed Total    $10,344.99
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,000.00 | $9,344.99 |
| | | $1,000.00 | $9,344.99 |

Modified Total    $10,320.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,000.00 | $9,320.23 |
| | | $1,000.00 | $9,320.23 |

---

**Claim: 4198**
Date Filed:05/01/06
Docketed Total:   $19,118.81
Filing Creditor Name and Address
 JOSEPH T RYERSON & SON INC
 33966 TREASURY CTR
 CHICAGO IL 60694-3900

Claim Holder Name and Address    Docketed Total    $19,118.81
JOSEPH T RYERSON & SON INC
33966 TREASURY CTR
CHICAGO IL 60694-3900

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,118.81 |
| | | | $19,118.81 |

Modified Total    $19,118.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,903.55 | $14,215.26 |
| | | $4,903.55 | $14,215.26 |

---

**Claim: 12141**
Date Filed:07/28/06
Docketed Total:   $151,106.18
Filing Creditor Name and Address
 KICKHAEFER MANUFACTURING CO
 KMC
 1221 S PARK ST
 PO BOX 348
 PORT WASHINGTON WI 53074-0348

Claim Holder Name and Address    Docketed Total    $151,106.18
KICKHAEFER MANUFACTURING CO KMC
1221 S PARK ST
PO BOX 348
PORT WASHINGTON WI 53074-0348

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,106.18 | |
| | | $151,106.18 | |

Modified Total    $151,106.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $37,150.59 | $113,955.59 |
| | | $37,150.59 | $113,955.59 |

---

**Claim: 13526**
Date Filed:07/31/06
Docketed Total:   $103,714.47
Filing Creditor Name and Address
 KURZ KASCH INC
 2271 ARBOR BLVD
 DAYTON OH 45401-1246

Claim Holder Name and Address    Docketed Total    $103,714.47
KURZ KASCH INC
2271 ARBOR BLVD
DAYTON OH 45401-1246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $103,714.47 | | |
| | $103,714.47 | | |

Modified Total    $103,412.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $34.40 | $1,627.27 |
| 05-44640 | | $8,604.00 | $93,146.40 |
| | | $8,638.40 | $94,773.67 |

---

*See Exhibit F for a listing of debtor entities by case number                    Page:   3 of 6

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10704**
Date Filed: 07/25/06
Docketed Total: $2,918,299.31
Filing Creditor Name and Address
 MEADVILLE FORGING CO
 EDWARD B LOCCISANO
 PO BOX 459 D
 MEADVILLE PA 16335

Claim Holder Name and Address
MEADVILLE FORGING CO
EDWARD B LOCCISANO
PO BOX 459 D
MEADVILLE PA 16335
Docketed Total $2,918,299.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $213,681.48 | $2,704,617.83 |
| | | $213,681.48 | $2,704,617.83 |

Modified Total $2,918,299.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $213,681.48 | $2,704,617.83 |
| | | $213,681.48 | $2,704,617.83 |

---

**Claim: 8316**
Date Filed: 06/21/06
Docketed Total: $95,572.47
Filing Creditor Name and Address
 METAL SURFACES INC
 ATTN ROBERT H LEDTERMAN PRES
 CEO
 6060 SHULL ST
 BELL GARDENS CA 90201

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070
Docketed Total $95,572.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $9,392.78 | $86,179.69 |
| | | $9,392.78 | $86,179.69 |

Modified Total $91,835.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $6,251.95 | $85,583.95 |
| | | $6,251.95 | $85,583.95 |

---

**Claim: 9190**
Date Filed: 07/10/06
Docketed Total: $315,746.36
Filing Creditor Name and Address
 METALFORMING TECHNOLOGIES INC
 980 N MICHIGAN AVE
 STE 1900
 CHICAGO IL 60611

Claim Holder Name and Address
METALFORMING TECHNOLOGIES INC
980 N MICHIGAN AVE
STE 1900
CHICAGO IL 60611
Docketed Total $315,746.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $315,746.36 |
| | | | $315,746.36 |

Modified Total $55,620.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,755.27 | $41,865.08 |
| | | $13,755.27 | $41,865.08 |

---

**Claim: 16391**
Date Filed: 10/10/06
Docketed Total: $914,212.99
Filing Creditor Name and Address
 NISSHINBO AUTOMOTIVE CORP
 SEAN M WALSH ESQ
 COX HODGMAN & GIARMARCO PC
 101 W BIG BEAVER RD 10TH FLR
 TROY MI 48084

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424
Docketed Total $914,212.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $223,420.11 | | $690,792.88 |
| | $223,420.11 | | $690,792.88 |

Modified Total $914,212.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $27,446.05 | $886,766.94 |
| | | $27,446.05 | $886,766.94 |

---

*See Exhibit F for a listing of debtor entities by case number                     Page:   4 of 6

In re: Delphi Corporation, et al.                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4531**
Date Filed: 05/02/06
Docketed Total:  $201,340.46
Filing Creditor Name and Address
  NMB TECHNOLOGIES CORPORATION
  9730 INDEPENDENCE AVE
  CHATSWORTH CA 91311

Claim Holder Name and Address
NMB TECHNOLOGIES CORPORATION
9730 INDEPENDENCE AVE
CHATSWORTH CA 91311

Docketed Total    $201,340.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $201,340.46 | | |
| | $201,340.46 | | |

Modified Total    $201,100.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $2,270.00 | $2,961.51 |
| 05-44640 | | $1,786.80 | $194,082.15 |
| | | $4,056.80 | $197,043.66 |

---

**Claim: 16558**
Date Filed: 02/28/07
Docketed Total:  $389,743.52
Filing Creditor Name and Address
  OTTO BOCK POLYURETHANE
  TECHNOLOGIES INC
  PENN CTR WEST THREE STE 406
  PITTSBURGH PA 15276

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Docketed Total    $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $144,348.23 | $245,395.29 |
| | | $144,348.23 | $245,395.29 |

Modified Total    $389,743.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $130,000.00 | $259,743.52 |
| | | $130,000.00 | $259,743.52 |

---

**Claim: 12132**
Date Filed: 07/28/06
Docketed Total:  $14,497.86
Filing Creditor Name and Address
  ROTOR CLIP COMPANY INC
  ROBERT L SCHMIDT ESQ
  NORRIS MCLAUGHLIN MARCUS PA
  PO BOX 1018
  SOMERVILLE NJ 08876-1018

Claim Holder Name and Address
ROTOR CLIP COMPANY INC
ROBERT L SCHMIDT ESQ
NORRIS MCLAUGHLIN MARCUS PA
PO BOX 1018
SOMERVILLE NJ 08876-1018

Docketed Total    $14,497.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $14,497.86 | |
| | | $14,497.86 | |

Modified Total    $14,497.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $14,497.86 | |
| | | $14,497.86 | |

---

**Claim: 9584**
Date Filed: 07/17/06
Docketed Total:  $116,843.56
Filing Creditor Name and Address
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE LAKE ERIE PRODUCTS
  INC  LIVONIA FITTINGS PRODUCTS
  COMPANY ET AL ASSIGN
  SIERRA LIQUIDITY FUND LLC
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND LLC ASSIGNEE
LAKE ERIE PRODUCTS INC  LIVONIA
FITTINGS PRODUCTS COMPANY ET AL
ASSIGN
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE CA 92614

Docketed Total    $116,843.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $112,046.24 |
| | | $4,797.32 | $112,046.24 |

Modified Total    $116,724.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $111,927.14 |
| | | $4,797.32 | $111,927.14 |

---

In re: Delphi Corporation, et al.                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10377**
Date Filed:07/24/06
Docketed Total:   $12,760.50
Filing Creditor Name and Address
  STUEKEN LLC
  STANLEY H MCGUFFIN ESQ
  HAYNSWORTH SINKLER BOYD PA
  PO BOX 11889
  COLUMBIA SC 29211

Claim Holder Name and Address    Docketed Total    $12,760.50
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $12,760.50 | |
| | | $12,760.50 | |

Modified Total    $12,760.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,760.50 | |
| | | $12,760.50 | |

---

**Claim: 11466**
Date Filed:07/27/06
Docketed Total:   $95,661.00
Filing Creditor Name and Address
  VALEO ELECTRICAL SYSTEMS INC
  WIPERS DIVISION
  ATTN CHRISTOPHER R CONNELY
  3000 UNIVERSITY DR
  AUBURN HILLS MI 48326

Claim Holder Name and Address    Docketed Total    $95,661.00
VALEO ELECTRICAL SYSTEMS INC WIPERS
DIVISION
ATTN CHRISTOPHER R CONNELY
3000 UNIVERSITY DR
AUBURN HILLS MI 48326

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $95,661.00 |
| | | | $95,661.00 |

Modified Total    $95,661.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $8,518.50 | $87,142.50 |
| | | $8,518.50 | $87,142.50 |

---

**Claim: 11465**
Date Filed:07/27/06
Docketed Total:   $76,841.75
Filing Creditor Name and Address
  VALEO SWITCHES AND DETECTION
  SYSTEMS INC
  ATTN CHRISTOPHER R CONNELY
  3000 UNIVERSITY DR
  AUBURN HILLS MI 48326

Claim Holder Name and Address    Docketed Total    $76,841.75
VALEO SWITCHES AND DETECTION
SYSTEMS INC
ATTN CHRISTOPHER R CONNELY
3000 UNIVERSITY DR
AUBURN HILLS MI 48326

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,841.75 |
| | | | $76,841.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,653.86 | $75,187.89 |
| | | $1,653.86 | $75,187.89 |

Total Count of Claims:   23
Total Amount as Docketed:        $6,131,866.15
Total Amount as Modified:        $5,839,666.23

**In re Delphi Corporation, et al.**                                          **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTESYS TECHNOLOGIES INC<br>KLESTADT & WINTERS LLP<br>292 MADISON AVE 17TH FL<br>NEW YORK, NY 10017-6314 | 10770 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $511,037.71<br>$511,037.71 | 07/25/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARCO MANUFACTURING CO<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON, OH 44309-1500 | 11132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $78,973.54<br>$182,065.34<br>$261,038.88 | 07/26/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$772,076.59** | | |

**In re Delphi Corporation, et al.**     **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN CASUALTY COMPANY OF READING PA 10 ESQUIRE RD STE 14 NEW CITY, NY 10956 | 2534 | Secured: Priority: Administrative: Unsecured: Total: | $44,080,000.00 $44,080,000.00 | 04/03/2006 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA N A BARNES & THORNBURG LLP 300 OTTAWA AVE NW STE 500 GRAND RAPIDS, MI 49503 | 11317 | Secured: Priority: Administrative: Unsecured: Total: | $38,127,592.68 $38,127,592.68 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA BARNES & THORNBURG LLP 300 OTTAWA AVE NW STE 500 GRAND RAPIDS, MI 49503 | 11470 | Secured: Priority: Administrative: Unsecured: Total: | $38,127,592.68 $38,127,592.68 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA BARNES & THORNBURG LLP 300 OTTAWA AVE NW STE 500 GRAND RAPIDS, MI 49503 | 11457 | Secured: Priority: Administrative: Unsecured: Total: | $38,127,592.68 $38,127,592.68 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| FRYS METAL INC A COOKSON ELECTRONICS COMPANY ADLER POLLOCK & SHEEHAN PC ONE CITIZENS PLZ 8TH FL PROVIDENCE, RI 02903 | 15681 | Secured: Priority: Administrative: Unsecured: Total: | $58,228.25 $58,228.25 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRYS METAL INC A COOKSON ELECTRONICS COMPANY ADLER POLLOCK & SHEEHAN PC ONE CITIZENS PLZ 8TH FL PROVIDENCE, RI 02903 | 15679 | Secured: Priority: Administrative: Unsecured: Total: | $12,284.59 $12,284.59 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GREAK & BUSBY PC 8008 SLIDE RD STE 30 LUBBOCK, TX 79424-2828 | 8502 | Secured: Priority: Administrative: Unsecured: Total: | $20,000.00 $20,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| HURLEY PACKAGING OF TEXAS INC A PROFESSIONAL CORPORATION 8008 SLIDE RD STE 30 LUBBOCK, TX 79424-2828 | 8519 | Secured: Priority: Administrative: Unsecured: Total: | $40,000.00 $40,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                                                                 **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON CONTROL INC BATTERY GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15526 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MJ CELCO<br>SCHWARTZ COOPER CHARTERED<br>180 N LA SALLE ST<br>CHICAGO, IL 60601 | 12183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$800,000.00<br>$800,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,303.33<br><br>$750.00<br>$5,053.33 | 07/18/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,626.21<br><br>$250.00<br>$2,876.21 | 07/18/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PBR COLUMBIA LLC<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **14** | | **$161,357,844.90** | | |

**In re Delphi Corporation, et al.**                    **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUN MICROSYSTEMS INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 16597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$114,168.03<br><br>$114,168.03 | 04/18/2007 | DELPHI CORPORATION (05-44481) |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $82,643.04<br>$0.00<br><br>$0.00<br>$82,643.04 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 08/14/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

| | Total: | 3 | $196,811.07 |
|---|---|---|---|

**In re Delphi Corporation, et al.**    **Fifteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-4 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN RECYCLING & MANUFACTURING CO INC 58 MC KEE RD ROCHESTER, NY 14611 | 16556 | Secured: Priority: Administrative: Unsecured: Total: | $40,645.16 $40,645.16 | 03/21/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:** **1** | | **$40,645.16** | | |

**In re Delphi Corporation, et al.**                                    **Fifteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### EXHIBIT E-5 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,177.53<br><br><br><br>$3,177.53 | 01/17/2007 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 1 | $3,177.53 |
|---|---|---|---|

In re: Delphi Corporation, <u>et al.</u>                                                                  Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2287<br>Date Filed:03/14/06<br>Docketed Total:  $12,921.52<br>Filing Creditor Name and Address<br> ACORN DISTRIBUTORS INC<br> 5820 FORTUNE CIR W<br> INDIANAPOLIS IN 46241 | Claim Holder Name and Address<br>AFI<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $12,921.52 | | | Modified Total | $7,723.22 |
| | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$12,921.52<br>$12,921.52 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$7,723.22<br>$7,723.22 |
| Claim: 1439<br>Date Filed:01/04/06<br>Docketed Total:  $121,415.94<br>Filing Creditor Name and Address<br> BATTENFELD OF AMERICA INC<br> ATTN RON RICAPITO<br> 1620 SHANAHAN DR<br> SOUTH ELGIN IL 60177 | Claim Holder Name and Address<br>BATTENFELD OF AMERICA INC<br>ATTN RON RICAPITO<br>1620 SHANAHAN DR<br>SOUTH ELGIN IL 60177 | Docketed Total | | $121,415.94 | | | Modified Total | $83,403.44 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$121,415.94<br>$121,415.94 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$83,403.44<br>$83,403.44 |
| Claim: 11186<br>Date Filed:07/26/06<br>Docketed Total:  $180,633.39<br>Filing Creditor Name and Address<br> BEAVER VALLEY MANUFACTURING<br> INC<br> IRA RUBIN<br> GOLDMAN RUBIN & SHAPIRO<br> 1340 WOODMAN DR<br> DAYTON OH 45432 | Claim Holder Name and Address<br>BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON OH 45432 | Docketed Total | | $180,633.39 | | | Modified Total | $121,384.39 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$180,633.39<br><br>$180,633.39 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$121,384.39<br><br>$121,384.39 |
| Claim: 7235<br>Date Filed:05/31/06<br>Docketed Total:  $27,708.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF BARRY METALS<br> INTERNATIONAL<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>BARRY METALS INTERNATIONAL<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $27,708.00 | | | Modified Total | $26,520.00 |
| | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$27,708.00<br><br>$27,708.00 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$26,520.00<br><br>$26,520.00 |

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|
| Claim: 7237<br>Date Filed:05/31/06<br>Docketed Total:  $241,702.84<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF IMCO INC<br> ATTN ALPA JIMINEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $241,702.84<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>IMCO INC<br>ATTN ALPA JIMINEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | Modified Total   $236,776.04 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                             $241,702.84<br>                                     $241,702.84 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                             $236,776.04<br>                                     $236,776.04 | | |
| Claim: 7367<br>Date Filed:06/02/06<br>Docketed Total:   $56,625.90<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF NINGBO SCHLEMMER<br> AUTOMOTIVE PARTS CO LTD<br> ATTN ALPA JIMINEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $56,625.90<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>NINGBO SCHLEMMER AUTOMOTIVE PARTS<br>CO LTD<br>ATTN ALPA JIMINEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | Modified Total   $56,252.10 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                             $56,625.90<br>                                     $56,625.90 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                             $56,252.10<br>                                     $56,252.10 | | |
| Claim: 8030<br>Date Filed:06/15/06<br>Docketed Total:   $135,220.81<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PARSON & MAXSON<br> INC<br> ATTN ALPA JIMINEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $135,220.81<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PARSON & MAXSON INC<br>ATTN ALPA JIMINEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | Modified Total   $111,390.58 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                             $135,220.81<br><br>                                     $135,220.81 | | Case Number*   Secured   Priority   Unsecured<br>05-44612                             $22,759.61<br>05-44640                             $88,630.97<br>                                     $111,390.58 | | |

*See Exhibit F for a listing of debtor entities by case number          Page:   2 of 10

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8024<br>Date Filed:06/15/06<br>Docketed Total:   $142,150.86<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PLASTIC PLATE INC<br> IDENTIFIED BY DEBTOR AS LACKS<br> TRIM SYSTEMS<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address     Docketed Total     $142,150.86<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PLASTIC PLATE INC IDENTIFIED BY<br>DEBTOR AS LACKS TRIM SYSTEMS<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total     $114,522.59 | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$142,150.86<br><br>$142,150.86 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$114,522.59<br><br>$114,522.59 |
| Claim: 12695<br>Date Filed:07/28/06<br>Docketed Total:   $120,459.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG KUNHWA<br> CO LTD<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address     Docketed Total     $120,459.00<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG KUNHWA CO LTD<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total     $77,394.00 | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$120,459.00<br><br>$120,459.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$77,394.00<br><br>$77,394.00 |
| Claim: 1201<br>Date Filed:12/19/05<br>Docketed Total:   $104,504.04<br>Filing Creditor Name and Address<br> ELECTRONIC SOLUTIONS INC<br> 1590 PAGE INDUSTRIAL BLVD<br> ST LOUIS MO 63132 | Claim Holder Name and Address     Docketed Total     $104,504.04<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | | Modified Total     $100,499.44 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$104,504.04<br>$104,504.04 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$100,499.44<br>$100,499.44 |

In re: Delphi Corporation, <u>et al.</u>                                                                Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 14837<br>Date Filed:07/31/06<br>Docketed Total:   $115,123.63<br>Filing Creditor Name and Address<br> EMC2 CORPORATION<br> C O RECEIVABLE MANAGEMENT<br> SERVICES<br> PO BOX 5126<br> TIMONIUM MD 21094 | Claim Holder Name and Address<br>EMC2 CORPORATION<br>C O RECEIVABLE MANAGEMENT<br>SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | Docketed Total | $115,123.63 | | Modified Total | | $73,342.81 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | <u>Priority</u><br>$40,950.67<br>$40,950.67 | <u>Unsecured</u><br>$74,172.96<br>$74,172.96 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$73,342.81<br>$73,342.81 |
| Claim: 813<br>Date Filed:11/22/05<br>Docketed Total:   $963,099.68<br>Filing Creditor Name and Address<br> ENTERGY MISSISSIPPI INC<br> MAIL UNIT L JEF 359<br> PO BOX 6008<br> NEW ORLEANS LA 70174-6008 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | $963,099.68 | | Modified Total | | $363,099.68 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44640   $963,099.68<br>$963,099.68 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$363,099.68<br>$363,099.68 |
| Claim: 11542<br>Date Filed:07/27/06<br>Docketed Total:   $72,759.50<br>Filing Creditor Name and Address<br> FLEX TECHNOLOGIES INC<br> PO BOX 400<br> 5479 GUNDY DR<br> MIDVALE OH 44653 | Claim Holder Name and Address<br>FLEX TECHNOLOGIES INC<br>PO BOX 400<br>5479 GUNDY DR<br>MIDVALE OH 44653 | Docketed Total | $72,759.50 | | Modified Total | | $39,992.50 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481 | <u>Priority</u> | <u>Unsecured</u><br>$72,759.50<br>$72,759.50 | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$39,992.50<br>$39,992.50 |
| Claim: 8508<br>Date Filed:06/26/06<br>Docketed Total:   $22,258.80<br>Filing Creditor Name and Address<br> FLOW DRY TECHNOLOGY LTD<br> 379 ALBERT RD<br> BROOKVILLE OH 45309-924 | Claim Holder Name and Address<br>FLOW DRY TECHNOLOGY LTD<br>379 ALBERT RD<br>BROOKVILLE OH 45309-924 | Docketed Total | $22,258.80 | | Modified Total | | $22,258.80 |
| | <u>Case Number*</u>   <u>Secured</u><br>05-44481   $22,258.80<br>$22,258.80 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u>   <u>Secured</u><br>05-44640 | | <u>Priority</u> | <u>Unsecured</u><br>$22,258.80<br>$22,258.80 |

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | Docketed Total | | | Modified Total | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 11248**<br>Date Filed:07/27/06<br>Docketed Total:  $1,777.27<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA | | | $1,777.27 | | | $1,777.27 | |
| | *Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$1,777.27 | *Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$1,777.27 |
| | | | | $1,777.27 | | | | $1,777.27 |
| **Claim: 11249**<br>Date Filed:07/27/06<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address   Docketed Total<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA | | | $31,625.46 | Modified Total | | $31,625.46 | |
| | *Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$31,625.46 | *Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$31,625.46 |
| | | | | $31,625.46 | | | | $31,625.46 |
| **Claim: 11250**<br>Date Filed:07/27/06<br>Docketed Total:  $46,237.04<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address   Docketed Total<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA | | | $46,237.04 | Modified Total | | $21,000.37 | |
| | *Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$46,237.04 | *Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$21,000.37 |
| | | | | $46,237.04 | | | | $21,000.37 |
| **Claim: 11251**<br>Date Filed:07/27/06<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address<br>  GREELEY CONTAINMENT & REWORK<br>  INC<br>  200 BASELINE RD E<br>  BOWMANVILLE ON L1C 1A2<br>  CANADA | Claim Holder Name and Address   Docketed Total<br>GREELEY CONTAINMENT & REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE ON L1C 1A2<br>CANADA | | | $31,625.46 | Modified Total | | $11,733.46 | |
| | *Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$31,625.46 | *Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$11,733.46 |
| | | | | $31,625.46 | | | | $11,733.46 |

*See Exhibit F for a listing of debtor entities by case number            Page:   5 of 10

In re: Delphi Corporation, <u>et al.</u>                                                                 Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10128<br>Date Filed:07/21/06<br>Docketed Total:  $259,605.47<br>Filing Creditor Name and Address<br>  GRIGOLEIT COMPANY THE<br>  2000 N WOODFORD ST<br>  PO BOX 831<br>  DECATUR IL 62525-0831 | Claim Holder Name and Address     Docketed Total     $259,605.47<br>GRIGOLEIT COMPANY THE<br>2000 N WOODFORD ST<br>PO BOX 831<br>DECATUR IL 62525-0831 | | | | | | | Modified Total     $209,112.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$259,605.47<br>$259,605.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$209,112.50<br>$209,112.50 |
| Claim: 5102<br>Date Filed:05/08/06<br>Docketed Total:  $63,992.15<br>Filing Creditor Name and Address<br>  INTERNATIONAL QUALITY CONTROL<br>  INC<br>  521 CLEVELAND<br>  LINCOLN PK MI 48146 | Claim Holder Name and Address     Docketed Total     $63,992.15<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | | | | | | | Modified Total     $62,486.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$63,992.15<br>$63,992.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$62,486.40<br>$62,486.40 |
| Claim: 15523<br>Date Filed:07/31/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br>  JOHNSON CONTROLS INC<br>  AUTOMOTIVE GROUP<br>  STEPHEN BOBO<br>  SACHNOFF & WEAVER LTD<br>  10 S WACKER DR STE 4000<br>  CHICAGO IL 60606 | Claim Holder Name and Address     Docketed Total<br>JOHNSON CONTROLS INC AUTOMOTIVE<br>GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | | | | | | | Modified Total     $1,305.00 |
| | Case Number*<br>05-44640 | Secured<br>$0.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,305.00<br>$1,305.00 |
| Claim: 15525<br>Date Filed:07/31/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br>  JOHNSON CONTROLS INC BATTERY<br>  GROUP<br>  STEPHEN BOBO<br>  SACHNOFF & WEAVER LTD<br>  10 S WACKER DR STE 4000<br>  CHICAGO IL 60606 | Claim Holder Name and Address     Docketed Total<br>JOHNSON CONTROLS INC BATTERY GROUP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | | | | | | | Modified Total     $85,668.20 |
| | Case Number*<br>05-44640 | Secured<br>$0.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$85,668.20<br>$85,668.20 |

In re: Delphi Corporation, et al.                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13445**
Date Filed:07/31/06
Docketed Total:   $52,318.51
Filing Creditor Name and Address
 JUDCO MANUFACTURING INC
 1429 W 240TH ST
 HARBOR CITY CA 90710

Claim Holder Name and Address    Docketed Total    $52,318.51
JUDCO MANUFACTURING INC
1429 W 240TH ST
HARBOR CITY CA 90710

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,318.51 |
| | | | $52,318.51 |

Modified Total    $31,044.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,044.13 |
| | | | $31,044.13 |

---

**Claim: 16012**
Date Filed:08/09/06
Docketed Total:   $2,605.25
Filing Creditor Name and Address
 JUDCO MANUFACTURING INC
 1429 W 240TH ST
 HARBOR CITY CA 90710

Claim Holder Name and Address    Docketed Total    $2,605.25
JUDCO MANUFACTURING INC
1429 W 240TH ST
HARBOR CITY CA 90710

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,605.25 |
| | | | $2,605.25 |

Modified Total    $1,741.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,741.37 |
| | | | $1,741.37 |

---

**Claim: 966**
Date Filed:12/02/05
Docketed Total:   $156,172.47
Filing Creditor Name and Address
 MANUFACTURERS EQUIPMENT &
 SUPPLY CO
 2401 LAPEER RD
 FLINT MI 48503-435

Claim Holder Name and Address    Docketed Total    $156,172.47
MANUFACTURERS EQUIPMENT & SUPPLY CO
2401 LAPEER RD
FLINT MI 48503-435

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156,172.47 |
| | | | $156,172.47 |

Modified Total    $2,066.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,066.11 |
| | | | $2,066.11 |

---

**Claim: 11190**
Date Filed:07/26/06
Docketed Total:   $87,844.88
Filing Creditor Name and Address
 PARLEX CORPORATION
 EDWARD D KUTCHIN ESQ
 KUTCHIN & RUFO  PC
 155 FEDERAL ST 17TH FL
 BOSTON MA 02110

Claim Holder Name and Address    Docketed Total    $87,844.88
PARLEX CORPORATION
EDWARD D KUTCHIN ESQ
KUTCHIN & RUFO  PC
155 FEDERAL ST 17TH FL
BOSTON MA 02110

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $87,844.88 |
| | | | $87,844.88 |

Modified Total    $62,996.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,996.25 |
| | | | $62,996.25 |

---

*See Exhibit F for a listing of debtor entities by case number          Page:   7 of 10

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11193<br>Date Filed:07/26/06<br>Docketed Total:  $39,295.28<br>Filing Creditor Name and Address<br> PARLEX CORPORATION<br> EDWARD D KUTCHIN ESQ<br> KUTCHIN & RUFO  PC<br> 155 FEDERAL ST 17TH FL<br> BOSTON MA 02110 | Claim Holder Name and Address    Docketed Total    $39,295.28<br>PARLEX CORPORATION<br>EDWARD D KUTCHIN ESQ<br>KUTCHIN & RUFO  PC<br>155 FEDERAL ST 17TH FL<br>BOSTON MA 02110<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547 _____ _____ _____ $39,295.28<br>                                        $39,295.28 | Modified Total    $35,181.55<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $35,181.55<br>                                        $35,181.55 |
| Claim: 10580<br>Date Filed:07/25/06<br>Docketed Total:  $203,432.68<br>Filing Creditor Name and Address<br> PHILLIPS PLASTICS CORPORATION<br> ATTN MARK HUEG<br> 1201 HANLEY RD<br> HUDSON WI 54016 | Claim Holder Name and Address    Docketed Total    $203,432.68<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 $203,432.68 _____ _____<br>              $203,432.68 | Modified Total    $181,190.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $181,190.50<br>                                        $181,190.50 |
| Claim: 12187<br>Date Filed:07/28/06<br>Docketed Total:  $100,551.70<br>Filing Creditor Name and Address<br> PORT CITY CASTINGS CORP<br> AFFILIATE OF PORT CITY DIE<br> CAST INC<br> C O PARMENTER O TOOLE<br> PORT CITY CASTINGS CORP<br> 601 TERRACE ST<br> MUSKEGON MI 49443-0786 | Claim Holder Name and Address    Docketed Total    $100,551.70<br>PORT CITY CASTINGS CORP AFFILIATE<br>OF PORT CITY DIE CAST INC<br>C O PARMENTER O TOOLE<br>PORT CITY CASTINGS CORP<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 $100,551.70 _____ _____<br><br>              $100,551.70 | Modified Total    $90,638.09<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $90,638.09<br><br>                                        $90,638.09 |
| Claim: 10710<br>Date Filed:07/25/06<br>Docketed Total:  $574,896.85<br>Filing Creditor Name and Address<br> PPG INDUSTRIES INC<br> ONE PPG PL<br> PITTSBURGH PA 15272 | Claim Holder Name and Address    Docketed Total    $574,896.85<br>PPG INDUSTRIES INC<br>ONE PPG PL<br>PITTSBURGH PA 15272<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $574,896.85<br>                                        $574,896.85 | Modified Total    $460,507.92<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $460,507.92<br>                                        $460,507.92 |

*See Exhibit F for a listing of debtor entities by case number                    Page:   8 of 10

In re: Delphi Corporation, et al.                                                                      Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 8874<br>Date Filed:06/30/06<br>Docketed Total:  $101,655.48<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR WHYCO FINISHING<br> TECHNOLOGIES LLC<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address   Docketed Total      $101,655.48<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR WHYCO FINISHING TECHNOLOGIES<br>LLC<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | | Modified Total      $101,366.23 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $101,655.48<br>                                                         $101,655.48 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $101,366.23<br>                                                         $101,366.23 | |
| Claim: 590<br>Date Filed:11/15/05<br>Docketed Total:   $29,390.33<br>Filing Creditor Name and Address<br> SANDVIK MATERIALS TECHNOLOGY<br> ATTN DOMINIC GRANDINETH<br> PO BOX 1220<br> SCRANTON PA 18504-1220 | Claim Holder Name and Address   Docketed Total      $29,390.33<br>SANDVIK MATERIALS TECHNOLOGY<br>ATTN DOMINIC GRANDINETH<br>PO BOX 1220<br>SCRANTON PA 18504-1220 | | Modified Total      $7,862.55 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                                 $29,390.33<br>                                                          $29,390.33 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                  $7,862.55<br>                                                           $7,862.55 | |
| Claim: 14682<br>Date Filed:07/31/06<br>Docketed Total:   $150,601.20<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE NEW ENGLAND<br> INTERCONNECT SYSTEMS INC<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total      $150,601.20<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>NEW ENGLAND INTERCONNECT SYSTEMS<br>INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | Modified Total      $142,900.00 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $150,601.20<br>                                                         $150,601.20 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $142,900.00<br>                                                         $142,900.00 | |
| Claim: 11606<br>Date Filed:07/26/06<br>Docketed Total:   $126,344.36<br>Filing Creditor Name and Address<br> SOJITZ CORPORATION OF AMERICA<br> ATTN RICHARD PAICE ESQ<br> 1211 AVE OF THE AMERICAS<br> NEW YORK NY 10036 | Claim Holder Name and Address   Docketed Total      $126,344.36<br>SOJITZ CORPORATION OF AMERICA<br>ATTN RICHARD PAICE ESQ<br>1211 AVE OF THE AMERICAS<br>NEW YORK NY 10036 | | Modified Total      $50,493.75 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640     $55,000.00                    $71,344.36<br>              $55,000.00                    $71,344.36 | | Case Number*   Secured   Priority   Unsecured<br>05-44482                                                 $50,493.75<br>                                                          $50,493.75 | |

In re: Delphi Corporation, et al.                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16544**
Date Filed: 02/16/07
Docketed Total:   $51,817.86
Filing Creditor Name and Address
 SUPPLIER LINK SERVICES INC
 ATTN CHRIS KINSEL
 PMB 204
 3527 MT DIABLO BLVD
 LAFAYETTE CA 94549

Claim Holder Name and Address    Docketed Total    $51,817.86
CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,817.86 |
| | | | $51,817.86 |

Modified Total    $48,012.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,012.86 |
| | | | $48,012.86 |

---

**Claim: 8139**
Date Filed: 06/19/06
Docketed Total:   $44,754.00
Filing Creditor Name and Address
 THE BRIX GROUP INC
 DAVID TILTON CFO
 541 DIVISION ST
 CAMPBELL CA 95008

Claim Holder Name and Address    Docketed Total    $44,754.00
THE BRIX GROUP INC
DAVID TILTON CFO
541 DIVISION ST
CAMPBELL CA 95008

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47474 | | | $44,754.00 |
| | | | $44,754.00 |

Modified Total    $19,256.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47474 | | | $19,256.34 |
| | | | $19,256.34 |

---

**Claim: 8229**
Date Filed: 06/19/06
Docketed Total:   $2,896,591.72
Filing Creditor Name and Address
 THE BRIX GROUP INC
 DAVID TILTON CFO
 541 DIVISION ST
 CAMPBELL CA 95008

Claim Holder Name and Address    Docketed Total    $2,896,591.72
THE BRIX GROUP INC
DAVID TILTON CFO
541 DIVISION ST
CAMPBELL CA 95008

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,896,591.72 |
| | | | $2,896,591.72 |

Modified Total    $391,351.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $391,351.85 |
| | | | $391,351.85 |

---

**Claim: 12239**
Date Filed: 07/28/06
Docketed Total:   $599,351.09
Filing Creditor Name and Address
 TOSHIBA AMERICA ELECTRONIC
 COMPONENTS INC
 LEI LEI WANG EKVALL ESQ
 WEILAND GOLDEN SMILEY WANG
 EKVALL &
 650 TOWN CENTER DR STE 950
 COSTA MESA CA 92626

Claim Holder Name and Address    Docketed Total    $599,351.09
TOSHIBA AMERICA ELECTRONIC
COMPONENTS INC
LEI LEI WANG EKVALL ESQ
WEILAND GOLDEN SMILEY WANG
EKVALL &
650 TOWN CENTER DR STE 950
COSTA MESA CA 92626

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $599,351.09 |
| | | | $599,351.09 |

Modified Total    $597,611.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $597,611.14 |
| | | | $597,611.14 |

Total Count of Claims:   38
Total Amount as Docketed:        $7,969,070.42
Total Amount as Modified:        $4,083,488.89

In re: Delphi Corporation, et al.                                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14239<br>Date Filed:07/31/06<br>Docketed Total:   $5,244,135.51<br>Filing Creditor Name and Address<br> AB AUTOMOTIVE INC<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total   $2,598,525.51<br>AB AUTOMOTIVE INC<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $2,171.90   $2,596,353.61<br>                                   $2,171.90   $2,596,353.61 | Modified Total   $500,044.16<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $733.75   $499,310.41<br>                                   $733.75   $499,310.41 |
|  | Claim Holder Name and Address   Docketed Total   $2,645,610.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $2,645,610.00<br>                                               $2,645,610.00 | Modified Total   $2,645,610.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $2,645,610.00<br>                                               $2,645,610.00 |
| Claim: 9577<br>Date Filed:07/17/06<br>Docketed Total:   $122,826.05<br>Filing Creditor Name and Address<br> BAYER MATERIALSCIENCE LLC<br> ATTN LINDA VESCI<br> 100 BAYER RD<br> PITTSBURGH PA 15205 | Claim Holder Name and Address   Docketed Total   $122,826.05<br>BAYER MATERIALSCIENCE LLC<br>ATTN LINDA VESCI<br>100 BAYER RD<br>PITTSBURGH PA 15205<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $122,826.05<br>                                               $122,826.05 | Modified Total   $105,184.98<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $2,250.72   $102,934.26<br>                                   $2,250.72   $102,934.26 |
| Claim: 8372<br>Date Filed:06/22/06<br>Docketed Total:   $788,628.25<br>Filing Creditor Name and Address<br> BI TECHNOLOGIES CORPORATION<br> DAVID M SCHILLI<br> ROBINSON BRADSHAW & HINSON PA<br> 101 N TRYON ST STE 1900<br> CHARLOTTE NC 28246 | Claim Holder Name and Address   Docketed Total   $6,210.25<br>BI TECHNOLOGIES CORPORATION<br>DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE NC 28246<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $6,210.00   $0.25<br>                                   $6,210.00   $0.25 | Modified Total   $6,210.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                           $6,210.00<br>                                   $6,210.00 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                          Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8372(Continued) | Claim Holder Name and Address   Docketed Total   $782,418.00<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | | | | | | Modified Total   $710,049.99 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$782,418.00<br>$782,418.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$710,049.99<br>$710,049.99 |
| Claim: 7369<br>Date Filed:06/02/06<br>Docketed Total:   $17,659.83<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF JOSEF SCHLEMMER<br> GMBH<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE S 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $17,659.83<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>JOSEF SCHLEMMER GMBH<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | | | | | | Modified Total   $16,902.01 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,659.83<br><br>$17,659.83 | Case Number*<br>05-44640 | Secured | Priority<br><br>$610.00<br>$610.00 | Unsecured<br>$16,292.01<br><br>$16,292.01 |
| Claim: 11659<br>Date Filed:07/27/06<br>Docketed Total:   $242,455.24<br>Filing Creditor Name and Address<br> FUJIKURA AMERICA INC<br> ATTN PRESIDENT<br> 3001 OAKMEAD VILLAGE DR<br> SANTA CLARA CA 95051 | Claim Holder Name and Address   Docketed Total   $242,455.24<br>FUJIKURA AMERICA INC<br>ATTN PRESIDENT<br>3001 OAKMEAD VILLAGE DR<br>SANTA CLARA CA 95051 | | | | | | Modified Total   $216,269.82 | |
| | Case Number*<br>05-44640 | Secured<br>$21,813.20<br>$21,813.20 | Priority<br>$15,482.29<br>$15,482.29 | Unsecured<br>$205,159.75<br>$205,159.75 | Case Number*<br>05-44640 | Secured | Priority<br>$15,482.28<br>$15,482.28 | Unsecured<br>$200,787.54<br>$200,787.54 |
| Claim: 15429<br>Date Filed:07/31/06<br>Docketed Total:   $431,794.32<br>Filing Creditor Name and Address<br> GOBAR SYSTEMS INC<br> PAIGE LEIGH ELLERMAN ESQ<br> TAFT STETTINIUS & HOLLISTER<br> LLP<br> 425 WALNUT STREET STE 1800<br> CINCINNATI OH 45202 | Claim Holder Name and Address   Docketed Total   $431,794.32<br>GOBAR SYSTEMS INC<br>PAIGE LEIGH ELLERMAN ESQ<br>TAFT STETTINIUS & HOLLISTER<br>LLP<br>425 WALNUT STREET STE 1800<br>CINCINNATI OH 45202 | | | | | | Modified Total   $33,555.72 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$431,794.32<br>$431,794.32 | Case Number*<br>05-44640 | Secured | Priority<br>$2,848.88<br>$2,848.88 | Unsecured<br>$30,706.84<br>$30,706.84 |

*See Exhibit F for a listing of debtor entities by case number          Page:   2 of 4

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14240<br>Date Filed:07/31/06<br>Docketed Total:   $114,342.92<br>Filing Creditor Name and Address<br> JACOBSON MFG LLC<br> WILLIAM S HACKNEY<br> MUCH SHELIST<br> 191 N WACKER DR STE 1800<br> CHICAGO IL 60606 | Claim Holder Name and Address<br>JACOBSON MFG LLC<br>WILLIAM S HACKNEY<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO IL 60606 | Docketed Total | | $114,342.92 | | Modified Total | | $95,486.27 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$114,342.92<br>$114,342.92 | Case Number*<br>05-44640 | Secured | Priority<br>$22,226.09<br>$22,226.09 | Unsecured<br>$73,260.18<br>$73,260.18 |
| Claim: 1790<br>Date Filed:02/06/06<br>Docketed Total:   $195,077.21<br>Filing Creditor Name and Address<br> KEY SAFETY SYSTEMS &<br> SUBSIDIARIES<br> ATTN TOM FORD<br> KEY SAFETY SYSTEMS INC<br> 7000 NINETEEN MILE RD<br> STERLING HEIGHTS MI 48314 | Claim Holder Name and Address<br>KEY SAFETY SYSTEMS & SUBSIDIARIES<br>ATTN TOM FORD<br>KEY SAFETY SYSTEMS INC<br>7000 NINETEEN MILE RD<br>STERLING HEIGHTS MI 48314 | Docketed Total | | $195,077.21 | | Modified Total | | $72,475.98 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$195,077.21<br>$195,077.21 | Case Number*<br>05-44640 | Secured | Priority<br>$3,803.60<br>$3,803.60 | Unsecured<br>$68,672.38<br>$68,672.38 |
| Claim: 12186<br>Date Filed:07/28/06<br>Docketed Total:   $48,161.52<br>Filing Creditor Name and Address<br> MUSKEGON CASTINGS CORP<br> C O PARMENTER O TOOLE<br> 601 TERRACE ST<br> MUSKEGON MI 49443-0786 | Claim Holder Name and Address<br>MUSKEGON CASTINGS CORP<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786 | Docketed Total | | $48,161.52 | | Modified Total | | $47,976.06 |
| | Case Number*<br>05-44640 | Secured<br>$48,161.52<br>$48,161.52 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$11,566.85<br>$11,566.85 | Unsecured<br>$36,409.21<br>$36,409.21 |
| Claim: 16312<br>Date Filed:09/13/06<br>Docketed Total:   $186,028.49<br>Filing Creditor Name and Address<br> NATIONAL PAPER & PACKAGING EFT<br> CO<br> 26401 RICHMOND RD<br> CLEVELAND OH 44146-1413 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $186,028.49 | | Modified Total | | $170,113.66 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$186,028.49<br>$186,028.49 | Case Number*<br>05-44640 | Secured | Priority<br>$3,802.95<br>$3,802.95 | Unsecured<br>$166,310.71<br>$166,310.71 |

*See Exhibit F for a listing of debtor entities by case number                     Page:   3 of 4

In re: Delphi Corporation, et al.                                                                    Fifteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10579**
Date Filed: 07/25/06
Docketed Total:  $760,117.01
Filing Creditor Name and Address
 PHILLIPS PLASTICS CORPORATION
 ATTN MARK HUEG
 1201 HANLEY RD
 HUDSON WI 54016

Claim Holder Name and Address    Docketed Total    $760,117.01
CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE S 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $751,115.95 | $9,001.06 | |
| | $751,115.95 | $9,001.06 | |

Modified Total    $747,702.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,001.06 | $738,701.92 |
| | | $9,001.06 | $738,701.92 |

---

**Claim: 11247**
Date Filed: 07/27/06
Docketed Total:  $641,832.63
Filing Creditor Name and Address
 SKF USA INC
 HENRY JAFFE ESQUIRE
 PEPPER HAMILTON LLP
 HERCULES PLZ STE 5100
 1313 MARKET ST
 WILMINGTON DE 19899

Claim Holder Name and Address    Docketed Total    $641,832.63
SKF USA INC
HENRY JAFFE ESQUIRE
PEPPER HAMILTON LLP
HERCULES PLZ STE 5100
1313 MARKET ST
WILMINGTON DE 19899

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $85,147.54 | $556,685.09 |
| | | $85,147.54 | $556,685.09 |

Modified Total    $117,224.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,195.39 | $91,028.90 |
| | | $26,195.39 | $91,028.90 |

---

**Claim: 11462**
Date Filed: 07/27/06
Docketed Total:  $506,709.93
Filing Creditor Name and Address
 VALEO CLIMATE CONTROL
 CORPORATION
 ATTN CHRISTOPHER R CONNELY
 3000 UNIVERSITY DR
 AUBURN HILLS MI 48326

Claim Holder Name and Address    Docketed Total    $506,709.93
VALEO CLIMATE CONTROL CORPORATION
ATTN CHRISTOPHER R CONNELY
3000 UNIVERSITY DR
AUBURN HILLS MI 48326

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $506,709.93 |
| | | | $506,709.93 |

Modified Total    $156,725.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $156,725.41 | |
| | | $156,725.41 | |

Total Count of Claims:   13
Total Amount as Docketed:        $9,299,768.91
Total Amount as Modified:        $5,641,531.33

In re: Delphi Corporation, <u>et al.</u>                    **Fifteenth Omnibus Objection**

**Case No. 05-44481 (RDD)**

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44484 | ASEC SALES GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |
| 05-47474 | MOBILEARIA, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILEARIA, INC. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                           :    Chapter 11
                                          :
DELPHI CORPORATION, <u>et al.</u>,              :    Case No. 05-44481 (RDD)
                                          :
                Debtors.         :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS
ASSERTING RECLAMATION IDENTIFIED IN FIFTEENTH
<u>OMNIBUS CLAIMS OBJECTION</u>

("FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim,

And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified

Claims Asserting Reclamation, dated May 22, 2007 (the "Fifteenth Omnibus Claims Objection"),[1]

of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the

record of the hearing held on the Fifteenth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

        A.      Each holder of a claim, (as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim")) listed on <u>Exhibits</u> <u>A</u>, <u>B-1</u>, <u>B-2</u>, <u>C-1</u>, <s>C-2,</s> <u>D-1</u>, <u>D-2</u>, and <u>D-3</u> hereto was properly and timely served with a copy of the Fifteenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Fifteenth Omnibus Claims Objection, and notice of the deadline for responding to the Fifteenth Omnibus Claims Objection. No other or further notice of the Fifteenth Omnibus Claims Objection is necessary.

        B.      The Court has jurisdiction over the Fifteenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Fifteenth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of these cases and the Fifteenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

        C.      The Claims listed on <u>Exhibit A</u> hereto contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

_____

*(cont'd from previous page)*

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Fifteenth Omnibus Claims Objection.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. <u>See</u> Fed. R. Bankr. P. 7052.

2    DeltaView comparison of pcdocs://chisr01a/547467/4 and pcdocs://chisr01a/547467/9. Performed on 6/25/2007.

D.    The Claims listed on Exhibit B-1 hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

E.    The Claims listed on Exhibit B-2 hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

F.    The Claims listed on Exhibit C-1 hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

G.    The Tax Claim listed on Exhibit C-2 hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claim").

G.    H. The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

H.    I. The Tax Claims listed on Exhibit D-2 hereto (a) are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) assert secured or priority status without sufficient documentation to support such status (collectively, the "Tax Claims Subject To Modification").

I.    J. The Claims listed on Exhibit D-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) are Claims with respect to which the claimant asserted assert a reclamation demand and either (i) the Debtors and the cClaimant have entered into a letter agreement (the

"Reclamation Letter Agreement") pursuant to whichwhereby the Debtors and the eClaimant

agreed upon the valid amount of the reclamation demand, subject to the Debtor's or (ii) the

Claimant is deemed to have consented to the Debtors' determination of the valid amount of the

reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to

the Debtors' right to seek, at any time and notwithstanding the eClaimant's agreement or consent to

the amount set forth in thepursuant to the relevant Reclamation Letter Agreement, a judicial

determination that certain reserved defenses with respect to the reclamation demand are valid (the

"Modified Claims Asserting Reclamation").

        J.        K. The relief requested in the Fifteenth Omnibus Claims Objection is in the

best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

        1.        Each Insufficiently Documented Claim listed on Exhibit A hereto is

hereby disallowed and expunged in its entirety.

        2.        Each Books And Records Claim listed on Exhibit B-1 hereto is

hereby disallowed and expunged in its entirety.

        3.        Each Untimely Books And Records Claim listed on Exhibit B-2

hereto is hereby disallowed and expunged in its entirety.

        4.        Each Untimely Claim listed on Exhibit C-1 hereto is hereby

disallowed and expunged in its entirety.

        5.        The Untimely Tax Claim listed on Exhibit C-2 hereto is hereby disallowed

and expunged in its entirety.

5.    6. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-1 shall be entitled to (a) a recovery for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with the classification that is listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-1, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.    7. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-2 shall be entitled to (a) a recovery for any Tax Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with the classification that is listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.    8. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit D-3 shall be entitled to (a) a recovery for any Modified

Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with ~~the classification~~ that ~~is~~ listed in the "Claim As Modified" column on Exhibit D-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation. The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest. For clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D-1, D-2, and D-3.

8. With respect to each Claim for which a Response to the Fifteenth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, E-4, E-5, E-6, and E-7 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

9. Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Fifteenth Omnibus Claims Objection.

10. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

11.     This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Fifteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

12.     Each of the objections by the Debtors to each Claim addressed in the Fifteenth Omnibus Claims Objection attached hereto as <u>Exhibits</u> ~~A, B~~E-1, ~~B-2, C-1, C-2, D-1, D-2,~~E-2, E-3, E-4, E-5, E-6, and ~~D~~E-3~~7~~ constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Fifteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

13.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

14.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Fifteenth Omnibus Claims Objection.

Dated:  New York, New York
        June ___, 2007


_____
     UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Monday, June 25, 2007 2:11:11 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/547467/4 |
| Document 2 | pcdocs://chisr01a/547467/9 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---|
| Insertion |
| Deletion |
| <Moved from > |
| >Moved to < |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 22 |
| Deletions | 31 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 53 |

# EXHIBIT G

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1st Choice Heating & Cooling Inc | Joel D Applebaum | Clark Hill PLC | 500 Woodward Ave Ste 3500 | | Detroit | MI | 48226 | |
| 1st Choice Heating & Cooling Inc | Joel D Applebaum | Clark Hill PLC | 500 Woodward Ave Ste 3500 | | Detroit | MI | 48226 | |
| ACE American Insurance Company, Pacific Employers Insurance Company & Illinois Union Insurance Company | Lawrence J Kotler | Duane Morris LLP | 380 Lexington Ave | | New York | NY | 10168 | |
| ACE American Insurance Company, Pacific Employers Insurance Company & Illinois Union Insurance Company | Margery N Reed Wendy M Simkulak | Duane Morris LLP | 30 S 17th St | | Philadelphia | PA | 19103-4196 | |
| Affinia Group Inc | Anita Major Credit & Risk Manager | Brake Parts Inc | Wix Filtration Corp | 4400 Prime Pkwy | McHenry | IL | 60050 | |
| American Casualty Company of Reading, PA | Michael P O'Connor American Casualty Company of Reading, PA | | | | | | | |
| Ames Reese Inc | Henry Trabal | Matthew C Samley Esquire Reese Pugh Samley Wagenseller & Mecum | 120 North Shippen Street | | Lancaster | PA | 17602 | |
| Associated Spring do Brasil Ltda Longacre Master Fund Ltd | Ilan Markus Steven S Weissman | Tyler Cooper & Alcorn LLP | 205 Church Street | PO Box 1936 | New Haven | CT | 06509-0906 | |
| Associated Spring do Brasil Ltda Longacre Master Fund Ltd | Ilan Markus Steven S Weissman | 810 Seventh Avenue | 22nd Floor | | New York | NY | 10019 | |
| AT&T Inc | Vincent A DAgostino Eric H Horn | Lowenstein Sandler PC | 1251 Ave of the Americas | | New York | NY | 10020 | |
| AT&T Inc | Vincent A DAgostino Eric H Horn | Lowenstein Sandler PC | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Bay County Florida Tax Collector | Jerry W Gerde | Johnston Harris Gerde & Komarek PA | 239 E 4th St | | Panama City | FL | 32401 | |
| Bay County Florida Tax Collector | Peggy C Brannon Jerry W Gerde | Johnston Harris Gerde & Komarek PA | 239 E 4th St | | Panama City | FL | 32401 | |
| Best Foam Fabricators Inc | Michael Eidelman | Vedder Price Kaufman & Kammholz PC | 222 N LaSalle St Ste 2600 | | Chicago | IL | 60601 | |
| Best Foam Fabricators Inc | Michael L Schein | Vedder Price Kaufman & Kammholz PC | 1633 Broadway 47th Fl | | New York | NY | 10019 | |
| Board of County Commissioners of Johnson County Kansas | Roger L Tarbutton | Johnson County Legal Dept | 111 S Cherry St Ste 3200 | | Olathe | KS | 66061-3441 | |
| Bradford Industries Inc | William J Hanlon | Seyfarth Shaw LLP | World Trade Ctr E | Two Seaport Ln Ste 300 | Boston | MA | 02210 | |
| Brush Wellman Inc and Zentrix Technologies Inc | Jean R Robertson | Calfee Halter & Griswold LLP | 1400 KeyBank Center | 800 Superior Ave | Cleveland | OH | 44114-2688 | |
| CDW Computer Centers Inc | Phyllis A Hayes | RMS | 307 International Circle Ste 270 | | Hunt Valley | MD | 21030 | |
| CH2M HILL Spain SL | Alan D Schuchman | CH2M HILL Inc | Calle Juan de Mariana 17 | Portal B 3 | Madrid | | 28045 | Spain |
| Contrarian Funds LLC | Jeffrey R Gleit David S Rosner Adam L Shiff Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | | New York | NY | 10019 | |
| Crown Enterprises Inc | Mark H Shapiro Geoffrey T Pavlic | 24901 Northwestern Hwy Ste 611 | | | Southfield | MI | 48075 | |
| CTS Canada Co | Elizabeth Bottorff Ahlemann | CTS Corporation | 905 W Blvd N | | Elkhart | IN | 46514 | |
| Danice Manufacturing Co | Alexander Stotland | Maddin Hauser Wartell Roth & Heller PC | 28400 Northwestern Highway | | Southfield | MI | 48034 | |
| Dayton Power and Light Company | Joseph G Strines | 1065 Woodman Dr | | | Dayton | OH | 45424 | |
| Deringer Ney | Amroc Investments LLC | Attn David S Leinwand Esq | 535 Madison Ave 15th Fl | | New York | NY | 10022 | |
| Deringer Ney | | 116 Atrium Dr Ste 100 | | | Vernon Hills | IL | 60061 | |
| Energy Conversion Systems | David J Adler | McCarter & English LLP | 245 Park Ave 27th Fl | | New York | NY | 10167 | |
| HellermannTyton Gmbh | Marten Rau Sabine Dunker | Grosser Moorweg 45 | Tornesch | | | | 25436 | Germany |
| Henman Engineering & Machine Inc | Gregory A Huffman | DeFur Voran LLP | 201 E Jackson St Ste 400 | | Muncie | IN | 47305 | |
| Hidria USA, Inc. | J Michael Brown | Gallivan White & Boyd PA | 55 Beattie Pl Ste 1200 | PO Box 10589 | Greenville | SC | 29603 | |
| Hillsborough County Tax Collector | Brian T FitzGerald Senior Asst County Attorney | Doug Belden | PO Box 1110 | | Tampa | FL | 33601-1110 | |
| Hollingworth & Vose Co | Peter Nils Baylor Jesse I Redlener | Nutter Mcclennen & Fish LLP | World Trade Center West | 155 Seaport Blvd | Boston | MA | 02210 | |
| Honeywell International Aerospace | Catherine L Steege | Jenner & Block LLP | 330 N Wabash Ave | | Chicago | IL | 60611 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

6/27/2007 12:07 PM
Updated 13th Omnibus Objection reply parties

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| IBJTC Business Creditor Corporation | IBJ Whitehall Business Creditor Corp | Ronald Beacher Conrad Chiu Amish Doshi | Day Pitney LLP | 7 Times Sq | New York | NY | 10036 | |
| Illinois Department of Revenue | William M Katich | Revenue Litigation Bureau | Office of the Attorney General | 500 S Second St | Springfield | IL | 62706 | |
| Illinois Department of Revenue | William M Katich | Revenue Litigation Bureau | 500 South Second Street | | Springfield | IL | 60606 | |
| Illinois Department of Revenue | William M Katich Assistant Attorney General | Lisa Madigan | Revenue Litigation Bureau | 500 S Second St | Springfield | IL | 60606 | |
| Iron Mountain Information Mgmt Inc | Frank F McGinn | Bartlett Hackett Feinberg PC | 155 Federal St 9th Fl | | Boston | MA | 02110 | |
| Iron Mountain Information Mgmt Inc | Leslie S Barr | Windels Marx Lane & Mittendorf | 156 W 56th St | | New York | NY | 10019 | |
| Joe G Tedder CFC | Tax Collector for Polk County, FL | PO Box 2016 | | | Bartow | FL | 33831-2016 | |
| Ken Burton Jr Tax Collector | Susan D Profant | Manatee County Florida | PO Box 25300 | | Bradenton | FL | 34206-5300 | |
| Lexington County Treasurers Office | Kelley Bradshaw | Delinquent Tax Department | 212 S Lake Dr Ste 102 | | Lexington | SC | 29072 | |
| Liquidity Solutions Inc dba Revenue Management | Dana P Kane Esq | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc dba Revenue Management | Dana P Kane Esq | One University Plaza Ste 312 | | | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc dba Revenue Management | Dana P Kane Esq | One University Plaza Ste 312 | | | Hackensack | NJ | 7601 | |
| Lydall Thermal Acoustical Sales LLC and Lydall Thermal Acoustical Inc | C Donald Neville | Kroll McNamara Evans & Delehanty LLP | 29 S Main St | | West Hartford | CT | 06107 | |
| Machined Products Company | Mohammed Qureshi | Machined Products Co | 2121 Landmeier Road | | Elk Grove Village | IL | 60007 | |
| Madison County Mississippi Tax Collector | Kay Pace | PO Box 113 | | | Canton | MS | 39046 | |
| Maricopa County Treasurer | Barbara Lee Caldwell | Hebert Schenk PC | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 | |
| Marion County Tax Collector | George Albright Charles R Forman | Forman Hanratty & Montgomery | PO Box 159 | | Ocsala | FL | 34478 | |
| Marketing Innovators International Inc | Edward J Lesniak | Burke Warren MacKay & Serritella PC | 330 N Wabash Ave 22nd Fl | | Chicago | IL | 60611 | |
| Marquardt GmbH | Karen Veronica DeFio Camille Wolnik Hill | Bon Schoeneck & King PLLC | One Lincoln Ctr | | Syracuse | NY | 13202 | |
| Millennium Industries Corporation | Joel D Applebaum | Clark Hill PLC | 500 Woodward Ave Ste 3500 | | Detroit | MI | 48226-3435 | |
| Millwood Inc dba Liberty Industries Inc | Sam O Simmerman | Krugliak Wilkins Griffiths & Dougherty Co LPA | 4775 Munson St NW | PO Box 36963 | Canton | OH | 36963 | |
| Monroe LLC | Robert D Wolford Thomas P Sarb | Miller Johnson | 250 Monroe Ave NW Ste 800 | PO Box 306 | Grand Rapids | MI | 49501-0306 | |
| Motion Industries Inc | William J Barrett Kimberly J Robinson | Barak Ferrazzano Kirschbaum & Nagelberg LLP | 200 W Madison Ste 3900 | | Chicago | IL | 60606 | |
| MSX International Inc | Sarah Hiltz Seewer | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226-3506 | |
| MSX International Inc | Sarah Hiltz Seewer | Honigman Miller Schwartz and Cohn LLP | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3506 | |
| Murata Electronics North America Inc | Robert W Dremluk | 1270 Ave of the Americas Ste 2500 | | | New York | NY | 10020 | |
| National Instruments Corporation | Berry D Spears | Fulbright & Jaworski LLP | 600 Congress Ave Ste 2400 | | Austin | TX | 78701 | |
| National Instruments Corporation | David A Rosenzweig | Fulbright & Jaworski LLP | 666 Fifth Ave | | New York | NY | 10103 | |
| Phelps Dodge Corporation and Phelps Dodge Magnet Wire Company Inc | Elena Lazarou | Reed Smith LLP | 599 Lexington Ave | | New York | NY | 10022 | |
| Phelps Dodge Corporation and Phelps Dodge Magnet Wire Company Inc | Ira Schwarzwald | Phelps Dodge Corporation | One N Central Ave | | Phoenix | AZ | 85004 | |
| Phelps Dodge Corporation and Phelps Dodge Magnet Wire Company Inc | Stephen T Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 | |
| Pima County | Barbara Lawall German Yusufov | Deputy County Attorney | 32 North Stone Avenue Ste 2100 | | Tuscon | AZ | 85701 | |
| Plastic Molding Company LLC | Donald W Mallory | Dinsmore & Shohl LLP | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | |
| Polk County Tax Collector | Sari E Meador Joe G Tedder | Tax Collector for Polk County, Florida | PO Box 2016 | | Bartow | FL | 33831-2016 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

6/27/2007 12:07 PM
Updated 13th Omnibus Objection reply parties

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Port City Metal Products Inc | James R Scheuerle | Parmenter O Toole | 601 Terrace St PO Box 786 | | Muskegon | MI | 49443-0786 | |
| Riverside Claims LLC as Assignee for JanPak Huntsville | Robyn J Spalter | PO Box 626 | Planetarium Station | | New York | NY | 10024-0540 | |
| Robert Bosch LLC fka Robert Bosch Corporation | Gordon J Toering | Warner Norcross & Judd LLP | 900 Fifth Third Ctr | 111 Lyon St NW | Grand Rapids | MI | 49503-2487 | |
| Sierra Liquidity Fund LLC Assignee for Schaefer Systems International Inc | Scott August Tammy Garza Jim Riley | 2699 White Road Ste 255 | | | Irvine | CA | 92614 | |
| Spansion LLC Advanced Micro Devices Inc | Alie M M Mojdehi Joseph R Dunn | Baker & McKenzie LLP | 101 W Broadway 12th Fl | | San Diego | CA | 92101-3890 | |
| Spansion LLC Advanced Micro Devices Inc | Ira A Reid | Baker & McKenzie LLP | 1114 Ave of the Americas | | New York | NY | 10036 | |
| SPCP Group LLC as Agent | Maura I Russel Paul Traub Anthony B Stumbo | Epcos Inc, Multek Flexible Circuits Inc and Electric Sales of America Inc/Stanley Electric US Co Inc | Dreier LLP | 499 Park Ave 14th Fl | New York | NY | 10022 | |
| Special Situations Investment Group, Inc | Mark R Somerstein Anne H Pak | Ropes & Gray LLP | 1211 Ave of the Americas | | New York | NY | 10036-8704 | |
| St Louis County Collector of Revenue | Robert E Fox Jr Patricia Redington | St Louis County Counselor | 41 S Central | | Clayton | MO | 63105 | |
| Tax Collector of Pinellas County FL | Diane Nelson CFC | Charles Thomas Chief Deputy | 315 Court St | | Clearwater | FL | 33756 | |
| Thompson Emergency Freight Systems | Mannie Rummiel | Thompson Emergency Freight Systems | 278 Patillo Road | | Tecumseh | Ont | N8N 2L9 | |
| Toyota Motor Engineering & Manufacturing North America Inc | Robert V Sartin Martin B Tucker | Frost Brown Todd LLC | Lexington Financial Center | 250 W Main St Ste 2700 | Lexington | KY | 40507 | |
| United States of America Internal Revenue Service | Michael J Garcia David J Kennedy | United States Attorney for the Southern District of New York | 86 Chambers St 3rd Fl | | New York | NY | 10007 | |
| Vorys Sater Seymour and Pease LLP | Randall D LaTour Esq | 52 E Gay St | | | Columbus | OH | 43215 | |
| Wachovia Bank, National Association | Michael Leo Hall D Christopher Carson Jason D Woodard Jennifer A Harris | Burr & Forman LLP | 420 N 20th St Ste 3400 | | Birmingham | AL | 35203 | |
| Zeller Electric of Rochester | Zeller Electric Inc | Woods Oviatt Gilman LLP | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | |
| Zeller Electric of Rochester Inc | Zeller Electric Inc | John K McAndrew | Woods Oviatt Gilman LLP | 700 Crossroads Bldg, 2 State St | Rochester | NY | 14614 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

6/27/2007 12:07 PM
Updated 13th Omnibus Objection reply parties

# EXHIBIT H

**Hearing Date: June 26, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :
     In re                      :        Chapter 11
                                   :
DELPHI CORPORATION, et al.,     :        Case No. 05-44481 (RDD)
                                   :
                   Debtors.    :        (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION
(SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A)
INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS
AND RECORDS, (C) PROTECTIVE INSURANCE CLAIMS, (D) INSURANCE CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS AND UNTIMELY
TAX CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO
MODIFICATION, AND CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION
<u>AGREEMENT WITH RESPECT TO CLAIMS LISTED ON EXHIBITS E-1 AND E-2</u>

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF THIRTEENTH OMNIBUS
CLAIMS OBJECTION – EXHIBITS E-1 AND E-2")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this omnibus reply in support of the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject to Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection") with respect to Claims (as that term is defined below) listed on Exhibits E-1 And E-2 thereto, and respectfully represent as follows:

1.     The Debtors filed the Thirteenth Omnibus Claims Objection on April 27, 2007, seeking entry of an order (a) disallowing and expunging certain "Claims," as that term is defined in 11 U.S.C. § 101(5), because they contain insufficient documentation in support of the Claims asserted, (b) disallowing and expunging certain Claims because they contain insufficient documentation in support of the Claims asserted and were untimely pursuant to the Bar Date Order, (c) disallowing and expunging certain Claims because they assert liabilities or dollar amounts that are not reflected on the Debtors' books and records, (d) disallowing and expunging certain Claims because they assert liabilities or dollar amounts that are not reflected on the Debtors' books and records and were untimely pursuant to the Bar Date Order, (e) disallowing and expunging certain Claims because they were filed by insurance companies and are merely

---

[1]     Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Thirteenth Omnibus Claims Objection.

protective in nature, (f) disallowing and expunging certain Claims because they were filed by an

insurance company and assert liabilities that are not reflected on the Debtors' books and records,

(g) disallowing and expunging certain Claims because they were untimely-filed pursuant to the

Bar Date Order, (h) disallowing and expunging certain Claims because they were filed by taxing

authorities and were untimely-filed pursuant to the Bar Date Order, (i) revising the asserted

amount or classification, and/or changing the identity of the alleged Debtor with respect to

certain Claims, (j) revising the asserted amount or classification, and/or changing in the identity

of the alleged Debtor with respect to certain Claims filed by taxing authorities, or (k) revising the

asserted amount or classification, and/or changing the identity of the alleged Debtor with respect

to certain Claims, some of which are subject to a letter agreement pursuant to which the Debtors

and the Claimant agreed upon the valid amount of such Claimant's reclamation demand, subject

to certain reserved defenses, and others of which are held by Claimants who are deemed to have

consented to the Debtors' determination of the valid amount of the reclamation demand, subject

to certain reserved defenses.

        2.      The Debtors sent to each Claimant whose proof of claim is subject to an

objection pursuant to the Thirteenth Omnibus Claims Objection a personalized Notice Of

Objection To Claim, which specifically identified such Claimant's proof of claim that is subject

to an objection and the basis for such objection.  Responses to the Thirteenth Omnibus Claims

Objection were due by 4:00 p.m. (prevailing Eastern time) on May 24, 2007.

        3.      Due to an error with the computer software used by the Debtors' noticing

agent to generate the personalized Notices Of Objection To Claim, some of the personalized

Notices Of Objection To Claims that were sent to Claimants whose Claims are listed on Exhibits

E-1 or E-2 of the Thirteenth Omnibus Claims Objection contained incorrect data.  Out of an

abundance of caution, the Debtors sent a new personalized Notice Of Objection To Claim to

each Claimant whose Claim is listed on Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims

Objection, setting the hearing on the Debtors' objection to each such Claim for the June 26, 2007

omnibus hearing and continuing the deadline for such Claimants to respond to the Thirteenth

Omnibus Claims Objection to 4:00 p.m. (prevailing Eastern time) on June 19, 2007.  On June 6,

2007, in its Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And

Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On

Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not

Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims,

And (F) Claims Subject To Modification And Reclamation Agreement Identified In Thirteenth

Omnibus Claims Objection (Docket No. 8194) entered June 6, 2007 (the "Thirteenth Omnibus

Claims Objection Order"), this Court adjourned the hearing with respect to all Claims listed on

Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection to June 26, 2007.

4.        As of June 22, 2007 at 12:00 p.m. (prevailing Eastern time), the Debtors

had received 40 timely-filed formal docketed responses filed by Claimants whose Claims are

listed on Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection and six undocketed

responses (collectively, the "Responses") from Claimants whose Claims are listed on Exhibits E-

1 or E-2 to the to the Thirteenth Omnibus Claims Objection.  A chart summarizing each of the

Responses by respondent is attached hereto as Exhibit A.

5.        The Debtors believe that three of the Responses (collectively, the

"Resolved Responses") have been resolved.  Two of the Resolved Responses pertain to Claims

for which the Debtors seek to change only the identity of the alleged Debtor, but do not seek to

modify the dollar amount or classification.  Counsel for the Debtors contacted each of these

4

respondents to clarify the scope of the relief sought with respect to these Claims.  As a result of these clarifications, each of these two respondents agreed to the relief requested in the Thirteenth Omnibus Claims Objection with respect to that respondent's Claim, and the Debtors believe that these two Responses have been resolved.  The third Resolved Response pertains to a Claim for which the Debtors seek to modify the asserted amount of the Claim, but do not seek to modify the classification or change the identity of the Debtor.  Counsel for the Debtors confirmed that this respondent agreed to the relief requested in the Thirteenth Omnibus Claims Objection with respect to its Claim.

6.     Accordingly, as reflected in the revised proposed order, a copy of which is attached hereto as Exhibit B (the "Revised Order"),[2] the Debtors do not seek to adjourn the hearings with respect to Claims subject to the Resolved Responses, but rather seek the relief requested in the Eleventh Omnibus Claims Objection with respect to these Claims.

7.     Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims (Docket No. 6089) entered December 6, 2006 (the "Claims Objection Procedures Order"), the hearing with respect to each of the Claims for which a Response was filed, other than the Resolved Responses, will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the disposition of each such Claim.  The Revised Order reflects the adjournment of the hearing with respect to each of the Claims for which a Response was filed, other than the Resolved Responses, to a future hearing date pursuant to the Claims

---

[2]     Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of proposed order that was submitted with the Eleventh Omnibus Claims Objection.

Objection Procedures Order; <u>provided</u>, <u>however</u>, that such adjournment will be without prejudice

to the Debtors' right to assert that any such Responses were untimely or otherwise deficient

under the Claims Objection Procedures Order.

        8.      In addition to the Responses, the Debtors also received informal letters, e-

mails, and telephone calls from various parties questioning the relief requested with the

Thirteenth Omnibus Claims Objection and seeking to reserve certain of their rights with respect

thereto (the "Informal Responses").  The Debtors believe that all the concerns expressed by the

Informal Responses have been adequately resolved.

        9.      The Debtors believe that the Revised Order adequately addresses the

issues raised by the respondents.  Thus, the Debtors request that the Court grant the relief

requested by the Debtors and enter the Revised Order.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) sustaining the Thirteenth Omnibus Claims Objection, subject to the modifications made to the Revised Order, (b) adjourning the hearing, pursuant to the Claims Objection Procedures Order, with respect to all Claims for which a Response was filed by a Claimant whose Claim is listed on Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection, other than the Resolved Responses, and (c) granting the Debtors such other and further relief as is just.

Dated:  New York, New York
          June 25, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP


By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700


                    -and-


By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession

## Exhibit A

**In re Delphi Corporation, et al. Case No. 05-44481 (RDD)**

*Responses To The Debtors' Thirteenth Omnibus Claims Objection
Organized By Respondent Originally Listed on Exhibit E-1 or E-2[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | 1st Choice Heating & Cooling, Inc. (Docket No. 7867) (additional response at Docket No. 8202) | 15804 | 1st Choice Heating & Cooling, Inc. ("1st Choice") asserts that it provided physical improvements to property owned by Delphi Automotive Systems LLC ("DAS LLC") and therefore has a claim based on two recorded claim of liens. 1st Choice asserts that its original proof of claim was received by the Delphi claims processing center on August 2, 2006. 1st Choice attaches an amended proof of claim to its response. It requests that the amended proof of claim be allowed as a secured claim in the amount of $22,046.54. 1st Choice further asserts that it is also owed for services performed postpetition, which will be the subject of a motion for administrative expenses and a lien. | Modification | Adjourn |

---

[1]    This chart reflects all Responses entered on the docket as of Friday, June 22, 2007 at 12:00 p.m. (prevailing Eastern time).

[2]    This chart reflects all resolutions or proposals as of Friday, June 22, 2007 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 2. | Vorys, Sater, Seymour And Pease, LLP (Docket No. 7913) | 11393 | Vorys, Sater, Seymour and Pease LLP ("Vorys, Slater") asserts that it timely filed proof of claim no. 11393 on August 4, 2006 and attached a summary of unpaid invoices totaling $54,050.82.  Vorys, Slater further asserts that on February 12, 2007, at the request of the Debtors' personnel, it forwarded detailed invoices in support of its claim to the Debtors.  Vorys, Slater asserts that on April 19, 2007 one of its employees had a conversation with an individual employed by Sedgwick Claims Management Services, Inc., who stated the amount of Vorys, Slater's claim was accurate and that the claim would be allowed as asserted.  Vorys, Slater asserts that its claim should be allowed in the amount of $54,050.82. | Modification | Resolved -- Response Withdrawn (Docket No. 8123) |
| 3. | Joe G. Tedder, Tax Collector for Polk County, Florida (Docket Nos. 7925 and 8371) | 1160 | The Tax Collector for Polk County ("Polk County") asserts that proof of claim no. 1160  for ad valorem taxes in the amount of $636.02 is secured by statutory liens pursuant to state law.  Polk County further asserts that the Debtors' proposed treatment of the claim as a general unsecured claim is in violation of § 1129(a)(7) of the Bankruptcy Code.  Polk County asserts that if paid by June 30, 2007 the outstanding balance owed by the Debtors is owed $597.69.  Polk County does not oppose changing the Debtor entity against which the claim is asserted from Delphi Corporation to DAS LLC. | Tax claim subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 4. | Riverside Claims, LLC, as assignee of Janpak Huntsville (Docket No. 7967) | 4045 | Riverside Claims, LLC ("Riverside") ,as assignee of Janpak Huntsville, does not oppose the proposed change in the identity of the Debtor entity against which proof of claim no. 4045 is asserted.  However, Riverside does oppose a modification of the amount of the claim.  Riverside asserts that Janpak Huntsville sold copy paper to the Debtors and that the unpaid invoices attached to its Response support the claim for the full amount of $4,691.52.  Riverside requests that this Court overrule the Thirteenth Omnibus Claims Objection ("Objection") and allow the claim against DAS LLC. | Modification | Adjourn |
| 5. | Johnson County, Kansas (Docket No. 7977) | 1502 | The Board of County Commissioners of Johnson County, Kansas ("Johnson County") asserts that DAS LLC owns two real estate parcels in Johnson County on which DAS LLC owes ad valorem real estate taxes for the year 2005.  Johnson County asserts that, pursuant to K.S.A. 79-1804, a statutory lien secures payment of the 2005 taxes.  Johnson County further asserts that even though the lien attached postpetition, it is not subject to the automatic stay and it primes all other liens against the property.  Johnson County agrees that the unpaid principal balance for the 2005 taxes is $97,459.24, but Johnson County maintains that the claim should be secured.  Johnson County also notes that in the event that the claim is determined to be unsecured, it is entitled to be classified as a priority claim pursuant to 11 U.S.C. § 507(a)(8)(B) or as an administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(B)(l).  Johnson County requests that its claim be allowed as a secured claim in the amount of $97,459.24 plus interest. | Tax claim subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 6. | Liquidity Solutions, Inc. as assignee of Digikey Corporation and Integris Metals (Docket No. 7989) | 15483, 199 | Liquidity Solutions, Inc. ("Liquidity"), as assignee of Digikey Corporation and Integris Metals ("Digikey and Integris"), asserts that the Debtors failed to provide a specific reason for a reduction of the Digikey and Integris claims, and that consequently Liquidity has insufficient evidence to evaluate and respond. Liquidity requests that the Objection be overruled and the claims be allowed in the full amount asserted on the proofs of claim. | Modification | Adjourn |
| 7. | Contrarian Funds, LLC (Docket No. 8001) | a) 2352<br><br>b) 349, 1546, 2364, 9789, 10581, 16446 | a) Contrarian Funds, LLC ("Contrarian") consents to the Debtors' proposed modification provided that the claims are allowed in full at the modified amounts. Contrarian makes a general assertion that there is no statutory authority for the Debtors to "modify claims" without allowing the claims in the modified amount.<br><br>b) Contrarian asserts that the Debtors have set forth no evidence to contradict the validity and amount of these proofs of claim, and therefore, Contrarian opposes any modifications. Contrarian asserts that the Debtors have shown no basis for the reduction or reclassification of these claims. Contrarian requests that the Debtors allow these claims in full as asserted. | Modification | Adjourn |
| 8. | Lydall Thermal Acoustical Sales, LLC and Lydall Thermal/Acoustical, Inc. (Docket No. 8015) | 9463 | Lydall Thermal Acoustical Sales, LLC and Lydall Thermal/Acoustical, Inc. ("Lydall") assert that the Debtors have not identified any specific basis for the alleged variance between Lydall's claim and the Debtors' books and records. Lydall contends that it is therefore impossible for it to respond to the Objection. Lydall requests that this Court deny the Objection and allow the claim in full. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 9. | Monroe, LLC (Docket No. 8018) | 2352 | Monroe, LLC ("Monroe") asserts that as of the petition date, DAS LLC owed Monroe $132,868.28 for goods sold and tooling.  Monroe transferred a portion of its claim that had been listed on the Debtors' schedules as undisputed to Contrarian Funds LLC.  The Objection seeks to modify the portion of the claim retained by Monroe from $63,161.38 to $75.53.  Monroe asserts that its books and records show the entire amount claimed as due and owing.  Monroe attaches a detailed summary of the amounts owed as well as other related documentation. | Modification | Adjourn |
| 10. | Phelps Dodge Corporation and Phelps Dodge Magnet Wire Company, Inc. (Docket No. 8030) | 10411 | Phelps Dodge Corporation and Phelps Dodge Magnet Wire Company, Inc. (collectively, "Phelps") assert that its claim matches DAS LLC's Schedule F.  Phelps attaches invoices and a statement of account to its Response and asserts that no payments have been received on the attached invoices.  Phelps asserts that the Objection should be overruled and its claim should not be reduced. | Modification | Adjourn |
| 11. | Honeywell International – Aerospace (Docket No. 8044) | 1477 | Honeywell International – Aerospace ("Honeywell") asserts that its claim is based on contracts with two Debtor entities, Delphi Electronics & Safety and Delphi Delco Corporation.  Honeywell also opposes the reduction in the amount of its claim and asserts that the Debtors have provided no basis for the proposed reduction.  Honeywell requests that the Objection be overruled and its claim be allowed in the full amount asserted. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 12. | Marketing Innovators International, Inc. (Docket No. 8047) | 4387 | Marketing Innovators International, Inc. ("Marketing Innovators") filed its Response on its own behalf and on behalf of Liquidity Solutions Inc., as assignee of its claim.  Marketing Innovators asserts that it was told by Delphi's claims team that the reduction in the amount of its claim is due to duplicate payments on certain invoices.  Marketing Innovators acknowledges that although payments were made, Delphi requested that the payments be applied to other open invoices instead of those identified on its proof of claim.  Marketing Innovators asserts that its claim represents amounts owed after the application of the duplicate payment to other invoices.  Marketing Innovators requests that its claim be allowed in full for $15,885.07. | Modification | Adjourn |
| 13. | Affinia Group, Inc. (Docket No. 8063)) | 12011 | Affinia Group, Inc. ("Affinia") disagrees with the modification proposed in Thirteenth Omnibus Claims Objection.  Affinia asserts that there are open receipts in Delphi's accounts payable system indicating that Purchase Order DCS09604 and Purchase Order 0450125596 are open and ready for payment.  Affinia requests that the amount of its claim be modified to $94,076.50. | Modification | Adjourn |
| 14. | Energy Conversion Systems (Docket No. 8071) | 15239 | Energy Conversion Systems ("ECS") filed proof of claim no. 15239 in the amount of $139,507.23.  ECS believes its claim should be allowed in the amount of $112,479.97, and that it has proof of delivery for at least five invoices in question. | Modification | Adjourn |
| 15. | CH2M HILL Spain, S.L. (Docket No. 8073) | 15138 | CH2M HILL Spain, S.L. ("CH2M") asserts that the amount of the reduction to its claim can be attributed to two invoices.  One of the invoices was for work performed in February and March 2001 in Spain.  CH2M attaches additional documentation to support its claim and asserts that it should be paid $28,485.60. | Modification | Adjourn |

6

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 16. | Henman Engineering & Machine, Inc. (Docket No. 8104) | 1714, 1716 | Henman Engineering & Machine, Inc. ("Henman") does not object to the Debtors' assertion that the claims should be filed against DAS LLC.  Henman does object to the Debtors' proposed modifications to the amounts of the proofs of claim nos. 1714 and 1716.  Henman asserts that proof of claim no. 1716 included documentation sufficient to establish a prima facie right to payment.  Henman attaches to its Response a seven-page summary of the factual situation relating to its claim.  Henman further asserts that proof of claim no. 1714  included charges for rush delivery which had been negotiated and routinely paid by the Delphi, and which the Debtors now seek to disallow.  Henman requests that the Objection be withdrawn and that the full amount of the claims be paid. | Modification | Adjourn |
| 17. | Marquardt GmbH (Docket No. 8121) | 12161 | Marquardt GmbH ("Marquardt") asserts that it has not received any payments which would reduce the amount of its claim, and it asserts that its claim does not include postpetition liabilities.  Marquardt further asserts that the Debtors have not identified any basis under which a reduction of Marquardt's claim is warranted. | Modification | Adjourn |
| 18. | Marion County Tax Collector (Docket No. 8136) | 4733 | Marion County Tax Collector ("Marion") filed proof of claim no. 4733 for 2005 tangible personal property taxes, and asserts that the taxes are secured by a statutory first lien pursuant to state law.  Marion asserts that the Debtors fail to specify the exact nature of their Objection to the claim, and asks that this Court to deny the relief requested by the Debtors. | Tax claims subject to modification | Adjourn |
| 19. | Lexington County (Docket No. 8137) | 1770 | Lexington County asserts that the property taxes owed by Delphi are a first lien on property.  Lexington County objects to any modification and encloses a copy of the tax bills. | Tax claims subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 20. | Manatee County Tax Collector (Docket No. 8140) | 1448, 1449, 1450, 1451 | Ken Burton, Jr., the Tax Collector for Manatee County ("Manatee County"), asserts that the claims filed by Manatee County represent taxes owed by the Debtors in accordance with Chapter 197 of Florida Statutes and are based on tangible personal property tax returns. Manatee County further asserts that it has a perfected statutory lien pursuant to state law. Finally, Manatee County agrees that the modified amount identified on the Objection is correct, but the Debtors' proposed classification as unsecured is incorrect. | Tax claims subject to modification | Adjourn |
| 21. | St. Louis County Collector of Revenue (Docket Nos. 8142, 8143) | 355, 356, 357 | The St. Louis County Collector of Revenue ("St. Louis County") asserts that its claims are based on personal property taxes owed by the Debtors and are solely the base amount of the personal property taxes owed, without interest or penalties. St. Louis County attaches documentation to support the claims and asks that this Court overrule the Objection and allow the claims in the full amounts claimed. | Tax claims subject to modification | Adjourn |
| 22. | Sierra Liquidity Fund, LLC as assignee of Schaefer Systems International, Inc. (Docket No. 8145) | 2696 | Sierra Liquidity Fund, LLC ("Sierra"), as assignee of Schaefer Systems International, attaches additional documentation including invoices, purchase orders, packing slips, and proofs of delivery, and requests that proof of claim no. 2696 be allowed in the full amount claimed, $15,234.88. Sierra further asserts that that it sees no basis for the proposed reduction and modification to its claim. Sierra does not object to the proposed change in debtor entity against which the claim is asserted. | Modification | Adjourn |
| 23. | Plastic Molding Company (Docket No. 8173) | 9685 | Plastic Molding Company ("PMC") asserts that it filed proof of claim no. 9685 in the amount of $139,824.40 based on amounts owed on the date of the filing of the petitions. PMC further asserts that it is entitled, pursuant to Ohio Revised Code § 1333.31, to a lien on the dies, molds, or other forms that are in its possession. PMC requests that this Court deny the relief requested in the Objection and permit the classification of the claim to remain as secured. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 24. | Machined Products Company (Docket No. 8181) | 5115 | Machined Products Company ("Machined Products") disagrees with the Debtors' proposed modification to the amount of its claim. Machined Products asserts that it reviewed Delphi's E-dacor electronic accounting system and the reconciled balance of its claim should be $210,047.26. | Modification | Adjourn |
| 25. | Associated Spring do Brasil Ltda as claimant, and Longacre Master Fund, Ltd as assignee (Docket No. 8237) | 12830 | Associated Spring do Brasil Ltda as claimant, and Longacre Master Fund, Ltd as assignee ("Associated Spring") assert that the variance between the claimed amount and the modified amount of its claim was attributed to the Debtors believing invoice nos. 3340-5 and 3610-5 were previously paid. Associated Spring agrees that invoice nos. 3340-5 and 3610-5 were actually paid, but it incorrectly credited the payment to another invoice, no. 3170-5 (a copy of which it attached to its Response). Associated Spring states that it will amend its claim to reflect that invoice nos. 3340-5 and 3610-5 have been paid but that invoice no. 3170-5 has not been paid. Consequently, Associated Spring will leave the amount of its claim unchanged. Associated Spring asserts that the Objection should be denied. Associated Spring further notes that the Debtors offer no specific reason for disputing the amount of the claim, and therefore the Objection should be overruled. Associated Spring requests that this Court allow its claim in the full amount. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 26. | Pima County (Docket No. 8248) | 10248 | Pima County asserts that the claim at issue is a secured claim for personal property taxes for the year 2005 in the amount of $8,075.92, plus statutory interest.  Pima County further asserts that the Debtors have failed to provide evidence to support their proposed modification to the amount and classification of its claim.  Pima County asserts that its claim is secured by a first priority statutory lien pursuant to Arizona Revised Statutes § 42-17154, and the lien includes postpetition interest at a statutory rate of 16%.  Pima County also asserts that Arizona law places the burden on the taxpayer to prove that the tax imposed is incorrect.  Pima County requests that this Court allow its claim as secured in the full amount claimed. | Tax claims subject to modification | Adjourn |
| 27. | Danice Manufacturing Co. (Docket No. 8256) | 15329 | Danice Manufacturing Co. ("Danice") asserts that the Objection should be overruled because the Debtors have not overcome the prima facie validity of the Claim.  Danice further asserts that the Debtors have not offered any evidence to rebut or negate the accuracy of its Claim.  Danice requests that this Court overrule the Objection and allow Danice's claim in the amount of $77,751.36. | Modification | Adjourn |
| 28. | Liquidity Solutions, d/b/a Revenue Management as assignee of Elektrisola Inc. and IET Labs Inc. (Docket No. 8275) | a) 15455 b) 1563 | Liquidity Solutions ("Liquidity"), as assignee of Elektrisola Inc. and IET Labs Inc., asserts that both Claims are presumptively valid under bankruptcy law and also are supported by ample documentation to support the claims.  Liquidity attaches invoices demonstrating the amounts owed to it on account of the claims.  Liquidity further asserts that the Debtors have provided no evidence or support to refute the validity of the Claims.  Liquidity requests that this Court overrule the Objection and allow the claims in full. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 29. | Port City Metal Products (Docket No. 8287) | 12190 | Port City Metal Products, Inc. ("Port City") asserts that its claim arises from the sale of goods pursuant to purchase orders issued by the Debtors on November 4, 2005.  Port City filed proof of claim no. 12190 as a secured claim in the amount of $5,738.00 against Delphi Mechatronic Systems, Inc.  Port City asserts that, pursuant to Michigan's Special Tools Lien Act, MCL 570.541 et seq., Port City is an "end user" that retains a lien on special tools in its possession, but owned by the Debtors.  Port City asserts that the Objection does not explain why the Special Tools Lien Act does not apply.  Port City requests that this Court allow its claim as filed. | Modification | Adjourn |
| 30. | National Instruments Corporation (Docket No. 8293) | 10400 | National Instruments Corporation ("National Instruments") asserts that it filed its proof of claim in the amount of $237,792.65 for goods sold.  National Instruments asserts that the Debtors have not offered any evidence to support their proposed modification to the claim.  National Instruments further asserts that it has searched its records and determined that the claim is correct.  National Instruments requests that the Objection be denied and that the claim be allowed in full. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 31. | Tax Collector, Pinellas County, Florida (Docket No. 8316) | 4527 | The Tax Collector of Pinellas County, Florida ("Pinellas County") filed proof of claim no. 4527 for 2005 and estimated 2006 tangible personal property ad valorem taxes on five account numbers in the estimated gross amount of $44,542.68 plus interest. Pinellas County acknowledges that the 2006 taxes have been paid in full. Pinellas County asserts that the remaining balance for 2005 taxes is $27,282.40 plus interest. Pinellas County acknowledges that the Debtors attempted to make a partial payment on the 2005 taxes, but Pinellas County asserts that the check was returned because it may not accept partial payment of taxes without a statutory exception or court order. Pinellas County further asserts that pursuant to Florida Statute section 197.122, the 2005 taxes became secured and a lien attached to the underlying property on January 1, 2005, and the taxes became due and owing on November 1, 2005. Pinellas County asserts that after delinquency on April 1, 2006, interest began accruing at a rate of 18% pursuant to Florida Statute section 197.333. Pinellas County requests that its claim be allowed as a secured claim. | Tax claim subject to modification | Adjourn |
| 32. | Iron Mountain Information Management, Inc. (Docket No. 8319) | 646 | Iron Mountain Information Management, Inc. ("Iron Mountain") filed proof of claim no. 646 in the amount of $35,597.65, which asserts an unknown portion as secured pursuant to a warehouseman's lien. Iron Mountain asserts that the Debtors have not set forth sufficient evidence to overcome the prima facie validity of its claim. Iron Mountain acknowledges that since filing the proof of claim, it has received additional payments and/or made adjustments so that the amount currently asserted is $31,597.13. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 33. | Spansion LLC, assignee of Advanced Micro Devices, Inc. (Docket No. 8325) | 5126 | Advanced Micro Devices, Inc. ("AMD") filed proof of claim no. 5126, and subsequently assigned the claim to Spansion LLC ("Spansion"). Spansion asserts that copies of invoices which were unpaid as of the petition date were either attached to the proof of claim or are attached to its response. Spansion asserts that the terms and conditions of the sales in question provided that all past due amounts would incur interest charges at 18% per year. Spansion disputes the relief requested by the Debtors and requests that this Court allow its claim in the amount of $2,387,697.06 and that Spansion be paid postpetition interest on the claim if the Debtors are found to be solvent and such amount is available to be paid from the Debtors' estates. | Modification | Adjourn |
| 34. | The Dayton Power and Light Company (Docket No. 8328) | 10373 | The Dayton Power and Light Company ("DP&L") asserts that its proof of claim is prima facie evidence of the validity of its claim. DP&L asserts that it cannot determine the grounds on which the Debtors base their Objection because the Debtors did not identify the specific basis for their Objection or provide documents to substantiate the Objection. DP&L further asserts that a debtor's books and records entries alone are insufficient to overcome a properly filed proof of claim's prima facie validity. DP&L requests that this Court allow its claim in full. | Modification | Adjourn |

|  | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 35. | IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation (Docket No. 8330) | 9995 | IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation ("IBJTC") asserts that General Motors Corporation ("GM") and First American Capital Management Group, Inc. entered into a Master Lease Agreement for certain equipment, and GM subsequently assigned its right, title, and interest in the lease and equipment to Delphi. IBJS Commercial Corporation ("IBJS") (the predecessor to IBJTC) became the holder of the lease. IBJTC asserts that IBJS and Delphi entered into several renewal agreements. IBJTC further asserts that Delphi subsequently defaulted under the lease. IBJTC filed a motion to compel the debtors to assume or reject the lease, and in resolution of that motion, IBJTC and the Debtors entered into a stipulation in which IBJTC asserts that the Debtors acknowledged that the leases were renewed by Delphi Corporation  IBJTC opposes the Debtors' proposed modification of the claim which changes the identity of the Debtor entity against which the claim is asserted.  IBJTC asserts that its claim derives from Delphi Corporation and not DAS LLC because the renewals of the lease were executed on behalf of Delphi Corporation. | Modification | Adjourn |
| 36. | Madison County, Mississippi Tax Collector (Docket No. 8355) | 10576 | Madison County, Mississippi Tax Collector ("Madison County") asserts that its claim is based upon personal property ad valorem taxes for the year 2005, which became due and payable January 1, 2006.  Madison County acknowledges that the Debtors paid the sum of $5,742.99 as a partial payment, but asserts that there continues to be due the sum of $18,918.07 plus $3,026.89 in accrued interest through May 2007. Madison County requests that the Court allow its claim in the amount of $18,918.07 plus $3,026.89 in accrued interest with interest continuing to accrue at 1% per month. | Tax claims subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 37. | Hillsborough County Tax Collector (Docket No. 8370 & 8387) | 5372 | The Hillsborough County Tax Collector ("Hillsborough County") filed a secured claim for ad valorem business tangible personal property taxes for 2005. Hillsborough County asserts that, pursuant to state law, its claim is given first lien secured status, superior to any and all other liens on the subject tangible personal property.  Finally, Hillsborough County asserts that the Debtors did not provide any evidence to rebut the presumptive validity of Hillsborough County's claim or to reclassify the claim to general unsecured status. | Tax claim subject to modification | Adjourn |
| 38. | Ames Reese, Inc. (Docket No. 8372) | 9816, 9820 | Ames Reese, Inc. ("Ames Reese") filed proof of claim no. 9816 in the amount of $13,417.47 and proof of claim no. 9820 in the amount of $118,242.99.  Ames Reese asserts that one invoice in question dealt with surcharges passed on to Delphi for unexpected price increases of powdered metal suppliers pursuant to the purchase order.  Ames Reese also asserts that it is unable to verify any amounts in question as being paid postpetition.  Ames Reese asserts that the Debtors have not provided documentation to support its modifications to the amount of Ames Reese's claim. Ames Reese asserts that its proofs of claim include documentation sufficient to support its claim, including delivery information. | Modification | Adjourn |
| 39. | Hellermann Tyton GmbH (Docket No. 8374) | 1338 | Hellermann Tyton GmbH ("Hellermann") asserts that it filed its claim in the amount of $6,555.24 and provided all invoices to substantiate its claim.  It further asserts that it filed its claim against Delphi Corporation because that was the Debtor whose case number was listed on the preprinted documents it received. | Modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 40. | Thompson Emergency Freight Systems (Docket No. 8375) | 1730 | Thompson Emergency Freight Systems ("Thompson") asserts that it initially submitted two claims because at the time of filing, Thompson was comprised of two different corporate entities.  Thompson asserts that the two claims were not duplicates. | Modification | Resolved -- because the Debtors seek only to change the identity of the Debtor against which this proof of claim is asserted, the respondent has agreed that it does not contest this modification and that hearing need not be adjourned |
| 41. | County of Anderson, South Carolina (Undocketed) | 2870 | The County of Anderson, South Carolina ("Anderson") asserts that its claimed amount represents the industrial park fee, which it asserts is treated as an ad valorem tax under South Carolina law in the amount of 4,547.65, less penalties in the amount of $593.17, for a net claim of $3,954.48.  Anderson explains that the Debtors seek to modify the claim based on a partial payment made after the commencement of the chapter 11 cases, but Anderson states that it has not been able to verify that the partial payment was received.  Anderson requests that this Court allow its claim as an unsecured priority claim in the amount of $3,954.48. | Tax claim subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 42. | Judy Pitts, Etowah County Revenue Commissioner (Undocketed) | 1328 | Judy Pitts, Etowah County Revenue Commissioner, ("Pitts") does not agree with the modification. She asserts that the amount of the claim was calculated based on assets turned in by Delphi for the 2005 tax year beginning 10/1/2004 and ending 9/30/2005. She further asserts that, because the county's abstracts are issued before collections begin each year and are used in setting budgets for government agencies, the county cannot change prior years' valuations, which are set by the businesses themselves. | Tax claim subject to modification | Resolved – because the Debtors seek only to change the identity of the Debtor against which this proof of claim is asserted, the respondent has agreed that it does not contest this modification and that the hearing need not be adjourned |
| 43. | Johnson County, Kansas, Board of County Commissioners (Undocketed) | 1502 | Johnson County asserts that it filed a claim based on allegedly unpaid 2005 ad valorem real estate taxes in the amount of $112,252.16. Johnson County further asserts that, pursuant to K.S.A. 79-1804, it has a statutory tax lien that primes all other liens against the property. Johnson County acknowledges that $14,792.92 was paid toward the 2005 real estate tax obligations, but maintains that its secured claim in the amount of $97,459.24 plus interest should be allowed. | Tax claim subject to modification | Adjourn |
| 44. | Madison Investment Trust Series 38, as assignee of Quick Cable Corporation (Undocketed) | 2073 | Madison Investment Trust Series 38, as assignee of Quick Cable Corporation, asserts that the claim should be allowed in the full amount of $29,268.00. Note that the response referenced the Fifteenth Omnibus Claims Objection, but this claim is actually subject to the Thirteenth Omnibus Claims Objection. | Modification | Adjourn |
| 45. | Okaloosa County, Florida, Tax Collector (Undocketed) | 7238 | The Okaloosa County, Florida, Tax Collector ("Okaloosa County") asserts that state law provides that a lien of a property tax in Florida is deemed a first lien on the property. Okaloosa County asserts that there is no basis for contending that an ad valorem tax on real or personal property in Florida is unsecured. | Tax claims subject to modification | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 46. | Sierra Liquidity Fund, LLC as assignee for Three 60 Productions, Inc. (Undocketed) | 2691 | Sierra, as assignee for Three 60 Productions, Inc., attaches additional documentation to its response and requests that proof of claim no. 2691 be allowed in the full amount claimed, $10,701.40.  Sierra further asserts that that it sees no basis for the proposed reduction and modification to proof of claim no. 2691.  Sierra does not object to the proposed change in debtor entity against which the claim is asserted. | Modification | Adjourn |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

       In re                     :     Chapter 11
                                   :
DELPHI CORPORATION, <u>et al.</u>,     :     Case No. 05-44481 (RDD)
                                 :
              Debtors.      :     (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 MODIFYING
CERTAIN CLAIMS IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION ON
<u>EXHIBITS E-1 AND E-2</u>

("THIRTEENTH OMNIBUS CLAIMS OBJECTION
ORDER – EXHIBITS E-1 AND E-2")

Upon the Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims

Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance

Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax

Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And

Claims Subject To Modification And Reclamation Agreement, dated April 27, 2007 (the

"Thirteenth Omnibus Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Thirteenth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Thirteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.        Each holder of a claim (as to each, a "Claim") listed on Exhibits E-1 and

E-2 attached hereto was properly and timely served with a copy of the Thirteenth Omnibus

Claims Objection, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), a personalized Notice

Of Objection To Claim, the proposed order in respect of the Thirteenth Omnibus Claims

Objection, and notice of the deadline for responding to the Thirteenth Omnibus Claims Objection.

No other or further notice of the Thirteenth Omnibus Claims Objection is necessary.

B.        The Court has jurisdiction over the Thirteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirteenth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.        The Claims listed on Exhibit E-1 hereto (a) are overstated, including as a

result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against

the wrong Debtors, and/or (c) incorrectly assert secured, administrative, or priority status (the

"Claims Subject To Modification").

D.        The Tax Claims listed on Exhibit E-2 hereto (a) state the incorrect amount,

and/or (b) were filed and docketed against the wrong Debtors, and/or (c) assert secured or

---

[2]      Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

unsecured priority status without sufficient documentation to support such status (collectively,

the "Tax Claims Subject To Modification").

        E.        The relief requested in the Thirteenth Omnibus Claims Objection is in the

best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

        1.        Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-1[3] hereto is hereby revised to reflect the amount, classification, and Debtor listed as

the "Claim As Modified."  No Claimant listed on Exhibit E-1 shall be entitled to (a) a recovery

for any Claim Subject To Modification in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column, and/or (c) assert a claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit E-1, subject to the Debtors'

right to further object to each such Claim Subject To Modification.  The Claims Subject To

Modification shall remain on the claims register, and shall remain subject to future objection by

the Debtors and other parties-in-interest.

        2.        Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

---

[3]    The Claims listed on Exhibits A-1, A-2, B-1, B-2, C, D-1, D-2, and E-3 to the Thirteenth Omnibus Claims
Objection were disallowed and expunged, modified, or adjourned to a future hearing date, as the case may be,
pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently
Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance
Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And
Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And
Claims Subject To Modification And Reclamation Agreement Identified in the Thirteenth Omnibus Claims
Objection (Docket No. 8194) entered June 6, 2007 (the "Thirteenth Omnibus Claims Objection Order").
Pursuant to the Thirteenth Omnibus Claims Objection Order, this Court adjourned the hearing with respect to
all Claims listed on Exhibits E-1 or E-2 to the Thirteenth Omnibus Claims Objection to June 26, 2007.

"Claim As Modified."  No Claimant listed on Exhibit E-2 shall be entitled to (a) a recovery for

any Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column on Exhibit E-2, and/or (c) assert a claim against a

Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit E-2,

subject to the Debtors' right to further object to each such Tax Claim Subject To Modification.

The Tax Claims Subject To Modification shall remain on the claims register, and shall remain

subject to future objection by the Debtors and other parties-in-interest.  For clarity, Exhibit G

displays the formal name of each of the Debtor entities and their associated bankruptcy case

numbers referenced on Exhibits E-1 and E-2.

   3. With respect to each Claim for which a Response to the Thirteenth

Omnibus Claims Objection has been filed and served, and which has not been resolved by the

parties, all of which Claims are listed on Exhibits F-8, and F-9 hereto, the hearing regarding the

objection to such Claims is adjourned to a future hearing date to be noticed by the Debtors

consistent with and subject to the Claims Objection Procedures Order; provided, however, that

such adjournment shall be without prejudice to the Debtors' right to assert that any such

Responses were untimely filed or otherwise deficient under the Claims Objection Procedures

Order.

   4. Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

claims that are the subject of the Thirteenth Omnibus Claims Objection.

   5. Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors.

4

6.      This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

7.      Each of the objections by the Debtors to each Claim addressed in the Thirteenth Omnibus Claims Objection and set forth on Exhibits F-8 and F-9 thereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

8.      Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

9.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Thirteenth Omnibus Claims Objection.

Dated: New York, New York
          June ___, 2007

_____
    UNITED STATES BANKRUPTCY JUDGE

In re: Delphi Corporation, <u>et al.</u>                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1730<br>Date Filed: 01/31/06<br>Docketed Total: $3,657.48<br>Filing Creditor Name and Address<br>123 INC O A THOMPSON EMERGENCY<br>123 INC O A THOMPSON EMERGENCY<br>FREI<br>PO BOX 410<br>LINCOLN PARK MI 48146 | Claim Holder Name and Address<br>123 INC O A THOMPSON EMERGENCY<br>123 INC O A THOMPSON EMERGENCY<br>FREI<br>PO BOX 410<br>LINCOLN PARK MI 48146 | Docketed Total | | $3,657.48 | | Modified Total | | $3,657.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,657.48<br>$3,657.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,657.48<br>$3,657.48 |
| Claim: 7700<br>Date Filed: 06/09/06<br>Docketed Total: $982.33<br>Filing Creditor Name and Address<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Claim Holder Name and Address<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Docketed Total | | $982.33 | | Modified Total | | $929.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$982.33<br>$982.33 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$929.28<br>$929.28 |
| Claim: 7703<br>Date Filed: 06/09/06<br>Docketed Total: $2,117.74<br>Filing Creditor Name and Address<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Claim Holder Name and Address<br>1579364 ONTARIO INC<br>SELECT SORTING SERVICES<br>97 GRATH CRES<br>WHITBY ON L1N 6N7<br>CANADA | Docketed Total | | $2,117.74 | | Modified Total | | $2,003.38 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,117.74<br>$2,117.74 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,003.38<br>$2,003.38 |
| Claim: 10480<br>Date Filed: 07/24/06<br>Docketed Total: $20,872.35<br>Filing Creditor Name and Address<br>A RAYMOND INC<br>3091 RESEARCH DR<br>ROCHESTER HILLS MI 48309-3581 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | Docketed Total | | $20,872.35 | | Modified Total | | $20,872.35 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,872.35<br>$20,872.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,872.35<br>$20,872.35 |

*See Exhibit G for a listing of debtor entities by case number                    Page:  1 of 62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 3777<br>Date Filed:05/01/06<br>Docketed Total:   $555.87<br>Filing Creditor Name and Address<br> AABEL EXTERMINATING CO INC<br> 440 CONGRESS PK DR<br> DAYTON OH 45459 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total          $555.87 | | Modified Total          $555.87 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                            $555.87<br>                                                                     $555.87 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                            $555.87<br>                                                                     $555.87 | |
| Claim: 12205<br>Date Filed:07/28/06<br>Docketed Total:   $1,113.42<br>Filing Creditor Name and Address<br> ACE CONTROLS INC<br> ACCOUNTING<br> 23435 INDUSTRIAL PARK DR<br> FARMINGTON HILLS MI 48335 | Claim Holder Name and Address<br>ACE CONTROLS INC<br>ACCOUNTING<br>23435 INDUSTRIAL PARK DR<br>FARMINGTON HILLS MI 48335 | Docketed Total        $1,113.42 | | Modified Total        $1,113.42 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                          $1,113.42<br>                                                                   $1,113.42 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                          $1,113.42<br>                                                                   $1,113.42 | |
| Claim: 5946<br>Date Filed:05/16/06<br>Docketed Total:   $127,867.14<br>Filing Creditor Name and Address<br> ADVANTEK TAPING SYSTEMS INC<br> ADVANTEK TAPING SYSTEMS<br> 6839 MOWRY AVE<br> NEWARK CA 94560-492 | Claim Holder Name and Address<br>ADVANTEK TAPING SYSTEMS INC<br>ADVANTEK TAPING SYSTEMS<br>6839 MOWRY AVE<br>NEWARK CA 94560-492 | Docketed Total       $127,867.14 | | Modified Total       $126,555.08 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                        $127,867.14<br>                                                                 $127,867.14 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                        $126,555.08<br>                                                                 $126,555.08 | |
| Claim: 192<br>Date Filed:10/28/05<br>Docketed Total:   $194,615.27<br>Filing Creditor Name and Address<br> AER TECHNOLOGIES INC<br> 650 COLUMBIA ST<br> BREA CA 92821 | Claim Holder Name and Address<br>AER TECHNOLOGIES INC<br>650 COLUMBIA ST<br>BREA CA 92821 | Docketed Total       $194,615.27 | | Modified Total        $96,205.51 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481      $194,615.27<br>                    $194,615.27 | | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                         $96,205.51<br>                                                                  $96,205.51 | |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4985<br>Date Filed:05/08/06<br>Docketed Total:  $29,512.35<br>Filing Creditor Name and Address<br>AGE INDUSTRIES INC<br>1701 AMISTAD DR<br>SAN BENITO TX 78586 | Claim Holder Name and Address<br>AGE INDUSTRIES INC<br>1701 AMISTAD DR<br>SAN BENITO TX 78586 | Docketed Total | | $29,512.35 | | Modified Total | | $3,559.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$29,512.35<br>$29,512.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,559.90<br>$3,559.90 |
| Claim: 9821<br>Date Filed:07/18/06<br>Docketed Total:  $17,789.03<br>Filing Creditor Name and Address<br>AIDA DAYTON TECHNOLOGIES CORP<br>7660 CTR POINT 70 BLVD<br>DAYTON OH 45424-6380 | Claim Holder Name and Address<br>AIDA DAYTON TECHNOLOGIES CORP<br>7660 CTR POINT 70 BLVD<br>DAYTON OH 45424-6380 | Docketed Total | | $17,789.03 | | Modified Total | | $17,789.03 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,789.03<br>$17,789.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,789.03<br>$17,789.03 |
| Claim: 13607<br>Date Filed:07/31/06<br>Docketed Total:   $887.00<br>Filing Creditor Name and Address<br>AIR ACADEMY PRESS & ASSOCIATES<br>LLC<br>1650 TELSTAR DR 110 STE 110<br>COLORADO SPRINGS CO 80920-1009 | Claim Holder Name and Address<br>AIR ACADEMY PRESS & ASSOCIATES LLC<br>1650 TELSTAR DR 110 STE 110<br>COLORADO SPRINGS CO 80920-1009 | Docketed Total | | $887.00 | | Modified Total | | $887.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$887.00<br>$887.00 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$887.00<br>$887.00 |
| Claim: 485<br>Date Filed:11/10/05<br>Docketed Total:   $4,240.50<br>Filing Creditor Name and Address<br>ALEXANDERS PEST CONTROL INC<br>STEPHEN A MILLER PRESIDENT<br>14889 MACKLIN RD<br>NEW SPRINGFIELD OH 44443 | Claim Holder Name and Address<br>ALEXANDERS PEST CONTROL INC<br>STEPHEN A MILLER PRESIDENT<br>14889 MACKLIN RD<br>NEW SPRINGFIELD OH 44443 | Docketed Total | | $4,240.50 | | Modified Total | | $3,246.50 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$4,240.50<br>$4,240.50 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,246.50<br>$3,246.50 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 812<br>Date Filed:11/22/05<br>Docketed Total:  $8,488.94<br>Filing Creditor Name and Address<br> ALL TYPES EXPEDITING<br> ALL TYPES EXPEDITING & TRANS<br> SVCS<br> PO BOX 123<br> HUNTERTOWN IN 46748 | Claim Holder Name and Address    Docketed Total    $8,488.94<br>ALL TYPES EXPEDITING<br>ALL TYPES EXPEDITING & TRANS<br>SVCS<br>PO BOX 123<br>HUNTERTOWN IN 46748<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                   $8,488.94<br>                                                               $8,488.94 | Modified Total    $2,006.10<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                   $2,006.10<br>                                                               $2,006.10 |
| Claim: 1683<br>Date Filed:01/26/06<br>Docketed Total:  $78,385.24<br>Filing Creditor Name and Address<br> ALLIANCE PLASTICS EFT<br> 3123 STATION RD<br> ERIE PA 16510 | Claim Holder Name and Address    Docketed Total    $78,385.24<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                   $78,385.24<br>                                                               $78,385.24 | Modified Total    $57,348.31<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                   $57,348.31<br>                                                               $57,348.31 |
| Claim: 2733<br>Date Filed:04/24/06<br>Docketed Total:  $5,081.80<br>Filing Creditor Name and Address<br> ALLIED FIRE PROTECTION &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $5,081.80<br>ALLIED FIRE PROTECTION & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                   $5,081.80<br>                                                               $5,081.80 | Modified Total    $5,081.80<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                   $5,081.80<br>                                                               $5,081.80 |
| Claim: 5676<br>Date Filed:05/12/06<br>Docketed Total:  $16,785.00<br>Filing Creditor Name and Address<br> ALLINGHAM CORP<br> 21250 W 8 MILE RD<br> SOUTHFIELD MI 48075-566 | Claim Holder Name and Address    Docketed Total    $16,785.00<br>ALLINGHAM CORP<br>21250 W 8 MILE RD<br>SOUTHFIELD MI 48075-566<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                   $16,785.00<br>                                                               $16,785.00 | Modified Total    $16,785.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                   $16,785.00<br>                                                               $16,785.00 |

In re: Delphi Corporation, <u>et al.</u>                                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 653<br>Date Filed:11/17/05<br>Docketed Total:  $67,850.97<br>Filing Creditor Name and Address<br>  ALSTOM POWER ENVIRONMENTAL<br>  CONSULT SARL<br>  104 AVE ALBERT 1<br>  RUEIL MALMAISON CEDEX  92563<br>  FRANCE | Claim Holder Name and Address     Docketed Total     $67,850.97<br>ALSTOM POWER ENVIRONMENTAL CONSULT<br>SARL<br>104 AVE ALBERT 1<br>RUEIL MALMAISON CEDEX  92563<br>FRANCE | | | | | | | Modified Total     $67,850.97 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$67,850.97<br>$67,850.97 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$67,850.97<br>$67,850.97 |
| Claim: 10021<br>Date Filed:07/20/06<br>Docketed Total:  $7,037.10<br>Filing Creditor Name and Address<br>  AMKO SERVICE COMPANY<br>  C O PRAXAIR INC<br>  39 OLD RIDGEBURY RD<br>  DANBURY CT 06810-5113 | Claim Holder Name and Address     Docketed Total     $7,037.10<br>AMKO SERVICE COMPANY<br>C O PRAXAIR INC<br>39 OLD RIDGEBURY RD<br>DANBURY CT 06810-5113 | | | | | | | Modified Total     $7,037.10 |
| | **Case Number\***<br>05-44481 | **Secured**<br>$7,037.10<br>$7,037.10 | **Priority** | **Unsecured**<br>$0.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$7,037.10<br>$7,037.10 |
| Claim: 8577<br>Date Filed:06/26/06<br>Docketed Total:  $26,126.00<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF OSTLING<br>  TECHNOLOGIES<br>  ATTN DAVID S LEINWAND ESQ<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address     Docketed Total     $26,126.00<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | | | | | | Modified Total     $26,126.00 |
| | **Case Number\***<br>05-44640 | **Secured**<br>$23,626.00<br><br>$23,626.00 | **Priority** | **Unsecured**<br>$2,500.00<br><br>$2,500.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$26,126.00<br><br>$26,126.00 |
| Claim: 11581<br>Date Filed:07/27/06<br>Docketed Total:  $123,587.84<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF WARD PRODUCTS LLC<br>  ATTN DAVID S LEINWAND<br>  AS ASSIGNEE OF WARD PRODUCTS<br>  LLC<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY | Claim Holder Name and Address     Docketed Total     $123,587.84<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | | | | | | Modified Total     $79,061.20 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$123,587.84<br><br>$123,587.84 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$79,061.20<br><br>$79,061.20 |

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

# EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 7568<br>Date Filed:06/06/06<br>Docketed Total:   $20,602.24<br>Filing Creditor Name and Address<br> ANDERSON CITY UTILITIES IN<br> 120 EAST 8TH ST<br> ANDERSON IN 46016 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $20,602.24 | | Modified Total | | | $18,943.43 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,602.24<br>$20,602.24 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$18,943.43<br>$18,943.43 |
| Claim: 1742<br>Date Filed:02/01/06<br>Docketed Total:   $6,168.28<br>Filing Creditor Name and Address<br> ANI SAFETY & SUPPLY<br> PO BOX 228<br> SKOKIE IL 60076 | Claim Holder Name and Address<br>ANI SAFETY & SUPPLY<br>PO BOX 228<br>SKOKIE IL 60076 | Docketed Total | | $6,168.28 | | Modified Total | | | $5,517.68 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,168.28<br>$6,168.28 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$5,517.68<br>$5,517.68 |
| Claim: 3<br>Date Filed:10/13/05<br>Docketed Total:   $252,354.58<br>Filing Creditor Name and Address<br> ARIBA INC<br> ATTN CREDIT & COLLECTIONS<br> 210 6TH AVE<br> PITTSBURGH PA 15222 | Claim Holder Name and Address<br>ARIBA INC<br>ATTN CREDIT & COLLECTIONS<br>210 6TH AVE<br>PITTSBURGH PA 15222 | Docketed Total | | $252,354.58 | | Modified Total | | | $169,354.58 |
| | Case Number*<br>05-44596 | Secured | Priority<br>$252,354.58<br>$252,354.58 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$169,354.58<br>$169,354.58 |
| Claim: 12230<br>Date Filed:07/28/06<br>Docketed Total:   $240,942.30<br>Filing Creditor Name and Address<br> ASAHI KASEI PLASTICS NORTH<br> AMERICA INC FKA ASAHI KASEI<br> PLASTICS AMERICA INC<br> C O DONALD J HUTCHINSON<br> MILLER CANFIELD PADDOCK AND<br> STONE P<br> 150 W JEFFERSON AVE STE 2500<br> DETROIT MI 48226 | Claim Holder Name and Address<br>ASAHI KASEI PLASTICS NORTH AMERICA<br>INC FKA ASAHI KASEI PLASTICS<br>AMERICA INC<br>C O DONALD J HUTCHINSON<br>MILLER CANFIELD PADDOCK AND<br>STONE P<br>150 W JEFFERSON AVE STE 2500<br>DETROIT MI 48226 | Docketed Total | | $240,942.30 | | Modified Total | | | $175,162.50 |
| | Case Number*<br>05-44481 | Secured<br>$65,779.80<br>$65,779.80 | Priority | Unsecured<br>$175,162.50<br>$175,162.50 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$175,162.50<br>$175,162.50 |

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5401**
Date Filed: 05/09/06
Docketed Total:   $12,230.40
Filing Creditor Name and Address
 ASBURY GRAPHITE MILLS INC
 41 MAIN ST
 PO BOX 144
 ASBURY NJ 08802

Claim Holder Name and Address
ASBURY GRAPHITE MILLS INC
41 MAIN ST
PO BOX 144
ASBURY NJ 08802            Docketed Total      $12,230.40

| Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $12,230.40 |
| | | | $12,230.40 |

Modified Total      $3,436.80

| Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $3,436.80 |
| | | | $3,436.80 |

---

**Claim: 5623**
Date Filed: 05/11/06
Docketed Total:   $16,000.00
Filing Creditor Name and Address
 ASC PROCESS SYSTEMS
 14062 BALBOA BLVD
 SYLMAR CA 91302

Claim Holder Name and Address
ASC PROCESS SYSTEMS
14062 BALBOA BLVD
SYLMAR CA 91302            Docketed Total      $16,000.00

| Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $16,000.00 |
| | | | $16,000.00 |

Modified Total      $16,000.00

| Case Number* | Secured | Priority | Unsecured |
| 05-44624 | | | $16,000.00 |
| | | | $16,000.00 |

---

**Claim: 5571**
Date Filed: 05/10/06
Docketed Total:   $23,273.34
Filing Creditor Name and Address
 ATCO INDUSTRIES INC
 7200 15 MILE RD
 STERLING HEIGHTS MI 48312-452

Claim Holder Name and Address
ATCO INDUSTRIES INC
7200 15 MILE RD
STERLING HEIGHTS MI 48312-452            Docketed Total      $23,273.34

| Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $23,273.34 |
| | | | $23,273.34 |

Modified Total      $20,176.00

| Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $20,176.00 |
| | | | $20,176.00 |

---

**Claim: 1527**
Date Filed: 01/13/06
Docketed Total:   $6,045.40
Filing Creditor Name and Address
 ATLAS FLUID COMPONENTS INC
 ATTORNEY JOHN A NEHRER
 111 STOW AVE STE 100
 CUYAHOGA FALLS OH 44221

Claim Holder Name and Address
ATLAS FLUID COMPONENTS INC
ATTORNEY JOHN A NEHRER
111 STOW AVE STE 100
CUYAHOGA FALLS OH 44221            Docketed Total      $6,045.40

| Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $6,045.40 |
| | | | $6,045.40 |

Modified Total      $6,045.40

| Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $6,045.40 |
| | | | $6,045.40 |

---

In re: Delphi Corporation, <u>et al.</u>                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8203<br>Date Filed:06/19/06<br>Docketed Total:  $7,188.12<br>Filing Creditor Name and Address<br> BAKER TANKS<br> CHRIS CAVALIER<br> PO BOX 513967<br> LOS ANGELES CA 90051-3967 | Claim Holder Name and Address<br>BAKER TANKS<br>CHRIS CAVALIER<br>PO BOX 513967<br>LOS ANGELES CA 90051-3967 | Docketed Total | | $7,188.12 | | | Modified Total | $7,188.12 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $7,188.12 ___ $7,188.12 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $7,188.12 ___ $7,188.12 |
| Claim: 8140<br>Date Filed:06/19/06<br>Docketed Total:  $965,830.50<br>Filing Creditor Name and Address<br> BEI SYSTRON DONNER AUTOMOTIVE<br> DIVISION<br> C O RICHARD WILKINS<br> 2700 SYSTRON DR<br> CONCORD CA 94518 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $965,830.50 | | | Modified Total | $771,268.50 |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $965,830.50 ___ $965,830.50 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $771,268.50 ___ $771,268.50 |
| Claim: 5455<br>Date Filed:05/10/06<br>Docketed Total:  $17,646.30<br>Filing Creditor Name and Address<br> BELL MICROPRODUCTS<br> TINA MOORE<br> 201 MONROE ST STE 300<br> MONTGOMERY AL 36104 | Claim Holder Name and Address<br>BELL MICROPRODUCTS<br>TINA MOORE<br>201 MONROE ST STE 300<br>MONTGOMERY AL 36104 | Docketed Total | | $17,646.30 | | | Modified Total | $12,456.65 |
| | **Case Number\*** 05-44507 | **Secured** | **Priority** | **Unsecured** $17,646.30 ___ $17,646.30 | **Case Number\*** 05-44507 | **Secured** | **Priority** | **Unsecured** $12,456.65 ___ $12,456.65 |
| Claim: 2774<br>Date Filed:04/26/06<br>Docketed Total:  $8,884.00<br>Filing Creditor Name and Address<br> BIG BEND AGRI SERVICES INC<br> BIG BEND INDUSTRIAL SALES<br> PO BOX 479<br> CAIRO GA 39828 | Claim Holder Name and Address<br>BIG BEND AGRI SERVICES INC<br>BIG BEND INDUSTRIAL SALES<br>PO BOX 479<br>CAIRO GA 39828 | Docketed Total | | $8,884.00 | | | Modified Total | $8,884.00 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $8,884.00 ___ $8,884.00 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $8,884.00 ___ $8,884.00 |

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14054**
Date Filed: 07/27/06
Docketed Total:   $15,126.31
Filing Creditor Name and Address
 BLUE WATER AUTOMOTIVE SYSTEMS
 INC
 ACCOUNTS PAYABLE
 PO BOX 339
 RANGE RD PLANT
 MARYSVILLE MI 48040

Claim Holder Name and Address    Docketed Total    $15,126.31
BLUE WATER AUTOMOTIVE SYSTEMS INC
ACCOUNTS PAYABLE
PO BOX 339
RANGE RD PLANT
MARYSVILLE MI 48040

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,126.31 |
| | | | $15,126.31 |

Modified Total    $15,126.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,126.31 |
| | | | $15,126.31 |

---

**Claim: 1133**
Date Filed: 12/13/05
Docketed Total:   $7,506.87
Filing Creditor Name and Address
 BORAMCO INC
 PO BOX 6
 WALKERTON IN 46574-0006

Claim Holder Name and Address    Docketed Total    $7,506.87
BORAMCO INC
PO BOX 6
WALKERTON IN 46574-0006

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,506.87 |
| | | | $7,506.87 |

Modified Total    $7,506.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,506.87 |
| | | | $7,506.87 |

---

**Claim: 13650**
Date Filed: 07/31/06
Docketed Total:   $7,976.71
Filing Creditor Name and Address
 BOSCH REXROTH CORPORATION
 ATTN JUDITH LOWITZ ADLER
 ROBERT BOSCH CORPORATION
 38000 HILLS TECH DR
 FARMINGTON HILLS MI 48331

Claim Holder Name and Address    Docketed Total    $7,976.71
BOSCH REXROTH CORPORATION
ATTN JUDITH LOWITZ ADLER
ROBERT BOSCH CORPORATION
38000 HILLS TECH DR
FARMINGTON HILLS MI 48331

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,976.71 |
| | | | $7,976.71 |

Modified Total    $1,972.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,972.02 |
| | | | $1,972.02 |

---

**Claim: 4522**
Date Filed: 05/02/06
Docketed Total:   $5,574.00
Filing Creditor Name and Address
 BRINKMANN PUMPS INC
 47060 CARTIER DR
 WIXOM MI 48393

Claim Holder Name and Address    Docketed Total    $5,574.00
BRINKMANN PUMPS INC
47060 CARTIER DR
WIXOM MI 48393

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,574.00 |
| | | | $5,574.00 |

Modified Total    $5,574.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,574.00 |
| | | | $5,574.00 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4009￼Date Filed:05/01/06￼Docketed Total:  $5,556.30￼Filing Creditor Name and Address￼ BUCKEYE TOOLS AND SUPPLY CO￼ TOM MITCHELL￼ 400 GARGRAVE RD￼ DAYTON OH 45449 | Claim Holder Name and Address￼BUCKEYE TOOLS AND SUPPLY CO￼TOM MITCHELL￼400 GARGRAVE RD￼DAYTON OH 45449 | | Docketed Total | $5,556.30 | | | Modified Total | $5,556.30 |
| | Case Number*￼05-44481 | Secured | Priority￼$5,556.30￼$5,556.30 | Unsecured | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$5,556.30￼$5,556.30 |
| Claim: 11449￼Date Filed:07/27/06￼Docketed Total:  $8,105.50￼Filing Creditor Name and Address￼ BUSAK & SHAMBAN SOUTH￼ 2842 COLLECTIONS CTR DR￼ CHICAGO IL 60693 | Claim Holder Name and Address￼BUSAK & SHAMBAN SOUTH￼2842 COLLECTIONS CTR DR￼CHICAGO IL 60693 | | Docketed Total | $8,105.50 | | | Modified Total | $7,035.70 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$8,105.50￼$8,105.50 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$7,035.70￼$7,035.70 |
| Claim: 12700￼Date Filed:07/28/06￼Docketed Total:  $20,492.90￼Filing Creditor Name and Address￼ CANON USA INC￼ ATTN STEVER BECKER ESQ￼ ONE CANON PLZ￼ LAKE SUCCESS NY 11042-1198 | Claim Holder Name and Address￼CANON USA INC￼ATTN STEVER BECKER ESQ￼ONE CANON PLZ￼LAKE SUCCESS NY 11042-1198 | | Docketed Total | $20,492.90 | | | Modified Total | $20,492.90 |
| | Case Number*￼05-44547 | Secured | Priority | Unsecured￼$20,492.90￼$20,492.90 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$20,492.90￼$20,492.90 |
| Claim: 7477￼Date Filed:06/05/06￼Docketed Total:  $21,987.42￼Filing Creditor Name and Address￼ CENTRO INDUSTRIAL SUPPLY CORP￼ 1650 W SAM HOUSTON PKWY N￼ HOUSTON TX 77043 | Claim Holder Name and Address￼CENTRO INDUSTRIAL SUPPLY CORP￼1650 W SAM HOUSTON PKWY N￼HOUSTON TX 77043 | | Docketed Total | $21,987.42 | | | Modified Total | $15,704.22 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$21,987.42￼$21,987.42 | Case Number*￼05-44567 | Secured | Priority | Unsecured￼$15,704.22￼$15,704.22 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   10 of  62

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 234<br>Date Filed:10/31/05<br>Docketed Total:  $221,982.00<br>Filing Creditor Name and Address<br> CINCINNATI MACHINE LLC<br> ATTN TIM LEHAN<br> 2200 LITTON LN<br> HEBRON KY 41048-8435 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $221,982.00 | | Modified Total | | $221,982.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$221,982.00<br>$221,982.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$221,982.00<br>$221,982.00 |
| Claim: 5083<br>Date Filed:05/08/06<br>Docketed Total:   $849.39<br>Filing Creditor Name and Address<br> CINGULAR WIRELESS<br> BANKO<br> PO BOX 309<br> PORTLAND OR 97207-0309 | Claim Holder Name and Address<br>CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND OR 97207-0309 | Docketed Total | | $849.39 | | Modified Total | | $849.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$849.39<br>$849.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$849.39<br>$849.39 |
| Claim: 6286<br>Date Filed:05/18/06<br>Docketed Total:   $25,920.04<br>Filing Creditor Name and Address<br> COFACE NORTH AMERICA INC<br> AS AGENT FOR USHIO AMERICA INC<br> ATTN DAVID MILLER<br> PO BOX 2102<br> CRANBURY NJ 08512 | Claim Holder Name and Address<br>COFACE NORTH AMERICA INC<br>AS AGENT FOR USHIO AMERICA INC<br>ATTN DAVID MILLER<br>PO BOX 2102<br>CRANBURY NJ 08512 | Docketed Total | | $25,920.04 | | Modified Total | | $23,724.15 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$25,920.04<br>$25,920.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,724.15<br>$23,724.15 |
| Claim: 5699<br>Date Filed:05/12/06<br>Docketed Total:   $5,670.00<br>Filing Creditor Name and Address<br> COMPUTER SYSTEMS OF AMERICA<br> INC<br> 22 BATTERYMARCH ST<br> BOSTON MA 02109 | Claim Holder Name and Address<br>COMPUTER SYSTEMS OF AMERICA INC<br>22 BATTERYMARCH ST<br>BOSTON MA 02109 | Docketed Total | | $5,670.00 | | Modified Total | | $5,670.00 |
| | Case Number*<br>05-44481 | Secured<br>$5,670.00<br><br>$5,670.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,670.00<br><br>$5,670.00 |

*See Exhibit G for a listing of debtor entities by case number                        Page:  11 of 62

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 13772**
Date Filed: 07/31/06
Docketed Total: $256,726.91
Filing Creditor Name and Address
CONCERIA PASUBIO SPA
ATTN PAUL RICOTTA ESQ AND
STEPHANIE
MINTZ LEVIN COHN FERRIS
GLOVSKY AND
666 THIRD AVE
NEW YORK NY 10017
ITALY

Claim Holder Name and Address
CONCERIA PASUBIO SPA
ATTN PAUL RICOTTA ESQ AND
STEPHANIE
MINTZ LEVIN COHN FERRIS
GLOVSKY AND
666 THIRD AVE
NEW YORK NY 10017
ITALY

Docketed Total    $256,726.91          Modified Total    $247,608.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $256,726.91 | 05-44640 | | | $247,608.70 |
| | | | $256,726.91 | | | | $247,608.70 |

**Claim: 3332**
Date Filed: 04/28/06
Docketed Total: $8,335.27
Filing Creditor Name and Address
CONDIT RE CO INC
3050 SPRINGBORO W
DAYTON OH 45439-1716

Claim Holder Name and Address
CONDIT RE CO INC
3050 SPRINGBORO W
DAYTON OH 45439-1716

Docketed Total    $8,335.27          Modified Total    $8,335.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,335.27 | 05-44640 | | | $8,335.27 |
| | | | $8,335.27 | | | | $8,335.27 |

**Claim: 10402**
Date Filed: 07/24/06
Docketed Total: $220,188.26
Filing Creditor Name and Address
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE IL 60191

Claim Holder Name and Address
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE IL 60191

Docketed Total    $220,188.26          Modified Total    $175,379.31

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $220,188.26 | 05-44640 | | | $175,379.31 |
| | | | $220,188.26 | | | | $175,379.31 |

**Claim: 5519**
Date Filed: 05/10/06
Docketed Total: $179,851.26
Filing Creditor Name and Address
COOPER INDUSTRIES INC
DAVID PULLIAM
BUSSMAN DIVISION
114 OLD STAT E RD
ELLISVILLE MO 63021

Claim Holder Name and Address
COOPER INDUSTRIES INC
DAVID PULLIAM
BUSSMAN DIVISION
114 OLD STAT E RD
ELLISVILLE MO 63021

Docketed Total    $179,851.26          Modified Total    $115,658.88

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $179,851.26 | 05-44640 | | | $115,658.88 |
| | | | $179,851.26 | | | | $115,658.88 |

*See Exhibit G for a listing of debtor entities by case number                Page:   12 of 62

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14661<br>Date Filed:07/31/06<br>Docketed Total:   $266,362.70<br>Filing Creditor Name and Address<br>  COOPER STANDARD AUTOMOTIVE<br>  39550 ORCHARD HILL PLACE<br>  NOVI MI 48376-8034 | Claim Holder Name and Address<br>COOPER STANDARD AUTOMOTIVE<br>39550 ORCHARD HILL PLACE<br>NOVI MI 48376-8034 | Docketed Total | | $266,362.70 | | Modified Total | | $266,352.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$266,362.70<br>$266,362.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$266,352.24<br>$266,352.24 |
| Claim: 10007<br>Date Filed:07/20/06<br>Docketed Total:   $71,436.25<br>Filing Creditor Name and Address<br>  CREDENCE SYSTEMS CORP<br>  ATTN LARRY ROCK<br>  5975 NW PINE FARM PL<br>  HILLSBORO OR 97124 | Claim Holder Name and Address<br>CREDENCE SYSTEMS CORP<br>ATTN LARRY ROCK<br>5975 NW PINE FARM PL<br>HILLSBORO OR 97124 | Docketed Total | | $71,436.25 | | Modified Total | | $33,187.17 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$71,436.25<br>$71,436.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$33,187.17<br>$33,187.17 |
| Claim: 7493<br>Date Filed:06/05/06<br>Docketed Total:   $65,942.01<br>Filing Creditor Name and Address<br>  CROMPTON SALES COMPANY INC EFT<br>  CHEMTURA<br>  DBA CROMPTON<br>  199 BERSON RD<br>  MIDDLEBURY CT 06749 | Claim Holder Name and Address<br>CROMPTON SALES COMPANY INC EFT<br>CHEMTURA<br>DBA CROMPTON<br>199 BERSON RD<br>MIDDLEBURY CT 06749 | Docketed Total | | $65,942.01 | | Modified Total | | $65,942.01 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$65,942.01<br>$65,942.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,942.01<br>$65,942.01 |
| Claim: 290<br>Date Filed:11/02/05<br>Docketed Total:   $12,602.00<br>Filing Creditor Name and Address<br>  CUSTOM ELECTRIC MANUFACTURING<br>  INC<br>  T ECKSTEIN<br>  48941 W RD<br>  WIXOM MI 48393 | Claim Holder Name and Address<br>CUSTOM ELECTRIC MANUFACTURING INC<br>T ECKSTEIN<br>48941 W RD<br>WIXOM MI 48393 | Docketed Total | | $12,602.00 | | Modified Total | | $12,602.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,602.00<br>$12,602.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,602.00<br>$12,602.00 |

In re: Delphi Corporation, <u>et al.</u>                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | Docketed Total | | | Modified Total | |
|---|---|---|---|---|---|---|---|
| Claim: 2550<br>Date Filed:04/04/06<br>Docketed Total:  $148,987.53<br>Filing Creditor Name and Address<br>  DAA DRAEXLMAIER AUTOMOTIVE OF<br>  AMERICA<br>  1751 E MAIN ST<br>  DUNCAN SC 29334 | DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA<br>1751 E MAIN ST<br>DUNCAN SC 29334 | | Docketed Total | $148,987.53 | | Modified Total | $147,992.53 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $148,987.53<br>$148,987.53 | 05-44640 | | | $147,992.53<br>$147,992.53 |
| Claim: 1692<br>Date Filed:01/30/06<br>Docketed Total:  $5,416.00<br>Filing Creditor Name and Address<br>  DAGE PRECISION INDUSTRIES INC<br>  4024 CLIPPER COURT<br>  FREMONT CA 94538 | DAGE PRECISION INDUSTRIES INC<br>4024 CLIPPER COURT<br>FREMONT CA 94538 | | Docketed Total | $5,416.00 | | Modified Total | $5,416.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $5,416.00<br>$5,416.00 | 05-44640 | | | $5,416.00<br>$5,416.00 |
| Claim: 11541<br>Date Filed:07/27/06<br>Docketed Total:  $11,746.36<br>Filing Creditor Name and Address<br>  DAYTON DRILL BUSHING  EFT<br>  LEAHY CORP<br>  PO BOX 301<br>  DAYTON OH 45404 | DAYTON DRILL BUSHING  EFT<br>LEAHY CORP<br>PO BOX 301<br>DAYTON OH 45404 | | Docketed Total | $11,746.36 | | Modified Total | $11,746.36 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $11,746.36<br>$11,746.36 | 05-44640 | | | $11,746.36<br>$11,746.36 |
| Claim: 8925<br>Date Filed:07/05/06<br>Docketed Total:  $40,822.50<br>Filing Creditor Name and Address<br>  DE LAGE LANDEN FINANCIAL<br>  SERVICES INC<br>  DBA OCE USA INC<br>  1111 OLD EAGLE SCHOOL RD<br>  WAYNE PA 19087 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>DBA OCE USA INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | | Docketed Total | $40,822.50 | | Modified Total | $4,163.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $40,822.50<br>$40,822.50 | 05-44640 | | | $4,163.00<br>$4,163.00 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 750**
Date Filed:11/21/05
Docketed Total:  $17,597.28
Filing Creditor Name and Address
  DEARBORN GROUP
  27007 HILLS TECH COURT
  FARMINGTON HILLS MI 48331

Claim Holder Name and Address
DEARBORN GROUP
27007 HILLS TECH COURT
FARMINGTON HILLS MI 48331

Docketed Total    $17,597.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,597.28 |
| | | | $17,597.28 |

Modified Total    $17,577.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,577.00 |
| | | | $17,577.00 |

---

**Claim: 5826**
Date Filed:05/15/06
Docketed Total:   $32,091.03
Filing Creditor Name and Address
  DIEBOLT INTERNATIONAL INC
  DADCO
  43850 PLYMOUTH OAKS BLVD
  PLYMOUTH MI 48170

Claim Holder Name and Address
DIEBOLT INTERNATIONAL INC
DADCO
43850 PLYMOUTH OAKS BLVD
PLYMOUTH MI 48170

Docketed Total    $32,091.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $32,091.03 |
| | | | $32,091.03 |

Modified Total    $30,953.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,953.71 |
| | | | $30,953.71 |

---

**Claim: 10418**
Date Filed:07/24/06
Docketed Total:   $27,002.18
Filing Creditor Name and Address
  DIVERSEY CORP
  ATTN DIANE TAYLOR
  JOHNSON DIVERSEY INC
  DUBOIS CHEMICALS DIV
  200 CROWNE POINT PL
  SHARONVILLE OH 45241

Claim Holder Name and Address
DIVERSEY CORP
ATTN DIANE TAYLOR
JOHNSON DIVERSEY INC
DUBOIS CHEMICALS DIV
200 CROWNE POINT PL
SHARONVILLE OH 45241

Docketed Total    $27,002.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,002.18 |
| | | | $27,002.18 |

Modified Total    $482.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $482.04 |
| | | | $482.04 |

---

**Claim: 2607**
Date Filed:04/11/06
Docketed Total:   $58.00
Filing Creditor Name and Address
  DORNER MFG CORP
  975 COTTONWOOD AVE
  HARTLAND WI 53029-0020

Claim Holder Name and Address
DORNER MFG CORP
975 COTTONWOOD AVE
HARTLAND WI 53029-0020

Docketed Total    $58.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $58.00 |
| | | | $58.00 |

Modified Total    $58.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58.00 |
| | | | $58.00 |

---

*See Exhibit G for a listing of debtor entities by case number                Page:   15 of 62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14402**
Date Filed: 07/31/06
Docketed Total:   $18,385.92
Filing Creditor Name and Address
 DOTT INDUSTRIES INC
 RYAN D HEILMAN ESQ
 40950 WOODWARD AVE STE 100
 BLOOMFIELD HILLS MI 48304

Claim Holder Name and Address — Docketed Total $18,385.92
DOTT INDUSTRIES INC
RYAN D HEILMAN ESQ
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS MI 48304

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | $18,385.92 | | | 05-44567 | | | $18,360.04 |
| | $18,385.92 | | | | | | $18,360.04 |

Modified Total $18,360.04

---

**Claim: 1128**
Date Filed: 12/12/05
Docketed Total:   $1,892.54
Filing Creditor Name and Address
 DOUG WIRT ENTERPRISES INC DBA
 WIRT SAGINAW STONE DOCK
 4700 CROW ISLAND
 SAGINAW MI 48601

Claim Holder Name and Address — Docketed Total $1,892.54
DOUG WIRT ENTERPRISES INC DBA WIRT
SAGINAW STONE DOCK
4700 CROW ISLAND
SAGINAW MI 48601

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,892.54 | 05-44640 | | | $1,892.54 |
| | | | $1,892.54 | | | | $1,892.54 |

Modified Total $1,892.54

---

**Claim: 7342**
Date Filed: 06/02/06
Docketed Total:   $67,009.18
Filing Creditor Name and Address
 DOW CORNING CORPORATION
 ATTN TAMMY GROVE CO1222
 2200 W SALZBURG RD
 MIDLAND MI 48686

Claim Holder Name and Address — Docketed Total $67,009.18
DOW CORNING CORPORATION
ATTN TAMMY GROVE CO1222
2200 W SALZBURG RD
MIDLAND MI 48686

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $67,009.18 | 05-44640 | | | $66,528.00 |
| | | | $67,009.18 | | | | $66,528.00 |

Modified Total $66,528.00

---

**Claim: 7470**
Date Filed: 06/05/06
Docketed Total:   $55,235.07
Filing Creditor Name and Address
 DT ASSEMBLY & TEST EUROPE LTD
 DT INDUSTRIES
 TINGEWICK RD
 BUCKINGHAM BUCKINGHA  MK18 1EF
 UNITED KINGDOM

Claim Holder Name and Address — Docketed Total $55,235.07
DT ASSEMBLY & TEST EUROPE LTD
DT INDUSTRIES
TINGEWICK RD
BUCKINGHAM BUCKINGHA  MK18 1EF
UNITED KINGDOM

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $55,235.07 | 05-44640 | | | $55,235.07 |
| | | | $55,235.07 | | | | $55,235.07 |

Modified Total $55,235.07

---

*See Exhibit G for a listing of debtor entities by case number                Page:   16 of 62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9916<br>Date Filed:07/19/06<br>Docketed Total:  $86,129.80<br>Filing Creditor Name and Address<br> DYBROOK PRODUCTS INC<br> 5232 TOD AVE S W UNIT 23<br> WARREN OH 44481-972 | Claim Holder Name and Address<br>DYBROOK PRODUCTS INC<br>5232 TOD AVE S W UNIT 23<br>WARREN OH 44481-972 | Docketed Total | | $86,129.80 | | Modified Total | | $74,018.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$86,129.80<br>$86,129.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,018.11<br>$74,018.11 |
| Claim: 1090<br>Date Filed:12/09/05<br>Docketed Total:  $8,142.11<br>Filing Creditor Name and Address<br> EASYLINK SERVICES<br> 33 KNIGHTSBRIDGE RD<br> PISCATAWAY NJ 08854 | Claim Holder Name and Address<br>EASYLINK SERVICES<br>33 KNIGHTSBRIDGE RD<br>PISCATAWAY NJ 08854 | Docketed Total | | $8,142.11 | | Modified Total | | $8,142.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,142.11<br>$8,142.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,142.11<br>$8,142.11 |
| Claim: 4753<br>Date Filed:05/04/06<br>Docketed Total:  $486.56<br>Filing Creditor Name and Address<br> EATON OFFICE SUPPLY CO INC<br> 180 JOHN GLENN DR<br> AMHERST NY 14228-2292 | Claim Holder Name and Address<br>EATON OFFICE SUPPLY CO INC<br>180 JOHN GLENN DR<br>AMHERST NY 14228-2292 | Docketed Total | | $486.56 | | Modified Total | | $486.56 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$486.56<br>$486.56 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$486.56<br>$486.56 | Unsecured |
| Claim: 5468<br>Date Filed:05/10/06<br>Docketed Total:   $1,500.00<br>Filing Creditor Name and Address<br> ELITE MOLD & ENGINEERING EFT<br> 51548 FILOMENA DR<br> SHELBY TOWNSHIP MI 48315 | Claim Holder Name and Address<br>ELITE MOLD & ENGINEERING EFT<br>51548 FILOMENA DR<br>SHELBY TOWNSHIP MI 48315 | Docketed Total | | $1,500.00 | | Modified Total | | $1,500.00 |
| | Case Number*<br>05-44640 | Secured<br>$960.00<br>$960.00 | Priority | Unsecured<br>$540.00<br>$540.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,500.00<br>$1,500.00 |

*See Exhibit G for a listing of debtor entities by case number              Page:   17 of 62

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 657<br>Date Filed:11/17/05<br>Docketed Total:   $4,150.00<br>Filing Creditor Name and Address<br> EMG EIFELWERK HEINRICH STEIN<br> MONTAGE GMBH<br> RAIFFESISENSTRASSE 5<br> UTTFELD  54619<br> GERMANY | Claim Holder Name and Address<br>EMG EIFELWERK HEINRICH STEIN<br>MONTAGE GMBH<br>RAIFFESISENSTRASSE 5<br>UTTFELD  54619<br>GERMANY | Docketed Total | | $4,150.00 | | Modified Total | | $4,150.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,150.00<br>$4,150.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,150.00<br>$4,150.00 |
| Claim: 5060<br>Date Filed:05/08/06<br>Docketed Total:   $825.00<br>Filing Creditor Name and Address<br> ENGINEERING SUPPLY CORP<br> 11281 JAMES ST<br> HOLLAND MI 49424-862 | Claim Holder Name and Address<br>ENGINEERING SUPPLY CORP<br>11281 JAMES ST<br>HOLLAND MI 49424-862 | Docketed Total | | $825.00 | | Modified Total | | $825.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$825.00<br>$825.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$825.00<br>$825.00 |
| Claim: 6992<br>Date Filed:05/30/06<br>Docketed Total:   $13,831.00<br>Filing Creditor Name and Address<br> ENGINEERING TECHNOLOGY ASSOC<br> INC<br> 1133 E MAPLE RD STE 200<br> TROY MI 48083 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $13,831.00 | | Modified Total | | $13,831.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$10,000.00<br>$10,000.00 | Unsecured<br>$3,831.00<br>$3,831.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,831.00<br>$13,831.00 |
| Claim: 1143<br>Date Filed:12/13/05<br>Docketed Total:   $2,975.00<br>Filing Creditor Name and Address<br> EPES EXPRESS SERVICES INC<br> PO BOX 35884<br> GREENSBORO NC 27425 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Docketed Total | | $2,975.00 | | Modified Total | | $2,975.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,975.00<br>$2,975.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,975.00<br>$2,975.00 |

In re: Delphi Corporation, <u>et al.</u>                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1464**
Date Filed: 01/09/06
Docketed Total:    $122,867.13
Filing Creditor Name and Address
  ERWIN QUARDER INC
  ATTN JENNIFER STEWARD
  5101 KRAFT AVE SE
  GRAND RAPIDS MI 49512

Claim Holder Name and Address    Docketed Total    $122,867.13
ERWIN QUARDER INC
ATTN JENNIFER STEWARD
5101 KRAFT AVE SE
GRAND RAPIDS MI 49512

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $122,867.13 | 05-44567 | | | $100,997.21 |
| | | | $122,867.13 | | | | $100,997.21 |

Modified Total    $100,997.21

---

**Claim: 15354**
Date Filed: 07/31/06
Docketed Total:    $4,135.81
Filing Creditor Name and Address
  EXONIC SYSTEMS
  149 DELTA DR
  PITTSBURGH PA 15238

Claim Holder Name and Address    Docketed Total    $4,135.81
EXONIC SYSTEMS
149 DELTA DR
PITTSBURGH PA 15238

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,135.81 | 05-44640 | | | $4,135.81 |
| | | | $4,135.81 | | | | $4,135.81 |

Modified Total    $4,135.81

---

**Claim: 1672**
Date Filed: 01/26/06
Docketed Total:    $633,258.00
Filing Creditor Name and Address
  FIRST TECHNOLOGY HOLDINGS INC
  AND AFFILIATES AND
  SUBSIDIARIES
  JOHN D HERTZBERG
  30150 TELEGRAPH RD STE 444
  BINGHAM FARMS MI 48025

Claim Holder Name and Address    Docketed Total    $633,258.00
FIRST TECHNOLOGY HOLDINGS INC AND
AFFILIATES AND SUBSIDIARIES
JOHN D HERTZBERG
30150 TELEGRAPH RD STE 444
BINGHAM FARMS MI 48025

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $175,000.00 | $458,258.00 | 05-44640 | | | $633,258.00 |
| | | $175,000.00 | $458,258.00 | | | | $633,258.00 |

Modified Total    $633,258.00

---

**Claim: 3946**
Date Filed: 05/01/06
Docketed Total:    $12,161.00
Filing Creditor Name and Address
  FISCHER SPECIAL TOOLING
  KEVIN JOHNSON
  7219 COMMERCE DR
  MENTOR OH 44060

Claim Holder Name and Address    Docketed Total    $12,161.00
FISCHER SPECIAL TOOLING
KEVIN JOHNSON
7219 COMMERCE DR
MENTOR OH 44060

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,161.00 | 05-44640 | | | $12,161.00 |
| | | | $12,161.00 | | | | $12,161.00 |

Modified Total    $12,161.00

In re: Delphi Corporation, et al.                                                                 Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 3319**
Date Filed: 04/28/06
Docketed Total:   $2,632.00
Filing Creditor Name and Address
  FLEX PAC INC
  7113 S MAYFLOWER PK DR
  ZIONSVILLE IN 46077

Claim Holder Name and Address      Docketed Total      $2,632.00
FLEX PAC INC
7113 S MAYFLOWER PK DR
ZIONSVILLE IN 46077

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,632.00 |
| | | | $2,632.00 |

Modified Total      $2,632.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,632.00 |
| | | | $2,632.00 |

---

**Claim: 9076**
Date Filed: 07/06/06
Docketed Total:   $35,858.00
Filing Creditor Name and Address
  FLEX TECHNOLOGIES INC
  104 FLEX DR
  PORTLAND TN 37148

Claim Holder Name and Address      Docketed Total      $35,858.00
FLEX TECHNOLOGIES INC
104 FLEX DR
PORTLAND TN 37148

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,858.00 |
| | | | $35,858.00 |

Modified Total      $35,820.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,820.11 |
| | | | $35,820.11 |

---

**Claim: 10895**
Date Filed: 07/25/06
Docketed Total:   $7,096.55
Filing Creditor Name and Address
  FLUID KINETICS DIV OF VALCO
  CINCINNATI
  VALCO CINCINNATI INC
  411 CIRCLE FREEWAY DR
  CINCINNATI OH 45246

Claim Holder Name and Address      Docketed Total      $7,096.55
FLUID KINETICS DIV OF VALCO
CINCINNATI
VALCO CINCINNATI INC
411 CIRCLE FREEWAY DR
CINCINNATI OH 45246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,096.55 |
| | | | $7,096.55 |

Modified Total      $7,096.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,096.55 |
| | | | $7,096.55 |

---

**Claim: 5063**
Date Filed: 05/08/06
Docketed Total:   $5,428.30
Filing Creditor Name and Address
  FOERSTER INSTRUMENTS INC
  140 INDUSTRY DR
  PITTSBURGH PA 15275

Claim Holder Name and Address      Docketed Total      $5,428.30
FOERSTER INSTRUMENTS INC
140 INDUSTRY DR
PITTSBURGH PA 15275

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,428.30 |
| | | | $5,428.30 |

Modified Total      $5,420.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,420.00 |
| | | | $5,420.00 |

---

*See Exhibit G for a listing of debtor entities by case number          Page:   20 of 62

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10405<br>Date Filed:07/24/06<br>Docketed Total:   $5,400.00<br>Filing Creditor Name and Address<br>  FOX EXCAVATING AND SEWER<br>  1014 FRANKLIN ST<br>  SANDUSKY OH 44870 | Claim Holder Name and Address<br>FOX EXCAVATING AND SEWER<br>1014 FRANKLIN ST<br>SANDUSKY OH 44870 | Docketed Total | | $5,400.00 | | Modified Total | | $5,400.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,400.00<br>$5,400.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,400.00<br>$5,400.00 |
| Claim: 10757<br>Date Filed:07/25/06<br>Docketed Total:   $72,525.00<br>Filing Creditor Name and Address<br>  FUJIKOKI AMERICA INC<br>  DONNIE J ANDERSON<br>  4040 BRONZE WAY<br>  DALLAS TX 75237 | Claim Holder Name and Address<br>FUJIKOKI AMERICA INC<br>DONNIE J ANDERSON<br>4040 BRONZE WAY<br>DALLAS TX 75237 | Docketed Total | | $72,525.00 | | Modified Total | | $37,245.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$72,525.00<br>$72,525.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,245.00<br>$37,245.00 |
| Claim: 501<br>Date Filed:11/10/05<br>Docketed Total:   $311,610.55<br>Filing Creditor Name and Address<br>  FUTURE ELECTRONICS<br>  DIANE SVENDSEN<br>  41 MAIN ST<br>  BOLTON MA 01740 | Claim Holder Name and Address<br>FUTURE ELECTRONICS<br>DIANE SVENDSEN<br>41 MAIN ST<br>BOLTON MA 01740 | Docketed Total | | $311,610.55 | | Modified Total | | $308,621.57 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$311,610.55<br>$311,610.55 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$308,621.57<br>$308,621.57 |
| Claim: 16536<br>Date Filed:02/13/07<br>Docketed Total:   $452,346.63<br>Filing Creditor Name and Address<br>  GENESEE PACKAGING INC<br>  DENNIS M HALEY P14538<br>  WINEGARDEN HALEY LINDHOLM &<br>  ROBERTS<br>  G 9460 S SAGINAW ST STE A<br>  GRAND BLANC MI 48439 | Claim Holder Name and Address<br>GENESEE PACKAGING INC<br>DENNIS M HALEY P14538<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC MI 48439 | Docketed Total | | $452,346.63 | | Modified Total | | $481,540.09 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$452,346.63<br>$452,346.63 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$481,540.09<br>$481,540.09 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   21 of 62

In re: Delphi Corporation, et al.                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 11937<br>Date Filed:07/28/06<br>Docketed Total:   $17,280.45<br>Filing Creditor Name and Address<br> GORMAN JOHN M CO INC<br> 2844 KEENAN AVE<br> DAYTON OH 45414-4914 | Claim Holder Name and Address<br>GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON OH 45414-4914 | Docketed Total | | | $17,280.45 | | Modified Total | | | $17,280.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,280.45<br>$17,280.45 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,280.45<br>$17,280.45 | |
| Claim: 1694<br>Date Filed:01/30/06<br>Docketed Total:   $5,451.99<br>Filing Creditor Name and Address<br> GREINER PERFOAM GMBH GERMANY<br> ROBERT BOSCH STR 13<br> WANGEN  73117<br> GERMANY | Claim Holder Name and Address<br>GREINER PERFOAM GMBH GERMANY<br>ROBERT BOSCH STR 13<br>WANGEN  73117<br>GERMANY | Docketed Total | | | $5,451.99 | | Modified Total | | | $5,367.31 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,451.99<br>$5,451.99 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,367.31<br>$5,367.31 | |
| Claim: 9219<br>Date Filed:07/10/06<br>Docketed Total:   $290,762.87<br>Filing Creditor Name and Address<br> GREYSTONE OF LINCOLN INC<br> 7 WELLINGTON RD<br> LINCOLN RI 02865 | Claim Holder Name and Address<br>GREYSTONE OF LINCOLN INC<br>7 WELLINGTON RD<br>LINCOLN RI 02865 | Docketed Total | | | $290,762.87 | | Modified Total | | | $287,266.60 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$290,762.87<br>$290,762.87 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$287,266.60<br>$287,266.60 | |
| Claim: 11258<br>Date Filed:07/27/06<br>Docketed Total:   $7,745.30<br>Filing Creditor Name and Address<br> HACK PIRO ODAY MERKLINGER<br> WALLACE & MCKENNA PA<br> 30 COLUMBIA TKP<br> FLORHAM PK NJ 07932 | Claim Holder Name and Address<br>HACK PIRO ODAY MERKLINGER<br>WALLACE & MCKENNA PA<br>30 COLUMBIA TKP<br>FLORHAM PK NJ 07932 | Docketed Total | | | $7,745.30 | | Modified Total | | | $7,745.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,745.30<br>$7,745.30 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,745.30<br>$7,745.30 | |

*See Exhibit G for a listing of debtor entities by case number                    Page:   22 of 62

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7016<br>Date Filed:05/30/06<br>Docketed Total:   $54,883.42<br>Filing Creditor Name and Address<br> HARRIS HEALTHTRENDS  EFT CORP<br> 6629 W CENTRAL AVE<br> TOLEDO OH 43617-1401 | Claim Holder Name and Address<br>HARRIS HEALTHTRENDS  EFT CORP<br>6629 W CENTRAL AVE<br>TOLEDO OH 43617-1401 | Docketed Total | | $54,883.42 | | Modified Total | | $31,710.90 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$54,883.42<br>$54,883.42 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,710.90<br>$31,710.90 |
| Claim: 4771<br>Date Filed:05/04/06<br>Docketed Total:   $167,142.92<br>Filing Creditor Name and Address<br> HELLA ELECTRONICS CORP<br> PO BOX 398<br> FLORA IL 62839 | Claim Holder Name and Address<br>HELLA ELECTRONICS CORP<br>PO BOX 398<br>FLORA IL 62839 | Docketed Total | | $167,142.92 | | Modified Total | | $164,800.58 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$167,142.92<br>$167,142.92 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$164,800.58<br>$164,800.58 |
| Claim: 3827<br>Date Filed:05/01/06<br>Docketed Total:   $31,046.14<br>Filing Creditor Name and Address<br> HENRY COUNTY RURAL ELECTRIC ME<br> HENRY COUNTY REMC<br> 201 N 6TH ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address<br>HENRY COUNTY RURAL ELECTRIC ME<br>HENRY COUNTY REMC<br>201 N 6TH ST<br>NEW CASTLE IN 47362 | Docketed Total | | $31,046.14 | | Modified Total | | $30,449.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$31,046.14<br>$31,046.14 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,449.05<br>$30,449.05 |
| Claim: 7847<br>Date Filed:06/12/06<br>Docketed Total:   $8,716.81<br>Filing Creditor Name and Address<br> HERITAGE OPERATING LP<br> IKARD & NEWSOM SERVI GAS<br> 13307 MONTANA AVE<br> EL PASO TX 79938 | Claim Holder Name and Address<br>HERITAGE OPERATING LP<br>IKARD & NEWSOM SERVI GAS<br>13307 MONTANA AVE<br>EL PASO TX 79938 | Docketed Total | | $8,716.81 | | Modified Total | | $8,626.36 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,716.81<br>$8,716.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,626.36<br>$8,626.36 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2674<br>Date Filed:04/18/06<br>Docketed Total:  $54,264.82<br>Filing Creditor Name and Address<br>  HIGHLAND TRANSPORT<br>  2815 14TH AVE<br>  MARKHAM ON L3R 0H9<br>  CANADA | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | | $54,264.82 | | Modified Total | | $54,264.82 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$54,264.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,264.82 |
| | | | | $54,264.82 | | | | $54,264.82 |
| Claim: 7324<br>Date Filed:06/01/06<br>Docketed Total:   $114,828.73<br>Filing Creditor Name and Address<br>  HILL & KNOWLTON AUSTRALIA PTY<br>  C 12 338 PITT ST SYDNEY<br>  N5W 2000<br><br>  AUSTRALIA | Claim Holder Name and Address<br>HILL & KNOWLTON AUSTRALIA PTY<br>C 12 338 PITT ST SYDNEY<br>N5W 2000<br><br>AUSTRALIA | Docketed Total | | $114,828.73 | | Modified Total | | $114,828.73 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$114,828.73<br>$114,828.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$114,828.73<br>$114,828.73 |
| Claim: 1478<br>Date Filed:01/09/06<br>Docketed Total:   $18,187.00<br>Filing Creditor Name and Address<br>HONEYWELL INTERNATIONAL HPS<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233-M<br>TEMPE AZ 85284 | Claim Holder Name and Address<br>HONEYWELL INTERNATIONAL HPS<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233-M<br>TEMPE AZ 85284 | Docketed Total | | $18,187.00 | | Modified Total | | $15,763.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$18,187.00<br>$18,187.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,763.00<br>$15,763.00 |
| Claim: 2170<br>Date Filed:03/02/06<br>Docketed Total:   $14,595.67<br>Filing Creditor Name and Address<br>  HONEYWELL INTERNATIONAL INC<br>  DEBBIE JACKSON ASSOCIATE<br>  ACCOUNTING<br>  ACS CASH SERVICES<br>  1985 DOUGLAS DR N MN10 2517<br>  GOLDEN VALLEY MN 55422 | Claim Holder Name and Address<br>HONEYWELL INTERNATIONAL INC<br>DEBBIE JACKSON ASSOCIATE<br>ACCOUNTING<br>ACS CASH SERVICES<br>1985 DOUGLAS DR N MN10 2517<br>GOLDEN VALLEY MN 55422 | Docketed Total | | $14,595.67 | | Modified Total | | $7,137.53 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,595.67<br>$14,595.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,137.53<br>$7,137.53 |

In re: Delphi Corporation, <u>et al.</u>                                                           Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10977<br>Date Filed:07/26/06<br>Docketed Total:  $9,062.95<br>Filing Creditor Name and Address<br>  HOTTINGER BALDWIN MEASUREMENTS<br>  INC<br>  19 BARTLETT ST<br>  MARLBORO MA 01752 | Claim Holder Name and Address   Docketed Total   $9,062.95<br>HOTTINGER BALDWIN MEASUREMENTS INC<br>19 BARTLETT ST<br>MARLBORO MA 01752 | | | | | | | Modified Total   $9,062.95 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                                                      $9,062.95<br>_____<br>                                           $9,062.95 | | | | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                                                      $9,062.95<br>_____<br>                                           $9,062.95 | | | |
| Claim: 1435<br>Date Filed:01/04/06<br>Docketed Total:  $9,231.25<br>Filing Creditor Name and Address<br>  HUNTSVILLE RADIO SERVICE INC<br>  2402 CLINTON AVE W<br>  HUNTSVILLE AL 35805 | Claim Holder Name and Address   Docketed Total   $9,231.25<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total   $9,231.25 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                                                      $9,231.25<br>                                           $9,231.25 | | | | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                                                      $9,231.25<br>                                           $9,231.25 | | | |
| Claim: 643<br>Date Filed:11/17/05<br>Docketed Total:  $74,900.00<br>Filing Creditor Name and Address<br>  HYATT REGENCY HOTEL SAN<br>  ANTONIO<br>  ATTN PATRICK GONZALES<br>  HYATT REGENCY HOTEL<br>  123 LOSOYA<br>  SAN ANTONIO TX 78205 | Claim Holder Name and Address   Docketed Total   $74,900.00<br>HYATT REGENCY HOTEL SAN ANTONIO<br>ATTN PATRICK GONZALES<br>HYATT REGENCY HOTEL<br>123 LOSOYA<br>SAN ANTONIO TX 78205 | | | | | | | Modified Total   $74,900.00 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                                                      $74,900.00<br>_____<br>                                           $74,900.00 | | | | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                                                      $74,900.00<br>                                           $74,900.00 | | | |
| Claim: 3383<br>Date Filed:04/28/06<br>Docketed Total:  $2,576.96<br>Filing Creditor Name and Address<br>  HYDROSCAPES INC<br>  337 W CENTRAL AVE<br>  WEST CARROLLTON OH 45449 | Claim Holder Name and Address   Docketed Total   $2,576.96<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | | | | | | | Modified Total   $2,576.96 |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                                                      $2,576.96<br>                                           $2,576.96 | | | | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                                                      $2,576.96<br>                                           $2,576.96 | | | |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2427<br>Date Filed:03/27/06<br>Docketed Total:  $9,249.00<br>Filing Creditor Name and Address<br> I DONALD PENSON<br> STEVEN LEE SMITH<br> SHUMAKER LOOP & KENDRICK LLP<br> 41 S HIGHT ST STE 2400<br> COLUMBUS OH 43215 | Claim Holder Name and Address<br>I DONALD PENSON<br>STEVEN LEE SMITH<br>SHUMAKER LOOP & KENDRICK LLP<br>41 S HIGHT ST STE 2400<br>COLUMBUS OH 43215 | Docketed Total | | $9,249.00 | | Modified Total | | $9,249.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,249.00<br>$9,249.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,249.00<br>$9,249.00 |
| Claim: 1177<br>Date Filed:12/15/05<br>Docketed Total:  $6,764.69<br>Filing Creditor Name and Address<br> IBEROFON PLASTICOS SL<br> POL IND MIRALCAMPO C ALUMINIO<br> 4<br> 19200 AZUQUECA DE HENARES<br> GUADALAJARA<br> SPAIN | Claim Holder Name and Address<br>IBEROFON PLASTICOS SL<br>POL IND MIRALCAMPO C ALUMINIO<br>4<br>19200 AZUQUECA DE HENARES<br>GUADALAJARA<br>SPAIN | Docketed Total | | $6,764.69 | | Modified Total | | $6,707.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,764.69<br>$6,764.69 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,707.96<br>$6,707.96 |
| Claim: 1932<br>Date Filed:02/09/06<br>Docketed Total:  $43,975.27<br>Filing Creditor Name and Address<br> ICOM1 INTEGRATED SYSTEMS<br> PO BOX 8028<br> 22975 VENTURE DR<br> NOVI MI 48376 | Claim Holder Name and Address<br>ICOM1 INTEGRATED SYSTEMS<br>PO BOX 8028<br>22975 VENTURE DR<br>NOVI MI 48376 | Docketed Total | | $43,975.27 | | Modified Total | | $43,975.27 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$43,975.27<br>$43,975.27 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43,975.27<br>$43,975.27 |
| Claim: 9648<br>Date Filed:07/12/06<br>Docketed Total:  $225,089.20<br>Filing Creditor Name and Address<br> INDIANA UNIVERSITY<br> ATTN MICHAEL A KLEIN ESQ<br> OFFICE OF UNIVERSITY COUNSEL<br> 107 SOUTH INDIANA DR RM 211<br> BLOOMINGTON IN 47405-7000 | Claim Holder Name and Address<br>INDIANA UNIVERSITY<br>ATTN MICHAEL A KLEIN ESQ<br>OFFICE OF UNIVERSITY COUNSEL<br>107 SOUTH INDIANA DR RM 211<br>BLOOMINGTON IN 47405-7000 | Docketed Total | | $225,089.20 | | Modified Total | | $128,109.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$225,089.20<br>$225,089.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128,109.96<br>$128,109.96 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 913<br>Date Filed:11/28/05<br>Docketed Total:  $32,863.89<br>Filing Creditor Name and Address<br> INDIANAPOLIS POWER & LIGHT<br> COMPANY<br> LACHELLE D STEPP<br> 8470 ALLISON POINT BLVD STE<br> 100<br> INDIANPOLIS IN 46250 | Claim Holder Name and Address    Docketed Total    $32,863.89<br>INDIANAPOLIS POWER & LIGHT COMPANY<br>LACHELLE D STEPP<br>8470 ALLISON POINT BLVD STE 100<br>INDIANPOLIS IN 46250 | | | | | Modified Total | $32,844.76 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,863.89<br>———<br>$32,863.89 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,844.76<br>———<br>$32,844.76 |
| Claim: 4705<br>Date Filed:05/04/06<br>Docketed Total:  $10,728.12<br>Filing Creditor Name and Address<br> INDUSTRIAL CONTROL DISTRIBUTOR<br> 1776 BLOOMSBURY AVE<br> WANAMASSA NJ 07712 | Claim Holder Name and Address    Docketed Total    $10,728.12<br>INDUSTRIAL CONTROL DISTRIBUTOR<br>1776 BLOOMSBURY AVE<br>WANAMASSA NJ 07712 | | | | | Modified Total | $10,728.12 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,728.12<br>$10,728.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,728.12<br>$10,728.12 |
| Claim: 3144<br>Date Filed:04/28/06<br>Docketed Total:  $3,124.57<br>Filing Creditor Name and Address<br> INFRAMAT CORPORATION<br> 74 BATTERSON PK RD<br> FARMINGTON CT 06032 | Claim Holder Name and Address    Docketed Total    $3,124.57<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | | | | | Modified Total | $3,124.57 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,124.57<br>$3,124.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,124.57<br>$3,124.57 |
| Claim: 410<br>Date Filed:11/07/05<br>Docketed Total:  $1,417.80<br>Filing Creditor Name and Address<br> INTEGRIS METALS FLINT<br> 455 85TH AVE NW<br> COON RAPIDS MN 55433 | Claim Holder Name and Address    Docketed Total    $1,417.80<br>INTEGRIS METALS FLINT<br>455 85TH AVE NW<br>COON RAPIDS MN 55433 | | | | | Modified Total | $81.60 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,417.80<br>$1,417.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$81.60<br>$81.60 |

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 1138<br>Date Filed:12/13/05<br>Docketed Total:   $14,399.28<br>Filing Creditor Name and Address<br> INTERNAL HONING ABRASIVES INC<br> JOHN HOEKSTRA<br> 3011 HILLCROFT AVE SW<br> GRAND RAPIDS MI 49548 | Claim Holder Name and Address<br>INTERNAL HONING ABRASIVES INC<br>JOHN HOEKSTRA<br>3011 HILLCROFT AVE SW<br>GRAND RAPIDS MI 49548 | Docketed Total | $14,399.28 | | Modified Total | | $14,399.28 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$14,399.28<br>$14,399.28 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$14,399.28<br>$14,399.28 |
| Claim: 28<br>Date Filed:10/17/05<br>Docketed Total:   $22,624.17<br>Filing Creditor Name and Address<br> ISSPRO INC<br> PO BOX 11177<br> PORTLAND OR 97211 | Claim Holder Name and Address<br>ISSPRO INC<br>PO BOX 11177<br>PORTLAND OR 97211 | Docketed Total | $22,624.17 | | Modified Total | | $6,165.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$22,624.17<br>$22,624.17 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$6,165.00<br>$6,165.00 |
| Claim: 3916<br>Date Filed:05/01/06<br>Docketed Total:   $48,511.07<br>Filing Creditor Name and Address<br> ITT CANNON SANTA ANA<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT CANNON SANTA ANA<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | $48,511.07 | | Modified Total | | $20,869.49 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$48,511.07<br>$48,511.07 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$20,869.49<br>$20,869.49 |
| Claim: 1608<br>Date Filed:01/17/06<br>Docketed Total:   $7,770.48<br>Filing Creditor Name and Address<br> ITT MMI<br> ITT INDUSTRIES SHARED SERVICES<br> 2881 EAST BAYARD STREET<br> SENECA FALLS NY 13148 | Claim Holder Name and Address<br>ITT MMI<br>ITT INDUSTRIES SHARED SERVICES<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | Docketed Total | $7,770.48 | | Modified Total | | $7,319.84 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,770.48<br>$7,770.48 | <u>Case Number*</u><br>05-44507 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,319.84<br>$7,319.84 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   28 of 62

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2008**
Date Filed: 02/14/06
Docketed Total: $7,968.03
Filing Creditor Name and Address
J H BENNETT AND CO INC
PO BOX 8028
22975 VENTURE DR
NOVI MI 48376

| Claim Holder Name and Address | Docketed Total | $7,968.03 | | | Modified Total | $7,968.03 |
|---|---|---|---|---|---|---|
| J H BENNETT AND CO INC PO BOX 8028 22975 VENTURE DR NOVI MI 48376 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,968.03 $7,968.03 | 05-44640 | | | $7,968.03 $7,968.03 |

**Claim: 1314**
Date Filed: 12/27/05
Docketed Total: $9,894.39
Filing Creditor Name and Address
JAMISON METAL SUPPLY INC
KAREN JAMISON
PO BOX 70
DAYTON OH 45449

| Claim Holder Name and Address | Docketed Total | $9,894.39 | | | Modified Total | $9,894.39 |
|---|---|---|---|---|---|---|
| JAMISON METAL SUPPLY INC KAREN JAMISON PO BOX 70 DAYTON OH 45449 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,894.39 $9,894.39 | 05-44640 | | | $9,894.39 $9,894.39 |

**Claim: 4578**
Date Filed: 05/03/06
Docketed Total: $36,003.34
Filing Creditor Name and Address
JCM AMERICAN CORPORATION
DANTE OLGADO
925 PILOT RD
LAS VEGAS NV 89119

| Claim Holder Name and Address | Docketed Total | $36,003.34 | | | Modified Total | $29,237.89 |
|---|---|---|---|---|---|---|
| JCM AMERICAN CORPORATION DANTE OLGADO 925 PILOT RD LAS VEGAS NV 89119 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $36,003.34 $36,003.34 | 05-44507 | | | $29,237.89 $29,237.89 |

**Claim: 4261**
Date Filed: 05/01/06
Docketed Total: $13,152.00
Filing Creditor Name and Address
JODON ENGINEERING ASSOCIATES I
62 ENTERPRISE DR
ANN ARBOR MI 48103-9503

| Claim Holder Name and Address | Docketed Total | $13,152.00 | | | Modified Total | $13,152.00 |
|---|---|---|---|---|---|---|
| JODON ENGINEERING ASSOCIATES I 62 ENTERPRISE DR ANN ARBOR MI 48103-9503 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,152.00 $13,152.00 | 05-44640 | | | $13,152.00 $13,152.00 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13476**
Date Filed: 07/31/06
Docketed Total:   $7,356.00
Filing Creditor Name and Address
  JOHANN A KRAUSE
  305 W DELAVAN DR
  PO BOX 1367
  JANESVILLE WI 53547-1367

Claim Holder Name and Address — JOHANN A KRAUSE, 305 W DELAVAN DR, PO BOX 1367, JANESVILLE WI 53547-1367 — Docketed Total $7,356.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,356.00 |
| | | | $7,356.00 |

Modified Total $7,356.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,356.00 |
| | | | $7,356.00 |

---

**Claim: 15522**
Date Filed: 07/31/06
Docketed Total:   $12,887.20
Filing Creditor Name and Address
  JOHNSON CONTROLS INC
  STEPHEN BOBO
  SACHNOFF & WEAVER LTD
  10 S WACKER DR STE 4000
  CHICAGO IL 60606

Claim Holder Name and Address — JOHNSON CONTROLS INC, STEPHEN BOBO, SACHNOFF & WEAVER LTD, 10 S WACKER DR STE 4000, CHICAGO IL 60606 — Docketed Total $12,887.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $12,887.20 | | |
| | $12,887.20 | | |

Modified Total $12,887.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,887.20 |
| | | | $12,887.20 |

---

**Claim: 1036**
Date Filed: 12/06/05
Docketed Total:   $14,109.48
Filing Creditor Name and Address
  JOINT PRODUCTION TECHNOLOGY
  INC
  15381 HALLMARK
  MACOMB MI 48042

Claim Holder Name and Address — JOINT PRODUCTION TECHNOLOGY INC, 15381 HALLMARK, MACOMB MI 48042 — Docketed Total $14,109.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,109.48 |
| | | | $14,109.48 |

Modified Total $14,109.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,109.48 |
| | | | $14,109.48 |

---

**Claim: 11588**
Date Filed: 07/27/06
Docketed Total:   $43,628.24
Filing Creditor Name and Address
  K C WELDING SUPPLY INC
  1309 MAIN ST
  ESSEXVILLE MI 48732

Claim Holder Name and Address — REDROCK CAPITAL PARTNERS LLC, 111 S MAIN ST STE C11, PO BOX 9095, BRECKENRIDGE CO 80424 — Docketed Total $43,628.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,628.24 |
| | | | $43,628.24 |

Modified Total $43,209.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,209.45 |
| | | | $43,209.45 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1304<br>Date Filed:12/27/05<br>Docketed Total:   $11,007.20<br>Filing Creditor Name and Address<br> KAPOS MACHINE CONTROL CO<br> ATTN EDWARD KAPANOWSKI<br> 41675 POCATELLO DR<br> CANTON MI 48187 | Claim Holder Name and Address<br>KAPOS MACHINE CONTROL CO<br>ATTN EDWARD KAPANOWSKI<br>41675 POCATELLO DR<br>CANTON MI 48187 | Docketed Total | | $11,007.20 | | Modified Total | | $11,007.20 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$11,007.20<br>$11,007.20 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$11,007.20<br>$11,007.20 |
| Claim: 255<br>Date Filed:10/31/05<br>Docketed Total:   $10,721.27<br>Filing Creditor Name and Address<br> KC TRANSPORTATION INC<br> 888 WILL CARLETON RD<br> CARLETON MI 48117 | Claim Holder Name and Address<br>KC TRANSPORTATION INC<br>888 WILL CARLETON RD<br>CARLETON MI 48117 | Docketed Total | | $10,721.27 | | Modified Total | | $10,711.57 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$10,721.27<br>$10,721.27 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$10,711.57<br>$10,711.57 |
| Claim: 13582<br>Date Filed:07/31/06<br>Docketed Total:   $53,412.66<br>Filing Creditor Name and Address<br> KINCSES TOOL & MOLDING CORP<br> CHARLES WARRINER COMPTROLLER<br> PO BOX 69<br> FLORA MS 39071 | Claim Holder Name and Address<br>KINCSES TOOL & MOLDING CORP<br>CHARLES WARRINER COMPTROLLER<br>PO BOX 69<br>FLORA MS 39071 | Docketed Total | | $53,412.66 | | Modified Total | | $53,412.66 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$53,412.66<br>$53,412.66 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$53,412.66<br>$53,412.66 |
| Claim: 2110<br>Date Filed:02/23/06<br>Docketed Total:   $21,794.34<br>Filing Creditor Name and Address<br> KONE INC<br> BRIAN STELL<br> ONE KONE CT<br> MOLINE IL 61265 | Claim Holder Name and Address<br>KONE INC<br>BRIAN STELL<br>ONE KONE CT<br>MOLINE IL 61265 | Docketed Total | | $21,794.34 | | Modified Total | | $17,197.35 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$21,794.34<br>$21,794.34 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$17,197.35<br>$17,197.35 | **Unsecured** |

*See Exhibit G for a listing of debtor entities by case number                    Page:   31 of 62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11617**
Date Filed: 07/27/06
Docketed Total:  $527,220.39
Filing Creditor Name and Address
 L & S TOOL INC
 JEANNE SIMMONS
 PO BOX 932
 KOKOMO IN 46903-0932

Claim Holder Name and Address  Docketed Total  $527,220.39
L & S TOOL INC
JEANNE SIMMONS
PO BOX 932
KOKOMO IN 46903-0932

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $201,080.63 | $0.00 | $326,139.76 |
|  | $201,080.63 |  | $326,139.76 |

Modified Total  $527,220.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 |  |  | $527,220.33 |
|  |  |  | $527,220.33 |

---

**Claim: 8677**
Date Filed: 06/27/06
Docketed Total:  $72,060.81
Filing Creditor Name and Address
 L&P FINANCIAL SERVICES CO
 ATTN RICK KATZFEY
 NO 1 LEGGETT RD
 CARTHAGE MO 64836

Claim Holder Name and Address  Docketed Total  $72,060.81
L&P FINANCIAL SERVICES CO
ATTN RICK KATZFEY
NO 1 LEGGETT RD
CARTHAGE MO 64836

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 |  |  | $72,060.81 |
|  |  |  | $72,060.81 |

Modified Total  $52,749.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 |  |  | $52,749.13 |
|  |  |  | $52,749.13 |

---

**Claim: 6047**
Date Filed: 05/16/06
Docketed Total:  $5,708.67
Filing Creditor Name and Address
 LANE PUNCH CORP
 ATTN LINDA WHITE A R CREDIT
 281 LANE PKWY
 SALISBURY NC 28146

Claim Holder Name and Address  Docketed Total  $5,708.67
MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 |  |  | $5,708.67 |
|  |  |  | $5,708.67 |

Modified Total  $5,708.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 |  |  | $5,708.67 |
|  |  |  | $5,708.67 |

---

**Claim: 10827**
Date Filed: 07/25/06
Docketed Total:  $7,390.00
Filing Creditor Name and Address
 LATTICE SEMICONDUCTOR CORP
 ATTN MIKE WALSH
 5555 NE MOORE CT
 HILLSBORO OR 97124

Claim Holder Name and Address  Docketed Total  $7,390.00
LATTICE SEMICONDUCTOR CORP
ATTN MIKE WALSH
5555 NE MOORE CT
HILLSBORO OR 97124

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 |  |  | $7,390.00 |
|  |  |  | $7,390.00 |

Modified Total  $4,390.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 |  |  | $4,390.00 |
|  |  |  | $4,390.00 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2019**
Date Filed: 02/14/06
Docketed Total:   $18,278.00
Filing Creditor Name and Address
LDMI
ANN ARBOR CREDIT BUREAU
311 N MAIN ST
BOX 7820
ANN ARBOR MI 48107

Claim Holder Name and Address — ASM CAPITAL LP, 7600 JERICHO TURNPIKE STE 302, WOODBURY NY 11797 — Docketed Total $18,278.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,278.00 |
| | | | $18,278.00 |

Modified Total $18,278.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,278.00 |
| | | | $18,278.00 |

---

**Claim: 491**
Date Filed: 11/10/05
Docketed Total:   $385.90
Filing Creditor Name and Address
LEE SPRING CO
1462 62ND ST
BROOKLYN NY 11219-5477

Claim Holder Name and Address — LEE SPRING CO, 1462 62ND ST, BROOKLYN NY 11219-5477 — Docketed Total $385.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $385.90 |
| | | | $385.90 |

Modified Total $385.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $385.90 |
| | | | $385.90 |

---

**Claim: 2386**
Date Filed: 03/24/06
Docketed Total:   $314.71
Filing Creditor Name and Address
LEE SPRING CO
1462 62ND ST
BROOKLYN NY 11219-5477

Claim Holder Name and Address — LEE SPRING CO, 1462 62ND ST, BROOKLYN NY 11219-5477 — Docketed Total $314.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $314.71 |
| | | | $314.71 |

Modified Total $314.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $314.71 |
| | | | $314.71 |

---

**Claim: 10713**
Date Filed: 07/25/06
Docketed Total:   $49,220.00
Filing Creditor Name and Address
LOGIKOS SYSTEMS & SOFTWARE
2914 INDEPENDENCE DR
FORT WAYNE IN 46808

Claim Holder Name and Address — LOGIKOS SYSTEMS & SOFTWARE, 2914 INDEPENDENCE DR, FORT WAYNE IN 46808 — Docketed Total $49,220.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,220.00 |
| | | | $49,220.00 |

Modified Total $49,220.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,220.00 |
| | | | $49,220.00 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim:** 11599<br>Date Filed:07/27/06<br>Docketed Total:   $432,705.04<br>Filing Creditor Name and Address<br> MAC ARTHUR CORPORATION<br> THOMAS F BARRETT<br> 3190 TRI PARK DR<br> GRAND BLANC MI 48439-0010 | Claim Holder Name and Address<br>MAC ARTHUR CORPORATION<br>THOMAS F BARRETT<br>3190 TRI PARK DR<br>GRAND BLANC MI 48439-0010 | Docketed Total | | $432,705.04 | | Modified Total | | $406,480.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$432,705.04<br>$432,705.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$406,480.82<br>$406,480.82 |
| **Claim:** 14882<br>Date Filed:07/31/06<br>Docketed Total:   $12,576.40<br>Filing Creditor Name and Address<br> MAC EQUIPMENT INC<br> HWY 75<br> SABETHA KS 66534 | Claim Holder Name and Address<br>MAC EQUIPMENT INC<br>HWY 75<br>SABETHA KS 66534 | Docketed Total | | $12,576.40 | | Modified Total | | $12,576.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,576.40<br>$12,576.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,576.40<br>$12,576.40 |
| **Claim:** 43<br>Date Filed:10/17/05<br>Docketed Total:   $12,410.13<br>Filing Creditor Name and Address<br> MAERSK SEALAND INC<br> ROSE AUSTIN<br> 6000 CARNEGIE BLVD<br> CHARLOTTE NC 28209 | Claim Holder Name and Address<br>MAERSK SEALAND INC<br>ROSE AUSTIN<br>6000 CARNEGIE BLVD<br>CHARLOTTE NC 28209 | Docketed Total | | $12,410.13 | | Modified Total | | $12,410.13 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$12,410.13<br>$12,410.13 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,410.13<br>$12,410.13 |
| **Claim:** 4172<br>Date Filed:05/01/06<br>Docketed Total:   $11,943.90<br>Filing Creditor Name and Address<br> MAGIC METALS INC<br> GARRY GRIGGS<br> 3401 BAY ST<br> UNION GAP WA 98903 | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $11,943.90 | | Modified Total | | $11,943.90 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,943.90<br>$11,943.90 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$11,943.90<br>$11,943.90 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   34  of  62

In re: Delphi Corporation, et al.                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2011<br>Date Filed:02/14/06<br>Docketed Total:  $30,297.48<br>Filing Creditor Name and Address<br>  MAHR FEDERAL INC<br>  1144 EDDY ST<br>  PROVIDENCE RI 02905 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | $30,297.48 | | Modified Total | | $30,297.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,297.48<br>$30,297.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,297.48<br>$30,297.48 |
| Claim: 1166<br>Date Filed:11/18/05<br>Docketed Total:  $41,452.62<br>Filing Creditor Name and Address<br>  MASTERPIECE ENGINEERING INC<br>  3001 TECUMSEH WAY<br>  CORINTH MS 38834 | Claim Holder Name and Address<br>MASTERPIECE ENGINEERING INC<br>3001 TECUMSEH WAY<br>CORINTH MS 38834 | Docketed Total | $41,452.62 | | Modified Total | | $41,452.62 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$41,452.62<br>$41,452.62 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$41,452.62<br>$41,452.62 |
| Claim: 8876<br>Date Filed:06/30/06<br>Docketed Total:  $9,787.98<br>Filing Creditor Name and Address<br>  MCMASTER CARR SUPPLY CO<br>  PO BOX 4355<br>  CHICAGO IL 60680 | Claim Holder Name and Address<br>MCMASTER CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO IL 60680 | Docketed Total | $9,787.98 | | Modified Total | | $9,680.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,787.98<br><br>$9,787.98 | Case Number*<br>05-44507<br>05-44511<br>05-44567 | Secured | Priority | Unsecured<br>$8,860.82<br>$119.84<br>$699.95<br>$9,680.61 |
| Claim: 901<br>Date Filed:11/28/05<br>Docketed Total:  $5,995.00<br>Filing Creditor Name and Address<br>  MECCO PARTNERS LLC<br>  PO BOX 307<br>  INGOMAR PA 15127 | Claim Holder Name and Address<br>MECCO PARTNERS LLC<br>PO BOX 307<br>INGOMAR PA 15127 | Docketed Total | $5,995.00 | | Modified Total | | $5,995.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,995.00<br>$5,995.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,995.00<br>$5,995.00 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   35 of 62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9623**
Date Filed:07/17/06
Docketed Total:   $16,935.05
Filing Creditor Name and Address
 MESA LABORATORIES INC
 DATATRACE
 12100 W 6TH AVE
 LAKEWOOD CO 80228

Claim Holder Name and Address     Docketed Total     $16,935.05
MESA LABORATORIES INC
DATATRACE
12100 W 6TH AVE
LAKEWOOD CO 80228

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,935.05 |
| | | | $16,935.05 |

Modified Total     $13,357.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,357.05 |
| | | | $13,357.05 |

---

**Claim: 11611**
Date Filed:07/27/06
Docketed Total:   $79,771.29
Filing Creditor Name and Address
 METI
 6000 FRUITVILLE RD
 SARASOTA FL 34232

Claim Holder Name and Address     Docketed Total     $79,771.29
METI
6000 FRUITVILLE RD
SARASOTA FL 34232

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $79,771.29 |
| | | | $79,771.29 |

Modified Total     $67,982.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $67,982.04 |
| | | | $67,982.04 |

---

**Claim: 12244**
Date Filed:07/28/06
Docketed Total:   $3,512.31
Filing Creditor Name and Address
 MID STATES RUBBER PRODUCTS INC
 NTE 0008090953218
 1230 S RACE ST
 PO BOX 370
 PRINCETON IN 47670

Claim Holder Name and Address     Docketed Total     $3,512.31
MID STATES RUBBER PRODUCTS INC
NTE 0008090953218
1230 S RACE ST
PO BOX 370
PRINCETON IN 47670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $3,512.31 | | |
| | $3,512.31 | | |

Modified Total     $3,124.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,124.61 |
| | | | $3,124.61 |

---

**Claim: 12245**
Date Filed:07/28/06
Docketed Total:   $4,686.03
Filing Creditor Name and Address
 MID STATES RUBBER PRODUCTS INC
 PO BOX 370
 PRINCETON IN 47670

Claim Holder Name and Address     Docketed Total     $4,686.03
MID STATES RUBBER PRODUCTS INC
PO BOX 370
PRINCETON IN 47670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $4,686.03 | | |
| | $4,686.03 | | |

Modified Total     $3,387.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,387.73 |
| | | | $3,387.73 |

---

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2664<br>Date Filed:04/17/06<br>Docketed Total:   $746.81<br>Filing Creditor Name and Address<br> MJM INVESTIGATIONS INC<br> 910 PAVERSTONE DR<br> RALEIGH NC 27525 | Claim Holder Name and Address<br>MJM INVESTIGATIONS INC<br>910 PAVERSTONE DR<br>RALEIGH NC 27525 | Docketed Total | | $746.81 | | Modified Total | | $359.81 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $746.81<br>$746.81 | 05-44640 | | | $359.81<br>$359.81 |
| Claim: 6556<br>Date Filed:05/22/06<br>Docketed Total:   $5,700.39<br>Filing Creditor Name and Address<br> MOORE WALLACE NORTH AMERICA<br> 3075 HIGHLAND PKWY<br> DOWNERS GROVE IL 60515 | Claim Holder Name and Address<br>MOORE WALLACE NORTH AMERICA<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | Docketed Total | | $5,700.39 | | Modified Total | | $2,755.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $5,700.39<br>$5,700.39 | 05-44640 | | | $2,755.00<br>$2,755.00 |
| Claim: 3289<br>Date Filed:04/28/06<br>Docketed Total:   $185.04<br>Filing Creditor Name and Address<br> MORRISON INDUSTRIAL EQUIPMENT<br> COMPANY<br> PO BOX 1803<br> 1825 MONROE NW<br> GRAND RAPIDS MI 49501 | Claim Holder Name and Address<br>MORRISON INDUSTRIAL EQUIPMENT<br>COMPANY<br>PO BOX 1803<br>1825 MONROE NW<br>GRAND RAPIDS MI 49501 | Docketed Total | | $185.04 | | Modified Total | | $185.04 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $185.04<br><br>$185.04 | 05-44640 | | | $185.04<br><br>$185.04 |
| Claim: 9154<br>Date Filed:07/10/06<br>Docketed Total:   $113,663.00<br>Filing Creditor Name and Address<br> NAMICS TECHNOLOGIES INC<br> 5201 GREAT AMERICA PKWY STE<br> 272<br> SANTA CLARA CA 95054 | Claim Holder Name and Address<br>NAMICS TECHNOLOGIES INC<br>5201 GREAT AMERICA PKWY STE<br>272<br>SANTA CLARA CA 95054 | Docketed Total | | $113,663.00 | | Modified Total | | $28,403.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $113,663.00<br>$113,663.00 | 05-44640 | | | $28,403.00<br>$28,403.00 |

\*See Exhibit G for a listing of debtor entities by case number                    Page:   37 of 62

In re: Delphi Corporation, et al.                                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4892<br>Date Filed:05/05/06<br>Docketed Total:   $50,524.45<br>Filing Creditor Name and Address<br> NARRICOT INDUSTRIES INC<br> TUFF TEMP CORP<br> 928 JAYMOR RD STE C150<br> SOUTHAMPTON  18966 | NARRICOT INDUSTRIES INC<br>TUFF TEMP CORP<br>928 JAYMOR RD STE C150<br>SOUTHAMPTON  18966 | Docketed Total | | $50,524.45 | | Modified Total | | $37,826.70 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$50,524.45<br>$50,524.45 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$37,826.70<br>$37,826.70 |
| Claim: 4579<br>Date Filed:05/03/06<br>Docketed Total:   $127,107.21<br>Filing Creditor Name and Address<br> NATIONAL MATERIAL COMPANY<br> ATTN BARB LAHTINEN<br> 1965 PRATT BLVD<br> ELK GROVE VILLAGE IL 60007 | NATIONAL MATERIAL COMPANY<br>ATTN BARB LAHTINEN<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | | $127,107.21 | | Modified Total | | $124,219.19 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$127,107.21<br>$127,107.21 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$124,219.19<br>$124,219.19 |
| Claim: 4209<br>Date Filed:05/01/06<br>Docketed Total:   $9,678.00<br>Filing Creditor Name and Address<br> NATIONWIDE FENCE & SUPPLY CO<br> INDUSTRIAL DIV<br> 53861 GRATIOT AVE<br> CHESTERFIELD MI 48051 | NATIONWIDE FENCE & SUPPLY CO<br>INDUSTRIAL DIV<br>53861 GRATIOT AVE<br>CHESTERFIELD MI 48051 | Docketed Total | | $9,678.00 | | Modified Total | | $9,678.00 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$9,678.00<br>$9,678.00 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$9,678.00<br>$9,678.00 |
| Claim: 6287<br>Date Filed:05/18/06<br>Docketed Total:   $95,807.17<br>Filing Creditor Name and Address<br> NEW YORK POWER AUTHORITY<br> ATTN JOSEPH CARLINE ESQ<br> 123 MAINSTREET<br> WHITE PLAINS NY 10601 | NEW YORK POWER AUTHORITY<br>ATTN JOSEPH CARLINE ESQ<br>123 MAINSTREET<br>WHITE PLAINS NY 10601 | Docketed Total | | $95,807.17 | | Modified Total | | $91,526.45 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$95,807.17<br>$95,807.17 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$91,526.45<br>$91,526.45 |

*See Exhibit G for a listing of debtor entities by case number                              Page:   38  of  62

In re: Delphi Corporation, <u>et al.</u>                                                                     Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4569<br>Date Filed:05/03/06<br>Docketed Total:   $1,955.53<br>Filing Creditor Name and Address<br>  NORTH AMERICAN MFG<br>  4455 E 71ST ST<br>  CLEVELAND OH 44105 | Claim Holder Name and Address<br>NORTH AMERICAN MFG<br>4455 E 71ST ST<br>CLEVELAND OH 44105 | Docketed Total | | $1,955.53 | | Modified Total | | $1,955.53 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,955.53<br>$1,955.53 | 05-44640 | | | $1,955.53<br>$1,955.53 |
| Claim: 7502<br>Date Filed:06/05/06<br>Docketed Total:   $7,803.00<br>Filing Creditor Name and Address<br>  OCE NORTH AMERICA INC<br>  ATTN LEGAL DEPT<br>  5600 BROKEN SOUND BLVD<br>  BOCA RATON FL 33487 | Claim Holder Name and Address<br>OCE NORTH AMERICA INC<br>ATTN LEGAL DEPT<br>5600 BROKEN SOUND BLVD<br>BOCA RATON FL 33487 | Docketed Total | | $7,803.00 | | Modified Total | | $7,803.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44547 | | | $7,803.00<br>$7,803.00 | 05-44640 | | | $7,803.00<br>$7,803.00 |
| Claim: 7504<br>Date Filed:06/05/06<br>Docketed Total:   $14,063.60<br>Filing Creditor Name and Address<br>  OCE NORTH AMERICA INC<br>  ATTN LEGAL DEPT<br>  5600 BROKEN SOUND BLVD<br>  BOCA RATON FL 33487 | Claim Holder Name and Address<br>OCE NORTH AMERICA INC<br>ATTN LEGAL DEPT<br>5600 BROKEN SOUND BLVD<br>BOCA RATON FL 33487 | Docketed Total | | $14,063.60 | | Modified Total | | $9,755.85 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $14,063.60<br>$14,063.60 | 05-44640 | | | $9,755.85<br>$9,755.85 |
| Claim: 9851<br>Date Filed:07/18/06<br>Docketed Total:   $1,810,852.11<br>Filing Creditor Name and Address<br>  OGURA CORPORATION<br>  ROBERT A PEURACH ESQ<br>  FITZGERALD & DAKMAK PC<br>  615 GRISWOLD STE 600<br>  DETROIT MI 48226 | Claim Holder Name and Address<br>OGURA CORPORATION<br>ROBERT A PEURACH ESQ<br>FITZGERALD & DAKMAK PC<br>615 GRISWOLD STE 600<br>DETROIT MI 48226 | Docketed Total | | $1,810,852.11 | | Modified Total | | $1,210.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $200,417.52<br>$200,417.52 | $1,610,434.59<br>$1,610,434.59 | 05-44640 | | | $1,210.00<br>$1,210.00 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5491<br>Date Filed:05/10/06<br>Docketed Total:   $1,186.00<br>Filing Creditor Name and Address<br> OHIO DESK COMPANY<br> 1122 PROSPECT AVE<br> CLEVELAND OH 44115-1292 | Claim Holder Name and Address<br>OHIO DESK COMPANY<br>1122 PROSPECT AVE<br>CLEVELAND OH 44115-1292 | Docketed Total | $1,186.00 | | | Modified Total | $1,186.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,186.00<br>$1,186.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,186.00<br>$1,186.00 |
| Claim: 933<br>Date Filed:11/29/05<br>Docketed Total:   $14,331.73<br>Filing Creditor Name and Address<br> OTTOS INC<br> 529 E ADAMS ST<br> SANDUSKY OH 44870 | Claim Holder Name and Address<br>OTTOS INC<br>529 E ADAMS ST<br>SANDUSKY OH 44870 | Docketed Total | $14,331.73 | | | Modified Total | $14,331.73 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,331.73<br>$14,331.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,331.73<br>$14,331.73 |
| Claim: 895<br>Date Filed:11/28/05<br>Docketed Total:   $16,625.00<br>Filing Creditor Name and Address<br> PAUL NEFF & ASSOCIATES<br> CRAIG T MATTHEWS & ASSOCIATES<br> LPA<br> 376 REGENCY RIDGE DR<br> CENTERVILLE OH 45459 | Claim Holder Name and Address<br>PAUL NEFF & ASSOCIATES<br>CRAIG T MATTHEWS & ASSOCIATES<br>LPA<br>376 REGENCY RIDGE DR<br>CENTERVILLE OH 45459 | Docketed Total | $16,625.00 | | | Modified Total | $16,625.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,625.00<br>$16,625.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,625.00<br>$16,625.00 |
| Claim: 729<br>Date Filed:11/21/05<br>Docketed Total:   $55,503.21<br>Filing Creditor Name and Address<br> PENN ENGINEERING MOTION<br> TECHNOLOGIES PITTMAN DIVISION<br> 343 GODSHALL DR<br> HARLEYSVILLE PA 19438 | Claim Holder Name and Address<br>PENN ENGINEERING MOTION<br>TECHNOLOGIES PITTMAN DIVISION<br>343 GODSHALL DR<br>HARLEYSVILLE PA 19438 | Docketed Total | $55,503.21 | | | Modified Total | $55,503.21 | |
| | Case Number*<br>05-44507 | Secured | Priority<br>$55,503.21<br>$55,503.21 | Unsecured | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$55,503.21<br>$55,503.21 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15944<br>Date Filed: 08/09/06<br>Docketed Total:  $8,300.00<br>Filing Creditor Name and Address<br>  PERFECTION TOOL & MOLD CORP<br>  3020 PRODUCTION CT<br>  DAYTON OH 45414-3514 | Claim Holder Name and Address<br>PERFECTION TOOL & MOLD CORP<br>3020 PRODUCTION CT<br>DAYTON OH 45414-3514 | Docketed Total | | $8,300.00 | | Modified Total | | $5,500.00 |
| | Case Number*<br>05-44640 | Secured<br>$8,300.00<br>$8,300.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,500.00<br>$5,500.00 |
| Claim: 10409<br>Date Filed: 07/24/06<br>Docketed Total:   $8,236.78<br>Filing Creditor Name and Address<br>  PHELPS DODGE MAGNET WIRE<br>  COMPANY<br>  ATTN CREDIT DEPT<br>  ONE NORTH CENTRAL AVE<br>  PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $8,236.78 | | Modified Total | | $7,383.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,236.78<br>$8,236.78 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,383.90<br>$7,383.90 |
| Claim: 8300<br>Date Filed: 06/21/06<br>Docketed Total:   $3,512.20<br>Filing Creditor Name and Address<br>  PILOT AIR FREIGHT<br>  PO BOX 97<br>  LIMA PA 19037-0097 | Claim Holder Name and Address<br>PILOT AIR FREIGHT<br>PO BOX 97<br>LIMA PA 19037-0097 | Docketed Total | | $3,512.20 | | Modified Total | | $3,512.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,512.20<br>$3,512.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,512.20<br>$3,512.20 |
| Claim: 1263<br>Date Filed: 12/23/05<br>Docketed Total:   $113,385.44<br>Filing Creditor Name and Address<br>  PITNEY BOWES MANAGEMENT<br>  SERVICES<br>  ATTN RECOVERY DEPT<br>  27 WATERVIEW DR<br>  SHELTON CT 06484-4361 | Claim Holder Name and Address<br>PITNEY BOWES MANAGEMENT SERVICES<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 | Docketed Total | | $113,385.44 | | Modified Total | | $112,143.92 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$113,385.44 | Unsecured | Case Number*<br>05-44612<br><br>05-44640 | Secured | Priority | Unsecured<br>$6,560.87<br><br>$105,583.05 |
| | | | | $113,385.44 | | | | $112,143.92 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                 Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

# EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 6586<br>Date Filed:05/22/06<br>Docketed Total: $71,580.00<br>Filing Creditor Name and Address<br> POTTERS INDUSTRIES INC<br> ATTN MICHELE GRYGA<br> CREDIT DEPT<br> 1200 W SWEDESFORD RD<br> BERWYN PA 19312 | Claim Holder Name and Address<br>POTTERS INDUSTRIES INC<br>ATTN MICHELE GRYGA<br>CREDIT DEPT<br>1200 W SWEDESFORD RD<br>BERWYN PA 19312 | Docketed Total | $71,580.00 | | Modified Total | | $71,580.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$71,580.00<br>$71,580.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$71,580.00<br>$71,580.00 |
| Claim: 79<br>Date Filed:10/24/05<br>Docketed Total: $11,473.00<br>Filing Creditor Name and Address<br> PR NEWSWIRE<br> GPO BOX 5897<br> NEW YORK NY 10087-5897 | Claim Holder Name and Address<br>PR NEWSWIRE<br>GPO BOX 5897<br>NEW YORK NY 10087-5897 | Docketed Total | $11,473.00 | | Modified Total | | $8,116.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,473.00<br>$11,473.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,116.00<br>$8,116.00 |
| Claim: 2462<br>Date Filed:03/31/06<br>Docketed Total: $103,014.55<br>Filing Creditor Name and Address<br> PRICE HENEVELD COOPER DEWITT<br> LITTON LLP<br> PO BOX 2567<br> GRAND RAPIDS MI 49501-2567 | Claim Holder Name and Address<br>PRICE HENEVELD COOPER DEWITT LITTON<br>LLP<br>PO BOX 2567<br>GRAND RAPIDS MI 49501-2567 | Docketed Total | $103,014.55 | | Modified Total | | $103,014.55 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$103,014.55<br>$103,014.55 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$103,014.55<br>$103,014.55 |
| Claim: 5285<br>Date Filed:05/08/06<br>Docketed Total: $4,175.04<br>Filing Creditor Name and Address<br> PRIDE GAGE ASSOCIATES LLC<br> 6725 W CENTRAL AVE STE M<br> TOLEDO OH 43617 | Claim Holder Name and Address<br>PRIDE GAGE ASSOCIATES LLC<br>6725 W CENTRAL AVE STE M<br>TOLEDO OH 43617 | Docketed Total | $4,175.04 | | Modified Total | | $4,175.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,175.04<br>$4,175.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,175.04<br>$4,175.04 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11444<br>Date Filed:07/27/06<br>Docketed Total:  $11,021.96<br>Filing Creditor Name and Address<br> PROYECTOS Y ADMINSITRACIONES<br> ELECTROMECANICAS SA DE CV<br> P NOVILLEROS NO 35 COL<br> PLAYASOL MATAMORSO TAMPS<br><br> MEXICO | Claim Holder Name and Address<br>PROYECTOS Y ADMINSITRACIONES<br>ELECTROMECANICAS SA DE CV<br>P NOVILLEROS NO 35 COL<br>PLAYASOL MATAMORSO TAMPS<br><br>MEXICO | Docketed Total | $11,021.96 | | | Modified Total | $5,932.16 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$11,021.96<br>$11,021.96 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$5,932.16<br>$5,932.16 |
| Claim: 5076<br>Date Filed:05/08/06<br>Docketed Total:  $67,849.20<br>Filing Creditor Name and Address<br> PULLMAN MANUFACTURING CORP<br> 77 COMMERCE DR<br> ROCHESTER NY 14623 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | $67,849.20 | | | Modified Total | $64,917.77 | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$67,849.20<br>$67,849.20 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$64,917.77<br>$64,917.77 |
| Claim: 592<br>Date Filed:11/15/05<br>Docketed Total:  $91,084.00<br>Filing Creditor Name and Address<br> PYRAMID REBUILD & MACHINE LLC<br> ATTN JAMES LEIGH<br> 123 S THOMAS RD<br> TALLMADGE OH 44278 | Claim Holder Name and Address<br>PYRAMID REBUILD & MACHINE LLC<br>ATTN JAMES LEIGH<br>123 S THOMAS RD<br>TALLMADGE OH 44278 | Docketed Total | $91,084.00 | | | Modified Total | $91,000.00 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$91,084.00<br>$91,084.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$91,000.00<br>$91,000.00 |
| Claim: 3013<br>Date Filed:04/27/06<br>Docketed Total:  $4,711.40<br>Filing Creditor Name and Address<br> QMP ENTERPRISES INC<br> 2SQ MACHINE TOOLS<br> 43 COUNTY RTE 59<br> PHOENIX NY 13135-2116 | Claim Holder Name and Address<br>QMP ENTERPRISES INC<br>2SQ MACHINE TOOLS<br>43 COUNTY RTE 59<br>PHOENIX NY 13135-2116 | Docketed Total | $4,711.40 | | | Modified Total | $4,711.40 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$4,711.40<br>$4,711.40 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,711.40<br>$4,711.40 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10257<br>Date Filed:07/21/06<br>Docketed Total:  $819,654.23<br>Filing Creditor Name and Address<br> QUAKER CHEMICAL CORPORATION<br> ANDREW C KASSNER<br> DRINKER BIDDLE & REATH LLP<br> ONE LOGAN SQUARE<br> 18TH & CHERRY ST<br> PHILADELPHIA PA 19103 | Claim Holder Name and Address<br>QUAKER CHEMICAL CORPORATION<br>ANDREW C KASSNER<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE<br>18TH & CHERRY ST<br>PHILADELPHIA PA 19103 | Docketed Total | $819,654.23 | | | Modified Total | $799,803.77 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$819,654.23<br>$819,654.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$799,803.77<br>$799,803.77 |
| Claim: 4003<br>Date Filed:05/01/06<br>Docketed Total:  $7,513.50<br>Filing Creditor Name and Address<br> QUALITY SOLUTIONS GROUP LLC<br> 2296 KENMORE AVE<br> BUFFALO NY 14207 | Claim Holder Name and Address<br>QUALITY SOLUTIONS GROUP LLC<br>2296 KENMORE AVE<br>BUFFALO NY 14207 | Docketed Total | $7,513.50 | | | Modified Total | $7,513.50 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,513.50<br>$7,513.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,513.50<br>$7,513.50 |
| Claim: 14177<br>Date Filed:07/31/06<br>Docketed Total:  $63,564.33<br>Filing Creditor Name and Address<br> QUINN EMANUEL URQUHART OLIVER<br> & HEDGES LLP<br> 865 S FIGUEROA ST 10TH FL<br> LOS ANGELES CA 90017 | Claim Holder Name and Address<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES LLP<br>865 S FIGUEROA ST 10TH FL<br>LOS ANGELES CA 90017 | Docketed Total | $63,564.33 | | | Modified Total | $50,353.62 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$63,564.33<br><br>$63,564.33 | Case Number*<br>05-44554<br>05-44640 | Secured | Priority | Unsecured<br>$32,173.76<br>$18,179.86<br>$50,353.62 |
| Claim: 9150<br>Date Filed:07/10/06<br>Docketed Total:  $20,298.56<br>Filing Creditor Name and Address<br> R E DIXON INC<br> 2801 LOCKHEED WAY<br> CARSON CITY NV 89706 | Claim Holder Name and Address<br>R E DIXON INC<br>2801 LOCKHEED WAY<br>CARSON CITY NV 89706 | Docketed Total | $20,298.56 | | | Modified Total | $20,298.56 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,298.56<br>$20,298.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,298.56<br>$20,298.56 |

*See Exhibit G for a listing of debtor entities by case number          Page:  44 of 62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7699** — Date Filed: 06/09/06 — Docketed Total: $15,408.15 — Filing Creditor Name and Address: RACK PROCESSING CO INC EFT, 2350 ARBOR BLVD, DAYTON OH 45439-1724

Claim Holder Name and Address: RACK PROCESSING CO INC EFT, 2350 ARBOR BLVD, DAYTON OH 45439-1724 — Docketed Total $15,408.15

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $15,408.15 $15,408.15 | 05-44640 | | | $12,158.67 $12,158.67 |

Modified Total $12,158.67

**Claim: 5358** — Date Filed: 05/09/06 — Docketed Total: $23,679.17 — RECO EQUIPMENT INC, PO BOX 160, MORRISTOWN OH 43759

Claim Holder: RECO EQUIPMENT INC, PO BOX 160, MORRISTOWN OH 43759 — Docketed Total $23,679.17

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $23,679.17 $23,679.17 | 05-44640 | | | $1,789.40 $1,789.40 |

Modified Total $1,789.40

**Claim: 1636** — Date Filed: 01/23/06 — Docketed Total: $8,497.73 — REQUARTH LUMBER CO INC, PO BOX 38, DAYTON OH 45401

Claim Holder: REQUARTH LUMBER CO INC, PO BOX 38, DAYTON OH 45401 — Docketed Total $8,497.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,497.73 $8,497.73 | 05-44640 | | | $8,497.73 $8,497.73 |

Modified Total $8,497.73

**Claim: 2387** — Date Filed: 03/24/06 — Docketed Total: $61,578.63 — REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC, ONE UNIVERSITY PLZ STE 312, HACKENSACK NJ 07601

Claim Holder: REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC, ONE UNIVERSITY PLZ STE 312, HACKENSACK NJ 07601 — Docketed Total $61,578.63

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $61,578.63 $61,578.63 | 05-44640 | | | $60,876.94 $60,876.94 |

Modified Total $60,876.94

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7031<br>Date Filed:05/30/06<br>Docketed Total:   $11,108.98<br>Filing Creditor Name and Address<br> ROBOTICS INC<br> 2421 RTE 9<br> BALLSTON SPA NY 12020-4407 | Claim Holder Name and Address<br>ROBOTICS INC<br>2421 RTE 9<br>BALLSTON SPA NY 12020-4407 | Docketed Total | | $11,108.98 | | Modified Total | | $8,568.98 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,108.98<br>$11,108.98 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,568.98<br>$8,568.98 |
| Claim: 1523<br>Date Filed:01/12/06<br>Docketed Total:   $6,532.99<br>Filing Creditor Name and Address<br> ROCHESTER GAS & ELECTRIC<br> CORPORATION<br> 89 EAST AVE<br> ROCHESTER NY 14649 | Claim Holder Name and Address<br>ROCHESTER GAS & ELECTRIC<br>CORPORATION<br>89 EAST AVE<br>ROCHESTER NY 14649 | Docketed Total | | $6,532.99 | | Modified Total | | $6,187.31 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,532.99<br>$6,532.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,187.31<br>$6,187.31 |
| Claim: 13528<br>Date Filed:07/31/06<br>Docketed Total:   $138,716.61<br>Filing Creditor Name and Address<br> RPS TECHNOLOGIES INC<br> 1390 VANGUARD BLVD<br> MIAMISBURG OH 45342 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $138,716.61 | | Modified Total | | $134,135.28 |
| | Case Number*<br>05-44481 | Secured<br>$138,716.61<br>$138,716.61 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$134,135.28<br>$134,135.28 |
| Claim: 15281<br>Date Filed:07/31/06<br>Docketed Total:   $5,495.00<br>Filing Creditor Name and Address<br> S E HUFFMAN CORP EFT<br> 1050 HUFFMAN WAY<br> CLOVER SC 29710 | Claim Holder Name and Address<br>S E HUFFMAN CORP EFT<br>1050 HUFFMAN WAY<br>CLOVER SC 29710 | Docketed Total | | $5,495.00 | | Modified Total | | $5,495.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,495.00<br>$5,495.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,495.00<br>$5,495.00 |

*See Exhibit G for a listing of debtor entities by case number                      Page:   46 of 62

In re: Delphi Corporation, <u>et al.</u>                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12243<br>Date Filed:07/28/06<br>Docketed Total: $22,080.43<br>Filing Creditor Name and Address<br> S&D OSTERFELD MECHANICAL<br> CONTRACTORS INC<br> S&D OSTERFELD MECHANICAL<br> 1101 NEGLEY PL<br> DAYTON OH 45402 | Claim Holder Name and Address  Docketed Total   $22,080.43<br>S&D OSTERFELD MECHANICAL<br>CONTRACTORS INC<br>S&D OSTERFELD MECHANICAL<br>1101 NEGLEY PL<br>DAYTON OH 45402<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481    $21,195.47        $884.96<br>         $21,195.47        $884.96 | Modified Total   $22,080.43<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                 $22,080.43<br>                     $22,080.43 |
| Claim: 2644<br>Date Filed:04/13/06<br>Docketed Total: $55,050.00<br>Filing Creditor Name and Address<br> SALION INC & SIERRA LIQUIDITY<br> FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address  Docketed Total   $55,050.00<br>SALION INC & SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                 $55,050.00<br>                     $55,050.00 | Modified Total   $55,050.00<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                 $55,050.00<br>                     $55,050.00 |
| Claim: 2120<br>Date Filed:02/27/06<br>Docketed Total: $97,728.50<br>Filing Creditor Name and Address<br> SAMUEL SON & CO<br> MICHELLE PRITCHARD<br> 4334 WALDEN AVE<br> LANCASTER NY 14086 | Claim Holder Name and Address  Docketed Total   $97,728.50<br>SAMUEL SON & CO<br>MICHELLE PRITCHARD<br>4334 WALDEN AVE<br>LANCASTER NY 14086<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                 $97,728.50<br>                     $97,728.50 | Modified Total   $97,728.50<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                 $97,728.50<br>                     $97,728.50 |
| Claim: 3128<br>Date Filed:04/28/06<br>Docketed Total: $79.60<br>Filing Creditor Name and Address<br> SANWAL TECHNOLOGIES INC<br> 4 PEUQUET PKY<br> TONAWANDA NY 14150-2413 | Claim Holder Name and Address  Docketed Total   $79.60<br>SANWAL TECHNOLOGIES INC<br>4 PEUQUET PKY<br>TONAWANDA NY 14150-2413<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                    $79.60<br>                        $79.60 | Modified Total   $79.60<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                    $79.60<br>                        $79.60 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11240**
Date Filed:07/26/06
Docketed Total:   $169,826.60
Filing Creditor Name and Address
 SATYAM COMPUTER SERVICES
 LIMITED
 SANJAY GUPTA
 300 GALLERIA OFFICENTRE STE
 322
 SOUTHFIELD MI 48034

Claim Holder Name and Address     Docketed Total     $169,826.60
SATYAM COMPUTER SERVICES LIMITED
SANJAY GUPTA
300 GALLERIA OFFICENTRE STE
322
SOUTHFIELD MI 48034

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $169,826.60 |
| | | | $169,826.60 |

Modified Total     $160,158.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $160,158.60 |
| | | | $160,158.60 |

---

**Claim: 1735**
Date Filed:01/31/06
Docketed Total:   $69,421.97
Filing Creditor Name and Address
 SCAPA TAPES N A
 ATTN CARMEN FOLKES
 111 GREAT POND DR
 WINDSOR CT 06095

Claim Holder Name and Address     Docketed Total     $69,421.97
SCAPA TAPES N A
ATTN CARMEN FOLKES
111 GREAT POND DR
WINDSOR CT 06095

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $69,421.97 | |
| | | $69,421.97 | |

Modified Total     $69,421.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $69,421.97 |
| | | | $69,421.97 |

---

**Claim: 4878**
Date Filed:05/05/06
Docketed Total:   $2,502.07
Filing Creditor Name and Address
 SCHLEMMER ASSOCIATES INC
 800 COMPTON RD
 CINCINNATI OH 45231-3846

Claim Holder Name and Address     Docketed Total     $2,502.07
SCHLEMMER ASSOCIATES INC
800 COMPTON RD
CINCINNATI OH 45231-3846

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,502.07 |
| | | | $2,502.07 |

Modified Total     $2,502.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,502.07 |
| | | | $2,502.07 |

---

**Claim: 926**
Date Filed:11/29/05
Docketed Total:   $8,013.77
Filing Creditor Name and Address
 SCHMITT INDUSTRIES INC
 ATTN MICHAEL S MCAFEE
 2765 NW NICOLAI
 PORTLAND OR 97210

Claim Holder Name and Address     Docketed Total     $8,013.77
SCHMITT INDUSTRIES INC
ATTN MICHAEL S MCAFEE
2765 NW NICOLAI
PORTLAND OR 97210

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,013.77 |
| | | | $8,013.77 |

Modified Total     $3,198.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,198.77 |
| | | | $3,198.77 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.
Case No. 05-44481 (RDD)

Thirteenth Omnibus Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7076<br>Date Filed:05/30/06<br>Docketed Total:  $38,853.06<br>Filing Creditor Name and Address<br>  SCOTTISSUE INC<br>  3249 DRYDEN RD<br>  DAYTON OH 45439 | Claim Holder Name and Address<br>SCOTTISSUE INC<br>3249 DRYDEN RD<br>DAYTON OH 45439 | Docketed Total | | $38,853.06 | | Modified Total | | $35,275.55 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$38,853.06<br>$38,853.06 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$35,275.55<br>$35,275.55 |
| Claim: 9585<br>Date Filed:07/17/06<br>Docketed Total:  $81,300.76<br>Filing Creditor Name and Address<br>  SEAL & DESIGN INC<br>  4015 CASILIO PKY<br>  CLARENCE NY 14031 | Claim Holder Name and Address<br>SEAL & DESIGN INC<br>4015 CASILIO PKY<br>CLARENCE NY 14031 | Docketed Total | | $81,300.76 | | Modified Total | | $76,102.26 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$81,300.76<br>$81,300.76 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$76,102.26<br>$76,102.26 |
| Claim: 10398<br>Date Filed:07/24/06<br>Docketed Total:  $25,106.75<br>Filing Creditor Name and Address<br>  SHEFFIELD MEASUREMENT INC<br>  KEVIN MCBRIDE<br>  250 CIRCUIT DR<br>  NO KINGSTOWN RI 02852 | Claim Holder Name and Address<br>SHEFFIELD MEASUREMENT INC<br>KEVIN MCBRIDE<br>250 CIRCUIT DR<br>NO KINGSTOWN RI 02852 | Docketed Total | | $25,106.75 | | Modified Total | | $22,104.75 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$25,106.75<br>$25,106.75 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$22,104.75<br>$22,104.75 |
| Claim: 14662<br>Date Filed:07/31/06<br>Docketed Total:  $7,254.97<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE PUMP PROS INC<br>  ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>PUMP PROS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $7,254.97 | | Modified Total | | $7,136.79 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,254.97<br><br>$7,254.97 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$7,136.79<br><br>$7,136.79 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9695<br>Date Filed:07/18/06<br>Docketed Total:   $116,779.47<br>Filing Creditor Name and Address<br> SOUTHERN STATES CHEMICAL<br> PO BOX 546<br> SAVANNAH GA 31402 | Claim Holder Name and Address<br>SOUTHERN STATES CHEMICAL<br>PO BOX 546<br>SAVANNAH GA 31402 | Docketed Total | | $116,779.47 | | Modified Total | | $116,594.95 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$116,779.47<br>$116,779.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$116,594.95<br>$116,594.95 |
| Claim: 14136<br>Date Filed:07/31/06<br>Docketed Total:   $91,770.01<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASIGNEE OF<br> KANE MAGNETICS GMBH<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address<br>SPCP GROUP LLC AS ASIGNEE OF KANE<br>MAGNETICS GMBH<br>BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $91,770.01 | | Modified Total | | $91,704.36 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$25,214.34<br>$25,214.34 | Unsecured<br>$66,555.67<br>$66,555.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,704.36<br>$91,704.36 |
| Claim: 14138<br>Date Filed:07/31/06<br>Docketed Total:   $430,748.18<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> PRECISION DIE & STAMPING INC<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address<br>SPCP GROUP LLC AS ASSIGNEE OF<br>PRECISION DIE & STAMPING INC<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $430,748.18 | | Modified Total | | $314,358.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$430,748.18<br>$430,748.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$314,358.90<br>$314,358.90 |
| Claim: 11963<br>Date Filed:07/28/06<br>Docketed Total:   $101,068.30<br>Filing Creditor Name and Address<br> SPECIAL DEVICES INCORPORATED<br> 14370 WHITE SAGE RD<br> MOORPARK CA 93021 | Claim Holder Name and Address<br>SPECIAL DEVICES INCORPORATED<br>14370 WHITE SAGE RD<br>MOORPARK CA 93021 | Docketed Total | | $101,068.30 | | Modified Total | | $80,347.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$101,068.30<br>$101,068.30 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$80,347.05<br>$80,347.05 |

In re: Delphi Corporation, et al.                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|

**Claim: 8444**
Date Filed: 06/23/06
Docketed Total:   $820.00
Filing Creditor Name and Address
 SPECIALTY HEAT TREATING CO INC
 3700 EASTERN AVE SE
 GRAND RAPIDS MI 49508-241

Claim Holder Name and Address    Docketed Total        $820.00
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE
2305
NEW YORK NY 10001

Modified Total        $820.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $820.00 | 05-44640 | | | $820.00 |
| | | | $820.00 | | | | $820.00 |

**Claim: 10955**
Date Filed: 07/26/06
Docketed Total:   $126,623.88
Filing Creditor Name and Address
 SPEED TECH CORPORATION
 NO 568 SEC 1
 MIN SHENG N RD
 KWEISHAN HSIANG TAOYUAN  HSIEN
 TAIWAN, PROVINCE OF CHINA

Claim Holder Name and Address    Docketed Total     $126,623.88
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN  HSIEN
TAIWAN, PROVINCE OF CHINA

Modified Total     $113,350.13

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $126,623.88 | 05-44640 | | | $113,350.13 |
| | | | $126,623.88 | | | | $113,350.13 |

**Claim: 10956**
Date Filed: 07/26/06
Docketed Total:   $191,139.00
Filing Creditor Name and Address
 SPEED TECH CORPORATION
 NO 568 SEC 1
 MIN SHENG N RD
 KWEISHAN HSIANG TAOYUAN  HSIEN
 TAIWAN, PROVINCE OF CHINA

Claim Holder Name and Address    Docketed Total     $191,139.00
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN  HSIEN
TAIWAN, PROVINCE OF CHINA

Modified Total     $71,139.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44539 | | | $191,139.00 | 05-44539 | | | $15,009.00 |
| | | | | 05-44624 | | | $56,130.00 |
| | | | $191,139.00 | | | | $71,139.00 |

**Claim: 209**
Date Filed: 10/31/05
Docketed Total:   $856.00
Filing Creditor Name and Address
 STAR SU STAR CUTTER COMPANY
 AKA STAR CUT SALES GOLD STAR
 COATING AND STAR SU LLC
 STAR SU STAR CUTTER COMPANY
 23461 INDUSTRIAL PARK DR
 FARMINGTON HILLS MI 48335

Claim Holder Name and Address    Docketed Total        $856.00
STAR SU STAR CUTTER COMPANY AKA
STAR CUT SALES GOLD STAR COATING
AND STAR SU LLC
STAR SU STAR CUTTER COMPANY
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS MI 48335

Modified Total        $856.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $856.00 | 05-44640 | | | $856.00 |
| | | | $856.00 | | | | $856.00 |

In re: Delphi Corporation, et al.                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 10178**
Date Filed:07/21/06
Docketed Total:   $3,229.00
Filing Creditor Name and Address
 STUART IRBY C CO
 6.40179E+008
 815 S STATE ST
 PO BOX 1819
 JACKSON MS 19215-1819

Claim Holder Name and Address — ARGO PARTNERS, 12 W 37TH ST 9TH FL, NEW YORK NY 10018 — Docketed Total $3,229.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,229.00 |
| | | | $3,229.00 |

Modified Total $3,229.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,229.00 |
| | | | $3,229.00 |

---

**Claim: 6336**
Date Filed:05/19/06
Docketed Total:   $6,720.00
Filing Creditor Name and Address
 SUNAPEE CHEMICAL INC
 PO BOX 684
 WOOSTER OH 44691

Claim Holder Name and Address — SUNAPEE CHEMICAL INC, PO BOX 684, WOOSTER OH 44691 — Docketed Total $6,720.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,720.00 |
| | | | $6,720.00 |

Modified Total $6,720.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,720.00 |
| | | | $6,720.00 |

---

**Claim: 8770**
Date Filed:06/29/06
Docketed Total:   $26,343.82
Filing Creditor Name and Address
 SURFACE COMBUSTION INC
 THOMAS C MCCLAIN
 PO BOX 428
 1700 INDIAN WOOD CIRCLE
 MAUMEE OH 43537-0428

Claim Holder Name and Address — SURFACE COMBUSTION INC, THOMAS C MCCLAIN, PO BOX 428, 1700 INDIAN WOOD CIRCLE, MAUMEE OH 43537-0428 — Docketed Total $26,343.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,343.82 |
| | | | $26,343.82 |

Modified Total $26,343.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,343.82 |
| | | | $26,343.82 |

---

**Claim: 16358**
Date Filed:10/10/06
Docketed Total:   $44,188.02
Filing Creditor Name and Address
 T S EXPEDITING SERVICE INC
 DBA TRI STATE EXPEDITED
 SERVICE INC
 PO BOX 307 SCATSCI
 PERRYSBURG OH 43552

Claim Holder Name and Address — T S EXPEDITING SERVICE INC, DBA TRI STATE EXPEDITED SERVICE INC, PO BOX 307 SCATSCI, PERRYSBURG OH 43552 — Docketed Total $44,188.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $44,188.02 |
| | | | $44,188.02 |

Modified Total $44,188.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $1,296.58 |
| 05-44640 | | | $42,891.44 |
| | | | $44,188.02 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1341<br>Date Filed:12/28/05<br>Docketed Total:   $23,917.01<br>Filing Creditor Name and Address<br>  TAPCO PRODUCTS INC<br>  PO BOX 42395<br>  CINCINNATI OH 45242 | TAPCO PRODUCTS INC<br>PO BOX 42395<br>CINCINNATI OH 45242 | Docketed Total | | $23,917.01 | | Modified Total | | $22,738.05 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $23,917.01<br>$23,917.01 | 05-44640 | | | $22,738.05<br>$22,738.05 |
| Claim: 1353<br>Date Filed:12/28/05<br>Docketed Total:   $53,943.12<br>Filing Creditor Name and Address<br>  TDS AUTOMOTIVE US INC<br>  2851 HIGH MEADOW CIR STE 250<br>  AUBURN HILLS MI 48326 | TDS AUTOMOTIVE US INC<br>2851 HIGH MEADOW CIR STE 250<br>AUBURN HILLS MI 48326 | Docketed Total | | $53,943.12 | | Modified Total | | $47,499.16 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44558 | | | $53,943.12<br>$53,943.12 | 05-44640 | | | $47,499.16<br>$47,499.16 |
| Claim: 1576<br>Date Filed:01/18/06<br>Docketed Total:   $98,962.60<br>Filing Creditor Name and Address<br>  TEGAL CORPORATION<br>  2201 S MC DOWELL BLVD<br>  PETALUMA CA 94954 | TEGAL CORPORATION<br>2201 S MC DOWELL BLVD<br>PETALUMA CA 94954 | Docketed Total | | $98,962.60 | | Modified Total | | $53,963.40 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $98,962.60<br>$98,962.60 | 05-44640 | | | $53,963.40<br>$53,963.40 |
| Claim: 8521<br>Date Filed:06/26/06<br>Docketed Total:   $13,464.00<br>Filing Creditor Name and Address<br>  TENAXOL INC<br>  5801 W NATIONAL AVE<br>  MILWAUKEE WI 53214-3492 | TENAXOL INC<br>5801 W NATIONAL AVE<br>MILWAUKEE WI 53214-3492 | Docketed Total | | $13,464.00 | | Modified Total | | $13,464.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $13,464.00<br>$13,464.00 | 05-44640 | | | $13,464.00<br>$13,464.00 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8527￼Date Filed:06/26/06￼Docketed Total:  $1,409.10￼Filing Creditor Name and Address￼ TENAXOL INC￼ 5801 W NATIONAL AVE￼ MILWAUKEE WI 53214-3447 | Claim Holder Name and Address     Docketed Total     $1,409.10￼TENAXOL INC￼5801 W NATIONAL AVE￼MILWAUKEE WI 53214-3447 | | | | | | Modified Total     $1,409.10 | |
| | Case Number*     Secured     Priority     Unsecured￼05-44481                                           $1,409.10￼                                                   $1,409.10 | | | | Case Number*     Secured     Priority     Unsecured￼05-44640                                           $1,409.10￼                                                   $1,409.10 | | | |
| Claim: 1758￼Date Filed:02/03/06￼Docketed Total:   $29,633.67￼Filing Creditor Name and Address￼ TEST AMERICA ANALYTICAL￼  TESTING￼ 1380 BUSCH PARKWAY￼ BUFFALO GROVE IL 60089 | Claim Holder Name and Address     Docketed Total     $29,633.67￼TEST AMERICA ANALYTICAL TESTING￼1380 BUSCH PARKWAY￼BUFFALO GROVE IL 60089 | | | | | | Modified Total     $14,695.38 | |
| | Case Number*     Secured     Priority     Unsecured￼05-44481                                           $29,633.67￼                                                   $29,633.67 | | | | Case Number*     Secured     Priority     Unsecured￼05-44640                                           $14,695.38￼                                                   $14,695.38 | | | |
| Claim: 16583￼Date Filed:03/20/07￼Docketed Total:   $206,964.00￼Filing Creditor Name and Address￼ TESTEQUITY INC￼ ATTN ALEX BULCKE￼ 2450 TURQUOISE CIR￼ THOUSAND OAKS CA 91320 | Claim Holder Name and Address     Docketed Total     $206,964.00￼TESTEQUITY INC￼ATTN ALEX BULCKE￼2450 TURQUOISE CIR￼THOUSAND OAKS CA 91320 | | | | | | Modified Total     $165,246.00 | |
| | Case Number*     Secured     Priority     Unsecured￼05-44640                                           $206,964.00￼                                                   $206,964.00 | | | | Case Number*     Secured     Priority     Unsecured￼05-44640                                           $165,246.00￼                                                   $165,246.00 | | | |
| Claim: 1110￼Date Filed:12/12/05￼Docketed Total:   $42,905.53￼Filing Creditor Name and Address￼ THIELENHAUS MICROFINISH￼  CORPORATION￼ ATTN MS JOAN COBLENTZ￼ 42925 W NINE MILE RD￼ NOVI MI 48375 | Claim Holder Name and Address     Docketed Total     $42,905.53￼THIELENHAUS MICROFINISH CORPORATION￼ATTN MS JOAN COBLENTZ￼42925 W NINE MILE RD￼NOVI MI 48375 | | | | | | Modified Total     $18,324.04 | |
| | Case Number*     Secured     Priority     Unsecured￼05-44481                                           $42,905.53￼                                                   $42,905.53 | | | | Case Number*     Secured     Priority     Unsecured￼05-44640                                           $18,324.04￼                                                   $18,324.04 | | | |

In re: Delphi Corporation, et al.                                                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11538<br>Date Filed:07/27/06<br>Docketed Total:  $5,226.75<br>Filing Creditor Name and Address<br> THIERICA EQUIPMENT CORP<br>  900 CLANCY AVE NE<br>  GRAND RAPIDS MI 49503 | Claim Holder Name and Address<br>THIERICA EQUIPMENT CORP<br>900 CLANCY AVE NE<br>GRAND RAPIDS MI 49503 | Docketed Total | | $5,226.75 | | Modified Total | | $5,226.75 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44589 | | | $5,226.75 | 05-44640 | | | $5,226.75 |
| | | | | $5,226.75 | | | | $5,226.75 |
| Claim: 11743<br>Date Filed:07/27/06<br>Docketed Total:   $1,777,501.48<br>Filing Creditor Name and Address<br> TI GROUP AUTOMOTIVE SYSTEMS<br>  LLC<br> TIMOTHY GUERRIERO ESQ<br> GENERAL COUNSEL & COMPANY<br> SECRETARY<br> TI AUTOMOTIVE<br> 12345 E NINE MILE RD<br> WARREN MI 48089-2614 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK NY 10017 | Docketed Total | | $1,777,501.48 | | Modified Total | | $1,145,420.76 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,777,501.48 | 05-44640 | | | $1,145,420.76 |
| | | | | $1,777,501.48 | | | | $1,145,420.76 |
| Claim: 1755<br>Date Filed:02/03/06<br>Docketed Total:   $229,282.43<br>Filing Creditor Name and Address<br> TITAN PLASTICS GROUP INC<br>  8051 MOORSBRIDGE<br>  PORTAGE MI 49024 | Claim Holder Name and Address<br>TITAN PLASTICS GROUP INC<br>8051 MOORSBRIDGE<br>PORTAGE MI 49024 | Docketed Total | | $229,282.43 | | Modified Total | | $147,710.86 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $229,282.43 | 05-44640 | | | $147,710.86 |
| | | | | $229,282.43 | | | | $147,710.86 |
| Claim: 10815<br>Date Filed:07/25/06<br>Docketed Total:   $2,003.55<br>Filing Creditor Name and Address<br> TOTAL FILTRATION SERVICES INC<br>  2725 COMMERCE PKWY<br>  AUBURN HILLS MI 48326 | Claim Holder Name and Address<br>TOTAL FILTRATION SERVICES INC<br>2725 COMMERCE PKWY<br>AUBURN HILLS MI 48326 | Docketed Total | | $2,003.55 | | Modified Total | | $2,003.55 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44482 | | | $2,003.55 | 05-44640 | | | $2,003.55 |
| | | | | $2,003.55 | | | | $2,003.55 |

*See Exhibit G for a listing of debtor entities by case number                       Page:   55 of  62

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 13501**
Date Filed:07/25/06
Docketed Total:   $49,655.16
Filing Creditor Name and Address
 TRANE COMPANY
 DIV OF AMERICAN STANDARD INC
 3600 PAMMEL CREEK RD
 LA CROSSE WI 54601

Claim Holder Name and Address — Docketed Total — $49,655.16
TRANE COMPANY
DIV OF AMERICAN STANDARD INC
3600 PAMMEL CREEK RD
LA CROSSE WI 54601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,655.16 |
| | | | $49,655.16 |

Modified Total — $35,743.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $301.00 |
| 05-44640 | | | $35,442.73 |
| | | | $35,743.73 |

---

**Claim: 2676**
Date Filed:04/18/06
Docketed Total:   $5,572.96
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

Claim Holder Name and Address — Docketed Total — $5,572.96
TRANSFER TOOL PRODUCTS INC
CO THOMAS G KING & DS HOLMGREN
KREIS ENDERLE CALLANDER &
HUDGINS E
PO BOX 4010
KALAMAZOO MI 49003-4010

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,572.96 |
| | | | $5,572.96 |

Modified Total — $5,572.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,572.96 |
| | | | $5,572.96 |

---

**Claim: 2678**
Date Filed:04/18/06
Docketed Total:   $4,623.40
Filing Creditor Name and Address
 TRANSFER TOOL PRODUCTS INC
 CO THOMAS G KING & DS HOLMGREN
 KREIS ENDERLE CALLANDER &
 HUDGINS E
 PO BOX 4010
 KALAMAZOO MI 49003-4010

Claim Holder Name and Address — Docketed Total — $4,623.40
TRANSFER TOOL PRODUCTS INC
CO THOMAS G KING & DS HOLMGREN
KREIS ENDERLE CALLANDER &
HUDGINS E
PO BOX 4010
KALAMAZOO MI 49003-4010

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,623.40 |
| | | | $4,623.40 |

Modified Total — $4,623.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,623.40 |
| | | | $4,623.40 |

---

**Claim: 1475**
Date Filed:01/09/06
Docketed Total:   $1,000.00
Filing Creditor Name and Address
 TREASURER STATE OF OHIO
 ATTN ROBERT LEIDY
 OHIO DEPARTMENT OF HEALTH
 161 SOUTH HIGH ST STE 400
 AKRON OH 44308

Claim Holder Name and Address — Docketed Total — $1,000.00
TREASURER STATE OF OHIO
ATTN ROBERT LEIDY
OHIO DEPARTMENT OF HEALTH
161 SOUTH HIGH ST STE 400
AKRON OH 44308

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,000.00 |
| | | | $1,000.00 |

Modified Total — $200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $200.00 |
| | | | $200.00 |

---

*See Exhibit G for a listing of debtor entities by case number          Page:   56 of 62

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8075<br>Date Filed:06/16/06<br>Docketed Total: $21,230.04<br>Filing Creditor Name and Address<br> TRUPAR AMERICA<br> BRIAN BELBACK<br> 160 WILSON RD<br> BENTLEYVILLE PA 15314 | TRUPAR AMERICA<br>BRIAN BELBACK<br>160 WILSON RD<br>BENTLEYVILLE PA 15314 | | | $21,230.04 | | | | $20,808.24 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $21,230.04<br>$21,230.04 | 05-44640 | | | $20,808.24<br>$20,808.24 |
| Claim: 1793<br>Date Filed:02/06/06<br>Docketed Total: $39,726.30<br>Filing Creditor Name and Address<br> UNITED ROAD SERVICES INC DBA<br> PILOT TRANSPORT<br> ATTN BILL COLE<br> PO BOX 258<br> BRIGHTON MI 48116 | UNITED ROAD SERVICES INC DBA PILOT<br>TRANSPORT<br>ATTN BILL COLE<br>PO BOX 258<br>BRIGHTON MI 48116 | Docketed Total | | $39,726.30 | | Modified Total | | $39,726.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $39,726.30<br>$39,726.30 | 05-44640 | | | $39,726.30<br>$39,726.30 |
| Claim: 15350<br>Date Filed:07/31/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> UNIVERSITY OF ILLINOIS<br> THE OFFICE OF BUSINESS AFFAIRS<br> GRANT & CONTRACTS 109 COBLE H<br> 801 S WRIGHT ST RMT CHG 5 01<br> CHICAGO IL 61820 | UNIVERSITY OF ILLINOIS<br>THE OFFICE OF BUSINESS AFFAIRS<br>GRANT & CONTRACTS 109 COBLE H<br>801 S WRIGHT ST RMT CHG 5 01<br>CHICAGO IL 61820 | Docketed Total | | $30,000.00 | | Modified Total | | $30,000.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $30,000.00<br>$30,000.00 | 05-44640 | | | $30,000.00<br>$30,000.00 |
| Claim: 5454<br>Date Filed:05/10/06<br>Docketed Total: $1,643.70<br>Filing Creditor Name and Address<br> UPPER PENINSULA POWER COMPANY<br> PO BOX 19076<br> GREEN BAY WI 54307-9076 | LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $1,643.70 | | Modified Total | | $1,643.70 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,643.70<br>$1,643.70 | 05-44640 | | | $1,643.70<br>$1,643.70 |

In re: Delphi Corporation, <u>et</u> <u>al</u>.                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7084<br>Date Filed:05/30/06<br>Docketed Total:   $21.78<br>Filing Creditor Name and Address<br> USA MOBILE COMMUNICATIONS<br> USA MOBILITY METROCALL ARCH<br> WIRELES<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address   Docketed Total        $21.78<br>USA MOBILE COMMUNICATIONS<br>USA MOBILITY METROCALL ARCH<br>WIRELES<br>890 E HEINBERG ST<br>PENSACOLA FL 32502<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $21.78<br>                                                      $21.78 | Modified Total        $21.78<br><br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44624 _____ _____ _____ $21.78<br>                                                      $21.78 |
| Claim: 11030<br>Date Filed:07/26/06<br>Docketed Total:   $1,372.28<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address   Docketed Total      $1,372.28<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $1,372.28<br>                                                      $1,372.28 | Modified Total      $1,322.45<br><br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $1,322.45<br>                                                      $1,322.45 |
| Claim: 11031<br>Date Filed:07/26/06<br>Docketed Total:   $777.39<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address   Docketed Total        $777.39<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $777.39<br>                                                      $777.39 | Modified Total        $650.00<br><br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $650.00<br>                                                      $650.00 |
| Claim: 11037<br>Date Filed:07/26/06<br>Docketed Total:   $1,092.16<br>Filing Creditor Name and Address<br> VECTREN ENERGY DELIVERY<br> ATTN SHARON ARMSTRONG<br> PO BOX 209<br> EVANSVILLE IN 47702 | Claim Holder Name and Address   Docketed Total      $1,092.16<br>VECTREN ENERGY DELIVERY<br>ATTN SHARON ARMSTRONG<br>PO BOX 209<br>EVANSVILLE IN 47702<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $1,092.16<br>                                                      $1,092.16 | Modified Total        $801.06<br><br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $801.06<br>                                                      $801.06 |

In re: Delphi Corporation, <u>et al.</u>                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13457**
Date Filed: 07/31/06
Docketed Total:   $379,947.09
Filing Creditor Name and Address
  VEHMA INTERNATIONAL OF
  AMERICAN INC
  SCHAFER AND WEINER PLLC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS MI 48304

Claim Holder Name and Address    Docketed Total    $379,947.09
VEHMA INTERNATIONAL OF AMERICAN INC
SCHAFER AND WEINER PLLC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS MI 48304

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $379,947.09 | | |
| | $379,947.09 | | |

Modified Total    $245,137.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $245,137.69 |
| | | | $245,137.69 |

---

**Claim: 9471**
Date Filed: 07/13/06
Docketed Total:   $38,735.12
Filing Creditor Name and Address
  VETTE CORP
  2 WALL ST 4TH FL
  MANCHESTER NH 03101

Claim Holder Name and Address    Docketed Total    $38,735.12
VETTE CORP
2 WALL ST 4TH FL
MANCHESTER NH 03101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $38,735.12 |
| | | | $38,735.12 |

Modified Total    $12,705.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,705.52 |
| | | | $12,705.52 |

---

**Claim: 9452**
Date Filed: 07/13/06
Docketed Total:   $2,675,676.21
Filing Creditor Name and Address
  VISHAY AMERICAS INC
  ATTN MARION R HUBBARD
  1 GREENWHICH PL
  SHELTON CT 06484

Claim Holder Name and Address    Docketed Total    $2,675,676.21
VISHAY AMERICAS INC
ATTN MARION R HUBBARD
1 GREENWHICH PL
SHELTON CT 06484

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,675,676.21 |
| | | | $2,675,676.21 |

Modified Total    $92,156.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $92,156.46 |
| | | | $92,156.46 |

---

**Claim: 6561**
Date Filed: 05/22/06
Docketed Total:   $119,243.50
Filing Creditor Name and Address
  VITRONICS SOLTEC
  2 MARIN WAY
  STRATHAM NH 03885

Claim Holder Name and Address    Docketed Total    $119,243.50
VITRONICS SOLTEC
2 MARIN WAY
STRATHAM NH 03885

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,243.50 |
| | | | $119,243.50 |

Modified Total    $54,359.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,359.40 |
| | | | $54,359.40 |

---

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11393<br>Date Filed:07/27/06<br>Docketed Total:  $54,050.82<br>Filing Creditor Name and Address<br> VORYS SATER SEYMOUR AND PEASE<br> LLP<br> C O RANDALL D LATOUR ESQ<br> 52 E GAY ST<br> PO BOX 1008<br> COLUMBUS OH 43215 | Claim Holder Name and Address    Docketed Total    $54,050.82<br>VORYS SATER SEYMOUR AND PEASE LLP<br>C O RANDALL D LATOUR ESQ<br>52 E GAY ST<br>PO BOX 1008<br>COLUMBUS OH 43215 | | | | | | | Modified Total    $648.10 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$54,050.82<br>$54,050.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$648.10<br>$648.10 |
| Claim: 9917<br>Date Filed:07/19/06<br>Docketed Total:  $10,510.50<br>Filing Creditor Name and Address<br> VOSS MANUFACTURING INC<br> 2345 LOCKPORT RD<br> SANBORN NY 14132 | Claim Holder Name and Address    Docketed Total    $10,510.50<br>VOSS MANUFACTURING INC<br>2345 LOCKPORT RD<br>SANBORN NY 14132 | | | | | | | Modified Total    $10,510.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,510.50<br>$10,510.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,510.50<br>$10,510.50 |
| Claim: 9060<br>Date Filed:07/06/06<br>Docketed Total:  $32,728.44<br>Filing Creditor Name and Address<br> WALTER MECHANICAL SERVICE<br> DBA ATI GROUP<br> 3419 PIERSON PL<br> FLUSHING MI 48433 | Claim Holder Name and Address    Docketed Total    $32,728.44<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | | | | Modified Total    $31,126.64 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,728.44<br>$32,728.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,126.64<br>$31,126.64 |
| Claim: 8742<br>Date Filed:06/29/06<br>Docketed Total:  $1,690.25<br>Filing Creditor Name and Address<br> WCR INC OHIO DIV<br> 221 CRANE ST<br> DAYTON OH 45403 | Claim Holder Name and Address    Docketed Total    $1,690.25<br>WCR INC OHIO DIV<br>221 CRANE ST<br>DAYTON OH 45403 | | | | | | | Modified Total    $1,690.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,690.25<br>$1,690.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,690.25<br>$1,690.25 |

*See Exhibit G for a listing of debtor entities by case number              Page:   60 of 62

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2047<br>Date Filed:02/16/06<br>Docketed Total:  $174,296.44<br>Filing Creditor Name and Address<br> WINDSOR MACHINE & STAMPING LTD<br> 5725 OUTER DR RR 1<br> WINDSOR ON W9A 6J3<br> CANADA | Claim Holder Name and Address<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $174,296.44 | | Modified Total | | $174,296.44 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$174,296.44<br>_____<br>$174,296.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$174,296.44<br>_____<br>$174,296.44 |
| Claim: 7062<br>Date Filed:05/30/06<br>Docketed Total:  $20,830.11<br>Filing Creditor Name and Address<br> WORKPLACE INTEGRATORS<br> DRAWER1634<br> PO BOX 79001<br> DETROIT MI 48279-1634 | Claim Holder Name and Address<br>WORKPLACE INTEGRATORS<br>DRAWER1634<br>PO BOX 79001<br>DETROIT MI 48279-1634 | Docketed Total | | $20,830.11 | | Modified Total | | $20,830.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,830.11<br>$20,830.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,830.11<br>$20,830.11 |
| Claim: 11224<br>Date Filed:07/26/06<br>Docketed Total:  $120,421.40<br>Filing Creditor Name and Address<br> XPEDX<br> MARTHA DIAZ<br> 3900 LIMA ST<br> DENVER CO 80239 | Claim Holder Name and Address<br>XPEDX<br>MARTHA DIAZ<br>3900 LIMA ST<br>DENVER CO 80239 | Docketed Total | | $120,421.40 | | Modified Total | | $120,421.40 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$120,421.40<br>$120,421.40 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$120,421.40<br>$120,421.40 |
| Claim: 1568<br>Date Filed:01/17/06<br>Docketed Total:  $4,088.81<br>Filing Creditor Name and Address<br> YUASA & HARA<br> SECTION 206 NEW OHTEMACHI BLDG<br> 2 1<br> OHTEMACHI 2 CHOME CHIYODA KU<br> TOKYO  100-0004<br> JAPAN | Claim Holder Name and Address<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN | Docketed Total | | $4,088.81 | | Modified Total | | $4,012.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,088.81<br>$4,088.81 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,012.39<br>$4,012.39 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9153<br>Date Filed:07/10/06<br>Docketed Total:  $48,340.32<br>Filing Creditor Name and Address<br>  YUASA & HARA<br>  SECTION 206 NEW OHTEMACHI BLDG<br>  2 1<br>  OHTEMACHI 2 CHOME CHIYODA KU<br>  TOKYO  100-0004<br>  JAPAN | Claim Holder Name and Address    Docketed Total    $48,340.32<br>YUASA & HARA<br>SECTION 206 NEW OHTEMACHI BLDG<br>2 1<br>OHTEMACHI 2 CHOME CHIYODA KU<br>TOKYO  100-0004<br>JAPAN | Modified Total    $45,691.36 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44554                                        $48,340.32<br>                                                 $48,340.32 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $45,691.36<br>                                                 $45,691.36 |
| Claim: 4399<br>Date Filed:05/02/06<br>Docketed Total:   $5,066.84<br>Filing Creditor Name and Address<br>  Z MAR TECHNOLOGY<br>  TONYA CHAPMAN<br>  PO BOX 1298<br>  MATTHEWS NC 28106 | Claim Holder Name and Address    Docketed Total    $5,066.84<br>Z MAR TECHNOLOGY<br>TONYA CHAPMAN<br>PO BOX 1298<br>MATTHEWS NC 28106 | Modified Total    $2,257.62 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $5,066.84<br>                                                  $5,066.84 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $2,257.62<br>                                                  $2,257.62 |

Total Count of Claims:   246
Total Amount as Docketed:       $20,895,475.76
Total Amount as Modified:       $13,757,847.06

In re: Delphi Corporation, <u>et al.</u>                                                                                                                Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 1509<br>Date Filed: 01/10/06<br>Docketed Total:  $325,806.69<br>Filing Creditor Name and Address<br> BOARD OF COUNTY COMMISSIONERS<br> OF JOHNSON COUNTY KANSAS<br> JOHNSON COUNTY LEGAL DEPT<br> JOHNSON COUNTY ADMIN BLDG<br> 111 S CHERRY ST STE 3200<br> OLATHE KS 66061-3441 | Claim Holder Name and Address    Docketed Total    $325,806.69<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441 | | Modified Total    $282,870.92 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                        $325,806.69<br>                                $325,806.69 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                        $282,870.92<br>                                $282,870.92 | |
| Claim: 1332<br>Date Filed: 12/27/05<br>Docketed Total:  $1,672.13<br>Filing Creditor Name and Address<br> CAMPBELL COUNTY TREASURERS<br> OFFICE<br> PO BOX 37<br> RUSTBURG VA 24588 | Claim Holder Name and Address    Docketed Total    $1,672.13<br>CAMPBELL COUNTY TREASURERS OFFICE<br>PO BOX 37<br>RUSTBURG VA 24588 | | Modified Total    $1,282.73 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                        $1,672.13<br><br>                                $1,672.13 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                        $1,282.73<br><br>                                $1,282.73 | |
| Claim: 325<br>Date Filed: 11/04/05<br>Docketed Total:  $551.00<br>Filing Creditor Name and Address<br> CAROLYN P BOWERS MONTGOMERY<br> COUNTY TRUSTEE<br> PO BOX 1005<br> CLARKSVILLE TN 37041 | Claim Holder Name and Address    Docketed Total    $551.00<br>CAROLYN P BOWERS MONTGOMERY COUNTY<br>TRUSTEE<br>PO BOX 1005<br>CLARKSVILLE TN 37041 | | Modified Total    $422.68 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                        $551.00<br>                                $551.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                        $422.68<br>                                $422.68 | |
| Claim: 9558<br>Date Filed: 07/17/06<br>Docketed Total:  $7,331.57<br>Filing Creditor Name and Address<br> CHARTER TOWNSHIP OF BRIGHTON<br> HARRIS & LITERSKI<br> 822 E GRAND RIVER<br> BRIGHTON MI 48116 | Claim Holder Name and Address    Docketed Total    $7,331.57<br>CHARTER TOWNSHIP OF BRIGHTON<br>HARRIS & LITERSKI<br>822 E GRAND RIVER<br>BRIGHTON MI 48116 | | Modified Total    $7,049.59 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                        $7,331.57<br>                                $7,331.57 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                        $7,049.59<br>                                $7,049.59 | |

*See Exhibit G for a listing of debtor entities by case number                              Page:   1 of 17

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8763**
Date Filed: 06/29/06
Docketed Total:   $1,410.24
Filing Creditor Name and Address
 CHESTERFIELD CO SC
 CHESTERFIELD CO TAX TREASURER
 PO BOX 750
 CHESTERFIELD SC 29709

Claim Holder Name and Address — CHESTERFIELD CO SC / CHESTERFIELD CO TAX TREASURER / PO BOX 750 / CHESTERFIELD SC 29709 — Docketed Total $1,410.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,410.24 | | 05-44640 | | $932.72 | |
| | | $1,410.24 | | | | $932.72 | |

Modified Total $932.72

---

**Claim: 7239**
Date Filed: 05/31/06
Docketed Total:   $73.22
Filing Creditor Name and Address
 CHRIS HUGHES  OKALOOSA COUNTY
 TAX COLLECTOR
 OKALOOSA COUNTY TAX COLLECTOR
 151-C EGLIN PARKWAY NE
 FT WALTON BEACH FL 32548

Claim Holder Name and Address — CHRIS HUGHES  OKALOOSA COUNTY TAX COLLECTOR / OKALOOSA COUNTY TAX COLLECTOR / 151-C EGLIN PARKWAY NE / FT WALTON BEACH FL 32548 — Docketed Total $73.22

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $73.22 | | | 05-44640 | | | $65.65 |
| | $73.22 | | | | | | $65.65 |

Modified Total $65.65

---

**Claim: 109**
Date Filed: 10/25/05
Docketed Total:   $4.00
Filing Creditor Name and Address
 CITY OF FRANKLIN
 TAX COLLECTOR
 PO BOX 705
 FRANKLIN TN 37065

Claim Holder Name and Address — CITY OF FRANKLIN / TAX COLLECTOR / PO BOX 705 / FRANKLIN TN 37065 — Docketed Total $4.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $4.00 | | | 05-44640 | | $3.07 | |
| | $4.00 | | | | | $3.07 | |

Modified Total $3.07

---

**Claim: 7561**
Date Filed: 06/06/06
Docketed Total:   $16.91
Filing Creditor Name and Address
 CITY OF GORDONSVILLE TENNESSEE
 JAMIE D WINKLER ESQ
 BELLAR & WINKLER
 212 MAIN ST N
 PO BOX 332
 CARTHAGE TN 37030

Claim Holder Name and Address — CITY OF GORDONSVILLE TENNESSEE / JAMIE D WINKLER ESQ / BELLAR & WINKLER / 212 MAIN ST N / PO BOX 332 / CARTHAGE TN 37030 — Docketed Total $16.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $16.91 | | 05-44640 | | $12.97 | |
| | | $16.91 | | | | $12.97 | |

Modified Total $12.97

---

In re: Delphi Corporation, <u>et al.</u>                                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6653<br>Date Filed:05/23/06<br>Docketed Total:  $1,370.50<br>Filing Creditor Name and Address<br> CITY OF LAREDO<br> C O LAURA L GOMEZ<br> 212 FLORES AVE<br> LAREDO TX 78040 | Claim Holder Name and Address<br>CITY OF LAREDO<br>C O LAURA L GOMEZ<br>212 FLORES AVE<br>LAREDO TX 78040 | Docketed Total | | $1,370.50 | | Modified Total | | $513.63 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$1,370.50<br>$1,370.50 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$513.63<br>$513.63 | <u>Unsecured</u> |
| Claim: 10138<br>Date Filed:07/21/06<br>Docketed Total:  $532.04<br>Filing Creditor Name and Address<br> CITY OF LYNCHBURG VA<br> CITY OF LYNCHBURG<br> PO BOX 9000<br> LYNCHBURG VA 24505 | Claim Holder Name and Address<br>CITY OF LYNCHBURG VA<br>CITY OF LYNCHBURG<br>PO BOX 9000<br>LYNCHBURG VA 24505 | Docketed Total | | $532.04 | | Modified Total | | $277.20 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$532.04<br>$532.04 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$277.20<br>$277.20 | <u>Unsecured</u> |
| Claim: 3213<br>Date Filed:04/28/06<br>Docketed Total:  $34,386.70<br>Filing Creditor Name and Address<br> CITY OF N KANSAS MO<br> CITY HALL / CITY COLLECTOR<br> PO BOX 7468<br> 2010 HOWELL ST<br> N KANSAS CITY MO 64116 | Claim Holder Name and Address<br>CITY OF N KANSAS MO<br>CITY HALL / CITY COLLECTOR<br>PO BOX 7468<br>2010 HOWELL ST<br>N KANSAS CITY MO 64116 | Docketed Total | | $34,386.70 | | Modified Total | | $26,378.84 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$34,386.70<br>$34,386.70 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$26,378.84<br>$26,378.84 | <u>Unsecured</u> |
| Claim: 425<br>Date Filed:11/07/05<br>Docketed Total:  $71.00<br>Filing Creditor Name and Address<br> CITY OF PULASKI<br> PO BOX 633<br> PULASKI TN 38478 | Claim Holder Name and Address<br>CITY OF PULASKI<br>PO BOX 633<br>PULASKI TN 38478 | Docketed Total | | $71.00 | | Modified Total | | $54.47 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$71.00<br>$71.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$54.47<br>$54.47 | <u>Unsecured</u> |

In re: Delphi Corporation, <u>et al.</u>                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6741<br>Date Filed:05/12/06<br>Docketed Total:   $2,132.39<br>Filing Creditor Name and Address<br> CITY OF TORRINGTON CT<br> CITY OF TORRINGTON TAX<br> COLLECTOR<br> PO BOX 839<br> TORRINGTON CT 06790 | Claim Holder Name and Address<br>CITY OF TORRINGTON CT<br>CITY OF TORRINGTON TAX<br>COLLECTOR<br>PO BOX 839<br>TORRINGTON CT 06790 | Docketed Total | $2,132.39 | | | Modified Total | $1,983.62 | |
| | Case Number*<br>05-44640 | Secured<br>$2,132.39<br>$2,132.39 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,983.62<br>$1,983.62 |
| Claim: 5858<br>Date Filed:05/15/06<br>Docketed Total:   $172.94<br>Filing Creditor Name and Address<br> CLARK COUNTY TREASURER<br> 31 N LIMESTONE ST<br> SPRINGFIELD OH 45502 | Claim Holder Name and Address<br>CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>SPRINGFIELD OH 45502 | Docketed Total | $172.94 | | | Modified Total | $132.67 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$172.94<br>$172.94 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$132.67<br>$132.67 | Unsecured |
| Claim: 5859<br>Date Filed:05/15/06<br>Docketed Total:   $134.10<br>Filing Creditor Name and Address<br> CLARK COUNTY TREASURER<br> 31 N LIMESTONE ST<br> PO BOX 1305<br> SPRINGFIELD OH 45502 | Claim Holder Name and Address<br>CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>PO BOX 1305<br>SPRINGFIELD OH 45502 | Docketed Total | $134.10 | | | Modified Total | $102.87 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$134.10<br>$134.10 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$102.87<br>$102.87 | Unsecured |
| Claim: 6869<br>Date Filed:05/25/06<br>Docketed Total:   $351.00<br>Filing Creditor Name and Address<br> CLINTON CITY RECORDER<br> 100 BOWLING ST CITY HALL<br> CLINTON TN 37716 | Claim Holder Name and Address<br>CLINTON CITY RECORDER<br>100 BOWLING ST CITY HALL<br>CLINTON TN 37716 | Docketed Total | $351.00 | | | Modified Total | $331.40 | |
| | Case Number*<br>05-44481 | Secured<br>$351.00<br>$351.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$331.40<br>$331.40 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   4 of 17

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2949<br>Date Filed: 04/27/06<br>Docketed Total: $2,540.94<br>Filing Creditor Name and Address<br> CLINTON COUNTY IN<br> CLINTON COUNTY TREASURER<br> 220 COURTHOUSE SQ<br> FRANKFORT IN 46041 | Claim Holder Name and Address<br>CLINTON COUNTY IN<br>CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQ<br>FRANKFORT IN 46041 | Docketed Total | | $2,540.94 | | Modified Total | | $2,245.08 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,540.94<br>$2,540.94 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,245.08<br>$2,245.08 |
| Claim: 3392<br>Date Filed: 04/28/06<br>Docketed Total: $25,358.82<br>Filing Creditor Name and Address<br> COPIAH COUNTY<br> TAX COLLECTOR<br> PO BOX 705<br> HAZLEHURST MS 39083 | Claim Holder Name and Address<br>COPIAH COUNTY<br>TAX COLLECTOR<br>PO BOX 705<br>HAZLEHURST MS 39083 | Docketed Total | | $25,358.82 | | Modified Total | | $24,620.21 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$25,358.82<br>$25,358.82 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$24,620.21<br>$24,620.21 | Unsecured |
| Claim: 4312<br>Date Filed: 05/01/06<br>Docketed Total: $529.30<br>Filing Creditor Name and Address<br> DAVIESS CO KY<br> DAVIESS COUNTY ATTORNEY<br> 212 ST ANN ST<br> OWENSBORO KY 42303 | Claim Holder Name and Address<br>DAVIESS CO KY<br>DAVIESS COUNTY ATTORNEY<br>212 ST ANN ST<br>OWENSBORO KY 42303 | Docketed Total | | $529.30 | | Modified Total | | $272.93 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$529.30<br>$529.30 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$272.93<br>$272.93 | Unsecured |
| Claim: 6361<br>Date Filed: 05/19/06<br>Docketed Total: $128.48<br>Filing Creditor Name and Address<br> DEARBORN COUNTYIN<br> DEARBORN COUNTY TREASURER<br> 215B W HIGH ST<br> NEW ADMINSTRATION BLGD<br> LAWRENCEBURG IN 47025 | Claim Holder Name and Address<br>DEARBORN COUNTYIN<br>DEARBORN COUNTY TREASURER<br>215B W HIGH ST<br>NEW ADMINSTRATION BLGD<br>LAWRENCEBURG IN 47025 | Docketed Total | | $128.48 | | Modified Total | | $66.90 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$128.48<br>$128.48 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$66.90<br>$66.90 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number                    Page:   5 of 17

In re: Delphi Corporation, <u>et al.</u>                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10038<br>Date Filed:07/20/06<br>Docketed Total:   $392.83<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305 | Docketed Total | | $392.83 | Modified Total | | | $392.83 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$392.83<br>$392.83 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$392.83<br>$392.83 | <u>Unsecured</u> |
| Claim: 10039<br>Date Filed:07/20/06<br>Docketed Total:   $64.31<br>Filing Creditor Name and Address<br> DELAWARE COUNTY IN<br> DELAWARE COUNTY TREASURER<br> 100 W MAIN ST<br> ROOM 102<br> MUNCIE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY IN<br>DELAWARE COUNTY TREASURER<br>100 W MAIN ST<br>ROOM 102<br>MUNCIE IN 47305 | Docketed Total | | $64.31 | Modified Total | | | $64.31 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$64.31<br>$64.31 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$64.31<br>$64.31 | <u>Unsecured</u> |
| Claim: 10037<br>Date Filed:07/20/06<br>Docketed Total:   $148.02<br>Filing Creditor Name and Address<br> DELAWARE COUNTY TREASURER<br> ROOM 102 COUNTY BLDG<br> 100 W MAIN ST<br> MUNICE IN 47305 | Claim Holder Name and Address<br>DELAWARE COUNTY TREASURER<br>ROOM 102 COUNTY BLDG<br>100 W MAIN ST<br>MUNCIE IN 47305 | Docketed Total | | $148.02 | Modified Total | | | $148.02 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$148.02<br>$148.02 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$148.02<br>$148.02 | <u>Unsecured</u> |
| Claim: 3389<br>Date Filed:04/28/06<br>Docketed Total:   $43.44<br>Filing Creditor Name and Address<br> EDGEFIELD CO SC<br> EDGEFIELD CO TREASURER<br> PO BOX 22<br> EDGEFIELD SC 29824 | Claim Holder Name and Address<br>EDGEFIELD CO SC<br>EDGEFIELD CO TREASURER<br>PO BOX 22<br>EDGEFIELD SC 29824 | Docketed Total | | $43.44 | Modified Total | | | $28.97 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$43.44<br>$43.44 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$28.97<br>$28.97 |

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1545<br>Date Filed:01/17/06<br>Docketed Total:   $18.86<br>Filing Creditor Name and Address<br> FORREST BUTCH FREEMAN OKLAHOMA<br> COUNTY TREASURER<br> 320 ROBERT S KERR RM 307<br> OKLAHOMA CITY OK 73102 | Claim Holder Name and Address<br>FORREST BUTCH FREEMAN OKLAHOMA<br>COUNTY TREASURER<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY OK 73102 | Docketed Total | | $18.86 | | Modified Total | | $18.86 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$18.86<br>$18.86 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$18.86<br>$18.86 |
| Claim: 4415<br>Date Filed:05/02/06<br>Docketed Total:   $21.33<br>Filing Creditor Name and Address<br> GLEYN TWILLA<br> CITY TAX COLLECTOR<br> 425 W COURT ST<br> DYERSBURG TN 38024 | Claim Holder Name and Address<br>GLEYN TWILLA<br>CITY TAX COLLECTOR<br>425 W COURT ST<br>DYERSBURG TN 38024 | Docketed Total | | $21.33 | | Modified Total | | $19.95 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$21.33<br>$21.33 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$19.95<br>$19.95 | <u>Unsecured</u> |
| Claim: 893<br>Date Filed:11/28/05<br>Docketed Total:   $948.13<br>Filing Creditor Name and Address<br> GRAYSON COUNTY<br> F R YOUNG JR TREASURER<br> PO BOX 127<br> INDEPENDENCE VA 24348 | Claim Holder Name and Address<br>GRAYSON COUNTY<br>F R YOUNG JR TREASURER<br>PO BOX 127<br>INDEPENDENCE VA 24348 | Docketed Total | | $948.13 | | Modified Total | | $948.13 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$948.13<br>$948.13 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$948.13<br>$948.13 |
| Claim: 4865<br>Date Filed:05/05/06<br>Docketed Total:   $2,398.16<br>Filing Creditor Name and Address<br> GREENWOOD CO SC<br> GREENWOOD CO TAX TREASURER<br> 528 MONUMENT ST<br> R 101<br> GREENWOOD SC 29646 | Claim Holder Name and Address<br>GREENWOOD CO SC<br>GREENWOOD CO TAX TREASURER<br>528 MONUMENT ST<br>R 101<br>GREENWOOD SC 29646 | Docketed Total | | $2,398.16 | | Modified Total | | $1,599.73 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$2,398.16<br>$2,398.16 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,599.73<br>$1,599.73 |

*See Exhibit G for a listing of debtor entities by case number                              Page:   7 of 17

In re: Delphi Corporation, et al.                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 2232**<br>Date Filed:03/09/06<br>Docketed Total:  $11,927.66<br>Filing Creditor Name and Address<br> HENRY COUNTY TREASURER<br> 101 S MAIN ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362 | Docketed Total | | $11,927.66 | | Modified Total | | $2,396.24 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$11,927.66<br>$11,927.66 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$2,396.24<br>$2,396.24 | Unsecured |
| **Claim: 5756**<br>Date Filed:05/12/06<br>Docketed Total:  $669.29<br>Filing Creditor Name and Address<br> JACKSON COUNTY<br> MANAGER OF FINANCE<br> COLLECTION DEPARTMENT<br> 415 E 12TH ST<br> KANSAS CITY MO 64106-8401 | Claim Holder Name and Address<br>JACKSON COUNTY<br>MANAGER OF FINANCE<br>COLLECTION DEPARTMENT<br>415 E 12TH ST<br>KANSAS CITY MO 64106-8401 | Docketed Total | | $669.29 | | Modified Total | | $669.29 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$669.29<br>$669.29 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$669.29<br>$669.29 | Unsecured |
| **Claim: 7901**<br>Date Filed:06/13/06<br>Docketed Total:  $2,696.25<br>Filing Creditor Name and Address<br> JOHNSON COUNTY TREASURER<br> COURTHOUSE ANNEX<br> 86 W COURT ST<br> FRANKLIN IN 46131 | Claim Holder Name and Address<br>JOHNSON COUNTY TREASURER COURTHOUSE<br>ANNEX<br>86 W COURT ST<br>FRANKLIN IN 46131 | Docketed Total | | $2,696.25 | | Modified Total | | $2,451.14 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,696.25<br>$2,696.25 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$2,451.14<br>$2,451.14 | Unsecured |
| **Claim: 6565**<br>Date Filed:05/22/06<br>Docketed Total:  $19.09<br>Filing Creditor Name and Address<br> JONES CO MS<br> JONES CO TAX COLLECTOR<br> PO BOX 511<br> LAUREL MS 39441 | Claim Holder Name and Address<br>JONES CO MS<br>JONES CO TAX COLLECTOR<br>PO BOX 511<br>LAUREL MS 39441 | Docketed Total | | $19.09 | | Modified Total | | $19.09 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$19.09<br>$19.09 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$19.09<br>$19.09 | Unsecured |

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1328<br>Date Filed:12/27/05<br>Docketed Total:  $269,106.72<br>Filing Creditor Name and Address<br> JUDY PITTS REVENUE<br> COMMISSIONER ETOWAH COUNTY<br> ALABAMA<br> ETOWAH COUNTY COURTHOUSE<br> 800 FORREST AVE RM 5<br> GADSDEN AL 35901 | Claim Holder Name and Address  Docketed Total  $269,106.72<br>JUDY PITTS REVENUE COMMISSIONER<br>ETOWAH COUNTY ALABAMA<br>ETOWAH COUNTY COURTHOUSE<br>800 FORREST AVE RM 5<br>GADSDEN AL 35901 | | | | | Modified Total  $269,106.72 | | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$269,106.72 | Unsecured | | Case Number*<br>05-44640 | Secured | Priority<br>$269,106.72 | Unsecured | |
| | | | $269,106.72 | | | | | $269,106.72 | | |
| Claim: 3331<br>Date Filed:04/28/06<br>Docketed Total:  $107.52<br>Filing Creditor Name and Address<br> KING COUNTY TAX COLLECTOR ROOM<br> 600<br> 500 4TH AVE<br> SEATTLE WA 98104-2340 | Claim Holder Name and Address  Docketed Total  $107.52<br>KING COUNTY TAX COLLECTOR ROOM 600<br>500 4TH AVE<br>SEATTLE WA 98104-2340 | | | | | Modified Total  $107.52 | | | | |
| | Case Number*<br>05-44481 | Secured<br>$107.52 | Priority | Unsecured | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107.52 | |
| | | $107.52 | | | | | | | $107.52 | |
| Claim: 3900<br>Date Filed:05/01/06<br>Docketed Total:  $279,385.42<br>Filing Creditor Name and Address<br> LIMESTONE COUNTY REVENUE<br> COMMISSIONER<br> 100 S CLINTON ST STE A<br> ATHENS AL 35611 | Claim Holder Name and Address  Docketed Total  $279,385.42<br>LIMESTONE COUNTY REVENUE<br>COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS AL 35611 | | | | | Modified Total  $139,692.54 | | | | |
| | Case Number*<br>05-44481 | Secured<br>$279,385.42 | Priority | Unsecured | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$139,692.54 | |
| | | $279,385.42 | | | | | | | $139,692.54 | |
| Claim: 4301<br>Date Filed:05/01/06<br>Docketed Total:  $74,750.40<br>Filing Creditor Name and Address<br> LINCOLN CO MS<br> LINCOLN COUNTY TAX COLLECTOR<br> 301 SOUTH 1ST ST<br> ROOM 109<br> BROOKHAVEN MS 39601 | Claim Holder Name and Address  Docketed Total  $74,750.40<br>LINCOLN CO MS<br>LINCOLN COUNTY TAX COLLECTOR<br>301 SOUTH 1ST ST<br>ROOM 109<br>BROOKHAVEN MS 39601 | | | | | Modified Total  $74,750.40 | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$74,750.40 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,750.40 | |
| | | | | $74,750.40 | | | | | $74,750.40 | |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5562<br>Date Filed:05/01/06<br>Docketed Total: $26,390.76<br>Filing Creditor Name and Address<br> LINCOLN COUNTY TAX<br> 301 SOUTH 1ST ROOM 109<br> BROOKHAVEN MS 39601 | Claim Holder Name and Address<br>LINCOLN COUNTY TAX<br>301 SOUTH 1ST ROOM 109<br>BROOKHAVEN MS 39601 | | Docketed Total | $26,390.76 | | | Modified Total | $26,390.76 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$26,390.76<br>$26,390.76 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$26,390.76<br>$26,390.76 | Unsecured |

**Row 2**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1331<br>Date Filed:12/27/05<br>Docketed Total: $385.25<br>Filing Creditor Name and Address<br> LOUISVILLE JEFFERSON COUNTY<br> METRO GOVERNMENT<br> JEFFERSON COUNTY ATTORNEY'S<br> OFFICE<br> FISCAL COURT BUILDING<br> 531 COURT PLACE STE 1001<br> LOUISVILLE KY 40202 | Claim Holder Name and Address<br>LOUISVILLE JEFFERSON COUNTY METRO<br>GOVERNMENT<br>JEFFERSON COUNTY ATTORNEY'S<br>OFFICE<br>FISCAL COURT BUILDING<br>531 COURT PLACE STE 1001<br>LOUISVILLE KY 40202 | | Docketed Total | $385.25 | | | Modified Total | $207.53 |
| | Case Number*<br>05-44640 | Secured<br>$385.25<br>$385.25 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$207.53<br>$207.53 |

**Row 3**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16571<br>Date Filed:03/12/07<br>Docketed Total: $1,064,727.48<br>Filing Creditor Name and Address<br> MADISON COUNTY INDIANA<br> TREASURER<br> C O THOMAS M BEEMAN ATTORNEY<br> AT LAW<br> 33 W 10TH ST STE 200<br> ANDERSON IN 46016 | Claim Holder Name and Address<br>MADISON COUNTY INDIANA TREASURER<br>C O THOMAS M BEEMAN ATTORNEY<br>AT LAW<br>33 W 10TH ST STE 200<br>ANDERSON IN 46016 | | Docketed Total | $1,064,727.48 | | | Modified Total | $1,064,727.48 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,064,727.48<br><br>$1,064,727.48 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$1,064,727.48<br><br>$1,064,727.48 | Unsecured |

**Row 4**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1776<br>Date Filed:02/06/06<br>Docketed Total: $25,633.36<br>Filing Creditor Name and Address<br> MARION CO TREASURER<br> PO BOX 275<br> MARION SC 29571 | Claim Holder Name and Address<br>MARION CO TREASURER<br>PO BOX 275<br>MARION SC 29571 | | Docketed Total | $25,633.36 | | | Modified Total | $25,631.21 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$25,633.36<br>$25,633.36 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$25,631.21<br>$25,631.21 | Unsecured |

In re: Delphi Corporation, et al.                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3809<br>Date Filed:05/01/06<br>Docketed Total:  $23,506.58<br>Filing Creditor Name and Address<br> MAURY COUNTY TRUSTEE<br> ONE PUBLIC SQUARE<br> COLUMBIA TN 38401 | Claim Holder Name and Address<br>MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA TN 38401 | Docketed Total | | $23,506.58 | | Modified Total | | $22,821.92 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$23,506.58<br>$23,506.58 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$22,821.92<br>$22,821.92 | Unsecured |
| Claim: 1508<br>Date Filed:01/10/06<br>Docketed Total:  $2,185.62<br>Filing Creditor Name and Address<br> MCDONALD COUNTY COLLECTOR<br> CLOTEEL ATKINS<br> BOX 725<br> PINEVILLE MO 64856 | Claim Holder Name and Address<br>MCDONALD COUNTY COLLECTOR CLOTEEL<br>ATKINS<br>BOX 725<br>PINEVILLE MO 64856 | Docketed Total | | $2,185.62 | | Modified Total | | $2,185.62 |
| | Case Number*<br>05-44481 | Secured<br>$2,185.62<br>$2,185.62 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,185.62<br>$2,185.62 |
| Claim: 1038<br>Date Filed:12/06/05<br>Docketed Total:  $806.18<br>Filing Creditor Name and Address<br> METROPOLITAN GOVERNMENT OF<br> NASHVILLE AND DAVIDSON COUNTY<br> DEPT OF LAW<br> RM 204 METROPOLITAN COURTHOUSE<br> NASHVILLE TN 37201 | Claim Holder Name and Address<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY<br>DEPT OF LAW<br>RM 204 METROPOLITAN COURTHOUSE<br>NASHVILLE TN 37201 | Docketed Total | | $806.18 | | Modified Total | | $618.44 |
| | Case Number*<br>05-44610 | Secured<br>$806.18<br>$806.18 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$618.44<br>$618.44 |
| Claim: 11121<br>Date Filed:07/27/06<br>Docketed Total:  $10,929.20<br>Filing Creditor Name and Address<br> MONROE CO MO<br> MONROE CO COLLECTOR<br> 300 N MAIN<br> PO BOX 245<br> PARIS MO 65275 | Claim Holder Name and Address<br>MONROE CO MO<br>MONROE CO COLLECTOR<br>300 N MAIN<br>PO BOX 245<br>PARIS MO 65275 | Docketed Total | | $10,929.20 | | Modified Total | | $10,929.20 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$10,929.20<br>$10,929.20 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$10,929.20<br>$10,929.20 | Unsecured |

*See Exhibit G for a listing of debtor entities by case number                Page:  11 of 17

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10557<br>Date Filed:07/24/06<br>Docketed Total:   $29.87<br>Filing Creditor Name and Address<br>  MONROE COUNTY IN<br>  MONROE COUNTY TREASURER<br>  COURTHUSE ROOM 204<br>  BLOOMINGTON IN 47404 | Claim Holder Name and Address    Docketed Total      $29.87<br>MONROE COUNTY IN<br>MONROE COUNTY TREASURER<br>COURTHUSE ROOM 204<br>BLOOMINGTON IN 47404<br><br>Case Number*      Secured         Priority        Unsecured<br>05-44640                             $29.87<br>                                     $29.87 | Modified Total      $28.86<br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                        $28.86<br>                                $28.86 |
| Claim: 1456<br>Date Filed:01/03/06<br>Docketed Total:   $6.34<br>Filing Creditor Name and Address<br>  MORGAN COUNTY REVENUE<br>  COMMISSIONER<br>  AMANDA G SCOTT CPA<br>  PO BOX 696<br>  DECATUR AL 35602 | Claim Holder Name and Address    Docketed Total      $6.34<br>MORGAN COUNTY REVENUE COMMISSIONER<br>AMANDA G SCOTT CPA<br>PO BOX 696<br>DECATUR AL 35602<br><br>Case Number*      Secured         Priority        Unsecured<br>05-44640          $6.34<br>                  $6.34 | Modified Total      $6.34<br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                                        $6.34<br>                                                $6.34 |
| Claim: 5633<br>Date Filed:05/11/06<br>Docketed Total:   $5,704.18<br>Filing Creditor Name and Address<br>  NEWTON CO MS<br>  NEWTON CO TAX COLLECTOR<br>  PO BOX 7<br>  DECATUR MS 39327 | Claim Holder Name and Address    Docketed Total      $5,704.18<br>NEWTON CO MS<br>NEWTON CO TAX COLLECTOR<br>PO BOX 7<br>DECATUR MS 39327<br><br>Case Number*      Secured         Priority        Unsecured<br>05-44640                             $5,704.18<br>                                     $5,704.18 | Modified Total      $5,484.79<br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                        $5,484.79<br>                                $5,484.79 |
| Claim: 6939<br>Date Filed:05/26/06<br>Docketed Total:   $106.91<br>Filing Creditor Name and Address<br>  NEWTON COUNTY IN<br>  NEWTON COUNTY TREASURER<br>  COURTHOUSE<br>  KENTLAND IN 47951 | Claim Holder Name and Address    Docketed Total      $106.91<br>NEWTON COUNTY IN<br>NEWTON COUNTY TREASURER<br>COURTHOUSE<br>KENTLAND IN 47951<br><br>Case Number*      Secured         Priority        Unsecured<br>05-44481                             $106.91<br>                                     $106.91 | Modified Total      $97.19<br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                        $97.19<br>                                $97.19 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3556<br>Date Filed:05/01/06<br>Docketed Total:   $100.61<br>Filing Creditor Name and Address<br> POPE COUNTY AR<br> POPE COUNTY TAX COLLECTOR<br> 100 WEST MAIN ST<br> RUSSELLVILLE AR 72801 | Claim Holder Name and Address<br>POPE COUNTY AR<br>POPE COUNTY TAX COLLECTOR<br>100 WEST MAIN ST<br>RUSSELLVILLE AR 72801 | Docketed Total | | $100.61 | | Modified Total | | $78.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$100.61<br>$100.61 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$78.56<br>$78.56 |
| Claim: 3767<br>Date Filed:05/01/06<br>Docketed Total:   $42,243.59<br>Filing Creditor Name and Address<br> PORTAGE COUNTY TREASURER<br> 449 S MERIDIAN 1ST FL<br> PO BOX 1217<br> RAVENNA OH 44266 | Claim Holder Name and Address<br>PORTAGE COUNTY TREASURER<br>449 S MERIDIAN 1ST FL<br>PO BOX 1217<br>RAVENNA OH 44266 | Docketed Total | | $42,243.59 | | Modified Total | | $36,676.60 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$42,243.59<br>$42,243.59 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$36,676.60<br>$36,676.60 | Unsecured |
| Claim: 5922<br>Date Filed:05/16/06<br>Docketed Total:   $5,452.41<br>Filing Creditor Name and Address<br> RANKIN COUNTY<br> 211 E GOVT ST<br> STE B<br> BRANDON MS 39042 | Claim Holder Name and Address<br>RANKIN COUNTY<br>211 E GOVT ST<br>STE B<br>BRANDON MS 39042 | Docketed Total | | $5,452.41 | | Modified Total | | $5,452.41 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$5,452.41<br>$5,452.41 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$5,452.41<br>$5,452.41 | Unsecured |
| Claim: 424<br>Date Filed:11/07/05<br>Docketed Total:   $717.59<br>Filing Creditor Name and Address<br> RAY VALDES SEMINOLE COUNTY TAX<br> COLLECTOR<br> 1101 E FIRST ST<br> PO BOX 630<br> SANFORD FL 32772 | Claim Holder Name and Address<br>RAY VALDES SEMINOLE COUNTY TAX<br>COLLECTOR<br>1101 E FIRST ST<br>PO BOX 630<br>SANFORD FL 32772 | Docketed Total | | $717.59 | | Modified Total | | $550.48 |
| | Case Number*<br>05-44481 | Secured<br>$717.59<br>$717.59 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$550.48<br>$550.48 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8347<br>Date Filed:06/22/06<br>Docketed Total:   $104.09<br>Filing Creditor Name and Address<br> ROGERS COUNTY TREASURER<br> PO BOX 699<br> CLAREMORE OK 74018 | Claim Holder Name and Address<br>ROGERS COUNTY TREASURER<br>PO BOX 699<br>CLAREMORE OK 74018 | Docketed Total | | $104.09 | | Modified Total | | $90.04 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $104.09 | | 05-44640 | | $90.04 | |
| | | | $104.09 | | | | $90.04 | |
| Claim: 758<br>Date Filed:11/22/05<br>Docketed Total:   $377.96<br>Filing Creditor Name and Address<br> RONALD A LEGGETT COLLECTOR OF<br> REV<br> RONALD A LEGGETT COLLECTOR OF<br> REVEN<br> 109 CITY HALL<br> ST LOUIS MO 63103 | Claim Holder Name and Address<br>RONALD A LEGGETT COLLECTOR OF REV<br>RONALD A LEGGETT COLLECTOR OF<br>REVEN<br>109 CITY HALL<br>ST LOUIS MO 63103 | Docketed Total | | $377.96 | | Modified Total | | $289.94 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $377.96 | | 05-44640 | | $289.94 | |
| | | | $377.96 | | | | $289.94 | |
| Claim: 5669<br>Date Filed:05/08/06<br>Docketed Total:   $36.47<br>Filing Creditor Name and Address<br> SMITH COUNTY TRUSTEE<br> JAMIE D WINKLER<br> PO BOX 332<br> CARTHAGE TN 37030 | Claim Holder Name and Address<br>SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER<br>PO BOX 332<br>CARTHAGE TN 37030 | Docketed Total | | $36.47 | | Modified Total | | $33.88 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $36.47 | | 05-44640 | | $33.88 | |
| | | | $36.47 | | | | $33.88 | |
| Claim: 792<br>Date Filed:11/22/05<br>Docketed Total:   $145.15<br>Filing Creditor Name and Address<br> ST CHARLES COUNTY COLLECTOR<br> 201 N SECOND ST RM 134<br> ST CHARLES MO 63301-2789 | Claim Holder Name and Address<br>ST CHARLES COUNTY COLLECTOR<br>201 N SECOND ST RM 134<br>ST CHARLES MO 63301-2789 | Docketed Total | | $145.15 | | Modified Total | | $111.35 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44610 | | $145.15 | | 05-44640 | | $111.35 | |
| | | | $145.15 | | | | $111.35 | |

*See Exhibit G for a listing of debtor entities by case number                    Page:   14 of 17

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 797**
Date Filed: 11/22/05
Docketed Total:   $55,010.23
Filing Creditor Name and Address
 ST CHARLES COUNTY COLLECTOR
 201 N SECOND ST RM 134
 ST CHARLES MO 63301-2789

Claim Holder Name and Address
ST CHARLES COUNTY COLLECTOR
201 N SECOND ST RM 134
ST CHARLES MO 63301-2789

Docketed Total    $55,010.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $55,010.23 | | 05-44640 | | $42,199.63 | |
| | | $55,010.23 | | | | $42,199.63 | |

Modified Total    $42,199.63

---

**Claim: 1324**
Date Filed: 12/27/05
Docketed Total:   $1,929.19
Filing Creditor Name and Address
 ST JOHNS COUNTY TAX COLLECTOR
 DENNIS W HOLLINGSWORTH
 PO BOX 9001
 ST AUGUSTINE FL 32085-9001

Claim Holder Name and Address
ST JOHNS COUNTY TAX COLLECTOR
DENNIS W HOLLINGSWORTH
PO BOX 9001
ST AUGUSTINE FL 32085-9001

Docketed Total    $1,929.19

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $1,929.19 | | | 05-44640 | | | $1,479.93 |
| | $1,929.19 | | | | | | $1,479.93 |

Modified Total    $1,479.93

---

**Claim: 7093**
Date Filed: 05/30/06
Docketed Total:   $133.12
Filing Creditor Name and Address
 STATE OF LOUISIANA
 LOUISIANA DEPARTMENT OF
 REVENUE
 PO BOX 66658
 BATON ROUGE LA 70896

Claim Holder Name and Address
STATE OF LOUISIANA
LOUISIANA DEPARTMENT OF
REVENUE
PO BOX 66658
BATON ROUGE LA 70896

Docketed Total    $133.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $133.12 | | 05-44640 | | $133.12 | |
| | | $133.12 | | | | $133.12 | |

Modified Total    $133.12

---

**Claim: 1327**
Date Filed: 12/27/05
Docketed Total:   $2,483.92
Filing Creditor Name and Address
 SUMNER COUNTY TRUSTEE
 355 BELVEDERE DR RM 107
 GALLATIN TN 37066

Claim Holder Name and Address
SUMNER COUNTY TRUSTEE
355 BELVEDERE DR RM 107
GALLATIN TN 37066

Docketed Total    $2,483.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,483.92 | | 05-44640 | | $1,905.46 | |
| | | $2,483.92 | | | | $1,905.46 | |

Modified Total    $1,905.46

---

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2833<br>Date Filed:04/26/06<br>Docketed Total:   $1,104.78<br>Filing Creditor Name and Address<br> TAX COLLECTOR<br> TAX COLLECTOR TOWN OF<br> WATERTOWN<br> PO BOX 224<br> WATERTOWN CT 06795 | Claim Holder Name and Address     Docketed Total      $1,104.78<br>TAX COLLECTOR<br>TAX COLLECTOR TOWN OF<br>WATERTOWN<br>PO BOX 224<br>WATERTOWN CT 06795<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44481       $1,104.78<br>               $1,104.78 | Modified Total      $869.39<br><br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                                     $869.39<br>                                             $869.39 |
| Claim: 9271<br>Date Filed:04/26/06<br>Docketed Total:   $2,257.22<br>Filing Creditor Name and Address<br> TAX COLLECTOR SANTA ROSA<br> COUNTY<br> ATTN CINDY GRIMES DELINQUENT<br> TAX DE<br> ROBERT MCCLURE SANTA ROSA TAX<br> COLLE<br> PO BOX 7100<br> MILTON FL 32572 | Claim Holder Name and Address     Docketed Total      $2,257.22<br>TAX COLLECTOR SANTA ROSA COUNTY<br>ATTN CINDY GRIMES DELINQUENT<br>TAX DE<br>ROBERT MCCLURE SANTA ROSA TAX<br>COLLE<br>PO BOX 7100<br>MILTON FL 32572<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640       $2,257.22<br>               $2,257.22 | Modified Total      $2,052.02<br><br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                                     $2,052.02<br>                                             $2,052.02 |
| Claim: 8344<br>Date Filed:06/22/06<br>Docketed Total:   $9,379.17<br>Filing Creditor Name and Address<br> TIPTON COUNTY IN<br> TIPTON COUNTY TREASURER<br> COURTHOUSE<br> TIPTON IN 46072 | Claim Holder Name and Address     Docketed Total      $9,379.17<br>TIPTON COUNTY IN<br>TIPTON COUNTY TREASURER<br>COURTHOUSE<br>TIPTON IN 46072<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                    $9,379.17<br>                            $9,379.17 | Modified Total      $7,804.36<br><br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                    $7,804.36<br>                            $7,804.36 |
| Claim: 8225<br>Date Filed:06/19/06<br>Docketed Total:   $612.98<br>Filing Creditor Name and Address<br> TREASURER OF KOSCIUSKO COUNTY<br> 100 W CTR ST<br> WARSAW IN 46580 | Claim Holder Name and Address     Docketed Total      $612.98<br>TREASURER OF KOSCIUSKO COUNTY<br>100 W CTR ST<br>WARSAW IN 46580<br><br>Case Number*   Secured      Priority        Unsecured<br>05-44481                                     $612.98<br>                                             $612.98 | Modified Total      $557.25<br><br><br>Case Number*   Secured      Priority        Unsecured<br>05-44640                                     $557.25<br>                                             $557.25 |

*See Exhibit G for a listing of debtor entities by case number                Page:   16 of 17

In re: Delphi Corporation, et al.                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7835<br>Date Filed: 06/12/06<br>Docketed Total:  $6.32<br>Filing Creditor Name and Address<br>TREASURER OF VIGO COUNTY<br>DAVID CROCKETT<br>PO BOX 1466<br>INDIANAPOLIS IN 46206-1466 | Claim Holder Name and Address<br>TREASURER OF VIGO COUNTY<br>DAVID CROCKETT<br>PO BOX 1466<br>INDIANAPOLIS IN 46206-1466 | Docketed Total | | $6.32 | | | Modified Total | $4.84 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6.32<br>$6.32 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$4.84<br>$4.84 | Unsecured |
| Claim: 108<br>Date Filed: 10/25/05<br>Docketed Total:  $25.00<br>Filing Creditor Name and Address<br>WILLIAMSON COUNTY TRUSTEE<br>WALTER J DAVIS TRUSTEE<br>PO BOX 648<br>FRANKLIN TN 37065 | Claim Holder Name and Address<br>WILLIAMSON COUNTY TRUSTEE<br>WALTER J DAVIS TRUSTEE<br>PO BOX 648<br>FRANKLIN TN 37065 | Docketed Total | | $25.00 | | | Modified Total | $19.18 |
| | Case Number*<br>05-44481 | Secured<br>$25.00<br>$25.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$19.18<br>$19.18 | Unsecured |
| Claim: 6053<br>Date Filed: 05/16/06<br>Docketed Total:  $963.65<br>Filing Creditor Name and Address<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088 | Claim Holder Name and Address<br>WILSON CO TN<br>WILSON COUNTY TRUSTEE<br>PO BOX 865<br>LEBANON TN 37088 | Docketed Total | | $963.65 | | | Modified Total | $537.75 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$963.65<br>$963.65 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$537.75<br>$537.75 | Unsecured |
| Claim: 1706<br>Date Filed: 01/30/06<br>Docketed Total:  $8,156.89<br>Filing Creditor Name and Address<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863 | Claim Holder Name and Address<br>YORK COUNTY TAX COLLECTOR<br>1070 HECKLE BEVA BOX 14<br>ROCK HILL SC 29732-2863 | Docketed Total | | $8,156.89 | | | Modified Total | $6,257.34 |
| | Case Number*<br>05-44481 | Secured<br>$8,156.89<br>$8,156.89 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,257.34<br>$6,257.34 |

Total Count of Claims:  68
Total Amount as Docketed:        $2,338,923.47
Total Amount as Modified:        $2,108,266.76

*See Exhibit G for a listing of debtor entities by case number          Page:   17 of 17

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5126<br>Date Filed:05/08/06<br>Docketed Total:   $2,387,697.06<br>Filing Creditor Name and Address<br> ADVANCED MICRO DEVICES INC<br> ALLAN J MANZAGOL<br> ONE AMD PL MS68<br> SUNNYVALE CA 94088-3453 | Claim Holder Name and Address<br>ADVANCED MICRO DEVICES INC<br>ALLAN J MANZAGOL<br>ONE AMD PL MS68<br>SUNNYVALE CA 94088-3453 | Docketed Total | | $2,387,697.06 | Modified Total | | | $2,232,151.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,387,697.06<br>$2,387,697.06 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,232,151.00<br>$2,232,151.00 |
| Claim: 9816<br>Date Filed:07/18/06<br>Docketed Total:   $13,417.47<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> REESE PUGH SAMLEY WAGENSELLER<br> & MEC<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | Claim Holder Name and Address<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>REESE PUGH SAMLEY WAGENSELLER<br>& MEC<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | Docketed Total | | $13,417.47 | Modified Total | | | $8,117.47 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,417.47<br>$13,417.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,117.47<br>$8,117.47 |
| Claim: 9820<br>Date Filed:07/18/06<br>Docketed Total:   $118,242.99<br>Filing Creditor Name and Address<br> AMES REESE INC<br> C O MATTHEW C SAMLEY ESQ<br> 120 N SHIPPEN ST<br> LANCASTER PA 17602 | Claim Holder Name and Address<br>AMES REESE INC<br>C O MATTHEW C SAMLEY ESQ<br>120 N SHIPPEN ST<br>LANCASTER PA 17602 | Docketed Total | | $118,242.99 | Modified Total | | | $97,736.39 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$118,242.99<br>$118,242.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$97,736.39<br>$97,736.39 |
| Claim: 349<br>Date Filed:11/04/05<br>Docketed Total:   $147,550.00<br>Filing Creditor Name and Address<br> APPLIED DATA SYSTEMS INC<br> JAN ELDRIDGE<br> 10260 G OLD COLUMBIA RD<br> COLUMBIA MD 21046 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $147,550.00 | Modified Total | | | $146,250.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$147,550.00<br>$147,550.00 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$146,250.00<br>$146,250.00 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   1 of 11

In re: Delphi Corporation, et al.                                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12830<br>Date Filed:07/28/06<br>Docketed Total: $12,847.12<br>Filing Creditor Name and Address<br> ASSOCIATED SPRING DO BRASIL<br> LTDA<br> W JOE WILSON<br> TYLER COOPER & ALCORN LLP<br> 185 ASYLUM ST CITYPLACE I 35TH<br> FL<br> HARTFORD CT 06103-3488 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $12,847.12 | | Modified Total | | $8,043.55 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,847.12 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,043.55 |
| | | | | $12,847.12 | | | | $8,043.55 |
| Claim: 1546<br>Date Filed:01/17/06<br>Docketed Total: $199,278.47<br>Filing Creditor Name and Address<br> BGF INDUSTRIES INC<br> 3802 ROBERT PORCHER WY<br> GREENSBORO NC 27410 | Claim Holder Name and Address<br>BGF INDUSTRIES INC<br>3802 ROBERT PORCHER WY<br>GREENSBORO NC 27410 | Docketed Total | | $199,278.47 | | Modified Total | | $183,958.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$199,278.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$183,958.76 |
| | | | | $199,278.47 | | | | $183,958.76 |
| Claim: 12011<br>Date Filed:07/28/06<br>Docketed Total: $179,220.24<br>Filing Creditor Name and Address<br> BRAKE PARTS INC WIX FILTRATION<br> CORP AFFINIA GROUP INC<br> BRAKE PARTS INC<br> BRAKES PARTS WIX<br> 4400 PRIME PKWY<br> MCHENRY IL 60050 | Claim Holder Name and Address<br>BRAKE PARTS INC WIX FILTRATION CORP<br>AFFINIA GROUP INC<br>BRAKE PARTS INC<br>BRAKES PARTS WIX<br>4400 PRIME PKWY<br>MCHENRY IL 60050 | Docketed Total | | $179,220.24 | | Modified Total | | $86,576.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$179,220.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$86,576.50 |
| | | | | $179,220.24 | | | | $86,576.50 |
| Claim: 15138<br>Date Filed:07/31/06<br>Docketed Total: $28,836.00<br>Filing Creditor Name and Address<br> CH2M HILL SPAIN SL<br> C 17 JUAN DE MARIANA<br> 3 PLANTA PORTAL B<br> MADRID 28045<br> SPAIN | Claim Holder Name and Address<br>CH2M HILL SPAIN SL<br>C 17 JUAN DE MARIANA<br>3 PLANTA PORTAL B<br>MADRID 28045<br>SPAIN | Docketed Total | | $28,836.00 | | Modified Total | | $25,372.60 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,836.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,372.60 |
| | | | | $28,836.00 | | | | $25,372.60 |

*See Exhibit G for a listing of debtor entities by case number          Page:   2 of 11

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9789<br>Date Filed:07/18/06<br>Docketed Total:  $142,160.85<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF CACACE ASSOCIATES<br> INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total    $142,160.85<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>CACACE ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830 | | | | | | | Modified Total    $121,260.85 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$142,160.85<br>_____<br>$142,160.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$121,260.85<br>_____<br>$121,260.85 |
| Claim: 15329<br>Date Filed:07/31/06<br>Docketed Total:  $77,751.36<br>Filing Creditor Name and Address<br> DANICE MANUFACTURING CO<br> 361 DONOVAN ST<br> SOUTH LYON MI 48178 | Claim Holder Name and Address   Docketed Total    $77,751.36<br>DANICE MANUFACTURING CO<br>361 DONOVAN ST<br>SOUTH LYON MI 48178 | | | | | | | Modified Total    $57,013.68 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$77,751.36<br>_____<br>$77,751.36 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$57,013.68<br>_____<br>$57,013.68 |
| Claim: 2364<br>Date Filed:03/22/06<br>Docketed Total:  $278.75<br>Filing Creditor Name and Address<br> DOBSON INDUSTRIAL INC<br> 3660 N EUCLID AVE<br> BAY CITY MI 48706 | Claim Holder Name and Address   Docketed Total    $278.75<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | | | | | | | Modified Total    $268.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$278.75<br>_____<br>$278.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268.75<br>_____<br>$268.75 |
| Claim: 15239<br>Date Filed:07/31/06<br>Docketed Total:  $139,507.23<br>Filing Creditor Name and Address<br> ENERGY CONVERSION SYSTEMS<br> ENERGY CONVERSION SYSTEMS<br> HOLDINGS<br> 5520 DILLARD DR STE 260<br> CARY NC 27518 | Claim Holder Name and Address   Docketed Total    $139,507.23<br>ENERGY CONVERSION SYSTEMS<br>ENERGY CONVERSION SYSTEMS<br>HOLDINGS<br>5520 DILLARD DR STE 260<br>CARY NC 27518 | | | | | | | Modified Total    $58,655.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$13,500.00<br>_____<br>$13,500.00 | Unsecured<br>$126,007.23<br>_____<br>$126,007.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$58,655.00<br>_____<br>$58,655.00 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15804<br>Date Filed:08/02/06<br>Docketed Total:  $9,555.10<br>Filing Creditor Name and Address<br> FIRST CHOICE HEATING & COOLING<br> INC<br> 8147 ISLANDVIEW DR<br> NEWAYGO MI 49337 | Claim Holder Name and Address    Docketed Total      $9,555.10<br>FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO MI 49337<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640        $9,555.10                        $9,555.10<br>                                                 $9,555.10 | Modified Total      $9,555.10<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $9,555.10<br>                                                 $9,555.10 |
| Claim: 1338<br>Date Filed:12/27/05<br>Docketed Total:  $6,555.25<br>Filing Creditor Name and Address<br> HELLERMANN TYTON GMBH<br> HELLERMANN TYTON GMBH<br> GROBER MOORWEG 45<br> TORNESCH  D-25436<br> GERMANY | Claim Holder Name and Address    Docketed Total      $6,555.25<br>HELLERMANN TYTON GMBH<br>HELLERMANN TYTON GMBH<br>GROBER MOORWEG 45<br>TORNESCH  D-25436<br>GERMANY<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44481                                        $6,555.25<br>                                                 $6,555.25 | Modified Total      $6,555.25<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $6,555.25<br>                                                 $6,555.25 |
| Claim: 1714<br>Date Filed:01/30/06<br>Docketed Total:  $2,002.09<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address    Docketed Total      $2,002.09<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44596                                        $2,002.09<br>                                                 $2,002.09 | Modified Total      $1,011.90<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $1,011.90<br>                                                 $1,011.90 |
| Claim: 1716<br>Date Filed:01/30/06<br>Docketed Total:  $282,500.00<br>Filing Creditor Name and Address<br> HENMAN ENGINEERING & MACHINE<br> INC<br> THOMAS HENMAN PRESIDENT<br> 3301 MT PLEASANT BLVD<br> PO BOX 2633<br> MUNCIE IN 47307 | Claim Holder Name and Address    Docketed Total      $282,500.00<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44596                                        $282,500.00<br>                                                 $282,500.00 | Modified Total      $214,500.00<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $214,500.00<br>                                                 $214,500.00 |

*See Exhibit G for a listing of debtor entities by case number              Page:  4 of 11

In re: Delphi Corporation, et al.                                                      Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 1477<br>Date Filed:01/09/06<br>Docketed Total:  $164,535.00<br>Filing Creditor Name and Address<br> HONEYWELL INTERNATIONAL<br> AEROSPACE<br> DEB MAINS<br> 1140 W WARNER RD BLDG 1233 M<br> TEMPE AZ 85284 | Claim Holder Name and Address   Docketed Total   $164,535.00<br>HONEYWELL INTERNATIONAL AEROSPACE<br>DEB MAINS<br>1140 W WARNER RD BLDG 1233 M<br>TEMPE AZ 85284 | | | | | Modified Total   $135,975.00 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $164,535.00<br>———————<br>$164,535.00 | | 05-44640 | | | $135,975.00<br>———————<br>$135,975.00 |
| Claim: 9995<br>Date Filed:07/20/06<br>Docketed Total:  $57,149.69<br>Filing Creditor Name and Address<br> IBJTC BUSINESS CREDIT<br> CORPORATION AS SUCCESSOR IN<br> INTEREST TO IBJ WHITEHALL<br> BUSINESS CREDIT CORPORATION<br> RONALD S BEACHER & CONRAD K<br> CHIU<br> DAY PITNEY LLP<br> 7 TIMES SQUARE<br> NEW YORK NY 10036 | Claim Holder Name and Address   Docketed Total   $57,149.69<br>IBJTC BUSINESS CREDIT CORPORATION<br>AS SUCCESSOR IN INTEREST TO IBJ<br>WHITEHALL BUSINESS CREDIT<br>CORPORATION<br>RONALD S BEACHER & CONRAD K<br>CHIU<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036 | | | | | Modified Total   $44,643.53 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $57,149.69<br>———————<br>$57,149.69 | | 05-44640 | | | $44,643.53<br>———————<br>$44,643.53 |
| Claim: 1563<br>Date Filed:01/17/06<br>Docketed Total:  $58,575.00<br>Filing Creditor Name and Address<br> IET LABS INC<br> 534 MAIN ST<br> WESTBURY NY 11590 | Claim Holder Name and Address   Docketed Total   $58,575.00<br>IET LABS INC<br>534 MAIN ST<br>WESTBURY NY 11590 | | | | | Modified Total   $1,665.00 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $58,575.00<br>———————<br>$58,575.00 | | 05-44640 | | | $1,665.00<br>———————<br>$1,665.00 |
| Claim: 199<br>Date Filed:10/28/05<br>Docketed Total:  $16,633.18<br>Filing Creditor Name and Address<br> INTEGRIS METALS GRAND RAPIDS<br> INTEGRIS METALS<br> 455 85TH AVE NW<br> COON RAPIDS MN 55433 | Claim Holder Name and Address   Docketed Total   $16,633.18<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | Modified Total   $16,419.30 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $16,633.18<br>———————<br>$16,633.18 | | 05-44640 | | | $16,419.30<br>———————<br>$16,419.30 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   5 of 11

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 646<br>Date Filed:11/17/05<br>Docketed Total:   $33,597.65<br>Filing Creditor Name and Address<br> IRON MOUNTAIN INFORMATION<br> MANAGEMENT INC<br> R FREDERICK LINFESTY ESQ<br> IRON MOUNTAIN INC<br> 745 ATLANTIC AVE 10TH FL<br> BOSTON MA 02111 | Claim Holder Name and Address   Docketed Total   $33,597.65<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>R FREDERICK LINFESTY ESQ<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON MA 02111 | | | | | Modified Total | $15,868.06 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 646<br>Date Filed:11/17/05<br>Docketed Total:   $33,597.65<br>Filing Creditor Name and Address<br> IRON MOUNTAIN INFORMATION<br> MANAGEMENT INC<br> R FREDERICK LINFESTY ESQ<br> IRON MOUNTAIN INC<br> 745 ATLANTIC AVE 10TH FL<br> BOSTON MA 02111 | Claim Holder Name and Address   Docketed Total   $33,597.65<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>R FREDERICK LINFESTY ESQ<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON MA 02111<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $33,597.65   $33,597.65 | Modified Total   $15,868.06<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $15,868.06   $15,868.06 |
| Claim: 15483<br>Date Filed:07/31/06<br>Docketed Total:   $66,952.29<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC DBA<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF DIGIKEY<br> JEFFREY L CARESS<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address   Docketed Total   $66,952.29<br>LIQUIDITY SOLUTIONS INC DBA REVENUE<br>MANAGEMENT AS ASSIGNEE OF DIGIKEY<br>JEFFREY L CARESS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507   $66,952.29   $66,952.29 | Modified Total   $64,639.19<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507   $64,639.19   $64,639.19 |
| Claim: 15455<br>Date Filed:07/31/06<br>Docketed Total:   $79,564.47<br>Filing Creditor Name and Address<br> LIQUIDITY SOLUTIONS INC DBA<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF ELEKTRISOLA INC<br> JEFFREY L CARESS<br> ONE UNIVERSITY PLAZA STE 312<br> HACKENSACK NJ 7601 | Claim Holder Name and Address   Docketed Total   $79,564.47<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $79,564.47   $79,564.47 | Modified Total   $54,165.90<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $54,165.90   $54,165.90 |

*See Exhibit G for a listing of debtor entities by case number                    Page:   6 of 11

In re: Delphi Corporation, et al.                                                        Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 9463<br>Date Filed:07/13/06<br>Docketed Total:  $108,415.00<br>Filing Creditor Name and Address<br> LYDALL THERMAL ACOUSTICAL<br> SALES LLC FKA LYDALL WESTEX<br> 1241 BUCK SHOALS RD<br> PO BOX 109<br> HAMPTONVILLE NC 27020 | Claim Holder Name and Address<br>LYDALL THERMAL ACOUSTICAL SALES LLC<br>FKA LYDALL WESTEX<br>1241 BUCK SHOALS RD<br>PO BOX 109<br>HAMPTONVILLE NC 27020 | Docketed Total | $108,415.00 | | | | Modified Total | $13,850.00 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$108,415.00<br>$108,415.00 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,850.00<br>$13,850.00 | |
| Claim: 5115<br>Date Filed:05/08/06<br>Docketed Total:   $210,634.01<br>Filing Creditor Name and Address<br> MACHINED PRODUCTS CO<br> 2121 LANDMEIER RD<br> ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br>MACHINED PRODUCTS CO<br>2121 LANDMEIER RD<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | $210,634.01 | | | | Modified Total | $164,214.16 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$210,634.01<br>$210,634.01 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$164,214.16<br>$164,214.16 | |
| Claim: 4387<br>Date Filed:05/02/06<br>Docketed Total:   $15,885.07<br>Filing Creditor Name and Address<br> MARKETING INNOVATORS INTL<br> MARKETING INNOVATORS INTL INC<br> 9701 W HIGGINS RD<br> UPD 12702 PH<br> ROSEMONT IL 60018-4778 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $15,885.07 | | | | Modified Total | $2,171.67 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,885.07<br>$15,885.07 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,171.67<br>$2,171.67 | |
| Claim: 12161<br>Date Filed:07/28/06<br>Docketed Total:   $875,135.40<br>Filing Creditor Name and Address<br> MARQUARDT GMBH<br> SCHLOSS STR 16<br> RIETHEIM WEIHEIM 78604<br> GERMANY | Claim Holder Name and Address<br>MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604<br>GERMANY | Docketed Total | $875,135.40 | | | | Modified Total | $794,954.68 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$875,135.40<br>$875,135.40 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$794,954.68<br>$794,954.68 | |

*See Exhibit G for a listing of debtor entities by case number          Page:   7 of 11

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2352<br>Date Filed:03/22/06<br>Docketed Total:  $132,868.28<br>Filing Creditor Name and Address<br> MONROE INC<br> C O ROBERT D WOLFORD<br> MILLER JOHNSON<br> PO BOX 306<br> GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $69,706.90 | | Modified Total | | $69,706.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$69,706.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$69,706.90 |
| | | | | $69,706.90 | | | | $69,706.90 |
| | Claim Holder Name and Address<br>MONROE INC<br>C O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | Docketed Total | | $63,161.38 | | Modified Total | | $75.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$63,161.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$75.53 |
| | | | | $63,161.38 | | | | $75.53 |
| Claim: 10400<br>Date Filed:07/24/06<br>Docketed Total:  $237,792.65<br>Filing Creditor Name and Address<br> NATIONAL INSTRUMENTS CORP<br> ORDER TEAM<br> 11500 NORTH MOPAC EXPRESSWAY<br> AUSTIN TX 78759 | Claim Holder Name and Address<br>NATIONAL INSTRUMENTS CORP<br>ORDER TEAM<br>11500 NORTH MOPAC EXPRESSWAY<br>AUSTIN TX 78759 | Docketed Total | | $237,792.65 | | Modified Total | | $229,990.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$237,792.65 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$229,990.58 |
| | | | | $237,792.65 | | | | $229,990.58 |
| Claim: 10411<br>Date Filed:07/24/06<br>Docketed Total:  $157,011.51<br>Filing Creditor Name and Address<br> PHELPS DODGE MAGNET WIRE CO<br> ATTN CREDIT DEPT<br> ONE N CENTRAL AVE<br> PHOENIX AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $157,011.51 | | Modified Total | | $143,591.30 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$157,011.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$143,591.30 |
| | | | | $157,011.51 | | | | $143,591.30 |

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10581<br>Date Filed:07/25/06<br>Docketed Total:   $112,039.75<br>Filing Creditor Name and Address<br> PHILLIPS PLASTICS CORPORATION<br> ATTN MARK HUEG<br> 1201 HANLEY RD<br> HUDSON WI 54016 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | $112,039.75 | | | Modified Total | $112,039.75 | |
| | Case Number*<br>05-44567 | Secured<br>$112,039.75<br>$112,039.75 | Priority | Unsecured | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$112,039.75<br>$112,039.75 |
| Claim: 9685<br>Date Filed:07/17/06<br>Docketed Total:   $139,824.40<br>Filing Creditor Name and Address<br> PLASTIC MOLDINGS COMPANY LLC<br> PMC<br> 2181 GRAND AVE<br> CINCINNATI OH 45214-150 | Claim Holder Name and Address<br>PLASTIC MOLDINGS COMPANY LLC<br>PMC<br>2181 GRAND AVE<br>CINCINNATI OH 45214-150 | Docketed Total | $139,824.40 | | | Modified Total | $139,824.40 | |
| | Case Number*<br>05-44481 | Secured<br>$139,824.40<br>$139,824.40 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$139,824.40<br>$139,824.40 |
| Claim: 12190<br>Date Filed:07/28/06<br>Docketed Total:   $5,738.00<br>Filing Creditor Name and Address<br> PORT CITY METAL PRODUCTS INC<br> C O PARMENTER O TOOLE<br> 601 TERRACE ST<br> MUSKEGON MI 49443-0786 | Claim Holder Name and Address<br>PORT CITY METAL PRODUCTS INC<br>C O PARMENTER O TOOLE<br>601 TERRACE ST<br>MUSKEGON MI 49443-0786 | Docketed Total | $5,738.00 | | | Modified Total | $5,738.00 | |
| | Case Number*<br>05-44567 | Secured<br>$5,738.00<br>$5,738.00 | Priority | Unsecured | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$5,738.00<br>$5,738.00 |
| Claim: 2073<br>Date Filed:02/21/06<br>Docketed Total:   $29,268.00<br>Filing Creditor Name and Address<br> QUICK CABLE CORPORATION<br> 3700 QUICK DR<br> FRANKSVILLE WI 53126 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | $29,268.00 | | | Modified Total | $28,260.00 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$29,268.00<br>$29,268.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,260.00<br>$28,260.00 |

In re: Delphi Corporation, <u>et</u> <u>al.</u>                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4045**
Date Filed:11/25/05
Docketed Total:  $4,691.52
Filing Creditor Name and Address
 RIVERSIDE CLAIMS LLC AS
 ASSIGNEE FOR JAN PAK
 HUNTSVILLE
 RIVERSIDE CLAIMS LLC
 PO BOX 626 PLANETARIUM STATION
 NEW YORK NY 10024

Claim Holder Name and Address    Docketed Total    $4,691.52
RIVERSIDE CLAIMS LLC AS ASSIGNEE
FOR JAN PAK HUNTSVILLE
RIVERSIDE CLAIMS LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK NY 10024

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,691.52 |
| | | | $4,691.52 |

Modified Total    $4,519.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,519.20 |
| | | | $4,519.20 |

**Claim: 2696**
Date Filed:04/19/06
Docketed Total:  $15,234.88
Filing Creditor Name and Address
 SCHAEFER SYSTEMS INTERNATIONAL
 & SIERRA LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $15,234.88
SCHAEFER SYSTEMS INTERNATIONAL &
SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,234.88 |
| | | | $15,234.88 |

Modified Total    $1,174.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,174.00 |
| | | | $1,174.00 |

**Claim: 16446**
Date Filed:05/30/06
Docketed Total:  $144,962.44
Filing Creditor Name and Address
 SOUTHWIRE COMPANY
 BARBARA ELLIS-MONRO, ESQ.
 SMITH, GAMBRELL & RUSSELL, LLP
 1230 PEACHTREE STREET, N.E.,
 SUITE 3100
 ATLANTA GA 30309-3592

Claim Holder Name and Address    Docketed Total    $144,962.44
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,962.44 |
| | | | $144,962.44 |

Modified Total    $140,274.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,274.95 |
| | | | $140,274.95 |

**Claim: 10373**
Date Filed:07/24/06
Docketed Total:  $61,309.20
Filing Creditor Name and Address
 THE DAYTON POWER AND LIGHT
 COMPANY
 1065 WOODMAN DR
 DAYTON OH 45432

Claim Holder Name and Address    Docketed Total    $61,309.20
THE DAYTON POWER AND LIGHT COMPANY
1065 WOODMAN DR
DAYTON OH 45432

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $61,309.20 |
| | | | $61,309.20 |

Modified Total    $37,272.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,272.92 |
| | | | $37,272.92 |

In re: Delphi Corporation, et al.                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2691<br>Date Filed:04/19/06<br>Docketed Total:  $10,701.40<br>Filing Creditor Name and Address<br> THREE 60 PRODUCTIONS & SIERRA<br> LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $10,701.40<br>THREE 60 PRODUCTIONS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | Modified Total    $4,274.40 | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $10,701.40 | 05-44640 | | | $4,274.40 |
| | | | $10,701.40 | | | | $4,274.40 |

Total Count of Claims:  39
Total Amount as Docketed:      $6,485,918.77
Total Amount as Modified:      $5,482,335.22

*See Exhibit G for a listing of debtor entities by case number          Page:  11 of 11

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2870<br>Date Filed:04/27/06<br>Docketed Total:  $3,954.48<br>Filing Creditor Name and Address<br> ANDERSON CO SC<br> ANDERSON CO TREASURER<br> PO BOX 8002<br> ANDERSON SC 29622 | Claim Holder Name and Address    Docketed Total    $3,954.48<br>ANDERSON CO SC<br>ANDERSON CO TREASURER<br>PO BOX 8002<br>ANDERSON SC 29622<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                                $3,954.48<br>                                        $3,954.48 | Modified Total    $3,033.57<br><br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                                $3,033.57<br>                                        $3,033.57 |
| Claim: 1502<br>Date Filed:01/10/06<br>Docketed Total:  $112,252.16<br>Filing Creditor Name and Address<br> BOARD OF COUNTY COMMISSIONERS<br> OF JOHNSON COUNTY KANSAS<br> JOHNSON COUNTY LEGAL DEPT<br> JOHNSON COUNTY ADMIN BLDG<br> 111 S CHERRY ST STE 3200<br> OLATHE KS 66061-3441 | Claim Holder Name and Address    Docketed Total    $112,252.16<br>BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPT<br>JOHNSON COUNTY ADMIN BLDG<br>111 S CHERRY ST STE 3200<br>OLATHE KS 66061-3441<br><br>Case Number*    Secured         Priority       Unsecured<br>05-44640      $112,252.16<br>              $112,252.16 | Modified Total    $97,459.26<br><br><br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                                $97,459.26<br>                                        $97,459.26 |
| Claim: 7238<br>Date Filed:05/31/06<br>Docketed Total:  $16,756.18<br>Filing Creditor Name and Address<br> CHRIS HUGHES OKALOOSA COUNTY<br> TAX COLLECTOR<br> PHILIP A BATES PA<br> PO BOX 1390<br> PENSACOLA FL 32591-1390 | Claim Holder Name and Address    Docketed Total    $16,756.18<br>CHRIS HUGHES OKALOOSA COUNTY TAX<br>COLLECTOR<br>PHILIP A BATES PA<br>PO BOX 1390<br>PENSACOLA FL 32591-1390<br><br>Case Number*    Secured         Priority       Unsecured<br>05-44481      $16,756.18<br>              $16,756.18 | Modified Total    $16,120.74<br><br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                                $16,120.74<br>                                        $16,120.74 |
| Claim: 355<br>Date Filed:11/04/05<br>Docketed Total:  $13,760.40<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address    Docketed Total    $13,760.40<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105<br><br>Case Number*    Secured      Priority       Unsecured<br>05-44481                  $13,760.40<br>                          $13,760.40 | Modified Total    $10,555.98<br><br><br><br>Case Number*    Secured      Priority       Unsecured<br>05-44640                  $10,555.98<br>                          $10,555.98 |

*See Exhibit G for a listing of debtor entities by case number                    Page:  1 of 5

In re: Delphi Corporation, <u>et al.</u>                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 356<br>Date Filed:11/04/05<br>Docketed Total:  $38.03<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $38.03 | | | Modified Total | $29.79 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$38.03<br>$38.03 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$29.79<br>$29.79 | <u>Unsecured</u> |
| Claim: 357<br>Date Filed:11/04/05<br>Docketed Total:  $3,397.03<br>Filing Creditor Name and Address<br> COLLECTOR OF REVENUE<br> 41 S CENTRAL AVE<br> CLAYTON MO 63105 | Claim Holder Name and Address<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON MO 63105 | Docketed Total | | $3,397.03 | | | Modified Total | $2,605.94 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u><br>$3,397.03<br>$3,397.03 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$2,605.94<br>$2,605.94 | <u>Unsecured</u> |
| Claim: 5372<br>Date Filed:05/09/06<br>Docketed Total:  $860.67<br>Filing Creditor Name and Address<br> HILLSBOROUGH COUNTY TAX<br> COLLECTOR<br> PO BOX 172920<br> TAMPA FL 33602 | Claim Holder Name and Address<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 172920<br>TAMPA FL 33602 | Docketed Total | | $860.67 | | | Modified Total | $860.67 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$860.67<br><br>$860.67 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$860.67<br><br>$860.67 |
| Claim: 1160<br>Date Filed:12/13/05<br>Docketed Total:  $636.02<br>Filing Creditor Name and Address<br> JOE G TEDDER TAX COLLECTOR<br> PO BOX 1189<br> BARTOW FL 33830 | Claim Holder Name and Address<br>JOE G TEDDER TAX COLLECTOR<br>PO BOX 1189<br>BARTOW FL 33830 | Docketed Total | | $636.02 | | | Modified Total | $487.91 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$636.02<br>$636.02 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$487.91<br>$487.91 |

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1448<br>Date Filed:01/04/06<br>Docketed Total:  $4,025.93<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $4,025.93 | | | Modified Total | $3,183.90 | |
| | Case Number*<br>05-44640 | Secured<br>$4,025.93<br>$4,025.93 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,183.90<br>$3,183.90 |
| Claim: 1449<br>Date Filed:01/04/06<br>Docketed Total:  $4,848.48<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $4,848.48 | | | Modified Total | $3,834.41 | |
| | Case Number*<br>05-44640 | Secured<br>$4,848.48<br>$4,848.48 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,834.41<br>$3,834.41 |
| Claim: 1450<br>Date Filed:01/04/06<br>Docketed Total:  $3,247.89<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $3,247.89 | | | Modified Total | $2,568.59 | |
| | Case Number*<br>05-44640 | Secured<br>$3,247.89<br>$3,247.89 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,568.59<br>$2,568.59 |
| Claim: 1451<br>Date Filed:01/04/06<br>Docketed Total:  $924.94<br>Filing Creditor Name and Address<br> KEN BURTON JR CFC<br> TAX COLLECTOR MANATEE COUNTY<br> PO BOX 25300<br> BRADENTON FL 34206-5300 | Claim Holder Name and Address<br>KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | Docketed Total | $924.94 | | | Modified Total | $731.49 | |
| | Case Number*<br>05-44640 | Secured<br>$924.94<br>$924.94 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$731.49<br>$731.49 |

*See Exhibit G for a listing of debtor entities by case number              Page:  3 of 5

In re: Delphi Corporation, et al.                                                                    Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1770<br>Date Filed: 02/03/06<br>Docketed Total:    $110,647.51<br>Filing Creditor Name and Address<br>  LEXINGTON COUNTY<br>  212 S LAKE DR<br>  LEXINGTON SC 29072 | Claim Holder Name and Address<br>LEXINGTON COUNTY<br>212 S LAKE DR<br>LEXINGTON SC 29072 | Docketed Total | | $110,647.51 | Modified Total | | | $98,010.73 |
| | Case Number*<br>05-44481 | Secured<br>$110,647.51<br>$110,647.51 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,010.73<br>$98,010.73 |
| Claim: 10576<br>Date Filed: 07/25/06<br>Docketed Total:    $24,661.06<br>Filing Creditor Name and Address<br>  MADISON CO MS<br>  MADISON CO TAX COLLECTOR<br>  PO BOX 113<br>  CANTON MS 39046 | Claim Holder Name and Address<br>MADISON CO MS<br>MADISON CO TAX COLLECTOR<br>PO BOX 113<br>CANTON MS 39046 | Docketed Total | | $24,661.06 | Modified Total | | | $18,918.07 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$24,661.06<br>$24,661.06 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$18,918.07<br>$18,918.07 | Unsecured |
| Claim: 4733<br>Date Filed: 05/04/06<br>Docketed Total:    $432.23<br>Filing Creditor Name and Address<br>  MARION COUNTY TAX COLLECTOR<br>  PO BOX 970<br>  OCALA FL 34478-0970 | Claim Holder Name and Address<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA FL 34478-0970 | Docketed Total | | $432.23 | Modified Total | | | $331.57 |
| | Case Number*<br>05-44640 | Secured<br>$432.23<br>$432.23 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$331.57<br>$331.57 |
| Claim: 10248<br>Date Filed: 07/21/06<br>Docketed Total:    $8,075.92<br>Filing Creditor Name and Address<br>  PIMA COUNTY TREASURER PIMA<br>  COUNTY ASSESSOR PIMA COUNTY<br>  ARIZONA<br>  PIMA COUNTY ATTORNEYS OFFICE<br>  CIVIL<br>  32 N STONE AVE STE 2100<br>  TUCSON AZ 85701 | Claim Holder Name and Address<br>PIMA COUNTY TREASURER PIMA COUNTY<br>ASSESSOR PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>CIVIL<br>32 N STONE AVE STE 2100<br>TUCSON AZ 85701 | Docketed Total | | $8,075.92 | Modified Total | | | $7,969.66 |
| | Case Number*<br>05-44481 | Secured<br>$8,075.92<br>$8,075.92 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,969.66<br>$7,969.66 |

In re: Delphi Corporation, et al.                                                          Thirteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT F-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 4527<br>Date Filed:05/02/06<br>Docketed Total:  $44,542.68<br>Filing Creditor Name and Address<br> TAX COLLECTOR PINELLAS COUNTY<br> ATTN BETTY A GRAMLEY TAX<br> MANAGER<br> PO BOX 2943<br> CLEARWATER FL 33757-2943 | Claim Holder Name and Address<br>TAX COLLECTOR PINELLAS COUNTY<br>ATTN BETTY A GRAMLEY TAX<br>MANAGER<br>PO BOX 2943<br>CLEARWATER FL 33757-2943 | Docketed Total        $44,542.68 | | Modified Total      $17,084.87 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $44,542.68 | | | | 05-44640 | | | $17,084.87 |
| | $44,542.68 | | | | | | | $17,084.87 |

Total Count of Claims:  17
Total Amount as Docketed:          $353,061.61
Total Amount as Modified:          $283,787.15

*See Exhibit G for a listing of debtor entities by case number          Page:   5 of 5

In re: Delphi Corporation, et al.                                    Thirteenth Omnibus Objection

Case No. 05-44481 (RDD)

### Exhibit G - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44484 | ASEC SALES GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC |
| 05-44558 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC |
| 05-44589 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
            In re                           :          Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :          Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :          (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 MODIFYING
CERTAIN CLAIMS IDENTIFIED IN THIRTEENTH OMNIBUS CLAIMS OBJECTION ON
EXHIBITS E-1 AND E-2

("THIRTEENTH OMNIBUS CLAIMS OBJECTION
ORDER WITH RESPECT TO CLAIMS LISTED ON EXHIBITS E-1 AND E-2")

Upon the Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims

Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance

Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax

Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And

Claims Subject To Modification And Reclamation Agreement, dated April 27, 2007 (the

"Thirteenth Omnibus Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Thirteenth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
       Thirteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

        A.      Each holder of a claim (as to each, a "Claim") listed on Exhibits E-1 and E-2 attached hereto was properly and timely served with a copy of the Thirteenth Omnibus Claims Objection, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), a personalized Notice Of Objection To Claim, the proposed order in respect of the Thirteenth Omnibus Claims Objection, and notice of the deadline for responding to the Thirteenth Omnibus Claims Objection.  No other or further notice of the Thirteenth Omnibus Claims Objection is necessary.

        B.      The Court has jurisdiction over the Thirteenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirteenth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirteenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

        C.      The Claims listed on Exhibit E-1 hereto (a) are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured, administrative, or priority status (the "Claims Subject toTo Modification").

---

[2]   Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2     DeltaView comparison of pcdocs://chisr02a/633908/2 and pcdocs://chisr02a/633908/4. Performed on 6/25/2007.

D.      The Tax Claims listed on Exhibit E-2 hereto (a) state the incorrect

amount, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) assert

secured or unsecured priority status without sufficient documentation to support such

status (collectively, the "Tax Claims Subject ~~to~~To Modification").

E.      The relief requested in the Thirteenth Omnibus Claims Objection is

in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Each "Claim As Docketed" amount, classification, and Debtor listed

on Exhibit E-1[3] hereto is hereby revised to reflect the amount, classification, and Debtor

listed as the "Claim As Modified."  No Claimant listed on Exhibit E-1 shall be entitled to (a)

a recovery for any Claim Subject ~~to~~To Modification in an amount exceeding the dollar

value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is

inconsistent with ~~the classification~~ that ~~is~~ listed in the "Claim As Modified" column, and/or

(c) assert a claim against a Debtor whose case number is not listed in the "Claim As

Modified" column on Exhibit E-1, subject to the Debtors' right to further object to each

such Claim Subject ~~to~~To Modification.  The Claims Subject ~~to~~To Modification shall

---

[3]      The Claims listed on Exhibits A-1, A-2, B-1, B-2, C, D-1, D-2, and E-3 to the Thirteenth Omnibus Claims
Objection were disallowed and expunged, modified, or adjourned to a future hearing date, as the case may be,
pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently
Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims,
(d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax
Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement Identified in the Thirteenth Omnibus Claims Objection (Docket No.
8194) entered June 6, 2007 (the "Thirteenth Omnibus Claims Objection Order").  Pursuant to the Thirteenth
Omnibus Claims Objection Order, this Court adjourned the hearing with respect to all Claims listed on Exhibits
E-1 or E-2 to the Thirteenth Omnibus Claims Objection to June 26, 2007.

remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

2.    Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit E-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit E-2 shall be entitled to (a) a recovery for any Tax Claim Subject to To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with the classification that is listed in the "Claim As Modified" column, on Exhibit E-2, and/or (c) assert a claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit E-2, subject to the Debtors' right to further object to each such Tax Claim Subject to To Modification.  The Tax Claims Subject to To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.  For clarity, Exhibit G hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits E-1 and E-2.

3.    With respect to each Claim for which a Response to the Thirteenth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits F-8, and F-9 hereto, the hearing regarding the objection to such Claims is adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely filed or otherwise deficient under the Claims Objection Procedures Order.

4.      Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to claims that are the subject of the Thirteenth Omnibus Claims Objection.

5.      Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

6.      This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

7.      Each of the objections by the Debtors to each Claim addressed in the Thirteenth Omnibus Claims Objection  and set forth on Exhibits F-8 and F-9 thereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

8.      Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

9.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Thirteenth Omnibus Claims Objection.

Dated: New York, New York
        June ___, 2007

_____

5      DeltaView comparison of pcdocs://chisr02a/633908/2 and pcdocs://chisr02a/633908/4. Performed on 6/25/2007.

UNITED STATES BANKRUPTCY JUDGE

6       DeltaView comparison of pcdocs://chisr02a/633908/2 and pcdocs://chisr02a/633908/4.
Performed on 6/25/2007.

Document comparison done by DeltaView on Monday, June 25, 2007 3:09:47 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr02a/633908/2 |
| Document 2 | pcdocs://chisr02a/633908/4 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---|
| Insertion |
| Deletion |
| <Moved from > |
| >Moved to < |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | Count |
|---|---|
| Insertions | 17 |
| Deletions | 15 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 4 |
| Total changes | 36 |

# EXHIBIT I

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com<br>susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com<br>tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/27/2007 12:06 PM
Response Service List 070530

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|------|--------------------|----------|----------|----------|------|-------|-----|
| Contrarian Funds LLC | David S Rosner Adam L Shiff Jeffrey R Gleit Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | | New York | NY | 10019 |
| JCI Technology Company | Elena Lazarou | Reed Smith LLP | 559 Lexington Ave | | New York | NY | 10022 |
| JCI Technology Company | Stephen P Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 |
| Johnson Controls Inc | Elena Lazarou | Reed Smith LLP | 559 Lexington Ave | | New York | NY | 10022 |
| Johnson Controls Inc | Stephen P Bobo | Reed Smith LLP | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606 |
| NEC Electronics America Inc | Steve Kieselstein | Kieselstein Law Firm PLLC | 43 British American Blvd | | Latham | NY | 12110 |
| Takata Corporation | Sarah F Sparrow Ryan S Luft | Tuggle Duggins & Meschan PA | 100 N Greene St Ste 600 | PO Box 2888 | Greensboro | NC | 27402 |
| TK Holdings Inc Automotive Systems Laboratory Inc and Takata Seat Belts Inc | Sarah F Sparrow Ryan S Luft | Tuggle Duggins & Meschan PA | 100 N Greene St Ste 600 | PO Box 2888 | Greensboro | NC | 27402 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/27/2007 12:00 PM
14th Omnibus Objection reply parties

# EXHIBIT J

**Hearing Date: June 26, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
      In re                              :        Chapter 11
                                         :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                         :
                    Debtors.     :        (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' FOURTEENTH OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS AND (B) PROTECTIVE CLAIMS

### ("DEBTORS' OMNIBUS REPLY IN SUPPORT OF FOURTEENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this omnibus reply in support of the Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998) (the "Fourteenth Omnibus Claims Objection"), and respectfully represent as follows:

1.     The Debtors filed the Fourteenth Omnibus Claims Objection on May 22, 2007, seeking to disallow and expunge certain "Claims," as that term is defined in 11 U.S.C. § 101(5), because such Claims (a) are duplicative of other Claims or have been amended or superseded by later-filed Claims and each such expunged Claim is survived by one Claim or (b) are merely protective in nature.  The Debtors sent to each claimant whose proof of claim is subject to an objection pursuant to the Fourteenth Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Fourteenth Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on June 19, 2007.

2.     As of June 22, 2007 at 12:00 p.m. (prevailing Eastern time), the Debtors had received 11 timely-filed formal responses to the Fourteenth Omnibus Claims Objection (the "Responses").  A chart summarizing each of the Responses by respondent is attached hereto as Exhibit A.

---

[1]     Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Fourteenth Omnibus Claims Objection.

2

3.      Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

to Claims (Docket No. 6089) entered December 6, 2006 (the "Claims Objection Procedures

Order"), the hearing with respect to each of the Claims for which a Response was filed will be

adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the

disposition of each such Claim; provided, however, that such adjournment will be without

prejudice to the Debtors' right to assert that any such Responses were untimely-filed or otherwise

deficient under the Claims Objection Procedures Order.

4.      As set forth on Exhibit A hereto, the Debtors have agreed to adjourn to a

future date the claims hearing with respect to the 11 Claims for which Responses were filed.  The

revised proposed order, a copy of which is attached hereto as Exhibit B (the "Revised Order"),[2]

reflects the adjournment of the hearings with respect to the Claims for which Responses were

filed.

5.      Except for those Claims with respect to which a hearing has been

adjourned to a future hearing date, the Debtors believe that the Revised Order adequately

addresses the concerns of the respondents.  Thus, the Debtors request that the Court grant the

relief requested by the Debtors and enter the Revised Order.

---

[2]      Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of
proposed order that was submitted with the Fourteenth Omnibus Claims Objection.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) sustaining the Fourteenth Omnibus Claims Objection, subject to the modifications reflected in the Revised Order, (b) adjourning the hearing with respect to all Claims for which a Response was filed pursuant to the Claims Objection Procedures Order, and (c) granting the Debtors such other and further relief as is just.

Dated: New York, New York
      June 25, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700


-and-


By:/s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Fourteenth Omnibus Claims Objection
Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 1. | Takata Corporation (Docket No. 8268) | 10968 | Takata Corporation ("Takata") is a party to an executory contract (the "Contract") with Delphi Corporation and Delphi Technologies, Inc. ("Delphi Technologies"). Takata opposes the disallowance and expungement of proof of of claim no. 10968. Takata asserts that its claim is based upon the Contract that has not been rejected, and was filed in an undetermined amount to preserve Takata's rights. Takata asserts that there is no basis to disallow the claim as duplicative because the agreement in question is an agreement with both Delphi Corporation and Delphi Technologies. Takata asserts that both Debtor entities have liability to Takata under the Contract, and because the cases have not been substantively consolidated, the claim is proper against both entities. Takata asserts that it is not seeking duplicate recovery. | Adjourn | None |

---

[1]  This chart reflects all Responses entered on the docket as of Friday, June 22, 2007 at 12:00 p.m. (prevailing Eastern time).

[2]  This chart reflects all resolutions or proposals as of Friday, June 22, 2007 at 12:00 p.m. (prevailing Eastern time).

1

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 2. | TK Holdings Inc., Automotive Systems Laboratory, Inc., and Takata Seat Belts Inc. (Docket No. 8267) | 10571 | TK Holdings Inc., Automotive Systems Laboratory, Inc., and Takata Seat Belts Inc. ("TK Holdings") oppose the disallowance and expungement of their proof of claim. TK Holdings asserts that its claim is based upon an executory contract that has not been rejected (the "Contract"), and was filed in an undetermined amount to preserve TK Holdings' rights. TK Holdings asserts that there is no basis to disallow the claim as duplicative because the Contract is an agreement with both Delphi Corporation and Delphi Technologies. TK Holdings asserts that each Debtor entity has liability to TK Holdings under the Contract, and because the cases have not been substantively consolidated, the claim is proper against both entities. TK Holdings asserts that it is not seeking duplicate recovery. | Adjourn | None |
| 3. | NEC Electronics America, Inc. (Docket No. 8295) | 12394 | NEC Electronics America, Inc ("NEC") asserts that it does not seek multiple recoveries. NEC asserts that its original proof of claim (the "Original Claim") asserted a total claim of $9,716,799.51 against Delphi Automotive Systems LLC ("DAS LLC") "and any other debtors that . . . have ordered, agreed to pay for or received any NEC Parts." The Original Claim was filed against multiple Debtors because purchase orders were issued to NEC under several names.  On October 16, 2006, NEC filed an amended proof of claim (the "Amended Claim") increasing the amount of the claim. NEC asserts that an addendum to the Amended Claim indicated that it should be filed against multiple Debtors.  NEC asserts that it will withdraw any duplicate claims as soon as it receives information to confirm which debtor is liable on its claim. | Adjourn | None |

2

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 4. | Contrarian Funds, LLC (Docket No. 8320) | 16541 | Contrarian Funds, LLC ("Contrarian") opposes the Debtors' request to expunge proof of claim no. 16541 (filed against DAS LLC) as duplicative of proof of claim no. 6321(filed against Delphi Corporation). Contrarian asserts that the Debtors have provided no basis to reclassify the obligation in question from DAS LLC to Delphi Corporation  Contrarian also asserts that the relief requested in the Fourteenth Omnibus Claims Objection (the "Objection") should not be entered while Contrarian is in negotiations with the Debtors over the amount and proper Debtor with respect to proof of claim no. 6321, which was previously objected to in the Eleventh Omnibus Claims Objection. | Adjourn | None |
| 5. | Johnson Controls, Inc. (Docket No. 8331) | 15513 | Johnson Controls, Inc. ("JCI") asserts that proof of claim no. 15513 is based upon potential breaches of contract arising under a sale, purchase and transfer agreement (the "Agreement"). JCI further asserts that although rejection of the Agreement would give rise to claims, there are additional ways that the Debtors could breach the Agreement to give rise to claims by JCI.  JCI requests that the Objection be overruled. | Adjourn | None |
| 6. | Johnson Controls, Inc. (Docket No. 8332) | 15515 | JCI asserts that proof of claim no. 15515 is based upon potential breaches of contract arising under a sale, purchase and transfer agreement (the "Agreement"). JCI further asserts that although rejection of the Agreement would give rise to claims, there are additional ways that the Debtors could breach the Agreement to give rise to claims by JCI.  JCI requests that the Objection be overruled. | Adjourn | None |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 7. | Johnson Controls, Inc. (Docket No. 8334) | 15524 | JCI asserts that proof of claim no. 15524 is based on potential breaches of contract arising under various prepetition purchase orders (the "Contracts") between JCI's Automotive Group and Delphi Corporation JCI further asserts in addition to the rejection of the Contracts there are other ways that the Debtors could breach the Contracts to give rise to claims by JCI. JCI requests that the Objection be overruled. | Adjourn | None |
| 8. | Johnson Controls, Inc. (Docket No. 8335) | 15532 | JCI asserts that proof of claim no. 15532 is based on potential breaches of contract arising under various prepetition purchase orders (the "Contracts") between JCI's Automotive Group and Delphi Mechatronic Systems, Inc. JCI further asserts in addition to the rejection of the Contracts there are other ways that the Debtors could breach the Contracts to give rise to claims by JCI. JCI requests that the Objection be overruled. | Adjourn | None |
| 9. | JCI Technology Company (Docket No. 8341) | 15519 | JCI Technology Company ("JCI Tech.") asserts that proof of claim no. 15519 is based upon potential breaches of contract arising under a sale, purchase and transfer agreement (the "Agreement"). JCI Tech. further asserts that although rejection of the Agreement would give rise to claims, there are additional ways that the Debtors could breach the Agreement to give rise to claims by JCI Tech. JCI Tech. requests that the Objection be overruled. | Adjourn | None |

4

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL[2] | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 10. | JCI Technology Company (Docket No. 8342) | 15520 | JCI Tech. asserts that proof of claim no. 15520 is based upon potential breaches of contract arising under a interim trademark license agreement (the "Agreement"). JCI Tech. further asserts that although rejection of the Agreement would give rise to claims, there are additional ways that the Debtors could breach the Agreement to give rise to claims by JCI Tech. JCI Tech. requests that the Objection be overruled. | Adjourn | None |
| 11. | JCI Technology Company (Docket No. 8343) | 15521 | JCI Tech. asserts that proof of claim no. 15521 is based upon potential breaches of contract arising under a sale, purchase, and transfer agreement, a trademark license agreement, an agreement regarding trademark licenses, and an interim trademark license agreement (the "Agreements"). JCI Tech. further asserts that rejection of the Agreements would give rise to claims, but that there are also other ways that the Debtors could breach the Agreements to give rise to claims by JCI Tech. JCI Tech. requests that the Objection be overruled. | Adjourn | None |

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
          In re                     :        Chapter 11
                                    :
DELPHI CORPORATION, <u>et al.</u>,       :        Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS AND (B)
<u>PROTECTIVE CLAIMS IDENTIFIED IN FOURTEENTH OMNIBUS CLAIMS OBJECTION</u>

("FOURTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B)

Protective Claims, dated May 22, 2007 (the "Fourteenth Omnibus Claims Objection")[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on

the Fourteenth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim (as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim")) listed on <u>Exhibit A</u> attached hereto was properly and timely served with a

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Fourteenth Omnibus Claims Objection.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate. <u>See</u> Fed. R. Bankr. P. 7052.

copy of the Fourteenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim,

a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No.

6089) (the "Claims Objection Procedures Order"), the proposed order granting the Fourteenth

Omnibus Claims Objection, and the notice of the deadline for responding to the Fourteenth

Omnibus Claims Objection.  No other or further notice of the Fourteenth Omnibus Claims

Objection is necessary.

B.      The Court has jurisdiction over the Fourteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Fourteenth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fourteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with the Court or have been

amended or superseded by later-filed Claims.

D.      The relief requested in the Fourteenth Omnibus Claims Objection is in the

best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby

disallowed and expunged in its entirety.  Those Claims identified on Exhibit A as "Surviving

Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection

by the Debtors and other parties-in-interest.

2

2.     With respect to each Claim for which a Response to the Fourteenth

Omnibus Claims Objection has been filed and served, and which has not been resolved by the

parties, all of which Claims are listed on Exhibits B-1 and B-2 hereto, the hearing regarding the

objection to each such Claim is adjourned to a future hearing date to be noticed by the Debtors

consistent with and subject to the Claims Objection Procedures Order; provided, however, that

such adjournment shall be without prejudice to the Debtors' right to assert that any such

Responses were untimely filed or otherwise deficient under the Claims Objection Procedures

Order.

3.     Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases, or to further object to

Claims that are the subject of the Fourteenth Omnibus Claims Objection; provided, however, that

solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the

same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such

claimant's Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one

of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the

Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the

"Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is

asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided

in the preceding sentence, the Remaining Claims shall remain subject to further objection on any

grounds whatsoever, including, without limitation, that any such Remaining Claim is asserted

against the incorrect Debtor if the claimant did not file a Multiple Debtor Duplicative Claim

against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to

any Remaining Claim or restrict any holder of a Remaining Claim from seeking relief from this

Court for the purposes of requesting that this Court modify the Remaining Claim to assert such Remaining Claim against a different Debtor.

4.        Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

5.        This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Fourteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

6.        Each of the objections by the Debtors to each Claim addressed in the Fourteenth Omnibus Claims Objection and set forth on Exhibits A, B-1, and B-2 hereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Fourteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

7.        Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

8.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Fourteenth Omnibus Claims

Objection.

Dated: New York, New York
       June __, 2007

_____
   UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Fourteenth Omnibus Claims Objection**

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|

**CLAIM TO BE EXPUNGED**

Claim Number: 1117
Date Filed: 12/12/2005
Creditor's Name and Address:
HUBERT STUEKEN GMBH CO KG
HAYNSWORTH SINKLER BOYD PA
PO BOX 11889
COLUMBIA, SC 29211

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | $678,789.76 | |
| Priority | | |
| Administrative: | | |
| Unsecured: | $63,630.82 | |
| Total: | $742,420.58 | |

**SURVIVING CLAIM**

Claim Number: 10375
Date Filed: 07/24/2006
Creditor's Name and Address:
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority: | | |
| Administrative: | | |
| Unsecured: | $774,931.06 | |
| Total: | $774,931.06 | |

---

Claim Number: 630
Date Filed: 11/16/2005
Creditor's Name and Address:
IBM CREDIT LLC
TWO LINCOLN CTR
OAKBROOK TERRACE, IL 60181

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority | | |
| Administrative: | $6,724.00 | |
| Unsecured: | | |
| Total: | $6,724.00 | |

Claim Number: 680
Date Filed: 11/18/2005
Creditor's Name and Address:
IBM CORPORATION
TWO LINCOLN CTR
OAKBROOK TER, IL 60181

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority: | | |
| Administrative: | | |
| Unsecured: | $514,319.83 | |
| Total: | $514,319.83 | |

---

Claim Number: 16323
Date Filed: 09/18/2006
Creditor's Name and Address:
MISSISSIPPI STATE TAX COMMISSION
PO BOX 22808
JACKSON, MS 39225-2808

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority | $347,412.16 | |
| Administrative: | | |
| Unsecured: | | |
| Total: | $347,412.16 | |

Claim Number: 16588
Date Filed: 03/26/2007
Creditor's Name and Address:
MISSISSIPPI STATE TAX COMMISSION
ATTN BRENDA T CARTER
PO BOX 22808
JACKSON, MS 39225-2808

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority: | $1,493,708.93 | |
| Administrative: | | |
| Unsecured: | $32,442.36 | |
| Total: | $1,526,151.29 | |

---

Claim Number: 16574
Date Filed: 03/15/2007
Creditor's Name and Address:
P AND R COMMUNICATIONS
731 E FIRST ST
DAYTON, OH 45401

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority | | |
| Administrative: | | |
| Unsecured: | $10,073.40 | |
| Total: | $10,073.40 | |

Claim Number: 9214
Date Filed: 07/10/2006
Creditor's Name and Address:
P & R COMMUNICATIONS SERVICE INC
731 E 1ST ST
DAYTON, OH 45402

| | Debtor: | DELPHI CORPORATION (05-44481) |
|---|---|---|
| Secured: | | |
| Priority: | | |
| Administrative: | | |
| Unsecured: | $13,434.96 | |
| Total: | $13,434.96 | |

**Total Claims to be Expunged:**
**Total Asserted Amount to be Expunged:** $1,106,630.14

Page 1 of 1

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Fourteenth Omnibus Claims Objection**

### EXHIBIT B-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

**CLAIM TO BE EXPUNGED**

| | |
|---|---|
| Claim Number: 16541 | |
| Date Filed: 02/13/2007 | |
| Creditor's Name and Address: | |
| CONTRARIAN FUNDS LLC | |
| 411 W PUTNAM AVE S 225 | |
| GREENWICH, CT 06830 | |
| Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $31,991.00 |
| Total: | $31,991.00 |

| | |
|---|---|
| Claim Number: 12394 | |
| Date Filed: 07/28/2006 | |
| Creditor's Name and Address: | |
| NEC ELECTRONICS AMERICA INC | |
| 2880 SCOTT BLVD | |
| SANTA CLARA, CA 95052-8062 | |
| Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Secured: | $308,024.19 |
| Priority: | $3,424,138.98 |
| Administrative: | |
| Unsecured: | $5,984,616.34 |
| Total: | $9,716,779.51 |

| | |
|---|---|
| Claim Number: 10968 | |
| Date Filed: 07/26/2006 | |
| Creditor's Name and Address: | |
| TAKATA CORPORATION | |
| TUGGLE DUGGINS & MESCHAN PA | |
| PO BOX 2888 | |
| GREENSBORO, NC 27402 | |
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Claim Number: 10571 | |
| Date Filed: 07/25/2006 | |
| Creditor's Name and Address: | |
| TK HOLDINGS INC AUTOMOTIVE SYSTEMS | |
| LABORATORY INC AND TAKATA SEAT BELTS INC | |
| TUGGLE DUGGINS & MESCHAN PA | |
| PO BOX 2888 | |
| GREENSBORO, NC 27402 | |
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $0.00 |
| Total: | $0.00 |

**SURVIVING CLAIM**

| | |
|---|---|
| Claim Number: 6321 | |
| Date Filed: 05/19/2006 | |
| Creditor's Name and Address: | |
| SSOE INC | |
| 1001 MADISON AVE | |
| TOLEDO, OH 43624 | |
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $31,991.00 |
| Total: | $31,991.00 |

| | |
|---|---|
| Claim Number: 16368 | |
| Date Filed: 10/16/2006 | |
| Creditor's Name and Address: | |
| NEC ELECTRONICS AMERICA INC | |
| 2880 SCOTT BLVD | |
| SANTA CLARA, CA 95052-8062 | |
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | $308,024.19 |
| Priority: | $3,424,138.98 |
| Administrative: | |
| Unsecured: | $6,179,814.90 |
| Total: | $9,911,978.07 |

| | |
|---|---|
| Claim Number: 10965 | |
| Date Filed: 07/26/2006 | |
| Creditor's Name and Address: | |
| TAKATA CORPORATION | |
| TUGGLE DUGGINS & MESCHAN PA | |
| PO BOX 2888 | |
| GREENSBORO, NC 27402 | |
| Debtor: | DELPHI TECHNOLOGIES, INC (05-44554) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Claim Number: 10570 | |
| Date Filed: 07/25/2006 | |
| Creditor's Name and Address: | |
| TK HOLDINGS INC AUTOMOTIVE SYSTEMS | |
| LABORATORY INC AND TAKATA SEAT BELTS INC | |
| TUGGLE DUGGINS & MESCHAN PA | |
| PO BOX 2888 | |
| GREENSBORO, NC 27402 | |
| Debtor: | DELPHI TECHNOLOGIES, INC (05-44554) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $0.00 |
| Total: | $0.00 |

**Total Claims to be Expunged:** 4
**Total Asserted Amount to be Expunged:** $9,748,770.51

**In re Delphi Corporation, et al.**    **Fourteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - ADJOURNED PROTECTIVE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15513 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| JOHNSON CONTROLS INC AUTOMOTIVE GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC AUTOMOTIVE GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15521 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15519 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | **Total:** | **7** | | **$0.00** |  |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :

               In re                               :            Chapter 11

                                                :

DELPHI CORPORATION, <u>et al.</u>,              :           Case No. 05-44481 (RDD)

                                                :

                            Debtors.          :           (Jointly Administered)

                                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007  DISALLOWING
AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS AND (B) <u>PROTECTIVE
CLAIMS IDENTIFIED IN FOURTEENTH OMNIBUS CLAIMS OBJECTION</u>

("FOURTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B)

Protective Claims, dated May 22, 2007 (the "Fourteenth Omnibus Claims Objection"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the

Fourteenth Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient

cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

                        A.        Each holder of a claim, (as such term is defined in 11 U.S.C. § 101(5)

(as to each, a "Claim")) listed on ~~Exhibits A and B~~Exhibit A attached hereto was properly

---

[1]     Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
      Fourteenth Omnibus Claims Objection.

and timely served with a copy of the Fourteenth Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order"), the proposed order granting the Fourteenth Omnibus Claims Objection, and the

notice of the deadline for responding to the Fourteenth Omnibus Claims Objection.  No

other or further notice of the Fourteenth Omnibus Claims Objection is necessary.

      B.      The Court has jurisdiction over the Fourteenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Fourteenth Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Fourteenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408

and 1409.

      C.      The Claims listed on <u>Exhibit A</u> hereto under the column heading

"Claim To Be Expunged" are either duplicates of other Claims filed with the Court or have

been amended or superseded by later-filed Claims.

      ~~D.~~      ~~The Claims listed on Exhibit B hereto were filed by creditors to protect against future rejection damages (the "Protective Claims").~~

      <u>D.</u>      ~~E.~~ The relief requested in the Fourteenth Omnibus Claims Objection is in

the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

---

*(cont'd from previous page)*

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

2    DeltaView comparison of pcdocs://chisr01a/547469/3 and pcdocs://chisr01a/547469/5. Performed on 6/25/2007.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.    ~~Each Protective Claim listed on~~ <u>~~Exhibit B~~</u> ~~hereto is hereby disallowed and expunged in its entirety, subject to the right of affected creditors set forth on~~ <u>~~Exhibit B~~</u> ~~under paragraph 8 of the Bar Date Order to assert a Claim for rejection damages in the event of a rejection of an executory contract or an unexpired lease by the Debtors.~~<u>With respect to each Claim for which a Response to the Fourteenth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits B-1 and B-2 hereto, the hearing regarding the objection to each such Claim is adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely filed or otherwise deficient under the Claims Objection Procedures Order.</u>

3.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases, or to further object to Claims that are the subject of the Fourteenth Omnibus Claims Objection; <u>provided</u>, <u>however</u>, that solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the same asserted obligation (the "Multiple Debtor

Duplicative Claims") and (b) certain of such claimant's Multiple Debtor Duplicative

Claims are being disallowed and expunged hereby, if one of the Multiple Debtor

Duplicative Claims was originally filed against the correct Debtor, the Debtors shall not

seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the "Remaining

Claim") disallowed and expunged solely on the basis that such Remaining Claim is

asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly

provided in the preceding sentence, the Remaining Claims shall remain subject to further

objection on any grounds whatsoever, including, without limitation, that any such

Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a

Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein

shall restrict the Debtors from objecting to any Remaining Claim or restrict any holder of a

Remaining Claim from seeking relief from this Court for the purposes of requesting that

this Court modify the Remaining Claim to assert such Remaining Claim against a different

Debtor.

> 4.    Nothing contained herein shall constitute, nor shall it be deemed to
constitute, the allowance of any Claim asserted against any of the Debtors.

> 5.    This Court shall retain jurisdiction over the Debtors and the holders
of Claims subject to the Fourteenth Omnibus Claims Objection to hear and determine all

matters arising from the implementation of this order.

> 6.    Each of the objections by the Debtors to each Claim addressed in the
Fourteenth Omnibus Claims Objection and set forth on Exhibits A, B-1, and B-2 hereto

constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This

order shall be deemed a separate order with respect to each Claim that is the subject of the

Fourteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the

contested matter which involves such Claim and shall not act to stay the applicability or

finality of this order with respect to the other contested matters covered hereby.

7.    Kurtzman Carson Consultants LLC is hereby directed to serve this

order, including exhibits, in accordance with the Claims Objection Procedures Order.

5    DeltaView comparison of pcdocs://chisr01a/547469/3 and pcdocs://chisr01a/547469/5.
Performed on 6/25/2007.

8.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Fourteenth Omnibus Claims Objection.

Dated:  New York, New York
        June ___, 2007

_____
        UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Monday, June 25, 2007 3:37:04 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/547469/3 |
| Document 2 | pcdocs://chisr01a/547469/5 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| <Moved from> | |
| >Moved to< | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 14 |