UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                                    In proceedings for Reorganization under Chapter 11

Delphi Corporation., et al.,                              Case No. 05-44481
                                                          (Jointly Administered)

     (the "Debtor")
                                                          Claim No. **1746**
                                                          Claim Amount: **$3,821,082.86**

-------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIMS PURSUANT TO
### FRBP RULE 3001 (e) (2)

**To Transferor:**     King Street Acquisition Company, L.L.C.

     Your unsecured claim no. 1746, in the amount of **$3,821,082.86** has been transferred to:

**Transferee:**     **DEUTSCHE BANK SECURITIES, INC.**
     60 Wall Street, 3rd Floor, New York, NY 10005
     Attn: Vikas Madan and Ross Rosenfelt
     Phone: 212-250-5760
     Fax: 212-797-8770

     with copies to:

     Attn:
     Fax:

The Evidence of Transfer of Claim is attached hereto.  No action is required _if you do not object_ to the transfer of your claim.  However, if you do object to the transfer of your claim, within _20 days_ of this notice, you must:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

  Clerk's Office
  United States Bankruptcy Court
  Southern District of New York
  One Bowling Green
  New York, New York -----

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

---

(*FOR CLERK'S OFFICE USE ONLY*):
This notice was mail to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent __ Transferee __ Debtor's Attorney

                                                     Clerk

Refer to INTERNAL CONTROL NO. _____ in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant in this proceeding

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **KING STREET ACQUISITION COMPANY, L.L.C.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK SECURITIES INC.** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC, and its predecessor, Delco Electronics LLC, and successors in interest (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.,* Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $3,821,082.86 (the "Claim") related to the proof of claim filed by Assignor with the Bankruptcy Court, which proof of claim has been assigned claim number 1746.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS _27_ day of June, 2007.

**DEUTSCHE BANK SECURITIES INC.**

By:_____
   Name:
   Title:

**KING STREET ACQUISITION COMPANY, L.L.C.**
By: King Street Capital Management, L.L.C.
   Its Manager

By:_____
   Name:
   Title:    **Brian J. Higgins**
            **Managing Partner**

S:\Matters\ClosingDocuments\2020489\Transfer of Claim\Transfer of Claim2020489-_EXE_1.DOC

## EVIDENCE OF TRANSFER OF CLAIM

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **KING STREET ACQUISITION COMPANY, L.L.C.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK SECURITIES INC.** (the "Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC, and its predecessor, Delco Electronics LLC, and successors in interest (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.,* Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $3,821,082.86 (the "Claim") related to the proof of claim filed by Assignor with the Bankruptcy Court, which proof of claim has been assigned claim number 1746.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS _____ day of June, 2007.

**DEUTSCHE BANK SECURITIES INC.**

By: _____
Name:
Title:
**Ray Costa**
Managing Director

**KING STREET ACQUISITION COMPANY, L.L.C.**
By: King Street Capital Management, L.L.C.
    Its Manager

By: _____
    Name:
    Title:

C:\DOCUME~1\roseros\LOCALS~1\Temp\notesDFCEFD\Transfer of Claim2020489_EXE_1.DOC