# TESTEQUITY

**TestEquity Inc.**

2450 Turquoise Circle
Thousand Oaks, CA 91320-1200

Tel: 800.732.3457, 805.498.9933
Fax: 805.498.3733

June 15, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004



RECEIVED JUN 25 2007 USBC-SDNY RDD

RE: Delphi Corporation Bankruptcy Claim #16583

Dear Sir:

I am writing in response to the notice our company received indicating that a portion of our claim was denied under the Basis of Objection "Claims Subject to Modification." Our claim amount of $206,964.00 was adjusted down to $165,246.00 - we feel this adjustment was inaccurate.

I made an effort to determine the breakdown of this adjustment, however the claims adjuster at Delphi I had worked with previously, Anthony Thompson, did not return my emails requesting this information.

Therefore, I can only assume the amount adjusted was for items where my first attempt to provide him with his requested proof of delivery was unsuccessful. Due to the age of the items the freight carriers had to go back to archives for the POD. For three of the invoices requested, I have now been able to locate the POD document. These invoices are attached followed by their POD:

Invoice 153680 for $1,639.00
Invoice 176922 for $4,795.00
Invoice 177060 for $2,390.00

Two other invoices (Delphi PO 450100385) did not have POD's provided as they were so old the freight carriers had purged them from the records. However, Delphi did make partial payments on each invoice so I find it unlikely the other items on the invoices did not arrive. These invoices are 178519 for $237,675.00 with a partial payment of $217,644.00 and 179482 for $79,272.00 with a partial payment of $73,400.00. This leaves $25,903.00 due for these items.

The tracking numbers for these shipments were:

*New & Reconditioned Electronic Test Equipment*            Sales • Rentals • Acquisitions

DHL # 7441257526 and #7441183595
Danzas # 1B1K914
Fed Ex #' 345371410079666, 345371410079673, 345371410079253, 345371410079260

In total we would like the amount $165,246.00 adjusted up to $199,973.00.

Please contact me at 805.498.9933 x180 or alex.bulcke@testequity.com with any questions.

Sincerely,

*ABulcke*

Alex Bulcke
Senior Accountant, TestEquity LLC

| Customer # | Invoice # | Invoice Date | Amount | PO # | City | State | |
|---|---|---|---|---|---|---|---|
| 640790 | 154149 | 20040930 | 188.00 | 450073447 | KOKOMO | IN | |
| 640790 | 154884 | 20041008 | 376.00 | 450073447 | LOS INDIOS | TX | |
| 640790 | 170244 | 20050321 | 1,485.00 | 143625 | KOKOMO | IN | |
| 640790 | 178519 | 20050608 | 237,675.00 | 450100385 | KOKOMO | IN | |
| 640790 | 178519 | 20050712 | (18,444.00) | 450100385 | KOKOMO | IN | Partial Payment |
| 640790 | 178519 | 20050809 | (199,200.00) | 450100385 | KOKOMO | IN | Partial Payment |
| 640790 | 179482 | 20050617 | 79,272.00 | 450100385 | KOKOMO | IN | |
| 640790 | 179482 | 20050809 | (73,400.00) | 450100385 | KOKOMO | IN | Partial Payment |
| 640790 | 181411 | 20050706 | 4,305.00 | 450109194 | KOKOMO | IN | |
| 640790 | 182383 | 20050715 | 2,490.00 | 450100385 | KOKOMO | IN | |
| 640790 | 182385 | 20050715 | 5,872.00 | 450109194 | KOKOMO | IN | |
| 640790 | 182723 | 20050719 | 2,870.00 | 450109194 | KOKOMO | IN | |
| 640790 | 183765 | 20050728 | 23,488.00 | 450109194 | KOKOMO | IN | |
| | | | 66,977.00 | | | | |
| 641273 | 152862 | 20040917 | 985.00 | 450072654 | KOKOMO | IN | |
| 641273 | 153680 | 20040927 | 1,639.00 | 450073440 | KOKOMO | IN | |
| 641273 | 154650 | 20041006 | 1,699.00 | 450074563 | KOKOMO | IN | |
| 641273 | 155074 | 20041011 | 1,140.00 | 450075299 | EL PASO | TX | |
| 641273 | 155729 | 20041018 | 676.00 | 450073440 | EL PASO | TX | |
| 641273 | 188695 | 20050913 | 2,042.00 | DCS10207 | KOKOMO | IN | |
| | | | 8,181.00 | | | | |
| 655610 | 170533 | 20050323 | 17,495.00 | 450096932 | KOKOMO | IN | |
| 655610 | 171523 | 20050401 | 397.00 | 450098138 | KOKOMO | IN | |
| 655610 | 175042 | 20050504 | 56.00 | 450098138 | KOKOMO | IN | |
| 655610 | 176922 | 20050523 | 4,795.00 | 450104839 | EL PASO | TX | |
| 655610 | 177060 | 20050524 | 2,390.00 | 450104839 | EL PASO | TX | |
| 655610 | 177801 | 20050531 | 4,795.00 | 450105767 | EL PASO | TX | |
| 655610 | 177802 | 20050531 | 22,385.00 | 450105767 | EL PASO | TX | |
| 655610 | 177802 | 20050809 | (19,995.00) | 450105767 | EL PASO | TX | Partial Payment |
| 655610 | 180602 | 20050628 | 2,978.00 | 450111029 | KOKOMO | IN | |
| 655610 | 180992 | 20050630 | 8,072.00 | 450109015 | KOKOMO | IN | |
| 655610 | 184433 | 20050803 | 699.00 | 450115934 | KOKOMO | IN | |
| 655610 | 184434 | 20050803 | 1,185.00 | 450115934 | KOKOMO | IN | |
| 655610 | 184570 | 20050804 | 1,185.00 | 450115934 | KOKOMO | IN | |
| 655610 | 184571 | 20050804 | 395.00 | 450115934 | KOKOMO | IN | |
| 655610 | 184572 | 20050804 | 1,185.00 | 450115934 | KOKOMO | IN | |
| 655610 | 184667 | 20050805 | 1,185.00 | 450115934 | KOKOMO | IN | |
| 655610 | 186127 | 20050819 | 27,391.00 | 450115934 | KOKOMO | IN | |
| 655610 | 186488 | 20050823 | 9,310.00 | 450115934 | KOKOMO | IN | |
| 655610 | 186489 | 20050823 | 14,896.00 | 450115934 | KOKOMO | IN | |
| 655610 | 186844 | 20050826 | 1,398.00 | 450115934 | LOS INDIOS | TX | |
| 655610 | 187153 | 20050829 | 12,846.00 | 450115934 | KOKOMO | IN | |
| 655610 | 188181 | 20050908 | 4,250.00 | 450134440 | KOKOMO | IN | |
| 655610 | 190374 | 20050928 | 250.00 | 450131413 | KOKOMO | IN | |
| 655610 | 190375 | 20050928 | 4,170.00 | 450136765 | KOKOMO | IN | |
| 655610 | 190376 | 20050928 | 96.00 | 450136765 | KOKOMO | IN | |
| 655610 | 190519 | 20050929 | 247.00 | 450102634 | KOKOMO | IN | |
| 655610 | 191185 | 20051004 | 7,750.00 | 450131413 | KOKOMO | IN | |
| | | | 131,806.00 | | | | |
| | | Total | 206,964.00 | | | | |

Delphi Delco BK Claim.xls

# TESTEQUITY

**Electronic Test Equipment**
**Sales • Rentals • Acquisitions**

Please remit payment to: TestEquity LLC
P.O. Box 515047
Los Angeles, CA 90051-5047

All other correspondence: 2450 Turquoise Circle
Thousand Oaks, CA 91320

Telephone: 805-498-9933
Fax: 805-498-3733
Federal ID: 65-1261392

## Invoice # 153680

Invoice Date:  9/27/04

Due Date:  10/27/04

| BILL TO | 641273 | SHIP TO | 641273 |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | DELPHI AUTOMOTIVE SYSTEMS | |
| ACCOUNTS PAYABLE | | EQUIPMENT & TOOLING | |
| P.O. BOX 981012 | | 48 WALTER JONES BLVD | |
| EL PASO | TX | "B" DOCK 87 & 88 | |
| 79998-1012 | | EL PASO | TX |
| | | 79906 | |

| TERMS | S/O DATE | S/O NO | SHIP DATE | REP | AR REF |
|---|---|---|---|---|---|
| NET 30 | 9/24/04 | 411749 | 9/27/04 | 36 | 666870 |

| SHIP CONDITION | SHIPPED VIA | PURCHASE ORDER |
|---|---|---|
| COLLECT | BAX GLOBAL | *450073440 |
| | | 153680 |

```
****** COMMENTS ******
TRACKING NUMBERS:
1 500 33704
SHIPPING TO MEXICO - PROVIDE DOCUMENTS
```

| PART NUMBER AND DESCRIPTION | QTY | PRICE EACH | EXT PRICE |
|---|---|---|---|
| 12312.2       HP- 34970A | | | |
| AGT. DATA ACQ/SWITCH UNIT | 1 | 1,299.0000 | 1,299.00 |
| S/N: MY41031355          : | | | |

| QTY. | PART NUMBER | DESCRIPTION |
|---|---|---|
| 1 | RS232-61601 | INTERCONNECT CABLE |
| 1 | 34970-13607 | BENCHLINK CD-ROM |
| 1 | 34970-90011* | SERVICE GUIDE |
| 1 | 34970-90002 | USER'S GUIDE |
| 1 | 34970-90008 | QUICK REF. GUIDE |
| 1 | 34970-61606 | THERMOCOUPLER & SCREWDRIVER |
| 2 | 34970-44111 | BACK COVER PLATE |
| 1 | -NPN- | POWER CORD |

OPTION 001 DELETE:

| 1 | 34970-13607 | BENCHLINK CD-ROM |
|---|---|---|
| 1 | RS232-61601 | INTERCONNECT CABLE |

* NOT INCLUDED WITH RENTAL

| 12319.2       HP- 34907A | | | |
|---|---|---|---|
| AGT. MULTIFUNCTION MODULE | 1 | 340.0000 | 340.00 |
| S/N: MY41003409          : | | | |
| NO ACCESSORIES | | | |

*TestEquity LLC must be notified within 48 hours of any discrepancies in accessories shipped.
*Replacement cost plus $100 will be charged for any accessory not returned with equipment.
The exportation of these commodities from the United States is, or may be, subject to the Federal Export Control Regulations and Licensing Procedures set forth in the Export Administration Act and the Federal Regulations promulgated pursuant thereto. Compliance with the applicable regulations and procedures is required as a prerequisite to the exportation of commodities governed thereunder, and this sale made by TestEquity LLC subject to the understanding that you will comply with all applicable regulations.

**ORIGINAL COPY**



Electronic Test Equipment
**Sales • Rentals • Acquisitions**

Please remit payment to: TestEquity LLC
P.O. Box 515047
Los Angeles, CA 90051-5047

All other correspondence: 2450 Turquoise Circle
Thousand Oaks, CA 91320

Telephone: 805-498-9933
Fax: 805-498-3733
Federal ID: 65-1261392

*Invoice #* **153680**

Invoice Date:    9/27/04

Due Date:    10/27/04

|  |  |
|---|---|
| SUBTOTAL | $1,639.00 |
| TAX | $135.22 |
| INVOICE TOTAL (US DOLLARS) | $1,774.22 |

**ORIGINAL COPY**

*\*TestEquity LLC must be notified within 48 hours of any discrepancies in accessories shipped.*
*\*Replacement cost plus $100 will be charged for any accessory not returned with equipment.*
The exportation of these commodities from the United States is, or may be, subject to the Federal Export Control Regulations and Licensing Procedures set forth in the Export Administration Act and the Federal Regulations promulgated pursuant thereto. Compliance with the applicable regulations and procedures is required as a prerequisite to the exportation of commodities governed thereunder, and this sale made by TestEquity LLC subject to the understanding that you will comply with all applicable regulations.

# BAX GLOBAL

**CORRECTED ORIGINAL INVOICE**

PLEASE MAIL CORRESPONDENCE TO:
P.O. BOX 19571
IRVINE, CA 92623-9571

| | | |
|---|---|---|
| 15SEP05 | 150033704 ** | |
| COLLECT | CONSIGNEE | |
| SECOND DAY | 4657 | |

**SHIPPER** ACCT. NO: 555860303 **CONSIGNEE** ACCT. NO: 151889085

FROM:
ASSEMBLEON AMERICA
F7YHK
5110 MCGINNIS FERRY RD
ALPHARETTA, GA 30005

TO:
DELPHI ELECTRONICS
2033 "E" BLVD
2023 EAST BLVD
KOKOMO, IN 46902

| 1730 | 15SEP | SHIPPER DOOR | ATL | 2 | | CONSIGNEE DOOR | FWA | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | MP | | 9999 | 9 | 12 | 9 | 8 | 9 | 20.00 NVD |
| | 1 | TOTALS | | | 9 | | 664 | 9 | | NVD |

**REFERENCE NUMBERS**
PO/R4375;PT/PTA NORMAL;

**DESCRIPTION OF CHARGES** | **CHARGES**
FREIGHT CHARGE | 20.00
FUEL SURCHARGE | 1.08

TOTAL AMT. ADJUSTED   21.08

**SPECIAL INSTRUCTIONS AND REMARKS**

TOTAL CHARGES $ 21.08

DELIVERED AT 11:11 ON 09/16/05 TO REF#690610955

DATE MAILED: 23SEP05
TARIFF REGULATIONS REQUIRE PAYMENT BY: 08OCT05

150033704

DELPHI DELCO ELECTRONICS
PO BOX 9005
2033 EAST BLVD
KOKOMO, IN 46904

A DEL. CORP. FED ID 41-0980922

STDINV - 1    XXC 13:15:09 08JUN07
ACTJFD

**CORRECTED INVOICE**
IN ORDER TO INSURE PROPER CREDIT PLEASE
REFERENCE AIRBILL NUMBER ON YOUR PAYMENT

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

RESPONSIBLE PARTY   ACCT. NO.: 150033704
DELPHI DELCO ELECTRONICS
PO BOX 9005
2033 EAST BLVD
KOKOMO, IN 46904

STDINV - 1    XXC 13:15:09 08JUN07

| | |
|---|---|
| 15SEP05 | 150033704 |
| COLLECT | 150033704 |
| PAYABLE IN U.S. DOLLARS | TOTAL CHARGES $ 21.08 |

**CORRECTED INVOICE**

DATE MAILED: 23SEP05
TARIFF REGULATIONS REQUIRE PAYMENT BY: 08OCT05

PLEASE REMIT TO:
**BAX GLOBAL**
DEPT. CH 10391
PALATINE   IL 60055-0391

# TestEQUITY

Electronic Test Equipment
Sales • Rentals • Acquisitions

Please remit payment to: TestEquity LLC
P.O. Box 515047
Los Angeles, CA 90051-5047

All other correspondence: 2450 Turquoise Circle
Thousand Oaks, CA 91320

Telephone: 805-498-9933
Fax: 805-498-3733
Federal ID: 65-1261392

**Invoice # 176922**

Invoice Date: 5/23/05

Due Date: 6/22/05

```
BILL TO     655610                      SHIP TO     655610
DELPHI DELCO ELECTRONICS SYS.            DELPHI E & S PLANT 10
P.O. BOX 9005                            1800 E. LINCOLN ROAD
****DO NOT MAIL****                      ATTN: SHAWN ZAVKSCHEWSKI
**PAY ON RECEIPT**                       KOKOMO                    IN
KOKOMO                   IN              46902
46905-9005
```

| TERMS | S/O DATE | S/O NO | SHIP DATE | REP | AR REF |
|---|---|---|---|---|---|
| NET 30 | 5/20/05 | 421181 | 5/23/05 | 36 | 746489 |

| SHIP CONDITION | SHIPPED VIA | PURCHASE ORDER |
|---|---|---|
| COLLECT | BAX GLOBAL | *450104839 |
| | | 176922 |

```
****** COMMENTS ******
TRACKING NUMBERS:
694 080 785
```

| PART NUMBER AND DESCRIPTION | QTY | PRICE EACH | EXT PRICE |
|---|---|---|---|
| 12934.1        TEK P6245 | 1 | 1,570.0000 | 1,570.00 |
| TEK ACTIVE PROBE | | | |
| S/N: B010450 | | | |

```
QTY  PART NUMBER    DESCRIPTION
 1   070-8995-02**INSTRUCTION MANUAL
 1   020-2066-01* ACCESSORY KIT
*INCLUDES
 1   016-1315-00   MARKER KIT (SET OF 5)
 1   131-5638-11   PROBE TIP (PACK OF 10)
 2   016-1774-00   SPRING ADAPTER
 2   016-1783-00   GROUND CONTACT
 4   206-0364-00   PROBE TIP
 1   196-3410-00   LEAD SET
**AVAILABLE IN CD-ROM FORMAT
```

| 13663.2        TEK P6247 | 1 | 3,225.0000 | 3,225.00 |
|---|---|---|---|
| TEK DIFFERENTIAL PROBE | | | |
| S/N: B017783 | | | |

```
QTY  PART NUMBER    DESCRIPTION
 1***070-9898-02   INSTRUCTION MANUAL
 1*  020-2203-01   ACCESSORY KIT
 1** 070-9899-02   SERVICE MANUAL
 1   016-1589-00   CARRYING CASE
*INCLUDES
 1   016-1315-00   MARKER KIT
 2   016-1785-00   SHORT GROUND CONTACT
 3   206-0364-00   IC GRABBERS
```

*TestEquity LLC must be notified within 48 hours of any discrepancies in accessories shipped.
*Replacement cost plus $100 will be charged for any accessory not returned with equipment.

**ORIGINAL COPY**

The exportation of these commodities from the United States is, or may be, subject to the Federal Export Control Regulations and Licensing Procedures set forth in the Export Administration Act and the Federal Regulations promulgated pursuant thereto. Compliance with the applicable regulations and procedures is required as a prerequisite to the exportation of commodities governed thereunder, and this sale made by TestEquity LLC subject to the understanding that you will comply with all applicable regulations.



Electronic Test Equipment
Sales • Rentals • Acquisitions

Please remit payment to: TestEquity LLC
P.O. Box 515047
Los Angeles, CA  90051-5047

All other correspondence:  2450 Turquoise Circle
Thousand Oaks, CA  91320

Telephone: 805-498-9933
Fax: 805-498-3733
Federal ID: 65-1261392

*Invoice #* **176922**

Invoice Date:    5/23/05

Due Date:    6/22/05

```
 2    SMK4           KLIPCHIP ADAPTER
 2    013-0305-04    TWIN TIP ADAPTER
 2    016-1774-00    SPRING GROUND PIN
 2    016-1785-00    TWIN FOOT ADAPTER
 1    679-4094-00    PROBE-TIP-TO-BNC ADAP.
 1    196-3462-00    Y-LEAD/GROUND LEAD
**NOT INCLUDED WITH RENTALS
***AVAILABE IN CD-ROM FORMAT:
 1    070-9898-03    INSTRUCTION
```

SUBTOTAL                                                                  $4,795.00

TAX                                                                           $0.00


INVOICE TOTAL (US DOLLARS)                                                $4,795.00


**ORIGINAL COPY**

*TestEquity LLC must be notified within 48 hours of any discrepancies in accessories shipped.
*Replacement cost plus $100 will be charged for any accessory not returned with equipment.
The exportation of these commodities from the United States is, or may be, subject to the Federal Export Control Regulations and Licensing Procedures set forth in the Export Administration Act and the Federal Regulations promulgated pursuant thereto. Compliance with the applicable regulations and procedures is required as a prerequisite to the exportation of commodities governed thereunder, and this sale made by TestEquity LLC subject to the understanding that you will comply with all applicable regulations.

**BAX GLOBAL**

PLEASE MAIL CORRESPONDENCE TO:
P.O. BOX 19571
IRVINE, CA 92623-9571

CORRECTED
ORIGINAL INVOICE

| SHIP DATE | AIRBILL NUMBER |
|---|---|
| 23MAY05 | 694080785 #4 |
| SERVICE TYPE | CHARGES |
| COLLECT | CONSIGNEE |
| PAYABLE IN U.S. DOLLARS | TOTAL CHARGES |
| SECOND DAY | 4457 |

| SHIPPER | ACCT. NO: 702455202 | CONSIGNEE | ACCT. NO: 150494501 |
|---|---|---|---|

FROM:
TESTEQUITY
CYNTHIA CORTEZ
2450 TURQUOISE CIR
NEWBURY PARK, CA 91320

TO:
DELPHI DELCO ELECTRONIC
SHAWN ZAVKSONEWSKI
1800 E LINCOLN RD PLT 10
KOKOMO, IN 46902

| PICKUP DATE | DROP | ROUTING | GRND | PIECES AREA | STATIONS REMARKS | DESTINATION | USE AREA | REL AREA | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1956 | 23MAY | SHIPPER DOOR | LAX | 3 | | CONSIGNEE DOOR | FWA | 4 | | |

| CODE | DESCRIPTION | RATED | WEIGHT | L | W | H | COMPUTED WEIGHT | RATE | DECLARED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ACTIVE | 9999 | 7 | 15 | 12 | 10 | 10 | 20.00 | NVD |
| 1 | TOTALS | | 7 | | 1800 | | 10 | | NVD |

| REFERENCE NUMBERS | DESCRIPTION OF CHARGES | CHARGES |
|---|---|---|
| SR/421181;PO/450104839; | FREIGHT CHARGE | 20.00 |
| | FUEL SURCHARGE | 1.02 |
| | TOTAL AMT. ADJUSTED 21.02 | |

SPECIAL INSTRUCTIONS AND REMARKS

| | | PLEASE MAIL PAYMENT TO REMITTANCE ADDRESS BELOW | TOTAL CHARGES $ | 21.02 |
|---|---|---|---|---|

DELIVERED AT 10:50 ON 05/25/05 TO K WAYMIRE
150033704

DELPHI DELCO ELECTRONICS
PO BOX 9005
2033 EAST BLVD
KOKOMO, IN 46904

| DATE MAILED | TARIFF REGULATIONS REQUIRE PAYMENT BY: |
|---|---|
| 24MAY05 | 08JUN05 |

A DEL. CORP. FED ID 41-0980922

STDINV - 1    XXC 13:14:45 08JUN07
ACTJFD

CORRECTED INVOICE
IN ORDER TO INSURE PROPER CREDIT PLEASE
REFERENCE AIRBILL NUMBER ON YOUR PAYMENT

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

RESPONSIBLE PARTY    ACCT. NO.: 150033704
DELPHI DELCO ELECTRONICS
PO BOX 9005
2033 EAST BLVD
KOKOMO, IN 46904

STDINV - 1    XXC 13:14:45 08JUN07

PLEASE REMIT TO:
**BAX GLOBAL**
DEPT. CH 10391
PALATINE    IL    60055-0391

| SHIP DATE | AIRBILL NUMBER |
|---|---|
| 23MAY05 | 694080785 |
| SERVICE TYPE | CHARGES |
| COLLECT | 150033704 |
| PAYABLE IN U.S. DOLLARS | TOTAL CHARGES $ 21.02 |

CORRECTED INVOICE

| DATE MAILED | TARIFF REGULATIONS REQUIRE PAYMENT BY: |
|---|---|
| 24MAY05 | 08JUN05 |



**TESTEQUITY**

Electronic Test Equipment
Sales • Rentals • Acquisitions

Please remit payment to: TestEquity LLC
P.O. Box 515047
Los Angeles, CA 90051-5047

All other correspondence: 2450 Turquoise Circle
Thousand Oaks, CA 91320

Telephone: 805-498-9933
Fax: 805-498-3733
Federal ID: 65-1261392

*Invoice #* **177060**

Invoice Date:  5/24/05

Due Date:  6/23/05

```
BILL TO       655610                    SHIP TO       655610
DELPHI DELCO ELECTRONICS SYS.           DELPHI E & S PLANT 10
P.O. BOX 9005                           1800 E. LINCOLN ROAD
****DO NOT MAIL****                     ATTN: SHAWN ZAVKSCHEWSKI
**PAY ON RECEIPT**                      KOKOMO                    IN
KOKOMO             IN                   46902
46905-9005
```

| TERMS | S/O DATE | S/O NO | SHIP DATE | REP | AR REF |
|---|---|---|---|---|---|
| NET 30 | 5/20/05 | 421181 | 5/24/05 | 36 | 746904 |

| SHIP CONDITION | SHIPPED VIA | PURCHASE ORDER |
|---|---|---|
| COLLECT | BAX GLOBAL | *450104839 |
|  |  | 177060 |

```
****** COMMENTS ******
TRACKING NUMBERS:
694 080 763
```

| PART NUMBER AND DESCRIPTION | QTY | PRICE EACH | EXT PRICE |
|---|---|---|---|
| 14999.5         TKR TCA-1MEG | | | |
| TEK 1 MEG OHM/10 PF AMPLIFIER | 2 | 1,195.0000 | 2,390.00 |
| S/N: B013055            : B012494 | | | |

```
QTY PART NUMBER   DESCRIPTION
 1  071-1010-XX   INSTRUCTION MANUAL
 1  P6139A        PASSIVE PROBE**
 1  063-3541-XX   TDS6000 SERIES PRODUCT
                  SOFTWARE
 1  063-3461-XX   TDS7000 & CSA700 SERIES
                  PRODUCT SOFTWARE
**INCLUDES:(PROBE KIT)
 1  013-0107-07   RETRACTABLE HOOK ASSY
 1  196-3305-00   GROUND LEAD W/CLIP
 1  343-1003-01   GROUND COLLAR
 1  195-4240-00   2.3L GROUND LEAD
 1  196-3113-02   6.0L GROUND LEAD
 1  016-0633-00   MARKER SET
 1  003-1433-00   SCREWDRIVER
 1  206-0364-00   SMT KLIPCHIP
```

**ORIGINAL COPY**

*TestEquity LLC must be notified within 48 hours of any discrepancies in accessories shipped.*
*Replacement cost plus $100 will be charged for any accessory not returned with equipment.*
The exportation of these commodities from the United States is, or may be, subject to the Federal Export Control Regulations and Licensing Procedures set forth in the Export Administration Act and the Federal Regulations promulgated pursuant thereto. Compliance with the applicable regulations and procedures is required as a prerequisite to the exportation of commodities governed thereunder, and this sale made by TestEquity LLC subject to the understanding that you will comply with all applicable regulations.



**TestEQUITY**

Electronic Test Equipment
Sales • Rentals • Acquisitions

Please remit payment to: TestEquity LLC
P.O. Box 515047
Los Angeles, CA 90051-5047

All other correspondence: 2450 Turquoise Circle
Thousand Oaks, CA 91320

Telephone: 805-498-9933
Fax: 805-498-3733
Federal ID: 65-1261392

*Invoice #* **177060**

Invoice Date:   5/24/05

Due Date:   6/23/05

| | |
|---|---|
| SUBTOTAL | $2,390.00 |
| TAX | $0.00 |
| INVOICE TOTAL (US DOLLARS) | $2,390.00 |

**ORIGINAL COPY**

*TestEquity LLC must be notified within 48 hours of any discrepancies in accessories shipped.*
*Replacement cost plus $100 will be charged for any accessory not returned with equipment.*

The exportation of these commodities from the United States is, or may be, subject to the Federal Export Control Regulations and Licensing Procedures set forth in the Export Administration Act and the Federal Regulations promulgated pursuant thereto. Compliance with the applicable regulations and procedures is required as a prerequisite to the exportation of commodities governed thereunder, and this sale made by TestEquity LLC subject to the understanding that you will comply with all applicable regulations.

**BAX GLOBAL**

PLEASE MAIL CORRESPONDENCE TO:
P.O. BOX 19571
IRVINE, CA 92623-9571

CORRECTED
**ORIGINAL INVOICE**

| | | |
|---|---|---|
| 24MAY05 | 694080763 ** | |
| COLLECT | CONSIGNEE | |
| SECOND DAY | 4657 | |

| SHIPPER | ACCT. NO: 702455202 | CONSIGNEE | ACCT. NO: 150494901 |
|---|---|---|---|
| FROM:<br>TESTEQUITY<br>ARMANDO<br>2450 TURQUOISE CIR<br>NEWBURY PARK, CA 91320 | | TO:<br>DELPHI DELCO ELECTRONIC<br>PAUL<br>1800 E LINCOLN RD PLT 10<br>KOKOMO, IN 46902 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1120 | 24MAY SHIPPER DOOR | LAX | 3 | CONSIGNEE DOOR | FWA | 4 | | |

| PIECES | DESCRIPTION | | WEIGHT | L | W | H | RATE | |
|---|---|---|---|---|---|---|---|---|
| 1 | CONNECTOR | 9999 | 4 | 14 | 14 | 7 | 8 | 20.00 NVD |
| 1 | TOTALS | | 4 | | 1372 | | 8 | NVD |

| REFERENCE NUMBERS | DESCRIPTION OF CHARGES | CHARGES |
|---|---|---|
| SO/421181;PO/450104839; | FREIGHT CHARGE | 20.00 |
| | FUEL SURCHARGE | 1.00 |
| | TOTAL AMT. ADJUSTED | 21.00 |

SPECIAL INSTRUCTIONS AND REMARKS

| | | PLEASE MAIL PAYMENT TO REMITTANCE ADDRESS BELOW | TOTAL CHARGES | $ 21.00 |
|---|---|---|---|---|

DELIVERED AT 11:50 ON 05/26/05 TO K WAYMIRE

150033704

DELPHI DELCO ELECTRONICS
PO BOX 9005
2033 EAST BLVD
KOKOMO, IN 46904

| DATE MAILED | TARIFF REGULATIONS REQUIRE PAYMENT BY: |
|---|---|
| 25MAY05 | 09JUN05 |

A DEL. CORP. FED ID 41-0980822

STDINV - 1     XXC 13:14:25 08JUN07
                            ACTJFD

**CORRECTED INVOICE**
IN ORDER TO INSURE PROPER CREDIT PLEASE
REFERENCE AIRBILL NUMBER ON YOUR PAYMENT

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

RESPONSIBLE PARTY    ACCT. NO.: 150093704
DELPHI DELCO ELECTRONICS
PO BOX 9005
2033 EAST BLVD
KOKOMO, IN 46904

STDINV - 1     XXC 13:14:25 08JUN07

| | |
|---|---|
| 24MAY05 | 694080763 |
| COLLECT | 150033704 |
| PAYABLE IN U.S. DOLLARS | TOTAL CHARGES $ 21.00 |

**CORRECTED INVOICE**

| DATE MAILED | TARIFF REGULATIONS REQUIRE PAYMENT BY: |
|---|---|
| 25MAY05 | 09JUN05 |

PLEASE REMIT TO:
**BAX GLOBAL**
DEPT. CH 10391
PALATINE    IL    60055-0391