Michael C. Moody, Esq.
O'ROURKE KATTEN & MOODY
161 N. Clark Street, Suite 2230
Chicago, IL 60601
(312)849-2020
(312)849-2021 Fax
mmoody@okmlaw.com
firm@okmlaw.com

Attorney for SBC Global Services

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE:                                         :         CHAPTER 11
                                               :
    Delphi Corporation, et al.,             :
                                               :         CASE NO. 05-44481(RDD)
                              Debtors.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF WITHDRAWAL OF CLAIM PURSUANT TO 11 U.S.C. § 3006

PLEASE TAKE NOTICE that on July 31, 2006, SBC GLOBAL SERVICES ("SBC") filed a Proof of Claim in the amount of $16,249,594.04 (the "SBC Claim"). On February 15, 2007, Debtors filed an omnibus objection to SBC's claim, and counsel for the respective parties have engaged in extensive discussions to resolve all outstanding issues regarding the SBC claim.

PLEASE TAKE FURTHER NOTICE that SBC, hereby respectfully withdraws its claim in the amount of $16,249,594.04 in its entirety.

Dated: Chicago, IL
      July 3, 2007

                                        **O'ROURKE KATTEN & MOODY**
                                        By: /s/ Michael C. Moody, Esq.
                                        Michael C. Moody
                                        161 N. Clark Street, Suite 2230
                                        Chicago, IL 60601
                                        (312)849-2020
                                        (312)849-2021 Fax
                                        mmoody@okmlaw.com
                                        frm@okmlaw.com

                                        *Attorneys for SBC Global Services*

Michael C. Moody, Esq.
O'ROURKE KATTEN & MOODY
161 N. Clark Street, Suite 2230
Chicago, IL 60601
(312)849-2020
(312)849-2021 Fax
mmoody@okmlaw.com
firm@okmlaw.com

Attorney for SBC Global Services

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE:                                      :          CHAPTER 11
                                            :
    Delphi Corporation, et al.,             :
                                            :          CASE NO. 05-44481(RDD)
                        Debtors.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF SERVICE

I, Michael C. Moody, Esquire, do hereby certify that on the 3rd day of July, 2007, a true and correct copy of the Notice of Withdrawal of Claim Pursuant to 11 U.S.C. § 3006 were served electronically or via USPS, postage prepaid on the Master Service List.

Dated: Chicago, IL
July, 3, 2007

**O'ROURKE KATTEN & MOODY**

By: /s/ Michael C. Moody, Esq.
Michael C. Moody
161 N. Clark Street, Suite 2230
Chicago, IL 60601
(312)849-2020
(312)849-2021 Fax
mmoody@okmlaw.com
*Attorneys for SBC Global Services*