DYKEMA GOSSETT PLLC
Attorneys for Tremont Barrel Fill Group
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 840-0523
Facsimile: (248) 850-0763
Brendan G. Best (MI 66370)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et. al.*, | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brendan G. Best, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Tremont Barrel Fill Group in the above referenced case. My address is:

Brendan G. Best, Esq. (MI 66370)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Bbest@dykema.com
Telephone: (248) 840-0523
Facsimile: (248) 850-0763

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: June 29, 2007



RECEIVED
JUL - 2 2007
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/ Brendan G. Best
    Brendan G. Best (MI 66370)
    Attorneys for Tremont Barrell Fill Group
    Suite 300, 39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304

BH01\773470.1
ID\BGB