# United States Bankruptcy Court
## For the Southern District of New York

In re: DELPHI CORPORATION, et al.    Case No. 05-44481 (RDD)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TPG Credit Opportunities Investors LP | Deutsche Bank Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attn: Shelley Hartman

Phone: (612) 851-3020
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: _____
Last Four Digits of Acct. #: _____

Court Claim # (if known): 1746

Amount of Claim: $620,925.96 against Delphi Automotive Systems LLC

Date Claim Filed:

Phone: (212) 250-5760
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 7/3/07
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

334-055/COURT/1272800.1

# United States Bankruptcy Court
## For the Southern District of New York

In re: DELPHI CORPORATION, et al.        Case No. 05-44481 (RDD)

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 1746 was filed or deemed filed under 11 U.S.C. § 111 (a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on 7/3/07.

| Deutsche Bank Securities Inc. | TPG Credit Opportunities Investors LP |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 60 Wall Street, 3rd Floor<br>New York, New York 10005 | c/o TPG Credit Management, L.P.<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Attn.: Ross Rosenfelt<br>Tel.: (212) 250-5760<br>Facsimile: (212) 797-8770<br>Email: ross.rosenfelt@db.com | Attn: Shelley Hartman<br>Tel.: (612) 851-3020<br>Email: shartman@tpgcredit.com |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                       CLERK OF THE COURT

334-055/COURT/1272800.1

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of NY ("Bankruptcy Court")
       Attn:   Clerk

AND TO:  Delphi Automotive Systems LLC ("Debtor")
         Case No. 05-44481(RDD)

Claim #: 1746

**DEUTSCHE BANK SECURITIES, INC.** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   **TPG CREDIT OPPORTUNITIES INVESTORS, LP**
   4600 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, Minnesota 55402

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $620,925.96 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, relating to the proof of claim assigned claim number 1746.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its authorized representative dated June __, 2007.

DEUTSCHE BANK SECURITIES INC.          TPG CREDIT STRATEGIES FUND LP
                                        BY: TPG CREDIT HOLDINGS, LLC, ITS GENERAL PARTNER

By: _____            By: _____
    Name:                                   Name:
    Title:                                  Title:

       Ray Costa
       Managing Director

Jun. 27. 2007 1:33PM    TPG Credit Management L.T.

EXHIBIT B

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of NY ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Delphi Automotive Systems LLC ("Debtor")
Case No. 05-44481(RDD)

Claim #: 1746

**DEUTSCHE BANK SECURITIES, INC.** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TPG CREDIT OPPORTUNITIES INVESTORS, LP**
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $620,925.96 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, relating to the proof of claim assigned claim number 1746.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 27, 2007.

DEUTSCHE BANK SECURITIES INC.

By: _____
Name:
Title:

TPG CREDIT OPPORTUNITIES INVESTORS, LP
BY: TPG CREDIT HOLDINGS, LLC, ITS GENERAL PARTNER

By: _____
Name: Julie K Braun
Title: Vice President