# EXHIBIT A

FORM B10   (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT   Southern   DISTRICT OF   New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation et.al  Delphi Technologies, Inc | 05-44554 & 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expensive arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Airgas East, Inc. | ☐ Check box if you are aware that anyone else has filed a proof of relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: Airgas, Inc. 259 N Radnor Chester Road  Suite 100 Radnor, PA  19087  Att: D. Boyle Telephone number:  610-902-6028 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | This space is for court use only |
| Last four digits of account or other number by which creditor identifies debtor: QAO16 | Check here ☐ replaces   ☐ amends   a previously filed claim, dated: _____ if this claim | |

**1. Basis for Claim**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

| 2. Date debt was incurred: Various  See Attached | 3. If court judgement, date obtained: |
|---|---|

**4. Classification of Claim.**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim  $ 18,704.93

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $
Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Value of Collateral: $
Amount of arrearage and other charges at time case filed included in secured claim, if any: $

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)().
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed:  $ | 18,704.93 | | | 18,704.93 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/28/06 | _____  Nikolaos Chiros, Director Credit & Collections |

*Penalty for presenting fraudulent claim:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Airgas Inc
Airgas East
Delphi Technical Center
Filing Date: October 8, 2005
QAO16
285 Metro Park: Rochester NY  14623

| INVOICE DATE | INVOICE NUMBER | PROOF OF DELIVERY NUMBER | INVOICE AMOUNT | TYPE OF PRODUCT OR SERVICE |
|---|---|---|---|---|
| 09/29/04 | 553554 | N/A | (169.70) | Payment |
| 03/14/05 | 8 | N/A | (772.00) | Payment |
| 05/26/05 | 825333 | 728665-00 | 145.00 | Goods |
| 05/26/05 | 825336 | 730081-00 | 1,544.00 | Goods |
| 05/26/05 | 825337 | 730081-01 | 772.00 | Goods |
| 06/16/05 | 962460 | 804853-00 | 0.60 | Goods |
| 08/02/05 | 245151 | 168576-00 | 2,395.36 | Goods |
| 08/11/05 | 266164 | 207392-00 | 1,158.00 | Goods |
| 08/17/05 | 277992 | 228960-00 | 3,507.65 | Goods |
| 08/25/05 | 300432 | 145111-01 | 373.75 | Goods |
| 08/25/05 | 300433 | 145544-01 | 143.00 | Goods |
| 08/26/05 | 303700 | 256942-00 | 1,249.42 | Goods |
| 08/29/05 | 305836 | 267601-00 | 1,158.00 | Goods |
| 09/16/05 | 434597 | 333009-00 | 2,316.00 | Goods |
| 09/29/05 | 467601 | 377608-00 | 2,175.60 | Goods |
| 09/30/05 | 527043 | 527043 | 732.80 | Rent |
| 10/05/05 | 565988 | 402846-00 | 1,066.20 | Goods |
| 10/07/05 | 573286 | 145111-03 | 431.25 | Goods |
| 10/07/05 | 573287 | 145544-03 | 478.00 | Goods |
| | | | 18,704.93 | |

# Airgas.

## CYLINDER RENTAL INVOICE

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 116527043 | 1 | 09/30/05 | QAO16 | RPB01079 | | 550 |

NET 60      116

```
┌─REMIT TO─────────────┐
   AIRGAS EAST
   PO BOX 7777
   PHILADELPHIA PA 19175-4880
   (800) 524-7427
```

S O L D
B Y

AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
(866) 718-0685

B L L T O

DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

S H P T O

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| INV TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM | UHPC4A | | | 419149 | 09/08 | | 2 | 1 | 1 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| CM | UHPC4A | | | 460182 | 09/23 | | 1 | 1 | 1 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| CM | UHPC4A | | | 460203 | 09/26 | | 1 | 1 | 1 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| CM | UHPC4A | | | 467601 | 09/28 | | 1 | 1 | 1 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| | 4 CYL ALUM CRADLE | | | | | | | | | | | | | |
| C4A | | | ---- TOTALS ----> | | | 0 | 5 | 4 | 1 | 0 | | 1 | .00 | .00 |
| HY | UHPC63 | | | BALANCE FORWARD | | | | | 5 | | | | | |
| ME | CPC63 | | | 456845 | 09/22 | | 4 | 2 | 2 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| ME | UHPC63 | | | BALANCE FORWARD | | | | | 5 | | | | | |
| ME | UHPC63 | | | 410346 | 09/02 | | | 1 | 4 | | | | | |
| | | | | PO:EMPTY | | | | | | | | | | |
| ME | UHPC63 | | | 419127 | 09/07 | | 4 | 3 | 5 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| ME | UHPC63 | | | 428279 | 09/13 | | 3 | 2 | 6 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| ME | UHPC63 | | | 434597 | 09/15 | | 2 | 1 | 7 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| ME | UHPC63 | | | 440904 | 09/19 | | | 2 | 5 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| ME | UHPC63 | | | 460203 | 09/26 | | | 1 | 4 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| | 6 CYL CRADLE | | | | | | | | | | | | | |
| C6 | | | ---- TOTALS ----> | | | 10 | 13 | 12 | 11 | 0 | | 11 | .00 | .00 |
| CD | 50 | | | BALANCE FORWARD | | | | | 4 | | | | | |
| CD | 50 | | | 419127 | 09/07 | | | 2 | 2 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| CD | 50 | | | 419153 | 09/08 | | 4 | | 6 | | | | | |

| TOTAL VALUE OF CYLINDERS | | **TOTAL ▶** | CONTINUED |
|---|---|---|---|

INVOICE TYPE

R - RENTAL
D - DEMURRAGE

# Airgas.

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 116527043 | 2 | 09/30/05 | QAO16 | RPB01079 | | 550 |

NET 60          116

┌─── **REMIT TO** ───┐
AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 524-7427

**S O L D B Y**
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
(866) 718-0685

**B L L T O**
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

**S H I P T O**
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| INV TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PO:RPB01125 | | | | | | | | | | |
| | | CARBON DIOXIDE LG | | | | | | | | | | | | |
| P | CDL | ----- TOTALS ----> | | | | 4 | 4 | 2 | 6 | 0 | | 180 | .171 | 30.78 |
| | RNTFRR | | BALANCE FORWARD | | | | | | 1 | | | | | |
| | | FLAT RATE RENTAL | | | | | | | | | | | | |
| R | FRR | ----- TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 449.48 | 449.48 |
| | X02HE60P15A | 4214 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02HE75P15A | 4218 | | 431411 | 09/14 | | 1 | | 1 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| | X02HE90P15A | D176 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02HE95P15A | R501 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02NI50P15A | 4212 | | 431410 | 09/14 | | 1 | | 1 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| | X02NI88P15A | E662 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02NI95P15A | R433 | | BALANCE FORWARD | | | | | 2 | | | | | |
| | X02NI99P15A | B178 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02NI99P15A | 7038 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02NI99P15A | U589 | | BALANCE FORWARD | | | | | 2 | | | | | |
| | X05NI52P15A | 1058 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | | RARE/SPECIAL AL LRGE | | | | | | | | | | | | |
| P | RS6 | ----- TOTALS ----> | | | | 11 | 2 | 0 | 13 | 0 | | 390 | .202 | 78.78 |
| | X03CD37C3HA | 2036 | | BALANCE FORWARD | | | | | 1 | | | | | |
| | | RARE/SPECIAL ALUM XL | | | | | | | | | | | | |

| TOTAL VALUE OF CYLINDERS | | **TOTAL ▶** | CONTINUED |
|---|---|---|---|

INVOICE TYPE
R - RENTAL

# Airgas.

## CYLINDER RENTAL INVOICE

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 116527043 | 3 | 09/30/05 | QAO16 | RPB01079 | | 550 |

NET 60                116

**REMIT TO**
AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 524-7427

S O L D   B Y
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
(866) 718-0685

B I L L   T O
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

S H I P   T O
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| INV. TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | RS8 | ----- TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 30 | .540 | 16.20 |
| AI | UZ300 | | | BALANCE FORWARD | | | | | 2 | | | | | |
| AI | Z300 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| AR | UHP300 | | | BALANCE FORWARD | | | | | 2 | | | | | |
| AR | UHP300 | | | 440904 | 09/19 | | 1 | | 3 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| AR | UHP300 | | | 460182 | 09/23 | | | 1 | 2 | | | | | |
| | | | | PO:RPB01125 | | | | | | | | | | |
| CD | I200 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| HE | UHP300 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| HY | UHP300 | | | BALANCE FORWARD | | | | | 3 | | | | | |
| HY | UPC300 | | | BALANCE FORWARD | | | | | 6 | | | | | |
| ME | CP300 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| ME | UHP300 | | | BALANCE FORWARD | | | | | 2 | | | | | |
| NI | Z300 | | | BALANCE FORWARD | | | | | 3 | | | | | |
| OX | UHP300 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| X02AR95C2000992 | | | | BALANCE FORWARD | | | | | 1 | | | | | |
| X02HE60A300C004 | | | | BALANCE FORWARD | | | | | 6 | | | | | |
| X02NI80E3000022 | | | | BALANCE FORWARD | | | | | 1 | | | | | |
| X02NI99E3005301 | | | | BALANCE FORWARD | | | | | 5 | | | | | |
| | | RARE/SPECIAL LARGE | | | | | | | | | | | | |

TOTAL VALUE OF CYLINDERS

**TOTAL**      CONTINUED

INVOICE TYPE
R - RENTAL

# Airgas

## CYLINDER RENTAL INVOICE

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|---|
| 11652703 | 4 | 09/30/05 | QA016 | | RPB01079 | 116 | 550 |

NET 60

REMIT TO
AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 524-7427

S O L D  B Y
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
(866) 718-0685

S H I P  T O
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

B I L L  T O
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

| RNV TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | RSL | | | TOTALS ---> | | 24 | 1 | 1 | 25 | 0 | 750 | .202 | 151.50 |
| CM | UHP80 | | | BALANCE FORWARD | | | | | | | | | |
| | | RARE/SPECIAL SMALL | | | | | | | | | | | |
| P | RSS | | | TOTALS ---> | | 1 | 0 | 0 | 1 | 0 | 30 | .202 | 6.06 |
| | | SUMMARY OF CYLINDER BALANCES | | | | | | | | | | | |
| | C4A | 4 CYL ALUM CRADLE | | | | 0 | 5 | 4 | 1 | 0 | 1 | .00 | .00 |
| | C6 | 6 CYL CRADLE | | | | 10 | 13 | 12 | 11 | 0 | 11 | .00 | .00 |
| P | CDL | CARBON DIOXIDE LG | | | | 4 | 4 | 2 | 6 | 0 | 180 | .171 | 30.78 |
| R | FRR | FLAT RATE RENTAL | | | | 1 | 0 | 0 | 1 | 0 | 1 | 449.48 | 449.48 |
| R | RS6 | RARE/SPECIAL AL LRGE | | | | 11 | 2 | 0 | 13 | 0 | 390 | .202 | 78.78 |
| R | RS8 | RARE/SPECIAL ALUM XL | | | | 1 | 0 | 0 | 1 | 0 | 30 | .540 | 16.20 |
| P | RSL | RARE/SPECIAL LARGE | | | | 24 | 1 | 1 | 25 | 0 | 750 | .202 | 151.50 |
| P | RSS | RARE/SPECIAL SMALL | | | | 1 | 0 | 0 | 1 | 0 | 30 | .202 | 6.06 |

TAX: .00

TOTAL: 732.80

# Airgas.

## ORIGINAL INVOICE

| DATE | ACCT. NO | INVOICE NUMBER |
|---|---|---|
| 08/02/05 | QAO16 | 116245151 |

116

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO →**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
168576-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER / DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D/RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | **** This is an internet order ***** | | | |
| | | | | | Shipping Instructions: | | | |
| | | | | | *1**1* | | | |
| | | | | | Customer Notes: | | | |
| | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | ShipToCompanyName: | | | |
| | | | | | ** LOCATION:  PRO ** | | | |
| | 1685760729CM UHPC4A | 1 | 0 | | CARBON MONOXIDE UHP GR 3 | EA | 2349.65 | 2349.65 N |
| | | | | | 4PK SIZE 300A CGA 350 | | | |
| | | | 1 | 0 | VOL:  980 | | | |
| | 1685760729CD 50 | 1 | 0 | | CARBON DIOXIDE 50LBS CGA | CL | 45.71 | 45.71 N |
| | | | 1 | 1 | VOL:  50 | | | |
| | | | | | Subtotal | | | 2395.36 |
| | | | | | TOTAL CYLINDERS SHIPPED:    2 RETURNED:    1 | | | |

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 2395.36 |

# DELIVERY ORDER

**Airgas**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET | FREIGHT CHARGES | SHIPPED-DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| BY | | | | | | | ON ___ BL# ___ |

| | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY:
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

INTERNAL USE ONLY 2857

CUST. NO: QA016

— SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

REL NO:

— SOLD BY: DELPHI TECHNICAL CTR ROCHESTER

ORDER NO: 168576-00

ORD DATE 07/29/05

001  OF  002

29-JUL-05  12:37PM  CRT:INA77590

| TRAN TYPE: CHRG | SLSM 65 | BRCH 72 | DEPT 349 | DIV 00 | FOLL | SHIP VIA OUR TRUCK | ROUTING 000642 | SCHEDULED 08/01/05 | REGION 110 | INTERCO# |

Route #: 642  Delivery Date: 08/01/05  Driver #: 642

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ***** This is an internet order ***** | | | | | | | | | |
| | | Shipping Instructions: | | | | | | | | | |
| | | *1**1* | | | | | | | | | |
| | | Customer Notes: | | | | | | | | | |
| | | Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName: | | | | | | | | | |
| | | ShipToCompanyName: | | | | | | | | | |
| 1 EA | X | CARBON MONOXIDE, COMPRESSED | 7 | CM | UHPC4R | PRO | 1 | 1  0 | 980 | | |
| | | 2.3 UN1016 | | | | | | | | | |
| | | POISON INHALATION HAZARD ZONE D | | | | | | | | | |
| | | | | | | | | | | 750.0 | |
| | | (CARBON MONOXIDE UHP GR 3.0) | | | | | | | | | |
| | | (4PK SIZE 300R CGA 350) | | | | | | | | | |
| | | <<<<<<<Estimated delivery:08/01>>>>>>>> | | | | | | | | | |
| | | Request pickup of 1 empty CM UHPC4R | | | | | | | | | |
| 1 CL | X | CARBON DIOXIDE | 9 | CD | 50 | PRO | 1 | 1  1 | 50 | | |
| | | 2.2 UN1013 | | | | | | | | | |
| | | | | | | | | | | 183.0 | |
| | | (CARBON DIOXIDE 50LBS CGA 320) | | | | | | | | | |
| | | <<<<<<<Estimated delivery:08/01>>>>>>>> | | | | | | | | | |
| | | Request pickup of 1 empty CD 50 | | | | | | | | | |

DELPHI VENDOR NUMBER 80-975-1167

EMERGENCY RESPONSE TELEPHONE NUMBER:  1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG ID#168576-00

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT    REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X _Cory M. Felgenhauer_  05-21-05

NAME PLEASE PRINT  _Cory M. Felgenhauer_

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

| PO RPB01125 | CUST. QA016 | UPS 00  0 |
| ORDER 168576-00 | DATE 07/29/05 | SHIP OUR TRUCK  -NONF- |

AIRGAS PERSONNEL

DATE 8-1-05    10D

# DELIVERY ORDER

## Airgas.

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | RET | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | ON | PCS | ZONE | GB WEIGHT | DECL VALUE $ |

— SOLD BY:
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

— SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS — SOLD TO DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623          29-JUL-05   12:37PM  CRT:TNA7757

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY          2856

CUST NO          QA016

ORDER NO:          168576-00

ORD DATE:          07/29/05

PAGE NO:          002  OF 002

| TRAN TYPE | SLSM | BRCH | TER | OPD | ROU | SHIP VIA | ROUTING | SCHEDULED SHIP DT | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 667 | 72 | 349 | | | OUR TRUCK | 000642 | 08/01/05 | 11 | |

Route #: 642   Delivery Date: 08/01/05   Driver #: 642

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | UT | UM | AMOUNT | EXT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total Weight:     933.0
Customer phone number: 585-427-8151
EMERGENCY RESPONSE TELEPHONE NUMBER:  1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG ID#168576-00

THIS AGREEMENT SUBJECT TO AIRGAS STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED

CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| PO RPB01125 | CUST QA016 | UPS 00 | 0 |
|---|---|---|---|
| ORDER 168576-00 | DATE 07/29/05 | SHIP OUR TRUCK | NONE |

AIRGAS PERSONNEL          DATE          10 D

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO | INVOICE NUMBER | |
|---|---|---|---|
| 08/11/05 | QAO16 | 116266164 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

*W*
207392-00

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER / DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D / RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | ***** This is an internet order ***** | | | |
| | | | | | Shipping Instructions: | | | |
| | | | | | *1**1* | | | |
| | | | | | Customer Notes: | | | |
| | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | ShipToCompanyName: | | | |
| | | | | | ** LOCATION:  PRO ** | | | |
| 20739208 09 | CM UHPC4A | 0 | 0 | | CARBON MONOXIDE UHP GR 3 | EA | 2349.65 | .00 N |
| | | | | 0 / 1 | 4PK SIZE 300A CGA 350  VOL:    0 | | | |
| 20739208 09 | ME UHPC63 | 1 | 0 | | METHANE UHP GR 4.0 6PK S | EA | 1158.00 | 1158.00 N |
| | | | | 1 / 0 | CGA 350  VOL:    2160 | | | |
| 20739208 09 | ME UHPC43 | 0 | 0 | | METHANE UHP GR 4.0 4PK S | EA | 833.76 | .00 N |
| | | | | 0 / 3 | VOL:    0 | | | |
| | | | | | Subtotal | | | 1158.00 |

TOTAL CYLINDERS  SHIPPED:      1 RETURNED:      4

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX | |
|---|---|---|
| .00 | | 1158.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED/DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RET | | ON | | BY | | |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE S | |

```
- SOLD BY:
  AIRGAS EAST                      P/O          RPB01125        INTERNAL           2867
  77 DEEP ROCK RD                  NO.                          USE ONLY
  ROCHESTER NY 14624-3593                                       CUST. NO          QA016
  (866) 718-0685                   REL
- SHIP TO:                         NO.                          ORDER NO:         207392-00
  DELPHI AUTOMOTIVE SYSTEMS  — SOLD DELPHI TECHNICAL CTR ROCHESTER  ORD DATE  08/09/05
  DEPT#15652/MAT ENG FUEL CELL
  285 METRO PARK                                                PAGE NO          001  OF 002
  ROCHESTER NY 14623              09-AUG-05   12:58PM CRT:TNA9495
```

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 657 | 72 | 349 | 0 | X | | OUR TRUCK | 000642 | 08/10/05 | 116 | W |

Route #: 642 Delivery Date: 08/10/05 Driver #: 642
382                                                    382

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

```
          ***** This is an internet order *****
          Shipping Instructions:
          *1**1*
          Customer Notes:
          Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName:
          ShipToCompanyName:
  0 EA  X  CARBON MONOXIDE, COMPRESSED      7  CM  UHPC4A  PRO  0       1  0
          2.3 UN1016
          POISON INHALATION HAZARD ZONE D
          (CARBON MONOXIDE UHP GR 3.0)
          (4PK SIZE 300A CGA 350)
  <<<<<<<<Estimated delivery:08/10>>>>>>>
          Request pickup of 1 empty CM UHPC4A
  1 EA  X  METHANE, COMPRESSED             9  ME  UHPC63  PRO  1  1    0  2160
          2.1 UN1971
                                                                    1100.0
          (METHANE UHP GR 4.0 6PK SIZE 300)
          (CGA 350)                   ME UHPC43      003
  <<<<<<<<Estimated delivery:08/10>>>>>>>
          Request pickup of 2 empty ME UHPC63

          DELPHI VENDOR NUMBER 80-975-1167

          Total Weight:  1,100.0
          EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851
```

| SHIPPED BY | | |
|---|---|---|

UPS SHIPPER NO

PKG ID#207392-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X  *Cary M Felgenhauer*  08/10/05

NAME
PLEASE PRINT  *Cary M. Felgenhauer*

```
SHIP TO
  DELPHI AUTOMOTIVE SYSTEMS
  DEPT#15652/MAT ENG FUEL CELL
  285 METRO PARK
  ROCHESTER NY 14623

PO                          CUST            UPS
  RPB01125                    QA016          00    0

ORDER
  207392-00 DATE 08/09/05 SHIP YOUR TRUCK   -NONE-
```

*M 81005*

AIRGAS PERSONNEL                              DATE        TOD

# DELIVERY ORDER

**Airgas.**

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP / RET | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA ON | | BL# | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
| BY | | | | | | | | | | |

— SOLD BY:
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RP301125

REL NO:

INTERNAL USE ONLY    2866

CUST. NO.    QA016

ORDER NO.    207392-00

— SHIP TO —
DELPHI AUTOMOTIVE SYSTEMS — SOLD TO DELPHI TECHNICAL CTR ROCHESTER    08/09/05
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

ORD DATE

09-AUG-05   12:58PM CRT:TNA9495

PAGE NO.   002  OF 002

| TRAN TYPE CHRG | SLSM 667 | BRCH 72 | TERR 349 | UPS | APD | COLL | SHP VIA OUR TRUCK | ROUTING 000642 | SCHEDULED SHIP DATE 08/10/05 | REGION 116 | ENTERED BY W |
|---|---|---|---|---|---|---|---|---|---|---|

Route #: 642 Delivery Date: 08/10/05    Driver #: 642

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | UI | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

Customer phone number: 585-427-8151
    EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG ID#207392-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED

ACCEPT   REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELLED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| PO RP301125 | CUST QA016 | UPS 00   0 |
|---|---|---|

| ORDER 207392-00 | DATE 08/09/05 | SHIP VIA OUR TRUCK | -NONE- |
|---|---|---|---|

AIRGAS PERSONNEL    DATE    IOD

# Airgas.

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO | INVOICE NUMBER | |
|---|---|---|---|
| 08/17/05 | QAO16 | 116277992 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

**SOLD TO**
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

**SHIP TO**
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
228960-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U/O/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ***** This is an internet order ***** | | | |
| | | | | | | Shipping Instructions: | | | |
| | | | | | | *1**1* | | | |
| | | | | | | Customer Notes: | | | |
| | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | | ShipToCompanyName: | | | |
| | | | | | | ** LOCATION:  PRO ** | | | |
| 2289600815 | | CM UHPC4A | 1 | 0 | | CARBON MONOXIDE UHP GR 3 | EA | 2349.65 | 2349.65 N |
| | | | | | | 4PK SIZE 300A CGA 350 | | | |
| | | | | 1 | 0 | VOL:  980 | | | |
| 2289600815 | | ME UHPC63 | 1 | 0 | | METHANE UHP GR 4.0 6PK S | EA | 1158.00 | 1158.00 N |
| | | | | | | CGA 350 | | | |
| | | | | 1 | 0 | VOL:  2160 | | | |
| 2289600815 | | ME UHPC43 | 0 | 0 | | METHANE UHP GR 4.0 4PK S | EA | 833.76 | .00 N |
| | | | | 0 | 1 | VOL:  0 | | | |
| | | | | | | | | Subtotal | 3507.65 |

TOTAL CYLINDERS  SHIPPED:  2 RETURNED:  1

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | | **AMOUNT THIS INVOICE** INCLUDING TAX | |
|---|---|---|---|
| .00 | | | 3507.65 |

# DELIVERY ORDER

## Airgas.

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP RET | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA ON | BL # |
|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY —
**AIRGAS EAST, INC**
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY: 2497

CUST. NO: QA016

ORDER NO: 228960-00

— SHIP TO —
DELPHI AUTOMOTIVE SYSTEMS —SOLD— DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

ORD DATE: 08/15/05

PAGE NO: 001 OF 002

15-AUG-05   04:58PM   CRT:TNA1619

| TRAN TYPE | SLSM | | SHIP VIA | ROUTE | SCHEDULED DATE | DESIGN | ENTERED BY |
|---|---|---|---|---|---|---|---|
| CHRG | 642 | OUR TRUCK | 000642 | 08/15/05 | | |

Route #: 642   Delivery Date: 08/16/05   Driver #: 642

| QTY SHIP | UNIT UM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 EA | X | CARBON MONOXIDE, COMPRESSED | 7 | CM | UHPC4R | PRO | 1 | 1 | | 980 | |

2.3 UN1016
POISON INHALATION HAZARD ZONE D

750.0

(CARBON MONOXIDE UHP GR 3.0)
(4PK SIZE 300A CGA 350)
<<<<<<<Estimated delivery:08/16>>>>>>>
Request pickup of 1 empty CM UHPC4R

| 1 EA | X | METHANE, COMPRESSED | 9 | ME | UHPC63 | PRO | 1 | 1 | | 2160 | |

2.1 UN1971

1100.0

(METHANE UHP GR 4.0 6PK SIZE 300)
(CGA 350)
<<<<<<<Estimated delivery:08/16>>>>>>>
Request pickup of 1 empty ME UHPC63

DELPHI VENDOR NUMBER 80-975-1167

**EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851**

SHIPPED BY

UPS SHIPPER NO.

PKG ID # 228960-00

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
AGENT  PLACE
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X _Cary McFelgenhauer_ 08 16 '05

NAME PLEASE PRINT _Cary M. Felgenhauer_

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO | RPB01125 | CUST | QA016 | UPS | 00 | 0 |

ORDER 228960-00 DATE 08/15/05 SHIP OUR TRUCK  —NONE—

AIRGAS PERSONNEL   8-16-05   DATE   TOD

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON | | BL # |
|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY:
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

REL NO:

— SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS —SOLD DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623          15-AUG-05   04:58PM CRT:TNA161

INTERNAL USE ONLY       2496

CUST. NO:       QA016

ORDER NO:       228960-00

ORD DATE:       08/15/05

PAGE NO:       002   OF 002

| TRAN TYPE CHRG | SLSM 65 | BRANCH 111 | | | SHIP VIA OUR TRUCK | ROUTING 000642 | SCHEDULED SHIP DATE 08/16/05 | REGION 116 | ENTERED BY: |
|---|---|---|---|---|---|---|---|---|---|
| Route #: 642 | Delivery Date: 08/16/05 | | Driver #: 642 | | | | | | |

| QTY SHIP | UNIT KM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

Total Weight:   1,850.0

Customer phone number: 585-427-8151

EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

Methane  4pK  300+   ME white 43   — )

| SHIPPED BY: | | THIS AGREEMENT SUBJECT TO AIRGAS' STAN-DARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION | PLACARDS OFFERED |
|---|---|---|---|

UPS SHIPPER NO.

PKG ID# 228960-00

ACCEPTED FOR THE ABOVE CUSTOMER X _Cary M Felgenhauer_

NAME PLEASE PRINT  _Cary M. Felgenhauer_

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| PO RPB01125 | CUST QA016 | UPS 00 | 0 |
|---|---|---|---|

ORDER 228960-00 DATE 08/15/05 SHIP VIA OUR TRUCK   —NONE—

RB 8/16 05 !

AIRGAS PERSONNEL          DATE     T.O.D.

# Airgas.

## ORIGINAL INVOICE

| DATE | ACCT. NO | INVOICE NUMBER |
|---|---|---|
| 08/25/05 | QA016 | 116300432 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

**S** DELPHI TECHNICAL CTR ROCHESTER
**O** MC 146HEN575 ATTN: PETER HENDLER
**L** P O BOX #20366
**D** ROCHESTER NY 14602-0366
**T
O**

**S** AIRGAS EAST
**H** PO BOX 7777
**I** PHILADELPHIA PA 19175-4880
**P** (800) 556-5567
**T
O**

**S** DELPHI AUTOMOTIVE SYSTEMS
**H** DEPT#15652/MAT ENG FUEL CELL
**I** 285 METRO PARK
**P** ROCHESTER NY 11623
**T
O**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | TERMS | PAGE |
| | | | | | NET 60 | 1 |

CUSTOMER ORDER NUMBER
RP3C01125

SHIPPING ORDER
**NUMBER . DATE**

145111-01
"W"

| STOCK NUMBER | LOC 072 | SLS# 657 | TERR# 349 | SHIP VIA OUR TRUCK | DESCRIPTION | O U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | QTY SHIPD | QTY BO | CYLINDER SHIP D, RETD | | | | |

145111072ZX02HE60P15A4214

*.* LOCATION: PRO **

***.*.** This is an internet order
Shipping Instructions:
*1**1*.
Customer Notes:
Buyer Name: Pete Hendler         Buyer Phone#: (585) 427-8151    ShipToName:
ShipToCompanyName:                                                *****

PRIMARY STANDARD CGA 580        1        0        1        0    PS 40% NITROGEN                    CU  373.75      373.75 N
                                                                BALANCE HELIUM SIZE 150A
                                                                VOL.: 132

                                                                TOTAL CYLINDERS SHIPPED:      1  RETURNED:      0

TAX CD: 000000031 TAX DESCR: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487    Subtotal    373.75

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| | |
|---|---|
| TAXABLE AMOUNT | .00 |

**AMOUNT THIS INVOICE INCLUDING TAX** ►    373.75

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | WEE | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | ON | | | BL # |
| BY |  |  |  |  |  |  |  | PCS | ZONE | GB WEIGHT | DECL VALUE $ |

— SOLD BY: —
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

— SHIP TO: —
DELPHI AUTOMOTIVE SYSTEMS —SOLD TO DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623          22-AUG-05   11:40AM CRT:TNA1740

INTERNAL USE ONLY          2727

CUST. NO:          QA016

ORDER NO:          145111-01

ORD DATE:          07/22/05

PAGE NO          001  OF 001

| TRAN TYPE | SLSM | BRCH | YEAR | UPS | PRD | COU | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br 642 | 657 | 72 | 149 | 0 | X | | OUR TRUCK | 000642 | 08/01/05 | 116 | PW |

Route #: 000  Delivery Date: 00/00/00  Driver #: 000
08/23/05                                642

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 CL | X | RARE GASES AND NITROGEN | | 7 | X02 HE60P15A4214 PRO | | 1 | 1 | — | 132 |
| | | MIXTURES, COMPRESSED | | | | | | | | |
| | | 2.2 UN1981 | | | | | | | 55.0 | |

(PS 40% NITROGEN)
(BALANCE HELIUM SIZE 150A)
PRIMARY STANDARD CGA 580
<<<<<<<<Estimated delivery:08/10>>>>>>>

          DELPHI VENDOR NUMBER 80-975-1167

          Total Weight:     55.0
Customer phone number: 585-427-8151
     EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG ID# 145111-01

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
     DEPT#15652/MAT ENG FUEL CELL
     285 METRO PARK
     ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X  Cary Felgenhaur  08-23-05
NAME
PLEASE PRINT  Cary M. Felgenhaur

| PO | RPB01125 | CUST | QA016 | UPS | 00 | 0 |
|---|---|---|---|---|---|---|
| ORDER 145111 | DATE 07/22/05 | SHIP OUR TRUCK | | -NONE- | | |

8-23-05
AIRGAS PERSONNEL          DATE          TOD

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT NO | INVOICE NUMBER |
|------|---------|----------------|
| 08/25/05 | QA016 | 116300433 | 116

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO →**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
145544-01

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ***** This is an internet order ****· | | | |
| | | | | | | Shipping Instructions: | | | |
| | | | | | | *1**1* | | | |
| | | | | | | Customer Notes: | | | |
| | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | | ShipToCompanyName: | | | |
| | | | | | | ** LOCATION: PRO ** | | | |
| 1455440722 | | X02HE90P15AD176 | 1 | 0 | | PS 10% CARBON DIOXIDE BALANCE HELIUM SIZE 150A | CL | 143.00 | 143.00 N |
| | | | | | 1   0 | VOL:   140 | | | |
| | | | | | | PRIMARY STANDARD | | | |
| | | | | | | CGA 580 | | | |
| | | | | | | | | Subtotal | 143.00 |
| | | | | | | TOTAL CYLINDERS  SHIPPED:     1 RETURNED:     0 | | | |
| | | | | | | TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487 | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 143.00 |

# DELIVERY ORDER

**Airgas**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ON | BL # | | |
| BY | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

**— SOLD BY —**
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125
REL NO:

INTERNAL USE ONLY     2727

CUST NO:     QA016

ORDER NO:     145544-01

**— SHIP TO —**
DELPHI AUTOMOTIVE SYSTEMS  — SOLD TO DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623     22-AUG-05   11:40AM CRT:TNRAGE#0

ORD DATE:  07/22/05

PAGE NO:   001   OF 001

| TRAN TYPE CHRG-Br | 442 | SLSM 657 | BRCH 72 | TERR 149 | RPD | SCLL | SHIP VIA OUR TRUCK | ROUTING 000642 | SCHEDULED SHIP DATE 08/01/05 | DIVISION 110 | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Route #: 000 | | Delivery Date: 00/00/00 | | | | | | | Driver #: 000 | | |

08/23/05     642

| QTY SHIP | UNIT KM | --------DESCRIPTION-------- & HAZARD CLASS | ID NUMBER | LINE NO | ------ITEM----- NUMBER | LOC | QTY ORDER | --CYLINDERS-- SHIP  RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
"1**1"
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 CL | X | COMPRESSED GASES, N.O.S. | | 10 | X02 HE90P15AD176 PRO | | 1 | 1 ⟋ | 140 | | |

(HELIUM, CARBON DIOXIDE)
2.2 UN1956

55.0

(PS 10% CARBON DIOXIDE)
(BALANCE HELIUM SIZE 150A)
PRIMARY STANDARD
CGA 580
<<<<<<<Estimated delivery:08/08>>>>>>>

DELPHI VENDOR NUMBER 80-975-1167

Total Weight:     55.0

Customer phone number: 585-427-8151
EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG ID# 145544-01

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

ACCEPTED FOR
THE ABOVE
CUSTOMER X  Cary M Felgenhauer     08-23-05
NAME
PLEASE PRINT  Cary M. Felgenhauer
THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO RPB01125 | CUST. QA016 | UPS 00   0 |
|---|---|---|

| ORDER 145544-01 | DATE 07/22/05 | VIA OUR TRUCK | -NONE- |
|---|---|---|---|

DB 18-23-05

AIRGAS PERSONNEL     DATE     TOD

# Airgas.

**ORIGINAL INVOICE**

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT NO | INVOICE NUMBER |
|------|---------|----------------|
| 08/26/05 | QA016 | 116303700 | 116 |

| | | |
|---|---|---|
| S O L D T O | DELPHI TECHNICAL CTR ROCHESTER<br>MC 146HEN575 ATTN: PETER HENDLER<br>P O BOX #20366<br>ROCHESTER NY 14602-0366 | S H I P T O | DELPHI AUTOMOTIVE SYSTEMS<br>DEPT#15652/MAT ENG FUEL CELL<br>285 METRO PARK<br>ROCHESTER NY 14623 |

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

| TERMS | PAGE |
|-------|------|
| NET 60 | 1 |

| CUSTOMER ORDER NUMBER | SHIPPING ORDER NUMBER / DATE | STOCK NUMBER | LOC | SLS* | QTY SHIPD | QTY BO | SHIP/RETD | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RP901125 | | | 072 | 657 | 349 | | OUR TRUCK | | | | |
| 256942-00 | | | | | | | | | | | |
| 'W' | | | | | | | | | | | |
| | | | | | | | SHIP VIA | | | | |
| | | | | | | | | **This is an internet order** | | | |
| | | | | | | | | Shipping Instructions: | | | |
| | | | | | | | | *1* *1* | | | |
| | | | | | | | | Customer Notes: | | | |
| | | | | | | | | Buyer Name: Pete Hendler   Buyer Phone#: (585) 427-8151   ShipToName: | | | |
| | | | | | | | | ShipToCompanyName:! | | | |
| | | | | | | | | ** LOCATION: PRO ** | | | |
| 2569420823HE UHPC63 | | | | 1 | 0 | 0 | | METHANE UHP GR 4.0 6PK S EA 1158.00 N<br>CGA 350 | | 1158.00 | 1158.00 N |
| 2569420823CD 50 | | | | 2 | 0 | 1 | | VOL: 2160 | | | |
| | | | | | | | | CARBON DIOXIDE 50LBS CGA CL S EA 45.71 N | | 45.71 | 91.42 N |
| 2569420823HE UHPC43 | | | | 0 | 0 | 2 | | VOL: 100 | | | |
| | | | | | | | | METHANE UHP GR 4.0 4PK S EA 833.76 | | 833.76 | .00 N |
| | | | | | | | | VOL: 0 | | | |
| | | | | | | | | Subtotal | | | 1249.42 |
| | | | | | | | | TOTAL CYLINDERS SHIPPED:   3 RETURNED:   3 | | | |
| | | TAX CD: 000000031 TAX DESCRP: NY-MONROE EXMPT CD: 18 EXMPT/CERT: 6/02 DP 5487 | | | | | | | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1249.42 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | DEL | FREIGHT CHARGES | SHIPPED/DELIVERED VIA |
|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | ON _____ BL # _____ |

| | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE S |

— SOLD BY:
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY        2307

CUST. NO:        QA016

256942-00

ORDER NO:

— SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS —SOLD TO DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623        23-AUG-05  03:48PM CRT:TNARGFEND

ORDER NO:        256942-00

ORD DATE:        08/23/05

001  OF 001

| TRAN TY | CHRG | SLSM 6 | BRANCH 149 | UO | ACCL | SHIP VIA OUR TRUCK | ROJ# 000642 | SCHEDULED 08/24 | VERSION | IF ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|
| Route #: 642 | Delivery Date: 08/24/05 | Driver #: 642 | | | | | | | | |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/WT | UNIT AMOUNT | EXT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 EA | X METHANE, COMPRESSED | | 7 | ME | UHPC63 | PRO | 1 | 1 | | 2160 | | |
| | 2.1 UN1971 | | | | | | | | | 1100.0 | | |

(METHANE UHP GR 4.0 6PK SIZE 300)
(CGA 350)
<<<<<<<Estimated delivery:08/24>>>>>>>

| 2 CL | X CARBON DIOXIDE | | 8 | CO | 50 | PRO | 2 | 2 | | 100 | | |
| | 2.2 UN1013 | | | | | | | | | 366.0 | | |

(CARBON DIOXIDE 50LBS CGA 320)

<<<<<<<Estimated delivery:08/24>>>>>>>
Request pickup of 2 empty CO 50
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DELPHI VENDOR NUMBER 80-975-1167

Methane 4PK 300     Total Weight:  1,466.0        1  ME uhPc43
Customer phone number: 585-427-8151
EMERGENCY RESPONSE TELEPHONE NUMBER:  1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG ID# 256942-00

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X _____  00-24-05

NAME
PLEASE PRINT  C.H. Felgenhauer

| PO | RPB01125 | CUST | QA016 | UPS | OO | O |
|---|---|---|---|---|---|---|
| ORDER 256942-00 | DAT 08/23/05 | SHIP VIA OUR TRUCK | NONE | | | |

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

AIRGAS PERSONNEL        8-24-05        TCD
DATE

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO | INVOICE NUMBER | |
|------|----------|----------------|---|
| 05/26/05 | QAO16 | 116825333 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

| S O L D T O | DELPHI TECHNICAL CTR ROCHESTER<br>MC 146HEN575 ATTN: PETER HENDLER<br>P O BOX #20366<br>ROCHESTER NY 14602-0366 | S H I P T O | DELPHI AUTOMOTIVE SYSTEMS<br>DEPT#15652/MAT ENG FUEL CELL<br>285 METRO PARK<br>ROCHESTER NY 14623 |
|---|---|---|---|

*W*
728665-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D | RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ***** This is an internet order ***** | | | |
| | | | | | | | Shipping Instructions: | | | |
| | | | | | | | *1**1* | | | |
| | | | | | | | Customer Notes: | | | |
| | | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | | | ShipToCompanyName: | | | |
| | | | | | | | ** LOCATION:  PRO ** | | | |
| 7286650524 | | X02HE60A300C004 | 1 | 0 | | | FI 40% HYDROGEN | CL | 81.00 | 81.00 N |
| | | | | | | | BALANCE HELIUM SIZE 300 | | | |
| | | | | 1 | 0 | | VOL:    300 | | | |
| | | FID FLAME ION FUEL | | | | | | | | |
| | | CUSTOM MIX | | | | | | | | |
| | | (HYDROGEN 39.6-40.4%) | | | | | | | | |
| 7286650524 | | AI UZ300 | 2 | 0 | | | AIR ULTRA ZERO SIZE 300 | CL | 32.00 | 64.00 N |
| | | | | | | | CGA 590 | | | |
| | | | | 2 | 2 | | VOL:    622 | | | |
| | | | | | | | Customer Item Number: 126524 | | | |
| | | | | | | | | | Subtotal | 145.00 |
| | | | | | | | TOTAL CYLINDERS  SHIPPED:    3 RETURNED:    2 | | | |

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 5/02 DP 3487

NY Miller Road Show/Open House
Binghamton, 5/24, Geneva 5/25

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX | |
|---|---|---|
| .00 | | 145.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | RET | FREIGHT CHARGES | SHIPPED/DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M COUNT | | | | | | | | ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
| BY | | | | | | | | BL | | | | |

SOLD BY:
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY  2727

CUST NO.  QA016

ORDER NO:  728665-00

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

SOLD:DELPHI TECHNICAL CTR ROCHESTER

24-MAY-05   11:27AM CRT:TNA57

ORD DATE:  05/24/05

PAGE NO:  001  OF 002

| TRAC/FRG | SBS 657 | BRCH 216 | SUP 340 | PPX | COLL | SHP OUR TRUCK | RO 000642 | SCHED 05/25/05 | REGION 16 | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| Route #: 642 | Delivery Date: 05/25/05 | | | | | Driver #: 642 | | | | |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | IO NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 CL | X | COMPRESSED GASES | | 7 | X02 HE60R300C004 PRO | | 1 | 1 | | 300 | | |

FLAMMABLE, N.O.S.
(HELIUM, HYDROGEN)
2.1 UN1954

150.0

(FI 40% HYDROGEN)
(BALANCE HELIUM SIZE 300)
FID FLAME ION FUEL
CUSTOM MIX
(HYDROGEN 39.6-40.4%)
<<<<<<<Estimated delivery:05/25>>>>>>>

| 2 CL | X | AIR, COMPRESSED | | 8 | AI UZ300 | PRO | 2 | 2 | 2 | 622 | | |

2.2 UN1002

330.0

(AIR ULTRA ZERO SIZE 300)
(CGA 590)

Cust Item #: 126524

<<<<<<<Estimated delivery:05/25>>>>>>>
EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG 728665-00

SHIP DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE
CUSTOMER X Cary M. Filgahaur  05-25-05
NAME PLEASE PRINT  Cary M. Felgoshaur

THE SIGNER CERTIFIES THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

| PO RPB01125 | | CUST QA016 | UPS 0  0 |
|---|---|---|---|
| ORDER 728665-00 | DATE 05/24/05 | SHIP OUR TRUCK | NONE |

AIRGAS PERSONNEL  RD 5/25/05  DATE  100

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | TOTAL CYLINDERS RET | FREIGHT CHARGES | SHIPPED DELIVERED VIA ON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

SOLD BY
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY    2726

QA016

CUST. NO.    728665-00

ORDER NO.

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

SOLD DELPHI TECHNICAL CTR ROCHESTER

ORD DATE:    05/24/05

24-MAY-05   11:27AM  CRT:TNA5 PAGE NO:    002   OF 002

| CHRG | SLS | BRCY | TERS | SUP | PPD | COLL | SHP OUR TRUCK | ROU04642 | SCHED 05/25/05 | REGION 6 | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Route #: 642 | Delivery Date: 05/25/05 | | | | | | Driver #: 642 | | | | |

| QTY UNIT RM DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

DELPHI VENDOR NUMBER 80-975-1167

Total Weight:    480.0

Customer phone number: 585-427-8151

EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG 728665-00

SHIP DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED
ACCEPT    REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X _____

NAME
PLEASE PRINT  Gary M. Egenhauer  05-25-05

THIS IS TO CERTIFY THAT THE ABOVE MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO RPB01125 | CUST QA016 | UR 0    0 |
|---|---|---|
| ORDER 728665-00 DATE 05/24/05 SHP OUR TRUCK -NONE- | | |

AIRGAS PERSONNEL        DATE        TOD

# Airgas

## ORIGINAL INVOICE

| DATE | ACCT. NO | INVOICE NUMBER | |
|------|----------|----------------|---|
| 05/26/05 | QA016 | 116825336 | 116 |

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

PLEASE MAKE CHECKS PAYABLE TO
AND MAIL TO

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#156S2/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

** w **
730081-00

| CUSTOMER ORDER NUMBER | LOC | SLS# | SHIP VIA | TERMS | | PAGE |
|---|---|---|---|---|---|---|
| RPBO1125 | 072 | 657 | 349 OUR TRUCK | NET 60 | | 1 |

| DATE | NUMBER | STOCK NUMBER | QTY SHIPD | QTY B/O | CYLINDER SHIPD RET'D | DESCRIPTION | QTY | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **** This is an internet order **** | | | | |
| | | | | | | Shipping Instructions: | | | | |
| | | | | | | *1* | | | | |
| | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | | |
| | | | | | | ShipToCompanyName: | | | | |
| | | | | | | ** LOCATION: PRO ** | | | | |
| 730081052 | 4ME UHPC43 | | 2 | 0 | | METHANE UHP GR 4.0 4PK | S | EA | 772.00 | 1544.00 N |
| | | | | | | VOL: 2880 | 2 | 1 | | |
| | | | | | | Subtotal | | | | 1544.00 |
| | | | | | | TOTAL CYLINDERS SHIPPED: 2 RETURNED: | 1 | | | |

TAX CD: 000000031 TAX DESCR: NY-MONROE EXMPT CD: 18 EXMPT/CERT/ 6/02 DP 3487

NY Miller Road Show/Open House
Binghamton, 5/24, Geneva 5/25

TAXABLE AMOUNT

AMOUNT INCLUDING TAX
THIS INVOICE 1544.00

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET | FREIGHT CHARGES | SHIPPED/DELIVERED VIA ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | | | | |

— SOLD BY —
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY    2227

CUST. NO.    QA016

ORDER NO:    730081-00

— SHIP TO —
DELPHI AUTOMOTIVE SYSTEMS   —SOLD TO— DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623        24-MAY-05  12:33PM CRT:TNA5

ORD DATE:    05/24/05

PAGE NO.    001  OF 001

CHRG   Route #: 642   Delivery Date: 05/25/05   OUR TRUCK   Driver #: 642   000642   SCHED 05/25/05 REG 116   ENTERED BY

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
"1""1"
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

2 EA   X   METHANE, COMPRESSED            7 ME UHPC43    PRO    3   2        2880
2.1 UN1971                                                   1/80      1600.0

(METHANE UHP GR 4.0 4PK SIZE 300)

<<<<<<<Estimated delivery:06/01>>>>>>>
Request pickup of 2 empty ME UHPC43

DELPHI VENDOR NUMBER 80-975-1167

Total Weight:   1,600.0

Customer phone number: 585-427-8151
EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG #730081-00

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X _____  05-25-05
NAME PLEASE PRINT  Gary M. Felgenhauer

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

| PO RPB01125 | CUS QA016 | UN 80   0 |
|---|---|---|
| ORD 730081-00 | 05/24/05 | OUR TRUCK  =NONE= |

AIRGAS PERSONNEL                    DATE 5/25/05        TOD

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO. | INVOICE NUMBER | |
|---|---|---|---|
| 05/26/05 | QAO16 | 116825337 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366
*W*
730081-01

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ***** This is an internet order ***** | | | | | | | |
| | | Shipping Instructions: | | | | | | | |
| | | *1**1* | | | | | | | |
| | | Customer Notes: | | | | | | | |
| | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | | | | | |
| | | ShipToCompanyName: | | | | | | | |
| | | ** LOCATION:  PRO ** | | | | | | | |
| 7300810524 | | ME UHPC43 | 1 | 0 | | METHANE UHP GR 4.0 4PK S | EA | 772.00 | 772.00 N |
| | | | | 1   0 | | VOL:   1440 | | | |
| 7300810524 | | CM UHPC4A | 0 | 0 | | CARBON MONOXIDE UHP GR 3 | EA | 2175.60 | .00 N |
| | | | | | | 4PK SIZE 300A CGA 350 | | | |
| | | | | 0   1 | | VOL:    0 | | | |
| | | | | | | | | Subtotal | 772.00 |
| | | | | | | TOTAL CYLINDERS  SHIPPED:    1 RETURNED:    1 | | | |
| | | TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487 | | | | | | | |
| | | NY Miller Road Show/Open House | | | | | | | |
| | | Binghamton, 5/24, Geneva 5/25 | | | | | | | |

| | TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX | |
|---|---|---|---|
| | .00 | | 772.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | FREIGHT CHARGES | SHIPPED/DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| BY | | | | | RET. | | ON |

| | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
|---|---|---|---|---|

SOLD BY:
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY    2127

CUST. NO.    QA016

ORDER NO:    730081-01

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS — SOLD DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623    24-MAY-05  02:56PM CRT:TNA6758

ORD DATE    05/24/05

001  OF 001

TRAC CHRG-Br  S857 BRC#7 QTER#840UP#0  PP:X  COLL  SH:OUR TRUCK  RO#008642  SCHED:05/25/05  REG#016  ENT:ED BY
Route #: 642  Delivery Date: 05/25/05  Driver #: 642

| QTY SHIP | UNIT | RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

1 EA  X  METHANE, COMPRESSED                    7 ME UHPC43    PRO  1  1  —    1440
        2.1 UN1971
                                                                              800.0

        (METHANE UHP GR 4.0 4PK SIZE 300)

        <<<<<<<<Estimated delivery:06/01>>>>>>>>
        Request pickup of 2 empty ME UHPC43
        ---------------------------------------
        DELPHI VENDOR NUMBER 80-975-1167

                Total Weight:    800.0
Customer phone number: 585-427-8151
        EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

        Carbon Monoxide  4pK Alum. 300        — 1

SHIPPED BY:

UPS SHIPPER NO.

PKG #730081-01

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE
CUSTOMER X  Cary M. Felgenbauer  05/25/05

NAME PLEASE PRINT  Cary M. Felgenbauer

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO RPB01125 | CUS QA016 | U# 0  0 |
|---|---|---|
| 730081-01 05/24/05 OUR TRUCK | NONE | |

AIRGAS PERSONNEL  TJB  5/25/05  DATE  TOD

# Airgas

## ORIGINAL INVOICE

| DATE | ACCT. NO. | INVOICE NUMBER |
|------|-----------|----------------|
| 06/16/05 | QAO16 | 116962460 | 116

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** ➞

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

·W·
804853-00

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP D | RET D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ***** This is an internet order ***** | | | |
| | | | | | | | Shipping Instructions: | | | |
| | | | | | | | *1**1* | | | |
| | | | | | | | Customer Notes: | | | |
| | | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | | | ShipToCompanyName: | | | |
| | | | | | | | ** LOCATION:  PRO ** | | | |
| 804853 | 0614 | CM UHPC4A | 1 | 0 | | | CARBON MONOXIDE UHP GR 3 | EA | 2175.60 | 2175.60 N |
| | | | | | | | 4PK SIZE 300A CGA 350 | | | |
| | | | | | 1 | 0 | VOL:     980 | | | |
| 804853 | 0614 | ME UHPC43 | 0 | 0 | | | METHANE UHP GR 4.0 4PK S | EA | 772.00 | .00 N |
| | | | | | 0 | 2 | VOL:      0 | | | |

Subtotal        2175.60

TOTAL CYLINDERS  SHIPPED:      1 RETURNED:        2

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| | TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|---|
| | .00 | 2175.60 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP RET | FREIGHT CHARGES | SHIPPED. DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| _M COUNT | | | | | | | ON _____ BL # |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY:

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO [ RPB01125

INTERNAL USE ONLY        2327

CUST NO        QA016

— SH P TO:

REL NO [

ORDER NO:        804853-00

DELPHI AUTOMOTIVE SYSTEMS —SOLD DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

ORD DATE:        06/14/05

PAGE NO        001  OF 001

14-JUN-05   02:26PM  CRT:TNA1529

| TRAN TYPE CHRG | SLSM 301 | 665 | 72 | 349 | UPD 0 | DUR TRUCK | ROUTING 000642 | SCHEDULED SHIP DATE 06/15/05 | REGION 116 | W |
|---|---|---|---|---|---|---|---|---|---|---|

Route #: 642  Delivery Date: 06/15/05   Driver #: 642

| QTY SHIP | UNIT | HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
"1""1"
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName:
ShipToCompanyName:

1 EA  X  CARBON MONOXIDE, COMPRESSED        7  CM  UHPC4A    PRO    1    1    0    980
   2.3 UN1016
   POISON INHALATION HAZARD ZONE D
                          METHANE ME UHP30045    0 0 2    750.0
   (CARBON MONOXIDE UHP GR 3.0)        4PK
   (4PK SIZE 300A CGA 350)
<<<<<<<Estimated delivery:06/15>>>>>>>
   Request pickup of 1 empty CM UHPC4A
----------------------------------------------------
   DELPHI VENDOR NUMBER 80-975-1167

   Total Weight:   750.0
Customer phone number: 585-427-8151
   EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG ID#B04853-00

PDELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED

ACCEPTED FOR
THE ABOVE
CUSTOMER  X  Gary Felgenhauer        06-15-05

NAME
PLEASE PRINT  Gary M. Felgenhauer

| PC: RPB01125 | CUST QA016 | UPS 00    0 |
|---|---|---|

ORDER B04853-00 DOC 067147 SHP DUR TRUCK   —NONE—

Rd 6-15-05

AIRGAS PERSONNEL        DATE

# Airgas

## ORIGINAL INVOICE

| DATE | ACCT. NO. | INVOICE NUMBER |
|------|-----------|----------------|
| 08/29/05 | QAO16 | 116305836 | 116

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
267601-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D | CYLINDER RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ***** This is an internet order ***** | | | |
| | | | | | | | Shipping Instructions: | | | |
| | | | | | | | *1**1* | | | |
| | | | | | | | Customer Notes: | | | |
| | | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | | | ShipToCompanyName: | | | |
| | | | | | | | ** LOCATION:  PRO ** | | | |
| 267601 | 0825 | ME UHPC63 | 1 | 0 | | | METHANE UHP GR 4.0 6PK S | EA | 1158.00 | 1158.00 N |
| | | | | | | | CGA 350 | | | |
| | | | | 1 | 0 | | VOL:   2160 | | | |
| | | | | | | | | | Subtotal | 1158.00 |

TOTAL CYLINDERS  SHIPPED:     1 RETURNED:     0

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| | TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|---|
| | .00 | 1158.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | RET | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ON | | , BL # | |
| BY | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

SOLD BY
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

INTERNAL
USE ONLY

2987

QA016

REL NO:

CUST. NO: 267601-00

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

SOLD TO DELPHI TECHNICAL CTR ROCHESTER

ORDER NO: 08/25/05
ORD DATE: 001 OF 001

25-AUG-05  04:30PM  CRT:TNPRG1EPD:

| TRAN TY CHRG | LVL | SLSM DEPT | BRCH | TERR | SHP | RTD | COLL | SHIP VIA YOUR TRUCK | ROUTE 000642 | SCHEDULED OF/26 (VERSION 1) | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|

Route #: 642   Delivery Date: 08/26/05   Driver #: 642

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
"1""1"
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 EA | X METHANE, COMPRESSED | | 7 | ME | UHPC63 | PRO | 1 | 1 | O | 2160 | | |

2.1 UN1971

1100.0

(METHANE UHP GR 4.0 6PK SIZE 300)
(CGA 350)
<<<<<<<Estimated delivery:08/26>>>>>>>

DELPHI VENDOR NUMBER 80-975-1167

Total Weight:  1,100.0
Customer phone number: 585-427-8151
EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY:

UPS SHIPPER NO

PKG ID# 267601-00

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  PLAC
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X _____

NAME
PLEASE PRINT  C. M. Felgenbauer

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO RPB01125 | CUST QA016 | UPS 00 | 0 |
|---|---|---|---|

ORDER 267601-00 DATE 08/25/05 VIA YOUR TRUCK  NONE

AIRGAS PERSONNEL

DATE           T.O.D.

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO. | INVOICE NUMBER |
|------|-----------|----------------|
| 09/16/05 | QAO16 | 116434597 | 116

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

**SOLD TO:**
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
333009-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|------|-----|-------|--------|----------|-------|------|
| RPB01125 | 072 | 657 | 550 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D | RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ***** This is an internet order ***** | | | |
| | | | | | | | Shipping Instructions: | | | |
| | | | | | | | *1**1* | | | |
| | | | | | | | Customer Notes: | | | |
| | | | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | | | ShipToCompanyName: | | | |
| | | | | | | | ** LOCATION:  PRO ** | | | |
| 3330090914 | | ME UHPC63 | 2 | 0 | | | METHANE UHP GR 4.0 6PK S | EA | 1158.00 | 2316.00 N |
| | | | | | | | CGA 350 | | | |
| | | | | 2 | 1 | | VOL:   4320 | | | |
| | | | | | | | | | Subtotal | 2316.00 |

TOTAL CYLINDERS  SHIPPED:    2 RETURNED:    1

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX → |
|---|---|
| .00 | 2316.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | FREIGHT CHARGES | SHIPPED DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ON | PCS | ZONE | GR WEIGHT | DECL VALUE S |
| BY | | | | | | | | | | | |

— SOLD BY —

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

— SHIP TO —

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

— SOLD TO —

DELPHI TECHNICAL CTR ROCHESTER

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY: 2397

CUST. NO: QA016

ORDER NO: 333009-00

ORDER DATE: 09/14/05

PAGE NO: 001  OF 001

14-SEP-05  10:07AM CRT:TNA3550

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 657 | 72 | $50 | 0 | X | | OUR TRUCK | 000642 | 09/15/05 | 16 | *W* |

Route #: 642  Delivery Date: 09/15/05  Driver #: 642

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****

Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

2 EA  X  METHANE, COMPRESSED          7 ME UHPC63     PRO    2    2         4320
       2.1 UN1971                                                            2200.0

       Full  #1, #20

       (METHANE UHP GR 4.0 6PK SIZE 300)      MT    #19
       (CGA 350)
<<<<<<<Estimated delivery:09/19>>>>>>>

       DELPHI VENDOR NUMBER 80-975-1167

       Total Weight:  2,200.0
Customer phone number: 585-427-8151
EMERGENCY CONTACT  1-888-372-4851

#12    6PK            300
Delphi Fuel

SHIPPED BY

UPS SHIPPER NO.

PKG ID#
333009-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X _____ 09-15-05

NAME
PLEASE PRINT

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

AIRGAS PERSONNEL                    DATE       10D

| PO | CUST | UPS | |
|---|---|---|---|
| RPB01125 | QA016 | 00 | 0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 333009-00 | 09/14/05 | OUR TRUCK | -NONE- |

# Airgas

## ORIGINAL INVOICE

| DATE | ACCT. NO | INVOICE NUMBER |
|------|----------|----------------|
| 09/29/05 | QAO16 | 116467601 | 116

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

*W*
377608-00

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 550 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | ***** This is an internet order ***** | | | |
| | | | | | Shipping Instructions: | | | |
| | | | | | *1**1* | | | |
| | | | | | Customer Notes: | | | |
| | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | ShipToCompanyName: | | | |
| | | | | | ** LOCATION: PRO ** | | | |
| 3776080927 | CM UHPC4A | 1 | 0 | | CARBON MONOXIDE UHP GR 3 | EA | 2175.60 | 2175.60 N |
| | | | | 1  1 | 4PK SIZE 300A CGA 350 VOL:    980 | | | |
| | | | | | | | Subtotal | 2175.60 |
| | | | | | TOTAL CYLINDERS  SHIPPED:    1 RETURNED:    1 | | | |

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 5/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 2175.60 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| | | | | | | ON | |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY —
AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

P/O NO: RPB01125

INTERNAL USE ONLY      2057

CUST. NO:      QA016

REL NO:

ORDER NO:      377608-00

— SHIP TO —
DELPHI AUTOMOTIVE SYSTEMS — SOLD TO DELPHI TECHNICAL CTR ROCHESTER
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623        27-SEP-05   09:29AM CRT:TNA99599

ORD DATE.      09/27/05

001  OF 001

TRAN TYP CHRG   SLSM 656   DP0   XCOLL SHP VIA OUR TRUCK   ROUTE 000642   SCHEDULE 09/28/05   SHIP 116
Route #: 642   Delivery Date: 09/28/05   Driver #: 642

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | TO NUMBER NO | LINE | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName:
ShipToCompanyName:

1 ER  X  CARBON MONOXIDE, COMPRESSED        7 CM UHPC4A     PRO     1    1       1    980
2.3 UN1016
POISON INHALATION HAZARD ZONE D

                                                                                    750.0

(CARBON MONOXIDE UHP GR 3.0)
(4PK SIZE 300A CGA 350)
<<<<<<<Estimated delivery:09/28>>>>>>>
Request pickup of 1 empty CM UHPC4A

DELPHI VENDOR NUMBER 80-975-1167

         Total Weight:    750.0
Customer phone number: 585-427-8151
EMERGENCY CONTACT 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG ID# 377608-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCPT   REACT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

PO  RPB01125        CUST QA016 UPS 00    0

ORDER 377608-00 DATE 09/27/05 SHIP VIA OUR TRUCK    NONE

AIRGAS PERSONNEL        DATE 9.28.05        10D

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT NO | INVOICE NUMBER |
|------|---------|----------------|
| 10/05/05 | QAO16 | 116565988 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

**SOLD TO:**
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366
*W*
402846-00

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 550 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER / DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHIP'D RET'D | DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | ***** This is an internet order ***** | | | |
| | | | | | Shipping Instructions: | | | |
| | | | | | *1**1* | | | |
| | | | | | Customer Notes: | | | |
| | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | ShipToCompanyName: | | | |
| | | | | | ** LOCATION:  PRO ** | | | |
| 4028461003 | ME CPC63 | 2 | 0 | | METHANE CP GR 2.0 6PK SI | EA | 533.10 | 1066.20 N |
| | | | | 2  3 | VOL:  4320 | | | |
| | | | | | | | Subtotal | 1066.20 |
| | | | | | TOTAL CYLINDERS  SHIPPED:    2 RETURNED:    3 | | | |
| | | | | | TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 5/02 DP 3487 | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX → |
|---|---|
| .00 | 1066.20 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ON | | BY | |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY  2797

CUST. NO:  QA016

ORDER NO:  402846-00

— SHIP TO: —

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

— SOLD TO: —
DELPHI TECHNICAL CTR ROCHESTER

ORD DATE  10/03/05

03-OCT-05  02:20PM  CRT:TNA3993

PAGE NO.  001  OF 001

| TRAN TYPE | SLSM | BRCH | TERM | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 657 | 72 | 550 | 0 | | X | OUR TRUCK | 000642 | 10/04/05 | 116 | "W" |

Route #: 642  Delivery Date: 10/04/05  Driver #: 642

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
"1""1"
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

2 ER  X  METHANE, COMPRESSED          7  ME CPC63      PRO    2  2  *3*  4320
2.1 UN1971

*Del # 22, 16*                                            2448.0

(METHANE CP GR 2.0 6PK SIZE 300)

<<<<<<Estimated delivery:10/04>>>>>>>
Request pickup of 2 empty ME CPC63          *Return # 2,3, 4*

DELPHI VENDOR NUMBER 80-975-1167

Total Weight:  2,448.0

Customer phone number: 585-427-8151
EMERGENCY CONTACT 1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG ID NO: 402846-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X *Caylee Belynhave*  10-04-05

NAME
PLEASE PRINT

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO RPB01125 | CUST. QA016 | UPS 00  0 |
|---|---|---|

| ORDER 402846-00 | DATE 10/03/05 | SHIP VIA OUR TRUCK | -NONE- |
|---|---|---|---|

AIRGAS PERSONNEL     *Rd* 10-4-05     DATE     TDD.

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO | INVOICE NUMBER |
|------|----------|----------------|
| 10/07/05 | QAO16 | 116573286 | 116

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
145111-03

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | ***** This is an internet order ***** | | | |
| | | | | | Shipping Instructions: | | | |
| | | | | | *1**1* | | | |
| | | | | | Customer Notes: | | | |
| | | | | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | |
| | | | | | ShipToCompanyName: | | | |
| | | | | | ** LOCATION: PRO ** | | | |
| 1451110722 | X02HE97P15A4231 | 1 | 0 | | PS 3% ETHYLENE BALANCE HELIUM SIZE 150A | CL | 431.25 | 431.25 N |
| | | | | 1  0 | VOL:    131 | | | |
| | | PRIMARY STANDARD CGA 350 | | | | | | |
| | | | | | | | Subtotal | 431.25 |
| | | | | | TOTAL CYLINDERS  SHIPPED:    1 RETURNED:    0 | | | |

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 431.25 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP / RET | FREIGHT CHARGES | SHIPPED: DELIVERED VIA |
|---|---|---|---|---|---|---|---|

| ON | | BL # | |
|---|---|---|---|
| PCS | ZONE | GR WEIGHT | DECL VALUE $ |

**— SOLD BY —**

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY  2527

CUST. NO.  QA016

ORDER NO:  145111-03

**— SHIP TO —**

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

**— SOLD TO —**

DELPHI TECHNICAL CTR ROCHE

ORDER DATE:  07/22/05

PAGE NO:  001  OF 001

04-OCT-05   06:35PM  CRT:TNA9349

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPO | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br 642 | 657 | 72 | 349 | 0 | | X | OUR TRUCK | 000642 | 08/01/05 | 116 | "W" |

Route #: 000  Delivery Date: 00/00/00  Driver #: 000
10-6-05

| QTY SHIP | UNIT MM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName:
ShipToCompanyName:

1 CL  X  COMPRESSED GASES, M.O.S.          13  X02 HE97P15R4231 PRD      1    1        —   131
(HELIUM, ETHYLENE)
2.2 UN1956

                                                                          55.0

(PS 3% ETHYLENE)
(BALANCE HELIUM SIZE 150A)
PRIMARY STANDARD CGA 350
<<<<<<<Estimated delivery:08/11>>>>>>>

DELPHI VENDOR NUMBER 80-975-1167

        Total Weight:     55.0
Customer phone number: 585-427-8151
EMERGENCY CONTACT  1-888-372-4851

SHIPPED BY

UPS SHIPPER NO.

PKG ID:  145111-03

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED

CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X _____

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO | CUST | UPS | |
|---|---|---|---|
| RPB01125 | QA016 | 00 | 0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 145111-03 | 07/22/05 | OUR TRUCK | -NONE- |

AIRGAS PERSONNEL                    DATE              TOD

# Airgas

## ORIGINAL INVOICE

| DATE | ACCT. NO | INVOICE NUMBER |
|------|----------|----------------|
| 10/07/05 | QA016 | 116573287 | 116

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO →**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI TECHNICAL CTR ROCHESTER
MC 146HEN575 ATTN: PETER HENDLER
P O BOX #20366
ROCHESTER NY 14602-0366

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

*W*
145544-03

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPP/WG ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY BO | CYLINDER SHIP'D RET'D | DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ***** This is an internet order ***** | | | | | | | |
| | | Shipping Instructions: | | | | | | | |
| | | *1**1* | | | | | | | |
| | | Customer Notes: | | | | | | | |
| | | Buyer Name: Pete Hendler  Buyer Phone#: (585) 427-8151  ShipToName: | | | | | | | |
| | | ShipToCompanyName: | | | | | | | |
| | | ** LOCATION:  PRO ** | | | | | | | |
| 145544 | 0722 | X02HE95P15AR501 | 1 | 0 | | PS 5% ETHANE | CL | 230.00 | 230.00 N |
| | | | | | | BALANCE HELIUM SIZE 150A | | | |
| | | | | | 1  0 | VOL:    140 | | | |
| | | PRIMARY STANDARD CGA 350 | | | | | | | |
| 145544 | 0722 | X02HE75P15AR498 | 1 | 0 | | PS 25% CARBON MONOXIDE | CL | 248.00 | 248.00 N |
| | | | | | | BALANCE HELIUM SIZE 150A | | | |
| | | | | | 1  0 | VOL:    140 | | | |
| | | PRIMARY STANDARD CGA 350 | | | | | | | |
| | | | | | | | Subtotal | | 478.00 |
| | | | | | | TOTAL CYLINDERS  SHIPPED:    2 RETURNED:    0 | | | |

TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: 6/02 DP 3487

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 478.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | RET | FREIGHT CHARGES | ON | | | BILL # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNT | | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
| BY | | | | | | | | | | | | |

— SOLD BY: —

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY        2527

CUST. NO:        QA016

ORDER NO:        145544-03

— SHIP TO —

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

— SOLD TO — DELPHI TECHNICAL CTR ROCHESTER

04-OCT-05   06:35PM  CRT:TNA9349

ORD DATE:        07/22/05

PAGE NO:        001  0F 002

| TRAN TYPE | SLSM | BRCH | TERR | U-S | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br 642 | 657 | 72 | 349 | 0 | X | | OUR TRUCK | 000642 | 08/01/05 | 116 | 'W' |

Route #: 000  Delivery Date: 00/00/00  Driver #: 000
10-6-05

| QTY SHIP | UNIT | MM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
"1"*1"
Customer Notes:
Buyer Name: Pete Hendler  Buyer Phone: (585) 427-8151  ShipToName:
ShipToCompanyName:

| 1 CL | X | COMPRESSED GASES, N.O.S. | | 9 | X02 | HE95P15AR501 PRO | | 1 | 1 | — | 140 | | |

(HELIUM, ETHANE)
2.2 UN1956

55.0

(PS 5% ETHANE)
(BALANCE HELIUM SIZE 150A)
PRIMARY STANDARD CGA 350
<<<<<<<Estimated delivery:08/11>>>>>>>>

| 1 CL | X | COMPRESSED GASES | | 11 | X02 | HE75P15AR498 PRO | | 1 | 1 | — | 140 | | |

FLAMMABLE, N.O.S.
(HELIUM, CARBON MONOXIDE)
2.1 UN1954

55.0

(PS 25% CARBON MONOXIDE)
(BALANCE HELIUM SIZE 150A)
PRIMARY STANDARD CGA 350
<<<<<<<Estimated delivery:08/11>>>>>>>>

EMERGENCY CONTACT 1-800-372-1051

SHIPPED BY

UPS SHIPPER NO

PKG ID
145544-03

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X  Guy M. Felgelson

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| PO RPB01125 | CUST QA016 | UPS 00  0 |
|---|---|---|

| ORDER 145544-03 | DATE 07/22/05 | SHIP VIA OUR TRUCK | - NONE - |

AIRGAS PERSONNEL        DATE        TOD

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ON | | BL # | |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

SOLD BY:

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY    2526

CUST. NO.    QA016

ORDER NO:    145544-03

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

SOLD TO: DELPHI TECHNICAL CTR ROCHESTER

ORDER DATE    07/22/05

PAGE NO    002  OF 002

04-OCT-05   06:35PM   CRT:TNA9349

| TRAN TYPE | SLSM | BRCH | TERM | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br | 657 | 72 | 349 | 0 | X | | OUR TRUCK | 000642 | 08/01/05 | 116 | *W* |

Route #: 000   Delivery Date: 00/00/00   Driver #: 000

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

DELPHI VENDOR NUMBER 80-975-1167

Total Weight:    110.0

Customer phone number: 585-427-8151
EMERGENCY CONTACT  1-888-372-4851

SHIPPED BY

UPS SHIPPER NO

PKG ID#
145544-03

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
DEPT#15652/MAT ENG FUEL CELL
285 METRO PARK
ROCHESTER NY 14623

| PO RPB01125 | CUST QA016 | UPS 00    0 |
|---|---|---|

| ORDER 145544-03 | DATE 07/22/05 | SHIP VIA OUR TRUCK | -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED
MARKED AND LABELLED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

AIRGAS PERSONNEL    DATE    TOD.