# EXHIBIT B

FOR: I B10  (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT   Southern | DISTRICT OF   New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Corporation et.al. Delphi Automotive Systems LLC | Case Number<br>05-44640 & 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expensive arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Airgas East, Inc. | ☐ Check box if you are aware that anyone else has filed a proof of relating to your claim. Attach copy of statement giving particulars. | This space is for court use only |
|---|---|---|
| Name and address where notices should be sent:<br>Airgas, Inc.<br>259 N Radnor Chester Road  Suite 100<br>Radnor, PA  19087  Att: D. Boyle<br><br>Telephone number: 610-902-6028 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |

| Last four digits of Account or other number by which creditor identifies debtor: EF392 | Check here ☐ replaces  a previously filed claim, dated: _____<br>if this claim ☐ amends | |
|---|---|

**1. Basis for Claim**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

| 2. Date debt was incurred:<br>Various  See Attached | 3. If court judgement, date obtained: |
|---|---|

**4. Classification of Claim.**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim  $ $3,649.48

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $
Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $

Amount of arrearage and other charges at time case filed included in secured claim, if any: $

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)().
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed:  $ | 3,649.48<br>(unsecured) | (secured) | (priority) | 3,649.48<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/28/06 | _[signature]_   Nikolaos Chiros, Director Credit & Collections |

*Penalty for presenting fraudulent claim:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Airgas Inc**
**Airgas East**
**Delphi Automotive Systems**
**Filing Date: October 8, 2005**
**EF392**
**5500 West Henrietta Rd;  West Henrietta, NY  14586**

| INVOICE DATE | INVOICE NUMBER | PROOF OF DELIVERY NUMBER | INVOICE AMOUNT | TYPE OF PRODUCT OR SERVICE |
|---|---|---|---|---|
| 06/07/05 | 941136 | 748905-00 | 136.00 | Goods |
| 06/09/05 | 947056 | 748362-01 | 746.00 | Goods |
| 06/10/05 | 950572 | 782065-00 | 58.00 | Goods |
| 06/17/05 | 965687 | 806848-00 | 280.00 | Goods |
| 06/22/05 | 974753 | 806848-01 | 950.00 | Goods |
| 06/22/05 | 974769 | 823079-00 | 746.00 | Goods |
| 06/29/05 | 994496 | 847689-00 | 58.00 | Goods |
| 06/30/05 | 998553 | 853700-00 | 58.00 | Goods |
| 06/30/05 | 998585 | 858266-01 | 618.00 | Goods |
| 08/11/05 | 8 | N/A | (0.52) | Payment |
| | | | 3,649.48 | |

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO | INVOICE NUMBER | |
|------|----------|----------------|---|
| 06/07/05 | EF392 | 116941136 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
ERIC REDMOND    DEPT 15679
PO BOX 20366
ROCHESTER NY 14602-0366

SHIP TO:
GM-DELPHI-OPERATION 15683
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

*W*
748905-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ***** This is an internet order ***** | | | |
| | | | | | | Shipping Instructions: | | | |
| | | | | | | *1**1* | | | |
| | | | | | | Customer Notes: | | | |
| | | | | | | Buyer Name: Eric Redmond 15683  Buyer Phone#: (716) 359-6133 | | | |
| | | | | | | ShipToName:   ShipToCompanyName: | | | |
| | | | | | | ** LOCATION:  PRO ** | | | |
| 7489050531 | | X02NI99E15A1557 | 1 | 0 | | PB 95PPM PROPANE BALANCE NITROGEN SIZE 15 | CL | 136.00 | 136.00 N |
| | | | | | 1   0 | VOL:      150 | | | |
| | | PRECISION BLEND CGA 350 | | | | | | | |
| | | | | | | Customer Item Number: 126853 | | | |
| 7489050531 | | NI UHP300 | 0 | 0 | | NITROGEN UHP GR 5.0 SIZE CGA 580 | CL | 30.00 | .00 N |
| | | | | | 0   2 | VOL:      0 | | | |
| | | | | | | Customer Item Number: 126530 | | | |
| 7489050531 | | AI UZ300 | 0 | 0 | | AIR ULTRA ZERO SIZE 300 CGA 590 | CL | 32.00 | .00 N |
| | | | | | 0   1 | VOL:      0 | | | |
| | | | | | | Customer Item Number: 126524 | | | |
| | | | | | | Subtotal | | | 136.00 |
| | | | | | | TOTAL CYLINDERS   SHIPPED:      1 RETURNED:   3 | | | |

TAX CD: 000000031 TAX DESCRP: NY-MONROE   EXMPT CD: 18 EXMPT/CERT: DP 3487 1/00

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| | TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|---|
| | .00 | 136.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. REC. | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
| BY | | | | | | | | | | | |

**— SOLD BY —**
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

INTERNAL USE ONLY   3847

REL NO:

CUST. NO:   EF392

**— SHIP TO —**
GM-DELPHI-OPERATION 15683 — SOLD TO DELPHI AUTOMOTIVE SYSTEMS
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586    31-MAY-05  08:33AM CRT:NLAOS

ORDER NO:   748905-00

ORD DATE:   05/31/05

PAGE NO:   001  OF 002

TRAN TYPE CHRG   SLSM 60   BRCH 349   COLL   SHIP VIA OUR TRUCK   ROUTING 000642   SCHEDULED SHIP DATE 06/02/05   REGION 116   ENTERED BY W
Route #: 642  Delivery Date: 06/02/05   Driver #: 642

| QTY SHIP | UNIT HM | ——— DESCRIPTION ——— & HAZARD CLASS | ID NUMBER | LINE NO | —— ITEM —— NUMBER | LOC | QTY ORDER | —CYLINDERS— SHIP  RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Eric Redmond 15683  Buyer Phone: (716) 359-6133
ShipToName:      ShipToCompanyName:

| 1 CL | X | COMPRESSED GASES, N.O.S. | | 7 | X02 MI99E15A1557 PRO | | 1 | 1 — | 150 | 136.00 | 136.00 |

(NITROGEN, PROPANE)
2.2 UN1956

55.0

(PB 95PPM PROPANE)
(BALANCE NITROGEN SIZE 150A)
PRECISION BLEND CGA 350

Cust Item # 126853

<<<<<<< Estimated delivery:06/02 >>>>>>>>

DELPHI VENDOR NUMBER 80-975-1167

EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

UHP Nitrogen  300+                          — 2

42 c/A   300+                              — 1

40% H₂/Helium 300+   X02 He60A3003005     — 1  Transferred to
                                              Ticket #779612-00

SHIPPED BY

UPS SHIPPER NO.

PKG ID# 748905-00

PLACARDS OFFERED
CUSTOMER MUST INITIAL CHOICE

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION

ACCEPTED FOR THE ABOVE CUSTOMER X

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

SHIP TO GM-DELPHI-OPERATION 15683
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

| PO RPB01125 | CUST EF392 | UPS 00 | 0 |
|---|---|---|---|

ORDER 748905-00 DATE 05/31/05 VIA OUR TRUCK   -NONE-

AIRGAS PERSONNEL   6-2-05   DATE   TOD

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | TOTAL CYLINDERS RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM COUNT | | | | | | | | ON | | BL # | |
| BY | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —
AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

REL NO:

INTERNAL USE ONLY    3846

CUST. NO:    EF392

ORDER NO:    748905-00

— SHIP TO: —
GM-DELPHI-OPERATION 15683 — SOLD TO DELPHI AUTOMOTIVE SYSTEMS
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

ORD DATE:    05/31/05

31-MAY-05  08:34AM  CRT:NLAUS  002  OF 002    PAGE NO:

| TRAN TYPE CHRG | SLSM 657 | BRCH 111 | VER 349 | PRD 0 | COLL X | SHP VIA OUR TRUCK | ROUTING 000642 | SCHEDULED SHP DATE 06/02/05 | REGION 118 | ENTERED BY W |
|---|---|---|---|---|---|---|---|---|---|---|

Route #: 642  Delivery Date: 06/02/05    Driver #: 642

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Weight:  55.0 | | | | | | | | Subtotal | 136.00 |
| | | | | | | | | | | Tax: | .00 |
| | | | | | | | | | | Total Sale | 136.00 |

Customer phone number: 716-359-6182
EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY:

UPS SHIPPER NO.

PKG ID# 748905-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

SHIP TO GM-DELPHI-OPERATION 15683
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

| PO RPB01125 | CUST. EF392 | UPS 00  0 |
|---|---|---|

| ORDER 748905-00 | DATE 05/31/05 | SHP VIA OUR TRUCK | -NONE- |

AIRGAS PERSONNEL    DATE 62-05    T.O.D.

# Airgas

## ORIGINAL INVOICE

AIRGAS EAST
77 DEEP ROCK RD
ROCHESTER NY 14624-3593
(866) 718-0685

| DATE | ACCT. NO | INVOICE NUMBER | |
|------|----------|----------------|---|
| 06/09/05 | EF392 | 116947056 | 116 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS EAST
PO BOX 7777
PHILADELPHIA PA 19175-4880
(800) 556-5567

**SOLD TO**
DELPHI AUTOMOTIVE SYSTEMS
ERIC REDMOND    DEPT 15679
PO BOX 20366
ROCHESTER NY 14602-0366
*W*
748362-01

**SHIP TO**
GM-DELPHI-OPERATION 15683
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| RPB01125 | 072 | 657 | 349 | OUR TRUCK | NET 60 | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ***** This is an internet order ***** | | | | | | | |
| | | Shipping Instructions: | | | | | | | |
| | | *1**1* | | | | | | | |
| | | Customer Notes: | | | | | | | |
| | | Buyer Name: Eric Redmond 15683  Buyer Phone#: (716) 359-6133 | | | | | | | |
| | | ShipToName:      ShipToCompanyName: | | | | | | | |
| | | ** LOCATION:  PRO ** | | | | | | | |
| 748362 | 053 | 10X UHPC63 | 1 | 0 | | OXYGEN UHP GR 4.4 6PK SI | EA | 746.00 | 746.00 N |
| | | | | | | CGA 540 | | | |
| | | | | 1 | 0 | VOL:   2022 | | | |
| | | | | | | Customer Item Number: CRADLE A B C | | | |
| | | | | | | | | Subtotal | 746.00 |
| | | | | | | | | | |
| | | | TOTAL CYLINDERS  SHIPPED:      1 RETURNED:    0 | | | | | | |
| | | | | | | | | | |
| | TAX CD: 000000031 TAX DESCRP: NY-MONROE  EXMPT CD: 18 EXMPT/CERT: DP 3487 1/00 | | | | | | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 746.00 |

# DELIVERY ORDER

# Airgas.

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON | | BL # |
|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE |

—— SOLD BY ——

AIRGAS EAST, INC
1200 Sullivan Street
Elmira NY 14901
[866] 718-0685

P/O NO: RPB01125

—— SHIP TO ——

GM-DELPHI-OPERATION 15683
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

REL NO:

—— SOLD TO: —— DELPHI AUTOMOTIVE SYSTEMS

07-JUN-05   12:44PM CRT:TNA1963

INTERNAL USE ONLY        3047
CUST. NO:                EF392
ORDER NO:                748362-01
ORD DATE:                05/31/05
PAGE NO:                 001 OF 002

| TRAN TYPE | SLSM | BRCH | TERM | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br 642 | 657 | 111 | 349 | 0 | | X | OUR TRUCK | 000642 | 06/02/05 | 116 | *W* |

Route #: 000   Delivery Date: 00/00/00   Driver #: 000

6-8-05

| QTY SHIP | UNIT KM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** This is an internet order *****
Shipping Instructions:
*1**1*
Customer Notes:
Buyer Name: Eric Redmond 15683 Buyer Phone: (716) 359-6133
ShipToName:    ShipToCompanyName:

1 ER  X OXYGEN, COMPRESSED          7  OX UHPC63   PRO   1   1         2022   746.00   746.00
        2.2 UN1072
                                                                        1290.0

       (OXYGEN UHP GR 4.4 6PK SIZE 300)
       (CGA 540)

                                          Cust Item #: CRADLE A B C

<<<<<<<Estimated delivery:06/06>>>>>>>

            DELPHI VENDOR NUMBER 80-975-1167

       EMERGENCY RESPONSE TELEPHONE NUMBER: 1-888-372-4851

SHIPPED BY:

UPS SHIPPER NO.

PKG ID# 748362-01

SHIP TO
GM-DELPHI-OPERATION 15683
ERIC REDMOND 359-6133
5500 WEST HENRIETTA RD.
WEST HENRIETTA NY 14586

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO. RPB01125 | CUST. EF392 | UPS 00   0 |
|---|---|---|

ORDER 748362-01   DATE 05/31/05   SHIP VIA OUR TRUCK   -NONE-

AIRGAS PERSONNEL        DATE 6-8-05   TOD