# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2007 a copy of the RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) INSURANCE CLAIM NOT REFLECTED ON DEBTORS' BOOK AND RECORDS, (D) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (E) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION was served on following via Federal Express:

The Honorable Robert D. Drain  
United States Bankruptcy Judge  
United States Bankruptcy Court for the  
Southern District of New York  
One Bowling Green, Room 610  
New York, NY 10004

Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098

John Wm. Butler, Jr., Esquire  
John K. Lyons, Esquire  
Randall G. Reese, Esquire  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive, Suite 2100  
Chicago, IL 60606

/s/ Kathleen M. Miller  
Kathleen M. Miller (ID No. 2898)

05273|MOT|10027711.WPD