UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                   :
                                        :
DELPHI CORPORATION, ET AL.              :
                                        :
                                        :
                                        :
Debtors                                 :
---------------------------------------x

Case No. 05-44481
*Chapter 11*, Jointly Administered
Claim Nos **SEE EXHIBIT B**
Total Claims Purchased $1,929,586.81

---

### NOTICE TO TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

---

To: ("**Transferor**"):    Xerion Partners
                           450 Park Avenue, 27th Floor
                           New York, NY 10022

Please take notice that the transfer of 100% of your Claim(s) (as defined in **Exhibit A** and **B** hereto), in the amount of $1,929,586.81 in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

From: ("**Transferee**")    APS Capital Corp.
                            Attn: Matthew Hamilton
                            1301 Capital of Texas Hwy,
                            Suite No. A131
                            Austin, Texas 78746

Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as **Exhibit A**.

No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of the Court
One Bowling Green
New York, NY 10004

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

EXHIBIT A

EVIDENCE OF TRANSFER

Xerion Partners II Master Fund Limited ("**Assignor**") transfers and assigns unto APS Capital Corp., with an address at 1301 Capital of Texas Hwy, Suite B-220, Austin, Texas 78746, its successors and assigns ("**Assignee**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to those certain proofs of claim, identified on the attached Schedule of Claims, as further identified in each Original Creditor's duly and timely filed Proofs of Claim against Delphi Automotive Systems, LLC (the "**Claims**") and certain of its affiliates, in the United States Bankruptcy Court, Southern District of New York ("**Bankruptcy Court**"), jointly administered under Case No. 05-44481, originally assigned by the Original Creditor identified on the attached Schedule of Claims to Assignee.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of June___, 2007.

**ASSIGNOR:**

XERION PARTNERS II MASTER FUND LIMITED

By: _David Reilly_

Name: David Reilly

Title: Chief Financial Officer

**ASSIGNEE:**

APS CAPITAL CORP.
a Delaware corporation

By: _____

Name: Matthew Hamilton

Title: Managing Director

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

EXHIBIT B
SCHEDULE OF CLAIMS

| Original Creditor Name | Proof of Claim Number | Proof of Claim Amount | Purchase Amount |
|---|---|---|---|
| KOSTAL MEXICANA, S.A. de C.V. | 14404 | $1,204,920.60 | $1,183,560.94 |
| KOSTAL OF AMERICA INC | 14479 | $609,554.90 | $556,035.64 |
| KOSTAL KONTAKT SYSTEME GMBH | 14580 | $190,241.45 | $189,990.23 |
| **TOTAL 3 CLAIMS:** | -- | **$2,004,716.95** | **$1,929,586.81** |