**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                In Proceedings For A
                                                                      Reorganization Under
      **DELPHI CORPORATION, et al,**                     Chapter 11
                                                                      Case No.: 05-44481
                                                                      Jointly Administered

      Delphi Automotive Systems
                      Debtors.                         Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

      Amroc Investments, LLC
      535 Madison Avenue, 15th Floor
      New York, New York 10022
      Attention: David S. Leinwand, Esq.

A transfer in the amount of **$42,612.55** from:

      TURNER REID DUNCAN LOOMER
      & PATTON PC. (Transferor)
      P.O. BOX 4043
      SPRINGFIELD, MO  65808
      ATTN:  DON DUNCAN

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                  Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                  _____
                                                  Deputy Clerk