**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                             In Proceedings For A
                                                                               Reorganization Under

**DELPHI CORPORATION, et al,**           Chapter 11
                                                                            Case No.: 05-44481
                                                                            Jointly Administered

           Delphi Automotive Systems
                                          Debtors.                 Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                     Amroc Investments, LLC
                     535 Madison Avenue, 15th Floor
                     New York, New York 10022
                     Attention: David S. Leinwand, Esq.

A transfer in the amount of **$38,580.00** from:

                     BYERS PRECISION FABRICATORS (Transferor)
                     P.O. BOX 5127
                     HENDERSONVILLE, NC  28793
                     ATTN:  ROGER BYERS

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                           Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy: Debtor's Attorney _____
Claims Agent _____

                                                                    _____
                                                                             Deputy Clerk