THE MASTROMARCO FIRM
By: Russell C. Babcock
1024 North Michigan Avenue
Post Office Box 3197
Saginaw, Michigan 48605-3197
Tel: (989) 752-1414
Attorneys for:
H.E. Services Company &
Robert Backie

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION, et al.,

                                          In Re: Case No.: 05-44481 (RRD)

          Debtor.

_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

1. I, Russell C. Babcock, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent H.E. SERVICES COMPANY and ROBERT BACKIE, creditors in the above referenced case. My address is 1024 N. Michigan Avenue, P.O. Box 3197, Saginaw, Michigan 48605-3197, e-mail address is Russellbabcock@aol.com; telephone number is (989) 752-1414.

2. I have submitted the required $25.00 for the pro hac vice admission fee.

Dated: June 22, 2007                   Respectfully submitted,

                                                THE MASTROMARCO FIRM

                                                RUSSELL C. BABCOCK (P57662)
                                                Counsel for H.E. Services Company
                                                & Robert Backie
                                                1024 N. Michigan Avenue, P.O. Box 3197
                                                Saginaw, Michigan 48605-3197
                                                (989) 752-1414

1

# THE MASTROMARCO FIRM

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1024 N. MICHIGAN AVENUE
P.O. BOX 3197
SAGINAW, MI 48605-3197

VICTOR J. MASTROMARCO, JR.**
RUSSELL C. BABCOCK
MANDA L. ANAGNOST
JOHN W. LIPFORD
MEGHAN E. BARTON

TELEPHONE (989) 752-1414
FACSIMILE (989) 752-6202

E-MAIL   VMASTROMAR@AOL.COM

**ALSO ADMITTED IN IOWA

June 22, 2007

MIS Department
Attn: ECF Registration
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

In Re Delphi Corporation, et al, Case No. 05-44481 (RRD)

Dear Registrar:

Please be advised that I represent the following creditors regarding the above-entitled Bankruptcy matter. In this regard, please find enclosed for filing and consideration the following documents relative to the above-entitled matter:

1. Motion for Admission to Practice, Pro Hac Vice regarding H.E. Services Company and Robert Backie, Creditors (disc enclosed);
2. Check in the amount of $25.00 representing fees for admission.

Thank you for your attention in this regard. Should you have any questions or concerns, please do not hesitate to call my office.

Sincerely,

RUSSELL C. BABCOCK

Enclosures
cc:   Hon. Robert D. Drain (w/encl. & disc)

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 |
| DELPHI CORPORATION, et al ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Honorable Robert D. Drain |
| ) | |
| ) | |

### ORDER OF ADMISSION OF RUSSELL C. BABCOCK *PRO HAC VICE*

This matter having come before the Court upon the Motion for Admission Pro Hac Vice filed by Russell C. Babcock in accordance with L.B.R. 2090-1 and the Court being duly advised;

NOW THEREFORE, IT IS HEREBY ORDERED that Russell C. Babcock is admitted pro hac vice for the above-captioned case.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

2