# Exhibit A

Bill to:
Delphi Packard International
EPDC-Dock 30

48 Walter Jones Blvd.

El Paso, TX 79906
United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 286 |
| Date | : | 7/04/03 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 260 |

Your contact in case of question:

Ship to:   Delphi Packard International    48 Walter Jones Blvd.
           EPDC-Dock 30                      El Paso, TX 79906
                                             United States of America

Your Order   dated 31/03/03
             PM004115001
Dispatch: by air freight
Panalpina
1 box, 120x80x80cm; 1 box, 92x53x53 cm

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 9,300.00 | m | 36300400    net | 18.65 | / 100 | 1,734.45 p |
| | | | FFPYL-BS NW 4,5 black | | | |
| | | | 39173299 | | | |
| | | | Your order code: M4115001 | | | |

Total weight net  :      60.45  kg
Total weight gross:      70.00  kg

                         Total value FCA Königsberg, uninsured          1,734.45

Payment: 0% the 30th of following month
Valutadatum: 4/04/03

We hereby declare that the wooden packing material
are totally free from bark and apparently free
from live plant pests.

```
No:      286                    Delphi Packard International
Page      2                     EPDC-Dock 30
                                         El Paso, TX   79906
                                         United States of America

Item      Quantity  Unit        Order code              USD / price unit        USD / net
                                Specification

                                The goods originate in Germany.

                                Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke
```

Bill to:
Delphi Packard International
EPDC-Dock 30

48 Walter Jones Blvd.

                El Paso, TX  79906
          United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 287 |
| Date | : | 7/04/03 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 261 |

Your contact in case of question:

Ship to:     Delphi Packard International    48 Walter Jones Blvd.
               EPDC-Dock 30             El Paso, TX  79906
                                        United States of America

Your Order   dated 31/03/03
                 PM004115002
Dispatch:  by air freight
Panalpina
1 box, 120x80x80 cm

| Item | Quantity | Unit | Order code<br>Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 2,400.00 | m | 36300700   net<br>FFPYL-BS NW 7,5  black<br>39173299<br>Your order code: M4115002 | 20.94 | / 100 | 502.56 ₽ |

Total weight net  :       33.60  kg
Total weight gross:       40.00  kg

Total value FCA Königsberg, uninsured       502.56

Payment: 0% the 30th of following month
Valutadatum:  4/04/03

We hereby declare that the wooden packing material
are totally free from bark and apperently free
from live plant pests.

No:      287                    Delphi Packard International
Page     2                     EPDC-Dock 50
                                      El Paso, TX  79906
                               United States of America

Item     Quantity  Unit       Order code              USD / price unit        USD / net
                               Specification

                               The goods originate in Germany.

                               Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box    1550

Flint, MI  48501-1550
United States of America

**Invoice**

| | | |
|---|---|---|
| No. | : | 5268 |
| Date | : | 09/23/04 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 31572101 |
| Representative no.: | | 960 |
| Our order no. | : | 1702 |

Consignee:    Delphi Packard International    48 Waltr Jones Blvd.
              EPDC-Dock 30                      El Paso, TX  79906
                                                United States of America

Your Order    dated 09/20/04 Maribel
              P3570049
Dispatch:     0710
T.o.Del.:     0050
by forwarder Panalpina
del.note 733173, 1 box 60x60x106 cm

On the basis of our General Terms and Conditions we delivered on: 09/20/04
with delivery note no.     5286

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 1,250.00 | m | 36300700   net | 20.94 | / 100 | 261.75 P |
| | | | FFPYL-B8 NW 7,5  black | | | |
| | | | 39173299 | | | |
| | | | Your order code: M4115002 | | | |

Total weight net  :     17.50  kg
Total weight gross:     21.00  kg

Total value                                          261.75
                    FCA Königsberg, uninsured
The goods originate in the United States of America

Payment:
Valutadatum: 09/23/04

Anderson,     11/25/04   i.A. BIW Standard-Benutzer
              Tax-ID-Number: 03-0449731

```
No:        5268                    Delphi Automotive Systems
Page        2                      Disbursement Analysis, Dept.
                                        Flint, MI  48501-1550
                                        United States of America

   Item        Quantity      Unit      Order code              USD  / price unitUSD/ :
                                        Specification
```

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box     1550

Flint, MI 48501-1550
United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 5673 |
| Date | : | 10/19/04 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 31872101 |
| Representative no.: | | 960 |
| Our order no. | : | 1817 |

Consignee:  Delphi Packard International    48 Waltr Jones Blvd.
            EPDC-Dock 30                     El Paso, TX  79906
                                             United States of America

Your Order    dated 10/19/04 Raul R. Alba
              P3570049
Dispatch:     0710
T.o.Del.:     0050
by forwarder Panalpina
del.note 748588, 1 box 108x62x62 cm

On the basis of our General Terms and Conditions we delivered on: 10/19/04
with delivery note no.     5692

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 700.00 | m | 40001310   net | 31.28 | / 100 | 218.96 r |
| | | | FFMYD NW13 | | | |
| | | | coil á 50m | | | |
| | | | black, slit | | | |
| | | | 39173299 | | | |
| | | | Your order code: M3768009 | | | |

Total weight net  :     26.60  kg
Total weight gross:     30.00  kg

                        Total value                                    218.96
                        FCA Nürnberg, uninsured
The goods originate in the United States of America

Payment:
Valutadatum: 10/19/04

```
No:        5673                      Delphi Automotive Systems
Page         2                       Disbursement Analysis, Dept.
                                            Flint, MI  48501-1550
                                            United States of America

Item       Quantity     Unit       Order code              USD  / price unit USD/ r
                                    Specification

           Anderson      11/25/04    i.A. BIW Standard-Benutzer
                         Tax-ID-Number: 03-0449731
```

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box     1550

Flint, MI  48501-1550
United States of America

**Invoice**

| | | |
|---|---|---|
| No. | : | 5674 |
| Date | : | 10/22/04 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 31573101 |
| Representative no.: | | 960 |
| Our order no. | : | 1818 |

Consignee:  Delphi Packard International    48 Waltr Jones Blvd.
            EPDC-Dock 30                     El Paso, TX  79906
                                             United States of America

Your Order   dated 10/19/04 Raul R. Alba
             P3570049
Dispatch:    0710
T.o.Del.:    0050
by forwarder Panalpina
del.note 749709, 1 box 60x60x106 cm

On the basis of our General Terms and Conditions we delivered on: 10/19/04
with delivery note no.    5693

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 700.00 | m | 40001310   net | 31.28 | / 100 | 218.96 P |
| | | | FFMYD NW13 | | | |
| | | | coil á 50m | | | |
| | | | black, slit | | | |
| | | | 39173299 | | | |
| | | | Your order code: M3768009 | | | |

Total weight net  :     26.60  kg
Total weight gross:     29.80  kg

Total value                                    218.96
                    FCA Königsberg, uninsured
The goods originate in the United States of America

Payment:
Valutadatum: 10/21/04

No:       5674                          Delphi Automotive Systems
Page        2                           Disbursement Analysis, Dept.
                                                Flint, MI   48501-1550
                                                United States of America

Item        Quantity     Unit      Order code                USD   / price unit USD/ r
                                    Specification

                         Anderson     11/25/04    i.A. BIW Standard-Benutzer
                                       Tax-ID-Number: 03-0449731

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box 1550

Flint, MI 48501-1550
United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 7014 |
| Date | : | 02/16/05 |
| Debtor no. | : | 1003019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 31572101 |
| Representative no.: | | 960 |
| Our order no. | : | 2127 |

Consignee: Delphi Packard International    48 Walter Jones Blvd.
           EPDC-Dock 30                     El Paso, TX  79906
                                            United States of America

Your Order    dated 02/24/05 Maria Elena Lopez

Dispatch:     0710 by air freight
T.o.Del.:     0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 02/16/05
with delivery note no.    7039

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 6,000.00 | m | 45301305   net | 237.20  / 100 | 14,232.00 F |
| | | | FFMFA NW13 | | |
| | | | Container a 2000 m | | |
| | | | black, unslit | | |
| | | | 39173299 | | |
| | | | Your order code: M4644002 | | |
| | 3 | KAR900 | Half Slotted Container 20-5/8" x 10-7/8" | | |

Total weight net  :      330.00  kg
Total weight gross:      330.00  kg

                         Total value                        14,232.00

The goods originate in the United States of America

Payment: 0% the 30th of following month
Valutadatum: 02/16/05

              Anderson,      10/06/05   i.A. Kilb Catherine

```
No:      7014                              Delphi Automotive Systems
Page      2                                Disbursement Analysis, Dept.
                                                 Flint, MI  48501-1550
                                                 United States of America

   Item        Quantity      Unit       Order code                    USD  / price unit USD/ x
                                         Specification

                                         Tax-ID-Number: 03-0449731

With best regards,

Fraenkische USA, LP
Anderson, SC 29621
```

**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

PO-Box    1550

Flint, MI 48501-1550
United States of America

**Invoice**

| | | |
|---|---|---|
| No. | : | 7142 |
| Date | : | 02/25/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315722101 |
| Representative no.: | | 960 |
| Our order no. | : | 2169 |

Consignee:   **Delphi Packard International**    **48 Walter Jones Blvd.**
EPDC-Dock 30                        El Paso, TX 79906
                                   United States of America

Your Order    dated 02/24/05 Mayra Medina

Dispatch:     0300 by groupage service
T.o.Del.:     0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 02/25/05
with delivery note no.    7165

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 2,000.00 | m | 45301305 net FFMFA NW13 Container a 2000 m black, unslit 39173299 Your order code: M4644002 | 237.20 / 100 | 4,744.00 |
| | 1 | EWO110105 | Exp. Wood Pallet 1100x1100x1050 (OKT) | | |

Total weight net  :      110.00  kg
Total weight gross:      117.90  kg

                         Total value                      4,744.00

The goods originate in the United States of America

Payment: 0% the 30th of following month
Valutadatum: 02/25/05

Anderson,    10/06/05   i.A. Kilb Catherine

```
No:      7142                          Delphi Automotive Systems
Page       2                           Disbursement Analysis, Dept.
                                            Flint, MI  48501-1550
                                            United States of America

   Item        Quantity    Unit      Order code                USD  / price unitUSD/ r
                                     Specification

                                     Tax-ID-Number: 03-0449731

With best regards,

Fraenkische USA, LP
Anderson, SC 29621
```

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box  1550

Flint, MI  48501-1550
United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 8754 |
| Date | : | 06/21/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 32 |

Consignee:  Delphi Packard International  48 Waltr Jones Blvd.
            EPDC-Dock 30                  El Paso, TX  79906
                                          United States of America

Your Order  dated 04/07/05 Mayra Medina
            PO #4570094
Dispatch:   0160 by forwarder
T.o.Del.:   0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 06/21/05
with delivery note no.      8838

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 6,000.00 | m | 45301305 | 237.20 | / 100 | 14,232.00 |
| | | | PPMPA NW13 | | | |
| | | | Container a 2000 m | | | |
| | | | black, unslit | | | |
| | | | 39173299 | | | |
| | | | Your order code: M4644002 | | | |
| | 3 | KAR900 | Half Slotted Container 20-5/8" x 10-7/8" | | | |

Total weight net  :     330.00  kg
Total weight gross:     330.00  kg

                        Total value                              14,232.00

The goods originate in the United States of America

Payment: 60 days net

                Anderson,     06/21/05   i.A. Crochetiere Susan
                        Tax-ID-Number: 03-0449731

No:       8754                    Delphi Automotive Systems
Page       2                      Disbursement Analysis, Dept.
                                        Flint, MI  48501-1550
                                        United States of America

Item       Quantity     Unit       Order code                    USD  / price unit USD/ r
                                    Specification

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Bill to:
**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

PO-Box    1550

Flint, MI 48501-1550
United States of America

## Invoice

| | | |
|---|---|---|
| No. | : | 8801 |
| Date | : | 24/06/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 2543 |

Your contact in case of question:
Weber Bianca
+49 (95 25) 88-799

Ordered from:   **Delphi Packard International**    48 Waltr Jones Blvd.
                EPDC-Dock 30                El Paso, TX  79906
                                   United States of America

Ship to:        **Delphi Packard International**    48 Waltr Jones Blvd.
                EPDC-Dock 30                El Paso, TX  79906
                                   United States of America

Your Order   dated 23/06/05 Maribel
             P4570096
Dispatch: **by air freight**
by forwarder Panalpina
del.note 859250, packed in 1 box 77x57x37 cm

| Item | Quantity | Unit | Order code / Specification | USD / price unit | | USD / net |
|------|----------|------|----------------------------|-----------------|---|-----------|
| 0010 | 200.00 | m | 40001310    net<br>FFMYD NW13<br>coil â 50m<br>black, slit<br>39173299<br>Your order code: M3768009 | 31.28 | / 100 | 62.56 P |

Total weight net  :    7.60   kg
Total weight gross:    9.30   kg

Total value FCA Königsberg, uninsured                  62.56

Payment: 0% the 30th of following month

No:      8801
Page      2

Delphi Automotive Systems
Disbursement Analysis, Dept.
Flint, MI  48501-1550
United States of America

Item      Quantity    Unit        Order code                    USD / price unit        USD / net
                                  Specification

We hereby declare that the wooden packing material
are totally free from bark and apperently free
from live plant pests.

The goods originate in Germany.

Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box     1550

         Flint, MI  48501-1550
         United States of America

**Invoice**

| | | |
|---|---|---|
| No. | : | 9514 |
| Date | : | 08/23/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 93003 |
| Supplier no. | : | 315721015 |
| Representative no.: | | 960 |
| Our order no. | : | 32 |

Consignee:   Delphi Packard International    48 Walter Jones Blvd.
             EPDC-Dock 30                    El Paso, TX  79906
                                             United States of America

Your Order    dated 04/07/05 Mayra Medina
              PO #4570094
Dispatch:     0160 by forwarder
T.o.Del.:     0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 08/23/05
with delivery note no.    9588

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 2,000.00 | m | 45301305 FFMFA NW13 Container a 2000 m black, unslit 39173299 Your order code: M4644002 | 237.20 | / 100 | 4,744.00 P |
| | 1 | KAR900 | Half Slotted Container 20-5/8" x 10-7/8" | | | |

Total weight net  :    110.00  kg
Total weight gross:    110.00  kg

                       Total value                              4,744.00

The goods originate in the United States of America

Payment: 60 days net

          Anderson,      08/24/05   i.A. Crochetiere Susan
                     Tax-ID-Number: 03-0449731

No:       9514                          Delphi Automotive Systems
Page       2                            Disbursement Analysis, Dept.
                                                 Flint, MI  48501-1550
                                                 United States of America

Item        Quantity      Unit       Order code                    USD  / price unit USD/ n
                                     Specification

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Bill to:
Delphi Automotive Systems
**Disbursement Analysis, Dept.**

PO-Box    1550

              Flint, MI  48501-1550
              United States of America

**Invoice**

| | | |
|---|---|---|
| No. | : | 9549 |
| Date | : | 26/08/05 |
| Debtor no. | : | 1093019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 2694 |

Your contact in case of question:
Weber Bianca
+49 (95 25) 88-799

Ordered from:     **Delphi Packard International**      48 Walter Jones Blvd.
                  **EPDC-Dock 30**                        El Paso, TX  79906
                                                          United States of America

Ship to:          **Delphi Packard International**      48 Walter Jones Blvd.
                  **EPDC-Dock 30**                        El Paso, TX  79906
                                                          United States of America

Your Order    dated 24/08/05 Raul R. Alba
              P4570096
Dispatch:  by air freight
by forwarder Panalpina
del.note 892495, packed in 1 box 60x40x25 cm

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 100.00 | m | 45300700    net FFMPA NW 7,5 black, 100m coil 39173299 | 159.89    / 100 | 159.89 F |

Total weight net  :      3.00  kg
Total weight gross:      4.00  kg

                        Total value FCA Königsberg, uninsured          159.89

Payment: 0% the 30th of following month

                    We hereby declare that the wooden packing material
                    are totally free from bark and apperently free

ARCHIV

No:      9549
Page      2

Delphi Automotive Systems
Disbursement Analysis, Dept.
Flint, MI  48501-1550
United States of America

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|------|----------|------|--------------------------|------------------|-----------|

from live plant pests.

The goods originate in Germany.

Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

Bill to:
**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

PO-Box    1550

Flint, MI  48501-1550
United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 9597 |
| Date | : | 1/09/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 2707 |

Your contact in case of question:
Weber Bianca
+49 (95 25) 98-799

| | | | |
|---|---|---|---|
| Ordered from: | Delphi Packard International | 48 Walter Jones Blvd. | |
| | EPDC-Dock 30 | El Paso, TX  79906 | |
| | | United States of America | |
| Ship to: | Delphi Packard International | 48 Walter Jones Blvd. | |
| | EPDC-Dock 30 | El Paso, TX  79906 | |
| | | United States of America | |

Your Order   dated 30/08/05 Maribel
             P4570096
Dispatch:  by air freight
by forwarder Panalpina
del.note 894559, packed in 1 box 52x52x89 cm

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 500.00 | m | 40001310    net FFMYD NW13 coil á 50m black, slit 39173299 Your order code: M3768009 | 31.28 | / 100 | 156.40 r |

| | | |
|---|---|---|
| Total weight net  : | 19.00 | kg |
| Total weight gross: | 21.30 | kg |

Total value FCA Königsberg, uninsured        156.40

Payment: 0% the 30th of following month

Bill to:
**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

PO-Box   1550

Flint, MI  48501-1550
United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 9628 |
| Date | : | 5/09/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 2716 |

Your contact in case of question:
Weber Bianca
+49 (95 25) 88-799

Ordered from:   **Delphi Packard International**        48 Walter Jones Blvd.
                **EPDC-Dock 30**                          El Paso, TX  79906
                                                          United States of America

Ship to:        **Delphi Packard International**        48 Walter Jones Blvd.
                **EPDC-Dock 30**                          El Paso, TX  79906
                                                          United States of America

Your Order    dated  1/09/05 Sofia R. Robledo
              P4570096
Dispatch: by air freight
by forwarder Panalpina
del.note 896126, 2 boxes 117x78x77 cm each,
1 box 117x78x38,5 cm   packed on 1 pallet
120x80x95 cm and 1 pallet 120x80x135 cm

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 2,800.00 | m | 40001310   net<br>FFMYD NW13<br>coil à 50m<br>black, slit<br>39173299<br>Your order code: M3768009 | 31.28   / 100 | 875.84 P |

No:      9628                    Delphi Automotive Systems
Page      2                      Disbursement Analysis, Dept.
                                 Flint, MI  48501-1550
                                 United States of America

Item     Quantity  Unit   Order code              USD / price unit      USD / net
                          Specification

Total weight net  :       106.40  kg
Total weight gross:       147.10  kg

                          Total value FCA Königsberg, uninsured          875.84


Payment: 0% the 30th of following month

                    We hereby declare that the wooden packing material
                    are totally free from bark and apperently free
                    from live plant pests.

                    The goods originate in Germany.


                    Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box    1550

Flint, MI  48501-1550
United States of America

### Invoice

| | | |
|---|---|---|
| No. | : | 9643 |
| Date | : | 09/02/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 32 |

Consignee:    Delphi Packard International    48 Walter Jones Blvd.
EPDC-Dock 30    El Paso, TX  79906
United States of America

Your Order    dated 04/07/05 Mayra Medina
PO #4570094
Dispatch:    0160 by forwarder
T.o.Del.:    0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 09/02/05
with delivery note no.    9716

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 2,000.00 | m | 45301305 | 237.20    / 100 | 4,744.00 P |
| | | | FFMFA NW13 | | |
| | | | Container a 2000 m | | |
| | | | black, unslit | | |
| | | | 39173299 | | |
| | | | Your order code: M4644002 | | |
| | 1 | KAR900 | Half Slotted Container 20-5/8" x 10-7/8" | | |

Total weight net  :    110.00  kg
Total weight gross:    110.00  kg

Total value    4,744.00

The goods originate in the United States of America

Payment: 60 days net

Anderson,    09/02/05    i.A. Crochetiere Susan
Tax-ID-Number: 03-0449731

No:        9643                    Delphi Automotive Systems
Page       2                       Disbursement Analysis, Dept.
                                            Flint, MI  48501-1550
                                            United States of America

Item       Quantity    Unit       Order code              USD  / price unitUSD/ m
                                   Specification

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Bill to:
Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box    1550



Flint, MI  48501-1550
United States of America

# Invoice

| | |
|---|---|
| No. | : 9784 |
| Date | : 16/09/05 |
| Debtor no. | : 1093019 |
| Customer no. | : 83003 |
| Supplier no. | : 315721019 |
| Representative no.: | 960 |
| Our order no. | : 2745 |

Your contact in case of question:
Weber Bianca
+49 (95 25) 88-799

Ordered from:    Delphi Packard International   48 Walter Jones Blvd.
                 EPDC-Dock 30                    El Paso, TX  79906
                                                 United States of America

Ship to:         Delphi Packard International   48 Walter Jones Blvd.
                 EPDC-Dock 30                    El Paso, TX  79906
                                                 United States of America

Your Order    dated 14/09/05
              P4570096
Dispatch:  by air freight
by forwarder Penalpina
del.note 903723, packed in 1 box 60x60x106 cm

| Item | Quantity | Unit | Order code<br>Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 500.00 | m | 40001310    net | 31.28 | / 100 | 156.40 |
| | | | FPMYD NW13 | | | |
| | | | coil á 50m | | | |
| | | | black, slit | | | |
| | | | 39173299 | | | |
| | | | Your order code: M3768009 | | | |

Total weight net  :        19.00   kg
Total weight gross:        22.20   kg

                 Total value FCA Königsberg, uninsured            156.40

Payment: 0% the 30th of following month

No:      9784                    Delphi Automotive Systems
Page     2                       Disbursement Analysis, Dept.
                                 Flint, MI   48501-1550
                                 United States of America

Item      Quantity   Unit     Order code              USD / price unit       USD / net
                              Specification

                              We hereby declare that the wooden packing material
                              are totally free from bark and apperently free
                              from live plant pests.

                              The goods originate in Germany.

                              Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

# Invoice

| | | |
|---|---|---|
| Delphi Automotive Systems | No. | : | 9785 |
| Disbursement Analysis, Dept. | Date | : | 09/14/05 |
| | Debtor no. | : | 1083019 |
| PO-Box 1550 | Customer no. | : | 83003 |
| | Supplier no. | : | 3157210195 |
| | Representative no.: | 960 |
| Flint, MI 48501-1550 | Our order no. | : | 32 |
| United States of America | | |

Consignee: Delphi Packard International   48 Walter Jones Blvd.
            EPDC-Dock 30                    El Paso, TX  79906
                                            United States of America

Your Order    dated 04/07/05 Mayra Medina
              PO #4570094
Dispatch:     0160 by forwarder
T.o.Del.:     0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 09/14/05
with delivery note no.      9864

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 2,000.00 | m | 45301305 FFMPA NW13 Container a 2000 m black, unslit 39173299 Your order code: M4644002 | 237.20   / 100 | 4,744.00 |
| | 1 | | EWO110105  Exp. Wood Pallet 1100x1100x1050 (OXT) | | |

Total weight net  :      110.00  kg
Total weight gross:      117.90  kg

                         Total value                        4,744.00

The goods originate in the United States of America

Payment: 60 days net

Anderson,      09/14/05   i.A. Crochetiere Susan
               Tax-ID-Number: 03-0449731

No:        9785                          Delphi Automotive Systems
Page        2                            Disbursement Analysis, Dept.
                                              Flint, MI  48501-1550
                                              United States of America

    Item        Quantity        Unit        Order code                    USD  / price unitUSD/ r
                                             Specification

With best regards,

Fraenkische USA, LP
Anderson, SC.29621

Bill to:
**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

PO-Box   1550

     Flint, MI 48501-1550
     United States of America

# Invoice

| | | |
|---|---|---|
| No. | : | 9871 |
| Date | : | 22/09/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 2758 |

Your contact in case of question:
Weber Bianca
+49 (95 25) 88-799

Ordered from:  **Delphi Packard International**    **48 Walter Jones Blvd.**
           **EPDC-Dock 30**                  **El Paso, TX  79906**
                                            **United States of America**

Ship to:     **Delphi Packard International**    **48 Walter Jones Blvd.**
           **EPDC-Dock 30**                  **El Paso, TX  79906**
                                            **United States of America**

Your Order  dated 20/09/05 Maribel
      P4570096
Dispatch:  by air freight
by forwarder Panalpina
del.note 907308, packed in 1 box 77x57x37 cm

| Item | Quantity | Unit | Order code Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 300.00 | m | 40001310    net | 31.28 | / 100 | 93.84 ⊧ |
| | | | FFMYD NW13 | | | |
| | | | coil á 50m | | | |
| | | | black, slit | | | |
| | | | 39173299 | | | |
| | | | Your order code: M3768009 | | | |

Total weight net  :    11.40   kg
Total weight gross:    13.10   kg

                         Total value FCA Königsberg, uninsured        93.84

Payment: 0% the 30th of following month

```
No:      9871              Delphi Automotive Systems
Page     2                Disbursement Analysis, Dept.
                          Flint, MI  48501-1550
                          United States of America


Item    Quantity  Unit    Order code              USD / price unit      USD / net
                          Specification
```

We hereby declare that the wooden packing material
are totally free from bark and apperently free
from live plant pests.

The goods originate in Germany.


Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

PO-Box    1550

Flint, MI  48501-1550
United States of America

| **Invoice** | | |
|---|---|---|
| No. | : | 9920 |
| Date | : | 09/23/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721015 |
| Representative no.: | | 960 |
| Our order no. | : | 32 |

Consignee:   **Delphi Packard International    48 Walter Jones Blvd.**
             EPDC-Dock 30                      El Paso, TX  79906
                                               United States of America

Your Order    dated 04/07/05 Mayra Medina
              PO #4570094
Dispatch:     0160 by forwarder
T.o.Del.:     0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 09/23/05
with delivery note no.    9990

| Item | Quantity | Unit | Order code Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 2,000.00 | m | 45301305    net | 237.20    / 100 | 4,744.00 ₽ |
| | | | FFMPA NW13 | | |
| | | | Container a 2000 m | | |
| | | | black, unslit | | |
| | | | 39173299 | | |
| | | | Your order code: M4644002 | | |
| | 1 | KAR900 | Half Slotted Container 20-5/8" x 10-7/8" | | |
| 0020 | 4,000.00 | m | 45301305    net | 237.20    / 100 | 9,488.00 ₽ |
| | | | FFMFA NW13 | | |
| | | | Container a 2000 m | | |
| | | | black, unslit | | |
| | | | 39173299 | | |
| | | | Your order code: M4644002 | | |
| | 1 | KAR900 | Half Slotted Container 20-5/8" x 10-7/8" | | |

```
No:       9920                      Delphi Automotive Systems
Page      2                         Disbursement Analysis, Dept.
                                      Flint, MI  48501-1550
                                      United States of America

  Item        Quantity      Unit       Order code              USD  / price unit USD/
                                        Specification

Total weight net   :              330.00   kg
Total weight gross:               330.00   kg

                                Total value                           14,232.00

The goods originate in the United States of America


Payment: 60 days net


            Anderson,       09/23/05   i.A. Kilb Catherine
                        Tax-ID-Number:  03-0449731

With best regards,

Fraenkische USA, LP
Anderson, SC 29621
```

**Delphi Automotive Systems**
**Disbursement Analysis, Dept.**

| | | | |
|---|---|---|---|
| **Invoice** | | | |
| No. | : | 9982 | |
| Date | : | 09/30/05 | |
| Debtor no. | : | 1083019 | |
| Customer no. | : | 83003 | |
| Supplier no. | : | 315721019 | |
| Representative no.: | | 960 | |
| Our order no. | : | 2780 | |

**PO-Box    1550**

**Flint, MI   48501-1550**
**United States of America**

**Consignee:   Delphi Packard International   48 Walter Jones Blvd.**
**EPDC-Dock 30                        El Paso, TX   79906**
**United States of America**

**Your Order    dated 09/29/05**

**Dispatch:    0710 by air freight**
**1 pallet (1200x800x1350) by forwarder Panalpina**
**with delivery note no. 913265**

**T.o.Del.:    0050 ex works / FCA**
**purchase order P4570096**

**On the basis of our General Terms and Conditions we delivered on: 09/29/05**
**with delivery note no.    10054**

| Item | Quantity | Unit | Order code / Specification | USD / price unit | | USD / net |
|---|---|---|---|---|---|---|
| 0010 | 3,000.00 | m | 40000800    net | 23.76 | / 100 | 712.80 |
| | | | FFMYD NW 8,5 | | | |
| | | | coil à 50 mtr. | | | |
| | | | black, made of PA6, | | | |
| | | | unslit | | | |
| | | | 39173299 | | | |
| | | | Your order code: M3768105 | | | |

**Total weight net  :      72.00  kg**
**Total weight gross:      94.70  kg**

**Total value                                          712.80**
**FCA Königsberg, uninsured**
**The goods originate in the United States of America**

**Payment: 0% the 30th of following month**

```
No:       9982                        Delphi Automotive Systems
Page        2                         Disbursement Analysis, Dept.
                                            Flint, MI  48501-1550
                                            United States of America

Item      Quantity     Unit     Order code                    USD  / price unitUSD/ r
                                 Specification


          Anderson,    10/04/05   i.A. Kilb Catherine
                        Tax-ID-Number: 03-0449731
```

With best regards,

Fraenkische USA, LP
Anderson, SC 29621

Bill to:
Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box    1550

            Flint, MI  48501-1550
            United States of America

**Invoice**

No.                  :    10041
Date                 :   5/10/05
Debtor no.           :  1083019
Customer no.         :    83003
Supplier no.         : 315721019
Representative no.:        960
Our order no.        :      2787

Your contact in case of question:
Weber Bianca
+49 (95 25) 88-799

Ordered from:    Delphi Packard International    48 Walter Jones Blvd.
                 EPDC-Dock 30                                  El Paso, TX  79906
                                                               United States of America

Ship to:         Delphi Packard International    48 Walter Jones Blvd.
                 EPDC-Dock 30                                  El Paso, TX  79906
                                                               United States of America

Your Order    dated  4/10/05 Maribel
              P4570096
Dispatch:  by air freight
by forwarder Panalpina
del.note 914861, packed in 1 box 52x52x89 cm

| Item | Quantity | Unit | Order code<br>Specification | USD / price unit | | USD / net |
|------|----------|------|------------------------------|------------------|---|-----------|
| 0010 | 500.00 | m | 40001310    net<br>FFMYD NW13<br>coil á 50m<br>black, slit<br>39173299<br>Your order code: M3768009 | 31.28   / 100 | | 156.40 P |

Total weight net  :      19.00  kg
Total weight gross:      21.30  kg

                         Total value FCA Königsberg, uninsured              156.40

Payment: 0% the 30th of following month

No:      10041                    Delphi Automotive Systems
Page      2                       Disbursement Analysis, Dept.
                                  Flint, MI  48501-1550
                                  United States of America

Item      Quantity  Unit    Order code                USD / price unit        USD / net
                            Specification

                            We hereby declare that the wooden packing material
                            are totally free from bark and apperently free
                            from live plant pests.

                            The goods originate in Germany.


                            Tax number Fränkische: 259/159/91109

With best regards,

Fränkische Rohrwerke

Delphi Automotive Systems
Disbursement Analysis, Dept.

PO-Box    1550

      Flint, MI  48501-1550
      United States of America

# Invoice

| No. | : | 10065 |
|---|---|---|
| Date | : | 10/05/05 |
| Debtor no. | : | 1083019 |
| Customer no. | : | 83003 |
| Supplier no. | : | 315721019 |
| Representative no.: | | 960 |
| Our order no. | : | 32 |

Consignee:   Delphi Packard International   48 Walter Jones Blvd.
           EPDC-Dock 30                    El Paso, TX  79906
                                   United States of America

Your Order   dated 04/07/05 Mayra Medina
         PO #4570094
Dispatch:    0160 by forwarder
T.o.Del.:    0050 ex works / FCA

On the basis of our General Terms and Conditions we delivered on: 10/05/05
with delivery note no.    10125

| Item | Quantity | Unit | Order code<br>Specification | USD / price unit | USD / net |
|---|---|---|---|---|---|
| 0010 | 4,000.00 | m | 45301305    net<br>FFMFA NW13<br>Container a 2000 m<br>black, unslit<br>39173299<br>Your order code: M4644002 | 237.20    / 100 | 9,488.00 P |
|  | 2 | EWO110105 | Exp. Wood Pallet 1100x1100x1050 (OKT) | | |
| 0020 | 2,000.00 | m | 45301305    net<br>FFMFA NW13<br>Container a 2000 m<br>black, unslit<br>39173299<br>Your order code: M4644002 | 237.20    / 100 | 4,744.00 P |
|  | 1 | EWO110105 | Exp. Wood Pallet 1100x1100x1050 (OKT) | | |

```
No:      10065                          Delphi Automotive Systems
Page       2                            Disbursement Analysis, Dept.
                                             Flint, MI  48501-1550
                                             United States of America

Item       Quantity    Unit      Order code                USD  / price unit USD/ n
                                  Specification

Total weight net  :               330.00  kg
Total weight gross:               353.70  kg

                                  Total value                    14,232.00

The goods originate in the United States of America


Payment: 60 days net



           Anderson,      10/05/05   i.A. Crochetiere Susan
                          Tax-ID-Number: 03-0449731

With best regards,

Fraenkische USA, LP
Anderson, SC 29621
```