## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                                      In Proceedings For A
                                                            Reorganization Under
        **DANA CORPORATION, et al,**      Chapter 11
                                                            Case No.: 06-10354


        Debtors.

---------------------------------------------------------------------X

        **Claim No.:  6433**


### NOTICE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2) or (4))

To: (Transferor)          White Industrial Services
                          5010 Abrahams Dr. NE
                          Lowell, MI  49331
                          Attn:  Mike White


The transfer of your claim as shown above, in the amount of **$20,100.00** has been transferred (unless previously expunged by court order) to:

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attn : David S. Leinwand, Esq.


No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
        ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
        NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

        CLERK OF THE COURT

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____


        _____
        Deputy Clerk