## UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On July 6, 2007, true and correct copies of the following documents, filed today in the above captioned proceeding, were caused to be served on the parties listed on the attached Service List via first class mail:

(i.) Transfer Agreement FRBP *(Full Transfer)* Transfer of clm.#14404 *(clm.amt.:$1,204,920.60) from APS Capital Corp. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

(ii.) Transfer Agreement FRBP *(Full Transfer)* Transfer of clm.#14580 *(clm.amt.:$190,241.45) from APS Capital Corp. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

(iii.) Transfer Agreement FRBP *(Full Transfer)* Transfer of clm.#14479 *(clm.amt.:$609,554.90) from APS Capital Corp. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

**Dreier LLP**

By: _/s/Jean L. Guerrier_____
**Jean L. Guerrier**

**Sworn to before me this**
**6th day of July, 2007.**

_/s/ Lori Rudolph_
**Notary Public**

Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010

{00270597.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants**
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Delphi


**APS Capital Corp.**
1301 Capital of Texas Highway
Suite B-220
Austin, Texas 78746
Attn: Matthew Hamilton