UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
In re                                                                    In Proceedings For A
                                                                              Reorganization Under
**DELPHI CORPORATION, et al.**                            Chapter 11
                                                                              Case Number: 05-44481
                        Debtors.                                      Jointly Administered
---------------------------------------------------X


## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


PLEASE TAKE NOTICE that Amroc Investments, LLC hereby withdraws the Notice of Transfer of Claim filed from WHITE INDUSTRIAL SERVICES as transferor (**docket number 8479**), to Amroc Investments, LLC documents referring to Dana Corporation in the amount of $20,100.00.

Respectfully submitted this 6th day of July, 2007.


Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 850-7584

By: _____
        David S. Leinwand, Esq.