## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2007, I caused to be served via overnight courier two copies of the response and a digital version of the brief on the following:

| | |
|---|---|
| Delphi Corporation | Sakdden, Arpts, Slate, Meagher & Flom LLP |
| Attn: General Counsel | Attn: John Wm. Butler, Jr., John K. Lyons |
| 5725 Delphi Drive | and Randall G. Reese |
| Tray, Michigan 48098 | 333 W. Wacker Drive |
| | Suite 2100 |
| | Chicago, IL 60606 |

      Respectfully submitted,

/s/ Gary O. Ravert
Gary O. Ravert
*Counsel for Motorola*

- 1 -