TODD & LEVI, LLP
444 Madison Avenue, Suite 1202
New York, New York 10022-6959
Telephone: (212) 308-7400
Facsimile:  (212) 308-8450
Jill Levi (JL 5223)
David Rosenberg (DR 0302)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
In re:                                    :   Chapter 11
                                          :
    DELPHI CORPORATION, et al.,          :   Case No. 05-44481
                                          :
                         Debtors.          :   Jointly Administered
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## WITHDRAWAL OF BANK OF LINCOLNWOOD'S OPPOSITION TO DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION

      1.      On March 16, 2007, the Debtor Delphi Corporation ("Delphi") and Creditor Bank of Lincolnwood ("Lincolnwood, together with Delphi, the "Parties") entered into that certain settlement agreement pursuant to which the Parties resolved Delphi's Third Omnibus Claims objection with regard to Lincolnwood's claim No. 7090 (the "Settlement Agreement").

      2.      On March 27, 2007, Judge Drain signed that certain Joint Stipulation and Agreed Order Compromising and allowing Claim Number 7090 (the Order").

      3.      In light of the Settlement Agreement and the Order, Lincolnwood hereby withdraws its opposition dated November 21, 2006, to the Third Omnibus

Claims Objection, as moot.

Dated: New York, New York
July 5, 2007

                                      Respectfully submitted,
                                      TODD & LEVI, LLP

                                      By: _____
                                      Jill Levi (JL 5223)
                                      David Rosenberg (DR 0302)
                                      444 Madison Avenue, Suite 1202
                                      New York, New York 10022
                                          Telephone:  (212) 308-7400
                                      Facsimile:   (212) 308-8450
                                      Attorneys for Claimant and Creditor
                                      Bank of Lincolnwood