SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

In re                             :    Chapter 11
                             :

DELPHI CORPORATION, et al.,       :    Case No. 05-44481 (RDD)
                             :

                Debtor.    :    (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED
IN CONNECTION WITH SALE OF MEXICO BRAKE PLANT ASSETS

PLEASE TAKE NOTICE THAT:

         1.          Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on June 29**,** 2007, Delphi Automotive

Systems LLC ("DAS LLC") and Delphi Sistemas de Energia, S.A. de C.V. (collectively with

DAS LLC, the "Sellers") have entered into an Asset Sale And Purchase Agreement

("Agreement") with Robert Bosch LLC ("Bosch") and Frenados Mexicanos S.A. de C.V.

(together with Bosch, the "Purchasers") for the purchase of substantially all of the assets

primarily used in the brake and chassis modules product lines in the manufacturing plant

located in Saltillo, Mexico (the "Mexico Brake Plant Business"), including the machinery,

equipment, inventories, medical and personnel records, water well rights, and all other assets

of DAS LLC to be sold to the Purchasers pursuant to the Agreement (the "Acquired Assets").

DAS LLC hereby provides notice (the "Notice") of its intent to assume and assign the

prepetition executory contracts or unexpired leases (the "Assumed Contract") listed on

Exhibit 1 hereto to the Purchasers or the successful bidder at the auction, as the case may be.

       2.      On the date of the closing of the transactions contemplated by the

Agreement (the "Closing Date"), or as soon thereafter as is reasonably practicable, DAS LLC

will pay the amount DAS LLC's records reflect is owing for prepetition arrearages, if any, as

set forth on Exhibit 1 hereto (the "Cure Amount").  DAS LLC's records reflect that all

postpetition amounts owing under the Assumed Contracts have been paid and will continue

to be paid until the assumption and assignment of the Assumed Contracts and that, other than

the Cure Amount, there are no other defaults under the Assumed Contracts.

       3.      Objections, if any, to the proposed Cure Amount must (a) be in

writing, (b) state with specificity the cure asserted to be required, (c) include appropriate

documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered by this Court on October 26, 2006

(Docket No. 5418), (e) be filed with the Bankruptcy Court in accordance with General Order

M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (f) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (g) be served in hard-copy form so that they are actually received within ten

days of service of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactions & Restructuring), (iii) counsel

to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite

2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Brian M. Fern), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the

official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for

the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson

LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vii)

counsel for the Purchasers, Warner Norcross & Judd LLP, 900 Fifth Third Center, 111 Lyon

Street NW, Grand Rapids, Michigan 49503-2487 (Att'n: Gordon Toering), and (viii) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

4.      If an objection to the Cure Amount is timely filed and received, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at such date and time as the Court may schedule.  A hearing regarding the Cure Amount, if any, may be continued at the sole discretion of the Sellers until after the Closing Date.

5.      If no objection is timely filed and received, the Cure Amount set forth in Exhibit 1 hereto will be controlling, notwithstanding anything to the contrary in any Assumed Contract or any other document, and the non-Debtor party to the Assumed Contract will be deemed to have consented to the Cure Amount and will be forever barred from asserting any other claims against DAS LLC, the Purchasers or the successful bidder at the auction, as appropriate, or the property of either of them, as to such Assumed Contract.  The failure of any objecting person or entity to timely file an objection will be a bar to the assertion, at the sale hearing or thereafter, of any objection to the sale motion, the sale, or DAS LLC's consummation and performance of the Agreement (including the transfer of the assets and the Assumed Contracts free and clear of all claims or interests, as described in the Motion), if authorized by the Court.

6.      Prior to the Closing Date, DAS LLC may amend its decision with

respect to the assumption and assignment of the Assumed Contracts and provide a new notice

amending the information provided in this Notice.

Dated:  New York, New York
        July 2, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                    By:  /s/ John Wm. Butler, Jr.
                         John Wm. Butler, Jr. (JB 4711)
                         John K. Lyons (JL 4951)
                         Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                            - and -

                    By:  /s/ Kayalyn A. Marafioti
                         Kayalyn A. Marafioti (KM 9632)
                         Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                      Debtors and Debtors-in-Possession

# EXHIBIT 1

ATF Inc
3550 W Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550074000 | $0.00 |

# EXHIBIT 1

Robert Bosch Corp
Bosch Automotive Group
38000 Hills Tech Dr
Farmington Hills MI 48331-2417

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Nos. 550072723, 550073345, 5500026332, 5500026338, 5500026333, 5500026339, 5500026344, 5500026350, 5500026345, 5500026351, 5500033443, 5500034788, 5500028684 and 5500027610 | $0.00 |

# EXHIBIT 1

The Cold Heading Co
21777 Hoover Rd
Warren MI 48089

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 550001271 | $0.00 |

# EXHIBIT 1

Fortech Products Inc
10566 Plaza Dr
Whitmore Lake MI 48189-9156

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550076650 | $26,628.00 |

# EXHIBIT 1

Intermet Corporation
700 Tower Dr Fl 4
Troy MI 48098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550078567 | $166,191.92 |

# EXHIBIT 1

Mac Arthur Corp
PO Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550008788 | $102.33 |

# EXHIBIT 1

Magni Industries Inc
2771 Hammond
Detroit MI 48209

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 550001548 | $12,852.00 |

# EXHIBIT 1

Midwest Stamping & Manufacturing Co
Midwest Stamping Inc
2525 Corporate Way
Sumter SC 29154

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550072468 | $7,603.20 |

# EXHIBIT 1

PBR Knoxville LLC
10215 Caneel Dr
Knoxville TN 37931

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550053219 | $0.00 |

# EXHIBIT 1

Thyssen Krupp Waupaca Inc
PO Box 249
Waupaca WI 54981-0249

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550070456 and 550078566 | $0.00 |