SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :
    In re               :    Chapter 11
                :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                :
           Debtor.    :    (Jointly Administered)
                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO PURCHASERS IN CONNECTION WITH SALE OF CATALYST BUSINESS

PLEASE TAKE NOTICE THAT:

    1.      Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on June 29, 2007, Delphi Corporation

("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set

forth in the Agreement (the "Selling Debtor Entities")[1] have entered into a Master Sale And

Purchase Agreement ("Agreement") with Umicore and certain of its affiliates (the

"Purchasers") for the purchase of substantially all of the assets exclusively used in the

catalyst business of Delphi Corporation.

2.      Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and assign the prepetition contracts

(the "Assumed Contracts") and assign the postpetition contracts (the "Postpetition Contracts")

listed on Exhibit 1 hereto to the Purchasers at the hearing to be held at 10:00 a.m. (prevailing

Eastern time) on August 16, 2007 (the "Sale Hearing") before the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 610, New York, New York 10004.

3.      Objections, if any, to the assumption and assignment of an Assumed

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Amended

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems
(Holding) Inc., Delphi Automotive Systems LLC, Exhaust Systems Corporation, Environmental
Catalysts, LLC, Delphi Technologies, Inc., ASEC Manufacturing General Partnership, and ASEC Sales
General Partnership.  Certain assets will be sold under the Agreement by non-debtor affiliates of the
Selling Debtor Entities listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the
selling non-Debtor affiliates are collectively referred to as the "Sellers."

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P.

2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice,

Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No.

5418) (together with the Supplemental Case Management Order, the "Case Management

Orders"), (d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so it is actually received within ten days

after the date of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactions & Restructuring), (iii) counsel

to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite

2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Brian M. Fern), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the

official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for

the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson

LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii)

counsel for the Purchasers, Goodwin Procter LLP, 901 New York Avenue, N.W.,

Washington, DC 20001 (Att'n: J. Hovey Kemp), and (ix) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

4.    If an objection to the assumption and assignment of an Assumed Contract is timely filed and received, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at the Sale Hearing or such date and time as the Court may schedule. If no objection is timely received, the non-Debtor party to the Assumed Contract will be deemed to have consented to the assumption and assignment of the Assumed Contract and will be forever barred from asserting any other claims, including, but not limited to, the propriety or effectiveness of the assumption and assignment of the Assumed Contract, against the Selling Debtor Entities or the Purchasers, or the property of either of them.

5.    Pursuant to 11 U.S.C. § 365, there is adequate assurance of future performance that the Cure Amount set forth in the Cure Notice will be paid in accordance with the terms of the Sale Approval Order. Further, there is adequate assurance of the Purchasers' future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Purchasers.

6.    Prior to the Closing Date, the Selling Debtor Entities may amend their decision with respect to the assumption and/or assignment of any Assumed Contract or Postpetition Contract and provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
        July 5, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr. (JB 4711)
       John K. Lyons (JL 4951)
       Ron E. Meisler (RM 3026)
     333 West Wacker Drive, Suite 2100
     Chicago, Illinois  60606
     (312) 407-0700

          - and -

By:  /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti (KM 9632)
       Thomas J. Matz (TM 5986)
     Four Times Square
     New York, New York 10036
     (212) 735-3000

     Attorneys for Delphi Corporation, et al.,
       Debtors and Debtors-in-Possession

# EXHIBIT 1

City of Tulsa
Rogers County Port Authority
5301 West Channel Road
Tulsa's Port of Catoosa
Catoosa, OK 74105



| Contract to be assumed: |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60017-5017

| Contract to be assumed: |
|---|
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| **Contract to be assumed:** |
|---|
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| Contract to be assumed: |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

City of Tulsa
Rogers County Port Authority
5301 West Channel Road
Tulsa's Port of Catoosa
Catoosa, OK 74105

| Contract to be assumed: |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60117-5017

| Contract to be assumed: |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| **Contract to be assumed:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314



| **Contract to be assumed:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
| --- |
| Purchase Order No. M29398 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
|---|
| Purchase Order No. 12999 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
| --- |
| Purchase Order No. 12834 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 15588 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
|---|
| Purchase Order No. 12559 |

# EXHIBIT 1

QEK Global Solutions (US) Inc.
Cindy Vest
6001 N. Adams Rd. Ste. 100
Bloomfield Hills, MI 48304

| **Contract to be assumed:** |
| --- |
| Leased VEL Test Vehicles |

# EXHIBIT 1

Tiense Suikerraffinaderij
Aandorenstraat 1
Tienen, 3300
Belgium

| **Contract to be assumed:** |
|---|
| Confidentiality Agreement by and between Tiense Suikerraffinaderij and Delphi Automotive Systems dated October 14, 2002 |

# EXHIBIT 1

Eversharp Tool Inc
11350 E 60th Pl
Tulsa, OK 74146-6817

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Eversharp Tool, Ind. Dated 4/30/2003 |

# EXHIBIT 1

Johnson Matthey Inc
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| **Contract to be assumed:** |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| **Contract to be assumed:** |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| **Contract to be assumed:** |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Plc
Precious Metals Marketing Division
2001 Nolte Dr
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed:** |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Mark Kennon
5401 S. Sheridon
Tulsa, OK 74145

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |

# EXHIBIT 1

A&B Process Systems, Corp.
201 S. Wisconsin Avenue
Stratford, WI 54484

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with A&B Process Systems dated 5/23/2002 |

# EXHIBIT 1

Barton Construction Co Inc
2702 E N Sheridan
Tulsa, OK 74115-2321

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Barton Construction dated 5/24/2002 |

# EXHIBIT 1

Ed Wallace
2205 E.L. Anderson Blvd
Claremore, OK 74017

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Blackmer/Tarby Pumps dated 3/21/2002 |

# EXHIBIT 1

Chemineer, Inc
Al Harold
5870 Poe Avenue
Dayton OH 45414

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Chemineer, Inc. dated 2/6/2002 |

# EXHIBIT 1

Draiswerke Inc
40 Whitney Road
Mahwah, NJ 07430

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Draiawerke, Inc. dated 3/25/2002 |

# EXHIBIT 1

Industrial Equipment & Design Company
110 American Blvd., Suite 1
Turnersville, NJ 08012

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Industrial Equipment & Design Company dated 3/6/2002 |

# EXHIBIT 1

Tom Darter
16116 University Oak
San Antonio, TX 78249

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Jet Specialty dated 5/22/2002 |

# EXHIBIT 1

Brenda Harris
105 Temperature Lane
Statesville, NC 28677

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with JMS Southeast Inc. dated 6/4/2002 |

# EXHIBIT 1

Rodney Schilt
2700 N. Hemlock Ct. St. 1108
Broken Arrrow, OK 74012

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Joe Mayfield Construction Co. Inc. dated 6/3/2002 |

# EXHIBIT 1

K-tron America
Routes 55 & 553
Pitman, NJ 08071

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |

# EXHIBIT 1

Pathfinder Systems, Inc.
200 Union Blvd., Suite 300
Lakewood, CO 80228-1831

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |

# EXHIBIT 1

Bill Tuggle
2241 East Skelly Drive St.5
Tulsa, OK 74105

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Master Pumps & Equipment Corp. dated 3/22/2002 |

# EXHIBIT 1

Barton Construction
2702 E N Sheridan
Tulsa, OK 74115-2321

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Michael F. Henry P.E. Inc. dated 10/2/2002 |

# EXHIBIT 1

Steve Bartmier
9764 E. 55th Pl.
Tulsa, OK 74146

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with North East Ok Mfg. dated 10/25/2002 |

# EXHIBIT 1

ORAFTI
Aandorenstraat 1
Tienen, 3300
Belgium

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with ORAFTI dated 10/14/2002 |

# EXHIBIT 1

Pattison Precision
Raymond Pattison
701 North 15th Street
Broken Arrow, OK 74012

| **Contract to be assumed:** |
|:---:|
| Delphi Automotive Systems Confidentiality Agreement with Pattison Precision dated 10/25/2002 |

# EXHIBIT 1

Vanco Engineering Co
7033 E 40th
Tulsa, OK 74145

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |

# EXHIBIT 1

Philadelphia Mixer Company
PO Box 8500 2180
Philadelphia, PA 19178-2180

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |

# EXHIBIT 1

Premier Mill
1 Birchmont Drive
Reading, PA 19606-3298

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Premier Mill dated 3/22/2002 |

# EXHIBIT 1

PSI Water Systems, Inc.
97 Eddy Rd. Unit 6
Manchester, NH 03102

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with PSI Water Systems, Inc. dated 7/17/2002 |

# EXHIBIT 1

Rosemount Inc.
12001 Technology Dr Ab03
Eden Prairie, MN 55344

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Rossmount Inc. dated 10/29/2002 |

# EXHIBIT 1

SealMaster, Inc.
368 Martinel Dr
Kent, OH 44240-4368

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with SealMaster, Inc. dated 8/3/2002 |

# EXHIBIT 1

Seltech, Inc
5321 S Sheridan Rd Ste 31
Tulsa, OK 74153

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Seltech, Inc. dated 6/5/2002 |

# EXHIBIT 1

Ron Bridie
12211 E. 51st Street
Tulsa, OK 74146

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Vinson Process Controls dated 10/29/2002 |

# EXHIBIT 1

Gary Martin
415 E. Houston
Broken Arrow, OK 74012

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Werco Inc. dated 10/25/2002 |

# EXHIBIT 1

Young Industries
PO Box 30
Muncy, PA 17756-0030

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Young Industries dated 11/1/2002 |

# EXHIBIT 1

Detroit Diesel Corporation
13400 Outer Drive West
Detroit, MI 48239

| **Contract to be assumed:** |
| --- |
| Agreement between Detroit Diesel Corporation and Delphi Energy & Engine Management Systems division of General Motors Corporation dated 3/20/1996 |

# EXHIBIT 1

Anckelmannsplatz
1 Hamburg
Hamburg D 20537
Germany

| **Contract to be assumed:** |
|---|
| Confidentiality Agreement between Delphi Catalysts, Sasol Olefins & Surfactants GmbH & Co. KG and Daichi dated May 7, 2004 |

# EXHIBIT 1

Magnesium Elektron Ltd.
Lums Lane
Clifton Junction
Swinton Manchester M27 8LS
England

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Magnesium Electron Inc.
500 Point Breeze Road
Flemington, NJ 0882

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Grace Davison
7500 Grace Drive
Columbia, MD 21044-4098

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement between Grace Davison and Delphi Energy and Chassis Systems, a division of Delphi Automotive Systems LLC |

# EXHIBIT 1

Rhodia Electronics and Catalysis
26 rue Chef de Baie
La Rochelle, 17000
France

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Rhodia E&C Inc.
259 Prospect Plains Road
Cranbury, NJ 08512

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Sojitz Corporation of America
1211 Avenue of the Americas
New York, NY 10036

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

NN Chemical Corporation
Roppongi 25 Mori Bldg.
4-30 Roppongi 1-chome
Minato-ku Tokyo 106-0032
Japan

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

Daiichi Kigenso Kagaku Kogyo Company, Ltd.
6-38 Hirabayashi Minami 1-Chome
Suminoe-ku Osaka 559-0025
Japan

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

AirFlow Catalyst Systems
183 E. Main Street
Suite 925
Rochester, NY 14604

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement between AirFlow Catalyst Systems and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |

# EXHIBIT 1

Nanox Inc
4975 Rideau Street
Quebec, QC
Canada

| Contract to be assumed: |
| --- |
| Confidential Information Agreement Nanox, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated October 1, 2005 |

# EXHIBIT 1

Nippon Light Metal Company Limited
2-20 Higashi-Shinagawa 2 chome
Shinagawa-ku Tokyo 140-8628
Japan

| Contract to be assumed: |
| --- |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Sojitz Corporation
1-20 Akasaka 6-chome
Minato-ku Tokyo 107-8655
Japan

| **Contract to be assumed:** |
|---|
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Sojitz Corporation of America
1211 Avenue of Americas
New York, NY 10036

| **Contract to be assumed:** |
| --- |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Norit Americas
3200 University Ave
PO Box 790
Marshall, TX 75670

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement between Norit Americas, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective June 22, 2006 |

# EXHIBIT 1

Performance Industries
20 Lake Marian
Carpentersville, IL 60102

| **Contract to be assumed:** |
| --- |
| Proprietary Information Agreement between Performance Industries and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |

# EXHIBIT 1

Pacific Industrial Development Corp.
4788 Runway Blvd.
Ann Arbor, MI 48108

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement between Pacific Industrial Development Corp. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective November 2, 2005 |

# EXHIBIT 1

Sud-Chemie AG Waldheimer
Str. 15 Heufeld
Bayern, 80352
Germany

| Contract to be assumed: |
|---|
| Proprietary Information Agreement between Sud-Chemie AG Waldheimer Str. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective October 1, 2005 |

# EXHIBIT 1

Tosoh Corporation
3-8-2, Shiba
Minato-Ku Tokyo 105-8623
Japan

| Contract to be assumed: |
| --- |
| Confidential Information Agreement between Tosoh Corporation and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective May 1, 2005 |

# EXHIBIT 1

AlliedSignal, Inc.
101 Columbia Road
Morristown, NJ 07960

| **Contract to be assumed:** |
| --- |
| Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad Maharashtra 431136
India

| Contract to be assumed: |
| --- |
| Technology License Agreement between Varroc Exhaust Systems Pvt. Ltd. and DTI Dated May 12, 2005. First Amendment Deed to The Technology License Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Technologies, Inc. |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad Maharashtra 431136
India

| **Contract to be assumed:** |
|---|
| DAS Technical Assistance Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The DAS Technical Assistance Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad Maharashtra 431136
India

| **Contract to be assumed:** |
|---|
| Technical Efficiency Services Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The Technical Efficiency Services Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk, 630090
Russia

| **Contract to be assumed:** |
|---|
| Research Agreement No. 00274-03 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated October 23, 2000.  First Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated September 21, 2001.  Second Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Third Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Fourth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated November 15, 2002.  Fifth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 3, 2003.  Sixth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated June 17, 2003.  Seventh Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated April 7, 2004.  Eighth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated January 26, 2004.  Ninth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 24, 2005.  Tenth Amendment.  Eleventh Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy and Chassis Systems dated December 11, 2006. |

# EXHIBIT 1

Martin Marietta Energy Systems, Inc.
PO Box 2009
Oak Ridge, TN 37831-8242

| **Contract to be assumed:** |
|---|
| Stevenson-Wydler Cooperative Research and Development Agreement between Martin Marietta Energy Systems, Inc. and General Motors AC Rochester dated 1993 |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk, 630090
Russia

| Contract to be assumed: |
| --- |
| Service Agreement 04354-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk, 630090
Russia

| **Contract to be assumed:** |
|---|
| Service Agreement 02327-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Ave
Bethlehem, PA 18015

| **Contract to be assumed:** |
|---|
| Academic Partnerships Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Office of Research Services
Ann Powell
University of New Mexico
Scholes Hall, RM 102
Albuquerque, NM 87131

| **Contract to be assumed:** |
|---|
| University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 |

# EXHIBIT 1

Metropolitan Life Insurance Company
Attention:  Robert C. Love, Vice President
25300 Telegraph Road, Suite 580
Southfield, MI 48034

| **Contract to be assumed:** |
| --- |
| Dental Care Benefits Administrative Services Agreement between Metropolitan Life Insurance Company and ASEC Manufacturing Company, effective January 1, 2001 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 21967 |

# EXHIBIT 1

Epicor Software Corporation
18200 Von Karman
Suite #1000
Irvine, CA 92612

| **Contract to be assumed:** |
| :---: |
| Purchase Order No. 21893 |

# EXHIBIT 1

Lester Associates Inc.
383 Main St Ste 202
PO Box 354
Chatham, NJ 07928-2100

| **Contract to be assumed:** |
|---|
| Purchase Order No. 19513 |

# EXHIBIT 1

David A Matthews
1317 S 77th E Ave
Tulsa, OK 74112

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 21083 |

# EXHIBIT 1

PC Computers & Software Inc
8125-G E 51st St
Tulsa, OK 74145

| **Contract to be assumed:** |
|---|
| Purchase Order No. 20469 |

# EXHIBIT 1

Hewlett-Packard Company
MS 5518
8000 Foothills Blvd
Roseville, CA 95747

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 22120 |

# EXHIBIT 1

Inventory Limited
2 Lansdowne Crescent
Suite 240 Bournemouth BH1 1SA
United Kingdom

| **Contract to be assumed:** |
|---|
| Purchase Order No. 20991 |

# EXHIBIT 1

L.I.M.S. (USA), Inc.
4000 Hollywood Blvd
Ste. 730N
Hollywood, FL 33021

| Contract to be assumed: |
|---|
| Purchase Order No. 21768 |

# EXHIBIT 1

Micro-Tel Center
3700 Holcomb Bridge Rd.
Norcross, GA 30092

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 21685 |

# EXHIBIT 1

Black Box Network Services
(Frmly Norstan)
SDS 12-0976
PO Box 86
Minneapolis, MN 55486-0976

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 21885 |

# EXHIBIT 1

Radley Corporation
23077 Greenfield
Ste. 440
Southfield, MI 48075

| Contract to be assumed: |
| --- |
| Purchase Order No. 17677 |

# EXHIBIT 1

Sebring Systems Technologies, Inc.
9726 East 42nd Street
Suite 201
Tulsa, OK 74146

| **Contract to be assumed:** |
| --- |
| Sebring Systems Technologies Inc. Client Service Agreement; Client Service Agreement dated June 4, 2001. |

# EXHIBIT 1

McDonnell Information Systems Incorporated
5310 Beethoven Street
Los Angeles, CA 90066

| Contract to be assumed: |
| --- |
| Agreement between ASEC and MDIS - CHESS Agreement #2427 dated 9/29/1995 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| Contract to be assumed: |
| :---: |
| Purchase Order No. 21771 |

# EXHIBIT 1

Dell
Edward Spater
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
|---|
| ASEC - Dell Server Support Agreement |

# EXHIBIT 1

David Milum II
dba Tri-Pro Consulting
202-B Pringle Circle
Green Cove Springs, FL 32043

| Contract to be assumed: |
| --- |
| Purchase Order Nos. 20655, 20656 and 22127 |

# EXHIBIT 1

Prime Systems Incorporated
32915 Aurora Rd.
Suite 100
Solon, OH 44139

| **Contract to be assumed:** |
| --- |
| ASEC & PRIME (Software License agreement) dated 09/16/1996 |

# EXHIBIT 1

Shainin LLC
3115 T Avenue
Anacortes, WA 98221

| **Contract to be assumed:** |
|---|
| Purchase Order No. 19545 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 19151 |

# EXHIBIT 1

Telnet Software
PO Box 2008
MS 6294
Oak Ridge, TN 37831

| Contract to be assumed: |
|---|
| Purchase Order No. 19151 |

# EXHIBIT 1

Software Spectrum
3480 Lotus Drive
Plano, TX 75075

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 2 21799 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
|---|
| Purchase Order No. 18444 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 18796 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 181838 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| Contract to be assumed: |
|---|
| Purchase Order No. 17075 |

# EXHIBIT 1

PC Computers & Software Inc
8125-G E 51st St
Tulsa, OK 74145

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 20621 |

# EXHIBIT 1

National Instruments
11500 N. Mopac Expwy
Bldg. A
Austin, TX 78759-3504

| **Contract to be assumed:** |
|---|
| Purchase Order No. 21800 |

# EXHIBIT 1

CDW
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 17068 |

# EXHIBIT 1

Software Spectrum
3480 Lotus Drive
Plano, TX 75075

| **Contract to be assumed:** |
|---|
| Purchase Order No. 21798 |

# EXHIBIT 1

Daimlerchrysler Corporation
Attn Nancy Broyles
Cims 484 04 10
800 Chrysler Dr
Auburn Hills, MI 48326-2757

| Contract to be assumed: |
|---|
| Purchase Order Nos. O4559089, O4559090, O4559074, O5559316, O4559076, O5559311, O5559004, O4559075, O4559074, O7559025, O7559032, O7559027, O5559304, O6559025, O5559310, O7559026, O5559309, O8559030 |

# EXHIBIT 1

General Motors Corporation
Powertrain Division
777 Joslyn Ave
Pontiac, MI 48348

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 550015396, 550014835, 550016206, 550060257, 550060259, 550055386, 550055387, 550063956, 550063957, 550060416, 550059663, 550059665, 550077234, 550014714 |

# EXHIBIT 1

Benteler Automotive
320 Hall St Sw
Grand Rapids, MI 49507

| **Contract to be assumed:** |
|---|
| Purchase Order No. 5500001765 |

# EXHIBIT 1

Engine Control Systems Ltd
165 Pony Dr
Newmarket, ON L3Y7V1
Canada

| **Contract to be assumed:** |
|---|
| Supply Agreement between Engine Control Systems, Ltd. and ASEC Sales |

# EXHIBIT 1

General Motors Corporation
GM Euro Metals
Russelsheim, D-65423
Germany

| **Contract to be assumed:** |
| --- |
| Consignment Agreement for Platinum Group Metal between GMC and ASEC Manufacturing Sales (Pty) Ltd. owned by Delphi Automotive Systems (Holding), Inc. dated January 31, 2001 |

# EXHIBIT 1

General Motors Corporation
GM Euro Metals
Russelsheim, D-65424
Germany

| **Contract to be assumed:** |
|---|
| Consignment Agreement for Platinum Group Metals between GM and ASEC Manufacturing Sales SAS dated 3/30/01 |

# EXHIBIT 1

Chrysler Corp.
Mr. Lawrence R. Biskner
Manufacturing Group Accounting
7150 Metropolitan Pkwy
Sterling Heights MI 48312

| **Contract to be assumed:** |
| --- |
| Noble Metal Stock Account Agreement between DaimlerChrysler Corporation and Delphi Automotive Systems LLC |

# EXHIBIT 1

Mitsubishi Corporation
6-3, Marunouchi 2-Chome
Chiyoda-Ku Tokyo 100-86
Japan

| **Contract to be assumed:** |
|---|
| Noble Metal Stock Account Agreement between Allied-Signal Automotive Catalyst Company, a division of Allied-Signal Inc. and Mitsubishi Corporation dated 7/1/1990 |

# EXHIBIT 1

Maybee and Associates
Mr. Don Maybee
7015 Fieldcrest Rd.
Brighton, MI 48116

| **Contract to be assumed:** |
| --- |
| Sales Representative Agreement between Delphi Automotive Systems LLC and Tawas Industries Components, Inc. dated December 7, 2005 |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth, 6000
South Africa

| Contract to be assumed: |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| **Contract to be assumed:** |
|---|
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Brenntag Southwest Inc
206 E Morrow
Sand Springs, OK 74063

| Contract to be assumed: |
|---|
| Contract Order No. 50195 |

# EXHIBIT 1

Brenntag Southwest Inc
PO Box 970230
Dallas, TX 75397-0230

| **Contract to be assumed:** |
|---|
| Contract Order No. 50195 |

# EXHIBIT 1

Umicore Marketing Services
3120 Highwoods Blvd Ste 110
Raleigh, NC 27604

| **Contract to be assumed:** |
|---|
| Purchase Order No. 50207 |

# EXHIBIT 1

Harcros Chemicals Inc
3810 S Elwood Ave
Tulsa, OK 74107

| Contract to be assumed: |
| --- |
| Contract Order No. 50210 |

# EXHIBIT 1

Harcros Chemicals Inc
5200 Speaker Rd
Kansas City, KS 66106

| Contract to be assumed: |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

Harcros Chemicals Inc
PO Box 74583 Br 0006
Chicago, IL 60690

| **Contract to be assumed:** |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

C & L Development Corporation
12930 Saratoga Ave Ste D6
Saratoga, CA 95070

| **Contract to be assumed:** |
|---|
| Contract Order No. 50212 |

# EXHIBIT 1

Sojitz Corporation Of America
1211 Ave Of The Americas
New York, NY 10036

| Contract to be assumed: |
| --- |
| Contract Order No. 50213 |

# EXHIBIT 1

Sojitz Corporation Of America
PO Box 360913m
Pittsburgh, PA 15251

| Contract to be assumed: |
| --- |
| Contract Order No. 50213 |

# EXHIBIT 1

Grace Davison
4127 Collections Ctr Dr
Chicago, IL 60693

| Contract to be assumed: |
| --- |
| Contract Order No. 50214 |

# EXHIBIT 1

Grace Davison
PO Box 75147
Charlotte, NC 28275

| Contract to be assumed: |
|---|
| Contract Order No. 50214 |

# EXHIBIT 1

Grace Davison W R Grace & Co Conn
Attn Manager Credit & Collections
7500 Grace Dr
Columbia, MD 21044

| Contract to be assumed: |
| --- |
| Contract Order No. 50214 |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60017-5017

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50215 |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| **Contract to be assumed:** |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| **Contract to be assumed:** |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

OMG Americas Inc
811 Sharon Dr
Westlake, OH 44145-1522

| Contract to be assumed: |
| --- |
| Contract Order No. 50216 |

# EXHIBIT 1

OMG Americas Inc
PO Box 6066n
Cleveland, OH 44193

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50216 |

# EXHIBIT 1

Magnesium Elektron Inc
C O Jerrold S Kulback Esq
Archer & Greiner Pc
One Centennial Sq
Haddonfield, NJ 08033

| Contract to be assumed: |
| --- |
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Inc
500 Point Breeze Rd
Flemington, NJ 08822-9111

| **Contract to be assumed:** |
|---|
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Inc
PO Box 8500 2480
Philadelphia, PA 19178-2480

| Contract to be assumed: |
| --- |
| Contract Order No. 50217 |

# EXHIBIT 1

Cimbar Performance Minerals
25 Old River Rd Se
Cartersville, GA 30120

| **Contract to be assumed:** |
|:---:|
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
Lockbox 577
Carolstream, IL 60132-0577

| Contract to be assumed: |
| --- |
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
1212 Ave Of The Americas
New York, NY 10036-1689

| **Contract to be assumed:** |
|---|
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
K W Zank Trust Div A C5115114
Detroit, MI 48226

| Contract to be assumed: |
|---|
| Contract Order No. 50218 |

# EXHIBIT 1

Hercules Incorporated
Aqualon Division
Hercules Plz
1313 N Market St
Wilmington, DE 19894-0001

| **Contract to be assumed:** |
|---|
| Contract Order No. 50221 |

# EXHIBIT 1

Hercules Incorporated
Aqualon Division
Hercules Plz
Wilmington, DE 19894-0001

| Contract to be assumed: |
| --- |
| Contract Order No. 50221 |

# EXHIBIT 1

Hercules Incorporated
PO Box 846046
Dallas, TX 75284-6046

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50221 |

# EXHIBIT 1

Nyacol Nano Technologies Inc
Megunko Rd
PO Box 349
Ashland, MA 01721-0349

| **Contract to be assumed:** |
|---|
| Contract Order No. 50219 |

# EXHIBIT 1

Nyacol Nano Technologies Inc
PO Box 847928
Boston, MA 02284-7928

| **Contract to be assumed:** |
|---|
| Contract Order No. 50219 |

# EXHIBIT 1

Sachem
PO Box 915043
Dallas, TX 75391-5043

| **Contract to be assumed:** |
|---|
| Contract Order No. 50222 |

# EXHIBIT 1

Sachem Inc
821 E Woodward St
Austin, TX 74704-7418

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50222 |

# EXHIBIT 1

Tosoh Usa Inc
Attn Finance Dept Pam Schmittler
3600 Gantz Rd
Grove City, OH 43123

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50224 |

# EXHIBIT 1

Tosoh Usa Inc
PO Box 712368
Cincinnati, OH 45271-2368

| **Contract to be assumed:** |
|---|
| Contract Order No. 50224 |

# EXHIBIT 1

Sasol Germany Gmbh
Attn Accounting
Anckelmannsplatz 1
Postfach 60 23 05
Hamburg, D-22223
Germany

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50225 |

# EXHIBIT 1

Sasol Germany Gmbh
Inorganic Specialty Chemicals
Attn Dr Stefan Maedje
Anckelmannsplatz 1
Hamburg D 20537
Germany

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50225 |

# EXHIBIT 1

Sasol Vista Chemical
PO Box 910855
Dallas, TX 75391-0855

| **Contract to be assumed:** |
|---|
| Contract Order No. 50225 |

# EXHIBIT 1

Johnson Matthey Inc.
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| **Contract to be assumed:** |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| **Contract to be assumed:** |
|:---:|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| **Contract to be assumed:** |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey PLC
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey PLC
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50226 |

# EXHIBIT 1

NGK Automotive Ceramics USA Inc
119 Mazzeppa Rd
Mooresville, NC 28115

| Contract to be assumed: |
| --- |
| Purchase Order No. 50028 |

# EXHIBIT 1

NGK Spark Plug Mfg Usa Inc
PO Box 2943
Charleston, WV 25330-2943

| **Contract to be assumed:** |
|---|
| Purchase Order No. 50028 |

# EXHIBIT 1

Denso International America Inc
Attn Carol Sowa
24777 Denso Dr
Southfield, MI 48033

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50084 |

# EXHIBIT 1

Denso International America Inc
PO Box 5133
Southfield, MI 48086-5133

| **Contract to be assumed:** |
|---|
| Contract Order No. 50084 |

# EXHIBIT 1

Denso International America Inc
PO Box 88812
Chicago, IL 60695-1812

| Contract to be assumed: |
| --- |
| Contract Order No. 50084 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
|---|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
|---|
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed: |
|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| Contract to be assumed: |
| --- |
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton, 2198
South Africa

| **Contract to be assumed:** |
| --- |
| Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC |

# EXHIBIT 1

W C Heraeus GmbH & co Kg
Heraeusstr 12 – 14
Hanau, 63450
Germany

| **Contract to be assumed:** |
|---|
| Bailment Agreement between Delphi Automotive Systems LLC and W.C. Heraeus GmbH & Co., KG dated July 1, 2003. |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton, 2198
South Africa

| Contract to be assumed: |
| --- |
| Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth, 6000
South Africa

| Contract to be assumed: |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| **Contract to be assumed:** |
| --- |
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| **Contract to be assumed:** |
| --- |
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| **Contract to be assumed:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| **Contract to be assumed:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Johnson Matthey Inc.
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| **Contract to be assumed:** |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| Contract to be assumed: |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| **Contract to be assumed:** |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Plc
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| **Contract to be assumed:** |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Plc
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed:** |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed: |
| --- |
| Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| **Contract to be assumed:** |
|---|
| Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |

# EXHIBIT 1

Sabin Metal Corporation
300 Pantigo Pl
Ste 102
East Hampton, NY 11937

| **Contract to be assumed:** |
| --- |
| Letter from Delphi Corporation dated October 23, 2002 to Sabin Metal. |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed: |
|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| Contract to be assumed: |
| --- |
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |