**SONNENSCHEIN NATH & ROSENTHAL LLP**
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel:    (212) 768-6700
Fax:    (212) 768-6800
D. Farrington Yates (DY 8383)

-and-

**SONNENSCHEIN NATH & ROSENTHAL LLP**
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:    (312) 876-8000
Fax:    (312) 876-7934
Monika J. Machen

*Attorneys for United Plastics Group*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, <u>et al.</u>, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that United Plastics Group ("United Plastics"), as creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Sonnenschein Nath & Rosenthal, LLP; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses and facsimile numbers:

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel:    (212) 768-6700
Fax:    (212) 768-6800
Attn: D. Farrington Yates (DY 8383)
Email: fyates@sonnenschein.com

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:    (312) 876-8000
Fax:    (312) 876-7934
Attn: Monika J. Machen
Email: mmachen@sonnenschein.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, United Plastics intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) United Plastics' right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) United Plastics' right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) United Plastics' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) of any other rights, claims, actions, setoffs, or recoupments to

which United Plastics is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments United Plastics expressly reserves.

Dated: July 6, 2007
     New York, New York

SONNENSCHEIN NATH & ROSENTHAL LLP

*/s/    D. Farrington Yates*
D. Farrington Yates (DY 8383)
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel:    (212) 768-6700
Fax:    (212) 768-6800

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Monika J. Machen
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:    (312) 876-8000
Fax:    (312) 876-7934

*Attorneys for United Plastics Group*

# CERTIFICATE OF SERVICE

I, D. Farrington Yates hereby certify that on July 6, 2007, I caused a true copy of the Notice of Appearance to be served on the following addressees via U.S. mail:

John W. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Attorneys for Debtors*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Attorneys for Debtors*

Mark S. Lichtenstein, Esq.
Crowell & Moring, LLP
153 East 53rd Street
31st Floor
New York, NY 10022
*Attorneys for Debtors*

Douglas S. Bartner, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022-6069
*Attorneys for Debtors*

Andrew Currie, Esq.
Caroline Rogus, Esq.
Wilmer Hale, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Attorneys for Debtors*

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
*Attorneys for Committee of Unsecured Creditors*

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

By: /s/ D. Farrington Yates
    D. Farrington Yates (DY 8383)

Dated: July 6, 2007

17566308\V-1