UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |

------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Jeannine D'Amico of the law firm of Cadwalader, Wickersham & Taft LLP, attorneys for the Audit Committee of Delphi Corporation, as debtors and debtors in possession, enters her appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f). All such notices should be addressed as follows:

> Jeannine D'Amico
> Cadwalader, Wickersham & Taft LLP
> 1201 F Street, N.W., Suite 1100
> Washington, DC 20004
> *jeannine.damico@cwt.com*

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specifically, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, telephone facsimile, or otherwise filed with regard to the above case and proceedings therein.

Dated: Washington, D.C.
July 9, 2007

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ *JEANNINE D'AMICO*
Jeannine D'Amico
Attorneys for Audit Committee
 of Delphi Corporation
1201 F Street, N.W., Suite 1100
Washington, DC 20004
Telephone:    (202) 862-2452
Facsimile:    (202) 862-2400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2007, I electronically filed Notice of Appearance and Request for Notice with the Clerk of the Court using the ECF System, which will send notification to all ECF participants.

/s/ *Jeannine D'Amico*
Jeannine D'Amico