NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Dätwyler Rubber & Plastics, Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| Delphi Corporation, *et al.*, | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## RESPONSE OF DÄTWYLER RUBBER & PLASTICS, INC.
## TO THE DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
## (CLAIM NUMBER 10907)

Dätwyler Rubber & Plastics, Inc. ("Dätwyler") hereby files its response to the Debtor's Seventeenth Omnibus Objection to Claims, and states as follows:

Pursuant to the Seventeenth Omnibus Objection, the Debtors seek to reduce and modify the claim filed by Datwyler (Claim Number 10907).

Prior to the deadline for filing proofs of claim in the Debtors' bankruptcy case, Datwyler filed proof of claim 10907, filed in the bankruptcy case of Delphi Automotive Systems LLC, asserting an unsecured claim in the amount of $929,544.79.

Datwyler has been in discussions with Delphi regarding the amount of its claim prior to the omnibus objection. Based on these discussions, Datwyler is willing to accept the reduced sum as long as it can receive an order recognizing such amount as an allowed claim. Datwyler

supplied goods to the Debtors and is entitled to its claim. Datwyler has been in contact with Debtors' counsel following the objection.

Datwyer and the Debtors appear that they will agree on the amount of the claim and for this response to be filed to allow such resolution process to be completed.

WHEREFORE, Datwyler requests the Court to deny the Seventeenth Omnibus Objection to Datwyler's claim and enter an order reflecting an agreement reached between them regarding the claim, and grant such other and further relief as is just and appropriate.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
    George B. Cauthen (admitted *pro hac vice*)
    Jody A. Bedenbaugh (admitted *pro hac vice*)
    Meridian Building, Seventeenth Floor
    1320 Main Street
    Post Office Box 11070 (29211)
    Columbia, SC  29201
    (803) 799-2000

Attorneys for Dätwyler Rubber & Plastics, Inc

July 9, 2007
Columbia, South Carolina

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Dätwyler Rubber & Plastics,
Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | CASE NO.  05-44481 (RDD) |
| ) | |
| Delphi Corporation, *et al.*, ) | CHAPTER 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

I, the undersigned Administrative Assistant, of the law offices of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for Dätwyler Rubber & Plastics, Inc. , do hereby certify that I have served the below listed individuals in this action with a copy of the pleadings hereinbelow by United States Mail, postage prepaid, to the following addresses:

**PLEADINGS:  RESPONSE OF DÄTWYLER RUBBER & PLASTICS, INC. TO THE
DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
(CLAIM NUMBER 10907)**

Parties Served:

Honorable Robert D. Drain
US Bankruptcy Court for the Southern
District of New York
One Bowling Green, Room 632
New York, NY 10004

Delphi Corporation
ATTN: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
ATTN: John Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

_____
Mary Cutler, Administrative Assistant

Columbia, South Carolina

July 9, 2007