IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
        In re                          :    Chapter 11
                                   :
    DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                   :
                  Debtors.    :    (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 5, 2007, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight delivery:

    1)  Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business, and customized exhibit (Docket No. 8487) [a copy of which is attached hereto as Exhibit B]

On July 5, 2007, I caused to be served the document listed below upon the parties listed on Exhibit C hereto via overnight delivery:

    2)  Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Catalyst Business, and customized exhibit (Docket No. 8488) [a copy of which is attached hereto as Exhibit D]

Dated: July 9, 2007

_____*/s/ Evan Gershbein*_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of July, 2007, by
Evan Gershbein, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____*/s/ Shannon J. Spencer*_____

Commission Expires: ___*6/20/10*____

# EXHIBIT A

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |
| A&B Process Systems, Corp. | | 201 S. Wisconsin Avenue | | Stratford, | WI | 54484 | | Delphi Automotive Systems Confidentiality Agreement with A&B Process Systems dated 5/23/2002 |
| AirFlow Catalyst Systems | | 183 E. Main Street | Suite 925 | Rochester, | NY | 14604 | | Confidential Information Agreement between AirFlow Catalyst Systems and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |
| AlliedSignal, Inc. | | 101 Columbia Road | | Morristown, | NJ | 07960 | | Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |
| Anckelmannsplatz | | 1 Hamburg | | Hamburg | | D 20537 | Germany | Confidentiality Agreement between Delphi Catalysts, Sasol Olefins & Surfactants GmbH & Co. KG and Daichi dated May 7, 2004 |
| Barton Construction | | 2702 E N Sheridan | | Tulsa, | OK | 74115-2321 | | Delphi Automotive Systems Confidentiality Agreement with Michael F. Henry P.E. Inc. dated 10/2/2002 |
| Barton Construction Co Inc | | 2702 E N Sheridan | | Tulsa, | OK | 74115-2321 | | Delphi Automotive Systems Confidentiality Agreement with Barton Construction dated 5/24/2002 |
| Benteler Automotive | | 320 Hall St Sw | | Grand Rapids, | MI | 49507 | | Purchase Order No. 5500001765 |
| Bill Tuggle | | 2241 East Skelly Drive St.5 | | Tulsa, | OK | 74105 | | Delphi Automotive Systems Confidentiality Agreement with Master Pumps & Equipment Corp. dated 3/22/2002 |
| Black Box Network Services | (Frmly Norstan) | SDS 12-0976 | PO Box 86 | Minneapolis, | MN | 55486-0976 | | Purchase Order No. 21885 |
| Boreskov Institute of Catalysis | | 5 Lavrentieva Avenue | | Novosibirsk | | 630090 | Russia | Research Agreement No. 00274-03 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated October 23, 2000.  First Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated September 21, 2001.  Second Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Third Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Fourth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated November 15, 2002.  Fifth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 3, 2003.  Sixth Amendme |
| Boreskov Institute of Catalysis | | 5 Lavrentieva Avenue | | Novosibirsk | | 630090 | Russia | Service Agreement 04354-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |
| Boreskov Institute of Catalysis | | 5 Lavrentieva Avenue | | Novosibirsk | | 630090 | Russia | Service Agreement 02327-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |
| Brenda Harris | | 105 Temperature Lane | | Statesville, | NC | 28677 | | Delphi Automotive Systems Confidentiality Agreement with JMS Southeast Inc. dated 6/4/2002 |
| Brenntag Southwest Inc | | 206 E Morrow | | Sand Springs, | OK | 74063 | | Contract Order No. 50195 |
| Brenntag Southwest Inc | | PO Box 970230 | | Dallas, | TX | 75397-0230 | | Contract Order No. 50195 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)    Page 1 of 7    7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| C & L Development Corporation | | 12930 Saratoga Ave Ste D6 | | Saratoga, | CA | 95070 | | Contract Order No. 50212 |
| CDW | | 200 N. Milwaukee Avenue | | Vernon Hills, | IL | 60061 | | Purchase Order No. 17068 |
| Chemineer, Inc | Al Harold | 5870 Poe Avenue | | Dayton | OH | 45414 | | Delphi Automotive Systems Confidentiality Agreement with Chemineer, Inc. dated 2/6/2002 |
| Chrysler Corp. | Mr. Lawrence R. Biskner | Manufacturing Group Accounting | 7150 Metropolitan Pkwy | Sterling Heights | MI | 48312 | | Noble Metal Stock Account Agreement between DaimlerChrysler Corporation and Delphi Automotive Systems LLC |
| Cimbar Performance Minerals | | 25 Old River Rd Se | | Cartersville, | GA | 30120 | | Contract Order No. 50218 |
| Cimbar Performance Minerals | | Lockbox 577 | | Carolstream, | IL | 60132-0577 | | Contract Order No. 50218 |
| Cimbar Performance Minerals | | 1212 Ave Of The Americas | | New York, | NY | 10036-1689 | | Contract Order No. 50218 |
| Cimbar Performance Minerals | | K W Zank Trust Div A C5115114 | | Detroit, | MI | 48226 | | Contract Order No. 50218 |
| City of Tulsa | Rogers County Port Authority | 5301 West Channel Road | Tulsa's Port of Catoosa | Catoosa, | OK | 74105 | | Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| City of Tulsa | Rogers County Port Authority | 5301 West Channel Road | Tulsa's Port of Catoosa | Catoosa, | OK | 74105 | | Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50186 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50187 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50188 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50189 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50186 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50187 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50188 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50189 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50186 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50187 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50188 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50189 |
| Daiichi Kigenso Kagaku Kogyo Company, Ltd. | | 6-38 Hirabayashi Minami 1-Chome | Suminoe-ku | Osaka | | 559-0025 | Japan | Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |
| Daimlerchrysler Corporation | Attn Nancy Broyles | Cims 484 04 10 | 800 Chrysler Dr | Auburn Hills, | MI | 48326-2757 | | Purchase Order Nos. O4559089, O4559090, O4559074, O5559316, O4559076, O5559311, O5559004, O4559075, O4559074, O7559025, O7559032, O7559027, O5559304, O6559025, O5559310, O7559026, O5559309, O8559030 |
| David A Matthews | | 1317 S 77th E Ave | | Tulsa, | OK | 74112 | | Purchase Order No. 21083 |
| David Milum II | dba Tri-Pro Consulting | 202-B Pringle Circle | | Green Cove Springs, | FL | 32043 | | Purchase Order Nos. 20655, 20656 and 22127 |
| Dell | Edward Spater | One Dell Way | | Round Rock, | TX | 78682 | | ASEC - Dell Server Support Agreement |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 18444 |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 18796 |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 181838 |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 17075 |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | Southfield, | MI | 48033 | | Contract Order No. 50084 |
| Denso International America Inc | | PO Box 5133 | | Southfield, | MI | 48086-5133 | | Contract Order No. 50084 |
| Denso International America Inc | | PO Box 88812 | | Chicago, | IL | 60695-1812 | | Contract Order No. 50084 |
| Detroit Diesel Corporation | | 13400 Outer Drive West | | Detroit, | MI | 48239 | | Agreement between Detroit Diesel Corporation and Delphi Energy & Engine Management Systems division of General Motors Corporation dated 3/20/1996 |
| Draisewerke Inc | | 40 Whitney Road | | Mahwah, | NJ | 07430 | | Delphi Automotive Systems Confidentiality Agreement with Draiawerke, Inc. dated 3/25/2002 |
| Ed Wallace | | 2205 E.L. Anderson Blvd | | Claremore, | OK | 74017 | | Delphi Automotive Systems Confidentiality Agreement with Blackmer/Tarby Pumps dated 3/21/2002 |
| Engine Control Systems Ltd | | 165 Pony Dr | | Newmarket | ON | L3Y7V1 | Canada | Supply Agreement between Engine Control Systems, Ltd. and ASEC Sales |
| Epicor Software Corporation | | 18200 Von Karman | Suite #1000 | Irvine, | CA | 92612 | | Purchase Order No. 21893 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 2 of 7
7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Eversharp Tool Inc | | 11350 E 60th Pl | | Tulsa, | OK | 74146-6817 | | Delphi Automotive Systems Confidentiality Agreement with Eversharp Tool, Ind. Dated 4/30/2003 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. M29398 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 12999 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 12834 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 15588 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 12559 |
| Gary Martin | | 415 E. Houston | | Broken Arrow, | OK | 74012 | | Delphi Automotive Systems Confidentiality Agreement with Werco Inc. dated 10/25/2002 |
| General Motors Corporation | GM Euro Metals | | | Russelsheim, | | D-65423 | Germany | Consignment Agreement for Platinum Group Metal between GMC and ASEC Manufacturing Sales (Pty) Ltd. owned by Delphi Automotive Systems (Holding), Inc. dated January 31, 2001 |
| General Motors Corporation | GM Euro Metals | | | Russelsheim, | | D-65424 | Germany | Consignment Agreement for Platinum Group Metals between GM and ASEC Manufacturing Sales SAS dated 3/30/01 |
| General Motors Corporation | Powertrain Division | 777 Joslyn Ave | | Pontiac, | MI | 48348 | | Purchase Order Nos. 550015396, 550014835, 550016206, 550060257, 550060259, 550055386, 550055387, 550063956, 550063957, 550060416, 550059663, 550059665, 550077234, 550014714 |
| Grace Davison | | 7500 Grace Drive | | Columbia, | MD | 21044-4098 | | Confidential Information Agreement between Grace Davison and Delphi Energy and Chassis Systems, a division of Delphi Automotive Systems LLC |
| Grace Davison | | 4127 Collections Ctr Dr | | Chicago, | IL | 60693 | | Contract Order No. 50214 |
| Grace Davison | | PO Box 75147 | | Charlotte, | NC | 28275 | | Contract Order No. 50214 |
| Grace Davison W R Grace & Co Conn | Attn Manager Credit & Collections | 7500 Grace Dr | | Columbia, | MD | 21044 | | Contract Order No. 50214 |
| Harcros Chemicals Inc | | 3810 S Elwood Ave | | Tulsa, | OK | 74107 | | Contract Order No. 50210 |
| Harcros Chemicals Inc | | 5200 Speaker Rd | | Kansas City, | KS | 66106 | | Contract Order No. 50210 |
| Harcros Chemicals Inc | | PO Box 74583 Br 0006 | | Chicago, | IL | 60690 | | Contract Order No. 50210 |
| Heraeus Chemicals Sa Pty | | PO Box 1987 | | Port Elizabeth | | 6000 | South Africa | Purchase Order No. 50112 |
| Heraeus Chemicals Sa Pty | | PO Box 1987 | | Port Elizabeth | | 6000 | South Africa | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Metal Processing Inc | c/o Jason J Dejonker Esq | Mcdermott Will & Emery Llp | 227 W Monroe St | Chicago, | IL | 60606-5096 | | Purchase Order No. 50112 |
| Heraeus Metal Processing Inc | c/o Jason J Dejonker Esq | Mcdermott Will & Emery Llp | 227 W Monroe St | Chicago, | IL | 60606-5096 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Metals Processing | | PO Box 910468 | | Dallas, | TX | 75391-0468 | | Purchase Order No. 50112 |
| Heraeus Metals Processing | | PO Box 910468 | | Dallas, | TX | 75391-0468 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Metals Processing Inc | Formerly PGP Industries | 13429 Alondra Blvd | | Santa Fe, | CA | 90670 | | Purchase Order No. 50112 |
| Heraeus Metals Processing Inc | Formerly PGP Industries | 13429 Alondra Blvd | | Santa Fe, | CA | 90670 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Precious Metals Management LLC | | 540 Madison Avenu | | New York, | NY | 10022 | | Purchase Order No. 50112 |
| Heraeus Precious Metals Management LLC | | 540 Madison Avenu | | New York, | NY | 10022 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Hercules Incorporated | Aqualon Division | Hercules Plz | 1313 N Market St | Wilmington, | DE | 19894-0001 | | Contract Order No. 50221 |
| Hercules Incorporated | Aqualon Division | Hercules Plz | | Wilmington, | DE | 19894-0001 | | Contract Order No. 50221 |
| Hercules Incorporated | | PO Box 846046 | | Dallas, | TX | 75284-6046 | | Contract Order No. 50221 |
| Hewlett-Packard Company | | MS 5518 | 8000 Foothills Blvd | Roseville, | CA | 95747 | | Purchase Order No. 22120 |
| Impala Platinum Limited | Isle Of Houghton | 3rd Fl Old Trafford 4 | Boundary Rd | Houghton | | 2198 | South Africa | Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC |
| Impala Platinum Limited | Isle Of Houghton | 3rd Fl Old Trafford 4 | Boundary Rd | Houghton | | 2198 | South Africa | Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. |
| Industrial Equipment & Design Company | | 110 American Blvd., Suite 1 | | Turnersville, | NJ | 08012 | | Delphi Automotive Systems Confidentiality Agreement with Industrial Equipment & Design Company dated 3/6/2002 |
| Inventory Limited | | 2 Lansdowne Crescent | Suite 240 | Bournemouth | | BH1 1SA | United Kingdom | Purchase Order No. 20991 |
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Contract Order No. 50226 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 7

7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Inc | | 88 Dong Xing Road | Song Jiang Industrial Zone | Shanghai | | 201613 | China | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Contract Order No. 50226 |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Inc. | | 88 Dong Xing Road | Song Jiang Industrial Zone | Shanghai | | 201613 | China | Contract Order No. 50226 |
| Johnson Matthey Inc. | | 88 Dong Xing Road | Song Jiang Industrial Zone | Shanghai, | | 201613 | China | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Plc | PO Box 88877 | Dept 310 | | Chicago, | IL | 60695-1877 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Plc | Precious Metals Marketing Division | 2001 Nolte Dr | Dept 310 | Chicago, | IL | 60695-1877 | | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey PLC | Precious Metals Marketing Division | 2001 Nolte Dr | | West Deptford, | NJ | 08066 | | Contract Order No. 50226 |
| Johnson Matthey Plc | Precious Metals Marketing Division | 2001 Nolte Dr | | West Deptford, | NJ | 08066 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey PLC | | PO Box 88877 | Dept 310 | Chicago, | IL | 60695-1877 | | Contract Order No. 50226 |
| K-tron America | | Routes 55 & 553 | | Pitman, | NJ | 08071 | | Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |
| L.I.M.S. (USA), Inc. | | 4000 Hollywood Blvd | Ste. 730N | Hollywood, | FL | 33021 | | Purchase Order No. 21768 |
| Lehigh University | Research Accounting | 526 Brodhead Ave | | Bethlehem, | PA | 18015 | | Academic Partnerships Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| Lester Associates Inc. | | 383 Main St Ste 202 | PO Box 354 | Chatham, | NJ | 07928-2100 | | Purchase Order No. 19513 |
| Magnesium Electron Inc. | | 500 Point Breeze Road | | Flemington, | NJ | 0882 | | Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |
| Magnesium Elektron Inc | C O Jerrold S Kulback Esq | Archer & Greiner Pc | One Centennial Sq | Haddonfield, | NJ | 08033 | | Contract Order No. 50217 |
| Magnesium Elektron Inc | | 500 Point Breeze Rd | | Flemington, | NJ | 08822-9111 | | Contract Order No. 50217 |
| Magnesium Elektron Inc | | PO Box 8500 2480 | | Philadelphia, | PA | 19178-2480 | | Contract Order No. 50217 |
| Magnesium Elektron Ltd. | Lums Lane | Clifton Junction | Swinton | Manchester | | M27 8LS | England | Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |
| Mark Kennon | | 5401 S. Sheridon | | Tulsa, | OK | 74145 | | Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |
| Martin Marietta Energy Systems, Inc. | | PO Box 2009 | | Oak Ridge, | TN | 37831-8242 | | Stevenson-Wydler Cooperative Research and Development Agreement between Martin Marietta Energy Systems, Inc. and General Motors AC Rochester dated 1993 |
| Maybee and Associates | Mr. Don Maybee | 7015 Fieldcrest Rd. | | Brighton, | MI | 48116 | | Sales Representative Agreement between Delphi Automotive Systems LLC and Tawas Industries Components, Inc. dated December 7, 2005 |
| McDonnell Information Systems Incorporated | | 5310 Beethoven Street | | Los Angeles, | CA | 90066 | | Agreement between ASEC and MDIS - CHESS Agreement #2427 dated 9/29/1995 |
| Metropolitan Life Insurance Company | Attention:  Robert C. Love, Vice President | 25300 Telegraph Road, Suite 580 | | Southfield, | MI | 48034 | | Dental Care Benefits Administrative Services Agreement between Metropolitan Life Insurance Company and ASEC Manufacturing Company, effective January 1, 2001 |
| Micro-Tel Center | | 3700 Holcomb Bridge Rd. | | Norcross, | GA | 30092 | | Purchase Order No. 21685 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 4 of 7
7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Mitsubishi Corporation | | 6-3, Marunouchi 2-Chome | Chiyoda-Ku | Tokyo | | 100-86 | Japan | Noble Metal Stock Account Agreement between Allied-Signal Automotive Catalyst Company, a division of Allied-Signal Inc. and Mitsubishi Corporation dated 7/1/1990 |
| Nanox Inc | | 4975 Rideau Street | | Quebec | QC | | Canada | Confidential Information Agreement Nanox, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated October 1, 2005 |
| National Instruments | | 11500 N. Mopac Expwy | Bldg. A | Austin, | TX | 78759-3504 | | Purchase Order No. 21800 |
| NGK Automotive Ceramics USA Inc | | 119 Mazzeppa Rd | | Mooresville, | NC | 28115 | | Purchase Order No. 50028 |
| NGK Spark Plug Mfg Usa Inc | | PO Box 2943 | | Charleston, | WV | 25330-2943 | | Purchase Order No. 50028 |
| Nippon Light Metal Company Limited | | 2-20 Higashi-Shinagawa 2 chome | Shinagawa-ku | Tokyo | | 140-8628 | Japan | Non-Disclosure Agreement between Nippon Light Metal Company, Limited, and ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |
| NN Chemical Corporation | | Roppongi 25 Mori Bldg. | 4-30 Roppongi 1-chome | Minato-ku | Tokyo | 106-0032 | Japan | Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |
| Norit Americas | | 3200 University Ave | PO Box 790 | Marshall, | TX | 75670 | | Confidential Information Agreement between Norit Americas, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective June 22, 2006 |
| Nyacol Nano Technologies Inc | | Megunko Rd | PO Box 349 | Ashland, | MA | 01721-0349 | | Contract Order No. 50219 |
| Nyacol Nano Technologies Inc | | PO Box 847928 | | Boston, | MA | 02284-7928 | | Contract Order No. 50219 |
| Office of Research Services | Ann Powell | University of New Mexico | Scholes Hall, RM 102 | Albuquerque, | NM | 87131 | | University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 |
| OMG Americas Inc | | 811 Sharon Dr | | Westlake, | OH | 44145-1522 | | Contract Order No. 50216 |
| OMG Americas Inc | | PO Box 6066n | | Cleveland, | OH | 44193 | | Contract Order No. 50216 |
| ORAFTI | | Aandorenstraat 1 | | Tienen, | | 3300 | Belgium | Delphi Automotive Systems Confidentiality Agreement with ORAFTI dated 10/14/2002 |
| Pacific Industrial Development Corp. | | 4788 Runway Blvd. | | Ann Arbor, | MI | 48108 | | Confidential Information Agreement between Pacific Industrial Development Corp. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective November 2, 2005 |
| Pathfinder Systems, Inc. | | 200 Union Blvd., Suite 300 | | Lakewood, | CO | 80228-1831 | | Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |
| Pattison Precision | Raymond Pattison | 701 North 15th Street | | Broken Arrow, | OK | 74012 | | Delphi Automotive Systems Confidentiality Agreement with Pattison Precision dated 10/25/2002 |
| PC Computers & Software Inc | | 8125-G E 51st St | | Tulsa, | OK | 74145 | | Purchase Order No. 20469 |
| PC Computers & Software Inc | | 8125-G E 51st St | | Tulsa, | OK | 74145 | | Purchase Order No. 20621 |
| Performance Industries | | 20 Lake Marian | | Carpentersville, | IL | 60102 | | Proprietary Information Agreement between Performance Industries and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |
| Philadelphia Mixer Company | | PO Box 8500 2180 | | Philadelphia, | PA | 19178-2180 | | Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |
| Premier Mill | | 1 Birchmont Drive | | Reading, | PA | 19606-3298 | | Delphi Automotive Systems Confidentiality Agreement with Premier Mill dated 3/22/2002 |
| Prime Systems Incorporated | | 32915 Aurora Rd. | Suite 100 | Solon, | OH | 44139 | | ASEC & PRIME (Software License agreement) dated 09/16/1996 |
| PSI Water Systems, Inc. | | 97 Eddy Rd. Unit 6 | | Manchester, | NH | 03102 | | Delphi Automotive Systems Confidentiality Agreement with PSI Water Systems, Inc. dated 7/17/2002 |
| QEK Global Solutions (US) Inc. | Cindy Vest | 6001 N. Adams Rd. Ste. 100 | | Bloomfield Hills, | MI | 48304 | | Leased VEL Test Vehicles |
| Radley Corporation | | 23077 Greenfield | Ste. 440 | Southfield, | MI | 48075 | | Purchase Order No. 17677 |
| Rhodia E&C Inc. | | 259 Prospect Plains Road | | Cranbury, | NJ | 08512 | | Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                    Page 5 of 7                                    7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Rhodia Electronics and Catalysis | | 26 rue Chef de Baie | | La Rochelle | | 17000 | France | Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |
| Rodney Schilt | | 2700 N. Hemlock Ct. St. 1108 | | Broken Arrrow, | OK | 74012 | | Delphi Automotive Systems Confidentiality Agreement with Joe Mayfield Construction Co. Inc. dated 6/3/2002 |
| Ron Bridie | | 12211 E. 51st Street | | Tulsa, | OK | 74146 | | Delphi Automotive Systems Confidentiality Agreement with Vinson Process Controls dated 10/29/2002 |
| Rosemount Inc. | | 12001 Technology Dr Ab03 | | Eden Prairie, | MN | 55344 | | Delphi Automotive Systems Confidentiality Agreement with Rossmount Inc. dated 10/29/2002 |
| Sabin Metal Corporation | | 300 Pantigo Pl | Ste 102 | East Hampton, | NY | 11937 | | Letter from Delphi Corporation dated October 23, 2002 to Sabin Metal. |
| Sachem | | PO Box 915043 | | Dallas, | TX | 75391-5043 | | Contract Order No. 50222 |
| Sachem Inc | | 821 E Woodward St | | Austin, | TX | 74704-7418 | | Contract Order No. 50222 |
| Sasol Germany Gmbh | Attn Accounting | Anckelmannsplatz 1 | Postfach 60 23 05 | Hamburg | | D-22223 | Germany | Contract Order No. 50225 |
| Sasol Germany Gmbh | Inorganic Specialty Chemicals | Attn Dr Stefan Maedje | Anckelmannsplatz 1 | Hamburg | | D 20537 | Germany | Contract Order No. 50225 |
| Sasol Vista Chemical | | PO Box 910855 | | Dallas, | TX | 75391-0855 | | Contract Order No. 50225 |
| SealMaster, Inc. | | 368 Martinel Dr | | Kent, | OH | 44240-4368 | | Delphi Automotive Systems Confidentiality Agreement with SealMaster, Inc. dated 8/3/2002 |
| Sebring Systems Technologies, Inc. | | 9726 East 42nd Street | Suite 201 | Tulsa, | OK | 74146 | | Sebring Systems Technologies Inc. Client Service Agreement; Client Service Agreement dated June 4, 2001. |
| Seltech, Inc | | 5321 S Sheridan Rd Ste 31 | | Tulsa, | OK | 74153 | | Delphi Automotive Systems Confidentiality Agreement with Seltech, Inc. dated 6/5/2002 |
| Shainin LLC | | 3115 T Avenue | | Anacortes, | WA | 98221 | | Purchase Order No. 19545 |
| Software Spectrum | | 22721 E Mission | | Liberty Lake, | WA | 99019 | | Purchase Order No. 21967 |
| Software Spectrum | | 22721 E Mission | | Liberty Lake, | WA | 99019 | | Purchase Order No. 21771 |
| Software Spectrum | | 22721 E Mission | | Liberty Lake, | WA | 99019 | | Purchase Order No. 19151 |
| Software Spectrum | | 3480 Lotus Drive | | Plano, | TX | 75075 | | Purchase Order No. 2 21799 |
| Software Spectrum | | 3480 Lotus Drive | | Plano, | TX | 75075 | | Purchase Order No. 21798 |
| Sojitz Corporation | | 1-20 Akasaka 6-chome | Minato-ku | Tokyo | | 107-8655 | Japan | Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |
| Sojitz Corporation of America | | 1211 Avenue of the Americas | | New York, | NY | 10036 | | Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |
| Sojitz Corporation Of America | | 1211 Avenue of Americas | | New York, | NY | 10036 | | Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |
| Sojitz Corporation Of America | | 1211 Ave Of The Americas | | New York, | NY | 10036 | | Contract Order No. 50213 |
| Sojitz Corporation Of America | | PO Box 360913m | | Pittsburgh, | PA | 15251 | | Contract Order No. 50213 |
| Steve Bartmier | | 9764 E. 55th Pl. | | Tulsa, | OK | 74146 | | Delphi Automotive Systems Confidentiality Agreement with North East Ok Mfg. dated 10/25/2002 |
| Sud-Chemie AG Waldheimer | | Str. 15 | | Heufeld Bayern | | 80352 | Germany | Proprietary Information Agreement between Sud-Chemie AG Waldheimer Str. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective October 1, 2005 |
| Telnet Software | | PO Box 2008 | MS 6294 | Oak Ridge, | TN | 37831 | | Purchase Order No. 19151 |
| Tiense Suikerraffinaderij | | Aandorenstraat 1 | | Tienen, | | 3300 | Belgium | Confidentiality Agreement by and between Tiense Suikerraffinaderij and Delphi Automotive Systems dated October 14, 2002 |
| Tom Darter | | 16116 University Oak | | San Antonio, | TX | 78249 | | Delphi Automotive Systems Confidentiality Agreement with Jet Specialty dated 5/22/2002 |
| Tosoh Corporation | | 3-8-2, Shiba | Minato-Ku | Tokyo | | 105-8623 | Japan | Confidential Information Agreement between Tosoh Corporation and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective May 1, 2005 |
| Tosoh Usa Inc | Attn Finance Dept Pam Schmittler | 3600 Gantz Rd | | Grove City, | OH | 43123 | | Contract Order No. 50224 |
| Tosoh Usa Inc | | PO Box 712368 | | Cincinnati, | OH | 45271-2368 | | Contract Order No. 50224 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 6 of 7
7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Umicore Marketing Services | | 3120 Highwoods Blvd Ste 110 | | Raleigh, | NC | 27604 | | Purchase Order No. 50207 |
| UOP LLC | | 25 E Alogonquin Rd | | Des Plaines, | IL | 60017-5017 | | Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| UOP LLC | | 2511 Country Club Blvd | Ste 265 | North Orlmsted, | OH | 44070 | | Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| UOP LLC | | Dept Ch10314 | | Palatine, | IL | 60055-0314 | | Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| UOP LLC | | 25 E Alogonquin Rd | | Des Plaines, | IL | 60117-5017 | | Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| UOP LLC | | 2511 Country Club Blvd | Ste 265 | North Orlmsted, | OH | 44070 | | Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| UOP LLC | | Dept Ch10314 | | Palatine, | IL | 60055-0314 | | Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| UOP LLC | | 25 E Alogonquin Rd | | Des Plaines, | IL | 60017-5017 | | Contract Order No. 50215 |
| UOP LLC | | 2511 Country Club Blvd | Ste 265 | North Orlmsted, | OH | 44070 | | Contract Order No. 50215 |
| UOP LLC | | Dept Ch10314 | | Palatine, | IL | 60055-0314 | | Contract Order No. 50215 |
| Vanco Engineering Co | | 7033 E 40th | | Tulsa, | OK | 74145 | | Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |
| Varroc Exhaust Systems Pvt. Ltd. | | E-4, MIDC, Waluj | Aurangabad | Maharashtra | | 431136 | India | Technology License Agreement between Varroc Exhaust Systems Pvt. Ltd. and DTI Dated May 12, 2005. First Amendment Deed to The Technology License Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Technologies, Inc. |
| Varroc Exhaust Systems Pvt. Ltd. | | E-4, MIDC, Waluj | Aurangabad | Maharashtra | | 431136 | India | DAS Technical Assistance Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The DAS Technical Assistance Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |
| Varroc Exhaust Systems Pvt. Ltd. | | E-4, MIDC, Waluj | Aurangabad | Maharashtra | | 431136 | India | Technical Efficiency Services Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The Technical Efficiency Services Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |
| W C Heraeus GmbH & co Kg | | Heraeusstr 12 – 14 | | Hanau | | 63450 | Germany | Bailment Agreement between Delphi Automotive Systems LLC and W.C. Heraeus GmbH & Co., KG dated July 1, 2003. |
| Young Industries | | PO Box 30 | | Muncy, | PA | 17756-0030 | | Delphi Automotive Systems Confidentiality Agreement with Young Industries dated 11/1/2002 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)    Page 7 of 7    7/9/2007 2:05 PM
ASEC Assumption merge file 070705 FINAL

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                     :

      In re                         :    Chapter 11
                                       :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                       :

                      Debtor.    :    (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO PURCHASERS IN CONNECTION WITH
SALE OF CATALYST BUSINESS

PLEASE TAKE NOTICE THAT:

           1.        Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on June 29, 2007, Delphi Corporation

("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set

forth in the Agreement (the "Selling Debtor Entities")[1] have entered into a Master Sale And

Purchase Agreement ("Agreement") with Umicore and certain of its affiliates (the

"Purchasers") for the purchase of substantially all of the assets exclusively used in the

catalyst business of Delphi Corporation.

2.    Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and assign the prepetition contracts

(the "Assumed Contracts") and assign the postpetition contracts (the "Postpetition Contracts")

listed on Exhibit 1 hereto to the Purchasers at the hearing to be held at 10:00 a.m. (prevailing

Eastern time) on August 16, 2007 (the "Sale Hearing") before the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 610, New York, New York 10004.

3.    Objections, if any, to the assumption and assignment of an Assumed

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Amended

---

[1]    Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems
(Holding) Inc., Delphi Automotive Systems LLC, Exhaust Systems Corporation, Environmental
Catalysts, LLC, Delphi Technologies, Inc., ASEC Manufacturing General Partnership, and ASEC Sales
General Partnership.  Certain assets will be sold under the Agreement by non-debtor affiliates of the
Selling Debtor Entities listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the
selling non-Debtor affiliates are collectively referred to as the "Sellers."

2

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P.

2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice,

Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No.

5418) (together with the Supplemental Case Management Order, the "Case Management

Orders"), (d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so it is actually received within ten days

after the date of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactions & Restructuring), (iii) counsel

to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite

2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Brian M. Fern), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the

official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for

the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson

LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii)

counsel for the Purchasers, Goodwin Procter LLP, 901 New York Avenue, N.W.,

Washington, DC 20001 (Att'n: J. Hovey Kemp), and (ix) the Office of the United States

3

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

        4.      If an objection to the assumption and assignment of an Assumed Contract is timely filed and received, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at the Sale Hearing or such date and time as the Court may schedule. If no objection is timely received, the non-Debtor party to the Assumed Contract will be deemed to have consented to the assumption and assignment of the Assumed Contract and will be forever barred from asserting any other claims, including, but not limited to, the propriety or effectiveness of the assumption and assignment of the Assumed Contract, against the Selling Debtor Entities or the Purchasers, or the property of either of them.

        5.      Pursuant to 11 U.S.C. § 365, there is adequate assurance of future performance that the Cure Amount set forth in the Cure Notice will be paid in accordance with the terms of the Sale Approval Order. Further, there is adequate assurance of the Purchasers' future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Purchasers.

6.       Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and/or assignment of any Assumed Contract or

Postpetition Contract and provide a new notice amending the information provided in this

Notice.

Dated:  New York, New York
        July 5, 2007

                           SKADDEN, ARPS, SLATE, MEAGHER
                             & FLOM LLP

                           By:  /s/ John Wm. Butler, Jr.
                                John Wm. Butler, Jr. (JB 4711)
                                John K. Lyons (JL 4951)
                                Ron E. Meisler (RM 3026)
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois  60606
                                (312) 407-0700

                                        - and -

                           By:  /s/ Kayalyn A. Marafioti
                                Kayalyn A. Marafioti (KM 9632)
                                Thomas J. Matz (TM 5986)
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                Attorneys for Delphi Corporation, et al.,
                                 Debtors and Debtors-in-Possession

# EXHIBIT 1

City of Tulsa
Rogers County Port Authority
5301 West Channel Road
Tulsa's Port of Catoosa
Catoosa, OK 74105

| Contract to be assumed: |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60017-5017

| **Contract to be assumed:** |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070



| **Contract to be assumed:** |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| Contract to be assumed: |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

City of Tulsa
Rogers County Port Authority
5301 West Channel Road
Tulsa's Port of Catoosa
Catoosa, OK 74105



| **Contract to be assumed:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60117-5017



| **Contract to be assumed:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| **Contract to be assumed:** |
|---|
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| Contract to be assumed: |
|---|
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
| --- |
| Purchase Order No. M29398 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| **Contract to be assumed:** |
|---|
| Purchase Order No. 12999 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
| --- |
| Purchase Order No. 12834 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
| --- |
| Purchase Order No. 15588 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: |
| --- |
| Purchase Order No. 12559 |

# EXHIBIT 1

QEK Global Solutions (US) Inc.
Cindy Vest
6001 N. Adams Rd. Ste. 100
Bloomfield Hills, MI 48304

| Contract to be assumed: |
|---|
| Leased VEL Test Vehicles |

# EXHIBIT 1

Tiense Suikerraffinaderij
Aandorenstraat 1
Tienen, 3300
Belgium

| **Contract to be assumed:** |
|---|
| Confidentiality Agreement by and between Tiense Suikerraffinaderij and Delphi Automotive Systems dated October 14, 2002 |

# EXHIBIT 1

Eversharp Tool Inc
11350 E 60th Pl
Tulsa, OK 74146-6817

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Eversharp Tool, Ind. Dated 4/30/2003 |

# EXHIBIT 1

Johnson Matthey Inc
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| Contract to be assumed: |
|:---:|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| **Contract to be assumed:** |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| Contract to be assumed: |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Plc
Precious Metals Marketing Division
2001 Nolte Dr
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed:** |
| --- |
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Mark Kennon
5401 S. Sheridon
Tulsa, OK 74145

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |

# EXHIBIT 1

A&B Process Systems, Corp.
201 S. Wisconsin Avenue
Stratford, WI 54484

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with A&B Process Systems dated 5/23/2002 |

# EXHIBIT 1

Barton Construction Co Inc
2702 E N Sheridan
Tulsa, OK 74115-2321

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Barton Construction dated 5/24/2002 |

# EXHIBIT 1

Ed Wallace
2205 E.L. Anderson Blvd
Claremore, OK 74017

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Blackmer/Tarby Pumps dated 3/21/2002 |

# EXHIBIT 1

Chemineer, Inc
Al Harold
5870 Poe Avenue
Dayton OH 45414

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Chemineer, Inc. dated 2/6/2002 |

# EXHIBIT 1

Draiswerke Inc
40 Whitney Road
Mahwah, NJ 07430

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Draiawerke, Inc. dated 3/25/2002 |

# EXHIBIT 1

Industrial Equipment & Design Company
110 American Blvd., Suite 1
Turnersville, NJ 08012

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Industrial Equipment & Design Company dated 3/6/2002 |

# EXHIBIT 1

Tom Darter
16116 University Oak
San Antonio, TX 78249

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Jet Specialty dated 5/22/2002 |

# EXHIBIT 1

Brenda Harris
105 Temperature Lane
Statesville, NC 28677

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with JMS Southeast Inc. dated 6/4/2002 |

# EXHIBIT 1

Rodney Schilt
2700 N. Hemlock Ct. St. 1108
Broken Arrrow, OK 74012

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Joe Mayfield Construction Co. Inc. dated 6/3/2002 |

# EXHIBIT 1

K-tron America
Routes 55 & 553
Pitman, NJ 08071

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |

# EXHIBIT 1

Pathfinder Systems, Inc.
200 Union Blvd., Suite 300
Lakewood, CO 80228-1831

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |

# EXHIBIT 1

Bill Tuggle
2241 East Skelly Drive St.5
Tulsa, OK 74105

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Master Pumps & Equipment Corp. dated 3/22/2002 |

# EXHIBIT 1

Barton Construction
2702 E N Sheridan
Tulsa, OK 74115-2321

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Michael F. Henry P.E. Inc. dated 10/2/2002 |

# EXHIBIT 1

Steve Bartmier
9764 E. 55th Pl.
Tulsa, OK 74146

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with North East Ok Mfg. dated 10/25/2002 |

# EXHIBIT 1

ORAFTI
Aandorenstraat 1
Tienen, 3300
Belgium

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with ORAFTI dated 10/14/2002 |

# EXHIBIT 1

Pattison Precision
Raymond Pattison
701 North 15th Street
Broken Arrow, OK 74012

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Pattison Precision dated 10/25/2002 |

# EXHIBIT 1

Vanco Engineering Co
7033 E 40th
Tulsa, OK 74145

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |

# EXHIBIT 1

Philadelphia Mixer Company
PO Box 8500 2180
Philadelphia, PA 19178-2180

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |

# EXHIBIT 1

Premier Mill
1 Birchmont Drive
Reading, PA 19606-3298

| **Contract to be assumed:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Premier Mill dated 3/22/2002 |

# EXHIBIT 1

PSI Water Systems, Inc.
97 Eddy Rd. Unit 6
Manchester, NH 03102

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with PSI Water Systems, Inc. dated 7/17/2002 |

# EXHIBIT 1

Rosemount Inc.
12001 Technology Dr Ab03
Eden Prairie, MN 55344

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Rossmount Inc. dated 10/29/2002 |

# EXHIBIT 1

SealMaster, Inc.
368 Martinel Dr
Kent, OH 44240-4368

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with SealMaster, Inc. dated 8/3/2002 |

# EXHIBIT 1

Seltech, Inc
5321 S Sheridan Rd Ste 31
Tulsa, OK 74153

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Seltech, Inc. dated 6/5/2002 |

# EXHIBIT 1

Ron Bridie
12211 E. 51st Street
Tulsa, OK 74146

| Contract to be assumed: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Vinson Process Controls dated 10/29/2002 |

# EXHIBIT 1

Gary Martin
415 E. Houston
Broken Arrow, OK 74012

| Contract to be assumed: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Werco Inc. dated 10/25/2002 |

# EXHIBIT 1

Young Industries
PO Box 30
Muncy, PA 17756-0030

| **Contract to be assumed:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Young Industries dated 11/1/2002 |

# EXHIBIT 1

Detroit Diesel Corporation
13400 Outer Drive West
Detroit, MI 48239

| **Contract to be assumed:** |
|---|
| Agreement between Detroit Diesel Corporation and Delphi Energy & Engine Management Systems division of General Motors Corporation dated 3/20/1996 |

# EXHIBIT 1

Anckelmannsplatz
1 Hamburg
Hamburg D 20537
Germany

| **Contract to be assumed:** |
|---|
| Confidentiality Agreement between Delphi Catalysts, Sasol Olefins & Surfactants GmbH & Co. KG and Daichi dated May 7, 2004 |

# EXHIBIT 1

Magnesium Elektron Ltd.
Lums Lane
Clifton Junction
Swinton Manchester M27 8LS
England

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Magnesium Electron Inc.
500 Point Breeze Road
Flemington, NJ 0882

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Grace Davison
7500 Grace Drive
Columbia, MD 21044-4098

| Contract to be assumed: |
|---|
| Confidential Information Agreement between Grace Davison and Delphi Energy and Chassis Systems, a division of Delphi Automotive Systems LLC |

# EXHIBIT 1

Rhodia Electronics and Catalysis
26 rue Chef de Baie
La Rochelle, 17000
France

| Contract to be assumed: |
|---|
| Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Rhodia E&C Inc.
259 Prospect Plains Road
Cranbury, NJ 08512

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Sojitz Corporation of America
1211 Avenue of the Americas
New York, NY 10036

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

NN Chemical Corporation
Roppongi 25 Mori Bldg.
4-30 Roppongi 1-chome
Minato-ku Tokyo 106-0032
Japan

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

Daiichi Kigenso Kagaku Kogyo Company, Ltd.
6-38 Hirabayashi Minami 1-Chome
Suminoe-ku Osaka 559-0025
Japan

| Contract to be assumed: |
| --- |
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

AirFlow Catalyst Systems
183 E. Main Street
Suite 925
Rochester, NY 14604

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement between AirFlow Catalyst Systems and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |

# EXHIBIT 1

Nanox Inc
4975 Rideau Street
Quebec, QC
Canada

| **Contract to be assumed:** |
| --- |
| Confidential Information Agreement Nanox, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated October 1, 2005 |

# EXHIBIT 1

Nippon Light Metal Company Limited
2-20 Higashi-Shinagawa 2 chome
Shinagawa-ku Tokyo 140-8628
Japan

| **Contract to be assumed:** |
| --- |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Sojitz Corporation
1-20 Akasaka 6-chome
Minato-ku Tokyo 107-8655
Japan

| **Contract to be assumed:** |
| --- |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Sojitz Corporation of America
1211 Avenue of Americas
New York, NY 10036

| **Contract to be assumed:** |
|---|
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Norit Americas
3200 University Ave
PO Box 790
Marshall, TX 75670

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement between Norit Americas, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective June 22, 2006 |

# EXHIBIT 1

Performance Industries
20 Lake Marian
Carpentersville, IL 60102

| **Contract to be assumed:** |
|---|
| Proprietary Information Agreement between Performance Industries and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |

# EXHIBIT 1

Pacific Industrial Development Corp.
4788 Runway Blvd.
Ann Arbor, MI 48108

| **Contract to be assumed:** |
|---|
| Confidential Information Agreement between Pacific Industrial Development Corp. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective November 2, 2005 |

# EXHIBIT 1

Sud-Chemie AG Waldheimer
Str. 15 Heufeld
Bayern, 80352
Germany

| **Contract to be assumed:** |
| --- |
| Proprietary Information Agreement between Sud-Chemie AG Waldheimer Str. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective October 1, 2005 |

# EXHIBIT 1

Tosoh Corporation
3-8-2, Shiba
Minato-Ku Tokyo 105-8623
Japan

| Contract to be assumed: |
| --- |
| Confidential Information Agreement between Tosoh Corporation and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective May 1, 2005 |

# EXHIBIT 1

AlliedSignal, Inc.
101 Columbia Road
Morristown, NJ 07960

| Contract to be assumed: |
| --- |
| Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad Maharashtra 431136
India

| **Contract to be assumed:** |
| --- |
| Technology License Agreement between Varroc Exhaust Systems Pvt. Ltd. and DTI Dated May 12, 2005. First Amendment Deed to The Technology License Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Technologies, Inc. |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad Maharashtra 431136
India

| **Contract to be assumed:** |
|---|
| DAS Technical Assistance Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The DAS Technical Assistance Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad Maharashtra 431136
India

| Contract to be assumed: |
| --- |
| Technical Efficiency Services Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The Technical Efficiency Services Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk, 630090
Russia

| **Contract to be assumed:** |
|---|
| Research Agreement No. 00274-03 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated October 23, 2000.  First Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated September 21, 2001.  Second Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Third Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Fourth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated November 15, 2002.  Fifth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 3, 2003.  Sixth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated June 17, 2003.  Seventh Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated April 7, 2004.  Eighth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated January 26, 2004.  Ninth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 24, 2005.  Tenth Amendment.  Eleventh Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy and Chassis Systems dated December 11, 2006. |

# EXHIBIT 1

Martin Marietta Energy Systems, Inc.
PO Box 2009
Oak Ridge, TN 37831-8242

| **Contract to be assumed:** |
|---|
| Stevenson-Wydler Cooperative Research and Development Agreement between Martin Marietta Energy Systems, Inc. and General Motors AC Rochester dated 1993 |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk, 630090
Russia

| Contract to be assumed: |
|---|
| Service Agreement 04354-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk, 630090
Russia

| Contract to be assumed: |
|:---:|
| Service Agreement 02327-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Ave
Bethlehem, PA 18015

| Contract to be assumed: |
| --- |
| Academic Partnerships Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Office of Research Services
Ann Powell
University of New Mexico
Scholes Hall, RM 102
Albuquerque, NM 87131

| **Contract to be assumed:** |
|---|
| University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 |

# EXHIBIT 1

Metropolitan Life Insurance Company
Attention:  Robert C. Love, Vice President
25300 Telegraph Road, Suite 580
Southfield, MI 48034

| **Contract to be assumed:** |
| --- |
| Dental Care Benefits Administrative Services Agreement between Metropolitan Life Insurance Company and ASEC Manufacturing Company, effective January 1, 2001 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed:** |
|---|
| Purchase Order No. 21967 |

# EXHIBIT 1

Epicor Software Corporation
18200 Von Karman
Suite #1000
Irvine, CA 92612

| **Contract to be assumed:** |
|---|
| Purchase Order No. 21893 |

# EXHIBIT 1

Lester Associates Inc.
383 Main St Ste 202
PO Box 354
Chatham, NJ 07928-2100

| Contract to be assumed: |
|---|
| Purchase Order No. 19513 |

# EXHIBIT 1

David A Matthews
1317 S 77th E Ave
Tulsa, OK 74112

| Contract to be assumed: |
|---|
| Purchase Order No. 21083 |

# EXHIBIT 1

PC Computers & Software Inc
8125-G E 51st St
Tulsa, OK 74145

| Contract to be assumed: |
|---|
| Purchase Order No. 20469 |

# EXHIBIT 1

Hewlett-Packard Company
MS 5518
8000 Foothills Blvd
Roseville, CA 95747

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 22120 |

# EXHIBIT 1

Inventory Limited
2 Lansdowne Crescent
Suite 240 Bournemouth BH1 1SA
United Kingdom

| Contract to be assumed: |
| --- |
| Purchase Order No. 20991 |

# EXHIBIT 1

L.I.M.S. (USA), Inc.
4000 Hollywood Blvd
Ste. 730N
Hollywood, FL 33021

| Contract to be assumed: |
| --- |
| Purchase Order No. 21768 |

# EXHIBIT 1

Micro-Tel Center
3700 Holcomb Bridge Rd.
Norcross, GA 30092

| **Contract to be assumed:** |
|---|
| Purchase Order No. 21685 |

# EXHIBIT 1

Black Box Network Services
(Frmly Norstan)
SDS 12-0976
PO Box 86
Minneapolis, MN 55486-0976

| Contract to be assumed: |
| --- |
| Purchase Order No. 21885 |

# EXHIBIT 1

Radley Corporation
23077 Greenfield
Ste. 440
Southfield, MI 48075

| Contract to be assumed: |
| --- |
| Purchase Order No. 17677 |

# EXHIBIT 1

Sebring Systems Technologies, Inc.
9726 East 42nd Street
Suite 201
Tulsa, OK 74146

| Contract to be assumed: |
| --- |
| Sebring Systems Technologies Inc. Client Service Agreement; Client Service Agreement dated June 4, 2001. |

# EXHIBIT 1

McDonnell Information Systems Incorporated
5310 Beethoven Street
Los Angeles, CA 90066

| **Contract to be assumed:** |
|---|
| Agreement between ASEC and MDIS - CHESS Agreement #2427 dated 9/29/1995 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| Contract to be assumed: |
| --- |
| Purchase Order No. 21771 |

# EXHIBIT 1

Dell
Edward Spater
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
| --- |
| ASEC - Dell Server Support Agreement |

# EXHIBIT 1

David Milum II
dba Tri-Pro Consulting
202-B Pringle Circle
Green Cove Springs, FL 32043

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 20655, 20656 and 22127 |

# EXHIBIT 1

Prime Systems Incorporated
32915 Aurora Rd.
Suite 100
Solon, OH 44139

| Contract to be assumed: |
| --- |
| ASEC & PRIME (Software License agreement) dated 09/16/1996 |

# EXHIBIT 1

Shainin LLC
3115 T Avenue
Anacortes, WA 98221

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 19545 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 19151 |

# EXHIBIT 1

Telnet Software
PO Box 2008
MS 6294
Oak Ridge, TN 37831

| **Contract to be assumed:** |
|---|
| Purchase Order No. 19151 |

# EXHIBIT 1

Software Spectrum
3480 Lotus Drive
Plano, TX 75075

| Contract to be assumed: |
| :---: |
| Purchase Order No. 2 21799 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
|---|
| Purchase Order No. 18444 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| Contract to be assumed: |
|---|
| Purchase Order No. 18796 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 181838 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| Contract to be assumed: |
| --- |
| Purchase Order No. 17075 |

# EXHIBIT 1

PC Computers & Software Inc
8125-G E 51st St
Tulsa, OK 74145

| Contract to be assumed: |
|---|
| Purchase Order No. 20621 |

# EXHIBIT 1

National Instruments
11500 N. Mopac Expwy
Bldg. A
Austin, TX 78759-3504

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 21800 |

# EXHIBIT 1

CDW
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

| **Contract to be assumed:** |
|---|
| Purchase Order No. 17068 |

# EXHIBIT 1

Software Spectrum
3480 Lotus Drive
Plano, TX 75075

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 21798 |

# EXHIBIT 1

Daimlerchrysler Corporation
Attn Nancy Broyles
Cims 484 04 10
800 Chrysler Dr
Auburn Hills, MI 48326-2757



| **Contract to be assumed:** |
| --- |
| Purchase Order Nos. O4559089, O4559090, O4559074, O5559316, O4559076, O5559311, O5559004, O4559075, O4559074, O7559025, O7559032, O7559027, O5559304, O6559025, O5559310, O7559026, O5559309, O8559030 |

# EXHIBIT 1

General Motors Corporation
Powertrain Division
777 Joslyn Ave
Pontiac, MI 48348

| Contract to be assumed: |
| --- |
| Purchase Order Nos. 550015396, 550014835, 550016206, 550060257, 550060259, 550055386, 550055387, 550063956, 550063957, 550060416, 550059663, 550059665, 550077234, 550014714 |

# EXHIBIT 1

Benteler Automotive
320 Hall St Sw
Grand Rapids, MI 49507

| Contract to be assumed: |
|---|
| Purchase Order No. 5500001765 |

# EXHIBIT 1

Engine Control Systems Ltd
165 Pony Dr
Newmarket, ON L3Y7V1
Canada

| Contract to be assumed: |
|---|
| Supply Agreement between Engine Control Systems, Ltd. and ASEC Sales |

# EXHIBIT 1

General Motors Corporation
GM Euro Metals
Russelsheim, D-65423
Germany

| **Contract to be assumed:** |
|---|
| Consignment Agreement for Platinum Group Metal between GMC and ASEC Manufacturing Sales (Pty) Ltd. owned by Delphi Automotive Systems (Holding), Inc. dated January 31, 2001 |

# EXHIBIT 1

General Motors Corporation
GM Euro Metals
Russelsheim, D-65424
Germany

| **Contract to be assumed:** |
| --- |
| Consignment Agreement for Platinum Group Metals between GM and ASEC Manufacturing Sales SAS dated 3/30/01 |

# EXHIBIT 1

Chrysler Corp.
Mr. Lawrence R. Biskner
Manufacturing Group Accounting
7150 Metropolitan Pkwy
Sterling Heights MI 48312

| **Contract to be assumed:** |
|---|
| Noble Metal Stock Account Agreement between DaimlerChrysler Corporation and Delphi Automotive Systems LLC |

# EXHIBIT 1

Mitsubishi Corporation
6-3, Marunouchi 2-Chome
Chiyoda-Ku Tokyo 100-86
Japan

| **Contract to be assumed:** |
| --- |
| Noble Metal Stock Account Agreement between Allied-Signal Automotive Catalyst Company, a division of Allied-Signal Inc. and Mitsubishi Corporation dated 7/1/1990 |

# EXHIBIT 1

Maybee and Associates
Mr. Don Maybee
7015 Fieldcrest Rd.
Brighton, MI 48116

| **Contract to be assumed:** |
| --- |
| Sales Representative Agreement between Delphi Automotive Systems LLC and Tawas Industries Components, Inc. dated December 7, 2005 |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth, 6000
South Africa

| Contract to be assumed: |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| Contract to be assumed: |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| Contract to be assumed: |
|---|
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| Contract to be assumed: |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| **Contract to be assumed:** |
|---|
| Purchase Order No. 50112 |

# EXHIBIT 1

Brenntag Southwest Inc
206 E Morrow
Sand Springs, OK 74063

| Contract to be assumed: |
| --- |
| Contract Order No. 50195 |

# EXHIBIT 1

Brenntag Southwest Inc
PO Box 970230
Dallas, TX 75397-0230

| Contract to be assumed: |
| --- |
| Contract Order No. 50195 |

# EXHIBIT 1

Umicore Marketing Services
3120 Highwoods Blvd Ste 110
Raleigh, NC 27604

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 50207 |

# EXHIBIT 1

Harcros Chemicals Inc
3810 S Elwood Ave
Tulsa, OK 74107

| Contract to be assumed: |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

Harcros Chemicals Inc
5200 Speaker Rd
Kansas City, KS 66106

| Contract to be assumed: |
| --- |
| Contract Order No. 50210 |

# EXHIBIT 1

Harcros Chemicals Inc
PO Box 74583 Br 0006
Chicago, IL 60690

| **Contract to be assumed:** |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

C & L Development Corporation
12930 Saratoga Ave Ste D6
Saratoga, CA 95070

| **Contract to be assumed:** |
|---|
| Contract Order No. 50212 |

# EXHIBIT 1

Sojitz Corporation Of America
1211 Ave Of The Americas
New York, NY 10036

| **Contract to be assumed:** |
|---|
| Contract Order No. 50213 |

# EXHIBIT 1

Sojitz Corporation Of America
PO Box 360913m
Pittsburgh, PA 15251

| **Contract to be assumed:** |
|---|
| Contract Order No. 50213 |

# EXHIBIT 1

Grace Davison
4127 Collections Ctr Dr
Chicago, IL 60693

| Contract to be assumed: |
|---|
| Contract Order No. 50214 |

# EXHIBIT 1

Grace Davison
PO Box 75147
Charlotte, NC 28275

| Contract to be assumed: |
| --- |
| Contract Order No. 50214 |

# EXHIBIT 1

Grace Davison W R Grace & Co Conn
Attn Manager Credit & Collections
7500 Grace Dr
Columbia, MD 21044

| Contract to be assumed: |
| --- |
| Contract Order No. 50214 |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60017-5017

| Contract to be assumed: |
| --- |
| Contract Order No. 50215 |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| **Contract to be assumed:** |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| **Contract to be assumed:** |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

OMG Americas Inc
811 Sharon Dr
Westlake, OH 44145-1522

| Contract to be assumed: |
| --- |
| Contract Order No. 50216 |

# EXHIBIT 1

OMG Americas Inc
PO Box 6066n
Cleveland, OH 44193

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50216 |

# EXHIBIT 1

Magnesium Elektron Inc
C O Jerrold S Kulback Esq
Archer & Greiner Pc
One Centennial Sq
Haddonfield, NJ 08033

| Contract to be assumed: |
| --- |
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Inc
500 Point Breeze Rd
Flemington, NJ 08822-9111

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Inc
PO Box 8500 2480
Philadelphia, PA 19178-2480

| **Contract to be assumed:** |
|---|
| Contract Order No. 50217 |

# EXHIBIT 1

Cimbar Performance Minerals
25 Old River Rd Se
Cartersville, GA 30120

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
Lockbox 577
Carolstream, IL 60132-0577

| Contract to be assumed: |
| --- |
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
1212 Ave Of The Americas
New York, NY 10036-1689

| Contract to be assumed: |
|---|
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
K W Zank Trust Div A C5115114
Detroit, MI 48226

| **Contract to be assumed:** |
|---|
| Contract Order No. 50218 |

# EXHIBIT 1

Hercules Incorporated
Aqualon Division
Hercules Plz
1313 N Market St
Wilmington, DE 19894-0001

| Contract to be assumed: |
|---|
| Contract Order No. 50221 |

# EXHIBIT 1

Hercules Incorporated
Aqualon Division
Hercules Plz
Wilmington, DE 19894-0001

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50221 |

# EXHIBIT 1

Hercules Incorporated
PO Box 846046
Dallas, TX 75284-6046

| **Contract to be assumed:** |
|---|
| Contract Order No. 50221 |

# EXHIBIT 1

Nyacol Nano Technologies Inc
Megunko Rd
PO Box 349
Ashland, MA 01721-0349

| **Contract to be assumed:** |
|---|
| Contract Order No. 50219 |

# EXHIBIT 1

Nyacol Nano Technologies Inc
PO Box 847928
Boston, MA 02284-7928

| **Contract to be assumed:** |
|---|
| Contract Order No. 50219 |

# EXHIBIT 1

Sachem
PO Box 915043
Dallas, TX 75391-5043

| **Contract to be assumed:** |
|---|
| Contract Order No. 50222 |

# EXHIBIT 1

Sachem Inc
821 E Woodward St
Austin, TX 74704-7418

| Contract to be assumed: |
| --- |
| Contract Order No. 50222 |

# EXHIBIT 1

Tosoh Usa Inc
Attn Finance Dept Pam Schmittler
3600 Gantz Rd
Grove City, OH 43123

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50224 |

# EXHIBIT 1

Tosoh Usa Inc
PO Box 712368
Cincinnati, OH 45271-2368

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50224 |

# EXHIBIT 1

Sasol Germany Gmbh
Attn Accounting
Anckelmannsplatz 1
Postfach 60 23 05
Hamburg, D-22223
Germany

| Contract to be assumed: |
|---|
| Contract Order No. 50225 |

# EXHIBIT 1

Sasol Germany Gmbh
Inorganic Specialty Chemicals
Attn Dr Stefan Maedje
Anckelmannsplatz 1
Hamburg D 20537
Germany

| **Contract to be assumed:** |
|---|
| Contract Order No. 50225 |

# EXHIBIT 1

Sasol Vista Chemical
PO Box 910855
Dallas, TX 75391-0855

| Contract to be assumed: |
| --- |
| Contract Order No. 50225 |

# EXHIBIT 1

Johnson Matthey Inc.
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| **Contract to be assumed:** |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| Contract to be assumed: |
| --- |
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey PLC
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| **Contract to be assumed:** |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey PLC
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| Contract to be assumed: |
| --- |
| Contract Order No. 50226 |

# EXHIBIT 1

NGK Automotive Ceramics USA Inc
119 Mazzeppa Rd
Mooresville, NC 28115

| **Contract to be assumed:** |
|---|
| Purchase Order No. 50028 |

# EXHIBIT 1

NGK Spark Plug Mfg Usa Inc
PO Box 2943
Charleston, WV 25330-2943

| **Contract to be assumed:** |
|---|
| Purchase Order No. 50028 |

# EXHIBIT 1

Denso International America Inc
Attn Carol Sowa
24777 Denso Dr
Southfield, MI 48033

| **Contract to be assumed:** |
|---|
| Contract Order No. 50084 |

# EXHIBIT 1

Denso International America Inc
PO Box 5133
Southfield, MI 48086-5133

| Contract to be assumed: |
| --- |
| Contract Order No. 50084 |

# EXHIBIT 1

Denso International America Inc
PO Box 88812
Chicago, IL 60695-1812

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50084 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| Contract to be assumed: |
|:---:|
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| Contract to be assumed: |
| --- |
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
|:---:|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
|---|
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50189 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed:** |
| --- |
| Contract Order No. 50189 |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed: |
| --- |
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| Contract to be assumed: |
| --- |
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton, 2198
South Africa

| **Contract to be assumed:** |
| --- |
| Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC |

# EXHIBIT 1

W C Heraeus GmbH & co Kg
Heraeusstr 12 – 14
Hanau, 63450
Germany

| **Contract to be assumed:** |
|---|
| Bailment Agreement between Delphi Automotive Systems LLC and W.C. Heraeus GmbH & Co., KG dated July 1, 2003. |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton, 2198
South Africa

| Contract to be assumed: |
|---|
| Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth, 6000
South Africa

| Contract to be assumed: |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| **Contract to be assumed:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| **Contract to be assumed:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| **Contract to be assumed:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| **Contract to be assumed:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Johnson Matthey Inc.
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| **Contract to be assumed:** |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| Contract to be assumed: |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| **Contract to be assumed:** |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Plc
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| **Contract to be assumed:** |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Plc
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed:** |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| **Contract to be assumed:** |
|---|
| Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| Contract to be assumed: |
|---|
| Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |

# EXHIBIT 1

Sabin Metal Corporation
300 Pantigo Pl
Ste 102
East Hampton, NY 11937

| Contract to be assumed: |
| --- |
| Letter from Delphi Corporation dated October 23, 2002 to Sabin Metal. |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| **Contract to be assumed:** |
|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| **Contract to be assumed:** |
| --- |
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |

# EXHIBIT C

Delphi Corporation
Catalyst Cure Notice Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PO #'s | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 and Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. | $430,384.00 |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 and Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. | $430,384.00 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Purchase Order No. 50186 | $9,914.40 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Purchase Order No. 50187 | $2,090,033.74 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Purchase Order No. 50188 | $23,883.05 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Purchase Order No. 50189 | $2,395.44 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Purchase Order No. 50186 | $9,914.40 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Purchase Order No. 50187 | $2,090,033.74 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Purchase Order No. 50188 | $23,883.05 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Purchase Order No. 50189 | $2,395.44 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Purchase Order No. 50186 | $9,914.40 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Purchase Order No. 50187 | $2,090,033.74 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Purchase Order No. 50188 | $23,883.05 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Purchase Order No. 50189 | $2,395.44 |
| First American Capital Mgmt | Attn Dianne Evert | 3000 Lakeside Dr Ste 200n | | Bannockburn, | IL | 60018 | | Purchase Order Nos. 12999, 12834 and 15588 | $0.00 |
| First American Capital Mgmt Group | | 527 Marquette Ave South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order Nos. 12999, 12834 and 15588 | $0.00 |
| Heraeus Chemicals Sa Pty | | PO Box 1987 | | Port Elizabeth, | | 06000 | South Africa | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 | $0.00 |
| Heraeus Metal Processing Inc | c/o Jason J Dejonker Esq | Mcdermott Will & Emery Llp | 227 W Monroe St | Chicago, | IL | 60606-5096 | | Purchase Order No. 50112 | $306,172.40 |
| Heraeus Metals Processing Formerly PGP Industries | | PO Box 910468 | | Dallas, | TX | 75391-0468 | | Purchase Order No. 50112 | $306,172.40 |
| | | 13429 Alondra Blvd | | Santa Fe, | CA | 90670 | | Purchase Order No. 50112 | $306,172.40 |
| Heraeus Precious Metals Management LLC | | 540 Madison Avenu | | New York, | NY | 10022 | | Purchase Order No. 50112 | $306,172.40 |
| Impala Platinum Limited | Isle Of Houghton | 3rd Fl Old Trafford 4 | Boundary Rd | Houghton, | | 02198 | South Africa | Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC and Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. | $0.00 |
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |
| Johnson Matthey PLC | Precious Metals Marketing Division | 2001 Nolte Dr | | West Deptford, | NJ | 08066 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

7/9/2007 1:45 PM
ASEC Cure merge file 070705

Delphi Corporation
Catalyst Cure Notice Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PO #'s | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| Johnson Matthey PLC | | PO Box 88877 | Dept 310 | Chicago, | IL | 60695-1877 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |
| MDIS Inc | | Dept 31702 | PO Box 6187 | Chicago, | IL | 60680-6187 | | Agreement between ASEC and MDIS - CHESS Agreement #2427 dated 9/29/1995 | $0.00 |
| NGK Automotive Ceramics USA Inc | | 119 Mazzeppa Rd | | Mooresville, | NC | 28115 | | Purchase Order No. 50028 | $2,914,235.42 |
| Prime Systems Incorporated | | 32915 Aurora Rd Ste 100 | | Cleveland, | OH | 44139 | | ASEC & PRIME (Software License agreement) dated 09/16/1996 | $0.00 |
| Sabin Metal Corporation | | 300 Pantigo Pl | Ste 102 | East Hampton, | NY | 11937 | | Letter from Delphi Corporation dated October 23, 2002 to Sabin Metal. | $10,583.35 |
| Shainin LLC | | 3115 T Ave | | Anacortes, | WA | 98221 | | Purchase Order No. 19545 | $0.00 |
| University Of New Mexico | Attn Sally Hayes | Dept Of Earth & Planetary Science | | Albuquerque, | NM | 87131-1116 | | University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 | $0.00 |
| W C Heraeus GmbH & Co KG | | Heraeusstr 12 – 14 | 63450 | Hanau, | | | Germany | Bailment Agreement between Delphi Automotive Systems LLC and W.C. Heraeus GmbH & Co., KG dated July 1, 2003. | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

7/9/2007 1:45 PM
ASEC Cure merge file 070705

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
    In re                             :   Chapter 11
                                                :
DELPHI CORPORATION, et al.,       :   Case No. 05-44481 (RDD)
                                                :
                     Debtor.    :   (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED
IN CONNECTION WITH THE SALE OF CATALYST BUSINESS

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on June 29**,** 2007, Delphi Corporation

("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set

forth in the Agreement (the "Selling Debtor Entities")[1] have entered into a Master Sale And

Purchase Agreement ("Agreement") with Umicore and certain of its affiliates (the

"Purchasers") for the purchase of substantially all of the assets primarily used in the catalyst

business of Delphi.  The Selling Debtor Entities hereby provide notice (the "Notice") of their

intent to assume and assign the prepetition executory contracts or unexpired leases (the

"Assumed Contract") listed on <u>Exhibit 1</u> hereto to the Purchaser or the Successful Bidder, as

the case may be.  Capitalized terms used but not otherwise defined in this notice have the

meanings ascribed to them in the Bidding Procedures Order.

        2.        On the date of the closing of the transactions contemplated by the

Agreement (the "Closing Date"), or as soon thereafter as is reasonably practicable, the Selling

Debtor Entities will pay the amount the Selling Debtor Entities' records reflect is owing for

prepetition arrearages, if any, as set forth on <u>Exhibit 1</u> hereto (the "Cure Amount").  The

Selling Debtor Entities' records reflect that all postpetition amounts owing under the

Assumed Contract have been paid and will continue to be paid until the assumption and

assignment of the Assumed Contract and that, other than the Cure Amount, there are no other

defaults under the Assumed Contract.

        3.        Objections, if any, to the proposed Cure Amount must (a) be in

writing, (b) state with specificity the cure asserted to be required, (c) include appropriate

documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems (Holding) Inc., Delphi Automotive Systems LLC, Exhaust Systems Corporation, Environmental Catalysts, LLC, Delphi Technologies, Inc., ASEC Manufacturing General Partnership, and ASEC Sales General Partnership.  Certain assets will be sold under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on <u>Schedule 1</u> to the Agreement.  The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under

11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014

Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and

Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental

Case Management Order") and the Amended Eighth Supplemental Order Under 11 U.S.C. §§

102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus

Hearing Dates and Certain Notice, Case Management, and Administrative Procedures,

entered October 26, 2006 (Docket No. 5418) (together with the Supplemental Case

Management Order, the "Case Management Orders"), (e) be filed with the Bankruptcy Court

in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy

Court's case filing system must file electronically, and all other parties-in-interest must file on

a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format), (f) be submitted in hard-copy form directly to the

chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (g) be served in hard-copy form so that they are actually

received within ten days of service of this Notice upon (i) Delphi Automotive Systems LLC,

5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725

Delphi Drive, Troy, Michigan 48098 (Att'n: Deputy General Counsel, Transactional &

Restructuring), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333

West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Brian M.

Fern), (iv) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vi) counsel for the official committee of equity security holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (vii) counsel for the Purchasers, Goodwin Procter LLP, 901

New York Avenue, N.W., Washington, DC 20001 (Att'n: J. Hovey Kemp), and (viii) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

       4.      If an objection to the Cure Amount is timely filed and received, a

hearing with respect to the objection will be held before the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 610, New York, New York 10004, at such date and

time as the Court may schedule.  A hearing regarding the Cure Amount, if any, may be

continued at the sole discretion of the Selling Debtor Entities until after the Closing Date.

       5.      If no objection is timely received, the Cure Amount set forth in

Exhibit 1 hereto will be controlling, notwithstanding anything to the contrary in any Assumed

Contract or any other document, and the non-Debtor party to the Assumed Contract will be

deemed to have consented to the Cure Amount and will be forever barred from asserting any

other claims as to such Assumed Contract against the Selling Debtor Entities, the Purchasers,

or the Successful Bidder (as appropriate), or the property of either of them.  The failure of

any objecting person or entity to timely file its objection will be a bar to the assertion, at the

Sale Hearing or thereafter, of any objection to the Sale Motion, the Sale, or the Selling

Debtor Entities' consummation of and performance under the Agreement (including the

transfer of the Assets and the Assumed Contracts free and clear of all Claims and Interests), if

authorized by the Court.

6.    Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and assignment of the Assumed Contract and provide

a new notice amending the information provided in this Notice.

Dated:  New York, New York
        July 5, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

5

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed: | Cure amount: |
|---|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 and Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. | $430,384.00 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| Contract to be assumed: | Cure amount: |
|---|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 and Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. | $430,384.00 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50186 | $9,914.40 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order No. 50187 | $2,090,033.74 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order No. 50188 | $23,883.05 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order No. 50189 | $2,395.44 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order No. 50186 | $9,914.40 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50187 | $2,090,033.74 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order No. 50188 | $23,883.05 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50189 | $2,395.44 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 50186 | $9,914.40 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50187 | $2,090,033.74 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50188 | $23,883.05 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 50189 | $2,395.44 |

# EXHIBIT 1

First American Capital Mgmt
Attn Dianne Evert
3000 Lakeside Dr Ste 200n
Bannockburn, IL 60018

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 12999, 12834 and 15588 | $0.00 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Nos. 12999, 12834 and 15588 | $0.00 |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth, 06000
South Africa

| Contract to be assumed: | Cure amount: |
|---|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 | $0.00 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50112 | $306,172.40 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 50112 | $306,172.40 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order No. 50112 | $306,172.40 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order No. 50112 | $306,172.40 |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton, 02198
South Africa

| Contract to be assumed: | Cure amount: |
|---|---|
| Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC and Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. | $0.00 |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| Contract to be assumed: | Cure amount: |
|---|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| Contract to be assumed: | Cure amount: |
|---|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |

# EXHIBIT 1

Johnson Matthey PLC
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| Contract to be assumed: | Cure amount: |
|---|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |

# EXHIBIT 1

Johnson Matthey PLC
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| Contract to be assumed: | Cure amount: |
|---|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc. | $0.00 |

# EXHIBIT 1

MDIS Inc
Dept 31702
PO Box 6187
Chicago, IL 60680-6187

| Contract to be assumed: | Cure amount: |
|---|---|
| Agreement between ASEC and MDIS - CHESS Agreement #2427 dated 9/29/1995 | $0.00 |

# EXHIBIT 1

NGK Automotive Ceramics USA Inc
119 Mazzeppa Rd
Mooresville, NC 28115

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 50028 | $2,914,235.42 |

# EXHIBIT 1

Prime Systems Incorporated
32915 Aurora Rd Ste 100
Cleveland, OH 44139

| Contract to be assumed: | Cure amount: |
|---|---|
| ASEC & PRIME (Software License agreement) dated 09/16/1996 | $0.00 |

# EXHIBIT 1

Sabin Metal Corporation
300 Pantigo Pl
Ste 102
East Hampton, NY 11937

| Contract to be assumed: | Cure amount: |
|---|---|
| Letter from Delphi Corporation dated October 23, 2002 to Sabin Metal. | $10,583.35 |

# EXHIBIT 1

Shainin LLC
3115 T Ave
Anacortes, WA 98221

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 19545 | $0.00 |

# EXHIBIT 1

University Of New Mexico
Attn Sally Hayes
Dept Of Earth & Planetary Science
Albuquerque, NM 87131-1116

| Contract to be assumed: | Cure amount: |
|---|---|
| University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 | $0.00 |

# EXHIBIT 1

W C Heraeus GmbH & Co KG
Heraeusstr 12 – 14
Hanau, 63450
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Bailment Agreement between Delphi Automotive Systems LLC and W.C. Heraeus GmbH & Co., KG dated July 1, 2003. | $0.00 |