John J. Hunter, Jr.                                    Hearing date:  **July 19, 2007 @ 10:00 a.m.**
HUNTER & SCHANK CO., LPA                               Objection date:  **July 12, 2007** @ **4:00 p.m.**
One Canton Square
1700 Canton Avenue
Toledo, OH  43604
Attorneys for ZF Boge Elastmetall LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-044481 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

### RESPONSE AND OBJECTION OF ZF BOGE ELASTMETALL LLC TO DEBTOR'S SEVENTEENTH OMNIBUS CLAIMS OBJECTION

     **NOW COMES** ZF Boge Elastmetall LLC, (hereinafter referred to as "ZF"), a creditor in the within proceeding and respectfully provides its response to the Seventeenth Omnibus Application to Expunge Claims [Doc. 8270], the "Objection" filed by the Debtor on June 15, 2007.

1. ZF has timely filed its claim in the amount of $99,852.32, in this matter. The claim of ZF has been enumerated as claim number 12017.

2. The Debtor has objected to a portion of the Claim although the exact basis for the objection is unclear.

3. ZF attached to its claim its account summary for Delphi, such summary setting forth the in detail the open invoices with Delphi, by date and amount.

4. ZF maintains and can provide copies of the invoices and proof of delivery for the invoices listed in the summary attached to its claim. ZF has previously provided to Delphi electronic

copies of invoices and supporting documentation for its claim although such information has not been provided herein due to its voluminous nature.

5.  ZF has not been paid for the amounts due as set forth in the claim and such amount remains due and owing.

6.  Pursuant to Bankruptcy Rules 3001 and 3003 the claim of ZF is prima facie evidence of the validity and amount of its claim and the Objection of the Debtor is not sufficient to overcome the presumption of validity under Rules 3001 and 3003.

**WHEREFORE,** ZF Boge Elastmetall LLC respectfully requests that the Objection of the Debtor be denied and that its claim be allowed as filed and for such other and further relief as is just and equitable in the premises.

Respectfully submitted,

By: /s/  John J. Hunter, Jr.
       John J. Hunter, Jr. (0034602)
       Admitted Pro Hac Vice
       Hunter & Schank Co. LPA
       One Canton Square
       1700 Canton Avenue
       Toledo, Ohio 43604
       (419) 255-4300
       Fax (419) 255-9121
       *jrhunter@hunterschank.com*

## CERTIFICATE OF SERVICE

I, John J. Hunter, Jr, hereby certify that pursuant to the *Notice of Debtors' Seventeenth Omnibus Claims Objection and Claims Objection Procedures Order*, the foregoing Response and Objection was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via overnight mail on the parties identified below, this 10th day of July 2007.

2

Honorable Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John William Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Counsel for Debtors

/s/  John J. Hunter, Jr.
John J. Hunter, Jr. (0034602)
Admitted Pro Hac Vice
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, Ohio 43604
(419) 255-4300
Fax (419) 255-9121