BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison, Suite 3900
Chicago, IL 60606
Tel. No.         312-984-3100
Fax No.         312-984-3150
William J. Barrett (IL 6206424)
Kimberly J. Robinson (IL 6194420)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM NAME

The undersigned as counsel for Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc., creditors in this case, hereby provides notice of the following address and firm name change. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

>William J. Barrett
>Kimberly J. Robinson
>BARACK FERRAZZANO KIRSCHBAUM
>  & NAGELBERG, LLP
>200 West Madison Street, Suite 3900
>Chicago, Illinois  60606
>Tel:  (312) 984-3100
>Fax:  (312) 984-3150
>Email:  william.barrett@bfkn.com
>Email:  kim.robinson@bfkn.com

Respectfully submitted,

   /s/ William J. Barrett
William J. Barrett


William J. Barrett (IL 6206424)
Kimberly J. Robinson (IL 6194420)
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Tel:  (312) 984-3100
Fax:  (312) 984-3150
Email:  william.barrett@bfkn.com
Email:  kim.robinson@bfkn.com

Attorneys for Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc.

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Amended Notice of Appearance and Request for Service and Notice of Change of Address and Change of Firm Name was duly served by U.S. first class mail, postage prepaid, on July 10, 2007, upon the following Service List:

                                                      /s/ William J. Barrett
                                                    William J. Barrett

## SERVICE LIST

| | |
|---|---|
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attn: Kenneth S. Ziman, Esq. | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marlane Melican, Esq. |
| Latham & Watkins<br>885 Third Avenue<br>New York, New York 10022-4802<br>Attn: Mark A. Broude, Esq.<br>Attn: Robert J. Rosenberg, Esq. | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart, Esq. |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard, Esq. | Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Esq. |