# DELPHI CORPORATION

## Legal Fee Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2006 | Dickinson Wright | Detroit, MI | 11,702.29 | Vendor | Various |
| 11/15/2006 | Dickinson Wright | Detroit, MI | 9,618.92 | Vendor | Various |
| 12/31/2006 | Dickinson Wright | Detroit, MI | 2,338.95 | Vendor | Various |
| 1/31/2007 | Dickinson Wright | Detroit, MI | 546.11 | Vendor | Various |
| | | | 24,206.27 | | |



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

October 30, 2006
Invoice No. 555079

021924       W.Y. CAMPBELL & COMPANY
021924-00017 DELPHI ENGAGEMENT
             W.Y. CAMPBELL & COMPANY
             ONE WOODWARD AVE., 26TH FLOOR
             DETROIT, MI  48226

             ATTN: MR. WILLIAM CAMPBELL

| DATE | | SERVICES | HOURS |
|---|---|---|---|
| 09/05/06 | RMB | Confs re Delphi engagement letter; begin to draft same. | .80 |
| 09/06/06 | RMB | Draft engagement letter for Delphi; misc t/cs and confs re same. | 2.20 |
| 09/06/06 | SGH | Review and revise documents. Review and respond to correspondence. Telephone conversations and conferences with R.Bolton. | 1.80 |
| 09/07/06 | SGH | Telephone conference with R.Bolton. | .20 |
| 09/15/06 | RMB | Revise Delphi engagement ltr; correspondence. | .90 |
| 09/19/06 | SGH | Conference with R.Bolton. Review correspondence. | .30 |
| 09/20/06 | RMB | Attention to Delphi engagement letter revisions and bankruptcy court approval. | 1.80 |
| 09/20/06 | SGH | Review pleadings.  Review and revise engagement letter. Telephone conversations with J.Lyons, R.Bolton | 2.00 |
| 09/21/06 | SGH | Review and revise engagement letter. Telephone conversations with J.Lyons, R.Bolton and W.Campbell. Review and respond to correspondence. | 2.90 |
| 09/22/06 | RMB | Misc t/cs, confs and correspondence re finalization of Delphi engagement letter and preparation of bankruptcy pleadings. | 1.20 |

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
021924-00017                                          Invoice No. 555079
W.Y. CAMPBELL & COMPANY                               Page    2
DELPHI ENGAGEMENT
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/22/06 | DFG | Work on Delphi retention documents, telephone calls and emails regarding same, research regarding disinterdness and materially adverse standards | 5.70 |
| 09/22/06 | SGH | Review pleadings. Forward information to D.Gosch. Telephone conversations with D.Gosch. Conference with R.Bolton. Review and revise documents. | 3.00 |
| 09/22/06 | JTS | Research re: standards for evaluating whether an individual is "disinterested" under 11 USC 101(14). Drafting of memo to recap research. Discussion of findings with D. Gosch. | 5.40 |
| 09/25/06 | RMB | Misc t/cs and confs re finalization of Delphi engagement letter. | .80 |
| 09/25/06 | SGH | Review and respond to correspondence. Telephone conference with R.Bolton. Review drafts. | .80 |
| 09/28/06 | RMB | Revise engagement letter; misc confs and t/cs re same. | .70 |
| 09/28/06 | DFG | Telephone call with S. Howell regarding status (.1), review proposed order, memo to S. Howell regarding same (.3) | .40 |
| 09/28/06 | SGH | Review and respond to correspondence. Review and revise documents. Conference with R.Bolton. Telephone calls to and from J.Jjingo. Telephone conference with D.Gosch. | 1.00 |
| 09/29/06 | SGH | Review and respond to correspondence. | .20 |

============



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
021924-00017                                          Invoice No. 555079
W.Y. CAMPBELL & COMPANY                               Page    3
DELPHI ENGAGEMENT

                    TOTAL SERVICES. . . . . . . . . . .$      11,693.00

DATE                      DISBURSEMENTS                           VALUE

        TELECOMMUNICATIONS                                         8.90
        TELEPHONE                                                   .39
                                                              ------------
                    TOTAL DISBURSEMENTS. . . . . . . . $           9.29
                                                              ------------

                    TOTAL CURRENT CHARGES. . . . . . . $      11,702.29
                                                              ============
```



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

November 15, 2006
Invoice No. 556544

```
021924          W.Y. CAMPBELL & COMPANY
021924-00017    DELPHI ENGAGEMENT
                W.Y. CAMPBELL & COMPANY
                ONE WOODWARD AVE., 26TH FLOOR
                DETROIT, MI   48226

                ATTN: MR. WILLIAM CAMPBELL
```

| DATE | | SERVICES | HOURS |
|---|---|---|---|
| 10/02/06 | SGH | Telephone conference with J.Lyons and R.Bolton. Revise draft. | 1.10 |
| 10/03/06 | SGH | Telephone conversations with J.Lyons and R.Bolton. Review and respond to correspondence. | .90 |
| 10/06/06 | RMB | Revise engagement letter; follow up re bankruptcy issues and approval process. | .80 |
| 10/06/06 | DFG | Telephone call with Howell, memo to Bolton regarding status, review and revise application, and affidavit telephone calls to client regarding same | 1.80 |
| 10/06/06 | SGH | Review and respond to correspondence. Telephone conversations with R.Bolton. | 1.00 |
| 10/09/06 | RMB | Misc t/cs and confs to finalize issues and docs. | .60 |
| 10/09/06 | DFG | Telephone call with S. Howell regarding status, telephone call with A. Augier regarding comments to Affidavit regarding client qualifications, followup emails regarding notice, review memo from Skadden review and revise retention application, review new emails from Howell regarding engagement letter, response to same | 1.80 |
| 10/09/06 | SGH | Review and respond to correspondence. Follow up on pleadings .Telephone conference with J.Lyons. Conferences with R.Bolton. | 2.00 |
| 10/10/06 | SGH | Review and respond to correspondence. Review and revise documents. | 1.20 |

**IN ACCOUNT WITH**

**DICKINSON WRIGHT** PLLC

300 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021924-00017　　　　　　　　　　　　　　　　　　　　　Invoice No. 556544
W.Y. CAMPBELL & COMPANY　　　　　　　　　　　　　　Page    2
DELPHI ENGAGEMENT

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/11/06 | DFG | Telephone calls with Howell, with B. Campbell regarding status of engagement agreement | .30 |
| 10/11/06 | SGH | Review and revise documents. Review and respond to correspondence. Telephone conversations with W.Campbell, R.Bolton and D.Gosch. Conferences with R.Bolton. | 1.30 |
| 10/12/06 | RMB | Misc t/cs and confs re finalization of engagment papers. | .50 |
| 10/12/06 | DFG | Additional revisions to Application, Affidavit and order per engagement letter changes, memorandums and phone calls with S. Howell regarding same | 1.00 |
| 10/12/06 | SGH | Review engagement letter and draft pleadings. Conference with R.Bolton. Conference call with A.Augier and R.Bolton. Telephone conference with D.Gosch. | 1.50 |
| 10/13/06 | DFG | Calls with S. Howell regarding finalization of retention documents, and nunc pro tunc analysis | .20 |
| 10/13/06 | SGH | Review and revise documents. Telephone conversations with W.Campbell and D.Gosch. Draft correspondence. | 1.50 |
| 10/17/06 | SGH | Telephone conferences with R.Bolton and J.Lyons. Review and revise documents. | .80 |
| 10/18/06 | SGH | Telephone conversations with A.Augier, R.Bolton and J.Lyons. Review and revise engagement letter and circulate for signature. | 1.00 |
| 10/19/06 | SGH | Review and respond to correspondence. Conference with R.Bolton. | .40 |
| 10/24/06 | SGH | Review and respond to correspondence. Review engagement letter. | .70 |
| 10/27/06 | SGH | Review and respond to correspondence. | .50 |
| 10/27/06 | SGH | Telephone calls and emails to J.Lyons re status of filing. Review and respond to correspondence. Telephone conference with R.Bolton. | 1.00 |
| 10/31/06 | DFG | Brief review of materials from Company regarding updated retention pleadings | .20 |

In Account With



500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
021924-00017                                          Invoice No. 556544
W.Y. CAMPBELL & COMPANY                               Page    3
DELPHI ENGAGEMENT


10/31/06 SGH    Review and circulate revised drafts. Conference        1.80
                with R.Bolton.
                                                                ============

                        TOTAL SERVICES. . . . . . . . . . .$     9,615.50


  DATE                       DISBURSEMENTS                              VALUE

            TELEPHONE                                                    3.42
                                                                 ------------
                        TOTAL DISBURSEMENTS. . . . . . . . $             3.42
                                                                 ------------

                        TOTAL CURRENT CHARGES. . . . . . . $         9,618.92
                                                                 ============
```



IN ACCOUNT WITH
DICKINSON WRIGHT

500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

January 30, 2007
Invoice No. 565180

```
    021924   W.Y. CAMPBELL & COMPANY
021924-00001 GENERAL
             W.Y. CAMPBELL & COMPANY
             ONE WOODWARD AVE., 26TH FLOOR
             DETROIT, MI   48226

             ATTN:  ANDRE A. AUGIER
```

| DATE | | SERVICES | HOURS |
|---|---|---|---|
| 12/19/06 | RMB | Conf w/ Shea re referral agreement; conf with UBS attys re same. | 1.10 |
| 12/20/06 | RMB | Review release for Cliff; revise same; confs and correspondence. | 1.00 |
| 12/27/06 | RMB | Review changes to engagement letter; correspondence. | .70 |

TOTAL SERVICES. . . . . . . . . . .$   1,190.00

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELEPHONE | 7.83 |

TOTAL DISBURSEMENTS. . . . . . . .$   7.83

TOTAL CURRENT CHARGES. . . . . . .$   1,197.83



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

January 30, 2007
Invoice No. 565181

```
    021924   W.Y. CAMPBELL & COMPANY
021924-00017   DELPHI ENGAGEMENT
               W.Y. CAMPBELL & COMPANY
               ONE WOODWARD AVE., 26TH FLOOR
               DETROIT, MI  48226

               ATTN: MR. WILLIAM CAMPBELL
```

| DATE | | SERVICES | HOURS |
|---|---|---|---|
| 12/04/06 | SGH | Review and respond to correspondence. | .20 |
| 12/06/06 | SGH | Review and circulate order. Draft correspondence re same. | .40 |

```
               TOTAL SERVICES. . . . . . . . . . .$        246.00

               TOTAL DISBURSEMENTS. . . . . . . . $           .00

               TOTAL CURRENT CHARGES. . . . . . . $        246.00
```



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
021924-00017                                       Invoice No. 560684
W.Y. CAMPBELL & COMPANY                            Page    2
DELPHI ENGAGEMENT


                    TOTAL SERVICES. . . . . . . . . . .$     2,337.00


DATE                DISBURSEMENTS                               VALUE

          TELEPHONE                                              1.95
                                                         -------------

                    TOTAL DISBURSEMENTS. . . . . . . .$          1.95
                                                         -------------

                    TOTAL CURRENT CHARGES. . . . . . .$       2,338.95
                                                         =============
```



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

December 20, 2006
Invoice No. 560684

```
    021924  W.Y. CAMPBELL & COMPANY
021924-00017  DELPHI ENGAGEMENT
              W.Y. CAMPBELL & COMPANY
              ONE WOODWARD AVE., 26TH FLOOR
              DETROIT, MI  48226

              ATTN: MR. WILLIAM CAMPBELL
```

| DATE | | SERVICES | HOURS |
|---|---|---|---|
| 11/02/06 | SGH | Review pleadings and Skadden revisions. Circulate same. Review and respond to correspondence. | 1.00 |
| 11/03/06 | SGH | Review changes to retention pleadings from Skadden. Correspondence to client re same. Telephone conference with J.Jjingo. | 1.00 |
| 11/06/06 | SGH | Telephone conference with A.Augier. Correspondence to J.Jjingo re retention pleadings. Telephone conference with R.Bolton. | .50 |
| 11/14/06 | SGH | Review and respond to correspondence. Conference with R.Bolton. | .40 |
| 11/15/06 | SGH | Discussions with R.Bolton. Correspondence and telephone call to J.Lyons. | .50 |
| 11/16/06 | SGH | Correspondence with J.Lyons. Review draft letter agreement. Telephone conference with R.Bolton. | .50 |
| 11/17/06 | SGH | Review and respond to correspondence. Review letter agreement. | .60 |
| 11/19/06 | SGH | Review and respond to correspondence. | .20 |
| 11/20/06 | SGH | Review and respond to correspondence. Telephone conference to and from A.Augier and J.Jjingo. | .30 |
| 11/21/06 | SGH | Draft correspondence. Review amendment. Email and telephone call to J.Jjingo. Telephone call from A.Augier. | .50 |
| 11/29/06 | SGH | Follow up on entry of order. | .20 |

# DELPHI CORPORATION

## Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/11/06 | Research Material | Detroit, MI | 250.00 | vendor | K. Haras |
| 9/13/06 | Research Material | Detroit, MI | 200.00 | vendor | K. Haras |
| 9/18/06 | Research Material | Detroit, MI | 200.00 | vendor | K. Haras |
| 9/25/06 | Research Material | Detroit, MI | 50.00 | vendor | K. Haras |
| 10/2/06 | Research Material | Detroit, MI | 100.00 | vendor | G. McGowan |
| 10/4/06 | Research Material | Detroit, MI | 250.00 | vendor | K. Haras |
| 10/9/06 | Research Material | Detroit, MI | 200.00 | vendor | G. McGowan |
| 10/15/06 | Research Material | Detroit, MI | 200.00 | vendor | A. Augier |
| 10/26/06 | Bloomberg/Research | Detroit, MI | 390.39 | vendor | various |
| 11/6/06 | Research Material | Detroit, MI | 50.00 | vendor | A. Augier |
| 11/7/06 | Research Material | Detroit, MI | 75.00 | vendor | G. McGowan |
| 11/20/06 | Research Material | Detroit, MI | 150.00 | vendor | G. McGowan |
| 12/11/06 | Research Material | Detroit, MI | 200.00 | vendor | K. Haras |
| 12/20/06 | Research Material | Detroit, MI | 250.00 | Vendor | A. Schroeder |
| 1/26/07 | Bloomberg/Research | Detroit, MI | 390.39 | Vendor | various |
| 2/8/07 | Research Material | Detroit, MI | 75.00 | vendor | A. Schroeder |
| 3/14/07 | Research Material | Detroit, MI | 250.00 | vendor | K. Haras |
| | | | 3,280.78 | | |

# DELPHI CORPORATION

## Meals

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/06/06 | Out of town meal | Dayton, OH | 779.79 | vendor | various |
| 10/23/06 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 10/30/06 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 11/21/06 | working dinner | Detroit, MI | 23.00 | vendor | K. Haras |
| 12/04/06 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 12/13/06 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 01/22/07 | working dinner | Detroit, MI | 20.00 | vendor | A. Schroeder |
| 01/25/07 | working dinner | Detroit, MI | 32.17 | vendor | A. Schroeder |
| 01/31/07 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 02/08/07 | working dinner | Detroit, MI | 25.00 | vendor | K. Haras |
| 03/12/07 | working dinner | Detroit, MI | 20.00 | vendor | A. Augier |
| 03/13/07 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 03/22/07 | working dinner | Detroit, MI | 20.00 | vendor | K. Haras |
| 03/30/07 | working dinner | Detroit, MI | 20.00 | vendor | A. Augier |
| 04/12/07 | dinner while traveling | Dayton, OH | 16.00 | vendor | K. Haras |
| 04/16/07 | lunch while traveling | Dayton, OH | 25.51 | vendor | A. Schroeder |
| 04/16/07 | working dinner | Detroit, MI | 20.91 | vendor | K. Haras |
| 04/17/07 | dinner while traveling | Dayton, OH | 160.75 | vendor | various |
| 04/18/07 | dinner while traveling | Dayton, OH | 15.33 | vendor | A. Schroeder |
| 04/19/07 | lunch while traveling | Dayton, OH | 5.55 | vendor | A. Schroeder |
| 04/19/07 | dinner while traveling | Dayton, OH | 200.61 | vendor | various |
| 04/20/07 | lunch while traveling | Dayton, OH | 6.17 | vendor | various |
| 04/20/07 | dinner while traveling | Dayton, OH | 57.65 | vendor | A. Schroeder |
| 04/23/07 | dinner while traveling | Dayton, OH | 29.18 | vendor | A. Schroeder |
| 04/24/07 | lunch while traveling | Dayton, OH | 5.55 | vendor | A. Schroeder |
| 04/24/07 | dinner while traveling | Dayton, OH | 28.93 | vendor | A. Schroeder |

Total: 1,632.10

DELPHI CORPORATION

Travel Log

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/20/06 | Hotel | Dayton, OH | 332.12 | Vendor | A. Augier |
| 09/20/06 | Hotel | Dayton, OH | 332.12 | Vendor | K. Haras |
| 09/20/06 | Hotel | Dayton, OH | 332.12 | Vendor | G. McGowan |
| 10/24/06 | Mileage | Detroit, MI | 6.68 | .445/mile | K. Haras |
| 12/05/06 | Mileage | Detroit, MI | 13.35 | .445/mile | K. Haras |
| 12/14/06 | Mileage | Detroit, MI | 13.35 | .445/mile | K. Haras |
| 03/12/07 | Roundtrip mileage to Dayton, OH | Detroit, MI | 208.55 | .485/mile | K. Haras |
| 03/30/07 | Roundtrip mileage to Dayton, OH | Detroit, MI | 233.77 | .445/mile | A. Schroeder |
| 04/16/07 | Mileage to airport | Detroit, MI | 12.13 | .485/mile | K. Haras |
| 04/16/07 | Airport Parking | Detroit, MI | 25.00 | Vendor | K. Haras |
| 04/16/07 | Airfare and 35.00 agent fee | Detroit, MI | 725.80 | Vendor | K. Haras |
| 04/16/07 | Airfare and 35.00 agent fee | Detroit, MI | 725.80 | Vendor | A. Schroeder |
| 04/20/07 | Hotel | Dayton, OH | 806.37 | Vendor | A. Augier |
| 04/20/07 | Mileage to airport | Detroit, MI | 12.13 | .485/mile | K. Haras |
| 04/20/07 | Airport Parking | Detroit, MI | 25.00 | Vendor | K. Haras |
| 04/20/07 | Rental Car in Dayton, OH | Dayton, OH | 109.46 | Vendor | K. Haras |
| 04/20/07 | Airfare and 35.00 agent fee | Detroit, MI | 725.80 | Vendor | K. Haras |
| 04/20/07 | Airfare and 35.00 agent fee | Detroit, MI | 725.80 | Vendor | A. Schroeder |
| 04/20/07 | Rental Car in Dayton, OH | Dayton, OH | 549.60 | Vendor | A. Schroeder |
| 04/20/07 | Gas for Rental car | Dayton, OH | 35.09 | Vendor | A. Schroeder |
| 04/20/07 | Airport Parking | Detroit, MI | 85.00 | Vendor | A. Schroeder |
| 04/20/07 | Hotel | Dayton, OH | 814.86 | Vendor | A. Schroeder |
| 04/23/07 | Airfare and 35.00 agent fee | Detroit, MI | 725.80 | Vendor | A. Schroeder |
| 04/23/07 | Hotel | Dayton, OH | 216.23 | Vendor | A. Augier |
| 04/23/07 | Airfare and 35.00 agent fee | Detroit, MI | 725.80 | Vendor | A. Augier |
| 04/23/07 | Airport Parking | Detroit, MI | 25.00 | Vendor | A. Augier |
| 04/24/07 | Rental Car in Dayton, OH | Dayton, OH | 134.63 | Vendor | A. Schroeder |
| 04/24/07 | Airport Parking | Detroit, MI | 28.00 | Vendor | A. Schroeder |
| 04/24/07 | Hotel | Dayton, OH | 190.97 | Vendor | A. Schroeder |

8,896.33

# DELPHI CORPORATION

## Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/3/2007 | Conference Call | Detroit, MI | 71.20 | vendor | K. Haras |
| | | | **71.20** | | |

# DELPHI CORPORATION

## Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/31/2007 | Color copies/presentation | Detroit, MI | 2,135.00 | 1.00/color pg | Various |
| 1/31/2007 | b/w copies/presentation | Detroit, MI | 75.00 | .10/b/w pg | Various |
| 2/12/2007 | Presentation Run | Detroit, MI | 34.68 | Vendor | Various |
| 2/16/2007 | Presentation Run | Detroit, MI | 3,406.84 | Vendor | Various |
| 4/17/2007 | Presentation Run | Detroit, MI | 987.42 | Vendor | Various |
| 4/17/2007 | Presentation Run | Detroit, MI | 789.93 | Vendor | Various |
| 4/19/2007 | Presentation Run | Detroit, MI | 2,648.01 | Vendor | Various |
| 4/19/2007 | Presentation Run | Detroit, MI | 580.97 | Vendor | Various |
| 4/19/2007 | Presentation Run | Detroit, MI | 1,234.28 | Vendor | Various |
| 4/22/2007 | Presentation Run | Detroit, MI | 978.19 | Vendor | Various |
| 4/30/2007 | Presentation Duplicates | Dayton, OH | 999.16 | Vendor | A. Schroeder |
| | | | 13,879.48 | | |

# DELPHI CORPORATION

## Federal Express

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/1/2006-5/31/2007 | Federal Express | Detroit, MI | 1,812.02 | Vendor | Various |