Robert A. Scher (RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

*-and-*

Jill L. Murch (*pro hac vice pending*)
Emily R. Haus (*pro hac vice pending*)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys For Holset Engineering Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------X

## HOLSET ENGINEERING COMPANY'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION

Holset Engineering Company, Ltd. ("Holset"), by and through its counsel, and for its Response to the Debtors' Seventeenth Omnibus Claims Objection, respectfully states as follows:

### BACKGROUND

1. Holset develops, manufactures and sells turbochargers for a wide-variety of engines. Delphi Automotive Systems Tennessee, Inc. ("Delphi Tennessee"), one of the Debtors, purchased a Lever, Tur Actuator (the "Item") from Holset for the price of $4,950.96. The Item

05-44481-rdd    Doc 8512    Filed 07/10/07    Entered 07/10/07 15:28:10    Main Document
Pg 2 of 15

was sent to Delphi Tennessee via Federal Express next-day service along with an invoice for that amount (the "Invoice") on June 9, 2005. Delphi Tennessee received the Item, but never paid the Invoice.

2. On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for Chapter 11 Bankruptcy. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code Sections 1107(a) and 1108. The Court has ordered joint administration of these cases.

3. On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b), 501, 502 And 1111(a) And Fed. R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket. No. 3206) (the "Bar Date Order"). The Bar Date Order established July 31, 2006 as the Claims Bar Date (the "Bar Date").

### The Holset Claim

4. On July 26, 2006, Holset timely filed proof of claim number 11214, an unsecured claim in the amount of $4,950.96, representing the amount due for the Item under the Invoice (the "Holset Claim"). A true and correct copy of the Holset Claim is attached hereto as <u>Exhibit A</u>. Attached to the Holset Claim was a page from a Selectable Aged Trial Balance Detail showing the Invoice amount as past due and a copy of the Invoice.

### Debtor's Seventeenth Omnibus Objection

5. On June 15, 2007, the Debtors filed the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To

2

Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Objection"). The Seventeenth Omnibus Objection, in relevant part, requests this Court to enter an order disallowing and expunging the claims referenced on its Exhibit A-1. The Holset Claim was listed under Exhibit A-1 to the Seventeenth Omnibus Objection as an Insufficiently Documented Claim.

6.     Also on June 15, 2007, the Debtors sent Holset a Notice of Objection to Claim, notifying Holset that in the Debtors' Seventeenth Omnibus Objection the Holset Claim had been objected to on the basis of insufficient documentation.

### DEBTORS HAVE RECEIVED SUFFICIENT DOCUMENTATION

7.     The Debtors have received sufficient documentation in support of the Holset Claim. Attached to the Holset Claim is Holset's Selectable Aged Trial Balance Detail evidencing the $4,950.96 balance due and owing to Holset.

8.     Subsequent to the filing of the Holset Claim, representatives of the Debtors (including Ms. Toni Shaw of Delphi) contacted counsel for Holset and requested additional information regarding Holset's claim. Holset provided Debtors' representatives with additional information, as requested, including the Purchase Order Number, as reflected in Exhibit B, and the Purchase Order as reflected in Exhibit C.

9.     The only other documentation requested by Ms. Shaw was the proof of delivery slip for the Item. Holset's counsel explained to Ms. Shaw that the Holset slip had been archived and that it would take weeks to locate. However, Holset conveyed telephonically to Ms. Shaw that it would be willing to undertake a search for such slip if Delphi required such information in addition to the information Holset subsequently provided. Ms. Shaw agreed to contact counsel for Holset if such information was needed and asked that counsel for Holset memorialize this discussion with Ms. Shaw via email, as was done in Exhibit C.

CHIC_1545581.1

10. In her reply to the June 12, 2007 e-mail from Holset's counsel, Ms. Shaw informed Holset's counsel that she would notify counsel to Holset if additional information was needed to complete the claim. See Exhibit C. Ms. Shaw made no further request for information.

11. Holset has timely furnished the information requested by Delphi and has not received any additional instructions from Delphi as to items required to substantiate Holset's Proof of Claim.

12. In light of the documentation subsequently submitted by Holset, Holset respectfully requests that the Court find that the Holset Claim was sufficiently documented, and overrule the Debtors' Seventeenth Omnibus Objection as it relates to the Holset Claim.

Respectfully submitted by:

/s/ Jill L. Murch

Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Jill L. Murch (*pro hac vice pending*)
Emily R. Haus (*pro hac vice pending*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Holset Engineering Company, Ltd.*

CHIC_1545581.1

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK (Manhattan Division) | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC.** | Case Number **05-44558** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Holset Engineering Company, Ltd. c/o Cummins Business Services**

Name and address where notices should be sent:
**Jill L. Murch**
**Foley & Lardner LLP**
**321 North Clark Street, Suite 2800**
**Chicago, Illinois 60610**
Telephone number: **312-832-4500**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Received
AUG 04 2006
Kurtzman Carson

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: **See Attached Addendum**

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____ _____ _____
   Unpaid compensation for services performed
   from _____ to _____
            (date)            (date)

2. Date debt was incurred: **See Attached Addendum**
3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
   See reverse side for important explanations.

   **Unsecured Nonpriority Claim $ 4,950.96**
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. **See Addendum**

   **Unsecured Priority Claim**
   ☐ Check this box if you an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Domestic Support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)B).
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contribution to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ___

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: **$4,950.96** (unsecured)  $_____ (secured)  $_____ (priority)  **$4,950.96** (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED ? 6 2006 CLAIMS PROCESSING CENTER USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7-21-06 | [signature] **Bobby Morrow, Credit & Collections Manager Cummins Business Services** |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PAGE 1

Selectable Aged Trial Balance Detail                                                                    Organization: US Operating Unit

Program:              ARX400W
Run Date:             04/26/06   15.11.06

Customer Selected:       330046
Customer Type Selected:  External Only
Businesses Included:
  Cummins    No   Fleetguard No   Holset       Yes
  Aftermkt   No   Nelson     No   Cons Diesel  No
  CMD        No   CPG        No   CWI          No
  PGA        No   Newage     No   FNM-Mexico   No

Single Entity Included:
Detail Level:         Detail
Aging Template Used:  1-5, 6-30, 30+ Aging

*** All amounts translated to Functional or Base Currency ***

Customer Name: DELPHI DIESEL SYSTEM                Customer Number: 330046           Address Reference: 10029929     Legacy Number: 08637

| Trx Number | Trx Date | PO Number | Par Bus | Trx Type | Trx Desc | Due Date | Orig Curr Code | Total AR Amount | Current | 1-5 Days | 6-30 Days | Over 30 Days | Total Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HST608196 | JUN 9, 05 | JM841674 | IDS | HCSn | Invce | JUL 9, 05 | USD | 4,950.96 | .00 | .00 | .00 | 4,950.96 | 4,950.96 |

TOTAL                                                             4,950.96    .00    .00    .00   4,950.96  4,950.96

```
                                                    PO BOX 96270
                                                    CHICAGO IL 60693-6270

                                                                                    Invoice

J. SANDOVAL                          JEFF STEGE                                     608196
DELPHI AUTOMOTIVE SYSTEMS            DELPHI AUTOMOTIVE SYSTEMS
DELPHI AUTOMOTIVE SYSTEM             DELPHI AUTOMOTIVE SYSTEM                       09-JUN-05   1 of 1
DELHI - E                            EQUIPMENT & TOOLING                            JMS41674
32 CELEBRITY WAGON                   48 WALTER JONES                                356079
EL PASO TX 79906                     DOCKS 87 & 88                                  938089
                                     EL PASO TX 79906                               DBL01       MR ; DELPH

30 NET            09-JUL-05          J. SANDOVAL      09-JUN-05    UPS - NEXT DAY SERV 1Z1X23X4019502641

Invoice Description                                   PROTO-EXTERNAL

1   4041618 LEVER,TUR ACTUATOR                        24          24         206.29             4950.96


                                                                                    4950.96    0.00   0.00   4950.96
                                                                                                      Currency: USD
```

**EXHIBIT B**

## Haus, Emily

**From:** Zollett, Andrea K
**Sent:** Wednesday, June 20, 2007 12:58 PM
**To:** Haus, Emily
**Subject:** FW: Delphi/Holset

---

**From:** Zollett, Andrea K
**Sent:** Monday, June 11, 2007 3:32 PM
**To:** 'Toni.shaw@delphi.com'
**Cc:** Murch, Jill L.
**Subject:** Delphi/Holset

Toni,

Thank you for speaking with us this afternoon. We greatly appreciate your efforts in trying to resolve the Holset claim.

Per your request, I am writing to confirm that we were able to provide the purchase order number for the Holset invoice. The purchase order number is JMS41674. Our client has not yet located the proof of delivery, as this was cleared by a credit memo and is over two years old. We have been told that the proof of delivery has been archived and it would take Holset weeks to locate it if Holset has it in its possession. Holset has informed us that the purchase order is a document that belongs to Delphi and that often Holset is only given the purchase order number rather than a copy of the purchase order itself. Of course, please do not hesitate to contact me or Jill Murch if you have further questions. We look forward to hearing from you and working with you to get this resolved.

Best regards,

Andrea K. Zollett
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60610
Phone: 312.832.4555
Fax: 312.832.4700

INFO

6/26/2007

# EXHIBIT C

## Haus, Emily

**From:** Zollett, Andrea K
**Sent:** Wednesday, June 20, 2007 12:58 PM
**To:** Haus, Emily
**Subject:** FW: Delphi Proof of Claims (POC): Claim#11214 - Holset Engineering

---

**From:** Shaw, Toni [mailto:toni.shaw@delphi.com]
**Sent:** Tuesday, June 12, 2007 9:22 AM
**To:** Zollett, Andrea K
**Cc:** Murch, Jill L.
**Subject:** Delphi Proof of Claims (POC): Claim#11214 - Holset Engineering

Hi Andrea,

Thanks for getting this information to me; it will be included in the claim file for reconciling.

Should I find that additional information is needed to complete the claim, you will be notified.

Many thanks,

*Toni Shaw*
*Delphi Proof of Claim*
*900 Tower Drive, 9th Floor*
*Troy, MI 48098 USA*
*Tel: (248) 265-4293*
*Fax: (248) 265-4277*
*Email: toni.shaw@delphi.com*

---

**From:** Zollett, Andrea K [mailto:AZollett@foley.com]
**Sent:** Tuesday, June 12, 2007 9:50 AM
**To:** Shaw, Toni
**Cc:** Murch, Jill L.
**Subject:** Delphi/Holset

Hi Toni, our clients were able to locate the PO that you requested. It is attached to this email. Thank you.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any

6/26/2007

other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.
*****************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in erroi please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************************************************************

6/26/2007



Robert A. Scher (RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

*-and-*

Jill L. Murch (*pro hac vice pending*)
Emily R. Haus (*pro hac vice pending*)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys For Holset Engineering Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
:
In re                            :    Chapter 11
:
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
:
Debtors.              :    (Jointly Administered)
:
---------------------------------X

## CERTIFICATION OF SERVICE

Katherine E. Hall, of full age, certifies as follows:

    I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Holset Engineering Company listed in the documents herein.

    On July 10, 2007, I filed HOLSET ENGINEERING COMPANY'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION, electronically with the United States Bankruptcy Court for the Southern District of New York.

2

The following parties were served at the addresses set forth herein via overnight delivery.

| Delphi Corporation | Skadden Arps, Slate, Meagher & Flom LLP | Hon. Robert D. Drain |
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 | United States Bankruptcy Judge |
| Troy, Michigan 48098 | Chicago, Illinois 60606 | United States Bankruptcy Court |
| Attn: General Counsel | Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Warton | One Bowling Green
Room 632
New York, NY 10004 |

/s/ Katherine E. Hall

Sworn to before me this
10th day of July 2007
/s/ Yolanda C. Peña
Notary Public, State of Illinois

2

CHIC_1545745.1