UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael P. O'Connor, hereby certify that I am counsel for Claimant, RLI Insurance Company, in the above action, and that on July 11, 2007, I served a true copy of Claimant's Response to Debtor's Seventeenth Omnibus Claims Objection in connection with the Proof of Claim filed by RLI Insurance Company on the following parties hereto by electronic filing and by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

SEE ANNEXED SERVICE LIST

Dated: July 11, 2007

_____
MICHAEL P. O'CONNOR (MO1550)

## DELPHI CORPORATION SERVICE LIST

1. Delphi Corporation
   Attn.: General Counsel
   5725 Delphi Drive
   Troy, MI 48098
   UPS Airbill #1Z V9R 715 01 9341 9478

2. John Wm. Butler, Jr., Esq.
   John K. Lyons, Esq.
   Joseph N. Wharton, Esq.
   SKADDEN ARPS SLATE MEAGHER & FLOM LLP
   Attorneys for Debtors
   333 West Wacker Drive
   Suite 2100
   Chicago, IL 60606
   UPS Airbill #1Z V9R 715 01 9299 2887

3. Honorable Robert D. Drain, U.S.B.J.
   United States Bankruptcy Court
   Southern District of New York
   One Bowling Green, Room 632
   New York, New York 10004
   UPS Airbill #1Z V9R 715 01 9486 6699