UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                    In re: Case No.  05-44481 (RDD)
                                              Chapter 11

                        Debtor.
-------------------------------------------------------------x

                        Plaintiff            Adversary Proceeding
                                              Case No.
        v.


                        Defendant
-------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Melinda S. Thornton__, a member in good standing of the bar in the State of __Florida__, or of the bar of the U.S. District Court for the __Southern__ District of __Florida__, request admission, *pro hac vice*, before the Honorable __ROBERT D. DRAIN__, to represent __Miami-Dade County Tax Collector__, a __Creditor__ in the above referenced [X] case  [ ] adversary proceeding.

My: address is __Miami-Dade County Attorney's Office, Suite 2810, 111 N. W. 1st Street, Miami, FL  33128-1993__
    e-mail address is __cao.bkc@miamidade.gov__; telephone number is __(305) 375-5760__

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:  July 10, 2007
        Miami, FL

MELINDA S. THORNTON
Assistant County Attorney
Florida Bar No. 261262
Stephen P. Clark Center, Suite 2810
Miami, FL  33128-1993
Telephone:  (305) 375-5151
Fax:  (305) 375-5611
email:  cao.bkc@miamidade.gov