UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    DELPHI CORPORATION, et al.,

                        Debtor.

In re: Case No. 05-44481 (RDD)
Chapter 11

-----------------------------------------------------------------X

                        Plaintiff

   v.

                        Defendant

Adversary Proceeding
Case No.

-----------------------------------------------------------------X

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __MELINDA S. THORNTON__, a member in good standing of the bar in the State of __Florida__, or of the bar of the U.S. District Court for the Southern District of __Florida__, having request admission, *pro hac vice*, to represent __Miami-Dade County Tax Collector__, a __Creditor__ in the above referenced [X] case [ ] adversary proceeding.

**ORDERED,**

that __MELINDA S. THORNTON__, Esq., is admitted to practice, *pro hac vice*, in the above referenced [ ] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York   /s/_____
                                ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE