Melinda S. Thornton
Assistant County Attorney
Fla. Bar No. 261262
MURRAY A. GREENBERG
County Attorney
Stephen P. Clark Center
Suite 2810
111 N.W. First Street
Miami, Florida 33128-1993
(305) 375-5151 (FAX) 375-5611
e-mail: cao.bkc@miamidade.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X    Chapter 11

In re:                                                                    Case No. 05-44481(RDD)

**DELPHI CORPORATION,** et al.                        (Jointly Administered)

      Debtors.
-------------------------------------------------------X

### MIAMI-DADE COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION (CLAIM NO. 1108)

**MIAMI-DADE COUNTY TAX COLLECTOR** ("Tax Collector"), through undersigned counsel, responds as follows to Debtors' Seventeenth Omnibus Claims Objection:

1. Tax Collector filed Claim No. 1108 ("Claim"), dated December 6, 2005, seeking payment of ad valorem taxes with respect to tangible personal property located in Miami-Dade County, owned by specified Debtors, and identified as follows[1]:

    a.    Folio 40-058870 (Delphi Automotive Systems, LLC)-tax year 2005

    b.    Folio 40-074756 (Delphi Automotive Systems, LLC)-tax year 2005

---

[1] Tax Collector refers the parties as well to Claim No. 1108 itself, for further identifying information.

    c.    Folio 40-074757 (Delco Electronics Corp.)-tax year 2005

    d.    Folio 40-074755 (Delphi Automotive Systems, LLC)-tax year 2005

    e.    Folio 40-058873 (Delphi Automotive Systems, LLC)-tax year 2005

    f.    Folio 40-101287 (Delphi Automotive)-tax years 2003, 2004 and 2005

2.   At the time the Claim was filed the taxes, including claimed statutory interest[2], totaled $17,534.38. As the Debtors have acknowledged, said Claim is secured.[3]

3.   In March of 2006, Debtor-in-Possession Delphi make a partial payment of taxes owed in the amount of $4036.60, with respect to Folios 40-058870, 40-074756, 40-074757, 40-074755 and 40-058873. No payment was made toward the taxes owed on Folio 40-101287. Copies of the payment documents received by Tax Collector with respect to the March, 2006 payment are attached hereto as Composite Ex. 1.

4.   The Debtors in their objection seek to modify Claim to allow the difference between the amount owed with respect to the five specified folios at the time the claim was filed and the amount of the March 2006 payment—$13,297.02.

5.   However, this amount does not reflect either the interest claimed and owed on said balance, nor the fact that 2003-2005 taxes, including interest, are owed on Folio 40-101287.

6.   Tax Collector has attached as Composite Ex. 2 printouts from his records evidencing the amounts now owed with respect to all six personal property folios. This total amount, current through July 31, 2007, is $16,736.31.

---

[2]   Section 197.172(3), Florida Statutes, sets forth the statutory interest rate with respect to delinquent personal property taxes. Pursuant to Florida law, interest on delinquent taxes accrues on a monthly basis.

[3]   The basis for the secured status of Tax Collector's Claim is found in Section 197.122(1), Florida Statutes.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

WHEREFORE, based on the grounds set forth above, Miami-Dade County Tax Collector requests that an Order be entered overruling Debtors' objection and allowing Tax Collector's claim, as filed, with allowances to be made for partial payments already received.

Respectfully submitted,

R. A. CUEVAS, JR.
Acting Miami-Dade County Attorney
Stephen P. Clark Center
111 N. W. 1st Street, Suite 2810
Miami, FL  33128

By: _____
Melinda S. Thornton
Assistant County Attorney
Florida Bar No. 261261
Telephone: (305) 375-5151
Fax:  (305) 375-5611
e-mail: cao.bkc@miamidade.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile and mail upon: **DELPHI CORPORATION**, Attn: General Counsel, 5725 Delphi Drive, Troy, MI 48098; **JOHN WM. BUTLER, JR., ESQ., JOHN K. LYONS, ESQ.,** and **JOSEPH N. WHARTON, ESQ.,** Skadden Arps Slate Meagher & Flom LLP, *Counsel to Debtors*, 333 West Wacker Drive, Suite 2100, Chicago, IL  60606; **U.S. TRUSTEE,** United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY  10004, on this _11_ day of ___July___, 2007.

By: _____
Melinda S. Thornton

# DELPHI

March 9, 2006

Attn: County Tax Collector
Date County
PO Box 025218
Miami, FL  33102-5218

RE:   Delphi Automotive Systems LLC
      Account No's 40-058870, 40-074756, 40-074757, 40-074755,
      40-058873

To Whom It May Concern:

Enclosed is a copy of the above referenced tax bill(s) for property taxes for the tax year 2005; together with Delphi Automotive Systems LLC ["Delphi"], Check No. 900543528, in the amount of $4,036.60 tendered in partial payment of the billed amount.

On October 8, 2005, Delphi filed voluntary petitions for reorganization under Chapter 11 of the Federal Bankruptcy Code.  As such, <u>federal law prohibits payment by Delphi for taxes billed for periods to the date of filing [Pre-petition taxes"]</u>.  According to the automatic stay provision of Section 362(a) of the Bankruptcy Code, payment of pre-petition taxes is prohibited until after a plan of reorganization is accepted by our creditors, and is approved by the bankruptcy court.

As the amount of taxes billed include pre-petition taxes, in accordance with bankruptcy code requirements, the amount for which Delphi has tendered payment has been prorated to exclude the amount representing pre-petition taxes.  Enclosed is a schedule that details the pro-ration amounts.

Information regarding the Delphi reorganization, including court documents, claim forms and instructions for filing a claim with the court, are located on the Delphi reorganization website, www.delphidocket.com.  If you have any questions regarding this matter, please feel free to contact me directly at (248) 813.-8002.

Sincerely,

Richard Colby
Tax Specialist

Enclosures

World Headquarters and Customer Center  5725 Delphi Drive  Troy, Michigan  48098-2815  USA



EXHIBIT
Composite
1



Taxpayer: Delphi Automotive Systems LLC

Tax Collector: Dale County

| Acct/Parcel No. | Total Tax | Fiscal Year | Petition Date | Pre-Petition Period | Post-Petition Period | Tax Due Amount Pre-Petition Period | Tax Due Amount Post-Petition Period |
|---|---|---|---|---|---|---|---|
| 40-058870 | $5,247.08 | 1/1/2005 - 12/31/2005 | October 8, 2005 | 280 Days | 85 Days | $4,025.16 | $1,221.92 |
| 40-074756 | $9,601.64 | 1/1/2005 - 12/31/2005 | October 8, 2005 | 280 Days | 85 Days | $7,365.64 | $2,236.00 |
| 40-074757 | $779.47 | 1/1/2005 - 12/31/2005 | October 8, 2005 | 280 Days | 85 Days | $597.95 | $181.52 |
| 40-074755 | $15.04 | 1/1/2005 - 12/31/2005 | October 8, 2005 | 280 Days | 85 Days | $11.54 | $3.50 |
| 40-058873 | $1,690.39 | 1/1/2005 - 12/31/2005 | October 8, 2005 | 280 Days | 85 Days | $1,296.74 | $393.65 |
|  | $17,333.62 |  |  |  |  | $13,297.02 | $4,036.60 |

```
      DATE: 07/08/2007  PERSONAL PROPERTY INQUIRY    UPDATED: 07/05/2007 PDXM5000
FOLIO: 40058870        STATUS: PAID
NAME:  DELPHI AUTOMOTIVE SYSTEMS LLC              MUN  32   20050044481BK 10
       EQPT @ SECURITY PLASTICS                   R/E FOLIO:  00 0000 000 0000
       PO BOX 5082                                OCL LIC#:      0000000
       TROY MI                        480075082
PROP:  14427 NW 60 AVE
                                33014             CITY GROSS:          620.89
TANGIBLE VALUE:       226576                      CNTY GROSS:         4146.30
                                                  MAR  AMOUNT:        4767.19
PENALTY ASSESSED:              .00                JUL  DUE   :             .00
ADV FLAG: Y  SOURCE:  Y                 * * * * D E L I N Q U E N T * * * *
   DATE     ACTIVITY     AMT/INFO    *  YEAR     STATUS      SEL       AMOUNT
03/15/07 6008 0000032      4767.19 15 * 2005        4         _       4993.20
                                      *
                                      *
                                      *
                                      *
                                      *
                                      *
                                      * *DELINQUENT TAXES DUE:        4993.20
                                        ***>> TOTAL TAXES DUE:        4993.20
PF1=TXCA;PF3=VALUE;PF4=R/E;PF5=DELQ;PF7=OCL;PF11=DELYRS;    FUNCTION:
** INQUIRY COMPLETE
***** NO MORE HISTORY AVAILABLE FOR ACCT **
```



EXHIBIT
Composite
2

```
DATE: 07/08/2007  PERSONAL PROPERTY INQUIRY    UPDATED: 07/05/2007 PDXM5000
FOLIO: 40074756         STATUS: PAID
NAME:  DELPHI AUTOMOTIVE SYSTEMS LLC              MUN  32   20050044481BK 10
       EQPT @ SECURITY PLASTICS                   R/E FOLIO:   00 0000 000 0000
       PO BOX 5082                                OCL LIC#:       0000000
       TROY MI                                  480075082
PROP:  14427 NW 60 AVE
                                 33014           CITY GROSS:         1100.00
TANGIBLE VALUE:         401415                   CNTY GROSS:         7345.81
                                                 MAR  AMOUNT:        8445.81
PENALTY ASSESSED:             .00                JUL  DUE   :             .00
ADV FLAG: Y  SOURCE:  Y             * * * * D E L I N Q U E N T * * * *
  DATE     ACTIVITY    AMT/INFO   * YEAR     STATUS     SEL      AMOUNT
03/15/07 6008 0000031    8445.81 15 * 2005      4        _       9135.39
                                  *
                                  *
                                  *
                                  *
                                  *
                                  * *DELINQUENT TAXES DUE:       9135.39
                                    ***>> TOTAL TAXES DUE:       9135.39
PF1=TXCA;PF3=VALUE;PF4=R/E;PF5=DELQ;PF7=OCL;PF11=DELYRS;      FUNCTION:
** INQUIRY COMPLETE
***** NO MORE HISTORY AVAILABLE FOR ACCT **
```

```
  DATE: 07/08/2007  PERSONAL PROPERTY INQUIRY   UPDATED: 07/05/2007 PDXM5000
FOLIO: 40074757        STATUS: PAID
NAME:  DELCO ELECTRONICS CORP                  MUN  32   20050044481BK 10
                                               R/E FOLIO:   00 0000 000 0000
       PO BOX 5082                             OCL LIC#:      0000000
       TROY MI                        48007
PROP:  14427 NW 60 AVE
                                33014          CITY GROSS:          93.47
TANGIBLE VALUE:         34110                  CNTY GROSS:         624.19
                                               MAR  AMOUNT:        717.66
PENALTY ASSESSED:          .00                 JUL  DUE  :            .00
ADV FLAG: Y  SOURCE:  Y            * * * * D E L I N Q U E N T * * * *
   DATE    ACTIVITY    AMT/INFO    * YEAR     STATUS     SEL     AMOUNT
03/15/07  6008 0000029    717.66 15 * 2005      4          _     743.46
                                   *
                                   *
                                   *
                                   *
                                   *
                                   * *DELINQUENT TAXES DUE:       743.46
                                  ***>> TOTAL TAXES DUE:          743.46
PF1=TXCA;PF3=VALUE;PF4=R/E;PF5=DELQ;PF7=OCL;PF11=DELYRS;     FUNCTION:
** INQUIRY COMPLETE
***** NO MORE HISTORY AVAILABLE FOR ACCT **
```

```
      DATE: 07/08/2007 PERSONAL PROPERTY INQUIRY    UPDATED: 07/05/2007 PDXM5000
FOLIO:  40074755        STATUS: PAID
NAME:   DELPHI AUTOMOTIVE SYSTEMS LLC          MUN  34   20050044481BK 10
        RICHARD COLBY                          R/E FOLIO:   00 0000 000 0000
        PO BOX 5082                            OCL LIC#:       0000000
        TROY MI                          480075082
PROP:   17401 NW 2 AVE
                                33169         CITY GROSS:          2.93
TANGIBLE VALUE:            569                CNTY GROSS:         10.41
                                              MAR  AMOUNT:        13.34
PENALTY ASSESSED:             .00             JUL  DUE  :           .00
ADV FLAG: Y  SOURCE:  R           * * * * D E L I N Q U E N T * * * *
    DATE     ACTIVITY     AMT/INFO    * YEAR      STATUS      SEL     AMOUNT
 03/15/07 6008 0000030      13.34 15  * 2005         4         _      16.31
                                      *
                                      *
                                      *
                                      *
                                      *
                                      * *DELINQUENT TAXES DUE:       16.31
                                       ***>> TOTAL TAXES DUE:        16.31
 PF1=TXCA;PF3=VALUE;PF4=R/E;PF5=DELQ;PF7=OCL;PF11=DELYRS;     FUNCTION:
** INQUIRY COMPLETE
***** NO MORE HISTORY AVAILABLE FOR ACCT **
```

```
        DATE: 07/08/2007  PERSONAL PROPERTY INQUIRY    UPDATED: 07/05/2007 PDXM5000
FOLIO:  40058873          STATUS: PAID
NAME:   DELPHI AUTOMOTIVE SYSTEMS LLC          MUN  34    20050044481BK 10
        RICHARD COLBY                          R/E FOLIO:    00 0000 000 0000
        PO BOX 5082                            OCL LIC#:       0000000
        TROY MI                        480075082
PROP:   17401 NW 2 AVE
                          33169                CITY GROSS:          361.54
TANGIBLE VALUE:            70218               CNTY GROSS:         1284.97
                                               MAR  AMOUNT:        1646.51
PENALTY ASSESSED:            .00               JUL  DUE   :            .00
ADV FLAG: Y  SOURCE:  Y             * * * * D E L I N Q U E N T * * * *
   DATE    ACTIVITY    AMT/INFO     *  YEAR     STATUS     SEL      AMOUNT
03/15/07 6008 0000033   1646.51 15  *  2005       4         _      1609.95
                                    *
                                    *
                                    *
                                    *
                                    *
                                    * *DELINQUENT TAXES DUE:      1609.95
                                      ***>> TOTAL TAXES DUE:      1609.95
PF1=TXCA;PF3=VALUE;PF4=R/E;PF5=DELQ;PF7=OCL;PF11=DELYRS;    FUNCTION:
** INQUIRY COMPLETE
***** NO MORE HISTORY AVAILABLE FOR ACCT **
```

```
  DATE: 07/09/2007  PERSONAL PROPERTY INQUIRY    UPDATED: 07/05/2007 PDXM5000
FOLIO: 40101287      STATUS: NO CURRENT YEAR INFO AVAILABLE
NAME:  DELPHI AUTOMOTIVE                         MUN  30     20050044481BK 10
                                                 R/E FOLIO:    00 0000 000 0000
       9990 SW 77 AVE #219                       OCL LIC#:        0000000
       MIAMI FL                         331562660
PROP:  09990 SW 77 AVE              219
                               33156             CITY GROSS:              .00
TANGIBLE VALUE:              0                   CNTY GROSS:              .00
                                                 MAR  AMOUNT:             .00
PENALTY ASSESSED:             .00                JUL  DUE    :            .00
ADV FLAG:     SOURCE:                     * * * * D E L I N Q U E N T * * * *
   DATE     ACTIVITY    AMT/INFO       * YEAR      STATUS     SEL     AMOUNT
                                       * 2005         4        _       65.52
                                       * 2004         4        _       81.41
                                       * 2003         4        _       91.07
                                       *
                                       *
                                       *
                                       * *DELINQUENT TAXES DUE:       238.00
                                         ***>> TOTAL TAXES DUE:       238.00
 PF1=TXCA;PF3=VALUE;PF4=R/E;PF5=DELQ;PF7=OCL;PF11=DELYRS;    FUNCTION:
NO CURRENT INFORMATION AVAILABLE
***** NO MORE HISTORY AVAILABLE FOR ACCT **
```