Hearing Date And Time: July 19, 2007 at 10:00 a.m.
Response Date And Time: July 12, 2007 at 4:00 p.m.

HODGES, DOUGHTY & CARSON, PLLC
P.O. Box 869
Knoxville, TN 37901-0869
Dean B. Farmer

Attorney for Knox County Trustee, Fred Sisk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                  :

In re:                                  :      Chapter 11
                                  :
DELPHI CORPORATION, et al.,      :      Case No. 05-4481 (RDD)
                                  :
        Debtors,               :      (Jointly Administered)
---------------------------------------------------------- x

## RESPONSE ON BEHALF OF KNOX COUNTY TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION

Comes Fred Sisk, Knox County Trustee, by and through counsel, on behalf of Knox County, the tax obligations owed by Delphi Automotive Systems in response to the Seventeenth Omnibus Objection as follows:

1. The Knox County Trustee filed a claim on October 20, 2005 for taxes in the amount of $23,130.00. This was for 2005 taxes, due and payable between October 2005 and February of 2006. These amounts were paid in full on February 27, 2007.

2. The payments were late and the Debtor inaccurately estimated the amount of payments and the excess was applied to the 2006 taxes.

3. Currently, the only amounts owed to Knox County for Delphi Automotive Systemsare for the 2006 taxes in the following amounts: Property ID No. 13295-84 -

- 1 -

$18,125.81, Property ID NO. 13295-86 - $2,865.95, Property ID No. 13295-87 - $1,374.97, totaling $22,366.74. Copies of the account statements are attached.

4. The 2006 taxes would constitute an administrative claim. This claim is assumed and may not be part of the pre-petition claims filing.

RESPECTFULLY SUBMITTED,

/s/ Dean B. Farmer
DEAN B. FARMER (#006851)
*Attorney for Fred Sisk, Knox County Trustee*
HODGES, DOUGHTY & CARSON, PLLC
P. O. Box 869
Knoxville, TN 37901-0869
(865) 292-2307
(865) 292-2252 [facsimile]
dfarmer@hdclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, a copy of the foregoing *Response On Behalf Of Knox County to Debtors' Seventeenth Omnibus Objection* was filed by first-class mail, properly addressed as follows and proper postage prepaid.

    John Wm. Butler, Jr.
    John K. Lyons
    Joseph N. Wharton
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    333 West Wacker Drive, Suite 2100
    Chicago, IL 60606
    Via Facsimile: 312-407-0411

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    USBC for the Southern District of New York
    One Bowling Green, Room 632
    New York, NY 10004

    Delphi Corporation
    5725 Delphi Drive
    Troy, MI 48098
    Attn: General Counsel

/s/ *Dean B. Farmer*
Dean B. Farmer

Q:\Karen D\Knox County Trustee\A - M\Delphi\Response to Objection.doc

```
DISPLAY:  MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

FRED SISK, KNOX COUNTY TRUSTEE-------------------------------------07/31/2007
  PROPERTY ID   1329584             PRIOR ID
  TOTAL DUE        18125.81
  OWNER L/F    DELPHI AUTOMOTIVE SYS., L
  PROPERTY ADDRESS                  BILLING ADDRESS
  10215      CANEEL DR              P.O. BOX 5082

                              TN    TROY
                                    MI   48007-5082
                                    CURR APPRAISAL  2278971
  WARD/DISTRICT       P2            CURR ASSMT       683691
  LOT                               OTA NUMBER
  BLOCK                             TAX RELIEF  2006
  SUBDIV    7389 BUSINESS SERVICES OT  DEED/CALC ACRES 0.00    0.00
  MORTGAGE                          LOT SIZE
  MORTGAGE ACCT                     PROPERTY CLASS  P2
  DEED BOOK            PAGE         OTA REFERENCE
  PLAT BOOK            PAGE         CASHIER NOTES   BK CH 11
  STATUS   A                        NOTES
```

```
DISPLAY:   MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

FRED SISK, KNOX COUNTY TRUSTEE-----------------------------------------07/31/2007

PROPERTY ID   1329584                    10215  CANEEL DR
 YEAR DISTRICT        TAX DUE DISCNT/CHRG    PAYMENT   DATE PAID  BALANCE
 2006 COUNTY         18391.00    1264.59     1529.78 02/27/2007   18125.81
 2005 COUNTY         18626.96    2572.05    21199.01 02/27/2007       0.00
 2004 COUNTY         20804.98       0.00    20804.98 02/15/2005       0.00
 2003 COUNTY         25770.97       0.00    25770.97 02/06/2004       0.00
 2002 COUNTY         39828.16       0.00    39828.16 02/07/2003       0.00
 2001 COUNTY         37556.57       0.00    37556.57 02/19/2002       0.00
 2000 COUNTY         73016.39       0.00    73016.39 12/17/2001       0.00
 1999 COUNTY         87955.66       0.00    87955.66 12/17/2001       0.00


              PRESS ESCAPE TO END DISPLAY
```

```
DISPLAY:  MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

FRED SISK, KNOX COUNTY TRUSTEE---------------------------------------07/31/2007
  PROPERTY ID    4329586              PRIOR ID
  TOTAL DUE      -3078.76-
  OWNER L/F      DELPHI AUTOMOTIVE SYS., L
  PROPERTY ADDRESS                         BILLING ADDRESS
  10215      CANEEL DR                     P.O. BOX 5082

                                  TN       TROY
                                           MI     48007-5082
                                   CURR APPRAISAL    330403
  WARD/DISTRICT        P2          CURR ASSMT         99121
  LOT                              OTA NUMBER
  BLOCK                            TAX RELIEF 2006
  SUBDIV    7389 BUSINESS SERVICES OT  DEED/CALC ACRES 0.00      0.00
  MORTGAGE                         LOT SIZE
  MORTGAGE ACCT                    PROPERTY CLASS   P2
  DEED BOOK              PAGE      OTA REFERENCE
  PLAT BOOK              PAGE      CASHIER NOTES    BK CH 11
  STATUS   A                       NOTES
```

```
BILLING DETAIL:   DETAIL  SUBAREAS  EXIT
RETURN TO PREVIOUS MENU

FRED SISK, KNOX COUNTY TRUSTEE------------------------------------07/31/2007

PROPERTY ID   1329586                    10215  CANEEL DR
YEAR DISTRICT       TAX DUE DISCNT/CHRG    PAYMENT   DATE PAID  BALANCE
2006 COUNTY         2666.00     199.95        0.00                2865.95
2005 COUNTY         3091.05     294.78     3385.83 02/27/2007        0.00
2004 COUNTY         5385.93       0.00     5385.93 02/15/2005        0.00
2003 COUNTY         7583.85       0.00     7583.85 02/06/2004        0.00
2002 COUNTY         1297.46       0.00     1297.46 02/07/2003        0.00
2001 COUNTY         2594.88       0.00     2594.88 02/19/2002        0.00
2000 COUNTY         4064.51       0.00     4064.51 02/23/2001        0.00


                    PRESS ESCAPE TO END DISPLAY
```

```
DISPLAY:   MORE   DATE   STATEMENT   END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

FRED SISK, KNOX COUNTY TRUSTEE---------------------------------07/31/2007
  PROPERTY ID   1329587            PRIOR ID
  TOTAL DUE           1374.97
  OWNER L/F     DELPHI AUTOMOTIVE SYS., L
  PROPERTY ADDRESS                 BILLING ADDRESS
  10215      CANEEL DR             P.O. BOX 5082

                             TN        TROY
                                       MI    48007-5082
                                 CURR APPRAISAL  175090
  WARD/DISTRICT    P2             CURR ASSMT        52527
  LOT                             OTA NUMBER
  BLOCK                           TAX RELIEF 2006
  SUBDIV   7389 BUSINESS SERVICES OT  DEED/CALC ACRES 0.00     0.00
  MORTGAGE                        LOT SIZE
  MORTGAGE ACCT                   PROPERTY CLASS  P2
  DEED BOOK             PAGE      OTA REFERENCE
  PLAT BOOK             PAGE      CASHIER NOTES   BK CH 11
  STATUS   A                      NOTES
```

```
DISPLAY:  MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

FRED SISK, KNOX COUNTY TRUSTEE---------------------------------------07/31/2007

PROPERTY ID   1329587              10215  CANEEL DR
  YEAR DISTRICT     TAX DUE DISCNT/CHRG    PAYMENT   DATE PAID   BALANCE
  2006 COUNTY       1413.00       95.93     133.96 02/27/2007    1374.97
  2005 COUNTY       1412.98      195.11    1608.09 02/27/2007       0.00
  2004 COUNTY       1445.96        0.00    1445.96 02/15/2005       0.00
  2003 COUNTY       1445.96        0.00    1445.96 02/06/2004       0.00
  2002 COUNTY       1918.52        0.00    1918.52 02/07/2003       0.00
  2001 COUNTY       4440.00        0.00    4440.00 02/19/2002       0.00
  2000 COUNTY       6954.57        0.00    6954.57 12/17/2001       0.00


                   PRESS ESCAPE TO END DISPLAY
```