**LINEBARGER GOGGAN**  
**BLAIR & SAMPSON, LLP**  
Attorneys for City of McAllen and  
South Texas College  
1949 South I.H. 35 (78741)  
P.O. Box 17428  
Austin, Texas 78760  
(512) 447-6675 (Telephone)  
(512) 443-5114 (Facsimile)  
Diane W. Sanders, Esq.

Hearing Date: July 19, 2007  
Hearing Time: 10:00 a.m.

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: § § | |
| § | CASE NO. 05-44481(RDD) |
| **DELPHI CORPORATION, <u>et</u> <u>al.</u>,** § | |
| § | |
| Debtors § | CHAPTER 11 |
| § | |

**RESPONSE OF CITY OF MCALLEN AND SOUTH TEXAS COLLEGE TO DEBTOR'S SEVENTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTOR'S BOOKS AND RECORDS, (C) INSURANCE CLAIM NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS,(D) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (E) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

  COMES NOW, City of McAllen and South Texas College, ("Taxing Authorities") Respondents and tax claimants herein, and files this Response to the Debtor's Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims not Reflected on Debtor's Books and Records, (C) Insurance Claim not Reflected on Debtors' Books and Records, (D) Untimely

Claims and Untimely Tax Claim, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation and Granting Related Relief, and would show the Court as follows:

1. Respondents assert that it is not necessary for it to file any responses to the Objection to Claim, as the filing of a claim is tantamount to the filing of a complaint in a civil action and the filing of an objection is tantamount to an answer. *In re Simmons,* 765 F.2d 547, 552 (5th Cir. 1985). Respondents made a *prima facie* case when it filed its Proof of Claims, and the burden is now on the Debtor to rebut it. *In re WHET, Inc.,* 33 B.R. 424, 437 (D. Mass 1983).

2. Nevertheless, out of an abundance of caution Respondents hereby reassert its secured claims against Debtor's estate as fully as if that Proof of Claim were repeated verbatim.

**RESPONSE**

3. Respondents assert that Respondent's claims have not been paid and remain due for the 2006 tax year.

4. Respondents assert that it did not receive adequate notice of the filing of this case from the Debtor and accordingly should not be held to the bar date imposed in this case.

5. Respondents assert that if its claims are disallowed as a late filed claim, it's liens will survive and Debtor is required to segregate all assets and/or proceeds from the sale of assets which secure payment of the taxes owed to Respondents.

WHEREFORE, PREMISES CONSIDERED, City of McAllen and South Texas College pray that upon hearing of the Debtor's Seventeenth Omnibus Objection to Claims, the Court admit its claims, deny the objection and award it such other and further relief as to which it may show itself justly entitled.

Dated: July 11, 2007

                                              Respectfully Submitted,

                                              LINEBARGER GOGGAN BLAIR
                                              & SAMPSON, LLP
                                              1949 South I.H. 35 (78741)
                                              P.O. Box 17428
                                              Austin, Texas 78760
                                              (512) 447-6675 (Telephone)
                                              (512) 443-5114 (Facsimile)

                                              By: /s/Diane W. Sanders
                                                   DIANE W. SANDERS
                                                   State Bar No. 16415500

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Response to Debtor's Seventeenth Omnibus Objection to Claims has been served on the parties listed below on this 11th day of July, 2007.

**DEBTOR**
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

**ATTORNEY FOR DEBTOR**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
John K. Lyons and
Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

                                                       /s/Diane W. Sanders
                                                       DIANE W. SANDERS