**EXHIBIT A**

## EST Testing Solutions Pre-petition Claims for Delphi CH11

| Process # | DUNS # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Status | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| '9000032613791 | RD 047677547 | RA | 2 | '5204178860001 | 9/28/2005 | $3,372.00 | 1212 | D0450138431 | Ready To Pay | 12/31/2049 |
| '9000031802096 | RD 047677547 | K9 | 2 | '051863810001 | 9/6/2005 | $1,688.33 | 74254 | S2S53960 | Ready To Pay | 12/31/2049 |
| '9000031886575 | RD 047677547 | K9 | 2 | '051868210001 | 9/6/2005 | $8,441.65 | 74254 | S2S53960 | Ready To Pay | 12/31/2049 |
| '9000032613792 | RD 047677547 | RK | 2 | '5204178832001 | 9/15/2005 | $2,280.00 | A-1602 | D0450127681 | Ready To Pay | 12/31/2049 |
| '9000032702676 | RD 047677547 | RK | 2 | '5204241392001 | 9/7/2005 | $2,562.00 | A-1618 | D0450127996 | Ready To Pay | 12/31/2049 |
| '9000032116601 | RD 047677547 | DJ | 2 | '5203869017001 | 8/30/2005 | $4,405.00 | AH273-IN | D0450082556 | Ready To Pay | 12/31/2049 |
| '9000032202290 | RD 047677547 | DJ | 2 | '5203907099001 | 7/29/2005 | $39,619.06 | AH7231IN/A | D0450103553 | Ready To Pay | 12/31/2049 |
| '9000032702677 | RD 047677547 | RK | 2 | '5204241393001 | 9/7/2005 | $2,562.00 | AH7261 | D0450127997 | Ready To Pay | 12/31/2049 |
| '9000032008510 | RD 047677547 | DJ | 2 | '5203638628001 | 8/26/2005 | $4,690.00 | AH7263-IN | D0450103553 | Ready To Pay | 12/31/2049 |
| '9000032111890 | RD 047677547 | DJ | 4 | 'DMP5203859824001 | 8/26/2005 | ($4,690.00) | AH7263-IN | D0450103553 | Ready To Pay | 12/31/2049 |
| '9000032613793 | RD 047677547 | RK | 2 | '5204178833001 | 9/15/2005 | $2,148.00 | AH-7281-IN | D0450127969 | Ready To Pay | 12/31/2049 |
| '9000032613794 | RD 047677547 | RK | 2 | '5204178844001 | 8/31/2005 | $2,562.00 | AH7283-IN | D0450127995 | Ready To Pay | 12/31/2049 |
| '9000032702675 | RD 047677547 | RK | 2 | '5204241391001 | 9/7/2005 | $2,562.00 | AH7283-IN | D0450127995 | Ready To Pay | 12/31/2049 |
| '9000032695934 | RD 047677547 | RK | 4 | 'DMP5204241704001 | 9/7/2005 | ($2,562.00) | AH7283-IN | D0450127995 | Ready To Pay | 12/31/2049 |
| '9000032056305 | RD 047677547 | K9 | 2 | '051876900001 | 8/9/2005 | $433.30 | CT-4222A | S2S54332 | Ready To Pay | 12/31/2049 |
| | | | | | | $70,073.34 | | | | |
| '9000033619451 | RD 047677547 | DJ | 2 | '5204797533001 | 7/29/2005 | $5,156.00 | AH7226-IN | D0450082556 | Ready To Pay | 12/31/2049 |
| '9000033694524 | RD 047677547 | DJ | 2 | '5204840838001 | 7/29/2005 | $17,270.00 | AH7226-IN | D0450082556 | Ready To Pay | 12/31/2049 |
| '9000033694523 | RD 047677547 | DJ | 2 | '5204840792001 | 8/31/2005 | $50,334.00 | PL1634-IN | D0450117479 | Ready To Pay | 12/31/2049 |
| | | | | | | $72,760.00 | | | | |
| | | | | | **TOTAL** | **$142,833.34** | | | | |