**EXHIBIT B**

Metal Powder Products
Proof of Claims
Delphi Case # 0544481

*Claim #2711*

4/4/2005

### DELPHI AUTOMOTIVE SYSTEMS

| Ship From | Invoice # | Invoice Date | Invoice Amount | Claim Type | Bill to | Delphi PO # |
|---|---|---|---|---|---|---|
| MPP RIDGWAY | 707-023390 | 6/8/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023619 | 7/1/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023821 | 7/26/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023836 | 7/27/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023854 | 7/28/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023902 | 8/1/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023926 | 8/3/2005 | 1050.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023939 | 8/4/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023960 | 8/5/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023969 | 8/8/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023982 | 8/9/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-023995 | 8/10/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024084 | 8/18/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024124 | 8/22/2005 | 840.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024138 | 8/23/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024160 | 8/24/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024177 | 8/25/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024218 | 8/29/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024237 | 8/30/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024284 | 8/31/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024329 | 9/2/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024340 | 9/6/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024355 | 9/7/2005 | 630.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024389 | 9/9/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024415 | 9/12/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024440 | 9/13/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024476 | 9/15/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024485 | 9/16/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024524 | 9/20/2005 | 420.00 | Proof of Claim | Flint | 550009599 |

# Metal Powder Products
## Proof of Claims
### Delphi Case # 0544481

| | | | | | |
|---|---|---|---|---|---|
| MPP RIDGWAY | 707-024534 | 9/21/2005 | 210.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024552 | 9/22/2005 | 420.00 | Proof of Claim | Flint | 550009599 |
| MPP RIDGWAY | 707-024610 | 9/24/2005 | 210.00 | reclamation claim# 569 | Flint | 550009599 |
| MPP RIDGWAY | 707-024609 | 9/28/2005 | 630.00 | reclamation claim# 569 | Flint | 550009599 |
| MPP RIDGWAY | 707-024630 | 9/29/2005 | 210.00 | reclamation claim# 569 | Flint | 550009599 |
| MPP RIDGWAY | 707-024666 | 10/3/2005 | 420.00 | reclamation claim# 569 | Flint | 550009599 |
| MPP RIDGWAY | 707-024682 | 10/5/2005 | 630.00 | reclamation claim# 569 | Flint | 550009599 |
| MPP RIDGWAY | 707-024689 | 10/6/2005 | 210.00 | reclamation claim# 569 | Flint | 550009599 |
| Total Delphi Automotive Systems | | | $15,750.00 | | | |

Claim #2711

4/4/2006

**Metal Powder Products**
**Proof of Claims**
**Delphi Case # 0544481**

### DELPHI ENERGY & ENGINE SYSTEMS

| Ship From | Invoice # | Invoice Date | Invoice Amount | Claim Type | Ship to | Delphi PO # |
|---|---|---|---|---|---|---|
| MPP CANADA | 66 | 8/11/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 56 | 8/11/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 55 | 8/11/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 67 | 8/12/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 71 | 8/15/2005 | 955.20 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 70 | 8/15/2005 | 608.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 84 | 8/17/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 83 | 8/17/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 91 | 8/18/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 90 | 8/18/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 99 | 8/19/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 98 | 8/19/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 111 | 8/22/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 110 | 8/22/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 126 | 8/24/2005 | 1064.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 125 | 8/24/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 132 | 8/25/2005 | 1672.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 131 | 8/25/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 138 | 8/26/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 137 | 8/26/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 143 | 8/29/2005 | 608.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 142 | 8/29/2005 | 955.20 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 170 | 8/31/2005 | 304.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 169 | 8/31/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 182 | 9/2/2005 | 456.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 181 | 9/2/2005 | 477.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 186 | 9/6/2005 | 912.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 185 | 9/6/2005 | 1432.80 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 191 | 9/7/2005 | 456.00 | Proof of Claim | Flint | 550009645 |

Claim #2712

4/4/2006

# Metal Powder Products
## Proof of Claims
### Delphi Case # 0544481

| | | | | | |
|---|---|---|---|---|---|
| MPP CANADA | 190 | 9/7/2005 | 716.40 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 199 | 9/8/2005 | 1671.60 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 198 | 9/8/2005 | 456.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 203 | 9/12/2005 | 912.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 222 | 9/14/2005 | 456.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 225 | 9/15/2005 | 456.00 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 224 | 9/15/2005 | 716.40 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 263 | 9/26/2005 | 716.40 | Proof of Claim | Flint | 550009645 |
| MPP CANADA | 281 | 9/30/2005 | 716.40 | reclamation claim # 570 | Flint | 550009645 |
| MPP CANADA | 304 | 10/4/2005 | 456.00 | reclamation claim # 570 | Flint | 550009645 |
| MPP CANADA | 303 | 10/5/2005 | 1432.80 | reclamation claim # 570 | Flint | 550009645 |
| MPP CANADA | 312 | 10/6/2005 | 1432.80 | reclamation claim # 570 | Flint | 550009645 |
| MPP CANADA | 313 | 10/6/2005 | 912.00 | reclamation claim # 570 | Flint | 550009645 |
| Total Energy and Engine Systems | | | 26184.00 | | | |

Claim # 2712  4/4/2006