SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER (I) COMPROMISING AND
ALLOWING PROOF OF CLAIM NUMBER 12083, AND (II) DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 16428
(DONNA WILSON)

1

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Donna Wilson ("Wilson") respectfully submit this Joint Stipulation And Agreed Order (I) Compromising And Allowing Proof Of Claim Number 12083 And (II) Disallowing And Expunging Proof Of Claim Number 16428 (Donna Wilson) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS on July 28, 2006, Wilson filed proof of claim number 12083 ("Proof of Claim No. 12083") and on November 22, 2006 Wilson filed proof of claim number 16428 ("Proof of Claim No. 16428"), both against Delphi, and both asserting an unsecured non-priority claim in the amount of $250,000.00 (the "Claim") stemming from an employment discrimination lawsuit.

WHEREAS the Debtors objected to Proof of Claim No. 12083 pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), which was filed on October 31, 2006.

WHEREAS on June 20, 2007, to resolve the Third Omnibus Claims Objection

with respect to Proof of Claim No. 12083 and to resolve Proof of Claim No. 16428, Delphi and Wilson entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement, the Debtors acknowledge and agree that Proof of Claim No. 12083 shall be allowed against Delphi in the amount of $15,000.00, and Wilson acknowledges and agrees that Proof of Claim No. 16428 shall be disallowed and expunged.

WHEREAS Delphi is authorized to enter into this Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, and 503 and Fed. R. Bankr. P. 9019(b) Authorizing Debtors to Compromise Or Settle Certain Classes of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by the this Court on June 29, 2006.

THEREFORE, Delphi and Wilson stipulate and agree as follows:

1. Proof of Claim No. 12083 shall be allowed in the amount of $15,000.00 and shall be treated as an allowed general unsecured non-priority claim.

2. Proof of Claim No. 16428 shall be disallowed and expunged in its entirety.

So Ordered in New York, New York, this <u>11th</u> day of July, 2007

                                                                                   /s/Robert D. Drain  
                                                                  UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Thomas Wimsatt |
| John Wm. Butler, Jr. | Thomas Wimsatt |
| John K. Lyons | MAHLBERG, BRANDT, GILBERT, |
| Ron E. Meisler | THOMPSON, & BOMMARITO |
| SKADDEN, ARPS, SLATE, MEAGHER | 715 Court Street |
|   & FLOM LLP | Saginaw, Michigan 48602 |
| 333 West Wacker Drive, Suite 2100 | 989-799-2111 |
| Chicago, Illinois  60606-1285 | |
| (312) 407-0700 | Attorneys for Donna Wilson |

   - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession