



## CLAIM OF LIEN

Notice is hereby given that on July 11, 2005, 1st Choice Heating and Cooling, Inc. of 8147 Island View Drive, Newaygo, Michigan 54337, first provided labor or material for an improvement to the property described in the attached EXHIBIT 1, the owner of which property is Delphi Automotive Systems, LLC. The last day of providing the labor or material was September 12, 2005.

### TO BE COMPLETED BY A LIEN CLAIMANT WHO IS A CONTRACTOR, SUBCONTRACTOR, OR SUPPLIER:

The lien claimant's contract amount, including extras, is $15,990.86. The lien claimant has received payment thereon in the total amount of $0, and therefore claims a construction lien upon the above-described real property in the amount of $15,990.86.

Dated: Oct. 3 2005

1st CHOICE HEATING & COOLING, INC.

/s/ Brian Plaggemars, President

STATE OF MICHIGAN  )
KENT COUNTY  )

The foregoing instrument was acknowledged before me this October 3, 2005 by Brian Plaggemars, President of 1st Choice Heating & Cooling, Inc.

Subscribed and sworn to before me on October 3, 2005.

/s/ Gwendolyn G. Hancock

Notary public, State of Michigan, County of Kent.
Acting in Kent County, Michigan
My commission expires 7/21/2007.

Gwendolyn G. Hancock, Notary Public
State of Michigan, County of Kent
My Commission Expires 7/21/2007
Acting in the County of Kent

REC'D OCT 04 2005

Drafted by and when recorded return to:
Thomas M. Wardrop
300 Ottawa Ave., N. W. - Suite 150
Grand Rapids, MI 49503
616.459.1225



20051004-0119843   10/04/2005
P:3 of 4   F:$23.00   2:27PM
Mary Hollincake   T20050026410
Kent County MI Register   SEAL

The Northwest ¼ of the Northwest ¼ and the Southwest ¼ of the Northwest ¼ of Section 11, Town 6 North, Range 12 West, City of Wyoming, Kent County, Michigan, except the North 206.25 feet of the East 528 feet thereof. Also except therefrom, commencing on the South line of Burton Street 528 feet West and 53.25 feet South of the Northeast corner of the Northwest ¼ of the Northwest ¼ of Section 11; thence South parallel with the East line thereof 153 feet; thence West parallel with the North line of said Section 9.0 feet; thence Northerly 152.9 feet to a point on the said South line of Burton Street 7.5 feet West of the place of beginning; thence East 7.5 feet to the place of beginning. Also excepting, part of the Northwest ¼ of Section 11, Town 6 North, Range 12 West, City of Wyoming, Kent County Michigan described as: Commencing at the Northwest corner of said section; thence North 90 degrees 00 minutes 00 seconds East along the North line of said Section 431.98 feet to the place of beginning of this description; thence North 90 degrees 00 minutes 00 seconds East along the North line of said section 291.62 feet; thence South 01 degrees 40 minutes 00 seconds East 333.46 feet; thence South 90 degrees 00 minutes 00 seconds West parallel with the North line of said section 291.62 feet; thence North 01 degrees 40 minutes 00 seconds West 333.46 feet to the place of beginning.
Also excepting,
Part of the West ½ of the Northwest ¼ of Section 11, Town 6 North, Range 12 West, Wyoming Township, Kent County, Michigan, described as follows: Commencing on the North line of said section at a point 139.5' East of the Northwest corner thereof; thence South 57.32' to a point 50' South of the centerline of Burton Street Widening as now surveyed; thence Easterly 635', more or less, parallel to and 50' distant from said center line; thence North 52.56' to North line of said section; thence West 635' along said section line to beginning.
Also excepting,
A parcel of land situated in the Northwest corner of the Northwest ¼ of Section 11, Town 6 North, Range 12 West (Wyoming Township) Kent County, Michigan, described as follows: Beginning at a point South 46°02' East 47.58' from the Northwest corner of said Section 11, thence South 89°57' East 106.51'; thence South 0°22' East 24.32' to a point; thence Southwesterly 137.50' along a curve to the left whose radius is 86.00' to a point which is South 43°41' West, 123.62' from the last mentioned point; thence South 87°53' West 17.00'; thence North 2°07' West 114.40' to the point of beginning, being in all 0.134 acres more or less.
Also,
The North ½ of the North ½ of the North ½ of the Northwest ¼ of the Southwest ¼ of Section 11, Town 6 North, Range 12 West, City of Wyoming, Kent County, Michigan.
Also,
The South ½ of the North ½ of the North ½ of the Northwest ¼ of the Southwest ¼ of Section 11, Town 6 North, Range 12 West, City of Wyoming, Kent County, Michigan.

continued          EXHIBIT ____1____

20051004-0119843    10/04/2005
P:4 of 4    F:$23.00    2:27PM
Mary Hollinrake    T20050026410
Kent County MI Register    SEAL

The North ½ of the South ½ of the North ½ of the Northwest ¼ of the Southwest ¼ of Section 11. Town 6 North, Range 12 West, City of Wyoming, Kent County, Michigan.

Excepting therefrom,

That part of the Northwest ¼ and of the Southwest ¼ of Section 11, Town 6 North, Range 12 West, City of Wyoming, Kent County, Michigan described as: Commencing at the Northwest corner of said Section, thence South 3 degrees 20 minutes 11 seconds East 148.65 feet along the West line of said Section; thence North 86 degrees 39 minutes 49 seconds East 33.0 feet to the place of beginning of this exception; thence North 86 degrees 39 minutes 49 seconds East 17.0 feet; thence South 3 degrees 20 minutes 11 seconds East 420.0 feet; thence South 86 degrees 39 minutes 49 seconds West 10.0 feet; thence South 3 degrees 20 minutes 11 seconds East 2096.74 feet to the East and West ¼ line, thence South 4 degrees 00 minutes 38 seconds East 166.52 feet parallel with the West line of said Section to the South line of the North ½ of the North ¼ of the North ½ of the Northwest ¼ of the Southwest ¼, thence South 88 degrees 37 minutes 49 seconds West 7.01 feet along said South line, thence North 4 degrees 00 minutes 38 seconds West 166.51 feet to the East and West ¼ line, thence North 3 degrees 20 minutes 11 seconds West 2516.48 feet to the place of beginning.