

3

LIBER 4995 PG 959

0050561
Filed/ Sealed For Record In
Ottawa County, MI
Gary Scholten R.O.D.
10/04/2005 At 2:26:47 P.M.
CLAIM OF LIEN $20.00
Liber 004995 Page 00959
*0050561*

**CLAIM OF LIEN**

Notice is hereby given that on July 5, 2005, 1st Choice Heating and Cooling, Inc. of 8147 Island View Drive, Newaygo, Michigan ~~54337~~ 49337, first provided labor or material for an improvement to the property described in the attached EXHIBIT 1, the owner of which property is Delphi Automotive Systems, LLC. The last day of providing the labor or material was September 23, 2005.

**TO BE COMPLETED BY A LIEN CLAIMANT WHO IS A CONTRACTOR, SUBCONTRACTOR, OR SUPPLIER:**

The lien claimant's contract amount, including extras, is $16,418.19. The lien claimant has received payment thereon in the total amount of $0, and therefore claims a construction lien upon the above-described real property in the amount of $16,418.19.

Dated: 10/3/05

1st CHOICE HEATING & COOLING, INC.

/s/ [signature]
Brian Plaggemars President

STATE OF MICHIGAN )
KENT COUNTY )

The foregoing instrument was acknowledged before me this October 3, 2005 by Brian Plaggemars.

Subscribed and sworn to before me on October 3, 2005.

/s/ [signature]

Notary public, State of Michigan, County of Kent.
Acting in Kent County, Michigan
My commission expires 07/21/07.

Gwendolyn G. Hancock, Notary Public
State of Michigan, County of Kent
My Commission Expires 7/21/2007
Acting in the County of Kent

LIBER 4995 PG 960

Drafted by and when recorded return to:
Thomas M. Wardrop
300 Ottawa Ave., N. W. - Suite 150
Grand Rapids, MI 49503
616.459.1225

LIBER 4995 PG 961

Part of the East 1/2 of Section 22, Town 8 North, Range 14 West, City of Coopersville, Ottawa County, Michigan, described as: Beginning on the South Section line a distance of South 89 degrees 07 minutes 30 seconds East 603.05 feet from the South 1/4 corner of said Section; thence North 0 degrees 00 minutes a distance of 1332.09 feet parallel with the North-South 1/4 line; thence North 89 degrees 33 minutes 33 seconds West 255.50 feet along the South line of the North 1/2 of the Southeast 1/4 of said Section; thence North 0 degrees 00 minutes a distance of 627.00 feet; thence North 89 degrees 33 minutes 33 seconds West 347.50 feet; thence North 0 degrees 00 minutes a distance of 959.01 feet along the North-South 1/4 line to a point on the Southerly line of the Grand Trunk Railroad property (being 100.00 feet wide); thence South 73 degrees 40 minutes 22 seconds East 2747.12 feet along said railroad property line to a point on the East line of said Section 22; thence South 0 degrees 43 minutes 21 seconds West 1967.57 feet along the East Section line to a point located 213.70 feet North of the Southeast Section corner; thence North 89 degrees 48 minutes 21 seconds West 580.60 feet parallel with the North line of Randall Street; thence South 0 degrees 43 minutes 21 seconds West 150.00 feet; thence South 89 degrees 48 minutes 21 seconds East 580.60 feet along the Northerly right of way line of Randall Street (formerly Highway US-16); thence South 0 degrees 43 minutes 21 seconds West 63.70 feet to the Southeast Section corner; thence North 89 degrees 07 minutes 30 seconds West 2006.08 feet along the South Section line to the place of beginning. Subject to a right of way for highway purposes over the Southerly part thereof (Randall Street, formerly Highway US-16) recorded in Liber 298, Page 581, and also subject to a right of way for highway purposes 33.00 feet in width lying contiguous to and East of the North-South 1/4 line of said Section.

Also, Commencing at the Southwest corner of the North 1/2 of the Southeast 1/4 of Section 22, Township 8 North, Range 14 West, thence East 21 rods and 1 foot; thence North 38 rods; thence West 21 rods and 1 foot to the road, thence South to the beginning.

Also, All that part of Section 22, Town 8 North, Range 14 West described as: Commencing at a point 64.15 feet North of the Southeast corner of Section, thence Northerly on the East line of said Section 150 feet, thence North 87 degrees 15 minutes West 480.6 feet, thence Southerly parallel to the East line of said Section 150 feet, thence South 87 degrees 15 minutes East 480.6 feet to place of beginning, City of Coopersville, Polkton Township, Ottawa County, Michigan.

Also, The West 100 feet of that part of Section 22, Town 8 North, Range 14 West, described as commencing at a point 64.15 feet North of the Southeast corner of said Section, thence Northerly on the East line of said Section 150 feet, thence North 87 degrees 15 minutes West 580.6 feet, thence Southerly parallel to the East line of said Section 150 feet, thence South 87 degrees 15 minutes East 580.6 feet to place of beginning, City of Coopersville, Polkton Township, Ottawa County, Michigan.

Except a parcel of land described as: Commencing at the Southeast corner of said Section for the place of beginning of this description; thence North 89 degrees 07 minutes 30 seconds West 40.00 feet along the South line of said

Section, thence North 0 degrees 43 minutes 21 seconds East 2192.33 feet parallel with the East line of said Section to the Southerly right-of-way line of the Grand Trunk Western Railroad (100.00 feet wide), thence South 73 degrees 40 minutes 22 seconds East 41.53 feet along said right-of-way line to the East line of said Section, thence South 0 degrees 43 minutes 21 seconds West 2181.27 feet along said Section line to the place of beginning.

EXHIBIT 1