KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000
Tracy L. Klestadt (TK-3591)
John E. Jureller, Jr. (JJ-4697)
    and
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
(312) 201-2000
Facsimile:  (312) 201-2555
Jonathan W. Young
Jeffrey L. Gansberg

Attorney for Equity Corporate Housing I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                  :
      In re                       :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)
                                    :
            Debtors.          :      (Jointly Administered)
-------------------------------------------------------------x

CERTIFICATE OF SERVICE

        JOHN E. JURELLER, JR., being duly sworn, hereby certifies

        1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

        2.      On the 11th day of July, 2007, I served a copy of Equity Corporate Housing I's Response To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bank. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.
      John K. Lyons, Esq.
      Joseph N. Wharton, Esq.

/s/ John E. Jureller, Jr.
John E. Jureller, Jr. (JJ-4697)

Dated: July 11, 2007