JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
In re                                                      :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                    Debtors.                               :    (Jointly Administered)
---------------------------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE THAT** Jenner & Block LLP, counsel to CONTECH LLC, hereby enters its appearance in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE THAT** request is hereby made pursuant to Sections 342 and 1109(b) of Title 11 of the United State Code, as amended (the "Bankruptcy Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy or

1341369

proceeding related to the Cases, be given to, and served upon:

>Ronald R. Peterson, Esq.
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611
>Tel: 312-222-9350
>Fax: 312-840-7381
>Email: rpeterson@jenner.com

Dated: July 11, 2007
Chicago, Illinois

>Respectfully submitted,
>
>JENNER & BLOCK LLP
>
>By: _/s/ Ronald R. Peterson_
>Ronald R. Peterson (RP 5430)
>One IBM Plaza
>Chicago IL, 60611
>(312) 222-9350
>
>*Counsel to CONTECH LLC*

1341369

# CERTIFICATE OF SERVICE

      I, Ronald R. Peterson, an attorney, hereby certify that on July 11, 2007, I served a copy of the attached **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS o**n the following party by overnight delivery, and upon other interested parties through the Court's electronic filing system:

>Skadden, Arps, Slate, Meagher & Flom LLP,
>333 West Wacker Drive
>Suite 2100
>Chicago, Illinois 60606
>Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese

                                                          */s/ Ronald R. Peterson*
                                                            Ronald R. Peterson

1341369