QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
(602) 229-5200
John A. Harris, Esq. (AZ Bar No. 014459)
Scott R. Goldberg, Esq. (AZ Bar No. 015082)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

LINNEA MAHONEY, being first duly sworn, upon her oath deposes and says:

1. I am over the age of twenty-one years and a resident of the State of Arizona.

2. In my capacity as Executive Legal Secretary at Quarles & Brady LLP, attorneys for SEMICONDUCTOR COMPONENTS INDUSTRIES, INC., a subsidiary of ON SEMICONDUCTOR CORPORATION, a creditor in the above-captioned Chapter 11 cases, I caused true and correct copies of the "Response Of On Semiconductor Components Industries LLC To Debtors' 17th Omnibus Objection To Claims" to be served on July 10, 2007 on all parties receiving notice via the Court's ECF System, and on July 11, 2007 on those parties requesting notice via United States first-class mail (see Exhibit "A" attached hereto).

DATED this 11th day of July, 2007.

/s/ Linnea Mahoney
LINNEA MAHONEY

QBPHX\143789.00045\2104847.1

-2-

STATE OF ARIZONA           )
                           )ss.
County of Maricopa         )

                   SUBSCRIBED AND SWORN to before me this 11th day of July, 2007.

                                    /s/ Lisa Marie Cummings
                                        Notary Public

My commission expires:

March 31, 2011

QBPHX\143789.00045\2104847.1