## EXHIBIT A

Miami Dade County Tax Collector (mail only)
Paralegal Unit
140 W. Flagler St., #1403
Miami, FL 33130

MaryAnn Brereton, Esq. (mail only)
Asst. Gen. Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 07960

Alicia M. Leonhard (mail only)
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Goldberg, Scott R. entered on 7/10/2007 at 4:15 PM and filed on 7/10/2007

| | |
|---|---|
| **Case Name:** | Delphi Corporation |
| **Case Number:** | 05-44481-rdd |
| **Document Number:** | 8513 |

**Docket Text:**
Response *of ON Semiconductor Componenets Industries, LLC to Debtors' 17th Omnibus Objection to Claims* (related document(s)[8270] filed by Scott R. Goldberg on behalf of Semiconductor Components Industries, LLC. with hearing to be held on 7/19/2007 at 10:00 AM at Courtroom 610 (RDD) Objections due by 7/12/2007, (Goldberg, Scott)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\Bankruptcy & Creditors Rights\Center\BKR\ONresponse.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/10/2007] [FileNumber=6006062-0]

[52a301363f88bb2f8942961c7428ffa3f968a2f7ee594fb05b9daa75a2514db23c033
edbe11f0820fa68e546d19e9438553e8a870eed08aebe9f675e48dd6fa4]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson   aaronsoa@pepperlaw.com

David B. Aaronson   david.aaronson@dbr.com

Elizabeth Abdelmasieh   elizabeth@regencap.com

Franklin C. Adams   franklin.adams@bbklaw.com

Jason R. Adams   jadams@torys.com

Jennifer L. Adamy   bankruptcy@goodwin.com

David J. Adler   dadler@mccarter.com

Michael J. Alerding   malerding@binghammchale.com

Joseph W. Allen   jallen@jaeckle.com

Christopher A. Andreoff   candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker   philip.anker@wilmerhale.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,,henry

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;ygreenberg@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@team

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Brendan G. Best    Bbest@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw

Madison L. Cashman    nashvillebankruptcyfilings@stites.com

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Babette A. Ceccotti    bceccotti@cwsny.com

Erik G. Chappell    egc@lydenlaw.com

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Mark Ira Chinitz    mark.chinitz@steinrisomantel.com;christine.mayer@steinrisomantel.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com

Tiffany Strelow Cobb   tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Theodore A. Cohen   tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan   mconlan@gibbonslaw.com

Dennis J. Connolly   dconnolly@alston.com

Susan M. Cook   smcook@lambertleser.com

Patrick M. Costello   pcostello@bbslaw.com

Thomas W. Cranmer   cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo   dcrapo@gibbonslaw.com

Tyson A. Crist   tcrist@szd.com

Michael G. Cruse   mcruse@wnj.com

Gary H. Cunningham   gcunningham@gmhpc.com

Louis A. Curcio   lcurcio@tpwlaw.com

Vincent D'Agostino   vdagostino@lowenstein.com

Jeannine D'Amico   jeannine.damico@cwt.com

Douglas R. Davis   ddavis@paulweiss.com

Jeffry A. Davis   jadavis@mintz.com

James J. DeCristofaro   james.decristofaro@lovells.com

Karen Veronica DeFio   kdefio@bsk.com

Robert Dehney   rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.co

Gerard DiConza   gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza   diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman   houston_bankruptcy@publicans.com

Karen Dine   karen.dine@pillsburylaw.com

Stephen A. Donato   sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan   TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos   william.dornbos@oag.state.ny.us

David B. Draper   ddraper@terra-law.com

Robert W. Dremluk   rdremluk@seyfarth.com
05-44481-rdd   Doc 8540-1   Filed 07/11/07   Entered 07/11/07 17:57:52   Exhibit A
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,
Pg 6 of 61

Seth A. Drucker   sdrucker@hongman.com

David F. DuMouchel   dumouchd@butzel.com

Frank L. Eaton   featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Gayle Ehrlich   gehrlich@sandw.com

Robert L. Eisenbach   reisenbach@cooley.com

Judith Elkin   judith.elkin@haynesboone.com

David S. Elkind   david.elkind@ropesgray.com, paul.lang@ropesgray.com

Paige Leigh Ellerman   ellerman@taftlaw.com

Bruce N. Elliott   elliott@cmplaw.com

Rex H. Elliott   loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro   bellis-monro@sgrlaw.com

Alyssa Englund   aenglund@orrick.com

Richard L. Epling   richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman   eerman@ermanteicher.com

Scott L. Esbin   bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin   metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga   sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber   efarber747@aol.com

Robert Michael Farquhar   mfarquhar@winstead.com

Bonnie Glantz Fatell   fatell@blankrome.com

Oscar B. Fears   bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder   ben.feder@thompsonhine.com

Hermann Ferre   hferre@thelenreid.com

Richard L. Ferrell   Ferrell@taftlaw.com

Charles J. Filardi   charles@filardi-law.com, abothwell@filardi-law.com

Jonathan D. Forstot   jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler   mateofowler@quinnemanuel.com

Edward M. Fox    efox@klng.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green    greenj@millercanfield.com

John T. Gregg    jgregg@btlaw.com

Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Kevin Grzelak    phcdelphi@priceheneveld.com

Will Guerrant    wbg@ctw.com

Peter J. Gurfein    pgurfein@akingump.com

Dennis M. Haley    dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton    electronicnoticing@aps-capital.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Gerald E. Hawxhurst    leticiabustinduy@quinnemanuel.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    skhoos@mintz.com

Patrick Howell    phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com;ewaters@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdon

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vssp.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@walle

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel@klettrooney.com

Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com

Daniel A. Lowenthal    dlowenthal@thelen.com

A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnla

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    kcunningham@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com, wendy@bindermalter.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth   msteen@daypitney.com, njmnybankruptcy@daypitney.com

Sally Meyer   smeyer@madisonliquidity.com

Merle C. Meyers   mmeyers@mlg-pc.com

Robert N. Michaelson   rmichaelson@kl.com

Laurie J. Michelson   michelso@butzel.com

Kathleen M. Miller   kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller   miller@taftlaw.com

Alan K. Mills   amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff   lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy   jmoloy@dannpecar.com

Michael C. Moody   mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog   amoog@hhlaw.com

Brett S. Moore   bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pl

Brian F. Moore   bmoore@mccarter.com

Gene T. Moore   gtmlaw@bellsouth.net

Thomas R. Morris   morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison   amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison   sarah.morrison@doj.ca.gov

Whitney L. Mosby   wmosby@binghammchale.com

Eric T. Moser   eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola   alisa@contrariancapital.com

Jill L. Murch   jmurch@foley.com, khall@foley.com

James P. Murphy   murph@berrymoorman.com

Robert D. Nachman   rnachman@scgk.com

Bruce S. Nathan   bnathan@lowenstein.com

Lauren Newman   inewman@fagelhaber.com

Marie L. Nienhuis   mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Richard J. Parks    rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters    gpeters@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Thomas A. Pitta    tpitta@lowenstein.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta    jposta@stark-stark.com

Constantine Pourakis    cp@stevenslee.com

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Steven J. Reisman   sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com

Kenneth A. Reynolds   kar@pryormandelup.com

Geoffrey A. Richards   grichards@kirkland.com

Marc E. Richards   mrichards@blankrome.com

Tracy E. Richardson   tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders   crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer   sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins   mgr@previant.com, em@previant.com

Matthew R. Robbins   mrr@previant.com

Elizabeth A. Roberge   eroberge@robergelaw.com

Jean R. Robertson   jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen   srosen@cb-shea.com

Heath D. Rosenblat   hrosenblat@kayscholer.com

Paul M. Rosenblatt   prosenblatt@kilpatrickstockton.com

David A. Rosenzweig   DRosenzweig@Fulbright.com

David Sol Rosner   ffigueroa@kasowitz.com;dfliman@kasowitz.com

Robert B. Rubin   brubin@burr.com

E. Todd Sable   tsable@honigman.com

Chester B. Salomon   cs@stevenslee.com

Brian D. Salwowski   bsalwowski@atg.state.in.us

Diane W. Sanders   austin.bankruptcy@publicans.com

William A. Sankbeil   was@krwlaw.com

Thomas P. Sarb   ecfsarbt@millerjohnson.com

Robert V. Sartin   rsartin@fbtlaw.com

William F. Savino   wsavino@damonmorey.com

Thomas J. Schank   tomschank@hunterschank.com

Ilan D. Scharf   ischarf@pszyjw.com

Michael L. Schein   mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle   jrs@parmenterlaw.com, lms@parmenterlaw.com

Christopher P. Schueller   christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman   cschulman@sachnoff.com

Bryan I. Schwartz   bschwartz@lplegal.com

Jay A. Schwartz   jschwartz@schwartzlawfirmpc.com

Mark S. Scott   mscott@riemerlaw.com

Sarah Seewer   sseewer@honigman.com

Howard Seife   andrew.rosenblatt@chadbourne.com

Jay Selanders   jay.selanders@kutakrock.com

Mark A. Shaiken   mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro   shapiro@steinbergshapiro.com

Andrea Sheehan   sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman   asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill   mark.sherrill@sablaw.com

Joseph E. Shickich   jshickich@riddellwilliams.com

Stephen J. Shimshak   sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman   was@showmanlaw.com

Robert J. Sidman   rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Paul N. Silverstein   paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman   sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon   jsimon@foley.com

Joseph E. Simpson   jsimpson@hselaw.com

Thomas R. Slome   mail@rsmllp.com

Richard G. Smolev   rsmolev@kayescholer.com,
rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com

Marc P. Solomon   msolomon@burr.com

Robyn J. Spalter   notice@regencap.com

Sarah F. Sparrow   ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector   bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

Joseph G. Strines    joseph.strines@dplinc.com

James M. Sullivan    jmsullivan@mwe.com

Paul Sweeney    psweeney@linowes-law.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    DTTLAW@aol.com, dttlaw@verizon.net

Jeffrey L. Tanenbaum
garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.cor

Roger L. Tarbutton    roger.tarbutton@jocogov.org

John E. Taylor    jtaylor@binghammchale.com

Zakarij O. Thomas    zothomas@klettrooney.com

Douglas M. Tisdale    doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Joseph J. Vitale   jvitale@cwsny.com

Arthur T. Walsh   rkirby@omclaw.com

Sean M. Walsh   swalsh@gmhpc.com, jmahar@gmhpc.com

Michael D. Warner   bankruptcy@warnerstevens.com

W. Clark Watson   cwatson@balch.com

Robert K. Weiler   rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub   wweintraub@pszyj.com, ischarf@pszyj.com;ljones@pszyjw.com

Robert J. Welhoelter   robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller   dallas.bankruptcy@publicans.com

Michael R. Wernette   mwernette@schaferandweiner.com

Robert A White   rwhite@murthalaw.com

Amy Williams-Derry   awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig   swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson   BankruptcyDepartment@KelleyDrye.com

W. Joe Wilson   jwilson@tylercooper.com

Jeffrey C. Wisler   jcw@cblhlaw.com

Douglas Wolfe   dwolfe@asmcapital.com

Robert D. Wolford   ecfwolfordr@millerjohnson.com

David Farrington Yates   fyates@sonnenschein.com

Stephen L. Yonaty   syonaty@chwattys.com

German Yusufov   pcaocvbk@pcao.pima.gov

Helen A. Zamboni   hzamboni@underbergkessler.com

Menachem O. Zelmanovitz   mzelmanovitz@morganlewis.com

Peter Alan Zisser   nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC

975 Opdyke LP, et al.

,

A. Schulman, Inc.
c/o Carrie M. Caldwell
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Affinia Group Inc.

,

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.

,

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Michael J. Alerding

,

Allen & Overy LLP

,

Alstom Power Environmental Consult GmbH

,

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation

,

American Molded Products LLC

,

Ames Reese, Inc.

,

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Joel D. Applebaum
,

Association of Businesses Advocating Tariff Equity
,

Atradius
,

BANK OF AMERICA, N.A.
,

Russell C. Babcock
,

Kristine G. Baker
,

Ball Systems, Inc.
,

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude
,

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.bane@ropesgray.com

Bank of America, N.A.
,

Bank of America, N.A.
,

Alice J. Banus
,

Andrew R. Basile
,

Bay County (FLA.) Tax Collector's
,

Bay County, Florida
,

Bay County, Florida, Tax Collector
,

Beacon Reel Co.
,

Michael Beard
,

Jody A. Bedenbaugh
,

Thomas M. Beeman
Attorney at Law
33 West 10th Street
Suite 200
Anderson, IN 46016

Bell, Anderson & Sanders LLC
,

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Bradley A. Bennett
,

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Bing Metals Group, Inc.
,

Bio-Serv Corporation
,

Bona Vista
,

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Booth Udall, PLC
,

Borg Indak, Inc.
,

John S. Brannon
,

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Brown & James, P.C.
,

Buell Automatics, Inc.
,

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

John Wm Buttler
,

CDW Computer Centers, Inc.
,

CH & I Technologies, Inc.
,

CH2M Hill, Inc.
,

CPI Control & Power, Inc.
,

CSX Transportation
,

CT Corporation
,

CT Corporation
,

CTP Carrera, Inc., d/b/a Carclo Technical Plastics
,

Cadena Law Firm, P.C.
,

Cadwalader, Wickersham & Taft, LLP
1201 F Street, N.W. Suite 1100
Washington, D.C., 20004

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Cardinal Law Group, Ltd.
,

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Joan B. Carmack
,

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
BankruptcyDepartment@kelleydrye.com

George B. Cauthen
,

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Ralph E. Chapman
,

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Stuart F. Cheney
,

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Matthew Ciaramitaro
,

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Mark G. Claypool
,

Clerk's Office U.S. Bankruptcy Court
,

Robert W. Coberg
,

Coface North America, Inc.
,

Thomas W. Coffey
,

Collector of Revenue, St. Louis County, Missouri
,

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")
,

Control Masters, Inc.
,

Controls Crew Co., Inc.
,

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com;nathanael.meyers@srz.com

Susan A. Cook
,

Cornell University
,

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Creative Techniques, Inc.
,

Carol Creel
,

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
macronin@debevoise.com

Crown Credit Company
,

Gary H. Cunningham
,

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;dbaumstein@whitecase.com;cryan@whitecase.com;lbegy@whitecase.com;tdee@whitecase.c

Cunningham Engineering, Inc.
,

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Currie Kendall PLC
,

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com, lmetzger@mayerbrownrowe.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

Richard L Darst
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennis Dashkovitz
,

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Dechert, LLP.
,

Defense Contract Management Agency
,

Deloitte & Touche, LLP.
,

Department of the Treasury, Internal Revenue Service
,

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Deringer-Ney, Inc.
,

Russell Detwiler
,

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;alisa.aczel@troutmansanders.com

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Douglas Deykes
,

DiConza Law, P.C.
,

Diane Nelson, CFC, Tax Collector of Pinellas County, Florida
,

Dierker & Associates, P.C.
,

Karen B. Dine
,

Stephen A. Ditullio
,

Dobmeier Janitor Supply, Inc.
,

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Dow Corning Corporation
,

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

William P. Downey
,

James J. Dragna
,

David B. Draper
,

David B. Draper
,

Eugene Driker
,

Seth A. Drucker
,

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Robert J. Dubin
,

Due Doyle Fanning & Metzger, LLP
,

Jane M. Duffy
,

EMC Corporation
,

Frank L. Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

08-44481-rdd    Doc 8540-1    Filed 07/11/07    Entered 07/11/07 17:57:52    Exhibit A
Pg 28 of 61

Economy Transport, Inc.
,

Robert J. Edel
,

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Elmos North America, Inc.
,

Energy Engineering & Consulting Services, LLC
2137 South 800 West
Swayzee, IN 46986

Eq-Heritage, LLC
,

Estate of Virginia A. Haass
,

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Delphine L. Evans
,

Export Development Canada
,

FTI Consulting, Inc.
,

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Joseph R. Falasco
,

John A. Ferroli

,

Fidelitas Investments Ltd.

,

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
P.O. Box 1110
Tampa, FL 33602

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Fitzgerald Water, Light, and Bond Commission

,

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling

,

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Flexible Automation, Inc.

,

Floform. Ltd.

,

Florida Production Engineering, Inc.

,

Francis J. Fodale

,

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Formall, Inc.

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

Fried Frank Harris Shriver & Jacobson LLP
,

Fujikoki America, Inc.
,

Fulbright & Jaworski L.L.P.
,

G. Brian Patterson
,

G.P. Reeves, Inc.
,

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
dgarland@mcdr-law.com, dgarland@mcdr-law.com

Arlene N. Gelman
,

John Gianfermi
,

Gobar Systems, Inc.
,

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Gooding Company, Inc.
,

Robert D. Gordon
,

Lesley Rita Gore Kitikul
,

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Gordon E. Gouveia
,

Stephanie Gray
,

Stephanie Gray
,

Greeley Containment & Rework, Inc.
,

Greenberg Traurig, LLP
,

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Paul S. Groschadl
,

Gruner AG
,

Kevin T. Grzelak
,

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW

Gwinn & Roby

,

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

HEAD acoustics, Inc.

,

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Charles Hamilton

,

Hamilton Tool & Machine, Co., Inc.

,

Hamlin Tool & Machine Co., Inc.

,

Michael C. Hammer

,

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301

Domencia N.S. Hartman

,

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue
46th Floor
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

HellermanTyton
,

Henman Engineering & Machine, Inc.
,

Morrie Wayne Henry
,

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Richard B. Herzog
,

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Jane Ann Himsel
,

Hinshaw Roofing & Sheet Metal Co., Inc.
,

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
MHirschfield@ropesgray.com

David A. Hodges
,

David A. Hodges
,

Richard B. Hoffman

,

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
rlipman@mcleodusa.com

Hollingsworth Lumber

,

Hollingsworth Sawmill, Inc.

,

Camille Hope

,

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Houlihan Lokey Howard & Zukin Capital

,

Laurel B. Houser

,

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick B. Howell

,

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Hyatt Legal Plans, Inc.

,

ICG Castings, Inc.

,

ILM Tool, Incorporated

,

Ice Miller, LLP
,

Illinois Department of Revenues
,

Illinois Environmental Protection Agency
,

In-Parallel Computer Staff, Ltd.
,

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jindyke@cooley.com

Intec Group, Inc.
c/o Vedder, Price, Kaufman & Kammholz,PC
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Integrated Quality Solutions, LLC.
,

Internal Revenue Service, Dept. of the Treasury
290 Broadway
New York, NY 10007

Ionics Ultrapure Water
,

Iron Mountain Information Management, Inc.
c/o Windels Mark Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Ivins, Phillips & Barker
,

J. Gordon Lewis dba J. Gordon Lewis, PLLC
,

J. Gordon Lewis, PLLC
,

JPMORGAN CHASE BANK, N.A.
,

JPMorgan Chase Bank, N.A.
,

JPMorgan Chase, N. A.
,

JPMorgan Chase, N.A.

,

Wilma S. Jackson

,

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Jacobson Mfg., LLC

,

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

Jefferson Wells International, Inc.

,

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

Jenner & Block LLP

,

John E Benz & Co.

,

John Hopkins University

,

Floyd Jones

,

Jennifer Jones

,

Loretta M. Jones

,

Ronald E. Jorgensen

,

Judco Manufacturing

,

KDS Innovation in Electronic Solutions

,

KPMG LLP

,

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kachele Vibrastop
,

Kate Kanabay
,

Kansas Department of Revenue
,

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

Bart E. Kaylor
,

Peter D. Keefe
,

Kelley Drye & Warren LLP
,

Ken Burton, Jr. Manatee County Tax Collector
,

Kenneth Mason Publications Limited
,

William Kerscher
,

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Kenneth J. Kies
,

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Killam

King & Spalding LLP

,

King Collision

,

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Kirkpatrick & Lockhart Nicholson Graham LLP

,

Kirkpatrick & Lockhart Preston Gates Ellis LLP

,

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Klash, Inc.

,

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005
joseph.koczko@thompsonhine.com

Barry R. Kogut

,

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
hkolko@msek.com, egilmartin@afanet.org;rclayman@geclaw.com

Korten Quality Systems, Ltd.

,

James M. Koshland

,

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
lkrepto@mmwr.com

Kringeta Design & Drafting
,

Kelly A. Kruse
4190 Telegraph Rd.
Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Duane Kumagai
,

John M. Kunst
,

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

L & B Cartage, Inc. - Omni Warehouse
,

L.A.W.S. Labor Advocates for Workers Solutions
,

LB Transportation Group
,

Denise K. LaRue
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Edward L. Lavelle
,

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Brenda Lawrence
,

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

Leichester Die & Tool, Inc.
,

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Wilfred D. Leong
,

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Lexington County, Treasurer's Office
,

Lippert, Humphreys, Campbells, Dust & Humphreys, P.C.

,

Liquidity Solutions, Inc.

,

Littlefuse, Inc.

,

Local 897, UAW

,

Logistics Insight Corp. (LINC)

,

Louisiana Department of Revenue

,

Allison W. Lowell

,

Jay L. Lubetkin

,

MEMC Electronic Materials, Inc.

,

MSX International, Inc.

,

Machined Products Co.

,

Madison County, Mississippi Tax Collector to Objection to Claim

,

Madison Investment Trust - Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

William Bernard Maguire

,

Ann M. Maher

,

Mallesons Stephen Jaques

,

Carmen Mandato
,

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Evie Stiles Manusakis
,

MarTek, Inc.
,

Wendy G. Marcari
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Townsell G. Marshall
,

Martinrea International Inc.
,

Master Molded Products Corporation
,

Victor J. Mastromarco
,

Deborah A. Mattison
,

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553
mail@rsmllp.com

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

John K. McAndrew

Douglas J. McBride
,

Robert G. McClure
,

John K. McDavid
,

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com;frowinski@lordbissell.com

McGlinchey Stafford, PLLC
,

Maureen A. McGlynn
,

John McGrath
,

John A. McKinney
,

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

McNees Wallace & Nurick LLC
,

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Mesirow Financial Consulting, LLC
,

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

Merle C. Meyers

,

Michael D. Schloff, PLLC

,

Michigan Gas Utilities

,

Michigan Heritage Bank

,

Eva Milanowki

,

Alexander Miller

,

Milliken & Company

,

Minco Tool & Mold

,

Sakura Mizuno

,

Terry Mocny

,

Terry R. Mocny

,

Moldtech, Inc.

,

Glenn A. Montgomery

,

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Moraine Maintenance Co., Inc.

,

Sarah E. Morrison

,

Whitney Mosby

,

,

Robert A. Mothershead

,

Multibase, Inc.

,

Murphy Desmond S.C.

,

NU Horizons Electronics Corp.

,

NXP Semiconductors USA, Inc.

,

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
jdibattista@mofo.com;pmar@mofo.com;wbroscious@kbfirm.com

National City Commerical Capital

,

Kathy R. Neal

,

Carolyn Needham

,

Neosong USA, Inc.

,

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

New York State Department of Taxation and Finance

,

New York State Office of Temporary and Disability Assistance

,

Newstart Factors, Inc
281 Tresser Blvd
Suite 1501
Stamford, CT 06901

Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Matthew Oddy
,

Ohio Hoist & Puller/Tuf-Tug Products & Accessories
,

Ohio Job & Family
,

Ohio Job & Family Services
,

Donna Ondash
,

Kenneth Ondash
,

One Hundred Transferred Employees of Delphi
,

Optical Cable Corporation (OCC)
,

Orange County Tax Collector California
,

Ore Hill Hub Fund, LTD.
650 FIFTH AVENUE 9TH FL
NEW YORK, NY 10019

Eva Orlik
,

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Oxford Industries of CT, Inc., d/b/a Oxford Polymers
,

PABCO Industries, LLC.
,

PEC of America Corp.
,

PML FLIGHTLINK LTD.
NEWMAN LANE
ALTON, HAMPSHIRE

,

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033
spackman@archerlaw.com

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com

Panasonic Electric Works Corporation of America

,

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Park Enterprises of Rochester, Inc.

,

Parkview Metal Products, Inc.

,

Brian C. Pauls

,

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Simon Peach

,

Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C.

,

Brian Penley

,

Victoria B. Perez

,

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203
apeterson@phillipslytle.com

A. Robert Pietrzak

787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart Preston Gates
599 Lexington Avenue
New York, NY 10022
nathanael.meyers@klgates.com

Pillsbury Winthrop Shaw Pittman LLP
,

Pillsbury Winthrop Shaw Pittman, LLP
,

Pitney Bowes Credit Corporation
,

Plastomer Corporation
,

James A. Plemmons
,

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com, cennis@brownrudnick.com;sbeville@brownrudnick.com;claukamg@brownrudnick.com

Polk County Tax Collector
,

Portage County Water Resources Department
,

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

Preyco Manufacturing Co., Inc.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.

,

PricewaterhouseCoopers, LLP.

,

Prichard, Hawkins, McFarland & Young, LLP

,

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL 35121

Pro Pallet, Inc.

,

Protomold Company, Inc.

,

Leigh S. Prugh

,

QAD, Inc.

,

Steven W. Quattlebaum

,

Quinn Emanuel Urquhart Oliver & Hedges LLP

,

Quinn Emanuel Urquhart Oliver & Hedges LLP

,

Quinn Emanuel Urquhart Oliver & Hedges LLP

,

RCMA AMERICAS INC.

,

Leonard J. Rachwal

,

Rader Fishman & Grauer LLP

,

Rader Fishman & Grauer LLP

,

Mark L. Radtke

,

Rand Transcript Service, Inc.

,

Martin J. Reder
,

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
jcreed@sonnenschein.com, rrichards@sonnenschein.com

Regency Reporting, Inc.
,

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022
ira.a.reid@bakernet.com

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Relats S.A.
,

Reliance Insurance Company (In Liquidation)
,

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
r.digest@dpw.com

Kenneth A. Reynolds
Pryor & Madelup, LLP

Vincent E. Rhynes
1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY 10016
mrichman@foley.com

Frederick T. Rikkers
,

Ris The Paper House
,

Ronald A. Rispo
,

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence Rivers
,

Riverside Claims, LLC.
,

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Rockwell Automation
,

Brian W. Rogers
,

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;rrosenfelt@paulweiss.com;bfiller@paulweiss.com

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
RROSENBERG@milbank.com;rstrappazon@milbank.com;jclark2@milbank.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Rothschild, Inc.
,

Paul J.N. Roy
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
aconnor@mayerbrownrowe.com

Ira Rubin
Goldman, Rubin & Shapiro
1340 Woodman Drive
Dayton, OH 45432-3441

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
prubin@herrick.com

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium
,

Leon R. Russell
,

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Maura I. Russell
Dreier LLP

Paul Ryan

,

SFS Intect, Inc.

,

SGS North America, Inc.

,

SKF USA, Inc.

,

SL Stephenson & Lawyer, Inc.

,

SPCP Group LLC as Assignee of Solution Recovery Services, Inc.'s

,

STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES

,

Yilmaz Sahinkaya

,

Saint Louis County Collector of Revenue

,

Sanders Lead Co., Inc.

,

Darrin C. Savage

,

David A. Schaefer

,

Scheuer Mackin & Breslin LLC

,

Schleuniger, Inc.

,

Ronald J. Schmidt

,

Schmidt Technology GmbH

,

William R. Schulz

,

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.

Bryan I. Schwartz

,

Jay A. Schwartz

,

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
gschwed@loeb.com, tcummins@loeb.com

Seal & Design Inc.

,

Senus Precision Die Casting, Inc.

,

Sharp Electronics Corporation

,

Sharp Electronics Corporation, Sony Electronics, Inc. and Milliken Company

,

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Shearman & Sterling, LLP.

,

Lesley Shore
110 W College St
Hagerstown, IN 47346

Michael E. Sieloff

,

Siemens Energy & Automation, Inc.

,

Sierra Liquidity Fund

,

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

Sierra Liquidity Fund, LLC

,

Sierra Liquidity Fund, LLC.

,

Robert M. Sigler
,

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue
Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden, Arps, Slate, Meagher & Flom, LLP.
,

Skadden, Arps, Slate, Meagher & Flom, LLP.
,

Skadden, Arps, Slate, Meagher & Flom, LLP.
,

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Sokymat Automotive GmbH, Gewerbeparkstrasse 10, D-5180 Reichshof-Wehnrath
,

Robert Solt
,

Solvay Fluorides Inc.

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com

Sonic Tech, Inc.

,

Sony Electronics, Inc.

,

South-Western City School District Board of Education

,

St. Clair Plastics Co.

,

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Byron C. Starcher

,

State of Indiana, Department of Revenue

,

William J. Stavole

,

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Steven Hall & Partners, LLC

,

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022

Paul M. Stoychoff

,

Sundram Fasteners Limited

,

Superior Design Co., Inc.

,

TDK Corporation of America

,

Tadiran Batteries

,

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Tax Collector for Polk County, Florida

,

John E. Taylor

,

Team Golden Link America Corporation

,

Technical Machinery Sales

,

Tecnomec S.R.L.

,

Telamon

,

Teledyne Technologies Incorporated

,

Temic Automotive of North America, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Tessier Machine, Co.

,

TestEquity, Inc.

,

Texas Comptroller Of Public Accounts

,

Texas Comptroller of Public Accounts

,

Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Counties, Special
Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities

,

Textron Financial Corporation

The American Team, Inc.

,

The Bank of Tokyo-Misubishi UFJ, Ltd.

,

The Commonwealth of Massachusetts

,

The Growing Concern

,

The Mapes Piano String Company

,

The Thomas Engineering & Surveying Co.

,

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Richard F. Thiry

,

Stephen R. Thomas

,

Thomas Engineering Company

,

Thompson Emergency Freight Systems

,

Thompson, Hine & Flory, LLP.

,

Thompson, Hine & Flory, LLP.

,

Thompson, Hine & Flory, LLP.

,

Thorn Gershon Tymann and Bonanni, LLP

,

Thyssenkrupp Waupaca., Inc.

,

Timmons Oil Company, Inc.

,

Tinoco Soares & Filho Ltda.

,

1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Steven B. Towbin

,

Tower Automotive, Inc.

,

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Trinary

,

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

Turtle & Hughes Inc.

,

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

UAW International Retired Workers Council #31411

,

Umi United Machining, Inc.

,

United States District Court
500 Pearl Street
New York, NY 10007

Unitrin Kemper Auto and Home

,

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Universal Truckload Services, Inc.

,

Vanguard Die & Machine, Inc.

,

Charles K. Veenstra

,

Veritext, LLC
,

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

W. Timothy Miller
,

WWG, Inc.
,

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;john.mcnicholas@dlapiper.com;vincent.roldan@dlapip

Robert W. Ward
,

Earl Washington
,

Lafonza Earl Washington
,

Lafonza Earl Washington
,

Jeffrey Wax
,

David B. Weinstein
,

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive

Kevin P. Weldon
,

Whitlam Label Company, Inc.
,

Kerry R. Wieland
,

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Wimer Law Offices, P.C.
,

Thomas C. Wimsatt
Mahlberg, Brandt, Gilbert Thompson
& Bommarito
,

Windham Professionals, Inc.
,

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Robert P. Wise
,

David Wright
,

Yuasa and Hara
,

Zeanah, Hust, Summerford & Williamson
,

Mildred Zivov
,

Lee A. Zoeller
,