UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------------ X | | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Claim No. 10397 |
| | : | Claim Amount: $59,289.47 |
| ------------------------------------------------------------------ X | | |

**NOTICE OF TRANSFER OF CLAIMS PURSUANT TO**
**FRBP RULE 3001(e)(2)**

**To Transferor:**    **SPX Corporation**

Your claim no. 10397, in the amount of **$59,289.47** has been transferred to:

**Transferee:**    **CONTECH LLC, formerly known as Marathon Automotive Group LLC, a Delaware limited liability company**
8001 Angling Road
Portage, MI 49024
Attention: Bruce Reder
Phone: 269-327-9997 x8016
Fax: 269-327-9993

The Evidence of Transfer of Claim is attached hereto. No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of this notice, you must:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    Clerk's Office
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York 10004

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SPX Corporation** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CONTECH LLC**, formerly known as Marathon Automotive Group LLC, a Delaware limited liability company (the "Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC, (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re. Delphi Corporation, et al.*, Chapter 11 Case No. 05-44481(RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $59,289.47 (the "Claim"), relating to the proof of claim filed by Assignor with the Bankruptcy Court, which proof of claim has been assigned claim number 10397.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 10 day of July, 2007

**ASSIGNOR**:

**SPX Corporation**

By: *James R. Cauley*
Name: James R. Cauley
Title: Attorney-In-Fact


**ASSIGNEE**:

**CONTECH LLC**

By: *Bruce E Reder*
Name: BRUCE E. REDER
Title: Sr. V.P. & CFO

05-44481-rdd    Doc 8541    Filed 07/11/07    Entered 07/11/07 18:08:28    Main Document
Pg 3 of 3

## CERTIFICATE OF SERVICE

       I, Ronald R. Peterson, an attorney, hereby certify that on July 11, 2007, I served a copy of the attached **NOTICE OF TRANSFER OF CLAIMS PURSUANT TO FRBP RULE 3001(e)(2)** on the following party by overnight delivery, and upon other interested parties through the Court's electronic filing system:

       Skadden, Arps, Slate, Meagher & Flom LLP,
       333 West Wacker Drive
       Suite 2100
       Chicago, Illinois 60606
       Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese

                                                    */s/ Ronald R. Peterson*
                                                          Ronald R. Peterson