| | |
|---|---|
| BARACK FERRAZZANO KIRSCHBAUM<br>& NAGELBERG LLP<br>200 West Madison, Suite 3900<br>Chicago, IL 60606<br>Tel. No.        312-984-3100<br>Fax No.        312-984-3150<br>William J. Barrett (IL 6206424)<br>Kimberly J. Robinson (IL 6194420) | Hearing Date and Time: July 19, 2007 at 10:00 a.m.<br>Response Date and Time: July 12, 2007 at 4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.,* | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING

TO:    See Attached Service List

    PLEASE TAKE NOTICE that on July 11, 2007, the undersigned caused to be filed the Motion Industries, Inc.'s Response to Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, and (B) Protective Claims (the "Sixteenth Omnibus Claims Objection") with the Clerk of the United States Bankruptcy Court, a true copy of which is herewith served upon you.

Dated: July 11, 2007

                                                    /s/ William J. Barrett
                                      BARACK FERRAZZANO KIRSCHBAUM
                                      & NAGELBERG LLP
                                      200 West Madison, Suite 3900
                                      Chicago, IL 60606
                                      Tel. No.        312-984-3100
                                      Fax No.        312-984-3150
                                      William J. Barrett (IL 6206424)
                                      Kimberly J. Robinson (IL 6194420)
                                      william.barrett@bfkn.com
                                      kim.robinson@bfkn.com
                                      Attorneys for Motion Industries, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that Motion Industries, Inc.'s Response to Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(B) and Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, and (B) Protective Claims (the "Sixteenth Omnibus Claims Objection") was filed electronically this 11th day of July, 2007 and the foregoing was sent via e-mail or overnight delivery to the following parties on the 11th day of July, 2007:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel
*(served via overnight courier)*

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004
*(served via overnight courier)*

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr. Esq.
        John K. Lyons
        Joseph N. Wharton
Email: jbutler@skadden.com
       jlyonsch@skadden.com
       jwharton@skadden.com

/s/ William J. Barrett
William J. Barrett

430295-1                                                    2