DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Telephone:   (212) 248-3140
Facsimile:   (212) 348-3141
Janice B. Grubin (JG 1544)

—and—

HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, Georgia 30339
Telephone:   (678) 384-7000
Facsimile:   (678) 384-7034
Louis G. McBryan (LG 1352)

Attorneys for Vanguard Distributors, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
In re:                                                            :
                                                                  : Chapter 11
DELPHI CORPORATION, *et al.*,                                     : Case No. 05-44481-RDD
                                                                  : (Jointly Administered)
         Debtors.                                                 :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS</u>**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel to Vanguard Distributors, Inc. ("Vanguard"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy cases, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, request that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served on Vanguard by and through service on the following:

NY01/ 6009819.1

| | |
|---|---|
| **Janice B. Grubin, Esq.** | **Louis G. McBryan, Esq.** |
| DRINKER BIDDLE & REATH LLP | HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP |
| 140 Broadway, 39th Floor | 3101 Tower Creek Parkway |
| New York, New York 10005-1116 | Suite 600, One Tower Creek |
| Telephone: 212-248-3140 | Atlanta, Georgia 30339 |
| Facsimile: 212-248-3141 | Telephone:    (678) 384-7000 |
| E-mail: janice.grubin@dbr.com | Facsimile:    (678) 384-7034 |
| | Email:  LMcBryan@hwmklaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above-referenced bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a consent by Vanguard to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of Vanguard's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to

NY01/ 6009819.1                                    2

which Vanguard is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Vanguard expressly reserves.

Respectfully submitted on this 11th day of July, 2007.

By: */s/ Janice B. Grubin*
    Janice B. Grubin (JG 1544)
    DRINKER BIDDLE & REATH LLP
    140 Broadway, 39th Floor
    New York, New York 10005-1116
    Telephone:    (212) 248-3140
    Facsimile:    (212) 348-3141

    —and—

    Louis G. McBryan (LM 1352)
    HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
    3101 Tower Creek Parkway
    Suite 600, One Tower Creek
    Atlanta, Georgia 30339
    Telephone:    (678) 384-7000
    Facsimile:    (678) 384-7034

    Attorneys for Vanguard Distributors, Inc.