David A. Rosenzweig (DR-5742)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

Attorney for Solvay Fluorides, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:
DELPHI CORPORATION, et al.,
           Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No.  05-44481 (RDD)

(Jointly Administered)

**SUPPLEMENT TO RESPONSE OF SOLVAY FLUORIDES, LLC TO DEBTORS'
NINTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b)
AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS,
(C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION**

      Solvay Fluorides, LLC ("Solvay") hereby files this Supplement (the "Supplement") to its Response (the "Response") to Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and FED. R. BANKR. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification (the "Ninth Omnibus Claims Objection"), and respectfully states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

      1.    On May 30, 2006, Solvay filed a Proof of Claim [Claim No. 7089] (the "Proof of Claim") against Delphi in the amount of $673,732.61.  The Proof of Claim is on file with the Court and is incorporated herein by reference for all purposes.

31306011.1           - 1 -

2. On February 15, 2007, the Debtors filed their Ninth Omnibus Claim Objection objecting to Solvay's claim.

3. On March 14, 2007, Solvay filed its Response [Dkt. No. 7251] to the Debtors' Ninth Omnibus Objection. The Response is on file with the Court and is incorporated herein by reference for all purposes.

## SUPPLEMENT

4. On December 7, 2006, pursuant to this Court's Order Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims [Dkt. No. 6089] (the "Claims Objection Procedures Order"), responses filed to any omnibus claim objection had to notify the Debtors of the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

5. Accordingly, Solvay supplements its Response and requests that, in addition to the addresses set forth in Solvay's proof of claim, any further responses, replies and/or notices of any hearings be filed with Solvay's counsel at the address stated in the caption above and with the signature block below.

### Reservation of Rights

6. Solvay expressly reserves all of its rights to amend, modify or further supplement the Response and/or this Supplement.

WHEREFORE, Solvay respectfully requests that the Court deny the Ninth Omnibus Claims Objection as it relates to Solvay's Proof of Claim, allow Solvay's Proof of Claim in the amount as filed, and grant Solvay such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: July 12, 2007<br>New York, New York | Respectfully submitted,<br><br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By:  */s/ David A. Rosenzweig*<br>David A. Rosenzweig (DR-5742)<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 318-3000<br><br>Attorney for Solvay Fluorides, LLC |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2007, true and correct copies of the foregoing Supplement to Response of Solvay Fluorides, LLC to Debtors' Ninth Omnibus Claims Objection was served on the entities listed below via United States, first class mail, postage prepaid.

                                              */s/ David A. Rosenzweig*
                                              David A. Rosenzweig

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**Courtesy Copy Delivered via Courier:**

Honorable Robert D. Drain, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004