NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Rothrist Tube Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO.  05-44481 (RDD) |
| | ) | |
| Delphi Corporation, *et al.*, | ) | CHAPTER  11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## RESPONSE OF ROTHRIST TUBE INC.
## TO THE DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
## (CLAIM NUMBER 2680)

Rothrist Tube, Inc. ("Rothrist") hereby files its response to the Debtor's Seventeenth Omnibus Objection to Claims, and states as follows:

Pursuant to the Seventeenth Omnibus Objection, the Debtors seek to reduce and modify the claim filed by Rothrist (Claim Number 2680).

Prior to the deadline for filing proofs of claim in the Debtors' bankruptcy case, Rothrist filed proof of claim 2680, filed in the bankruptcy case of Delphi Automotive Systems LLC, asserting an unsecured claim in the amount of $111,073.70.

Rothrist has been in discussions with Delphi regarding the amount of its claim prior to the omnibus objection. Rothrist supplied goods to the Debtors and is entitled to its claim. It appears the discrepancy relates to a price difference under the last three invoices.

Rothrist anticipates that it will resolve the matter with the Debtors and for a resolution to be reached allowing Rothrist an allowed claim.

WHEREFORE, Rothrist requests the Court to deny the Seventeenth Omnibus Objection to Rothrist's claim and enter an order reflecting an agreement reached between them regarding the claim, and grant such other and further relief as is just and appropriate.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
George B. Cauthen (admitted *pro hac vice*)
Jody A. Bedenbaugh (admitted *pro hac vice*)
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

Attorneys for Rothrist Tube, Inc.

July 11, 2007
Columbia, South Carolina

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Rothrist Tube Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
In Re:                              )   CASE NO.  05-44481 (RDD)
                                    )
Delphi Corporation, et al.,         )   CHAPTER  11
                                    )   (Jointly Administered)
                Debtors.            )
                                    )
_____)
```

## CERTIFICATE OF SERVICE

I, the undersigned Administrative Assistant, Mary F. Cutler, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Rothrist Tube Inc.,** do hereby certify that I have served all counsel in this action with a copy of the pleadings hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following addresses:

| | |
|---|---|
| PLEADINGS: | **RESPONSE OF ROTHRIST TUBE INC. TO THE DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (CLAIM NUMBER 2680)** |
| Counsel Served: | The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY 10004 |
| | Delphi Corporation<br>ATTN:  General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 |

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL  60606-1285


Attorneys for Rothrist Tube, Inc.

/s/ Mary F. Cutler
Mary F. Cutler, Administrative Assistant

July 12, 2007