Hearing Date and Time: July 19, 2007 at 10:00 a.m.
Response Date and Time: July 12, 2007 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Cleo Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) |
| **DELPHI CORPORATION, *et al.*,** | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

Chapter 11

Case Nos. 05-44481 (RDD)

Jointly Administered

## RESPONSE OF CLEO INC. TO DEBTORS'
## SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS

Cleo Inc ("Cleo"), by and through its undersigned counsel, responds to the

Debtors' Seventeenth Omnibus Objection (Substantive) to Claims (the "Objection"), as follows:

1.      The Debtors commenced these Chapter 11 cases on October 8, 2005 (the

"Petition Date").

2.      Prior to the Petition Date, Cleo sold and delivered goods (the "Goods") on

credit to the Debtors.  The indebtedness owed by the Debtors for the Goods as of the Petition

Date was $18,878.39 (the "Indebtedness").

3.      On or about December 9, 2005, Cleo filed a timely proof of claim,

designated as Claim No. 1099, asserting a general unsecured claim in the total amount of the

Indebtedness.  On or about April 28, 2006, Cleo filed an amended proof of claim, designated as

Claim No. 3048, that included copies of the unpaid invoices underlying the Indebtedness.

#8703230 v1

4.    In the Objection, the Debtors assert that Claim No. 3048 is insufficiently documented. On this bare assertion, the Debtors request that this Court enter an order expunging Claim No. 3048.

## ARGUMENT

5.    A proof of claim executed and filed according to the requirements of Bankruptcy Rule 3001(f) constitutes *prima facie* evidence of the validity and amount of the claim.  Fed.R.Bankr.P. 3001(f).  "The interposition of an objection does not deprive the proof of claim of presumptive validity unless the objection is supported by *substantial evidence*."  In re Hemingway Transport, Inc., 993 F.2d 915, 925 (1st Cir.1993).

6.    Rule 3001(a) requires that the proof of claim be a written statement setting forth a creditor's claim, in a form substantially conforming to the appropriate Official Form. Rule 3001(c) requires that a claim based on a writing include a copy of the writing thereto.

7.    Claim No. 3048 substantially conforms to the Official Form, is signed by a representative of Cleo, and sets forth the exact dollar amount owed as of the Petition Date.  All invoices upon which the claim is based are attached thereto.

8.    Having satisfied the requirements of Bankruptcy Rule 3001, Claim No. 3048 constitutes *prima facie* evidence of the validity and amount of the claim.

9.    The Debtors have provided no evidence, let alone substantial evidence, to support the Objection.  To the extent the Debtors object to Claim No. 3048 on the basis that the amount is not owed, the Objection should be overruled and Cleo's unsecured claim should be allowed as filed.

-2-

10.     Moreover, in an effort to resolve the Objection, on July 11, 2007, Cleo provided the Debtors with additional documentation of the Indebtedness in the form of bills of lading, delivery receipts that are signed by agents of the Debtors, and other documentation detailing the transportation and delivery to Delphi of the Goods underlying the Indebtedness.  A copy of this additional documentation is attached hereto as Exhibit A.

11.     Any reply by the Debtors to this Response should be delivered to the undersigned counsel for Cleo.  The following person has ultimate authority to reconcile, settle or otherwise resolve Claim No. 1703 on behalf of Cleo:

> Anne Marie Aaronson
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000

WHEREFORE, Cleo Inc respectfully requests that the Court overrule the Objection and grant all other proper relief.

> **PEPPER HAMILTON LLP**
>
> /s/ Anne Marie Aaronson
> Anne Marie Aaronson (AA1679)
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000
> Attorneys for Cleo Inc

#8703230 v1

/2005

# BILL OF LADING

**SHIP FROM**

Clew INC   4025 Viscount
4063 Viscount
Memphis TN 38118

**SHIP TO**

ENGINE-NEW BRU

PAnt 12 DEPT 1296
760 Jersey AVENUE
NEW BRUNSWICK, NJ 08903

RD PARTY FREIGHT CHARGES BILL TO

Bill of Lading Number: **74800**

(402)00074800

Carrier Name:   **\*pickup**
Trailer Number:   536477
Seal Number(s):   138436
SCAC:   **\*PIC**
Pro Number:   0000000000002

(9012K)\*PIC   0000000000

Freight Charge Terms:   (Freight charges are pre... otherwise)

Prepaid         Collect   X

Appointment:

ns: CALL FOR DELIVERY APPT
1

## Customer Order Information

| Number | # Cases XXXXX | Weight in lbs XXXXX | Cube in ft. | Dest # Store | P O Type |
|---|---|---|---|---|---|
| | PALLETS 7 | LB 5,211 | 278 | | |

**Driver's Signature Only Acknowledges Receipt of Freight**

## 381-357890-3

SHIPPER LABEL

| | 7 | 5,211 | 278 | | |

## Carrier Information

| Cases XXXXX | in lbs XXXXX | Cube in ft. | H M (x) | Commodity Description | | Class |
|---|---|---|---|---|---|---|
| PALLETS 7 | LB 5211 | 278 | | BATTERY TISSUE | | 55.0 |
| 7 | 5211 | 278 | | Grand Total | | |

COD Amount:

Fee Terms:   Collect ☐
Customer check acceptable: ☐

Contract between the Shipper and the Carrier in effect on the date of shipment, the property described herein, noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown ect to any classifications, tariffs or service guides except as specifically agreed to in writing by the Shipper

If this shipment is to be delivered to the consignee, witho... following statement:
The carrier may decline to make delivery of this shipm...
charges.

...pper shall sign the

...ther lawful

Shipper Signature

...te
...d materials are property classified,
...re in proper condition for
...ble regulations of the DOT.

| Trailer Loaded: | Freight Counted: | Carrier Signatur... |
|---|---|---|
| ☐ By Shipper | ☐ By Shipper | Carrier acknowledges rec... emergency respon... inf... |
| ☐ By Driver | ☐ By Driver/pallets said to contain | ...mergency respon... card... Property de...bed abov... |
| | ☐ By Driver/pieces | |

```
P A C K I N G   L I S T                                           01240827
          .          '


                                      SID#


Cleo, Inc.                          (2S)   01240827
Battery Tissue Converting             Order Number: 01240827
4063 Viscount Ave.                    Load Number:    74800   Page:    1
Whse #4                               Order Date:  9/09/05
Memphis, TN  38118                    Print Date:  9/09/05
                                      Print #: 00000001


Sold To:     86778                        Ship To:     86779


  DELPHI ENERGY & ENGINE -B            DELPHI ENERGY & ENGINE - B
  ATTN:  ACCOUNTS PAYABLE              PLANT 12 DEPT 1296
  PLANT 12 DEPT 1296                   760 JERSEY AVENUE
  760 JERSEY AVENUE                    NEW BRUNSWICK NJ 08903
  NEW BRUNSWICK NJ 08903


          Salespersons:        87162         Purchase Order: 08/30/2005
                                                   Ship Via: *PICKUP
          Credit Terms: SECOND DAY SECOND MONTH   Carrier Code: *PICKUP
          Freight Terms: FOB                      Dock Number:
                                                  FOB Origin: Origin
             Remarks:
             Picked By:                       # of Pieces :
             Audit By:                        # of Pallets :
```

| Line Number | Item Number and Description | Site Location | Lot/Serial | Qty Open Qty to Ship | UM | Due Shipped |
|---|---|---|---|---|---|---|
| 1000 | 2451440 | 430601A | | 2,068 | LB | |
| | BAT TIS CRYSTEX 4.125 X 18 | | Shipped: | | LB | 9/15/05 |
| | Customer Item: 9661041 | | | | | |

```
                 Gross      Tare     Net       #
                 Weight     Wght    Weight   Pallets
                ---------   ----   --------- -------
                   2,209    141      2,068    0003
                ---------   ----   --------- -------
                     746     47        699    0001
                     737     47        690    0002
                     726     47        679    0003
```

| 2000 | 2451730 | 430601A | | 1,595 | LB | |
| | BAT TIS CRYSTEX 4.625 X 18 | | Shipped: | | LB | 9/15/05 |
| | Customer Item: 9661046 | | | | | |

```
                 Gross      Tare     Net       #
                 Weight     Wght    Weight   Pallets
                ---------   ----   --------- -------
                   1,689     94      1,595    0002
                ---------   ----   --------- -------
                     844     47        797    0001
                     845     47        798    0002
```

                                      Continued on next page.

PACKING LIST                                                    01240827

                                                SID#

Cleo, Inc.                              (2S)   01240827
Battery Tissue Converting                    Order Number: 01240827
4063 Viscount Ave.                           Load Number:   74800   Page:   2
Whse #4                                       Order Date:   9/09/05
Memphis, TN  38118                           Print Date:   9/09/05
                                              Print #: 00000001

Sold To:    86778                            Ship To:      86779

   DELPHI ENERGY & ENGINE -B                 DELPHI ENERGY & ENGINE - B
   ATTN:  ACCOUNTS PAYABLE                    PLANT 12 DEPT 1296
   PLANT 12 DEPT 1296                         760 JERSEY AVENUE
   760 JERSEY AVENUE                          NEW BRUNSWICK NJ 08903
   NEW BRUNSWICK NJ 08903


         Salespersons:      87162             Purchase Order: 08/30/2005
                                                    Ship Via: *PICKUP
         Credit Terms: SECOND DAY SECOND MONTH   Carrier Code: *PICKUP
         Freight Terms: FOB                     Dock Number:
                                                 FOB Origin: Origin

            Remarks :
            Picked By:                          # of Pieces :
            Audit By:                           # of Pallets :

Line     Item Number          Site              Qty Open    .      Due
Number   and Description      Location Lot/Serial Qty to Ship UM  Shipped

  3000  20118               430601A                       636 LB
        BAT TIS CRYSTEX 3.75 X 18      Shipped:            LB   9/15/05
        Customer Item: 19060891
           Gross     Tare    Net      #
           Weight    Wght   Weight  Pallets
           --------- ----  --------- -------
                683    47       636  0001
           --------- ----  --------- -------
                683    47       636  0001

  4000  2453240             430601A                       583 LB
        BAT TIS CRYSTEX 3.5 X 18       Shipped:            LB   9/15/05
        Customer Item: 9661035
           Gross     Tare    Net      #
           Weight    Wght   Weight  Pallets
           --------- ----  --------- -------
                630    47       583  0001
           --------- ----  --------- -------
                630    47       583  0001


           Gross     Tare    Net      #
           Weight    Wght   Weight  Pallets
           --------- ----  --------- -------
TOTALS     5,211    329     4,882      7

                                            *** End of Packing List ***

## Ginger Duggan

**To:**      greg.crammer
**Cc:**      Katherine Trainor; Steve Burkhardt; Dave Purkrabek; Rena Thompson
**Subject:** Delphi New Brunswick

Greg I received your order to ship 9-8 for the following
2451440 - 2100
2451730 - 1600
20118 - 650
2453240 - 600

Thank you


Katherine I am faxing the order to you.  Please enter

8/30/2005

Delphi WebEDI                                                                                Page 1 of 1

## Supplier JIT Schedule

### Supplier

**CRYSTAL TISSUE CO, THE**

### Schedule Information

Scheduling Agreement Number: 0550019468
Horizon Start Date: 2002-11-01
Horizon End Date: 2005-12-31
Vendor Number: 0001006329
Ship From Duns Number: 004232567

### Part Details

Part Release Number: 248
Part Release Date: 2005-08-30
Part Description: 4.125 IN X 18 IN OD BATTERY PAPER LINER
Material Number: 9661041 *245-1440*
Last ASN SID#: 1232804CLEO
Last ASN Date: 2005-08-22
Cum Received Qty: 96755.000
Order Unit of Measure: LBR

### Destination Plant Details

Ship To Plant Code: JB01
Ship To Plant Name: DELPHI E & C NEW BRUNSWICK
Contact Person: MATERIAL MGR
Telephone: 732-246-5221
Ship To Dock Code: JB01
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|-----------|---------------|
| 2005-08-29 | 2160 |
| 2005-09-01 | 2100 |
| 2005-09-08 | 2100 |

*2nd Day 2nd Wk*
*FOB Cleo*

*Please enter*

Delphi WebEDI                                                                                    Page 1 of 1

## Supplier JIT Schedule

### Supplier

**CRYSTAL TISSUE CO, THE**

### Schedule Information

Scheduling Agreement Number: 0550019475
Horizon Start Date: 2002-11-01
Horizon End Date: 2005-12-31
Vendor Number: 0001006329
Ship From Duns Number: 004232567

### Part Details

Part Release Number: 123
Part Release Date: 2005-08-30
Part Description: 4.625 IN X 18 IN OD BATTERY PAPER LINER
Material Number: 9661046 *245-1730*
Last ASN SID#: 1232804CLEO
Last ASN Date: 2005-08-22
Cum Received Qty: 26823.000
Order Unit of Measure: LBR

### Destination Plant Details

Ship To Plant Code: JB01
Ship To Plant Name: DELPHI E & C NEW BRUNSWICK
Contact Person: MATERIAL MGR
Telephone: 732-246-5221
Ship To Dock Code: JB01
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
| --- | --- |
| 2005-08-29 | 3211 |
| 2005-09-01 | 1600 |
| 2005-09-08 | 1600 |

Delphi WebEDI                                                                      Page 1 of 1

## Supplier JIT Schedule

### Supplier

**CRYSTAL TISSUE CO, THE**

### Schedule Information

Scheduling Agreement Number: 0550057638
Horizon Start Date: 2004-07-28
Horizon End Date: 2005-12-31
Vendor Number: 0001006329
Ship From Duns Number: 004232567

### Part Details

Part Release Number: 62
Part Release Date: 2005-08-30
Part Description: BATTERY PAPER LINER
Material Number: 19060891 *20118*
Last ASN SID#: 1232342
Last ASN Date: 2005-08-12
Cum Received Qty: 15913.000
Order Unit of Measure: LBR

### Destination Plant Details

Ship To Plant Code: JB01
Ship To Plant Name: DELPHI E & C NEW BRUNSWICK
Contact Person: MATERIAL MGR
Telephone: 732-246-5221
Ship To Dock Code: JB01
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-08-29 | 1300 |
| 2005-09-08 | 650 |

https://webedi.delphi.com/webedi/go                                    8/30/2005

Delphi WebEDI                                                          Page 1 of 1

## Supplier Part Schedule

### Supplier

**CRYSTAL TISSUE CO, THE**

### Schedule Information

| | |
|---:|:---|
| Scheduling Agreement Number: | 0550019464 |
| Horizon Start Date: | 2002-11-01 |
| Horizon End Date: | 2005-12-31 |
| Vendor Number: | 0001006329 |
| Ship From Duns Number: | 004232567 |

### Part Details

| | |
|---:|:---|
| Part Release Number: | 168 |
| Part Release Date: | 2005-08-30 |
| Part Description: | BATTERY PAPER |
| Material Number: | 9661035 945-3240 |
| Last ASN SID#: | 1227251 |
| Last ASN Date: | 2005-06-10 |
| Cum Received Qty: | 14277.000 |
| Order Unit of Measure: | LBR |

### Destination Plant Details

| | |
|---:|:---|
| Ship To Plant Code: | JB01 |
| Ship To Plant Name: | DELPHI E & C NEW BRUNSWICK |
| Contact Person: | MATERIAL MGR |
| Telephone: | 732-246-5221 |
| Ship To Dock Code: | JB01 |
| Storage Location: | 0001 |

### Bar Code Label Data

**Bar Code Text:**

| Ship Date | Scheduled Qty |
|:---:|:---:|
| 2005-08-29 | 600 |
| 2005-09-01 | 600 |
| 2005-09-08 | 600 |

2005

# BILL OF LADING

Bill of Lading Number: **74800**

of 1

**SHIP FROM**

CLEO INC   4025 Viscount
4063 Viscount
Memphis TN 38118

(402)00074800

**SHIP TO**

Delphi
ENGINE-NEW BRU
PLANT 12  DEPT 1296
760 Jersey AVENUE
NEW BRUNSWICK, NJ 08903

V33pg bill

| | |
|---|---|
| Carrier Name: | **\*pickup** |
| Trailer Number: | 536477 |
| Seal Number(s): | 138436 |
| SCAC: | **\*PIC** |
| Pro Number: | 000000000000 |

**3RD PARTY FREIGHT CHARGES BILL TO**

(9012K) *PIC  000000000000
Freight Charge Terms:  (freight charges are p...

Prepaid _____  Collect  X

Appointment:

ns:CALL FOR DELIVERY APPT
1

### Customer Order Information

| Number | # Pkgs XXXXXX | Weight in lbs XXXXXX | Cube in ft. | Dest # Store | P... Ty... |
|---|---|---|---|---|---|
| | PALLETS 7 | LB 5,211 | 278 | | |

381-357890-3

Linear-ft   C.C.   SS   PS-ATTD   B/L

**READY AFTER 5 PM**

| | 7 | 5,211 | 278 | | |

### Carrier Information

| Cases XXXXXX | Pkgs XXXXXX in lbs. | Cube in ft. | H M (x) | Commodity Description | Class |
|---|---|---|---|---|---|
| PALLETS 7 | LB 5211 | 278 | | BATTERY TISSUE | 55.0 |

7  SKD _____ LSE CTN _____ DRM _____ BUN _____ ☐ SWAC
CRTS _____ BSKT _____ RCK _____ TOTE _____ ☐ SL & C
SWS-OF _____ CTN _____ SWS-STC _____ CTN
OTHER _____ SHIP.INT. _____
Subject to NMFC 100/CTH-100 and 49 USC 14706 and DOT 49 CFR 370

PICK UP STICKER

| 7 | 5211 | 278 | | Grand Total | |

COD Amount:
Fee Terms:   Collect ☐

Customer check acceptable: ☐

Contract between the Shipper and the Carrier in effect on the date of shipment, the property described herein... ...ted to any classifications, tariffs or service guides except as specifically agreed to in writing by the Shipper

If this shipment is to be delivered to the consignee, w... following statement:
The carrier may decline to make delivery of this ship... charges.

...rier shall sign the
...therlawful

...hipper Signature

...e
...materials are properly classified,
...in proper condition for
...the regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

Carrier Signature
Carrier acknowledges rec...
emergency respon... an...
emergency respo...
Property of...

...cards. Carrier certifies
... carrier has the DOT
...n in the vehicle
...s noted.

9-9-05

## CENTRAL TRANSPORT

**Central Transport Delivery Receipt**

**Pro Number**
131-357890-3

| Ship Date |
|---|
| 09/12/05 |

| Pieces | Weight |
|---|---|
| 7 | 5211 |

**Reference Number**

| Org | DC |
|---|---|
| 381 | 089 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:     CTII**

**Consignee:**
DELPHI
780 JERSEY
NEW BRUNSWICK, NJ 08903

**Shipper:**
CLEO INC
4025 VISCOUNT
MEMPHIS, TN 38118

**Special Instructions**
Delivery Trailer: 53-8727
Shipper COD Amount
0.0000

---

2005                          BILL OF LADING          Bill of Lading Number    74800

CLEO INC  4025 Viscount
4063 Viscount
Memphis TN 38118

(402)00074800

Delphi
ENGINE-KEN BRU          Carrier Name:    *pickup
Amfr 12  DEPT 1296                         536477
760 Jersey AVENUE          Seal Number(s):   138436
NEW BRUNSWICK, NJ 08903    SCAC:    *PIC
                           Pro Number:    0000000000

(9012K)*PIC    *PIC    0000000000
Freight Charge Terms:
Prepaid ___    Collect   X

*CALL FOR DELIVERY APPT

READY AFTER 5 PM

381-357890-3     B/L

| | | Weight | | |
|---|---|---|---|---|
| PALLETS | LB | | | |
| 7 | 5,211 | 278 | | |

| | | Weight | | Commodity Description | | | Class |
|---|---|---|---|---|---|---|---|
| PALLETS | LB | | | BATTERY TISSUE | | | 55.0 |
| 7 | 5211 | 278 | | | | | |

| 7 | 5211 | 278 | |
|---|---|---|---|

COD Amount

Additional Delivery Services Requested

| | | |
|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

**Pro Number     381-357890-3**

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

**Internal Use Only**
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____    Log# _____

---

**Stamp / Sign Here**

Firm   Delphi
By   _____
Shipment received in good order
Pieces Received _____
Driver   _____    Date 9/14-05
Arrive Time _____    Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(6)

Date: 9/16/2005

**BILL OF LADING**

Page 1 of 1

| SHIP FROM | |
|---|---|
| Cleo Inc - 4025 Viscount | |
| 4025 Viscount | |
| Memphis, TN 38118 | |

Bill of Lading Number: **75414**

(402)00075414

| SHIP TO | |
|---|---|
| DELPHI ENERGY & ENGINE-NEW BRU | |
| PLANT 12 DEPT 1296 | |
| 760 JERSEY AVENUE | |
| NEW BRUNSWICK, NJ 08903 | |

Carrier Name: **\*pickup**
Trailer Number: 2851 CWSE
Seal Number(s): 138369
SCAC: **\*PIC**
Pro Number: **0000000000022200**

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|

(9012K)\*PIC  0000000000022200

Freight Charge Terms:  (Freight charges are prepaid unless marked otherwise)

Prepaid _____    Collect __X__    3rd Party _____

Special Instructions: CALL FOR DELIVERY APPT
732 246 5221

Appointment: _____    Date: _____
Time: _____

| Customer Order Information | | | | | | |
|---|---|---|---|---|---|---|
| Order Number | # Cases XXXXXX | Weight in lbs XXXXX | Cube in ft. | Dest # Store | P O Type | Cust Dept |
| **09/06/2005** | PALLETS 7 | LB 5,268 | 282 | | | |

138-501672

Driver's signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff CNWY 199 apply.

**CSE**

FLF   29002-1N   EDI/SPCL #   DEST SIC   CWSE

| Grand Total | | 7 | 5,268 | 282 | | | |
|---|---|---|---|---|---|---|---|

| Carrier Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Handling Unit | | XX Cases XXXX | XX Weight XXXX in lbs. | Cube in ft. | H M (x) | Commodity Description | LTL | |
| QTY | Type | | | | | | NMFC # | Class |
| 7 | CASE | PALLETS 7 | LB 5268 | 282 | | BATTERY TISSUE | 151440 02 | 55.0 |
| 7 | | 7 | 5268 | 282 | | Grand Total | | |

COD Amount:
Fee Terms:    Collect ☐    Prepaid ☐
Customer check acceptable: ☐

RECEIVED, subject to the written Contract between the Shipper and the Carrier in effect on the date of shipment, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown herein. This Bill of Lading is not subject to any classifications, tariffs or service guides except as specifically agreed to in writing by the Shipper and the Carrier.

If this shipment is to be delivered to the consignee, without recourse on the shipper, the shipper shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

Shipper Signature / Date
This is to certify that the above named materials are properly classified, Packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

Carrier Signature / Pickup Date
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

CSE Eddy Wilburn

SID#

```
Cleo, Inc.                        (2S)   01246025
Battery Tissue Converting            Order Number: 01246025
4063 Viscount Ave.                   Load Number:    75414   Page:    1
Whse #4                              Order Date:  9/16/05
Memphis, TN  38118                   Print Date:  9/16/05
                                     Print #: 00000001


Sold To:     86778                        Ship To:     86779

  DELPHI ENERGY & ENGINE -B           DELPHI ENERGY & ENGINE - B
  ATTN:  ACCOUNTS PAYABLE             PLANT 12 DEPT 1296
  PLANT 12 DEPT 1296                  760 JERSEY AVENUE
  760 JERSEY AVENUE                   NEW BRUNSWICK NJ 08903
  NEW BRUNSWICK NJ 08903
```

```
          Salespersons:     87162          Purchase Order: 09/06/2005
                                              Ship Via: *PICKUP
          Credit Terms: SECOND DAY SECOND MONTH   Carrier Code: *PICKUP
          Freight Terms: FOB                  Dock Number:
                                              FOB Origin: Origin
             Remarks:
          Picked By:                    # of Pieces :
          Audit By:                     # of Pallets :
```

| Line Number | Item Number and Description | Site Location | Lot/Serial | Qty Open Qty to Ship | UM | Due Shipped |
|---|---|---|---|---|---|---|
| 1000 | 2451440 | 430601A | | 3,391 | LB | |
| | BAT TIS CRYSTEX 4.125 X 18 | | Shipped: | 3,391 | LB | 9/22/05 |
| | Customer Item: 9661041 | | | | | |

| Gross Weight | Tare Wght | Net Weight | # Pallets |
|---|---|---|---|
| --------- | ---- | --------- | ------- |
| 3,626 | 235 | 3,391 | 0005 |
| --------- | ---- | --------- | ------- |
| 716 | 47 | 669 | 0001 |
| 734 | 47 | 687 | 0002 |
| 722 | 47 | 675 | 0003 |
| 732 | 47 | 685 | 0004 |
| 722 | 47 | 675 | 0005 |

| Line Number | Item Number and Description | Site Location | Lot/Serial | Qty Open Qty to Ship | UM | Due Shipped |
|---|---|---|---|---|---|---|
| 2000 | 2451730 | 430601A | | 1,548 | LB | |
| | BAT TIS CRYSTEX 4.625 X 18 | | Shipped: | 1,548 | LB | 9/22/05 |
| | Customer Item: 9661046 | | | | | |

| Gross Weight | Tare Wght | Net Weight | # Pallets |
|---|---|---|---|
| --------- | ---- | --------- | ------- |
| 1,642 | 94 | 1,548 | 0002 |
| --------- | ---- | --------- | ------- |
| 828 | 47 | 781 | 0001 |

Continued on next page.

P A C K I N G   L I S T                                          2901246025

SID#

Cleo, Inc.                          (2S)   01246025      .
Battery Tissue Converting                Order Number: 01246025
4063 Viscount Ave.                       Load Number:    75414    Page:    2
Whse #4                                  Order Date:   9/16/05
Memphis, TN  38118                       Print Date:   9/16/05
                                         Print #: 00000001

Sold To:    86778                        Ship To:       86779

   DELPHI ENERGY & ENGINE -B               DELPHI ENERGY & ENGINE - B
   ATTN:  ACCOUNTS PAYABLE                 PLANT 12 DEPT 1296
   PLANT 12 DEPT 1296                      760 JERSEY AVENUE
   760 JERSEY AVENUE                       NEW BRUNSWICK NJ 08903
   NEW BRUNSWICK NJ 08903

          Salespersons:       87162        Purchase Order: 09/06/2005
                                                 Ship Via: *PICKUP
          Credit Terms: SECOND DAY SECOND MONTH  Carrier Code: *PICKUP
          Freight Terms: FOB               Dock Number:
                                           FOB Origin: Origin

               Remarks:
              Picked By:                   # of Pieces :
               Audit By:                   # of Pallets :

Line    Item Number          Site               Qty Open         Due
Number  and Description      Location  Lot/Serial  Qty to Ship UM  Shipped

          814    47          767    0002


          Gross    Tare    Net      #
          Weight   Wght   Weight  Pallets
          -------- ----  -------- -------
TOTALS    5,268    329    4,939      7
                                            *** End of Packing List ***

Delphi WebEDI                                                                                      Page 1 of 1

| Supplier | Schedule Information |
|---|---|
| **CRYSTAL TISSUE CO, THE** | Scheduling Agreement Number: 0550019468 |
| | Horizon Start Date: 2002-11-01 |
| | Horizon End Date: 2005-12-31 |
| | Vendor Number: 0001006329 |
| | Ship From Duns Number: 004232567 |

| Part Details | Destination Plant Details |
|---|---|
| Part Release Number: 251 | Ship To Plant Code: JB01 |
| Part Release Date: 2005-09-06 | Ship To Plant Name: DELPHI E & C NEW BRUNSWICK |
| Part Description: 4.125 IN X 18 IN OD BATTERY PAPER LINER | Contact Person: MATERIAL MGR |
| Material Number: 9661041  245-1440 | Telephone: 732-246-5221 |
| Last ASN SID#: 1233085 | Ship To Dock Code: JB01 |
| Last ASN Date: 2005-08-24 | Storage Location: 0001 |
| Cum Received Qty: 98819.000 | |
| Order Unit of Measure: LBR | |

**Bar Code Label Data**

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| ~~2005-09-05~~ | ~~2100~~ |
| ~~2005-09-08~~ | ~~2100~~ |
| 2005-09-15 | 3500 |

*2nd Day 2nd Mth*
*FOB Clw*

*Katherine please enter*

Delphi WebEDI                                                              Page 1 of 1

### Supplier
**CRYSTAL TISSUE CO, THE**

### Schedule Information
Scheduling Agreement Number: 0550019475
Horizon Start Date: 2002-11-01
Horizon End Date: 2005-12-31
Vendor Number: 0001006329
Ship From Duns Number: 004232567

### Part Details
Part Release Number: 126
Part Release Date: 2005-09-06
Part Description: 4.625 IN X 18 IN OD BATTERY PAPER LINER
Material Number: 9661046 _245-173.0_
Last ASN SID#: 1233085
Last ASN Date: 2005-08-24
Cum Received Qty: 29996.000
Order Unit of Measure: LBR

### Destination Plant Details
Ship To Plant Code: JB01
Ship To Plant Name: DELPHI E & C NEW BRUNSWICK
Contact Person: MATERIAL MGR
Telephone: 732-246-5221
Ship To Dock Code: JB01
Storage Location: 0001

### Bar Code Label Data
Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-05 | 1600 |
| 2005-09-08 | 1600 |
| 2005-09-15 | 1600 |

https://webedi.delphi.com/webedi/go                                      9/6/2005

**Ginger Duggan**

**To:**     greg.crammer
**Cc:**     Steve Burkhardt; Dave Purkrabek; Katherine Trainor
**Subject:** New Order for New Brunswick

Greg I received your new order to ship 9-15 for the following

2451440 - 3500 lba
2451730 - 1600 lbs

Katherine I am faxing this order.  Please enter

9/6/2005

# CON-WAY
## ISO·9001 & 14001
WWW.CON-WAY.COM

**DELIVERY RECEIPT**

**PRO NUMBER**
REFER TO THIS NUMBER

| EQUIP. NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION |
|---|---|---|---|---|---|---|

CONTINUATION BILL   PAGE  2  OF  2

CONSIGNEE

SHIPPERS NUMBER

13B-501672

PRO NUMBER

SHIPPER

BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| | | SENSITIVE -- DO NOT DELAY DELIVERY | | | |
| | | CALL (908) 757-2760 FOR CCX CUSTOMER SERVICE | | | |

☐ INSIDE DELIVERY     ☐ LIFT GATE SERVICE     ☐ RESIDENTIAL DELIVERY     ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐ YES ☐ NO | DELIVERED 7 PCS | TIME 14:15 | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME B. CRAMMER | DATE 9/21/05 |
|---|---|---|---|---|---|

RECEIVED 7 PIECES ABOVE DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED.

DRIVER   9/21/05

**1**

# CON-WAY
WWW.CON-WAY.COM

**ISO·9001 & 14001**

CNWY

## DELIVERY RECEIPT

## PRO NUMBER
REFER TO THIS NUMBER

| EQUIP NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| 15-1011 | 9/19/05 | NMP | 573.76 | | | XSD | 138-501672 |

CONSIGNEE

DELPHI-E-BATTERY PLT 12
CISCO 35006
760 JERSEY AVE
NEW BRUNSWICK, NJ 08901-3606

DDS

SHIPPER'S NUMBER
SN# 75414
PO# 09 06 2005                    NW2

PRO NUMBER
138-501672

APPT: 0900-1400/21 GREG KRAMER

SHIPPER

CLEO INC

4030 PREMIER AVE
MEMPHIS, TN 38118-6101

BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 7 | | SKD TISSUE NOT PRINTED OR NOT PRINTED OTHER THAN TISSUE WRAPPING PAPER  151440-02 CLASS 65 | 5268 | 19.51 | 1027.79 |
| | | CREDIT CON-WAY DISCOUNT SAVES YOU | | | 462.51 |
| | | DNC DEST NOTIFICATION | | | |
| 7 | | XQJ FUEL SURCHARGE @ 1.50% | | | 8.48 |
| | | TOTAL | 5268 | | 573.76 COL |
| | | 7SKS CFDA 7322465221 | | | |
| | | SEASONAL MERCHANDISE | | | |

☐ INSIDE DELIVERY    ☐ OTHER SERVICE - TIME    ☐ RESIDENTIAL DELIVERY    ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐ YES ☐ NO | DELIVERED PCS | TIME | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE / / |
|---|---|---|---|---|---|

RECEIVED _____ PIECES ABOVE
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.

DRIVER _____    / /    PAGE 1 OF 2    **1**

Fax Cover Page

Con-way Freight


To: Ginger
From: Katrina Flowers
Reference: #8917673
Comment: POD


| Document Identifier | | | Page # |
|---|---|---|---|
| CCX | 138501672 | DR | 1 |
| CCX | 138501672 | DR | 2 |

Documents included in this fax: 2
Total documents requested: 2

**BILL OF LADING**

Page 1 of 40

Bill of Lading Number: **75436**

| | |
|---|---|
| SHIP FROM | |
| Cleo Inc - 4025 Viscount | |
| 4025 Viscount | |
| Memphis, TN 38118 | |

(402)00075436

| SHIP TO | |
|---|---|
| DELPHI ENERGY & ENGINE-NEW BRU | Carrier Name: **\*pickup** |
| PLANT 12 DEPT 1296 | Trailer Number: 47 0496 |
| 760 JERSEY AVENUE | Seal Number(s): 138379 |
| NEW BRUNSWICK, NJ 08903 | SCAC: **\*PIC** |
| | Pro Number: **0000000000022266** |

(9012K) \*PIC   0000000000022266

Freight Charge Terms:   (Freight charges are prepaid unless marked otherwise)

Prepaid____   Collect _X_   3rd Party____

THIRD PARTY FREIGHT CHARGES BILL TO

Appointment:____   Date:____
Time:____

Special Instructions: CALL FOR DELIVERY APPT
732 246 5221

## Customer Order Information

| Order Number | # PALLETS | Weight in LB | Cube in ft. | Dest # Store | P O Type | Cust Dept |
|---|---|---|---|---|---|---|
| **09/11/05** | 4 | 3,004 | 161 | | | |

381-365379-7   B/L

4 SKD __LSE CTN __DRM __BUN □ SWAC
__CRTS __BSKT __RCK __TOTE □ SL & C
__SWS-OF __CTN __SWS-STC __CTN
OTHER_____   SHIP.INIT. ___

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

| Grand Total | 4 | 3,004 | 161 |
|---|---|---|---|

## Carrier Information

| Handling Unit QTY | Type | Cases | lbs. | Cube in ft. | H M (x) | Commodity Description | NMFC # | Class |
|---|---|---|---|---|---|---|---|---|
| 4 | CASE | 4 | 3004 | 161 | | BATTERY TISSUE | 151440 02 | 55.0 |
| 4 | | 4 | 3004 | 161 | | Grand Total | | |

COD Amount: _____
Fee Terms:   Collect □   Prepaid □
Customer check acceptable: □

RECEIVED, subject to the written Contract between the Shipper and the Carrier...

Shipper Signature / Date

Trailer Loaded:
□ By Shipper
□ By Driver

Freight Counted:
□ By Shipper
□ By Driver/pallets said to contain
□ By Driver/pieces

Carrier Signature / Pickup Date

X _____ 9/22/05

```
                                         SID#

Cleo, Inc.                          (2S)   01247338
Battery Tissue Converting              Order Number: 01247338
4063 Viscount Ave.                      Load Number:   75436    Page:    1
Whse #4                                 Order Date:   9/22/05
Memphis, TN  38118                      Print Date:   9/22/05
                                        Print #: 00000001


Sold To:    86778                        Ship To:      86779

  DELPHI ENERGY & ENGINE -B              DELPHI ENERGY & ENGINE - B
  ATTN:  ACCOUNTS PAYABLE                PLANT 12 DEPT 1296
  PLANT 12 DEPT 1296                     760 JERSEY AVENUE
  760 JERSEY AVENUE                      NEW BRUNSWICK NJ 08903
  NEW BRUNSWICK NJ 08903


        Salespersons:     87162          Purchase Order: 09/11/05
                                              Ship Via: *PICKUP
        Credit Terms: SECOND DAY SECOND MONTH  Carrier Code: *PICKUP
        Freight Terms: FOB                     Dock Number:
                                            FOB Origin: Origin

           Remarks:                         # of Pieces :
           Picked By:                       # of Pallets :
           Audit By:

Line    Item Number           Site              Qty Open         Due
Number  and Description     Location  Lot/Serial Qty to Ship UM  Shipped

1000    2451440               430601A                2,812 LB
        BAT TIS CRYSTEX 4.125 X 18       Shipped:    2,812 LB   9/29/05
        Customer Item: 9661041
           Gross    Tare    Net       #
           Weight   Wght  Weight   Pallets
           -------- ----  -------- -------
            3,004    192    2,812   0004
           -------- ----  -------- -------
              746     47      699   0001
              744     51      693   0002
              769     47      722   0003
              745     47      698   0004


           Gross    Tare    Net       #
           Weight   Wght  Weight   Pallets
           -------- ----  -------- -------
TOTALS      3,004    192    2,812      4        *** End of Packing List ***
```



```
                                            Cleo INC                    Page      -      1
5642520                                   P I C K   S L I P             Date      -    9/20/05

Load Number  00075436
-----------------------------------------------------------------------------------------------
Pick Slip #  284167  Ship To - DELPHI ENERGY & ENGINE - B   Order Number  1247338 - 000  SA
-----------------------------------------------------------------------------------------------
      Line    Item      Actual
      Id      Nbr       Shipped  UM   Qty   Initials   Backordered   Description        Location
----- ----- --------    -------  ---  ----  --------   -----------   ------------       --------
      1.000  245-1440   2812     LB   2812                           BAT TIS CRYSTEX 4.12  430601A

Freight

WILL CALL
                                  -----                              -----
                        Order Total  2812                            2812
                                  -----                              -----
                        Grand Total  2812                            2812
```

## Supplier

**CRYSTAL TISSUE CO, THE**

## Schedule Information

Scheduling Agreement Number: 0550019468
Horizon Start Date: 2002-11-01
Horizon End Date: 2005-12-31
Vendor Number: 0001006329
Ship From Duns Number: 004232567

## Part Details

Part Release Number: 253
Part Release Date: 2005-09-11
Part Description: 4.125 IN X 18 IN OD BATTERY PAPER LINER
Material Number: 9661041  *2451440*
Last ASN SID#: 1239224-CLEO
Last ASN Date: 2005-09-08
Cum Received Qty: 100830.000
Order Unit of Measure: LBR

## Destination Plant Details

Ship To Plant Code: JB01
Ship To Plant Name: DELPHI E & C NEW BRUNSWICK
Contact Person: MATERIAL MGR
Telephone: 732-246-5221
Ship To Dock Code: JB01
Storage Location: 0001

## Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| ~~2005-09-10~~ | ~~2100~~ |
| ~~2005-09-15~~ | ~~2800~~ |
| 2005-09-22 | 2800 |

*2nd Day Second Mth*
*JOB Cleo*

*Rena please enter*

**Ginger Duggan**

---

**To:**      Rena Thompson; Katherine Trainor
**Cc:**      greg.crammer; Steve Burkhardt; Dave Purkrabek
**Subject:** New Order New Brunswick

I am faxing a new order for Delphi New Brunswick
2451440 - 2800 to ship 9-22

Please enter

9/13/2005

Date: 9/22/2005

## BILL OF LADING

Page 1 of 1

Bill of Lading Number: **75436**

(402)00075436

**SHIP FROM**

Cleo Inc - 4025 Viscount
4025 Viscount
Memphis, TN 38118

1/2pg bill

**SHIP TO**

DELPHI ENERGY & ENGINE-NEW BRU
PLANT 12 DEPT 1296
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08903

**THIRD PARTY FREIGHT CHARGES BILL TO**

| Carrier Name: | *pickup |
|---|---|
| Trailer Number: | 47 0496 |
| Seal Number(s): | 138379 |
| SCAC: | *PIC |
| Pro Number: | 0000000000022266 |

(9012K)*PIC  00000000000022266

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)

| Prepaid___ | Collect X | 3rd Party___ |
|---|---|---|

| Appointment: | Date: |
|---|---|
| | Time: |

Special Instructions: CALL FOR DELIVERY APPT
732 246 5221

### Customer Order Information

| Order Number | # XXXXX PALLETS | Weight in lbs XXXXX LB | Cube in ft | Dest # Store | PO Type | Cust Dept |
|---|---|---|---|---|---|---|
| 09/11/05 | 4 | 3,004 | 161 | | | |

381-365379-7   B/L

| | SKD | LSE CTN | DRM | BUN | ☐ SWAC |
|---|---|---|---|---|---|
| 4 | CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| | SWS-OF | CTN | SWS-STC | CTN |
| OTHER | | | | SHIP.INIT. |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

| Grand Total | | 4 | 3,004 | 161 | | | |

### Carrier Information

| Handling Unit | | Weight | | H M | | | |
|---|---|---|---|---|---|---|---|
| QTY | Type | XXXXX PALLETS | XXXXX in lbs LB | Cube in ft | (x) | Commodity Description | NMFC # | Class |
| 4 | CASE | 4 | 3004 | 161 | | BATTERY TISSUE | 151440 02 | 55.0 |
| 4 | | 4 | 3004 | 161 | Grand Total | | | |

| COD Amount: | | | |
|---|---|---|---|
| Fee Terms: | Collect ☐ | Prepaid ☐ |
| Customer check acceptable ☐ | | |

RECEIVED, subject to the written Contract between the Shipper and the Carrier in effect on the date of shipment, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown herein. This Bill of Lading is not subject to any classifications, tariffs or service guides except as specifically agreed to in writing by the Shipper and the Carrier.

If this shipment is to be delivered to the consignee, without recourse on the shipper, the shipper shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| Shipper Signature / Date | Trailer Loaded: | Freight Counted: | Carrier Signature /-Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, Packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. X ___ 9/22/05 |

# CENTRAL TRANSPORT

## Central Transport Delivery Receipt

**Pro Number**

**381-365379-7**

| Ship Date | |
|---|---|
| 09/22/05 | |

| Pieces | Weight |
|---|---|
| 4 | 3004 |

**Reference Number**

| Org | DC |
|---|---|
| 381 | 089 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**

DELPHI ENERGY AND ENGINE
760 JERSEY AVE
NEW BRUNSWICK, NJ 08901

**Shipper:**

CLEO INC
4025 VISCOUNT
MEMPHIS, TN 38118

### Special Instructions

Delivery Trailer: 53-8324
Shipper COD Amount
0.0000

---

Date: 9/22/2005

BILL OF LADING     Page 1

Bill of Lading Number: 75436

Cleo Inc - 4025 Viscount
4025 Viscount
Memphis, TN 38118

(402)00075436

Carrier Name: *pickup

DELPHI ENERGY & ENGINE-NEW BRU
PLANT 12 DEPT 1296
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08903

Trailer Number: 47 0496
Seal Number(s): 138379
SCAC: *PIC
Pro Number:

(9012K)*PIC  00000000000022266

Freight Charge Terms:

Prepaid ___  Collect X ___  3rd Party ___

Special Instructions: CALL FOR DELIVERY APPT

732 246 5221

Appointment:

| Order Number | # PALLETS | Weight LB | Cube ft. L | Dest # Size | P O Type | Dept Dept |
|---|---|---|---|---|---|---|
| 09/11/05 | 4 | 3,004 | 161 | | | |

| | | 3,004 | 161 | | | |

Grand Total  4  3,004  161

| Handling Unit QTY | Type | # | Weight LB | Cube ft. | H M | Commodity Description | NMFC# | Class |
|---|---|---|---|---|---|---|---|---|
| 4 | CASE | 4 PALLETS | 3004 LB | 161 | | BATTERY TISSUE | 151440 02 | 55.0 |

| 4 | | | 3004 | 161 | | Grand Total | | |

COD Amount:

**Pro Number     381-365379-7**

### Additional Delivery Services Requested

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
|---|---|---|---|---|---|
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

**Internal Use Only**

# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____ Log# _____

### Stamp / Sign Here

Firm _Delphi_

By _____

Shipment received in good order

Pieces Received _4_

Driver _____     Date _9-26-05_

Arrive Time _____     Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051[2](B)

| SHIP FROM | |
|---|---|

Cleo Inc - 4025 Viscount
4025 Viscount
Memphis, TN 38118

Bill of Loading Number: **76995**

**(402)00076995**

| SHIP TO | |
|---|---|

DELPHI ENERGY & ENGINE-NEW BRU
PLANT 12 DEPT 1296
760 JERSEY AVENUE
NEW BRUNSWICK, NJ 08903

| Carrier Name: | **\*pickup** |
|---|---|
| Trailer Number: | 47 0496 CNTR |
| Seal Number(s): | 151207 |
| SCAC: | **\*PIC** |
| Pro Number: | **0000000000022505** |

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|

(9012K) \*PIC   0000000000022505

| Freight Charge Terms: | (Freight charges are prepaid unless marked otherwise) | | |
|---|---|---|---|
| Prepaid _____ | Collect _X_ | 3rd Party _____ | |
| Appointment: | | Date: | |
| | | Time: | |

Special Instructions: CALL FOR DELIVERY APPT
732 246 5221

| Customer Order Information | | | | | | |
|---|---|---|---|---|---|---|
| Order Number | # Cases XXXXX | Weight in lbs XXXXX | Cube in ft | Dest # Store | P O Type | Cust Dept |
| **09/20/2005** | PALLETS 7 | LB 5,128 | 275 | | | |

| 7 SKD | LSE CTN | DRM | BUN | ☐ SWAC | PICK UP STICKER |
|---|---|---|---|---|---|
| CRTS | BSKT | RCK | TOTE | ☐ SL & C | |
| SWS-OF | CTN | SWS-STC | | | CTN |
| OTHER | | SHIP.INIT. | | | |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

**381-365415-9**

| Linear-ft | C.C. | S S | PS-ATTD |
|---|---|---|---|

B/L

| Grand Total | | 7 | 5,128 | 275 | | |
|---|---|---|---|---|---|---|

| Carrier Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Handling Unit | | XXXXXX Cases | XXXXXX in lbs. | Cube in ft | H M (x) | Commodity Description | LTL |
| QTY | Type | | | | | | NMFC # | Class |
| 7 | CASE | PALLETS 7 | LB 5128 | 275 | | BATTERY TISSUE | 151440 02 | 55.0 |
| 7 | | 7 | 5128 | 275 | | Grand Total | | |

| COD Amount: | |
|---|---|
| Fee Terms: | Collect ☐    Prepaid ☐ |
| Customer check acceptable: ☐ | |

RECEIVED, subject to the written Contract between the Shipper and the Carrier in effect on the date of shipment, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown herein. This Bill of Lading is not subject to any classifications, tariffs or service guides except as specifically agreed to in writing by the Shipper and the Carrier.

If this shipment is to be delivered to the consignee, without recourse on the shipper, the shipper shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

Shipper Signature / Date
This is to certify that the above named materials are properly classified, Packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/pieces |

Carrier Signature / Pickup Date
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above received in good order except as noted.

10/4/05

SID#

Cleo, Inc.
Battery Tissue Converting
4063 Viscount Ave.
Whse #4
Memphis, TN  38118

(2S)   01255042
Order Number: 01255042
Load Number:   76995   Page:   1
Order Date: 10/04/05
Print Date: 10/04/05
Print #: 00000001

Sold To:   86778

Ship To:      86779

DELPHI ENERGY & ENGINE -B
ATTN:  ACCOUNTS PAYABLE
PLANT 12 DEPT 1296
760 JERSEY AVENUE
NEW BRUNSWICK NJ 08903

DELPHI ENERGY & ENGINE - B
PLANT 12 DEPT 1296
760 JERSEY AVENUE
NEW BRUNSWICK NJ 08903

Salespersons:      87162

Credit Terms: SECOND DAY SECOND MONTH
Freight Terms: FOB

Remarks:
Picked By:
Audit By:

Purchase Order: 09/20/2005
Ship Via: *PICKUP
Carrier Code: *PICKUP
Dock Number:
FOB Origin: Origin

# of Pieces :
# of Pallets :

| Line Number | Item Number and Description | Site Location | Lot/Serial | Qty Open Qty to Ship | UM | Due Shipped |
|---|---|---|---|---|---|---|
| 1000 | 2451440 | 430601A | | 4,159 | LB | |
| | BAT TIS CRYSTEX 4.125 X 18 | | Shipped: | 4,159 | LB | 10/06/05 |
| | Customer Item: 9661041 | | | | | |

| Gross Weight | Tare Wght | Net Weight | # Pallets |
|---|---|---|---|
| 4,441 | 282 | 4,159 | 0006 |
| 730 | 47 | 683 | 0001 |
| 745 | 47 | 698 | 0002 |
| 747 | 47 | 700 | 0003 |
| 739 | 47 | 692 | 0004 |
| 742 | 47 | 695 | 0005 |
| 738 | 47 | 691 | 0006 |

| Line Number | Item Number and Description | Site Location | Lot/Serial | Qty Open Qty to Ship | UM | Due Shipped |
|---|---|---|---|---|---|---|
| 2000 | 20118 | 430601A | | 640 | LB | |
| | BAT TIS CRYSTEX 3.75 X 18 | | Shipped: | 640 | LB | 10/06/05 |
| | Customer Item: 19060891 | | | | | |

| Gross Weight | Tare Wght | Net Weight | # Pallets |
|---|---|---|---|
| 687 | 47 | 640 | 0001 |

Continued on next page.

SID#

Cleo, Inc.                              (2S)   01255042
Battery Tissue Converting                Order Number: 01255042
4063 Viscount Ave.                        Load Number:    76995   Page:    2
Whse #4                                   Order Date: 10/04/05
Memphis, TN  38118                        Print Date: 10/04/05
                                             Print #: 00000001

Sold To:    86778                           Ship To:    86779

   DELPHI ENERGY & ENGINE -B          DELPHI ENERGY & ENGINE - B
   ATTN:  ACCOUNTS PAYABLE            PLANT 12 DEPT 1296
   PLANT 12 DEPT 1296                 760 JERSEY AVENUE
   760 JERSEY AVENUE                  NEW BRUNSWICK NJ 08903
   NEW BRUNSWICK NJ 08903

        Salespersons:       87162          Purchase Order: 09/20/2005
                                                Ship Via: *PICKUP
        Credit Terms: SECOND DAY SECOND MONTH   Carrier Code: *PICKUP
        Freight Terms: FOB                      Dock Number:
                                              FOB Origin: Origin

           Remarks:
           Picked By:                        # of Pieces :
           Audit By:                         # of Pallets :

Line     Item Number          Site              Qty Open            Due
Number   and Description    Location  Lot/Serial  Qty to Ship UM  Shipped

              687    47        640    0001


         Gross    Tare    Net     #
         Weight   Wght   Weight  Pallets
         --------  ----  -------- -------
TOTALS    5,128    329    4,799      7            *** End of Packing List ***

Date: 10/04/2005                **BILL OF LADING**                Page 1 of 1

Bill of Lading Number: **76995**

| SHIP FROM |
|---|
| Cleo Inc - 4025 Viscount |
| 4025 Viscount |
| Memphis, TN 38118 |

(402)00076995

| SHIP TO |
|---|
| DELPHI ENERGY & ENGINE-NEW BRU |
| PLANT 12 DEPT 1296 |
| 760 JERSEY AVENUE |
| NEW BRUNSWICK, NJ 08903 |

Carrier Name: **\*pickup**
Trailer Number: 47 0496 CNTR
Seal Number(s): 151207
SCAC: **\*PIC**
Pro Number: 0000000000022505

13 pg bill

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|

(9012K)\*PIC   0000000000022505
Freight Charge Terms:   (Freight charges are prepaid unless marked otherwise)
Prepaid _____   Collect  X   3rd Party _____
Appointment:              Date:
                          Time:

Special Instructions: CALL FOR DELIVERY APPT
732 246 5221

### Customer Order Information

| Order Number | # Cases XXXXXX | Weight in lbs XXXXXX | Cube in ft. | Dest # Store | P O Type | Cust Dept |
|---|---|---|---|---|---|---|
| | PALLETS | LB | | | | |
| 09/20/2005 | 7 | 5,128 | 275 | | | |

| 7 SKD | _ LSE CTN | _ DRM | _ BUN | ☐ SWAC | |
|---|---|---|---|---|---|
| _ CRTS | _ BSKT | _ RCK | _ TOTE | ☐ SL & C | PICK UP STICKER |
| _ SWS-OF | _ CTN | _ SWS-STC | _ CTN | | |
| OTHER _____ | | SHIP.INT. 7/5 | | | |
| Subject to NMFC 100/CTN-100 and 49 USC 14706 and DOT 49 CFR 370 | | | | | |

381-365415-9

CENTRAL TRANSPORT

| Unload | C.O. | S S | PB-ATTD | B/L |
|---|---|---|---|---|

| Grand Total | | 7 | 5,128 | 275 |
|---|---|---|---|---|

### Carrier Information

| Handling Unit | | | | H M (x) | Commodity Description | NMFC # | LTL Class |
|---|---|---|---|---|---|---|---|
| QTY | Type | Cases XXXXXX | Cube in lbs. XXXXXX | | | | |
| | | PALLETS | LB | | | | |
| 7 | CASE | 7 | 5128 | 275 | BATTERY TISSUE | 151440 02 | 55.0 |

| | | | | | Grand Total | | |
|---|---|---|---|---|---|---|---|
| 7 | | 7 | 5128 | 275 | | | |

COD Amount:
Fee Terms:   Collect ☐   Prepaid ☐
Customer check acceptable: ☐

RECEIVED, subject to the written Contract between the Shipper and the Carrier in effect on the date of shipment, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown herein. This Bill of Lading is not subject to any classifications, tariffs or service guides except as specifically agreed to in writing by the Shipper and the Carrier.

If this shipment is to be delivered to the consignee, without recourse on the shipper, the shipper shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature _____

**Shipper Signature / Date**
This is to certify that the above named materials are properly classified, Packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

**Carrier Signature / Pickup Date**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property classified above space and is in good order except as noted.

10/4/05

# Central Transport Delivery Receipt

**CENTRAL TRANSPORT**

Pro Number
**381-365415-9**

Ship Date
**10/04/05**

| Pieces | Weight |
|---|---|
| 7 | 5128 |

Reference Number

| Org | DC |
|---|---|
| 381 | 089 |

Freight Terms
**Freight Charges Are Collect**

SCAC:  CTII

Consignee:
DELPHI PLT 12 DEPT 1296
780 JERSEY AVE
NEW BRUNSWICK, NJ 08901

Shipper:
CLEO INC
4025 VISCOUNT
MEMPHIS, TN 38118

Special Instructions
Delivery Trailer: 53-2433
Shipper COD Amount
0.0000

---

Stamp / Sign Here

Firm _____

By _____
Shipment received in good order

Pieces Received _____

Driver _____  Date 10-7-0

Arrive Time _____  Depart Time _____

**Pro Number**      **381-365415-9**

**Additional Delivery Services Requested**

| ☐ Inside Delivery | **$70.00** | ☐ Sort - Segregate | **$90.00** | ☐ Driver Delay | **$75.00** |
|---|---|---|---|---|---|
| ☐ Residential Delivery | **$50.00** | ☐ Liftgate | **$90.00** | ☐ Redelivery | **$50.00** |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Internal Use Only
# And Type of Container _____  Desc. _____
Part # _____  Skids _____
Qty. of Pcs Affected _____  Date _____  Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission,extension of credit is limited to seven (7) days. We must request your compliance.  A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(iii)

**Central Transport Delivery Receipt**

**CENTRAL TRANSPORT**

Pro Number
**381-365415-9**

| Ship Date | |
|---|---|
| 10/04/05 | |
| Pieces | Weight |
| 7 | 5128 |

Reference Number

| Org | DC |
|---|---|
| 381 | 089 |

**Freight Terms**
**Freight Charges Are Collect**

SCAC:    CTII

**Consignee:**
DELPHI PLT 12 DEPT 1298
760 JERSEY AVE
NEW BRUNSWICK, NJ 08901

**Shipper:**
CLEO INC
4025 VISCOUNT
MEMPHIS, TN 38118

**Special Instructions**
Delivery Trailer: 53-2433
Shipper COD Amount
0.0000

---

**Stamp / Sign Here**

Firm

By

Shipment received in good order

Pieces Received

Driver                    Date 10-7-0

Arrive Time          Depart Time

---

**Pro Number        381-365415-9**

**Additional Delivery Services Requested**

| | | | |
|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(6)

| Supplier |
|---|
| **CRYSTAL TISSUE CO, THE** |

| Schedule Information | |
|---|---|
| Scheduling Agreement Number: | 0550019468 |
| Horizon Start Date: | 2002-11-01 |
| Horizon End Date: | 2005-12-31 |
| Vendor Number: | 0001006329 |
| Ship From Duns Number: | 004232567 |

| Part Details | |
|---|---|
| Part Release Number: | 256 |
| Part Release Date: | 2005-09-20 |
| Part Description: | 4.125 IN X 18 IN OD BATTERY PAPER LINER |
| Material Number: | 9661041 *245-1440* |
| Last ASN SID#: | 1240827 |
| Last ASN Date: | 2005-09-13 |
| Cum Received Qty: | 102898.000 |
| Order Unit of Measure: | LBR |

| Destination Plant Details | |
|---|---|
| Ship To Plant Code: | JB01 |
| Ship To Plant Name: | DELPHI E & C NEW BRUNSWICK |
| Contact Person: | MATERIAL MGR |
| Telephone: | 732-246-5221 |
| Ship To Dock Code: | JB01 |
| Storage Location: | 0001 |

| Bar Code Label Data |
|---|
| Bar Code Text: |

| Ship Date | Scheduled Qty |
|---|---|
| ~~2005-09-19~~ | ~~9500~~ |
| ~~2005-09-22~~ | ~~2000~~ |
| 2005-09-29 | 4200 |

*2nd Day 2nd Nth*
*IOB Clw*

*Order rec 9-20*
*Katherine please enter*

## Supplier

**CRYSTAL TISSUE CO, THE**

## Schedule Information

Scheduling Agreement Number: 0550057638
Horizon Start Date: 2004-07-28
Horizon End Date: 2005-12-31
Vendor Number: 0001006329
Ship From Duns Number: 004232567

## Part Details

Part Release Number: 67
Part Release Date: 2005-09-20
Part Description: BATTERY PAPER LINER
Material Number: 19060891 *20118*
Last ASN SID#: 1240827
Last ASN Date: 2005-09-13
Cum Received Qty: 17845.000
Order Unit of Measure: LBR

## Destination Plant Details

Ship To Plant Code: JB01
Ship To Plant Name: DELPHI E & C NEW BRUNSWICK
Contact Person: MATERIAL MGR
Telephone: 732-246-5221
Ship To Dock Code: JB01
Storage Location: 0001

## Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
| --- | --- |
| 2005-09-29 | 650 |

## Ginger Duggan

**To:**      greg.crammer

**Cc:**      Dave Purkrabek; Steve Burkhardt; Katherine Trainor; Rena Thompson

**Subject:** Delphi New Brunswick

Greg I received your new order for
2451440 - 4200
20118 - 650
To Ship 9-29

Katherine I am faxing the order to you pelase enter

9/20/2005

Hearing Date and Time: July 19, 2007 at 10:00 a.m.
Response Date and Time: July 12, 2007 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Cleo Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| **DELPHI CORPORATION, *et al.*,** | ) |
| | ) Case Nos. 05-44481 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2007, copies of the Response of

Cleo Inc. To Debtors' Seventeenth Omnibus Objection To Claims were served on the following

individuals in the manner specified.

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel
(Via Overnight Courier)

Skadden, Arps, Slate, Meagher
& Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton
(Via Overnight Courier)

#8705461 v1

Skadden, Arps, Slate, Meagher
& Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: Laverne F. Hill
(via Electronic Mail)

**PEPPER HAMILTON LLP**

/s/ Anne Marie Aaronson
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Attorneys for Cleo Inc.

Dated: July 12, 2007

-2-