Andrea Fischer (AF 2591)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: (212) 451-2300
Facsimile: (212) 451-2222

and

Carrie M. Brosius (OH-0075484)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114-1274
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

Counsel for A. Schulman Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| INRE: | : | Chapter 11 |
|  | : | Case No: 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

   I, Carrie M. Brosius, a member in good standing of the bar of the State of Ohio (2002), and admitted to the United States District Court for the Northern District of Ohio (2002), hereby requests admission, pro hac vice, before the Honorable Robert D. Drain, to represent A. Schulman Inc. in connection with the above-referenced Chapter 11 case and adversary proceedings therein.

My address is:

    Carrie M. Brosius (OH-0075484)
    2100 One Cleveland Center
    1375 East Ninth Street
    Cleveland, Ohio  44114-1274
    Telephone: (216) 479-6100
    Facsimile: (216) 479-6060
    cmbrosius@vssp.com

The filing fee of $25.00 has been submitted with this motion for pro hac vice admission. The proposed order is annexed hereto as Exhibit A.

Dated: July 19, 2007

Respectfully submitted,

Andrea Fischer (AF 2591)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: (212) 451-2300
Facsimile: (212) 451-2222

and

VORYS, SATER, SEYMOUR
AND PEASE LLP

By: /s/ Carrie M. Brosius
Carrie M. Brosius (OH-0075484)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1274
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

Counsel for A. Schulman Inc.

Andrea Fischer (AF 2591)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: (212) 451-2300
Facsimile: (212) 451-2222

and

Carrie M. Brosius (OH-0075484)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114-1274
Telephone: (216) 479-6100
Facsimile: (216) 479-6060

Counsel for A. Schulman Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INRE: | Chapter 11 |
| | Case No: 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.* | |
| | (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

**IT IS HEREBY ORDERED THAT**, Carrie M. Brosius, Esq., is admitted to practice pro hac vice in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York.

Dated: _____, 2007.

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE