Aaron G. McCollough (Va. State Bar No. 71246)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

*Counsel to Siemens Energy & Automation, Inc. and
Siemens plc (A&D Division)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 |
| DELPHI CORPORATION, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**MOTION FOR ADMISSION OF AARON G. McCOLLOUGH
TO PRACTICE *PRO HAC VICE***

I, Aaron G. McCollough, a member in good standing of the bar of the Commonwealth of Virginia, respectfully request admission *pro hac vice* to represent Siemens Energy & Automation, Inc. and Siemens plc (A&D Division) in the above-referenced bankruptcy cases and related proceedings.

My mailing address is: McGuireWoods LLP, c/o Aaron G. McCollough, Esq., 901 East Cary Street, Richmond, Virginia 23219. My telephone number is (804) 775-1000. My facsimile number is (804) 775-1061. My email address is amccollough@mcguirewoods.com.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 12, 2007
      Richmond, Virginia                      /s/ Aaron G. McCollough
                                                            Aaron G. McCollough
                                                            McGUIREWOODS LLP
                                                            One James Center
                                                            901 East Cary Street
                                                           Richmond, Virginia 23219
                                                           Telephone: (804) 775-1000
                                                           Facsimile: (804) 775-1061

                                                           *Counsel to Siemens Energy & Automation, Inc. and Siemens plc (A&D Division)*

\4366104.1

2