**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:  ) | Chapter 11 |
| ) | Case No. 05-44481 |
| DELPHI CORPORATION, et al.,  ) | |
| ) | Jointly Administered |
| Debtors.  ) | |

**ORDER GRANTING MOTION FOR ADMISSION OF AARON G. McCOLLOUGH**
**TO PRACTICE *PRO HAC VICE***

Aaron G. McCollough, a member in good standing of the bar of the Commonwealth of Virginia, having requested admission *pro hac vice* to represent Siemens Energy & Automation, Inc. and Siemens plc (A&D Division) in the above-referenced bankruptcy cases and related proceedings, it is hereby **ORDERED**:

Aaron G. McCollough, Esq., is admitted to practice *pro hac vice* in the above-referenced bankruptcy cases and related proceedings in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2007
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

\4654816.1