# EXHIBIT A

FORM B10 (Official Form 10) (10/05)    ANY ATTACHMENTS MUST BE 8-1/2 x 11"

| UNITED STATES BANKRUPTCY COURT   Southern   DISTRICT OF   New York | | PROOF OF CLAIM |
|---|---|---|
| **Name of Debtor** <br> Delco Electronics Overseas Corporation | **Case Number** <br> 05-44610 | Claim #08673 <br> USBC SDNY <br> Delphi Corporation, et al. <br> 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br> Siemens plc (A&D division) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **Received** <br> JUN 28 2006 <br> Kurtzman Carson |
|---|---|---|
| Name and address where notices should be sent: <br> c/o Elizabeth Gunn, Esq., McGuireWoods LLP <br> One James Center, 901 East Cary Street <br> Richmond, Virginia 23219 <br> Telephone number: 804-775-1147 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: Customer Number 700025 | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below) <br> Last four digits of your SS #: _____ <br> Unpaid compensation for services performed <br> from _____ to _____ <br> (date)     (date)

**2. Date debt was incurred:** Pre-Petition

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 15,307.20
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 15,307.20     _____     _____     15,307.20
     (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | THIS SPACE IS FOR COURT USE ONLY <br> JUN 2 2006 <br> CLAIMS PROCESSING CENTER <br> USBC, SDNY |
|---|---|---|
| 3/6/06 | [signature] K. HORSFIELD FINANCE MANAGER | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0544610060627000000000001

# EXHIBIT A

### In re Delco Electronics Overseas Corporation
### Case No. 05-44610

Siemens plc (A&D division) f/k/a Siemens Logistics and Assembly Systems Limited ("Siemens") reserves the right to amend, revise or supplement this proof of claim as it deems necessary and appropriate. Siemens also expressly reserves its right to a jury trial with regard to all matters arising under the Bankruptcy Code or arising in or related to this chapter 11 case or any successor case. Further, Siemens files this claim without prejudice to, and in full reservation of, its right to object to the jurisdiction of the Bankruptcy Court with respect to any matters relating to Siemens and the debtor. Siemens files this proof of claim in full reservation of, and without prejudice to, its right to assert that any of the claims listed herein are entitled to priority status in this chapter 11 case.

\3662439.2

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 708032 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 12.07.2005 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5288 |
| Our V.A.T. no.: | GB479985760 |
| Our order no. | 0001304057 / |

| | |
|---|---|
| Your order dated: | 30.06.2005 |
| Your order no.: | LE104679 |
| Your VAT no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty | UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|---|
| 40 | 1 | UN | Courier | CHARGE_ZH | 110.00 | 110.00 |
| | | | Country of Origin: DE  Pref. N: ALL | | | |
| | | | AL:   ECCN: | | | |
| | | | | Total value: | | 110.00 |
| | | | | VAT (17.50 %): | | 19.25 |
| | | | | Total | | 129.25 |

Exchange rate:  67.71000    VAT at day of issue:    13.03  GBP

Commercial information:

| | |
|---|---|
| Price basis: | Ex works |
| Terms of Payment: | Nett cash payable within 30 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account. |
| Delivery: | Direct Shipment |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.   Princess Road   Barclays Bank plc.   Euro bank account
Manchester   Sort 20-73-06   BLZ 700 100 10
M20 3LR   Account 20031847   ACCOUNT NO: 20820000
Tel: 0161 446 6201   SWIFT: DEUT DEMM
Fax: 0161 446 6238   VAT Reg No: GB479985760   ACCOUNT NAME: SIEMENS AG
QUOTE ARE SYCA84-1

Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12 8FZ   Registered No. 4118065 England

Page 1 of 1

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706066 |
| Customer No. | 700025 |
| Document date | 18.07.2005 |
| Contact | |
| Telephone | |
| Telefax | |
| Our V.A.T. no.: | GB479996260 |
| Our order no. | 0001200425 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

Your order dated: 01.12.2004
Your order no. LE104622
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price GBP | Total price GBP |
|---|---|---|---|---|
| 10 | 1 UN FLOPPY / WINCHESTER KSP M351 | A1D00338626603 | 665.85 | 665.85 |
| | Comm. code no.:84717053 | | | |
| | Country of Origin:    Pref. N: ALL | | | |
| | AL: N  ECCN: N | | | |

|  |  |
|---|---|
| Total value: | 665.85 |
| VAT (17.50 %): | 116.52 |
| Total | 782.37 |

Commercial information:

Price basis: Ex works

Terms of Payment: Nett cash 30 days.
Baseline date on End of the month.

Delivery: Direct Shipment

Goods coded with AL not equal to N" are subject to European / UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN: N" export licences may be required due to the end user and/or the end use of the goods.

Page 1 of 1

# SIEMENS

Logistics and Assembly Systems

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706100 |
| Customer No. | 700025 |

| | |
|---|---|
| Document date | 22.07.2005 |
| Contact | Mr Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no : | GB479985260 |
| Our order no. | C001304168 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YJ

Your order dated: 21.07.2005
Your order no : LE104902
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UN  REVOLVER HEAD DLM1 | A1000335990-01 | 6,128.64 | 6,128.64 |
| | Comm. code no.:84789097 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL: N   ECCN: N | | | |

|  |  |
|---|---|
| Total value: | 6,128.64 |
| VAT (17.50 %): | 1,072.51 |
| Total: | 7,201.15 |

Exchange rate :   67.4200          VAT at day of issue.     723.09  GBP

Commercial information:

Price basis:          Ex works

Terms of Payment:     Nett cash payable within 60 days from date of our invoice. Goods will be
                      released for despatch subject to payment of any overdue account.

Delivery:             Direct Shipment

Goods coded with "AL" not equal to "N" are subject to European or UK export authorization when being exported outside of the
EU. Goods coded with "ECCN" not equal to "N" are subject to US re-export authorization. Even without any code, or with code
"AL: N" or "ECCN: N" export licences may be required due to the end user and/or the end use of the goods.

Page 1 of 1

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 708451 |
| Customer No. | 700025 |

| | |
|---|---|
| Document date | 19.09.2005 |
| Contact | Mr. Steve Burnett / SD EA |
| Telephone | 0161 446-6723 |
| Telefax | 0161 446-5282 |
| Our V.A.T no.: | GB479985260 |
| Our order no. | 0001304398 / |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YJ

Your order dated: 19.09.2005
Your order no.: 450138427
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 20 PAC VALVE PLUNGER COMPLETE SP12 IPLAS CI | A1000351498-03 | 38.30 | 766.00 |
| | Comm. code no.:84819000 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL:   ECCN: | | | |
| 20 | 10 PAC NOZZLE TYPE 720/920 COMPLETE | A1000325972-09 | 6.55 | 65.50 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL:   ECCN: | | | |
| | | Total value: | | 831.50 |
| | | VAT (17.50 %): | | 145.51 |
| | | Total | | 977.01 |

Exchange rate    5.25000    VAT at day of issue:    99.37 GBP

Commercial information:

Price basis:    Ex works

Terms of Payment:    Nett cash payable within 8 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery:    Direct Shipment

Siemens Logistics and Assembly Systems Ltd.   Princess Road
Manchester
M20 2UR
Tel: 0161 446 5252
Fax: 0161 446 5282

Page 1 of 2

# SIEMENS

Logistics and Assembly Systems

Invoice

Please quote on all correspondence

| Invoice No. | 706455 |
|---|---|
| Customer No. | 700025 |

| Document date | 20.09.2005 |
|---|---|
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6125 |
| Telefax | 0161 446 6285 |

Our V.A.T. no.: GB473985280

Our order no. 0001304403 /

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

Your order dated: 15.09.2005
Your order no.: 450134537
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 6 PAC NOZZLE TYPE 735/835 | A1000346524-03 | 10.47 | 62.82 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin: Pref. N: ALL | | | |
| | AL: ECCN: | | | |
| | | Total value: | | 62.82 |
| | | VAT (17.50 %): | | 10.99 |
| | | Total | | 73.81 |

Exchange rate: 68.29000    VAT at day of issue:    7.61 GBP

Commercial Information:

Price basis: Ex works

Terms of Payment: Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery: Direct Shipment:

Goods coded with "AL not equal to N" are subject to European & UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL N" or "ECCN N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.

Page 1 of 1

# SIEMENS

Logistics and Assembly Systems

## Invoice

Please quote on all correspondence

| Invoice No. | 706515 |
|---|---|
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YJ

| Document date | 27.09.2006 |
|---|---|
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T no : | GB479385260 |
| Our order no. | 0001304331 |

Your order dated: 31.08.2005
Your order no.: 450103152
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty Unit Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UN TURNING SYSTEM DLM1 | A1000341780504 | 629.89 | 629.89 |
|  | Comm. code no.:84799097 |  |  |  |
|  | Country of Origin:   Pref. N; ALL |  |  |  |
|  | AL: N  ECCN: N |  |  |  |
|  |  | Total value: |  | 629.89 |
|  |  | VAT (17.50 %): |  | 110.23 |
|  |  | Total |  | 740.12 |

Exchange rate    66.29000         VAT at day of issue:     75.78  GBP

Commercial information:

Price basis:           Ex works

Terms of Payment:      Nett cash payable within 60 days from date of our invoice. Goods will be
                       released for despatch subject to payment of any overdue account.

Delivery               Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the
EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code
"AL: N" or "ECCN: N" export licences may be required due to the end user and/or the end user of the goods.

Page 1 of 1

# SIEMENS

Logistics and Assembly Systems

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706522 |
| Customer No. | 700025 |
| Document date | 27.09.2005 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6120 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479585280 |
| Our order no. | 0001304415 / |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

Your order dated:     20.09.2005
Your order no.:       4501031b1
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|
| 20 | 20 UN | Hose, Vacuum Placement Circuit (Head) | A1D00342867503 | 2.98 | 59.60 |
| | | Comm. code no.:40091000 Country of Origin: DE  Pref. N: ALL AL:   ECCN: | | | |
| 30 | 20 UN | Hose, Vacuum Placement Circuit (Head) | A1D00342864503 | 2.98 | 59.60 |
| | | Comm. code no.:40091000 Country of Origin: DE  Pref. N: ALL AL:   ECCN: | | | |
| 40 | 20 UN | Hose, Quary Stop Circuit (head) | A1D00342868503 | 2.48 | 49.60 |
| | | Comm. code no.:40091000 Country of Origin: DE  Pref. N: ALL AL:   ECCN: | | | |

| | |
|---|---|
| Total value: | 168.80 |
| VAT (17.50 %): | 29.54 |
| Total | 198.34 |

Exchange rate     68.29000          VAT at day of issue:     20.17  GBP

Commercial information:

Price basis:              Ex works

Page 1 of 2

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706523 |
| Customer No. | 700028 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 27.09.2005 |
| Contact | Mr. Dave Aughton / SO FA |
| Telephone | 0161 446-8129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479985260 |
| Our order no. | 0001304426 |

Your order dated: 26.09.2005
Your order no.: 450103152
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UN TURNING SYSTEM DLM1 | A1D00341780604 | 629.89 | 629.89 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin:  Pref. N: ALL | | | |
| | AL: N  ECCN: N | | | |
| | | Total value: | | 629.89 |
| | | VAT 17.50 %: | | 110.23 |
| | | Total | | 740.12 |

Exchange rate :  68.29000     VAT at day of issue:     76.28 GBP

Commercial information:

Price basis:            Ex works

Terms of Payment:   Nett cash payable within 60 days from date of our invoice. Goods will be
                    released for despatch subject to payment of any overdue account.

Delivery:            Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the
EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code
"AL: N" or "ECCN: N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.   Princess Road
Manchester
M20 2JH
Tel: 0161 446 5292
Fax: 0161 446 5399

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| Invoice No. | 706836 |
|---|---|
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 28.09.2005 |
| Contact | Mr. Dave Aughton / SD FA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479985260 |
| Our order no. | 0001304444 / |

Your order dated: 28.09.2005
Your order no.: 450103152
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|
| 10 | 1 UN | SCANNER HEAD Y-AXLE | A1D00310646-03 | 732.03 | 732.03 |
| | | Comm. code no.:90318091 | | | |
| | | Country of Origin:    Pref. N: ALL | | | |
| | | AL: N   ECCN: N | | | |

| | |
|---|---|
| Total value: | 732.03 |
| VAT (17.50 %): | 128.11 |
| Total | 860.14 |

Exchange rate  66.29000    VAT at day of issue:    87.49  GBP

Commercial information:

Price basis:    Ex works

Terms of Payment:    Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery    Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licenses may be required due to the end use and/or the end user of the goods.

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706546 |
| Customer No. | 700026 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 29.09.2005 |
| Contact | Ms. Suzanne Hartnett / SO EA |
| Telephone | 0161 446-5285 |
| Telefax | 0161 446-5214 |
| Our V.A.T. no.: | GB479985260 |
| Our order no. | 0001200469 / SER |

Your order dated: 27.09.2005
Your order no.: LE105174
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty U/M Description | Material | Unit price GBP | Total price GBP |
|---|---|---|---|---|
| 10 | 2.000 H  Labour out of hours | 2010 | 104.00 | 208.00 |
| | Country of Origin:  Pref. N: ALL | | | |
| | AL:  ECCN: | | | |
| | | Total value: | | 208.00 |
| | | VAT (17.50 %): | | 36.40 |
| | | Total | | 244.40 |

Commercial information:

Price basis: Ex works

Terms of Payment: Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery: Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorisation when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.

Page 1 of 1

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706653 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 30.09.2005 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446 5289 |
| Our V.A.T. no. | GB479985260 |
| Our order no. | DC01304429 |

Your order dated: 23.09.2005
Your order no.: 450103153
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 4 UN CABLE H550; COMPONENT ILLUM. CONTROL | A1D00341220-01 | 13.41 | 53.64 |
| | Comm. code no.:85444190 | | | |
| | Country of Origin: Pref. N: ALL | | | |
| | AL: N ECCN: N | | | |
| 20 | 40 PAC NOZZLE TYPE 721/921 COMPLETE | A1D00325970-04 | 6.55 | 262.00 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin: Pref. N: ALL | | | |
| | AL: N ECCN: N | | | |

Total value: 315.64
VAT (17.50 %): 55.24
Total: 370.88

Exchange rate  68.29000    VAT at day of issue:    37.72 GBP

Commercial Information:

Price basis:    Ex works

Terms of Payment:    Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery:    Direct Shipment

Page 1 of 2

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706575 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 04.10.2005 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-5129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479985260 |
| Our order no. | 0001304472 |

Your order dated: 04.10.2005
Your order no.: 450103162
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty | UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 1 | UN | VALVE DRIVE, PLACEMENT SECTION | A1000349433601 | 280.90 | 280.90 |

Comm. code no.:84789097
Country of Origin:   Pref. N: ALL
AL:  N   ECCN:  N

| | |
|---|---|
| Total value: | 280.90 |
| VAT (17.50 %): | 49.16 |
| Total | 330.06 |

Exchange rate    68.19500    VAT at day of issue:    33.52 GBP

Commercial Information:

Price basis:    Ex works

Terms of Payment:    Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery:    Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end use of the goods.

Page 1 of 1

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 705578 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 05.10.2005 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-5129 |
| Telefax | 0161 446-5289 |
| Our V.A.T no: | GB478985260 |
| Our order no. | 00013C4478 / |

Your order dated: 05.10.2005
Your order no.: 450103152
Your VAT no.:
Contact at your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|
| 10 | 2 UN | SENSOR 2-AXIS BOTTOM | A1D00321524805 | 34.90 | 69.80 |
| | | Comm. code no.:85365019 | | | |
| | | Country of Origin:  Pref. N: ALL | | | |
| | | AL: N  ECCN: N | | | |
| 20 | 1 UN | TURNING SYSTEM DLM1 | A1D00341760604 | 629.89 | 629.89 |
| | | Comm. code no.:84799097 | | | |
| | | Country of Origin:  Pref. N: ALL | | | |
| | | AL: N  ECCN: N | | | |

Total value: 699.69
VAT (17.50 %): 122.45
Total: 822.14

Exchange rate: 68.59600    VAT at day of issue: 83.50 GBP

Commercial information:

Price basis: Ex works

Terms of Payment: Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery: Direct Shipment

Page 1 of 2

# SIEMENS

## Logistics and Assembly Systems

### Invoice

Please quote on all correspondence

| Invoice No. | 706596 |
|---|---|
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
50 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| Document date | 10.10.2005 |
|---|---|
| Contact | Mr. Dave Aughton / SD FA |
| Telephone | 0161 446 6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no. | GB479965260 |
| Our order no. | 0001304460 |

Your order dated: 29.09.2005
Your order no.: 450103152
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 2 UN BLISTER UNIT / DLM1 | A1D00335964505 | 234.08 | 468.16 |

Comm. code no.:84812090
Country of Origin:   Pref. N: ALL
AL:     ECCN:

*Delivered 7/10.*

| | Total value: | 468.16 |
|---|---|---|
| | VAT (17.50 %): | 81.93 |
| | Total | 550.09 |

Exchange rate:   $8.19500   VAT at day of issue:   55.87 GBP

Commercial information:

Price basis:   Ex works

Terms of Payment:   Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account.

Delivery:   Direct Shipment

Goods coded with "AL" not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL N" or "ECCN N" export licences may be required due to the end user and/or the end user of the goods.

Page 1 of 1

## SIEMENS

Logistics and Assembly Systems

### Credit Note

Please quote on all correspondence

| | |
|---|---|
| Credit Note No. | 730612 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 27.09.2005 |
| Contact | Mr. Dave Aughton / EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479985260 |
| Reference document no. | 706396 |
| Our order no. | 0001304331 / |

Your order dated: 31.08.2005
Your order no.: 450103152
Your VAT-no.:
Contact in your company:

We credit you for the supply of goods/services as follows:

To credit in full invoice 706396, incorrect value charged
Invoice with correct value to follow

Total price
EUR

Total value: 440.92
VAT (17.50 %): 77.16
Total 518.08

Exchange rate : 68.29000    VAT at day of issue:    52.69  GBP

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.   Princess Road   Barclays Bank plc.   Euro bank account
Manchester.   Branch 20-71-06   BLZ 700 700 10
M20 2UR   Account 20027847   ACCOUNT NO: 20370000
Tel: 0161 446 5292   SWIFT: DEUT DEMM
Fax: 0161 446 5289   VAT Reg No. GB479985260   ACCOUNT NAME: SIEMENS AG
( QUOTE ARE 510A64 )

Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12BFZ - Registered No. 4115058 England

# SIEMENS

## Logistics and Assembly Systems

### Credit note

Please quote on all correspondence

| Credit Note No. | 730649 |
|---|---|
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 27.01.2006 |
| Contact | Ms. Suzanne Hartnett / EA |
| Telephone | 0161 446-5265 |
| Telefax | 0161 446-5214 |
| Our V.A.T. no.: | GB479985260 |
| Reference document no. | |
| Our order no. | 0001600065 / |

Your order dated: 27.01.2006
Your order no.: Re Deb note
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price GBP | Total price GBP |
|---|---|---|---|---|
| 10 | 1 UN See e-mail incorrect price given on quot | CHARGE_ZH | 17.97 | 17.97 |

Country of Origin: DE   Pref. N: ALL
AL:   ECCN:

| | |
|---|---|
| Total value: | 17.97 |
| Total | 17.97 |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.   Princess Road   Barclays Bank plc.   Euro bank account
Manchester.   Branch 20-71-06   BLZ 700 700 10
M20 2UR   Account 20027847   ACCOUNT NO: 20370000
Tel: 0161 446 5292   SWIFT: DEUT DEMM
Fax: 0161 446 5299   VAT Reg No. GB479985260   ACCOUNT NAME: SIEMENS AG
( QUOTE ARE 510A64 )
Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12 8FZ · Registered No. 4115056 England

## SIEMENS

Logistics and Assembly Systems

### Credit Note

Please quote on all correspondence

| | |
|---|---|
| Credit Note No. | 730582 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 20.06.2005 |
| Contact | Mr. Dave Aughton / EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-6289 |
| Our V.A.T. no.: | GB479985260 |
| Reference document no. | 705710 |
| Our order no. | 0001303880 / |

Your order dated: 19.05.2005
Your order no.: 450103152
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

Total price
GBP

| | |
|---|---|
| Total value: | 459.65 |
| VAT (17.50 %): | 80.44 |
| Total | 540.09 |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.