SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
Telephone: (617) 338-2800
Facsimile:  (617) 338-2880
Gayle P. Ehrlich (GE 6649)
Pamela Smith Holleman (PH 1353)

and

NANTZ, LITOWICH, SMITH
  GIRARD & HAMILTON, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI  49546-7671
Telephone: (616) 977-0077
Facsimile:  (616) 977-0529
Sandra S. Hamilton (P-41980)

*Attorneys for the City of Wyoming, Michigan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

------------------------

| | |
|---|---|
| In Re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| Debtor. | Jointly Administered |

----------------------------------/

THE CITY OF WYOMING, MICHIGAN'S WITHDRAWAL OF
RESPONSE TO DEBTORS' (I) THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. SECTION 502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOKS AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. SECTION 502(c)

The City of Wyoming, Michigan, by its attorneys, Sullivan & Worcester, LLP and NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON, P.C., hereby withdraws its RESPONSE TO DEBTOR'S THIRD OMNIBUS OBJECTION (SUBSTANTIVE) [D.I. 3920] PURSUANT TO 11 U.S.C. SECTION 502(b) AND FED.BANKR.P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT

DOCUMENTATION, (B) CLAIMS UNSUBSTANTIATED BY DEBTORS' BOOK AND RECORDS, AND (C) CLAIMS SUBJECT TO MODIFICATION AND (II) MOTION TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS PURSUANT TO 11 U.S.C. SECTION 502(c) (Docket No. 5698), as this matter has been settled.

                                      Respectfully submitted,

                                      **SULLIVAN & WORCESTER LLP,**
                                      Local Counsel for The City of Wyoming, Michigan

Dated:  July 12, 2007                 /s/ Gayle P. Ehrlich
                                      Gayle P. Ehrlich (GE 6649)
                                        *gehrlich@sandw.com*
                                        Pamela Smith Holleman (PH 1353)
                                        SULLIVAN & WORCESTER LLP
                                        One Post Office Square
                                        Boston, MA  02109
                                        (617) 338-2800

**NANTZ, LITOWICH, SMITH**
  **GIRARD & HAMILTON, P.C.**
Attorneys for the City of Wyoming, Michigan
Sandra S. Hamilton (P-41980)
Business Address & Telephone:
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI  49546-7671
(616) 977-0077

O:\wdox\docs\cf\BANKRPT\21292\0001\B0661041.DOC