Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Counsel for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jayne A. Hahn, certify that on July 12, 2007, I served a true and correct copy of the Response of E.I. du Pont de Nemours and Company to Debtors' Seventeenth Omnibus Objection to Claims on the below named parties in the manner specified for such party:

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 1. | Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court, Southern District<br>    of New York<br>One Bowling Green, Room 610<br>New York, NY    10004 | Hand Deliver and<br>Overnight Courier |

- 2 -

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 2. | Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>Facsimile: 248-813-2491<br>248-813-2670 | Facsimile, U.S. Mail and Overnight Courier |
| 3. | John William Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Randall G. Reese, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Facsimile: 312-407-0411 | Facsimile, U.S. Mail and Overnight Courier |
| 4. | Latigo Master Fund Ltd.<br>Attn: Paul D. Malek, Esq., General Counsel<br>590 Madison Avenue, 9th Fl.<br>New York, New York 10022 | U.S. Mail and Overnight Courier |
| 5. | Justine J. Block, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | U.S. Mail and Overnight Courier |

Dated: July 12, 2007

                                                  s/ Jayne A. Hahn
                                                  Jayne A. Hahn

Doc # 01-1674069.1