DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Telephone:    (212) 248-3140
Facsimile:    (212) 348-3141
Janice B. Grubin (JG 1544)

—and—

HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, Georgia 30339
Telephone:    (678) 384-7000
Facsimile:    (678) 384-7034
Louis G. McBryan (LG 1352)

Attorneys for Vanguard Distributors, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                                            :
In re:                                      :
                                            :  Chapter 11
DELPHI CORPORATION, *et al.*,               :  Case No. 05-44481-RDD
                                            :  (Jointly Administered)
            Debtors.                        :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CHICAGO          )
                          ) ss.:
COUNTY OF COOK            )

I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

1.    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

1

2.     On July 11, 2007, I caused a true and correct copy of the RESPONSE OF VANGUARD DISTRIBUTORS, INC. TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM to be served via overnight delivery on the parties listed on the attached Service List.

    /s/ Daniel Northrop_____
    **Daniel Northrop**

Sworn to before me this 11th
day of July 2006.

 /s/ Kathleen M. Brazel_____
Notary Public

My commission expires: <u>10/09/07</u>

## SERVICE LIST

| | |
|---|---|
| Skadden, Arps, Sale, Meagher & Flom LLP | Delphi Corporation |
| 333 West Wacker Drive | 5725 Delphi Drive |
| Suite 2100 | Troy, Michigan 48098 |
| Chicago, Illinois 60606 | Attention: General Counsel |
| Attention: John Wm. Butler, Jr., Esq. | |
|            John K. Lyons, Esq. | |
|            Joseph N. Wharton, Esq. | |

NY01/ 6009811.1

2