UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.

        Debtors,

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

# CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC and that she caused papers to be served as follows:

Documents Served:    1st Choice Heating & Cooling's *Response in Opposition to Debtor's Sixteenth Omnibus Objection (Procedural) Pursuant to 11 USC 502(b) and Fed. R. Bankr. P. 3007 to (A) Certain Duplicate or Amended Claims and (B) Protective Claims*

Method of Service/
Served Upon:    By electronic mail (via the ECF System) upon all parties shown on Exhibit A attached hereto.

Date of Service:    July 11, 2007

                              /s/ Secret S. Washington
                                Secret S. Washington
                                Legal Secretary

5439033.2 28716/116548