UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

DELPHI CORPORATION, INC., <u>et al.</u>,

                    Debtor.

-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

      I, Lon J. Seidman, hereby certify on this 12th day of July 2007, I caused a true and correct copy of "***Collins & Aikman Corporation, et al.'s Response to Debtors' Seventeenth Omnibus Objection***" to be served by federal express priority overnight, postage prepaid on the following parties listed below.

                        /s/ Lon J. Seidman
                        Lon J. Seidman

| | |
|---|---|
| Delphi Corporation | Skadden, Arps, Slate, Meagher & Flom LLP |
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, Michigan 48098 | Chicago, Illinois 60606 |
| Attn: General Counsel | Attn: John Wm. Butler, Jr., |
| |       John K. Lyons, |
| |       Joseph N. Wharton |

G:\Collins & Aikman\Lit\Delphi\aos. response.doc