

This Product Contains Sensitive Taxpayer Data

Request Date: 07-10-
Response Date: 07-10-
IRS Employee Number: J'
Tracking Number: 10001654

# Account Transcript

FORM NUMBER: 941          TAX PERIOD: Mar. 31, 2005

TAXPAYER IDENTIFICATION NUMBER: 31-1695929

MOBILARIA INC
A DELAWARE CORP
800 W EL CAMINO REAL
MOUNTAIN VIEW, CA 94040-2567-995

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:            $2,921.42
ACCRUED INTEREST:           $502.62 AS OF: Jul. 23, 2007
ACCRUED PENALTY:            $0.00 AS OF: Apr. 30, 2005

ACCOUNT BALANCE
PLUS ACCRUALS:              $3,424.04

TAX PER TAXPAYER:           $216,903.44

Apr. 30, 2005    RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
May 23, 2005     PROCESSED DATE

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOU |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 200519 | 05-23-2005 | $216,903 |
|  | 35135-118-44083-5 |  |  |  |
| 650 | FEDERAL TAX DEPOSIT |  | 01-19-2005 | -$29,212 |
| 650 | FEDERAL TAX DEPOSIT |  | 02-04-2005 | -$30,661 |
| 650 | FEDERAL TAX DEPOSIT |  | 02-18-2005 | -$32,131 |
| 650 | FEDERAL TAX DEPOSIT |  | 03-04-2005 | -$39,867 |
| 650 | FEDERAL TAX DEPOSIT |  | 03-18-2005 | -$44,101 |

https://eup.eps.irs.gov/PORTAL-PROD/psc/CRM/EMPLOYEE/CRM/c/TDS_MENU_IR...    7/10/2007

| | | | | |
|---|---|---|---|---|
| 650 | FEDERAL TAX DEPOSIT | | 04-06-2005 | -$40,928 |
| 186 | FEDERAL TAX DEPOSIT PENALTY | 200519 | 05-23-2005 | $2,921 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 10-08-2005 | $0 |

This Product Contains Sensitive Taxpayer Data

To continue, select one of the following:
- Select *Previous* to navigate back to the previous page.
- Select *Print* to go to a printer friendly page.
- Select *Done* to return to the TDS main menu.

