CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
Matthew T. Smith (Mich. Bar No. P46754)
japplebaum@clarkhill.com
msmith@clarkhill.com
(313) 965-8300

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## PROOF OF SERVICE

STATE OF MICHIGAN  }
                   } ss
COUNTY OF INGHAM   }

I, Deborah M. Barclay, being duly sworn, depose and say that on July 12, 2007, I served *1st Choice Heating and Cooling's Response in Opposition to Debtor's Sixteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to (A) Certain Duplicate or Amended Claims and (B) Protective Claims* upon:

Honorable Robert D. Drain
United State Bankruptcy Judge
United States Bankruptcy Court
Southern District of NY
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: John Butler, John Lyons & Randall Reese
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

5467196.1 28716/116637

Service was accomplished by first class mail by placing same in a United States Postal receptacle with postage fully affixed and addressed properly to the individuals listed above.

_____
Deborah M. Barclay

Subscribed and sworn to me
this 12th day of July, 2007

_____
Kinneitha M. Thomas
Notary Public, State of Michigan, County of Ingham
My Commission Expires: 9/25/2008
Acting in the County of Ingham

5467196.1 28716/116637