SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                                        :    (Jointly Administered)
        Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF THIRD REVISED LIST OF
## DEBTORS' ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327,

330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course

Of Business dated November 4, 2005 (the "Order"), the Debtors are authorized to employ and

retain additional professionals utilized by the Debtors in the ordinary course of business

(collectively, the "Ordinary Course Professionals") in their sole discretion without the need to

file individual retention applications for each by filing with the Bankruptcy Court a supplement

to Exhibit 1 to the Order.  The Debtors' Third Revised List Of Ordinary Course Professionals

(the "Third Revised OCP List") is attached hereto as Exhibit A.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Order, each Ordinary

Course Professional included in the Third Revised OCP List who was not previously included on

Exhibit 1 to the Order shall file with this Court, and serve on the "Interested Parties" (as

described in the Order), an Affidavit of Legal Ordinary Course Professional, substantially in the

form of the affidavit attached as Exhibit 2 to the Order, or an Affidavit of Non-Legal Ordinary

Course Professional, substantially in the form of the affidavit attached as Exhibit 3 to the Order,

as applicable (Exhibit 2 and Exhibit 3, together, the "Affidavit").

      PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Interested

Parties shall have 10 days after receipt of each Ordinary Course Professional's Affidavit (the

"Affidavit Objection Deadline") to object to the retention of such Ordinary Course Professional.

The objecting party shall serve any such objection upon the Interested Parties and the respective

Ordinary Course Professional on or before the Affidavit Objection Deadline.  If any such

objection cannot be resolved within ten days of its receipt, the matter shall be scheduled for

hearing before this Court at the next regularly-scheduled omnibus hearing occurring more than

ten days thereafter or such date as is otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objection is received from any of the Interested Parties on or before the Affidavit Objection Deadline with respect to any particular Ordinary Course Professional, or if any objection submitted is timely resolved as set forth above, the Debtors shall be authorized, without further order of this Court, to retain such professional as a final matter.

Dated: New York, New York
       June 14, 2006

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                              - and -

                    By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                      Debtors and Debtors-in-Possession

Exhibit A
Third Revised List Of Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Adams & Adams | PO Box 1014<br>Pretoria 0001<br>South Africa | Legal Services* |
| Adelson, Testan & Brundo | 100 Ocean Gate<br>Suite 830<br>Long Beach, CA  90802 | Legal Services |
| American Appraisal Associates | 411 E. Wisconsin Avenue<br>Suite 1900<br>Milwaukee, WI  53201 | Tax Consultancy Services |
| Anne Murphy Patent Services | PO Box 2128 Eads Street<br>Arlington, VA  22202 | Non - Legal IP Services |
| Antonelli Terry Stout & Krause, LLP | 1300 N. 17th Street<br>Suite 1800<br>Arlington, VA  22209 | Legal Services |
| Arent, Fox, Kintner, Plotkin & Kahn PLLC | 1050 Connecticut Avenue N.W.<br>Washington, DC  20036 | Legal Services |
| Asset Management Resources, Inc. | 26211 Central Park Boulevard<br>Southfield, MI  48076 | Tax Consultancy Services |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | PO Box 67000<br>Detroit, MI 48267 | Legal Services |
| Baker & Daniels | 300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204-1782 | Legal Services |

---

\*    Certain of the services indicated by an asterisk (*) are, to some extent, provided by a non-U.S. professional and/or performed outside of the United States.  The Debtors nevertheless submit that such services provide a direct benefit to the Debtors' estates.

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Baker & McKenzie LLP | 815 Connecticut Avenue N.W. Washington, DC  20006<br><br>32 Avenue Kleber BP 2112 75771 Paris Cedex 16 France<br><br>Avda. Leandro N. Alem 1110, piso 13 Ciudad de Buenos Aires C.P. C1001AAT Argentina<br><br>Plaza Triunfo de la Republica 3304, Piso 2 Partido Escobedo 32330 Juarez, Chihuahua Mexico<br><br>100 New Bridge Street London EC4V 6JA United Kingdom | Tax Legal and Consulting Services* |
| Balch & Bingham LLP | PO Box 306 Birmingham, AL  35201 | Legal Services |
| Barnes & Thornburg LLP | 1313 Merchant Bank Building 11 S. Meridan Street Indianapolis, IN  46204 | Legal Services |
| Barnett Associates, Inc. | 61 Hilton Avenue Garden City, NY  11530 | Tax Consultancy Services |
| Bell Anderson & Sanders LLC | 496 Broadway Laguna Beach, CA  92651 | Legal Services |
| Berger & Berger | 555 International Drive Suite 800 Buffalo, NY 14221 | Legal Services |
| Beusse, Brownlee, Wolter, Mora & Maire, P.A. | 390 N. Orange Avenue Suite 2500 Orlando, FL  32801 | Legal Services |
| Birch, de Jongh & Hindels | Poinsettia House at Bluebeard's Castle 1330 Estate Tarrnebjerg St. Thomas, Virgin Islands 00802 | Legal Services |
| Bliss McGlynn P.C. | 2075 West Big Beaver Road Suite 600 Troy, MI  48084 | Legal Services |
| BNP Paribas Securities Corp. | 787 7th Avenue New York, NY  10019 | Investment Banking Services |
| Boehl Stopher & Graves, LLP | 400 West Market Street Suite 2300 Louisville, KY 40202 | Legal Services |
| Booth Udall, PLC | 1423 S. Higley Road Suite 110 Mesa, AZ 85206 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Bowman and Brooke LLP | 50 West Big Beaver Road<br>Suite 600<br>Troy, MI  48084<br><br>150 S. 5th Street<br>Suite 2600<br>Minneapolis, MN  55402<br><br>160 West Santa Clara Street<br>Suite 1150<br>San Jose, CA  95113<br><br>PO Box 1414 NCB 13<br>Minneapolis, MN  55480<br><br>Riverfront Plaza West Tower<br>901 E. Byrd Street<br>Suite 1500<br>Richmond, VA  23219 | Legal Services |
| Braun Kendrick Finkbeiner PLC | Second National Bank Building<br>101 Fashion Square Boulevard<br>Saginaw, MI  48603 | Legal Services |
| Brennan Steil & Basting SC | 1 East Milwaukee Street<br>Janesville, WI 53547 | Legal Services |
| Brown & James, P.C. | Richland Executive Plaza<br>525 West Main<br>Suite 200<br>Belleville, IL | Legal Services |
| Bugbee & Conkle | National City Bank Building<br>405 Madison<br>Suite 1300<br>Toledo, OH  43604 | Legal Services |
| C&S Patent and Law Office | KPO Box 103<br>Seoul 110 601<br>Republic of Korea | Legal Services* |
| Cabinet Michel Poupon | 3 Rue Ferdinand Brunot<br>88026 Epinal Cedex<br>France | Legal Services* |
| Cacheaux, Cavazos & Newton | Convent Plaza<br>333 Convent Street<br>San Antonio, TX 78205 | Tax Services |
| Cadena Law Firm, P.C. | 1017 Montana Avenue<br>El Paso, TX 79902 | Legal Services |
| Cardinal Law Group | 1603 Orrington Avenue<br>Suite 2000<br>Evanston, IL  60201 | Legal Services |
| Cattel, Tuyn & Rudzewicz, PLLC | Governers Place<br>33 Bloomfield Hills Pkwy<br>Suite 120<br>Bloomfield Hills, MI  48304 | Legal Services |
| Charles K. Veenstra | 631 Windsor Run<br>Bloomfield Hills, MI  48304 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Cherry, Edson and Kelly | 175 Fulton Avenue<br>Hempstead, NY  11550 | Legal Services |
| Chester Willcox & Saxbe LLP | 65 E. State Street<br>Suite 1000<br>Columbus, OH  43215 | Legal Services |
| Chevez Abogados, S.C. | Bosque de Ciruelos 168, 6º Piso<br>Bosques de las Lomas<br>11700 Mexico, D.F.  Mexico | Legal Services* |
| China Patent Agent (H.K.) Ltd. | China Patent Agent HK Ltd<br>23 Harbour Road<br>Wanchai<br>Hong Kong<br>Hong Kong<br><br>China Patent Agent (HK) Ltd<br>Bank of China Harbour Road<br>Hong Kong<br>Hong Kong | Legal Services* |
| Christie, Parker & Hale, LLP | 350 West Colorado Boulevard<br>Suite 500<br>Pasadena, CA  91109 | Legal Services |
| Ciara Systems, Inc. | 13112 Ludlow<br>Huntington Woods, MI | Legal Services |
| Clark Consulting | 101 Constitution Avenue N.W.<br>Washington, D.C.  20001 | Tax Advisory and Advocacy Services |
| Clark Hill P.L.C. | 500 Woodard Avenue<br>Suite 3500<br>Detroit, MI  48226<br><br>1600 First Federal Building<br>1001 Woodward Avenue<br>Detroit, MI  48226 | Legal Services |
| Clark, Thomas & Winters, PC | PO Box 1148<br>Austin, TX  78767 | Legal Services |
| Colin Hull | PO Box 827<br>London Colney<br>St. Albans<br>Herts. AL1 9AB<br>United Kingdom | |
| Conestoga-Rovers & Associates, Inc. | 2055 Niagara Falls Boulevard<br>Suite 3<br>New York, NY 14304 | Non-Legal Services |
| Consortium Industriel | Commercial & Maritime<br>19, Boulevard Imam Ali<br>Kenitra<br>Morocco | Customs Consultancy* |
| Constancy, Brooks & Smith LLC | 111 Congress Avenue, Fourth Floor<br>Austin, TX 78701 | Legal Services |
| Conway McKenzie & Dunleavy Inc. | 401 S. Old Woodward<br>Suite 340<br>Birmingham, MI 48009 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Couch White, LLP | 540 Broadway<br>Albany, NY 12201 | Legal Services |
| Couzens, Lansky Fealk Ellis Roeder & Lazar, PC | 39395 West 12 Mile Road<br>Suite 200<br>Farmington Hills, MI 48334 | Legal Services |
| Cramer & Laws | Hubertusstrasse 15<br>D-59929 Brilon, Germany | Legal Services* |
| Crew & Buchanan | 2580 Kettering Tower<br>Dayton, OH 45423 | Legal Services |
| Crowley Stringer & Fenske LLP | 456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 | Legal Services |
| Customs Network Ltd. | 36 Park Road<br>Benfleet<br>Essex SS7 3PP<br>United Kingdom | Customs Advocacy* |
| Dechert LLP | 30 Rockefeller Plaza<br>New York, NY 10112 | Tax Legal Services |
| Deloitte & Touche | 6 Shenton Way #32-00<br>DBS Building Tower Two<br>068809<br>Singapore<br><br>17,21,22 Floor, Korea First Bank Building<br>100 Gongpyeong-dong,<br>Jongro, Seuol<br>110-702<br>Korea<br><br>30/F Bund Center<br>222 Yan An road East<br>Shanghai 200002<br>China | Tax Services* |
| DePenning & DePenning | 10 Government Place East<br>Kolkata 700 069<br>India | Legal Services* |
| Dewitt Ross & Stevens | Capitol Square Office<br>2 E. Mifflin Street<br>Suite 600<br>Madison, WI 53703 | Legal Services |
| Dickinson Wright P.L.L.C. | 500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226 | Legal Services |
| Dierker & Associates, PC | 3331 West Big Beaver Road<br>Suite 109<br>Troy, MI 48084 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Dinsmore & Shohl, LLP | 255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH 45202<br><br>175 South Third Street, 10th Floor<br>Columbus, OH 43215<br><br>1 South Main Street<br>Suite 1300<br>Dayton, OH 45402 | Legal Services |
| DLA Piper Rudnick Gray Cary US LLP | 2000 University Avenue<br>East Palo Alto, CA 94303 | Legal Services |
| Donald E. Shrey Ph.D., CRC dba University Rehabilitation, Inc. | 5058 MSB 231 Albert Sabin Way<br>Cincinnati, OH 45267 | Legal Services |
| DoveBid, Inc. | 1241 East Hillsdale Boulevard<br>Foster City, CA 94404 | Non-Legal Services (Auctioneer) |
| Drew & Napier | 20 Raffles Place #17-00<br>Ocean Towers<br>Singapore 048620<br>Singapore | Tax Consultancy Services* |
| Drew, Eckl & Farnham, LLP | Drew Eckl & Farnham LLP<br>880 West Peachtree Street N.W.<br>Atlanta, GA  30357 | Legal Services |
| Drinker Biddle & Reath LLP | 1 Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103 | Legal Services |
| DuCharme, McMillan & Associates, Inc. | 312 Plum Street<br>Suite 1100<br>Cincinnati, OH 45202 | Tax Compliance Services |
| Due, Doyle, Fanning, Ewing & Metzger, LLP | 55 Monument Circle<br>900 Circle Tower Building<br>Indianapolis, IN 46204 | Legal Services |
| Dykema Gossett P.L.L.C. | 400 Renaissance Center<br>PO Box 79001, Drawer 1787<br>Detroit, MI  48243<br><br>55 East Monroe Street<br>Chicago, IL  60603 | Legal Services |
| Eldridge Cooper Steichen & Leach, PLLC | 110 West 7th Street<br>Suite 200<br>Tulsa, OK  74119 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Ernst & Young | 6 rue Jean Monnet<br>L2180<br>Luxembourg | Tax Services and Customs Consultancy* |
| Ernst & Young AG | Rothenbaumchaussee 78<br>20148 Hamburg<br>Postfach 30 17 09<br>2036 Hamburg<br>Germany | |
| Ernst & Young Hua Ming | 23/F, The Center<br>989 Chang Le Road<br>Shanghai, 200031<br>PRC | |
| Ernst & Young Tower | B-26 Qutab Institutional Area<br>New Delhi, 110016<br>India | |
| Shin Nihon Ernst & Young | Hibiya Kokusai Building 20th Floor<br>2-2-3, Uchisaiwai-cho<br>Chiyodaku, Tokyo 100-0011 | |
| Eyster, Key, Tubb, Weaver & Roth | 402 E. Moulton Street S.D.<br>Decatur, AL  35601<br><br>PO Box 1607<br>Decatur, AL  35602 | Legal Services |
| Falkowski PLLC | PO Box 650<br>Novi, MI  48376-0650 | Legal Services |
| Fennemore Craig, Professional Corporation | 3003 North Central Avenue<br>Suite 2600<br>Phoenix, AZ 85012 | Legal Services |
| Foster, Swift, Collins & Smith, P.C. | 313 S. Washington Square<br>Lansing, MI  48933 | Legal Services |
| Frost Brown Todd LLC | 2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202-4182 | Legal Services |
| Gable & Gotwals Law Firm | 1100 Oneok Plaza<br>100 West 5th Street<br>Suite 100<br>Tulsa, OK  74103 | Legal Services |
| Garcia & Villarreal LLP | 4401 North McColl Road<br>Mcallen, TX 78504 | Legal Services |
| Gielowski and Steiner, LLP | 135 Delaware Avenue<br>Suite 405<br>Buffalo, NY  14202 | Legal Services |
| Global Quality Institute | 37 Marotta Avenue<br>Brampton, ON  L6X 4W9<br>Canada | Auditing Services |
| Goldberg Segalla LLP | 665 Main Stree<br> Suite 400<br>Buffalo, NY  14203 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Gowling Lafleur Henderson LLP | Box 466, Station D<br>Ottowa, ON  K1P 1C3<br>Canada<br><br>160 Elgin Street<br>Suite 2600<br>Ottawa, ON  K1P 1C3<br>Canada | Legal Services* |
| Grant Thornton LLP | 27777 Franklin Road<br>Suite 800<br>Southfield, MI 48034 | Auditing and Tax Services |
| Grassi & Toering, PLC | 888 West Big Beaver Road<br>Suite 750<br>Troy, MI 48084 | Legal Services |
| Gresk & Singleton | 950 S. Meridian Street, #410<br>Indianapolis, IN 46225 | Legal Services |
| Gwinn & Roby | 4100 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Legal Services |
| Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A. | 30 Columbia Tkp.<br>Florham Park, NJ  07932 | Legal Services |
| Hall Prangle & Schoonveld, LLC | 225 West Washington Street<br>Suite 2700<br>Chicago, Il 60606 | Legal Services |
| Hamberger & Weiss | 1725 Statler Towers<br>107 Delaware Avenue<br>Buffalo, NY  14202 | Legal Services |
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | 601 Poydras Street<br>Suite 2750<br>New Orleans, LA  70130 | Legal Services |
| Harlan and Harlan | 1360 S. 5th Street<br>St.. Charles, MO  63301 | Legal Services |
| Harris Beach LLP | 99 Garnsey Road<br>Pittsford, NY | Legal Services |
| Hartman & Hartman P.C. | 15 N. Franklin<br>Suite 250<br>Valparaiso, IN  48383<br><br>552 E. 700 N.<br>Valparaiso, IN  46383 | Legal Services |
| Heller Ehrman White & McAuliffe | 120 West 45th Street, 21st Floor<br>New York, NY  10036-4041<br><br>PO Box 60000<br>San Francisco, CA  94160-3536<br><br>7 Times Square<br>New York, NY  10036 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Hewitt & Associates | 101 West Big Beaver Road<br>Suite 300<br>Troy, MI  48084<br><br>PO Box 95135<br>Chicago, IL  60694<br><br>100 Half Day Road<br>Lincolnshire, IL  60069<br><br>PO Box 95135<br>Chicago, IL  60694 | Auditing Services |
| Hogan & Hartson, LLP | 555 13th Street N.W.<br>Washington, D.C.  2004 | Legal Services* |
| Horwood, Marcus & Berk Chartered | 180 N. Lasalle Street<br>Chicago, IL  60601 | Tax Consultancy Services |
| Hudson, Potts & Bernstein | 130 Desiard Street<br>Monroe, LA  71210 | Legal Services |
| Hunton & Williams LLP | Bank of America Plaza<br>Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308-2216 | Legal Services |
| Huron Consulting Services LLC | 550 West Van Buren Street<br>Chicago, IL 60607 | Financial Advisory Services |
| Ice Miller | 1 American Square, #82001<br>Indianapolis, IN 46282 | Legal Services |
| INDIEC Indiana Industrial Energy Consumers, Inc. | 1700 1 American Square<br>Box 82053<br>Indianapolis, IN  46282-0003 | Legal Services |
| Ivins, Phillips & Barker Chartered | 1700 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006 | Legal Services |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | 441 N. Evansdale Drive<br>Bloomfield Hills, MI  48304 | Legal Services |
| Jefferson Wells | 4000 Town Center<br>Suite 725<br>Southfield, MI 48075 | Auditing Services |
| John A. Artz P.C. | 28333 Telegraph Road<br>Suite 250<br>Southfield, MI  48034 | Legal Services |
| Johnston Barton Proctor & Powell LLP | 1901 6th Avenue North<br>Suite 2900<br>Birmingham, AL  35203 | Legal Services |
| Keating, Muething & Klekamp, P.L.L. | 1400 Provident Tower<br>1 E. 4th Street<br>Cincinnati, OH  45202 | Legal Services |
| Keefe and Associates | 24405 Gratiot Avenue<br>Eastpointe, MI  48021 | Legal Services |
| Kenneth Mason | The Book Barn<br>Westbourne<br>Hampshire, PO10 8RS<br>United Kingdom | Legal Services* |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Kenyon & Kenyon | One Broadway<br>New York, NY 10004 | IP Legal Services |
| Kevin P. Weldon | 5935 Westchester Street<br>Alexandria, VA  22310 | Legal Services |
| Kim & Chang | Seyang Building<br>223 Naeja Dong Chongro Du<br>Seoul 110<br>Republic of Korea<br><br>Seyang Building<br>223 Naeja Dong Chongro Ku<br>Seoul<br>Republic of Korea<br><br>Seyang Building 223<br>Naeja-Dong, Jongno-Gu<br>Seoul<br>Republic of Korea | Tax Consultancy<br>Legal Services* |
| Kirton & McConkie | 60 E. S. Temple No. 1800<br>Salt Lake City, UT  84145 | Legal Services |
| KPMG (Canada)<br><br><br><br><br>KPMG LLP (UK)<br><br><br><br>KPMG Adoügyviteli Kft | 2000 McGill College Avenue<br>Suite 1900<br>Montreal, Quebec<br>H3A 3H8<br>Canada<br><br>St James' Square<br>Manchester M2 6DS<br>United Kingdom<br><br>1139 Budapest,<br>Forgach u. 4.<br>Hungary | Tax Compliance<br>Services* |
| Kronish Lieb Weiner & Hellman LLP | 1114 Avenue of the Americas<br>Suite 4600<br>New York, NY  10036 | Legal Services |
| L.C. Begin & Associates, PLLC | 510 Highland Avenue PMB 403<br>Milford, MI  48381-1586 | Legal Services |
| Lathrop & Gage | 2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO  64108 | Legal Services |
| Lavin O'Neil Ricci Cedrone & DiSipio | Suite 500<br>190 N. Independence Mall West<br>Philadelphia, PA  19106<br><br>8000 Midlantic Drive<br>Suite 201 South<br>Mount Laurel, NJ 08054<br><br>780 3rd Avenue<br>New York, NY  10017 | Legal Services |
| Law Office of Robert E. Willyard | 600 West Santa Ana Boulevard, #101<br>Santa Ana, CA  92701 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Law Offices of Albert M. Gutierrez, P.C. | 111 Soledad<br>Suite 1310<br>San Antonio, TX  78205 | Legal Services |
| Law Offices of Brian C. Pauls | 919 S. Harrison Street<br>Suite 320<br>Fort Wayne, IN  46802 | Legal Services |
| Law Offices of Daniel Roemer, P.C. | 1111 Civic Drive<br>Suite 380<br>Walnut Creek, CA 94596 | Legal Services |
| Law Offices of Thomas J. Trenta, PLLC | 33 Bloomfield Hills Parkway<br>Suite 155<br>Bloomfield Hills, MI 48304 | Legal Services |
| Lee Tsai & Partners Attorneys | 5A, 218 Tun Hwa S. Road Sec. 2<br>Taipei 106, Taiwan,<br>R.O.C. | Legal Services |
| Leger Robic Richard, L.L.P. | Centre CDP Capital<br>1001 Victoria Square Bloc E. 8th Floor<br>Montreal, PQ  H2Z 2B7<br>Canada | Legal Services* |
| Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey | 3131 Princeton Pike - 1B<br>Trenton, NJ  08648 | Legal Services |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | 155 S. Park Avenue<br>Warren, OH 44482<br><br>PO Box 151<br>Warren, OH  44482-0151 | Legal Services |
| Levasseur & Levasseur | 28105 Greenfield Road<br>Suite 120<br>Southfield, MI  48076 | Legal Services |
| Lewis & Kappes, P.C. | c/o Jon P Wickes, Jr.<br>PO Box 82053<br>1700 One American Square<br>Indianapolis, IN  46282 | Legal Services |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Suite 410 Plaza North<br>4800 Fashion Square Boulevard<br>Saginaw, MI  48604 | Legal Services |
| Locke Reynolds LLP | 201 N. Illinois Street<br>Suite 1000<br>PO Box 44961<br>Indianapolis, IN  46244 | Legal Services |
| Locker & Lee | 6600 E. Campus Circle Drive<br>Suite 310<br>Irving, TX 75063 | Legal Services |
| Manitz, Finsterwald & Partner | Postfach 31 02 20<br>80102 Munchen<br>Germany | Legal Services* |
| Marcus Orbelius, Ekonom Support AB | Tallkrogsplan 93,<br>122 60 ENSKEDE<br>SWEDEN | |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Maria Luisa Flores Garciadiego | Avenida Universidad 2014<br>Edificio Paraguay, Ground Floor #4<br>Colonia Romero de Terreros<br>C.P. 04310, Delegacion Coyoacan<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Mark A. Navarre | 200 S. Main Street<br>Room B-1 PO Box 537<br>Urbana, OH  43078 | Legal Services |
| Mark Lewis, Barrister | 2 Braemore Gardens<br>Toronto, Ontairo,<br>Canada, M6G 2C8 | Legal Services |
| Marks & Clerk | Alpha Tower,<br>Suffolk Street Queensway,<br>Birmingham, B1 1TT<br>UK | IP Legal Services |
| Marshall, Gerstein & Borun | 6300 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL  60606 | Legal Services |
| Marylou J. Lavoie | 1 Banks Road<br>Simsbury, CT  06070 | Legal Services |
| McCarter & English | Mellon Bank Center<br>Suite 700<br>1735 Market Street<br>Philadelphia, PA  19103 | Tax Consultancy Services |
| McCarthy Tetrault LLP | Suite 4700 Toronto<br>Dominion Bank Tower, Box 48<br>Toronto, ON M5K 1E6<br>Canada | Legal Services* |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | 1800 Midland Building 101 W.<br>Prospect Avenue<br>Cleveland, OH  44115 | Legal Services |
| McElroy, Deutsch, Mulvaney and Carpenter, LLC | 100 Mulberry Street<br>Newark, NJ  07102 | Legal Services |
| McGann, Bartlett and Brown | 111 Founders Plaza<br>Suite 1201<br>East Hartford, CT  06108 | Legal Services |
| McGlynn & Luther | 500 N. Broadway<br>Suite 1515<br>Saint Louis, MO  63102 | Legal Services |
| McKenna Long & Aldridge LLP | 1900 K Street N.W.<br>Washington, D.C.  20006 | Legal Services |
| McNees Wallace & Nurick LLC | P O Box 1166<br>100 Pine Street<br>Harrisburg, PA  17108 | Legal Services |
| Michael D. Schloff, PLLC | 6905 Telegraph Road<br>Suite 215<br>Bloomfield Hills, MI  48301 | Legal Services |
| Micheal, Best and Fredrick LLP | 100 E. Wisconsin Avenue<br>S300<br>Milwaukee, WI  53202 | Legal Services |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | 1 Financial Center<br>Boston, MA  02111 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Moffatt Thomas Barrett Rock & Fields -Chartered | 101 South Capitol Boulevard<br>10th Floor<br>Boise, Idaho 83702 | Legal Services |
| Momsen, Leonardos & Cia | Rua Teofilo Otoni 63<br>10 Andar Centro Rio de Janeiro<br>RJ 20090-080<br>Brazil | Legal Services* |
| Moore Hansen & Sumner | 225 S. 6th Street<br>Suite 4850<br>Minneapolis, MN 55402 | Legal Services |
| Morgan, Lewis & Bockius LLP | 101 Park Avenue<br>New York, NY 10178<br><br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Legal Services |
| Mounce, Green, Myers, Safi & Galatzan | 100 N. Stanton<br>Suite 1700<br>El Paso, TX  79901-1448 | Legal Services |
| Naciri & Associates<br>Gide Loyrette Nouel | 52, Boulevard Zerktouni<br>Espace Erreda 5eme etage<br>20000 Casablanca<br>Morocco | Customs Advisory Services Legal Services* |
| Neal Gerber & Eisenberg, LLP | 2 N. Lasalle Street<br>Chicago, IL  60602 | Legal Services |
| Ogne, Alberts & Stuart, P.C. | 1869 E. Maple Road<br>Troy, MI  48083 | Legal Services |
| Parker and Irwin | 348 West Hospitality Lane<br>San Bernardino, CA  92408 | Legal Services |
| Paul E. Riegel, Esq. | 2525 N. 124th Street<br>Brookfield, WI  53005 | Legal Services |
| Paul, Hastings, Janofsky & Walker LLP | 515 S. Flower Street, 24th Floor<br>Los Angeles, CA 90071<br><br>600 Peachtree Street N.E.<br>Suite 2400<br>Atlanta, GA  30308 | Legal Services |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | 4057 Pioneer Drive<br>Suite 300<br>Commerce Township, MI  48390 | Legal Services |
| Pelaez Alonso, S.C. | Colonia del Valle<br>C.P. 03100, Delegacion Benito Juarez<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Phelps Dunbar LLP | Canal Place<br>365 Canal Street 2000<br>New Orleans, LA  70130<br><br>111 East Capitol<br>Suite 600<br>Jackson, MS  39225<br><br>PO Box 23066<br>Jackson, MS  39255 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Phifer & White, P.C. | L.B. Kind Building<br>Suite 500<br>1274 Library Street<br>Detroit, MI  48246 | Legal Services |
| Phillips Ormonde and Fitzpatrick | 367 Collins Street<br>Melbourne 3000<br>Australia<br><br>PO Box 323<br>Collins Street West 8007<br>Melbourne<br>Australia | Legal Services* |
| Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX  77010<br><br>PO Box 60000<br>San Francisco, CA  94160 | Legal Services |
| Plews Shadley Racher & Braun | 1346 N. Delaware Street<br>Indianapolis, IN  46202 | Legal Services |
| Plunkett & Cooney, P.C. | 38505 Woodward<br>Suite 2000<br>Bloomfield Hills, MI  48304<br><br>900 Marquette Building<br>243 West Congress<br>Suite 800<br>Detroit, MI  48226<br><br>1695 Woodward Avenue<br>Suite 210<br>Bloomfield Hills, MI  48013 | Legal Services |
| Porterfield, Harper & Mills, P.A. | 22 Inverness Center Pkwy<br>Suite 600<br>Birmingham, AL  35242<br><br>PO Box 530790<br>Birmingham, AL  35253 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| PriceWaterhouseCoopers | 1301 K Street N.W.<br>Suite 800W<br>Washington, DC  20005<br><br>Marino Escobedo 573<br>Col. Rincon Del Bosque<br>Mexico DF 11580<br>Mexico<br><br>AV Tecnologico 100 Piso 6<br>76030 Queretaro Qro<br>Mexico<br><br>North American Center<br>5700 Yonge Street<br>Suite 1900<br>North York, ON M2M 4K7<br>Canada<br><br>202 Hi Bin Road<br>Shanghai<br>200021<br>China | Tax Advisory and Advocacy Services* |
| Prichard, Hawkins, McFarland & Young LLP | Union Square<br>Suite 600<br>10101 Reunion Place<br>San Antonio, TX 78216 | Legal Services |
| Quan, Burdette & Perez, P.C. | 5177 Richmond Avenue<br>Suite 800<br>Houston, TX 77056 | Legal Services |
| Quarles & Brady LLP | 441 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, WI 53202 | Legal Services |
| Quattlebaum, Grooms, Tull & Burrow PLLC | 111 Center Street<br>Suite 1900<br>Little Rock, AR  72201 | Legal Services |
| Ralph L. Hensler | 1623 3rd Avenue 20G<br>New York, NY  10128 | Legal Services |
| Reising, Ethington, Barnes Kisselle, P.C. | 201 West Big Beaver<br>Suite 400<br>Troy, MI  48084 | Legal Services |
| Robin, Carmack and Gonia, LLP | 14771 Plaza Drive<br>Suite D<br>Tustin, CA  92780 | Legal Services |
| Roetzel and Andress | 222 S. Main Street<br>Akron, OH  43308 | Legal Services |
| Rogitz & Associates | 750 B Street<br>Suite 3120 Symphony Tower<br>San Diego, CA  92101 | Legal Services |
| Rumberger Kirk & Caldwell P.A. | 300 S. Orange Avenue<br>Lincoln Plaza<br>Suite 1400<br>Orlando, FL | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Russell & Stoychoff | 2855 Coolidge Highway #218<br>Troy, MI 48084 | Legal Services |
| Sager and Savage | 5152 Katella Avenue<br>Suite 104<br>Los Alamitos, CA  90720 | Legal Services |
| Samil PricewaterhouseCoopers | Kukje Center Building<br>191191 Hankangro 2ga Yongsanku<br>Seoul 140-702<br>Korea | Tax Services* |
| Scheuer Mackin & Breslin LLC | 11025 Reed Hartman Highway<br>Cincinnati, OH  45242 | Legal Services |
| Schmeiser, Olson & Watts | 18 E. University Drive<br>Suite 101<br>Mesa, AZ 85201<br><br>3 Lear Jet Lane<br>Suite 201<br>Latham, NY 12110<br><br>125 High Rock Avenue<br>Saratoga Springs, NY 12866 | Legal Services |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | 30903 Northwestern Highway<br>Farmington Hills, MI  48334<br><br>PO Box 634213<br>Cincinnati, OH  45263 | Legal Services |
| Sidley Austin Brown & Wood LLP | Square de Meeus 35<br>B-1000 Brussels<br>Belgium | Legal Services* |
| Slagle, Bernard & Gorman, P.C. | 600 Plaza West Building<br>4600 Madison Avenue<br>Suite 600<br>Kansas City, MO | Legal Services |
| Smiley-Smith & Bright CPAs, LLC | 4250 Lomac Street<br>Montgomery, AL  36106 | Legal Services |
| Smith, Gambrell & Russell, L.L.P. | 1850 M Street N.E.<br>Suite 800<br>Washington, DC  20036<br><br>1230 Peachtree Street N.E.<br>Suite 3100<br>Atlanta, GA  30309 | Legal Services |
| Snell & Wilmer LLP | One Arizona Center<br>400 E. Van Buren, 10th Floor<br>Phoenix, AZ  85004<br><br>1500 Citibank Tower<br>1 S. Church Avenue<br>Tucson, AZ  85701 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Squire, Sanders & Dempsey, L.L.P. - DC | 1201 Pennsylvania Avenue N.W. 5th<br>PO Box 407<br>Washington, DC  20004<br><br>1300 Huntington Center<br>41 S. High Street<br>Columbus, OH  43215<br><br>PO Box 643051<br>Cincinnati, OH  45264 | Legal Services |
| Stockwell, Harris, Widom and Wooly | 3580 Wilshire Boulevard, #1900<br>Los Angeles, CA  90010 | Legal Services |
| Stout Risius Ross, Inc. | 32255 Northwestern Highway<br>Suite 201<br>Farmington Hills, MI  48334 | Valuation Services |
| Sutherland Asbill & Brennan LLP | 1275 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Legal Services |
| Swift Currie McGhee & Hiers, LLP | 1355 Peachtree Street N.E.<br>Suite 300<br>Atlanta, GA  30309 | Legal Services |
| Thelen Reid & Priest LLP | 225 West Santa Clara Street<br>Suite 1200<br>San Jose, CA 95113 | Legal Services |
| Thompson & Knight LLP | 1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX  75201 | Legal Services |
| Thorn Gershon Tymann and Bonanni, LLP | P.O. Box 15054<br>Albany, NY 12212 | Legal Services |
| Tsar and Tsai | 8th Floor 245 Dunhua S. Road<br>Sec 1 Taipei 106<br>ROC<br>Taiwan, Province of China | Legal Services* |
| Trench, Rossi e Watanabe – Advogados | Av. Dr. Chucri Zaidan, 920<br>13 o andar – Market Place Tower I<br>04583-904 Sao Paulo, SP<br>Brazil | Legal Services* |
| Turner Reid Duncan Loomer & Patton P.C. | 1355 E. Bradford Pkwy<br>Suite  A<br>Springfield, MO  65804 | Legal Services |
| UHY Mann Frankfort Stein & Lipp Advisors, Inc. | 12 Greenway Plaza<br>8th Floor<br>Houston, TX  77046 | Legal Services |
| Vereenigde | PO Box 87930<br>2508 DH Den Haag<br>Netherlands | Legal Services* |
| Vicky Farah Law Offices | 201 E. Liberty Street<br>Ann Arbor, MI 48104 | Legal Services |
| von Kreisler Selting Werner | PO Box 102241<br>D-50462 Koln<br>Germany | Legal Services* |
| Vorys, Sater, Seymour & Pease LLP | 52 E. Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | Tax Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Ward Norris Heller & Reidy, LLP | 300 State Street<br>Rochester, NY 14614 | Legal Services |
| Washington Patent Services, Inc. | The Office Complex of Pasadena<br>933 Oleander Way South<br>Suite 3<br>South Pasadena, FL 33707 | Legal Services |
| Watkins Ludlam Winter & Stennis, P.A. | 633 North State Street<br>P.O. Box 427<br>Jackson, MS 39205 | Legal Services |
| Wax Law Group | 2118 Wilshire Boulevard<br>Suite 407<br>Santa Monica, CA 90403 | Legal Services |
| Webb Law Firm | 436 7th Avenue<br>Suite 700<br>Pittsburgh, PA 15219 | Legal Services |
| Webb Ziesenheim Logsdon Orkin & Hanson, P.C. | 700 Kopper Building<br>436 7th Avenue<br>Suite 700<br>Pittsburgh, PA 15219 | Legal Services |
| Wells, Anderson & Race, LLC | 1700 Broadway<br>Suite 1020<br>Denver, CO 80290 | Legal Services |
| Wesley D. Pack Jr. | 201 Donna Mae Lane<br>Leonard, MI 48367<br><br>16533 E. Campbell<br>Gilbert, AZ 85234 | Legal Services |
| White and Williams LLP | 1800 One Liberty Place<br>Philadelphia, PA 19103 | Legal Services |
| WIEG, Inc. | 10 E. Doty Street<br>Suite 800<br>Madison, WI 53703 | Legal Services |
| Williams & Williams | 43 Court Street<br>Suite 1000<br>Buffalo, NY 14202 | Legal Services |
| Wimer Law Offices, P.C. | 655 Allegheny Avenue<br>Oakmont, PA | Legal Services |
| Wise, Carter, Child & Caraway | 600 Heritage Building<br>401 East Capitol Street<br>Suite 600<br>Jackson, MS 39201<br><br>P O Box 651<br>Jackson, MS 39205 | Legal Services |
| Wolff & Samson PC | The Offices at Crystal Lake<br>One Boland Drive<br>West Orange, New Jersey 07052 | Legal Services |
| Wood and Richmond | 3300 Vickery Road<br>N. Syracuse, NY 13212 | Legal Services |
| Wood, Herron & Evans, L.L.P. | 2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Wooden & McLaughlin, LLP | 1 Indiana Square<br>Suite 1800<br>Indianapolis, IN  46204 | Legal Services |
| Young & Basile P.C. | 3001 West Big Beaver Road<br>Suite 624<br>Troy, MI  48084 | Legal Services |
| Yuasa & Hara | Section 206 New Ohtemachi Building<br>2-1<br>Ohtemachi 2-Chome<br>Chiyoda-Ku<br>Tokyo 100-0004<br>Japan<br><br>CPO Box 714<br>Tokyo 100 8692<br>Japan | Legal Services* |
| Zeanah, Hust & Summerford | 2300 University Boulevard<br>7th Floor, Am. S. Building<br>Tuscaloosa, AL  35401 | Legal Services |