**HODGSON RUSS LLP**
Attorneys for Conestoga-Rovers & Associates, Inc.
60 East 42nd Street, 37th floor
New York, New York 10165
(212) 661-3535
Gary I. Selinger (GIS-3555)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Return Date and Time:<br>July 19, 2007 at 10:00 a.m. |

------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.,

      Debtors.

Chapter 11
Case No. 05-44481 (RDD)

Jointly Administered

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

  Gary I. Selinger, by his signature below, certifies that on July 12, 2007, in accordance with the *Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims* entered by this Court on December 7, 2006, he caused the foregoing **Response and Opposition of Conestoga-Rovers & Associates, Inc. to Debtors' Objection to Claim, Made Within Debtors' Seventeenth Omnibus Claims Objection** (the "Response") to be served (1) by filing the Response using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; and (2) by overnight courier via Federal Express, in "hard-copy", upon (a) the Honorable Robert D. Drain, United States Bankruptcy Judge, directly to his chambers, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004; (b) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel); and (c) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom, LLP, to (i) John Wm. Bulter, Jr., Esq., John K. Lyons, Esq. and Joseph N. Wharton, Esq. at 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 and (ii) Kayalyn A. Marafioti, Esq. and Thomas J. Matz, Esq., Four Times Square, New York, New York 10036.

Dated: July 12, 2007
   New York, New York

                    _____
                    Gary I. Selinger (GIS-3555)