ContiTech Elastomer-Beschichtungen GmbH
Unternehmensgruppe ContiTech

CT Elastomer-Beschichtungen GmbH, Breslauer Str 14, 37154 Northeim

Delphi Energy & Chassis System
5820 Delphi Drive
TROY NY   48098
USA

Shipping address:
Delphi Automotive Systems
c/o
Production Receiving Dock 88
1000 Lexington Avenue
ROCHESTER, NY  14606
USA

Terms of payment:  Currency USD
Up to 09/02/2005 without deduction
Terms of delivery: FOB  Frankfurt

Weight   (gross/net)
Gross weight:         27.0 KG           Net weight:      21.0 KG

## Invoice

| Please, specify for all papers | |
|---|---|
| Number: | 7018010 |
| Date | 07/01/2005 |
| Supplier number: | 1009317 |
| Delivery Note Number: | 7018007 |
| Delivery Date | 07/01/2005 |
| HE020703 reference no.: | |
| Customer Number: | 20956 |
| Purchase order number: | 550016262 |
| Purchase Order Date | 11/19/2002 |
| Order number: | 30000266 |
| Date | 05/15/2003 |

Contact in our department/Phone:
Melanie Liedtke-Sieben
Phone: 01149-5551-702678 Fax: -502
email:melanie.liedtke-sieben@elastomer.contitech.de

| Our EC-ID-No.: | DE811228382 |
|---|---|

Bitte bei Panalpina Welttransport-Nürnberg anmelden.
SERVICE LEVEL 2
Ansprechpartner: M. Klotzbuecher; Tel: 0911-4309185
************************************************************

The solid woodpacking material are totally free from bark and apperently
free from live plant pets
The solid woodpacking material is totally free from bark and apprently free from live plant pets.

| Item. | Material Description | Quantity | Unit | Price | Price unit | | Value |
|---|---|---|---|---|---|---|---|
| 10 | 2046000000 | 67,500.00 | PC | 43.60 USD | 100 | PC | 29,430.00 |
| | Molded Dia GFSX 7090 0,40 AV QD 5370 | | | | | | |

Customer part number 25345370   Position
CHARGE CD055
Commodity Code: 59111000         Made in: DE
************************************************************

28% rubber coated textile material for automotive molded diaphragms. HS 5911.10.2000
Made in Germany
************************************************************

Nicht EG-Kaufvertrag

**Final Amount in USD**                                                                                           29,430.00

ContiTech
Elastomer-Beschichtungen GmbH
Breslauer Str 14, D-37154 Northeim
Telefon + + 49 5551 702 666
Telefax + + 49 5551 702 601

Geschäftsführer:
Heiko Eymer
Gerhard Lorch
Sitz der Gesellschaft: Hannover
Registergericht:
Amtsgericht Hannover HRB 50972

Bankverbindung: ContiTech
Elastomer-Beschichtungen GmbH:
Dresdner Bank AG, Göttingen
582 412 600  BLZ 260 800 24
IBAN: DE86260800240582412600
S W I.F.T : DRESDEFF260

Steuernummer: 25/200/00079

ContiTech Elastomer-Beschichtungen GmbH
Unternehmensgruppe ContiTech

# Invoice

*page* 2

**Delphi Energy & Chassis System**
**5820 Delphi Drive**
**TROY NY   48098**
**USA**

| Please, specify for all papers | |
|---|---|
| Number: | 7018010 |
| Date | 07/01/2005 |

| Pos. | Material Bezeichnung | fakturierte Menge | Einheit | Preis | Preiseinheit | Nettowert |
|---|---|---|---|---|---|---|

Die Warensendung wurde hinsichtlich der Einhaltung von VuB-Bestimmungen überprüft.
Zur Vorausanmeldung nach §13 AWV zugelassen
DE/4900/AK/0010 Hauptzollamt Braunschweig
**AUSFUHRKONTROLLMELDUNG**

ContiTech
Elastomer-Beschichtungen GmbH
Breslauer Str. 14, D-37154 Northeim
Telefon + + 49 5551 702 666
Telefax + + 49 5551 702 601

Geschäftsführer:
Heiko Eymer
Gerhard Lerch
Sitz der Gesellschaft: Hannover
Registergericht:
Amtsgericht Hannover HRB 50972

Bankverbindung: ContiTech
Elastomer-Beschichtungen GmbH:
Dresdner Bank AG, Göttingen
582 412 600  BLZ 260 800 24
IBAN: DE86260800240582412600
S.W.I.F.T.: DRESDEFF260

Steuernummer: 25/200/00079

Elastomer Coatings

# Delivery Note

CT Elastomer-Boschichtungen GmbH, Breslauer Str 14, 37154 Northeim

**Delphi Automotive Systems**
c/o
**Production Receiving Dock 88**
**1000 Lexington Avenue**
**ROCHESTER, NY 14606**
**USA**

Please, specify for all papers

| | |
|---|---|
| Number: | 7018007 |
| Date: | 07/01/2005 |
| Supplier number: | |
| Customer number: | 20414 |
| Purchase order number: | 550016262 |
| Date: | 11/19/2002 |
| Order number: | 30000266 |
| Date: | 05/15/2003 |

Partner / Phone
Melanie Liedtke-Sieben
Phone: 01149-5551-702678 Fax: -502
email:melanie.liedtke-sieben@elastomer.contitech.de

Terms of delivery: FOB  Frankfurt

Weight (gross/net)
Gross weight:   27.0 KG   Net weight:   21.0 KG

Despatch date:     07/01/2005

Bitte bei Panalpina Welttransport-Nürnberg anmelden.
SERVICE LEVEL 2
Ansprechpartner: M. Klotzbuecher; Tel: 0911-4309185
*****************************************************************
The solid woodpacking material are totally free from bark and apperently
free from live plant pets
The solid woodpacking material is totally free from bark and apprently free from live plant pets.

| Pos. | Material Description | Quantity | Unit | Weight | |
|---|---|---|---|---|---|
| 10 | 2046000000 | 67,500.00 | PC | 36.450 | KG |
| | Molded Dia GFSX 7090 0,40 AV QD 5370 | | | | |
| | Customer part number 25345370 | | | | |
| | Charge CD055 | | | | |
| | ***************************************************************** | | | | |
| | 28% rubber coated textile material for automotive molded diaphragms. HS 5911.10.2000 | | | | |
| | Made in Germany | | | | |
| | ***************************************************************** | | | | |

Packing:                                              3   Molded Dia GFSX 7090 0,40 AV QD 537

| | Reception note | Verification of quantity | Quality/Test report | Consignee | Verification of invoice |
|---|---|---|---|---|---|
| Datum/Date | | | | | |
| Name/Sign | | | | | |

Elastomer Coatings

| | |
|---|---|
| VERSENDER/LIEFERANT L-NR.: | SPEDITIONSAUFTRAGS-NR.: 10035181 |
| | NR.VERSENDER B.VERS-SPED.: 732471 |
| **ELASTOMER-BESCHICHTUNGEN GMBH** | **S P E D I T I O N S A U F T R A G** |
| Geschäftsbereich: Membranstoffe | |
| Werk Northeim (60) | DATUM 26.06.2007  REL.-NR.: |
| Breslauerstr. 14 | |
| 37154 Northeim | VERSANDSPEDITEUR SPED-NR. 85213 |
| BELADESTELLE: | **Panalpina Welttransport GmbH** |
| SENDUNGS-/LADUNGS-BEZUGSNR.: 10035181 | **Ingolstadterstrasse 25** |
| EMPFAENGER    KD-NR.:    20414 | **90461 Nürnberg** |
| **Delphi Automotive Systems** | 0911/4309-0-4... |
| c/o | |
| **1000 Lexington Avenue** | BORDERO-/LADEL.-NR.: |
| ROCHESTER, NY 14606 | |
| USA | |
| | VERSENDERVERMERK F.D.VERSANDSPED. |
| ANLIEFER-/ABLADESTELLE | 3 KARTON COLLI 245865-867 |
| | 51 X 27 X 40 = 2X |
| | 40 X 26 X 26 |
| | EINTREFF-DATUM 06.07.2005  -Zeit 00:00 |

| ZEICHEN U. NUMMER | ANZ. | VERPACKUNG | S | INHALT | LADEM. | BRUTTO |
| von (-bis) | | | F | | GEW.KG | GEW.KG |
|---|---|---|---|---|---|---|
| 7018007 | 003 | *WP-Versandfaltsch | | 25345370 | 6 | 27 |
| 82263-82265 | | | | | | |

| SUMME: 0003 RAUMINH.CDM/LADEMETER | SUMMEN: | 6 | 27 |
|---|---|---|---|

GEFAHRGUT-KLASSIFIK.:
GEFAHRGUT-BEZEICHNG.:

| FRANKATUR | | TRANSP-VERS.VOM SPED. | VERS.-NACHN. |
|---|---|---|---|
| **FOB Frankfurt** | | ZU DECK.M.DM | DM |

| | |
|---|---|
| ContiTech ist generell Verbotskunde gemäss SLVS | AUFTR-NR.KD. 550016262   KONT. |
| ANLAGEN | TRANSP.MI. |
| | LKW-CODE |
| | VERS.ART LKW Spedition    ABR.SCHL. |
| | EMPFANGSBESTAET.D.WARENEMPFAENGERS: |
| | OBIGE SENDUNG VOLLSTAENDIG UND IN |
| | ORDNUNGSGEMAESSEM ZUSTAND ERHALTEN |

UEBERNAHMEBESTAETIGUNG DES FAHRERS:
OBIGE SENDUNG UND LIEFERPAPIERE VOLLSTAENDIG
UND IN ORDNUNGSGEMAES. ZUSTAND UEBERNOMMEN

| | SENDUNG ENTHAELT | DAVON GETAUSCHT |
|---|---|---|
| 26.06.2007  15:24 | EURO-FLACHPAL. | EURO-FLACH |
| DATUM    UHRZEIT   UNTERSCHRIFT | EURO-GITTERPAL. | EUROGITTER |

ES GELTEN DIE ALLGEMEINEN DEUTSCHEN SPEDITEURBEDINGUNGEN (ADSP).
GERICHTSSTAND IST DER FIRMENSITZ DES VERSANDSPEDITEURS

Dresdner Bank AG in Hamburg

Dresdner Bank AG in Hamburg

International Business
AZV-Support
Jungfernstieg 22
D-20349 Hamburg

Telefon:   01805354013
Telefax:   040/3501-3818

ContiTech
Elastomer-Beschichtungen GmbH
Breslauer Str. 14

37154 Northeim

Hamburg, 02.09.2005

| | |
|---|---|
| BLZ/Konto-Nr.: | 26080024/ 5 824 126 00 in EUR |
| IBAN: | DE86 2608 0024 0582 4126 00 |
| S.W.I.F.T.: | DRESDEFF250 |
| Ihre Referenz: | |
| Unsere Referenz: | P49A50902CZ01 |

Kontoinhaber:
ContiTech Elastomer-Beschichtungen GmbH

## Gutschriftsanzeige wegen Auslandszahlung

| | | |
|---|---|---|
| Beauftragter Betrag: | 17.658,00 | USD |
| Wir vergüten zum Kurs EUR/USD 1,252375 | 14.099,61 | EUR |

Es ergibt sich folgende Abrechnung:

| | | | |
|---|---|---|---|
| Bearbeitungsentg | 0,500 %o | 7,05 | EUR |
| Summe Entgelte | | 7,05 | EUR |
| Den Betrag vergüten wir auf Konto-Nr. 5 824 126 00 in EUR | Valuta 06.09.2005 | 14.092,56 | EUR |

Auftraggeber: 175137901
DELPHI AUTOMOTIVE SYSTEMS LLC

Begünstigter: 582412600
CONTITECH ELASTOMER    EFT BRESLAUER STRASSE 14
37154 NORTHEIM GERMANY   XXX
**Sendende Bank:**
DEUTSCHE BANK AG
FRANKFURT
**Verwendungszweck:**
EDIFACT003/003748998-00027020050825 001 ACF085013679

**Weitere Mitteilungen:**
/OCMT/USD    17.658,00

Dieses Schreiben ist auch ohne Unterschrift gültig

Für die Abwicklung dieses Geschäftes gelten unsere Allgemeinen Geschäftsbedingungen. Einwendungen müssen unverzüglich nach Zugang dieser
Mitteilung mündlich, telefonisch, telegrafisch oder fernschriftlich erhoben werden. Andernfalls gelten die in dieser Anzeige genannten Geschäfte als
genehmigt. Hinweis für Gebietsansässige: Wir bitten, die Meldevorschriften gem. Außenwirtschaftsverordnung für den Zahlungs- bzw. Kapitalverkehr
mit dem Ausland zu beachten, bei Daueraufträgen zu jedem Ausführungstermin.