29.07.2005 21:18:29         +495116302597                XPRSUR   Page #001      P.3



# BENECKE-KALIKO
## Invoice

Page 1/2

| Customer address | Customer number | No. |
|---|---|---|
| Delphi Automotive Systems<br>CMM Plant, Attn.:Elisa Lara<br>1900 Billy Mitchell Blvd.<br>BROWNSVILLE, TX 78521<br>USA | 22954<br>Supplier number<br>315557231 | 20275622<br>Date<br>28.07.2005<br>Delivery note no.<br>3341776/28.07.05<br>Our order no.<br>1168598   ZAEA<br>02 44072 |

| Your reference | Your order no./Date<br>1743/25.07.2005 | Our department<br>Mrs.Töpfer | Extension<br>375 |
|---|---|---|---|
| Type of shipping<br>see below | Customer | Net weight<br>1.131 KG | Gross weight<br>1.191 KG |
| Delivered to<br>Delphi Automotive Systems<br>CMM Plant, Attn.:Elisa Lara<br>1900 Billy Mitchell Blvd.<br>BROWNSVILLE, TX 78521<br>USA | | | Place of discharge |

| Item | Material-No.Inclusive Width / mm<br>Marking<br>Customer ref. number<br>Marking<br>Width / Quantity | | Price | per Unit | V.A.T. No.<br>Value |
|---|---|---|---|---|---|
| 1 | E6150158A0530A<br>TEPEO-KF 8037 IT ANTHRAZIT<br>Part no.: M101251<br>P.O.: INL-E6317<br>1.010,499 YDS | 39219090 | 4,11 USD | 1 YDS | 4.153,15 USD |
| 2 | E6150157A0530A<br>TEPEO-KF 8037 IT ORIONGRAU MITTEL<br>Part no.: M101252<br>P.O.: INL-E6317<br>1.082,677 YDS | 39219090 | 4,42 USD | 1 YDS | 4.785,43 USD |
| 3 | E6150156A0530A<br>TEPEO-KF 8037 IT JAVA<br>Part no.: M101253<br>P.O.: INL-E6317<br>1.082,677 YDS | 39219090 | 4,42 USD | 1 YDS | 4.785,43 USD |

Total items                                                                13.724,01 USD
*Total amount*                                                             13.724,01 USD

**tax exempt export delivery**
Payment conditions:
60 days net
Terms of delivery:
EXW/ Ex works

29.07.2005 21:18:29         +495116302597                    XPRSVR   Page #001      P.4

# B> BENECKE-KALIKO
## Invoice

Page 2/2

| Customer address                                                                                                              | Customer number 22954  Supplier number 315557231 | No. 20275622  Date 28.07.2005  Delivery note no 3341776/28.07.05  Our order no. 1168598   ZAEA 02 44072 |
|---|---|---|
| Delphi Automotive Systems CMM Plant, Attn.:Elisa Lara 1900 Billy Mitchell Blvd. BROWNSVILLE, TX 78521 USA | | |

Country of origin: Federal Republic of Germany.

**SANDUSKY ATHOL INTERNATIONAL**

ORIGINAL—NOT NEGOTIABLE 

| NAME OF CARRIER | WILL ADVISE | DATE | 7/26/2005 | CARRIER NUMBER | 54 | BILL OF LADING # | 1743 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described below...

**TO:** DELPHI THERMAL & INTERIOR
**Consigned** 3301 NAFTA PARKWAY SUIT B
**Street** BROWNSVILLE TX 78521
**Destination**

**FROM:** ATHOL CORPORATION
**Street** ATHOL CORPORATION
P.O. BOX 7568
528 TOWNSEND AVE.
**Origin** HIGH POINT, NC 27264

| NO. PACKAGES | ARTICLES & EXCEPTIONS | WEIGHT | CLASS OR RATE | ✓ |
|---|---|---|---|---|
| | ****** ITEM ****** | PALLET | | |
| M101253 | TPO COMPACT ARMREST | 503378500 | 1082 YDS / 989 MT | |
| M101252 | TPO COMPACT ARMREST | 503336700 | 1082 YDS / 989 MT | |
| M101251 | TPO COMPACT ARMREST | 505070000 | 1011 YDS / 924 MT | |
| 3 PALLETS | | | | |

123-0155064 9

on Best Way

PLASTIC OR RUBBER, OTHER THAN CELLULAR (CLASS 70)

**Carrier:** Please **DO NOT DOUBLE STACK.** If your company does double stack, Athol is not responsible for the freight charges or material damages.

TOTAL PIECES: 3450    TOTAL WT.

COLLECT

CORRECT WEIGHT IS 3450 LBS.

ATHOL CORPORATION    Shipper, Per _Marsha_    Agent, Per _____

07/26/2005 17:34 FAX    CHERYL    ☑ 001

Permanent post office address of shipper

```
                    A T H O L   P A C K I N G   S L I P
                              100 22ND ST.
                                     BUTNER, N.C.

PAGE    1 OF    1
        DATE   7/26/05

        TIME  14.43.23

SOLD TO 3 -00001030                      SHIP TO
DELPHI I 39701 BROWNSVILLE,TX            DELPHI THERMAL & INTERIOR
C/O DAYTON DDC % CONNECTION CO.
3154 TRANSPORTATION ROAD                 3301 NAFTA PARKWAY SUIT B
RIVERSIDE                                BROWNSVILLE TX

SHIP VIA WILL ADVISE       COLLECT    B/L#    0001743

ITEM                                     LOT#         PALLET#           **
***  QUANTITY  *****
M101253           TPO COMPACT ARMREST    223811       503375500    1082.67
70 YARDS    989.9998 METERS PO#:
JAVA

M101252           TPO COMPACT ARMREST    223807       503336700    1082.67
70 YARDS    989.9998 METERS PO#:
ORION GREY

M101251           TPO COMPACT ARMREST    223886       505070000    1011.00
00 YARDS    924.4584 METERS PO#:
ANTHRACITE

..................................................................
.........................

SHIPMENT TOTALS
   3 PALLETS                3,450 POUNDS
```

07/26/2005 17:34 FAX → CHERYL ☒005

## Sandusky Athol International
### Benecke-Kaliko

Benecke-Kaliko c/o Sandusky Athol International
27950 Orchard Lake Road Suite 101
Farmington Hills, MI 48334

Phone (248) 855-6100
Fax    (248) 855-6113

TO: Athol Whse.
FROM: Cheryl Thomas

DATE: July 25, 2005

SUBJECT: Shipment for: Delphi Thermal & Interior
3301 Nafta Parkway; Suit B
Brownsville, TX 78521

B/L # 1743

**PLEASE INCLUDE P.O. #:550057005/PLANT CODE: RH01 ON THE BILL OF LADING:**

Please pull from our stock the following pallets and ship COLLECT via USF Holland for pick up Tuesday, 7/26/05:

| Customer Part Number | | Width | Color | Pallet Number/s | Meters | Yards |
|---|---|---|---|---|---|---|
| M101251 | | 53cm | Anthracite | 505070000 | | 1010.499 |
| | | | | | Total | 1010.50 |
| M101252 | | 53cm | Orion Gray | 503336700 | | 1082.677 |
| | | | | | Total | 1082.68 |
| M101253 | | 53cm | Java | 503375500 | | 1082.68 |
| | | | | | Total | 1082.68 |

1168598
3341776
2027622

21596

22954

USF LTL Shipping                                                            Page 1 of 1

*\* Proof of Delivery*



» USF Holland    » USF Reddaway    » USF Glen Moore

Delivering.™

USF companies    News    Careers    Contact    Help    Shop USF    [Search]

Quick Tools & Forms

USF Net Log In
Register here

» LTL Services
» New Customers
» Technology Services
» USF Holland
» USF Reddaway

## Track Shipment Results Detail

**Current Status** Delivered clear 09/14/05

**Pro number** 123-0155064

**Bill Of Lading number** 1743

**Purchase Order number**

**Shipper number**

**Pickup Date** Tue. Jul. 26, 2005

**Standard Delivery** Tue. Aug. 02, 2005

**Appointment** n/a

**Service Type**

**Origin** HIGH POINT, NC 27263

**Terminal** GREENSBORO USF Holland

**Destination** BROWNSVILLE, TX 78521

**Terminal** BROWNSVILLE USF Bestway

**3rd Party Billed** TROY, MI 48084

**Delivery Receipt Signature**

**Pieces** 3

**Weight** 3,450 lbs

Did you know?

If you log in to **USF Net**, you can get more detailed tracking results for your shipments, including freight charges and shipment details!
See a sample >>

Not registered for USF Net? Register now!

© 2005-2007 YRC Regional Transportation    Privacy Policy  |   Terms of Use

http://www.usfc.com/shipmentStatus/track_shipments_validations.jsp                    6/26/2007