SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
Telephone: (617) 338-2800
Facsimile:  (617) 338-2880
Gayle P. Ehrlich  (GE 6649)
Pamela Smith Holleman  (PH 1353)

and

NANTZ, LITOWICH, SMITH
  GIRARD & HAMILTON, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI  49546-7671
Telephone: (616) 977-0077
Facsimile: (616) 977-0529
Sandra S. Hamilton (P-41980)

*Attorneys for the City of Wyoming, Michigan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                   )
In re                              )    Chapter 11
                                   )
DELPHI CORPORATION, *et al.*,      )    Case No. 05-44481 (RDD)
                                   )
            Debtors.               )    (Jointly Administered)
_____)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this date she caused a true and correct copy of the **City of Wyoming, Michigan's Withdrawal of Response To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed.R.Bankr.P. 3007 to Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. Section 502(c)** to be served by first class mail, postage prepaid, upon each of the persons named upon the attached Service List, and via the Bankruptcy Court's ECF notification system upon all registered users thereof.

Dated:  July 12, 2007            /s/ Pamela Smith Holleman
        Boston, MA              Pamela Smith Holleman

1

{B0661154; 1}

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn:  General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>Attn:  John Wm. Butler, Jr. |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn:  Kenneth S. Ziman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn.:  Donald Bernstein and Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022<br>Attn.:  Robert J. Rosenberg and Mark A. Broude | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004<br>Attn.:  Bonnie Steingart |
| Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004<br>Attn.:  Alicia M. Leonhard | |

{B0661154; 1}