Hearing Date and Time: July 19, 2007 at 10:00 a.m.
Response Date and Time: July 12, 2007 at 4:00 p.m.

COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Harco Brake Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x
                                                      :
     In re                                            :    Chapter 11
                                                      :
DELPHI CORPORATION, et al.,                           :    Case No. 05-44481 (RDD)
                                                      :
                    Debtors.                          :    (Jointly Administered)
----------------------------------------------------- :


RESPONSE OF HARCO BRAKE SYSTEMS, INC. TO
SEVENTEENTH OMNIBUS CLAIM OBJECTION


       This Response to Seventeenth Omnibus Claim Objection is filed by Harco Brake Systems, Inc. ("Harco Brake") and relates to Claim No. 9466.  Harco Brake filed said Claim for the sum of $2,114,936.05, a copy of which Claim is annexed hereto as Exhibit A.  The Debtor has in its Omnibus Objection stated that the modified total should be $2,099,080.09.

       Harco Brake has addressed the discrepancy with the Debtor, but to the date hereof has not been able to obtain an explanation for the discrepancy.  Harco Brake believes its Proof of Claim to be accurate.

       Under the circumstances, Harco Brake files this response in order to obtain an explanation for the amount by which the Debtor seeks to reduce the Harco Brake Claim.

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  July 12, 2007                                   Respectfully submitted,

                                                        COOLIDGE WALL CO., L.P.A.


                                                        /s/ Ronald S. Pretekin
                                                        Ronald S. Pretekin, Esq. (#0018694)
                                                        33 West First Street, Suite 600
                                                        Dayton, OH  45402
                                                        Telephone:  937-223-8177
                                                        Facsimile:  937-223-6705
                                                        e-mail:  pretekin@coollaw.com

                                                        ATTORNEYS FOR HARCO BRAKE
                                                        SYSTEMS, INC.


## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2007, a copy of the foregoing ***Response of Harco BrakeSystems, Inc. to Seventeenth Omnibus Claims Objection*** was filed electronically with the Clerk of Courts.  Notification of this filing will be sent to the parties listed below by operation of this Court's CM/ECF system.  Copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent.  Parties may access this filing through PACER.

                                                        /s/ Ronald S. Pretekin


The Honorable Robert D. Drain                           Delphi Corporation
United States Bankruptcy Judge                          Attn:  General Counsel
United States Bankruptcy Court for the                  5725 Delphi Drive
      Southern District of New York              Troy, MI  48098
One Bowling Green, Room 632
New York, NY  10004

Skadden Arps Slate Meagher & Flom LLP
Attn:  John William Butler, Jr.
      John K. Lyons
      Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

S:\Wdox\Client\005461\00151\00352086.Doc

PDF created with pdfFactory trial version www.pdffactory.com