UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I served a copy of L&W Engineering Co.'s Response to Debtors' Seventeenth Omnibus Objection upon the parties listed below by First Class Mail.

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Hon. Robert D. Drain
U.S. Bankruptcy Court
One Bowling Green, Room 632
New York, NY 10004

/s/ Janice M. Southworth
JANICE M. SOUTHWORTH
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Phone (248) 540-3340
rheilman@schaferandweiner.com
RYAN D. HEILMAN (P63952)

COUNSEL FOR L&W Engineering Co.

{00138371}