UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| DELPHI CORPORATION, et al. | : Chapter 11 |
| Debtors. | : Case No. 05-44481 (RDD) |
| | : (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Louis G. McBryan, a member in good standing of the bar in the State of Georgia and the State of Missouri, and the bar of the United States District for the Northern District of Georgia, United States District Court for the Middle District of Georgia, United States District Court for the Southern District of Georgia, United States District Court for the Western District of Wisconsin, Georgia Supreme Court, and the Georgia Court of Appeals, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Vanguard Distributors, Inc., a Creditor, in the above referenced case.

Mailing address:   Howick, Westfall, McBryan & Kaplan, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, Georgia 30339

E-mail address:   lmcbryan@hwmklaw.com;   telephone number (678) 384-7000

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 11, 2007

_____
Louis G. McBryan

{File: 00001980.DOC /}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, et al.

    Debtors.

: Chapter 11
:
: Case No. 05-44481 (RDD)
:
: (Jointly Administered)

## ORDER

**ORDERED,**
that Louis G. McBryan, Esq, is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: July ___, 2007
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

{File: 00001980.DOC /}