**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>         Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                         )ss.:
COUNTY OF NEW YORK  )

      Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

      On July 12, 2007, I caused to be served a true and correct copy of the **Joint Response of United Plastics Group, as Claimant, and Longacre Master Fund, Ltd., as Assignee, to Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(d) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation** upon the parties listed on the service list attached hereto in the manner indicated therein.

                                          */s/Daniel Pina*
                                            Daniel Pina

Subscribed and sworn to before
me this 12th day of July 2007

*/s/ Andrew P. Lederman*
Notary Public

                              **Andrew P. Lederman
Notary Public, State of New York
No. 02LE4833075
Qualified in New York County
Commission Expires March 1, 2010**

## *Service List*

### *Via Federal Express*

Attn.:   General Counsel
**Delphi Corporation**
5725 Delphi Drive
Troy, MI  48098

### *Via Federal Express and Facsimile*

Attn.:   John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Joseph N. Wharton, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-0411

### *By Hand*

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY  10004