# EXHIBIT A


# A. Schulman Inc.

*** REPRINT ***

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

| | |
|---|---|
| Order No.: | 0249196 / 00 |
| Invoice No.: | I203777 |
| Invoice Date: | 1/05/04 |
| Payment Due: | 3/05/04 |
| Payment Terms: | NET  60 DAYS AFTER INVOICE DATE |

Customer Acct. No:  015290  / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**

8,800.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

**Ship to:**
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/05/04 | CENTRAL TRANSPORT* | COL | L210975 | 3360.000 | 160.000 | 3200.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT | 3200.000  LB | 2.75000 | 8800.00 |
| | ** Part Number ** | | | |
| | 32013 | | | |
| | PART# 32013 | | | |
| | DELPHI PLANT 35 | | | |
| | PO# 489920 | | | |
| | DELPHI PLANT 35 | | | |
| | PART# 32013 | | | |
| | ZD | | | |
| | SUB-TOTAL | | | 8800.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** ___1___

**Total Amount**   8,800.00



## A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

| | |
|---|---|
| Order No.: | 0249198 / 00 |
| Invoice No.: | I204046 |
| Invoice Date: | 1/07/04 |
| Payment Due: | 3/07/04 |
| Payment Terms: | NET 60 DAYS AFTER INVOICE DATE |

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**

4,125.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/07/04 | CENTRAL TRANSPORT* | COL | L211251 | 1580.000 | 80.000 | 1500.000 |

| Item Number | Description | Quantity | | Unit Price | Extension |
|---|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br> 32013<br> PART# 32013<br>DELPHI PLANT 35<br>PO# 489920<br>DELPHI PLANT 35<br>PART# | 1500.000 | LB | 2.75000 | 4125.00 |
| | SUB-TOTAL | | | | 4125.00 |

**Total Amount**    4,125.00

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

| | |
|---|---|
| Order No.: | 0249252 / 00 |
| Invoice No.: | I204600 |
| Invoice Date: | 1/12/04 |
| Payment Due: | 3/12/04 |
| Payment Terms: | NET 60 DAYS AFTER INVOICE DATE |

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**

4,125.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 013550049191 | 1/12/04 | CONWAY CENTRAL EXPRESS | PPD | L211712 | 1580.000 | 80.000 | 1500.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>\*\* Part Number \*\*<br>  32013<br>  PART# 32013<br>DELPHI PLANT 35<br>PO# 013550049191<br>DELPHI PLANT 35<br>PART# 32013<br>ZD | 1500.000 LB | 2.75000 | 4125.00 |
| | SUB-TOTAL | | | 4125.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** 1

**Total Amount** 4,125.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

| | |
|---|---|
| Order No.: | 0253490 / 00 |
| Invoice No.: | I206062 |
| Invoice Date: | 1/23/04 |
| Payment Due: | 3/23/04 |
| Payment Terms: | NET 60 DAYS AFTER INVOICE DATE |

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

5,004.00

DELPHI PLANT 83
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS T 78586
X

Ship to:
DELPHI-DELCO ELECTRONICS 83
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS 78567
TX

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 1/23/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L213031 | 3760.000 | 160.000 | 3600.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br> 30976<br> PART# 30976<br>DELPHI-DELCO ELECTRONICS<br>PLANT 83<br>PO# 550046120<br>PART# 30976<br>ZD | 3600.000 LB | 1.39000 | 5004.00 |
| | SUB-TOTAL | | | 5004.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount** | 5,004.00

 **_A. Schulman Inc._**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.:      0260922 / 00
Invoice No.:    I212900
Invoice Date:   3/19/04
Payment Due:    5/18/04
Payment Terms:  NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:   015290  / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**
450.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550044845 | 3/19/04 | EMERY WORLDWIDE | COL | L219294 | 250.000 | 50.000 | 200.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1009238CT | POLYFABS ABS 558 AI<br>\*\* Part Number \*\*<br> 32012<br> PART# 32012<br>DELPHI PLANT DA31<br>PO# 550044845<br>DELPHI PLANT DA31<br>PART# 32012<br>ZD | 200.000  LB | 2.25000 | 450.00 |
| | | | SUB-TOTAL | 450.00 |

Customer Service 800-547-3746    **Page** ___1___    **Total Amount**    450.00
Thank You For Your Order

 **A. Schulman Inc.**

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.:   0266548 / 00
Invoice No.:   I217945
Invoice Date:   4/30/04
Payment Due:   6/29/04
Payment Terms:   NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:   015290  / 002
Salesman:  R. Miner
Salesman No.:  193

**Total Due**

9,554.73

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA31
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS 78567
TX

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 0550049191 | 4/30/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L224068 | 3421.000 | 160.000 | 3261.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br>  32013<br>   PART#  32013<br>PART# 32013<br><br>DELPHI-DELCO ELECTRONICS PLANT DA31<br>PO# 0550049191<br>PART# 32013<br>ZD | 3261.000  LB | 2.93000 | 9554.73 |
| | SUB-TOTAL | | | 9554.73 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** _____ 1

**Total Amount**   9,554.73

 **A. Schulman Inc.**

Remit to:  A. Schulman, inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.:     0269055 / 00
Invoice No.:   I220649
Invoice Date:  5/26/04
Payment Due:   7/25/04
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:  015290  / 000
Salesman: R. Miner
Salesman No.:  193

**Total Due**

2,625.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550053414 | 5/26/04 | CENTRAL TRANSPORT* | COL | L226709 | 1580.000 | 80.000 | 1500.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1009238CT | POLYFABS ABS 558 AI<br>\*\* Part Number \*\*<br>32012<br>  PART# 32012<br>DELPHI PLANT DA31<br>PO# 550053414<br>DELPHI PLANT DA31<br>PART# 32012<br>ZD | 1500.000  LB | 1.75000 | 2625.00 |
| | | | SUB-TOTAL | 2625.00 |

Customer Service 800-547-3746     **Page**    1
Thank You For Your Order

**Total Amount**     2,625.00



# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

### *** REPRINT ***

| | | |
|---|---|---|
| Order No.: | 0268980 / 00 | |
| Invoice No.: | I221198 | |
| Invoice Date: | 6/01/04 | Customer Acct. No: 015290 / 000 |
| Payment Due: | 7/31/04 | Salesman: R. Miner |
| Payment Terms: | NET 60 DAYS AFTER INVOICE DATE | Salesman No.: 193 |

**Total Due**

11,510.00

**INVOICE**

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS T 78586
X

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill of Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550049191 | 6/01/04 | CENTRAL TRANSPORT* | COL | L227213 | 4844.000 | 240.000 | 4604.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br>  32013<br>  PART# 32013<br>PART# 32013<br><br>DELPHI PLANT DA31<br>PO# 550049191<br>DELPHI PLANT DA31<br>PART# 32013<br>ZD | 4604.000  LB | 2.50000 | 11510.00 |
| | SUB-TOTAL | | | 11510.00 |

Customer Service  800-547-3746    **Page** ___1___    **Total Amount**    11,510.00
Thank You For Your Order

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

Order No.: 0278586 / 00
Invoice No.: I228461
Invoice Date: 8/11/04
Payment Due: 10/10/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**
2,430.00

**INVOICE**

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 8/11/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L234180 | 1900.000 | 100.000 | 1800.000 |

| Item Number | Description | Quantity | | Unit Price | Extension |
|---|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000 | LB | 1.35000 | 2430.00 |
| | \*\* Part Number \*\* | | | | |
| | 30976 | | | | |
| | PART# 30976 | | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | | |
| | PO# 550046120 | | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | | |
| | PART# 30976 | | | | |
| | ZD | | | | |
| | | SUB-TOTAL | | | 2430.00 |

Customer Service 800-547-3746        **Page** __1__        **Total Amount**        2,430.00
Thank You For Your Order



## *** REPRINT ***

**INVOICE**

Order No.: 0281210 / 00
Invoice No.: I230847
Invoice Date: 9/02/04
Payment Due: 11/01/04
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290  / 002
Salesman: R. Miner
Salesman No.: 193

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**Total Due**

5,116.50

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 9/02/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L236462 | 4090.000 | 300.000 | 3790.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>  30976<br>  PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# 0550046120<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PART# 30976<br>zd | 3790.000  LB | 1.35000 | 5116.50 |
| | SUB-TOTAL | | | 5116.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**      5,116.50


A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0282444 / 00
Invoice No.: I231909
Invoice Date:   9/14/04
Payment Due:   11/13/04
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:   015290  / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**

4,212.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net   Wt. |
|---|---|---|---|---|---|---|---|
| 550044845 | 9/14/04 | CENTRAL TRANSPORT* | COL | L237487 | 3800.000 | 200.000 | 3600.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1000950CT | POLYVIN PVC 5819N-31 BLACK<br>** Part Number **<br> 30883<br> PART# 30883<br>DELPHI PLANT DA31<br>PO# 550044845<br>DELPHI PLANT DA31<br>PART# 30883<br>ZD | 3600.000  LB | 1.17000 | 4212.00 |
| | | | SUB-TOTAL | 4212.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page**    1

**Total Amount**    4,212.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

### *** REPRINT ***

**Order No.:** 0287451 / 00
**Invoice No.:** I236095
**Invoice Date:** 10/26/04
**Payment Due:** 12/25/04
**Payment Terms:** NET 60 DAYS AFTER INVOICE DATE

**Customer Acct. No:** 015290 / 002
**Salesman:** R. Miner
**Salesman No.:** 193

**Total Due**
2,484.00

**INVOICE**

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 10/26/04 | CENTRAL TRANSPORT* | COL | L241702 | 1890.000 | 90.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000 LB | 1.38000 | 2484.00 |
| | ** Part Number ** | | | |
| | 30976 | | | |
| | PART# 30976 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PO# 0550046120 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PART# 30976 | | | |
| | ZD | | | |
| | | | SUB-TOTAL | 2484.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** _1_

**Total Amount** 2,484.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0289720 / 00
Invoice No.: I238197
Invoice Date: 11/15/04
Payment Due: 1/14/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,484.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 11/15/04 | MENLO | COL | L243775 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>\*\* Part Number \*\*<br> 30976<br> PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# 0550046120<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PART# 30976<br>ZD | 1800.000 LB | 1.38000 | 2484.00 |
| | SUB-TOTAL | | | 2484.00 |

Customer Service 800-547-3746     **Page** ___1___
Thank You For Your Order

**Total Amount**   2,484.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

Order No.: 0289748 / 00
Invoice No.: I238216
Invoice Date: 11/16/04
Payment Due: 1/15/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290  / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**
2,484.00

# INVOICE

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 11/16/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L243803 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000  LB | 1.38000 | 2484.00 |
| | ** Part Number ** | | | |
| | 30976 | | | |
| | PART# 30976 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PO# 0550046120 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PART# 30976 | | | |
| | ZD | | | |
| | | | SUB-TOTAL | 2484.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**   2,484.00


A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.:  0290600 / 00
Invoice No.:  I239042
Invoice Date:  11/24/04
Payment Due:  1/23/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:  015290  / 002
Salesman: R. Miner
Salesman No.:  193

**Total Due**
2,484.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 11/24/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L244626 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000  LB | 1.38000 | 2484.00 |
|  | ** Part Number ** |  |  |  |
|  | 30976 |  |  |  |
|  | PART# 30976 |  |  |  |
|  | DELPHI-DELCO ELECTRONICS PLANT DA26 |  |  |  |
|  | PO# 0550046120 |  |  |  |
|  | DELPHI-DELCO ELECTRONICS PLANT DA26 |  |  |  |
|  | PART# 30976 |  |  |  |
|  | ZD |  |  |  |
|  | SUB-TOTAL |  |  | 2484.00 |

Customer Service  800-547-3746    **Page**    1
Thank You For Your Order

**Total Amount**    2,484.00


**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

## *** REPRINT ***

**Order No.:** 0290608 / 00
**Invoice No.:** I239730
**Invoice Date:** 12/03/04
**Payment Due:** 2/01/05
**Payment Terms:** NET 60 DAYS AFTER INVOICE DATE

**Customer Acct. No:** 015290 / 002
**Salesman:** R. Miner
**Salesman No.:** 193

**Total Due**
2,484.00

**INVOICE**

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

**Ship to:**
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 12/03/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L245314 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000 LB | 1.38000 | 2484.00 |
| | ** Part Number ** | | | |
| | 30976 | | | |
| | PART# 30976 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PO# 0550046120 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PART# 30976 | | | |
| | ZD | | | |
| | | | SUB-TOTAL | 2484.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** 1

**Total Amount** 2,484.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

Order No.:    0293338 / 00
Invoice No.:    I241607
Invoice Date:    12/28/04
Payment Due:    2/26/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:    015290  / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,484.00

# INVOICE

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 12/28/04 | CENTRAL TRANSPORT* | FOB SHIPPI | L247201 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>  30976<br>  PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# 0550046120<br><br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PART# 30976 | 1800.000   LB | 1.38000 | 2484.00 |
| | | SUB-TOTAL | | 2484.00 |

Customer Service 800-547-3746        **Page**    1
Thank You For Your Order

**Total Amount**        2,484.00


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

| | |
|---|---|
| Order No.: | 0295057 / 00 |
| Invoice No.: | I242784 |
| Invoice Date: | 1/11/05 |
| Payment Due: | 3/12/05 |
| Payment Terms: | NET  60 DAYS AFTER INVOICE DATE |

Customer Acct. No:  015290  / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**
2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | Ship Terms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| SH100396 | 1/11/05 | CENTRAL TRANSPORT* | COL | L248265 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>30976<br>PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# 0550046120<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PART# 30976<br>ZD | 1800.000  LB | 1.42000 | 2556.00 |
| | SUB-TOTAL | | | 2556.00 |

Customer Service  800-547-3746
Thank You For Your Order

Page _____ 1

**Total Amount**          2,556.00

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0295718 / 00
Invoice No.: I243378
Invoice Date: 1/17/05
Payment Due: 3/18/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290  / 000
Salesman: J. Robinson
Salesman No.: 258

**Total Due**

2,232.00

| DELPHI PLANT DA31 | Ship to: |
|---|---|
| DO NOT USE FILED CHPT 11 10/05 | DELPHI PLANT DA31 |
| USE DIP ACCT# 015304 | DO NOT USE FILED CHPT 11 10/05 |
| LOS INDIOS TX 78586 | USE DIP ACCT# 015304 |
| USA | LOS INDIOS TX 78586 |
| | USA |

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550044845 | 1/17/05 | CENTRAL TRANSPORT* | COL | L248834 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1000950CT | POLYVIN PVC 5819N-31 BLACK | 1800.000  LB | 1.24000 | 2232.00 |
| | ** Part Number ** | | | |
| | 30883 | | | |
| | PART# 30883 | | | |
| | DELPHI PLANT DA31 | | | |
| | PO# 550044845 | | | |
| | DELPHI PLANT DA31 | | | |
| | PART# 30883 | | | |
| | ZD | | | |
| | | | SUB-TOTAL | 2232.00 |

Customer Service 800-547-3746       Page      1
Thank You For Your Order

**Total Amount**       2,232.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0297591 / 00
Invoice No.: I244781
Invoice Date: 2/01/05
Payment Due: 4/02/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 000
Salesman: J. Robinson
Salesman No.: 258

**Total Due**
2,232.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550044845 | 2/01/05 | CENTRAL TRANSPORT* | COL | L250167 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1000950CT | POLYVIN PVC 5819N-31 BLACK<br>\*\* Part Number \*\*<br> 30883<br> PART# 30883<br>DELPHI PLANT DA31<br>PO# 550044845<br>DELPHI PLANT DA31<br>PART# 30883<br>ZD | 1800.000  LB | 1.24000 | 2232.00 |
| | SUB-TOTAL | | | 2232.00 |

Thank You For Your Order

**Total Amount**    2,232.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

| | |
|---|---|
| **Order No.:** 0299168 / 00 | |
| **Invoice No.:** I246173 | |
| **Invoice Date:** 2/15/05 | **Customer Acct. No:** 015290 / 002 |
| **Payment Due:** 4/16/05 | **Salesman:** R. Miner |
| **Payment Terms:** NET 60 DAYS AFTER INVOICE DATE | **Salesman No.:** 193 |

**Total Due**
2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

**Ship to:**
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| SH100396 | 2/15/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L251500 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>\*\* Part Number \*\*<br>  30976<br>  PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# SH100396<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PART# 30976<br>ZD | 1800.000  LB | 1.42000 | 2556.00 |
| | SUB-TOTAL | | | 2556.00 |

Customer Service 800-547-3746    **Page** ___1___

Thank You For Your Order

**Total Amount**    2,556.00

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0300992 / 00
Invoice No.: I247730
Invoice Date: 3/02/05
Payment Due: 5/01/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| SH100396 | 3/02/05 | CENTRAL TRANSPORT* | COL | L253057 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000  LB | 1.42000 | 2556.00 |
|  | ** Part Number ** |  |  |  |
|  |   30976 |  |  |  |
|  |   PART# 30976 |  |  |  |
|  | DELPHI-DELCO ELECTRONICS PLANT DA26 |  |  |  |
|  | PO# SH100396 |  |  |  |
|  | DELPHI-DELCO ELECTRONICS PLANT DA26 |  |  |  |
|  | PART# 30976 |  |  |  |
|  | ZD |  |  |  |
|  | SUB-TOTAL |  |  | 2556.00 |

Customer Service  800-547-3746      **Page** ___1___      **Total Amount**      2,556.00
Thank You For Your Order


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

| | |
|---|---|
| Order No.: | 0306858 / 00 |
| Invoice No.: | I252881 |
| Invoice Date: | 4/25/05 |
| Payment Due: | 6/24/05 |
| Payment Terms: | NET  60 DAYS AFTER INVOICE DATE |

Customer Acct. No: 015290 / 002
Salesman: B. Lomont
Salesman No.: 180

**Total Due**

2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550046120 | 4/25/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L257989 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000 LB | 1.42000 | 2556.00 |
| | ** Part Number ** | | | |
| | 30976 | | | |
| | PART# 30976 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PO #0550046120 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PART #30976 | | | |
| | | | SUB-TOTAL | 2556.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** 1

**Total Amount**   2,556.00

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.: 0310176 / 00
Invoice No.: I257188
Invoice Date: 6/07/05
Payment Due: 8/06/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No.: 015290 / 000
Salesman: B. Lomont
Salesman No.: 180

**Total Due**
2,198.52

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550044843 | 6/07/05 | CENTRAL TRANSPORT* | COL | L262015 | 1868.000 | 95.000 | 1773.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1000937CT | POLYVIN PVC 5819N-2112 MED DK GREY<br>** Part Number **<br>  30868<br>   PART# 30868<br>DELPHI PLANT DA31<br>PO# 550044843<br>DELPHI PLANT DA31<br>PART# 30868<br>ZD<br>OK TO DELIVER EARLY<br>HOT ORDER ]]] | 1773.000  LB | 1.24000 | 2198.52 |
| | SUB-TOTAL | | | 2198.52 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**    2,198.52



**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.:      0312586 / 01
Invoice No.:    I258258
Invoice Date:   6/17/05
Payment Due:    8/16/05
Payment Terms:  NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290  / 000
Salesman: B. Lomont
Salesman No.: 180

**Total Due**
2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550046472 | 6/17/05 | CENTRAL TRANSPORT* | COL | L263031 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>  30976<br>  PART# 30976<br>DELPHI PLANT DA31<br>PO# 550046472<br>DELPHI PLANT DA31<br>PART# 30976<br>ZD | 1800.000  LB | 1.42000 | 2556.00 |
| | | SUB-TOTAL | | 2556.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page      1

**Total Amount**      2,556.00

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

| Order No.: | 0312670 / 00 |
| Invoice No.: | I258339 |
| Invoice Date: | 6/17/05 |
| Payment Due: | 8/16/05 |
| Payment Terms: | NET 60 DAYS AFTER INVOICE DATE |

Customer Acct. No: 015290 / 002
Salesman: B. Lomont
Salesman No.: 180

**Total Due**

1,202.74

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 6/17/05 | CUSTOMER PICKUP | COL | L263032 | 942.000 | 95.000 | 847.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>30976<br>PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# 550046120<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PART# 30976<br>zd | 847.000  LB | 1.42000 | 1202.74 |
| | | | SUB-TOTAL | 1202.74 |

Customer Service 800-547-3746     Page ___1___     **Total Amount** | 1,202.74
Thank You For Your Order

 *A. Schulman Inc.*

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.: 0312983 / 00
Invoice No.: I258575
Invoice Date: 6/21/05
Payment Due: 8/20/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 6/21/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L263301 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY | 1800.000 LB | 1.42000 | |
| | ** Part Number ** | | | 2556.00 |
| | 30976 | | | |
| | PART# 30976 | | | |
| | DELPHI-DELCO ELECTRONICS PLANT DA26 | | | |
| | PO# 550046120 | | | |
| | ZD | | | |
| | | | | |
| | OK TO DELIVER EARLY | | | |
| | | | SUB-TOTAL | 2556.00 |

Customer Service 800-547-3746   **Page** ___1___   **Total Amount**   2,556.00
Thank You For Your Order

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0312984 / 00
Invoice No.: I260112
Invoice Date: 7/08/05
Payment Due: 9/06/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 7/08/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L264729 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>  30976<br>  PART# 30976<br>DELPHI-DELCO ELECTRONICS PLANT DA26<br>PO# 550046120<br>ZD | 1800.000 LB | 1.42000 | 2556.00 |
| | SUB-TOTAL | | | 2556.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page    1

**Total Amount**    2,556.00


A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.:   0317439 / 00
Invoice No.:   I262451
Invoice Date:   8/02/05
Payment Due:   10/01/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:   015290  / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,611.38

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill of Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 8/02/05. | CENTRAL TRANSPORT* | COL | L266911 | 1934.000 | 95.000 | 1839.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>\*\* Part Number \*\*<br>30976<br>PART# 30976 | 1839.000  LB | 1.42000 | 2611.38 |
| | | SUB-TOTAL | | 2611.38 |

Customer Service 800-547-3746     **Page**    1
Thank You For Your Order

**Total Amount**    2,611.38



## A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0319513 / 00
Invoice No.: I265088
Invoice Date: 8/29/05
Payment Due: 10/28/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**

2,556.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 8/29/05 | CENTRAL TRANSPORT* | COL | L269319 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | | Unit Price | Extension |
|---|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY<br>** Part Number **<br>30976<br>PART# 30976 | 1800.000 | LB | 1.42000 | 2556.00 |
| | | | | SUB-TOTAL | 2556.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** 1

**Total Amount**    2,556.00


**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

| | |
|---|---|
| Order No.: | 0320617 / 00 |
| Invoice No.: | I265406 |
| Invoice Date: | 8/31/05 |
| Payment Due: | 10/30/05 |
| Payment Terms: | NET  60 DAYS AFTER INVOICE DATE |

Customer Acct. No: 015290  / 002
Salesman: R. Miner
Salesman No.: 193

**Total Due**
2,641.20

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI-DELCO ELECTRONICS PLANT DA26
LOS INDIOS DISTRIBUTION CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550046120 | 8/31/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L269648 | 1955.000 | 95.000 | 1860.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1003296CT | POLYVIN PVC 5819N-2327 EBONY <br> ** Part Number ** <br> 30976 <br> PART# 30976 | 1860.000  LB | 1.42000 | 2641.20 |
| | SUB-TOTAL | | | 2641.20 |

Customer Service 800-547-3746
Thank You For Your Order

**Page**  1

**Total Amount**   2,641.20

A. Schulman Inc.

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**Order No.:** 0321251 / 00
**Invoice No.:** I266145
**Invoice Date:** 9/08/05
**Payment Due:** 11/07/05
**Payment Terms:** NET  60 DAYS AFTER INVOICE DATE

**Customer Acct. No:** 015290  / 000
**Salesman:** R. Miner
**Salesman No.:** 193

**Total Due**
204.60

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550044845 | 9/08/05 | CUSTOMER PICKUP | CPU | L270304 | 174.000 | 9.000 | 165.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1000950CT | POLYVIN PVC 5819N-31 BLACK<br>** Part Number **<br>30883<br>PART# 30883 | 165.000  LB | 1.24000 | 204.60 |
| | | | SUB-TOTAL | 204.60 |

Customer  Service  800-547-3746     **Page**    1
Thank You For Your Order

**Total Amount**     204.60

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

| | |
|---|---|
| **Order No.:** | 0320694 / 00 |
| **Invoice No.:** | I266169 |
| **Invoice Date:** | 9/08/05 |
| **Payment Due:** | 11/07/05 |
| **Payment Terms:** | NET 60 DAYS AFTER INVOICE DATE |

**Customer Acct. No:** 015290 / 000
**Salesman:** R. Miner
**Salesman No.:** 193

**Total Due**
4,259.40

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

**Ship to:**
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550044845 | 9/08/05 | CONWAY CENTRAL EXPRESS | FOB DELIVE | L270344 | 3625.000 | 190.000 | 3435.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1000950CT | POLYVIN PVC 5819N-31 BLACK<br>** Part Number **<br>30883<br>PART# 30883 | 1635.000 LB | 1.24000 | 2027.40 |
| 1000950CT | POLYVIN PVC 5819N-31 BLACK<br>** Part Number **<br>30883<br>PART# 30883 | 1800.000 LB | 1.24000 | 2232.00 |
| | | | SUB-TOTAL | 4259.40 |

Customer Service 800-547-3746   **Page** ___1___   **Total Amount**   4,259.40
Thank You For Your Order


**A. Schulman Inc.**

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

| | |
|---|---|
| **Order No.:** | 0279510 / 01 / 0060194 |
| **Invoice No.:** | I230836 |
| **Invoice Date:** | 9/02/04 |
| **Payment Due:** | 11/01/04 |
| **Payment Terms:** | NET  60 DAYS AFTER INVOICE DATE |

**Customer Acct. No:**  015292 / 002
**Salesman:** Detroit House Account
**Salesman No.:** 199

**Total Due**

1,403.22

DELPHI  DELCO ELECTRONICS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 015305
KOKOMO IN 46904-9005
USA

Ship to:
DELCO ELECTRONICS
PLANT 43
4134 DAVIDSON ROAD - DOCK 43
BURTON MI 48529
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550044765 | 9/02/04 | HOLLAND | COL | M36353 | .000 | .000 | .000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002990CT | POLYFORT FPP 809-67 BLUE<br>PO# 550044765 | 1799.000  LB | .78000 | 1403.22 |
| | | | SUB-TOTAL | 1403.22 |

Customer Service  800-547-3746    **Page**    1

Thank You For Your Order

**Total Amount**    1,403.22


**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.:  0295004 / 00
Invoice No.:  I243892
Invoice Date:  1/21/05
Payment Due:  3/22/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:  015292  / 002
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,114.62

DELPHI  DELCO ELECTRONICS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 015305
KOKOMO IN 46904-9005
USA

Ship to:
DELCO ELECTRONICS
PLANT 43
4134 DAVIDSON ROAD - DOCK 43
BURTON MI 48529
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550044765 | 1/21/05 | USF HOLLAND | COL | L249004 | 1514.000 | 85.000 | 1429.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002990CT | POLYFORT FPP 809-67 BLUE<br>PO# 550044765 | 1429.000  LB | .78000 | 1114.62 |
| | | | SUB-TOTAL | 1114.62 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**  1,114.62


A. Schulman Inc.

**Remit to:** A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

# INVOICE

*** REPRINT ***

**Order No.:** 0299228 / 00
**Invoice No.:** I246637
**Invoice Date:** 2/18/05
**Payment Due:** 4/19/05
**Payment Terms:** NET  60 DAYS AFTER INVOICE DATE

**Customer Acct. No:**  015292  / 002
**Salesman:** Detroit House Account
**Salesman No.:** 199

**Total Due**
1,476.00

DELPHI  DELCO ELECTRONICS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 015305
KOKOMO IN 46904-9005
USA

**Ship to:**
DELCO ELECTRONICS
PLANT 43
4134 DAVIDSON ROAD - DOCK 43
BURTON MI 48529
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550046382 | 2/18/05 | USF HOLLAND | COL | L251641 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>30990<br> PART# 30990<br>PO# 550046382 | 1800.000  LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746
Thank You For Your Order

**Page**    1

**Total Amount**    1,476.00

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

| | |
|---|---|
| Order No.: | 0299232 / 00 |
| Invoice No.: | I249457 |
| Invoice Date: | 3/18/05 |
| Payment Due: | 5/17/05 |
| Payment Terms: | NET  60 DAYS AFTER INVOICE DATE |

Customer Acct. No:   015292  / 002
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**

1,404.00

DELPHI  DELCO ELECTRONICS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 015305
KOKOMO IN 46904-9005
USA

Ship to:
DELCO ELECTRONICS
PLANT 43
4134 DAVIDSON ROAD - DOCK 43
BURTON MI 48529
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550044765 | 3/18/05 | USF HOLLAND | COL | L254521 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002990CT | POLYFORT FPP 809-67 BLUE<br>PO# 550044765 | 1800.000  LB | .78000 | 1404.00 |
| | | | SUB-TOTAL | 1404.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**      1,404.00

 **A. Schulman Inc.**

<table>
<tr><td></td><td>Remit to: A. Schulman, Inc.<br>P.O. Box 74052<br>Cleveland OH 44194</td></tr>
</table>

**\*\*\* REPRINT \*\*\***

| | |
|---|---|
| **Order No.:** | 0295005 / 00 |
| **Invoice No.:** | I250806 |
| **Invoice Date:** | 4/01/05 |
| **Payment Due:** | 5/31/05 |
| **Payment Terms:** | NET  60 DAYS AFTER INVOICE DATE |

**Customer Acct. No:**  015292 / 002

**Salesman:** Detroit House Account
**Salesman No.:** 199

**Total Due**

1,315.86

**INVOICE**

DELPHI  DELCO ELECTRONICS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 015305
KOKOMO IN 46904-9005
USA

Ship to:

DELCO ELECTRONICS
PLANT 43
4134 DAVIDSON ROAD - DOCK 43
BURTON MI 48529
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 550044765 | 4/01/05 | USF HOLLAND | COL | L256003 | 1782.000 | 95.000 | 1687.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002990CT | POLYFORT FPP 809-67 BLUE<br>PO# 550044765 | 1687.000  LB | .78000 | 1315.86 |
| | | | SUB-TOTAL | 1315.86 |

Customer Service 800-547-3746        **Page** _____1_____
Thank You For Your Order

**Total Amount** | 1,315.86

 *A. Schulman Inc.*

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

| | |
|---|---|
| Order No.: | 0313867 / 00 |
| Invoice No.: | I262450 |
| Invoice Date: | 8/02/05 |
| Payment Due: | 9/01/05 |
| Payment Terms: | NET  30 DAYS AFTER INVOICE DATE |

Customer Acct. No:  065056  / 10C
Salesman: S. Sohr
Salesman No.: 001

**Total Due**
2,656.00

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
PLANT 28 DEPT 96
1 THAMES AVENUE
LAUREL AIRPORT INDUSTRIAL PARK
LAUREL MS 39440

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 5500597779 | 8/02/05 | USF HOLLAND | COL | L266888 | 1695.000 | 95.000 | 1600.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011472CT | E-12720 B<br>** Part Number **<br>6005-028<br> PART# 6005-028 / 1011472CT<br>PO #550059779 | 1600.000  LB | 1.66000 | 2656.00 |
| | | | SUB-TOTAL | 2656.00 |

Customer Service  800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**     2,656.00


A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.: 0320099 / 00
Invoice No.: I265005
Invoice Date: 8/26/05
Payment Due: 9/25/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**
362.50

DELPHI ENERGY & ENGINE
DO NOT FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 8/26/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L269197 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B<br>PO# 0550059867<br>PART# 6004035<br>KANBAN# 0000014<br>REL/JIT CALL# 1500384723<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500383996<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000   LB | 1.45000 | 362.50 |
| | | | SUB-TOTAL | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

**Page** ___1___

**Total Amount**   362.50

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

\*\*\* REPRINT \*\*\*

Order No.: 0320787 / 00
Invoice No.: I265557
Invoice Date: 9/01/05
Payment Due: 10/01/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**
362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/01/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L269802 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B<br>PO# 0550059867<br>PART# 6004035<br>KANBAN# 0000007<br>REL/JIT CALL# 1500384723<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500384723<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000 LB | 1.45000 | 362.50 |
| | SUB-TOTAL | | | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page 1

**Total Amount** 362.50


## A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0320786 / 00
Invoice No.: I265558
Invoice Date: 9/01/05
Payment Due: 10/01/05
Payment Terms: NET  30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**
402.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059868 | 9/01/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L269802 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011448DR | E-12421 B<br>PO# 0550059868<br>PART# 4145035<br>KANBAN# 0000001<br>REL/JIT CALL# 1500386182<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500384723<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000  LB | 1.61000 | 402.50 |
| | | | SUB-TOTAL | 402.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**   402.50



**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

# INVOICE

Order No.: 0321229 / 00
Invoice No.: I266260
Invoice Date: 9/08/05
Payment Due: 10/08/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**

362.50

| | |
|---|---|
| DELPHI ENERGY & ENGINE<br>DO NOT USE FILED CHPT 11 10/05<br>USE NEW DIP ACCT# 065134<br>FLINT MI 48501<br>USA | Ship to:<br>DELPHI ENERGY & ENGINE<br>#32 CELERITY WAGON<br>EL PASO TX 79906<br>USA |

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/08/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L270399 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B<br>PO# 0550059867<br>PART# 6004035<br>KANBAN# 0000012<br>REL/JIT CALL# 1500387812<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500387470<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000 LB | 1.45000 | 362.50 |
| | SUB-TOTAL | | | 362.50 |

Customer Service 800-547-3746      Page     1      **Total Amount**      362.50
Thank You For Your Order


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

## INVOICE

Order No.: 0321443 / 00
Invoice No.: I266261
Invoice Date: 9/08/05
Payment Due: 10/08/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No.: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**
725.00

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/08/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L270399 | 530.000 | 30.000 | 500.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B | 500.000 LB | 1.45000 | 725.00 |
| | PO# 0550059867 | | | |
| | PART# 6004035 | | | |
| | KANBAN# 0000003, 0000009 | | | |
| | REL/JIT CALL# 1500387470 | | | |
| | PLACE/LOC ID 0001 | | | |
| | DELIVERY SCHEDULE # 1500386182 | | | |
| | CARRIER BILL FREIGHT TO: | | | |
| | DELPHI ENERGY CISCO 34065 | | | |
| | C/O DATA2 LOGISTICS | | | |
| | PO BOX 9115 | | | |
| | NORWOOD MA 02062-9115 | | | |
| | | | SUB-TOTAL | 725.00 |

Customer Service 800-547-3746          Page ___1___          **Total Amount**          725.00
Thank You For Your Order

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

# INVOICE

*** REPRINT ***

**Order No.:** 0321870 / 00
**Invoice No.:** I266691
**Invoice Date:** 9/13/05
**Payment Due:** 10/13/05
**Payment Terms:** NET 30 DAYS AFTER INVOICE DATE

**Customer Acct. No:** 065056 / 001
**Salesman:** R. Bolenbaugh
**Salesman No.:** 235

**Total Due**
402.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059868 | 9/13/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L270772 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011448DR | E-12421 B<br>PO# 0550059868<br>PART# 4145035<br>KANBAN# 0000002<br>REL/JIT CALL# 1500388549<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500387812<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000 LB | 1.61000 | 402.50 |
| | SUB-TOTAL | | | 402.50 |

Customer Service 800-547-3746     **Page** ___1___     **Total Amount**     402.50
Thank You For Your Order


A. Schulman Inc.

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.:       0321869 / 00
Invoice No.:     I266692
Invoice Date:    9/13/05
Payment Due:     10/13/05
Payment Terms: NET  30 DAYS AFTER INVOICE DATE

Customer Acct. No:   065056  / 001
Salesman:  R. Bolenbaugh
Salesman No.: 235

**Total Due**
362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/13/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L270772 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B<br>PO# 0550059867<br>PART# 6004035<br>KANBAN# 0000001<br>REL/JIT CALL# 1500388549<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500387812<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA  02062-9115 | 250.000  LB | 1.45000 | 362.50 |
| | SUB-TOTAL | | | 362.50 |

Customer  Service  800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**      362.50

# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

| | | |
|---|---|---|
| **Order No.:** 0322007 / 00 | | |
| **Invoice No.:** I266925 | **Customer Acct. No:** 065056 / 001 | **Total Due** |
| **Invoice Date:** 9/14/05 | **Salesman:** R. Bolenbaugh | 362.50 |
| **Payment Due:** 10/14/05 | **Salesman No.:** 235 | |
| **Payment Terms:** NET 30 DAYS AFTER INVOICE DATE | | |

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/14/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L270917 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B<br>PO# 0550059867<br>PART# 6004035<br>KANBAN# 0000011<br>REL/JIT CALL# 1500389265<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500388549<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000 LB | 1.45000 | 362.50 |
| | SUB-TOTAL | | | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page    1

**Total Amount**    362.50

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.: 0322393 / 01
Invoice No.: I267179
Invoice Date: 9/16/05
Payment Due: 10/16/05
Payment Terms: NET  30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056  / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**

362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 055059867 | 9/16/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L271217 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B | 250.000  LB | 1.45000 | 362.50 |
| | PO# 0550059867 | | | |
| | PART# 6004035 | | | |
| | KANBAN# 0000002 | | | |
| | REL/JIT CALL# 1500389998 | | | |
| | PLACE/LOC ID 0001 | | | |
| | DELIVERY SCHEDULE # 1500389617 | | | |
| | CARRIER BILL FREIGHT TO: | | | |
| | DELPHI ENERGY CISCO 34065 | | | |
| | C/O DATA2 LOGISTICS | | | |
| | PO BOX 9115 | | | |
| | NORWOOD MA  02062-9115 | | | |
| | | | SUB-TOTAL | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page      1

**Total Amount**   362.50

# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0322388 / 00
Invoice No.: I267180
Invoice Date: 9/16/05
Payment Due: 10/16/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**
362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/16/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L271217 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B<br>PO# 0550059867<br>PART# 6004035<br>KANBAN# 0000006<br>REL/JIT CALL# 1500389617<br>PLACE/LOC ID 0001<br>DELIVERY SCHEDULE # 1500389265<br>CARRIER BILL FREIGHT TO:<br>DELPHI ENERGY CISCO 34065<br>C/O DATA2 LOGISTICS<br>PO BOX 9115<br>NORWOOD MA 02062-9115 | 250.000 LB | 1.45000 | 362.50 |
| | SUB-TOTAL | | | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page        1

**Total Amount**        362.50



### A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0323030 / 00
Invoice No.: I267747
Invoice Date: 9/22/05
Payment Due: 10/22/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**
362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/22/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L271751 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B | 250.000  LB | 1.45000 | 362.50 |
| | PO# 0550059867 | | | |
| | PART# 6004035 | | | |
| | KANBAN# 0000014 | | | |
| | REL/JIT CALL# 1500391331 | | | |
| | PLACE/LOC ID 0001 | | | |
| | DELIVERY SCHEDULE # 1500389998 | | | |
| | CARRIER BILL FREIGHT TO: | | | |
| | DELPHI ENERGY CISCO 34065 | | | |
| | C/O DATA2 LOGISTICS | | | |
| | PO BOX 9115 | | | |
| | NORWOOD MA  02062-9115 | | | |
| | SUB-TOTAL | | | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount** | 362.50

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

| | |
|---|---|
| Order No.: | 0323166 / 00 |
| Invoice No.: | I267869 |
| Invoice Date: | 9/23/05 |
| Payment Due: | 10/23/05 |
| Payment Terms: | NET  30 DAYS AFTER INVOICE DATE |

Customer Acct. No.:  065056  / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**

362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/23/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L271879 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B | 250.000  LB | 1.45000 | 362.50 |
| | PO# 0550059867 | | | |
| | PART# 6004035 | | | |
| | KANBAN# 0000007 | | | |
| | REL/JIT CALL# 1500391656 | | | |
| | PLACE/LOC ID 0001 | | | |
| | DELIVERY SCHEDULE # 1500391331 | | | |
| | CARRIER BILL FREIGHT TO: | | | |
| | DELPHI ENERGY CISCO 34065 | | | |
| | C/O DATA2 LOGISTICS | | | |
| | PO BOX 9115 | | | |
| | NORWOOD MA  02062-9115 | | | |
| | | SUB-TOTAL | | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

**Page**      1

**Total Amount**    362.50

 **A. Schulman Inc.**

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.:   0323881 / 00
Invoice No.:  I268442
Invoice Date:  9/29/05
Payment Due:  10/29/05
Payment Terms:  NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No:  065056  / 001
Salesman:  R. Bolenbaugh
Salesman No.:  235

**Total Due**
362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/29/05 | CENTRAL TRANSPORT* | TPC | L272433 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B | 250.000  LB | 1.45000 | 362.50 |
| | PO# 0550059867 | | | |
| | PART# 6004035 | | | |
| | KANBAN# 0000003 | | | |
| | REL/JIT CALL# 1500392682 | | | |
| | PLACE/LOC ID 0001 | | | |
| | DELIVERY SCHEDULE # 1500391656 | | | |
| | CARRIER BILL FREIGHT TO: | | | |
| | DELPHI ENERGY CISCO 34065 | | | |
| | C/O DATA2 LOGISTICS | | | |
| | PO BOX 9115 | | | |
| | NORWOOD MA  02062-9115 | | | |

SUB-TOTAL    362.50

Customer Service 800-547-3746
Thank You For Your Order

Page ___ 1 ___

**Total Amount**    362.50


## A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.: 0324060 / 00
Invoice No.: I268671
Invoice Date: 9/30/05
Payment Due: 10/30/05
Payment Terms: NET 30 DAYS AFTER INVOICE DATE

Customer Acct. No: 065056 / 001
Salesman: R. Bolenbaugh
Salesman No.: 235

**Total Due**

362.50

DELPHI ENERGY & ENGINE
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 065134
FLINT MI 48501
USA

Ship to:
DELPHI ENERGY & ENGINE
#32 CELERITY WAGON
EL PASO TX 79906
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 0550059867 | 9/30/05 | CENTRAL TRANSPORT* | FOB SHIPPI | L272607 | 265.000 | 15.000 | 250.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1011479DR | E-12812 B | 250.000 LB | 1.45000 | 362.50 |
| | PO# 0550059867 | | | |
| | PART# 6004035 | | | |
| | KANBAN# 0000001 | | | |
| | REL/JIT CALL# 1500392682 | | | |
| | PLACE/LOC ID 0001 | | | |
| | DELIVERY SCHEDULE # 1500392682 | | | |
| | CARRIER BILL FREIGHT TO: | | | |
| | DELPHI ENERGY CISCO 34065 | | | |
| | C/O DATA2 LOGISTICS | | | |
| | PO BOX 9115 | | | |
| | NORWOOD MA 02062-9115 | | | |
| | | | SUB-TOTAL | 362.50 |

Customer Service 800-547-3746
Thank You For Your Order

Page    1

**Total Amount**    362.50


A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.: 0261725 / 00
Invoice No.: I213531
Invoice Date: 3/25/04
Payment Due: 5/24/04
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**

1,467.80

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill of Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 PRA 8296 | 3/25/04 | USF HOLLAND | FOB SHIPPI | L219803 | 1870.000 | 80.000 | 1790.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT | 1790.000  LB | .82000 | 1467.80 |
| | SUB-TOTAL | | | 1467.80 |

Customer Service 800-547-3746
Thank You For Your Order

Page  1

**Total Amount**   1,467.80


## A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.:     0277597 / 00
Invoice No.:   I227687
Invoice Date:   8/03/04
Payment Due:    10/02/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No:  030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517/PRA 8296 | 8/03/04 | USF HOLLAND | FOB SHIPPI | L233350 | 1880.000 | 80.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>7056 | 1800.000 LB | .82000 | 1476.00 |
| | SUB-TOTAL | | | 1476.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page ___1___

**Total Amount**      1,476.00

 A. Schulman Inc.

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.:        0297031 / 00
Invoice No.:     I244383
Invoice Date:    1/27/05
Payment Due:     3/28/05
Payment Terms:  NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No.:  030210  / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**

1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 1/27/05 | USF HOLLAND | COL | L249734 | 1885.000 | 85.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>PO# AES29517 | 1800.000  LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service  800-547-3746          **Page** ___1___          **Total Amount**          1,476.00
Thank You For Your Order

 **A. Schulman Inc.**

| | Remit to: A. Schulman, Inc. |
| --- | --- |
| | P.O. Box 74052 |
| | Cleveland OH 44194 |

*** REPRINT ***

**INVOICE**

Order No.: 0300725 / 00
Invoice No.: I247574
Invoice Date: 3/01/05
Payment Due: 4/30/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**

1,200.48

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| AES29517 | 3/01/05 | USF HOLLAND | COL | L252806 | 1559.000 | 95.000 | 1464.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 1002989CT | POLYFORT FPP 809-14 WHITE | 1464.000 LB | .82000 | 1200.48 |
| | ** Part Number ** | | | |
| | 7056 | | | |
| | PART# 7056 / 1002989CT | | | |
| | PO# AES29517 | | | |
| | | | SUB-TOTAL | 1200.48 |

Customer Service 800-547-3746      Page     1      **Total Amount**      1,200.48
Thank You For Your Order

 A. Schulman Inc.

Remit to:  A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**INVOICE**

*** REPRINT ***

Order No.:    0307778 / 00
Invoice No.:  I253816
Invoice Date: 5/03/05
Payment Due:  7/02/05
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No.:  030210  / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**

1,428.44

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 5/03/05 | USF HOLLAND | FOB SHIPPI | L258818 | 1837.000 | 95.000 | 1742.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>PO# AES29517 | 1742.000  LB | .82000 | 1428.44 |
| | | | SUB-TOTAL | 1428.44 |

Customer Service  800-547-3746

Thank You For Your Order

**Page**    1

**Total Amount**    1,428.44

# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

## INVOICE

*** REPRINT ***

Order No.: 0321926 / 00
Invoice No.: I266695
Invoice Date: 9/13/05
Payment Due: 11/12/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 9/13/05 | CENTRAL TRANSPORT* | TPC | L270766 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT<br>PART 7056<br>.<br>CENTRAL TRANSPORT<br>.<br>2926 DAVISON RD<br>.<br>DOCK 100<br>.<br>FLINT MI 48556 | 1800.000  LB | .82000 | 1476.00 |
| | SUB-TOTAL | | | 1476.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page    1

**Total Amount**    1,476.00

FROHT   Automotive Systems   CHECK NO. 900442469   80-(/21

DATE 05/03/04   **VOID**   DOLLARS   ***NTS CENTS***   AMOUNT ********230,933.02

PAY TO THE ORDER OF
*A SCHULMAN CANADA LTD*
PO BOX 1710
AKRON OH  44309-1710

Delphi
Disbursement Account

SIGNATURE   John J. Gladnik

Cash on Acct
C#903006

ne Chase Manhattan Bank, N.A.
Tracuse, New York

AUDIT

⑈900442469⑈ ⑆021309379⑆ 601 2 5044 2⑈

VENDOR NS NO.  RD.207837519   1
VENDOR NAME  A. SCHULMAN CANADA LTD

Delphi
Disbursement Services
PO Box 62530
Phoenix, AZ  85082-2530

DETACH BEFORE DEPOSITING CHEC
CHECK NO. 900442469
PAYMENT DATE 05/03/04

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000025622304 | 03/02/04 | DE 5200617600001 | | | | |
| D0550046120 L21/7164 | | | 00.0000 | 2,322.00 | .00 | I210572  2,322 |
| PLT: DELTRONICS MATAMORAS MX | | | | | | |
| P/N: 30975  QTY: | 1,800.000 | DE 5200710831001 | | 1.29000 | | |
| 9000025919474 | 03/29/04 | | 00.0000 | 2,322.00 | .00 | I213272  2,322.( 2,322. |
| PLT: DELTRONICS MATAMORAS MX | | | | | | |
| P/N: 30975  QTY: | 1,800.000 | DF 5200628546001 | | 1.29000 | | |
| 9000025665559 | 03/08/04 | | 00.0000 | 2,322.00 | .00 | EXT: 2,322.( |
| PLT: DELCO ELECTRONICS FLINT | | | | 1.29000 | | |
| 9000025780615 | 03/17/04 | DR 5200664862001 | | 1,352.18 | | I210930  1,352. |
| PLT: DELCO DELNOSA 5-6 | | | | | .00 | 1,352.1 |
| P/N: 30885  QTY: | 1,649.000 | | | 0.82000 | | |
| 9000025829026 | 03/19/04 | DR 5200675742001 | | 621.60 | | I212248  621.6 |
| D0550054414 L21/1889 | | | 00.0000 | 1.11000 | .00 | 99,461. |
| PLT: DELCO DELNOSA 5-6 | | | | | | |
| P/N: 32012  QTY: | 560.000 | DR 5200678935001 | | 99,461.43 | | I204243  99,461. |
| 9000025829027 | 03/21/04 | | | 0.17500 | EXT: | 99,461. |
| D0550054414 219294 | 568,351.000 | | | 35.00 | .00 | |
| PLT: DELCO DELNOSA 5-6 | | DR 5200688182001 | | 0.17500 | | I212900  35. |
| 9000025842793 | 03/22/04 | | | 3,752.91 | | 3,752. |
| D0550044845 L21/9533 | 200.000 | | 00.0000 | 1.11000 | .00 | |
| PLT: DELCO DELNOSA 5-6 | | DR 5200691810001 | | | EXT: | I212509  3,752. |
| 9000025871334 | 03/24/04 | | | 119,067.90 | | 119,067. |
| D0550054415 L21/9128 | 3,381.000 | | 00.0000 | 0.17500 | .00 | |
| PLT: DELCO DELNOSA 5-6 | | DR 5200702662001 | | 1,998.00 | | I212654  119,067. |
| 9000025905587 | 03/26/04 | | | | EXT: | 1,998.( |
| D0550044845 L21/9436 | 680,388.000 | DR 5200710445001 | | 1.11000 | .00 | I213054  1,998.( |
| PLT: DELCO DELNOSA 5-6 | | | 00.0000 | 2,322.00 | | |
| 9000025914476 | 03/29/04 | | | 1.29000 | | 2,322.( |
| D0550046472 L21/9602 | 1,800.000 | DR 5200710759001 | | 2,322.00 | .00 | I213212  2,322.( |
| PLT: DELCO DELNOSA 5-6 | | | 00.0000 | | EXT: | |
| P/N: 30976  QTY: | 1,800.000 | DR DMP5200711032001 | | 1.29000 | | 2,322.0 |
| 9000025916680 | 03/29/04 | | | 2,322.00 | .00 | 2,322.( |
| D0550046472L219602 | | | | 1.29000 | | |
| PLT: DELCO DELNOSA 5-6 | 1,800.000 | DR DMP5200711034001 | | 2,322.00- | | 2,322.0 |
| 9000025916681 | 03/29/04 | | | 1.29000 | .00 | 2,322.0 |
| D0550046472L219602 | | | | | EXT: | |
| PLT: DELCO DELNOSA 5-6 | 1,800.000- | | | 1.29000 | | 2,322.00 |

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)OTHER ISSUES(CUSTSERV:248-874-4636

TOTAL   230,933.02   .00   230,933.