# EXHIBIT B

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0300725 / 00
Invoice No.: I247574
Invoice Date: 3/01/05
Payment Due: 4/30/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,200.48

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 3/01/05 | USF HOLLAND | COL | L252806 | 1559.000 | 95.000 | 1464.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>PO# AES29517 | 1464.000 LB | .82000 | 1200.48 |
| | | | SUB-TOTAL | 1200.48 |

Customer Service 800-547-3746
Thank You For Your Order

**Total Amount** 1,200.48

USF

USF Holland
750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

LOCAL NO.
(989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | | C | DJL |

| SHIPPER BOL NO | PRO NUMBER |
|---|---|
| L252806 | 102-0266485 2 WE02 |
| **P.O. NUMBER** | **DATE** |
| 030072500 | 03/01/05 |

COD AMOUNT

CONSIGNEE
DELPHI AUTOM DOCK 100 60 01 115822
A/C NAO DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT MI 48506

SHIPPER
A SCHULMAN % ASW OHIO SCS LLC 59062
3375 GILCHRIST RD
MOGADORE OH 442601253

BILL CHARGES TO
DELPHI AUTOM DOCK 100 60 01
A/C NAO DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT MI 48506

| INBOUND TRAILER | ROUTE NO | ADV. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 202052 | 002 | | | | |

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT (LBS) | | PPD/COL |
|---|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 1559 | | |
| | | DISCOUNT 46% | | | | |
| | | SKID S7S SLCU HOT SHEET 3/2 | | | | |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | | |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | | |
| | | FSC12.00% NATL AVG FUEL COST IS 211.8 | | | | |
| 1 | | TOTALS | | 1559 | | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| | | | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. PG1/2

SYSTEM WIDE CERTIFIED ISO 9001: 2000

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | | | |
| **DATE** | **TRAILER/BAY** | **PIECES** | **INITIALS** |
| | | | |

FIRM
PRINT NAME Donna Fisher
SIGNATURE

IN
OUT

DRIVER Keith Scott
DATE DEL'D 3/2/05

OPER 1000 09/01-2.0

USF

USF Holland

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

LOCAL NO.
(989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | | C | DJL |

| SHIPPER BOL NO | PRO NUMBER |
|---|---|
| L252806 | 102-0266485 |
| **P.O NUMBER** | **DATE** |
| 030072500 | 03/01/05 |

2 NE02

COD AMOUNT

CONSIGNEE
DELPHI AUTOM DOCK 100 60 01 115822
A/C NAD DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT MI 48506

SHIPPER
A SCHULMAN % ASW OHIO SCS LLC 59062
3375 GILCHRIST RD
MOGADORE OH 442601253

BILL CHARGES TO
DELPHI AUTOM DOCK 100 60 01
A/C NAD DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT MI 48506

| INBOUND TRAILER | ROUTE NO. | ADV. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 202052 | 002 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS | | | |
| | | PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 1559 | |
| | | DISCOUNT 46% | | | |
| | | SKID S7S SLCU HOT SHEET 3/2 | | | |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | |
| | | FSC12.00% NATL AVG FUEL COST IS 211.8 | | | |
| 1 | | TOTALS | | 1559 | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| | | | |

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | | | |
| | | | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. PG1/2

FIRM

PRINT NAME Donna Fisher

SIGNATURE

IN

OUT

SYSTEM WIDE CERTIFIED
ISO 9001: 2000

DRIVER Keith Scott

DATE DEL'D 3/2/05

OPER 1000 09/01-2.0



Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0321926 / 00
Invoice No.: I266695
Invoice Date: 9/13/05
Payment Due: 11/12/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 9/13/05 | CENTRAL TRANSPORT* | TPC | L270766 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>PART 7056<br>.<br>CENTRAL TRANSPORT<br>.<br>2926 DAVISON RD<br>.<br>DOCK 100<br>.<br>FLINT MI 48556 | 1800.000 LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

*Mogadore OH 44260

Customer Service 800-547-3746
Thank You For Your Order

Page 1

**Total Amount** 1,476.00

 SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 0321926/00 | L270766 |

CENTRAL TRANSPORT*
(Name of Carrier)

request: From A. SCHULMAN, INC. At MOGADORE OH (Shipping Location) On 9/13/05 (Date)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or(2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**CONSIGNED TO:**
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE

**DESTINATION:**
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
DOCK 100, 60-01
FLINT MI 48556

ROUTE

CAR or VEHICLE INITIALS and NO.

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions |
|---|---|---|
| 1CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 |

| Weight | LBS | KGS |
|---|---|---|
| GROSS: | 1895.000 | 860.000 |
| TARE: | 95.000 | 43.000 |
| NET: | 1800.000 | 816.000 |

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

A. SCHULMAN, INC.
(Signature of Consignor)

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT. CHECK BOX IF COLLECT [X]

THIRD PARTY BILLING See Special Instructions [X]

C.O.D. charge to be paid by Shipper [ ] Consignee [ ]

Collect on Delivery $

Remit to:

**Special Instructions**
9/13*WHSE TO CALL CARRIER (SLW)
PART 7056
CENTRAL TRANSPORT
2926 DAVISON RD
DOCK 100
FLINT MI 48556

____ PALLETS ____ CONTAINERS PER PALLET
____ PALLETS ____ CONTAINERS PER PALLET

DELIVERY DATE: 9/14/05

442-585226-4
CENTRAL TRANSPORT
Linear-ft | C.C. | S S | PB-ATTD
B/L

SEAL NBRS.

TRIP LEASE TO CONSIGNEE - CONTRACT# ____
Shipper Load Consignee Unload if Applicable

1 SKD ___ LSE CTN ___ DRM ___ BUN [ ] SWAC
___ CRTS ___ BSKT ___ RCK ___ TOTE [ ] SL & C
___ SWS-OF ___ CTN ___ SWS-STC ___ CTN
OTHER ____ SHIP.INIT.
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370
PICK UP STICKER

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T RE...
NOTE(1) Where the rate is dependent on value, shippers are required to state spec...
"The agreed or declared value of the property is specifically stated by the shipper ... ows:
NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. ... (B).
NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC. Shipper, Per ____
Permanent post-office address of shipper, P.O. Box 1710 - Akron, Ohio 44309-1710
Carriers Agent, Per ____ (DATE)
Received in apparent good order, exceptions noted.

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. Per ____ Date ____ | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. Per CTI [signature] Package Nos. ____ Date 9-13 |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission, conversion of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051.2(B)

Arrive Time ____ Depart Time ____

Driver [signature] Date 9.14.05

Pieces Received ____

By ~~Shipment received in good order~~ BY: [signature]

Firm

Stamp / Sign Here — RECEIVED SEP 14 2005

Internal Use Only

Qty. of Pcs Affected ____ Date ____ Log# ____

Part # ____ Skids ____

# And Type of Container ____ Desc. ____

Customer Signature ____ Date ____

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Additional Delivery Services Requested

| | | |
|---|---|---|
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |

Pro Number 442-585226-4

# Central Transport Delivery Receipt

Pro Number 442-585226-4

Ship Date 09/13/05

| Pieces | Weight |
|---|---|
| 1 | 1895 |

Reference Number

| Org | DC |
|---|---|
| 442 | 493 |

Freight Terms: Freight Charges Are Collect

SCAC: CTII

Consignee: A/C NAO DIST%DELPHI AUTOM, 2926 DAVISON RD, FLINT, MI 48550

Shipper: A SCHULMAN INC, MOGADORE PLT, MOGADORE, OH 44260

Special Instructions: Delivery Trailer: 54-0326

Shipper COD Amount 0.0000

---

A. Schulman Inc.

SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 0321926/00 | L270766 |

CENTRAL TRANSPORT* (Name of Carrier)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. From A. SCHULMAN, INC. At MOGADORE OF (Shipping Location) On 9/13/05 (Date)

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or (2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE | A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE<br>2926 DAVISON ROAD<br>DOCK 100, 60-01<br>FLINT MI 48556 |

ROUTE ____ CAR or VEHICLE INITIALS and NO. ____

| No. Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | LBS | KGS |
|---|---|---|---|---|---|
| 1CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 1895.000 | 860.000 |
| | | | TARE: | 95.000 | 43.000 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | NET: | 1800.000 | 816.000 |

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

A. SCHULMAN, INC. (Signature of Consignor)

FREIGHT CHARGES ARE PREPAID ~~UNLESS MARKED COLLECT.~~ CHECK BOX IF COLLECT ☒

THIRD PARTY BILLING See Special Instructions ☒

C.O.D. charge to be paid by: Shipper ☐ Consignee ☐

Collect on Delivery $ ____

Remit to: ____

Special Instructions
9/13*WHSE TO CALL CARRIER (SLW)
PART 7056
CENTRAL TRANSPORT
2926 DAVISON RD
DOCK 100
FLINT MI 48556

____ PALLETS ____ CONTAINERS PER PALLET

____ PALLETS ____ CONTAINERS PER PALLET

DELIVERY DATE: 9/14/05

442-585226-4 B/L

SEAL NBRS. ____

TRIP LEASE TO CONSIGNEE - CONTRACT# ____

Shipper Load Consignee Unload if Applicable

| SKD | LSE CTN | DRM | BUN | ☐ SWAC |
|---|---|---|---|---|
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF ____ CTN | SWS-STC ____ CTN | | | |

OTHER ____ SHIP UNIT ____ PICK UP STICKER
Subject to NMFC 100/CTB-100 and 49 USC 14706 and DOT 49 CFR 370

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T RE[illegible]
NOTE(1) Where the rate is dependent on value, shippers are required to state spe[illegible] ...ows:
*The agreed or declared value of the property is specifically stated by the shipper [illegible]
NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. [illegible] ...(B).
NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.

A. SCHULMAN, INC. Shipper, Per ____
Permanent post-office address of shipper, P.O. Box 1710 * Akron, Ohio 44309-1710

Carriers Agent, Per ____ (DATE) Received in apparent good order, exceptions noted.

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Per ____ Date ____ | Per CTI [signature] Package Nos. ____<br>Date 9-13 |

CENTRAL TRANSPORT


Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0249196 / 00
Invoice No.: I203777
Invoice Date: 1/05/04
Payment Due: 3/05/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

Total Due
8,800.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/05/04 | CENTRAL TRANSPORT' | COL | L210975 | 3360.000 | 160.000 | 3200.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br>32013<br>PART# 32013<br>DELPHI PLANT 35<br>PO# 489920<br>DELPHI PLANT 35<br>PART# 32013<br>ZD<br>* Sharon Center<br>B<br>PF<br>1/5/04 | 3200.000 LB | 2.75000 | 8800.00 |
| | | | SUB-TOTAL | 8800.00 |

Customer Service 800-547-3746 Page 1 **Total Amount** 8,800.00
Thank You For Your Order

A. Schulman Inc.

SHIPPER PROVIDED SHO... NOT NEGOTIABLE

BILL OF LADING

CUSTOMER ORDER NO.
0249196/00

CENTRAL TRANSPORT*
(Name of Carrier)

From A. SCHULMAN, INC. At SHARON CENTER, OHIO
(Shipping Location)

RECEIVED, subject to individually determined rates or contracts that have been agre... applicable, otherwise to the rates, classifications and rules that have been establi... the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, a... to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all ... any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed here... conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shi... Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of ladi... forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipp...

**CONSIGNED TO:**
DELPHI PLANT 35
601 JOAQUIN CAVAZOS ROAD

**DESTINATION:**
DELPHI PLANT 35
601 JOAQUIN CAVAZOS RO...
LOS INDIOS TX 78586

ROUTE

CAR or VEHICLE INITIALS

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | LBS | KGS |
|---|---|---|---|---|---|
| 2 CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 3360.000 | 1524.00 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: | 160.000 | 73.00 |
| | | | NET: | 3200.000 | 1452.00 |

Special Instructions
PLANT TO CALL CARRIER
DJO
DELPHI PLANT 35
DELPHI PLANT 35
ZD

PO# 439920
PART# 32013

______ PALLETS ______ CONTAINERS PER PALLET
______ PALLETS ______ CONTAINERS PER PALLET

DELIVERY DATE: 1/12/04

CENTRAL TRANSPORT 447-220767-8

| Linear-ft. | C.C. | PU. Card | S.S. | PS-ATTD | | B/L |
|---|---|---|---|---|---|---|

CHARGES ARE PREPAID / COLLECT: COLLECT [X]

A. SCHULMAN, INC. (Consignor)

SEAL NBRS.

TRIP LEASE TO CONSIGNEE - CONTRACT#

Shipper Load Consignee Unload if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS

NOTE(1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or ... The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLAR...

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49...

NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked ... transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC. Shipper, Per

Permanent post-office address of shipper, P.O. Box 1710 Akron, Ohio 44309-1710

Carriers Agent, Per ______ (DATE) Received

Shipper Certification

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Per ______ Date ______

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response ...

Per ______

Date 1-5-04

A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0268980 / 00
Invoice No.: I221198
Invoice Date: 6/01/04
Payment Due: 7/31/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

Total Due
11,510.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS T 78586
X

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550049191 | 6/01/04 | CENTRAL TRANSPORT* | COL | L227213 | 4844.000 | 240.000 | 4604.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br>32013<br>PART# 32013<br>PART# 32013<br><br>DELPHI PLANT DA31<br>PO# 550049191<br>DELPHI PLANT DA31<br>PART# 32013<br>ZD<br><br>*Sharon Center<br>Pf | 4604.000 LB | 2.50000 | 11510.00 |
| | | | SUB-TOTAL | 11510.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page 1

Total Amount 11,510.00

STRAIGHT BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

A. Schulman Inc.

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 0268980/00 | L227213 |

CENTRAL TRANSPORT*
(Name of Carrier)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request: From A. SCHULMAN, INC. At SHARON CENTER, OHIO (Shipping Location) On 6/01/04 (Date)

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or(2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| DELPHI PLANT DA31<br>DELPHI PLANT DA31 | DELPHI PLANT DA31<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78586 |

ROUTE

CAR or VEHICLE INITIALS and NO.

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | LBS | KGS |
|---|---|---|---|---|---|
| 3 CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 4844.000 | 2197.000 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: | 240.000 | 109.000 |
| | | | NET: | 4604.000 | 2088.000 |

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

A. SCHULMAN, INC.
(Signature of Consignor)

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT. CHECK BOX IF COLLECT [X]

THIRD PARTY BILLING See Special Instructions ☐

C.O.D. charge to be paid by Shipper ☐ Consignee ☐

Collect on Delivery $

Remit to:

Special Instructions
SPECIALTY TO CALL CARRIER;KM
DELPHI PLANT DA31
DELPHI PLANT DA31
ZD

PO# 550049191
PART# 32013

_______ PALLETS _______ CONTAINERS PER PALLET
_______ PALLETS _______ CONTAINERS PER PALLET

DELIVERY DATE: 6/08/04

Driver's Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT 443-350936-1
SHIPPER LABEL

SEAL NBRS.

TRIP LEASE TO CONSIGNEE - CONTRACT#

Shipper Load Consignee Unload if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS

NOTE(1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARED VALUED _______ PER _____."

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A)and(B).

NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC. Shipper, Per

Permanent post-office address of shipper, P.O. Box 1710, Akron, Ohio 44309-1710

Carriers Agent, Per _______ (DATE) Received in apparent good order, exceptions noted.

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.<br>Per _______ Date _______ | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.<br>Per _______ Package Nos. _______<br>Date _______ |

 Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0249198 / 00
Invoice No.: I204046
Invoice Date: 1/07/04
Payment Due: 3/07/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

Total Due
4,125.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/07/04 | CENTRAL TRANSPORT* | COL | L211251 | 1580.000 | 80.000 | 1500.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br>32013<br>PART# 32013<br>DELPHI PLANT 35<br>PO# 489920<br>DELPHI PLANT 35<br>PART# | 1500.000 LB | 2.75000 | 4125.00 |
| | | | SUB-TOTAL | 4125.00 |

Sharon Center
PK

Customer Service 800-547-3746
Thank You For Your Order

Page 1

**Total Amount** 4,125.00

A. Schulman Inc.

SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading No. |
|---|---|
| 0269158/00 | L211251 |

CENTRAL TRANSPORT*
(Name of Carrier)

From A. SCHULMAN, INC. At SHARON CENTER, OHIO (Shipping Location) On 1/07/04 (Date)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on ... described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, ... It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or (2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:
DELPHI PLANT 35
601 JOAQUIN CAVAZOS ROAD

DESTINATION:
DELPHI PLANT 35
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78586

ROUTE

CAR or VEHICLE INITIALS and NO.

| No. | HM | Description of Articles, Special Marks and Exceptions | | Weight LBS | KGS |
|---|---|---|---|---|---|
| 1 SK | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 1580.000 | 717.000 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: | 80.000 | 36.000 |
| | | | NET: | 1500.000 | 680.000 |

FOR FREIGHT COLLECT SHIPMENTS
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

A. SCHULMAN INC.
(Signature of Consignor)

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT. CHECK BOX IF COLLECT [X]

Special Instructions
DLV PLANT TO CALL CARRIER (SLW)
DELPHI PLANT 35 PO# 489920
DELPHI PLANT 35 PART#

PALLETS CONTAINERS PER PALLET

PALLETS CONTAINERS PER PALLET

DELIVERY DATE: 1/12/04

THIRD PARTY BILLING See Special Instructions [ ]

C.O.D. charge to be paid by Shipper [ ] Consignee [ ]

Collect on Delivery $

Remit to:

CENTRAL TRANSPORT* 447-220841-1

| Linear-ft. | C.C. | PU. Card | S.S. | PS-ATTD | |
|---|---|---|---|---|---|

B/L

SEAL NBRS.

TRIP LEASE TO CONSIGNEE - CONTRACT#

Shipper Load Consignee Unload if Applicable

MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS

NOTE (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARED VALUED $ PER

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC. Shipper, Per

Permanent post-office address of shipper, P.O. Box 1710 - Akron, Ohio 44309-1710

Carriers Agent, Per

(DATE)

Received in apparent good order, exceptions noted

Shipper Certification

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Date

Carrier Certification

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

Per

Package Nos.

Date 1-7-04



Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

# INVOICE

*** REPRINT ***

Order No.: 0307778 / 00
Invoice No.: I253816
Invoice Date: 5/03/05
Payment Due: 7/02/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

Total Due
1,428.44

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 5/03/05 | USF HOLLAND | FOB SHIPPI | L258818 | 1837.000 | 95.000 | 1742.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>PO# AES29517 | 1742.000 LB | .82000 | 1428.44 |
| | | | SUB-TOTAL | 1428.44 |

Customer Service 800-547-3746
Thank You For Your Order

Page 1

Total Amount 1,428.44

USF Holland
750 EAST 40th ST.
HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000 DUNS 00-777-3724 (HMES) DELIVERY RECEIPT 1

LOCAL NO.
(989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | | C | JL |

SHIPPER BOL NO. E258818
PRO NUMBER 102-0289858 1 APPT
P.O. NUMBER AES29517
DATE 05/03/05
COD AMOUNT

CONSIGNEE 96094
NAO FLINT ASSEMBLY
DOCK 100 06-01
2926 DAVISON RD
FLINT MI 485510001

SHIPPER 59062
A SCHULMAN % ASW OHIO SCS LLC
3375 GILCHRIST RD
MOGADORE OH 442601253

BILL CHARGES TO
NAO FLINT ASSEMBLY
DOCK 100 06-01
2926 DAVISON RD
FLINT MI 485510001

| INBOUND TRAILER | ROUTE NO. | RVD. SCAC | | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | |
|---|---|---|---|---|---|---|---|---|
| 535103 | 007R | | | | | | [illegible] 4 | D1 |

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT (LBS) | | PPD/COL |
|---|---|---|---|---|---|---|
| | 1 | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 183 | | |
| | | AS WEIGHT | | 200 | | |
| | | DISCOUNT 66% | | | | |
| | | FSC 2.00% NATL AVG FUEL COST IS 228.9 | | | | |
| 1 | | TOTALS | | 183 | 4 | COL |

RECEIVED
MAY 04 2005
BY:

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| Y | | | A |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

SYSTEM WIDE CERTIFIED ISO 9001: 2000

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | | | |

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | | | |

FIRM
PRINT NAME J Greer
SIGNATURE J Greer
IN
OUT
DRIVER [signature]
DATE DEL'D 5/4/05

OPER 1000 09/01 2.0

A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0297031 / 00
Invoice No.: I244383
Invoice Date: 1/27/05
Payment Due: 3/28/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

Total Due
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 1/27/05 | USF HOLLAND | COL | L249734 | 1885.000 | 85.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>PO# AES29517 | 1800.000 LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page 1

Total Amount 1,476.00

USF 6/12/2007 10:41 PAGE 6/007 Fax Server

USF Holland

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000 DUNS 00-777-3724 (HMES)

DELIVERY RECEIPT 1

LOCAL NO. (989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | | C | JL |

| SHIPPER BOL NO | PRO NUMBER |
|---|---|
| 1249734 | 102-0231510 9 FR28 |
| P.O. NUMBER | DATE |
| AES29517 | 01/27/05 |

COD AMOUNT

CONSIGNEE
DELPHI E DOCK 100 115822
NAO DISBURSEMENT
2926 DAVISON RD # 31005
FLINT MI 48506

SHIPPER
A SCHULMAN % ASW OHIO SCS LLC 59062
3375 GILCHRIST RD
MOGADORE OH 442601253

DELPHI E DOCK 100
NAO DISBURSEMENT
2926 DAVISON RD # 31005
FLINT MI 48506

| INBOUND TRAILER | ROUTE | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 207771 | 002 (REAR) | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 1885 | |
| | | AS WEIGHT | | 2000 | |
| | | DISCOUNT 46% | | | |
| | | FSC10.40% NATL AVG FUEL COST IS 195.9 | | | |
| 1 | | TOTALS | | 1885 | COL |

2005 JAN 28 PM 1 17

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| | | | |

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| 1/28 | 10 | 1 | JN |
| DATE | TRAILER/BAY | PIECES | INITIALS |
| | | | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

FIRM

PRINT NAME

SIGNATURE [signature]

IN 105
OUT 110

SYSTEM WIDE CERTIFIED ISO 9001:2000

DRIVER [signature]

DATE DEL'D 1/28

OPER 1000 05/01-2.0

 A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0277597 / 00
Invoice No.: I227687
Invoice Date: 8/03/04
Payment Due: 10/02/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517/PRA 8296 | 8/03/04 | USF HOLLAND | FOB SHIPPI | L233350 | 1880.000 | 80.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT<br>7056 | 1800.000 LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746
Thank You For Your Order

Page 1

**Total Amount** 1,476.00

**USF Holland**
750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000 DUNS 00-777-3724 (HMES) DELIVERY RECEIPT 1

LOCAL NO. (989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | | C | JL |

| SHIPPER BOL NO | PRO NUMBER | |
|---|---|---|
| L233350 | 102-0080718 | 5 WF04 |
| PO NUMBER | DATE 08/03/04 | COD AMOUNT |

CONSIGNEE
NAO DISBURSEMENT % DELPHI 115822
DOCK 100 60-01
2926 DAVISON RD
FLINT MI 48506

SHIPPER
A SCHULMAN % ASW OHIO SCS LLC 59062
3375 GILCHRIST RD
MOGADORE OH 442601253

BILL CHARGES TO
NAO DISBURSEMENT % DELPHI
DOCK 100 60-01
2926 DAVISON RD
FLINT MI 48506

| INBOUND TRAILER | ROUTE | D. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 534306 | 002 | | | | |

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 1880 | |
| | | AS WEIGHT | | 2000 | |
| | | DISCOUNT 46% | | | |
| | | FSC 2.00% NATL AVG FUEL COST IS 175.4 | | | |
| 1 | | TOTALS | | 1880 | COL |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | |

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

SYSTEM WIDE CERTIFIED ISO 9001: 2000

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| 8-4 | 3 | 1 | | 
| DATE | TRAILER/BAY | PIECES | INITIALS |

FIRM
PRINT NAME Brandi Wilber
SIGNATURE

IN
OUT

DRIVER Larry Esser
DATE DEL'D 8/4/04

OPER 1000 09/01-2.0

 Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

# INVOICE

Order No.: 0261725 / 00
Invoice No.: I213531
Invoice Date: 3/25/04
Payment Due: 5/24/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,467.80

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 PRA 8296 | 3/25/04 | USF HOLLAND | FOB SHIPPI | L219803 | 1870.000 | 80.000 | 1790.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>7056<br>PART# 7056 / 1002989CT | 1790.000 LB | .82000 | 1467.80 |
| | | | SUB-TOTAL | 1467.80 |

Customer Service 800-547-3746
Thank You For Your Order

Page 1

**Total Amount** 1,467.80

USF Holland
750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000 DUNS 00-777-3724 (HMES)

DELIVERY RECEIPT 1

LOCAL NO. (989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | | C | JL |

| SHIPPER BOL NO | PRO NUMBER |
|---|---|
| L219803 | 663-92741 |
| P.O. NUMBER | DATE |
| | 03/25/04 |

FR26

COD AMOUNT

CONSIGNEE
DELPHI E DOCK 100 115822
AC NAO DISBUSEMENT
2926 DAVISON RD # 31005
FLINT MI 485560001

SHIPPER
A SCHULMAN % ASW OHIO SCS, LLC 59062
3375 GILCHRIST RD
MOGADORE OH 442601253

DELPHI E DOCK 100
AC NAO DISBUSEMENT
2926 DAVISON RD # 31005
FLINT MI 485560001

| INBOUND TRAILER | ROUTE NO. | BYD SCAC | | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|---|
| 500006 | 002 | | | | | |

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT (LBS) | | PPD/COL |
|---|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS | | | | |
| | | PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 1870 | | |
| | | AS WEIGHT | | 2000 | | |
| | | DISCOUNT 65% | | | | |
| | | FSC 1.50% NATL AVG FUEL COST IS 164.1 | | | | |
| 1 | | TOTALS 2004 MAR 26 PM 2 45 | | 1870 | | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| | | | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED

SYSTEM WIDE CERTIFIED ISO 9001: 2000

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | 2108 | 1 | [signature] |
| DATE | TRAILER/BAY | PIECES | INITIALS |
| | | | |

FIRM
PRINT NAME
SIGNATURE Donna Fisher

IN
OUT

DRIVER [signature]
DATE DEL'D 3/26/04

OPER 1000 09/01-2.0