DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Telephone:    (212) 248-3154
Facsimile:    (212) 348-3141
Janice B. Grubin (JG 1544)

—and—

HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, Georgia 30339
Telephone:    (678) 384-7000
Facsimile:    (678) 384-7034
Louis G. McBryan (LG 1352)

Attorneys for Vanguard Distributors, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
In re:                                                         :
                                                               : Chapter 11
DELPHI CORPORATION, *et al.*,                                  : Case No. 05-44481-RDD
                                                               : (Jointly Administered)
         Debtors.                                              :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF CHICAGO       )
                       ) ss.:
COUNTY OF COOK         )

I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

1.    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

1

2. On July 11, 2007, I caused a true and correct copy of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS to be served via First Class U.S. Mail, postage prepaid, on the parties listed on the attached Service List.

       /s/ Daniel Northrop_____
       **Daniel Northrop**

Sworn to before me this 11th
day of July 2006.

 /s/ Kathleen M. Brazel_____
Notary Public

My commission expires: 10/09/07

## SERVICE LIST

Skadden, Arps, Sale, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attention: John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attention: Donald Bernstein, Esq.
       Brian Resnick, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attention: Robert J. Rosenberg, Esq.
       Mark A. Broude, Esq.

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attention: Brad Eric Sheler, Esq.
       Bonnie Steingart, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Attention: Alicia M. Leonhard, Esq.

Skadden, Arps, Sale, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, New York 10036
Attention: Kayalyn A. Marafioti, Esq.
           Thomas J. Matz, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attention: Kenneth S. Ziman, Esq.
           Robert H. Trust, Esq.

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, California 90245
Attention: Sheryl Betance

NY01/ 6009824.1