WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
Patrick B. Howell (State Bar No. 1008527)
Ann M. Maher (State Bar No. 1000529)
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Contact Person Email: phowell@whdlaw.com

Attorneys for HB Performance Systems, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                          :
                                                                :    Chapter 11
    DELPHI CORPORATION, <u>et al.</u>,                          :
                                                                :    Case No. 05-44481 (RDD)
                   Debtors.                                     :
                                                                :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF REMOVAL OF PATRICK B. HOWELL AND ANN M. MAHER**
**FROM NOTICE LISTS**

PLEASE TAKE NOTICE, that in light of the Joint Stipulation and Agreed Order

Disallowing and Expunging Proof of Claim Number 14012 and Dismissing Counterclaim (HB

Performance Systems LLC) which was signed by the Court on July 12, 2007, Patrick B. Howell

and Ann M. Maher hereby request that their names and addresses be removed from all service

lists, including the Court's ECF electronic notice list, the Master Service List and the 2002 list,

in the above-captioned cases.

WHD\5212748.1

Dated at Milwaukee, Wisconsin, this 13th day of July, 2007.

/s/ Patrick B. Howell
Patrick B. Howell
State Bar No. 1008527
Ann M. Maher
State Bar No. 1000529

One of the Attorneys for HB Performance Systems, Inc.

**OF COUNSEL:**

Patrick B. Howell
Ann M. Maher
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone:  414-273-2100
Facsimile:  414-223-5000
Email:  phowell@whdlaw.com
           amaher@whdlaw.com

WHD\5212748.1