UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:
In re                                       :     Chapter 11
:
DELPHI CORPORATION, et al.,                 :     Case No. 05-44481 (RDD)
:
    Debtors.                                :     (Jointly Administered)
:
-------------------------------------------------------x

## RESPONSE OF VIASYSTEMS TO DEBTORS' OBJECTION TO CLAIM NO. 12383

COMES NOW Viasystems, by and through its attorneys and files the following Response to the Objection filed by the Debtors to Claim No. 12383 respectfully states as follows:

1. The Debtors have objected to Viasystems Claim No. 12383 filed July 28, 2006 in the sum of $762,104.80 on the basis that the Debtors have determined the sum is not due and owing pursuant to the Debtors' books and records (hereinafter a "Books and Records Claim").

2. Viasystems asserts that the amount alleged in its proof of claim is due and owing from the Debtors for goods provided and/or requested by Debtors prior to the petition date in the reasonable sum of $762,104.80.

3. In that the above claim amount is due and owing from the Debtors, the claim should be allowed in its entirety.

WHEREFORE, Viasystems prays that the Court issue its Order allowing Claim No. 12383 in the filed amount, together with such other and further relief as the Court deems just and proper.

LYNCH ROWIN LLP

By: _____
Karen L. Kirshenbaum (5397)
630 Third Avenue, 16th Floor
New York, New York 10017
T: (212) 682-4001
F: (212) 682-4003

1

and

GALLOP, JOHNSON & NEUMAN, L.C.
Wendi Alper-Pressman, Esq.
101 S. Hanley, Suite 1700
St. Louis, MO  63105
Telephone – (314) 615-6000
Telecopier – (314) 615-6001

Attorneys for Viasystems