UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                    :
    In re                           :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                Debtors.            :    (Jointly Administered)
                                    :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Wendi Alper-Pressman, hereby certify that pursuant to the Claims Objection Procedure Order, a true and correct copy of Viasystems' Response to Debtors' Seventeenth Omnibus Claims Objection was served by overnight mail on this 11th day of July, 2007 to Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098, Attention: General Counsel; and Skadden, Arps, Slate, Meagher and Flom, L.L.P., 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 Attention: John William Butler, Jr., John K. Lyons, and Randall G. Reese; and the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, NY 10004.

_____