**CERTIFICATE OF SERVICE**

    I, Christopher M. Desiderio, hereby certify that on this 11th day of July 2007, I caused a true and correct copy of the Limited Objection of Corning Incorporated to the Assumption of, and the Cure amounts Asserted by Debtor, for Contracts 50186, 50187, 50188 And 50189 in Debtor's Notices of Assumption and Asserted Cure Amounts in Connection with the Sale of Debtor's Catalyst Business to be served upon parties below by regular mail, postage prepaid.

       /s/ Christopher M. Desiderio
       Christopher M. Desiderio, Esq.

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the Southern<br>District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004 | Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn:  Legal Staff |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>Attn:  Deputy General Counsel,<br>     Transactions & Restructuring | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois  60606<br>Attn:  John K. Lyons and Brian M. Fern |

| | |
|---|---|
| Davis Polk & Wardwell | Latham & Watkins LLP |
| 450 Lexington Avenue | 885 Third Avenue |
| New York, NY  10017 | New York, NY  10022 |
| Attn:  Donald Bernstein and Brian Resnick | Attn:  Robert J. Rosenberg and Mark A Broude |

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Attn:  Bonnie Steingart

Goodwin Procter LLP
901 New York Avenue N.W.
Washington, DC  20001
Attn:  J. Hovey Kemp

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Alicia M Leonhard