McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Gary O. Ravert (GR 3091)

*Attorneys for McDermott Will & Emery LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**In re**                                          :        **Chapter 11**
                                                   :
**DELPHI CORPORATION**, *et al.*,                  :        **Case No. 05- 44481 (RDD)**
                                                   :
                                    **Debtors.**   :        **(Jointly Administered)**
                                                   :

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF RESPONSE**
**TO THIRD OMNIBUS CLAIMS OBJECTION**

In accordance with, and subject to, the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10275 entered by this Court on or about March 27, 2007 (the "Stipulation"), McDermott Will & Emery LLP hereby withdraws its Response to the Third Omnibus Claims Objection[1] [Docket No. 5654].

Dated:  New York, New York
        July 13, 2007

                                    /s/ Gary O. Ravert
                                    Gary O. Ravert (GR 3091)
                                    McDERMOTT WILL & EMERY LLP
                                    340 Madison Avenue
                                    New York, New York 10173-1922
                                    Telephone: (212) 547-5400
                                    Facsimile: (212) 547-5444

                                    *Attorneys for McDermott Will & Emery LLP*

---

[1] All capitalized terms used herein, but not defined herein, shall have the meaning ascribed to them in the Stipulation.