## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on July 13, 2007 I caused to be served upon the parties listed below by first class mail a true and correct copy of the accompanying Notice of Withdrawal of Response to Third Omnibus Claims Objection.

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Randall G. Reese, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Dated: New York, New York
July 13, 2007

Bonnie S. Schwab