STATE OF NEW YORK,                              CERTIFICATE OF SERVICE
COUNTY OF NEW YORK.

      Michael W. Antonivich, certifies pursuant to 28 U.S.C 1746 under penalty of perjury, that on the 13th day of July, 2007, prior to 4:00 p.m., I served a true copy of the within **Response of the AIG Member Companies to Debtors' Sixteenth Omnibus Objection to certain Claims** upon the attorneys/parties hereinafter named at the places hereinafter stated by the manner indicated in bold and to all other parties who receive notice by ECF.

      Delphi Corporation (attn: General Counsel)
5725 Delphi Drive
Troy, Michigan 48098
**by facsimile to said General Counsel at 248-813-2491)**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chichago, Illinois 60606
**(by e-mail to Jbutler@skadden.com and by facsimile to 312-407-8501)**

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, New York 10036
**(by e-mail to Kmarafio@skadden.com and by facsimile to 917-777-2350)**

Dated: July 17, 2007

                                                        MICHAEL W. ANTONIVICH

507392.01/10539-027/MWA