```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                        Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,             (Jointly Administered)


                         Debtors.       Chapter 11
------------------------------------x
```

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

I, Howard S. Sher, a member in good standing of the bar of the state of Michigan and the United States District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before this Court, to represent Visteon Corporation in the above-captioned jointly administered cases, and in any related adversary proceedings.

My address is Jacob & Weingarten, P.C., 2301 West Big Beaver Road, Suite 777, Troy, Michigan 48084, and my telephone number is (248) 649-1900. My email address is howard@jacobweingarten.com.

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: Troy, MI
       July 13, 2007

                                    /s/ Howard S. Sher
                                    Howard S. Sher