UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
      In re                               :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                  Debtors.                 :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FOURTH AMENDED ORDER SUSPENDING FURTHER PROCEEDINGS ON
DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365 AND FED. R.
BANKR. P. 6006 AUTHORIZING REJECTION OF CERTAIN
EXECUTORY CONTRACTS WITH GENERAL MOTORS CORPORATION

("FOURTH AMENDED GM CONTRACT REJECTION
MOTION NO. 1 PROCEEDINGS SUSPENSION ORDER")

Upon the Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006

Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated

March 31, 2006 (Docket No. 3033) (the "Motion"), filed by Delphi Corporation ("Delphi") and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"); and upon the response of the Official Committee of

Unsecured Creditors, dated June 15, 2006 (Docket No. 4198), the preliminary and supplemental

objections of General Motors Corporation, dated April 12, 2006 and June 5, 2006, respectively

(Docket Nos. 3210 and 4019), the preliminary objection and response and supplemental limited

objection of the Ad Hoc Equity Committee, dated April 17, 2006 and August 8, 2006,

respectively (Docket Nos. 3243 and 4879), the limited objection of SPS Technologies, Inc., SPS

Technologies Waterford Company, and Greer Stop Nut, Inc., dated May 2, 2006 (Docket No.

3567), and the preliminary and limited objections of the Official Committee of Equity Security

Holders, dated May 26, 2006 and June 12, 2006, respectively (Docket Nos. 3926 and 4128)

(collectively with the objectors and responders, the "Respondents"); and upon the Debtors'

Omnibus Response To Objections To Debtors' Motion For Order Under 11 U.S.C. § 365 And

Fed. R. Bankr. 6006 Authorizing Rejection Of Certain Executory Contracts With General

Motors Corporation, dated June 15, 2006 (Docket No. 4203); and the Debtors having originally

noticed the Motion for hearing on the omnibus hearing date of May 12, 2006, which was

subsequently adjourned by the Court; and the Court having issued a Pretrial And Scheduling

Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P.

6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation,

dated June 13, 2006 (Docket No. 4169); and the Court having issued a series of scheduling

orders thereafter adjourning commencement of a hearing on the Motion and directing the

participation of the Debtors and the Respondents in in-camera status conferences from time to

time;[1] and the Debtors having filed an Expedited Motion For Order Authorizing And Approving

The Equity Purchase And Commitment Agreement (the "EPCA") Pursuant To Sections 105(a),

363(b), 503(b) and 507(a) Of The Bankruptcy Code And The Plan Framework Support

Agreement (the "PSA") Pursuant To Sections 105(a), 363(b), And 1125(e) Of The Bankruptcy

Code on December 18, 2006 (Docket No. 6179); and the Court having issued an Order

Authorizing And Approving The EPCA Pursuant To Sections 105(a), 363(b), 503(b) and 507(a)

Of The Bankruptcy Code And The PSA Pursuant To Sections 105(a), 363(b), And 1125(e) Of

The Bankruptcy Code on January 12, 2007 (Docket No. 6589); and the Court having entered

four orders suspending further proceedings on the Motion (each, a "GM Contract Motion

Rejection Suspension Order") (Docket Nos. 6778, 7819, 8132, and 8439); and Delphi having

---

[1]   Subsequent scheduling orders have been entered by the Court at docket nos. 5400, 5538, 5658, 6147, and 6420.

confirmed on July 9, 2007 that it had formally terminated the EPCA and the PSA; and it

appearing that the chambers conference required under the first such GM Contract Rejection

Motion Suspension Order (the "First GM Contract Rejection Motion Suspension Order")

(Docket No. 6778) as a result of the termination of the EPCA or the PSA should be combined

with the chambers conference scheduled for July 19, 2007 under the most recent GM Contract

Rejection Motion Suspension Order (Docket No. 8439); and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

Further proceedings on the Motion continue to be suspended until further order of

the Court. The First GM Contract Rejection Motion Suspension Order (Docket No. 6778) shall

remain in full force and effect except that the numbered paragraphs thereof shall be amended in

their entirety to read as follows:

The Court shall conduct an in-person, in-camera status conference pursuant to 11

U.S.C. § 105(d)(1) with the Debtors and the Respondents at 2:00 p.m. (prevailing Eastern time)

on July 19, 2007.


Dated:      New York, New York
            July 13, 2007


                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

3