# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On July 13, 2007, a true and correct copy of the *Response and Objection of SPCP Group, LLC to Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. 502(B) and FED. R. BANK. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Related on Debtors' Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification and Modified Claims Asserting Reclamation*, which was filed today in the above captioned proceeding, was caused to be served on the parties listed on the attached Service List, via First Class Mail.

**Dreier LLP**

By: */s/Jean L. Guerrier*
**Jean L. Guerrier**

**Sworn to before me this**
**13th day of July, 2007.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00272500.DOC;}

**Service List**

**United States Bankruptcy Court
for the Southern District of New York**
One Bowling Green, Room 632
New York, NY 10004
Attn: The Chambers of the Honorable Robert D. Drain
    United States Bankruptcy Judge


**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Skadden, Arps, Slate,
Meagher & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
    John K. Lyons
    Joseph N. Wharton


**Skadden, Arps, Slate,
Meagher & Flom LLP**
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti