## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** : | |
| : | **Case No. 05-44481** |
| **Delphi Corporation, et al.,** : | |
| : | **Judge Robert D. Drain** |
| **Debtors.** : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Rex H. Elliott, Esq., and the law firm of Cooper & Elliott, LLC, hereby provide notice to the Court that they are hereby withdrawing their appearance in the above captioned case.

Respectfully submitted,

/s/ Rex H. Elliott
Rex H. Elliott        (0054054)
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio  43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Attorney for Edith C. James