Mrs. Kellie J. Hurley
214 Lou Ann Drive
Depew, New York 14043



July 5, 2007

Honorable Robert Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Judge Drain,

I write this letter to you today as I am deeply concerned and affected by the outcomes of the Delphi Corporation bankruptcy proceedings. Please hear me as I speak on behalf of others with the same views and situations.

It is with **great** hope that you will reject the recent proposal that Delphi has given to its union workers. The proposal is seen by thousands as ludicrous since Delphi's executives were awarded millions in bonuses to stay on with the company that they dug into a deep financial hole. The workers did their jobs as requested and should not be held accountable for the improper handling of business decisions and misreporting of funds in years past.

The new proposal allows for **at least** a 40% pay cut for traditional workers, which only stand at a total of around 4,000 in the country. Not only is the pay being severely reduced, the health care coverage is plummeting. I understand this is a give and take situation and things must change, but this is tremendously drastic. This change will send thousands of people into bankruptcy.

The recent proposal in June 2007 was voted on and accepted by union members. **However**, the number of yes votes came primarily from newly hired workers on the second tier wage scale who will not see a pay cut (some may even see an increase and make more than someone with 25 years seniority). The number of new hire workers primarily unaffected by this voting heavily outweighs the number of traditional employees. This is another devastating blow to the local workers and economies affected by this situation Delphi has put itself into.

My husband is a production worker at the Lockport, New York plant which **soundly** voted **NO** to this new proposed contract. They realize times in this world and economy are changing but why just they are being asked to sacrifice while executives and plant managers receive a yearly salary or bonus that we could live the rest of our lives on is a mystery.

The buy-down or buy-out incentives are not all they are cracked up to be for the workers either. The proposed three-year $105,000 turns out to be only about $45,000 total after a

hefty tax levy and the union taking their cut. The final number makes up for about one year's salary difference with the proposed cuts.

My husband and I are both college graduates but we could not pass up the opportunity for him to work at Delphi given the pay range. I was forced to quit my job in the past year (my boss was having me do work that was unethical) and my husband's paycheck allowed us to get by. Even with a college degree, I didn't even make half of my husband's paycheck while I was working. I was able to stay home and take care of our child for the first time in four years. I am now back in the hunt for a job that combined with my husband's new proposed wage will not even be the same as what he is making now. A flow-back to General Motors is part of the proposed deal but isn't easy to come by as the waiting list is quite large, especially for my husband who only has 7 years time working for Delphi. Finding a better paying job isn't easy when you have a child and schedules to think about. We are considering going back to school but do not know when we will fit in time to raise our child, go to school and work still to pay the bills.

The vehicles the workers help to make will no longer be affordable. We do not own a boat, pool, hot tub or have season tickets. We have a lower payment car lease and a 6 year-old paid for car. We live in an 1100 square foot ranch with a mortgage and have student loan payments. We have a child entering kindergarten this fall. This list does not include the out of pocket costs we will now incur with the health care changes coming. I see a doctor for shots just about monthly for a low B-12 level. B-12 helps to coat nerves and left untreated, the damage can be irreversible. Paying in full for doctor visits when you are used to a certain kind of coverage will be a large chunk of funds taken away from us. I have been sick for almost 5 years since having my child and will now have to think twice about what care I really need in exchange for not going completely into debt. I get sick to my stomach with the thought of having to decide if my child is really sick enough to go to the emergency room since the thoughts of depleting my bank account to pay for the visit are in the back of my head at the same time. I have a great amount of pity for any person who is affected by these proposed changes that has a serious/life-threatening disease or illness.

My husband and I have somewhat saved for a rainy day but it's not just raining, it's pouring. I know the times, they are a changing. I realize your job is difficult and is to help companies and citizens through their bankruptcies with the least disruption to society and others. I firmly believe however that the number of bankruptcy cases filed will increase as will the number of cases to reduce child support, as will the number of people on public assistance. The number of deaths may even increase as well. Both from those taken out of despair and those with a lack of health care.

I ask you to give consideration to the fact that this is not the best proposal out there for these workers.

Thank you for your time and consideration.

Sincerely,

Kellie J. Hurley