Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com
Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

- and -

Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2010
Walter J. Greenhalgh (WJG-9614)
Joseph H. Lemkin (JL-2490)
Attorneys for Robert Bosch LLC

Hearing date: July 19, 2007 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ -x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------ -x

## CERTIFICATE OF SERVICE

I, Elizabeth Rice, being duly sworn according to law, depose and say that:

1.  I am employed by Duane Morris LLP, co-counsel for Robert Bosch GmbH.

2.  On June 27, 2007, a copy of Robert Bosch GmbH'S Motion to Amend Proof of Claim (Document No. 8412) was served upon the parties listed on **Exhibit A** via Federal Express overnight delivery.

DM3\539651.1

05-44481-rdd    Doc 8614    Filed 07/13/07    Entered 07/13/07 16:41:29    Main Document
Pg 2 of 2

3. On June 28, 2007 a copy of the Notice of Motion and Proposed Order (Document No.: 8420) was served upon the parties listed on **Exhibit A** Federal Express Overnight delivery.

Date: Newark, New Jersey
July 13, 2007

**DUANE MORRIS LLP**

By: s/ Elizabeth Rice
Elizabeth Rice

DM3\539651.1