SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
      In re                         :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :      Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FURTHER ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 837 AND 838

(H.E. SERVICES COMPANY AND ROBERT BACKIE)

PLEASE TAKE NOTICE that on October 31, 2006, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), objected to proofs of claim numbers 2237 and 2238[1] (the

"Proofs of Claim") filed by Robert Backie and H.E. Services (the "Claimants") pursuant to the

Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims

Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And

(ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)

(Docket No. 5452) (the "Objection").

PLEASE TAKE FURTHER NOTICE that on December 11, 2006, the Debtors

filed the Notices Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs

Of Claim Nos. 2237 and 2238 (Docket Nos. 6128 and, 6127) scheduling a claims objection

hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the

merits of the Proofs of Claim for February 14, 2007, at 10:00 a.m. (prevailing Eastern time).  On

February 2, 2007, the Debtors filed the Notice Of Adjournment Of Claims Objection Hearing

With Respect To Debtors' Objection To Proof of Claim Nos. 2237, 2238 and 14762 (Robert

Backie, H.E. Services Company, and Richard Janes) (Docket No. 6822) setting the Claims

Objection Hearing for April 27, 2007.  On April 20, 2007, the Debtors filed the Notice Of

Adjournment Of Claims Objection Hearing With Respect to Debtors' Objection To Proofs Of

---

[1]     By agreement of the parties, after the original Notices of Claims Objection Hearing were filed, proofs of
claim numbers 2237 and 2238 were expunged as duplicate claims pursuant to the Order Pursuant To 11
U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (I) Equity Claims, (II)
Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (III) Duplicate And Amended Claims
Identified In Second Omnibus Claims Objection, entered December 21, 2006 (Docket No. 6255), leaving
proofs of claim numbers 837 and 838 as the surviving claims.

Claim Nos. 837, 838, and 14762 (H.E. Services Company, Robert Backie, and Richard Janes[2])

(Docket No. 7767) setting the Claims Objection Hearing for June 22, 2007.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the

Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,

9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii)

Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006

(Docket No. 6089) (the "Order"), and with the consent of the Claimants, the Claims Objection

Hearing is hereby further adjourned to August 30, 2007, at 10:00 a.m. (prevailing Eastern time)

in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the

Order shall remain in full force and effect.  Those outstanding deadlines calculated based on the

hearing date shall be calculated based on the August 30, 2007 hearing date rather than the

original June 22, 2007 hearing date.  Please review the Order carefully – failure to comply with

the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in

the disallowance and expungement of the Proof of Claim.  A copy of the Order is attached hereto

for your convenience.

---

[2]        Mr. Janes has since withdrawn his claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Claims Objection Hearing at any time at least five business days prior to the scheduled hearing

upon notice to the Court and the Claimant.


Dated:  New York, New York
        July 13, 2007

                                         SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP

                                         By:  /s/ John Wm. Butler, Jr.         __
                                             John Wm. Butler, Jr. (JB 4711)
                                             John K. Lyons (JL 4951)
                                             Ron E. Meisler (RM 3026)
                                         333 West Wacker Drive, Suite 2100
                                         Chicago, Illinois  60606
                                         (312) 407-0700

                                         By:  /s/ Kayalyn A. Marafioti
                                             Kayalyn A. Marafioti (KM 9632)
                                             Thomas J. Matz (TM 5986)
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000

                                         Attorneys for Delphi Corporation, et al.,
                                             Debtors and Debtors-in-Possession