05-44481-rdd   Doc 8616-1   Filed 07/13/07   Entered 07/13/07 18:38:03   Exhibit A
Pg 1 of 3

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Eighteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16615<br>Date Filed: 06/15/2007<br>Creditor's Name and Address:<br>BEAVER VALLEY MANUFACTURING INC<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,633.39<br>Total: $180,633.39 | Claim Number: 11186<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>BEAVER VALLEY MANUFACTURING INC<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,633.39<br>Total: $180,633.39 |
| Claim Number: 16617<br>Date Filed: 06/25/2007<br>Creditor's Name and Address:<br>BOULDER COUNTY TREASURER<br>PO BOX 471<br>BOULDER, CO 80306<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $885.93<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $885.93 | Claim Number: 2234<br>Date Filed: 03/09/2006<br>Creditor's Name and Address:<br>BOULDER COUNTY TREASURER<br>PO BOX 471<br>BOULDER, CO 80306<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $1,013.04<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,013.04 |
| Claim Number: 11604<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>FREUDENBERG NOK GENERAL PARTNERSHIP<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $277,525.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $277,525.00 | Claim Number: 11603<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>FREUDENBERG NOK GENERAL PARTNERSHIP<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $358,851.00<br>Priority: $80,742.02<br>Administrative:<br>Unsecured: $60,066.20<br>Total: $499,659.22 |
| Claim Number: 16595<br>Date Filed: 04/12/2007<br>Creditor's Name and Address:<br>LOCKPORT CITY TREASURER CITY OF LOCKPORT<br>1 LOCKS PLAZA<br>LOCKPORT, NY 14094<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,707.30<br>Total: $93,707.30 | Claim Number: 12442<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>LOCKPORT CITY TREASURER<br>CITY OF LOCKPORT<br>1 LOCKS PLAZA<br>LOCKPORT, NY 14094<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $23,738.72<br>Unsecured: $69,968.61<br>Total: $93,707.33 |
| Claim Number: 16616<br>Date Filed: 06/22/2007<br>Creditor's Name and Address:<br>MACARTHUR CORPORATION<br>WINEGARDEN HALEY LINDHOLM & ROBERST<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $414,063.61<br>Total: $414,063.61 | Claim Number: 11599<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>MAC ARTHUR CORPORATION<br>3190 TRI PARK DR<br>GRAND BLANC, MI 48439-0010<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $432,705.04<br>Total: $432,705.04 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8616-1    Filed 07/13/07    Entered 07/13/07 18:38:03    Exhibit A
Pg 2 of 3

Exhibit A
Eighteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16612<br>Date Filed: 06/11/2007<br>Creditor's Name and Address:<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO, IL 60611<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $257,482.41<br>Total: $257,482.41 | Claim Number: 9190<br>Date Filed: 07/10/2006<br>Creditor's Name and Address:<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO, IL 60611<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $315,746.36<br>Total: $315,746.36 |
| Claim Number: 16607<br>Date Filed: 06/04/2007<br>Creditor's Name and Address:<br>POPE COUNTY ARKANSAS<br>100 W MAIN<br>RUSSELLVILLE, AR 72801<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $77.18<br>Administrative:<br>Unsecured:<br>Total: $77.18 | Claim Number: 3556<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>POPE COUNTY AR<br>POPE COUNTY TAX COLLECTOR<br>100 WEST MAIN ST<br>RUSSELLVILLE, AR 72801<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100.61<br>Total: $100.61 |
| Claim Number: 16609<br>Date Filed: 06/04/2007<br>Creditor's Name and Address:<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 06480<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $193,633.16<br>Total: $193,633.16 | Claim Number: 9684<br>Date Filed: 07/17/2006<br>Creditor's Name and Address:<br>PRECISION RESOURCE KENTUCKY DIVISION<br>PO BOX 30375<br>HARTFORD, CT 06150<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $143,262.13<br>Total: $143,262.13 |
| Claim Number: 16546<br>Date Filed: 02/20/2007<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,158,884.07<br>Unsecured:<br>Total: $1,158,884.07 | Claim Number: 16610<br>Date Filed: 06/04/2007<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $171,000.00<br>Unsecured:<br>Total: $171,000.00 |
| Claim Number: 16455<br>Date Filed: 12/15/2006<br>Creditor's Name and Address:<br>TROSTEL LTD<br>901 MAXWELL ST<br>LAKE GENEVA, WI 53147<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $208,432.35<br>Total: $208,432.35 | Claim Number: 12693<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $16,213.43<br>Administrative:<br>Unsecured: $1,478,358.39<br>Total: $1,494,571.82 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8616-1    Filed 07/13/07    Entered 07/13/07 18:38:03    Exhibit A
Pg 3 of 3

Eighteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| | |

Total Claims to be Expunged: 10
Total Asserted Amount to be Expunged: $2,785,324.40