**In re Delphi Corporation, et al.**  **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,011.99<br>$1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,370.20<br>$1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE | 1511 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,920.00<br>$23,920.00 | 01/10/2006 | DELPHI CORPORATION (05-44481) |
| RIVIERA FINANCE OF TEXAS INC<br>ASSIGNEE HOOKED UP TRUCKING<br>PO BOX 100272<br>PASADENA, CA 91189-0272 | 4849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,952.50<br>$1,952.50 | 05/05/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| SIEMENS ENERGY & AUTOMATION INC<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND, VA 23219 | 8675 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,639.39<br>$12,639.39 | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **5** | | **$40,894.08** | | |