**In re Delphi Corporation, <u>et</u> <u>al.</u>**                                        **Nineteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 1515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $944,045.04<br><br><br>$944,045.04 | 01/11/2006 | DELPHI CORPORATION (05-44481) |
| VANDALIA CITY OF OH 333 JAMES E BOHANAN MEMORIAL DR VANDALIA, OH 45377 | 7219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $46,961.95<br><br><br>$46,961.95 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:**        **2**                                **$991,006.99**