05-44481-rdd    Doc 8617-4    Filed 07/13/07    Entered 07/13/07 18:53:45    Exhibit B-3    Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

**EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16476 | Secured: Priority: Administrative: Unsecured: Total: | $949,212.04<br><br>$949,212.04 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16610 | Secured: Priority: Administrative: Unsecured: Total: | $171,000.00<br><br>$171,000.00 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695 | 16611 | Secured: Priority: Administrative: Unsecured: Total: | $448,527.31<br><br>$448,527.31 | 06/04/2007 | DELPHI CORPORATION (05-44481) |

**Total:**   3           **$1,568,739.35**