**In re Delphi Corporation, et al.**  **Nineteenth Omnibus Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1267<br>Date Filed:12/23/05<br>Docketed Total:   $16,528.09<br>Filing Creditor Name and Address<br> ANGELINA COUNTY<br> JOHN P DILLMAN<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> PO BOX 3064<br> HOUSTON TX 77253-3064 | Claim Holder Name and Address   Docketed Total   $16,528.09<br>ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | | | | | | Modified Total   $12,679.09 | |
| | Case Number*<br>05-44481 | Secured<br>$16,528.09<br>$16,528.09 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$12,679.09<br>$12,679.09 | Priority | Unsecured |
| Claim: 7106<br>Date Filed:05/30/06<br>Docketed Total:   $151.44<br>Filing Creditor Name and Address<br> BARTHOLOMEW COUNTY IN<br> BARTHOLOMEW COUNTY TREASURER<br> PO BOX 1986<br> COLUMBUS IN 47202 | Claim Holder Name and Address   Docketed Total   $151.44<br>BARTHOLOMEW COUNTY IN<br>BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS IN 47202 | | | | | | Modified Total   $131.48 | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$151.44<br>$151.44 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$131.48<br>$131.48 | Unsecured |
| Claim: 1288<br>Date Filed:12/27/05<br>Docketed Total:   $18,673.95<br>Filing Creditor Name and Address<br> BEXAR COUNTY<br> DAVID G AELVOET<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 711 NAVARRO STE 300<br> SAN ANTONIO TX 78205 | Claim Holder Name and Address   Docketed Total   $18,673.95<br>BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | | | | | | Modified Total   $14,325.22 | |
| | Case Number*<br>05-44481 | Secured<br>$18,673.95<br>$18,673.95 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$14,325.22<br>$14,325.22 | Priority | Unsecured |
| Claim: 1282<br>Date Filed:12/27/05<br>Docketed Total:   $3,675.75<br>Filing Creditor Name and Address<br> BROWNSVILLE ISD<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 SOUTH IH 35<br> PO BOX 17428-7428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address   Docketed Total   $3,675.75<br>BROWNSVILLE ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35<br>PO BOX 17428-7428<br>AUSTIN TX 78760-7428 | | | | | | Modified Total   $2,819.75 | |
| | Case Number*<br>05-44481 | Secured<br>$3,675.75<br>$3,675.75 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$2,819.75<br>$2,819.75 | Priority | Unsecured |

*See Exhibit E for a listing of debtor entities by case number.                                    Page:   1 of 10

In re Delphi Corporation, et al.                                                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14187<br>Date Filed: 07/25/06<br>Docketed Total: $199,010.90<br>Filing Creditor Name and Address<br>  CAMERON COUNTY<br>  DIANE W SANDERS<br>  LINEBARGER GOGGAN BLAIR & SAMPSON L<br>  1949 SOUTH IH 35 78741<br>  PO BOX 17428<br>  AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>CAMERON COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br><br><br>Secured<br>$199,010.90<br>$199,010.90 | $199,010.90<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br><br>Secured<br>$165,698.73<br>$165,698.73 | $165,698.73<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured |
| Claim: 2003<br>Date Filed: 02/14/06<br>Docketed Total: $8,872.60<br>Filing Creditor Name and Address<br>  CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT<br>  C O ANDREA SHEEHAN<br>  LAW OFFICES OF ROBERT E LUNA PC<br>  4411 N CENTRAL EXPRESSWAY<br>  DALLAS TX 75205 | Claim Holder Name and Address<br>CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT<br>C O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS TX 75205<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br><br><br>Secured<br>$8,872.60<br>$8,872.60 | $8,872.60<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br><br>Secured<br>$6,806.38<br>$6,806.38 | $6,806.38<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured |
| Claim: 2005<br>Date Filed: 02/14/06<br>Docketed Total: $356.05<br>Filing Creditor Name and Address<br>  CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT<br>  C O ANDREA SHEEHAN<br>  LAW OFFICES OF ROBERT E LUNA PC<br>  4411 N CENTRAL EXPRESSWAY<br>  DALLAS TX 75205 | Claim Holder Name and Address<br>CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT<br>C O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS TX 75205<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br><br><br>Secured<br>$356.05<br>$356.05 | $356.05<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br><br>Secured<br>$273.13<br>$273.13 | $273.13<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured |

In re Delphi Corporation, et al.                                                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1289<br>Date Filed: 12/27/05<br>Docketed Total: $268,433.18<br>Filing Creditor Name and Address<br>CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | Claim Holder Name and Address    Docketed Total    $268,433.18<br>CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481         $268,433.18<br>                 $268,433.18 | Modified Total    $205,921.35<br><br><br><br><br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640         $205,921.35<br>                 $205,921.35 |
| Claim: 1330<br>Date Filed: 12/27/05<br>Docketed Total: $53.65<br>Filing Creditor Name and Address<br>CITY OF HARLINGEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35  78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Claim Holder Name and Address    Docketed Total    $53.65<br>CITY OF HARLINGEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35  78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481         $53.65<br>                 $53.65 | Modified Total    $41.16<br><br><br><br><br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640         $41.16<br>                 $41.16 |
| Claim: 5520<br>Date Filed: 05/10/06<br>Docketed Total: $176.75<br>Filing Creditor Name and Address<br>CITY OF SAN MARCOS<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35  78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Claim Holder Name and Address    Docketed Total    $176.75<br>CITY OF SAN MARCOS<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35  78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481         $176.75<br>                 $176.75 | Modified Total    $176.75<br><br><br><br><br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640         $176.75<br>                 $176.75 |

*See Exhibit E for a listing of debtor entities by case number.                                                        Page:   3 of 10

In re Delphi Corporation, et al.                                                                                        Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 511<br>Date Filed: 11/14/05<br>Docketed Total: $1,018.83<br>Filing Creditor Name and Address<br>  COLLIN COUNTY TAX<br>  GAY MCCALL ISAACKS ET AL<br>  777 E 15TH ST<br>  PLANO TX 75074 | Claim Holder Name and Address   Docketed Total   $1,018.83<br>COLLIN COUNTY TAX<br>GAY MCCALL ISAACKS ET AL<br>777 E 15TH ST<br>PLANO TX 75074<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481         $1,018.83<br>                 $1,018.83 | Modified Total   $781.57<br><br><br><br><br>Case Number*    Secured       Priority    Unsecured<br>05-44640        $781.57<br>                $781.57 |
| Claim: 2269<br>Date Filed: 03/13/06<br>Docketed Total: $264.13<br>Filing Creditor Name and Address<br>  COUNTY OF COMAL<br>  MCCREARY VESELKA BRAGG & ALLEN<br>  PC<br>  5929 BALCONES DR STE 200<br>  PO BOX 26990<br>  AUSTIN TX 78755 | Claim Holder Name and Address   Docketed Total   $264.13<br>COUNTY OF COMAL<br>MCCREARY VESELKA BRAGG & ALLEN<br>PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN TX 78755<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481         $264.13<br>                 $264.13 | Modified Total   $202.62<br><br><br><br><br><br>Case Number*    Secured       Priority    Unsecured<br>05-44640        $202.62<br>                $202.62 |
| Claim: 2270<br>Date Filed: 03/13/06<br>Docketed Total: $335.36<br>Filing Creditor Name and Address<br>  COUNTY OF DENTON<br>  5929 BALCONES DR STE 200<br>  PO BOX 26990<br>  AUSTIN TX 78755 | Claim Holder Name and Address   Docketed Total   $335.36<br>COUNTY OF DENTON<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN TX 78755<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481         $335.36<br>                 $335.36 | Modified Total   $224.04<br><br><br><br>Case Number*    Secured       Priority    Unsecured<br>05-44640        $224.04<br>                $224.04 |
| Claim: 2271<br>Date Filed: 03/13/06<br>Docketed Total: $223.15<br>Filing Creditor Name and Address<br>  COUNTY OF HAYS<br>  MCCREARY VESELKA BRAGG & ALLEN<br>  PC<br>  5929 BALCONES DR STE 200<br>  PO BOX 26990<br>  AUSTIN TX 78755 | Claim Holder Name and Address   Docketed Total   $223.15<br>COUNTY OF HAYS<br>MCCREARY VESELKA BRAGG & ALLEN<br>PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN TX 78755<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481         $223.15<br>                 $223.15 | Modified Total   $171.18<br><br><br><br><br><br>Case Number*    Secured       Priority    Unsecured<br>05-44640        $171.18<br>                $171.18 |

*See Exhibit E for a listing of debtor entities by case number.                                                   Page:    4 of 10

In re Delphi Corporation, <u>et</u> <u>al.</u>  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5300<br>Date Filed:05/08/06<br>Docketed Total:   $59.65<br>Filing Creditor Name and Address<br>  CYPRESS FAIRBANKS ISD<br>  JOHN P DILLMAN<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  PO BOX 3064<br>  HOUSTON TX 77253-3064 | Claim Holder Name and Address   Docketed Total   $59.65<br>CYPRESS FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>PO BOX 3064<br>HOUSTON TX 77253-3064<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $59.65<br>                  $59.65 | Modified Total   $59.65<br><br><br><br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $59.65<br>                  $59.65 |
| Claim: 853<br>Date Filed:11/28/05<br>Docketed Total:   $23,488.83<br>Filing Creditor Name and Address<br>  DALLAS COUNTY<br>  ELIZABETH WELLER<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  2323 BRYAN STREET STE 1600<br>  DALLAS TX 75201 | Claim Holder Name and Address   Docketed Total   $23,488.83<br>DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>2323 BRYAN STREET STE 1600<br>DALLAS TX 75201<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $23,488.83<br>                  $23,488.83 | Modified Total   $7,616.77<br><br><br><br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $7,616.77<br>                  $7,616.77 |
| Claim: 3619<br>Date Filed:05/01/06<br>Docketed Total:   $361.26<br>Filing Creditor Name and Address<br>  DUBOIS COUNTY IN<br>  DUBOIS COUNTY TREASURER<br>  1 COURTHOUSE SQ<br>  JASPER IN 47546 | Claim Holder Name and Address   Docketed Total   $361.26<br>DUBOIS COUNTY IN<br>DUBOIS COUNTY TREASURER<br>1 COURTHOUSE SQ<br>JASPER IN 47546<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $361.26<br>                  $361.26 | Modified Total   $277.14<br><br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $277.14<br>                  $277.14 |
| Claim: 15808<br>Date Filed:08/03/06<br>Docketed Total:   $300,836.22<br>Filing Creditor Name and Address<br>  FRANKLIN COUNTY OHIO TREASURER<br>  373 S HIGH ST 17TH FL<br>  COLUMBUS OH 43215 | Claim Holder Name and Address   Docketed Total   $300,836.22<br>FRANKLIN COUNTY OHIO TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS OH 43215<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $300,836.22<br>                  $300,836.22 | Modified Total   $260,464.26<br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $260,464.26<br>                  $260,464.26 |

*See Exhibit E for a listing of debtor entities by case number.                                   Page:   5 of 10

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1283<br>Date Filed: 12/27/05<br>Docketed Total:   $140.82<br>Filing Creditor Name and Address<br>  HARLINGEN CISD<br>  DIANE W SANDERS<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  1949 SOUTH IH 35<br>  PO BOX 17428<br>  AUSTIN TX 78760-7428 | Claim Holder Name and Address     Docketed Total     $140.82<br>HARLINGEN CISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $140.82<br>                  $140.82 | Modified Total     $108.03<br><br><br><br><br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $108.03<br>                  $108.03 |
| Claim: 5301<br>Date Filed: 05/08/06<br>Docketed Total:   $902.84<br>Filing Creditor Name and Address<br>  HARRIS COUNTY CITY OF HOUSTON<br>  JOHN P DILLMAN<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  PO BOX 3064<br>  HOUSTON TX 77253-3064 | Claim Holder Name and Address     Docketed Total     $902.84<br>HARRIS COUNTY CITY OF HOUSTON<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>PO BOX 3064<br>HOUSTON TX 77253-3064<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $902.84<br>                  $902.84 | Modified Total     $902.84<br><br><br><br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $902.84<br>                  $902.84 |
| Claim: 2297<br>Date Filed: 03/15/06<br>Docketed Total:   $40,151.05<br>Filing Creditor Name and Address<br>  HENRY COUNTY TREASURER<br>  101 S MAIN ST<br>  NEW CASTLE IN 47362 | Claim Holder Name and Address     Docketed Total     $40,151.05<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $40,151.05<br>                  $40,151.05 | Modified Total     $27,460.26<br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $27,460.26<br>                  $27,460.26 |
| Claim: 7914<br>Date Filed: 06/13/06<br>Docketed Total:   $7,726.30<br>Filing Creditor Name and Address<br>  HIDALGO COUNTY<br>  DIANE W SANDERS<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  1949 SOUTH IH 35 78741  PO BOX<br>  1742<br>  AUSTIN TX 78760-7428 | Claim Holder Name and Address     Docketed Total     $7,726.30<br>HIDALGO COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741  PO BOX<br>1742<br>AUSTIN TX 78760-7428<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481          $7,726.30<br>                  $7,726.30 | Modified Total     $7,726.30<br><br><br><br><br><br><br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640          $7,726.30<br>                  $7,726.30 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:    6 of 10

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16506<br>Date Filed: 02/02/07<br>Docketed Total: $7,146,906.58<br>Filing Creditor Name and Address<br>  HOWARD COUNTY INDIANA<br>  MICHAEL K MCCRORY<br>  BARNES & THORNBURG LLP<br>  11 SOUTH MERIDIAN ST<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $7,146,906.58<br>HOWARD COUNTY INDIANA<br>MICHAEL K MCCRORY<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured            Priority           Unsecured<br>05-44640       $2,069,991.66    $5,076,914.92<br>               $2,069,991.66    $5,076,914.92 | Modified Total   $6,497,197.37<br><br><br><br><br><br>Case Number*      Secured            Priority           Unsecured<br>05-44640       $1,881,810.60    $4,615,386.77<br>               $1,881,810.60    $4,615,386.77 |
| Claim: 6470<br>Date Filed: 05/22/06<br>Docketed Total: $55.11<br>Filing Creditor Name and Address<br>  MONTAGUE COUNTY<br>  ELIZABETH WELLER<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  2323 BRYAN ST STE 1600<br>  DALLAS TX 75201 | Claim Holder Name and Address   Docketed Total   $55.11<br>MONTAGUE COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>2323 BRYAN ST STE 1600<br>DALLAS TX 75201<br><br>Case Number*     Secured         Priority          Unsecured<br>05-44481         $55.11<br>                 $55.11 | Modified Total   $42.28<br><br><br><br><br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640         $42.28<br>                 $42.28 |
| Claim: 1266<br>Date Filed: 12/23/05<br>Docketed Total: $93.64<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY<br>  JOHN P DILLMAN<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON<br>  PO BOX 3064<br>  HOUSTON TX 77253-3064 | Claim Holder Name and Address   Docketed Total   $93.64<br>MONTGOMERY COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON<br>PO BOX 3064<br>HOUSTON TX 77253-3064<br><br>Case Number*     Secured         Priority          Unsecured<br>05-44481         $93.64<br>                 $93.64 | Modified Total   $93.64<br><br><br><br><br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640         $93.64<br>                 $93.64 |
| Claim: 8544<br>Date Filed: 06/26/06<br>Docketed Total: $132,479.24<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W THIRD ST<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total   $132,479.24<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*     Secured          Priority          Unsecured<br>05-44481         $132,479.24<br>                 $132,479.24 | Modified Total   $32,423.82<br><br><br><br>Case Number*     Secured          Priority          Unsecured<br>05-44640         $32,423.82<br>                 $32,423.82 |

*See Exhibit E for a listing of debtor entities by case number.                                    Page:    7 of 10

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3784<br>Date Filed:05/01/06<br>Docketed Total: $262.76<br>Filing Creditor Name and Address<br> NACOGDOCHES COUNTY CAD<br> 220 W HOSPITAL ST<br> NACOGDOCHES TX 75963-1668 | Claim Holder Name and Address  Docketed Total  $262.76<br>NACOGDOCHES COUNTY CAD<br>220 W HOSPITAL ST<br>NACOGDOCHES TX 75963-1668<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640        $262.76<br>                $262.76 | Modified Total  $232.12<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640        $232.12<br>                $232.12 |
| Claim: 1284<br>Date Filed:12/27/05<br>Docketed Total: $880.28<br>Filing Creditor Name and Address<br> NUECES COUNTY<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 S IH 35 78741<br> PO BOX 17428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address  Docketed Total  $880.28<br>NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 S IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481        $880.28<br>                $880.28 | Modified Total  $675.28<br><br><br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640        $675.28<br>                $675.28 |
| Claim: 5521<br>Date Filed:05/10/06<br>Docketed Total: $687.88<br>Filing Creditor Name and Address<br> SAN MARCOS CISD<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 SOUTH IH 35 78741<br> PO BOX 17428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address  Docketed Total  $687.88<br>SAN MARCOS CISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481        $687.88<br>                $687.88 | Modified Total  $687.88<br><br><br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640        $687.88<br>                $687.88 |
| Claim: 8768<br>Date Filed:06/29/06<br>Docketed Total: $62,517.67<br>Filing Creditor Name and Address<br> SPARTANBURG CO TAX COLLECTOR<br> GLENDA QWRIGHT<br> DRAWER 3060<br> SPARTANBURG SC 29304 | Claim Holder Name and Address  Docketed Total  $62,517.67<br>SPARTANBURG CO TAX COLLECTOR<br>GLENDA QWRIGHT<br>DRAWER 3060<br>SPARTANBURG SC 29304<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481        $62,517.67<br>                $62,517.67 | Modified Total  $52,917.03<br><br><br><br><br>Case Number*    Secured           Priority      Unsecured<br>05-44539        $47,374.63<br>05-44640        $5,542.40<br>                $52,917.03 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 854<br>Date Filed: 11/28/05<br>Docketed Total: $414.71<br>Filing Creditor Name and Address<br> TARRANT COUNTY<br> ELIZABETH WELLER<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 2323 BRYAN ST STE 1600<br> DALLAS TX 75201 | Claim Holder Name and Address   Docketed Total   $414.71<br>TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>2323 BRYAN ST STE 1600<br>DALLAS TX 75201<br><br>Case Number*    Secured       Priority       Unsecured<br>05-44481        $414.71<br>                $414.71 | Modified Total   $318.13<br><br><br><br><br><br><br>Case Number*    Secured       Priority       Unsecured<br>05-44640        $318.13<br>                $318.13 |
| Claim: 7846<br>Date Filed: 06/12/06<br>Docketed Total: $30,158.42<br>Filing Creditor Name and Address<br> UNITED INDEPENDENT SCHOOL<br> DISTRICT<br> C O ORNELAS CASTILLO & ORNELAS<br> PLLC<br> 401 EAST HILLSIDE RD 2ND FLOOR<br> LAREDO TX 78041 | Claim Holder Name and Address   Docketed Total   $30,158.42<br>UNITED INDEPENDENT SCHOOL DISTRICT<br>C O ORNELAS CASTILLO & ORNELAS PLLC<br>401 EAST HILLSIDE RD 2ND FLOOR<br>LAREDO TX 78041<br><br>Case Number*    Secured         Priority       Unsecured<br>05-44481        $30,158.42<br>                $30,158.42 | Modified Total   $26,688.87<br><br><br><br><br><br>Case Number*    Secured         Priority       Unsecured<br>05-44640        $26,688.87<br>                $26,688.87 |
| Claim: 4171<br>Date Filed: 05/01/06<br>Docketed Total: $22.08<br>Filing Creditor Name and Address<br> WABASH COUNTY IN<br> WABASH COUNTY TREASURER<br> COURTHOUSE 1 W HILL ST<br> STE 4B<br> WABASH IN 46992 | Claim Holder Name and Address   Docketed Total   $22.08<br>WABASH COUNTY IN<br>WABASH COUNTY TREASURER<br>COURTHOUSE 1 W HILL ST<br>STE 4B<br>WABASH IN 46992<br><br>Case Number*    Secured       Priority       Unsecured<br>05-44640        $22.08<br>                $22.08 | Modified Total   $16.94<br><br><br><br><br><br>Case Number*    Secured       Priority       Unsecured<br>05-44640        $16.94<br>                $16.94 |
| Claim: 2077<br>Date Filed: 02/21/06<br>Docketed Total: $18,530.81<br>Filing Creditor Name and Address<br> WICHITA COUNTY<br> HAROLD LEREW<br> PERDUE BRANDON FIELDER COLLINS<br> & MO<br> PO BOX 8188<br> WICHITA FALLS TX 76307 | Claim Holder Name and Address   Docketed Total   $18,530.81<br>WICHITA COUNTY<br>HAROLD LEREW<br>PERDUE BRANDON FIELDER COLLINS & MO<br>PO BOX 8188<br>WICHITA FALLS TX 76307<br><br>Case Number*    Secured         Priority       Unsecured<br>05-44640        $18,530.81<br>                $18,530.81 | Modified Total   $17,318.51<br><br><br><br><br><br>Case Number*    Secured         Priority       Unsecured<br>05-44640        $17,318.51<br>                $17,318.51 |

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Count of Claims:  34<br>Total Amount as Docketed:         $8,284,449.98<br>Total Amount as Modified:         $7,343,479.57 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:    10 of 10