**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**  

Nineteenth Omnibus Objection

### EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2654<br>Date Filed: 04/14/06<br>Docketed Total: $96,201.43<br>Filing Creditor Name and Address<br>AMERICHEM INC<br>225 BROADWAY E<br>CUYAHOGA FALLS OH 44221-3309 | Claim Holder Name and Address   Docketed Total   $96,201.43<br>AMERICHEM INC<br>225 BROADWAY E<br>CUYAHOGA FALLS OH 44221-3309<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $96,201.43<br>                                             $96,201.43 | Modified Total   $57,690.92<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $6,797.43   $50,893.49<br>                           $6,797.43   $50,893.49 |
| Claim: 12346<br>Date Filed: 07/28/06<br>Docketed Total: $215,079.82<br>Filing Creditor Name and Address<br>ANGELL DEMMEL NORTH AMERICA INC<br>1516 STANLEY AVE<br>DAYTON OH 45404 | Claim Holder Name and Address   Docketed Total   $215,079.82<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $46,948.73   $168,131.09<br>                           $46,948.73   $168,131.09 | Modified Total   $193,346.56<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $13,807.69   $179,538.87<br>                           $13,807.69   $179,538.87 |
| Claim: 14296<br>Date Filed: 07/31/06<br>Docketed Total: $62,288.96<br>Filing Creditor Name and Address<br>ASSEMBLEON AMERICA INC<br>C O ROBERT N MICHAELSON ESQ<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GR<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Claim Holder Name and Address   Docketed Total   $62,288.96<br>LATIGO MASTER FUND LTD<br>ATTN PAUL MALEK<br>590 MADISON AVE 9TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $62,288.96<br><br>                                             $62,288.96 | Modified Total   $62,288.96<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $13,170.09   $49,118.87<br><br>                           $13,170.09   $49,118.87 |
| Claim: 12693<br>Date Filed: 07/28/06<br>Docketed Total: $1,494,571.82<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $1,494,571.82<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $16,213.43   $1,478,358.39<br>                           $16,213.43   $1,478,358.39 | Modified Total   $1,374,018.29<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                   $16,194.53   $1,357,823.76<br>                           $16,194.53   $1,357,823.76 |

*See Exhibit E for a listing of debtor entities by case number.                                                                                                         Page:   1 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6670<br>Date Filed: 05/23/06<br>Docketed Total: $293,357.43<br>Filing Creditor Name and Address<br>  EMHART TEKNOLOGIES LLC<br>  49201 GRATIOT AVE<br>  CHESTERFIELD MI 48051 | Claim Holder Name and Address  Docketed Total  $293,357.43<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD MI 48051 | | | | | | Modified Total | $188,345.08 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$293,357.43<br>_____<br>$293,357.43 | Case Number*<br>05-44567<br>05-44640 | Secured | Priority<br>$27,128.77<br>_____<br>$27,128.77 | Unsecured<br>$10,800.00<br>$150,416.31<br>$161,216.31 |
| Claim: 10574<br>Date Filed: 07/25/06<br>Docketed Total: $5,069,133.35<br>Filing Creditor Name and Address<br>  FURUKAWA ELECTRIC NORTH<br>  AMERICA APD INC AND FURUKAWA<br>  ELECTRIC COMPANY<br>  MICHAEL S MCELWEE<br>  VARNUM RIDDERING SCHMIDT &<br>  HOWLETT<br>  PO BOX 352<br>  GRAND RAPIDS MI 49501-0352 | Claim Holder Name and Address  Docketed Total  $312,926.79<br>FURUKAWA ELECTRIC NORTH AMERICA APD<br>INC AND FURUKAWA ELECTRIC COMPANY<br>MICHAEL S MCELWEE<br>VARNUM RIDDERING SCHMIDT &<br>HOWLETT<br>PO BOX 352<br>GRAND RAPIDS MI 49501-0352 | | | | | | Modified Total | $267,320.51 |
| | Case Number*<br>05-44640 | Secured<br>$312,926.79<br>_____<br>$312,926.79 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$988.18<br>_____<br>$988.18 | Unsecured<br>$266,332.33<br>$266,332.33 |
| | Claim Holder Name and Address  Docketed Total  $4,000,000.00<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | | | | | | Modified Total | $3,417,035.76 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,000,000.00<br>$4,000,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,417,035.76<br>$3,417,035.76 |
| | Claim Holder Name and Address  Docketed Total  $756,206.56<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | | | | | | Modified Total | $645,996.21 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$756,206.56<br>$756,206.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$645,996.21<br>$645,996.21 |

*See Exhibit E for a listing of debtor entities by case number.                                    Page:    2 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10574 (Continued) | | |
| Claim: 10396<br>Date Filed: 07/24/06<br>Docketed Total: $126,239.42<br>Filing Creditor Name and Address<br>GLEASON WORKS THE<br>1000 UNIVERSITY AVE<br>ROCHESTER NY 14607-1239 | Claim Holder Name and Address  Docketed Total  $126,239.42<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                            $27,955.00  $98,284.42<br>                                  $27,955.00  $98,284.42 | Modified Total  $125,398.20<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                         $27,955.00  $97,443.20<br>                                 $27,955.00  $97,443.20 |
| Claim: 10421<br>Date Filed: 07/24/06<br>Docketed Total: $53,587.08<br>Filing Creditor Name and Address<br>ITW FILTRATION PRODUCTS<br>MICHELLE SZAFONI<br>18531 SPRING CREEK DR<br>TINLEY PK IL 60477-623 | Claim Holder Name and Address  Docketed Total  $53,587.08<br>ITW FILTRATION PRODUCTS<br>MICHELLE SZAFONI<br>18531 SPRING CREEK DR<br>TINLEY PK IL 60477-623<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                         $26,219.78  $27,367.30<br>                                 $26,219.78  $27,367.30 | Modified Total  $42,486.78<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $2,190.61  $40,296.17<br>                                 $2,190.61  $40,296.17 |
| Claim: 13454<br>Date Filed: 07/31/06<br>Docketed Total: $225,224.02<br>Filing Creditor Name and Address<br>LAKE ERIE PRODUCTS INC<br>SCOTT N OPINCAR ESQ<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND OH 44114 | Claim Holder Name and Address  Docketed Total  $225,224.02<br>LAKE ERIE PRODUCTS INC<br>SCOTT N OPINCAR ESQ<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND OH 44114<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                     $225,224.02<br>                                          $225,224.02 | Modified Total  $33,866.24<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                         $14,082.57  $19,783.67<br>                                 $14,082.57  $19,783.67 |
| Claim: 6147<br>Date Filed: 05/17/06<br>Docketed Total: $2,996,365.10<br>Filing Creditor Name and Address<br>LITTELFUSE INC<br>PAUL DICKINSON<br>LITTELFUSE INC<br>800 NORTHWEST HIGHWAY<br>DES PLAINES IL 60016 | Claim Holder Name and Address  Docketed Total  $22,350.37<br>BANK OF AMERICA N A<br>ATTN INFORMATION MGR<br>100 N TRYON ST 20TH FL<br>MAIL CODE NC1 007 20 01<br>CHARLOTTE NC 28255<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                   $22,350.37<br>                                          $22,350.37 | Modified Total  $53,359.18<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                         $53,359.18<br>                                 $53,359.18 |

*See Exhibit E for a listing of debtor entities by case number.      Page: 3 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6147 (Continued) | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Docketed Total | | $2,974,014.73 | | | Modified Total | $2,920,073.34 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,974,014.73<br>$2,974,014.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,920,073.34<br>$2,920,073.34 |
| Claim: 2710<br>Date Filed: 04/05/06<br>Docketed Total:   $149,746.96<br>Filing Creditor Name and Address<br>METAL POWDER PRODUCTS COMPANY<br>STEVEN KAHN DIRECTOR OF PURCHASING<br>17005 A WESTFIELD PARK RD<br>WESTFIELD IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $149,746.96 | | | Modified Total | $145,323.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$149,746.96<br>$149,746.96 | Case Number*<br>05-44640 | Secured | Priority<br>$1,498.18<br>$1,498.18 | Unsecured<br>$143,824.89<br>$143,824.89 |
| Claim: 11646<br>Date Filed: 07/27/06<br>Docketed Total:   $1,393,393.41<br>Filing Creditor Name and Address<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK NY 10018 | Claim Holder Name and Address<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK NY 10018 | Docketed Total | | $1,393,393.41 | | | Modified Total | $894,607.47 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$202,412.11<br>$202,412.11 | Unsecured<br>$1,190,981.30<br>$1,190,981.30 | Case Number*<br>05-44640 | Secured | Priority<br>$202,412.11<br>$202,412.11 | Unsecured<br>$692,195.36<br>$692,195.36 |
| Claim: 7816<br>Date Filed: 06/12/06<br>Docketed Total:   $351,868.14<br>Filing Creditor Name and Address<br>MNP CORPORATION EFT<br>44225 UTICA RD<br>PO BOX 189002<br>UTICA MI 48318-9002 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $351,868.14 | | | Modified Total | $60,301.82 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$351,868.14<br>$351,868.14 | Case Number*<br>05-44640 | Secured | Priority<br>$25,163.47<br>$25,163.47 | Unsecured<br>$35,138.35<br>$35,138.35 |

*See Exhibit E for a listing of debtor entities by case number.                                                Page:    4 of 9

In re Delphi Corporation, et al.                                                                                     Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2229<br>Date Filed:03/09/06<br>Docketed Total:   $360,413.11<br>Filing Creditor Name and Address<br>  NICHICON AMERICA CORPORATION<br>  MASUDA FUNAI ET AL<br>  CO GARY D SANTELLA<br>  203 N LASALLE ST STE 2500<br>  CHICAGO IL 60601 | Claim Holder Name and Address<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total    $360,413.11<br><br><br><br>Unsecured<br>$360,413.11<br>_____<br>$360,413.11 | Case Number*<br>05-44567<br><br>05-44640 | Secured | Modified Total    $345,973.33<br><br><br><br>Priority<br><br><br>$5,052.44<br>$5,052.44 | Unsecured<br>$11,497.88<br><br>$329,423.01<br>$340,920.89 |
| Claim: 13929<br>Date Filed:07/31/06<br>Docketed Total:   $187,374.96<br>Filing Creditor Name and Address<br>  PARKVIEW METAL PRODUCTS<br>  C/O ROBERT D WOLFORD<br>  MILLER JOHNSON<br>  PO BOX 306<br>  GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address<br>PARKVIEW METAL PRODUCTS<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306<br><br>Case Number*<br>05-44640 | Secured | Priority | Docketed Total    $187,374.96<br><br><br><br>Unsecured<br>$187,374.96<br>$187,374.96 | Case Number*<br>05-44640 | Secured | Modified Total    $109,722.72<br><br><br><br>Priority<br>$17,050.64<br>$17,050.64 | Unsecured<br>$92,672.08<br>$92,672.08 |
| Claim: 14347<br>Date Filed:07/31/06<br>Docketed Total:   $5,486,881.18<br>Filing Creditor Name and Address<br>  PHILIPS SEMICONDUCTORS INC<br>  C O ROBERT N MICHAELSON ESQ<br>  KIRKPATRICK & LOCKHART<br>  NICHOLSON GR<br>  599 LEXINGTON AVE<br>  NEW YORK NY 10022 | Claim Holder Name and Address<br>NXP SEMICONDUCTORS USA INC<br>1109 MCKAY DR<br>SAN JOSE CA 95131<br><br>Case Number*<br>05-44481 | Secured | Priority | Docketed Total    $5,486,881.18<br><br><br><br>Unsecured<br>$5,486,881.18<br>$5,486,881.18 | Case Number*<br>05-44567<br><br>05-44640 | Secured | Modified Total    $5,171,725.92<br><br><br><br>Priority<br><br><br>$194,274.52<br>$194,274.52 | Unsecured<br>$34,544.50<br><br>$4,942,906.90<br>$4,977,451.40 |

*See Exhibit E for a listing of debtor entities by case number.                                            Page:    5 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12359<br>Date Filed: 07/28/06<br>Docketed Total: $631,500.50<br>Filing Creditor Name and Address<br>PLYMOUTH RUBBER COMPANY INC<br>ATTEN VICTOR BASS ESQ<br>BURNS & LEVINSON LLP<br>125 SUMMER ST<br>BOSTON MA 021101624 | Claim Holder Name and Address   Docketed Total   $631,500.50<br>PLYMOUTH RUBBER COMPANY INC<br>ATTEN VICTOR BASS ESQ<br>BURNS & LEVINSON LLP<br>125 SUMMER ST<br>BOSTON MA 021101624<br><br>Case Number*   Secured         Priority       Unsecured<br>05-44481         $631,500.50    $0.00<br>                 $631,500.50 | Modified Total   $384,286.33<br><br><br><br><br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                 $4,290.58    $379,995.75<br>                         $4,290.58    $379,995.75 |
| Claim: 15230<br>Date Filed: 07/31/06<br>Docketed Total: $826,312.04<br>Filing Creditor Name and Address<br>QUALITY SYNTHETIC RUBBER INC<br>C O PATRICK J KEATING ESQ<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON OH 44309-1500 | Claim Holder Name and Address   Docketed Total   $826,312.04<br>QUALITY SYNTHETIC RUBBER INC<br>C O PATRICK J KEATING ESQ<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON OH 44309-1500<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                             $826,312.04<br>                                       $826,312.04 | Modified Total   $742,729.51<br><br><br><br><br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                 $84,115.76   $658,613.75<br>                         $84,115.76   $658,613.75 |
| Claim: 15231<br>Date Filed: 07/31/06<br>Docketed Total: $614,058.16<br>Filing Creditor Name and Address<br>QUALITY SYNTHETIC RUBBER INC<br>C O PATRICK J KEATING ESQ<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON OH 44309-1500 | Claim Holder Name and Address   Docketed Total   $614,058.16<br>QUALITY SYNTHETIC RUBBER INC<br>C O PATRICK J KEATING ESQ<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON OH 44309-1500<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44547                             $614,058.16<br>                                       $614,058.16 | Modified Total   $581,771.40<br><br><br><br><br><br><br>Case Number*   Secured   Priority       Unsecured<br>05-44547                 $103,082.00   $478,689.40<br>                         $103,082.00   $478,689.40 |
| Claim: 2482<br>Date Filed: 04/03/06<br>Docketed Total: $1,495,516.58<br>Filing Creditor Name and Address<br>ROHM ELECTRONICS USA LLC<br>MORTON R BRANZBURG ESQ<br>KLEHR HARRISON HARVEY<br>BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA PA 19102-5003 | Claim Holder Name and Address   Docketed Total   $1,495,516.58<br>ROHM ELECTRONICS USA LLC<br>MORTON R BRANZBURG ESQ<br>KLEHR HARRISON HARVEY<br>BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA PA 19102-5003<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                             $1,495,516.58<br>                                       $1,495,516.58 | Modified Total   $1,415,844.09<br><br><br><br><br><br><br>Case Number*   Secured   Priority        Unsecured<br>05-44567                                         $25,781.57<br>05-44640                 $107,101.70    $1,282,960.82<br>                         $107,101.70    $1,308,742.39 |

*See Exhibit E for a listing of debtor entities by case number.               Page:   6 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10014<br>Date Filed: 07/20/06<br>Docketed Total:  $507,337.84<br>Filing Creditor Name and Address<br> SELECT INDUSTRIES CORPORATION<br> FKA SELECT TOOL & DIE CORP<br> W TIMOTHY MILLER<br> 425 WALNUT STT STE 1800<br> CINCINNATI OH 45202 | Claim Holder Name and Address    Docketed Total    $507,337.84<br>SELECT INDUSTRIES CORPORATION FKA<br>SELECT TOOL & DIE CORP<br>W TIMOTHY MILLER<br>425 WALNUT STT STE 1800<br>CINCINNATI OH 45202<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640         $507,337.84<br>                 $507,337.84 | Modified Total    $272,812.50<br><br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640        $252,075.90    $20,736.60<br>                $252,075.90    $20,736.60 |
| Claim: 1470<br>Date Filed: 01/09/06<br>Docketed Total:   $37,398.75<br>Filing Creditor Name and Address<br> SHERWIN WILLIAMS COMPANY<br> 101 PROSPECT AVE NW<br> 625 REPUBLIC BLDG<br> CLEVELAND OH 44115 | Claim Holder Name and Address    Docketed Total     $37,398.75<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481                                         $37,398.75<br>                                                 $37,398.75 | Modified Total     $37,181.05<br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                       $5,146.69      $32,034.36<br>                               $5,146.69      $32,034.36 |
| Claim: 1472<br>Date Filed: 01/09/06<br>Docketed Total:  $161,816.60<br>Filing Creditor Name and Address<br> SHERWIN WILLIAMS COMPANY<br> 101 PROSPECT AVE NW<br> 625 REPUBLIC BLDG<br> CLEVELAND OH 44115 | Claim Holder Name and Address    Docketed Total    $161,816.60<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481                                        $161,816.60<br>                                                $161,816.60 | Modified Total   $151,725.90<br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                       $2,179.25     $149,546.65<br>                               $2,179.25     $149,546.65 |
| Claim: 10914<br>Date Filed: 07/26/06<br>Docketed Total:  $10,382,335.46<br>Filing Creditor Name and Address<br> SOLECTRON CORPORATION<br> SOLECTRON MANUFACTURA DE<br> MEXICO SA AND VARIOUS OF THEIR<br> AFFILIATES AND SUBSIDIARIES<br> LAWRENCE SCHWAB PATRICK<br> COSTELLO<br> BIALSON BERGEN & SCHWAB<br> 2600 EL CAMINO REAL STE 300<br> PALO ALTO CA 94306 | Claim Holder Name and Address    Docketed Total  $2,532,173.93<br>SOLECTRON CORPORATION SOLECTRON<br>MANUFACTURA DE MEXICO SA AND<br>VARIOUS OF THEIR AFFILIATES AND<br>SUBSIDIARIES<br>LAWRENCE SCHWAB PATRICK<br>COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO CA 94306<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640                                       $2,532,173.93<br>                                               $2,532,173.93 | Modified Total  $1,892,151.03<br><br><br><br><br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                       $35,454.74    $1,856,696.29<br>                               $35,454.74    $1,856,696.29 |

*See Exhibit E for a listing of debtor entities by case number.                         Page:    7 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10914 (Continued) | Claim Holder Name and Address  Docketed Total  $7,850,161.53<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402<br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                              $7,850,161.53<br>                                       $7,850,161.53 | Modified Total  $5,865,983.81<br><br><br><br><br><br><br><br>Case Number*  Secured   Priority      Unsecured<br>05-44640                            $5,865,983.81<br>                                    $5,865,983.81 |
| Claim: 14134<br>Date Filed:07/31/06<br>Docketed Total:   $511,656.31<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> KEY PLASTICS LLC<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total  $511,656.31<br>SPCP GROUP LLC AS ASSIGNEE OF KEY<br>PLASTICS LLC<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                                 $511,656.31<br>                                         $511,656.31 | Modified Total  $165,042.14<br><br><br><br><br><br>Case Number*  Secured   Priority      Unsecured<br>05-44640                  $4,011.27    $161,030.87<br>                          $4,011.27    $161,030.87 |
| Claim: 12258<br>Date Filed:07/28/06<br>Docketed Total:   $1,040,216.50<br>Filing Creditor Name and Address<br> STANLEY ELECTRIC SALES OF<br> AMERICA INC<br> C O MARK T FLEWELLING ESQ<br> AFRCT LLP<br> 199 S LOS ROBLES AVE STE 600<br> PASADENA CA 91101 | Claim Holder Name and Address  Docketed Total  $1,040,216.50<br>STANLEY ELECTRIC SALES OF AMERICA<br>INC<br>C O MARK T FLEWELLING ESQ<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA CA 91101<br><br>Case Number*   Secured    Priority        Unsecured<br>05-44640                  $124,235.47      $915,981.03<br>                          $124,235.47      $915,981.03 | Modified Total  $1,031,144.01<br><br><br><br><br><br>Case Number*  Secured   Priority      Unsecured<br>05-44567                                  $6,457.00<br>05-44640                  $102,426.47    $922,260.54<br>                          $102,426.47    $928,717.54 |

*See Exhibit E for a listing of debtor entities by case number.        Page:   8 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2065<br>Date Filed: 02/21/06<br>Docketed Total: $126,918.43<br>Filing Creditor Name and Address<br>TRANS MATIC MFG CO INC<br>ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address   Docketed Total   $126,918.43<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER CO 80202<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $126,918.43<br>                                              $126,918.43 | Modified Total   $125,305.36<br><br><br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                    $6,207.62   $119,097.74<br>                            $6,207.62   $119,097.74 |
| Claim: 14065<br>Date Filed: 07/31/06<br>Docketed Total: $267,735.70<br>Filing Creditor Name and Address<br>VECTOR CANTECH INC<br>LINDSEY STETSON<br>150 W JEFFERSON STE 2500<br>DETROIT MI 48226-4415 | Claim Holder Name and Address   Docketed Total   $267,735.70<br>VECTOR CANTECH INC<br>LINDSEY STETSON<br>150 W JEFFERSON STE 2500<br>DETROIT MI 48226-4415<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $267,735.70<br>                                              $267,735.70 | Modified Total   $249,253.70<br><br><br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                    $28,846.40   $220,407.30<br>                            $28,846.40   $220,407.30 |
| Claim: 10207<br>Date Filed: 07/21/06<br>Docketed Total: $208,704.95<br>Filing Creditor Name and Address<br>WAMCO INC<br>PETER J GURFEIN<br>AKIN GUMP STRAUSS HAUER & FELD<br>2029 CENTURY PARK E 24TH FL<br>LOS ANGELES CA 90067 | Claim Holder Name and Address   Docketed Total   $208,704.95<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                    $208,704.95<br>                                              $208,704.95 | Modified Total   $208,499.95<br><br><br><br>Case Number*   Secured   Priority       Unsecured<br>05-44567                    $22,402.52   $186,097.43<br>                            $22,402.52   $186,097.43 |

Total Count of Claims:  29  
Total Amount as Docketed:     $35,373,234.01  
Total Amount as Modified:     $29,232,611.14

*See Exhibit E for a listing of debtor entities by case number.                Page:   9 of 9