**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Nineteenth Omnibus Objection

### EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12032<br>Date Filed: 07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> ARBOGAST MICHAEL A AND REBECCA<br> C ARBOGAST<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>ARBOGAST MICHAEL A AND REBECCA C<br>ARBOGAST<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                           $30,000.00<br>                                                   $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $5,000.00<br>                                               $5,000.00 |
| Claim: 12034<br>Date Filed: 07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> BEUKE ROBERT L<br> LINDA GEORGE ESQ<br> LAUDIG GEORGE RUTHERFORD &<br> SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>BEUKE ROBERT L<br>LINDA GEORGE ESQ<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44481                                           $30,000.00<br>                                                   $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $5,000.00<br>                                               $5,000.00 |
| Claim: 12033<br>Date Filed: 07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> BEX RUSSELL AND BARBARA A<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>BEX RUSSELL AND BARBARA A<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                           $30,000.00<br>                                                   $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $5,000.00<br>                                               $5,000.00 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15756<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> BUEKE ROBERT L AND NORMA J<br> C/O LAUDIG GEORGE RUTHERGORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 E MARKET ST<br> 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total    $30,000.00<br>BUEKE ROBERT L AND NORMA J<br>C/O LAUDIG GEORGE RUTHERGORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 E MARKET ST<br>600<br>INDIANAPOLIS IN 46204<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                                       $30,000.00<br>                                                $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured     Priority      Unsecured<br>05-44640                                     $5,000.00<br>                                              $5,000.00 |
| Claim: 12035<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> BUIS JAMES AND JACQUELINE<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total    $30,000.00<br>BUIS JAMES AND JACQUELINE<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                                       $30,000.00<br>                                                $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured     Priority      Unsecured<br>05-44640                                     $5,000.00<br>                                              $5,000.00 |
| Claim: 12036<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> CANTER RICHARD AND LOUANNA<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total    $30,000.00<br>CANTER RICHARD AND LOUANNA<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                                       $30,000.00<br>                                                $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured     Priority      Unsecured<br>05-44640                                     $5,000.00<br>                                              $5,000.00 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12037<br>Date Filed:07/28/06<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address<br>  CLONCS DONALD AND CAROLE L<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>CLONCS DONALD AND CAROLE L<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                           $30,000.00<br>                                                   $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $5,000.00<br>                                         $5,000.00 |
| Claim: 12038<br>Date Filed:07/28/06<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address<br>  DAVIS II ROBERT E PLAINTIFF V<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>DAVIS II ROBERT E PLAINTIFF V<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                           $30,000.00<br>                                                   $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $5,000.00<br>                                         $5,000.00 |
| Claim: 12039<br>Date Filed:07/28/06<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address<br>  ENNIS DONALD AND CAROL<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>ENNIS DONALD AND CAROL<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                           $30,000.00<br>                                                   $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $5,000.00<br>                                         $5,000.00 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12040<br>Date Filed: 07/28/06<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address<br>  HOYT ARTHUR AND VIVIAN<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total    $30,000.00<br>HOYT ARTHUR AND VIVIAN<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                                              $30,000.00<br>                                                      $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                          $5,000.00<br>                                                  $5,000.00 |
| Claim: 12041<br>Date Filed: 07/28/06<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address<br>  HUBBARD CLARENCE E<br>  LINDA GEORGE ESQ<br>  LAUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total    $30,000.00<br>HUBBARD CLARENCE E<br>LINDA GEORGE ESQ<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481                                              $30,000.00<br>                                                      $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                          $5,000.00<br>                                                  $5,000.00 |
| Claim: 12042<br>Date Filed: 07/28/06<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address<br>  MERRITT JAMES AND BONNIE<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  KATHLEEN A MUSGRAVE ESQ<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total    $30,000.00<br>MERRITT JAMES AND BONNIE<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>KATHLEEN A MUSGRAVE ESQ<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                                              $30,000.00<br>                                                      $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                          $5,000.00<br>                                                  $5,000.00 |

*See Exhibit E for a listing of debtor entities by case number.                                              Page:    4 of 8

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12043<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  MINNICK RALPH D<br>  LINDA GEORGE ESQ<br>  LAUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>MINNICK RALPH D<br>LINDA GEORGE ESQ<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured         Priority          Unsecured<br>05-44481                                                 $30,000.00<br>                                                         $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                                              $5,000.00<br>                                                       $5,000.00 |
| Claim: 12044<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  OBRIEN MICHAEL AND INGRID<br>  OBRIEN<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  LINDA GEORGE<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>OBRIEN MICHAEL AND INGRID OBRIEN<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured         Priority          Unsecured<br>05-44640                                                 $30,000.00<br>                                                         $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                                              $5,000.00<br>                                                       $5,000.00 |
| Claim: 12045<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  PHELPS JOHN W AND DEBORAH J<br>  PHELPS<br>  C/O LUADIG GEORGE RUTHERFORD &<br>  SIPE<br>  L GEORGE W R SIPES<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>PHELPS JOHN W AND DEBORAH J PHELPS<br>C/O LUADIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured         Priority          Unsecured<br>05-44640                                                 $30,000.00<br>                                                         $30,000.00 | Modified Total    $5,000.00<br><br><br><br><br><br><br><br>Case Number*    Secured       Priority        Unsecured<br>05-44640                                              $5,000.00<br>                                                       $5,000.00 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12046<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  PHILLIPS ROBERT<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  LINDA GEORGE ESQW RUSSELL<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $30,000.00<br>PHILLIPS ROBERT<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQW RUSSELL<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $30,000.00<br>                                                $30,000.00 | Modified Total   $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $5,000.00<br>                                      $5,000.00 |
| Claim: 12047<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  PROUD DOUGLAS AND ESTHER<br>  C O LUADIG GEORGE RUTHERFORD &<br>  SIPE<br>  L GEORGE W R SIPES<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $30,000.00<br>PROUD DOUGLAS AND ESTHER<br>C O LUADIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $30,000.00<br>                                                $30,000.00 | Modified Total   $5,000.00<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $5,000.00<br>                                      $5,000.00 |
| Claim: 12048<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  RUSSELL THOMAS AND NORMA<br>  C/O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  L GEORGE W R SIPES<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $30,000.00<br>RUSSELL THOMAS AND NORMA<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $30,000.00<br>                                                $30,000.00 | Modified Total   $5,000.00<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $5,000.00<br>                                      $5,000.00 |

*See Exhibit E for a listing of debtor entities by case number.    Page:   6 of 8

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

**EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12049<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  SMITH JAMES O AND BETTY J<br>  C O LAUDIG GEORGE RUTHERFORD &<br>  SIPE<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $30,000.00<br>SMITH JAMES O AND BETTY J<br>C O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640                                          $30,000.00<br>                                                  $30,000.00 | Modified Total   $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $5,000.00<br>                                     $5,000.00 |
| Claim: 12050<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  STANSBURY II ROBERT L<br>  LINDA GEORGE ESQ<br>  LUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $30,000.00<br>STANSBURY II ROBERT L<br>LINDA GEORGE ESQ<br>LUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44481                                          $30,000.00<br>                                                  $30,000.00 | Modified Total   $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $5,000.00<br>                                     $5,000.00 |
| Claim: 12051<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br>  STUCK RONALD P SHELLEY A STUCK<br>  CO LAUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS IN 46204 | Claim Holder Name and Address   Docketed Total   $30,000.00<br>STUCK RONALD P SHELLEY A STUCK<br>CO LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*      Secured         Priority         Unsecured<br>05-44640                                          $30,000.00<br>                                                  $30,000.00 | Modified Total   $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $5,000.00<br>                                     $5,000.00 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:    7 of 8

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

### EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12052<br>Date Filed: 07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br>WALDO RICHARD L AND GWENDOLYN A WALDO PLAINTIFFS V<br>C O LAUDIG GEORGE RUTHERFORD & SIPE<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Claim Holder Name and Address  Docketed Total  $30,000.00<br>WALDO RICHARD L AND GWENDOLYN A WALDO PLAINTIFFS V<br>C O LAUDIG GEORGE RUTHERFORD & SIPE<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                    $30,000.00<br>                                             $30,000.00 | Modified Total  $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                    $5,000.00<br>                                             $5,000.00 |
| Claim: 12053<br>Date Filed: 07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br>YATES DALE A AND JACQUELINE R YATES<br>C O LUADIG GEORGE RUTHERFORD & SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Claim Holder Name and Address  Docketed Total  $30,000.00<br>YATES DALE A AND JACQUELINE R YATES<br>C O LUADIG GEORGE RUTHERFORD & SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                    $30,000.00<br>                                             $30,000.00 | Modified Total  $5,000.00<br><br><br><br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                    $5,000.00<br>                                             $5,000.00 |

Total Count of Claims: 23  
Total Amount as Docketed:     $690,000.00  
Total Amount as Modified:     $115,000.00