In re: Delphi Corporation, et al.  Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-44544 | DELPHI TECHNOLOGIES, INC |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44626 | PACKARD HUGHES INTERCONNECT COMPANY |