# EXHIBIT C

**Comparison of Patents**

**EXHIBIT C**

Comparison of Patents

| U.S. Patent No. 5,482,314 | U.S. Patent No. 6,272,411 |
|---|---|
| **A method for determining whether or not to de-activate a vehicle's passenger passive restraint system as a function of a current state value determined by comparing measured signal features to a predetermined set of confidence values and empirical relationships obtained using various known occupancy scenarios and a set of state change criteria, comprising the steps of:** | The method of operating a vehicle occupancy state sensor system comprising: |
| (a) sensing the characteristics of occupancy of a particular passenger seat within the vehicle using a plurality of sensors functionally associated with said passenger seat and developing a set of corresponding electrical signals; | (a) interrogating sensors of said system periodically to provide current data; |
| (b) evaluating said electrical signals to determine a plurality of signal features included in each of said signals; | (b) comparing current data to a history database to determine if there is a change in occupancy state; and |
| (c) combining certain ones of said signal features to obtain a plurality of fused features; | (c) providing a signal for an airbag control system if the occupancy state corresponds to a preselected occupancy state criteria for said signal output. |
| (d) associating said signal features and said fused features with the confidence values and empirical relationships to determine a feature state value; | |
| (e) identifying the feature state value as the current state value if the set of state change criteria is met; and | |
| (f) generating a de-activate signal if said current state value is one of a predetermined subset of state values for which said passive restraint system is to be de-activated. | |