SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SEVENTH QUARTERLY STATEMENT PURSUANT TO
ORDER AUTHORIZING RETENTION OF PROFESSIONALS
<u>UTILIZED BY DEBTORS IN ORDINARY COURSE OF BUSINESS</u>

("NOTICE OF SEVENTH QUARTERLY ORDINARY
COURSE PROFESSIONAL STATEMENT")

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business, dated November 4, 2005 (Docket No. 883), attached hereto as <u>Exhibit A</u> is a statement of fees and disbursements for each professional utilized by the Debtors in the ordinary course of business during the period from April 1, 2007 to June 30, 2007.

Dated: New York, New York
      July 16, 2007

           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

           By: <u>/s/ John Wm. Butler, Jr.</u>
              John Wm. Butler, Jr. (JB 4711)
              John K. Lyons (JL 4951)
              Ron E. Meisler (RM 3026)
           333 West Wacker Drive, Suite 2100
           Chicago, Illinois 60606
           (312) 407-0700

                 - and -

           By: <u>/s/ Kayalyn A. Marafioti</u>
              Kayalyn A. Marafioti (KM 9632)
              Thomas J. Matz (TM 5986)
           Four Times Square
           New York, New York 10036
           (212) 735-3000

           Attorneys for Delphi Corporation, <u>et al.</u>,
             Debtors and Debtors-in-Possession

**Exhibit A**

| Professional | Type Of Service | Aggregate Quarterly Fees | Aggregate Quarterly Expenses | Aggregate Fees For Chapter 11 Cases | Aggregate Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Allen & Overy | Tax Consulting | $34,716 | $771 | $34,716 | $771 |
| Anne Murphy Patent Services | Legal | $1,110 | - | $3,260 | $133 |
| Arent, Fox, Kintner, Plotkin & Kahn | Legal | $6,997 | $71 | $24,601 | $790 |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | Legal | $17,027 | - | $78,123 | - |
| Baker & Daniels | Legal | $78 | - | $53,592 | $2,414 |
| Baker & McKenzie LLP | Tax and Legal Consulting | $63,182 | $12 | $200,127 | $1,942 |
| Balch & Bingham | Legal | $635 | $1 | $2,608 | $8 |
| Barnett Associates, Inc. | Tax Consulting | $7,500 | - | $51,929 | - |
| Barris, Scott Denn & Driker PLLC | Legal | $2,745 | - | $2,745 | - |
| Bingham McCutchem, LLP | Legal | $6,396 | $5 | $6,396 | $5 |
| Booth Udall, PLC | Legal | - | - | $10,342 | $4,901 |
| Brennan Steil & Basting SC | Legal | - | - | $700 | $1 |
| Cadena Law Firm, P.C. | Legal | - | - | $449 | $18 |
| Cardinal Law Group | Legal | - | - | $2,580 | $850 |
| Charles K. Veenstra | Legal | $24,900 | - | $105,660 | - |
| China Patent Agent (H.K.) Ltd. | Legal | $14,171 | $1,475 | $25,984 | $3,654 |
| Christie, Parker & Hale, LLP | Legal | - | - | $6,232 | $4,888 |
| Ciara Systems, Inc. | Legal | - | - | $60,151 | - |
| Clark Consulting | Tax Advisory | $20,000 | - | $140,000 | - |

| | | | | | |
|---|---|---|---|---|---|
| Clark, Thomas & Winters | Legal | - | - | $7,380 | $643 |
| Constangy, Brooks & Smith | Legal | - | - | $2,542 | - |
| Conway McKenzie & Dunleavy Inc. | Legal | - | - | $3,593 | $173 |
| Couch White, LLP | Legal | $7,971 | $27 | $144,882 | $1,811 |
| Crew Buchanan | Legal | - | - | $1,668 | - |
| Currie Kendall PLC | Legal | $38,360 | $2,962 | $43,155 | $2,962 |
| Dechert LLP | Tax Legal | - | - | $16,231 | - |
| Dewitt Ross & Stevens | Legal | - | - | $4,597 | $74 |
| Dickinson Wright P.L.L.C. | Legal | - | - | $10,467 | $214 |
| Dierker & Associates, PC | Legal | $37,085 | $30,210 | $72,906 | $33,765 |
| Dinsmore & Shohl, LLP | Legal | $44,807 | $2,562 | $159,675 | $4,432 |
| Drinker Biddle & Reath LLP | Legal | $23,731 | $49 | $63,549 | $83 |
| DuCharme, McMillan & Associates, Inc. | Tax Compliance | - | - | $43,851 | $1,666 |
| Dykema Gossett P.L.L.C. | Legal | $49,313 | $2,811 | $148,039 | $4,675 |
| Eldridge Cooper Steichen & Leach, PLLC | Legal | - | - | $380 | $3 |
| Ernst & Young AG | Tax and Custom Consulting | - | - | $18,541 | $390 |
| Falkowski PLLC | Legal | $26,440 | - | $65,600 | - |
| Foster, Swift, Collins & Smith, P.C. | Legal | $2,555 | $375 | $52,365 | $3,880 |
| Global Quality Institute | Auditing | - | - | $13,000 | - |
| Goldberg Segalla LLP | Legal | $2,694 | $160 | $8,889 | $674 |
| Gowling Lafleur Henderson LLP | Legal | $400 | - | $7,363 | $3,656 |
| Grant Thorton | Auditing and Tax | - | - | $154,071 | - |

| | | | | | |
|---|---|---|---|---|---|
| Hack, Piro, O'Day, Merklinger | Legal | - | - | $1,894 | $67 |
| Hamilton, Brown & Babst f/k/a Lamothe & Hamilton, APLC | Legal | $165 | $1 | $11,744 | $304 |
| Hartman & Hartman P.C. | Legal | $2,175 | - | $11,000 | $40 |
| Horwood Marcus & Berk | Tax Consulting | $2,444 | - | $36,317 | $532 |
| INDIEC Indiana Industrial Energy Consumers, Inc. | Legal | - | - | $34,811 | - |
| Ivins, Phillips & Barker Chartered | Legal | - | - | $242,244 | - |
| J. Gordon Lewis d/b/a J. Gordon Lewis, PLLC | Legal | $46,970 | - | $288,750 | $368 |
| Jane Ann Himsel | Legal | $44,667 | $1,729 | $44,667 | $1,729 |
| Jefferson Wells | Auditing | - | - | $353,237 | $6,411 |
| Johnston Barton Proctor & Powell LLP | Legal | - | - | $4,380 | $18 |
| Keating, Muething & Klekamp, P.L.L. | Legal | $5,992 | $117 | $30,395 | $575 |
| Keefe and Associates | Legal | $1,750 | - | $21,944 | $1,100 |
| Kenneth Mason | Legal | $960 | - | $1,800 | - |
| Kenyon & Kenyon | Legal | $29,050 | $1,960 | $42,476 | $2,058 |
| Kevin P. Weldon | Legal | $1,000 | - | $6,700 | - |
| Kim & Chang | Legal | $2,881 | $113 | $23,140 | $3,116 |
| Kirton & McConkie | Legal | - | - | $56 | - |
| KPMG, Canada | Tax Consulting | - | - | $7,840 | - |
| KPMG, Hungary | Tax | $8,255 | - | $34,109 | - |
| L.C. Begin & Associates, PLLC | Legal | $21,201 | $2,698 | $67,518 | $14,405 |
| Lathrop & Gage | Legal | $194 | - | $3,242 | $281 |
| Lavin O'Neil Ricci Cedrone | Legal | - | - | $2,717 | $92 |
| Law Offices of Albert Gutierrez | Legal | - | - | $3,703 | $564 |
| Law Offices of Brian C. Pauls | Legal | $4,620 | $1,323 | $55,267 | $10,552 |

| | | | | | |
|---|---|---|---|---|---|
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal | - | - | $22,232 | $317 |
| Locke Reynolds LLP | Legal | $2,526 | $62 | $12,579 | $670 |
| Mallesons Stephen Jaques | Legal | $84,166 | $296 | $84,166 | $296 |
| Mark A. Navarre | Legal | $29,750 | $2,365 | $195,729 | $6,205 |
| Marshall, Gerstein & Borun | Legal | - | - | $103 | - |
| McCarter & English, LLP | Tax Consulting | $702 | $2 | $6,220 | $34 |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | Legal | $1,235 | - | $16,459 | $657 |
| McGlinchey Stafford | Legal | $2,657 | $64 | $17,588 | $572 |
| McGlynn & Luther | Legal | - | - | $1,877 | $30 |
| McNees Wallace & Nurick LLC | Legal | $15,153 | - | $56,208 | $22 |
| Michael D. Schloff, PLLC | Legal | - | - | $1,068 | $9 |
| Moffatt Thomas Barrett Rock & Fields | Legal | - | - | $387 | $142 |
| Momsen, Leonardos & Cia | Legal | - | - | $160 | $85 |
| Morgan, Lewis & Bockius LLP | Legal | $4,040 | $39 | $26,301 | $44 |
| Neal Gerber & Eisenberg, LLP | Legal | $15,901 | $232 | $138,944 | $6,323 |
| Ogne, Alberts & Stuart, P.C. | Legal | - | - | $380 | $3 |
| Paul, Hastings, Janofsky & Walker LLP | Legal | - | - | - | $35 |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | Legal | $3,705 | $456 | $3,705 | $456 |
| Phelps Dunbar LLP | Legal | $32,464 | $5,252 | $134,585 | $57,972 |
| Pillsbury Winthrop Shaw Pittman LLP | Legal | $2,300 | $7 | $26,169 | $358 |

| | | | | | |
|---|---|---|---|---|---|
| Porterfield, Harper & Mills, P.A. | Legal | $1,297 | $401 | $5,868 | $454 |
| Prichard, Hawkins, McFarland & Young, LLP | Legal | $12,810 | $298 | $36,211 | $4,507 |
| Quattlebaum, Groom, Tull & Burrow PLLC | Legal | - | - | $3,846 | $66 |
| Reising, Ethington, Barnes Kisselle, P.C. | Legal | $73,284 | $9,228 | $334,470 | $22,368 |
| Robert M. Sigler | Legal | $11,080 | $200 | $11,080 | $200 |
| Rogitz & Associates | Legal | $5,500 | $1,000 | $31,000 | $1,000 |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | Legal | $6,028 | - | $9,906 | - |
| Sidley Austin Brown & Wood LLP | Tax and Custom Consulting | $3,271 | - | $20,197 | - |
| Smith, Gambrell & Russell, L.L.P. | Legal | $18,000 | $3,411 | $18,000 | $3,411 |
| Stout Risius Ross, Inc. | Valuation | $9,621 | - | $43,438 | $443 |
| Sutherland Asbill & Brennan LLP | Legal | $756 | - | $756 | - |
| Swift Currie McGhee & Hiers, LLP | Legal | $45 | $18 | $776 | $53 |
| The Legal Department PLLC | Legal | $37,485 | $1,036 | $110,723 | $1,036 |
| Thorn, Gershon, Tymann | Legal | $304 | $5 | $3,649 | $245 |
| Turner Reid Duncan Loomer & Patton P.C. | Legal | - | - | $218 | $13 |
| Vorys, Sater, Seymour and Pease LLP | Tax | $4,264 | $11 | $7,616 | $11 |
| Ward Norris Heller & Reidy, LLP | Legal | - | - | $2,872 | $41 |
| Wax Law Group | Legal | $19,325 | - | $139,040 | - |

| Wells, Anderson & Race, LLC | Legal | - | - | $4,093 | $11 |
| --- | --- | --- | --- | --- | --- |
| Weston Hurd LLP | Legal | - | - | $6,398 | $142 |
| Wimer Law Offices, P.C. | Legal | - | - | $570 | $4 |
| Wolff & Samson PC | Legal | $4,732 | $452 | $25,594 | $821 |
| Wood, Herron & Evans, L.L.P. | Legal | $27,549 | $739 | $73,645 | $4,677 |
| Wooden & McLaughlin, LLP | Legal | - | - | 15,562 | $373 |
| Young & Basile P.C. | Legal | $45,800 | $1,742 | $115,091 | $13,112 |
| Yuasa & Hara | Legal | $37,804 | $12,426 | $327,689 | $42,370 |