United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,146.90 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WAGNER ROBERT G ESTATE OF**
**4492 SUNDERLAND PL**
**FLINT, MI 48507**

The transfer of your claim as shown above in the amount of $1,146.90 has been transferred to:

> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Chris Oh
Revenue Management
(201) 968-0001

784329

-------------------------------------------------(CUT HERE)-------------------------------------------------

## TRANSFER NOTICE

WAGNER ROBERT G ESTATE OF ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the WAGNER ROBERT G ESTATE OF Claims of Assignor in the aggregate amount of $1,146.90 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, ~~2006~~ 2007

WAGNER ROBERT G ESTATE OF

_____
(Signature)

Larry Dreasky
(Print Name and Title)
Personal Representative

REVENUE MANAGEMENT

_____
(Signature)

CHRIS OH
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
WAGNER ROBERT G ESTATE OF