# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI MEDICAL SYSTEMS COLORADO CORP**
Case No. **05-44507**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**SENSORTECHNICS INC**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 1436
Amount of Claim: **$12,039.00**
Date Claim Filed: 1/4/2006

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Yamila Moyano
Transferee/Transferee's Agent

Date: 7/14/2007

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

827012

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI MEDICAL SYSTEMS COLORADO CORP**
Case No. **05-44507**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1436 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **7/14/2007.**

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**SENSORTECHNICS INC**
Name of Alleged Transferor

Address of Alleged Transferor:
**SENSORTECHNICS INC**
**11844 DUBLIN BLVD STE E**

**DUBLIN, CA 94568**

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

827012

## TRANSFER NOTICE

Sensortechnics Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Delphi Medical Systems Colorado Corporation (the "Debtor"), in the aggregate amount of $12,039.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, Manhattan, administered as Case No. 05-44507.

IN WITNESS WHEREOF, Assignor has signed below as of the 29th day of June, 2007.


Sensortechnics Inc

By: _____          By: _____
(Signature)                          (Signature)

James E McNeil Manager              _____
(Print Name and Title)               (Print Name and Title)