UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                             |
                                                                   | Chapter 11
DELPHI CORPORATION                                                 |
                                                                   | Case No. 05-44481
                                                                   |
           Debtor.                                                 |
                                                                   | **Claim#6594**
------------------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)         Crown EG Inc.
                         945 S. Brownschool Road
                         Vandalia, OH 45377
                         Attn: James N. Marten

The transfer of your claim as shown above, in the amount of $103,809.40 has been transferred (unless previously expunged by court order) to:

             LONGACRE MASTER FUND, LTD.
             Transferor: Crown EG Inc.
             810 Seventh Avenue, 22nd Floor
             New York, NY  10019
             Attn: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, New York 10004

   - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                              Intake Clerk
-------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                         _____
                                         Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Exhibit B</u>

TO:        United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
                Southern District of New York
                One Bowling Green
                New York, NY 10004
                Attn:   Clerk

AND TO:    DELPHI CORPORATION ("<u>Debtor</u>")
                Case No. 05-44481

<u>Claim # 6594</u>

**CROWN EG INC,** its successors and assigns ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **LONGACRE MASTER FUND, LTD.**
          c/o U.S. Bank National Association
          Corporate Trust Services
          1420 Fifth Avenue, 7th Floor
          Seattle, Washington 98101
          Attn: Kyle J Lunde

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of <u>$103,809.40</u> ("<u>Claim</u>") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 29, 2007.

**CROWN SOLUTIONS DIV OF CORONA SYSTEMS INC.**

By:      /s/ James N. Marten_____
Name:   James N. Marten
Title:    Vice President

**CROWN EG INC**

By:      /s/ James N. Marten_____
Name:   James N. Marten
Title:    Vice President

**CROWN SOLUTIONS INC**

By:      /s/ James N. Marten_____
Name:   James N. Marten
Title:    Vice President

LONGACRE MASTER FUND, LTD.

By:      /s/ Steven S. Weissman_____
Name:   Steven S. Weissman
Title:    Director

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
DELPHI CORPORATION                                              |
                                                                | Case No. 05-44481
                                                                |
            Debtor.                                             |
                                                                | **Claim#6593**
----------------------------------------------------------------X

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)         Crown Solutions Inc
                         945 S. Brownschool Road
                         Vandalia, OH 45377
                         Attn: James N. Marten

The transfer of your claim as shown above, in the amount of $10,593.33 has been transferred (unless previously expunged by court order) to:
                         LONGACRE MASTER FUND, LTD.
                         Transferor: Crown Solutions Inc
                         810 Seventh Avenue, 22nd Floor
                         New York, NY  10019
                         Attn: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004

   - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                     Intake Clerk
---------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                            _____
                                            Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk

AND TO: DELPHI CORPORATION ("Debtor")
Case No. 05-44481

Claim # 6593

**CROWN SOLUTIONS INC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Kyle J Lunde

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $10,593.33 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 29, 2007.

**CROWN SOLUTIONS DIV OF CORONA SYSTEMS INC.**

By:____/s/ James N. Marten_____
Name:   James N. Marten
Title:    Vice President

**CROWN EG INC**

By:____/s/ James N. Marten_____
Name:   James N. Marten
Title:    Vice President

**CROWN SOLUTIONS INC**

By:____/s/ James N. Marten_____
Name:   James N. Marten
Title:    Vice President

LONGACRE MASTER FUND, LTD.

By:___/s/ Steven S. Weissman_____
Name:   Steven S. Weissman
Title:    Director