## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Delphi Corporation, et al., | : | Case No. 05-44481 |
|  | : |  |
|  | : |  |
| Debtors. | : | Judge Robert D. Drain |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Darryl S. Laddin and the law firm of Arnall Golden Gregory LLP hereby provide notice to the Court that they are hereby withdrawing their appearance for SBC Telecommunications, Inc. ("SBC") in the above captioned case.

This 16th day of July, 2007.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

/s/ Darryl S. Laddin
Darryl S. Laddin
Georgia Bar No. 460793
171 17th Street NW Suite 2100
Atlanta, GA  30363
Phone: 404-873-8120
Fax: 404-873-8121
Attorneys for SBC Telecommunications, Inc.

2158787v1