Robert A. Scher, Esq.(RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

   *-and-*

Jill L. Murch, Esq.*(pro hac vice)*
Emily R. Haus, Esq.*(pro hac vice)*
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys For Holset Engineering Company
c/o Cummins Business Services*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

     I, Jill L. Murch, Esq. a member in good standing of the bar in the State of Illinois request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Holset Engineering Company, c/o Cummins Business Services in the above referenced case. My address is:

        Jill L. Murch, Esq.
        Foley & Lardner LLP
        321 North Clark Street, Suite 2800
        Chicago, Il 60610-4764
        Tel: (312) 832-4500
        Fax: (312) 832-4700
        jmurch@foley.com

     The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 9, 2007                                      Respectfully submitted,

*Attorneys For Holset Engineering Company*
*c/o Cummins Business Services*

By: /s/ Jill L. Murch, Esq.
    One of Its Attorneys

Robert A. Scher, Esq.(RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

*-and-*

Jill L. Murch, Esq.(*pro hac vice*)
Emily R. Haus, Esq.(*pro hac vice*)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

2

CHIC_1545342.1