Robert A. Scher, Esq.(RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

-and-

Jill L. Murch, Esq.(*pro hac vice*)
Emily R. Haus, Esq.(*pro hac vice*)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys For Holset Engineering Company*
*c/o Cummins Business Services*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Emily R. Haus, Esq., a member in good standing of the bar in the State of Illinois request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Holset Engineering Company, c/o Cummins Business Services in the above referenced case. My address is:

      Emily R. Haus, Esq.
      Foley & Lardner LLP
      321 North Clark Street, Suite 2800
      Chicago, Il 60610-4764
      Tel: (312) 832-4500
      Fax: (312) 832-4700
      ehaus@foley.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

CHIC_1545346.1

Dated: July 9, 2007                                         Respectfully submitted,


*Attorneys For Holset Engineering Company*
*c/o Cummins Business Services*


By: /s/ Emily R. Haus, Esq.
     One of Its Attorneys

Robert A. Scher, Esq.(RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

            -and-

Jill L. Murch, Esq.(*pro hac vice*)
Emily R. Haus, Esq.(*pro hac vice*)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700