**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                Chapter 11

                                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                           Jointly Administered

                            Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Seth A. Drucker, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Seth A. Drucker, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
        New York, New York

                                                    /s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE