**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                     Chapter 11

                                                                                                                               Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                               Jointly Administered

                            Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of Brendan G. Best, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Brendan G. Best, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July 17, 2007
       New York, New York

                                                  /s/Robert D. Drain_____
                                                UNITED STATES BANKRUPTCY JUDGE