**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                              Chapter 11

                                                                                         Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                                     Jointly Administered

                                Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    UPON the motion of Russell C. Babcock, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

    ORDERED, that Russell C. Babcock, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
        New York, New York

                                              /s/Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE