**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                  Chapter 11

                                                                                            Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                     Jointly Administered

                             Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Melinda S. Thornton, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Melinda S. Thornton, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
           New York, New York

                                               /s/Robert D. Drain_____
                                             UNITED STATES BANKRUPTCY JUDGE