**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION,  et al., | Jointly Administered |
| Debtors | |

---------------------------------------------------------------x

### <u>ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

UPON the motion of  *Carrie M. Brosius*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Carrie M. Brosius*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
         New York, New York

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE