**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                                         Chapter 11

                                                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                              Jointly Administered

                                      Debtors

-------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Aaron G. McCollough*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Aaron G. McCollough*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
            New York, New York

                                                                    /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE