**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                                  Chapter 11

                                                                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                          Jointly Administered

                               Debtors

----------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

     UPON the motion of *Louis G. McBryan*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that *Louis G. McBryan*, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
         New York, New York

                                               /s/Robert D. Drain_____
                                               UNITED STATES BANKRUPTCY JUDGE