**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                         Chapter 11

                                                                                                                     Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                                 Jointly Administered

                                    Debtors

------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

       UPON the motion of Emily R. Haus, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

       ORDERED, that Emily R. Haus, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  July 17, 2007
            New York, New York

                                                      /s/Robert D. Drain_____
                                                      UNITED STATES BANKRUPTCY JUDGE