SETH A. DRUCKER, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7626
Facsimile:  (313) 465-7627
sdrucker@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, | Case No. 05-44481 |
| | (Jointly Administered |
| Debtors. | |
| | Hon. Robert D. Drain |
| _____/ | |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
### PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby

appears in the above-captioned case as counsel for Valeo Climate Control, Corp., and requests

that any and all notices given or required to be given in the above-captioned case, and all papers

served or required to be served in the case, be served upon the undersigned at the following

address and that Honigman be added to the mailing matrix on file with the Clerk of the

Bankruptcy Court:

> Seth A. Drucker, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue, Suite 2290
> Detroit, MI  48226
> Telephone:  (313) 465-7626
> Facsimile:  (313) 465-7627
> Email: sdrucker@honigman.com

Please take notice that the foregoing request includes not only the notices and papers

referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand

filed in this matter, whether transmitted or conveyed by ECF filing, mail, hand delivery,

telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served

under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017

and 9007.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Valeo Climate Control, Corp.

Dated:  July 18, 2007             By: _____/s/ Seth A. Drucker_____
                                        E. Todd Sable, Esq. (Michigan Bar No. P65641)
                                  2290 First National Building
                                  660 Woodward Avenue
                                  Detroit, MI  48226
                                  Telephone:  (313) 465-7626
                                  Facsimile:  (313) 465-7627
                                  Email:  sdrucker@honigman.com

DETROIT.2703025.1