HONIGMAN MILLER SCHWARTZ & COHN LLP
Seth A. Drucker (Michigan Bar No.: P65641)
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
(313) 465-7626
*Counsel for Valeo Climate Control Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No.: 05-44481 (RDD) |
| | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors. | |
| _____ / | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on Wednesday, July 18, 2007, he electronically filed a Notice of Appearance and Request for Service of Papers and Request to be Added to Debtors' Matrix with the clerk of the court using the ECF system, which will send electronic notification to all those ECF participants registered in this matter.

Respectfully submitted,

Honigman Miller Schwartz and Cohn LLP
Counsel to Valeo Climate Control Corporation

/s/ Seth A. Drucker
Seth A. Drucker, Esq. (Mich Bar No. P65641)
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
Telephone: (313) 465-7626
Email: sdrucker@honigman.com

DETROIT.2677858.1