SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF EXTENSION OF BID DEADLINE AND AUCTION
IN CONNECTION WITH SALE OF CATALYST BUSINESS

PLEASE TAKE NOTICE that on June 5, 2007, Delphi Corporation and certain of

its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors") and certain non-Debtor affiliates (together with certain of the Debtors, the "Sellers") entered into a Master Sale and Purchase Agreement (the "Agreement") with Umicore and certain of its affiliates for sale of the Sellers' global original equipment and aftermarket catalyst business (the "Catalyst Business").

PLEASE TAKE FURTHER NOTICE that on June 6, 2007, the Debtors filed a Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Catalyst Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities  (Docket No. 8179) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on June 29, 2007, the Court entered an Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing In Connection With Sale Of Catalyst Business (Docket No. 8436) (the "Bidding Procedures Order").  The Bidding Procedures Order approved bidding procedures (the "Bidding Procedures") for the sale of the Catalyst Business.  Under the Bidding Procedures and the Agreement, the Debtors established July 24, 2007 at 11:00 a.m. (prevailing Eastern time) as the deadline for a Qualified Bidder[1] to submit a Qualified Bid for the assets used in the Catalyst Business.  In addition, the Bidding Procedures and the Agreement established

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

2

August 1, 2007 at 10:00 a.m. (prevailing Eastern time) as the date and time on which the Sellers would conduct an auction (if necessary) for the assets of the Catalyst Business (the "Auction").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraphs 11.6.7 and 11.8 of the Agreement and the Bidding Procedures, the Debtors hereby extend (i) the Bid Deadline to **July 31, 2007 at 11:00 a.m. (prevailing Eastern time)** and (ii) the Auction (if necessary) to **August 8 at 10:00 a.m.** (**prevailing Eastern time**).

Dated:   New York, New York
         July 18, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:   /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr. (JB 4711)
            John K. Lyons (JL 4951)
            Ron E. Meisler (RM 3026)
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

        - and -

        By:   /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti (KM 9632)
            Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
         Debtors and Debtors-in-Possession