**Hearing Date: July 19, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                         :
          In re                          :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                         Debtors.        :    (Jointly Administered)
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED TWENTIETH OMNIBUS HEARING AGENDA

Location Of Hearing:         United States Bankruptcy Court for the Southern District of New York,
                             Alexander Hamilton Custom House, Room 610, 6th Floor, One
                             Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

      A.      Introduction

      B.      Continued Or Adjourned Matters (3 Matters)

      C.      Uncontested, Agreed, Or Settled Matters (4 Matters)

      D.      Contested Matters (3 Matters)

**B.      Continued Or Adjourned Matters***

      1.      **"KECP Annual Incentive Program"** – Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 213)

      *Response Filed:*      *None.*

      *Reply Filed:*      *None.*

      *Related Filings:*      *Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419)*

      *Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4660)*

      *Second Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue AIP For First Half Of 2007 (Docket No. 7200)*

---

\*      Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), and Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice).

> *Second Supplemental Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Continue AIP For First Half 2007 (Docket No. 7474)*

> **Status:**    *By agreement of the Debtors and the Official Committee of Unsecured Creditors this matter is being adjourned to the September 27, 2007 omnibus hearing. The Debtors anticipate filing the Third Supplement to KECP Motion in accordance with the Amended Eighth Supplemental Case Management Order.*

2.    **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

> **Responses Filed:**    *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

> *Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

> **Reply Filed:**    *None.*

> **Related Filings:**    *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)*

> *Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing*

3

*It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses*

4

*Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 4928)*

Status:                   *By agreement of the parties this matter is being
adjourned to the August 16, 2007 omnibus hearing.*

3.    **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex
Parte Motion For Order Authorizing The Official Committee Of Equity
Security Holders To File Under Seal A Supplemental Objection In Further
Support Of The Equity Committee's Objection To The Motion For An
Order Authorizing The Official Committee Of Unsecured Creditors To
Prosecute The Debtors' Claims And Defenses Against General Motors
Corporation And Certain Former Officers Of The Debtors (Docket No.
5229)

Response Filed:          *Comment Of The Official Committee Of Unsecured
Creditors To Ex Parte Motion For Order
Authorizing The Official Committee Of Equity
Security Holders To File Under Seal A Supplemental
Objection To Motion For Order Authorizing The
Official Committee Of Unsecured Creditors To
Prosecute The Debtors' Claims And Defenses
Against General Motors Corporation And Certain
Former Officers Of The Debtors (Docket No. 5230)*

Reply Filed:             *None.*

Related Filings:         *Motion For An Order Authorizing The Official
Committee Of Unsecured Creditors To Prosecute
The Debtors' Claims And Defenses Against General
Motors Corporation And Certain Former Officers
Of The Debtors (Docket No. 4718)*

*Objection Of The Official Committee Of Equity
Security Holders To The Motion For An Order
Authorizing The Official Committee Of Unsecured
Creditors To Prosecute The Debtors' Claims And
Defenses Against General Motors Corporation And
Certain Former Officers Of The Debtors (Docket No.
5070)*

Status:                   *This matter is being adjourned to the August 16,
2007 omnibus hearing.*

**C.      Uncontested, Agreed, Or Settled Matters**

4.      **"Mexico Brake Plant Asset Sale Motion"**– Expedited Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Delphi Automotive Systems LLC's Mexico Brake Plant Assets Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 8249)

> *Response Filed:*       *None.*

> *Reply Filed:*        *None.*

> *Related Filings:*     *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing In Connection With Sale Of Mexico Brake Plant Assets (Docket No. 8440)*

> *Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Delphi Automotive Systems LLC's Mexico Brake Plant Assets (Docket No. 8485)*

> *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Mexico Brake Plant Assets (Docket No. 8486)*

> *Status:*         *The hearing with respect to this matter will be proceeding.*

5.      **"Wachovia Bank, N.A And Lextron Corporation Settlement"**– Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement With Wachovia Bank, N.A., And Lextron Corporation (Docket No. 8434)

> *Response Filed:*       *None.*

> *Reply Filed:*        *None.*

| *Related Filings:* | None. |
| | |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

6. **"UAW 1113/1114 Settlement Motion"**– Motion For Order Under 11 U.S.C. §§ 363, 1113 And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among UAW, Delphi, And General Motors Corporation Including Modification Of UAW Collective Bargaining Agreements And Retiree Welfare Benefits For Certain UAW-Represented Retirees (Docket No. 8445)

| *Response Filed:* | None. |
| | |
| *Reply Filed:* | None. |
| | |
| *Related Filings:* | *Letter From Kelly Hurley (Docket No. 8613)* |
| | |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

7. **"DASE Funding Motion"**– Expedited Motion For Order Under 11 U.S.C. §§ 363, 1107, And 1108 Authorizing Delphi Automotive Systems (Holding), Inc. To Provide Funds To Delphi Automotive Systems Espana S.L. (Docket No. 8501)

| *Response Filed:* | None. |
| | |
| *Reply Filed:* | None. |
| | |
| *Related Filings:* | *Errata Page For Expedited Motion For Order Under 11 U.S.C. §§ 363, 1107, And 1108 Authorizing Delphi Automotive Systems (Holding), Inc. To Provide Funds To Delphi Automotive Systems Espana S.L. (Docket No. 8630)* |
| | |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.  Contested Matters**

8. **"Furukawa Electric Relief From Automatic Stay"**– Motion Of Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d); And (C) An Order

Limiting The Scope Of The Third Omnibus Claim Objection Hearing
(Docket No. 7410)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd., For (A) Abstention Pursuant To 28 U.S.C. § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7678)* |
| *Reply Filed:* | *Furukawa's Reply To Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C. § 1334(C); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(D); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7966)* |
| *Surreply Filed:* | *Debtors' Surreply To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C. § 1334(C); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(D); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 8537)* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

9.    **"Sixteenth Omnibus Claims Objection"**– Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271)

| | |
|---|---|
| *Responses Filed:* | *1st Choice Heating And Cooling's Response In Opposition To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To (A) Certain Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8536)* |
| | *Response Of Motion Industries, Inc. To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant* |

*To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, And (B) Protective Claims (the "Sixteenth Omnibus Claims Objection") (Docket No. 8543)*

*Response Of Timken U.S. Co. And The Timken Company To The Debtors' Sixteenth Omnibus Objection To Claims (Docket No. 8574)*

*Visteon Corporation's Response To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Claim Nos. 1805 And 1854) (Docket No. 8594)*

*AIG Member Companies' Response To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Re: Proof Of Claims Nos. 1374 Through 1378) (Docket No. 8595)*

*Reply Filed:*  *An omnibus reply will be filed.*

*Related Filings:*  *None.*

*Status:*  *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

10.     **"Seventeenth Omnibus Claims Objection"**– Debtors' Seventeenth
Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.
R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And Records, (C) Insurance
Claim Not Reflected On Debtors' Books And Records, (D) Untimely
Claims And Untimely Tax Claims, And (E) Claims Subject To
Modification, Tax Claims Subject To Modification, And Modified Claims
Asserting Reclamation (Docket No. 8270)

<div style="margin-left:3em">

*Responses Filed:*      *Response Of Hoover Precision Products, Inc. To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8388)*

*Response To Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B)Claims Not
Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8460)*

*Response And Objection Of Fraenkische USA, LP To
Debtors' Seventeenth Omnibus Claims Objection
With Respect To Claim Number 16511 (Docket No.
8473)*

*Response Of Motorola, Inc. To The Debtors'
Seventeenth Omnibus Objection To Claims (Docket
No. 8482)*

*Response Of Temic Automotive Of North America,
Inc. To The Debtors' Seventeenth Omnibus
Objection To Claims (Docket No. 8483)*

*Joint Response To Motion Of Barnes Group Canada
Corp., As Claimant, And Longacre Master Fund,
Ltd., As Assignee (Docket No. 8493)*

*Response Of Datwyler Rubber & Plastics, Inc. To
The Debtors' Seventeenth Omnibus Objection To
Claims (Claim Number 10907) (Docket No. 8495)*

*Response And Objection Of ZF Boge Elastmetall
LLC To Debtor's Seventeenth Omnibus Claims
Objection (Docket No. 8507)*

</div>

10

*Response Of Contrarian Funds, LLC To Debtors'
Seventeenth Omnibus Claims Objections (Docket No.
8508)*

*Eaton Corporation's Response To Debtors'
Seventeenth Omnibus Claims Objection (Docket No.
8509)*

*Holset Engineering Company's Response To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8512)*

*Response Of ON Semiconductor Components
Industries LLC To Debtors' 17th Omnibus Objection
To Claims (Docket No. 8513)*

*Claimant's Response To Debtors' Objection To
Proofs Of Claim Filed By RLI Insurance Company
(Docket No. 8523)*

*Miami-Dade County Tax Collector's Response To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8527)*

*Response On Behalf Of Knox County To Debtors'
Seventeenth Omnibus Objection (Docket No. 8528)*

*Response Of City Of McAllen And South Texas
College To Debtor's Seventeenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtor's Books And Records, (C) Insurance Claim
Not Reflected On Debtors' Books And Records,(D)
Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject
To Modification, And Modified Claims Asserting
Reclamation (Docket No. 8530)*

*Response Of Liquidity Solutions, Inc., As Assignee,
To Debtors' Seventeenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Insurance Claim
Not Reflected On Debtors' Books And Records, (D)
Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject*

*To Modification, And Modified Claims Asserting
Reclamation (Docket No. 8531)*

*Objection to Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant to 11 U.S.C. §
502(b) and Fed. R. Bankr. P. 3007 to Certain Claims
Subject to Modification, Tax Claims Subject to
Modification and Modified Claims Asserting
Reclamation (Docket No. 8535)*

*Response To Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C.
§502(b) And Fed. R. Bank. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Insurance Claims Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8538)*

*Response of Contech LLC to Debtors' Seventeenth
Omnibus Claims Objection (Docket No. 8542)*

*Response Of Motion Industries, Inc. To Debtors'
Seventeenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Insurance Claim Not Reflected On
Debtors' Books And Records, (D) Untimely Claims
And Untimely Tax Claims, And (E) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (the "Seventeenth Omnibus Claims
Objection")  (Docket No. 8545)*

*Response Of Vanguard Distributors, Inc. To
Debtors' Seventeenth Omnibus Objection To Proofs
Of Claim (Docket No. 8547)*

*Response Of Rothrist Tube Inc. To The Debtors'
Seventeenth Omnibus Objection To Claims (Claim
Number 2680) (Docket No. 8552)*

12

*Response of NEC Electronics America, Inc. to Debtors' Objection To Claim No. 16368 (Docket No. 8553)*

*Response Of Cleo Inc. To Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8554)*

*Response Of Siemens PLC (A&D Division) To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8566)*

*Response Of E.I. Du Pont De Nemours And Company To Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8569)*

*Collins & Aikman Corporation, et el.'s Response To Debtors' Seventeenth Omnibus Objection (Docket No. 8572)*

*United States Of America's Response To Debtors' Objection To The Claim Of The Internal Revenue Service (Docket No. 8573)*

*Response And Opposition Of Conestoga-Rovers & Associates, Inc. To Debtors' Objection To Claim, Made Within Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8576)*

*Response Of Contitech Elastomer Coatings To Debtors' Seventeenth Omnibus Objection To Claim No. 9079 (Docket No. 8577)*

*Response Of Benecke-Kaliko AG To Debtors' Seventeenth Omnibus Objection To Claim No. 9080 (Docket No. 8578)*

*Response Of Harco Brake Systems, Inc. To Seventeenth Omnibus Claim Objection (Docket No. 8580)*

13

*L&W Engineering Co.'s Response To Debtors'
Seventeenth Omnibus Objection (Docket No. 8581)*

*Joint Response Of United Plastics Group, As
Claimant, And Longacre Master Fund, LTD., As
Assignee, To Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. §
502(d) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8585)*

*Response Of A. Schulman, Inc. In Opposition To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8586)*

*Ohio Department Of Taxation's Response To
Debtors' Seventeenth Objection To Claims (Docket
No. 8587)*

*Response Of Viasystems To Debtors' Objection To
Claim No. 12383 (Docket No. 8591)*

*Response And Objection Of SPCP Group, L.L.C. To
Debtors' Seventeenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Insurance Claim
Not Related On Debtors' Books And Records, (D)
Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject
To Modification And Modified Claims Asserting
Reclamation (Docket No. 8599)*

*Reply Filed:*        *An omnibus reply will be filed.*

*Related Filings:*    *None.*

*Status:*             *The hearing will proceed with respect to claims for
which no responses have been filed.  The hearing
will be adjourned to the August 16, 2007 omnibus
hearing with respect to those claims set forth on
Exhibit E-2 to the Seventeenth Omnibus Claims*

*Objection and the response deadline with respect to such claims will be extended to August 9, 2007. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§  502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

Dated:  New York, New York
       July 18, 2007

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

      - and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession