SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888
Malani J. Sternstein (MS 3882)

*Attorneys for creditor Gary Whitney*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ X

**MOTION FOR ADMISSION PRO HAC VICE OF ANDREW H. FRIEDMAN**

Malani J. Sternstein ("Movant"), a member in good standing of the Bar of the State of New York and an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, hereby moves for an order permitting Andrew H. Friedman, Esq., Helmer Friedman, LLP, A Limited Liability Partnership of Professional Law Corporations, 723 Ocean Front Walk, Venice, California 90291, to practice *pro hac vice* to represent creditor Gary Whitney, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. In support of the Motion, Movant states as follows:

    1.  Mr. Friedman is a member in good standing of the Bars of, and admitted to practice in the Courts of, the States of California and Missouri, as well as the District of Columbia. Mr. Friedman is also a member in good standing of, and admitted to practice in, the

United States District Courts in California. There are no disciplinary proceedings pending in any court against Mr. Friedman.

        2.        In support of the relief requested in this Motion, attached as <u>Exhibit A</u> is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

        3.        Movant requests that this Court approve this Motion so that Mr. Friedman may file pleadings, appear and be heard at hearings in these chapter 11 cases.

        4.        No previous request for the relief sought herein has been made to this or any other Court.

        5.        Movant has paid the $25 fee associated with the filing of this Motion simultaneously with the filing hereof.

        WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Andrew H. Friedman to appear *pro hac vice* in association with Movant as counsel to creditor Gary Whitney in these chapter 11 cases, and granting such other and further relief as is just and proper.

Dated: July 18, 2007
      New York, New York

                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                             By:   /s/ Malani J. Sternstein
                             Malani J. Sternstein (MS 3882)
                             30 Rockefeller Plaza, 24th Floor
                             New York, New York 10112
                             Telephone: (212) 332-3800

**Exhibit A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Mailing Address:   Andrew H. Friedman, Esq.
Helmer Friedman, LLP
723 Ocean Front Walk
Venice, California 90291

E-mail:   afriedman@helmerfriedman.com

Telephone:   (310) 396-7714

I further certify that the $25 fee was paid simultaneously with the filing of the Motion for Approval by this Court to admit me to practice *pro hac vice* in these chapter 11 cases.

Dated:  July 17, 2007

By:   /s/ Andrew H. Friedman
Andrew H. Friedman, Esq.
Helmer Friedman, LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-7714
Facsimile: (310) 396-9215

W02-EAST:7MAS1\200035315.1