UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                        :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
------------------------------------------------------------ X

# **ORDER**

     ORDERED, that Andrew H. Friedman, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the associated filing fee.

Dated: July ___, 2007
       New York, NY

_____
Honorable Robert D. Drain
United States Bankruptcy Judge