PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

      I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

      On **July 18, 2007**, I served the following document(s) described as **CLAIMANT GARY WHITNEY'S SUPPLEMENTAL RESPONSE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

    Christopher P. Connors, Esquire  
    Skadden, Arps, Slate, Meagher & Flom  
    LLP 333 West Wacker Drive  
    Chicago, Illinois 60606-1285  
    E-MAIL:  CConnors@skadden.com.

☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **BY ELECTRONIC MAIL:** I served said document(s) via electronic mail addressed as follows:  CConnors@skadden.com.

☐   **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 213-620-1398. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐   **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on **July 18, 2007**, at Los Angeles, California.

                                  */s/ Alice Montoya*  
                                  Allice Montoya