**New York State Department of**
**Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0300

July 11, 2007

Clerk of the Court
U.S. Bankruptcy Court
SOUTHERN DISTRICT OF NEW YORK
 DELPHI CORPORATION CLAIMS
c/o UNITED STATES BANKRUPTCY COURT
BOWLING GREEN STATION  P. O. BOX 5058
 NEW YORK  NY  10274

Re:   Claim withdrawal for DELPHI TECHNOLOGIES INC.
       Docket #:  05-44554 RDD

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the ORIGINAL PRE-PETITION proof of claim in the amount of $2,876.21 with a statement date of 06/19/2006.  There is no surviving PRE-PETITION period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter



**New York State Department of Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Statement date: 6/19/2006

Case number: 05-44554 RDD
Refer to this number for inquiries

Total claim amount: $2,876.21

# Pre-Petition Proof of Claim

Taxpayer ID#: B-38-3430681-4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIMS
c/o UNITED STATES BANKRUPTCY COURT
BOWLING GREEN STATION   P.O. BOX 5058
NEW YORK, NY   10274-5058

This is a statement of tax liabilities for DELPHI TECHNOLOGIES, INC.. Penalty and interest for each liability is computed to 10/8/2005.

## Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 08/31/1999 | L-027173384-2 | 1,000.00 | 0.00 | 626.21 | 1,626.21 | EST |
| CORP | 10/08/2005 | L-027173442-5 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | EST |
|  |  |  |  |  | SubTotal $ | 2,626.21 |  |

## General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 08/31/1999 | L-027173384-2 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
|  |  |  |  |  | SubTotal $ | 250.00 |  |

Current Annual Interest Rates by Tax Type: Corporation - 9%
Liability Type Descriptions: EST - Estimated (No Return Filed)

TC-988 (10/00)       070711100715000001