UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                            CHAPTER 11

DELPHI CORPORATION, et al.                    Case No. 05-44481 (RDD)

          Debtors.                                         (Jointly Administered)

_____/

## WITHDRAWAL OF RESPONSE TO NOTICE OF OBJECTION TO CLAIM

CLAIMANT, ROOT INTERNATIONAL, INC., d/b/a CASES2GO (hereinafter "CLAIMANT"), by and through the undersigned counsel, and files this Withdrawal of Response to Notice of Objection to Claim filed by ROOT INTERNATIONAL, INC, d/b/a CASES2GO on March 14, 2007 and docketed as No. 7292, in the above referenced cause

Dated: July 10, 2007, Land O Lakes, Florida.

KUENZEL & LUTES, P.A.

_____
Diane V. Kuenzel, Esquire
KUENZEL & LUTES, P.A.
4111 Land O' Lakes Boulevard, Suite 302-D
Land O' Lakes, Florida 34639
(813) 996-7710
(813) 996-5944 (Fax)
FBN: 372668

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by facsimile and by U.S Regular Mail, this 10th day of July, 2007, to Honorable Judge Robert D. Drain, United States Bankruptcy Judge, Southern District of New York, One Bowling Green,

1

Room 610, New York NY, 10004 and U.S. Regular Mail, and to the following Via U.S. Regular Mail: Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: General Counsel and Counsel for Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton.

_____
DIANE V. KUENZEL, ESQ.

F:\DOCS\BUSINESS\CASES2GO.WITHDRAWALRESPTOOBJCLAIM.