UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
               :

In re                 :   Chapter 11

               :

DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)

               :

               :   (Jointly Administered)

Debtors.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF MOTION

Eva M. Orlik, through the undersigned counsel, hereby withdraws with

prejudice the Motion To Lift Automatic Stay (Docket No. 2397), filed February 8, 2006.

Dated: June /2, 2007         Respectfully submitted,
     New York, New York

                        By:
                        Brenda Franklin Rodeheffer
                        Monday Rodeheffer Jones & Albright
                        1915 Broad Ripple Ave.
                        Indianapolis, Indiana 46220
                        (317) 251-1929



RECEIVED
JUL 16 2007
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
         In re                            :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                                          :      (Jointly Administered)
         Debtors.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF MOTION

Eva M. Orlik, through the undersigned counsel, hereby withdraws with

prejudice the Motion To Lift Automatic Stay (Docket No. 2397), filed February 8, 2006.


Dated: June 12, 2007                      Respectfully submitted,
        New York, New York

                                          By:
                                          Brenda Franklin Rodeheffer
                                          Monday Rodeheffer Jones & Albright
                                          1915 Broad Ripple Ave.
                                          Indianapolis, Indiana  46220
                                          (317) 251-1929