



Wilhelm Kächele GmbH · Postfach 11 21 · D-73231 Weilheim/Teck

Chambers of the Honorable Judge D. Drain
US Bancruptcy Court for the Southern District
of New York

One Bowling Green, Room 610, New York
USA, New York 10004

Wilhelm Kächele GmbH
Elastomertechnik
Jahnstraße 9
D-73235 Weilheim/Teck

Telefon 0 70 23 / 103-0
Telefax 0 70 23 / 103-188
http://www.w-kaechele.com
vibrastop@w-kaechele.com

Geschäftsführer:
Bruno Kächele
HRB 230 493 Stuttgart

| Ihr Zeichen/<br>Ihre Nachricht vom | Unser Zeichen/<br>unsere Nachricht vom | Durchwahl<br>E-Mail<br>-142<br>choepper@w-kaechele.de | Fax<br><br>-328 | Datum<br><br>16.07.2007 |
|---|---|---|---|---|

## Withdrawal of the Response to the Objection to Claim No. 5784 – Case No. 04-44481 (RDD) – Debtor Delphi Automotive Systems LLC

Dear Sir or Madam,

We hereby withdraw our Response to the objection to claim no. 5784.

In a settlement agreement dated as of May 22nd, 2007 we agreed, that the claim shall be allowed $3,603.73 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

Regards

Wilhelm Kächele GmbH
Elastomertechnik

i.A.
Christian Höpper

Qualitätsmanagementsystem



DQS zertifiziert nach
DIN EN ISO 9001:2000