Honorable Robert W. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 610
New York, New York   10004

          Re: Chapter 11
          Case # 05-44481 (RDD)
          (Jointly Administered)

Your Honor:

Presumeably I am a claimant or I would not keep receiving reams of legal paper work.

Having already mailed this firm what little I possess for proof and unable to secure any more, I'm attempting to write the Court.

Being a senior citizen on hospice creates a different view for me.

No doubt any monetary value I own or previously owned basically is down the drain. I can deal w/ that for me. However, they are many perhaps that it matters greatly. I ask that you protect them and me if possible.

Recently I had a stroke, consequently my thought process is scattered and my penmanship probably worse.

Thank you for your courtesy in permitting me the opportunity to address this issue.

          Respectfully submitted,
          Jeanne F. Fitzsimmons
          120 W. Jackson Ave. So.
          Sapulpa, Oklahoma 74066
          (918) 227-3198