# B & B MACHINE & GRINDING SERVICE INC.

## 303 WEST EVANS AVE.

## DENVER, COLORADO  80223

## 303-744-2751 FAX: 303-744-2802

JULY 9, 2007

United States Bankruptcy Court

Southern District Of New York

ATTN:  Sunny Singh, Clerk To Judge Drain

One Bowling Green

New York, New York    10004

CLAIM NO.  05-44481

CLAIM # 542

TO WHOM IT MAY CONCERN:

B & B Machine agrees that it's  Response to the Ninth Omnibus Claims is resolved, and that the Response is docketed in the Debtors' Bankruptcy case, enabling B & B Machine to withdraw the Response.

Thank you.

*Jill L. Fain*

Jill L. Fain, Controller

B & B Machine