STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

NU-TECH PLASTICS ENGINEERING, INC.,

    Plaintiff,

v

GENERAL MOTORS CORPORATION,
a Delaware Corporation, and DELPHI
AUTOMOTIVE SYSTEMS USA, L.L.C., a
Delaware Limited Liability Corporation, and
DELPHI AUTOMOTIVE SYSTEMS, LLC

    Defendants.

Case No. 02-075335-CK
Hon. Robert M. Ransom

A TRUE COPY
Michael J. Carr, Clerk

FILED
APR 7 2005
GENESEE COUNTY CLERK

---

SCHWARTZ LAW FIRM, P.C.
By:  Jay A. Schwartz (P45268)
      Deborah E. Fordree (P49054)
Attorney for Plaintiff
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

LIPPERT, HUMPHREYS, CAMPBELL,
DUST & HUMPHREYS, P.C.
By:  A. T. Lippert, Jr. (P16714)
Attorney for Defendants Delphi
 and General Motors
4800 Fashion Square Boulevard, Suite 410
Saginaw, Michigan 48064-2604
(989) 792-2552

JOSEPH E. PAPELIAN (P26582)
Attorney for Defendant Delphi
M/C: 483-400-603
5725 Delphi Drive
Troy, Michigan 48098-2815
(248) 813-2535

---

### ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION AND REQUESTING BRIEF ON PLAINTIFFS' REQUEST FOR RELIEF

1

*At a session of said Court held in the City of Mt. Clemens, County of Macomb, State of Michigan,*

ON: _____

PRESENT: HON. _____
                    *CIRCUIT COURT JUDGE*

This matter having come before this Honorable Court for Defendants' Motion for Summary Disposition and after hearing oral argument from both parties;

IT IS HEREBY ORDERED that for the reasons stated on the record, Defendants' Motion for Summary Disposition is denied.

IT IS FURTHER ORDERED that Defendants shall have 14 days from March 24, 2005 to submit a brief to demonstrate why the Court should not grant partial summary disposition in favor of Plaintiff, pursuant to MCR 2.116(I)(2) with respect to liability on its breach of contract claim.

_____
CIRCUIT COURT JUDGE
4-7-05

2