# EXHIBIT 3

NuTech Plastics Engineering, Inc.
by Product
For the Periods Ending

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | | | | | | | | | | | | |
| Tooling | 51,231 | $ 4,157 | 31,321 | 53,749 | 7,194 | 354,452 | 33,417 | 243,513 | 61,200 | 7,653 | 14,690 | 71,622 | 1,352,524 |
| Division 3 Purchasing | 736,143 | 480,627 | 487,512 | 807,526 | 543,784 | 1,251,958 | 1,350,437 | 393,232 | 156,700 | 145,517 | 1,047,872 | 1,127,247 | 9,528,379 |
| Miscellaneous Sales | 500 | - | 5 | - | - | - | - | 522 | - | - | - | - | 1,027 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Delphi | | | | | | | | | | | | | |
| CH Reservoir | 46,507 | 46,366 | 53,114 | 53,083 | 56,909 | 19,613 | - | 77,576 | 50,456 | 62,654 | 60,739 | 56,953 | 599,241 |
| CK Reservoir | 11,792 | 14,626 | 18,146 | 13,407 | 13,407 | 2,432 | 2,219 | 1,571 | 2,432 | 1,828 | 476 | 1,733 | 82,784 |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| X-10 Reservoir | - | - | - | 127 | - | - | 546 | - | 546 | - | 1,092 | - | 2,311 |
| 5-338 Reservoir | - | - | - | 504 | 977 | - | 494 | - | - | - | - | - | 1,975 |
| 8-338 Reservoir | - | - | - | 504 | - | - | - | - | - | - | - | - | 504 |
| Cap (with post) | - | - | - | - | 1,575 | - | - | 3,150 | - | - | - | - | 4,725 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F/PHP Reservoir | 345,444 | 423,708 | 431,442 | 480,180 | 459,011 | 157,591 | 26,333 | 463,262 | 242,322 | 223,312 | 187,523 | 216,535 | 3,791,827 |
| Arm | 11,993 | 24,203 | 21,350 | 27,675 | 27,533 | 15,253 | 2,025 | 38,132 | 38,063 | 33,413 | 33,138 | 33,288 | 315,104 |
| Impeller | - | - | - | 2,775 | - | - | 7,400 | - | - | - | - | - | 10,175 |
| Connector | - | - | - | - | - | - | 11,720 | - | (4,540) | - | - | - | 5,340 |
| Bullit | - | - | - | - | - | - | - | - | - | 1,521 | 329 | 462 | 2,314 |
| Other | - | - | - | - | - | - | 33,421 | - | - | - | - | - | 33,421 |
| Total Delphi Sales | 429,810 | 509,300 | 579,451 | 591,176 | 559,216 | 195,620 | 139,457 | 585,252 | 331,993 | 322,725 | 288,797 | 293,420 | 4,218,421 |
| Chrysler | | | | | | | | | | | | | |
| B-Post | 2,253 | 3,221 | 3,654 | 3,282 | 3,799 | 3,519 | 3,225 | 2,282 | 3,697 | 4,562 | 3,371 | 3,832 | 47,171 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Chrysler Sales | 2,253 | 3,221 | 3,654 | 3,282 | 3,799 | 3,523 | 3,225 | 2,282 | 3,697 | 4,562 | 3,371 | 3,832 | 47,171 |
| Johnson Controls | | | | | | | | | | | | | |
| Chrysler Battery Box | 3,750 | - | 529 | - | 4,800 | 23,753 | 9,069 | 18,264 | 29,288 | 21,377 | 35,816 | 24,697 | 171,342 |
| Motorcraft Battery Box | 3,750 | - | 529 | - | 5,500 | 13,752 | 5,694 | 6,641 | 15,924 | 19,924 | 42,753 | 13,992 | 152,374 |
| Total Johnson Controls Sales | 7,500 | - | 1,058 | - | 10,300 | 37,505 | 14,173 | 24,395 | 49,310 | 41,399 | 73,569 | 38,575 | 334,324 |
| GT Products | | | | | | | | | | | | | |
| 19503 Clip | - | - | - | - | 32 | - | 72 | 533 | - | - | 79 | - | 732 |
| 19473 Cap | 1,729 | 3,433 | 1,323 | 2,565 | 2,955 | 1,087 | 1,955 | 2,934 | 5,737 | 3,602 | 3,133 | - | 34,252 |
| 19588 Cap | - | - | 75 | - | - | - | 150 | 573 | - | - | 635 | - | 1,728 |
| 23477 Upper Body | - | 1,372 | 1,779 | 3,834 | 2,432 | 4,485 | 1,160 | 3,203 | 3,746 | 4,301 | 7,293 | - | 35,707 |
| 16391 CRVR Body | 17,235 | 46,239 | 65,306 | 42,215 | 49,277 | 50,492 | 67,335 | 60,355 | 5,541 | 54,321 | 49,585 | 43,296 | 551,526 |
| 19591 OPR Sleeve | 29 | - | 72 | - | - | - | 240 | 1,272 | 35 | - | - | - | 1,706 |
| 19492 DRVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 15680 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GT Products | 31,974 | 31,023 | 69,258 | 91,124 | 53,504 | 55,241 | 72,522 | 78,112 | 12,114 | 71,735 | 60,712 | 43,296 | 619,808 |
| Brikin Manufacturing | | | | | | | | | | | | | |
| 14691 F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7712 CK Reservoir | - | 3,511 | 2,593 | 5,786 | 4,256 | - | - | - | - | - | - | - | 16,066 |
| Total Brikin Manufacturing | - | 3,511 | 2,993 | 5,756 | 4,356 | - | - | - | - | - | - | - | 16,056 |
| GRUPO | | | | | | | | | | | | | |
| 15611636 Grille | - | - | - | 51,272 | - | - | - | - | - | 52,599 | - | - | 103,773 |
| 15553635 Grille | - | - | - | 51,159 | - | - | - | - | - | - | - | - | 51,159 |
| 15554910 Grille | - | - | - | 62,450 | - | - | - | - | - | - | - | - | 62,450 |
| 15664911 Grille | - | - | - | 60,529 | - | - | - | - | - | 60,175 | - | - | 120,764 |
| Total GRUPO | - | - | - | 245,527 | - | - | - | - | - | 112,678 | - | - | 368,202 |
| Powertrain | | | | | | | | | | | | | |
| 24206035 Piston | - | - | - | - | 462 | 1,059 | 125 | 1,302 | 11,575 | 12,449 | 12,949 | 10,756 | 50,661 |
| 8683938 Piston | - | - | - | - | 551 | 930 | 472 | 2,831 | 18,816 | 17,606 | 16,165 | 15,851 | 73,274 |
| Total Powertrain | - | - | - | - | 1,013 | 2,979 | 595 | 4,133 | 30,391 | 30,055 | 29,109 | 26,607 | 123,935 |
| Oxford Suspension Limited | | | | | | | | | | | | | |
| 5022 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 6,426 | - | 3 | 6,429 |
| 5076 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5034 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 141 | (141) | - | - |
| 5079 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | 2,733 | 2,879 | 3,239 | 8,849 |
| 5172 Liner-Special | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6173 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Oxford Suspension Limited | - | - | - | - | - | - | - | - | - | 9,300 | 2,738 | 3,239 | 15,277 |
| Stant | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Stant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rescon | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | - | - | - | - | - | - | 1,999 | - | - | - | - | - | 2,200 |
| 24000088 Hub Cover | - | - | - | - | - | - | 300 | - | - | - | - | - | 300 |
| 24000090 Spacer | - | - | - | - | - | - | - | 14 | - | - | - | - | 14 |
| 24000091 Spacer | - | - | - | - | - | - | - | 17 | - | 3,050 | - | - | 3,067 |
| 24000092 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000093 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10453563 Intermediate Cove | - | - | - | - | - | 2,995 | 14,250 | 11,209 | (500) | 14,360 | - | 8,009 | 51,442 |
| 10483864 Final Cover | - | - | - | - | - | - | 5,265 | 24,235 | - | 11,709 | - | 7,399 | 49,000 |
| Total Rescon | - | - | - | - | - | 2,999 | 21,915 | 36,465 | (500) | 29,710 | - | 15,409 | 106,322 |
| Buckley Manufacturing | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Buckley Manufacturing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Sales | 1,281,316 | 1,251,026 | 1,131,134 | 1,562,359 | 1,122,575 | 2,403,172 | 2,311,390 | 1,334,427 | 553,104 | 795,537 | 1,520,579 | 1,692,534 | 17,824,393 |

Engineering, Inc.
by Product
For the Periods Ending

| Sales | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tooling | 50,200 | 4,150 | 51,301 | 1,710 | 7,194 | 254,462 | 739,417 | 243,613 | 61,006 | 7,650 | 14,600 | 11,600 | 1,558,926 |
| Miscellaneous Sales | 500 | - | 6 | - | - | - | - | 623 | - | - | - | - | 1,229 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Delphi | | | | | | | | | | | | | |
| CH Reservoir | 46,607 | 46,366 | 53,814 | 52,003 | 56,909 | 19,619 | - | 77,976 | 60,466 | 62,654 | 60,739 | 56,088 | 599,241 |
| CK Reservoir | 12,798 | 14,626 | 15,845 | 17,107 | 13,407 | 2,430 | 1,219 | 2,571 | 2,439 | 1,828 | 476 | 1,733 | 82,784 |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| S-10 Reservoir | - | - | - | 127 | - | - | 546 | - | 548 | - | 1,092 | - | 2,331 |
| S-325 Reservoir | - | - | - | 504 | 977 | - | 494 | - | - | - | - | - | 1,975 |
| S-330 Reservoir | - | - | - | 504 | - | - | - | - | - | - | - | - | 504 |
| Cap (with post) | - | - | - | - | 1,575 | - | - | 3,150 | - | - | - | - | 4,725 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F/PHP Reservoir | 346,114 | 423,708 | 481,442 | 443,180 | 459,011 | 157,691 | 86,583 | 463,363 | 248,422 | 223,312 | 187,823 | 216,839 | 3,783,817 |
| Arm | 21,963 | 24,600 | 28,350 | 27,675 | 27,338 | 15,863 | 2,025 | 38,192 | 32,063 | 33,411 | 38,138 | 23,288 | 315,104 |
| Impeller | - | - | - | 2,775 | - | - | 7,400 | - | - | - | - | - | 10,175 |
| Connector | - | - | - | - | - | - | 11,780 | - | (4,940) | - | - | - | 6,840 |
| Bullit | - | - | - | - | - | - | - | - | - | 1,521 | 529 | 463 | 2,514 |
| Other | - | - | - | - | - | - | 29,421 | - | - | - | - | - | 29,421 |
| Total Delphi Sales | 429,810 | 509,500 | 579,451 | 592,176 | 559,216 | 195,610 | 139,167 | 585,252 | 338,993 | 322,728 | 288,797 | 298,410 | 4,839,411 |
| Chrysler | | | | | | | | | | | | | |
| G-Post | 2,989 | 3,225 | 9,651 | 3,382 | 3,709 | 3,539 | 3,225 | 2,281 | 3,697 | 4,562 | 3,371 | 3,539 | 47,171 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Chrysler Sales | 2,989 | 3,225 | 9,654 | 3,382 | 3,709 | 3,539 | 3,225 | 2,281 | 3,697 | 4,562 | 3,371 | 3,539 | 47,171 |
| Johnson Controls | | | | | | | | | | | | | |
| Chrysler Battery Box | 3,750 | - | 525 | - | 4,800 | 23,753 | 9,069 | 18,264 | 29,886 | 21,377 | 35,816 | 24,697 | 171,940 |
| Motorcraft Battery Box | 3,750 | - | 529 | - | 5,500 | 13,750 | 5,604 | 6,641 | 19,924 | 19,924 | 42,753 | 43,998 | 162,374 |
| Total Johnson Controls Sales | 7,500 | - | 1,058 | - | 10,300 | 37,503 | 14,673 | 24,905 | 49,810 | 41,300 | 78,569 | 68,696 | 334,314 |
| GT Products | | | | | | | | | | | | | |
| 19605 Clip | - | - | - | - | 32 | - | 78 | 533 | - | - | 79 | - | 722 |
| 19478 Cap | 1,739 | 3,485 | 1,422 | 2,065 | 2,065 | 1,087 | 1,956 | 2,934 | 1,739 | 2,608 | 3,152 | - | 24,251 |
| 19588 Cap | - | - | 75 | - | - | - | 150 | 875 | - | - | 625 | - | 1,725 |
| 19177 Upper Body | - | 1,370 | 1,779 | 3,834 | 2,431 | 4,488 | 1,169 | 9,303 | 3,740 | 4,301 | 7,293 | - | 39,707 |
| 19491 ORVP Body | 29,835 | 46,239 | 65,805 | 48,276 | 49,077 | 50,693 | 67,035 | 60,393 | 6,541 | 64,821 | 49,569 | 43,296 | 581,520 |
| 19591 OPR Sleeve | 20 | - | 72 | - | - | - | 240 | 1,272 | 96 | - | - | - | 1,700 |
| 19492 ORVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19680 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GT Products | 31,591 | 51,093 | 69,152 | 54,174 | 53,604 | 56,268 | 70,628 | 75,311 | 12,116 | 71,730 | 60,718 | 43,296 | 649,625 |
| Briskin Manufacturing | | | | | | | | | | | | | |
| 16691 P Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7718 Ck Reservoir | - | 2,531 | 2,893 | 5,785 | 4,856 | - | - | - | - | - | - | - | 16,066 |
| Total Briskin Manufacturing | - | 2,531 | 2,893 | 5,786 | 4,856 | - | - | - | - | - | - | - | 16,066 |
| GHSPO | | | | | | | | | | | | | |
| 15553636 Grille | - | - | - | 61,278 | - | - | - | - | - | 62,500 | - | - | 123,778 |
| 15553639 Grille | - | - | - | 61,199 | - | - | - | - | - | - | - | - | 61,199 |
| 15554910 Grille | - | - | - | 62,460 | - | - | - | - | - | - | - | - | 62,460 |
| 15554911 Grille | - | - | - | 60,589 | - | - | - | - | - | 60,175 | - | - | 120,764 |
| Total GHSPO | - | - | - | 245,527 | - | - | - | - | - | 122,675 | - | - | 368,201 |
| Powertrain | | | | | | | | | | | | | |
| 24206025 Piston | - | - | - | - | 462 | 1,050 | 126 | 1,302 | 11,575 | 12,449 | 12,940 | 10,756 | 50,661 |
| 8683088 Piston | - | - | - | - | 551 | 980 | 472 | 2,831 | 18,816 | 17,606 | 16,168 | 15,851 | 73,274 |
| Total Powertrain | - | - | - | - | 1,013 | 2,030 | 598 | 4,133 | 30,391 | 30,055 | 29,109 | 26,607 | 123,935 |
| xford Suspension Limited | | | | | | | | | | | | | |
| 5022 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 6,426 | - | 3 | 6,429 |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5034 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 141 | (141) | - | - |
| 5070 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | 2,733 | 2,879 | 3,236 | 8,848 |
| 5172 Liner-Special | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5173 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5113 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| otal Oxford Suspension Limited | - | - | - | - | - | - | - | - | - | 9,300 | 2,738 | 3,239 | 15,277 |
| tant | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| otal Stant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Acom | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | - | - | - | - | - | - | 2,000 | - | - | - | - | - | 2,000 |
| 24000088 Nut Cover | - | - | - | - | - | - | 800 | - | - | - | - | - | 800 |
| 24000090 Spacer | - | - | - | - | - | - | - | 14 | - | - | - | - | 14 |
| 24000091 Spacer | - | - | - | - | - | - | - | 17 | - | 3,050 | - | - | 3,067 |
| 24000092 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000093 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10483863 Intermediate Cove | - | - | - | - | - | 2,000 | 14,880 | 12,200 | (600) | 14,960 | - | 8,000 | 51,440 |
| 10483864 Final Cover | - | - | - | - | - | - | 5,265 | 24,235 | - | 11,700 | - | 7,800 | 49,000 |
| tal Reacom | - | - | - | - | - | 2,000 | 22,945 | 36,466 | (600) | 29,710 | - | 15,800 | 106,321 |
| ckley Manufacturing | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| tal Buckley Manufacturing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Sales | 552,693 | 570,499 | 743,515 | 954,721 | 639,092 | 551,413 | 990,952 | 972,584 | 495,400 | 639,710 | 477,901 | 471,188 | 8,060,475 |