# EXHIBIT 4

NUTECH PLASTICS ENGINEERING, INC.
STATEMENT OF INCOME

| | 1998 | |
| | Amount | Ratio |
|---|---|---|
| **SALES** | | |
| Tooling | 1,558,926 | 8.87% |
| Division 2 Purchasing | 9,524,377 | 54.16% |
| Miscellaneous | 1,229 | 0.01% |
| Delphi | 4,839,410 | 27.52% |
| Chrysler | 47,171 | 0.27% |
| Johnson Controls | 334,314 | 1.90% |
| GT Products | 649,625 | 3.69% |
| Briskin Manufacturing Co | 16,066 | 0.09% |
| GM SPO | 368,201 | 2.09% |
| Powertrain | 123,935 | 0.71% |
| Oxford Suspension Limited | 15,277 | 0.09% |
| Reacom | 106,321 | 0.60% |
| TOTAL SALES | 17,584,852 | 100.00% |
| | | |
| **COST OF GOODS SOLD** | | |
| Tooling | 1,738,073 | 9.88% |
| Division 2 Purchasing | 9,380,649 | 53.35% |
| Research & Development | 1,000 | 0.01% |
| Delphi | 2,249,565 | 12.79% |
| Chrysler | 35,997 | 0.20% |
| Johnson Controls | 275,360 | 1.57% |
| GT Products | 395,616 | 2.25% |
| Briskin Manufacturing Co | 9,431 | 0.05% |
| GM SPO | 156,821 | 0.89% |
| Powertrain | 59,852 | 0.34% |
| Oxford Suspension Limited | 9,408 | 0.05% |
| Reacom | 66,444 | 0.38% |
| Freight & Delivery | 43,526 | 0.25% |
| Engineering | 264 | 0.00% |
| Equipment Maintenance | 75,976 | 0.43% |
| Supplies - Shop | 92,974 | 0.53% |
| Supplies - Quality Control | 13,603 | 0.08% |
| Inventory Overhead Adjustment | (2,201,564) | -12.52% |
| TOTAL COST OF GOODS SOLD | 12,402,995 | 70.53% |
| | | |
| GROSS PROFIT | 5,181,857 | 29.47% |
| | | |
| **OPERATING PAYROLL & EXPENSES** | | |
| Salaries & Wages | 1,506,530 | 8.57% |
| Contract Labor | 73,643 | 0.42% |
| Payroll Taxes | 130,307 | 0.74% |
| Payroll Expenses - Other | 57 | 0.00% |
| Health Insurance | 127,681 | 0.73% |
| TOTAL PAYROLL & EXPENSES | 1,838,218 | 10.46% |
| | | |
| PROFIT AFTER PAYROLL & EXPENSES | 3,343,639 | 19.01% |
| | | |
| OTHER CONTRLLABLE EXPENSES | | |
| Advertising | 143 | 0.00% |
| Bank Service Charges | 8,788 | 0.05% |

NUTECH PLASTICS ENGINEERING, INC.
STATEMENT OF INCOME

| | 1998 | |
| | Amount | Ratio |
|---|---:|---:|
| **SALES** | | |
| Tooling | 1,558,926 | 8.87% |
| Division 2 Purchasing | 9,524,377 | 54.16% |
| Miscellaneous | 1,229 | 0.01% |
| Delphi | 4,839,410 | 27.52% |
| Chrysler | 47,171 | 0.27% |
| Johnson Controls | 334,314 | 1.90% |
| GT Products | 649,625 | 3.69% |
| Briskin Manufacturing Co | 16,066 | 0.09% |
| GM SPO | 368,201 | 2.09% |
| Powertrain | 123,935 | 0.71% |
| Oxford Suspension Limited | 15,277 | 0.09% |
| Reacom | 106,321 | 0.60% |
| TOTAL SALES | 17,584,852 | 100.00% |
| | | |
| **COST OF GOODS SOLD** | | |
| Tooling | 1,738,073 | 9.88% |
| Division 2 Purchasing | 9,380,649 | 53.35% |
| Research & Development | 1,000 | 0.01% |
| Delphi | 2,249,565 | 12.79% |
| Chrysler | 35,997 | 0.20% |
| Johnson Controls | 275,360 | 1.57% |
| GT Products | 395,616 | 2.25% |
| Briskin Manufacturing Co | 9,431 | 0.05% |
| GM SPO | 156,821 | 0.89% |
| Powertrain | 59,852 | 0.34% |
| Oxford Suspension Limited | 9,408 | 0.05% |
| Reacom | 66,444 | 0.38% |
| Freight & Delivery | 43,526 | 0.25% |
| Engineering | 264 | 0.00% |
| Equipment Maintenance | 75,976 | 0.43% |
| Supplies - Shop | 92,974 | 0.53% |
| Supplies - Quality Control | 13,603 | 0.08% |
| Inventory Overhead Adjustment | (2,201,564) | -12.52% |
| TOTAL COST OF GOODS SOLD | 12,402,995 | 70.53% |
| | | |
| **GROSS PROFIT** | 5,181,857 | 29.47% |
| | | |
| **OPERATING PAYROLL & EXPENSES** | | |
| Salaries & Wages | 1,506,530 | 8.57% |
| Contract Labor | 73,643 | 0.42% |
| Payroll Taxes | 130,307 | 0.74% |
| Payroll Expenses - Other | 57 | 0.00% |
| Health Insurance | 127,681 | 0.73% |
| TOTAL PAYROLL & EXPENSES | 1,838,218 | 10.46% |
| | | |
| **PROFIT AFTER PAYROLL & EXPENSES** | 3,343,639 | 19.01% |
| | | |
| **OTHER CONTRLLABLE EXPENSES** | | |
| Advertising | 143 | 0.00% |
| Bank Service Charges | 8,788 | 0.05% |

NUTECH PLASTICS ENGINEERING, INC.
STATEMENT OF INCOME

| | | 1998 | |
| --- | --- | --- | --- |
| | | Amount | Ratio |
| √ | Blueprints | 2,585 | 0.01% |
| | Contributions | 2,406 | 0.01% |
| | Dues & Subscriptions | 2,756 | 0.02% |
| √ | Shop Maintenance | 200 | 0.00% |
| | Office Maintenance | 3,371 | 0.02% |
| √ | Machinery Movers & Riggers | 139,059 | 0.79% |
| | Building Maintenance | 29,154 | 0.17% |
| √ | Equipment Rental | 979,151 | 5.57% |
| | Fees & Permits | 500 | 0.00% |
| | Miscellaneous | 12,281 | 0.07% |
| | Postage & Delivery | 3,625 | 0.02% |
| √ | Supplies | 68,873 | 0.39% |
| | Telephone | 27,120 | 0.15% |
| | Pager Service | 3,948 | 0.02% |
| | Meals & Entertainment | 29,333 | 0.17% |
| | Travel | 30,014 | 0.17% |
| | Uniforms | 7,036 | 0.04% |
| | Gas & Electric | 198,150 | 1.13% |
| | Water | 389 | 0.00% |
| | Vehicle Expense | 43,859 | 0.25% |
| | TOTAL CONTROLLABLE EXPENSES | 1,592,741 | 9.05% |
| | | | |
| | PROFIT AFTER CONTROLLABLE EXPENSES | 1,750,898 | 9.96% |
| | | | |
| | OTHER NONCONTROLLABLE EXPENSES | | |
| | Depreciation - Office Equipment | 14,361 | 0.08% |
| | Depreciation - Leasehold Improvements | 20,984 | 0.12% |
| | Depreciation - Plant Equipment | 140,504 | 0.80% |
| | Depreciation - Vehicles | 9,083 | 0.05% |
| | Amortization Expense | 4,603 | 0.03% |
| | Interest Expense | 207,913 | 1.18% |
| | General Insurance | 15,196 | 0.09% |
| | Worker's Compensation Insurance | 19,030 | 0.11% |
| | Umbrella Insurance | 1,173 | 0.01% |
| | Accounting | 2,675 | 0.02% |
| | Consulting | 25,894 | 0.15% |
| | Legal Fees | 16,067 | 0.09% |
| √ | Rent | 656,455 | 3.73% |
| | Taxes - Local | 8,711 | 0.05% |
| | Taxes - Property Taxes | 91,153 | 0.52% |
| | Single Business Tax | 14,832 | 0.08% |
| | Uncollectible Accounts | 28,152 | 0.16% |
| | Waste Collection | 4,245 | 0.02% |
| | TOTAL NONCONTROLLABLE EXPENSES | 1,281,031 | 7.29% |
| | | | |
| | PROFIT AFTER NONCONTROLLABLE EXPENSES | 469,867 | 2.67% |
| | | | |
| | OTHER INCOME | | |
| | Interest Income | 25,727 | 0.15% |
| | Other Income | 11,909 | 0.07% |
| | TOTAL OTHER INCOME | 37,636 | 0.22% |
| | | | |
| | NET INCOME | 507,503 | 2.89% |