# EXHIBIT 7

NuTech Plastics Engineering, Inc.
Cost of Sales by Product
for the Periods Ending