# EXHIBIT 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Apr 14 05 05:04p | | Corporate Office-Cooper | | 810-694-4526 | | | p.1 |
| Mar 29 05 10:11a | | | | 12485539107 | | | p.3 |
| Mar 25 05 03:41p | | Gary Leeman | | 2484892747 | | p.2 | |

## General Motors Production Actuals
### 1998 - 2002 Calendar Years

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| General Motors | Isuzu | Hombre | 16,824 | 6,500 | 6,410 | 0 | 0 |
| General Motors | Isuzu | Rodeo | 72,088 | 66,128 | 72,530 | 51,920 | 20,641 |
| General Motors | Oldsmobile | Alero | 56,500 | 146,329 | 135,006 | 119,752 | 107,390 |
| General Motors | Oldsmobile | Aurora | 21,744 | 12,260 | 39,920 | 19,420 | 7,217 |
| General Motors | Oldsmobile | Bravada @ | 29,684 | 28,547 | 30,759 | 25,640 | 10,283 |
| General Motors | Oldsmobile | Cutlass @ | 50,550 | 20,784 | 0 | 0 | 0 |
| General Motors | Oldsmobile | Eighty-Eight | 68,158 | 0 | 0 | 0 | 0 |
| General Motors | Oldsmobile | Intrigue | 94,931 | 98,492 | 59,877 | 38,504 | 13,243 |
| General Motors | Oldsmobile | Silhouette @ | 41,728 | 51,239 | 39,065 | 35,902 | 23,391 |
| General Motors | Opel | Sintra | 11,203 | 7,932 | 0 | 0 | 0 |
| General Motors | Pontiac | Aztek | 0 | 0 | 40,848 | 17,654 | 36,623 |
| General Motors | Pontiac | Bonneville | 57,406 | 48,169 | 66,783 | 46,795 | 38,397 |
| General Motors | Pontiac | Firebird | 32,069 | 36,561 | 30,821 | 20,261 | 17,124 |
| General Motors | Pontiac | Grand Am | 182,704 | 261,471 | 251,448 | 197,123 | 193,473 |
| General Motors | Pontiac | Grand Prix @ | 136,923 | 173,876 | 166,922 | 131,105 | 145,813 |
| General Motors | Pontiac | Sunfire | 108,054 | 140,565 | 133,618 | 109,364 | 107,623 |
| General Motors | Pontiac | TS/Montana @ | 82,290 | 95,693 | 92,697 | 75,625 | 85,190 |
| General Motors | Saturn | EV1 | 137 | 357 | 0 | 0 | 0 |
| General Motors | Saturn | Ion | 0 | 0 | 0 | 0 | 33,826 |
| General Motors | Saturn | LS/LW | 0 | 61,048 | 85,953 | 103,516 | 98,899 |
| General Motors | Saturn | SC | 35,696 | 53,090 | 41,593 | 42,992 | 23,959 |
| General Motors | Saturn | SL/SW | 208,279 | 185,197 | 134,264 | 126,917 | 87,572 |
| General Motors | Saturn | VUE | 0 | 0 | 0 | 5,108 | 87,663 |
| General Motors | Toyota | Cavalier | 4,801 | 5,111 | 1,883 | 0 | 0 |

Copyright © 2005 CSM Worldwide, Inc.



Gary: Best I have been able to corral Collins Delphi to Johnny

Page 2

No Body could find final Ass. Drawings



Leeman
EXHIBIT NO. 46
T.J.B. 3/16/05

```
Ma  29 05 10:10a                              12485539107            p.2
    :5 05 03:40p   Gary Leeman              2484892747              p.1
```

## General Motors Production Actuals

1998 - 2002 Calendar Years

| OEM | Badge | Nameplate | CY1998 | CY1999 | CY2000 | CY2001 | CY2002 |
|---|---|---|---|---|---|---|---|
| General Motors | Buick | Century | 139,360 | 187,552 | 168,577 | 141,236 | 177,015 |
| General Motors | Buick | LeSabre | 142,139 | 157,501 | 163,910 | 135,338 | 142,847 |
| General Motors | Buick | Park Avenue | 65,305 | 61,009 | 45,418 | 29,931 | 32,550 |
| General Motors | Buick | Regal | 71,818 | 79,909 | 65,902 | 49,474 | 38,712 |
| General Motors | Buick | Rendezvous | 0 | 0 | 0 | 55,460 | 76,475 |
| General Motors | Buick | Riviera | 6,304 | 0 | 0 | 0 | 0 |
| General Motors | Cadillac | CTS | 0 | 0 | 0 | 1,424 | 47,072 |
| General Motors | Cadillac | DeVille | 105,185 | 88,640 | 118,953 | 98,429 | 86,849 |
| General Motors | Cadillac | Eldorado | 14,386 | 17,638 | 12,237 | 8,171 | 2,721 |
| General Motors | Cadillac | Escalade | 5,521 | 28,848 | 20,042 | 36,657 | 40,337 |
| General Motors | Cadillac | Escalade ESV | 0 | 0 | 0 | 0 | 255 |
| General Motors | Cadillac | Escalade EXT | 0 | 0 | 0 | 3,071 | 16,002 |
| General Motors | Cadillac | Seville | 56,547 | 38,907 | 28,008 | 25,421 | 23,428 |
| General Motors | Chevrolet | Astro | 96,566 | 123,507 | 90,050 | 59,585 | 58,097 |
| General Motors | Chevrolet | Avalanche | 0 | 0 | 0 | 91,883 | 86,725 |
| General Motors | Chevrolet | Blazer | 218,465 | 272,857 | 253,170 | 113,158 | 79,739 |
| General Motors | Chevrolet | C/K | 397,526 | 133,086 | 67,306 | 0 | 0 |
| General Motors | Chevrolet | Camaro | 47,234 | 44,564 | 44,123 | 27,108 | 23,012 |
| General Motors | Chevrolet | Cavalier | 306,864 | 335,537 | 302,436 | 276,757 | 296,942 |
| General Motors | Chevrolet | Corsa Pickup | 2,844 | 4,859 | 84 | 0 | 0 |
| General Motors | Chevrolet | Corvette | 31,970 | 33,243 | 34,872 | 35,635 | 35,938 |
| General Motors | Chevrolet | Impala | 0 | 122,487 | 209,956 | 200,761 | 254,868 |
| General Motors | Chevrolet | Lumina | 184,508 | 76,118 | 45,871 | 17,147 | 0 |
| General Motors | Chevrolet | Malibu/Classic | 252,411 | 251,584 | 258,879 | 159,967 | 203,493 |
| General Motors | Chevrolet | Monte Carlo | 53,756 | 69,554 | 76,019 | 65,293 | 73,067 |
| General Motors | Chevrolet | Monza | 23,948 | 30,062 | 26,184 | 17,804 | 22,491 |
| General Motors | Chevrolet | S-10 | 230,889 | 251,469 | 239,747 | 141,644 | 160,059 |
| General Motors | Chevrolet | Silverado | 157,652 | 543,623 | 694,138 | 709,062 | 736,915 |
| General Motors | Chevrolet | Suburban | 125,532 | 131,377 | 149,686 | 154,241 | 150,670 |
| General Motors | Chevrolet | Swing/Joy | 55,631 | 57,408 | 66,851 | 58,872 | 63,620 |
| General Motors | Chevrolet | Tahoe | 139,390 | 127,849 | 179,650 | 199,365 | 220,859 |
| General Motors | Chevrolet | Trailblazer | 0 | 0 | 0 | 163,101 | 214,182 |
| General Motors | Chevrolet | Trailblazer EXT | 0 | 0 | 0 | 0 | 81,182 |
| General Motors | Chevrolet | Van/Express | 91,908 | 121,818 | 129,114 | 100,566 | 106,197 |
| General Motors | Chevrolet | Venture | 119,749 | 131,007 | 131,569 | 115,330 | 130,028 |
| General Motors | GMC | Envoy | 0 | 0 | 0 | 59,241 | 93,744 |
| General Motors | GMC | Envoy XL | 0 | 0 | 0 | 0 | 44,826 |
| General Motors | GMC | Jimmy/Envoy | 81,188 | 93,233 | 102,826 | 7,640 | 3,167 |
| General Motors | GMC | Safari | 41,254 | 44,487 | 32,284 | 22,679 | 18,498 |
| General Motors | GMC | Savana | 43,896 | 51,403 | 44,339 | 37,334 | 39,943 |
| General Motors | GMC | Sierra | 169,704 | 287,791 | 231,153 | 218,656 | 237,003 |
| General Motors | GMC | Sonoma | 56,811 | 63,958 | 61,374 | 39,379 | 45,116 |
| General Motors | GMC | Suburban | 52,981 | 50,598 | 0 | 0 | 0 |
| General Motors | GMC | Yukon | 178 | 1,267 | 60,162 | 82,458 | 87,559 |
| General Motors | GMC | Yukon XL | 0 | 6,640 | 71,590 | 81,761 | 88,429 |
| General Motors | GMC | Yukon/Denali | 58,107 | 68,839 | 7,118 | 0 | 0 |
| General Motors | Honda | Passport | 25,329 | 23,112 | 20,137 | 14,765 | 287 |
| General Motors | Hummer | H2 | 0 | 0 | 0 | 0 | 21,963 |
| General Motors | Isuzu | Amigo/Rodeo Sport | 12,549 | 9,890 | 7,213 | 4,343 | 2,914 |
| General Motors | Isuzu | Ascender | 0 | 0 | 0 | 0 | 1,926 |
| General Motors | Isuzu | Axiom | 0 | 0 | 0 | 11,725 | 6,959 |