# EXHIBIT 10

## NU-TECH
### General Motors Production Actuals for Vehicles in which Part "60694" Was Utilized

| Badge | Nameplate | CY 1999 | CY 2000 | Total |
|---|---|---|---|---|
| Cadillac | Escalade | 28,846 | 20,042 | 48,888 |
| Chevrolet | Astro | 123,507 | 90,050 | 213,557 |
| Chevrolet | Avalanche | - | - | - |
| Chevrolet | Blazer | 272,857 | 253,170 | 526,027 |
| Chevrolet | C/K | 133,086 | 67,306 | 200,392 |
| Chevrolet | Corsa Pickup | 4,859 | 84 | 4,943 |
| Chevrolet | Lumina | 76,118 | 45,871 | 121,989 |
| Chevrolet | Monte Carlo | 69,554 | 76,019 | 145,573 |
| Chevrolet | S-10 | 251,469 | 239,747 | 491,216 |
| Chevrolet | Silverado | 643,623 | 694,138 | 1,337,761 |
| Chevrolet | Suburban | 131,377 | 149,688 | 281,065 |
| Chevrolet | Tahoe | 127,849 | 179,650 | 307,499 |
| Chevrolet | Van/Express | 121,818 | 129,114 | 250,932 |
| Chevrolet | Venture | 131,007 | 131,569 | 262,576 |
| GMC | Jimmy/Envoy | 93,233 | 102,826 | 196,059 |
| GMC | Safari | 44,487 | 32,284 | 76,771 |
| GMC | Savana | 51,403 | 44,339 | 95,742 |
| GMC | Sierra | 287,791 | 231,153 | 518,944 |
| GMC | Sonoma | 63,958 | 61,374 | 125,332 |
| GMC | Suburban | 50,598 | - | 50,598 |
| GMC | Yukon | 1,267 | 60,162 | 61,429 |
| GMC | Yukon XL | 6,640 | 71,590 | 78,230 |
| GMC | Yukon/Denali | 58,839 | 7,118 | 65,957 |
| Oldsmobile | Bravada | 28,547 | 30,750 | 59,297 |
| Oldsmobile | Cutlass | 20,784 | - | 20,784 |
| Oldsmobile | Silhouette | 51,239 | 39,065 | 90,304 |
| Pontiac | Grand Prix | 173,876 | 166,922 | 340,798 |
| Pontiac | TS/Montana | 95,693 | 92,697 | 188,390 |
| | | 3,144,325 | 3,016,728 | 6,161,053 |



Leeman
EXHIBIT NO. 14
T.J.B. 5/16/05