# EXHIBIT 11

NU-TECH
Lost Sales
1999-2000

| | |
|---|---:|
| Lost Sales units based on GM Production Actuals (1999-2000) | 6,161,053 |
| Contract Price per piece | 1.86 |
| Total Lost Sales dollars | 11,459,559 |



NU-TECH
Lost Sales
1999

| | |
|---|---:|
| Lost Sales units based on GM Production Actuals | 3,144,325 |
| Contract Price per piece | 1.86 |
| Total Lost Sales dollars | 5,848,445 |

NU-TECH
Lost Sales
2000

| | |
|---|---:|
| Lost Sales units based on GM Production Actuals | 3,016,728 |
| Contract Price per piece | 1.86 |
| Total Lost Sales dollars | 5,611,114 |