# EXHIBIT 12

05-44481-rdd    Doc 8689-12    Filed 07/19/07    Entered 07/19/07 14:07:29    Exhibit 12 - Schedules based on damages to Nu-Tech    Pg 1 of 9

NU-TECH
SUMMARY OF ESTIMATED DAMAGES

| | |
|---|---:|
| LOSS OF INCOME | 7,638,671 |
| LOST VALUE OF BUSINESS[1] | 4,981,901 |
| EXCESS COSTS | 1,336,558 |
| EXPERT FEES | NOT INCLUDED |
| LEGAL FEES | NOT INCLUDED |
| OPPORTUNITY COSTS | NOT INCLUDED |
| **TOTAL ESTIMATED DAMAGES** | **13,957,130** |

[1] Actual Lost Value of Business:    10,118,767

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
1999-2000

| | Variable/ Fixed | Basis | | Variable | Fixed | Total | Historical - 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|---|
| SALES | | | | | | - | 1,558,926 | 8.87% |
| Tooling | | | | | | - | 9,524,377 | 54.16% |
| Division 2 Purchasing | | | | | | - | 1,229 | 0.01% |
| Miscellaneous | | | | 11,459,559 | | 11,459,559 | 4,839,410 | 27.52% |
| Delphi | | | | | | - | 47,171 | 0.27% |
| Chrysler | | | | | | - | 334,314 | 1.90% |
| Johnson Controls | | | | | | - | 649,625 | 3.69% |
| GT Products | | | | | | - | 16,066 | 0.09% |
| Briskin Manufacturing Co | | | | | | - | 368,201 | 2.09% |
| GM SPO | | | | | | - | 123,935 | 0.71% |
| Powertrain | | | | | | - | 15,277 | 0.09% |
| Oxford Suspension Limited | | | | | | - | 106,321 | 0.60% |
| Reacom | | | | | | - | | |
| TOTAL SALES | | | | 11,459,559 | - | 11,459,559 | 17,584,852 | 100.00% |
| | | | | | | | | |
| COST OF GOODS SOLD | | | | | | | | |
| Tooling | V | | | | | - | 1,738,073 | 9.88% |
| Division 2 Purchasing | V | | | | | - | 9,380,649 | 53.35% |
| Research & Development | V | 0.01% | /sales | 1,146 | | 1,146 | 1,000 | 0.01% |
| Delphi | V | 0.00% | /delphi sales | - | | - | 2,249,565 | 12.79% |
| Chrysler | V | | | | | - | 35,997 | 0.20% |
| Johnson Controls | V | | | | | - | 275,360 | 1.57% |
| GT Products | V | | | | | - | 395,616 | 2.25% |
| Briskin Manufacturing Co | V | | | | | - | 9,431 | 0.05% |
| GM SPO | V | | | | | - | 156,821 | 0.89% |
| Powertrain | V | | | | | - | 59,852 | 0.34% |
| Oxford Suspension Limited | V | | | | | - | 9,408 | 0.05% |
| Reacom | V | | | | | - | 66,444 | 0.38% |
| Freight & Delivery | V | 0.25% | /sales | 28,649 | | 28,649 | 43,526 | 0.25% |
| Engineering | V | 0.00% | /sales | - | | - | 264 | 0.00% |
| Equipment Maintenance | V | 0.43% | /sales | 49,276 | | 49,276 | 75,976 | 0.43% |
| Supplies - Shop | V | 0.53% | /sales | 60,736 | | 60,736 | 92,974 | 0.53% |
| Supplies - Quality Control | V | 0.08% | /sales | 9,168 | | 9,168 | 13,603 | 0.08% |
| Inventory Overhead Adjustment | V | | | | | - | (2,201,564) | -12.52% |
| TOTAL COST OF GOODS SOLD | | | | 148,975 | - | 148,975 | 12,402,995 | 70.53% |
| | | | | | | | | |
| GROSS PROFIT | | | | 11,310,584 | | 11,310,584 | 5,181,857 | 29.47% |
| | | | | | | | | |
| OPERATING PAYROLL & EXPENSES | | | | | | | | |
| Salaries & Wages - Other | V | 6.74% | /sales | 772,374 | | 772,374 | 1,184,530 | 6.74% |
| Salaries & Wages - officer & Admin | F | $ 322,000 | /year | | 644,000 | 644,000 | 322,000 | 1.83% |
| Contract Labor | V | 0.42% | | 48,130 | | 48,130 | 73,643 | 0.42% |
| Payroll Taxes | V | 8.65% | /pr | 66,810 | 55,706 | 122,516 | 130,307 | 0.74% |
| Payroll Expenses - Other | V | 0.00% | /pr | - | - | - | 57 | 0.00% |
| Health Insurance | V | 8.48% | /pr | 65,497 | 54,611 | 120,108 | 127,681 | 0.73% |
| TOTAL PAYROLL & EXPENSES | | | | 952,811 | 754,317 | 1,707,128 | 1,838,218 | 10.46% |
| | | | | | | | | |
| PROFIT AFTER PAYROLL & EXPENSES | | | | 10,357,773 | (754,317) | 9,603,456 | 3,343,639 | 19.01% |
| | | | | | | | | |
| OTHER CONTROLLABLE EXPENSES | | | | | | | | |
| Advertising | V | 0.00% | /sales | - | | - | 143 | 0.00% |
| Bank Service Charges | F | $ 8,788 | /year | | 17,576 | 17,576 | 8,788 | 0.05% |
| Blueprints | V | 0.01% | /sales | 1,146 | | 1,146 | 2,585 | 0.01% |
| Contributions | F | $ 2,406 | /year | | 4,812 | 4,812 | 2,406 | 0.01% |
| Dues & Subscriptions | F | $ 2,756 | /year | | 5,512 | 5,512 | 2,756 | 0.02% |
| Shop Maintenance | F | $ 200 | /year | | 400 | 400 | 200 | 0.00% |
| Office Maintenance | F | $ 3,371 | /year | | 6,742 | 6,742 | 3,371 | 0.02% |
| Machinery Movers & Riggers | V | 0.79% | /sales | 90,531 | | 90,531 | 139,059 | 0.79% |
| Building Maintenance | F | $ 29,154 | /year | | 58,308 | 58,308 | 29,154 | 0.17% |
| Fees & Permits | V | 0.00% | /sales | - | | - | 500 | 0.00% |
| Miscellaneous | V | 0.07% | /sales | 8,022 | | 8,022 | 12,281 | 0.07% |
| Postage & Delivery | V | 0.02% | /sales | 2,292 | | 2,292 | 3,625 | 0.02% |
| Supplies | V | 0.39% | /sales | 44,692 | | 44,692 | 68,873 | 0.39% |
| Telephone | V | 0.15% | /sales | 17,189 | | 17,189 | 27,120 | 0.15% |
| Pager Service | V | 0.02% | /sales | 2,292 | | 2,292 | 3,948 | 0.02% |
| Meals & Entertainment | V | 0.17% | /sales | 19,481 | | 19,481 | 29,333 | 0.17% |
| Travel | V | 0.17% | /sales | 19,481 | | 19,481 | 30,014 | 0.17% |
| Uniforms | V | 0.04% | /sales | 4,584 | | 4,584 | 7,036 | 0.04% |
| Gas & Electric | V | 1.13% | /sales | 129,493 | | 129,493 | 198,150 | 1.13% |
| Water | V | 0.00% | /sales | - | | - | 389 | 0.00% |
| Vehicle Expense | F | $ 43,859 | /year | | 87,718 | 87,718 | 43,859 | 0.25% |
| TOTAL CONTROLLABLE EXPENSES | | | | 339,203 | 181,068 | 520,271 | 613,590 | 3.48% |
| | | | | | | | | |
| PROFIT AFTER CONTROLLABLE EXPENSES | | | | 10,018,570 | (935,385) | 9,083,185 | 2,730,049 | 15.53% |

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
1999-2000

| | Variable/Fixed | Basis | | Variable | Fixed | Total | Historical - 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|---|
| OTHER NONCONTROLLABLE EXPENSES | | | | | | | | |
| Depreciation - Office Equipment | F | $ 14,361 | /year | | 28,722 | 28,722 | 14,361 | 0.08% |
| Depreciation - Leasehold Improvements | F | $ 20,984 | /year | | 41,968 | 41,968 | 20,984 | 0.12% |
| Depreciation - Plant Equipment | F | $ 140,504 | /year | | 281,008 | 281,008 | 140,504 | 0.80% |
| Depreciation - Vehicles | F | $ 9,083 | /year | | 18,166 | 18,166 | 9,083 | 0.05% |
| Amortization Expense | F | $ 4,603 | /year | | 9,206 | 9,206 | 4,603 | 0.03% |
| Interest Expense | V | 1.18% | /sales | 135,223 | | 135,223 | 207,913 | 1.18% |
| General Insurance | F | $ 15,196 | /year | | 30,392 | 30,392 | 15,196 | 0.09% |
| Worker's Compensation Insurance | V | 1.26% | /pr | 9,732 | 8,114 | 17,846 | 19,030 | 0.11% |
| Umbrella Insurance | F | $ 1,173 | /year | | 2,346 | 2,346 | 1,173 | 0.01% |
| Accounting | F | $ 2,675 | /year | | 5,350 | 5,350 | 2,675 | 0.02% |
| Consulting | V | 0.15% | /sales | 17,190 | | 17,190 | 25,894 | 0.15% |
| Legal Fees | F | $ 16,067 | /year | | 32,134 | 32,134 | 16,067 | 0.09% |
| Taxes - Local | F | $ 8,711 | /year | | 17,422 | 17,422 | 8,711 | 0.05% |
| Taxes - Property Taxes | F | $ 91,153 | /year | | 182,306 | 182,306 | 91,153 | 0.52% |
| Single Business Tax | V | 0.08% | /sales | 9,168 | | 9,168 | 14,832 | 0.08% |
| Uncollectible Accounts | V | 0.16% | /sales | 18,335 | | 18,335 | 28,152 | 0.16% |
| Waste Collection | V | 0.02% | /sales | 2,292 | | 2,292 | 4,245 | 0.02% |
| TOTAL NONCONTROLLABLE EXPENSES | | | | 191,940 | 657,134 | 849,074 | 624,576 | 3.56% |
| PROFIT BEFORE EQUIPMENT & BUILDING RENT | | | | 9,826,630 | (1,592,520) | 8,234,110 | 2,105,473 | 11.97% |
| ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" | | | | | | | | |
| Equipment Rental | F | 372,928.56 | annual rent | | 745,857 | 745,857 | 979,151 | 5.57% |
| Building Rent | F | $ 501,920 | annual rent | | 1,003,840 | 1,003,840 | 656,455 | 3.73% |
| TOTAL ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" | | | | - | 1,749,697 | 1,749,697 | 1,635,606 | 9.30% |
| | | | | | | | 469,867 | 2.67% |
| OTHER INCOME | | | | | | | | |
| Interest Income | | | | | | | 25,727 | 0.15% |
| Other Income | | | | | | | 11,909 | 0.07% |
| TOTAL OTHER INCOME | | | | | | | 37,636 | 0.22% |
| NET INCOME | | | | 9,826,630 | (3,342,217) | 6,484,413 | 507,503 | 2.89% |

| | | |
|---|---|---|
| LESS DELPHI ATTRIBUTED FIXED EXPENSES: | | |
| Total Delphi Attributed Fixed Expenses | | 1,749,697 |
| 27.52% Fixed Expenses before Equipment & Building Rent | | 438,261 |
| TOTAL DELPHI ATTRIBUTED FIXED EXPENSES | | 2,187,959 |
| **LOSS OF INCOME** | | **7,638,671** |

Notes:
Cost of Goods - Delphi are percentage of historical Delphi COGS compared to Delphi Sales

Payroll Expenses - based on historical 1998 information - as a percentage of payroll
| | | |
|---|---|---|
| 1998 Salaries & Wages other | 1,184,530 | |
| 1998 Salaries & Wages - officer & admin | 322,000 | |
| | 1,506,530 | 100.00% |
| 1998 Payroll Taxes | 130,307 | 8.65% |
| 1998 Health Insurance | 127,681 | 8.48% |
| 1998 Workers Comp | 19,030 | 1.26% |

Equipment Rental is based on percentage of the following equipment costs to Delphi Sales
```
    5,964.12
   10,484.21
   14,629.05
   31,077.38
x     12.00  months
  372,928.56  per year
x      2.00  years
  745,857.12  (1999-2000)
```

Fixed building rent is annual rent for the following locations:
| | | |
|---|---|---|
| 4068 Baldwin Rd, building B | 119,920 | |
| G-6437 Lennon Rd. | 382,000 | |
| | 501,920 | |
| x | 2.00 years | |
| | 1,003,840 (1999-2000) | |

Fixed expenses before building rent    1,592,520

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
1999

|  | Variable/Fixed | Basis | Variable | Fixed | Total | Historical - 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|
| SALES |  |  |  |  |  |  |  |
| Tooling |  |  |  |  | - | 1,558,926 | 8.87% |
| Division 2 Purchasing |  |  |  |  | - | 9,524,377 | 54.16% |
| Miscellaneous |  |  |  |  | - | 1,229 | 0.01% |
| Delphi |  |  | 5,848,445 |  | 5,848,445 | 4,839,410 | 27.52% |
| Chrysler |  |  |  |  | - | 47,171 | 0.27% |
| Johnson Controls |  |  |  |  | - | 334,314 | 1.90% |
| GT Products |  |  |  |  | - | 649,625 | 3.69% |
| Briskin Manufacturing Co |  |  |  |  | - | 16,066 | 0.09% |
| GM SPO |  |  |  |  | - | 368,201 | 2.09% |
| Powertrain |  |  |  |  | - | 123,935 | 0.71% |
| Oxford Suspension Limited |  |  |  |  | - | 15,277 | 0.09% |
| Reacom |  |  |  |  | - | 106,321 | 0.60% |
| TOTAL SALES |  |  | 5,848,445 | - | 5,848,445 | 17,584,852 | 100.00% |
|  |  |  |  |  |  |  |  |
| COST OF GOODS SOLD |  |  |  |  |  |  |  |
| Tooling | V |  |  |  | - | 1,738,073 | 9.88% |
| Division 2 Purchasing | V |  |  |  | - | 9,380,649 | 53.35% |
| Research & Development | V | 0.01% /sales | 585 |  | 585 | 1,000 | 0.01% |
| Delphi | V | 0.00% /delphi sales | - |  | - | 2,249,565 | 12.79% |
| Chrysler | V |  |  |  | - | 35,997 | 0.20% |
| Johnson Controls | V |  |  |  | - | 275,360 | 1.57% |
| GT Products | V |  |  |  | - | 395,616 | 2.25% |
| Briskin Manufacturing Co | V |  |  |  | - | 9,431 | 0.05% |
| GM SPO | V |  |  |  | - | 156,821 | 0.89% |
| Powertrain | V |  |  |  | - | 59,852 | 0.34% |
| Oxford Suspension Limited | V |  |  |  | - | 9,408 | 0.05% |
| Reacom | V |  |  |  | - | 66,444 | 0.38% |
| Freight & Delivery | V | 0.25% /sales | 14,621 |  | 14,621 | 43,526 | 0.25% |
| Engineering | V | 0.00% /sales | - |  | - | 264 | 0.00% |
| Equipment Maintenance | V | 0.43% /sales | 25,148 |  | 25,148 | 75,976 | 0.43% |
| Supplies - Shop | V | 0.53% /sales | 30,997 |  | 30,997 | 92,974 | 0.53% |
| Supplies - Quality Control | V | 0.08% /sales | 4,679 |  | 4,679 | 13,603 | 0.08% |
| Inventory Overhead Adjustment | V |  |  |  | - | (2,201,564) | -12.52% |
| TOTAL COST OF GOODS SOLD |  |  | 76,030 | - | 76,030 | 12,402,995 | 70.53% |
|  |  |  |  |  |  |  |  |
| GROSS PROFIT |  |  | 5,772,415 |  | 5,772,415 | 5,181,857 | 29.47% |
|  |  |  |  |  |  |  |  |
| OPERATING PAYROLL & EXPENSES |  |  |  |  |  |  |  |
| Salaries & Wages - Other | V | 6.74% /sales | 394,185 |  | 394,185 | 1,184,530 | 6.74% |
| Salaries & Wages - officer & Admin | F | $ 322,000 |  | 322,000 | 322,000 | 322,000 | 1.83% |
| Contract Labor | V | 0.42% | 24,563 |  | 24,563 | 73,643 | 0.42% |
| Payroll Taxes | V | 8.65% /pr | 34,097 | 27,853 | 61,950 | 130,307 | 0.74% |
| Payroll Expenses - Other | V | 0.00% /pr | - |  | - | 57 | 0.00% |
| Health Insurance | V | 8.48% /pr | 33,427 | 27,306 | 60,733 | 127,681 | 0.73% |
| TOTAL PAYROLL & EXPENSES |  |  | 486,272 | 377,159 | 863,431 | 1,838,218 | 10.46% |
|  |  |  |  |  |  |  |  |
| PROFIT AFTER PAYROLL & EXPENSES |  |  | 5,286,143 | (377,159) | 4,908,984 | 3,343,639 | 19.01% |
|  |  |  |  |  |  |  |  |
| OTHER CONTROLLABLE EXPENSES |  |  |  |  |  |  |  |
| Advertising | V | 0.00% /sales | - |  | - | 143 | 0.00% |
| Bank Service Charges | F | $ 8,788 |  | 8,788 | 8,788 | 8,788 | 0.05% |
| Blueprints | V | 0.01% /sales | 585 |  | 585 | 2,585 | 0.01% |
| Contributions | F | $ 2,406 |  | 2,406 | 2,406 | 2,406 | 0.01% |
| Dues & Subscriptions | F | $ 2,756 |  | 2,756 | 2,756 | 2,756 | 0.02% |
| Shop Maintenance | F | $ 200 |  | 200 | 200 | 200 | 0.00% |
| Office Maintenance | F | $ 3,371 |  | 3,371 | 3,371 | 3,371 | 0.02% |
| Machinery Movers & Riggers | V | 0.79% /sales | 46,203 |  | 46,203 | 139,059 | 0.79% |
| Building Maintenance | F | $ 29,154 |  | 29,154 | 29,154 | 29,154 | 0.17% |
| Fees & Permits | V | 0.00% /sales | - |  | - | 500 | 0.00% |
| Miscellaneous | V | 0.07% /sales | 4,094 |  | 4,094 | 12,281 | 0.07% |
| Postage & Delivery | V | 0.02% /sales | 1,170 |  | 1,170 | 3,625 | 0.02% |
| Supplies | V | 0.39% /sales | 22,809 |  | 22,809 | 68,873 | 0.39% |
| Telephone | V | 0.15% /sales | 8,773 |  | 8,773 | 27,120 | 0.15% |
| Pager Service | V | 0.02% /sales | 1,170 |  | 1,170 | 3,948 | 0.02% |
| Meals & Entertainment | V | 0.17% /sales | 9,942 |  | 9,942 | 29,333 | 0.17% |
| Travel | V | 0.17% /sales | 9,942 |  | 9,942 | 30,014 | 0.17% |
| Uniforms | V | 0.04% /sales | 2,339 |  | 2,339 | 7,036 | 0.04% |
| Gas & Electric | V | 1.13% /sales | 66,087 |  | 66,087 | 198,150 | 1.13% |
| Water | V | 0.00% /sales | - |  | - | 389 | 0.00% |
| Vehicle Expense | F | $ 43,859 |  | 43,859 | 43,859 | 43,859 | 0.25% |
| TOTAL CONTROLLABLE EXPENSES |  |  | 173,114 | 90,534 | 263,648 | 613,590 | 3.48% |
|  |  |  |  |  |  |  |  |
| PROFIT AFTER CONTROLLABLE EXPENSES |  |  | 5,113,029 | (467,693) | 4,645,336 | 2,730,049 | 15.53% |

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
1999

| | Variable/Fixed | Basis | Variable | Fixed | Total | Historical - 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|
| OTHER NONCONTROLLABLE EXPENSES | | | | | | | |
| Depreciation - Office Equipment | F | $ 14,361 | | 14,361 | 14,361 | 14,361 | 0.08% |
| Depreciation - Leasehold Improvements | F | $ 20,984 | | 20,984 | 20,984 | 20,984 | 0.12% |
| Depreciation - Plant Equipment | F | $ 140,504 | | 140,504 | 140,504 | 140,504 | 0.80% |
| Depreciation - Vehicles | F | $ 9,083 | | 9,083 | 9,083 | 9,083 | 0.05% |
| Amortization Expense | F | $ 4,603 | | 4,603 | 4,603 | 4,603 | 0.03% |
| Interest Expense | V | 1.18% /sales | 69,012 | | 69,012 | 207,913 | 1.18% |
| General Insurance | F | $ 15,196 | | 15,196 | 15,196 | 15,196 | 0.09% |
| Worker's Compensation Insurance | V | 1.26% /pr | 4,967 | 4,057 | 9,024 | 19,030 | 0.11% |
| Umbrella Insurance | F | $ 1,173 | | 1,173 | 1,173 | 1,173 | 0.01% |
| Accounting | F | $ 2,675 | | 2,675 | 2,675 | 2,675 | 0.02% |
| Consulting | V | 0.15% /sales | 8,773 | | 8,773 | 25,894 | 0.15% |
| Legal Fees | F | $ 16,067 | | 16,067 | 16,067 | 16,067 | 0.09% |
| Taxes - Local | F | $ 8,711 | | 8,711 | 8,711 | 8,711 | 0.05% |
| Taxes - Property Taxes | F | $ 91,153 | | 91,153 | 91,153 | 91,153 | 0.52% |
| Single Business Tax | V | 0.08% /sales | 4,679 | | 4,679 | 14,832 | 0.08% |
| Uncollectible Accounts | V | 0.16% /sales | 9,358 | | 9,358 | 28,152 | 0.16% |
| Waste Collection | V | 0.02% /sales | 1,170 | | 1,170 | 4,245 | 0.02% |
| TOTAL NONCONTROLLABLE EXPENSES | | | 97,959 | 328,567 | 426,526 | 624,576 | 3.56% |
| | | | | | | | |
| PROFIT BEFORE EQUIPMENT & BUILDING RENT | | | 5,015,070 | (796,260) | 4,218,810 | 2,105,473 | 11.97% |
| | | | | | | | |
| ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" | | | | | | | |
| Equipment Rental | F | 372,928.56 annual rent | | 372,929 | 372,929 | 979,151 | 5.57% |
| Building Rent | F | $ 501,920 annual rent | | 501,920 | 501,920 | 656,455 | 3.73% |
| TOTAL ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" | | | - | 874,849 | 874,849 | 1,635,606 | 9.30% |
| | | | | | | 469,867 | 2.67% |
| OTHER INCOME | | | | | | | |
| Interest Income | | | | | | 25,727 | 0.15% |
| Other Income | | | | | | 11,909 | 0.07% |
| TOTAL OTHER INCOME | | | | | | 37,636 | 0.22% |
| | | | | | | | |
| NET INCOME | | | 5,015,070 | (1,671,108) | 3,343,962 | 507,503 | 2.89% |

LESS DELPHI ATTRIBUTED FIXED EXPENSES:
Total Delphi Attributed Fixed Expenses        874,849
27.52% Fixed Expenses before Equipment & Building Rent        219,131
TOTAL DELPHI ATTRIBUTED FIXED EXPENSES        1,093,979

**LOSS OF INCOME**        3,921,091

Notes:
Cost of Goods - Delphi are percentage of historical Delphi COGS compared to Delphi Sales

Payroll Expenses - based on historical 1998 information - as a percentage of payroll
1998 Salaries & Wages other        1,184,530
1998 Salaries & Wages - officer & admin        322,000
        1,506,530    100.00%

1998 Payroll Taxes        130,307    8.65%
1998 Health Insurance        127,681    8.48%
1998 Workers Comp        19,030    1.26%

Equipment Rental is based on percentage of the following equipment costs to Delphi Sales
    5,964.12
    10,484.21
    14,629.05
    31,077.38
  x    12.00  months
    372,928.56  per year

Fixed building rent is annual rent for the following locations:
    4068 Baldwin Rd, building B        119,920
    G-6437 Lennon Rd.        382,000
            501,920

Fixed expenses before building rent        796,260

NU-TECH
ESTIMATED LOST VALUE OF BUSINESS

| | |
|---|---:|
| LOSS OF INCOME | 3,921,091 |
| Estimated Income Taxes | 1,333,171 |
| Estimated Annual Loss of Net Income | 2,587,920 |
| x Capitalization Rate | x 3.91 |
| ESTIMATED LOSS VALUE OF BUSINESS | 10,118,767 |
| Less: | |
| Loss of Income Included as Damages | 3,921,091 |
| 01/11/00 Selling Price | 1,215,775 |
| | 5,136,866 |
| **NET ESTIMATED DAMAGES FROM ESTIMATED LOST VALUE OF BUSINESS** | **4,981,901** |

# NU-TECH
# TAX CALCULATION

Income Tax Calculation

| | |
|---|---:|
| Income | 3,921,091 |
| Excess | (335,000) |
| | 3,586,091 |
| Rate | 0.34 |
| | 1,219,271 |
| Tax on Excess | 113,900 |
| Tax | 1,333,171 |

NU-TECH
EXCESS COSTS

| | | |
|---|---:|---:|
| Excess Rental Expenses | | |
|   Building Rental - 1999 | 501,920 | |
|   Equipment Rental - 1999 | 372,929 | |
| Total Excess Rental Expenses | | 874,849 |
| | | |
| Excess Wages and Related Expenses | | |
|   Wages - 1999 | 394,185 | |
|   Payroll Taxes   8.65% of wages | 34,097 | |
|   Health Insurance   8.48% of wages | 33,427 | |
| Total Excess Wages and Related Expenses | | 461,709 |
| | | |
| **TOTAL ESTIMATED EXCESS COSTS** | | **1,336,558** |