# EXHIBIT 13

05-44481-rdd    Doc 8689-13    Filed 07/19/07    Entered 07/19/07 14:07:29    Exhibit 13
- Closing Statement Regarding Purchase of Assets    Pg 2 of 2

FEB-28-2000 23:07 FROM:                                           TO:734 464 5212                    P.002

## CLOSING STATEMENT
## REGARDING PURCHASE OF ASSETS OF NU-TECH PLASTICS ENGINEERING, INC. BY RAPID PRODUCT TECHNOLOGIES, LLC

I. **PURCHASE PRICE**

    A.  Business assets, fixtures, equipment, goodwill, name and covenant not to compete, etc.

                                      $825,000.00
                                      (Paid Dec. 1, 1999)

**PLUS**

    B.  Inventory                                  $390,774.70

Total Purchase Price Before Credits:       $ 1,215,774.70

II. CREDITS (to be finally determined as of Closing)

    A.  Buyer:    Accts. Rec.    $125,836.35
                      Other Adjustments  $825,000.00 Paid Dec.1, 1999

            Total Credits to Buyer:    $950,836.35

    B.  Seller:    Adjustments    $ -0-

            Total Credits to Seller:    $ -0-

III. BALANCE OF PURCHASE PRICE TO BE PAID AT CLOSING:    $264,938.35

Acknowledged and Agreed:

Seller:                                 Buyer:

NU-TECH PLASTICS ENGINEERING, INC.    RAPID PRODUCT TECHNOLOGIES LLC

By: _____ 1-11-00    By: _____
Its: V. Pres                          Manu Bhatia, CEO
                                       and
                                       By: _____
                                       Miguel Linares, President
                                       01/11/00

Leeman
EXHIBIT NO. 5
T.J.B. 5/16/05