# AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

## PURCHASE ORDER

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | Z NUMBER | PAGE |
|---|---|---|---|---|
| 9C941 | 000 | 06/23/98 | BHBC | 1 OF 10 |

EFFECTIVE DATE: 08/01/98

1999 MODEL YEAR

| SHIP-TO-DUNS | PAYMENT TERMS | F.O.B. POINT | F.O.B. TERMS |
|---|---|---|---|
| 932543663 | NET 25TH PROX OR NONE/25TH PROX | GRAND BLANC MI | COLLECT |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:  ACI  THE NAO DISBURSEMENT CENTER WILL GENERATE PAYMENT FOR MATERIAL SHIPMENTS FOR PART NUMBERS DETAILED ON YOUR GM CONTRACT AT THE CURRENT CONTRACT UNIT PRICE.

TO FACILITATE PAYMENT YOU MUST ADHERE TO THE FOLLOWING GUIDELINES:

PACKING SLIPS MUST BE ATTACHED TO EACH SHIPMENT AND INCLUDE THE FOLLOWING DETAIL:
1. P.O. NUMBER PROVIDED BY DELPHI ENERGY & ENGINE MGT SYSTEMS
2. GM PART NUMBER ASSIGNED
3. DESCRIPTION OF ITEM SHIPPED
4. SHIP DATE
5. SHIPPING IDENTIFICATION NUMBER - A UNIQUE PACKING SLIP OR INVOICE NUMBER FOR EACH SHIPMENT
6. SHIP FROM DUN AND BRADSTREET NUMBER

DO NOT SEND INVOICES FOR MATERIAL (PRODUCT) SHIPMENTS. THE MATERIAL SHIPPED WILL BE PAID UNDER THE EVALUATED "PRICED" RECEIPT STRATEGY OF NAO DISBURSEMENTS. THE PACKING SLIP NUMBER USED TO IDENTIFY THE SHIPMENT MUST BE A NUMBER YOUR RECEIVABLES CAN USE TO IDENTIFY PAYMENT ON YOUR REMITTANCE ADVICE.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING INSTRUCTIONS.

NU TECH PLASTICS ENGINEERING
JOHN MAILEY-PRESIDENT
8018 EMBURY ROAD
GRAND BLANC    MI    48439

BUYER:  CFF  TRENIA A. TURNER

ACKNOWLEDGED BY _____  DATE _____

PLAINTIFF'S EXHIBIT 7

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE
GENERAL MOTORS CORPORATION
PLEASE REFERENCE CLAUSES FOR RETURN ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 2 OF 10 |

| F.O.B. POINT | | Z NUMBER | EFFECTIVE DATE |
|---|---|---|---|
| GRAND BLANC | MI | BHBC | 08/01/98 |

| F.O.B. TERMS |
|---|
| COLLECT |

SHIP-TO/ONS  932543663

REQUIREMENTS CONTRACT

| PAYMENT TERMS |
|---|
| NET 25TH PROX    OR NONE/25TH PROX |

PO/REV CLAUSES:    ACI PHONE CALLS REGARDING QUANTITY DISCREPANCIES MUST BE DIRECTED TO THE REQUISITIONER.

PHONE CALLS REGARDING PRICE DISCREPANCIES MUST BE DIRECTED TO THE BUYER.

A MONTHLY STATEMENT IS REQUIRED TO BE SENT TO NAO DISBURSEMENTS:

NAO DISBURSEMENTS
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
PO BOX 436037
PONTIAC MI 48343-6037

PLEASE NOTE; FOB TERMS ON THE CONTRACT ARE FREIGHT COLLECT.  ALL COMMON CARRIER CHARGES  MUST BE SENT COLLECT UNLESS OTHER TERMS ARE NOTED ON THE CONTRACT.  NAO DISBURSEMENTS WILL NOT PROCESS FREIGHT PAYMENTS DIRECT TO THE SUPPLIER.

UPS "CONSIGNEE BILLING", QUESTIONS SHOULD BE DIRECTED TO UPS BY PHONING 1-800-354-7527.  PLEASE HAVE YOUR INDIVIDUAL LOCATION UPS SHIPPER ACCOUNT NUMBER READY WHEN CALLING.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL, WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:    CFF  TRENIA A. TURNER

ACKNOWLEDGED BY _____    DATE _____

| | |
|---|---|
| REV ( | |

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 3 OF 10 |

PURCHASE ORDER

1999 MODEL YEAR

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

SHIP TO NS  932543663

| | F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|---|
| | GRAND BLANC | MI | COLLECT |

| PAYMENT TERMS | |
|---|---|
| NET | |
| 25TH PROX OR NONE/25TH PROX | |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:   ACI

AED

CALL (800) 436-6668 FOR TRANSPORTATION ROUTING INSTRUCTIONS FOR DELPHI ENERGY AND ENGINE MANAGEMENT SYSTEMS SHIPMENTS.
THIS SUPERCEDES ANY PREVIOUS ROUTING INSTRUCTION ISSUED.

SELLER SHALL DEMONSTRATE THAT SELLER HAS THE ABILITY TO RECEIVE AND PROCESS ORDERS, FORECASTS, PLANNING AND SHIPPING INFORMATION FOR GENERAL MOTORS AND THEIR CUSTOMERS AND SUPPLIERS, USING EDI AS THE METHOD FOR COMMUNICATION USING ANSI X12 STANDARDS FOR TRANSMISSIONS AND TRANSACTION SETS DEFINED BY THE GENERAL MOTORS CUSTOMER FOR EACH EDI APPLICATION.  SELLER SHALL ALSO DEMONSTRATE THE ABILITY TO GENERATE THE GM 1724, LABEL USING INFORMATION TRANSMITTED IN THE AIAG ANSI X-12, 862 TRANSACTION SET.

SELLER SHALL PROVIDE COMMON BAR CODED SHIPPING LABELS AS THE MEANS TO IDENTIFY GOODS FOR SHIPMENT AS DEFINED IN THE "GM 1724 GENERAL MOTORS SHIPPING PARTS IDENTIFICATION LABEL STANDARDS", PUBLISHED BY THE SUPPLIER QUALITY ADMINISTRATION, GENERAL MOTORS WORLDWIDE PURCHASING.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:    CFF    TRENIA A. TURNER

ACKNOWLEDGED BY _____   DATE _____

# AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

## PURCHASE ORDER

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 4 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

1999 MODEL YEAR

SHIPMENTS   932543663

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

REQUIREMENTS CONTRACT

| PAYMENT TERMS |
|---|
| NET   25TH PROX   OR NONE/25TH PROX |

PO/REV CLAUSES:   AED
                  CAP

INVOICE TO ADDRESS:
-------------------
NAO DISBURSEMENTS
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
PO BOX 436037
PONTIAC MI 48343-6037

CFL CLAUSE CFL - CORPORATE FORCED LABOR & QUALITY CLAUSE:
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT
PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER
BY SELLER OR SELLER'S SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER
AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.

SELLER AGREES TO PARTICIPATE IN BUYER'S SUPPLIER QUALITY AND
DEVELOPMENT PROGRAM(S).  IN ADDITION, SELLER SHALL COMPLY WITH
ALL QUALITY REQUIREMENTS AND PROCEDURES SPECIFIED BY BUYER,
AS THE SAME MAY BE REVISED FROM TIME TO TIME, INCLUDING THOSE
APPLICABLE TO SELLER AS SET FORTH IN "QUALITY SYSTEM REQUIREMENTS
QS-9000".

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:   CFF   TRENIA A. TURNER

ACKNOWLEDGED BY _____   DATE _____

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE
GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 5 OF 10 |

| F.O.B. TERMS | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| COLLECT | BHBC | 08/01/98 |

REV 0

SHIP   932543663

| PAYMENT TERMS | F.O.B. POINT |
|---|---|
| 25TH PROX OR NONE/25TH PROX | GRAND BLANC MI |

NET

REQUIREMENTS CONTRACT

PO/REV CLAUSES:

CFL GOVERNING LAW: THIS AGREEMENT AND ALL TRANSACTIONS CONTEMPLATED HEREUNDER SHALL BE GOVERNED, CONSTRUED AND ENFORCED IN ACCORDANCE WITH THE LAWS OF THE STATE OF MICHIGAN, UNITED STATES OF AMERICA, BUT NOT INCLUDING THE UNITED NATIONS CONVENTION ON CONTRACTS FOR INTERNATIONAL SALES OF GOODS. ANY DISPUTES ARISING UNDER THIS AGREEMENT SHALL BE SUBJECT TO THE EXCLUSIVE JURISDICTION OF THE FEDERAL OR STATE COURTS LOCATED IN THE STATE OF MICHIGAN.

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND COMPATIBLE, AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE PROCESSING (INCLUDING, BUT NOT LIMITED TO CALCULATING, MANAGING, MANIPULATING, COMPARING, AND SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING.

CT8 (RIGHT TO AUDIT):
GM BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY.

C40 IF MATH DATA IS TO BE UTILIZED FOR THIS ORDER, C4 COMPLIANCE IS REQUIRED. THE FOLLOWING C4 GUIDELINES SHOULD BE USED IN CONJUNCTION WITH THE GM SUPPLIER C4 INFORMATION BOOKLET (GM-1825), AS WELL AS ANY

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER: CFF TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

**AUTOMOTIVE COMPONENTS GROUP WORLDWIDE**

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

**PURCHASE ORDER**

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 6 OF 10 |

1999 MODEL YEAR

| SHIP TO NS | 932543663 | | | | | | |
|---|---|---|---|---|---|---|---|
| | PAYMENT TERMS | | F.O.B. POINT | | F.O.B. TERMS | Z NUMBER | EFFECTIVE DATE |
| NET 25TH PROX | OR NONE/25TH PROX | | GRAND BLANC    MI | | COLLECT | BHBC | 08/01/98 |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:    C40 RELATED STATEMENTS OF WORK, STATEMENTS OF REQUIREMENTS, OR OTHER
SPECIFICATIONS DOCUMENTS GOVERNING THE USE OF C4 AND MATH DATA FOR
THIS ORDER.

BUYER'S PREFERENCE IS TO PROVIDE ALL MATH DATA TRANSMISSIONS TO
SELLER IN THE NATIVE FILE FORMAT OF BUYER'S MATH DATA MASTER. IF
NON-STRATEGIC SOFTWARE IS USED, SELLER ASSUMES ALL COSTS ASSOCIATED
WITH ADDITIONAL TRANSLATIONS. IF SELLER IS TO RETURN ANY MATH DATA,
IT MUST BE DATABANKED IN THE NATIVE FILE FORMAT OF THE MATH DATA
MASTER.

SELLER IS RESPONSIBLE FOR THE INSPECTION AND VERIFICATION OF PARTS
TO THE BUYER'S MATH DATA MASTER.

IF PORTABLE MATH DATA MEDIA (MAGNETIC TAPES, CASSETTES, OR DISKS) ARE
USED, SUCH ITEMS AND ANY COPIES BELONG SOLELY TO BUYER AND MUST BE
RETURNED WITHIN 30 DAYS.  BUYER'S PORTABLE MATH DATA MEDIA ARE NOT TO
BE USED OR STORED ON SELLER'S LIBRARIES.

BUYER DEVELOPED PROPRIETARY PRODUCTIVITY TOOLS (SUCH AS UG/GRIP,
USER FUNCTIONS, UNIX SCRIPTS, ETC.), PROVIDED FOR USE IN CONNECTION
WITH THIS ORDER, SHALL NOT BE UTILIZED BY SELLER FOR ANY PURPOSE(S)
OTHER THAN THIS ORDER.  ALL COPIES OF BUYER'S PROPRIETARY PRODUCTIVITY

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:    CFF  TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE
GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 7 OF 10 |
| F.O.B. TERMS | | Z NUMBER | EFFECTIVE DATE |
| COLLECT | | BHBC | 08/01/98 |

SHIPMENTS: 932543663

| PAYMENT TERMS | | F.O.B. POINT |
|---|---|---|
| NET 25TH PROX | OR NONE/25TH PROX | GRAND BLANC    MI |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:

C40  TOOLS ARE TO BE DESTROYED OR RETURNED TO BUYER UPON REQUEST OR AT COMPLETION OF THIS ORDER.

C95  CLAUSE C95 - SERVICE REQUIREMENTS:
IN ACCEPTING A PRODUCTION CONTRACT, SELLER IS RESPONSIBLE FOR MAINTAINING TOOLS TO DRAWING SPECIFICATIONS AND PROVIDING, WHEN SCHEDULED, ANY FUTURE SERVICE REQUIREMENTS FOR CONTRACTED PARTS. TOOLING MUST BE MAINTAINED UNTIL SELLER RECEIVES WRITTEN NOTICE FROM A GM BUYER AUTHORIZING THE MOVEMENT OR SCRAP OF TOOLS.

SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS IN THE COUNTRY(IES) OF DESTINATION. SELLER AGREES TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOMS RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORIGIN REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS, WHERE APPLICABLE.

SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY ACTION GROUP'S (AIAG) DOCUMENT AND EDI PROTOCOL AND STANDARDS IN THEIR SUPPLIER INFORMATION KIT FOR US, CANADA, AND MEXICO IMPORTS.

SELLER AGREES TO ASSUME, AND TO INDEMNIFY BUYER AGAINST, ANY AND

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:    CFF    TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

REV 0

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE
GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 8 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

SHIP?????NS    932543663

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

REQUIREMENTS CONTRACT

| PAYMENT TERMS | |
|---|---|
| NET 25TH PROX | OR NONE/25TH PROX |

PO/REV CLAUSES:

C95  ALL FINANCIAL RESPONSIBILITY ARISING FROM SELLER'S FAILURE TO
     COMPLY WITH THESE REQUIREMENTS AND/OR TO SUPPLY BUYER WITH THE
     INFORMATION REQUIRED TO MEET LEGAL REPORTING OBLIGATIONS, INCLUDING,
     WITHOUT LIMITATION, ANY FINES, PENALTIES, FORFEITURES, OR COUNSEL
     FEES INCURRED OR IMPOSED AS A RESULT OF ACTIONS TAKEN BY THE
     IMPORTING COUNTRY'S GOVERNMENT.

     ...............PREMIUM FREIGHT CLAUSE...............
     IF SELLER'S ACTS OR OMISSIONS RESULT IN SELLER'S FAILURE TO MEET
     BUYER'S REQUIREMENTS AND BUYER REQUIRES A MORE EXPEDITIOUS METHOD
     OF TRANSPORTATION FOR THE GOODS THAN THE TRANSPORTATION METHOD
     ORIGINALLY SPECIFIED BY BUYER, SELLER SHALL SHIP THE GOODS AS
     EXPEDITIOUSLY AS POSSIBLE AT SELLER'S SOLE EXPENSE.
SCE  SUPPLIER AGREES TO PROVIDE TO GENERAL MOTORS CORPORATION ANY
     COST DATA OR DOCUMENTATION AS REQUESTED BY THE GENERAL MOTORS
     COST ENGINEERING ACTIVITY.

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

TAX INFORMATION:

BUYER:    CFF    TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

REFE: DELCO SYSTEMS CLAUSES FOR ADDRESS

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 9 OF 10 |

## PURCHASE ORDER

VENDOR: BHBC NU TECH PLASTICS ENGINEERING
BUYER : CFF  TRENIA A. TURNER

### 1999 MODEL YEAR

| PART NUMBER | PART DESCRIPTION | REA | CLA | PQS REQUIRED (CODES) | MTVISR | DAILY CAPACITY /HOURS | APRX. % OF BUS. | PRICES EXPENDABLE RETURNABLE | CURR UNIT | DATES EFFECTIVE EXPIRATION | SAMPLE DATE | DRAWING DATE/ NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05638496 | CAP | A | | | N | 0 / 16 | 100 | 1.05000 | USD EA | 08/01/98 07/31/99 | | 09/03/93 |
| 06471223 | VALVE BODY | A | | | N | 0 / 16 | 100 | 0.39000 | USD EACH | 08/01/98 07/31/99 | | 09/03/93 |
| 06472369 | BODY VALVE | A | | | N | 0 / 16 | 100 | 0.95000 | USD EA | 08/01/98 07/31/99 | | 09/03/93 |
| 10243265 | RESERVOIR-FUEL | A | | | 2 N | 2235 / 10 | 100 | 0.58610 | USD EA | 08/01/98 07/31/99 | | 07/16/97 |
| 15624642 | RESERVOIR-F/TNK | A | | | N | 1376 / 16 | 100 | 1.58700 | USD EA | 08/01/98 07/31/99 | | 12/10/88 |
| 15701701 | RESERVOIR-FUEL | A | | | N | 2752 / 16 | 100 | 1.37900 | USD EA | 08/01/98 07/31/99 | | 12/12/91 |
| 15721555 | RESERVOIR-F/TNK | A | | | N | 2752 / 16 | 100 | 1.06200 | USD EA | 08/01/98 07/31/99 | | 01/07/97 |
| 15721556 | RESERVOIR-F/TNK | A | | | N | 2752 / 16 | 100 | 1.75000 | USD EA | 08/01/98 07/31/99 | | 09/19/96 |
| 25140109 | ARM | A | | | 3 N | 10000 / 16 | 100 | 0.13500 | USD EACH | 08/01/98 07/31/99 | | 08/16/95 |
| 25160694 | RESERVOIR-F/PMP | A | | | 2 N | 14000 / 16 | 100 | 1.86000 | USD EACH | 08/01/98 07/31/99 | | 03/17/98 |

FORM SMPAPP REV. 06/94

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 10 OF 10 |

PURCHASE ORDER

1999 MODEL YEAR

VENDOR: BHBC NU TECH PLASTICS ENGINEERING
BUYER : CFF  TRENIA A. TURNER

REF
CLAUSES FOR ADDRESS

| PART NUMBER | PART DESCRIPTION | REA | CLA | PQS REQUIRED (CODES) | MTV ISR | DAILY CAPACITY /HOURS | APRX. % OF BUS. | PRICES EXPENDABLE RETURNABLE | CURR UNIT | DATES EFFECTIVE EXPIRATION | SAMPLE DATE | DRAWING DATE/ NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25554083 | RESERVOIR-F/TNK | A | | | 2 N | 1580 10 | 100 | 2.28000 | USD EA | 08/01/98 07/31/99 | | 01/09/98 |

FORM SMPAPP
REV. 06/94