Contract Line Item Page:           of  2                                          Issue Date:      17-Aug-1998

**Standard Blanket Contract Number:**  N580000B          **Amendment Number:**  000
                                                         **Part Number:**  000000025160694

# LINE ITEM DETAIL



*GM Corporation*

Automotive Systems

| This Line Item is effective from | 01-Aug-1998 | through | 31-Jul-1999 |
|---|---|---|---|

**Part Description:**        RESERVOIR-F/PMP FUEL
**Amendment Reason:**        New Contract Line Item

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC,MI 48439
'TED STATES

**Buyer Name:**
Turner, Trenia
**Buyer Code:**    CFF
**Phone:**         810-257-8305
**Fax:**           810-257-8016

**Hazardous Material Indicator:**          N

**Terms and Conditions**

**********



PLAINTIFF'S EXHIBIT
9
ALL-STATE LEGAL®

Contract Line Item Page:          2   of                                    Issue Date:        17-Aug-1998

Standard Blanket Contract Number:   N58   B          Amendment Number:   000
                                                     Part Number:   000000025160694

| This Period effective from | 01-Aug-1998 | through | 31-Jul-1999 |
|---|---|---|---|

Freight Terms:          Collect
Payment Terms:          25th Prox
Delivery Terms:         FREE ON BOARD - USA
Delivery DUNS:          00932543663
Ship From DUNS:         00932543663
Daily Capacity:         14,000
Hours Per Day:          16
Price Type:             Expendable

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in   *USD*

**Base Price:**                                                                      1.860000

| al Price: | 1.860000 |
|---|---|
| OM:     EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                     100%

**Terms & Conditions**
Right to Audit
C4