## GM WWP EQUAL PARTNER/MINORITY PROGRAM

Chart 2

**Company:** NU TECH Plastics Engineering, Inc.   **Date:** 3/30/98
**Manufacturing Location:** Grand Blanc, Michigan
**Supplier Contact:** Mr. John Mailey   **Phone Number** 810-603-2498
**Mentor:** Mr. Ray Campbell
**Driver:** Mr. Ken Szymczak
**Supplier Dev. Engineer:**
**Commodity Description:** Injection Molded Plastic Parts

**Creativity Team:** Black Plastics

**Business Plan Reviewed:** __X__ Yes Dated: 12/31/97      ____ No
**Last Mentor (ED) Site Visit:** February 3, 1998

### MAIN GM ACTIONS ALREADY TAKEN

1. Assisted with acquisition of four 1500 Ton Molders from GM
2. Provided resin through Delphi's purchasing program
3. Helped recruit retired GM manufacturing manager to be Materials Mgr
4. Provided PICOS Team to assist plant lay-out
5. Supported accounts recievable by providing electronic funds transfer
6.
7.

### Mentor's Revenue & Opportunity Forecast

| ($ Millions) Calendar Year | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Supplier'sTotal Revenue Fcst. | 12.0 | 20.0 | 30.0 | 50.0 | 75.0 |
| GM Portion of Forecast (tier I) | 8.5 | 16.0 | 20.0 | 30.0 | 50.0 |
| Actual GM contracts awarded | 10.8 | 14.0 | 16.0 | 16.0 | 16.0 |
| Other potential GM business | 8.7 | 10.5 | 10.5 | 10.5 | 10.5 |

### Detail of Potential Business

| | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| 1. Additional Reservoir Resource | 2.0 | 3.8 | 4.5 | 6.0 | 6.0 |
| 2. GM Powertrain | 0.5 | 2.0 | 3.0 | 4.0 | 5.0 |
| 3. Delphi/Delco | | | 0.5 | 1.5 | 3.0 | 6.0 |
| 4. Delphi Chassis | | 0.5 | 1.0 | 2.0 | 3.0 |
| 5. Dlephi E Battery | | 0.5 | 0.8 | 1.0 | 1.5 |

### Tier II Sponsored Marriages

Tier I Supplier    Program

Total Tier II      -     -     -     -     -

eqplan2.xls
3/30/98 15:19


PLAINTIFF'S EXHIBIT 6

030047-000220

## NU TECH Plastics Engineering, Inc.

## FINANCIAL PERFORMANCE COMPARISONS

|  | Qtr/Yr 1/97 | Qtr/Yr 2/97 | Qtr/Yr 3/97 | Qtr/Yr 4/97 | Memo: Industry |
|---|---|---|---|---|---|
| Current Ratio | .76 | .91 | .82 | .85 | 1.8 |
| A/R Days Outstanding | 49 | 68 | 41 | 60 | N/A |
| A/P Days Outstanding | 78 | 92 | 72 | 90 | N/A |
| Debt/Tangible Net Worth | 8.4 | 28.6 | 22.3 | 59.4 | 1.3 |
| Quarterly Profit Before Taxes (000's) | 160 | 141 | 79 | 91 | N/A |
| Machine Utilization (location) | 17% | 22% | 38% | 47% | N/A |
| Capital Expenditures (000's) | 1 | 115 | 55 | 142 | N/A |
| Quarterly Margins %: |  |  |  |  |  |
| Gross Profit | 3.3% | 3.9% | 5.4% | 7.5% | 21.8% |
| Operating Expenses | 16.4% | 7.6% | 8.5% | 10.2% | 15.5% |
| Operating Profit | -13.1% | -3.7% | -3.1% | -2.7% | 6.3% |
| All Other Expense | - | - | - | - | 1.6% |
| Profit Before Tax | -13.1% | -3.7% | -3.1% | -2.7% | 4.7% |