Contract Line Item Page: 1  
Standard Blanket Contract Number: N580000B  
Issue Date: 03-May-1999  
Amendment Number: 001  
Part Number: 000000025160694  



# LINE ITEM DETAIL

## Delphi Automotive Systems LLC

**DELPHI Automotive Systems**

| This Line Item is effective from | 01-Aug-1998 | through | 31-Dec-2000 |

**Part Description:** RESERVOIR-F/PMP FUEL  
**Amendment Reason:** Expiration Date Extended  

**Manufacturing DUNS Number:**  
00932543663  

**Supplier Name and Manufacturing Address:**  
NU TECH PLASTICS ENGINEERING  
8018 EMBURY  
GRAND BLANC, MI 48439  
UNITED STATES  

**Buyer Name:**  
Arens, Lynn  
**Buyer Code:** CFF  
**Phone:** 810-257-8305  
**Fax:** 810-257-8016  

**Drawing Date:** 11-22-94  
**Hazardous Material Indicator:** N  

**Terms and Conditions**  
**********

| This Period effective from | 03-May-1999 | through | 31-Dec-2000 |

**Freight Terms:** Collect  
**Payment Terms:** (M32) MNS-2, On average, payment shall be made on the second day of the second month following Buyers receipt date of goods or services.  
**Delivery Terms:** FREE ON BOARD-USA/CANADA/MEXICO  
**Delivery DUNS:** 00932543663  
**Ship From DUNS:** 00932543663  
**Daily Capacity:** 14,000  
**Hours Per Day:** 16  
**Price Type:** Expendable  



PLAINTIFF'S EXHIBIT 15