
Energy & Engine
Management Systems

July 29, 1998

Mr. Joe Harris
NuTech
8018 Embury Rd.
Grand Blanc, MI  48439

Fax: 810-603-2499
Ph:   810-603-2498

Dear Mr. Harris;

Please use this letter as notification to discontinue any activities associated with the following program(s). This includes but is not limited to design, tool build, raw material, PPAP or fabrication of parts.
        F-car Air Cleaner  p/n 25170361 support
                        25171730 cover

Please provide in writing, detail of any cancellation charges incurred per the spending curve previously provided.  These charges should be submitted to me no later than August 7th in order to be considered.

On behalf of Delphi Automotive and our customers, I would like to thank NuTech for its extraordinary efforts to assist us in our customer protection plans.

Please fax your response to me at 810-257-8016. Please contact me at 810-257-0892 if you have questions.

Sincerely,

*Susan Draper*

Susan K. Draper
Senior Buyer
Worldwide Purchasing

PLAINTIFF'S EXHIBIT

Cc:  T. Turner-Patrick

030047-000238