# PURCHASE ORDER: AES59090

PAGE 1

**GM** General Motors Corporation

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI
48501-1360

**SHIP TO:**
DELPHI - FLINT EAST
RECEIVING AREA 411
2926 DAVISON ROAD
FLINT MI
48556
US

**INVOICE TO:**
DELPHI-E IS ON PAY ON RECEIPT.
FORWARD ANY "WORK COMPLETED
INVOICE" PAPERWORK TO YOUR
DELPHI CONTACT FOR "RECEIPT
ENTRY FOR PAYMENT" PROCESS.
US

**VENDOR NUMBER 93-254-3663**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC MI
48439
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 12/01/97
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: CALL
PHONE: 810-257-8047
Buyer: D PARR
PURCHASING AGENT: AW

| ITEM | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | PRG00902 001 | | | | 12/20/97 F | 0.00% | CONSIGNMENT | | EA |

**PAYMENT TERMS:** 25TH PROX.
**F.O.B.:** FOB DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ISSUE P.O. FOR CONSIGNMENT #226979 PER E. KREJCI

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY
SELLER, SHALL BE YEAR 2000 COMPLIANT AND COMPATIBLE,
AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE
PROCESSING (INCLUDING, BUT NOT LIMITED TO
CALCULATING, MANAGING, MANIPULATING, COMPARING
AND SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR
THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST,
SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE
WITH THE FOREGOING. (Y2)

SHIP MOLD TO NUTECH ENG. PT. #25160694
DD #410190 SER. #026567 IMP. 5-8
SHIPPER #226979
WHO ORDERED: 3263/78923/EUEU00008

TERMS AND CONDITIONS MAY 1986 APPLY, OF WHICH
SUPPLIER HAS RECEIVED A COPY.

003865   USER DEBORAH A PARR
ORIGINAL

PLAINTIFF'S EXHIBIT 9