# GENERAL MOTORS CORP.
## PURCHASE ORDER: AES61826

**WORLDWIDE PURCHASING**
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI 48501-1360

**TO:**
VENDOR NUMBER 93-254-3663
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC MI 48439
US

**SHIP TO:**
DELPHI - FLINT EAST
RECEIVING AREA 411
2926 DAVISON ROAD
FLINT MI 48556
US

**INVOICE TO:**
DELPHI-E IS ON PAY ON RECEIPT.
FORWARD ANY "WORK COMPLETED
INVOICE" PAPERWORK TO YOUR
DELPHI CONTACT FOR "RECEIPT
ENTRY FOR PAYMENT" PROCESS.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Post. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 01/08/98 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| Buyer | AW D PARR |
| PHONE: | 810-257-8047 |
| PURCHASING AGENT | |

**PAYMENT TERMS:** 25TH PROX.

**SHIP VIA:** CALL (800) 436-6668

**TAX CODE/%:** 0.00%

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PRG00924 001 | | | FOB DESTINATION UNLESS OTHERWISE INDICATED | | 01/30/98 | CONSIGNMENT | | EA |

ISSUE P.O. FOR MOLD #2516160694, CONS# 226992

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY
SELLER, SHALL BE YEAR 2000 COMPLIANT AND COMPATIBLE,
AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE
PROCESSING (INCLUDING, BUT NOT LIMITED TO
CALCULATING, MANAGING, MANIPULATING, COMPARING
AND SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR
THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST,
SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE
WITH THE FOREGOING. (Y2)

SHIP MOLD TO NUTECH PT. #2516160694, 01/30/98 B
SER. #026523, IMP. 1-4 DD#410190
SHIPPER #226992
WHO ORDERED: 3263/78923/HILDERBRA

TERMS AND CONDITIONS MAY 1986 APPLY, OF WHICH
SUPPLIER HAS RECEIVED A COPY.

DEBORAH A PARR

003939

ORIGINAL    LAST PAGE

PLAINTIFF'S EXHIBIT 3