# DELPHI
Energy & Engine
Management Systems

TO: John Mailey Nuttick                    DATE: 12-19-98
FROM: Lynn Arens                           FAX#: 603-2499
SUBJECT: Strike Protection Tool Build      # PAGES

Please accept this memo as your authorization to proceed with the following tooling required for potential strike protection. Formal PO to follow.

104983.63  spool   $22,500.00
1049/319   cap     $16,950.00
1048 9720  plug    $19,900.00

RECEIVED
DEC 18 1998

Lynn Arens
A. Berger
12-19-98

LYNN ARENS
DELPHI ENERGY & ENGINE MGT. SYSTEMS
810-257-8305
810-257-8016 FAX



PLAINTIFF'S
EXHIBIT
12