# EXHIBIT 6

HAROLD R. KUTNER
Vice President and Group Executive
Worldwide Purchasing,
NAO Production Control and Logistics

**General Motors**

September 8, 1998

SEP 15 1998

Mr. John Mailey
CEO
NuTech Plastics Engineering, Inc.
8018 Embury Road
Grand Blanc, MI 48439

Dear Mr. Mailey:

Now that operations are back to normal, I wanted to take a minute to recognize your company for your support over the last couple of months.

NuTech Plastics Engineering, Inc. has been identified as having significantly contributed to our attempts to restart our assembly plants during our recent labor disruption.

These have been very difficult times for GM and all of our supplier community. I recognize the impact the strike had on your operations and we are all looking forward to a solid finish in 1998.

Please extend my sincere thanks to the people in your organization who showed a great commitment to their customer and a real bias for action. I know that long hours were put into this project and many of your people made personal sacrifices to satisfy our needs.

Thank you again for your support and good luck for a successful balance of the year.

Sincerely,

*A R Kutner*

cc: Bob Socia

PLAINTIFF'S
EXHIBIT
6
ALL-STATE LEGAL®

General Motors Corporation
North American Operations

*NAO Headquarters*
*Mail Code 480-108-101*

*30400 Mound Road, P.O. Box 9015*
*Warren, MI 48090-9015*