SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

Counsel for Nu-Tech Plastics Engineering

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

### CERTIFICATION OF COUNSEL, JAY A. SCHWARTZ
### AS TO AUTHENTICITY OF EXHIBITS

I, Jay A. Schwartz, co-counsel for Claimant Nu-Tech Plastics Engineering Inc. hereby certify under penalty of perjury that the exhibits described below are true and accurate copies of documents produced to me by counsel for Debtor and/or filed by the parties and the Court in the course of litigation of Nu-Tech's lawsuit against Debtor in the Circuit Court for the County of Genesee State of Michigan in case number 02-075335-CK:

1) Exhibit A is a true and accurate copy of the Complaint filed by Nu-Tech in the Michigan litigation on December 30, 2002.

2) Exhibit B is a true and accurate copy of Delphi's Second Amended Answer to Complaint filed in the Michigan litigation.

3) Exhibit C is a true and accurate copy of the transcript of the hearing in the Michigan litigation held on March 24, 2005 and provided to me by the Michigan Court.

1

4)    Exhibit D is a true and accurate copy of the Michigan court's Order of April 7, 2005 which was provided by the Michigan court.

5)    Exhibit E is a true and accurate copy of the Michigan Court of Appeals' Order denying Delphi's and General Motors' Application for Leave to Appeal from the April 7, 2005 order which is Exhibit D.

6)    Exhibit H is a true and accurate copy of the document provided to me by counsel for Delphi in the Michigan litigation in response to a discovery request sent by me and designated by Delphi's counsel as documents 030047-000767 and 030047-000768 as seen in the stamp at the bottom right hand corner of each page which stamp was used by Delphi to identify documents it produced in the course of the Michigan litigation.

7)    Exhibit K consists of true and accurate copies of documents exchanged between me and counsel for Delphi in the Michigan litigation including Nu-Tech's Third Set of Interrogatories Directed to Defendant and letters between counsel all of which were sent or received by me.

8)    Exhibits L and M are true and accurate copies of documents contained within the original records of Nu-Tech.

_____
JAY A. SCHWARTZ

Subscribed and sworn before me
this 18th day of June, 2007.

_____
Wendy L Jones, Notary Public
Wayne County, Michigan
My commission expires: 7/18/11
Acting in Oakland County, Michigan

2