IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Delphi Corporation, et al. ) | Case No. 05-44481 (RDD) |
| ) | (Jointly Administered) |

Withdrawal of Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* filed by Sierra Liquidity Fund, LLC (Assignee); Borg Indak, Inc. (Assignor), Claim No. 4304

from:   Sierra Liquidity Fund, LLC (Assignee); Borg Indak, Inc. (Assignor), Claim No. 4304, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); Borg Indak, Inc. (Assignor), Claim No. 4304

date:   Thursday, July 12, 2007

Pursuant to the Settlement Agreement dated June 1, 2007 by and between Sierra Liquidity Fund, LLC ("Sierra") and Delphi Corporation, *et al.*, whereby Claim # 4304 is stipulated and agreed to as an Allowed General Unsecured Non-Priority Claim in the amount of $2,150.00 against Delphi Corporation, *et at.*, Sierra hereby withdraws their response to the 9th Omnibus Objection to Claims by Delphi Corporation, *et al* .

Scott August
949-660-1144, ext. 17
saugust@sierrafunds.com

Tammy Garza
949-660-1144 ext. 22
tgarza@sierrafunds.com

Jim Riley
949-660-1144 ext. 16
jriley@sierrafunds.com