IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 11th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Atlas Pressed Metals (Assignor), Claim No. 14681

from:   Sierra Liquidity Fund, LLC (Assignee); Atlas Pressed Metals (Assignor), Claim No. 14681, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); Atlas Pressed Metals (Assignor), Claim No. 14681

date:   Friday, March 30th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 11th Omnibus Objection to claims requesting that the above claim in the amount of $110,033.10 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Atlas Pressed Metals (Assignor) ("Atlas") Object to this Objection.

1.  Please find attached sufficient documentation supporting the filed Proof of Claim # 14681 in an amount of $110,033.10.

2.  Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 14681 for the full filed amount of $110,033.10 as liquidated and undisputed.

3.  To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $110,033.10 and sent immediately to Sierra's attention for signature.

4.  Copies of the following have been enclosed with this response: The Notice of 11th Omnibus Objection to Claim # 14681, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Atlas Pressed Metals (Assignor), Proof of Claim # 14681 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Atlas Pressed Metals (Assignor) and the supporting documentation requested for claim # 14681 evidencing the amount of $110,033.10 owed on Claim # 14681 filed by Sierra Liquidity Fund, LLC; Assignor: Atlas Pressed Metals **The supporting documents in Proof of Claim # 14681 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.  Sierra and Atlas see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 14681, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $110,033.10 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.  Sierra and Atlas do not object to the proposed Modified Debtor for which Claim # 14681 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Atlas Pressed Metals.

Scott August
949-660-1144, ext. 17
saugust@sierrafunds.com

Tammy Garza
949-660-1144 ext. 22
tgarza@sierrafunds.com

Jim Riley
949-660-1144 ext. 16
jriley@sierrafunds.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF OBJECTION TO CLAIM</u>

Sierra Liquidity Fund ~~DG Equipment Co.~~ Atlas Pressed Metals, Claim # 1468)

        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your claims identified in the table below should be disallowed and expunged or modified as summarized
in that table and described in more detail in the Debtors' Eleventh Omnibus Objection To Certain Claims
(the "Eleventh Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors'
Eleventh Omnibus Objection is set for hearing on April 20, 2007 at 10:00 a.m. (prevailing Eastern time)
before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New
York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN
THE ENCLOSED ELEVENTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU
TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON APRIL 13, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER
DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED
WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Eleventh Omnibus Objection identifies four different categories of objections. The
category of claim objection applicable to you is identified in the table below in the column entitled "Basis
For Objection":

        Claims identified as having a Basis For Objection of "Insufficiently Documented Claim"
        are those Claims that did not contain sufficient documentation in support of the Claim
        asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

        Claims identified as having a Basis For Objection of "Untimely Insufficiently
        Documented Claim" are those Claims that did not contain sufficient documentation in
        support of the Claim asserted, making it impossible for the Debtors meaningfully to
        review the asserted Claim, and also were not timely filed pursuant to the Order Under 11
        U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7),
        3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And
        Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No.
        3206) (the "Bar Date Order").

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND
PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE
"CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT
ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

If you disagree with the Eleventh Omnibus Objection, you must file a response (the "Response")
and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on April 13
2007. Your Response, if any, to the Eleventh Omnibus Claims Objection must (a) be in writing, (b)
conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern
District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court
in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case
filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk
(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word
processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert
D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of
New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i)
Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel
to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim
previously filed with the Court, documentation sufficient to establish a prima facie right to payment;
provided, however, that you need not disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that you must disclose to the Debtors all
information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the
claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and
the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will
automatically be adjourned from the April 20, 2007 hearing date to a future date to be set pursuant to the
Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have
requested that the Court conduct a final hearing on April 20, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES

**Transfer of Claim**

# Delphi Automotive Systems, LLC, Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between dba _Atlas Pressed Metals_ HPm Industries, Inc. ("Assignor") and Sierra Liquidity Fund, LLC or assignee ("Assignee") with regard to the following matters:

1. Assignor in consideration of the sum of _____ mt outstanding on the Assignor's trade claim (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor, including the right to amounts owed under any executory contract and any respective cure amount related to the potential assumption and cure of such a contract (the "Claim") against Delphi Automotive Systems, LLC, Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than ___$ 110,033.10 _____ [insert the amount due, which shall be defined as "the Claim Amount"], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, cure payments arising from a contract assumption, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2. Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3. Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4. Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5. Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6. In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7. To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount

in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8. Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time. Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9. In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10. The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11. Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement. All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement. This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12. This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13. This Agreement shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here:** _____

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this _29_ day of _December_, 200_5_

ATTEST

By _____
Signature

_Richard L. Pfingstler, President_
[Print Name and Title]

_814-371-4800   Ext. 114_
Phone Number

_HPM Industries Inc. dba Atlas Pressed Metals_
Name of Company

_125 Tom Mix Drive  P.O. Box P_
Street Address

_DuBois, PA  15801_
City, State & Zip

_814-371-4182   richardpfingstler@atlaspressed.com_
Fax Number              Email

Sierra Liquidity Fund, LLC, et al.
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com

Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, et al 12/2/05

| United States Bankruptcy Court __Southern__  __District Of__ New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Automotive Systems, LLC & Delphi Corporation, et al. | Case Number<br>05-44640 & 05-44481 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Sierra Liquidity Fund, LLC (Assignee)**<br>**Atlas Pressed Metals (Assignor)**<br>Name and Address where notices should be sent:<br><br>Sierra Liquidity Fund<br>2699 White Road - Suite 255<br>Irvine, CA  92614<br><br>Telephone Number: 949-660-1144 x 17 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim dated: _____ |
|---|---|

| 1. Basis for Claim<br>☒ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS #: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)                (date) |
|---|---|

| 2. Date debt was incurred: (Various)<br>7/20/05 - 10/7/05 | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 110,033.10

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| 5. Total Amount of Claim at Time Case Filed: $ 110,033.10 _____ _____ 110,033.10<br>(Unsecured)         (Secured)         (Priority)         (Total) |
|---|

☐Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | This Space For Court Use Only |
|---|---|
| Date:<br>7/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>J.S. Riley  Pres. | |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**ATLAS PRESSED METALS • 125 Tom Mix Drive • Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

---

**TO:**     Scott August - Sierra Liquidity Fund
            Fax Number 949-660-0632

**FROM:**   Joyce Fairman - Accounting Manager

**DATE:**   January 6, 2006

**PAGES:**  8 (including cover)

**COMMENTS:**
Per your request, I am faxing a copy of our e-Dacor Unpaid Search results. I transferred
the report to an Excel spreadsheet here and compared it to the spreadsheet that
accompanied our Transfer of Claim request to you. The following are discrepancies:

- Five invoices from our claim (totally $4,192.57) do not appear on the e-Dacor unpaid
  list. They were shipments made prior to October 8, 2005 but apparently were not
  received by Delphi by their bankruptcy date. Delphi has them listed as "paid" on a
  check we received in December in error and have not cashed. We have been on
  prepayment terms with Delphi since the bankruptcy. The invoices are:

  | | | | |
  |---|---|---|---|
  | o  #53897 | B/L 38662 | dated 10/4/05 | $263.03 |
  | o  #53931 | B/L 38701 | dated 10/6/05 | $2042.25 |
  | o  #53924 | B/L 38702 | dated 10/6/05 | $680.75 |
  | o  #53962 | B/L 38711 | dated 10/7/05 | $433.43 |
  | o  #53960 | B/L 38716 | dated 10/7/05 | $680.75 |

- There is a credit listed at $753.00 from Delphi Saginaw for returned material that
  we were not aware of.

- The first group of shipments on the e-Dacor unpaid list have a 10/2/05 due date (not
  the 12/31/2049 date you mentioned). We did receive a check from Delphi right
  before the bankruptcy announcement but it was subsequently returned to maker
  (see attached copy of bank notice) and the invoices returned to unpaid status in the
  e-Dacor system.

- Please note some of the items listed in the e-Dacor system by bill of lading number
  are separated into two invoices on the Atlas Pressed Metals list but have the same
  bill of lading number.

__Please let me know if you need any additional information.  Thank you.__

Unpaid Search



## E-DACOR UNPAID SEARCH RESULTS
### Search Results For Duns Number: RD 030067367

*Click the Down Arrow Icon to View Part Detail
*Click the Camera Icon to View Image (not available on 9000 series process numbers)

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000031163973 | K9 | 02 | 378760ISA2424102 | 08/01/2005 | $1,239.50 | USD | 37876 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031186940 | HT | 02 | 5203365938001 | 08/02/2005 | $438.37 | USD | 37815 | D0550000852 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031172408 | K9 | 02 | 378900ISA2431003 | 08/02/2005 | $1,401.17 | USD | 37890 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031186941 | K9 | 02 | 379020ISA2437304 | 08/03/2005 | $1,920.25 | USD | 37902 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031200465 | K9 | 02 | 379110ISA2442705 | 08/04/2005 | $1,239.50 | USD | 37911 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031218844 | HT | 02 | 5203387658001 | 08/05/2005 | $438.37 | USD | 37891 | D0550000852 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031218845 | K9 | 02 | 379250ISA2449406 | 08/05/2005 | $1,239.50 | USD | 37925 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031258425 | HT | 02 | 5203398923001 | 08/08/2005 | $175.35 | USD | 37877 | D0550000852 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031248908 | K9 | 02 | 379320ISA2455309 | 08/08/2005 | $1,121.05 | USD | 37932 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031258426 | K9 | 02 | 379440ISA2462310 | 08/09/2005 | $1,361.50 | USD | 37944 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031282496 | H3 | 02 | 5203413715001 | 08/10/2005 | $418.05 | USD | 37952 | D0550003605 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031272397 | K9 | 02 | 379510ISA2468711 | 08/10/2005 | $1,361.50 | USD | 37951 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031312324 | H3 | 02 | 5203420707001 | 08/11/2005 | $643.80 | USD | 37988 | D0550003605 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031312322 | HT | 02 | 5203421924001 | 08/11/2005 | $876.75 | USD | 37940 | D0550000852 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031282497 | K9 | 02 | 379750ISA2478612 | 08/11/2005 | $2,235.19 | USD | 37975 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031312323 | HT | 02 | 5203430025001 | 08/12/2005 | $175.35 | USD | 37945 | D0550000852 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031312325 | K9 | 02 | 379920ISA2480413 | 08/12/2005 | $1,361.50 | USD | 37992 | SAG90I2400 | Ready To Pay | 10/02/2005 | 0 |
| | 9000031344394 | HT | 02 | 5203442282001 | 08/15/2005 | $263.02 | USD | 37954 | D0550000852 | Ready To Pay | 10/02/2005 | 0 |

Unpaid Search

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031335315 | K9 | 02 | 380010ISA2489516 | 08/15/2005 | $680.75 | USD | 38001 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031335316 | K9 | 02 | 380200ISA2500716 | 08/15/2005 | $1,318.28 | USD | 38020 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031358245 | H3 | 02 | 5203447453001 | 08/16/2005 | $643.80 | USD | 38035 | D0550003605 | To Pay Ready | 10/02/2005 | 0 |
| 9000031358244 | HT | 02 | 5203448613001 | 08/16/2005 | $263.02 | USD | 37969 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031344395 | K9 | 02 | 380120ISA2496917 | 08/16/2005 | $680.75 | USD | 38012 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031377032 | HT | 02 | 5203457205001 | 08/17/2005 | $263.02 | USD | 37991 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031358246 | K9 | 02 | 380340ISA2502318 | 08/17/2005 | $1,949.68 | USD | 38034 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031377033 | K9 | 02 | 380520ISA2509619 | 08/18/2005 | $3,613.64 | USD | 38052 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031377034 | RT | 02 | 5203456449001 | 08/18/2005 | $184.72 | USD | 38059 | D0550022119 | To Pay Ready | 10/02/2005 | 0 |
| 9000031403228 | H3 | 02 | 5203467162001 | 08/19/2005 | $139.35 | USD | 38058 | D0550003605 | To Pay Ready | 10/02/2005 | 0 |
| 9000031403227 | HT | 02 | 5203468524001 | 08/19/2005 | $438.37 | USD | 38010 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031403229 | K9 | 02 | 380690ISA2516220 | 08/19/2005 | $680.75 | USD | 38069 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031403230 | K9 | 02 | 380810ISA2522721 | 08/20/2005 | $1,239.50 | USD | 38081 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031424968 | HT | 02 | 5203481128001 | 08/22/2005 | $263.02 | USD | 37802 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031424969 | HT | 02 | 5203481131001 | 08/22/2005 | $175.35 | USD | 37783 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031628022 | HT | 02 | 5203590610001 | 08/22/2005 | $175.35 | USD | 38118 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031437611 | H3 | 02 | 5203487200001 | 08/23/2005 | $896.02 | USD | 38112 | D0550003605 | To Pay Ready | 10/02/2005 | 0 |
| 9000031437612 | K9 | 02 | 380950ISA2529324 | 08/23/2005 | $1,847.24 | USD | 38095 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031454796 | RD | 02 | 5203491897001 | 08/23/2005 | $53.27 | USD | 38128 | D0550022118 | To Pay Ready | 10/02/2005 | 0 |
| 9000031454793 | HT | 02 | 5203496656001 | 08/24/2005 | $876.75 | USD | 38049 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031454794 | HT | 02 | 5203496693001 | 08/24/2005 | $263.03 | USD | 38068 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031454795 | K9 | 02 | 381140ISA2538025 | 08/24/2005 | $680.75 | USD | 38114 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031468000 | HT | 02 | 5203503535001 | 08/25/2005 | $175.35 | USD | 38079 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031468001 | K9 | 02 | 381320ISA2542226 | 08/25/2005 | $2,647.55 | USD | 38132 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |

Unpaid Search

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031468002 | RT | 02 | 5203499140001 | 08/25/2005 | $184.72 | USD | 38146 | D0550022119 | To Pay Ready | 10/02/2005 | 0 |
| 9000031489371 | H3 | 02 | 5203509939001 | 08/26/2005 | $139.35 | USD | 38145 | D0550003605 | To Pay Ready | 10/02/2005 | 0 |
| 9000031489370 | HT | 02 | 5203511408001 | 08/26/2005 | $263.03 | USD | 38083 | D0550000852 | To Pay Ready | 10/02/2005 | 0 |
| 9000031489372 | K9 | 02 | 381680ISA2554827 | 08/26/2005 | $1,862.50 | USD | 38168 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031508240 | K9 | 02 | 381830ISA2561630 | 08/29/2005 | $3,030.22 | USD | 38183 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031520085 | RD | 02 | 5203526256001 | 08/29/2005 | $295.22 | USD | 38197 | D0550022118 | To Pay Ready | 10/02/2005 | 0 |
| 9000031539789 | H3 | 02 | 5203537061001 | 08/31/2005 | $278.70 | USD | 38196 | D0550003605 | To Pay Ready | 10/02/2005 | 0 |
| 9000031539790 | K9 | 02 | 381980ISA2566601 | 08/31/2005 | $372.50 | USD | 38198 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031539791 | K9 | 02 | 382230ISA2574701 | 08/31/2005 | $660.75 | USD | 38223 | SAG90I2400 | To Pay Ready | 10/02/2005 | 0 |
| 9000031552554 | K9 | 02 | 382240ISA2574802 | 09/01/2005 | $3,403.75 | USD | 38224 | SAG90I2400 | To Pay Ready | 12/31/2049 | 0 |
| 9000031570875 | RD | 02 | 5203547695001 | 09/01/2005 | $53.27 | USD | 38246 | D0550022118 | To Pay Ready | 12/31/2049 | 0 |
| 9000031552555 | RT | 02 | 5203540388001 | 09/01/2005 | $92.36 | USD | 2S38233 | D0550022119 | To Pay Ready | 12/31/2049 | 0 |
| 9000031570874 | K9 | 02 | 382380ISA2581403 | 09/02/2005 | $3,124.98 | USD | 38238 | SAG90I2400 | To Pay Ready | 12/31/2049 | 0 |
| 9000031599603 | H3 | 02 | 5203572596001 | 09/06/2005 | $1,035.38 | USD | 38261 | D0550003605 | To Pay Ready | 12/31/2049 | 0 |
| 9000031599604 | K9 | 02 | 382470ISA2587607 | 09/06/2005 | $745.00 | USD | 38247 | SAG90I2400 | To Pay Ready | 12/31/2049 | 0 |
| 9000031612373 | K9 | 02 | 382590ISA2592808 | 09/07/2005 | $558.75 | USD | 38259 | SAG90I2400 | To Pay Ready | 12/31/2049 | 0 |
| 9000031628024 | RD | 02 | 5203585070001 | 09/07/2005 | $53.27 | USD | 38293 | D0550022118 | To Pay Ready | 12/31/2049 | 0 |
| 9000031628023 | K9 | 02 | 382800ISA2599209 | 09/08/2005 | $4,148.75 | USD | 38280 | SAG90I2400 | To Pay Ready | 12/31/2049 | 0 |
| 9000031628025 | RT | 02 | 5203585641001 | 09/08/2005 | $92.36 | USD | 38292 | D0550022119 | To Pay Ready | 12/31/2049 | 0 |
| 9000031646127 | H3 | 02 | 5203597870001 | 09/09/2005 | $252.23 | USD | 38295 | D0550003605 | To Pay Ready | 12/31/2049 | 0 |
| 9000031646126 | HT | 02 | 5203599235001 | 09/09/2005 | $884.01 | USD | 38129 | D0550000852 | To Pay Ready | 12/31/2049 | 0 |
| 9000031646128 | K9 | 02 | 382960ISA2606310 | 09/09/2005 | $1,425.75 | USD | 38296 | SAG90I2400 | To Pay Ready | 12/31/2049 | 0 |
| 9000031667876 | RD | 02 | 5203608593001 | 09/09/2005 | $241.95 | USD | 38337 | D0550022118 | To Pay Ready | 12/31/2049 | 0 |
| 9000031667874 | HT | 02 | 5203612534001 | 09/12/2005 | $87.67 | USD | 38260 | D0550000852 | To Pay Ready | 12/31/2049 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031667875 | K9 | 02 | 383130ISA2611513 | 09/12/2005 | $1,239.50 | USD | 38313 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031680495 | K9 | 02 | 383380ISA2619414 | 09/13/2005 | $1,812.23 | USD | 38338 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031693281 | H3 | 02 | 5203626405001 | 09/14/2005 | $530.93 | USD | 38354 | D0550003605 | To Pay | 12/31/2049 0 | Ready |
| 9000031693280 | HT | 02 | 5203627936001 | 08/14/2005 | $253.03 | USD | 38294 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031693282 | K9 | 02 | 383650ISA2626215 | 09/14/2005 | $2,407.11 | USD | 38365 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031720273 | HT | 02 | 5203636585001 | 09/15/2005 | $175.35 | USD | 38312 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031720274 | K9 | 02 | 383720ISA2630016 | 09/15/2005 | $1,425.75 | USD | 38372 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031720275 | RT | 02 | 5203631234001 | 09/15/2005 | $92.36 | USD | 38393 | D0550022119 | To Pay | 12/31/2049 0 | Ready |
| 9000031738541 | HT | 02 | 5203644151001 | 09/16/2005 | $175.35 | USD | 38336 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031738542 | HT | 02 | 5203644444001 | 09/16/2005 | $87.67 | USD | 38361 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031738544 | K9 | 02 | 383970ISA2639817 | 09/16/2005 | $2,106.50 | USD | 38397 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031738545 | K9 | 02 | 384170ISA2651717 | 09/16/2005 | $680.75 | USD | 38417 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031738546 | K9 | 02 | 384170ISA2653617 | 09/16/2005 | $745.00 | USD | 38417 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031738543 | H3 | 02 | 5203648198001 | 09/17/2005 | $252.23 | USD | 38392 | D0550003605 | To Pay | 12/31/2049 0 | Ready |
| 9000031760796 | HT | 02 | 5203656282001 | 09/19/2005 | $113.98 | USD | 38379 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031760797 | HT | 02 | 5203656283001 | 09/19/2005 | $87.67 | USD | 38361-1 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031772617 | HT | 02 | 5203664371001 | 09/20/2005 | $175.35 | USD | 38396 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031772618 | K9 | 02 | 384330ISA2651821 | 09/20/2005 | $2,851.50 | USD | 38433 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 0005016190649 | K9 | 04 | CMR443458 | 09/20/2005 | ($753.00) | USD | CMR443458 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031788354 | RD | 02 | 5203666736001 | 09/20/2005 | $53.27 | USD | 38449 | D0550022118 | To Pay | 12/31/2049 0 | Ready |
| 9000031788353 | H3 | 02 | 5203672160001 | 09/21/2005 | $670.27 | USD | 38451 | D0550003605 | To Pay | 12/31/2049 0 | Ready |
| 9000031788352 | HT | 02 | 5203673166001 | 09/21/2005 | $175.35 | USD | 38416 | D0550000852 | To Pay | 12/31/2049 0 | Ready |
| 9000031801554 | K9 | 02 | 384500ISA2659623 | 09/22/2005 | $2,144.50 | USD | 38450 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |
| 9000031801555 | K9 | 02 | 384650ISA2666223 | 09/22/2005 | $950.80 | USD | 38465 | SAG90I2400 | To Pay | 12/31/2049 0 | Ready |

Unpaid Search

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9000031801556 | RT | 02 | 5203675391001 | 09/22/2005 | $184.72 | USD | 36474 | D0550022119 | To Pay | 12/31/2049 0 |
| 9000031823951 | K9 | 02 | 384790ISA2671724 | 09/23/2005 | $745.00 | USD | 38479 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031823952 | K9 | 02 | 384800IPF4915624 | 09/23/2005 | $186.25 | USD | 38480 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031844884 | RD | 02 | 5203700587001 | 09/23/2005 | $53.27 | USD | 36519 | D0550022118 | Ready To Pay | 12/31/2049 0 |
| 9000031823953 | K9 | 02 | 384990ISA2679425 | 09/24/2005 | $3,239.81 | USD | 38499 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031844881 | HT | 02 | 5203704196001 | 09/26/2005 | $175.35 | USD | 38448 | D0550000852 | Ready To Pay | 12/31/2049 0 |
| 9000031844882 | HT | 02 | 5203704392001 | 09/26/2005 | $438.38 | USD | 38464 | D0550000852 | Ready To Pay | 12/31/2049 0 |
| 9000031844883 | K9 | 02 | 385010IPF4940527 | 09/26/2005 | $186.25 | USD | 38501 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031856064 | K9 | 02 | 385200ISA2686628 | 09/27/2005 | $558.75 | USD | 38520 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031869361 | H3 | 02 | 5203720848001 | 09/28/2005 | $252.23 | USD | 38536 | D0550003605 | Ready To Pay | 12/31/2049 0 |
| 9000031869360 | HA | 02 | 5203721354001 | 09/28/2005 | $3,666.00 | USD | 38532 | D0550005246 | Ready To Pay | 12/31/2049 0 |
| 9000031869362 | K9 | 02 | 385380IPF4983329 | 09/28/2005 | $186.25 | USD | 38538 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031869363 | K9 | 02 | 385390ISA2699529 | 09/28/2005 | $745.00 | USD | 38539 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031869364 | K9 | 02 | 385550ISA2701729 | 09/29/2005 | $1,174.12 | USD | 38555 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031907680 | RD | 02 | 5203733119001 | 09/29/2005 | $295.22 | USD | 38598 | D0550022118 | Ready To Pay | 12/31/2049 0 |
| 9000031885956 | RT | 02 | 5203724348001 | 09/29/2005 | $92.36 | USD | 38575 | D0550022119 | Ready To Pay | 12/31/2049 0 |
| 9000031907677 | K9 | 02 | 385760IPF5028401 | 09/30/2005 | $372.50 | USD | 38576 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031907678 | K9 | 02 | 385770ISA2708901 | 09/30/2005 | $7,675.67 | USD | 38577 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031907679 | K9 | 02 | 386020ISA2713702 | 10/01/2005 | $745.00 | USD | 38602 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031927985 | H3 | 02 | 5203750459001 | 10/03/2005 | $205.82 | USD | 38646 | D0550003605 | Ready To Pay | 12/31/2049 0 |
| 9000031927986 | H3 | 02 | 5203750482001 | 10/03/2005 | $205.82 | USD | 38646 | D0550003605 | Ready To Pay | 12/31/2049 0 |
| 9000031924668 | H3 | 04 | DMP5203750794001 | 10/03/2005 | ($205.82) | USD | 38646 | D0550003605 | Ready To Pay | 12/31/2049 0 |
| 9000031927987 | K9 | 02 | 386010IPF5047804 | 10/03/2005 | $186.25 | USD | 38601 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |
| 9000031927988 | K9 | 02 | 386240ISA2720504 | 10/03/2005 | $745.00 | USD | 38624 | SAG90I2400 | Ready To Pay | 12/31/2049 0 |

| | | | | | | | | | | | To Pay Ready | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031939772 | H3 | 02 | 5203759048001 | 10/04/2005 | $278.70 | USD | 38574 | D0550003605 | To Pay Ready | 12/31/2049 0 |
| 9000031939771 | HT | 02 | 5203760429001 | 10/04/2005 | $87.67 | USD | 38495 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 9000031956291 | H3 | 02 | 5203767765001 | 10/05/2005 | $348.37 | USD | 38663 | D0550003605 | To Pay Ready | 12/31/2049 0 |
| 9000032018159 | H3 | 02 | 5203806967001 | 10/05/2005 | $278.70 | USD | 38649 | D0550003605 | To Pay Ready | 12/31/2049 0 |
| 9000031956288 | HT | 02 | 5203769156001 | 10/05/2005 | $526.05 | USD | 38557 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 9000031956289 | HT | 02 | 5203769226001 | 10/05/2005 | $87.67 | USD | 38573 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 9000031956290 | HT | 02 | 5203769238001 | 10/05/2005 | $175.35 | USD | 38600 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 9000031956292 | K9 | 02 | 386500IPF5081006 | 10/05/2005 | $186.25 | USD | 38650 | SAG90I2400 | To Pay Ready | 12/31/2049 0 |
| 9000031956293 | K9 | 02 | 386510ISA2725806 | 10/05/2005 | $745.00 | USD | 38651 | SAG90I2400 | To Pay Ready | 12/31/2049 0 |
| 9000031972552 | RD | 02 | 5203770933001 | 10/05/2005 | $53.27 | USD | 38684 | D0550022118 | To Pay Ready | 12/31/2049 0 |
| 9000031972553 | RT | 02 | 5203771184001 | 10/06/2005 | $177.33 | USD | 38663 | D0550022119 | To Pay Ready | 12/31/2049 0 |
| 9000031987023 | H3 | 02 | 5203783950001 | 10/07/2005 | $139.35 | USD | 38682 | D0550003605 | To Pay Ready | 12/31/2049 0 |
| 9000031987024 | H3 | 02 | 5203784299001 | 10/07/2005 | $200.47 | USD | 38703 | D0550003605 | To Pay Ready | 12/31/2049 0 |
| 9000031987020 | HT | 02 | 5203785286001 | 10/07/2005 | $175.35 | USD | 38623 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 9000031987021 | HT | 02 | 5203785414001 | 10/07/2005 | $350.70 | USD | 38522 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 9000031987022 | HT | 02 | 5203785432001 | 10/07/2005 | $175.35 | USD | 38535 | D0550000852 | To Pay Ready | 12/31/2049 0 |
| 0005016206217 | EW | 04 | ADM923400 | 10/19/2005 | ($60,000.00) | USD | N/A | | To Pay Ready | 12/13/2005 0 |
| 9000032268118 | K9 | 02 | 389880ISA2847602 | 11/01/2005 | $1,252.72 | USD | 38988 | SAG90I2400 | To Pay Ready | 01/02/2006 0 |
| 9000032279582 | H3 | 02 | 5203960715001 | 11/02/2005 | $391.58 | USD | 38978 | D0550003605 | To Pay Ready | 01/02/2006 0 |
| 9000032279583 | K9 | 02 | 390000ISA2855703 | 11/02/2005 | $885.81 | USD | 39000 | SAG90I2400 | To Pay Ready | 01/02/2006 0 |
| 9000032294275 | HT | 02 | 5203971288001 | 11/03/2005 | $87.67 | USD | 38929 | D0550000852 | To Pay Ready | 01/02/2006 0 |
| 9000032310960 | HT | 02 | 5203980229001 | 11/04/2005 | $175.35 | USD | 38949 | D0550000852 | To Pay Ready | 01/02/2006 0 |
| 9000032310961 | K9 | 02 | 390050ISA2858105 | 11/04/2005 | $5,229.57 | USD | 39005 | SAG90I2400 | To Pay Ready | 01/02/2006 0 |
| 9000032310962 | RT | 02 | 5203974174001 | 11/04/2005 | $342.19 | USD | 39010 | D0550022119 | To Pay Ready | 01/02/2006 0 |

ADVICE FOR UNPAID DEPOSITED ITEMS                          Page 1 of 1
A1710052-11                    ACCT. NO. 0101052101-0              10/17/2005
FICE/BRANCH:  0031/0031         ACCOUNT TYPE:  BUSINESS ACCOUNT
              THE FOLLOWING ITEMS HAVE BEEN RETURNED.
 ARE CHARGING YOUR ACCOUNT FOR ITEMS          # ITEMS:              1
TURNED UNPAID AS LISTED BELOW AND             AMOUNT:       $45,166.02
RETURN ITEM HANDLING FEE.                     FEE:              $8.00
                                              TOTAL:        $45,174.02
:awn By: DELPHI DISB. SVCS      Reason:    REFER TO MAKER
:awn On: CHASE

        HPM INDUSTRIES INC              FIRST COMMONWEALTH BANK
        PO BOX P                        PO  BOX 400
        DUBOIS PA  15801-0319           INDIANA PA 15701

                                        1-800-711-2265

---

ni
ement Services (NB)
x 62530
, AZ   85082-2530                                        CHECK No. 900519858      50-937
                                                                                  213

                  DEPOSITA                               RETURN ITEM
                  FOR REASON INDICATED BELOW

                  REFER TO MAKER              OCT 1 8 2005

DATE                                          RETURNED BY:
:0/03/05                          **********JPMORGAN CHASE BANK, N.A.      ****02 CENTS  ***********45,166.02
                                             50-937                          AMOUNT

        *ATLAS PRESSED METALS*                            Delphi
        125 TOM MIX DR                                    Disbursement Account
        PO BOX P
        DUBOIS PA   15801

                                              John P. ----
fanhattan Bank, N.A.                          SIGNATURE
w York
              043306826                AUDIT

     ⑈900519858⑈ ⑆021309379⑈ 601⑈2⑈5044 2⑈              ⑈000451660 2⑈

Metal Pressed Metals
Delphi Automotive Systems Open Item Statement due to Bankruptcy

| Customer | Bill of Lading | Purchase Order | Date | Invoice Number | Amount |
|---|---|---|---|---|---|
| Delphi Chassis | 37783 | 550000852 | 7/20/2005 | 52475 | $175.35 |
| Delphi Chassis | 37802 | 550000852 | 7/21/2005 | 52492 | $263.03 |
| Delphi Chassis | 37815 | 550000852 | 7/22/2005 | 52521 | $438.38 |
| Delphi Chassis | 37877 | 550000852 | 7/28/2005 | 52625 | $175.35 |
| Delphi Chassis | 37891 | 550000852 | 7/29/2005 | 52659 | $438.38 |
| Delphi Chassis | 37940 | 550000852 | 8/4/2005 | 52730 | $876.75 |
| Delphi Chassis | 37945 | 550000852 | 8/5/2005 | 52751 | $175.35 |
| Delphi Chassis | 37952 | 550003605 | 8/8/2005 | 52754 | $418.05 |
| Delphi Chassis | 37954 | 550000852 | 8/8/2005 | 52756 | $263.03 |
| Delphi Chassis | 37969 | 550000852 | 8/9/2005 | 52773 | $263.03 |
| Delphi Chassis | 37988 | 550003605 | 8/10/2005 | 52805 | $139.35 |
| Delphi Chassis | 37991 | 550000852 | 8/10/2005 | 52811 | $263.03 |
| Delphi Chassis | 37988 | 550003605 | 8/10/2005 | 52823 | $504.45 |
| Delphi Chassis | 38010 | 550000852 | 8/12/2005 | 52854 | $438.38 |
| Delphi Chassis | 38035 | 550003605 | 8/15/2005 | 52878 | $504.46 |
| Delphi Chassis | 38035 | 550003605 | 8/15/2005 | 52884 | $139.35 |
| Delphi Chassis | 38049 | 550000852 | 8/16/2005 | 52892 | $876.75 |
| Delphi Chassis | 38068 | 550000852 | 8/17/2005 | 52922 | $263.03 |
| Delphi Chassis | 38058 | 550003605 | 8/17/2005 | 52940 | $139.35 |
| Delphi Chassis | 38079 | 550000852 | 8/18/2005 | 52941 | $175.35 |
| Delphi Chassis | 38093 | 550000852 | 8/19/2005 | 52961 | $263.03 |
| Delphi Chassis | 38118 | 550000852 | 8/22/2005 | 52994 | $175.35 |
| Delphi Chassis | 38112 | 550003605 | 8/22/2005 | 53002 | $756.68 |
| Delphi Chassis | 38112 | 550003605 | 8/22/2005 | 53005 | $139.35 |
| Delphi Chassis | 38129 | 550003605 | 8/23/2005 | 53014 | $884.01 |
| Delphi Chassis | 38145 | 550003605 | 8/24/2005 | 53060 | $139.35 |
| Delphi Chassis | 38196 | 550003605 | 8/29/2005 | 53129 | $278.70 |
| Delphi Chassis | 38260 | 550003605 | 9/2/2005 | 53225 | $87.68 |
| Delphi Chassis | 38261 | 550003605 | 9/2/2005 | 53235 | $756.69 |
| Delphi Chassis | 38261 | 550003605 | 9/2/2005 | 53239 | $278.70 |
| Delphi Chassis | 38294 | 550003605 | 9/7/2005 | 53289 | $263.03 |
| Delphi Chassis | 38295 | 550003605 | 9/7/2005 | 53297 | $252.23 |
| Delphi Chassis | 38312 | 550003605 | 9/8/2005 | 53314 | $175.35 |
| Delphi Chassis | 38336 | 550003605 | 9/9/2005 | 53349 | $175.35 |
| Delphi Chassis | 38361 | 550003605 | 9/12/2005 | 53384 | $175.35 |
| Delphi Chassis | 38354 | 550003605 | 9/12/2005 | 53394 | $252.23 |
| Delphi Chassis | 38354 | 550003605 | 9/12/2005 | 53396 | $278.70 |
| Delphi Chassis | 38379 | 550003605 | 9/13/2005 | 53413 | $113.98 |
| Delphi Chassis | 38396 | 550003605 | 9/14/2005 | 53445 | $175.35 |
| Delphi Chassis | 38392 | 550003605 | 9/14/2005 | 53458 | $252.23 |
| Delphi Chassis | 38416 | 550003605 | 9/15/2005 | 53480 | $175.35 |
| Delphi Chassis | 38451 | 550003605 | 9/19/2005 | 53539 | $252.23 |
| Delphi Chassis | 38451 | 550003605 | 9/19/2005 | 53542 | $418.05 |
| Delphi Chassis | 38448 | 550000852 | 9/19/2005 | 53553 | $175.35 |
| Delphi Chassis | 38464 | 550000852 | 9/20/2005 | 53579 | $438.38 |
| Delphi Chassis | 38495 | 550000852 | 9/22/2005 | 53631 | $87.68 |
| Delphi Chassis | 38522 | 550000852 | 9/23/2005 | 53655 | $350.70 |
| Delphi Chassis | 38532 | 550005246 | 9/26/2005 | 53658 | $3,666.00 |
| Delphi Chassis | 38536 | 550003605 | 9/26/2005 | 53670 | $252.23 |
| Delphi Chassis | 38535 | 550000852 | 9/26/2005 | 53688 | $175.35 |
| Delphi Chassis | 38557 | 550000852 | 9/27/2005 | 53715 | $526.05 |
| Delphi Chassis | 38574 | 550003605 | 9/28/2005 | 53742 | $278.70 |
| Delphi Chassis | 38573 | 550000852 | 9/28/2005 | 53756 | $87.68 |
| Delphi Chassis | 38600 | 550000852 | 9/29/2005 | 53794 | $175.35 |
| Delphi Chassis | 38623 | 550000852 | 9/30/2005 | 53857 | $175.35 |
| Delphi Chassis | 38646 | 550003605 | 10/3/2005 | 53860 | $205.82 |

12/29/2005

Delphi Automotive Systems Open Item Statement due to Bankruptcy

| Customer | Bill of Lading | Purchase Order | Date | Invoice Number | Amount |
|---|---|---|---|---|---|
| Delphi Chassis | 38649 | 550003605 | 10/3/2005 | 53864 | $278.70 |
| Delphi Chassis | 38663 | 550003605 | 10/4/2005 | 53881 | $348.37 |
| Delphi Chassis | 38662 | 550000852 | 10/4/2005 | 53897 | $263.03 |
| Delphi Chassis | 538682 | 550003605 | 10/5/2005 | 53911 | $139.35 |
| Delphi Chassis | 38703 | 550003605 | 10/6/2005 | 53934 | $200.47 |
| Delphi Chassis | 38711 | 550003605 | 10/7/2005 | 53962 | $433.43 |
| | | | | | |
| | | | Delphi Chassis | Subtotal | $21,907.16 |
| | | | | | |
| | | | | | |
| | | | | | |
| Delphi Interior | 38059 | 550022119 | 8/17/2005 | 52909 | $184.72 |
| Delphi Interior | 38128 | 550022118 | 8/23/2005 | 53011 | $53.27 |
| Delphi Interior | 38146 | 550022119 | 8/24/2005 | 53039 | $184.72 |
| Delphi Interior | 38197 | 550022118 | 8/29/2005 | 53116 | $241.95 |
| Delphi Interior | 38197 | 550022118 | 8/29/2005 | 53119 | $53.27 |
| Delphi Interior | 38233 | 550022119 | 8/31/2005 | 53176 | $92.36 |
| Delphi Interior | 38246 | 550022118 | 9/1/2005 | 53204 | $53.27 |
| Delphi Interior | 38292 | 550022119 | 9/7/2005 | 53280 | $92.36 |
| Delphi Interior | 38293 | 550022118 | 9/7/2005 | 53284 | $53.27 |
| Delphi Interior | 38337 | 550022118 | 9/9/2005 | 53343 | $241.95 |
| Delphi Interior | 38393 | 550022119 | 9/14/2005 | 53440 | $92.36 |
| Delphi Interior | 38449 | 550022118 | 9/19/2005 | 53528 | $53.27 |
| Delphi Interior | 38474 | 550022119 | 9/21/2005 | 53582 | $184.72 |
| Delphi Interior | 38519 | 550022118 | 9/23/2005 | 53638 | $53.27 |
| Delphi Interior | 38575 | 550022119 | 9/28/2005 | 53721 | $92.36 |
| Delphi Interior | 38598 | 550022118 | 9/29/2005 | 53759 | $241.95 |
| Delphi Interior | 38598 | 550022118 | 9/29/2005 | 53766 | $53.27 |
| Delphi Interior | 38683 | 550022119 | 10/5/2005 | 53902 | $177.33 |
| Delphi Interior | 38684 | 550022118 | 10/5/2005 | 53903 | $53.27 |
| | | | | | |
| | | | Delphi Interior | Subtotal | $2,252.94 |
| | | | | | |
| | | | | | |
| | | | | | |
| Delphi Saginaw | 37876 | SAG90I2400 | 7/28/2005 | 52629 | $558.75 |
| Delphi Saginaw | 37876 | SAG90I2400 | 7/28/2005 | 52642 | $680.75 |
| Delphi Saginaw | 37890 | SAG90I2400 | 7/29/2005 | 52663 | $720.42 |
| Delphi Saginaw | 37890 | SAG90I2400 | 7/29/2005 | 52667 | $680.75 |
| Delphi Saginaw | 37902 | SAG90I2400 | 8/1/2005 | 52678 | $558.75 |
| Delphi Saginaw | 37902 | SAG90I2400 | 8/1/2005 | 52679 | $1,361.50 |
| Delphi Saginaw | 37911 | SAG90I2400 | 8/2/2005 | 52695 | $558.75 |
| Delphi Saginaw | 37911 | SAG90I2400 | 8/2/2005 | 52696 | $680.75 |
| Delphi Saginaw | 37925 | SAG90I2400 | 8/4/2005 | 52720 | $558.75 |
| Delphi Saginaw | 37925 | SAG90I2400 | 8/4/2005 | 52722 | $680.75 |
| Delphi Saginaw | 37932 | SAG90I2400 | 8/4/2005 | 52735 | $440.30 |
| Delphi Saginaw | 37932 | SAG90I2400 | 8/4/2005 | 52738 | $680.75 |
| Delphi Saginaw | 37944 | SAG90I2400 | 8/5/2005 | 52753 | $1,361.50 |
| Delphi Saginaw | 37951 | SAG90I2400 | 8/8/2005 | 52759 | $1,361.50 |
| Delphi Saginaw | 37975 | SAG90I2400 | 8/9/2005 | 52784 | $1,554.44 |
| Delphi Saginaw | 37975 | SAG90I2400 | 8/9/2005 | 52789 | $680.75 |
| Delphi Saginaw | 37992 | SAG90I2400 | 8/10/2005 | 52818 | $1,361.50 |
| Delphi Saginaw | 38001 | SAG90I2400 | 8/11/2005 | 52840 | $680.75 |
| Delphi Saginaw | 38017 | SAG90I2400 | 8/12/2005 | 52857 | $1,490.00 |
| Delphi Saginaw | 38012 | SAG90I2400 | 8/12/2005 | 52860 | $680.75 |
| Delphi Saginaw | 38020 | SAG90I2400 | 8/15/2005 | 52872 | $1,318.28 |

12/29/2005

Delphi Automotive Systems Open Item Statement due to Bankruptcy

| Customer | Bill of Lading | Purchase Order | Date | Invoice Number | Amount |
|----------|----------------|----------------|------|----------------|--------|
| Delphi Saginaw | 38028 | SAG90I2400 | 8/15/2005 | 52873 | -$1,490.00 |
| Delphi Saginaw | 38034 | SAG90I2400 | 8/15/2005 | 52874 | $588.18 |
| Delphi Saginaw | 38034 | SAG90I2400 | 8/15/2005 | 52875 | $1,361.50 |
| Delphi Saginaw | 38052 | SAG90I2400 | 8/16/2005 | 52899 | $2,252.14 |
| Delphi Saginaw | 38052 | SAG90I2400 | 8/16/2005 | 52900 | $1,361.50 |
| Delphi Saginaw | 38069 | SAG90I2400 | 8/17/2005 | 52926 | $680.75 |
| Delphi Saginaw | 38081 | SAG90I2400 | 8/18/2005 | 52945 | $558.75 |
| Delphi Saginaw | 68081 | SAG90I2400 | 8/18/2005 | 52947 | $680.75 |
| Delphi Saginaw | 38095 | SAG90I2400 | 8/19/2005 | 52967 | $485.74 |
| Delphi Saginaw | 38095 | SAG90I2400 | 8/19/2005 | 52971 | $1,361.50 |
| Delphi Saginaw | 38114 | SAG90I2400 | 8/22/2005 | 52999 | $680.75 |
| Delphi Saginaw | 38132 | SAG90I2400 | 8/23/2005 | 53022 | $1,966.80 |
| Delphi Saginaw | 38132 | SAG90I2400 | 8/23/2005 | 53025 | $680.75 |
| Delphi Saginaw | 38168 | SAG90I2400 | 8/25/2005 | 53071 | $1,117.50 |
| Delphi Saginaw | 38168 | SAG90I2400 | 8/25/2005 | 53083 | $745.00 |
| Delphi Saginaw | 38183 | SAG90I2400 | 8/26/2005 | 53105 | $1,876.96 |
| Delphi Saginaw | 38183 | SAG90I2400 | 8/26/2005 | 53112 | $1,153.26 |
| Delphi Saginaw | 38198 | SAG90I2400 | 8/29/2005 | 53134 | $372.50 |
| Delphi Saginaw | 38223 | SAG90I2400 | 8/30/2005 | 53157 | $680.75 |
| Delphi Saginaw | 38224 | SAG90I2400 | 8/30/2005 | 53158 | $3,403.75 |
| Delphi Saginaw | 38238 | SAG90I2400 | 8/31/2005 | 53190 | $1,434.21 |
| Delphi Saginaw | 38238 | SAG90I2400 | 8/31/2005 | 53194 | $1,690.78 |
| Delphi Saginaw | 38247 | SAG90I2400 | 9/1/2005 | 53220 | $745.00 |
| Delphi Saginaw | 38259 | SAG90I2400 | 9/2/2005 | 53242 | $558.75 |
| Delphi Saginaw | 38280 | SAG90I2400 | 9/6/2005 | 53272 | $3,403.75 |
| Delphi Saginaw | 38280 | SAG90I2400 | 9/6/2005 | 53277 | $745.00 |
| Delphi Saginaw | 38296 | SAG90I2400 | 9/7/2005 | 53294 | $680.75 |
| Delphi Saginaw | 38296 | SAG90I2400 | 9/7/2005 | 53308 | $745.00 |
| Delphi Saginaw | 38313 | SAG90I2400 | 9/8/2005 | 53326 | $680.75 |
| Delphi Saginaw | 38313 | SAG90I2400 | 9/8/2005 | 53339 | $558.75 |
| Delphi Saginaw | 38338 | SAG90I2400 | 9/9/2005 | 53355 | $1,361.50 |
| Delphi Saginaw | 38338 | SAG90I2400 | 9/9/2005 | 53374 | $450.73 |
| Delphi Saginaw | 38365 | SAG90I2400 | 9/12/2005 | 93390 | $1,361.50 |
| Delphi Saginaw | 38365 | SAG90I2400 | 9/12/2005 | 53399 | $1,045.61 |
| Delphi Saginaw | 38372 | SAG90I2400 | 9/13/2005 | 53421 | $680.75 |
| Delphi Saginaw | 38372 | SAG90I2400 | 9/13/2005 | 53433 | $745.00 |
| Delphi Saginaw | 38397 | SAG90I2400 | 9/14/2005 | 53454 | $1,361.50 |
| Delphi Saginaw | 38397 | SAG90I2400 | 9/14/2005 | 53468 | $745.00 |
| Delphi Saginaw | 38417 | SAG90I2400 | 9/15/2005 | 53486 | $680.75 |
| Delphi Saginaw | 38417 | SAG90I2400 | 9/15/2005 | 53498 | $745.00 |
| Delphi Saginaw | 38433 | SAG90I2400 | 9/16/2005 | 53510 | $1,361.50 |
| Delphi Saginaw | 38431 | SAG90I2400 | 9/16/2005 | 53519 | -$745.00 |
| Delphi Saginaw | 38433 | SAG90I2400 | 9/16/2005 | 53520 | $1,490.00 |
| Delphi Saginaw | 38450 | SAG90I2400 | 9/19/2005 | 53537 | $1,361.50 |
| Delphi Saginaw | 38450 | SAG90I2400 | 9/19/2005 | 53546 | $783.00 |
| Delphi Saginaw | 38465 | SAG90I2400 | 9/20/2005 | 53568 | $294.08 |
| Delphi Saginaw | 38465 | SAG90I2400 | 9/20/2005 | 53574 | $656.72 |
| Delphi Saginaw | 38480 | SAG90I2400 | 9/21/2005 | 53588 | $186.25 |
| Delphi Saginaw | 38479 | SAG90I2400 | 9/21/2005 | 53598 | $745.00 |
| Delphi Saginaw | 38501 | SAG90I2400 | 9/22/2005 | 53608 | $186.25 |
| Delphi Saginaw | 38499 | SAG90I2400 | 9/22/2005 | 53616 | $2,308.56 |
| Delphi Saginaw | 38499 | SAG90I2400 | 9/22/2005 | 53626 | $931.25 |
| Delphi Saginaw | 38520 | SAG90I2400 | 9/23/2005 | 53651 | $558.75 |
| Delphi Saginaw | 38538 | SAG90I2400 | 9/26/2005 | 53660 | $186.25 |
| Delphi Saginaw | 38539 | SAG90I2400 | 9/26/2005 | 53678 | $745.00 |
| Delphi Saginaw | 38555 | SAG90I2400 | 9/27/2005 | 53712 | $1,174.12 |

12/29/2005

Delphi Automotive Systems Open Item Statement due to Bankruptcy

| Customer | Bill of Lading | Purchase Order | Date | Invoice Number | Amount |
|---|---|---|---|---|---|
| Delphi Saginaw | 38576 | SAG90I2400 | 9/28/2005 | 53724 | $372.50 |
| Delphi Saginaw | 38577 | SAG90I2400 | 9/28/2005 | 53731 | $6,931.67 |
| Delphi Saginaw | 38577 | SAG90I2400 | 9/28/2005 | 53750 | $745.00 |
| Delphi Saginaw | 38601 | SAG90I2400 | 9/29/2005 | 53768 | $186.25 |
| Delphi Saginaw | 38602 | SAG90I2400 | 9/29/2005 | 53786 | $745.00 |
| Delphi Saginaw | 38624 | SAG90I2400 | 9/30/2005 | 53849 | $745.00 |
| Delphi Saginaw | 38650 | SAG90I2400 | 10/3/2005 | 53861 | $186.25 |
| Delphi Saginaw | 38651 | SAG90I2400 | 10/3/2005 | 53865 | $745.00 |
| Delphi Saginaw | 38702 | SAG90I2400 | 10/6/2005 | 53924 | $680.75 |
| Delphi Saginaw | 38701 | SAG90I2400 | 10/6/2005 | 53931 | $2,042.25 |
| Delphi Saginaw | 38716 | SAG90I2400 | 10/7/2005 | 53960 | $680.75 |
| | | | | | |
| | | | Delphi Saginaw | Subtotal | $85,873.00 |
| | | | | | |
| | | | | | |
| | | | | Grand Total | $110,033.10 |

12/29/2005

# DELPHI
## Automotive Systems

Energy & Chassis Systems

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy  MI  48098

**Requirements Contract**

| | |
|---|---|
| PO Number 550005246 | Date Issued 03/14/2002 |
| Version 07/10/2002 15:12:41 | |

**Please deliver to:**
   **See Delivery Schedule**

ATLAS PRESSED METALS
P.O. Box P
DU BOIS  PA  15801

Vendor No:  1001126
DUNS No:   030067367

**Payment Terms:** ZMN    **Currency:** USD
Settled on 2nd Day, 2nd Month

**Incoterms:** FOB Freight Collect

### See Attached for Delphi Automotive Systems General Terms and Conditions

\* \* \* *Incoterms changed*
\* \* \* *Schedule lines changed*
\* \* \* *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 18004057 SLEEVE-BOLT RETAINING BOLT RETAINING SLEEVE | DELPHI E & C WISCONSIN |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 02/01/1999 | 12/31/1999 | USD | 68.03 | 1,000 | PC |
| 01/01/2000 | 12/31/2000 | USD | 65.23 | 1,000 | PC |
| 01/01/2001 | 12/31/2003 | USD | 61.10 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\* \* \* *Condition record changed*

**Notes:**
This Contract replaces previous contract # --.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This contract sets forth the exclusive terms and conditions under which seller shall sell and buyer shall purchase the goods or services described in the line item detail of this contract for the period(s) specified therein. Terms and conditions proposed by seller which are different from or in addition to the provisions of this contract are unacceptable to buyer, are expressly rejected by buyer, and shall not become a part of this contract. Any modification of this contract shall be made only in accordance with the provisions of paragraph 29 of the general terms and conditions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller grants to Buyer access to all pertinent information, including, but not limited to, books, records, payroll data, receipts, correspondence and other documents

Purchasing Contact: Walter, Matt

Phone:  248-813-4353

Fax:  248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

# DELPHI

## Automotive Systems

Energy & Chassis Systems

Page  2  of  2

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

### Requirements Contract

PO Number
550005246
Version
07/10/2002 15:12:41

Date Issued
03/14/2002

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

for the purpose of auditing seller's charges under this contract. Seller will preserve these documents for a period of 1 year after the final payment under this contract. In addition, all work, materials, inventories and other items provided under this contract must be accessible to Buyer, including, but not limited to, parts, tools, fixtures, gauges and models. Seller will segregate its records and otherwise cooperate with Buyer so as to facilitate the audit.
********************

Delphi Automotive Systems requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing material.

Please refer to Delphi's website: www.delphiauto.com then Suppliers/Project Vega/Supplier Requirements, for additional information.
********************

********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphiauto.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any add
itions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************
Title to goods shall transfer from seller to buyer upon arrival at Delphi's consuming plant.
********************

Material No. 18004057 (Item 10) formerly on Requirements Contract 550001236.

# DELPHI
## Automotive Systems

Energy & Chassis Systems

Page  1  of 3

Buyer:

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy  MI  48098

### Requirements Contract

| | |
|---|---|
| PO Number<br>550000852<br>Version<br>10/18/2002  08:05:56 | Date Issued<br>06/02/1999 |

**Please deliver to:**
**See Delivery Schedule**

ATLAS PRESSED METALS
P.O. Box P
DU BOIS  PA  15801

Vendor No:  1001126
DUNS No:  030067367

**Payment Terms:** ZMN2        **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

**See Attached for Delphi Automotive Systems General Terms and Conditions**

*** *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 3495578 | DELPHI E &  C CHIHUAHUA |

**PIN-PRIM**
BRAKE PIN
***THIS AMENDMENT CHANGES VALIDITY
PERIOD***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/20/1997 | 08/01/2004 | USD | 30.86 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

*** *Text changed*

| 00020 | 18025266 | DELPHI E &  C CHIHUAHUA |
|---|---|---|

**BEARING-SPHERICAL**
BEARING
***THIS AMENDMENT CHANGES VALIDITY
PERIOD***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/15/1996 | 03/26/1999 | USD | 35.00 | 1,000 | PC |
| 03/27/1999 | 07/31/1999 | USD | 50.10 | 1,000 | PC |
| 08/01/1999 | 08/01/2004 | USD | 50.10 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

*** *Text changed*

Notes:
This Contract replaces previous contract #  1510091.

Purchasing Contact: Walter, Matt

Phone:  248-813-4353

Fax:  248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY  MI  48098-2815

Date and Time Printed:   10/18/2002 08:05:56

# DELPHI
## Automotive Systems

Energy & Chassis Systems

Page 2 of 3

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550000852 | 06/02/1999 |
| Version | |
| 10/18/2002 08:05:56 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

## Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This contract sets forth the exclusive terms and conditions under which seller shall sell and buyer shall purchase the goods or services described in the line item detail of this contract for the period(s) specified therein. Terms and conditions proposed by seller which are different from or in addition to the provisions of this contract are unacceptable to buyer, are expressly rejected by buyer, and shall not become a part of this contract. Any modification of this contract shall be made only in accordance with the provisions of paragraph 29 of the general terms and conditions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller grants to Buyer access to all pertinent information, including, but not limited to, books, records, payroll data, receipts, correspondence and other documents for the purpose of auditing seller's charges under this contract. Seller will preserve these documents for a period of 1 year after the final payment under this contract. In addition, all work, materials, inventories and other items provided under this contract must be accessible to Buyer, including, but not limited to, parts, tools, fixtures, gauges and models. Seller will segregate its records and otherwise cooperate with Buyer so as to facilitate the audit.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All goods and services supplied by Seller shall be year 2000 compliant and compatible, and shall function without error or fault in the processing (including, but not limited to calculating, managing, manipulating, comparing and sequencing) of date and date related data, for the years 2000 and beyond. At Buyer's request, Seller shall certify in writing its compliance with the foregoing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at Delphi's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DELPHI AUTOMOTIVE SYSTEMS REQUIRES SUPPLIERS OF PRODUCTIVE
MATERIAL BE CAPABLE OF COMMUNICATING MATERIAL FORECASTS,
MATERIAL SCHEDULES, SHIPPING NOTICES AND ASSOCIATED INFORMATION
THROUGH ELECTRONIC DATA INTERCHANGE (EDI). TO INSURE THAT
EDI COMMUNICATIONS ARE ACCURATE AND EFFECTIVE, EACH PRODUCTIVE
MATERIAL SUPPLIER WILL BE REQUIRED TO BECOME EDI CERTIFIED BY
EXHIBITING THEIR ABILITY TO SEND AND/OR RECEIVE THE APPROPRIATE
EDI MESSAGES IN ACCORDANCE WITH APPLICABLE STANDARDS
PRIOR TO PROVIDING PRODUCTIVE MATERIAL. EDI CERTIFICATION WILL
BE CONDUCTED AND COORDINATED BY THE EDI COMPETENCY ORGANIZATION.

AN INTERNET ELECTRONIC FORM ALTERNATIVE SOLUTION IS INTENDED TO
PROVIDE RELIEF IN SITUATIONS WHERE ESTABLISHING AN IN-HOUSE EDI
CAPABILITY IS A HARDSHIP FOR A SUPPLIER PROVIDING LIMITED MATERIAL.

PLEASE REFER TO DELPHI'S WEBSITE: www.delphiauto.com THEN SUPPLIERS/
PROJECT VEGA/SUPPLIER REQUIREMENTS, FOR ADDITIONAL INFORMATION.

THE ATTACHED TERMS AND CONDITIONS DATED 6/24/99 APPLY TO THIS DOCUMENT.
IF THEY ARE NOT ATTACHED, CONTACT THE BUYER.

10/19/99 - ALTERATION TO CHANGE PRICE ON MATERIAL 18025266 (ITEM 20)

03/08/00 - Attached is a complete reprint of your existing

# DELPHI
## Automotive Systems

Energy & Chassis Systems

Page 3 of 3

ATLAS PRESSED METALS
P.O. Box P
DU BOIS  PA  15801

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550000852 | 06/02/1999 |
| Version | |
| 10/18/2002 08:05:56 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued:

Requirement Contract.  Please note the TERMS &
CONDITIONS date has been revised (content has
not been changed) and copy is enclosed.

5-2-00  Change terms of payment from Z025 Net 25th Prox to ZMN2 Payment
    settled on 2nd, 2nd Month.

04/23/01 - Alteration to change buyer from Jacqueline Porter
    to Ken Sager.

05/29/01 - Alteration to extend Requirements Contract.

08/08/02 - Alteration to extend REQUIREMENTS CONTRACT.

10/18/02 - Alteration to extend REQUIRMENTS CONTRACT. slh

# DELPHI
Energy & Chassis Systems

Page   1  of  3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550003605 | 01/19/2001 |
| Version | |
| 10/18/2004 14:27:47 | |

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

Vendor No:  1001126
DUNS No:  030067367

**Payment Terms:** ZMN2   **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00030 | 22199008 | H301 DELPHI E & C   KETTERING |

RETAINER SPACER
***THIS AMENDMENT EXTENDS ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/19/2001 | 12/31/2002 | USD | 46.87 | 1,000 | PC |
| 01/01/2003 | 12/31/2003 | USD | 45.46 | 1,000 | PC |
| 01/01/2004 | 12/31/2006 | USD | 44.10 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 22199009 | H301 DELPHI E & C   KETTERING |
|---|---|---|

RETAINER SPACER
***THIS AMENDMENT EXTENDS ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/19/2001 | 12/31/2002 | USD | 52.06 | 1,000 | PC |
| 01/01/2003 | 12/31/2003 | USD | 50.50 | 1,000 | PC |
| 01/01/2004 | 12/31/2006 | USD | 48.98 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

*Copy Sales*
*11/22/04*

Purchasing Contact: Walter, Matt

Phone:  248-813-4353

Fax:  248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   10/18/2004 14:27:47

# DELPHI

Energy & Chassis Systems

Page  2  of  3

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550003605 | 01/19/2001 |
| Version | |
| 10/18/2004 14:27:47 | |

| Item No. | Material No. Description | Plant |
|---|---|---|
| 000040 | 22199016 | H301 DELPHI E & C   KETTERING |

**RETAINER SPACER**
***THIS AMENDMENT EXTENDS ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/19/2001 | 12/31/2002 | USD | 59.24 | 1,000 | PC |
| 01/01/2003 | 12/31/2003 | USD | 57.46 | 1,000 | PC |
| 01/01/2004 | 12/31/2006 | USD | 55.74 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00010 | 22199231 | | H301 DELPHI E & C   KETTERING |
|---|---|---|---|

**INTAKE RETAINER**
***THIS AMENDMENT EXTENDS ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/19/2001 | 12/31/2002 | USD | 107.23 | 1,000 | PC |
| 01/01/2003 | 12/31/2003 | USD | 104.01 | 1,000 | PC |
| 01/01/2004 | 12/31/2006 | USD | 100.89 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

## Notes

This Contract replaces previous contract #  N/A.
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written

# DELPHI_____ Energy & Chassis Systems

Page  3  of  3

ATLAS PRESSED METALS
P.O. Box P
DU BOIS  PA  15801

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550003605 | 01/19/2001 |
| Version | |
| 10/18/2004 14:27:47 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes Continued

form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such amounts are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

04/05/01 - Alteration to add Material No. 22199009 (Item 20).

04/24/01 - Alteration to change buyer from Jacquline Porter to Ken Sager.

05/09/01 - Alteration to change price on Material No. 22199009 (Item 20).  Add Material Nos. 22199008 (Item 30) and 22199010 (Item 40).

10/18/04 - Alteration to extend REQUIREMENTS CONTRACT.  dmp

# DELPHI

Delphi Thermal and Interior

Page 1 of 3

Buyer:

DELPHI
SAFETY & INTERIOR SYSTEMS
1401 CROOKS RD.
TROY MI 48084-7106

## Requirements Contract

PO Number
550022118
Version
12/21/2004  09:23:15

Date Issued
01/01/2003

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

Vendor No:  1001126
DUNS No:   030067367

## Payment Terms          Currency  USD

Payment settled on 2nd, 2nd Month

## Incoterms  FOB FREIGHT COLLECT

ORDER RECEIVED _____ 2/7/05

POST ORDER ENTRY _____ Caiw 2/8/05

ENTER PROD. SCH. _____ Caiw 2/8/05

ACKNOWLEDGE SENT _____ N/A

Copy Sales
2/8/05

| Item No. / Material No. Description | Plant |
|---|---|

00010   16641615                                RD01 DELPHI S & I COLUMBUS

MOTOR SHAFT BEARING

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2003 | 12/31/2003 | USD | 55.49 | 1,000 | PC |
| 01/01/2004 | 12/31/2005 | USD | 53.27 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

00040   16642261                                RD01 DELPHI S & I COLUMBUS

SPACER

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2003 | 12/31/2003 | USD | 48.39 | 1,000 | PC |
| 01/01/2004 | 12/31/2005 | USD | 48.39 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

Purchasing Contact: McCracken, Dave

Phone:  248-655-8815

Fax:  248-655-8350

Contact Address:

Delphi Safety & Interior Systems
1401 Crooks Road,
TROY MI 48084

1/5/05
Done in my absence
while on vacation

Date and Time Printed:  12/21/2004  09:23:15

# DELPHI

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

**Requirements Contract**

PO Number                                  Date Issued
550022118                                  01/01/2003
Version
12/21/2004 09:23:15

| Item No.   Material No.   Description | Plant |
|---|---|

**Notes Continued**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

ATLAS PRESSED METALS
P.O. Box.P
DU BOIS  PA .15801

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550022118 | 01/01/2003 |
| Version | |
| 12/21/2004 09:23:15 | |

**Item No.   Material No.   Description   Plant**

**Notes Contract**

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

# DELPHI

Delphi Thermal and Interior

Page 1 of 2

**Buyer:**
DELPHI
SAFETY & INTERIOR SYSTEMS
1401 CROOKS RD.
TROY MI 48084-7106

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550022119 | 01/01/2003 |
| Version | |
| 12/21/2004 07:35:22 EST | |

**Deliver to:**
DELPHI S&I VANDALIA
250 NORTHWOODS BLVD
VANDALIA OH 45377

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

Vendor No: 1001126
DUNS No: 030067367

**Payment Terms**   ZN2   **Currency**   USD
Payment settled on 2nd, 2nd Month

**Incoterms** FOB FREIGHT COLLECT

ORDER RECEIVED _____ 2/7/05
POST ORDER ENTRY   _Qaw 2/8/05_
... PROD. SCH.   _Qaw 2/8/05_
...OWLEDGE SENT   N/A

_Copy Sales 2/8/05_

| Item No. | Material No. Description | | | | Plant | | |
|---|---|---|---|---|---|---|---|
| 00010 | 16641600 MOTOR-PINION | | | | RT01 DELPHI S & I VANDALIA | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2003 | 12/31/2005 | USD | 230.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** _Condition record changed_

**Note**

*********************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).
*********************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process

Purchasing Contact: McCracken, Dave

Phone: 248-655-8815

Fax: 248-655-8350

**Contact Address:**
Delphi Safety & Interior Systems
1401 Crooks Road,
TROY MI 48084

_CW 1/5/05_
_+ Done in my absence while on vacation_   EST

Date and Time Printed: 12/21/2004 07:35:22

# DELPHI

Delphi Thermal and Interior

Page 2 of 2

ATLAS PRESSED METALS
P.O. Box P
DU BOIS PA 15801

**Requirements Contract**

PO Number
550022119
Version
12/21/2004 07:35:22 EST

Date Issued
01/01/2003

| Item No. | Material No. Description | | Plant |
|---|---|---|---|

**Notes Continued**

(SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

************************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

************************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

************************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

ORIGINAL COPY

# DELPHI

PURCHASE ORDER                    SAG90I2400

ALTERATION 03053

CHASING LOCATION

.PHI SAGINAW STEERING SYSTEMS
.PHI CORPORATION
)0 E HOLLAND RD.
~'NAW, MI  48601-9494

ORDER ISSUE DATE: 03/11/96
JUNE 24, 2003                    H

INVOICE TO

VENDOR 225470   DUNS 030067367

ATTN    ACCOUNTS PAYABLE

SHIP TO

ATLAS PRESSED METALS
125 TOM MIX DR
)UBOIS PA            15801

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| . | | | | SA |
| | | | VIA | |

& LOCAL SALES, AX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
MIT NO 3800440

| UANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  4/15/96 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 1/01/05 ********* | | |
| PC | 26091225 | CAM, RAKE & TELE PURCHASED COMPLETE TO BLUEPRINT REV. 19A DATED  2/06/02 PER CHART      REV. 19A DTD  2/06/02 ACTIVE | 3725 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP    10000   MIN LOT SIZE | | |
| | | REF: 26091225 PRICE CHANGE THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU-NITY PORTAL AND THEN SUPPLIER STANDARDS. | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |

CONTINUED ON PAGE    2

'S NOT AN ORDER BUT CHANGES OR AMENDS URCHASE ORDER NOW IN YOUR POSSESSION

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085 EXT: 4085
FAX (989) 757-5983

ORIGINAL COPY

# DELPHI

CHASING LOCATION

PHI SAGINAW STEERING SYSTEMS
PHI CORPORATION
0 E HOLLAND RD.
NAW, MI   48601-9494

| PURCHASE ORDER | SAG90I2400 |
| --- | --- |
| ALTERATION | 03053 |

ORDER ISSUE DATE: 03/11/96
JUNE 24, 2003

VENDOR 225470   DUNS 030067367

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

ATLAS PRESSED METALS
125 TOM MIX DR
DUBOIS PA            15801

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | VIA | SA |

& LOCAL SALES, TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
MIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFORMATION", & THEN "DGP" SUPPLIER GUIDELINES ATTACHMENT C GENERAL TERMS & CONDITIONS"). SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR | | |

CONTINUED ON PAGE   3

S IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085 EXT: 4085
FAX (989) 757-5983

PAGE   2

ORIGINAL COPY

# DELPHI

RCHASING LOCATION

LPHI SAGINAW STEERING SYSTEMS
LPHI CORPORATION
QO E HOLLAND RD.
NAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2400 |
|---|---|

ALTERATION 03053

ORDER ISSUE DATE: 03/11/96
JUNE 24, 2003

VENDOR 225470   DUNS 030067367

ATLAS PRESSED METALS
125 TOM MIX DR
DUBOIS PA        15801

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| E REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| 3. | | | | SA |
| | | | VIA | |

& LOCAL SALES, TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
RMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | |

S IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
  SENIOR BUYER
PHONE: (989) 757-4085 EXT: 4085
FAX (989) 757-5983

PAGE        3

# DELPHI

ORIGINAL COPY

CHASING LOCATION

PHI SAGINAW STEERING SYSTEMS
PHI CORPORATION
O E HOLLAND RD.
JNAW, MI  48601-9494

PURCHASE ORDER          SAG90I2400
ALTERATION 03056

ORDER ISSUE DATE: 03/11/96
                  JUNE 24, 2003          H

VENDOR 225470   DUNS 030067367

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

TLAS PRESSED METALS
25 TOM MIX DR
UBOIS PA            15801

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| | | | VIA | |

LOCAL SALES, X CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
MIT NO 3800440

| QANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE 4/15/96 AND EXPIRES 12/31/06. | | |
| | ********* | THE FOLLOWING HAS BEEN CHANGED TO READ: THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26091226 | TEETH, RAKE & TELE PURCHASED COMPLETE TO BLUEPRINT REV. 12B DATED 11/27/01 PER CHART      REV. 12B DTD 11/27/01 ACTIVE | 2725 PC | |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP   10000   MIN LOT SIZE | | |
| | | REF: 26091226 PRICE CHANGE THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU- NITY PORTAL AND THEN SUPPLIER STANDARDS. | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |

CONTINUED ON PAGE   2

IS NOT AN ORDER BUT CHANGES OR AMENDS URCHASE ORDER NOW IN YOUR POSSESSION

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085 EXT: 4085
FAX (989) 757-5983

PAGE   1

ORIGINAL COPY

# DELPHI

| PURCHASE ORDER | SAG90I2400 |
| --- | --- |

ALTERATION 03056

CHASING LOCATION

.PHI SAGINAW STEERING SYSTEMS
.PHI CORPORATION
)0 E HOLLAND RD.
~NAW, MI  48601-9494

ORDER ISSUE DATE: 03/11/96
JUNE 24, 2003

VENDOR 225470   DUNS 030067367

| INVOICE TO |
| --- |
| ATTN:   ACCOUNTS PAYABLE |

TLAS PRESSED METALS
25 TOM MIX DR
UBOIS PA   .                    15801

| SHIP TO |
| --- |

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | SA |
| | | | VIA | |

& LOCAL SALES,  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
AX CODES
MIT NO 3800440

| UANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIP- PING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELEC- TRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT").  A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, & ADDITIONAL INFOR- MATION", & THEN "DGP" SUPPLIER GUIDE- LINES ATTACHMENT C GENERAL TERMS & CON- DITIONS"). SELLER ADKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. . IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE' WORK OR | | |

CONTINUED ON PAGE   3

; IS NOT AN ORDER BUT CHANGES OR AMENDS
URCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
 SENIOR BUYER
PHONE: (989) 757-4085 EXT: 4085
FAX (989) 757-5983

PAGE    2

ORIGINAL COPY

# DELPHI

HASING LOCATION
PHI SAGINAW STEERING SYSTEMS
PHI CORPORATION
0 E HOLLAND RD.
INAW, MI  48601-9494

PURCHASE ORDER            SAG90I2400
ALTERATION 03056

ORDER ISSUE DATE: 03/11/96
JUNE 24, 2003            H

VENDOR 225470    DUNS 030067367

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

TLAS PRESSED METALS
25 TOM MIX DR
JBOIS PA            15801

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
|  |  |  |  | SA |
|  |  |  | VIA |  |

LOCAL SALES, X CODES    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
1IT NO 3800440

| ANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
|  |  | SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF., OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT. TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. |  |  |

IS NOT AN ORDER BUT CHANGES OR AMENDS
JRCHASE ORDER NOW IN YOUR POSSESSION.

J. UHL,
SENIOR BUYER
PHONE: (989) 757-4085 EXT: 4085
FAX (989) 757-5983

PAGE    3

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52475 | 07/20/05 | 550000852 | 25685-75 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH  45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274680 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3,500 | 18025266      Rev 07   B/L# 037783 | 50.10 /M | 175.35 |
| | Amount Due---> | | 175.35 |
| | 2   CARTONS        58   POUNDS      ** COMPLETE ** | | |

FILE COPY

# ATLAS

INVOICE

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52492 | 07/21/05 | 550000852 | 25685-76 |

**SOLD TO**
DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**
34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH 45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER   FAX 686274691 | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,250   18025266 | Rev 07   B/L# 037802 | 50.10 /M | 263.03 |
| | Amount Due--> | | 263.03 |

3  CARTONS          87  POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**ATLAS PRESSED METALS** · 125 Tom Mix Drive · P.O. Box P · DuBois, PA 15801 · (814) 371-4800 · FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52521 | 07/22/05 | 550000852 | 25685-77 |

**SOLD TO**
DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**
34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH  45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER   PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 8,750 | 18025266          Rev 07   B/L# 037815 | 50.10 /M | 438.38 |
| | Amount Due--> | | 438.38 |

5   CARTONS          145   POUNDS          ** COMPLETE **

FILE COPY

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52625 | 07/28/05 | 550000852 | 25685-78 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI 48801-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH 45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274702 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3,500 | 18025266          Rev 07    E/L# 037877 | 50.10 /M | 175.35 |
| | Amount Due---> | | 175.35 |
| 2    CARTONS | 58    POUNDS | COMPLETE | |

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52629 | 07/28/05 | SAG9012400 | 25943-80 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI 48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI 48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,500 | 26091225          Rev 20A  B/L# 037876 | 372.50 /M | 558.75 |
| | Amount Due --> | | 558.75 |
| | | | |
| 3  CARTONS          96  POUNDS      ** COMPLETE ** | | | |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52642 | 07/28/05 | SAG9012400 | 26147-34 |

**SOLD TO**
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI 48601-9494

**SHIPPED TO**
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI 48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 2,500 | 26091226 | Rev 13B B/L# 037876 | 272.30 /M | 680.75 |
| | | Amount Due--> | | 680.75 |

1 CARTONS        29 POUNDS    ** COMPLETE **

FILE COPY

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52659 | 07/29/05 | 550000852 | 25685-79 |

**SOLD TO**
```
DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550
```

**SHIPPED TO**
```
34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH  45069
```

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 8,750  18025266 | Rev 07  B/L# 037891 | 50.10 /M | 438.38 |
| | Amount Due---> | | 438.38 |

|  |  |  |
|---|---|---|
| 5  CARTONS | 145  POUNDS | *** COMPLETE ** |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52663 | 07/29/05 | SAG90I2400 | 25943-81 |

**SOLD TO:**
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI 48601-9494

**SHIPPED TO:**
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI 48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,934 | 26091225    Rev 20A    B/L# 037890 | 372.50 /M | 720.42 |
| | Amount Due--> | | 720.42 |
| 4 CARTONS | 123 POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52667 | 07/29/06 | SAG90T2400 | 26147-35 |

**SOLD TO**
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500 | 26091226          Rev 13B  B/L# 037890 | 272.30 /M | 680.75 |
| | Amount Due--> | | 680.75 |

1.  CARTONS          29  POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52695 | 08/02/05 | SAG90I2400 | 25943-83 |

**SOLD TO**
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1,500 | 26091225 | Rev 20A  B/L# 037911 | 372.50 /M | 558.75 |
| | | Amount Due---> | | 558.75 |
| 3 | CARTONS | 96 POUNDS     ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52696 | 08/02/05 | SAG9012400 | 26147-37 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  26091226 | Rev 13B  B/L# 037911 | 272.30 /M | 680.75 |
| | Amount Due--> | | 680.75 |
| 1    CARTONS | 29    POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

INVOICE

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52678 | 08/01/05 | SAG9012400 | 25943-82 |

**SOLD TO**
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA   NET 30 DAYS | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,500 | 26091225          Rev 20A  B/L# 037902 | 372.50 /M | 558.75 |
| | Amount Due ---> | | 558.75 |

3  CARTONS          96  POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52679 | 08/01/05 | SAG9012400 | 26147-36 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI 48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI 48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000  26091226 | Rev 13B  E/L# 037902 | 272.30 /M | 1,361.50 |
| | Amount Due---> | | 1,361.50 |

2  CARTONS        58  POUNDS        ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52730 | 08/03/05 | SAG90I340B | 25943-84 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 396 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,500   26091225 | Rev 20A  B/L# 037925 | 372.50 /M | 558.75 |
| | Amount Due--> | | 558.75 |

3   CARTONS        96   POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52751 | 08/05/05 | 550000852 | 25685-81 |

**SOLD TO**
DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**
34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAK
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH 45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274713 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3,500 | 18025266     Rev 07   B/L# 037945 | 50.10 /M | 175.35 |
| | Amount Due--> | | 175.35 |

2 CARTONS        58 POUNDS    ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52722 | 08/03/05 | SAG99I2400 | 26147-38 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  26091226 | Rev 13B  B/L# 037925 | 272.30 /M | 680.75 |
| | Amount Due--> | | 680.75 |

1   CARTONS        29   POUNDS     ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52730 | 08/04/05 | 550000852 | 25685-80 |

**SOLD TO**

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**

34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH 45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 7,500 | 18025266      Rev 07   B/L# 037940 | 50.10 /M | 876.75 |
| | Amount Due---> | | 876.75 |
| | 10   CARTONS      290   POUNDS   ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52735 | 08/04/05 | 8AG90T2400 | 25943-85 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,182 | 26091225      Rev 20A  B/L# 037932 | 372.50 /M | 440.30 |
| | Amount Due---> | | 440.30 |

3    CARTONS        76    POUNDS    ** PARTIAL **

FILE COPY

# **INVOICE**

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52738 | 08/04/05 | SAG9012400 | 26147-39 |

**SOLD TO**
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500 | 26091226         Rev 13B  B/L# 037932 | 272.30 /M | 680.75 |
| | Amount Due--> | | 680.75 |
| 1    CARTONS | 29  POUNDS      ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52789 | 08/09/05 | SAG9012400 | 26147-42 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA   NET 30 DAYS | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500 | 26091226       Rev 13B  B/L# 037975 | 272.30 /M | 680.75 |
| | Amount Due --> | | 680.75 |
| 1   CARTONS | 29  POUNDS     ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52805 | 08/10/05 | 550003605 | 24335-99 |

**SOLD TO**

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**

34001 DELPHI CHASSIS KETTERING
PLANT 18 GATE 4
WOODMAN DRIVE
DAYTON, OH 45420

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  22199010 | Rev 2    B/L# 037988 | 55.74 /M | 139.35 |
| | Amount Due--> | | 139.35 |

1   CARTONS         31   POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52811 | 08/10/05 | 550000852 | 25685-84 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH  45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274746 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,250  18025266 | Rev 07   B/L# 037991 | 50.10 /M | 263.03 |
| | Amount Due---> | | 263.03 |

        3   CARTONS          87   POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52818 | 08/10/05 | SAG90I2400 | 26147-43 |

**SOLD TO**

```
DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494
```

**SHIPPED TO**

```
44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601
```

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000  26091226 | Rev 13B  B/L# 037992 | 272.30 /M | 1,361.50 |
| | Amount Due---> | | 1,361.50 |
| | | | |
| 2   CARTONS | 58   POUNDS   ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52805 | 08/10/05 | 550003605 | 24335-99 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34001 DELPHI CHASSIS KETTERING<br>PLANT 18 GATE 4<br>WOODMAN DRIVE<br>DAYTON, OH  45420 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA  NET 30 DAYS | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  22199010 | Rev 2    B/L# 037988 | 55.74 /M | 139.35 |
| | Amount Due--> | | 139.35 |
| 1  CARTONS | 31  POUNDS    ** COMPLETE ** | | |

FILE COPY

**INVOICE**

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52811 | 08/10/05 | 550000852 | 25685-84 |

SOLD TO

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

SHIPPED TO

34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH  45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274746 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,250  18025266 | Rev 07   B/L# 037991 | 50.10 /M | 263.03 |
| | Amount Due --> | | 263.03 |
| 3  CARTONS | 87  POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52818 | 08/10/05 | SAG90I2400 | 26147-43 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000   26091226 | Rev 13B  B/L# 037992 | 272.30 /M | 1,361.50 |
| | Amount Due--> | | 1,361.50 |
| 2   CARTONS | 58   POUNDS     ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52823 | 08/10/05 | 550003605 | 26291-05 |

**SOLD TO**

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**

34001 DELPHI CHASSIS KETTERING
PLANT 18 GATE 4
WOODMAN DRIVE
DAYTON, OH  45420

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000  22199231 | Rev 4    B/L# 037988 | 100.89 /M | 504.45 |
| | Amount Due--> | | 504.45 |
| 2    CARTONS | 82    POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52840 | 08/11/05 | SAG90I2400 | 26147-44 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500   26091226 | Rev 13B  B/L# 038001 | 272.30 /M | 680.75 |
| | Amount Due---> | | 680.75 |
| 1   CARTONS | 29  POUNDS    ** COMPLETE ** | | |

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53054 | 08/12/05 | 550000852 | 35635-05 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH  45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 207 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 8,750  18025266 | Rev 07   B/L# 038010 | 50.10 /M | 438.38 |
| | Amount Due--> | | 438.38 |

5   CARTONS      145   POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

INVOICE

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52857 | 08/12/05 | SAG90I2400 | 25943-88 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS NDA | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4,000   26091225 | Rev 20A  B/L# 038017 | 372.50 /M | 1,490.00 |
| | Amount Due---> | | 1,490.00 |

8  CARTONS       256  POUNDS    ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52860 | 08/12/05 | SAG90I2400 | 26147-45 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  26091226 | Rev 13B  B/L# 038012 | 272.30 /M | 680.75 |
| | Amount Due--> | | 680.75 |
| 1  CARTONS | 29  POUNDS       ** COMPLETE ** | | |

FILE COPY

**INVOICE**

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52872 | 08/15/05 | SAG90T2400 | 25943-90 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI 48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI 48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS NDA | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3,539 | 26091225        Rev 20A   B/L# 038020 | 372.50 /M | 1,318.28 |
| | Amount Due--> | | 1,318.28 |
| 6 | CARTONS        194 POUNDS      ** COMPLETE ** | | |

FILE COPY

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52873 | 08/15/05 | SAG90T2400 | 25943-90 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI 48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI 48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4,000- 26091225 | Rev 20A  B/L# 038028 | 372.50 /M | 1,490.00- |
| | Amount Due---> | | 1,490.00- |

8- CARTONS      256- POUNDS      ** COMPLETE **

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52874 | 08/15/05 | SAG90I2400 | 25943-90 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER  PJAY | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,579   26091225 | Rev 20A  B/L# 038034 | 372.50 /M | 588.18 |
| | Amount Due --> | | 588.18 |
| 4   CARTONS | 101   POUNDS      ** COMPLETE ** | | |

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52875 | 08/15/05 | SAG90T2400 | 26147-46 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000  26091226 | Rev 13B  B/L# 038034 | 272.30 /M | 1,361.50 |
| | Amount Due--> | | 1,361.50 |

2   CARTONS        58   POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52878 | 08/15/05 | 550003605 | 26291-06 |

**SOLD TO**

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**

34001 DELPHI CHASSIS KETTERING
PLANT 18 GATE 4
WOODMAN DRIVE
DAYTON, OH  45420

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000  22199231 | Rev 4    B/L# 038035 | 100.89 /M | 504.46 |
| | Amount Due---> | | 504.46 |
| 2    CARTONS | 82    POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52884 | 08/15/05 | 550003605 | 26460-01 |

SOLD TO

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI 48501-1550

SHIPPED TO

34001 DELPHI CHASSIS KETTERING
PLANT 18 GATE 4
WOODMAN DRIVE
DAYTON, OH 45420

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  22199010 | Rev 2    B/L# 038035 | 55.74 /M | 139.35 |
| | Amount Due --> | | 139.35 |

1  CARTONS      31  POUNDS    ** COMPLETE **

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52892 | 08/16/05 | 550000852 | 25635-87 |

**SOLD TO**

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**

34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH  45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 7,500  18025266 | Rev 07   B/L# 038049 | 50.10 /M | 876.75 |
| | Amount Due--> | | 876.75 |
| 10   CARTONS | 290   POUNDS   ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52899 | 08/16/05 | SAG90I2400 | 25943-91 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 6,046 | 26091225        Rev 20A  B/L# 038052 | 372.50 /M | 2,252.14 |
| | Amount Due--> | | 2,252.14 |

12  CARTONS        387  POUNDS        ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52900 | 08/16/05 | SAG9012400 | 26147-47 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000   26091226 | Rev 13B  B/L# 038052 | 272.30 /M | 1,361.50 |
| | Amount Due---> | | 1,361.50 |
| 2  CARTONS | 58  POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52909 | 08/17/05 | 550032119 | 23128-75 |

**SOLD TO**

DELPHI INTERIOR - DIV OFFICE
1401 CROOKS ROAD
TROY, MI 48084
ATTN: ACCOUNTS PAYABLE

**SHIPPED TO**

DELPHI INTERIOR VANDALIA PLANT
250 NORTHWOODS BLVD
VANDALIA, OH  45377

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 405 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 800  16641600 | Rev 5     B/L# 038059     230.90 /M | | 184.72 |
| | Amount Due--> | | 184.72 |
| 2  CARTONS     64  POUNDS     ** COMPLETE ** | | | |

FILE COPY

# INVOICE

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52922 | 08/17/05 | 550000852 | 25685-88 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH  45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274750 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,250  18025266 | Rev 07    B/L# 038068 | 50.10 /M | 263.03 |
| | Amount Due--> | | 263.03 |
| | | | |
| 3    CARTONS | 87    POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52926 | 08/17/05 | SAG90I2400 | 26147-48 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500   26091228 | Rev 13B  B/L# 038069 | 272.30 /M | 680.75 |
| | Amount Due --> | | 680.75 |
| 1    CARTONS | 29   POUNDS    "" COMPLETE "" | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52940 | 08/17/05 | 550003605 | 26460-02 |

**SOLD TO**

DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**

34001 DELPHI CHASSIS KETTERING
PLANT 18 GATE 4
WOODMAN DRIVE
DAYTON, OH  45420

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  22199010 | Rev 2    B/L# 038058 | 55.74 /M | 139.35 |
| | Amount Due--> | | 139.35 |

    1  CARTONS        31  POUNDS       ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52941 | 08/18/05 | 550000852 | 25685-89 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH 45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 686274761 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| ,500  18025266 | Rev 07    B/L# 038079 | 50.10 /M | 175.35 |
| | Amount Due---> | | 175.35 |

2  CARTONS        58  POUNDS      ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52945 | 08/18/05 | SAG9012400 | 25943-94 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA   NET | 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| .500  26091225 | Rev 20A  B/L# 038081 | 372.50 /M | 558.75 |
| | Amount Due---> | | 558.75 |
| 3   CARTONS | 96  POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52947 | 08/18/05 | SAG90I2400 | 26147-49 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI  48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI  48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER  PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  26091226 | Rev 13B  B/L# 038081 | 272.30 /M | 680.75 |
| | Amount Due----> | | 680.75 |

| | | | |
|---|---|---|---|
| 1  CARTONS | 29  POUNDS | ** COMPLETE ** | |

FILE COPY

# INVOICE

**ATLAS**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52961 | 08/19/05 | 550000852 | 25685-90 |

**SOLD TO**
DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI  48501-1550

**SHIPPED TO**
34065 DELPHI CHASSIS - EL PASO
C/O CINCINNATI DDC C/O FJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER, OH  45069

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX | DUBOIS, PA    NET 30 DAYS | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,250 | 18025266        Rev 07   B/L# 038093 | 50.10 /M | 263.03 |
| | Amount Due---> | | 263.03 |
| 3   CARTONS | 87   POUNDS        ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52967 | 08/19/05 | SAG9012400 | 25943-95 |

**SOLD TO**

DELPHI SAGINAW STEERING SYSTEM
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW MI 48601-9494

**SHIPPED TO**

44015 DELPHI SAGINAW STEERING
PLANT 1
3900 EAST HOLLAND ROAD
SAGINAW, MI 48601

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,304  26091225 | Rev 20A  B/L# 038095 | 372.50 /M | 485.74 |
| | Amount Due--> | | 485.74 |
| 3  CARTONS | 83  POUNDS  ** PARTIAL ** | | |

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 52971 | 08/19/05 | SAG9012400 | 26147-50 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER PJAX | | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000 | 26091226     Rev 13B   B/L# 038095 | 272.30 /M | 1,361.50 |
| | Amount Due-- > | | 1,361.50 |
| | 2   CARTONS        58   POUNDS   ** COMPLETE ** | | |

FILE COPY