# INVOICE

# ATLAS

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53860 | 10/03/05 | 550003605 | 26291-18 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34001 DELPHI CHASSIS KETTERING<br>PLANT 19 GATE 4<br>WOODMAN DRIVE<br>DAYTON, OH  45420 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | ATLAS TRUCK | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,040 | 22199231       Rev 4      B/L# 038646 | 100.89 /M | 205.82 |
|  | Amount Due--> |  | 205.82 |

1 CARTONS          34 POUNDS       ** PARTIAL **

FILE COPY

# ATLAS

## INVOICE

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53861 | 10/03/05 | SAG90I2400 | 25613-19 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44026 DELPHI SAGINAW STEERING<br>PLANT 6<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 500  26091225 | Rev 20A   B/L# 038650 | 372.50 /M | 186.25 |
| | Amount Due --> | | 186.25 |
| 1 CARTONS | 32 POUNDS   ** COMPLETE ** | | |

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53864 | 10/03/05 | 550003605 | 26460-14 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI 48501-1550 | 34001 DELPHI CHASSIS KETTERING<br>PLANT 18 GATE 4<br>WOODMAN DRIVE<br>DAYTON, OH 45420 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,000 | 22199010    Rev 2    B/L# 038649 | 55.74 /M | 278.70 |
|  | Amount Due --> |  | 278.70 |

2 CARTONS    62 POUNDS    ** COMPLETE **

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53865 | 10/03/05 | SAG9012400 | 26540-27 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,000  26091225 | Rev 20A  B/L# 038651 | 372.50 /M | 745.00 |
| | Amount Due---> | | 745.00 |
| 4  CARTONS | 128  POUNDS    ** COMPLETE ** | | |

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53881 | 10/03/05 | 5500003605 | 26291-18 |

**SOLD TO**
DELPHI CHASSIS SYSTEMS
AUTO COMPONENT-DISB ANALYSIS
P.O. BOX 1550
FLINT, MI 48501-1550

**SHIPPED TO**
24001 DELPHI CHASSIS KETTERING
PLANT 18 GATE 4
WOODMAN DRIVE
DAYTON, OH 45429

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | UPS NDA | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3,453 | 22199231    Rev 4    B/L# 038663 | 100.89 /M | 348.37 |
| | Amount Due ---> | | 348.37 |

2 CARTONS        57 POUNDS        ** COMPLETE **

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53397 | 10/04/05 | 550000852 | 26632-10 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34065 DELPHI CHASSIS - EL PASO<br>C/O CINCINNATI DDC C/O PJAX<br>2789 EAST CRESCENTVILLE ROAD<br>WESTCHESTER, OH  45069 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | BAX 636274960 | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5,250 | 18025266    Rev 07    B/L# 038662 | 50.10 /M | 263.03 |
|  | Amount Due --> |  | 263.03 |

3  CARTONS       87  POUNDS       ** PARTIAL **

FILE COPY

# INVOICE

# ATLAS

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53902 | 10/05/05 | 550022119 | 23128-82 |

**SOLD TO**
DELPHI INTERIOR - DIV OFFICE
1401 CROOKS ROAD
TROY, MI 48084
ATTN: ACCOUNTS PAYABLE

**SHIPPED TO**
DELPHI INTERIOR VANDALIA PLANT
250 NORTHWOODS BLVD
VANDALIA, OH 45377

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 405 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 768  16641600 | Rev 5    B/L# 039683 | 230.90 /M | 177.33 |
| | Amount Due --> | | 177.33 |
| 1    CARTONS | 61    POUNDS    ** COMPLETE ** | | |

FILE COPY

# INVOICE

## ATLAS

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53903 | 10/05/05 | 550022118 | 25150-61 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI INTERIOR - DIV OFFICE<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>ATTN: ACCOUNTS PAYABLE | 36121 DELPHI INTERIOR<br>COLUMBUS OPERATIONS<br>200 GEORGESVILLE ROAD<br>COLUMBUS, OH 43228 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 405 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,000 | 16641615    Rev 2    B/L# 039684 | 53.27 /M | 53.27 |
|  | Amount Due--> |  | 53.27 |
| 1 CARTONS | 5 POUNDS    ** COMPLETE ** |  |  |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS** • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53911 | 10/05/05 | 550003605 | 26460-16 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34001 DELPHI CHASSIS KETTERING<br>PLANT 18 GATE 4<br>WOODMAN DRIVE<br>DAYTON, OH  45420 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500 | 22199010        Rev 2        B/L# 038682 | 55.74 /M | 139.35 |
|  | Amount Due --> |  | 139.35 |
| 1 | CARTONS        31  POUNDS        ** COMPLETE ** |  |  |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53924 | 10/06/05 | SAG9012400 | 25614-10 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44026 DELPHI SAGINAW STEERING<br>PLANT 6<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500 | 26091226        Rev 13B    B/L# 038702 | 272.30 /M | 680.75 |
|  | Amount Due --> |  | 680.75 |
| 1 CARTONS | 29 POUNDS | ** COMPLETE ** |  |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53931 | 10/06/05 | SAG90I2400 | 26147-78 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI  48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI  48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 7,500 | 26091226       Rev 13B   B/L# 038701 | 272.30 /M | 2,042.25 |
| | Amount Due--> | | 2,042.25 |
| | 3  CARTONS       87  POUNDS    ** COMPLETE ** | | |

FILE COPY

# ATLAS

**INVOICE**

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53934 | 10/06/05 | 550003605 | 26291-19 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34001 DELPHI CHASSIS KETTERING<br>PLANT 18 GATE 4<br>WOODMAN DRIVE<br>DAYTON, OH  45420 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | PJAX | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,987 | 22199231    Rev 4    B/L# 038703 | 100.89 /M | 200.47 |
| | Amount Due --> | | 200.47 |
| 1 CARTONS | 33 POUNDS    ** PARTIAL ** | | |

FILE COPY

# ATLAS

**ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53960 | 10/07/05 | SAG90T2400 | 26147-80 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>DELPHI AUTOMOTIVE SYSTEMS<br>3900 E HOLLAND RD.<br>SAGINAW MI 48601-9494 | 44015 DELPHI SAGINAW STEERING<br>PLANT 1<br>3900 EAST HOLLAND ROAD<br>SAGINAW, MI 48601 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 296 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,500  26091226 | Rev 13B  B/L# 038716 | 272.30 /M | 680.75 |
|  | Amount Due--> |  | 680.75 |
| 1 CARTONS | 29 POUNDS   ** COMPLETE ** |  |  |

FILE COPY

# ATLAS

**INVOICE**

ATLAS PRESSED METALS • 125 Tom Mix Drive • P.O. Box P • DuBois, PA 15801 • (814) 371-4800 • FAX: (814) 371-4182

| INVOICE NUMBER | INVOICE DATE | CUSTOMER ORDER NUMBER | ATLAS ORDER NUMBER |
|---|---|---|---|
| 53962 | 10/07/05 | 550003605 | 26291-20 |

| SOLD TO | SHIPPED TO |
|---|---|
| DELPHI CHASSIS SYSTEMS<br>AUTO COMPONENT-DISB ANALYSIS<br>P.O. BOX 1550<br>FLINT, MI  48501-1550 | 34001 DELPHI CHASSIS KETTERING<br>PLANT 18 GATE 4<br>WOODMAN DRIVE<br>DAYTON, OH  45420 |

| CUSTOMER NUMBER | SALESMAN | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 307 | JUDE PFINGSTLER | UPS | DUBOIS, PA | NET 30 DAYS |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4,296 | 22199231    Rev 4    B/L# 038711 | 100.89 /M | 433.43 |
| | Amount Due--> | | 433.43 |
| 2 CARTONS | 71 POUNDS    ** PARTIAL ** | | |

FILE COPY