## Schedule 2

| **Counterparty** | **Agreement(s)** | **Cure Amount** |
|---|---|---|
| ATF Inc. | Purchase Order No. 550074000 | $0.00 |
| Robert Bosch Corp. | Purchase Order Nos. 550072723, 550073345, 5500026332, 5500026338, 5500026333, 5500026339, 5500026344, 5500026350, 5500026345, 5500026351, 5500033443, 5500034788, 5500028684 and 5500027610 | $0.00 |
| The Cold Heading Co. | Purchase Order No. 550001271 | $0.00 |
| Fortech Products Inc. | Purchase Order No. 550076650 | $26,628.00 |
| Intermet Corporation | Purchase Order No. 550078567 | $166,191.92 |
| Mac Arthur Corp. | Purchase Order No. 550008788 | $102.33 |
| Magni Industries | Purchase Order No. 550001548 | $12,852.00 |
| Midwest Stamping & & Manufacturing Co | Purchase Order No. 550072468 | $7,603.20 |
| PBR Knoxville LLC | Purchase Order No. 550053219 | $0.00 |
| Thyssen Krupp Waupaca Inc. | Purchase Order Nos. 550070456 and 550078566 | $0.00 |