**EXHIBIT B**

| PROFESSIONAL | POSITION, PRACTICE GROUP, YEAR OF EMPLOY, YEAR OF OBTAINING LICENSE | HOURLY BILLING RATE | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Julian Roskill | Partner, Advisory and Litigation, 1986, 1974 (Wales) | $1,025 | 14.4 | $14,760.00 |
| Paul J. N. Roy | Partner, Information Technology ("IT"), 1985, 1985 | $650 | 307.6 | $199,940.00 |
| Brad L. Peterson | Partner, Information Technology ("IT"), 1995, 1998 | $590 | 110.2 | $65,018.00 |
| Craig E. Reimer | Counsel, BR, 1992, 1992 | $595 | 2.1 | $1,249.50 |
| Paul A. Chandler | Counsel, IT, 1995, 1995 | $510 | 614.2 | $313,242.00 |
| Lionel Paraire | Associate, Employment Law, 2006, 1997 (France) | $595 | 0.5 | $297.50 |
| Gregory A. Manter | Associate, IT, 2004, 2003 | $345 | 147.4 | $50,853.00 |
| Jeannie Lee | Associate, IT, 2006, 2002 | $345 | 29.7 | $10,246.50 |
| Michael J. Goldstein | Associate Corporate and Securities ("CS"), 2006, 2006 | $245 | 232.9 | $57,060.50 |
| Lindsay A. Blohm | Associate, CS, 2006, 2006 | $245 | 465.5 | $114,047.50 |
| Lei Shen | Legal Intern, CS, 2006, n/a | $245 | 34.7 | $8,501.50 |
| Andrew A. Connor | Paralegal, BR, 1998 | $235 | 68.7 | $16,144.50 |
| Document Clerk | n/a | $50 | 2.3 | $115.00 |
| | | **Totals:** | 2,030.2 | $851,475.50 |
| | | **Less Voluntary 5% Discount:** | | $25,144.52 |
| | | **Less Voluntary 10% Discount:** | | $34,858.50 |
| | | **Compensation Sought:** | | $791,472.48 |