**EXHIBIT C**

| **Disbursement** | **Amount** |
|---|---|
| Airfare | $8,319.70 |
| Automated Research – Outside | $153.28 |
| Business Meals | $605.64 |
| Cab Fare | $860.12 |
| Car Rental | $5,543.65 |
| Document Binding | $30.00 |
| Document Delivery | $927.84 |
| Document Reproduction (in-house) | $1,096.90 |
| Hotel Accommodations | $10,339.76 |
| Long Distance and Outside Telephone | $99.14 |
| Outside Courier | ($42.65) |
| Parking | $12.00 |
| Postage | $3.78 |
| **Total:** | **$27,949.16** |