# EXHIBIT D

## CONTEMPORANEOUS DAILY TIME ENTRIES SEGREGATED BY MATTER RECORDED DURING THE APPLICATION PERIOD AND RELATED DAILY EXPENSE DETAIL WITH TRAVEL EXPENSE RECEIPTS FOLLOW

# IT OUTSOURCING SERVICES CONTRACT
# CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED DURING
# THE APPLICATION PERIOD AND RELATED DAILY EXPENSE DETAIL

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation  Page 2
IT Outsourcing Services Contract  Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 03/23/07 | **Chandler, Paul A.**<br>Call with I. Seipke re HP billing issues (0.5); reviewing email from L. Krueger and follow-up call with I. Siepke (0.5). | 1.00 |
| 03/24/07 | **Roy, Paul J. N.**<br>Review and response to I. Seipke's email regarding latest redraft of Section 2.3 of EDS MSA to address revisions to China Companion Agreement. | 0.50 |
| 03/27/07 | **Roy, Paul J. N.**<br>Review of HP email claiming right to renegotiate pricing and/or Service Levels due to HP owning Vega equipment. | 1.00 |
| | **Total Hours** | **2.50** |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 3
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 03/15/07 | **Long Distance Telephone** (248) 813-6801 at 0850 ( 21 mins) | 1.89 |

**Total Other Charges**  $1.89