# TELECOM OUTSOURCING PROJECT CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED DURING THE APPLICATION PERIOD AND RELATED DAILY EXPENSE DETAIL WITH TRAVEL EXPENSE RECEIPTS

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                      Page 2
Telecom Outsourcing Project                                            Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/03/07 | **Roy, Paul J. N.**<br>Review and annotation of AT&T's revised draft of MSA. | 6.00 |
| 02/04/07 | **Roy, Paul J. N.**<br>Review and annotation of AT&T's revised draft of MSA. | 6.30 |
| 02/05/07 | **Roy, Paul J. N.**<br>Call with Delphi and TPI to review AT&T's revisions to the MSA (1.50).   Review and annotation of the AT&T markup of the MSA (2.50). | 4.00 |
| 02/06/07 | **Roy, Paul J. N.**<br>Meeting at Delphi with G. McLawhon and I. Seipke re AT&T's edits to the MSA (2.50). Completed annotation of AT&T's markup of the MSA and transmittal of same to Delphi (4.00). | 6.50 |
| 02/14/07 | **Roy, Paul J. N.**<br>Call with G. McLawhon re project timetable and individual schedules and content required for those schedules. | 2.00 |
| 02/24/07 | **Roy, Paul J. N.**<br>Review of comparison document of telecom Schedule 2.1 to Schedule 2.1 of the CSC ADM deal to determine the changes required. | 1.80 |
| 02/25/07 | **Roy, Paul J. N.**<br>Review of comparison document of telecom Schedule 2.1 to Schedule 2.1 of the CSC ADM deal to determine the changes required. | 3.50 |
| 02/26/07 | **Roy, Paul J. N.**<br>Review and comment on Schedule 2.1. | 0.70 |
| 02/27/07 | **Roy, Paul J. N.**<br>Call with G. McLawhon re approach for coordinating Schedules 2.1 and 2.2 from CSC ADM deal to telecom deal if CSC is selected (0.5)  Review and comment on comparison of Schedule 2.2 to CSC's ADM version of such schedule (2.3). | 2.80 |
| 02/28/07 | **Roy, Paul J. N.**<br>Review of Schedule 2.2. | 1.50 |

**Total Hours**                                                          **35.10**

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 03/01/07 | **Roy, Paul J. N.**<br>Review and annotation of Deltaview comparison of Schedules 2.1 and 2.2 against drafts of those schedules used in the ADM deal with CSC. | 3.80 |
| 03/03/07 | **Blohm, Lindsay A.**<br>Reviewing Schedule 2.1 and adding questions/comments to TPI (2.6). | 2.60 |
| 03/03/07 | **Roy, Paul J. N.**<br>Review and edit of Schedule 2.2 (2.7). Correspondence with G. McLawhon re Schedule review process (0.5) | 3.20 |
| 03/04/07 | **Blohm, Lindsay A.**<br>Reviewing Schedule 1 for CSC, incorporating changes from the ADM deal (4.0); reviewing, editing and commenting on TPI additions for the Network deal (3.1). | 7.10 |
| 03/04/07 | **Roy, Paul J. N.**<br>Review and edit of Schedule 2.1 and transmittal of same to G. McLawhon (2.5). Review and edit of Schedule 2.4 and transmittal of same to G. McLawhon (1.3). Review and edit of revised draft of Schedules 2.1 and 2.4 and creation of Deltaview redline and transmittal of same to G. Mclawhon (1.0). | 4.80 |
| 03/05/07 | **Blohm, Lindsay A.**<br>Reviewing TPI Schedule 1-A. Performed Deltaview comparison between ADM deal and Network deal and made conforming changes. (1.2) Reviewing Schedule 2.4 for defined terms, and commenting and suggesting alternatives for terms that do not appear in Schedule 1, as updated by new terms for the Network deal. (2.0) Reviewing and revising TPI's version of Schedule 2.1. (1.8) Responded to Paul Roy's comments on Schedule 1, incorporated relevant comments into Schedule 1 and sent to TPI for their review. (.8) Responded to Paul Roy's comments on Schedule 1-A and sent the commented version to TPI for their review. (.4) | 6.20 |
| 03/05/07 | **Roy, Paul J. N.**<br>Review and revisions to Schedules 2.1 and 2.2 . | 1.80 |
| 03/06/07 | **Blohm, Lindsay A.**<br>Reviewing and commenting on Schedule 2.4 to look for defined terms and inconsistencies with ADM deal. (2.0) Reviewing and updating Schedule 2.1 to be reformatted to the ADM deal. (2.0) Reformatted Schedule 1-A, accepted changes and sent TPI a clean copy and a deltaview comparison between the SRD response. (.5) Sent TPI Schedule 2.4, explaining changes (.2) Reviewing and commenting on Schedule 2.2 to look for defined terms and inconsistencies with the ADM deal. (1.5) Reviewing and commenting on Schedule 3 documents, including Schedule 3-B, 3-C and 3-F. Sent comments on these three Schedules to TPI. (7.2) | 13.40 |
| 03/06/07 | **Roy, Paul J. N.**<br>Review and comment on Contract Information Disclosure letter and transmittal of comments to Rene Reyes (0.7). Review of Schedule 3 documents and | 1.50 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 3
Roy, Paul J. N.

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

**DESCRIPTION OF LEGAL SERVICES**

comments on same to L. Blohm (0.8).

03/07/07  **Blohm, Lindsay A.**                                                                    9.00
Reviewed Schedules 3-A and 3-E and sent initial comments to TPI.  (5.2)
Revised Schedule 3-C and 3-F from TPI's comments and sent clean and
deltaview copies to TPI.  (1.2) Reviewed Schedule 4-I and sent TPI comments
(.5)  Reviewed final draft of Schedule 1-A, sent TPI clean and deltaview copy.
(.6)  Reviewed TPI versions of 3-B and 3-E and made changes from Critical
Sites and Data Network to Data Network Critical Sites/Standard Sites, and to
Voice Network Critical Sites/Standard Sites.  Revised both documents and sent
a clean and deltaview copy of Schedule 3-B and a clean copy of Schedule 3-E.
(1.5)

03/08/07  **Blohm, Lindsay A.**                                                                    9.30
Reviewing and commenting on Schedule 4-F, and sending new draft to TPI for
their review (3.8).  Reviewing Schedule 1 additions to the ADM deal for the
Network deal, as returned by TPI.  Revised document and added supplemental
Network definitions to final ADM Schedule 1, adding comments where the
definitions were not finalized. (4.5)  Revised document, created new deltaview
comparisons between the final ADM schedule 1 and TPI's edited comments and
sent to TPI for their review (1.0).

03/09/07  **Blohm, Lindsay A.**                                                                    2.50
Reviewing 19-A and 19-B, sending updated version of 19-B and clean version of
19-A to TPI. (.5) Updating document management system with all current files.
(.5)  Updating Schedule 1 based on George's comments, creating deltaviews.
(1.5)

03/09/07  **Roy, Paul J. N.**                                                                       0.80
Review of Schedule 4.

03/10/07  **Blohm, Lindsay A.**                                                                    4.20
Updating Schedule 4-F with TPI and Paul Roy's comments. (3.0)   Recreating
deltaviews for Schedule 1 to include final version of Schedule 1, which reverted
to ADM definition of Service Desk.  Sent clean version of Schedule 1 as well as
three comparison documents to TPI. (1.2)

03/10/07  **Roy, Paul J. N.**                                                                       2.60
Review and annotation of CSC open issues list for MSA issues that relate to
Network scope, and comparison of issues to final ADM MSA (0.5).  Review of
project calendar for Network project and conferred with G. McLawhon re same
(0.5).  Review and edit of revised calendar and transmittal of same to G.
McLawhon (0.3).  Review and edit of Schedule 4-F (1.3).

03/11/07  **Roy, Paul J. N.**                                                                       4.00
Completed update of MSA issues summary in preparation for meeting with CSC
and transmittal of update to TPI and Delphi (1.0).  Completed review of
Schedule 4-F and transmittal to TPI (1.0).  Completed review of and comment
on Schedule 4 (2.00).

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                    Page 4
Telecom Outsourcing Project                                                    Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|

03/12/07  **Blohm, Lindsay A.**
Updating file names to reflect Supplemental schedules. (.4) Reviewing Schedule
4-H, providing blackline, updating formatting.  Editing 4-H to reflect the Network
Maximum Termination Charges, in addition to the ADM Maximum Termination
Charges.  (3.2)  Updated Schedule 4-F based on TPI's further comments to Paul
Roy's comments.  Created a clean document and a list of terms to be added to
Schedule 1.  (3.6)
**7.20**

03/12/07  **Chandler, Paul A.**
Call with P. Roy regarding negotiation schedule and work assignments (0.50);
reviewing schedules sent by G. McLahon (3.00).
**3.50**

03/12/07  **Goldstein, Michael J.**
Conferred with P. Chandler regarding strategy for reviewing the Group 2
Schedules.
**0.20**

03/12/07  **Roy, Paul J. N.**
Review of project calendar and schedules list to determine staffing and work
requirements (1.0).  Meeting with T. McCabe, I. Seipke, and G. McLawhon to
discuss open issues with CSC, and strategy for work schedule (1.0).  Meeting
with G. McLawhon to review status of work on MSA schedules (1.3).  Review of
MSA Group 1 schedules (1.2).  Review of selected MSA issues against the
completed ADM MSA for CSC (1.0).  Meeting with G. McLawhon and I. Seipke
to review MSA issues and call to Darrin Vansickle to discuss procurement
provision of MSA and requirements for modifying that provision to address in-
scope procurement items for network scope (2.0)  Revision of Transport Rate
Review provision to remove benchmarking since it is already addressed in
another provision and transmittal of same to I. Seipke and G. McLawhon (1.7).
Review and response to G. McLawhon comments on Schedule (0.8).
**10.00**

03/13/07  **Blohm, Lindsay A.**
Reviewed Schedule 4-F and 4-H. (.6) Updating Schedule 4-F.  (.8)
**1.40**

03/13/07  **Chandler, Paul A.**
Revising Schedule 4-F and distribution to TPI (2.30); reviewing and revising
Schedules 4, 12-B, 12-C, 16, 21 (1.50); drafting insert for Telecom adverse laws
per request of P. Roy (1.10); conferring with M. Goldstein on review of
schedules (0.60); additional review of Schedule 4-F from G. McLahon (0.40);
revising contract change rider provided by I. Seipke (0.30); reviewing/revising
Schedules 4-B, 7 and 17 (2.00).
**8.20**

03/13/07  **Goldstein, Michael J.**
Reviewed and provided comments and proposed revisions for Schedules 5-C, 5-
D, 7, 11, 12, 12-B, 12-C, 21, and 22 (8.6).  Conferred with M. Parrell regarding
revisions to Schedule 21 (.6).
**9.20**

03/13/07  **Roy, Paul J. N.**
Negotiations with CSC team at Delphi (6.0).  Meeting with Delphi team, including
**10.50**

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                              Page 5
Telecom Outsourcing Project                                                              Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|---|---|---|---|

calls to other Delphi resources to discuss issues raised in negotiations (2.0). Further negotiations with CSC team. (1.0). Revision of selected provisions to reflect discussions (1.0). Call with I. Seipke, G. McLawhon and T. McCabe to discuss Delphi's position on new issues raised by CSC (0.5).

**03/14/07    Blohm, Lindsay A.**                                                                9.60
Reviewed and updated Schedule 4-H. (.3) Reviewing and revsing Schedule 4-L. (1.8) Reviewed Schedule 5-B and provided comments to TPI, also updated document to reflect the fact that it is a supplemental schedule (2.2) Created MBRM document tracker to reflect current documents in iManage for Group 1 and Group 2 documents. (3.0) Talked to Michael Goldstein about the process for Group 1 and Group 2 documents, and naming conventions of Schedules. (.5) Reformatting Schedule 4-B to conform to the ADM deal. Checked TPI's latest version of Schedule 4-B to ensure that it correctly reflected comments by Paul Roy and Paul Chandler about the footnotes, made necessary changes. (1.8)

**03/14/07    Chandler, Paul A.**                                                                6.60
Call with M. Loeb regarding BOD presentation and companion agreements (0.50); review and commenting on Schedule 9, 10, 14, 23 and other deal documents (3.20); conferring with L. Blohm and M. Goldstein on schedules and amendment issues (0.60); review schedules including markings from CSC (2.30).

**03/14/07    Goldstein, Michael J.**                                                            12.20
Reviewed and provided comments and proposed revisions for Schedules 6, 9, 10, 13-A, 14, 14-A, 14-B, 17-B, 17-D, 17-E, 17-H.1, 17-H.4, 17-H.5, 17-H.6, 18, 23, and 26.

**03/14/07    Roy, Paul J. N.**                                                                  9.00
Review of revised provisions with Delphi and TPI teams and transmittal of same to CSC (1.5). Review and discussion with Delphi team of CSC's proposed revisions (1.5). Negotiations with CSC re revised provisions (2.0). Breakout session for CSC and Delphi teams to further consider each other's proposals (1.0). Further negotiation with CSC (1.0). Revision to selected MSA provisions (2.0).

**03/15/07    Blohm, Lindsay A.**                                                                8.20
Reviewing Group 1 Schedules returned by CSC. Compared CSC comments to negotiated language from the ADM deal. (7.2) Reviewed Schedules 4-D, 4-I, 7, 7-A, 7-B and sent comments to Paul Chandler. (1.0)

**03/15/07    Chandler, Paul A.**                                                                2.50
Reviewing CSC markups of Schedules.

**03/15/07    Goldstein, Michael J.**                                                            0.50
Reviewed e-mail correspondence (.2). Updated document tracker with the status of documents sent to CSC on 3-15-07 (.3).

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 6
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/15/07 | **Roy, Paul J. N.**<br>Redraft of Sections 6.5, 6.6 and 11.3 of MSA and transmittal of same to Delphi and TPI. | 2.80 |
| 03/16/07 | **Blohm, Lindsay A.**<br>Conference call with TPI and Delphi to discuss Schedules 2.4 and a portion of Schedule 2.1. (7.0) Drafting language for action items resulting from conference call with Paul Chandler. (.5) Working on CSC Amendment. (.7) | 8.20 |
| 03/16/07 | **Chandler, Paul A.**<br>Calls with TPI and Delphi teams to discuss internal comments to Schedules. | 7.50 |
| 03/16/07 | **Roy, Paul J. N.**<br>Call with G. McLawhon and I. Seipke to review draft provisions and modification of same in preparation for call with CSC (1.5). Call with Delphi, TPI and CSC to resume negotiations of open items (1.2). Review of proposed Transport Rate Review provision to respond to question from G. McLawhon re Delphi's associated audit rights (0.7). | 3.40 |
| 03/18/07 | **Chandler, Paul A.**<br>Reviewing CSC, MSA and comments to Schedules (1.20); drafting updated language for Schedule 2.4 and distribution to TPI (0.50). | 1.70 |
| 03/19/07 | **Blohm, Lindsay A.**<br>Internal discussions with Delphi Network team and TPI about Schedules 2.1, 2.2, 3-A, 3-B, 3-C, 3-E, 3-F. (8.8) Editing Amendment for CSC for the Network deal. (1.3) | 10.10 |
| 03/19/07 | **Chandler, Paul A.**<br>Meetings with TPI and Delphi team for internal preparation for meetings with CSC on Group 1 Schedules. | 10.00 |
| 03/19/07 | **Roy, Paul J. N.**<br>Revision of Section 11.12 (0.5). Review of same with I. Seipke and G. McLawhon (0.5). | 1.00 |
| 03/20/07 | **Blohm, Lindsay A.**<br>Initial negotiations with CSC on for Group 1 Schedules (Schedules 2.4 and 2.1). (8.5) Editing CSC Amendment for the Network deal. (2.3) | 10.80 |
| 03/20/07 | **Chandler, Paul A.**<br>Negotiations with CSC on Schedules 2.1 and 2.4. | 10.20 |
| 03/20/07 | **Roy, Paul J. N.**<br>Internal call with Delphi and TPI to review CSC's markup of Schedule 4 in preparation for meeting with CSC. | 3.30 |
| 03/21/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC about Schedules 2.2 and Schedule 3 Attachments, including 3-A, 3-B, 3-C, 3-E, 3-F. (7.5) Working on CSC Amendment. Conformed all Schedule amendment references to the Schedules in the Network | 11.00 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                              Page 7
Telecom Outsourcing Project                                                                Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | deal. (3.2) Updating Schedule 3-E after CSC negotiations to send back to CSC for their further updates. (.3) | |
| 03/21/07 | **Chandler, Paul A.**<br>Negotiations with CSC on Schedules 2.1, 2.2, 3-B, 3-C, 3-F. | 9.00 |
| 03/21/07 | **Roy, Paul J. N.**<br>Review of CSC's revisions to Schedules 4-B and 4-F. | 2.00 |
| 03/22/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC about Schedule 4 (Pricing) and reviewing CSC assumptions. (7.0) | 7.00 |
| 03/22/07 | **Chandler, Paul A.**<br>Call with M. Loeb to discuss status of Network deal (0.1); drafting amendment to CSC MSA (3.0); drafting revised language for Schedule 2.4 (0.5). | 3.60 |
| 03/22/07 | **Roy, Paul J. N.**<br>Call with Delphi, TPI and CSC to discuss CSC's comments to Schedules 4 and 4-F. | 8.00 |
| 03/23/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC on a conference call and live meeting. Finished discussing assumptions in Schedule 4 and began discussing Schedule 4-F (Resource Units). (3.5) Revised CSC Network Amendment. (1.2) Reviewed precedent in past deals and emailed TPI with questions regarding definitions. (1.0) | 5.70 |
| 03/23/07 | **Chandler, Paul A.**<br>Conferring with L. Blohm on action items and MSA amendment (1.0); reviewing business day language and distribution to TPI (1.0). | 2.00 |
| 03/23/07 | **Roy, Paul J. N.**<br>Continued call with Delphi, TPI and CSC to discuss CSC's comments to Schedule 4-F. | 3.50 |
| 03/24/07 | **Roy, Paul J. N.**<br>Correspondence with TPI re negotiating schedule for remaining pricing schedules. | 0.20 |
| 03/25/07 | **Roy, Paul J. N.**<br>Review and annotation of revised draft of Schedule 4. | 0.50 |
| 03/26/07 | **Blohm, Lindsay A.**<br>Reviewed Schedules 2.1, 2.2 and 2.4 for clean up edits and defined terms. Created list of defined terms that do not appear in Schedule 1. (3.3) Reviewed Schedule 3-B for clean up edits, defined terms, and any questions to TPI and Delphi about the calculations. (3.2) Entered documents from last week's negotiations into document management system (.6) Revised CSC Amendment. (1.5) Reviewed TPI's action items for MBRM action items and emailed Paul Chandler an update of our status on all open items. (.5) | 9.10 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                          Page 8
Telecom Outsourcing Project                                                          Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/26/07 | **Chandler, Paul A.**<br>Reviewing draft amendment for CSC MSA (0.7); conferring with L. Blohm and M. Goldstein on Group 1 and 2 Schedule markups (1.0) revising comments to Group 1 Schedules and distribution to TPI (G. McHahon) (3.0). | 4.70 |
| 03/26/07 | **Goldstein, Michael J.**<br>Reviewed and commented on CSC's comments and revisions to the Group 2 Schedules. | 4.70 |
| 03/26/07 | **Roy, Paul J. N.**<br>Call with CSC to discuss open issues in CSC's changes to MSA (2.0). Review of open issues in correspondence (0.3). | 2.30 |
| 03/27/07 | **Blohm, Lindsay A.**<br>Conference call with CSC about Schedule 4-F. (2.7) Delphi internal call to discuss open issues list. (1.8) Delphi internal call to discuss Projects vs. MACDs and method of handling acquisitions and divestitures. (1.0) Crafting language for the definition of business day for SLAs in Schedule 3-B about Hard MACD and Soft MACD completion times. (1.0) | 6.50 |
| 03/27/07 | **Chandler, Paul A.**<br>Call with G. McLahon re revisions to Schedules 2.1, 2.2 and 2.4 and distribution to G. McLahon (0.7); calls with Delphi team to discuss open issues (4.0). | 4.70 |
| 03/27/07 | **Goldstein, Michael J.**<br>Conference call with TPI and Delphi to discuss open issues and CSC's response to the Group 2 Schedules. | 1.30 |
| 03/27/07 | **Roy, Paul J. N.**<br>Call with CSC to discuss Schedule 4-F. | 2.80 |
| 03/28/07 | **Blohm, Lindsay A.**<br>Negotiating Group 1 Documents with CSC, including Schedules 2.1, 2.2, 2.4 and 3-B. (9.4) Editing Schedule 3-B to include small numbers language in combination with "excessive outage" language. (.6) | 10.00 |
| 03/28/07 | **Chandler, Paul A.**<br>Negotiations with CSC on Group 1 documents. | 10.50 |
| 03/29/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC regarding Schedule 4 and Schedule 4-F. (7.2) | 7.20 |
| 03/29/07 | **Chandler, Paul A.**<br>Reviewing and revising CSC Schedule 3-B (6.5); call with G. McLahon re Group 2 documents (0.2). | 6.70 |
| 03/29/07 | **Roy, Paul J. N.**<br>Review of CSC responses to open issues in Pricing schedules (0.5). Call with CSC to continue negotiations of pricing schedule (6.0). Revision of Schedule 4 to incorporate regional baseline change agreed to with CSC (1.0) | 7.50 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 9
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/30/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC regarding Schedule 4-F. (3.5)  Internal conference call with Delphi and TPI to discuss Group 2 documents.  (3.5)  Updating Schedule 3-A for Customer Sat surveys to be moved to Key Measurements and adding the expected and minimum values.  Updating the Customer Sat Point of Service survey in Schedule 14-B to reflect the scale in Schedule 3-B. (.6) | 7.60 |
| 03/30/07 | **Chandler, Paul A.**<br>Call with Delphi to discuss Group 2 comments from CSC' (3.6); call with I. Seipke re contract change process (0.3); revising sample schedule template and distribution to I. Seipke (0.5); revising schedule 3-B (2.3). | 6.70 |
| 03/30/07 | **Goldstein, Michael J.**<br>Conference call with TPI and Delphi to discuss CSC's markup of the Group 2 Schedules. | 2.00 |
| 03/30/07 | **Roy, Paul J. N.**<br>Call with CSC regarding Schedule 4-F. | 3.50 |

**Total Hours** 394.90

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 10
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 03/11/07 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070093 DATE: 20-Mar-07<br>Delphi Telecom trip From 11 Mar 2007 To 11 Mar 2007 | 636.05 |
| 03/14/07 | **Travel - Other**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070093 DATE: 20-Mar-07<br>Delphi Telecom trip From 11 Mar 2007 To 14 Mar 2007 | 1,085.59 |
| 03/14/07 | **Business Meals - Travel**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070093 DATE: 20-Mar-07<br>Delphi Telecom trip From 12 Mar 2007 To 14 Mar 2007 | 25.75 |
| 03/18/07 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070132 DATE: 12-Apr-07<br>Meetings In Detroit Regarding Network Outsorcing From 18 Mar 2007 To 18 Mar 2007 | 600.05 |
| 03/19/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070017 DATE: 12-Apr-07<br>Northwest Airline reissue/change fee. | 100.00 |
| 03/20/07 | **Document Reproduction** | 0.20 |
| 03/21/07 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070132 DATE: 12-Apr-07<br>Meetings In Detroit Regarding Network Outsorcing From 18 Mar 2007 To 21 Mar 2007 | 716.93 |
| 03/21/07 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070132 DATE: 12-Apr-07<br>Meetings In Detroit Regarding Network Outsorcing From 18 Mar 2007 To 21 Mar 2007 | 155.59 |
| 03/22/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070014 DATE: 26-Mar-07<br>Travel Expense Reimbursement for trip to Detroit From 18 Mar 2007 To 22 Mar 2007 | 464.45 |
| 03/22/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070014 DATE: 26-Mar-07<br>Travel Expense Reimbursement for trip to Detroit From 18 Mar 2007 To 22 Mar 2007 | 907.95 |
| 03/22/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070014 DATE: 26-Mar-07<br>Taxi from O'Hare Airport to home. | 42.00 |
| 03/22/07 | **Business Meals - Travel**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070014 DATE: 26-Mar-07<br>Travel Expense Reimbursement for trip to Detroit From 18 Mar 2007 To 22 Mar 2007 | 264.53 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                    Page 11
Telecom Outsourcing Project                                                   Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/07 | **Document Reproduction** | |
| 03/26/07 | **Document Reproduction** | 3.80 |
| 03/27/07 | **Travel - Airfare** | 0.70 |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070133 DATE: 12-Apr-07 Negotiations With CSC Group From 27 Mar 2007 To 27 Mar 2007 | 605.05 |
| 03/27/07 | **Travel - Other** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070133 DATE: 12-Apr-07 Negotiations With CSC Group From 27 Mar 2007 To 27 Mar 2007 | 366.83 |
| 03/27/07 | **Business Meals - Travel** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070133 DATE: 12-Apr-07 Negotiations With CSC Group From 27 Mar 2007 To 27 Mar 2007 | 47.16 |
| 03/28/07 | **Travel - Airfare** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070134 DATE: 12-Apr-07 Trip To Detroit For Meetings Regarding Delphi From 28 Mar 2007 To 28 Mar 2007 | 482.65 |
| 03/28/07 | **Travel - Other** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070015 DATE: 11-Apr-07 Travel Expense Reimbursement From 27 Mar 2007 To 28 Mar 2007 | 235.04 |
| 03/29/07 | **Travel - Airfare** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070015 DATE: 11-Apr-07 Travel Expense Reimbursement From 29 Mar 2007 To 29 Mar 2007 | 219.25 |
| 03/29/07 | **Travel - Other** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070015 DATE: 11-Apr-07 Taxi from O'Hare airport to home. | 42.00 |
| 03/29/07 | **Travel - Other** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070134 DATE: 12-Apr-07 Trip To Detroit For Meetings Regarding Delphi From 28 Mar 2007 To 29 Mar 2007 | 641.29 |
| 03/29/07 | **Business Meals - Travel** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070134 DATE: 12-Apr-07 Trip To Detroit For Meetings Regarding Delphi From 28 Mar 2007 To 29 Mar 2007 | 36.32 |
| 03/29/07 | **Business Meals - Travel** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070015 DATE: 11-Apr-07 Travel Expense Reimbursement From 28 Mar 2007 To 29 Mar 2007 | 91.80 |

**Total Other Charges**

**$7,770.98**



**Marriott.**
DETROIT PONTIAC
AT CENTERPOINT

1600 Centerpoint
Pontiac, MI 48341
(248) 253-9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | |
|---|---|---|---|
| 1018 ROY/PAUL | 229.00 | 03/14/07 | 12:00 | 7628 |

**ROOM** 1018   **NAME** ROY/PAUL   **RATE** 229.00   **DEPART** 03/14/07   **TIME** 12:00   **ACCT#** 7628

**TYPE** NKNC   **6**   3136 PALM LN   **ARRIVE** 03/11/07   **TIME** 22:23

**ROOM CLERK** 6   **ADDRESS** NORTHBROOK   IL 600625866 **PAYMENT**   **MR#: XXXXX5253**

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 03/11 | PRKLOUNG | 21171018 | 11.50 | | |
| 03/11 | ROOM | 1018, 1 | 229.00 | | |
| 03/11 | ROOM TAX | 1018, 1 | 13.74 | | |
| 03/11 | LOCAL TX | 1018, 1 | 11.45 | | |
| 03/11 | OCC TAX | 1018, 1 | 4.58 | | |
| 03/12 | ROOM | 1018, 1 | 229.00 | | |
| 03/12 | ROOM TAX | 1018, 1 | 13.74 | | |
| 03/12 | LOCAL TX | 1018, 1 | 11.45 | | |
| 03/12 | OCC TAX | 1018, 1 | 4.58 | | |
| 03/13 | HONORBAR | CONCIERG | 6.00 | | |
| 03/13 | ROOM | 1018, 1 | 229.00 | | |
| 03/13 | ROOM TAX | 1018, 1 | 13.74 | | |
| 03/13 | LOCAL TX | 1018, 1 | 11.45 | | |
| 03/13 | OCC TAX | 1018, 1 | 4.58 | | |
| 03/14 | BK CARD | | | $793.81 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

It's MegaBonus time!  Time to dream MEGA-big about your next
vacation.  Stay with Marriott between March 1 and May 31, 2007
and receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

A Colorful Spring Break awaits you at www.Gifts.Marriott.com
Receive a FREE Samsonite suitcase with each VacationCard purchase!
Offer valid on $1000 or $2000 VacationCard purchases through 4/9/07.
Pack more into your Spring Break with this great offer!

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 03/11/07 - 03/14/07 REVENUE IF APPLICABLE    $704.50
BASE POINTS EARNED: 7045    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott.**
DETROIT PONTIAC
AT CENTERPOINT

1600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253-9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

NATIONAL
CAR RENTAL

RA 813732019          Inv 80013188331
Rental   11-MAR-2007 09:32 PM
DETROIT METRO ARPT
Return   14-MAR-2007 04:34 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 79209997
Model     IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# VYX810       State/Province  MI
M/Kms Driven   121
M/Kms Out     8963
M/Kms In      9104

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price    Amount
T & M         3 Days    56.00    168.00*
UNLIM M/KM    0 M/Kms             0.00*
REFUELING     6 Gals     6.25    37.50*
ARPT COST RECOVERY FEE           23.06*
WAYNE COUNTY STADIUM TX           4.57*
VEH LIC FEE RECOV.68/DAY          2.04*
SALES TAX @6.000 %                14.11

Total Charges           USD 249.28

Paid By    MC    9260       -249.28

Amount Due              USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334



National.

AMERICAN TAXI

NORTHWEST        (847) 253-4411
SUBURBS

WEST & SOUTH     (708) 424-7878
SUBURBS

847-259-1555     LAKE COUNTY      (847) 566-3131

RECEIPT          NORTH            (847) 673-1000
                 SUBURBS
3/11/07
DATE             DUPAGE CO. EAST  (630) 920-9480
$30.00
AMOUNT           DUPAGE CO. WEST  (630) 305-0700

Northbrook
FROM

O'Hare
TO

NAME                          CAB NUMBER

AMERICAN TAXI

NORTHWEST        (847) 253-4411
SUBURBS

WEST & SOUTH     (708) 424-7878
SUBURBS

847-259-1555     LAKE COUNTY      (847) 566-3131

RECEIPT          NORTH            (847) 673-1000
                 SUBURBS
3/19
DATE             DUPAGE CO. EAST  (630) 920-9480
$30
AMOUNT           DUPAGE CO. WEST  (630) 305-0700

FROM

TO

NAME                          CAB NUMBER

2007/APR/09/MON 05:05 PM                    FAX No. 2486486005                    P. 002

## Marriott.
### HOTELS & RESORTS

GUEST FOLIO

| | | | | |
|---|---|---|---|---|
| **531** ROOM | CHANDLER/PAUL/MR NAME | **139.00** RATE | **DUPLICATE** DEPART | **16:45** TIME **ACCT#** **7937** |
| **NKNG** TYPE | | | **03/18/07** ARRIVE | TIME |
| ROOM CLERK | **71 SO WACKER DR** **CHICAGO      IL** **60606** ADDRESS | | **BKXXXXXXXXXXXXX8491** PAYMENT | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 03/18 | TELECOM    TELECOM | 9.95 | | |
| 03/18 | ROOM       531, 1 | 104.00 | | |
| 03/18 | ROOM TAX   531, 1 | 6.24 | | |
| 03/18 | LOCAL TX   531, 1 | 5.20 | | |
| 03/18 | OCC TAX    531, 1 | 2.08 | | |
| 03/19 | TELECOM    TELECOM | 9.95 | | |
| 03/19 | ROOM       531, 1 | 139.00 | | |
| 03/19 | ROOM TAX   531, 1 | 8.34 | | |
| 03/19 | LOCAL TX   531, 1 | 6.95 | | |
| 03/19 | OCC TAX    531, 1 | 2.78 | | |
| 03/20 | CCARD-BK | | 294.49 | |
| | BKXXXXXXXXXXXXX8491 | | | |

.00



## Marriott.
### HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____



**HOTELS & RESORTS**

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| | CHANDLER/PAUL | .00 DUPLICATE | | 16:42 | 8783 |

TYPE

ARRIVE          03/22/07

| ROOM CLERK | ADDRESS |
|---|---|
| 71 SO WACKER DR | |
| CHICAGO        IL | BKXXXXXXXXXXXX8491 |
| 60606 | PAYMENT |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 03/22 | ROOM        03/20/07 | .00 | | |
| 03/22 | ROOM TAX  03/20/07 | .00 | | |
| 03/22 | LOCAL TX  03/20/07 | .00 | | |
| 03/22 | OCC TAX   03/20/07 | .00 | | |
| 03/22 | CCARD-BK | .00 | | |
| | BKXXXXXXXXXXXX8491 | | | |
| 03/22 | P/D ROOM  03.21.07 | 69.00 | | |
| 03/22 | ROOM TAX  03.21.07 | 4.14 | | |
| 03/22 | LOCAL TX  03.21.07 | 3.45 | | |
| 03/22 | OCC TAX   03.21.07 | 1.38 | | |
| 03/22 | CCARD-BK | | 77.97 | |
| | BKXXXXXXXXXXXX8491 | | | |
| | | | | .00 |

**Marriott**
**HOTELS & RESORTS**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

*(handwritten, circled)* 36.00

```
    AVI DELPHI WORLD HQ
       DELPHI DRIVE
      TROY, MI 48098

TERMINAL I.D.:           13400001
MERCHANT #:      000000155205047

MC
SALE
BATCH: 000370      INVOICE: 000023
DATE: MAR 20, 07      TIME: 11:24
RRN: 08003781863L   AUTH NO: 020014
**************8491


TOTAL              $6.40


PAUL CHANDLER      Lunch

    CUSTOMER COPY
```

```
    AVI DELPHI WORLD HQ
       DELPHI DRIVE
      TROY, MI 48098

TERMINAL I.D.:           13400001
MERCHANT #:      000000155205047

MC
SALE
BATCH: 000371      INVOICE: 000021
DATE: MAR 21, 07      TIME: 11:45
RRN: 080039179454   AUTH NO: 021311
**************8491


TOTAL    Lunch    $9.58


PAUL CHANDLER

    CUSTOMER COPY
```

*(handwritten)* Lunch

*(handwritten)* Breakfast

```
      Lunch

1gel Factory Cafe
  5389 Crocks Road
   Troy, MI 48098
   (248) 267-9997

   C O P Y
  03/19/2007   12:27
 Sale:

Transaction #      17
Card Type:   MasterCard
Acc:  *************8491
Entry:         Swiped
Sale:        22.31
Reference No.:
     707816055873
Auth.Code:     019717
Response:APPROVAL 019717
Sequence Number:    0018
```

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

35.00    5 pm    3/18/07
$            Time        Date

Charles
Received from:

3180 N LSA
Cab fare from:

O'hny
To:

Driver:

Delphi Network
Cab #:
Account #:

*Thank you for*
*riding with us!*

 

312-829-4222

```
           HMSHOST
        STARBUCKS E09
      Chicago 773.686.6180

1009 Adraina
-------------------------------
CHK 8058 MAR18'07  6:14PM  GST 1


 1 COOKIES      Food      2.19

   SUBTOTAL               2.19
   TAX                    0.22
   AMOUNT PAID       2.41
   XXXXXXXXXXXXXX1       XX/XX
   MSTRCARD  A1 5*        2.41
```

```
           HMSHOST
        QUICK CHECK E09
      Chicago 773.686.6180

1098 Wilfredo
-------------------------------
7029  MAR18'07  6:13PM


  1 RTE FRUIT SALAD      3.99
  1 COKE BTL 20oz        2.09
    XXXXXXXXXXXXXXX1     XX/XX
    MSTRCARD  A1 5*      6.76

    SUBTOTAL            6.08
    TAX                0.68
    AMOUNT PAID      6.76


              Food
```

```
     National Coney Island


********************************
T.Number 67752   3/21/2007  8:03:52 PM
********************************
Register: 1
********************************
********************************
Charge Amount            13.58
                      ==========

         Dinner

Signature:
         =================================
         CHANDLER/PAUL
         55286245#########
              Exp Date: 0109
Auth. Number:
Reference Number:
```

```
     ..........................
     PALLAS RESTAURANT
     27909 ORCHARD LAKE RD
   FARMINGTON HILLS,MI 4833
        248-553-9013
       27020695579601

        C O P Y
   03/19/2007  19:22:18
   Sale:

   Transaction #       15
   Card Type:   MasterCard
   Acc:   ***********8491
   Entry:          Swiped
   Srvr            STEPH
   Invoice #         1653
   Bse Amt:      51.55

   Tip:      $  _____

        Dinner
   Total Amt: $  54.55

   Reference No.:     0015
   Auth.Code:       019764
   Response:            AP
```

CUSTOMER COPY

_Dinner_

Paradies Metro-Ventures, Inc
Detroit Metro Airport
Detroit, Michigan

BOTTLE DEPOSIT        57744731000
                        0.10
DIET COKE W/ LIME.    09582633000
                        1.65 T
FAMOUS AMOS CHOCCHIP  22057986000
                        0.99 N
CRACKER JACKS         77807828000
                        1.99 N

**TOTAL**                    $4.73
MASTERCARD                   $4.73      _Food_
**** **** **** 8491
PURCHASE
EXPIRY: 01/09 SWIPED
AUTH# 021785
03/21/2007 07:40PM
REFERENCE #:    708100003004

ITEMS 4                    R. DWAYNE
03/21/2007  08:38PM  0174 01 16292 8260

Thank You for Shopping at
The Paradies Shops
Detroit Metro Airport

---

"LITTLE DADDY'S"
BLOOMFIELD HILLS

39500 N. Woodward
Bloomfield Hills, Mi.

Server: Irida              DOB: 03/20/2007
07:26 PM                        03/20/2007
Table 11/1                      5/50085

M/C                              5242971
Card #XXXXXXXXXXXX8491        Exp:0109
Magnetic card present:
Approval: 020035

                    Amount:      28.57

                  + Tip:     _5.00_

                  = Total:   _33.57_

X _____

PLEASE PAY YOUR SERVER
AT THE TABLE
Managers: Rodney & Keith

Thanks Come again.

---

**NATIONAL CAR RENTAL**

PAUL CHANDLER                    RA 81378A020    Inv 8001322022T
Vehicle # 721U82567              Rental  18-MAR-2007 10:22 PM
Model  TRAILBLAZER              DETROIT METRO APPT
Class Driven SFAR   Class Charged ICAR    Return  21-MAR-2007 06:50 PM
License# ABL7166    State/Province  MI    DETROIT METRO APPT
Miles Driven  151
Miles Out  11991
Miles In  12142

MAYER BROWN & PLATT
Contract ID 5702490
Charges              No Unit    Price      Amount
T & M                3 Days     56.00      168.00*
UNLIM MXM            0 Mi/Kes     0.00*       0.00*
FSO                  1 Rental   57.64       57.64*
APPT COST RECOVERY FEE                      25.30**
WAYNE COUNTY STADIUM TX                      5.01*
VEH LIC FEE RECOV.60/DAY                     2.04**
SALES TAX 06.000 %                          15.48

Total Charges                       USD    273.47
Paid By        MC      8491         USD   -273.47
Amount Due                          USD     -0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673566220
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334





06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT                06-08975-6,01169          PASSENGER RECEIPT                    202033      0256342      AST

A·R·C                                                                                          CHANDLER/PAUL A
NORTHWEST AIRLINES        XXXXX    CHICAGO                      AT4594915
LAWYERS TRAVEL                              IL U516HARD7        PLACE OF ISSUE                 ORD
CHANDLER/PAUL A          HAUQJR/AA HULTI                        6 0811/                       ODTW NW492  P 18MAR02PBF
**NOT VALID FOR** THIS IS YOUR RECEIPT                                                        ORD NW726  Q 22MARQA8V8R
**TRANSPORTATION*                                              WN27AC9

FP CAXXXXXXXXXX8491*0109/      016276 /FCCHI NW DTT3
90.70B2PBF NW CHI04.19QA8V8R  494.89    END ZPORDDT
W XT5.00AY9.00XFORD4.5DTW4.5

  XT    14.00       EQUIV. FARE PD.                          ALLOW    PCS    WT    UNCKD     NOT VALID FOR TRAVEL
USD   494.89       STOCK CONTROL NO TX 000    CK        CPN          DOCUMENT NUMBER           CK     0 012 7824609327 2
US     37.11                                                                                  AA14594915
ZP      6.80    39115079080               0 012 7824609327 2
USD   552.80



06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK    06-08975-6,01169                                        202033      0256342      A5T
      MISCELLANEOUS CHARGES ORDER
      A·R·C  XXX  PASSENGER RECEIPT              AT4594915                                     MISCELLANEOUS
AIRLINES REPORTING CRP  of  CHICAGO            TLU516HARD7      PLACE OF ISSUE                 CHARGES ORDER
LAWYERS TRAVEL                               FARE BASIS/TICKET DESIGNATOR                      FROM
CHANDLER/PAUL A          HAUQJR/AA              7 0811/
AIRLINES REPORTING CORP                                        WN27AC9                        TO
TRAVEL RELATED SERVICE FEE

FP CAXXXXXXXXXX8491* 0109 /  016438                                                           CARRIER

                                                                                             NOT VALID FOR TRAVEL

USD    47.25       EQUIV. FARE PD.                          ALLOW    PCS    WT    UNCKD        PCS    WT    UNCKD    BAGGAGE ID NUMBER
        0.00       STOCK CONTROL NO TX 000    CK        CPN          DOCUMENT NUMBER           CK
USD    47.25    39115079065               890 1963560108 3                                    8901 AA14594915

Itinerary Confirmation                                                    Page 1

| BLOHM/LINDSAY | 11834 | 10Apr07 04:04pm |
|---|---|---|
| | | LINDSAY BLOHM |
| | | MAYER BROWN ROWE AND |
| | | MAW |
| | | 71 SOUTH WACKER |
| | | CHICAGO IL 60606 |

Booking locator: BAYBXB

```
GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
20/25 USD SURCHARGE FOR A PAPER TICKET
TO AVOID ADDITONAL COST AN E-TICKET IS
STRONGLY RECOMMENDED
BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
FOR A COMPLETE LIST OF CARRY ON
BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
```

| 18Sep07 | **Other** INFORMATION |
|---|---|
| Tuesday | HAVE A GREAT TRIP |

```
Ovation and The Lawyers' Travel Service can proactively notify you of
flight changes, delays and cancellations. To opt in, go to
http://www.ovationtravel.com/alerts

We value your input and welcome you to fill out our online survey:
http://www.ovationtravel.com/survey

Threadneedles in London.
Five star boutique hotel in the City's Square Mile.
Follow this link: http://www.ovationtravel.com/hotelofthemonth



EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL 800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
.........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT
******** EXCHANGE TICKET INFORMATION *********
PRIMARY ORIG TKT NBR 0127822446473 ISSD 13MAR07
OLD TICKET/S - TOTAL AMT .............. 122.40
NEW TICKET/S - TOTAL AMT .............. 122.40
PENALTY/REISSUE FEES .................. 100.00
AMOUNT DUE FROM TRAVELER .............. 100.00
*************************************************
```

Ticket Information

Confirmation

```
        BLOHM LINDSAY
        Ticket#:   0127824609396       Ticket Base Fare:      100.00
        Invoice#:  0256421             Ticket Tax:              0.00
                                       Total Ticket Amount:   100.00
        Electronic: YES


        Ticket#:   0127822446473       Ticket Base Fare:      254.89
        Invoice#:  0256220             Ticket Tax:             39.91
                                       Total Ticket Amount:   294.80
        Electronic: YES
```

ResFAX(r) Copyright(c) 1992-2007 Cornerstone Information Systems, Inc., Bloomington, IN

***ResFAX Message ID 4296892***
***ResFAX Itinerary E-Mail***

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
(SUBJECT TO CONDITIONS OF CONTRACT)                    11834           PASSENGER RECEIPT                    202033        0256220    ALØ

ETKT              A·R·C  XXXX                                                           XØXAXWGXAXG
                                                                    AT4594915    BLOHM/LINDSAY
NORTHWEST AIRLINES      XXXXX      TOUR CODE                         ØØØ
LAWYERS TRAVEL              CHICAGO       PLACE OF ISSUE  IL US13WARØ7
BLOHM/LINDSAY          BAYBXB/AA NOLTI                    6  ØØ11/   ØØTV NW1633 H 18MARHAØV8R
**NOT VALID FOR**  THIS IS YOUR RECEIPT                             ØØØ NW1249 Q 22MARQAØV8R
**TRANSPORTATION*                                    WN27ALØ        ***********************

FP  CAXXXXXXXXXXXXX1406*1109/    211632 /FCCHI NW DTT1
58.70HAØV8R NW CHI104.19QAØV8R 254.89    END ZPORDDT
W XT5.ØØAY9.ØØXFORD4.5DTW4.5

XT    14.ØØ
USD   254.89                                                        NOT VALID FOR TRAVEL
US     19.11     STOCK CONTROL NO TX 889    CPN    DOCUMENT NUMBER   CK    Ø Ø12 7822446473 1
ZP      6.8Ø    39115075263          Ø Ø12 7822446473 1             AA14594915
USD   294.8Ø

---

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK  XXXX 11834                                         202033        0256220 ALØ
(NOT TRANSFERABLE)
              MISCELLANEOUS CHARGES ORDER                                             XØXAXWGXAXG
                    A·R·C  XXX  PASSENGER RECEIPT   TOUR CODE
AIRLINES REPORTING CRP                              PLACE OF ISSUE  AT4594915    MISCELLANEOUS
LAWYERS TRAVEL             CHICAGO                  ILUS13WARØ7               CHARGES ORDER
BLOHM/LINDSAY         BAYBXB/AA        FARE BASIS/TICKET DESIGNATOR  7  ØØ11/
AIRLINES REPORTING CORP    CARRIER  FLIGHT  CLASS DATE  TIME  STATUS NOT VALID BEFORE NOT VALID AFTER
TRAVEL RELATED SERVICE FEE                                           WN27ALØ

FP CAXXXXXXXXXX1406* 1109 /  26Ø838

USD    47.25                                                        NOT VALID FOR TRAVEL
        Ø.ØØ    STOCK CONTROL NO TX 889   CPN   DOCUMENT NUMBER   CK
                39115075285          89Ø 1963560018 4
USD    47.25                                                        89Ø1 AA14594915



| Depart | Arrive | Date | Fare Code | E-Ticket Nbr: | E0127822446473 |
|---|---|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 18MAR07 | HA0V8R | Issued Date: | 13MAR07 |
| Detroit, MI | Chicago-OHare, IL | 22MAR07 | QA0V8R | Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

**Total Fare This Ticket: USD 294.80**

**BLOHM/LINDSAY**

| | | |
|---|---|---|
| US TAX | 19.11 | Card Nbr: XXXXXXXXXXXX1406 |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr: E0127822446473 |
| OTHER TAX | 14.00 | Confirmation Nbr: NL6GHY |
| TOTAL USD | 294.80 | |

*Transportation subject to terms of carriage printed inside ticket jacket*        Page 1 of 1

## PASSENGER RECEIPT

---

| Name: | BLOHM/LINDSAY | Conf #:NL6GHY |
|---|---|---|
| Date: | 18MAR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127822446473 | |
| Flight: | NW 1633 | |



| Name: | BLOHM/LINDSAY | Conf #:NL6GHY |
|---|---|---|
| Date: | 18MAR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127822446473 | |
| Flight: | NW 1633 | |

**Gate: E9**
**Board: 8:35 AM**        **Seat: 17–B**

**Gate: E9**
**Board: 8:35 AM**        **Seat: 17–B**

Depart: Chicago-OHare, IL    9:05 AM
Arrive: Detroit, MI    11:19 AM

## BOARDING PASS

Depart: Chicago-OHare, IL    9:05 AM
Arrive: Detroit, MI    11:19 AM

ORDISL01

---

11
$tip = 42.00

```
YELLOW CAB  CO
CAB # 3540
03-18-07 TP 0452
START  END MILES
06:11 06:34 17.5
FARE:  $  34.65
EXTRA: $   1.00
TOTAL: $  35.65
DEPT OF CONSUMER
SERVICE CALL 311
  THANK YOU
```

ICHIYO SUSHI GRILL
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710

C O P Y
03/19/2007  21:41
Sale:

Transaction #          14
Card Type:    MasterCard
Acc : **********1406
Entry:          Swiped
Bse Amt:       36.25

Tip  :  $7.00

Total Amt:  $43.25

Auth.Code:       587715
Response:      AP587715

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROV, MI 48098

TERMINAL I.D.:            13400002

MERCHANT #:       000000155205047

MC
SALE
BATCH: 000519         INVOICE: 000020
DATE: MAR 20, 07         TIME: 09:34
RRN: 000037798255    AUTH NO: 322995

************1406

TOTAL          $7.69

LINDSAY A BLOHM

CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROV, MI 48098

TERMINAL I.D.:            13400002

MERCHANT #:       000000155205047

MC
SALE
BATCH: 000520         INVOICE: 000033
DATE: MAR 21, 07         TIME: 18:00
RRN: 000039165400    AUTH NO: 004718

************1406

TOTAL          $13.10

LINDSAY A BLOHM

CUSTOMER COPY

---

GLOBE TAXI ASSOC
TAXICAB # 35
03/22/07  TR 6603
START  END MILES
19:52 20:27 17.7
FARE :  $  35.65
EXTRA:  $   1.00
TOTAL:  $  36.65
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU
+ tip = 42.0



| Depart | Arrive | Date | Fare Code |
|--------|--------|------|-----------|
| Detroit, MI | Chicago-OHare, IL | 22MAR07 | QA0V8R |

E-Ticket Nbr: E0127824609396
Issued Date: 19MAR07
Name/Place of Issue: LAWYERS TRAVEL CHICAGO IL

**BLOHM/LINDSAY**

**Total Fare This Ticket: USD 122.40**

| FARE | 104.19 | Form of Payment: MASTERCARD |
| US TAX | 7.81 | Card Nbr: |
| DOM SEGMENT FEE | 3.40 | XXXXXXXXXXX1406 |
| OTHER TAX | 7.00 | E-Ticket Nbr: E0127824609396 |
| TOTAL USD | 122.40 | Confirmation Nbr: NL6GHY |

Endorsements/Restrictions:

## PASSENGER RECEIPT

Transportation subject to terms of carriage
printed inside ticket jacket

Page 1 of 1

| Name: | BLOHM/LINDSAY | | Conf #:NL6GHY |
| Date: | 22MAR07 | Request: | |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | | |
| E-Ticket Nbr: | 0127824609396 | | |
| Flight: | NW 1249 | | |

**Gate: A9**
**Board: 6:32 PM**

**Seat: 20-A**

Depart: Detroit, MI          7:02 PM
Arrive: Chicago-OHare, IL     7:21 PM

## BOARDING PASS
DTWISL27

| Name: BLOHM/LINDSAY | | Conf #:NL6GHY |
| Date: 22MAR07 | Request: | |
| Frequent Flyer Nbr: NWxxxxxxxxx311 | | |
| E-Ticket Nbr: 0127824609396 | | |
| Flight: NW 1249 | | |

**Gate: A9**
**Board: 6:32 PM**

**Seat: 20-A**

Depart: Detroit, MI          7:02 PM
Arrive: Chicago-OHare, IL     7:21 PM

NATIONAL
CAR RENTAL

RA 813761247              Inv 80013226139
Rental  18-MAR-2007 11:45 AM
DETROIT METRO ARPT
Return  22-MAR-2007 05:49 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 79336896
Model   IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# BED0144   State/Province  MI
M/Kms Driven  134
M/Kms Out     982
M/Kms In     1116

MAYER BROWN & PLATT
Contract ID 5702498
Charges       No Unit   Price    Amount
T & M         5 Days    56.00    280.00*
UNLIM M/KM    0 M/Kms             0.00*
FSO           1 Rental  44.54    44.54*
ARPT COST RECOVERY FEE            36.43*
WAYNE COUNTY STADIUM TX            7.21*
VEH LIC FEE RECOV .68/DAY          3.40*
SALES TAX 06.000 %                22.29

Total Charges             USD 393.87

Paid By    MC    1406         -393.87

Amount Due                USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 642028085
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334





# Marriott.

## DETROIT PONTIAC AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | | |
|---|---|---|---|---|
| 909 | BLOHM/LINDSAY | 104.00 | 03/22/07 12:00 | 7943 |
| ROOM | NAME | RATE | DEPART    TIME | ACCT# |
| NDDC | | | 03/18/07 12:33 | |
| TYPE | | | ARRIVE    TIME | |

14    55 W DELAWARE PL APT

ROOM CLERK   CHICAGO        IL 606106071 PAYMENT         MR#: XXXXX1636
ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 03/18 | RM SERV | 3559 909 | 30.27 | | |
| 03/18 | ROOM | 909, 1 | 104.00 | | |
| 03/18 | ROOM TAX | 909, 1 | 6.24 | | |
| 03/18 | LOCAL TX | 909, 1 | 5.20 | | |
| 03/18 | OCC TAX | 909, 1 | 2.08 | | |
| 03/19 | RM SERV | 3565 909 | 33.97 | | |
| 03/19 | ROOM | 909, 1 | 104.00 | | |
| 03/19 | ROOM TAX | 909, 1 | 6.24 | | |
| 03/19 | LOCAL TX | 909, 1 | 5.20 | | |
| 03/19 | OCC TAX | 909, 1 | 2.08 | | |
| 03/20 | RM SERV | 3595 909 | 38.36 | | |
| 03/20 | RM SERV | 3608 909 | 33.32 | | |
| 03/20 | ROOM | 909, 1 | 104.00 | | |
| 03/20 | ROOM TAX | 909, 1 | 6.24 | | |
| 03/20 | LOCAL TX | 909, 1 | 5.20 | | |
| 03/20 | OCC TAX | 909, 1 | 2.08 | | |
| 03/21 | RM SERV | 3626 909 | 15.20 | | |
| 03/21 | SUNDRIES | GIFT SHO | 1.89 | | |
| 03/21 | SALES TA | GIFT SHO | .11 | | |
| 03/21 | RM SERV | 3642 909 | 33.32 | | |
| 03/21 | ROOM | 909, 1 | 104.00 | | |
| 03/21 | ROOM TAX | 909, 1 | 6.24 | | |
| 03/21 | LOCAL TX | 909, 1 | 5.20 | | |
| 03/21 | OCC TAX | 909, 1 | 2.08 | | |
| 03/22 | BK CARD | | | $656.52 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
          BLOHML@GEORGETOWN.EDU

MARRIOTT REWARDS ACCOUNT # XXXXX1636
DATE 03/18/07 - 03/22/07 REVENUE IF APPLICABLE    $602.33
BASE POINTS EARNED: 6023   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.

## DETROIT PONTIAC AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection including attorney fees.

Signature X

6-2955C
Rev. 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

```
        Coffee Beanery #331
       Detroit Metro Airport
         Tel # 734-229-0616
Date:        Mar22'07 06:31PM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXX1406
Exp Date:    11/09
Auth Code:   004669
Check:       4484
Server:      7152 Yousif F
       LINDSAY A BLOHM

Subtotal:              7.41

_____
Signature

I agree to pay above total
according to my card issuer
agreement.
      *Customer Copy*
```

```
          AVI DELPHI WORLD HQ
             DELPHI DRIVE
            TROY, MI 48098

TERMINAL I.D.:              13400002

MERCHANT #:        000000155205047

MC
SALE
BATCH: 000521       INVOICE: 000025
DATE: MAR 22, 07       TIME: 09:32
RRN: 000040481054    AUTH NO: 023833

*************1406

TOTAL              $8.64

LINDSAY A BLOHM

         CUSTOMER COPY
```

```
              THANK YOU
             VISIT US AT
           WWW.SPEEDWAY.COM

            SPEEDWAY 8827
            507 W MILHAM DR
             PORTAGE, MI

    1  CRKR JCK ORG      0.99
    1  KRUNCHERS JALAP   0.99
    1  COKE D/LI 20zNR   1.39
    1  MI BOTTLES/CANS   0.10 F
    1  COKE D/LI 20zNR   1.39
    1  MI BOTTLES/CANS   0.10 F
   POSTPAY FUEL SALE:   23.17
  Pumped: # 4 Unlead Blend Et - SELF
  9.056 Gallons @ $2.559/Gal

            SUBTOTAL:   28.13
                 TAX:    0.00
               TOTAL:   28.13
  ------------------------------
         MASTERCARD :   28.13
            CHANGE:      0.00

  0319147   03/27/07   20:49:33
  By: KAREN    Drawer: A
  CARD TYPE: Master Card
  Card Num : XXXXXXXXXXXX8491

  TERMINAL: 0050008827001
  TRANS TYPE: SALE
  APPROVAL CODE: 027977
  SEQUENCE #: 086073095


  TOP COPY-MERCHANT, 2ND COPY-CUSTOMER

  Cardholder agrees to pay to issuer
  total charges per the agreement
  Between the cardholder and issuer.

  X_____
  CARDHOLDER'S SIGNATURE
```

```
           Panera Bread #3725
        5970 South Westnedge Ave
         Portage, Michigan 49002
           Phone (269) 373-3800
            Fax (269) 373-3900
                su # 4

    65 John S
  -----------------------------------
  Chk 4584            PAUL        Gst 0
                  Mar27'07 08:40PM
  -----------------------------------
        TO-GO
     1 CHX BACON-PANINI        6.49
       ***FR BAG
     1 CHX WR $                3.29
       ***APPLE
     1 TURKEY                  4.99
         SOUR SLICE
         **PLAIN**
         LETTUCE
         TOMATO
         CHEDDAR               0.49
       ***APPLE
     1 MD SODA                 1.19
     1 COOKIE CHOC DUET        1.59
     XXXXXXXXXXXXX8491 XX/XX
       Master Card            19.03

       FOOD                   16.85
       BEVERAGE                1.19
       Tax                     0.99
       PAYMENT                19.03

     TELL US HOW WE ARE DOING
     AND YOU MAY WIN $2000
     GO TO WWW.PANERASURVEY.COM
     OR CALL 1-877-467-8436
     WITHIN 48 HRS / MONTHLY DRAWING
     RULES AT WWW.PANERASURVEY.COM
  -----------------------------------
     Order # 4584
```

```
PASSENGER TICKET AND BAGGAGE CHECK        01169        PASSENGER RECEIPT        202033    0256701  AC9
SUBJECT TO CONDITIONS OF CONTRACT                                                       X
         ETKT                   A·R·C                                                   CHANDLER/PAUL A
NORTHWEST AIRLINES   XXXXX        TOUR CODE          A14594915        NAME OF PASSENGER
LAWYERS TRAVEL              CHICAGO          IL US26MAR07            080
CHANDLER/PAUL A    6ANB6C/AA NULTI       6 001TY                    ODTW NW1252 Q 27MARQA0Y8R
    **NOT VALID FOR**    THIS IS YOUR RECEIPT                       ORD NW1249 P 29MAR02P8F
  **TRANSPORTATION*                          NW27AC9

FP CAXXXXXXXXXXXX8491*0109/   026858 /FCCHI NW DTT1
04.19QA0Y8R NW CHI395.35B2PBF  499.54    END ZPORDDT
W XT5.00AY9.00XFORD4.5DTW4.5

    XT  14.00
USD  499.54                                                         NOT VALID FOR TRAVEL
US   37.46    39157800334    0 012 7826805136 2                    0 012 7826805136 2
ZP    6.80                                                          AA14594915
USD  557.80
```

```
06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK  01169                          202033    0256701 AC9
XXXXXXXXXXXXX
              MISCELLANEOUS CHARGES ORDER                          X
              A·R·C   PASSENGER RECEIPT
AIRLINES REPORTING CRP        TOUR CODE    A14594915               MISCELLANEOUS
LAWYERS TRAVEL            CHICAGO     TLUS26MAR07                   CHARGES ORDER
CHANDLER/PAUL A   6ANB6C/AA         7° 001TY
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE                   NW27AC9

FP CAXXXXXXXXXXXX8491* 0109 /   026853

USD  47.25
     0.00                                                          NOT VALID FOR TRAVEL
USD  47.25    39157800356    890 1964548411 4
                                                                   8901 AA14594915
```



## The Townsend Hotel

Paul A Chandler

US

INVOICE
Membership No.        :
A/R Number            :
Group Code            :
Company Name          :

Room No.      :  219
Arrival       :  03-27-07
Departure     :  03-28-07
Page No.      :  1 of 1
Folio No.     :  30492
Conf. No.     :  175827
Cashier No.   :  37
User ID       :  SBARR

03-28-07

| Date | Text | | Charges | Credits |
|------|------|---|---------|---------|
| 03-27-07 | Room Revenue | | 335.00 | |
| 03-27-07 | State Sales Tax 6% | | 20.10 | |
| 03-27-07 | Local Tax 2% | | 6.70 | |
| 03-27-07 | Convention Tax 1.5% | | 5.03 | |
| 03-28-07 | Mastercard | XXXXXXXXXXXX8491 XX/XX | | 366.83 |
| | **Total** | | 366.83 | 366.83 |
| | **Balance** | | 0.00 | |

Guest Signature: _____
I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, association, or
company fails to pay for any part or the full amount of these charges.
Please leave your room key at the reception desk upon departure.
Thank You.

ONE HUNDRED TOWNSEND STREET    BIRMINGHAM, MICHIGAN 48009  U.S.A.    TELEPHONE (248) 642-7900    FAX (248) 645-9061





Delphi

```
          AVI DELPHI WORLD HQ
            DELPHI DRIVE
            TROY, MI 48098

TERMINAL I.D.:         13400002

MERCHANT #:      000000155205047

MC
SALE
BATCH: 000526        INVOICE: 000042
DATE: MAR 29, 07        TIME: 18:18
RRN: 000050432490     AUTH NO: 029459

************8491
```

36,00

**TOTAL**        **$8.75**

PAUL CHANDLER

CUSTOMER COPY

---

National Coney Island Epress

```
*****************************************
T.Number 49274    3/29/2007  6:27:11 PM
*****************************************

         1 Greek Salad      6.49
         1 Plain Dog        2.79
                         ===========
      Sub-Total $          9.28
                         ===========
      Tax       $          0.56
                         ===========
      Total     $          9.84
      Visa/Mc   $          9.84
      Change    $          0.00

*****************************************
```

**Order Number  49274**
Register Number 4

---

TRANSACTION RECORD

**Bangkok Cuisine**
**30923 Woodward Ave.**
**Royal Oak, MI 48073**

CARD TYPE:MASTER CARD
NU.:************8491
ENTRY:SWIPED
AUTHORIZATION:028288
STORE #:98000100
TERMINAL:1
REFERENCE:322969

PURCHASE        **$14.73**

TIP             3,00

TOTAL           17.73

THANK YOU
MARCH 28,2007 20:22:15
Server's name : George

CUSTOMER COPY

NATIONAL
CAR RENTAL

RA 313667299                    Inv 30011325650
Rental   27-MAR-2007 04:32 PM
CHICAGO - NORTH LASALLE
Return   29-MAR-2007 05:48 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 76049079
Model    TORRENT AWD
Class Driven IFAR    Class Charged SFAR
License# DEU6902    State/Province  OH
M/Kms Driven   383
M/Kms Out     9919
M/Kms In     10302

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 165.99 | 331.98* |
| T & M | 1 Hours | 83.00 | 83.00* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| DSCNT T&M 12.00% | | | -49.80* |
| FSD | 1 Rental | 49.64 | 49.64 |
| LESSOR TAX 2.75 USD | | | 2.75 |
| RETAILERS OCC TAX | | | 4.47 |
| AU RNT & OCC TX 85.000 % | | | 18.26 |
| MPEA TAX @6.000 % | | | 21.91 |
| CHICAGO TRAN TX @6.000 % | | | 21.91 |
| MS TRNST TX 1PC @1.000 % | | | 3.65 |

Total Charges              USD 487.77

Paid By    MC   8491         -487.77

Amount Due            USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673566320
Emerald Club rental credits will be
posted within 24 hours
Customer service Number 1-800-468-3334



06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK        01169
SUBJECT TO CONDITIONS OF CONTRACT
ETKT                    PASSENGER RECEIPT

322033    0545314    AC9
BOARDING PASS XX

A·R·C  FLIGHT  XXX
NORTHWEST AIRLINES  OF  XXXXX  TOUR CODE    AGENT CODE  A33892891  CHANDLER/PAUL A
OVATION TRAVEL          NEW YORK    NY 05-27MAR07  DTW
CHANDLER/PAUL A    PAX/CARRIER  GTNBGC/XX  BZPBF    FO  6  0017  ORD NW1249 P 29MAR02PBF
FROM  **NOT VALID FOR**  THIS IS YOUR RECEIPT
TO    **TRANSPORTATION*                F6V0AJX

FP CAXXXXXXXXXXX8491*0109/    027283 /FCDTT NW CHI3
95.35O2PBF 395.35 END ZPDTW XT2.50AY4.50XFDTW4.5

XT   7.00
USD  395.35  FARE PD
US   29.65  CHECK CONTROL NO TX 890  CK
ZP   3.40  0136455525    0 012 7826927286  2

NOT VALID FOR TRAVEL
0 012 7826927286 2
AA33892891

TOTAL  USD  435.40

# Marriott.
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI  48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 401 | CHANDLER/PAUL/A | 104.00 | 03/29/07 | 12:00 | 9355 |
|-----|-----------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NKNG
TYPE
                                    03/28/07  19:02
6                                    ARRIVE    TIME

ROOM
CLERK    ADDRESS                    PAYMENT              MR#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 03/28 | ROOM | 401, 1 | 104.00 | | |
| 03/28 | ROOM TAX | 401, 1 | 6.24 | | |
| 03/28 | LOCAL TX | 401, 1 | 5.20 | | |
| 03/28 | OCC TAX | 401, 1 | 2.08 | | |
| 03/29 | BK CARD | | | $117.52 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.


WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!

# Marriott.
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI  48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit entry in the reference above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

## Marriott.
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **506** ROOM | BLOHM/LINDSAY/MS NAME | | 104.00 RATE | 03/29/07 DEPART | 12:00 TIME | 8887 ACCT# | |
| **NDDG** TYPE | ARICA KNIEVEL | | | 03/27/07 ARRIVE | 23:09 TIME | | |
| **6** | 55 W DELAWARE PL APT | | | | | | |
| ROOM CLERK | CHICAGO ADDRESS | IL 606106071 PAYMENT | | | | MR#: XXXXX1636 | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 03/27 | ROOM | 506, 1 | 104.00 | | |
| 03/27 | ROOM TAX | 506, 1 | 6.24 | | |
| 03/27 | LOCAL TX | 506, 1 | 5.20 | | |
| 03/27 | OCC TAX | 506, 1 | 2.08 | | |
| 03/28 | RM SERV | 3805 506 | 15.20 | | |
| 03/28 | PRKLOUNG | 2251 506 | 42.00 | | |
| 03/28 | ROOM | 506, 1 | 104.00 | | |
| 03/28 | ROOM TAX | 506, 1 | 6.24 | | |
| 03/28 | LOCAL TX | 506, 1 | 5.20 | | |
| 03/28 | OCC TAX | 506, 1 | 2.08 | | |
| 03/29 | BK CARD | | | $292.24 | |

TO BE SETTLED TO:      MASTERCARD      CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
BLOHML@GEORGETOWN.EDU

It's MegaBonus time!  Time to dream MEGA-big about your next
vacation.  Stay with Marriott between March 1 and May 31, 2007
and receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

A Colorful Spring Break awaits you at www.Gifts.Marriott.com
Receive a FREE Samsonite suitcase with each VacationCard purchase!
Offer valid on $1000 or $2000 VacationCard purchases through 4/9/07.
Pack more into your Spring Break with this great offer!

MARRIOTT REWARDS ACCOUNT # XXXXX1636
DATE 03/27/07 - 03/29/07 REVENUE IF APPLICABLE     $265.20
BASE POINTS EARNED: 2652    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

## Marriott.
### DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

62955C
Rev 12/04

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290



③

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:           13400002
MERCHANT #:        800000155205047

MC
SALE
BATCH: 000525
DATE: MAR 28, 07         INVOICE: 000034
RRN: 008049007242        TIME: 09:44
                         AUTH NO: 616365

**************1406

TOTAL            $6.89

LINDSAY A BLOHM

CUSTOMER COPY

②

GLOBE   TAXI

$42
w/ tip

④   dinner 3/29

FINGER BAR B
DETROIT METRO AIRPORT
CHECK:       3501
TABLE:       101/1
SERVER:      4536 Bernadet
DATE:        MAR29'07  7:26PM
CARD TYPE:   MSTRCARD  A1 5*
ACCT #:      XXXXXXXXXXX1406      *
EXP DATE:    XX/XX
AUTH CODE:   713404
       LINDSAY A BLOHM

SUBTOTAL:            16.82
I agree to comply with the card
holder agreement.

Tip _____        4·00

Total _____       20·82

Signature _____

PASSENGER TICKET AND BAGGAGE CHECK

AmericanAirlines    29MAR07    DETROIT METRO    US

BLOHM/LINDSAY

DETROIT METRO     AA 4456 Y 29MAR810P
CHICAGO OHARE

BOARDING PASS        GROUP 3
                     SEAT   4D

ELECTRONIC
1 801 7826805217 8

⑥  BOARDING PASS

BLOHM/LINDSAY

DETROIT METRO
CHICAGO OHARE

AMERICAN EAGLE

AA 4456 Y 29MAR810P

B8   740R   4D  NO

GROUP 3

00109830636474

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:           13400002
MERCHANT #:        800000155205047

MC
SALE
BATCH: 000526
DATE: MAR 29, 07         INVOICE: 000026
RRN: 008058364007        TIME: 09:31
                         AUTH NO: 428736

**************1406

TOTAL            $6.89

LINDSAY A BLOHM

CUSTOMER COPY

Page 1 c

| | | |
|---|---|---|
| BLOHM/LINDSAY | 11834 | 29Mar07 09:47am<br>LINDSAY BLOHM<br>MAYER BROWN ROWE AND MAW<br>71 SOUTH WACKER<br>CHICAGO IL 60606 |

Booking locator: IIKSVA
Fare: $172.40

```
GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
20/25 USD SURCHARGE FOR A PAPER TICKET
TO AVOID ADDITONAL COST AN E-TICKET IS
STRONGLY RECOMMENDED
BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
FOR A COMPLETE LIST OF CARRY ON
BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
```

| | | |
|---|---|---|
| 29Mar 08:10pm<br>Thursday | **Air** American Airlines<br>From: Detroit Metro MI, USA<br>Meal:Food For Pu Equip:CRJ-700 Canad<br>Arrival: 29Mar Thursday 08:30pm<br>Stops:0 | Flight#4458 Class:M<br>To: Chicago O'Hare IL, USA<br>Status:Confirmed |

```
OPERATED BY AMERICAN EAGLE
Depart - L.C. SMITH TERMINAL
Arrive - -TERMINAL 3
American Airlines locator: IIKSVA
AA Frequent Flyer# 30B52X8-BLOHM/LINDSAY

OPERATED BY AMERICAN EAGLE
PREASSIGNED SEATING IS NOT APPLICABLE
```

| | |
|---|---|
| 25Sep07<br>Tuesday | **Other** INFORMATION<br>HAVE A GREAT TRIP |

```
Ovation and The Lawyers' Travel Service can proactively notify you of
flight changes, delays and cancellations. To opt in, go to
http://www.ovationtravel.com/alerts

We value your input and welcome you to fill out our online survey:
http://www.ovationtravel.com/survey

In a world of infinite experiences, explore your senses.
Stay at the Omni Hotels.
Follow this link: http://www.ovationtravel.com/hotelofthemonth




EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL 800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
.........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
```

```
                    PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
                    PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
                    LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
                    PASSPORT AND A CREDIT CARD ..ETC
                    CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
                    CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
                    TIME TO AVOID CANCELLATION OF SEATS
                    CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT
                    AA - FARE INFO -
                    ANY CHANGES MAY INCUR A HIGHER FARE.
```

ResFAX(r) Copyright(c) 1992-2007 Cornerstone Information Systems, Inc., Bloomington, IN

***ResFAX Message ID 4271380***
***ResFAX Itinerary E-Mail***

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                          Page 2
Telecom Outsourcing Project                                                        Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/01/07 | **Roy, Paul J. N.**<br>Review and comment upon Schedule 4-F and transmittal to G. McLawhon. | 1.50 |
| 04/02/07 | **Blohm, Lindsay A.**<br>Editing and circulating same for comments. | 1.80 |
| 04/02/07 | **Chandler, Paul A.**<br>Reviewing/revising Schedule 3-B and distribution to G. McLahon (1.7); reviewing L. Blohm comments to Schedule 8-A (0.8); revising sample transformation milestone descriptions and conferring with M. Goldstein regarding same (0.7). | 3.20 |
| 04/02/07 | **Goldstein, Michael J.**<br>Prepared sample transformation milestones and distributed to TPI. | 2.10 |
| 04/02/07 | **Roy, Paul J. N.**<br>Review of G. McLawhon's responses to questions and revision of schedule 4-F accordingly (1.0). Revision of Schedule 4-F to incorporate Delphi and TPI responses to questions and comments (1.4). Review of and comment upon CSC's proposed accelerated dispute resolution provision to address particular payment disputes (0.5). | 2.90 |
| 04/03/07 | **Blohm, Lindsay A.**<br>Negotiating Group 2 documents with CSC and conducting internal review of Schedule 14 documents with TPI (9.0). Edit and circulate Schedule 16. | 9.30 |
| 04/03/07 | **Chandler, Paul A.**<br>Call with CSC and Delphi team to negotiate group schedules. | 8.50 |
| 04/03/07 | **Roy, Paul J. N.**<br>Review and response to pricing schedule questions and comments (1.3). Review and revision to CSC's proposed accelerated disputed resolution for specific payment disputes (0.3). | 1.60 |
| 04/04/07 | **Blohm, Lindsay A.**<br>Negotiating Group 2 Schedules with CSC, including Schedules 21, 22, 14, 14-A, 14-B, 16, 23 and 26. | 7.00 |
| 04/04/07 | **Chandler, Paul A.**<br>Conference call with CSC and Delphi teams to negotiate group 2 schedules (7.50); drafting revisions to SLA language, per request of G. McLahon (0.90). | 8.40 |
| 04/05/07 | **Roy, Paul J. N.**<br>Review and comment on draft PPT slide summary of contract for board of directors (1.6). Review of CSC's proposed language for pooling of cell phone minutes (0.4). Call with Delphi and TPI to discuss outstanding MSA issues in preparation for call with CSC on same (1.0). Call with CSC to discuss remaining MSA issues (3.3). | 6.30 |
| 04/06/07 | **Blohm, Lindsay A.**<br>Updating CSC Network Amendment, based on TPI's comments (1.3) and revising Schedule list to reflect supplemental documents from group 2, based on negotiations last week (1.2). | 2.50 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 3
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/06/07 | **Roy, Paul J. N.**<br>Review and update of MSA issues status list (0.5) Redraft of Managed Service Provider provisions in MSA, including sections 6.5 and 6.6 and transmittal of same to TPI (1.8).  Review of and comment on CSC's revised draft of Schedule 4-H and transmittal of comments to TPI (1.2).  Review and edit of TPI's revised draft of Schedule 4-F and transmittal of same to Delphi and TPI (1.5). | 5.00 |
| 04/08/07 | **Blohm, Lindsay A.**<br>Reviewing Group 2 documents for defined terms and supplemental schedule references. | 3.00 |
| 04/08/07 | **Chandler, Paul A.**<br>Reviewing and revising Schedule 3-B and distribution to G. McLawhon. | 2.20 |
| 04/08/07 | **Roy, Paul J. N.**<br>Review of and comment on CSC's second revised provision on expedited dispute resolution (0.7).  Review and revision of incumbent carrier cost credit (0.5). | 1.20 |
| 04/09/07 | **Chandler, Paul A.**<br>Reviewing action items list (0.40); reviewing G. McLawhon comments to draft amendment and drafting response to G. McLawhon (0.60); call with G. McLawhon regarding at-risk amount issues (0.30). | 1.30 |
| 04/09/07 | **Roy, Paul J. N.**<br>Revision of CSC's draft language for granting Delphi a credit for incumbent carrier costs that exceed budgeted amount (1.3).  Review of draft amendment to CSC agreement incorporating changes required to add network scope of services (2.50). | 3.80 |
| 04/10/07 | **Blohm, Lindsay A.**<br>Updating 3-C; (.4)  Updating Schedule 3-E (1.2). Reviewing Schedule 3-F and circulate with other reivised schedules for comments (.6). | 2.20 |
| 04/10/07 | **Chandler, Paul A.**<br>Reviewing revised CSC Schedule 3-B (0.80); reviewing CSC Master Services Agreement for possible revisions (3.00); reviewing Schedule 3-E and revising document (2.00). | 5.80 |
| 04/10/07 | **Roy, Paul J. N.**<br>Meeting at Delphi with CSC to finalize remaining MSA issues(3.0).  Redraft of MSA issues based on meeting with CSC (4.5).  Meeting with G. McLawhon to complete redraft of incumbent carrier cost credit provision (1.0). | 8.50 |
| 04/11/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC regarding Group 1 documents. | 9.00 |
| 04/11/07 | **Chandler, Paul A.**<br>Negotiating CSC Group 1 Schedules. | 9.50 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 4
Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/11/07 | **Roy, Paul J. N.**<br>Review and comment on slides for board of directors presentation and transmittal of comments to T. McCabe (2.0). Meeting with George McLawhon to modify provision for pricing schedule regarding Service Provider responsibility for limiting Delphi's retained costs for incumbent transport providers (4.0). | 6.00 |
| 04/12/07 | **Blohm, Lindsay A.**<br>Negotiating Schedule 4 documents with CSC. | 3.50 |
| 04/12/07 | **Chandler, Paul A.**<br>Reviewing MSA provisions for Amendment (6.00); reviewing Schedule 4 inflation adjustment language and call with B. Shoemaker to discuss (0.80). | 6.80 |
| 04/12/07 | **Roy, Paul J. N.**<br>Meetings with CSC at Delphi to discuss remaining open issues in pricing schedules. | 9.50 |
| 04/13/07 | **Chandler, Paul A.**<br>Drafting amendment comments for P. Roy and reviewing MSA provisions. | 3.50 |
| 04/13/07 | **Roy, Paul J. N.**<br>Meeting with CSC at Delphi to discuss open issues in pricing schedules and MSA (7.5). Revision to Schedule 4-F and transmittal to G. McLawhon (0.5). | 8.00 |
| 04/14/07 | **Chandler, Paul A.**<br>Reviewing amendment and distribution to G. McLawhon (2.00); reviewing open issues and schedule 4 documents (2.50); conferring with P. Roy on open issues (1.00); call with G. McLawhon regarding amendment (0.20); revising amendment and distribution to G. McLawhon (0.40). | 6.10 |
| 04/14/07 | **Roy, Paul J. N.**<br>Revision of Schedule 4 to incorporate negotiated provisions and transmittal of same to G. McLawhon (1.0). Review and revision of other pricing schedules (1.0). Review and comment on draft Amendment to CSC MSA incorporating Network scope of services and associated schedules and MSA amendments (4.2). | 6.20 |
| 04/15/07 | **Chandler, Paul A.**<br>Call with Delphi team to discuss Group 2 schedules (1.30); reviewing Schedule 22 (0.80). | 2.10 |
| 04/16/07 | **Blohm, Lindsay A.**<br>Updated 4-L to reflect the new FX rates and sent updated file to TPI. (.2); internal meeting to discuss 5-B and 3-A (1.5); negotiating with CSC on Group 2 schedules (5.0) revising schedules (4.2). | 10.90 |
| 04/16/07 | **Chandler, Paul A.**<br>Meeting with CSC to negotiate schedules (3.50); reviewing CSC documents (4.50). | 8.00 |
| 04/17/07 | **Blohm, Lindsay A.**<br>Negotiating with CSC to close documents, including discussions of 3-A, 3-E, 4- | 11.80 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 5
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | F, 4, 4-I, 4-L, 4-A, 5-C, 5-D, 6-B, 7-B, 10, 11, 16, 17, 19-A, 21, 23, 26 (11.0) Updating documents (0.8). | |
| 04/17/07 | **Chandler, Paul A.** Meetings with CSC to negotiate Schedules (11.50); drafting revisions to Schedules (1.20). | 12.70 |
| 04/17/07 | **Roy, Paul J. N.** Call with Delphi on remaining issues in pricing schedules. | 1.50 |
| 04/18/07 | **Blohm, Lindsay A.** Negotiating with CSC to finalize documents (8.0); updating documents (3.0); circulate drafts for comments (0.2). | 11.20 |
| 04/18/07 | **Chandler, Paul A.** Meetings with CSC to negotiate Network schedules (9.00); reviewing Schedule 22 (Transformation Plan) (1.00). | 10.00 |
| 04/19/07 | **Blohm, Lindsay A.** Negotiating with CSC to close documents (10.2); revised documents (1.7). | 11.90 |
| 04/19/07 | **Chandler, Paul A.** Meetings with CSC to negotiate Schedules (12.00); drafting riders to MSA and Schedules (4.50). | 16.50 |
| 04/19/07 | **Roy, Paul J. N.** Review and comment on Schedule 10 issues (0.5) and conferred with P. Chandler about closing process (0.5). | 1.00 |
| 04/20/07 | **Blohm, Lindsay A.** Final day of negotiations with CSC to close documents. | 7.50 |
| 04/20/07 | **Chandler, Paul A.** Meetings with CSC to negotiate Schedules for Network deal (8.50). | 8.50 |
| 04/20/07 | **Chandler, Paul A.** Drafting revisions to Amendment No. 1 to CSC MSA and distribution to G. McLawhon (2.00). | 2.00 |
| 04/20/07 | **Roy, Paul J. N.** Review of CSC comments of MSA section revisions, modification of same and transmittal and explanation of changes to G. McLawhon (1.0). Review of and response to Amendment comments (1.3). | 2.30 |
| 04/21/07 | **Blohm, Lindsay A.** Revised documents. | 8.20 |
| 04/21/07 | **Chandler, Paul A.** Reviewing and drafting revisions to Schedule 22 and distributing to G. McLawhon (2.50). | 2.50 |
| 04/22/07 | **Blohm, Lindsay A.** Revised documents. | 7.00 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 6
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/23/07 | **Blohm, Lindsay A.**<br>Revised documents (7.2); Call with Delphi and CSC to review status of documents (.8). | 8.00 |
| 04/23/07 | **Chandler, Paul A.**<br>Reviewing final documents and calls with CSC and Delphi to discuss. | 13.50 |
| 04/23/07 | **Roy, Paul J. N.**<br>Conferred with P. Chandler and G. McLawhon regarding closing issues (1.0). Review and comment on pricing schedules and related issues (1.5). | 2.50 |
| 04/24/07 | **Blohm, Lindsay A.**<br>Review and revised CSC documents (8.0); circulate same (0.4); teleconference with Delphi re same (2.0). | 10.40 |
| 04/24/07 | **Chandler, Paul A.**<br>Call with CSC team regarding Schedule 22-B (3.00); call with G. McLawhon regarding comments to Schedules (0.80); calls with CSC and Delphi teams to discuss schedules (3.50); revising and reviewing documents (3.00); call with G. McLawhon regarding Schedule 4-H and Amendment (0.80). | 11.10 |
| 04/25/07 | **Blohm, Lindsay A.**<br>Reviewing final documents (6.0); maintaining management system docment (1.5). | 7.50 |
| 04/25/07 | **Chandler, Paul A.**<br>Reviewing documents (9.0) and calls with CSC and Delphi to discuss comments (1.0). | 10.00 |
| 04/25/07 | **Roy, Paul J. N.**<br>Call with P. Chandler and G. McLawhon re percentages in Schedule 4-A showing amount allocated to transport charges to facilitate benchmarking (0.30). Call with I. Seipke re plan for training Delphi account team on contract provisions (0.5). | 0.80 |
| 04/26/07 | **Blohm, Lindsay A.**<br>Finalizing documents (10.0); discussing changes with Paul Chandler (0.8). | 10.80 |
| 04/26/07 | **Chandler, Paul A.**<br>Reviewing final pricing schedules (2.5); reviewing revised documents (2.7); calls with Delphi and CSC regarding outstanding issues (2.2). | 7.40 |
| 04/27/07 | **Blohm, Lindsay A.**<br>Finishing final review of all printed Schedules and Amendments (4.5); Conference call with Daryl Savage and Paul Chandler to review changes (1.7) Prepared documents for final distribution to Delphi and CSC (2.4). | 8.60 |
| 04/27/07 | **Chandler, Paul A.**<br>Reviewing final documents (3.0); preparing revisions to Amendment and distribution to CSC (1.2); call with D. Savage (CC lawyer) regarding revisions to documents (1.7). | 5.90 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 7
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/27/07 | **Goldstein, Michael J.** | |
| | Conferred with L. Blohm regarding finalizing the schedule documents. | 0.10 |
| 04/29/07 | **Roy, Paul J. N.** | |
| | Preparation of training slides. | 1.00 |
| 04/30/07 | **Roy, Paul J. N.** | |
| | Preparation of Delphi training slides. | 3.50 |

**Total Hours**          **392.90**

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 8
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070016 DATE: 06-Apr-07<br>Expense Reimbursement for Travel to Michigan From 02 Apr 2007 To 02 Apr 2007 | 292.05 |
| 04/02/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070016 DATE: 06-Apr-07<br>Taxi from home to O'Hare Airport. | 42.00 |
| 04/03/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070016 DATE: 06-Apr-07<br>Expense Reimbursement for Travel to Michigan From 02 Apr 2007 To 03 Apr 2007 | 493.79 |
| 04/04/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070016 DATE: 06-Apr-07<br>Taxi from O'Hare Airport to home. | 38.00 |
| 04/04/07 | **Business Meals - Travel**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070016 DATE: 06-Apr-07<br>Expense Reimbursement for Travel to Michigan From 02 Apr 2007 To 04 Apr 2007 | 151.98 |
| 04/09/07 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070098 DATE: 23-Apr-07<br>Delphi Trip From 09 Apr 2007 To 09 Apr 2007 | 287.59 |
| 04/10/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070019 DATE: 27-Apr-07<br>Travel to Detroit on 4/10-4/12/07 From 10 Apr 2007 To 10 Apr 2007 | 287.59 |
| 04/11/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070019 DATE: 27-Apr-07<br>Travel to Detroit on 4/10-4/12/07 From 10 Apr 2007 To 11 Apr 2007 | 467.36 |
| 04/11/07 | **Business Meals - Travel**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070098 DATE: 23-Apr-07<br>Delphi Trip From 09 Apr 2007 To 11 Apr 2007 | 83.35 |
| 04/12/07 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070136 DATE: 16-Apr-07<br>Meetings In Detroit Regarding Delphi Networks From 10 Apr 2007 To 12 Apr 2007 | 349.70 |
| 04/12/07 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070136 DATE: 16-Apr-07<br>Meetings In Detroit Regarding Delphi Networks From 10 Apr 2007 To 12 Apr 2007 | 511.65 |
| 04/12/07 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070136 DATE: 16-Apr-07<br>Meetings In Detroit Regarding Delphi Networks From 10 Apr 2007 To 12 Apr 2007 | 117.89 |
| 04/12/07 | **Business Meals - Travel**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070019 DATE: 27-Apr-07 | 70.61 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 9
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Travel to Detroit on 4/10-4/12/07 From 11 Apr 2007 To 12 Apr 2007 | |
| 04/13/07 | **Travel - Other** | |
| | VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070098 DATE: 23-Apr-07 | 856.42 |
| | Delphi Trip From 09 Apr 2007 To 13 Apr 2007 | |
| 04/20/07 | **Travel - Airfare** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070137 DATE: 25-Apr-07 | 772.70 |
| | Meetings At Delphi In Detroit, Michigan From 16 Apr 2007 To 20 Apr 2007 | |
| 04/20/07 | **Travel - Airfare** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070020 DATE: 27-Apr-07 | 282.65 |
| | Travel to Detroit on 4/15-4/20/07 From 20 Apr 2007 To 20 Apr 2007 | |
| 04/20/07 | **Travel - Other** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070020 DATE: 27-Apr-07 | 1,000.14 |
| | Travel to Detroit on 4/15-4/20/07 From 15 Apr 2007 To 20 Apr 2007 | |
| 04/20/07 | **Travel - Other** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070137 DATE: 25-Apr-07 | 949.47 |
| | Meetings At Delphi In Detroit, Michigan From 16 Apr 2007 To 20 Apr 2007 | |
| 04/20/07 | **Business Meals - Travel** | |
| | VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070137 DATE: 25-Apr-07 | 198.21 |
| | Meetings At Delphi In Detroit, Michigan From 16 Apr 2007 To 20 Apr 2007 | |
| 04/20/07 | **Business Meals - Travel** | |
| | VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070020 DATE: 27-Apr-07 | 244.02 |
| | Travel to Detroit on 4/15-4/20/07 From 16 Apr 2007 To 20 Apr 2007 | |
| 04/22/07 | **Proofreading - Internal** | |
| | Performed by Marchant, Brent C. for Blohm, Lindsay A. | 195.00 |
| 04/23/07 | **Document Reproduction** | 0.30 |
| 04/24/07 | **Long Distance Telephone** | |
| | (281) 468-6901 at 2123 ( 16 mins) | 1.44 |
| 04/26/07 | **Document Reproduction** | 8.40 |
| 04/27/07 | **Long Distance Telephone** | |
| | (703) 641-2585 at 1235 ( 59 mins) | 5.31 |

**Total Other Charges**                                    **$7,707.62**

NATIONAL
CAR RENTAL

RA 813830182
Rental   02-APR-2007 08:52 AM          Inv 80013281762
DETROIT METRO ARPT
Return   04-APR-2007 04:51 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 79218280
Model    IMPALA LT
Class Driven FCAR      Class Charged ICAR
License# 719XSS        State/Province  OK
M/Kms Driven  105
M/Kms Out    7249
M/Kms In     7354

MAYER BROWN & PLATT
Contract ID 5702498
Charges        No Unit    Price    Amount
T & M           3 Days    56.00    168.00*
UNLIM M/KM      0 M/Kms             0.00*
FSO             1 Rental  45.39     45.39*
ARPT COST RECOVERY FEE              23.93*
WAYNE COUNTY STADIUM TX             4.74*
VEH LIC FEE RECOV .68/DAY           2.04*
SALES TAX 06.000 %                  14.65

Total Charges                USD 258.75

Paid By    MC    1406           -258.75

Amount Due                   USD 0.00



* Taxable Items
Subject to Audit
Your Emerald Club Number is 642028085
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334





| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 02APR07 | QA0V8R |
| Detroit, MI | Chicago-OHare, IL | 04APR07 | QA0V8R |

E-Ticket Nbr:       E0127826805210
Issued Date:       28MAR07
Name/Place of Issue: LAWYERS TRAVEL CHICAGO IL

## BLOHM/LINDSAY

**Total Fare This Ticket: USD 244.80**

| | |
|---|---|
| FARE | 208.38 |
| US TAX | 15.62 |
| DOM SEGMENT FEE | 6.80 |
| OTHER TAX | 14.00 |
| TOTAL  USD | 244.80 |

Form of Payment: MASTERCARD
Card Nbr:        XXXXXXXXXXX1406
E-Ticket Nbr:    E0127826805210
Confirmation Nbr: 34ZMS3

Endorsements/Restrictions:

### PASSENGER RECEIPT

*Transportation subject to terms of carriage
printed inside ticket jacket*

Page 1 of 1



| Name: | BLOHM/LINDSAY | Conf #:34ZMS3 |
|---|---|---|
| Date: | 02APR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127826805210 | |
| Flight: | NW 1236 | |

**Gate:  E13**
**Board: 5:30 AM**          **Seat: 06-A**

Depart: Chicago-OHare, IL       6:00 AM
Arrive: Detroit, MI             8:16 AM

### BOARDING PASS



| Name: | BLOHM/LINDSAY | Conf #:34ZMS3 |
|---|---|---|
| Date: | 02APR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127826805210 | |
| Flight: | NW 1236 | |

**Gate:  E13**
**Board: 5:30 AM**          **Seat: 06-A**

Depart: Chicago-OHare, IL       6:00 AM
Arrive: Detroit, MI             8:16 AM



| Name: | BLOHM/LINDSAY | Conf #:34ZMS3 |
|---|---|---|
| Date: | 04APR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127826805210 | |
| Flight: | NW 1249 | |

**Gate:  A19**
**Board: 6:32 PM**          **Seat: 06-B**

Depart: Detroit, MI             7:02 PM
Arrive: Chicago-OHare, IL       7:21 PM

### BOARDING PASS



| Name: | BLOHM/LINDSAY | Conf #:34ZMS3 |
|---|---|---|
| Date: | 04APR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127826805210 | |
| Flight: | NW 1249 | |

**Gate:  A19**
**Board: 6:32 PM**          **Seat: 06-B**

Depart: Detroit, MI             7:02 PM
Arrive: Chicago-OHare, IL       7:21 PM





Lindsay Blohm <lblohm@gmail.c

# Your Apr 2, 2007 - Apr 4, 2007 stay at the Detroit Marriott Pontiac a Centerpoint

**Thanks for staying! <efolio@marriott.com>**                      Fri, Apr 6, 2007 at 3:44
Reply-To: Thanks for staying! <efolio@marriott.com>
To: BLOHML@georgetown.edu

Thank you for choosing the Detroit Marriott Pontiac at
Centerpoint for your recent stay.

As requested, below is a billing summary or adjustment for
your stay. **If you have questions about your bill**, please
contact the hotel directly at (248) 253-9800.

Make another reservation >>



You have elected to receive
eFolio email messages after
every stay.

Modify your email
preferences >>

Summary of Your Stay

Hotel: Detroit Marriott Pontiac at Centerpoint          Guest: BLOHM/LINDSAY/MS
                                                               55 W DELAWARE PL APT
        3600 Centerpoint Parkway                              CHICAGO, IL 606106071
        Pontiac, Michigan 48341                              USA
        USA
        (248) 253-9800

Dates of stay: Apr 02, 2007 - Apr 04, 2007          Room number: 618
Guest number: 9438                                   Group number:
Marriott Rewards number: XXXXX1636

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| 04/02/07 | TELECOM | TELECOM | 0.00 | |
| 04/02/07 | ROOM | 618, 1 | 104.00 | |
| 04/02/07 | ROOM TAX | 618, 1 | 6.24 | |
| 04/02/07 | LOCAL TX | 618, 1 | 5.20 | |
| 04/02/07 | OCC TAX | 618, 1 | 2.08 | |
| 04/02/07 | RM SERV | 3922 618 | 16.41 | |
| 04/02/07 | RM SERV | 3927 618 | 33.32 | |
| 04/03/07 | TELECOM | TELECOM | 0.00 | |
| 04/03/07 | ROOM | 618, 1 | 104.00 | |
| 04/03/07 | ROOM TAX | 618, 1 | 6.24 | |
| 04/03/07 | LOCAL TX | 618, 1 | 5.20 | |
| 04/03/07 | OCC TAX | 618, 1 | 2.08 | |
| 04/03/07 | RM SERV | 3947 618 | 15.20 | |

Gmail - Your Apr 2, 2007 - Apr 4, 2007 stay at the Detroit Marriott Pontiac at Centerpoint          Page 2

| 04/03/07 | MOVIES | MOVIE | ~~13.90~~ | |
| 04/03/07 | RM SERV | 3962 618 | 33.32 | |
| 04/04/07 | RM SERV | 3969 618 | 18.20 | |
| 04/04/07 | Payment - Visa/Mastercard XXXXXXXXXXXX1406 | | | 365.48 |

**Total balance**                                                    **0.00 USD**

Important Information

Do Not Reply to this Email
This email is an auto-generated message. Replies to automated messages are not monitored. If
you have any questions please contact the hotel directly at (248) 253-9800.

Why Have I Received this Email?
You received this email because you subscribed to eFolio, a feature enabling you to receive an
electronic version of your hotel bill by email after every stay. Modify your email preferences >>

Availability
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties
in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of
check-out. These email messages reflect changes made to your bill up to 11pm on your day of
departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

Authenticity of Bills
Marriott retains official records of all charges and credits to your account and will honor only those
records.

Privacy
Your privacy is important to Marriott. For full details of our privacy policy, please visit our Internet
Privacy Statement.

Credit of Marriott Rewards Points
After a stay, it may take up to 7 days for Marriott Rewards points to be credited to your account.

Terms of Use::Internet Privacy Statement(c)1996-2006 Marriott International, Inc. All rights
reserved. Marriott proprietary information.



⑧

$42 ✓ TIP

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:                    13400002
MERCHANT #:        000000155205047

MC
SALE
BATCH: 000529            INVOICE: 000031
DATE: APR 03, 07          TIME:  09:37
RRH: 000057012663         AUTH NO: 759873

XXXXXXXXXX1406

TOTAL                $8.64

LINDSAY A BLOHM

CUSTOMER COPY

⑨    + TIP = $38

---

Diego's Mexican Village
Detroit Metro Airport
McNamara Terminal
Detroit, MI

⑦

Date:         Apr04'07 06:38PM
Card Type:    Mastercard
Acct #:       XXXXXXXXXXXX1406
Exp Date:     XX/XX
Auth Code:    983196
Check:        3892
Table:        119/1
Server:       1040 Toni M

Subtotal:     15.95
Tip:_____ 4.05

Total:_____ 20.00

_____
Signature

I agree to pay above total
according to my card issuer
agreement.

*** Customer Copy ***

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:                    13400002
MERCHANT #:        000000155205047

MC
SALE
BATCH: 000530            INVOICE: 000020
DATE: APR 04, 07          TIME:  09:30
RRH: 000059232524         AUTH NO: 524070

XXXXXXXXXX1406

TOTAL                $6.89

LINDSAY A BLOHM

CUSTOMER COPY

**Marriott.**
DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | |
|---|---|---|---|
| **718** ROY/PAUL | 104.00 04/13/07 12:00 | 10407 | |
| ROOM NAME | RATE DEPART TIME | ACCT# | |
| **NKNG** | 04/09/07 22:10 | | |
| TYPE | ARRIVE TIME | | |
| **14** 3136 PALM LN | | | |

ROOM CLERK **NORTHBROOK   IL 600625866** PAYMENT          **MR#: XXXXX5253**
ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 04/09 | PRKLOUNG 2816 718 | 12.00 | | |
| 04/09 | ROOM 718, 1 | 104.00 | | |
| 04/09 | ROOM TAX 718, 1 | 6.24 | | |
| 04/09 | LOCAL TX 718, 1 | 5.20 | | |
| 04/09 | OCC TAX 718, 1 | 2.08 | | |
| 04/10 | ROOM 718, 1 | 104.00 | | |
| 04/10 | ROOM TAX 718, 1 | 6.24 | | |
| 04/10 | LOCAL TX 718, 1 | 5.20 | | |
| 04/10 | OCC TAX 718, 1 | 2.08 | | |
| 04/10 | PRKLOUNG 2896 718 | 36.00 | | |
| 04/11 | ROOM 718, 1 | 104.00 | | |
| 04/11 | ROOM TAX 718, 1 | 6.24 | | |
| 04/11 | LOCAL TX 718, 1 | 5.20 | | |
| 04/11 | OCC TAX 718, 1 | 2.08 | | |
| 04/12 | ROOM 718, 1 | 104.00 | | |
| 04/12 | ROOM TAX 718, 1 | 6.24 | | |
| 04/12 | LOCAL TX 718, 1 | 5.20 | | |
| 04/12 | OCC TAX 718, 1 | 2.08 | | |
| 04/13 | BK CARD | | $518.08 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

It's MegaBonus time!  Time to dream MEGA-big about your next
vacation.  Stay with Marriott between March 1 and May 31, 2007
and receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 04/09/07 - 04/13/07 REVENUE IF APPLICABLE    $464.00
BASE POINTS EARNED: 4640    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott.**
DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

08296

**PASSENGER RECEIPT**

202033    0257074    A07

ETKT

A·R·C  XXX

UNITED AIRLINES
LAWYERS TRAVEL          CHICAGO          IL US 06APR07
ROY/PAUL          HZYURE/AA MULTI          6 0017/
**NOT VALID FOR**  THIS IS YOUR RECEIPT
**TRANSPORTATION**
S/CVA MAYER BROWN/S*CVA MAYER BROWN
FP CAXXXXXXXXXXXX9260*1009/    306435 /FCCHI UA DTT1
02.11VA/NUP UA CHI02.11VA/NUP 204.22    END ZPORDDT
V XT5.00AY9.00XFORD4.5DTW4.5

XXXXX052LI          AT4594915
                    PLACE OF ISSUE

ROY/PAUL
ORD
ODTW UA5934 V 09APRYA/NUP
ORD UA515 V 13APRYA/NUP

*******************************
*******************************

NOT VALID FOR TRAVEL
0 016 7036590814 2
AA14594915

|  | XT | 14.00 |
| FARE | | |
| USD | | 204.22 |
| TAX/FEE/CHARGE | US | 15.32 |
| TAX/FEE/CHARGE | ZP | 6.80 |
| TOTAL | | |
| USD | | 240.34 |

39157812536          0 016 7036590814 2

---

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
NOT TRANSFERABLE          XXXXXXXX 08296

**MISCELLANEOUS CHARGES ORDER**

A·R·C  XXX  **PASSENGER RECEIPT**

202033    0257074    A07

AIRLINES REPORTING CRP or
LAWYERS TRAVEL          CHICAGO          ILUS 06APR07
ROY/PAUL          HZYURE/AA          7 0017/
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

FP CAXXXXXXXXXXXX9260* 1009 /    340073

AT4594915
                    PLACE OF ISSUE

VN27A07

MISCELLANEOUS
CHARGES ORDER

NOT VALID FOR TRAVEL

| USD | | 47.25 |
| TAX/FEE/CHARGE | | 0.00 |
| TAX/FEE/CHARGE | | |
| TOTAL | | |
| USD | | 47.25 |

39157812551          890 1965066572 4

8901 AA14594915

---



Driver# _____  Cab# _____

To: Chicago O'Hare

From: 71 S. Wacker Chicago

Date: 4/9/07  Amount:$ 39.00

NATIONAL
CAR RENTAL

RA 813862583            Inv 80013321716
Rental   09-APR-2007 09:21 PM
DETROIT METRO ARPT
Return   13-APR-2007 05:51 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 71226483
Model            LACROSSE CXL
Class Driven FCAR     Class Charged ICAR
License# BJG6733      State/Province MI
M/Kms Driven 122
M/Kms Out    2
M/Kms In     124

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit   Price   Amount
T & M        4 Days    56.00   224.00*
UNLIM M/KM   0 M/Kms           0.00*
REFUELING    6 Gals    6.25    37.50*
ARPT COST RECOVERY FEE         29.35*
WAYNE COUNTY STADIUM TX        5.81*
VEH LIC FEE RECOV.68/DAY       2.72*
SALES TAX 96.000 %             17.96

Total Charges            USD 317.34

Paid By    MC   9260          -317.34

Amount Due               USD 0.00

^ Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334

Papa Vino's Italian Kitchen
3900 Center Point Pkwy
Pontiac, Michigan  48341
(248) 333-3606
Date:         Apr10'07 08:47PM
Card Type:    MC
Acct #:       XXXXXXXXXXXX9260
Exp Date:     10/08
Auth Code:    894953
Check:        504
Table:        73/2
Server:       132 Lyndsey
    PAUL J ROY

Subtotal:          21.51

Gratuity_____    4.00

Total_____  $ 25.51

_____
Signature

*********Customer Copy*********

REGGIO'S C22 - DBE
O'HARE AIRPORT CHICAGO
773-686-0155

7538 Tamika
----------------------------------
3902 APR09'07  5:23PM
----------------------------------

1 COKE BTL 20oz        2.09
2 HOT DOG              6.78
  CASH               20.00

  SUBTOTAL             8.87
  TAX                  0.97
  AMOUTN PAID        9.84
  CHANGE DUE          10.16

AMERICAN TAXI
847-259-1555
RECEIPT

NORTHWEST     (847) 253-4411
SUBURBS
WEST & SOUTH  (708) 424-7878
SUBURBS
LAKE COUNTY   (847) 566-3131
NORTH         (847) 673-1000
SUBURBS
DUPAGE CO. EAST (630) 920-9480
DUPAGE CO. WEST (630) 305-0700

DATE  4/13/07
AMOUNT  $30.00
FROM  O'Hare
TO    Northbrook
NAME
CAB NUMBER



GLOBE TAXI ASSN. INC.

FOR CAB
SERVICE CALL
(773) 725-6500
Lost and Found:
(773) 725-6200

$ 40   Date 7/10   Time 2:30pm

Received from Lindsey Blohm

Cab fare from Office   To O.K.D.

Driver _____   Cab no. _____

Receipt Advertising: ChicagoDispatcher.com

MASSAGE CHEZ VOUS
Relax, we'll bring the spa to you!
●Home ●Office ●Hotel
LICENSED MASSAGE THERAPISTS
TO YOUR DOOR WITHIN THE HOUR.

1 HR. MASSAGE
ONLY $110
Valid through 6/30/07. Not valid w/any other offer.

(773)525-1998
www.MassageChezVous.com



NATIONAL
CAR RENTAL

RA 813867524          Inv 80013312479
Rental  10-APR-2007 06:34 PM
DETROIT METRO ARPT
Return  12-APR-2007 01:00 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 79376647
Model    IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# BJX5297    State/Province MI
M/Kms Driven 106
M/Kms Out     80
M/Kms In     186

MAYER BROWN & PLATT
Contract ID 5702498
Charges     No Unit   Price    Amount
T & M        2 Days   56.00    112.00*
UNLIM M/KM   0 M/Kms             0.00*
FSO          1 Rental 46.75     46.75*
ARPT COST RECOVERY FEE          17.79*
WAYNE COUNTY STADIUM TX          3.53*
VEH LIC FEE RECOV .68/DAY        1.36*
SALES TAX @6.000 %              10.89

Total Charges          USD 192.32

Paid By    MC   1406       -192.32

Amount Due             USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 642028085
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334





*//// UNITED*

ETKT    PASSENGER RECEIPT
DUPLICATE    7828664225
052LI         A33892891
OF6V      3APR07
NDSR6Z/UA VA/NUP        0
THIS IS YOUR RECEIPT

BLOHM/LINDSAY
"""NOT VALID FOR """
"""TRANSPORTATION"""
S/ BROWN
0R00000000000001406
VA/NUP 204.22  END ZP0RDDTW XT5.00NY9.00XF0R34.5DTW4.5

USD204.22
US15.32
XT20.80
USD240.34

ADK
5

*//// UNITED*

7828664225
BLOHM/LINDSAY
ORDDTWUA 156 V10APR
DTWORDUA 153 V12APR
*************************
*************************
*************************
*************************
*************************
*************************
*************************
NOT VALID FOR TRAVEL
0 016 7828664225

0 016 7828664225 5

BLOHM/LINDSAY

UA 00123161610

UA 153          APR 12
FROM   DETROIT/METRO
TO     CHICAGO/OHARE

GATE    A2
DEPARTS AT 4:02 PM

GIVE FEEDBACK WWW.UALSURVEY.COM

SEAT  **14A**

Y-CABIN
016 7828664225 CPN-2

5

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:          13400002
MERCHANT #:       000000155205847

MC
SALE
BATCH: 000533        INVOICE: 000030
DATE: APR 11, 07      TIME: 09:32
RRN: 000668502130     AUTH NO: 186354

************101406

TOTAL          $6.89

LINDSAY A BLOHM

3

CUSTOMER COPY

EasyCheck-in: Boarding Documents

Page 1

# ✈ **U N I T E D**

**BOARDING PA**

**BLOHM, LINDSAY**
00123161610

## United 156 / Apr 10

From: Chicago, IL (ORD)
To: Detroit, MI (DTW)

## Seat 09F



Boards at 3:15 PM
Departs at 3:45 PM

## Seating

# 2



### Checking-in

**No longer traveling on this flight?**
Cancel your check-in before departure or your ticket will no longer be valid. To cancel online, go to EasyCheck-in Online at united.com.

**Checking baggage**
Our new united.com BagCheck kiosks are designed specifically for united.com customers and can save you time and keep you moving. Proceed to a united.com BagCheck kiosk at O'Hare airport to check your bags. Please note that bags must be checked in a minimum of 45 minutes before departure.

Confirmation number ND5R6Z    0167828664225

A STAR ALLIANCE MEMBER ✓

The top portion of your boarding document may be retained by a United representative.

**BLOHM, LINDSAY**
00123161610

## United 156 / Apr 10

From: **Chicago, IL (ORD)**
To: **Detroit, MI (DTW)**

## Seat 09F

Cabin: United Economy Plus

Confirmation number **ND5R6Z**
**0167828664225**

### Before you leave

Visit http://www.united.com/travelsupport for travel information, including:

- Carry-on baggage
- Checked baggage
- Airport check-in information
- ID and documentation requirements

Also view United's Contract of Carriage at http://www.united.com/contractofcarrier

### At the airport

- Present this boarding pass along with appropriate documentation and identification. It is the responsibility of the customer to understand and fully comply with all travel documentation requirements.
- If you are not checking bags, proceed directly to the gate.
- Have this boarding pass out and available to be scanned when boarding begins.

**For your security, the Transportation Security Administration (TSA) screens all baggage. Visit http://www.tsatraveltips.us/ to review acceptable items.**

Printed from ✈ **U N I T E D ● C O**



Give feedback
100,000 Mile
Sweepstakes!
Log on to www.ualsurvey.com.

**Marriott.**

DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

517 CHANDLER/PAUL/A    104.00 04/12/07 12:00 10066
ROOM    NAME    RATE    DEPART    TIME    ACCT#

NKNG    04/10/07 21:29
TYPE    ARRIVE    TIME

6

ROOM    ADDRESS    PAYMENT    MR#: XXXXX2811
CLERK

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 04/10 PRKLOUNG | 2854 517 | 37.60 | | |
| 04/10 ROOM | 517, 1 | 104.00 | | |
| 04/10 ROOM TAX | 517, 1 | 6.24 | | |
| 04/10 LOCAL TX | 517, 1 | 5.20 | | |
| 04/10 OCC TAX | 517, 1 | 2.08 | | |
| 04/11 ROOM | 517, 1 | 104.00 | | |
| 04/11 ROOM TAX | 517, 1 | 6.24 | | |
| 04/11 LOCAL TX | 517, 1 | 5.20 | | |
| 04/11 OCC TAX | 517, 1 | 2.08 | | |
| 04/12 BK CARD | | | $272.64 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

It's MegaBonus time! Time to dream MEGA-big about your next
vacation. Stay with Marriott between March 1 and May 31, 2007
and receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

Honor Moms, Dads and Grads with a great gift value!
Purchase a Marriott Golf, Spa or Dining GiftCard for $250 or more,
receive a $50 bonus coupon for dining, spa or a free round of golf.
Visit www.Gifts.Marriott.com for more details.

MARRIOTT REWARDS ACCOUNT # XXXXX2811
DATE 04/10/07 - 04/12/07 REVENUE IF APPLICABLE    $245.60
BASE POINTS EARNED: 2456    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**

DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290



SUN TAXI ASSN.

CAB #            1989
DATE: 04/10/2007
START TIME 15:50
END TIME    16:25
TRIP #      39379
MILES       17.90
FARE $      35.65
EXTRAS $     1.00
TOTAL $     36.65

Dept of Consumer
Services
Call 311

41.00

---

HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1129 Ramiro

9674  APR10'07  4:55PM

1 RTE BUF CHX SUB        6.99
1 COKE BTL 20oz          2.09
XXXXXXXXXXXXXXXX1       XX/XX
MSTRCARD  A1 5*         10.07

SUBTOTAL                 9.08
TAX                      0.99
AMOUNT PAID      10.07

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

13400002
00000015205047
INVOICE: 000031
TIME: 09136
AUTH NO: 011921

TERMINAL I.D.:
MERCHANT #:
MC
SALE
BATCH: 000533
DATE: APR 11, 07
RDN: 00004596369
##########8491
TOTAL            $8.18
PAUL CHANDLER
CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

13400002
00000015205047
INVOICE: 000003
TIME: 07143
AUTH NO: 01545

TERMINAL I.D.:
MERCHANT #:
MC
SALE
BATCH: 000534
DATE: APR 12, 07
RDN: 00004567245
##########8491
TOTAL           $3.18
PAUL CHANDLER
MERCHANT COPY
CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

13400002
00000015205047
INVOICE: 000003
TIME: 05135
AUTH NO: 011504

$3.18

TERMINAL I.D.:
MERCHANT #:
MC
SALE
BATCH: 000533
DATE: APR 11, 07
RDN: 00004833492
##########8491
TOTAL
PAUL CHANDLER
CUSTOMER COPY

---

CHECKER CAB
CAB #1989
04/11/07 TB 16:50
START  END MILES
16:29  16:23
FARE $       35.65
EXTRA $       1.00
TOTAL:       36.65
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU
40.00

---

ICHIYO SUSHI GRILL
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710

C O P Y
04/11/2007 22:08
Sale:           23

Transaction #:
Card Type: MasterCard
Acc: ############8491
Entry:        Swiped
Bse Amt:     42.40

Tip  : $    6.00

Total Amt: $  48.40

Auth Code:    011598
Response:     AP011598

Server:

National Coney Island

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
T.Number 41138    4/12/2007  4:04:27 PM
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Table: Subcheck:0

| | | |
|---|---|---|
| 1 National Drink | | 1.99 |
| **Diet Coke | | .00 |
| 1 ``Tip`` | | 2.00 |
| 1 Coney | | 2.99 |
| | | ========== |
| Sub-Total | $ | 6.98 |
| | | ========== |
| Tax | $ | 0.30 |
| | | ========== |
| Total | $ | 7.28 |
| Visa/Mc | $ | 7.28 |
| Change | $ | 0.00 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# Order Number 41138
Register Number 1

Marriott at Centerpoint
Parkway Lounge
Pontiac, Michigan

2003 MARIA

CHK 2354 APR10'07  9:52PM

| | |
|---|---|
| 1 CHINESE CHICKEN | 10.00 |
| 2 @ 10.00 | |
| BENZIGER MER | 20.00 |
| Subtotal ..... | 30.00 |
| Tax .......... | 0.60 |
| Total Due .... | 30.60 |

GRATUITY _____ 7.00

TOTAL _____ 37.60

ROOM # _____ 517

PRINT NAME _____ CHANDLER

SIGNATURE _____
NOT A CREDIT CARD VOUCHER
PAY YOUR SERVER

**≋ National.**

N A T I O N A L
C A R   R E N T A L

RA 813666176
Rental  10-APR-2007 08:40 PM
DETROIT METRO ARPT
Return  12-APR-2007 03:19 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 7S58S081
Model       RENDEZVOUS
Class Driven SAUR   Class Charged ICAR
License# VWX736   State/Province MI
Mi/Kms Driven 113
Mi/Kms Out   6864
Mi/Kms In    6977

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit   Price   Amount
T & H        2 Days    56.00   112.00*
UNLIM MKM    0 Mi/Kms          0.00*
FSO          1 Rental  49.50   49.50*
ARP1 COST RECOVERY FEE          18.09*
WAYNE COUNTY STADIUM TX         3.59*
VEH LIC FEE RECOV 6&0/DAY       1.36*
SALES TAX 06.000% X            11.07

Total Charges              USD 195.61

Paid By    MC    8491      USD -195.61

Amount Due                 USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673666320
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle
Customer service Number 1-800-468-3334



06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
ETKT                                    01169          PASSENGER RECEIPT          202033    0257086    AST

A·R·C XXXX
NORTHWEST AIRLINES   XXXXX      TOUR CODE        A14594915      CHANDLER/PAUL A
LAWYERS TRAVEL              CHICAGO        IL US06APR07         ORD
CHANDLER/PAUL A    G1NPVO/AA MULTI          1° 0011'/         OOTW NW1182 Q 10APRQA0V0R
**NOT VALID FOR** THIS IS YOUR RECEIPT                       ORD NW1517 F 12APRFA0V0R
**TRANSPORTATION*                               WN27A5T

FP CAXXXXXXXXXX8491*0109/   006617 /FCCHI NW DTT1
04.19QA0V0R NW CHI209.30FA0V0R 313.49   END ZPORDDT
W XT5.00AY9.00XFORD4.5DTW4.5

        XT  14.00         used crp to Detroit
FARE
USD   313.49
US     23.51
ZP      6.80    39157812923       0 012 7036590824 3          NOT VALID FOR TRAVEL
TOTAL                                                         0 012 7036590824 3
USD   357.00 /32.80                                           AA14594915

---

**nwa.**                                    **nwa.**

| | | | |
|---|---|---|---|
| Name: CHANDLER/PAULA | Conf #:MNPV9A | Name: CHANDLER/PAULA | Conf #:MNPV9A |
| Date: 10APR07 | Request: | Date: 10APR07 | Request: |
| Frequent Flyer Nbr: NWxxxxxxxx222 | | Frequent Flyer Nbr: NWxxxxxxxx222 | |
| E-Ticket Nbr: 0127036590824 | | E-Ticket Nbr: 0127036590824 | |
| Flight: NW 1182 | | Flight: NW 1182 | |

**Gate: E15**          **Seat: 05-C**     **Gate: E15**          **Seat: 05-C**
**Board:** 5:30 PM                        **Board:** 5:30 PM
Depart: Chicago-OHare, IL    6:00 PM      Depart: Chicago-OHare, IL    6:00 PM
Arrive: Detroit, MI          8:18 PM      Arrive: Detroit, MI          8:18 PM

**BOARDING PASS**

ORD1SL01

---

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK   01169          202033    0257086 A5T
MISCELLANEOUS CHARGES ORDER
A·R·C XXX  PASSENGER RECEIPT        A14594915      MISCELLANEOUS
AIRLINES REPORTING CRP of                          CHARGES ORDER
LAWYERS TRAVEL              CHICAGO        ILUS06APR07    1° 0011'/
CHANDLER/PAUL A    G1NPVO/AA          1° 0011'/
AIRLINES REPORTING CORP                        WN27A5T
TRAVEL RELATED SERVICE FEE

FP CAXXXXXXXXXXX8491* 0109 /   006266

                                               NOT VALID FOR TRAVEL
FARE
USD    47.25
TAX/FEE/CHARGE    0.00
TAX/FEE/CHARGE          39157812956       890 1965066582 0
TOTAL
USD    47.25                                   8901 AA14594915





.iessage                                                                                        Page 1 o

**Chatmon, Annette K.**

From: **Thanks for staying!** <efolio@marriott.com>
Date: Apr 22, 2007 3:43 AM
Subject: Your Apr 15, 2007 - Apr 20, 2007 stay at the Detroit Marriott Pontiac at Centerpoint
To: BLOHML@georgetown.edu

Thank you for choosing the Detroit Marriott Pontiac
at Centerpoint for your recent stay.



As requested, below is a billing summary or
adjustment for your stay. **If you have questions
about your bill**, please contact the hotel directly at
(248) 253-9800.

You have elected to
receive eFolio email
messages after every stay.

Make another reservation >>

Modify your email
preferences >>

Summary of Your Stay

Hotel: Detroit Marriott Pontiac at
Centerpoint
3600 Centerpoint Parkway
Pontiac, Michigan 48341
USA
(248) 253-9800

Guest: BLOHM/LINDSAY
55 W DELAWARE PL APT
CHICAGO, IL 606106071
USA

Dates of stay: Apr 15, 2007 - Apr 20,
2007
Guest number: 441
Marriott Rewards number: XXXXX1636

Room number: 529
Group number:

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| 04/15/07 | TELECOM | TELECOM | 0.00 | |
| 04/15/07 | ROOM | 529, 1 | 104.00 | |
| 04/15/07 | ROOM TAX | 529, 1 | 6.24 | |
| 04/15/07 | LOCAL TX | 529, 1 | 5.20 | |
| 04/15/07 | OCC TAX | 529, 1 | 2.08 | |
| 04/16/07 | TELECOM | TELECOM | 0.00 | |
| 04/16/07 | ROOM | 529, 1 | 104.00 | |
| 04/16/07 | ROOM TAX | 529, 1 | 6.24 | |
| 04/16/07 | LOCAL TX | 529, 1 | 5.20 | |
| 04/16/07 | OCC TAX | 529, 1 | 2.08 | |
| 04/16/07 | RM SERV | 3184 529 | 15.20 | |

4/25/2007

| Date | Description | | Amount | |
|---|---|---|---|---|
| 04/16/07 | RM SERV | 3198 529 | 33.32 | |
| 04/17/07 | TELECOM | TELECOM | 0.00 | |
| 04/17/07 | ROOM | 529, 1 | 104.00 | |
| 04/17/07 | ROOM TAX | 529, 1 | 6.24 | |
| 04/17/07 | LOCAL TX | 529, 1 | 5.20 | |
| 04/17/07 | OCC TAX | 529, 1 | 2.08 | |
| 04/17/07 | RM SERV | 3229 529 | 15.20 | |
| 04/17/07 | RM SERV | 3256 529 | 33.32 | |
| 04/18/07 | ROOM | 529, 1 | 104.00 | |
| 04/18/07 | ROOM TAX | 529, 1 | 6.24 | |
| 04/18/07 | LOCAL TX | 529, 1 | 5.20 | |
| 04/18/07 | OCC TAX | 529, 1 | 2.08 | |
| 04/18/07 | RM SERV | 3272 529 | 15.20 | |
| 04/18/07 | RM SERV | 3292 529 | 33.32 | |
| 04/18/07 | TELECOM | TELECOM | 0.00 | |
| 04/19/07 | TELECOM | TELECOM | 0.00 | |
| 04/19/07 | ROOM | 529, 1 | 104.00 | |
| 04/19/07 | ROOM TAX | 529, 1 | 6.24 | |
| 04/19/07 | LOCAL TX | 529, 1 | 5.20 | |
| 04/19/07 | OCC TAX | 529, 1 | 2.08 | |
| 04/19/07 | MOVIES | NEWRECOR | 4.99 | |
| 04/20/07 | RM SERV | 3361 529 | 33.40 | |
| 04/20/07 | Payment - Visa/Mastercard XXXXXXXXXXXX1406 | VIDEO CO | | 771.55 |

**Total balance**                                                 **0.00** USD

Important Information

Do Not Reply to this Email

This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (248) 253-9800.

Why Have I Received this Email?
You received this email because you subscribed to eFolio, a feature enabling you to receive an electronic version of your hotel bill by email after every stay. Modify your email preferences >>

Availability
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are

4/25/2007

Message                                                                                            Page 5 0

emailed to you within 72 hours of check-out. These email messages reflect changes
made to your bill up to 11pm on your day of departure. Any adjustments after that time
may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

Authenticity of Bills
Marriott retains official records of all charges and credits to your account and will
honor only those records.

Privacy
Your privacy is important to Marriott. For full details of our privacy policy, please visit
our Internet Privacy Statement.

Credit of Marriott Rewards Points
After a stay, it may take up to 7 days for Marriott Rewards points to be credited to your
account.

Terms of Use:: Internet Privacy Statement(c)1996-2006 Marriott International, Inc. All
rights reserved. Marriott proprietary information.

NATIONAL
CAR RENTAL

RA 813887571          Inv 800133J3851
Rental   15-APR-2007 09:52 PM
DETROIT METRO ARPT
Return   20-APR-2007 05:54 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 7937B197
Model        IMPALA LT
Class Driven FCAR    Class Charged ICAR
License# BJX5527    State/Province MI
M/Kms Driven 147
M/Kms Out   167
M/Kms In    314

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit   Price    Amount
T & M        1 Week   269.45   269.45*
UNLIM M/KM   0 M/Kms            0.00*
DSCNT T&M 5.00%                -13.47*
FSO          1 Rental  49.13   49.13*
ARPT COST RECOVERY FEE         34.28*
WAYNE COUNTY STADIUM TX         6.78*
VEH LIC FEE RECOV .68/DAY       3.40*
SALES TAX @6.000%              20.97

Total Charges           USD 370.54

Paid By    MC   1406          -370.54

Amount Due              USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 642028085
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:              13400002
MERCHANT #:        000000155205047

MC
SALE
BATCH: 000536
DATE: APR 16, 07      INVOICE: 000011
RRN: 000075479575         TIME: 10:28
                      AUTH NO: 955265

************1406

TOTAL              $9.28

LINDSAY BLOHM

CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:              13400001
MERCHANT #:        000000155205047

MC
SALE
BATCH: 000388
DATE: APR 17, 07      INVOICE: 000012
RRN: 000076615358         TIME: 10:57
                      AUTH NO: 971590

************1406

TOTAL              $6.89

LINDSAY A BLOHM

CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:              13400001
MERCHANT #:        000000155205047

MC
SALE
BATCH: 000389
DATE: APR 18, 07      INVOICE: 000020
RRN: 000077523422         TIME: 11:20
                      AUTH NO: 390900

************1406

TOTAL              $5.82

LINDSAY A BLOHM

CUSTOMER COPY

ICHIYO SUSHI GRILL
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710

C O P Y
04/19/2007  22:29
Sale:

Transaction # 25
Card Type:  MasterCard
Acc:  ***********1406
Entry:  Swiped
Bse Amt:  56.98
Total  10.00
Tip:  $ 66.98
- 33.49

Total Amt: $ 33.49

Auth.Code:  960603
Response:  AP960603

$ 33.49

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:  13400001

MERCHANT #:  000000155285047

VI
SALE
BATCH: 000390      INVOICE: 000032
DATE: APR 19, 07   TIME: 11:38
RRH: 000079275919  AUTH NO: 042158

************1908

9

TOTAL      $5.18

LINDSAY A BLOHM

CUSTOMER COPY

---

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

42    8pm    4/20
S        Time        Date
Lindsay Blohm
Received from:
ORD
Cab fare from:
55 W. Delaware
To:
Driver:
12
Cab #:
Account #:

*Thank you for*
*riding with us!*


TAXI
AFFL. INC.
243-2537



312-829-4222

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:  13400002

MERCHANT #:  000000155285047

MC
SALE
BATCH: 000540      INVOICE: 000020
DATE: APR 20, 07   TIME: 09:47
RRH: 000080652456  AUTH NO: 062269

************1406

11

TOTAL      $4.40

LINDSAY A BLOHM

CUSTOMER COPY



| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Detroit, MI | Chicago-OHare, IL | 20APR07 | FA0V8R |

| E-Ticket Nbr: | E0127039512108 |
|---|---|
| Issued Date: | 20APR07 |
| Name/Place of Issue: | OVATION TRAVEL NEW YORK NY |

(3)

## BLOHM/LINDSAY

**Total Fare This Ticket: USD 235.40**

| FARE | 209.30 |
|---|---|
| US TAX | 15.70 |
| DOM SEGMENT FEE | 3.40 |
| OTHER TAX | 7.00 |
| TOTAL USD | 235.40 |

Form of Payment: MASTERCARD
Card Nbr:       XXXXXXXXXXXX1406
E-Ticket Nbr:    E0127039512108
Confirmation Nbr: ORMUFL

Endorsements/Restrictions:

*Transportation subject to terms of carriage*
*printed inside ticket jacket*      Page 1 of 1

## PASSENGER RECEIPT

(3)

| Name: | BLOHM/LINDSAY | |
|---|---|---|
| Date: | 20APR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| E-Ticket Nbr: | 0127039512108 | |
| Flight: | NW 1517 | |

Conf #:ORMUFL

First Class

| Name: | BLOHM/LINDSAY | |
|---|---|---|
| Date: | 20APR07 | Request: |
| Frequent Flyer Nbr: | NWxxxxxxxxx311 | |
| | 0127039512108 | |
| E-Ticket Nbr: | | |
| Flight: | NW 1517 | First Class |

Conf #:ORMUFL

**Gate:** A55          **Seat:** 03-C
**Board:** 6:30 PM

Depart: Detroit, MI          7:00 PM
Arrive: Chicago-OHare, IL     7:20 PM

## BOARDING PASS

**Gate:** A55          **Seat:** 03-C
**Board:** 6:30 PM

Depart: Detroit, MI          7:00 PM
Arrive: Chicago-OHare, IL     7:20 PM

```
BLUERIBBON
CAB# 6660
04/16/07 TR 2750
START  END MILES
07:52 08:37 15.2
FARE :  $ 33.45
EXTRA:  $  1.00
TOTAL:  $ 34.45
DEPT OF CONSUMER
SERVICE CALL 311
   THANK YOU

    40.00
```

```
        HMCHOST
     QUICK CHECK E09
     Chicago 773.686.6160

1857 Carlso

 2862 APR16'07  9:07AM

 1 BTE FRUIT SALAD      3.99
 1 COKE BTL 20oz        2.09
 XXXXXXXXXXXXXXXX    XX/XX
 MSTRCARD  A1 5*        6.76

 SUBTOTAL               6.08
 TAX                    0.68
 AMOUNT PAID         6.76
```

**OLGA'S KITCHEN**
SUNCOAST SMOOTHIES
Birmingham
Old Woodwrd S of Maple
248-647-2760

Server: Jane                 DOB: 04/16/2007
09:18 PM                          04/16/2007
Table 16/1                         1/10207

M/C                                  4194354
Card #XXXXXXXXXXXX8491
Magnetic card present: CHANDLER PAUL
Approval: 016279

Amount:             13.38

+ Tip:               3.00

= Total:            16.38

X_____
Approval: 016279

Take a memo to remember
TRIPLE COUPON DAY
Secretaries Day
Wednesday April 25th.
www.olgaskitchen.com

CUSTOMER COPY

# J. ALEXANDER'S
### R E S T A U R A N T

2800 West Big Beaver Blvd.
Troy, MI. 48084
(248) 816-8379

Date:       Apr17'07 09:05PM
Card Type:  Mastercard
Acct #:     XXXXXXXXXXXX8491
Exp Date:   XX/XX
Auth Code:  017242
Check:      1662
Table:      41/1
Server:     1011 MARISSA
            PAUL CHANDLER

Subtotal:          28.30

Tip:               11.70

Total:             40.00

Signature

**NOTE: ON PARTIES OF SIX
OR MORE PEOPLE, AN 18%
GRATUITY HAS BEEN ADDED.

## GUEST COPY

```
        AVI DELPHI WORLD HQ
           DELPHI DRIVE
           TROY, MI 48098

TERMINAL I.D.:          13400601

MERCHANT #:      000000155205047

MC
SALE
BATCH: 000300    INVOICE: 000013
DATE: APR 17, 07      TIME: 18:57
RRN: 000076615868  AUTH NO: 017871

XXXXXXXXXXXX8491


TOTAL              $7.30

PAUL CHANDLER

CUSTOMER COPY
```

```
        AVI DELPHI WORLD HQ
           DELPHI DRIVE
           TROY, MI 48098

TERMINAL I.D.:          13400802

MERCHANT #:      000000155205047

MC
SALE
BATCH: 000537    INVOICE: 000002
DATE: APR 17, 07      TIME: 05:07
RRN: 000076461863  AUTH NO: 017939

XXXXXXXXXXXX8491


TOTAL              $3.18

PAUL CHANDLER

CUSTOMER COPY
```

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:                13400001

MERCHANT #:          000000155205047

MC
SALE
BATCH: 000389        INVOICE: 000021
DATE: APR 18, 07          TIME: 11:22
RRN: 000077927751    AUTH NO: 018545

*************8491

TOTAL              $9.34

PAUL CHANDLER

CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:                13400002

MERCHANT #:          000000155205047

MC
SALE
BATCH: 000559        INVOICE: 000029
DATE: APR 19, 07          TIME: 10:03
RRN: 00079280910    AUTH NO: 019719

*************8491

TOTAL              $7.95

PAUL CHANDLER

CUSTOMER COPY

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:                13400002

MERCHANT #:          000000155205047

MC
SALE
BATCH: 000540        INVOICE: 000005
DATE: APR 20, 07          TIME: 05:57
RRN: 000000433269    AUTH NO: 020865

*************8491

TOTAL              $3.18

PAUL CHANDLER

CUSTOMER COPY

---

X
GLOBE TAXI
CAB NUMBER #339,
04/20/07 TR 00:
START  END MILES
19:34 20:18 15.2
FARE :  $ 32.65
EXTRA: $  1.00
TOTAL: $ 33.65
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU

40.00

---

. . . . . . . . . . . . . . . . . . . . . . . . .
ICHIYO SUSHI GRILL
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710

C O P Y
04/19/2007  22:29
Sale:

Transaction #        24
Card Type:    MasterCard
Acc:    ************8491
Entry:          Swiped
Bse Amt:    42.93

Tip    :    $    6.00

Total Amt:    $   48.93

Auth.Code:        019670
Response:        AP019670

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:                13400002

MERCHANT #:          000000155205047

MC
SALE
BATCH: 000540        INVOICE: 000025
DATE: APR 20, 07          TIME: 10:01
RRN: 000000677370    AUTH NO: 020850

*************8491

TOTAL              $9.17

PAUL CHANDLER

CUSTOMER COPY

NATIONAL
CAR RENTAL

RA 813681894        Inv 8001335857
Rental   16-APR-2007 01:19 PM
DETROIT METRO ARPT
Return   20-APR-2007 05:56 PM
DETROIT METRO ARPT

PAUL CHANDLER
Vehicle # 71115218
Model    GRAND PRIX
Class Driven FCAR   Class Charged FCAR
Licensed 4/A4F9T   State/Province AL
Mi/Kms Driven 167
Mi/Kms Out   17866
Mi/Kms In    18025

MAYER BROWN & PLATT
Contract ID 5/10498

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T/M DAYS | 5 Days | 56.00 | 280.00* |
| UNLIM MI/KM | 5 Days | | 0.00* |
| FSO | 1 Rental | 49.13 | 49.13* |
| ARPT COST RECOVERY FEE | | | 36.94* |
| WAYNE COUNTY STADIUM TX | | | 7.31* |
| VEH LIC FEE RECOV 68/DAY | | | 3.40* |
| SALES TAX 96.000 X | | | 22.61 |

Total Charges          USD 399.39

Paid By  MC   8491    USD -399.39

Amount Due             USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 673566320
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle
Customer Service Number 1-800 468-3334

---

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

ETKT   01169           PASSENGER RECEIPT           202033   0257304   A5T

A·R·C XXX

ISSUED BY
NORTHWEST AIRLINES   XXXXX   TOUR CODE   A14594915   CHANDLER/PAUL A
NAME OF PASSENGER
LAUTER'S TRAVEL        CHICAGO          IL US13XPN07   ORD
NAME OF PASSENGER                  PLACE OF ISSUE  FARE BASIS/TICKET DESIGNATOR   OOTW NW226 B 15APR8A0V8R
CHANDLER/PAUL A   BZG0KQ/AA MULTI       6 0011/   ORD NW1517 B 18APR8A0V8R
X/O   FROM                                   NOT VALID BEFORE
**NOT VALID FOR** THIS IS YOUR RECEIPT
X/O   TO                                ISSUING AGENT ID
**TRANSPORTATION*                      WN275T
ENDORSEMENTS/RESTRICTIONS

FP CAXXXXXXXXXXXX8491*0109/  013097 /FCCHI NW DTT2
41.86BA0V8R NW CHI241.86BA0V8R 483.72   END ZPORDDT
W XT5.00AY9.00XFORD4.5DTW4.5

FARE   XT   14.00      EQUIV FARE PD              ALLOW  PGS  WT  UNCKD
USD    483.72      STOCK CONTROL NO TX 889   CX              ★ ★ ★ ★ ★ ★ ★
TAX/FEE/CHARGE
US      36.28                     CPN       DOCUMENT NUMBER         CX
TAX/FEE/CHARGE
ZP       6.80    39157819761          0 012 7039455506 5
TOTAL
USD    540.80

NOT VALID FOR TRAVEL
0 012 7039455506 5
AA14594915

---

06 3426 8134
PASSENGER TICKET AND BAGGAGE CHECK XXXXX  01169
NOT TRANSFERABLE

MISCELLANEOUS CHARGES ORDER           202033   0257304  A5T

A·R·C XXX PASSENGER RECEIPT

ISSUED BY
AIRLINES REPORTING CRP   OF   TOUR CODE   A14594915   MISCELLANEOUS
NAME OF PASSENGER                   AGENT CODE
LAUTER'S TRAVEL        CHICAGO      ILUS13XPN07   CHARGES ORDER
NAME OF PASSENGER                  PLACE OF ISSUE  FARE BASIS/TICKET DESIGNATOR
CHANDLER/PAUL A   BZG0KQ/AA           7C 0011/   FROM
X/O   TO
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE             WN27A5T
                                       ISSUING AGENT ID
ENDORSEMENTS/RESTRICTIONS

FP CAXXXXXXXXXXXX8491* 0109 /  013563

FARE
USD     47.25      EQUIV FARE PD              ALLOW  PGS  WT  UNCKD
TAX/FEE/CHARGE
         0.00      STOCK CONTROL NO TX 889   CX
TAX/FEE/CHARGE                    CPN       DOCUMENT NUMBER         CX
         39157819783          890 1965299867 3
TOTAL
USD     47.25

NOT VALID FOR TRAVEL

8901 AA14594915



# Marriott.

**DETROIT PONTIAC AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253-9900
Marriott.com/DTWPO

GUEST FOLIO

| 507 | CHANDLER/PAUL/MR | 104.00 | 04/20/07 | 12:00 | 10788 |
|-----|------------------|--------|----------|-------|-------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NDDG | | | 04/16/07 | 22:26 | |
| TYPE | | | ARRIVE | TIME | |

14    3180 N LAKESHORE

CHICAGO      IL 606574831

MR#: XXXXX2811

| ROOM CLERK | ADDRESS | | PAYMENT | | |
|---|---|---|---|---|---|
| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
| 04/16 | ROOM | 507, 1 | 104.00 | | |
| 04/16 | ROOM TAX | 507, 1 | 6.24 | | |
| 04/16 | LOCAL TX | 507, 1 | 5.20 | | |
| 04/16 | OCC TAX | 507, 1 | 2.08 | | |
| 04/17 | ROOM | 507, 1 | 104.00 | | |
| 04/17 | ROOM TAX | 507, 1 | 6.24 | | |
| 04/17 | LOCAL TX | 507, 1 | 5.20 | | |
| 04/17 | OCC TAX | 507, 1 | 2.08 | | |
| 04/18 | PRKLOUNG | 2500 507 | 46.02 | | |
| 04/18 | ROOM | 507, 1 | 104.00 | | |
| 04/18 | ROOM TAX | 507, 1 | 6.24 | | |
| 04/18 | LOCAL TX | 507, 1 | 5.20 | | |
| 04/18 | OCC TAX | 507, 1 | 2.08 | | |
| 04/19 | ROOM | 507, 1 | 104.00 | | |
| 04/19 | ROOM TAX | 507, 1 | 6.24 | | |
| 04/19 | LOCAL TX | 507, 1 | 5.20 | | |
| 04/19 | OCC TAX | 507, 1 | 2.08 | | |
| 04/20 | BK CARD | | $516.10 | | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.


GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM


It's MegaBonus time!  Time to dream MEGA-big about your next
vacation.  Stay with Marriott between March 1 and May 31, 2007
and receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX2811
DATE 04/16/07 - 04/20/07 REVENUE IF APPLICABLE    $462.02
BASE POINTS EARNED: 4620    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.

**DETROIT PONTIAC AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253-9900
Marriott.com/DTWPO

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

# THE LAWYERS' TRAVEL SERVICE

21 SOUTH WACKER
9TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: ST          ITINERARY/INVOICE NO: 0257304          DATE: 13 APR 07
CUSTOMER NBR: 242033                            8Z6080            PAGE: 01

    TO: MR PAUL CHANDLER
        MAYER BROWN ROWE AND MAW
        21 SOUTH WACKER
        CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITIONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
        BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
        AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
        MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT
        EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
        FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
        FOR A COMPLETE LIST OF CARRY ON
        BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
15 APR 07  -  SUNDAY
    AIR     NORTHWEST AIRLINES    FLT:226      ECONOMY
            LV CHICAGO OHARE              407P          EQP: AIRBUS A319
            DEPART: TERMINAL 2                         01HR 15MIN
            AR DETROIT METRO             622P          NON-STOP
            ARRIVE: E.M. MCNAMARA TERMINAL            REF: 4R8A5G
            CHANDLER/PAUL A    SEAT-6F    NW-100104421222
    AIR     NORTHWEST AIRLINES    FLT:1182     ECONOMY
            LV CHICAGO OHARE              600P          EQP: AIRBUS A320
            DEPART: TERMINAL 2                         01HR 18MIN
            AR DETROIT METRO             818P          NON-STOP
            ARRIVE: E.M. MCNAMARA TERMINAL            REF: 4R8A5G
            CHANDLER/PAUL A              NW-100104421222
        **SERVICE IMMEDIATELY ABOVE WAITLISTED**

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

21 SOUTH WACKER
8TH FLOOR
CHICAGO, IL   60606-4637
312-201-2200   FAX 312-201-2249

SALES PERSON: ST          ITINERARY/INVOICE NO. 0252304          DATE: 13 APR 07
CUSTOMER NBR: 202033                         8ZG0KU          PAGE: 02

TO: MR PAUL CHANDLER
    MAYER BROWN ROWE AND MAW
    21 SOUTH WACKER
    CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169

```
15 APR 07  -  SUNDAY
    CAR    DETROIT METRO              NATIONAL CAR RENTAL      INTER CAR AUTO A/C
           PICK UP-1822
           RETURN-18APR
           RATE PLAN  3 DAYS  0 HRS              USD      MI/KM    EX MI/KM
           DAILY RATE                           56.00     UNL
           XTRA DAY-                            56.00     UNI
           XTRA HOUR-                           23.00     UNL
           MANDATORY CHARGES                    36.22
           APPROX RENTAL COST                  204.22     UNL
           CONFIRMATION NUMBER    8380844465A1SLF          RATE-GUARANTEED
           CD-5202498             ID-673566320

18 APR 07  -  WEDNESDAY
    AIR    NORTHWEST AIRLINES    FLT:1517    ECONOMY
           LV DETROIT METRO                     700P           EQP: DC-9 STRETCH
           DEPART: E.M. MCNAMARA TERMINAL                      01HR 20MIN
           AR CHICAGO OHARE                     720P           NON-STOP
           ARRIVE: TERMINAL 2                                  REF: 4R8A5G
           CHANDLER/PAUL A     SEAT-6F     NW-19010442122?

15 OCT 07  -  MONDAY
    OTHER INFORMATION
           HAVE A GREAT TRIP
MCO        XD1965299862
                                    BILLED TO MASTERCARD                    42.25*

AIR TICKET    NW2039455506        CHANDLER PAUL A
ELEC TKT                          BILLED TO MASTERCARD                    540.80*
```

CONTINUED ON PAGE 3

# THE LAWYERS' TRAVEL SERVICE

21 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7790   FAX 312-701-7749

SALES PERSON: ST        ITINERARY/INVOICE NO. 0252304        DATE: 13 APR 07
CUSTOMER NBR: 202033                        BZG0X0        PAGE: 03

TO: MR PAUL CHANDLER
MAYER BROWN ROWE AND MAW
21 SOUTH WACKER
CHICAGO IL 60606

FOR: CHANDLER/PAUL A        REF: 01169

15 OCT 07  -  MONDAY

TOTAL BASE                  530.97
TOTAL TAX                    57.08
NET CC BILLING              588.05*

TOTAL AMOUNT DUE              0.00

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
...........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IF DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7249

SALES PERSON: ST        ITINERARY/INVOICE NO. 0252504        DATE: 20 APR 0?
CUSTOMER NBR: 320233                    BZGOKQ            PAGE: 02

          TO: MR PAUL CHANDLER
              MAYER BROWN ROWE AND MAW
              71 SOUTH WACKER
              CHICAGO IL 60606

FOR: CHANDLER/PAUL A          REF: 01169


AIR TICKET     NW7039455676      CHANDLER PAUL A
ELEC TKT                         BILLED TO MASTERCARD              122.40*
                                                            -------------
                                 TOTAL BASE                      151.44
                                 TOTAL TAX                        18.21
                                 NET CC BILLING                  169.65*
                                                            -------------
                                 TOTAL AMOUNT DUE                   0.00

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
.........................................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*

# THE LAWYERS' TRAVEL SERVICE

```
71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749
```

```
SALES PERSON: ST              ITINERARY/INVOICE NO. 0252504          DATE: 20 APR 07
CUSTOMER NBR: 320233                          BZGOKQ                 PAGE: 01
```

```
      TO: MR PAUL CHANDLER
          MAYER BROWN ROWE AND MAW
          71 SOUTH WACKER
          CHICAGO IL 60606
```

```
FOR: CHANDLER/PAUL A          REF: 01169
```

```
          GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
          INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
          20/25 USD SURCHARGE FOR A PAPER TICKET
          TO AVOID ADDITONAL COST AN E-TICKET IS
          STRONGLY RECOMMENDED
          BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
          AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
          MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
          EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
          FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
          FOR A COMPLETE LIST OF CARRY ON
          BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
20 APR 07  -  FRIDAY
   AIR    NORTHWEST AIRLINES    FLT:1517    ECONOMY
          LV DETROIT METRO                  700P          EQP: DC-9 STRETCH
          DEPART: E.M. MCNAMARA TERMINAL                  01HR 20MIN
          AR CHICAGO OHARE                  720P          NON-STOP
          ARRIVE: TERMINAL 2                               REF: 4R8A5G
          CHANDLER/PAUL A               NW-100104421222

15 OCT 07  -  MONDAY
   OTHER INFORMATION
          HAVE A GREAT TRIP

28 NOV 07  -  WEDNESDAY
   OTHER NEW YORK CITY
          PNR HOLD-TRAVEL HELPLINE SEE RMKS
   OTHER NEW YORK CITY
          PNR HOLD-TRAVEL HELPLINE SEE RMKS
MCO        XD1965782135
                          BILLED TO MASTERCARD                    47.25*
```

CONTINUED ON PAGE 2

*Lei Shen*   *→Office # 3614.*
*3170I-8852*
*71 S. Wacker*   *Ask desk to*
*Call up*
*when*
*there*

TSUNAMI
A UNIQUE EXPERIENCE

0020  Table 99:  arty 1
TOO G  SvrCk:  18:46 04/25/07
SUSHI TER:3

| | | |
|---|---|---|
| 1 SASHIMI-SUP | | 34.00 |
| 1 HAMACHI-JALAPENO | | 12.00 |
| 1 SUMO-MAKI | | 15.00 |
| 2 AHI HAGURO NS | | 5.50 |
| 1 UNA KYA, w/avocado, no cucumber | | 7.00 |

Sub Total:  73.50
Tax:  8.76
Sub Total:  82.26
04/25 18:49 **TOTAL :**  82.26

THANK YOU FOR DINING AT TSUNAMI
IT IS OUR PLEASURE TO SERVE YOU
IF YOU HAD A GREAT EXPERIENCE PLEASE
TELL YOUR FRIENDS
IF NOT PLEASE TELL US

*55.00*

*Delphi*

YELLOW   TAXI
CAB #3794
04/25/07 TR 0562
START  END MILES
20:28 20:41  5.6
FARE :  $  13.25
EXTRA:  $   0.00
TOTAL:  $  13.25
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU

*Delphi 14.00*

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation                                                                                    Page 2
Telecom Outsourcing Project                                                                    Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 04/30/07 | **Chandler, Paul A.** Calls with T. Ryckman regarding Schedule 4-F (0.5); revising assignment and assumption agreement and distribution to M. Loeb (0.9). | 1.40 |
| 05/01/07 | **Chandler, Paul A.** Distribution of final CC documents to B. Fern (0.3); call with B. Fern to discuss (0.2). | 0.50 |
| 05/01/07 | **Goldstein, Michael J.** Prepared contract documents to be sent to creditors' counsel. | 1.10 |
| 05/01/07 | **Roy, Paul J. N.** Preparation of draft slides for training. | 6.00 |
| 05/03/07 | **Chandler, Paul A.** Reviewing motion and drafting response to B. Fern. | 0.60 |
| 05/04/07 | **Chandler, Paul A.** Reviewing CSC indemnity summary and drafting response to M. Loeb. | 0.50 |
| 05/06/07 | **Chandler, Paul A.** Responding to I. Seipke question regarding schedule updates. | 0.20 |
| 05/08/07 | **Blohm, Lindsay A.** Estimating the total number of pages in the Network deal, including both Word and Excel documents, at the request of Delphi's bankruptcy attorneys for Delphi's bankruptcy judge. | 1.00 |
| 05/08/07 | **Chandler, Paul A.** Call with I. Seipke regarding required consents (0.2); reviewing / revising schedule listing and distribution to I. Seipke (2.0). | 2.20 |
| 05/10/07 | **Roy, Paul J. N.** Preparation of slides for contract training. | 0.70 |
| 05/11/07 | **Roy, Paul J. N.** Preparation of slides for contract training. | 1.30 |
| 05/12/07 | **Roy, Paul J. N.** Preparation of slides for contract training. | 1.50 |
| 05/13/07 | **Roy, Paul J. N.** Preparation of Delphi training slides. | 3.70 |
| 05/29/07 | **Roy, Paul J. N.** Completed training slides for June 4 training session. | 2.50 |
| 05/29/07 | **Roy, Paul J. N.** Review of question from G. McLawhon re effect of baselines with small quantities. | 0.50 |
| 05/30/07 | **Roy, Paul J. N.** Call with Isabelle Seipke re training agenda (.50); call with G. McLawhon to discuss question on how agreement operates when the baseline quantity for a | 0.70 |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 3
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | <u>DESCRIPTION OF LEGAL SERVICES</u> | <u>Hours</u> |
|---|---|---|---|
| | | region is very small (.20) | |

**Total Hours**                           **24.40**