**ADM OUTSOURCING CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED DURING THE APPLICATION PERIOD AND RELATED DAILY EXPENSE DETAIL WITH TRAVEL EXPENSE RECEIPTS**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/01/07 | **Blohm, Lindsay A.** Negotiations with CSC at Delphi Headquarters. | 7.50 |
| 02/01/07 | **Chandler, Paul A.** Negotiations with CSC on schedule and MSA issues (8.00). | 8.00 |
| 02/01/07 | **Chandler, Paul A.** Drafting comments to L. Guevel and distributing Sections 5.3 and 6.6 to CSC (1.00). | 1.00 |
| 02/01/07 | **Goldstein, Michael J.** Reviewed and responded to email correspondence (.3). Reviewed CSC Interim Information Technology Services Agreement (1.3). | 1.60 |
| 02/01/07 | **Roy, Paul J. N.** Revision of ADM pricing schedule (Schedule 4) to incorporate changes from discussions with EDS and transmittal of same to Delphi (6.20). Call with P. Chandler to discuss open issues in CSC MSA (0.50). Provision of form of interim services agreement to M. Goldstein to use with CSC (0.20). | 6.90 |
| 02/02/07 | **Blohm, Lindsay A.** Entering negotiated documents into document tracking system (3.5 hours); Creating a summary issue list for Paul Chandler (.5). | 4.00 |
| 02/02/07 | **Chandler, Paul A.** Revising audit language and distribution to R. Maha (0.40); reviewing and revising Schedule 4 for EDS and CSC (2.50); call with CSC, L. Guevel and I. Seipke regarding open issues (1.10); review EDS response to draft amendment (0.70); reviewing CSC audit and CMMI language revisions (1.20); drafting revisions to CSC interim agreement and CSC MSA (3.60). | 9.50 |
| 02/02/07 | **Goldstein, Michael J.** Conferred with P. Chandler and L. Blohm regarding the status of Schedule negotiations (0.3); Reviewed and responded to email correspondence (0.1). | 0.40 |
| 02/02/07 | **Roy, Paul J. N.** Call with L. Guevel, I. Seipke, and K. Smilie re analysis of issues under ARD for transfer of employees (1.20). Conferred with Paul Chandler re opens issues with service providers (0.30). Preparation of revised draft of CSC Schedule 4 to incorporate changes from discussion with CSC (4.50). Revision of draft to incorporate comments from TPI (0.50). | 6.50 |
| 02/03/07 | **Chandler, Paul A.** Drafting revisions to deal summary presentation (0.80); revising Schedule 4 (0.40); conferring with P. Roy on pricing issues (0.80); drafting revisions to MSA (1.20); revising Exhibit 3 and distribution to CSC (0.80); revising Schedule 1 for CSC (0.40); drafting revisions to interim agreement for CSC and distribution to I. Seipke (1.00); drafting revisions to MSA and distribution to Delphi (1.00); drafting email to Delphi regarding Schedule 8 issues (0.40). | 6.80 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                            Page 3
ADM Outsourcing Project                                                                Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 02/04/07 | **Chandler, Paul A.**<br>Review CSC comments to Schedule 4 and drafting issues chart (1.80); reviewing CSC Schedule 4-B (1.00); reviewing Schedules 3.1, 3-B and 3-E (1.30). | 4.10 |
| 02/04/07 | **Roy, Paul J. N.**<br>Review and comment on Schedule 4-B. | 0.30 |
| 02/05/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC re: finalizing Schedule 4, 4-H and ancillary schedules. | 8.00 |
| 02/05/07 | **Chandler, Paul A.**<br>Meeting with CSC to negotiate Schedule 4 (pricing), MSA issues and other schedules (10.2); drafting final offer on Section 18.3(b) language for CSC and distribution to B. Feldman (0.5). | 10.70 |
| 02/05/07 | **Goldstein, Michael J.**<br>Reviewed and responded to email correspondence (.7). Reviewed CSC and EDS transition plans (4.8). | 5.50 |
| 02/06/07 | **Blohm, Lindsay A.**<br>Negotiations with EDS on schedule 4 and 4-H and ancillary schedules. | 8.50 |
| 02/06/07 | **Chandler, Paul A.**<br>Meetings with EDS to negotiate pricing and other schedules (11.00); drafting revisions to Schedule 4 language for EDS and CSC and distribution to TPI and Delphi (2.00); reviewing R. Maha comments to CSC Interim Services Agreement (0.60). | 13.60 |
| 02/06/07 | **Goldstein, Michael J.**<br>Reviewed and responded to email correspondence (.4). Conferred with L. Blohm regarding finalizing MSA Schedules (.2). | 0.60 |
| 02/06/07 | **Roy, Paul J. N.**<br>Meeting at Delphi with Delphi, TPI and EDS on pricing schedules. | 5.50 |
| 02/07/07 | **Blohm, Lindsay A.**<br>Negotiations with CSC, regarding Schedule 4, 4-H and ancillary schedules. | 9.70 |
| 02/07/07 | **Chandler, Paul A.**<br>Meetings with CSC to negotiate pricing and other schedules (6.00); meeting with L. Guevel and I. Seipke to prepare for EDS MSA negotiations (2.00); meeting with EDS and I. Seipke to negotiate EDS MSA Amendment No. 1 (2.00); reviewing CSC schedules with L. Blohm (1.00); reviewing and revising EDS Section 18.3 language from M. Eisenberg (0.40). | 11.40 |
| 02/07/07 | **Goldstein, Michael J.**<br>Reviewed and responded to email correspondence (.3). Conferred with L. Blohm regarding finalizing the MSA Schedules (.1). | 0.40 |
| 02/07/07 | **Roy, Paul J. N.**<br>Meeting with CSC re pricing (2.00). Call with L. Guevel, I. Seipke, K. Smilie, J. | 5.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 4
Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Piazza, and I Vagne re ARD issues (1.30). Worked with L. Guevel to prepare summary of alternatives for personnel transfers (2.2). | |
| 02/08/07 | **Blohm, Lindsay A.** Negotiations with EDS, regarding Schedule 4, 4-H, Schedule 21, Schedule 2.6-C, 3-C. (5.0) Negotiations with CSC regarding Schedule 4, Schedule 23, Schedule 8. (1.5). | 6.50 |
| 02/08/07 | **Chandler, Paul A.** Drafting revisions to schedules and distribution to CSC. | 1.50 |
| 02/08/07 | **Chandler, Paul A.** Meetings with CSC and EDS to negotiate Master Services Agreement and Schedules. | 9.00 |
| 02/08/07 | **Goldstein, Michael J.** Reviewed and responded to email correspondence. | 0.30 |
| 02/08/07 | **Roskill, Julian** Review CSC Agreement | 0.80 |
| 02/08/07 | **Roy, Paul J. N.** Call with TPI and Delphi re personnel issues, including ARD (0.80. Conferred with P. Chander re issues in CSC Agreement. (0.90) | 1.70 |
| 02/09/07 | **Blohm, Lindsay A.** Conference call with CSC to negotiate Schedules, including Schedule 8, 16, 17, 17-A, 17-B, 25 (4.0); Work on redrafting Schedules 3-A and 3-B and discussing changes with Paul Chandler (3.0). | 7.00 |
| 02/09/07 | **Chandler, Paul A.** Call with CSC, TPI and Delphi teams to negotiate schedules (5.00); drafting and revising language for CMMI commitments and Excluded Software mitigation (Section 6.4(c) of the MSA) (0.80); call with CSC and Delphi (Seipke and Cason) to discuss interim agreement (1.50); revising interim agreement and distribution to CSC (0.70); drafting revisions to CSC Schedules 3-A and 3-B (0.80); | 8.80 |
| 02/09/07 | **Goldstein, Michael J.** Reviewed and responded to email correspondence. | 0.40 |
| 02/09/07 | **Roskill, Julian** Review CSC Agreements. | 0.10 |
| 02/09/07 | **Roy, Paul J. N.** Review of EDS Schedule 4 and comments to P. Chandler on the percentage credits when an Application is removed from the portfolio. | 0.50 |
| 02/10/07 | **Blohm, Lindsay A.** Reviewing Bill Shoemaker's version of 3-A and 3-C for EDS and providing comments. | 1.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 5
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/10/07 | **Chandler, Paul A.**<br>Reviewing EDS markup of amendment to the MSA (1.20); reviewing EDS schedule 3-C (0.50); revising BoD presentation per request of T. McCabe (0.70); initial review of CSC Schedules 19-B and 21 (0.40). | 2.80 |
| 02/10/07 | **Goldstein, Michael J.**<br>Reviewed EDS Schedules 3-A and 3-C (1.1).  Reviewed and responded to email correspondence (.2). | 1.30 |
| 02/11/07 | **Chandler, Paul A.**<br>Drafting revisions to EDS Amendment to MSA and distribution to Delphi (1.80); drafting comments to EDS and CSC Schedule 4-B (1.50); reviewing open/closed schedule list for EDS (0.50). | 3.80 |
| 02/12/07 | **Blohm, Lindsay A.**<br>Finalizing CSC documents (including all SOWs, Schedule 17 and all its attachments, Schedule 6 and its attachments), printing out and beginning the review of SOW documents (5.0);  Beginning to finalize EDS SOW documents (0.8). | 5.80 |
| 02/12/07 | **Chandler, Paul A.**<br>Call with B. Shoemaker regarding schedule (0.20); reviewing EDS Schedule 4-B (0.80); reviewing CSC comments to Section 11.3 and call with I. Seipke to discuss (1.00); call with D. Van Siecle, I. Siepke, L. Guevel and R. Maha regarding Section 11.3 (1.00); status call with B. Shoemaker and R. Tucker (2.00); revising  Schedule 4-B comments for EDS and CSC and distribution to R. Tucker (1.20); revising EDS amendment and markup of EDS comments to key subcontractor language and distribution to Delphi (1.30); revising Section 11.3 for CSC and distribution to Delphi (0.60). | 8.10 |
| 02/12/07 | **Goldstein, Michael J.**<br>Call with Delphi and TPI to discuss the status of the ADM Schedules (2.2).  Reviewed and responded to email correspondence (.9).  Reviewed CSC Schedules 3-A and 3-C (.8). | 3.90 |
| 02/12/07 | **Roskill, Julian**<br>Review summary of ARD issues in ADM deal (0.5); conference call with P. Roy and I. Vagne re: same (1.6). | 2.10 |
| 02/12/07 | **Roy, Paul J. N.**<br>Call with Isabelle Vagne and Julian Roskill re ARD issues in ADM deal (1.0).  Preparation of summary of issues from call (0.7).  Review and comment on CSC Scheduel 4-B (2.0).  Review and revision of EDS Schedule 4 (0.5).  Call with P. Chandler re Schedule 4-B comments (0.5). | 4.70 |
| 02/13/07 | **Blohm, Lindsay A.**<br>Conference call with Delphi and CSC (5.7);  Conference call with Delphi and EDS (1 .0);  Worked on finalizing documents for EDS 8-A, 8-B, and 8 for EDS and sending final documents to Wendy Roe. (1.5);  Review Schedules 2.1, 2.2, | 13.20 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                          Page 6
ADM Outsourcing Project                                                              Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|

2.6.1-A (and all its attachments), 2.6.2, 2.6-A, and 2.6-B (5.0).

| | | | |
|------|-----------------|-------------------------------|-------|
| 02/13/07 | **Chandler, Paul A.** Conference call with CSC and Delphi to negotiate Schedules (7.00); calls with A. Van Sickle, L. Guevel and I. Seipke regarding Section 11.3 (document) (2.80); call with I. Seipke regarding EDS amendment (0.70); revising EDS and CSC Schedule 4 and distribution to Delphi (1.70); reviewing CSC MSA (0.70). | | 12.90 |
| 02/13/07 | **Goldstein, Michael J.** Reviewed CSC Form of Work Order (.6).  Reviewed and responded to email correspondence (.4). | | 1.00 |
| 02/14/07 | **Blohm, Lindsay A.** Conference call with Delphi and CSC to discuss Schedules 4, 4-H, 4-J, 19-A, and 21 (4.8).  Finalized CSC Schedule 3 documents, EDS Schedule 2 and 3 documents and  Schedule 2.6 and 2.6.1 for CSC (6.0).  Redlined all CSC and EDS Schedule 2 finalized documents.  Reviewed redlines and added EDS final revisions to EDS Schedule 2 documents.  Provided marked up documents to Michael Goldstein.   (6) | | 10.80 |
| 02/14/07 | **Chandler, Paul A.** Negotiation call with CSC on remaining documents (4.80); drafting revisions to CSC MSA and Section 11.3 (procurement) and distribution to Delphi (1.00); call with I. Seipke to discuss EDS and CSC issues (1.00); reviewing EDS amendment and schedules (1.00); revising CSC form of companion agreement and distribution to Delphi (0.40); reviewing ITO and ADM Schedule 2.1 and 2.2 differences (0.30); distribution of Section 11.3 to CSC (0.30). | | 8.80 |
| 02/14/07 | **Goldstein, Michael J.** Reviewed CSC Form of Work Order and conformed it to statement of work requirements (0.8).  Reviewed and responded to email correspondence (.3). Conferred with P. Chandler regarding strategy for finalizing the ADM Schedules (.3).  Reviewed status of current schedules (.2). | | 1.60 |
| 02/15/07 | **Blohm, Lindsay A.** Reviewing and marking up CSC Schedule 3 documents to finalize same. | | 6.00 |
| 02/15/07 | **Chandler, Paul A.** Call with L. Guevel regarding status (0.30); conferring with M. Goldstein and P. Roy on Schedules (0.40); drafting revisions to SOX provisions for CSC (1.00); revising Schedule 4 for EDS and CSC (1.50); drafting revisions to escrow agreement for disputed amounts and distribution to Delphi (1.50); reviewing markup of CSC MSA (3.00); call with B. Shoemaker regarding EDS Schedule 2.1 and 2.2 (0.60); call with I. Seipke regarding CSC MSA (0.40); conferring with L. Blohm and M. Goldstein on review of schedules (0.50); revising CSC Schedules 2.1, 2.2 and 2.6 and distribution to B. Shoemaker (2.50); revising CSC Companion Agreement and distribution to B. Feldman (0.30). | | 12.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 7
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/15/07 | **Goldstein, Michael J.** Reviewed and finalized ADM Schedules (6.8). Reviewed and responded to email correspondence (.5). | 7.30 |
| 02/15/07 | **Roskill, Julian** Review emails re contractors. | 0.20 |
| 02/15/07 | **Roy, Paul J. N.** Review and comment on Schedule 4 for CSC (1.4). Conferred with P. Chandler re same (0.4). Review of EDS Schedule 4 (0.5). Conferred with P. Chandler re pricing and selected provisions of MSA (1.5). | 3.80 |
| 02/16/07 | **Blohm, Lindsay A.** Reviewing CSC Schedule 3 documents against EDS Schedule 3 documents (1.0) and Schedule 3, 3-A, 3-B, 3-C, 3-D, 3-E, 3-F, 3.1, and 3.1-A (1.0). | 2.00 |
| 02/16/07 | **Chandler, Paul A.** Conferring with M. Goldstein regarding schedule review (0.20); call with M. Loef on MSA issues (0.30); Call with I. Seipke and L. Guevel regarding CSC MSA (2.40); revising final Schedules 1, 2 and 3 and distribution to CSC (3.50); distribution of MSA and SOX provisions to CSC (0.50); revising EDS amendment and distribution to EDS (1.50); call with T. McCabe regarding CSC pricing/volume discount (0.50); call with M. Eisenberg regarding amendment (0.50); reviewing EDS and CSC documents (4.10). | 13.50 |
| 02/16/07 | **Goldstein, Michael J.** Reviewed and finalized ADM Schedules. | 8.10 |
| 02/16/07 | **Roy, Paul J. N.** Review of SOX provision for CSC (0.4). Re-read of CSC Schedule 4 (3.0). Review of revisions to CSC MSA (1.5). | 4.90 |
| 02/17/07 | **Chandler, Paul A.** Revising CSC schedules and distribution to CSC. | 7.00 |
| 02/17/07 | **Goldstein, Michael J.** Reviewed and finalized ADM Schedules. | 7.50 |
| 02/18/07 | **Chandler, Paul A.** Drafting and revising CSC and EDS schedules and distribution to CSC and EDS (7.00); calls with B. Shoemaker regarding process and issues (0.80); conferring with M. Goldstein on schedule review (0.50); reviewing Board of Directors presentation for T. McCabe (0.30). | 8.60 |
| 02/18/07 | **Goldstein, Michael J.** Reviewed and finalized ADM Schedules. | 8.50 |
| 02/19/07 | **Chandler, Paul A.** Call with CSC to discuss schedules (4.00); drafting revisions to CSC schedules and distribution to CSC (2.50); call with CSC to discuss revised MSA (4.00); revising and distributing schedules for EDS (3.20). | 13.70 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 8
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/19/07 | **Goldstein, Michael J.** Reviewed and finalized ADM Schedules. | 10.20 |
| 02/19/07 | **Roskill, Julian** Review email re CSC MSA. | 0.10 |
| 02/19/07 | **Roy, Paul J. N.** Review of CSC MSA (2.3). Conferred with P. Chandler re CSC's proposed revisions to Schedule 4-B (0.4). Review of language proposed by TPI for Type 2 work eligibility for CSC and comments to TPI on same (0.5). Correspondence with Isabelle Vagne re status of ARD discussions (0.4). Review of proposal for development work rebate proposed by CSC and call to Randy Tucker re same (0.5). Drafting language to address language proposed by TPI for Type 2 work eligibility for CSC based on response to questions from TPI (1.00). | 5.10 |
| 02/20/07 | **Chandler, Paul A.** Calls with CSC, EDS and Delphi to discuss schedules and MSA issues (9.30); revising schedule for CSC and EDS (2.00); final reviewing and distribution of 2/20/07 EDS and CSC schedules (2.50). | 13.80 |
| 02/20/07 | **Goldstein, Michael J.** Conference call with EDS to negotiate ADM Schedules (3.0). Conference call with CSC to negotiate ADM Schedules (4.0). Reviewed, updated, and finalized ADM Schedules (4.1). | 11.10 |
| 02/20/07 | **Roskill, Julian** Reivew emails; correspondence re: contractors and related issues in preparation for teleconferences re: same (1.2); teleconferences re: contracts (1.6). | 2.80 |
| 02/20/07 | **Roy, Paul J. N.** Review and revision of CSC Schedule 4 to incorporate the Rebate and Type 2 Work provisions (3.0). Revisions to CSC Schedule 4 provisions based on comments from TPI and Delphi (1.3). | 4.30 |
| 02/21/07 | **Chandler, Paul A.** Calls with CSC regarding schedules, companion agreements and MSA issues (7.00); internal discussions with Delphi (2.00); drafting revisions to ARD indemnity for CSC (1.30); revising and distributing EDS and CSC documents (2.80). | 13.10 |
| 02/21/07 | **Goldstein, Michael J.** Conference call with Delphi and CSC to negotiate Schedules (6.5). Reviewed and finalized ADM Schedules (1.2). Reviewed and responded to email correspondence (.4). Updated EDS MSA Amendment (.6). | 8.70 |
| 02/21/07 | **Roskill, Julian** Telephone Con call with Delphi in US/Europe (110 minutes) 2 further con calls re contractors (24 mins and 12 mins) | 2.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 9
Roy, Paul J. N.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|---|---|---|---|

02/21/07 **Roy, Paul J. N.**
Review and revision of riders for CSC MSA regarding ARD provisions.
1.50

02/22/07 **Blohm, Lindsay A.**
Checking and tabbing references in all EDS Schedule documents to Schedule 2.1-B and delivering the documents to Paul Chandler.
2.00

02/22/07 **Chandler, Paul A.**
Meetings with CSC on remaining issues (4.00); meetings with EDS on MSA and Schedules (3.00); calls with I. Seipke on document review and companion agreements (1.00); drafting revisions to MSA amendment for EDS (1.00); reviewing, revising and distributing to EDS and CSC schedules (2.00); revising CSC inserts to companion agreement and distribution to M. Loeb and B. Fern (0.60).
11.60

02/22/07 **Goldstein, Michael J.**
Conference calls with CSC to close ADM Schedules (3.0). Conference call with EDS to close ADM Schedules (3.0). Reviewed and updated ADM Schedules (1.3). Wrote, reviewed, and responded to email correspondence (.7).
8.00

02/22/07 **Roy, Paul J. N.**
Review of agreement provisions to determine mechanics of Deferred Countries commencement date for ADM scope (0.5). Review and revision of CSC ADM MSA provisions regarding ARD transfers (3.0).
3.50

02/23/07 **Chandler, Paul A.**
Call with CSC regarding schedules (1.00); call with L. Guevel and P. Roy regarding CSC ARD issues (1.20); revising Companion Agreement form and distribution to I. Seipke (1.7); call with M. Parrell and Delphi team regarding Schedule 21 for CSC (1.50); revising EDS amendment and distribution to Delphi (1.80); revising CSC schedule 4-H severance language and distribution to CSC (1.50); conferring with L. Blohm and M. Goldstein on schedule reviews (0.80).
9.50

02/23/07 **Goldstein, Michael J.**
Reviewed and finalized ADM Schedules (3.7). Call with Delphi and TPI to discuss CSC transition plan (1.5). Reviewed new Schedule 2.6 language, discussed with Bill Shoemaker, and distributed updated internal drafts of EDS and CSC Schedule 2.6 documents (1.4). Reviewed and responded to email correspondence (.5).
7.10

02/23/07 **Roskill, Julian**
Telephone call with Larry and Paul Roy/Chandler (0.3); review and replies to a series of emails from Isabelle Vigne (0.8)
1.10

02/23/07 **Roy, Paul J. N.**
Review of CSC's agreements for employee transfer with L. Guevel and J. Roskill (1.2). Revision of CSC MSA provision to incorporate points discussed (to address employee transfer discussion with CSC and discussion (2.1).
3.30

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                                      Page 10
ADM Outsourcing Project                                                                     Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/24/07 | **Chandler, Paul A.**<br>Calls with I. Seipke to discuss EDS Amendment (0.80); conferring with P. Roy on edits to CSC MSA (0.90); reviewing, revising and distributing CSC Schedule 4-4 (0.50); call with R. Maha to discuss 4-4 and MSA issues (1.00); revising CSC MSA and distribution to CSC (1.50); drafting risks summary for EDS support of legacy applications and distribution to L. Tremonti (1.20). | 5.90 |
| 02/24/07 | **Goldstein, Michael J.**<br>Reviewed CSC Transition Plan and sent comments and proposed revisions to Delphi and TPI. | 4.30 |
| 02/24/07 | **Roy, Paul J. N.**<br>Incorporation of comments on CSC ADM provisions on ARD employee transfers and transmittal of same to J. Roskill and I. Vagne (0.6).  Review of CSC MSA (2.5).  Conferred with P. Chandler re question on EDS Amendment (0.2).  Review of Deferred Country and associated pricing provision (1.20) | 4.50 |
| 02/25/07 | **Chandler, Paul A.**<br>Drafting riders for EDS MSA and Schedule 2.2 and distribution to EDS (1.20); reviewing CSC Schedule 21 and call with M. Panell to discuss (0.90); call with I. Seipke regarding status/issues on deal documents (0.50); call with R. Tucker on pricing (0.40); revising EDS amendment and distribution to EDS (0.80); reviewing CSC Schedule 21 (0.40). | 4.20 |
| 02/25/07 | **Goldstein, Michael J.**<br>Worked with M. Parrell and P. Chandler to revise CSC Transition Plan (4.9).  Reviewed and responded to email correspondence (.4). | 5.30 |
| 02/25/07 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re the qualifications to EDS's commitment to meet Service Levels for existing out of support software (0.3).   Review of revised provision addressing service level commitment for existing out of scope software (0.4) | 0.70 |
| 02/26/07 | **Blohm, Lindsay A.**<br>Cleaning up CSC documents (Schedules 7-31, Word Documents) to ensure the correct headers and footers exist, fonts are consistent, and all track changes are accepted. (6.5) Printed MSA and began to read for reference checking and formatting errors. (2.5) | 9.00 |
| 02/26/07 | **Chandler, Paul A.**<br>Calls with CSC to discuss pricing issues (5.50); interoffice call with Delphi on pricing issues (1.70); call with I. Seipke and CSC on Companion Agreements (1.40); reviewing, revising and distributing EDS Amendment (1.30). | 9.90 |
| 02/26/07 | **Goldstein, Michael J.**<br>Reviewed EDS Transition Plan (.7).  Conference call with Delphi team and CSC to negotiate Schedules (5.2).  Reviewed and finalized EDS and CSC schedules (2.7).  Reviewed and responded to email correspondence (.4). | 9.00 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 11
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/26/07 | **Roskill, Julian**<br>Redraft of clauses (1.0). | 1.00 |
| 02/26/07 | **Roskill, Julian**<br>Telephone - call with Isabelle Vagne (2.0). | 0.20 |
| 02/26/07 | **Roskill, Julian**<br>Telephone call with Paul Roy, redraft clauses (0.4). | 0.40 |
| 02/26/07 | **Roy, Paul J. N.**<br>Review of transmittal from Julian Roskill and conferred with him re same (1.30). Drafted provision for CSC Schedule 4 for reimbursement of severance cost for limited time if Type 2 work insufficient for EU Transitioned development employees (1.8).   Conferred with TPI re blended rate credit provision (0.3). Drafted blended rate credit provision for CSC Schedule 4 (1.50). | 4.90 |
| 02/27/07 | **Blohm, Lindsay A.**<br>Reference checking the MSA (6.0); finalized CSC documents (6.5). | 12.50 |
| 02/27/07 | **Chandler, Paul A.**<br>Call with B. Shoemaker and R. Tucker regarding blended rate credits (0.60); call with CSC on Companion Agreements (0.70); reviewing EDS Schedule 21 (0.30); reviewing and distributing proposed CSC ARD language (0.40); call with I. Seipke regarding Schedules and MSA issues (0.40); reviewing CSC procurement language (Section 11.3) (0.30); call with CSC and Delphi teams to discuss pricing issues (9.50); revising MSA, amendment and distribution to CSC and EDS (2.50); reviewing/revising EDS Schedule 21 (0.60); responding to I. Seipke questions (0.30). | 16.20 |
| 02/27/07 | **Goldstein, Michael J.**<br>Updated CSC Schedule 1 with new definitions from Schedules (1.8).  Reviewed and revised EDS transition plan (2.9).  Reviewed and finalized EDS and CSC Schedules and distributed final versions of Schedules for service provider review (5.8). | 10.50 |
| 02/27/07 | **Roskill, Julian**<br>Perusal Preparation & Consideration (conf call with Isabelle Vagne (15 mins) and document review (15 mins) | 0.30 |
| 02/27/07 | **Roskill, Julian**<br>Telephone conf cals with Isabelle Vagne re contractors (0.3) and document review (0.3). | 0.30 |
| 02/27/07 | **Roy, Paul J. N.**<br>Call with B. Shoemaker and R. Tucker to discuss blended rate credit provision (0.7).  Incorporation of changes to blended rate credit provision for CSC Schedule 4 to incorporate comment and re-transmittal (0.7).  Review of comments from I. Vagne on ARD provisions.  Incorporation of same and transmittal of question on open issue to L. Guevel (0.8).  Review of wording re | 5.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 12
Roy, Paul J. N.

| <u>Date</u> | <u>Timekeeper Name</u> | <u>DESCRIPTION OF LEGAL SERVICES</u> | <u>Hours</u> |
|---|---|---|---|
| | | formula re Deferred Country credit and conferred with P. Chandler re same (0.5). Incorporation of further comments to blended rate credit provision (0.3). Conferred with P. Chandler re CSC companion agreement language (0.5). Conferred with L. Guevel re comments to ARD provision and revision to same (0.5). Conferred with P. Review of language in EDS amendment incorporating select provisions negotiated with CSC. (1.5) | |
| 02/28/07 | **Blohm, Lindsay A.** | Finalizing Schedules 2 and 3 (2.5); Reviewing, revising Schedules 4 - 16 (except Schedules 4, 4-A, 5-A, 5-B and 7-A) (6.8); Updating CSC document tracker to reflect finalized documents and documents that have been sent to CSC to Final Approval (0.4). | 9.70 |
| 02/28/07 | **Chandler, Paul A.** | Negotiations with CSC (4.00); negotiations with EDS (1.50); internal meetings with Delphi to discuss issues (3.50); reviewing and revising documents and distribution to EDS, CSC and Delphi (2.50); reviewing 20.7 and ARD responses (1.50). | 13.00 |
| 02/28/07 | **Goldstein, Michael J.** | Reviewed and finalized EDS and CSC Schedules and distributed to service providers for review (11.7). Conference call with TPI and Delphi to discuss status of EDS documents (.5). Reviewed and responded to email correspondence (.5) | 12.70 |
| 02/28/07 | **Roskill, Julian** | Review of transition plan (1.0); review email re same (0.2). <br><br> Further emails (10 mins) | 0.80 |
| 02/28/07 | **Roy, Paul J. N.** | Conferred with L. Guevel re input from T. McCabe of severance reimbursement provision (0.3). Incorporation of changes to severance reimbursement provision and re-transmittal of same(0.8). Conferred with P. Chandler and TPI re Deferred Country credit formula and use of Contract Year term (0.3). Incorporation of riders for Deferred Country calculation and for ARD severance reimbursement into CSC Schedule 4 and correction of calendar year references (1.2). Incorporation of Deferred Country credit provision in EDS Schedule 4 (0.7). Review of CSC MSA and EDS amendment for references to calendar year to determine if corrections are needed (0.5) | 3.80 |

**Total Hours**  **621.90**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 13
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 01/29/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070011<br>DATE: 22-Feb-07  Travel to Detroit on 1/29-2/01/07 From 29 Jan 2007 To 29 Jan 2007 | | 629.05 |
| 02/01/07 | **Travel - Other**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070119<br>DATE: 02-Feb-07  Reimbursement For Trip To Detroit From 28 Jan 2007 To 01 Feb 2007 | | 865.45 |
| 02/01/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070011<br>DATE: 22-Feb-07  Travel to Detroit on 1/29-2/01/07 From 29 Jan 2007 To 01 Feb 2007 | | 659.06 |
| 02/01/07 | **Travel - Other**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070011<br>DATE: 22-Feb-07  Taxi from O'Hare airport to home | | 42.65 |
| 02/01/07 | **Business Meals - Travel**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070011<br>DATE: 22-Feb-07  Travel to Detroit on 1/29-2/01/07 From 29 Jan 2007 To 01 Feb 2007 | | 179.97 |
| 02/01/07 | **Business Meals - Travel**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070119<br>DATE: 02-Feb-07  Reimbursement For Trip To Detroit From 29 Jan 2007 To 01 Feb 2007 | | 66.46 |
| 02/01/07 | **Document Reproduction** | 5 | 0.50 |
| 02/04/07 | **Travel - Airfare**<br>VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070121<br>DATE: 09-Feb-07  Reimbursement From Trip To Detroit For Delphi From 04 Feb 2007 To 04 Feb 2007 | | 400.05 |
| 02/05/07 | **Travel - Airfare**<br>VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070012<br>DATE: 23-Feb-07  Travel to Detroit on 2/5-2/8/07 From 05 Feb 2007 To 05 Feb 2007 | | 342.05 |
| 02/06/07 | **Business Meals - Travel**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070089<br>DATE: 08-Feb-07  Dinner with client | | 116.94 |
| 02/07/07 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070089 | | 289.82 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 14
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | DATE: 08-Feb-07  Delphi / ADM trip From 05 Feb 2007 To 07 Feb 2007 | | |
| 02/07/07 | **Travel - Other** VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070089 DATE: 08-Feb-07  Delphi / ADM trip From 05 Feb 2007 To 07 Feb 2007 | | 439.12 |
| 02/07/07 | **Document Reproduction** | 4 | 0.40 |
| 02/07/07 | **Document Reproduction** | 4 | 0.40 |
| 02/08/07 | **Travel - Other** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070121 DATE: 09-Feb-07  Reimbursement From Trip To Detroit For Delphi From 04 Feb 2007 To 08 Feb 2007 | | 876.79 |
| 02/08/07 | **Travel - Other** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070012 DATE: 23-Feb-07  Travel to Detroit on 2/5-2/8/07 From 05 Feb 2007 To 08 Feb 2007 | | 749.94 |
| 02/08/07 | **Business Meals - Travel** VENDOR: Blohm, Lindsay A. INVOICE#: MBRM000118342070012 DATE: 23-Feb-07  Travel to Detroit on 2/5-2/8/07 From 05 Feb 2007 To 08 Feb 2007 | | 122.24 |
| 02/08/07 | **Business Meals - Travel** VENDOR: Chandler, Paul A. INVOICE#: MBRM000011692070121 DATE: 09-Feb-07  Reimbursement From Trip To Detroit For Delphi From 04 Feb 2007 To 08 Feb 2007 | | 102.97 |
| 02/08/07 | **Document Reproduction** | 3 | 0.30 |
| 02/09/07 | **Document Reproduction** | 3 | 0.30 |
| 02/17/07 | **Parking Expenses** VENDOR: Goldstein, Michael J. INVOICE#: MBRM000118632070012 DATE: 02-Mar-07 Parking - work on Saturday. | | 12.00 |
| 02/19/07 | **Document Reproduction** | 9 | 0.90 |
| 02/21/07 | **Document Reproduction** | 10 | 1.00 |
| 02/23/07 | **Document Reproduction** | 10 | 1.00 |
| 02/26/07 | **Document Reproduction** | 9 | 0.90 |

**Total Other Charges**

**$5,900.26**

## Marriott.
**DETROIT PONTIAC**
**AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 322 | BLOHM/LINDSAY | 104.00 | 02/01/07 | 12:00 | 2504 | |
| ROOM NKNG | NAME | RATE | DEPART | TIME | ACCT# | |
| TYPE | | | 01/29/07 | 18:45 | | |
| 11 | 23 SOUTH LLE | | ARRIVE | TIME | | |
| | CHICAGO    IL 60604 | | PAYMENT | | MR#: | |
| ROOM CLERK | ADDRESS | | | | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/29 | RM SERV | 3500 322 | 53.71 | | |
| 01/29 | ROOM | 322, 1 | 104.00 | | |
| 01/29 | ROOM TAX | 322, 1 | 6.24 | | |
| 01/29 | LOCAL TX | 322, 1 | 5.20 | | |
| 01/29 | OCC TAX | 322, 1 | 2.08 | | |
| 01/30 | RM SERV | 3520 322 | 15.20 | | |
| 01/30 | ROOM | 322, 1 | 104.00 | | |
| 01/30 | ROOM TAX | 322, 1 | 6.24 | | |
| 01/30 | LOCAL TX | 322, 1 | 5.20 | | |
| 01/30 | OCC TAX | 322, 1 | 2.08 | | |
| 01/31 | RM·SERV | 3548 322 | 15.20 | | |
| 01/31 | RM SERV | 3556 322 | 52.71 | | |
| 01/31 | ROOM | 322, 1 | 104.00 | | |
| 01/31 | ROOM TAX | 322, 1 | 6.24 | | |
| 01/31 | LOCAL TX | 322, 1 | 5.20 | | |
| 01/31 | OCC TAX | 322, 1 | 2.08 | | |
| 02/01 | BK CARD | | | $489.38 | |

**TO BE SETTLED TO:    MASTERCARD      CURRENT BALANCE   .00**

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!

## Marriott.
**DETROIT PONTIAC**
**AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 3% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

  

| | | | |
|---|---|---|---|
| Name: | BLOHM/LINDSAY | | Conf #:35WNYG |
| Date: | 29JAN07 | Request: | |
| Frequent Flyer Nbr: | | | |
| E-Ticket Nbr: | 0127811377888 | | |
| Flight: | NW 821 | | |

**Gate: 4**
**Board: 6:00 AM**                              **Seat: 07-A**

Depart: Washington-National, DC        6:30 AM
Arrive: Detroit, MI                              8:09 AM

**BOARDING PASS**
DCATKT04



| | | |
|---|---|---|
| Name: BLOHM/LINDSAY | | Conf #:35WNYG |
| Date: 29JAN07 | Request: | |
| Frequent Flyer Nbr: | | |
| E-Ticket Nbr: | 0127811377888 | |
| Flight: NW 821 | | |

**Gate: 4**
**Board: 6:00 AM**                              **Seat: 07-A**

Depart: Washington-National, DC        6:30 AM
Arrive: Detroit, MI                              8:09 AM

   

| | | | |
|---|---|---|---|
| Name: | | | Conf #:35WNYG |
| Date: | 01FEB07 | Request: | |
| Frequent Flyer Nbr: | | | |
| E-Ticket Nbr: | 0127811377888 | | |
| Flight: | NW 1119 | | |

**Gate: A19**
**Board: 6:30 PM**                              **Seat: 13-E**

Depart: Detroit, MI                              7:00 PM
Arrive: Chicago-OHare, IL                    7:21 PM

**BOARDING PASS**
DTWPBK2E



| | | |
|---|---|---|
| Name: BLOHM/LINDSAY | | |
| Date: 01FEB07 | Request: | Conf #:35WNYG |
| Frequent Flyer Nbr: | | |
| E-Ticket Nbr: | 0127811377888 | |
| Flight: NW 1119 | | |

**Gate: A19**
**Board: 6:30 PM**                              **Seat: 13-E**

Depart: Detroit, MI                              7:00 PM
Arrive: Chicago-OHare, IL                    7:21 PM

 

*1/29 - 2/1  1+2  receipt*

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Washington-National, D | Detroit, MI | 29JAN07 | 8BF |
| Detroit, MI | Chicago-OHare, IL | 01FEB07 | QA0V8R |

| | |
|---|---|
| E-Ticket Nbr: | E0127811377888 |
| Issued Date: | 25JAN07 |
| Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

---

**BLOHM/LINDSAY**                              **Total Fare This Ticket: USD 581.80**

| | | |
|---|---|---|
| FARE | 521.86 | Form of Payment: MASTERCARD |
| US TAX | 39.14 | Card Nbr:     XXXXXXXXXXX1406 |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr:   E0127811377888 |
| OTHER TAX | 14.00 | Confirmation Nbr: 35WNYG |
| TOTAL  USD | 581.80 | |

Endorsements: Restrictions:

*Transportation subject to terms of carriage printed inside ticket jacket*

**PASSENGER RECEIPT**

Page 1 of 1

Lunch 1/30    (3)

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:              13400001

MERCHANT #:        000000155205047

MC
SALE
BATCH: 000335        INVOICE: 000021
DATE: JAN 30, 07      TIME: 12:16
RRN: 000072573318     AUTH NO: 282535

*************1406

TOTAL              $7.78

LINDSAY A BLOHM

CUSTOMER COPY


lunch 2/1    (4)

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:              13400001

MERCHANT #:        000000155205047

MC
SALE
BATCH: 000337        INVOICE: 000019
DATE: FEB 01, 07      TIME: 12:30
RRN: 000075060677     AUTH NO: 494352

*************1406

TOTAL              $8.75

LINDSAY A BLOHM

CUSTOMER COPY


Dinner 2/1

National Coney Island Epress    (5)

*******************************************
T.Number 43357    2/1/2007  6:22:23 PM
*******************************************

    1 Turkey Wrap         6.49
    1 Pasta Salad         2.29
    1 Soft Drink          1.99
                       ===========
    Sub-Total $
                          10.77
                       ===========
    Tax       $
                          0.65
                       ===========
    Total     $          11.42
    Visa/Mc   $          11.42
    Change    $          0.00

*******************************************

Order Number 43357
Register Number 4

N A T I O N A L
C A R   R E N T A L



RA 813547487              Inv 80013016509
Rental   29-JAN-2007 08:32 AM
DETROIT METRO ARPT
Return   01-FEB-2007 05:36 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 7S531486
Model     HHR LT
Class Driven FXAR    Class Charged ICAR
License# 926TWA      State/Province  NV
M/Kms Driven   264
M/Kms Out    10800
M/Kms In     11064

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price   Amount
T & M        4 Days     54.95   219.80*
UNLIM M/KM   0 M/Kms             0.00*
FSO          1 Rental   32.00   32.00*
ARPT COST RECOVERY FEE           28.35*
WAYNE COUNTY STADIUM TX           5.60*
VEH LIC FEE RECOVERY              3.40*
SALES TAX @6.000 %               17.35

Total Charges              USD 306.50

Paid By    MC    1406        -306.50

Amount Due                 USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334



CHOICE TAXI
(773)338 9502

Med#
Trip#               6370
Date    02/01/2007   484
Start        07:58PM
End          08:21PM
Dist Mi
FARE    $      17.7
Extras  $     34.65
Tip     $      1.00
             7.00
TOTAL   $     42.65
*CARD ACCEPTED*

Auth#       865375
        02/01/2007
             08:22PM
MCrd - XXXXx1406

DEPT OF CONSUMER
SERVICE  HALL 511
Customer  Copy

# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

l+2

SALES PERSON: 9D          ITINERARY/INVOICE NO. 0254680          DATE: 25 JAN 07
CUSTOMER NBR: 202033                          KQFMTN          PAGE: 01

TO: LINDSAY BLOHM
    MAYER BROWN ROWE AND MAW
    71 SOUTH WACKER
    CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834

        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
        BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
        AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
        MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
        EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
        FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
        FOR A COMPLETE LIST OF CARRY ON
        BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV

25 JAN 07  -  THURSDAY
    AIR    NORTHWEST AIRLINES    FLT:226      ECONOMY
           LV DETROIT METRO                   733P            EQP: AIRBUS A319
           DEPART: E.M. MCNAMARA TERMINAL                     01HR 24MIN
           AR WASHINGTON REAGAN               857P            NON-STOP
           ARRIVE: TERMINAL A                                 REF: 35WNYG
           BLOHM/LINDSAY      SEAT-8E      NW-10005499311

29 JAN 07  -  MONDAY
    AIR    NORTHWEST AIRLINES    FLT:821      ECONOMY
           LV WASHINGTON REAGAN               630A            EQP: AIRBUS A319
           DEPART: TERMINAL A                                 01HR 39MIN
           AR DETROIT METRO                   809A            NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL                     REF: 35WNYG
           BLOHM/LINDSAY      SEAT-7A      NW-10005499311

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 9D        ITINERARY/INVOICE NO. 0254680        DATE: 25 JAN 07
CUSTOMER NBR: 202033                        KQFMTN        PAGE: 02

```
       TO: LINDSAY BLOHM
           MAYER BROWN ROWE AND MAW
           71 SOUTH WACKER
           CHICAGO IL 60606
```

FOR: BLOHM/LINDSAY           REF: 11834


```
29 JAN 07 - MONDAY
   CAR    DETROIT METRO            NATIONAL CAR RENTAL    INTER CAR AUTO A/C
          PICK UP-0809
          RETURN-01FEB
          RATE PLAN  3 DAYS  0 HRS          USD    MI/KM    EX MI/KM
          DAILY RATE                       54.95   UNL
          XTRA DAY-                        54.95   UNL
          XTRA HOUR-                       27.48   UNL
          MANDATORY CHARGES               36.19
          APPROX RENTAL COST             201.04   UNL
          CONFIRMATION NUMBER    837182804COUNT          RATE-GUARANTEED
          CD-5702498
   HOTEL  DETROIT METRO             OUT-02FEB
          MARRIOTT HOTELS           4 NIGHTS
          MARRIOTT PONTIAC AUBURN HILLS  1 ROOM    CORPORATE RATE, DELUXE ROO
          3600 CENTERPOINT PARKWAY       PARKING
          PONTIAC MI 48341          RATE-189.00USD PER NIGHT
          FONE 248-253-9800         CANCEL BY 06P DAY OF ARRIVAL
          FAX  248-253-9682
          GUARANTEED LATE ARRIVAL
          CONFIRMATION 87013306
          RQ NONSMOKE ROOM


01 FEB 07 - THURSDAY
   AIR    NORTHWEST AIRLINES   FLT:1119   ECONOMY
          LV DETROIT METRO          700P            EQP: DC-9 STRETCH
          DEPART: E.M. MCNAMARA TERMINAL            01HR 21MIN
          AR CHICAGO OHARE          721P            NON-STOP
          ARRIVE: TERMINAL 2                        REF: 35WNYG
          BLOHM/LINDSAY             NW-10005499311
          SEAT SELECTION AT AIRPORT
```

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

```
SALES PERSON: 9D          ITINERARY/INVOICE NO. 0254680          DATE: 25 JAN 07
CUSTOMER NBR: 202033                          KGFMTN            PAGE: 03

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606
```

```
FOR: BLOHM/LINDSAY          REF: 11834


27 JUL 07  -  FRIDAY
    OTHER INFORMATION
        HAVE A GREAT TRIP
MCO          XD8139786692
                            BILLED TO MASTERCARD                    47.25*

AIR TICKET   NW7811377888   BLOHM LINDSAY
ELEC TKT                    BILLED TO MASTERCARD                   581.80*
                                                                ----------------
                            TOTAL BASE                             569.11
                            TOTAL TAX                               59.94
                            NET CC BILLING                         629.05*
                                                                ----------------
                            TOTAL AMOUNT DUE                         0.00
```

```
EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL  800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IF DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*
```

# Marriott.

**DETROIT PONTIAC
AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 531 CHANDLER/PAUL | 104.00 | 02/01/07 | 12:00 | 2535 |
|---|---|---|---|---|
| **ROOM** **NAME** | **RATE** | **DEPART** | **TIME** | **ACCT#** |
| NKNG XXX | | 01/28/07 | 22:58 | |
| **TYPE** | | **ARRIVE** | **TIME** | |
| 11 XX· | | | | |
| **ROOM** **ADDRESS** | | | | |
| **CLERK** | | | | |
| CHICAGO    IL 60604 | **PAYMENT** | | | MR#: XXXXX7055 |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 01/28 ROOM | 531, 1 | 104.00 | | |
| 01/28 ROOM TAX | 531, 1 | 6.24 | | |
| 01/28 LOCAL TX | 531, 1 | 5.20 | | |
| 01/28 OCC TAX | 531, 1 | 2.08 | | |
| 01/29 ROOM | 531, 1 | 104.00 | | |
| 01/29 ROOM TAX | 531, 1 | 6.24 | | |
| 01/29 LOCAL TX | 531, 1 | 5.20 | | |
| 01/29 OCC TAX | 531, 1 | 2.08 | | |
| 01/30 ROOM | 531, 1 | 104.00 | | |
| 01/30 ROOM TAX | 531, 1 | 6.24 | | |
| 01/30 LOCAL TX | 531, 1 | 5.20 | | |
| 01/30 OCC TAX | 531, 1 | 2.08 | | |
| 01/31 ROOM | 531, 1 | 104.00 | | |
| 01/31 ROOM TAX | 531, 1 | 6.24 | | |
| 01/31 LOCAL TX | 531, 1 | 5.20 | | |
| 01/31 OCC TAX | 531, 1 | 2.08 | | |
| 02/01 BK CARD | | | $470.08 | |

TO BE SETTLED TO:    **MASTERCARD**    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.


GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.



It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 01/28/07 - 02/01/07 REVENUE IF APPLICABLE    $416.00
BASE POINTS EARNED: 4160   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.

**DETROIT PONTIAC
AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

5-2955C
Rev. 12/94



LEMONGRASS RESTAURAN
3999 CENTERPOINT PKW
PONTIAC, MI. 48341

TERMINAL I.D.:    8010540000000010920700
MERCHANT #:    8000189207

MC PACARD    SRV: 1
***************8491
SALE
RECORD #: 038    INV:    000038
DATE: JAN 29, 07    TIME:    10:14

AUTH:    029050

BASE    $17.91

TIP
MAITRE D TIP    4.09

TOTAL    22.00

---

CHECKER TAXI
CAB NUMBER 6347
02/01/07 TR 9561
START    END MILES
19:52 20:22 15.1
FARE :    $ 31.45
EXTRA:    $ 5.00
TOTAL:    $ 36.45
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU

---



# A WOODWARD AVENUE TRADITION
## SINCE 1964

ATHENS CONEY ISLAND
Date: 1/30/2007    Time: 9:11:07 PM

Card Type:    Master Card
Card Number:    XXXXXXXXXXXXX8491
Expiration Date: 1/31/2009
Server Name:    Ashley
Check Number:    443519
Tab Number:    12

Card Owner:    CHANDLER/PAUL

AMOUNT 10.85
2.00

TIP    12.85

TOTAL

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:    13480002
MERCHANT #:    000000155205047

MC
SALE
BATCH: 000406    INVOICE: 000024
DATE: FEB 01, 07    TIME: 11:07
RRN #: 000075080496    AUTH NO: 001780

**************8491

TOTAL    $8.64

PAUL CHANDLER

CUSTOMER COPY

---

OLGA'S KITCHEN
6655 Orchard Lake Rd.
248-855-3630
----------------

Server: Lauren    DOB: 01/31/2007
07:42 PM    01/31/2007
/1    4/40034

M/C    5243026
Card #XXX.XXXXXXXX8491
Magnetic card present: CHANDLER PAUL
Approval: 031007

Amount:    13.59

Tip:

---

National Coney Island

*****************************************
T.Number 42722    2/1/2007    6:36:12 PM
*****************************************
Register: 2
*****************************************
*****************************************
Charge Amount    9.38
    ==========

Signature:
================================
CHANDLER/PAUL
55286245#######
Exp Date: 0109
Auth. Number:
Reference Number:

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

*Delphi*

12.00    10:30 pm   2/3/07
$          Time        Date

Chalker
Received from:

3180   N LSD
Cab fare from:

71. S. Wacker
To:

_____
Driver:

Delphi-0608974
Cab #
Account #

*Thank you for*
*riding with us!*



312-829-4222

**Marriott**
DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 817 CHANDLER/PAUL/A | 104.00 | 02/08/07 | 12:00 | 3363 |
|---|---|---|---|---|
| ROOM NAME | RATE | DEPART | TIME | ACCT# |
| NKNG TPI | | 02/04/07 | 22:55 | |
| TYPE | | ARRIVE | TIME | |
| 11 | | | | |

| ROOM CLERK | ADDRESS | | PAYMENT | MR#: XXXXX7055 |
|---|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/04 ROOM | 817, 1 | 104.00 | | |
| 02/04 ROOM TAX | 817, 1 | 6.24 | | |
| 02/04 LOCAL TX | 817, 1 | 5.20 | | |
| 02/04 OCC TAX | 817, 1 | 2.08 | | |
| 02/05 ROOM | 817, 1 | 104.00 | | |
| 02/05 ROOM TAX | 817, 1 | 6.24 | | |
| 02/05 LOCAL TX | 817, 1 | 5.20 | | |
| 02/05 OCC TAX | 817, 1 | 2.08 | | |
| 02/06 ROOM | 817, 1 | 104.00 | | |
| 02/06 ROOM TAX | 817, 1 | 6.24 | | |
| 02/06 LOCAL TX | 817, 1 | 5.20 | | |
| 02/06 OCC TAX | 817, 1 | 2.08 | | |
| 02/07 ROOM | 817, 1 | 104.00 | | |
| 02/07 ROOM TAX | 817, 1 | 6.24 | | |
| 02/07 LOCAL TX | 817, 1 | 5.20 | | |
| 02/07 OCC TAX | 817, 1 | 2.08 | | |
| 02/08 BK CARD | | | $470.08 | |

TO BE SETTLED TO:   MASTERCARD     CURRENT BALANCE   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

Earn 5 Marriott Rewards points per $1 spent at Marriott
with the Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for details.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 02/04/07 - 02/08/07 REVENUE IF APPLICABLE    $416.00
BASE POINTS EARNED: 4160    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**
DETROIT PONTIAC
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290





ROYAL 3 CCC TAXI
CAB ASSOCIATION

CAB #          1917
DATE: 02/04/2007
START TIME  17:16
END TIME    17:45
MILES       15.53
FARE $       31.45
EXTRAS $      6.00
TOTAL $      37.45

38.00

Dept of Consumer
Services
Call 311

---

ICHIYO SUSHI GRILL
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710
2/8/07
C O P Y
02/08/2007 00:00
Sale:

Transaction #      23
Card Type:   MasterCard
Acc:     ***********8491
Entry:          Swiped
Bse Amt:      40.81

Tip    : $   8 00

Total Amt: $  48 81

Auth.Code:      007412
Response:    AP007412

---

HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1129 Ramiro
--------------------------------
5100  FEB04'07  6:11PM
--------------------------------

1 COKE BTL 20oz         2.09
1 RTE FRUIT SALAD       3.99
  XXXXXXXXXXXXXXX1      XX/XX
  MSTRCARD  A1 5*       6.76

SUBTOTAL                6.08
TAX                     0.68
AMOUNT PAID      6.76

---

Delphi
YELLOW CAB CO
CAB # 3717
02-08-07 TR 0439
START  END MILES
20:14 20:57 15.2
FARE : $  32.85
EXTRA:  $   1.00
TOTAL:  $  33.85
DEPT OF CONSUMER
SERVICE CALL-311
THANK YOU  38.00

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:           13400002
MERCHANT #:       000000155205047

MC
SALE
BATCH: 000490        INVOICE: 000009
DATE: FEB 07, 07        TIME: 18:27
RRN: 000002679651     AUTH NO: 007615

**************8491

TOTAL            $8.64

PAUL CHANDLER

CUSTOMER COPY

---

National Coney Island

**************************************
T.Number 45377   2/8/2007  7:05:41 PM
**************************************
Register: 2
**************************************
**************************************
Charge Amount                28.85
                          ==========

Signature:
                  CHANDLER/PAUL
                  55286245#########
                  Exp Date: 0109

Auth. Number:
Reference Number:

---

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:           13400002
MERCHANT #:       000000155205047

MC
SALE
BATCH: 000491        INVOICE: 000023
DATE: FEB 08, 07        TIME: 18:31
RRN: 000003555528     AUTH NO: 007412

**************8491

TOTAL            $9.91

PAUL CHANDLER

CUSTOMER COPY

# Marriott

**DETROIT PONTIAC AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

309 BLOHM/LINDSAY                104.00  02/08/07  12:00  3135
                                  RATE    DEPART    TIME   ACCT#
ROOM                                      02/05/07  19:12
NDDG  TPI
TYPE                                      ARRIVE    TIME
11  NA

PONTIAC        MI 48341                              MR#: XXXXX1636
ROOM        ADDRESS              PAYMENT

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 02/05 | MOVIES | NEWRECOR | 4.99 | | |
| 02/05 | MOVIES | NEWRECOR | 4.99 | | |
| 02/05 | MOVIES | NEWRECOR | 4.99 | | |
| 02/05 | RM SERV | 3620 309 | 33.32 | | |
| 02/05 | ROOM | 309, 1 | 104.00 | | |
| 02/05 | ROOM TAX | 309, 1 | 6.24 | | |
| 02/05 | LOCAL TX | 309, 1 | 5.20 | | |
| 02/05 | OCC TAX | 309, 1 | 2.08 | | |
| 02/06 | RM SERV | 3627 309 | 15.20 | | |
| 02/06 | MOVIES | MOVIE | 13.99 | | |
| 02/06 | ROOM | 309, 1 | 104.00 | | |
| 02/06 | ROOM TAX | 309, 1 | 6.24 | | |
| 02/06 | LOCAL TX | 309, 1 | 5.20 | | |
| 02/06 | OCC TAX | 309, 1 | 2.08 | | |
| 02/07 | RM SERV | 3648 309 | 15.20 | | |
| 02/07 | RM SERV | 3662 309 | 33.32 | | |
| 02/07 | ROOM | 309, 1 | 104.00 | | |
| 02/07 | ROOM TAX | 309, 1 | 6.24 | | |
| 02/07 | LOCAL TX | 309, 1 | 5.20 | | |
| 02/07 | OCC TAX | 309, 1 | 2.08 | | |
| 02/08 | BK CARD | | | $478.56 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

Earn 5 Marriott Rewards points per $1 spent at Marriott
with the Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for details.

MARRIOTT REWARDS ACCOUNT # XXXXX1636
DATE 02/05/07 - 02/08/07 REVENUE IF APPLICABLE    $438.00
BASE POINTS EARNED: 4380    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott

**DETROIT PONTIAC AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

6-2955C
Rev 12/04

NATIONAL
CAR RENTAL



RA 813575626          Inv 80013043614
Rental   05-FEB-2007 08:49 AM
DETROIT METRO ARPT
Return  08-FEB-2007 05:53 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 77539313
Model    PT CRUISER
Class Driven FSAR    Class Charged ICAR
License# AG06407    State/Province  MI
M/Kms Driven  122
M/Kms Out    4350
M/Kms In     4472

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price    Amount
T & M        4 Days     56.00    224.00*
UNLIM M/KM   0 M/Kms              0.00*
FSO          1 Rental   32.70    32.70*
ARPT COST RECOVERY FEE            28.90*
WAYNE COUNTY STADIUM TX           5.70*
VEH LIC FEE RECOVERY              3.40*
SALES TAX @6.000 %                17.68

Total Charges               USD 312.38

Paid By    MC    1406         -312.38

Amount Due                  USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334

ROYAL 3 CCC TAXI
CAB ASSOCIATION
                    5710
CAB #
DATE:  02/08/2007
START TIME  20:24
END TIME    20:59
MILES       18.04
FARE $      36.05
EXTRAS $    1.00
TOTAL $     37.05

Dept of Consumer
Services
Call 311

CHICAGO CARRIAGE
CAB
        (0711)
02/05/07    04:56

AUTH# 945809

XXXXXXXXXXXX1406
ED: 1109
#20070205045643
FARE:    36.25

TIP:

TOTAL:    42.00

x



## THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 5T        ITINERARY/INVOICE NO. 0254887        DATE: 01 FEB 07
CUSTOMER NBR: 202033                    EKZMVN            PAGE: 01

    TO: LINDSAY BLOHM
        MAYER BROWN ROWE AND MAW
        71 SOUTH WACKER
        CHICAGO IL 60606

FOR: BLOHM/LINDSAY            REF: 11834

        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
        BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
        AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
        MEXICO, BERMUDA, AND THE CARIBBEAN. THIS REQUIREMENT
        EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
        FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
        FOR A COMPLETE LIST OF CARRY ON
        BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
05 FEB 07  -  MONDAY
    AIR    NORTHWEST AIRLINES    FLT:890    ECONOMY
           LV CHICAGO OHARE              600A              EQP: AIRBUS A320
           DEPART: TERMINAL 2                              01HR 16MIN
           AR DETROIT METRO              816A              NON-STOP
           ARRIVE: E.M. MCNAMARA TERMINAL                 REF: 3UJJW2
           BLOHM/LINDSAY      SEAT-21E    NW-10005499311
           CENTER SEAT CONFIRMED..NO AISLE OR WINDOW SEATS AVAILABLE
    CAR    DETROIT METRO          NATIONAL CAR RENTAL    INTER CAR AUTO A/C
           PICK UP-0816
           RETURN-08FEB
           RATE PLAN  3 DAYS  0 HRS          USD    MI/KM    EX MI/KM
           DAILY RATE                      56.00    UNL
           XTRA DAY-                        56.00    UNL
           XTRA HOUR-                       23.00    UNL
           MANDATORY CHARGES               36.82
           APPROX RENTAL COST             204.82    UNL
           CONFIRMATION NUMBER    837253189COUNT        RATE-GUARANTEED
           CD-5702498

CONTINUED ON PAGE 2



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: ST          ITINERARY/INVOICE NO. 0254887          DATE: 01 FEB 07
CUSTOMER NBR: 202033                     EKZMVN                  PAGE: 02

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834


05 FEB 07  -  MONDAY
    HOTEL DETROIT METRO
            MC MARRIOTT DET PONTIAC CENTE    3 NIGHTS    OUT-08FEB
            3600 CENTERPOINT PARKWAY         1 ROOM      SINGLE WITH BATH
            PONTIAC MI 48341                 RATE-104.00USD PER NIGHT
            FONE 248-253-9800                GUARANTEED LATE ARRIVAL
            CONFIRMATION 81855372
            FAX 248-648-6005 XCL BY 6P.M. LOCAL TIME

08 FEB 07  -  THURSDAY
    AIR   NORTHWEST AIRLINES    FLT:1119    ECONOMY
          LV DETROIT METRO                  700P          EQP: DC-9 STRETCH
          DEPART: E.M. MCNAMARA TERMINAL                  01HR 21MIN
          AR CHICAGO OHARE                  721P          NON-STOP
          ARRIVE: TERMINAL 2                              REF: 3UJJW2
          BLOHM/LINDSAY                     NW-10005499311
    MCO        XD8139969487
                                   BILLED TO MASTERCARD                47.25*

    AIR TICKET   NW7813443330      BLOHM LINDSAY
    ELEC TKT                       BILLED TO MASTERCARD               294.80*
                                                           ----------------
                                   TOTAL BASE                          302.14
                                   TOTAL TAX                            39.91
                                   NET CC BILLING                      342.05*
                                                           ----------------
                                   TOTAL AMOUNT DUE                      0.00

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

```
SALES PERSON: 5T        ITINERARY/INVOICE NO. 0254887        DATE: 01 FEB 07
CUSTOMER NBR: 202033                     EKZMVN              PAGE: 03
```

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL   800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
..........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*





| | |
|---|---|
| Name: | BLOHM/LINDSAY |
| Date: | 05FEB07 |
| Frequent Flyer Nbr: | |
| E-Ticket Nbr: | 0127813443330 |
| Flight: | NW 890 |

Conf #:3UJJW2
Request:

**Gate: E9**
**Board:** 5:30 AM                     **Seat: 06–A**

Depart: Chicago-OHare, IL
Arrive: Detroit, MI                     8:00 AM
                                        8:16 AM



**BOARDING
PASS**

ORDTKT0S

Name: BLOHM/LINDSAY                     Conf #:3UJJW2
Date:  05FEB07   Request:
Frequent Flyer Nbr:
E-Ticket Nbr:        0127813443330
Flight: NW 890

**Gate: E9**
**Board:** 5:30 AM                     **Seat: 06–A**

Depart: Chicago-OHare, IL              8:00 AM
Arrive: Detroit, MI                    8:16 AM



---



| | |
|---|---|
| Name: | BLOHM/LINDSAY |
| Date: | 08FEB07 |
| Frequent Flyer Nbr: | |
| E-Ticket Nbr: | 0127813443330 |
| Flight: | NW 1119 |

Conf #:3UJJW2
Request:

**Gate: A19**
**Board:** 6:30 PM                     **Seat: 13–E**

Depart: Detroit, MI                    7:00 PM
Arrive: Chicago-OHare, IL              7:21 PM





**BOARDING
PASS**

Name: BLOHM/LINDSAY                     Conf #:3UJJW2
Date:  08FEB07   Request:
Frequent Flyer Nbr:
E-Ticket Nbr:        0127813443330
Flight: NW 1119

**Gate: A19**
**Board:** 6:30 PM                     **Seat: 13–E**

Depart: Detroit, MI                    7:00 PM
Arrive: Chicago-OHare, IL              7:21 PM



---

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 05FEB07 | QA0V8R |
| Detroit, MI | Chicago-OHare, IL | 08FEB07 | HA0V8R |

| | |
|---|---|
| E-Ticket Nbr: | E0127813443330 |
| Issued Date: | 01FEB07 |
| Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |



**BLOHM/LINDSAY**                     **Total Fare This Ticket: USD 294.80**

FARE           254.80   Form of Payment: MASTERCARD     Endorsements/Restrictions:

| | | |
|---|---|---|
| US TAX | 19.11 | Card Nbr:        XXXXXXXXXXXX1406 |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr:   E0127813443330 |
| OTHER TAX | 14.00 | Confirmation Nbr: 3UJJW2 |
| TOTAL USD | 294.80 | |

**PASSENGER RECEIPT**

*Transportation subject to terms of carriage
printed inside ticket jacket*          Page 1 of 1

# Marriott.

**DETROIT PONTIAC**
**AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 315 | ROY/PAUL | | 104.00 | 02/07/07 | 12:00 | 3406 | **GUEST FOLIO** |
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# | |
| NKNG | TPI | | | 02/05/07 | 22:13 | | |
| TYPE | | | | ARRIVE | TIME | | |
| II | | | | | | | |

ROOM CLERK    ADDRESS                                    PAYMENT                     MR#: XXXXX5253

| DATE | | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|---|
| 02/05 | ROOM | 315, | 1 | 104.00 | | |
| 02/05 | ROOM TAX | 315, | 1 | 6.24 | | |
| 02/05 | LOCAL TX | 315, | 1 | 5.20 | | |
| 02/05 | OCC TAX | 315, | 1 | 2.08 | | |
| 02/06 | ROOM | 315, | 1 | 104.00 | | |
| 02/06 | ROOM TAX | 315, | 1 | 6.24 | | |
| 02/06 | LOCAL TX | 315, | 1 | 5.20 | | |
| 02/06 | OCC TAX | 315, | 1 | 2.08 | | |
| 02/07 | BK CARD | | | | | |

$235.04

TO BE SETTLED TO:     VISA            **CURRENT BALANCE**   .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

Earn 5 Marriott Rewards points per $1 spent at Marriott
with the Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for details.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 02/05/07 - 02/07/07 REVENUE IF APPLICABLE      $208.00
BASE POINTS EARNED: 2080   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.

**DETROIT PONTIAC**
**AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-295SC
Rev 12/04          Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



**NATIONAL CAR RENTAL**

RA 813581231                    Inv 80013036761
Rental   05-FEB-2007 08:30 PM
DETROIT METRO ARPT
Return   07-FEB-2007 03:02 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 7H672210
Model     MAGNUM
Class Driven FXAR    Class Charged ICAR
License# AFX0217     State/Province MI
M/Kms Driven  105
M/Kms Out    7100
M/Kms In     7205

MAYER BROWN & PLATT
Contract ID 5702498

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 56.00 | 112.00* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| REFUELING | 5 Gals | 6.25 | 31.25* |
| ARPT COST RECOVERY FEE | | | 16.10* |
| WAYNE COUNTY STADIUM TX | | | 3.18* |
| VEH LIC FEE RECOVERY | | | 1.70* |
| SALES TAX 96.000 % | | | 9.85 |

Total Charges              USD 174.08

Paid By    Visa 7632        -174.08

Amount Due           USD -0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334

**National.**

..........................
ICHIYO SUSHI GRILL
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710

C O P Y
02/06/2007  00:33
Sale:

Transaction #          25
Card Type:           VISA
Acc:    ************7632
Entry:            Swiped
Bse Amt:         96.94

Tip   :    $20.00

Total Amt:   $116.94

Auth.Code:       47605B
Response:      AP47605B

**AMERICAN TAXI** INC.

847-259-1555

R E C E I P T

DATE  2/7

AMOUNT  $30.00

| | | |
|---|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 | |
| WEST & SOUTH SUBURBS | (708) 424-7878 | |
| LAKE COUNTY | (847) 566-3131 | |
| NORTH SUBURBS | (847) 673-1000 | |
| DUPAGE CO. EAST | (630) 920-9480 | |
| DUPAGE CO. WEST | (630) 305-0700 | |

FROM

TO

NAME                          CAB NUMBER

# Marriott.
## DETROIT PONTIAC
## AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 817 | CHANDLER/PAUL/A | 104.00 | 02/08/07 | 12:00 | 3363 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NKNG | TPI | | 02/04/07 | 22:55 | |
| TYPE | | | ARRIVE | TIME | |
| 11 | | | | | |

| ROOM CLERK | ADDRESS | PAYMENT | | MR#: XXXXX7055 |
|---|---|---|---|---|

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/04 | ROOM | 817, 1 | 104.00 | | |
| 02/04 | ROOM TAX | 817, 1 | 6.24 | | |
| 02/04 | LOCAL TX | 817, 1 | 5.20 | | |
| 02/04 | OCC TAX | 817, 1 | 2.08 | | |
| 02/05 | ROOM | 817, 1 | 104.00 | | |
| 02/05 | ROOM TAX | 817, 1 | 6.24 | | |
| 02/05 | LOCAL TX | 817, 1 | 5.20 | | |
| 02/05 | OCC TAX | 817, 1 | 2.08 | | |
| 02/06 | ROOM | 817, 1 | 104.00 | | |
| 02/06 | ROOM TAX | 817, 1 | 6.24 | | |
| 02/06 | LOCAL TX | 817, 1 | 5.20 | | |
| 02/06 | OCC TAX | 817, 1 | 2.08 | | |
| 02/07 | ROOM | 817, 1 | 104.00 | | |
| 02/07 | ROOM TAX | 817, 1 | 6.24 | | |
| 02/07 | LOCAL TX | 817, 1 | 5.20 | | |
| 02/07 | OCC TAX | 817, 1 | 2.08 | | |
| 02/08 | BK CARD | | | $470.08 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.

Earn 5 Marriott Rewards points per $1 spent at Marriott
with the Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for details.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX7055
DATE 02/04/07 - 02/08/07 REVENUE IF APPLICABLE    $416.00
BASE POINTS EARNED: 4160    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott.
## DETROIT PONTIAC
## AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev 12/04

Signature X

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290





ROYAL 3 CCC TAXI
CAB ASSOCIATION

CAB #        1317
DATE: 02/04/2007
START TIME  17:16
END TIME    17:45
MILES       15.53
FARE $      31.45
EXTRAS $     6.00
TOTAL $     37.45
    38.00

Dept of Consumer
    Services
   Call 311

HMSHOST
QUICK CHECK E09
Chicago 773.686.6180

1129 Ramiro

5100 FEB04'07  6:11PM

1 COKE BTL 20oz        2.09
1 RTE FRUIT SALAD      3.99
  XXXXXXXXXXXXXXX1     XX/XX
  MSTRCARD  A1 5*      6.76

  SUBTOTAL             6.08
  TAX                  0.68
  AMOUNT PAID        6.76

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:          13400002
MERCHANT #:    000000155205047

MC
SALE
BATCH: 000490      INVOICE: 000009
DATE: FEB 07, 07      TIME: 10:27
RRN: 000002679651   AUTH NO: 007615

***********8491

TOTAL            $8.64

PAUL CHANDLER

CUSTOMER COPY

.....................
ICHIYO SUSHI GRI'L
3999 CENTER POINT PKWY
PONTIAC, MI 48341
248-335-9710
2/20/07
C O P Y
02/08/2007  00:00
Sale:

Transaction #        23
Card Type:  MasterCard
Acc:  ***********8491
Entry:          Swiped
Bse Amt:      40.81

Tip   :   $    8.00

Total Amt:   $   48.81

Auth.Code:        007412
Response:       AP007412

Delphi
YELLOW CAB CO
CAB # 3717
02-08-07 STR 0439
START  END MILES
20:14 20:57 15.2
FARE:  $ 32.85
EXTRA: $  1.00
TOTAL: $ 33.85
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU 38.00

National Coney Island

*********************************
T.Number 45377   2/8/2007  7:05:41 PM
*********************************
Register: 2
*********************************
*********************************
Charge Amount            28.85
                    ==========

Signature:
============================
CHANDLER/PAUL
55286245########
Exp Date: 0109
Auth. Number:
Reference Number:

AVI DELPHI WORLD HQ
DELPHI DRIVE
TROY, MI 48098

TERMINAL I.D.:  13400002
MERCHANT #:  000000155205047

MC
SALE
BATCH: 00491    INVOICE: 000023
DATE: FEB 08, 07    TIME: 10:31
RRN: 000002679620   AUTH NO: 007415

***********8491

TOTAL    $9.91

PAUL CHANDLER

CUSTOMER COPY

# Marriott

**DETROIT PONTIAC
AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 309 BLOHM/LINDSAY | 104.00 | 02/08/07 | 12:00 | 3135 |
|---|---|---|---|---|
| ROOM    NAME | RATE | DEPART | TIME | ACCT# |
| NDOG TP1 | | 02/05/07 | 19:12 | |
| TYPE | | ARRIVE | TIME | |
| 1T  NA | | | | |
| PONTIAC    MI 48341 | | PAYMENT | | MR#: XXXXX1636 |
| ROOM CLERK  ADDRESS | | | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/05 MOVIES | NEWRECOR | 4.99 | | |
| 02/05 MOVIES | NEWRECOR | 4.99 | | |
| 02/05 MOVIES | NEWRECOR | 4.99 | | |
| 02/05 RM SERV | 3620 309 | 33.32 | | |
| 02/05 ROOM | 309, 1 | 104.00 | | |
| 02/05 ROOM TAX | 309, 1 | 6.24 | | |
| 02/05 LOCAL TX | 309, 1 | 5.20 | | |
| 02/05 OCC TAX | 309, 1 | 2.08 | | |
| 02/06 RM SERV | 3627 309 | 15.20 | | |
| 02/06 MOVIES | MOVIE | 13.99 | | |
| 02/06 ROOM | 309, 1 | 104.00 | | |
| 02/06 ROOM TAX | 309, 1 | 6.24 | | |
| 02/06 LOCAL TX | 309, 1 | 5.20 | | |
| 02/06 OCC TAX | 309, 1 | 2.08 | | |
| 02/07 RM SERV | 3648 309 | 15.20 | | |
| 02/07 RM SERV | 3662 309 | 33.32 | | |
| 02/07 ROOM | 309, 1 | 104.00 | | |
| 02/07 ROOM TAX | 309, 1 | 6.24 | | |
| 02/07 LOCAL TX | 309, 1 | 5.20 | | |
| 02/07 OCC TAX | 309, 1 | 2.08 | | |
| 02/08 BK CARD | | $478.56 | | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.


GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY.


Earn 5 Marriott Rewards points per $1 spent at Marriott
with the Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for details.

MARRIOTT REWARDS ACCOUNT # XXXXX1636
DATE 02/05/07 - 02/08/07 REVENUE IF APPLICABLE    $438.00
BASE POINTS EARNED: 4380    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott

**DETROIT PONTIAC
AT CENTERPOINT**

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

**N A T I O N A L**
**C A R   R E N T A L**

RA 813575626              Inv 80013043614
Rental   05-FEB-2007 08:49 AM
DETROIT METRO ARPT
Return   08-FEB-2007 05:53 PM
DETROIT METRO ARPT

LINDSAY BLOHM
Vehicle # 71539313
Model     PT CRUISER
Class Driven FSAR    Class Charged ICAR
License# AGQ6407    State/Province MI
M/Kms Driven  122
M/Kms Out    4350
M/Kms In     4472

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit    Price    Amount
T & M        4 Days     56.00    224.00*
UNLIM M/KM   0 M/Kms             0.00*
FSO          1 Rental   32.70    32.70*
ARPT COST RECOVERY FEE            28.90*
WAYNE COUNTY STADIUM TX           5.70*
VEH LIC FEE RECOVERY              3.40*
SALES TAX @6.000 X                17.68

Total Charges              USD 312.38

Paid By    MC   1406        -312.38

Amount Due                 USD 0.00

* Taxable Items
Subject to Audit
Customer service Number 1-800-468-3334





**\\\\\ National.**

---

ROYAL 3 CCC TAXI
CAB ASSOCIATION
                    5710
CAB #
DATE: 02/08/2007
START TIME 20:34
END TIME    20:59
MILES        18.04
FARE $       36.05
EXTRAS $      1.00
TOTAL $      37.05

Dept of Consumer
Services
Call 311

---

CHICAGO CARRIAGE
CAB
    <0711>
02/05/07    04:56

AUTH# 945809

XXXXXXXXXXXX1406
ED: 1109
#20070205045643
FARE:    36.25

TIP:

TOTAL:   42.00

x



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: 5T          ITINERARY/INVOICE NO. 0254887          DATE: 01 FEB 07
CUSTOMER NBR: 202033                          EKZMVN          PAGE: 01

        TO: LINDSAY BLOHM
            MAYER BROWN ROWE AND MAW
            71 SOUTH WACKER
            CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834

        GVMNT/STATE ISSUED PHOTO ID REQUIRED AT CHECK IN
        INFORMATION ALERT- MOST AIRLINES HAVE IMPOSED
        20/25 USD SURCHARGE FOR A PAPER TICKET
        TO AVOID ADDITONAL COST AN E-TICKET IS
        STRONGLY RECOMMENDED
        BEGINNING JANUARY 23,2007, PASSPORTS WILL BE REQUIRED FOR
        AIR AND SEA TRAVEL TO/FROM THE UNITED STATES AND CANADA,
        MEXICO, BERMUDA, AND THE CARIBBEAN.  THIS REQUIREMENT
        EXTENDS TO LAND BORDER CROSSINGS AS OF JANUARY 1, 2008
        FOR MORE INFORMATION, PLEASE VISIT WWW.TRAVEL.STATE.GOV
        FOR A COMPLETE LIST OF CARRY ON
        BAGGAGE RESTRICTIONS GO TO WWW.TSA.GOV
05 FEB 07  -  MONDAY
    AIR   NORTHWEST AIRLINES    FLT:890      ECONOMY
          LV CHICAGO OHARE                    600A              EQP: AIRBUS A320
          DEPART: TERMINAL 2                                   01HR 16MIN
          AR DETROIT METRO                    816A              NON-STOP
          ARRIVE: E.M. MCNAMARA TERMINAL                       REF: 3UJJW2
          BLOHM/LINDSAY      SEAT-21E    NW-10005499311
          CENTER SEAT CONFIRMED..NO AISLE OR WINDOW SEATS AVAILABLE
    CAR   DETROIT METRO          NATIONAL CAR RENTAL    INTER CAR AUTO A/C
          PICK UP-0816
          RETURN-08FEB
          RATE PLAN  3 DAYS  0 HRS          USD    MI/KM    EX MI/KM
          DAILY RATE                       56.00   UNL
          XTRA DAY-                        56.00   UNL
          XTRA HOUR-                       23.00   UNL
          MANDATORY CHARGES                36.82
          APPROX RENTAL COST              284.82   UNL
          CONFIRMATION NUMBER      837253189COUNT        RATE-GUARANTEED
          CD-5702498

CONTINUED ON PAGE 2



## THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOUR
CHICAGO, IL 60606-4637
312-701-7700  FAX 312-701-7749

SALES PERSON: ST          ITINERARY/INVOICE NO. 0254887          DATE: 01 FEB 07
CUSTOMER NBR: 202033                              EKZHVN          PAGE: 02

      TO: LINDSAY BLOHM
          MAYER BROWN ROWE AND MAW
          71 SOUTH WACKER
          CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834


05 FEB 07  -  MONDAY
    HOTEL DETROIT METRO
        MC MARRIOTT DET PONTIAC CENTE    3 NIGHTS    OUT-08FEB
        3600 CENTERPOINT PARKWAY         1 ROOM      SINGLE WITH BATH
        PONTIAC MI 48341                 RATE-104.00USD PER NIGHT
        FONE 248-253-9800                GUARANTEED LATE ARRIVAL
        CONFIRMATION 81855372
        FAX 248-648-6005 XCL BY 6P.M. LOCAL TIME

08 FEB 07  -  THURSDAY
    AIR    NORTHWEST AIRLINES    FLT:1119    ECONOMY
           LV DETROIT METRO               700P            EQP: DC-9 STREICH
           DEPART: E.M. MCNAMARA TERMINAL                 01HR 21MIN
           AR CHICAGO OHARE               721P            NON-STOP
           ARRIVE: TERMINAL 2                             REF: 3UJJW2
           BLOHM/LINDSAY                  NW-10005499311
MCO            XD8139969487
                                  BILLED TO MASTERCARD                  47.25*

AIR TICKET    NW7813443330        BLOHM LINDSAY
ELEC TKT                          BILLED TO MASTERCARD                 294.80*
                                                        ----------------
                                  TOTAL BASE                           302.14
                                  TOTAL TAX                             39.91
                                  NET CC BILLING                       342.05*
                                                        ----------------
                                  TOTAL AMOUNT DUE                       0.00

CONTINUED ON PAGE 3



# THE LAWYERS' TRAVEL SERVICE

71 SOUTH WACKER
8TH FLOOR
CHICAGO, IL  60606-4637
312-701-7700   FAX 312-701-7749

SALES PERSON: 5T          ITINERARY/INVOICE NO. 0254887          DATE: 01 FEB 07
CUSTOMER NBR: 202033                          EKZMVN          PAGE: 03

       TO: LINDSAY BLOHM
           MAYER BROWN ROWE AND MAW
           71 SOUTH WACKER
           CHICAGO IL 60606

FOR: BLOHM/LINDSAY          REF: 11834

EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
9AM-9PM MONDAY THRU FRIDAY CALL   800-431-1112
FOR 24 HOUR EMERGENCY SERVICE CALL 800-876-4922
YOUR RESERVATION CENTER VIT CODE NUMBER IS WN27
........................................
SECURITY ADVISORY - DUE TO FAA SECURITY PROCEDURES
PLEASE BE ADVISED THAT YOU MUST PRESENT AN OFFICIAL
PHOTO ID ISSUED BY A GOVERNMENT AUTHORITY,/IE DRIVERS
LICENSE WITH A PICTURE ALONG WITH ANOTHER FORM OF
PASSPORT AND A CREDIT CARD ..ETC
CHECK IN 2HRS PRIOR TO SCHEDULED DEPARTURE OF FLIGHT
CHECK AT GATE 30 MINUTES PRIOR TO SCHEDULED DEPARTURE
TIME TO AVOID CANCELLATION OF SEATS
CHECK W/CARRIER AT GATE TO ENSURE PROPER MILEAGE CREDIT

HU*





**nwa.**

| | |
|---|---|
| Name: | BLOHM/LINDSAY |
| Date: | 05FEB07 |
| Frequent Flyer Nbr: | |
| E-Ticket Nbr: | 0127813443330 |
| Flight: | NW 890 |

Request:        Conf #:3UJJW2

**Gate: E9**
**Board: 5:30 AM**                    **Seat: 06–A**

Depart: Chicago-OHare, IL        6:00 AM
Arrive: Detroit, MI                8:16 AM



**BOARDING**
**PASS**

OPDTKT05

---

**nwa.**

| | |
|---|---|
| Name: BLOHM/LINDSAY | |
| Date: 05FEB07    Request: | |
| Frequent Flyer Nbr: | |
| E-Ticket Nbr: | 0127813443330 |
| Flight: NW 890 | |

Conf #:3UJJW2

**Gate: E9**
**Board: 5:30 AM**                    **Seat: 06–A**

Depart: Chicago-OHare, IL        6:00 AM
Arrive: Detroit, MI                8:16 AM

---

**nwa.**

| | |
|---|---|
| Name: | BLOHM/LINDSAY |
| Date: | 08FEB07 |
| Frequent Flyer Nbr: | |
| E-Ticket Nbr: | 0127813443330 |
| Flight: | NW 1119 |

Request:        Conf #:3UJJW2

**Gate: A19**
**Board: 6:30 PM**                    **Seat: 13–E**

Depart: Detroit, MI                7:00 PM
Arrive: Chicago-OHare, IL          7:21 PM



**BOARDING**
**PASS**

DTWBL13

---

**nwa.**

| | |
|---|---|
| Name: BLOHM/LINDSAY | |
| Date: 08FEB07    Request: | |
| Frequent Flyer Nbr: | |
| E-Ticket Nbr: | 0127813443330 |
| Flight: NW 1119 | |

Conf #:3UJJW2

**Gate: A19**
**Board: 6:30 PM**                    **Seat: 13–E**

Depart: Detroit, MI                7:00 PM
Arrive: Chicago-OHare, IL          7:21 PM



---

**nwa.**

| Depart | Arrive | Date | Fare Code |
|---|---|---|---|
| Chicago-OHare, IL | Detroit, MI | 05FEB07 | QA0V8R |
| Detroit, MI | Chicago-OHare, IL | 08FEB07 | HA0V8R |

---

**nwa.**

| | |
|---|---|
| E-Ticket Nbr: | E0127813443330 |
| Issued Date: | 01FEB07 |
| Name/Place of Issue: | LAWYERS TRAVEL CHICAGO IL |

---

BLOHM/LINDSAY                    Total Fare This Ticket: USD 294.80

| FARE | 254.80 | Form of Payment: MASTERCARD | |
|---|---|---|---|
| US TAX | 19.11 | Card Nbr: | XXXXXXXXXXX1406 |
| DOM SEGMENT FEE | 6.80 | E-Ticket Nbr: | E0127813443330 |
| OTHER TAX | 14.00 | Confirmation Nbr: 3UJJW2 | |
| TOTAL  USD | 294.80 | | |

Endorsements/Restrictions:

*Transportation subject to terms of carriage printed inside ticket jacket*

**PASSENGER RECEIPT**                        Page 1 of 1



*Delphi ADM*
SERVICE TAXI
(773) 262 2163

```
Medr         4560
Trip#        4181
Date 02/12/2007
Start    06:37PM
End      06:51PM
Dist M.        6.7
FARE $    14.75
*CASH PAYMENT*
    $  15.00
DEPT OF CONSUMER
SERVICE CALL 311
```

*Delphi*

*Delphi*

25.00

15.00

---

5528 6245 1290 8491

060089741

PAUL CHANDLER

EXPIRATION
☐ DATE
CHECKED

267219887887
SILVERS SEAFOOD
RESTAURANT
4829 N BROADWAY AVE
CHICAGO, IL 60640

SIGN HERE

X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|------|-------|-------------|-------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| DATE 2·15·07 | AUTHORIZATION | SUB TOTAL 41 80 |
|---|---|---|
| REFERENCE NO. | | TAX |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | SERVER | TIP |
| | | | | MISC. |
| VISA  MasterCard  576 379 | | TOTAL 42 80 |

SALES SLIP COPY

**RETAIN THIS COPY FOR YOUR RECORDS**

SUN TAXI ASSOC.
(773)736-3399

Med#            2650
Trip#           7575
Date   02/16/2007
Start        07:31PM
End          07:47PM
Dist Mi          5.7
FARE     $     13.45
Suburb   $      1.55
TOTAL    $     15.00
*CASH PAYMENT*

DEPT OF CONSUMER
SERVICE CALL 311
*Delphi*

*Delphi*
CHECKER CAB
CAB #2179
02/17/07 1R 6640
START  END MILES
16:59 17:17  4.7
FARE :  $  13.05
EXTRA:  $   0.00
TOTAL:  $  13.05
DEPT OF CONSUMER
SERVICE CALL 311
THANK YOU
15.00

CHOICE TAXI
(773)338-9502

Med#            3283
Trip#           4642
Date   02/17/2007
Start        09:43AM
End          09:55AM
Dist Mi          4.6
FARE     $     11.05
*CASH PAYMENT*
DEPT OF CONSUMER
SERVICE CALL 311

13.00

*Delphi*

*Delphi*

14.00



**6 FIVE**
OLO89174

**65 CHINESE RESTAURANT**
**201 W MADISON**
**CHICAGO, IL 60606**
**(312)782-6565**
**www.65restaurant.com**

Saturday  2/17/2007  1:29:45 PM

# Check #: 6923
Merchant #: 0000000000
User Code: Eilee
Transaction ID: 0217MCBRC6NGR
Authorization Code: 017499
Card Type: M
Cardholder: CHANDLER/PAUL
Card #: ######8491

*Delphi*

## AMOUNT:      $ 16.09

## Tip:


## TOTAL:

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown above and agrees to perform the
obligations and terms in the Cardholder Agreement with the seller

**Customer Copy: Retain for your record**

FOR CAB SERVICE CALL
(773) 725-6500
Lost and Found: (773) 725-6200

GLOBE TAXI ASSN, INC.

Cab fare from
Received of
Date
Time
$14.00
To  3780 Nico

Cab no.
Driver

Visit us at:
AHA: Exhibit 2009
November 12 - 14
RSNA: South Hall, Exhibit 1129
November 26 - December 1

06-089174-1

TOSHIBA
Made for Life
www.medical.toshiba.com

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                    Page 2
ADM Outsourcing Project                                                          Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 03/01/07 | **Blohm, Lindsay A.**<br>Reviewing and revising Schedule 2.1, 2.6, 4, and 4-H for additional definitions to add to Schedule 1 for both CSC and EDS. | 5.00 |
| 03/01/07 | **Chandler, Paul A.**<br>Negotiations with CSC on MSA and schedule issues (10.00); negotiations with EDS on remaining issues (1.00); internal calls with Delphi (1.00); revising and distributing schedules, trackers and MSA (1.80). | 13.80 |
| 03/01/07 | **Goldstein, Michael J.**<br>Reviewed and finalized CSC and EDS ADM Schedules (7.6). Conference call with Delphi and EDS to discuss contract status (1.0). Reviewed and responded to email correspondence (.8). Revised EDS Schedule 1-A (.6). | 10.00 |
| 03/01/07 | **Roskill, Julian**<br>Review of CSC comments. (.7) | 0.70 |
| 03/01/07 | **Roy, Paul J. N.**<br>Call with Delphi and CSC on open issues in Schedules (1.7). Call with Delphi and TPI re ARD issues (0.8). Call with Delphi and CSC to discuss ARD issues (1.2). | 3.70 |
| 03/02/07 | **Chandler, Paul A.**<br>Calls with CSC and EDS to negotiate outstanding issues on MSA and schedules (5.0); revising documents (2.0); calls with B. Shoemaker re: issues to resolve (0.9). | 7.90 |
| 03/02/07 | **Goldstein, Michael J.**<br>Reviewed and proposed revisions to CSC Schedules 4-A and 7-A (2.8). Reviewed and proposed revisions to EDS Schedules 4-A, 5-A, 5-B Part 1, and 5-B Part 2 (2.5). Status call with Delphi and CSC (.8). Status call with Delphi and EDS (.4). Conferred with Paul Chandler regarding preparation for signing ADM agreement (.3). Reviewed and responded to email correspondence (.4). Prepared CSC and EDS Exhibit 6 documents (.3). | 7.50 |
| 03/02/07 | **Roskill, Julian**<br>Dictation & Incoming Post & Perusal/Preparation - TUPE - emails to Royl Chandler discussion with IV, TUPE - perusal and preparation Perusal Preparation & Consideration | 0.50 |
| 03/02/07 | **Roy, Paul J. N.**<br>Calls with TPI and Delphi to discuss ARD issues pertaining to list of Affected Employees and associated provisions of the Agreement. | 2.00 |
| 03/03/07 | **Goldstein, Michael J.**<br>Reviewed and finalized Schedules (.5). Reviewed and responded to email correspondence (.4). | 0.90 |
| 03/04/07 | **Chandler, Paul A.**<br>Reviewing and drafting comments to Schedules 4-A, 5-A and 5-B for CSC and | 2.20 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                                    Page 3
ADM Outsourcing Project                                                                         Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | EDS (2.2). | |
| 03/04/07 | **Goldstein, Michael J.** Reviewed and proposed revisions to CSC Schedules 4-A, 5-B Part 1, and 5-B Part 2. | 1.90 |
| 03/05/07 | **Blohm, Lindsay A.** Revising CSC documents. | 2.00 |
| 03/05/07 | **Chandler, Paul A.** Calls with EDS and CSC to work outstanding issues (8.0); drafting revisions to schedules and distribution to CSC and EDS (3.0); reviewing and revising MSA amendment and Schedules 1 and 4 for CSC and EDS (2.5). | 13.50 |
| 03/05/07 | **Goldstein, Michael J.** Conference call with Delphi and CSC to discuss remaining issues in the Schedules (2.6). Conference call with Delphi and EDS to discuss remaining issues in the Schedules (1.9). Reviewed and responded to email correspondence (.6). Reviewed and finalized ADM Schedules (4.9) | 10.00 |
| 03/05/07 | **Roskill, Julian** Follow up with P. Roy regarding schedules. | 0.30 |
| 03/05/07 | **Roy, Paul J. N.** Conferred with P. Chandler re CSC's request for an indemnity for claims by Delphi affiliates (0.5). Call with Delphi on MSA and Schedule 4 provisions addressing responsibility for employees who transfer under the Acquired Rights Directive, where applicable (0.5). Review and revision of Schedule 4 provision. (1.3). | 2.30 |
| 03/06/07 | **Chandler, Paul A.** Calls with CSC to discuss additional language for transitioned employees in schedule 4 (5.50); internal meetings with TPI and Delphi teams to discuss open issues (4.00); revising EDS and CSC documents and distribution to EDS, CSC and Delphi (2.20). | 11.70 |
| 03/06/07 | **Goldstein, Michael J.** Reviewed and finalized ADM Schedules (2.7). Reviewed and responded to email correspondence (.4). | 3.10 |
| 03/06/07 | **Roy, Paul J. N.** Call with CSC to discuss ARD provisions. | 1.30 |
| 03/07/07 | **Chandler, Paul A.** Meetings with CSC and EDS to negotiate outstanding issues (8.50); internal meetings with Delphi regarding pricing issues (1.60); call with B. Shoemaker regarding closing process (0.30). | 10.40 |
| 03/07/07 | **Goldstein, Michael J.** Conference calls with EDS to discuss remaining open issues in the Schedules (2.5). Conference calls with CSC to discuss remaining open issues in the | 10.50 |

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                    Page 4
ADM Outsourcing Project                                                          Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Schedules (4.9). Reviewed and finalized ADM Schedules and distributed to Delphi and service providers (2.3). Met with P. Chandler to discuss strategy for finalizing and distributing ADM contract documents (.5). Reviewed and responded to email correspondence (.3). | |
| 03/07/07 | **Paraire, Lionel**<br>Telephone conversation with Isabelle Vagne re: type issues | 0.50 |
| 03/07/07 | **Roskill, Julian**<br>Email L. Paraire regarding type issues. | 0.10 |
| 03/08/07 | **Chandler, Paul A.**<br>Calls with CSC regarding Schedule 4 (3.00); preparing distribution of documents (4.50); calls with R. Maha regarding documents (0.50); revising CSC Schedule 1 definitions for G. McLahon (1.80). | 9.80 |
| 03/08/07 | **Goldstein, Michael J.**<br>Finalized CSC and EDS contract documents and distributed to Delphi and service providers (6.0). | 6.00 |
| 03/08/07 | **Roskill, Julian**<br>Email P. Roy re indemnity. | 0.10 |
| 03/09/07 | **Chandler, Paul A.**<br>Calls with I. Seipke and F. Cason regarding deal summary (1.00); reviewing deal spec. sheets (0.70) | 1.70 |
| 03/12/07 | **Goldstein, Michael J.**<br>Distributed CSC and EDS ADM contract documents to B. Fern. | 0.30 |
| 03/15/07 | **Goldstein, Michael J.**<br>Email correspondence with B. Fern regarding ADM contract documents (.2). Conferred with P. Roy regarding distributing ADM contract documents to Delphi's Creditors' Counsel (.1). | 0.30 |
| 03/16/07 | **Goldstein, Michael J.**<br>Prepared ADM contract documents for distribution to creditors' counsel. | 2.40 |
| 03/20/07 | **Goldstein, Michael J.**<br>Prepared and distributed contract documents for distribution to the UCC. | 0.60 |
| 03/23/07 | **Chandler, Paul A.**<br>Reviewing B. Fern memo re court submissions. | 0.40 |

**Total Hours**                                                        **143.40**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation                                                                  Page 5
ADM Outsourcing Project                                                       Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 12/04/06 | **Long Distance Telephone** (719) 785-4460 at 1501 ( 197 mins) | 17.73 |
| 12/05/06 | **Long Distance Telephone** (936) 697-0550 at 0951 ( 36 mins) | 3.24 |
| 12/07/06 | **Long Distance Telephone** (989) 638-8617 at 1045 ( 21 mins) | 1.89 |
| 12/11/06 | **Long Distance Telephone** (205) 540-1369 at 1332 ( 18 mins) | 1.62 |
| 12/11/06 | **Long Distance Telephone** (719) 785-4460 at 1400 ( 30 mins) | 2.70 |
| 12/11/06 | **Long Distance Telephone** (205) 540-1369 at 1656 ( 23 mins) | 2.07 |
| 12/12/06 | **Long Distance Telephone** (248) 813-6801 at 1410 ( 21 mins) | 1.89 |
| 12/12/06 | **Long Distance Telephone** (989) 638-8617 at 1451 ( 20 mins) | 1.80 |
| 12/12/06 | **Long Distance Telephone** (248) 813-1141 at 1634 ( 39 mins) | 3.51 |
| 12/15/06 | **Long Distance Telephone** (719) 785-4460 at 1258 ( 181 mins) | 16.29 |
| 12/19/06 | **Long Distance Telephone** (416) 977-5000 at 1357 ( 64 mins) | 5.76 |
| 12/22/06 | **Long Distance Telephone** (248) 813-1141 at 0944 ( 24 mins) | 2.16 |
| 01/07/07 | **Document Delivery** VENDOR: Chicago Messenger Service, Inc; INVOICE#: 01072007; DATE: 1/7/2007 - documents delivered to Chicago on 01/07/07 | 26.40 |
| 01/07/07 | **Document Delivery** VENDOR: Chicago Messenger Service, Inc; INVOICE#: 01072007; DATE: 1/7/2007 - documents delivered to Chicago on 01/07/07 | 27.28 |
| 03/23/07 | **Document Reproduction** | 0.90 |

**Total Other Charges**                                                          **$115.24**

Mayer, Brown, Rowe & Maw LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page :
Roy, Paul J. N

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
| 04/09/07 | **Goldstein, Michael J.** | | |
| | Reviewed matrix of MSA Schedules prepared by I. Seipke. (.6) | | 0.60 |
| | | **Total Hours** | **0.60** |