# F&A OUTSOURCING CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED DURING THE APPLICATION PERIOD AND RELATED DAILY EXPENSE DETAIL WITH TRAVEL EXPENSE RECEIPTS

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/02/07 | **Peterson, Brad L.** Call with J. Enzor (0.2). Send template for scoring to J. Enzor (0.3). Review Accenture and Genpact responses (0.9). Draft message to E. Bennett at Accenture regarding "new services" issue (0.8). | 2.20 |
| 02/05/07 | **Peterson, Brad L.** Calls with B. Lendzion on various information (0.8). Call with Delphi team to discuss evaluation and scoring (1.5). Work on scoring (0.4). | 2.70 |
| 02/06/07 | **Peterson, Brad L.** Review Accenture proposal on New Services and respond (0.5). Call with J. Enzor (0.6). Review and revise Scoring Matrix (3.0). | 4.10 |
| 02/07/07 | **Lee, Jeannie** Review Outsourcing Agreement, Service User Agreement, Supplement and Addenda to analyze Delphi's obligations for termination charges for termination by convenience with Accenture for B. Peterson (3.0); Draft summary of analysis for B. Peterson (0.5). | 3.50 |
| 02/07/07 | **Peterson, Brad L.** Respond to questions from J. Enzor on scoring matrix (1.0). Review termination charges for Accenture and produce email message regarding same (2.0). | 3.00 |
| 02/08/07 | **Peterson, Brad L.** Call with Delphi team regarding downselect decision (4.0). Prepare for same call (0.7). Review additional Genpact submissions and have additional calls with Delphi to prepare for negotiations with Genpact (4.5) | 9.20 |
| 02/09/07 | **Manter, Gregory A.** Reviewed and responded to e-mail re: schedule wrap-up and updated drafts (.50); discussed status and schedule with B. Peterson; reviewed e-mails and documents (1.50); redrafted document tracker to reflect Genpact status and discussed negotiation schedule with B. Peterson (2.50); call with B. Lendzion (1.00) | 5.50 |
| 02/09/07 | **Peterson, Brad L.** Prepare for meetings on February 12 with Genpact, including calls with Delphi, review of documents, arranging agenda, communications with Genpact and other matters. | 5.20 |
| 02/11/07 | **Manter, Gregory A.** Reviewed Transition Plan, Pricing schedules and Genpact schedule drafts (2.0); Discussed new services strategy with B. Peterson (0.5). | 2.50 |
| 02/11/07 | **Peterson, Brad L.** Prepare for meetings with Genpact (2.5); conference with G. Manter (0.5). | 3.00 |
| 02/12/07 | **Manter, Gregory A.** Negotiations with Delphi and Genpact. | 11.80 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 3
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 02/12/07 | **Peterson, Brad L.** Internal meeting (0.5). Meet with Genpact (8.3). Review and revise Schedule 4 (1.6). | 10.40 |
| 02/13/07 | **Manter, Gregory A.** Negotiations with Genpact and Delphi. | 11.30 |
| 02/13/07 | **Peterson, Brad L.** Confer with G. Manter on points in ongoing negotiation. | 0.80 |
| 02/15/07 | **Manter, Gregory A.** Call with Delphi and D. Fidler re: schedules and operations team (1.80); updated document tracker and collection of documents to determine items for completion (2.80); responded to b. Lendzion's question re: exclusivity provision (.30). | 4.90 |
| 02/16/07 | **Manter, Gregory A.** Call with D. Fidler and operations team re: Schedule 6 (2.8); followed up with B. Peterson on outstanding MSA issues (0.5). | 3.30 |
| 02/16/07 | **Peterson, Brad L.** Correspondence with G. Manter on open issues (0.5). | 0.50 |
| 02/19/07 | **Peterson, Brad L.** Review draft of Schedule 06 (Governance) and draft comments. | 2.00 |
| 02/20/07 | **Manter, Gregory A.** Drafted Schedule 3-A and distributed to D. Fidler and operations team. | 1.00 |
| 02/20/07 | **Peterson, Brad L.** Revise draft of Schedule 06 (Governance) (2.0). Call with G. Manter to discuss Schedule 06, open issues and next steps (0.8). | 2.80 |
| 02/21/07 | **Manter, Gregory A.** Reviewed MSA and schedules for status and updated issues tracker (3.00); read and revised MSA draft for distribution to Genpact (1.50); updated Schedule 6 and distributed to D. Fidler (1.00); revised transition plan (Schedule 8) (.80) | 6.30 |
| 02/21/07 | **Peterson, Brad L.** Review documents provided by Delphi (0.7). Calls with M. Densmore and Brian Fern regarding Bankruptcy approval process (0.5). Work on revised draft of MSA, including conference with G. Manter, and distribute revised draft (1.4) Draft "benefits of MSA" for B. Lendzion (0.5). Review and comment on B. Lendzion's draft time line (including requesting additional comments from Skadden (0.5). | 3.60 |
| 02/22/07 | **Manter, Gregory A.** Call with B. Peterson re: next steps and reviewed e-mail and documents from Delphi and Genpact. | 1.00 |
| 02/22/07 | **Peterson, Brad L.** Planning for completion of project, including assigning project management tasks to G. Manter (0.8). E-mail correspondence related to project status and | 4.10 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 4
Peterson, Brad L.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
| | | completion (3.0). Call with B. Lendzion regarding next steps and open items (0.3). | |
| 02/23/07 | **Manter, Gregory A.** Revised MSA (2.8); updated issues tracker (0.6); updated document tracker to reflect status (0.6). | | 4.00 |
| 02/23/07 | **Peterson, Brad L.** Planning and scheduling (0.5). Review documents (1.0). | | 1.50 |
| 02/26/07 | **Manter, Gregory A.** Updated document tracker for status call (1.60); call with Delphi EU counsel re: Section 8.6 negotiation with Genpact (.80); status call with Delphi (1.30); calls with B. Peterson to review status and plan next steps (.70). | | 4.40 |
| 02/26/07 | **Peterson, Brad L.** Call with J. Enzor (0.2). Calls with G. Manter to review status and plan next steps (0.7). Participate in status call with Enzor, Lenzion and others (0.5) | | 1.40 |
| 02/26/07 | **Shen, Lei** Meeting with Brad Peterson and Greg Manter regarding Delphi-Genpact MSA (0.3); Reviewing Delphi-Genpact MSA (0.5). | | 0.80 |
| 02/27/07 | **Manter, Gregory A.** Call with D. Fidler and operations team re: prep. for Genpact discussion (1.80); updated document tracker and operational schedules for distribution to Genpact (1.50); updated MSA/pricing task list for distribution to Genpact prior to Thursday's joint call (2.6). | | 5.90 |
| 02/27/07 | **Peterson, Brad L.** Review and revise Schedules 3 and 4 (2.0). Correspondence with Genpact on process (0.3). | | 2.30 |
| 02/27/07 | **Shen, Lei** Reviewing Delphi-Genpact Master Services Agreement (5.1); Reviewing Schedule 4 (3.7). | | 8.80 |
| 02/28/07 | **Manter, Gregory A.** Call with Delphi and Genpact re: operational schedules (3.00); updated schedule drafts to reflect call progress and distributed schedules (5.60); reviewed MSA for reference checks and reviewed updated draft of Schedule 3 (2.50) | | 11.10 |
| 02/28/07 | **Peterson, Brad L.** Meet with G. Manter to discuss status and plan next steps (1.1). Review, revise and distribute MSA, Schedules 1, 3 and 4, Companion Agreement and Guaranty for call with Genpact (6.3). | | 7.40 |
| 02/28/07 | **Shen, Lei** Meeting with Greg Manter and Brad Peterson (0.3); Reviewing MPSA (1.2). | | 1.50 |

**Total Hours**            153.80

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 6
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 02/13/07 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070062<br>DATE: 13-Feb-07  T-Mobile Hotspot service 1 hour pass. | | 8.00 |
| 02/13/07 | **Business Meals - Travel**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070068<br>DATE: 06-Mar-07  Delphi Trip (Resend) From 11 Feb 2007 To 13 Feb | | 173.84 |
| 02/14/07 | **Travel - Other**<br>VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070068<br>DATE: 06-Mar-07  Delphi Trip (Resend) From 11 Feb 2007 To 14 Feb<br>2007 | | 666.78 |
| 02/15/07 | **Document Reproduction** | | |
| 02/15/07 | **Document Reproduction** | | 0.10 |
| 02/15/07 | **Document Reproduction** | 3 | 0.30 |
| 02/16/07 | **Document Reproduction** | | 0.10 |
| 02/16/07 | **Document Reproduction** | 3 | 0.30 |
| 02/23/07 | **Travel - Airfare** | | 0.10 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#:<br>0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to<br>Chgo/Det/Chgo by B.Peterson on 1/9/07 | | 292.05 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#:<br>0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to<br>Chgo/Det/Chgo by G.Manter on 1/9/07 | | 292.05 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#:<br>0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to<br>Chgo/Det/Chgo by J.Lee on 1/9/07 | | 342.05 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#:<br>0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to<br>Chgo/Wash/Chgo by C.Yaemniyom on 1/25/07 | | 164.09 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#:<br>0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to<br>Chgo/Flint/Chgo by B.Peterson on 1/15/07 | | 340.80 |

Mayer, Brown, Rowe & Maw LLP

O6089214
Delphi Corporation                                                                    Page 7
Finance and Accounting Outsourcing                                        Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to Chgo/Det/Chgo by G.Manter on 1/15/07 | | 244.80 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0125200705; DATE: 2/23/2007  -  Travel expenses incurred on trip to Chgo/Det/Chgo by B.Peterson on 1/15/07 | | 400.05 |
| 02/26/07 | **Long Distance Telephone**<br>011441452563538 at 0959 ( 39 mins) | | 9.75 |
| 02/27/07 | **Long Distance Telephone**<br>011919985199444 at 1054 ( 12 mins) | | 3.00 |

**Total Other Charges**                                                        **$2,938.16**



**Marriott**
DE TROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 524 | MANTER/GREGORY | 179.00 | 02/13/07 | 07:43 | 9122 |
|-----|----------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSDB MAYER BROWN   02/11/07 23:09
TYPE                ARRIVE    TIME

14   2044 WEST ROSCOE ST   PASSPORT:
ROOM  # 1 S              AXXXXXXXXXXXX1006
CLERK CHICAGO    IL 60618  PAYMENT
ADDRESS                    MR#: XXXXX0195A

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 02/11 | RM SERV 1486 524 | 34.98 | | |
| 02/11 | ROOM TR 524, 1 | 179.00 | | |
| 02/11 | STATETAX 524, 1 | 10.74 | A | |
| 02/11 | CITY TAX 524, 1 | 12.53 | A | |
| 02/12 | SHULAS 4487 524 | 33.57 | B | |
| 02/12 | RM SERV 1553 524 | 57.88 | | |
| 02/12 | ROOM TR 524, 1 | 179.00 | | |
| 02/12 | STATETAX 524, 1 | 10.74 | A | |
| 02/12 | CITY TAX 524, 1 | 12.53 | A | |
| 02/13 | SHULAS 4557 524 | 13.66 | B | |
| 02/13 | CCARD-AX | | 544.63 | .00 |

---------------- SUMMARY OF TAXES ----------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 21.48 |
| B | CITY TAX 7% | .00 | 25.06 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 498.09 | 46.54 | 544.63 | .00 |

---------------- EXP. REPORT SUMMARY ----------------

| 02/11 | RM SERV | 34.98 |
|-------|---------|-------|
| | ROOM&TAX | 202.27 |
| 02/12 | SHULAS | 33.57 |
| | RM SERV | 57.88 |
| | ROOM&TAX | 202.27 |
| 02/13 | SHULAS | 13.66 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM
MARRIOTT REWARDS ACCOUNT # XXXXX0195
DATE 02/11/07 - 02/13/07 REVENUE IF APPLICABLE    $498.09
BASE POINTS EARNED: 4981    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott**
DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card company set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

5-2955C
ev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

*Delphi — Dinner*

```
M/F JOSE CUERVO
    DETROIT METRO AIRPORT
CHECK:       8229
TABLE:       3/1
SERVER:      4501 Patricia
DATE:        FEB13'07   9:38PM
CARD TYPE:   AMEX        A3 37*
ACCT #:      XXXXXXXXXXX1006
EXP DATE:    XX/XX
AUTH CODE:   505446
    GREGORY ADAM MANTER

SUBTOTAL:        19.91
I agree to comply with the card
holder agreement.

Tip  _____ 3.00

Total _____ 22.91

Signature  _____
```

*Delphi*

```
            HMSHOST
          STARBUCKS 805
        Chicago 773.686.6180

7288 Julius

CHK 6944 FEB11'07  5:45PM   GST 2

  1 GRND CARML MACCH        3.99
  1 COOKIES                 2.19

    SUBTOTAL                6.18
    TAX                     0.63
    AMOUNT PAID            6.81
    XXXXXXXXXXXXXXX        XX/XX
    AMEX       A3 37*       6.81
```

*Delphi*

```
                    Core 10
                    Caribou Coffee
            Detroit Metro Airport
                McNamara Terminal
                    Detroit, MI
Date:           Feb13'07 10:03PM
Card Type:      Amex
Acct #:         XXXXXXXXXXXX1006
Exp Date:       11/09
Auth Code:      537127
Check:          8003
Server:         2021 Holly O
                GREGORY ADAM MANTER

Subtotal:
Tip:                       4.03
Total:

Signature  _____

I agree to pay above total
according to my card issuer
agreement.

*** Customer Copy ***
```

DETROIT METRO AP

# RR 182861453          #01
# GREGORY
# MANTER

VEHICLE: 02293 / 9017294
06SNTS   LIC: MO 252KNX

CDP:   46076 -MAYER BROWN & PLATT

RES: D55542019802 /TWDD / C
COMPLETED BY: 8501 /WIDAP13
RENTED:   DETROIT METROPOLITAN A/P
RENTAL:   02/11/07  22:11
RETURN:   02/13/07  20:28

PLAN IN:   TWDD   RATE CLASS: C
PLAN OUT:  TWDD

MILES IN:   22715   TR-X MILES
MILES OUT:  22629   MILES ALLOWED
MILES DRIVEN:   86   MILES CHARGED

| | | |
|---|---|---|
| DAYS       2 @ $  88.99 / DAY | $ | 177.98 |
| SUBTOTAL 1 | $ | 177.98 |
| DISCOUNT -     T 35 % | $ | 62.29 |
| SUBTOTAL 2 | T$ | 115.69 |
| CONCESSION FEE RECOVERY | T$ | 18.40 |
| ADDITIONAL CHARGES* | T$ | 20.00 |
| LDW       DECLINED | | |
| LIS       DECLINED | | |
| PAI, PEC       DECLINED | | |
| FUEL & SVC $ .350/MI  $ 6.99 /GL | T$ | 30.10 |
| VLC RECOVERY | T$ | .80 |
| TAX 8.000% ON       184.99 | $ | 14.80 |
| NET DUE | $ | 199.79 |
| PAID BY   AMX   XXXXXXXXXX1006 | | |

* ADDITIONAL CHARGES
AAO TOTAL       $  20.00

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call  1-800-278-1595, or
   Visit  WWW.HERTZSURVEY.COM

2) Enter Access Code:   01530

3) Take Brief 4 Question Survey

THANK YOU FOR RENTING FROM

# HERTZ






Diners Club
International®

| 01/03 | 01/03 | AMERICAN00178040964393 CHICAGO    IL    1MQB5Q8K    $244.80 |

NAME: PETERSON/BRAD L
DEPART: 01/09/07    06-08921-4 # 03367    292.05
Chicago TO Detroit :L
Detroit TO Chicago :L

| 01/03 | 01/03 | AMERICAN00178040964474 CHICAGO    IL    TNQB5Q8K    $244.80 |

NAME: MANTER/GREGORY
DEPART: 01/09/07    06-089 21-4 # 11286    292.05
Chicago TO Detroit :L
Detroit TO Chicago :L

| 01/03 | 01/03 | AMERICAN00178040964496 CHICAGO    IL    9PQB5Q8K    $294.80 |

NAME: LEE/JEANNIE
DEPART: 01/09/07    06-089 21-4 # 12517    342.05
Chicago TO Detroit :M
Detroit TO Chicago :L

| 01/04 | 01/04 | UNITED  0167804096470 3 CHICAGO    IL    Q08F7Y57    $116.84 |

NAME: YAEMNIYOM/CHARAWEE
DEPART: 01/25/07    06-08921-4 # 13263    164.09
Chicago TO Washington :L
Washington TO Chicago :L

| 01/12 | 01/12 | AMERICAN00178091720376 CHICAGO    IL    0FYB5Q8K    $340.80 |

NAME: PETERSON/BRAD L
DEPART: 01/15/07    06-08921-4# 03367
Chicago TO Flint :M
Flint TO Chicago :L

| 01/15 | 01/15 | NWA AIR 01278081240656 NEW YORK    NY    SV055*WG    $244.80 |

NAME: MANTER/GREGORY
DEPART: 01/15/07    06-08921-4 # 11886
Chicago TO Detroit :Q
Detroit TO Chicago :Q

| 01/15 | 01/15 | NWA AIR 01278081240660 NEW YORK    NY    22855*WG    $352.60 |

NAME: PETERSON/BRAD L
DEPART: 01/15/07    06-089 21-4 # 03367    400.05
Chicago TO Detroit :Q
Detroit TO Chicago :F

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
| 03/01/07 | **Manter, Gregory A.** Updated task list, document tracker and applicable schedules based upon morning MSA call with Genpact (1.50); call with Delphi and Genpact re: pricing and MSA issues and follow up call with B. Peterson (2.00). | | 3.50 |
| 03/01/07 | **Peterson, Brad L.** Call with Delphi and Genpact to negotiate MSA, Schedules 1, 3 and 4, various exhibits and the guarantee (2.0). Prepare for same call (1.0). Revise MSA and Schedules to reflect results of calls (1.0). Work with B. Lendzion and M. Densmore on issue of when payment begins for Transition Charges, including review of documents (1.0). | | 5.00 |
| 03/02/07 | **Lee, Jeannie** Review and markup Schedules in preparation for closing for G. Manter. | | 8.00 |
| 03/02/07 | **Manter, Gregory A.** Preparation and call with Delphi and Genpact re: operational issues (2.50); updated documents and Document Tracker based upon morning call and redrafted notes in Schedule 4-B to reflect issue resolution and updated Schedule 3-A (7.30). | | 9.80 |
| 03/02/07 | **Peterson, Brad L.** Review and revise MSA (2.00). Planning for call on Monday March 5 with Delphi and Genpact (0.5). | | 2.50 |
| 03/02/07 | **Shen, Lei** Reviewing MSA and Schedules for defined terms (2.00). Revising Schedule 1 (2.80). | | 4.80 |
| 03/04/07 | **Peterson, Brad L.** Revise MSA based on direction from M. Densmore and B. Lendzion. | | 1.00 |
| 03/04/07 | **Shen, Lei** Reviewing MSA and Schedules 2 plus sub-schedules, 3, 3-B and 4 for undefined terms (6.80). Revising Schedule 1 (1.70). | | 8.50 |
| 03/05/07 | **Lee, Jeannie** Review and markup Schedules in preparation for closing for G. Manter. | | 7.20 |
| 03/05/07 | **Manter, Gregory A.** Call with Genpact to resolve final upon issues (2.00); Updated documents based upon call (1.00); met with J. Lee re: Transition Plan (1.00); met with L. Shen re: definitions (0.50); Revised Schedule 1 and reviewed J. Lee's markup of Schedule 15 (5.30). | | 9.80 |
| 03/05/07 | **Peterson, Brad L.** Call with Delphi and Genpact teams to discuss MSA issues (2.0). Prepare for same call (0.5). Call with Densmore regarding open bankruptcy and other issues (0.4). Revise and distribute MSA and Schedules 1, 3, 4, 4-J and 12 for call on March 7th (3.8). | | 6.70 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 3
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 03/05/07 | **Shen, Lei** <br> Meeting with Greg Manter regarding Schedule 1 (0.50). Revising Schedule 1 and Schedule 2 sub-schedules (2.00). | 2.50 |
| 03/06/07 | **Lee, Jeannie** <br> Review and mark up Schedule 17 and 3-E for G. Manter. | 5.50 |
| 03/06/07 | **Manter, Gregory A.** <br> Call with Delphi and Genpact re: operational documents (2.30); revised documents based upon call's resolution of issues (2.50). | 4.80 |
| 03/07/07 | **Lee, Jeannie** <br> Complete review and markup of Schedules in preparation for closing for G. Manter. | 2.00 |
| 03/07/07 | **Manter, Gregory A.** <br> Distributed updated draft of Schedule 7 and call with Delphi and Genpact (2.50); discussed finalizing pricing schedules with L. Shen (.30). | 2.80 |
| 03/07/07 | **Peterson, Brad L.** <br> Call with MSA/Pricing team to discuss MSA, Schedules 1, 4, 10 and 12, and Exhibit 4 (2.0).  Prepare for same call, including review of email responses from Genpact prior to call (0.6).   Record results of call in MBR&M systems (0.5).  Send follow-up messages to Dan Berberich regarding open tax points and B. Lendzion regarding other issues (0.5). | 3.60 |
| 03/07/07 | **Shen, Lei** <br> Meeting with Greg Manter regarding schedules (0.30). Revising Schedules 3-A, 4-B, 4-H, and 4-I (2.50). | 2.80 |
| 03/09/07 | **Manter, Gregory A.** <br> Updated document tracker and operational documents and distributed to Genpact (3.60); produced PDF set and distributed to M. Densmore for Latham's review (0.90). | 4.50 |
| 03/09/07 | **Peterson, Brad L.** <br> Confer with G. Manter on status and next steps (0.4).  Call with Manter and Lendzion on foreign exchange issue (0.2).  Review and revise Exit Plan MOU drafted by Brett Lendzion (0.5).   Work on tax comments (0.4). | 1.50 |
| 03/09/07 | **Shen, Lei** <br> Revising Exhibit 4 and Schedule 14-A. | 1.00 |
| 03/11/07 | **Manter, Gregory A.** <br> Reviewed Accenture exit plan MOU and responded to B. Peterson's e-mail. | 0.50 |
| 03/11/07 | **Peterson, Brad L.** <br> Review and respond to email correspondence from D. Berberich regarding tax issues. | 0.60 |
| 03/12/07 | **Manter, Gregory A.** <br> Call with Genpact and Delphi re: operational documents and updated | 3.80 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 4
Peterson, Brad L.

| Date | Timekeeper Name | DESCRIPTION OF LEGAL SERVICES | Hours |
|------|-----------------|-------------------------------|-------|
| | | documents based upon call. | |
| 03/12/07 | **Peterson, Brad L.** | Review comments provided by D. Berberich and send message to Sunil Porpori (Genpact Counsel) (0.4). Call with G. Manter regarding results of operational team call (0.2). | 0.60 |
| 03/14/07 | **Manter, Gregory A.** | Revised Schedule 6 and sent updated draft (1.30); provided list of outstanding issues to the operations team (0.20). | 1.50 |
| 03/14/07 | **Peterson, Brad L.** | Call with Jim Enzor, Brett Lenzion and Manish Mahajan (Booz Allen consultant) to discuss open MSA and pricing issues (1.5). Prepare for same, including drafting and sending updated draft of Schedule Tracker and call with G. Manter on status (1.0). Draft various email messages as requested by J. Enzor to close open issues (3.0) | 5.50 |
| 03/15/07 | **Manter, Gregory A.** | Call with Delphi and Genpact and revised documents based upon call. | 3.30 |
| 03/15/07 | **Peterson, Brad L.** | Work with B. Lendzion and G. Manter on closing open issues (1.1). Call with B. Lendzion and J. Enzor regarding tax issues (0.6). Draft message to Sunil (.5). | 2.20 |
| 03/16/07 | **Manter, Gregory A.** | Call to review remaining open issues with Delphi and Genpact operational teams (1.00); call regarding Delphi's tax issues (1.50); revised documents based upon calls and prepared documents for printed review set and shipped to Jim Enzor and Brett Lendzion (3.00). | 5.50 |
| 03/16/07 | **Peterson, Brad L.** | Review email response from Genpact on termination and tax issues (0.9). Meet with G. Manter to review results of operational call (0.2). Call with Delphi team regarding termination and tax issues (1.8). Draft response to Genpact and send to Delphi for review and approval (0.8). | 3.70 |
| 03/19/07 | **Manter, Gregory A.** | Resolved issues with Schedule 8-A by adding transition plan details along with critical milestones date details (2.00); call with B. Peterson re: open issues and drafted e-mail to operations team re: Waves (.80). | 2.80 |
| 03/19/07 | **Peterson, Brad L.** | Call with Dan Berberich to receive his comments on tax language and to describe to Dan Berberich likely objections from Genpact (0.7). Draft Dan Berberich's comments into tax language and obtain his confirmation of language (0.5). Work on remaining issues with Delphi, create package of comments (including tax comments) and send same to Genpact (1.8). | 3.00 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 5
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 03/21/07 | **Manter, Gregory A.** Pricing/MSA team call re: tax and other issues (1.80); responded to B. Peterson's e-mail and resolved tax issue (1.20); discussed J. Enzor's e-mail with B. Peterson (0.50). | 3.50 |
| 03/21/07 | **Peterson, Brad L.** Call with Delphi and Genpact to discuss tax and other issues (1.8). Calls and messages with Dan Berberich to discuss 11.4(h)(ii) and work with G. Manter to communicate same (0.5). | 2.30 |
| 03/22/07 | **Manter, Gregory A.** Calls with Chris M. and D. Fidler re: remaining open operational issues. | 0.80 |
| 03/23/07 | **Document Clerk** Assist with compilation of schedules. | 1.00 |
| 03/23/07 | **Manter, Gregory A.** Created and distributed to Genpact an updated draft of Schedule 8-A (1.30); distributed list of tasks to be completed prior to signing to Genpact and Delphi (0.10); responded to voice mail from Jim Enzor (0.10). | 1.50 |
| 03/23/07 | **Peterson, Brad L.** Review Delphi Finance Outsourcing Motion. | 0.50 |
| 03/23/07 | **Shen, Lei** Formatting Schedules. | 0.70 |
| 03/24/07 | **Peterson, Brad L.** Review and revise Finance Outsourcing Motion and Finance Outsourcing Order. | 1.80 |
| 03/25/07 | **Peterson, Brad L.** Continue to review and revise Finance Outsourcing Motion and send results to Brian Fern (0.5). Work on logistics for signing (0.7). | 1.20 |
| 03/26/07 | **Manter, Gregory A.** Worked to resolve remaining issues and distributed document sets. | 5.80 |
| 03/26/07 | **Shen, Lei** Telephone call with Greg Manter (0.10). Revising and finalizing schedules (2.40). | 2.50 |
| 03/27/07 | **Manter, Gregory A.** Schedule 4-E issue and worked to resolve issue re: termination charges in Years 2012 and 2013. | 0.50 |
| 03/27/07 | **Manter, Gregory A.** Resolved remaining issues for closing. | 3.30 |
| 03/27/07 | **Shen, Lei** Telephone call with Greg Manter (0.10). Revising and finalizing schedules (0.70). | 0.80 |

Mayer, Brown, Rowe & Maw LLP

O6089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 6
Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 03/28/07 | **Manter, Gregory A.** | |
| | Closing preparation (1.30); Closing (2.00) | 3.30 |
| 03/28/07 | **Manter, Gregory A.** | |
| | Coordinated document distribution, logistics. | 0.80 |
| 03/29/07 | **Manter, Gregory A.** | |
| | Distribute document set to Brian Fern; followed up with Brian Fern re same. | 0.50 |
| 03/30/07 | **Manter, Gregory A.** | |
| | Responded to Brian Fern's e-mail re: hiring and termination. | 0.30 |

**Total Hours**  **161.90**

Mayer, Brown, Rowe & Maw LLP

O6089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 7
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 01/09/07 | **Business Meals - Travel**<br>VENDOR: Lee, Jeannie INVOICE#: MBRM000125172070028 DATE: 12-Mar-07  Miscellaneous beverages at Starbucks. | | 5.70 |
| 01/11/07 | **Travel - Other**<br>VENDOR: Lee, Jeannie INVOICE#: MBRM000125172070028 DATE: 12-Mar-07  Delphi (F&A) Contract Negotiations From 09 Jan 2007 To 11 Jan 2007 | | 956.36 |
| 01/11/07 | **Business Meals - Travel**<br>VENDOR: Lee, Jeannie INVOICE#: MBRM000125172070028 DATE: 12-Mar-07  Delphi (F&A) Contract Negotiations From 09 Jan 2007 To 11 Jan 2007 | | 97.44 |
| 02/05/07 | **Long Distance Telephone**<br>(248) 813-2464 at 1357 ( 19 mins) | | 1.71 |
| 02/08/07 | **Long Distance Telephone**<br>(248) 813-3801 at 1612 ( 14 mins) | | 1.26 |
| 02/09/07 | **Long Distance Telephone**<br>(248) 813-3801 at 1509 ( 25 mins) | | 2.25 |
| 02/11/07 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070067 DATE: 27-Mar-07  Parking at O'Hare airport. | | 72.00 |
| 02/12/07 | **Travel - Other**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070067 DATE: 27-Mar-07  Delphi Trip From 11 Feb 2007 To 12 Feb 2007 | | 290.27 |
| 02/12/07 | **Business Meals - Travel**<br>VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070067 DATE: 27-Mar-07  Meal Detroit MI. | | 3.18 |
| 02/21/07 | **Long Distance Telephone**<br>(248) 813-3355 at 0926 ( 35 mins) | | 3.15 |
| 02/21/07 | **Long Distance Telephone**<br>(248) 813-3355 at 1523 ( 12 mins) | | 1.08 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0223200701; DATE: 2/23/2007  -  Travel expenses incurred on trip to Chgo/Flnt/Chgo by B.Peterson on 1/15/07 | | -340.80 |
| 02/23/07 | **Travel - Airfare**<br>VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: | | -122.40 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 8
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| | 0223200701; DATE: 2/23/2007 - Travel expenses incurred on trip to Chgo/Det/Chgo by B.Peterson on 1/9/07 | | |
| 02/23/07 | **Travel - Airfare** VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0223200701; DATE: 2/23/2007 - Travel expenses incurred on trip to Chgo/Det/Chgo by G.Manter on 1/9/07 | | -122.40 |
| 02/23/07 | **Travel - Airfare** VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0223200701; DATE: 2/23/2007 - Travel expenses incurred on trip to Chgo/Det/Chgo by J.Lee on 1/9/07 | | -122.40 |
| 02/23/07 | **Travel - Airfare** VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0223200701; DATE: 2/23/2007 - Travel expenses incurred on trip to Chgo/Det/Chgo by G.Manter on 2/11/07 | | 287.59 |
| 02/23/07 | **Travel - Airfare** VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0223200701; DATE: 2/23/2007 - Travel expenses incurred on trip to Det/Chgo by G.Manter on 2/13/07 | | 169.65 |
| 03/05/07 | **Long Distance Telephone** (248) 813-3355 at 1152 ( 37 mins) | | 3.33 |
| 03/06/07 | **Document Reproduction** | | |
| 03/14/07 | **Document Reproduction** | 3 | 0.30 |
| 03/16/07 | **Document Reproduction** | | 0.10 |
| 03/16/07 | **Document Reproduction** | 1238 | 123.80 |
| 03/16/07 | **Document Reproduction** | 22 | 2.20 |
| 03/16/07 | **Document Reproduction** | 70 | 7.00 |
| 03/16/07 | **Document Reproduction** | 24 | 2.40 |
| 03/16/07 | **Document Reproduction** | 190 | 19.00 |
| 03/16/07 | **Document Reproduction** | 30 | 3.00 |
| 03/16/07 | **Document Delivery - Office** Documents delivered to Grand Blanc, MI by Manter, Gregory A. | 26 | 2.60 |
| 03/16/07 | **Document Delivery - Office** Documents delivered to Rochester, MI by Manter, Gregory A. | | 29.44 |
| 03/26/07 | **Document Reproduction** | | 29.44 |
| | | 3149 | 314.90 |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 9
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 03/26/07 | **Document Reproduction** | | |
| 03/26/07 | **Document Reproduction** | 28 | 2.80 |
| 03/26/07 | **Document Reproduction** | 24 | 2.40 |
| 03/26/07 | **Document Reproduction** | 24 | 2.40 |
| 03/26/07 | **Document Reproduction** | 148 | 14.80 |
| 03/26/07 | **Document Delivery - Office** | 60 | 6.00 |
| | Documents delivered to Troy, MI by Manter, Gregory A. | | 37.79 |
| 03/29/07 | **Travel - Other** | | |
| | VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070074 | | 357.13 |
| | DATE: 30-Mar-07  Delphi Signing From 28 Mar 2007 To 29 Mar 2007 | | |
| 03/29/07 | **Business Meals - Travel** | | |
| | VENDOR: Manter, Gregory A. INVOICE#: MBRM000112862070074 | | 165.86 |
| | DATE: 30-Mar-07  Delphi Signing From 28 Mar 2007 To 29 Mar 2007 | | |
| 03/30/07 | **Travel - Other** | | |
| | VENDOR: Peterson, Brad L. INVOICE#: MBRM000023672070067 | | 21.34 |
| | DATE: 27-Mar-07  Mileage to and from O'Hare airport. | | |

**Total Other Charges**

$2,331.67

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**1611 LEE/JEANNIE**
ROOM  NAME

**CNKW**
TYPE

**41**

GUEST FOLIO

279.00  01/12/07  12:00  2589
RATE   DEPART   TIME   ACCT#

01/09/07  22:13
ARRIVE   TIME

PASSPORT:

ROOM
CLERK   ADDRESS   PAYMENT   MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/09 GIFTSHOP | 61771611 | 10.00 | | |
| 01/09 RM SERV | 80941611 | 24.17 | | |
| 01/09 ROOM TR | 1611, 1 | 279.00 | | |
| 01/09 STATETAX | 1611, 1 | 16.74 | A | |
| 01/09 CITY TAX | 1611, 1 | 19.53 | B | |
| 01/10 GIFTSHOP | 62781611 | 2.00 | | |
| 01/10 RM SERV | 81611611 | 27.28 | | |
| 01/10 ROOM TR | 1611, 1 | 279.00 | | |
| 01/10 STATETAX | 1611, 1 | 16.74 | A | |
| 01/10 CITY TAX | 1611, 1 | 19.53 | B | |
| 01/11 GIFTSHOP | 62981611 | 2.00 | | |
| 01/11 GIFTSHOP | 63571611 | 1.51 | | |
| 01/11 GIFTSHOP | 63651611 | 10.00 | | |
| 01/11 TELECOM | TELECOM | 9.95 | | |
| 01/11 TAX | TELECOM | .60 | | |
| 01/11 ROOM TR | 1611, 1 | 279.00 | H | |
| 01/11 STATETAX | 1611, 1 | 16.74 | A | |
| 01/11 CITY TAX | 1611, 1 | 19.53 | B | |
| 01/12 BK CARD | | $1033.32 | | |

TO BE SETTLED TO:   MASTERCARD         CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO
CHECK-OUT OR DIAL EXT. 7000 TO ACCESS VOICE MAIL CHECK-OUT.

----------------- SUMMARY OF TAXES -----------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 50.22 |
| B | CITY TAX 7% | .00 | 58.59 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | .60 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 923.91 | 109.41 | .00 | 1033.32 |

----------- EXP. REPORT SUMMARY -----------
| 01/09 | GIFTSHOP | 10.00 |
|-------|----------|-------|
| | RM SERV | 24.17 |
| | ROOM&TAX | 315.27 |
| 01/10 | GIFTSHOP | 2.00 |
| | RM SERV | 27.28 |

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

2955C
12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

# Marriott.
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

1611  LEE/JEANNIE          279.00 01/12/07  12:00  2589
ROOM  NAME                 RATE   DEPART    TIME   ACCT#
CNKW                              01/09/07  22:13
TYPE                              ARRIVE    TIME
41                          PASSPORT:

ROOM
CLERK    ADDRESS           PAYMENT            MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 01/10 | ROOM&TAX  EXP. REPORT SUMMARY | 315.27 | | |
| 01/11 | GIFTSHOP | 13.51 | | |
|       | TELECOM | 9.95 | | |
|       | TAX | .60 | | |
|       | ROOM&TAX | 315.27 | | |

**WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM**

# Marriott.
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 1/2% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees
Signature X

-2955C
rv 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

```
BURRITO BEACH
B-SMOOTH

#385              IN
1 W/CHKN          7.79

         IXTL      .80
         TOTL     8.59
         CASH    10.00
         CHNG     1.41
    BURRITO BEACH #7
     OHARE AIRPORT
      (773)462-0190
-M 1
  4171 17:06 #04 JAN.09'07  REG0000
```

```
                    CHANGE DUE
                    CASH
              5. 70   AMOUNT PAID
                    TAX
              0.59   SUBTOTAL
              5.17
       14.30       1 WHOLE BANANA
        20.00      1 WATER VASA 250z
        1.08       1 TALL COD 1
        2.49
        1.59
CHK 665  JAN09'07  4:35PM  GST 2

                1089 Emilia

        STARBUCKS H02
      Chicago 773.686.6180
          HMSHOST
```

```
         HMSHOST
      STARBUCKS H02
   Chicago 773.686.6180

8428 Richard
- - - - - - - - - - - - - - - - - -
CHK 720  JAN09'07  5:30PM  GST 1


 1 YOGURT PARFAIT      3.79

   SUBTOTAL            3.79
   TAX                 0.39
   AMOUNT PAID        4.18
   CASH                4.25
   CHANGE DUE          0.07
```

```
          HMSHOST
    STARBUCKS HK APX
   Chicago 773.686.6180

8302 Shantai
- - - - - - - - - - - - - - - - - -
CHK 3866 JAN09'07  5:10PM  GST 1


  1 PRE RTE TRK SWIS    6.99

    SUBTOTAL            6.99
    TAX                 0.72
    AMOUNT PAID        7.71
    CASH               10.00
    CHANGE DUE          2.29
```

Metro Cars, Inc.
24957 Brest Rd.
Taylor, MI
48180
Phone #: 7349465700

*Brad L. Peterson*

PO #:
Date: 02/12/07
Contact: PETERSON, BRAD
Pu Time: 02/12/07 16:00
From: 811 W SQUARE LAKE RD

Apartment: T: P:1
Flight Info:
To: DTW

Car: 432  Driver: 3696
Onsite: 02/12/07 15:48
Actual Pu: 02/12/07 16:22
Done Time: 02/12/07 17:13
Notes: EST 76+2FUEL

Charges:
Fuel SurCharge Fee (
                           2.00

Tip:                      10.00
Tolls:
Fare Amount:              76.00

Total Amount:             88.00

Payment Method: CREDIT CARD
Card Number: ***********0437
Expiry: 11/07
Auth #: 726702

Signature: _____

Confirmation #: 0002182515



---

Caribou Coffee
Concourse A.61
Detroit Metro Airport
McNamara Terminal
Detroit, MI

Date:       Feb12'07 06:16PM
Card Type: Mastercard
Acct #:    XXXXXXXXXXXX0437
Exp Date:   11/07
Auth Code:  721351
Check:      8514
Server:     1004 Almida R

BRAD L PETERSON *Brad L Peterson*

Total       3.18

Signature

I agree to pay above total
according to my card issuer
agreement.

*** Customer Copy ***

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

**GUEST FOLIO**

| 723 | PETERSON/BRAD/L | 179.00 | 02/12/07 | 07:12 | 9123 |
|-----|-----------------|--------|----------|-------|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSKG
TYPE                                   02/11/07  23:10
                                       ARRIVE    TIME

| 41 | 190 S EUCLID | PASSPORT: |
| ROOM CLERK | SOLILICIT CORRECT | BKXXXXXXXXXXXXX0437 |
| | CHICAGO    IL 60603 | PAYMENT |

MR#: XXXXX1637

| DATE | REFERENCE | | CHARGES | CREDITS | | BALANCE DUE |
|------|-----------|--|---------|---------|--|-------------|
| 02/11 | ROOM TR | 723, 1 | 179.00 | | | |
| 02/11 | STATETAX | 723, 1 | 10.74 | | A | |
| 02/11 | CITY TAX | 723, 1 | 12.53 | 327 | B | |
| 02/12 | CCARD-BK | | | 202.27 | | |

                                                                    .00

------------------ SUMMARY OF TAXES -----------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|--|-------------|--------------|-----|
| A | STATE TAX 6% | .00 | 10.74 |
| B | CITY TAX 7% | .00 | 12.53 |
| E | PKG TX 7% | .00 | .00 |
| F | ATTRITION TAX | .00 | .00 |
| H | STATE TAX 6% | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 179.00 | 23.27 | 202.27 | .00 |

------------------ EXP. REPORT SUMMARY -----------------
| 02/11 | ROOM&TAX | 202.27 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Earn 5 Marriott Rewards points per $1 spent at Marriott
with the Marriott Rewards(R) Premier Visa Signature(R) card.
Please visit MarriottRewards.com/premiervisa for details.

Tell the world you love Marriott Rewards
by voting us best program and giving us
a "10" in the 2007 InsideFlyer Freddie Awards.
Visit www.freddieawards.com to place your vote!

MARRIOTT REWARDS ACCOUNT # XXXXX1637
DATE 02/11/07 - 02/12/07 REVENUE IF APPLICABLE    $179.00
BASE POINTS EARNED: 1790    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott
## DETROIT TROY

200 West Big Beaver Road
Troy, Michigan 48084
(248) 680 9797
Marriott.com/DTTTT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 30 days after check-out, you will owe us interest from the check out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

| 01/31 | 01/31 | AMERICAN00178040964392 CHICAGO      IL | Q9RQ688K | $122.40- |
| NAME: PETERSON/BRAD L  Di 1-09-07 Chao/Det 10A60  06-08921-4 # 02387 |

| 01/31 | 01/31 | AMERICAN00178040964473 CHICAGO      IL | Y9RQ688K | $122.40- |
| NAME: MANTER/GREGORY D 1-09-07  Chao /Set 10A60 06-08921-4 # 11286 |

| 01/31 | 01/31 | AMERICAN00178040964495 CHICAGO      IL | P*RQ688K | $122.40- |
| NAME: LEE/JEANNIE D 1-0907  Chao/Det 10A60  06-08921-4  # 12517 |

| | 01/18 | 01/26 | AMERICAN00178091720372 CHICAGO | IL | | YW1F688K | $340.80 |

NAME: PETERSON/BRAD L   D: 1-15-07 choo / Fhrt / chee  06-08921-4 # 08367

# Marriott.
## DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

**GUEST FOLIO**

| 610 | MANTER/GREGORY | 139.00 | 03/29/07 | 12:00 | 9196 |
|-----|----------------|--------|----------|-------|------|
| **ROOM** | **NAME** | **RATE** | **DEPART** | **TIME** | **ACCT#** |

**NDDG**
**TYPE**

03/28/07  13:28
**ARRIVE**    **TIME**

6

**ROOM CLERK**      **ADDRESS**      60618      **PAYMENT**      **MR#:**

| DATE | REFERENCE | | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---|---|---------|---------|-------------|
| 03/28 | ROOM | 610, | 1 | 139.00 | | |
| 03/28 | ROOM TAX | 610, | 1 | 8.34 | | |
| 03/28 | LOCAL TX | 610, | 1 | 6.95 | | |
| 03/28 | OCC TAX | 610, | 1 | 2.78 | | |
| 03/29 | AX CARD | | | | $157.07 | |

TO BE SETTLED TO:     AMERICAN EXPRESS CURRENT BALANCE    .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!

# Marriott.
## DETROIT PONTIAC
### AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

6-3955C
Rev 12/04

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

## Hertz

#01

DETROIT METRO AP

RR 521204445
GREGORY MANTER

VEHICLE: 01598/1661131
07MPHA    LIC: MI BED3265
CDP: 46076-MAYER BROWN & PLATT

RES: 05963730019 /TMOD /C
COMPLETED BY: 5797/MIDAP13

RENTED: DETROIT METROPOLITAN A/P
RENTAL: 03/28/07  10:11
RETURN: 03/29/07  07:02

PLAN IN: TMOD    RATE CLASS: C
PLAN OUT: TMOD

MILES IN: 2084    TR-X MILES
MILES OUT: 1971   MILES ALLOWED
MILES DRIVEN: 113 MILES CHARGED

DAYS           1 @ $  88.99 / DAY      $  88.99
SUBTOTAL 1                                 88.99
DISCOUNT -                                 31.15
SUBTOTAL 2      T 35 %                      57.84
CONCESSION FEE RECOVERY                      6.42
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
FPO            ACCEPTED
VLC RECOVERY                         T$     44.26
TAX 8.000% ON   109.11                        .59
NET DUE                              T$      8.73
PAID BY    AMX  XXXXXXXXX1006        $     117.84

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit www.HERTZSURVEY.COM

2) Enter Access Code:  01530

3) Take Brief 4 Question Survey

THANK YOU FOR RENTING FROM

## HERTZ

---

Friends & Larry Graves

Charley's Crab of Troy
5498 Crooks Road
Troy, MI 48098
(248) 879-2060

Server: Rhonda          DOB: 03/28/2007
01:00 PM                    03/28/2007
Table 22/1                      4/40007

AMEX                    4194310
Card #XXXXXXXXXXX1006
Magnetic card present: manter gregory adam
Approval: 556521

          Amount:       125.07

        + Tip: _____25.00_____

      = Total: _____150.07_____

X _____

Prime Rib & Crab   $19.99
Every Tuesday & Thursday
1/2 off bottles of wine
every Wednesday
(parties of 8 or less)

---

HMSHOST
STARBUCKS E09
Chicago 773.686.6180

6843 Juana

CHk 5559 MAR28'07  5:58AM  GST 1

1 GRND CARML MACCH      3.99

  SUBTOTAL              3.99
  TAX                   0.41
  AMOUNT PAID          4.40
  XXXXXXXXXXXXXX      XX/XX
  AMEX     A3 37*      4.40

---

AM. UNITED CAB
CHICAGO, IL
(773) 248-7600

03-28-07 02:53
CAB#: 3100
CARD: AX
CARD#: xxxx1006
RESP: APPROVED
AP CODE: 554901

FARE:  $26.85
EXTRAS: $1.00
TOLLS: $0.00
TIP:   $5.00
SALE : $32.85

----- BACKUP FROM -----
Therma195

Caribou Coffee
Core 10
Detroit Metro Airport
McNamara Terminal
Detroit, MI
Date:        Mar29'07 08:11AM
Card Type:   Amex
Acct #:      XXXXXXXXXXX1006
Exp Date:    11/09
Auth Code:   559569
Check:       6059
Check ID:    GREG
Server:      2010 Lucretia
GREGORY ADAM MANTER

Subtotal:                 4.03
Tip: _____

Total: _____

_____
Signature

I agree to pay above total
according to my card issuer
agreement.

*** Customer Copy ***


SUN TAXI ASSOC.
(773)736 3399
Med#           1113
Trip#          6145
Date 03/29/2007
Start      09:39AM
End        10:03AM
Dist Mi       17.5
FARE    $    34.45
Extras  $     1.00
Tip     $     5.00
TOTAL   $    40.45
*CARD ACCEPTED*
Auth#      538730
          03/29/2007
          10:04AM
Amex - xxxxx1006

DEPT OF CONSUMER
SERVICE CALL 311
Customer copy


National Coney Island

**********************************
T.Number 45194    3/29/2007   7:53:19 AM
**********************************
Register: 1
**********************************
**********************************
Charge Amount            6.92
========

(+ 2.00
tip)

Signature:
==================================
MANTER/GREGORY ADAM
37134072#*#######
Exp Date: 1100
Auth. Number:
Reference Number:
(8.92)


HMSHOST
QUIZNOS SUBS T2
CHICAGO 773.686.6180

1090 Saida
-------------------------------
8330 MAR28'07  5:32AM
-------------------------------
EAT IN

1 QZN BAC EGG CHZ        4.29
  WHEAT BREAD
1 TROP OJ BTL            2.39

SUBTOTAL                 6.68
TAX                      0.68
AMOUNT                   7.36
XXXXXXXXXXXXXXX         XX/XX
AMEX       A3 37*        7.36

Your order number is: 8330

L P MONTHEI
MAYER BROWN ROWE & MAW LLP
Account 5528 3200 0127 8567
February 23 - March 26, 2007                                    **Page 4 of 20**

| 03/02 | 03/02 | UNITED 01678157063364 CHICAGO | | | $120.17- |
| | | NAME: MANTER/GREGORY | | H3N08R57 | |

noo89214 # 11266

| 02/09 | 02/09 | UNITED  01678157063365 CHICAGO        IL            J0857Y57 | $240.34 |

NAME: MANTER/GREGORY
DEPART: 02/11/07
Chicago TO Detroit :V          06 – 08921-4  # 11286          287.69
Detroit TO Chicago :V

| 02/13 | 02/13 | NWA AIR 01278157064063 CHICAGO | IL | 671XSJWG | $122.40 |
| | | NAME: MANTER/GREGORY | | | |
| | | DEPART: 02/13/07 | | 06-08 921-4 # 11286 | 169.65 |
| | | Detroit TO Chicago :Q | | | |

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|------|------|------|
| 04/11/07 | **Peterson, Brad L.**<br>Call with J. Enzor (to the extent related to post-signing items) (0.2).  Call with G. Manter on post-signing items (0.3). | 0.50 |
| 04/18/07 | **Peterson, Brad L.**<br>Work on Amendment. | 0.50 |
| 04/30/07 | **Lee, Jeannie**<br>Draft closing task list for G. Manter. | 1.50 |
| 04/30/07 | **Peterson, Brad L.**<br>Attention to contract training, including determining status of development of materials and call with J. Enzor. | 0.50 |

**Total Hours**          **3.00**

Mayer, Brown, Rowe & Maw LLP

O6089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 3
Peterson, Brad L.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 01/08/07 | **Long Distance Telephone** (248) 941-1904 at 0904 ( 26 mins) | | 2.34 |
| 02/28/07 | **Other Disbursements** VENDOR: 1-800-Conference; INVOICE#: 1200464217; DATE: 3/25/2007 Conf. Call 02.28.07 | | 0.62 |
| 03/12/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Peterson, Brad L. | | 8.43 |
| 04/19/07 | **Travel - Airfare** VENDOR: Diners Club(C.Hendricks/7958 Chester St; INVOICE#: 0326200701; DATE: 4/19/2007  -  Travel expenses incurred by G.Manter | | -120.17 |

**Total Other Charges**

$-108.78

Mayer, Brown, Rowe & Maw LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 05/07/07 | **Manter, Gregory A.**<br>Prepared post-closing documents. | 0.80 |
| 05/07/07 | **Peterson, Brad L.**<br>Call with Delphi and Equaterra regarding training; follow up regarding same (0.80). | 0.80 |
| 05/08/07 | **Goldstein, Michael J.**<br>Prepared MSA contract management presentation slides. | 3.00 |
| 05/09/07 | **Blohm, Lindsay A.**<br>Creating seven page executive memo for Delphi F&A deal in order to summarize the deal. | 5.50 |
| 05/09/07 | **Goldstein, Michael J.**<br>Prepared contract management presentation for the Delphi-Genpact MSA. | 2.20 |
| 05/09/07 | **Lee, Jeannie**<br>Incorporate MSA language into Delphi Contract Tracking Tool for G. Manter. | 2.00 |
| 05/10/07 | **Blohm, Lindsay A.**<br>Finishing draft the executive memo that summarizes the Delphi F&A deal.  Sent commented version to Greg Manter. | 2.30 |
| 05/10/07 | **Goldstein, Michael J.**<br>Continued preparing contract management presentation for the Delphi-Genpact MSA. | 4.90 |
| 05/14/07 | **Manter, Gregory A.**<br>Call with B. Peterson re: next steps for training presentation (.20); finalized and distributed post-effective date checklist to Delphi (.50). | 0.70 |

|  | **Total Hours** | **22.20** |
|--|-----------------|-----------|