# RETENTION AND COMPENSATION CONTEMPORANEOUS DAILY TIME ENTRIES RECORDED DURING THE APPLICATION PERIOD AND RELATED DAILY EXPENSE DETAIL

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name / Description | Hours |
|---|---|---|
| 02/01/07 | **Connor, Andrew A.**<br>Follow up re revisions to monthly statements. | 0.20 |
| 02/05/07 | **Connor, Andrew A.**<br>Revise July - November F&A statement package. | 1.00 |
| 02/07/07 | **Connor, Andrew A.**<br>Draft third declaration (1.7); work on December monthly statement. (1.5). | 3.20 |
| 02/07/07 | **Reimer, Craig E.**<br>Work on Third Interim fee application | 0.30 |
| 02/09/07 | **Connor, Andrew A.**<br>Work on December, January statements. | 0.50 |
| 02/14/07 | **Connor, Andrew A.**<br>Work on fee statements. | 3.30 |
| 02/15/07 | **Connor, Andrew A.**<br>Work on fee application. | 2.30 |
| 02/20/07 | **Reimer, Craig E.**<br>E-mails with Skadden re: response to prior interim fee applications (.10), e-mail to Delphi re: F&E outsourcing interim payments due (.10). | 0.20 |
| 02/23/07 | **Connor, Andrew A.**<br>Work on fee statement. | 1.00 |
| 02/27/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.90 |

**Total Hours**     **13.90**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/08/07 | **Automated Research - Outside**<br>VENDOR: Pacer Service Center; INVOICE#: 0108200717; DATE: 1/8/2007 - Computer searches | | 109.04 |
| 01/29/07 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 64E431E067; DATE: 2/10/2007 - Guaranteed Service Refund issued by UPS for documents shipped on 1/29/07 to Davis Polk Wardell in New York, NY. | | -10.69 |
| 02/05/07 | **Document Reproduction** | 370 | 37.00 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.91 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.38 |
| 02/05/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 02/09/07 | **Document Reproduction** | | |
| 02/09/07 | **Document Reproduction** | 4 | 0.40 |
| 02/09/07 | **Document Reproduction** | 45 | 4.50 |
| 02/09/07 | **Document Reproduction** | 286 | 28.60 |
| | | | 0.10 |

Mayer, Brown, Rowe & Maw LLP

06031096  
Delphi Corporation  
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4  
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/09/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.91 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.38 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 02/09/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 02/16/07 | **Document Reproduction** | | |
| 02/16/07 | **Document Reproduction** | | 0.10 |
| | | | 0.10 |

**Total Other Charges**   $368.65

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name / Description | Hours |
|---|---|---|
| 03/05/07 | **Connor, Andrew A.** Work on fee application. | 1.10 |
| 03/06/07 | **Connor, Andrew A.** Finalize January monthly statement (1.4); update allocation schedule (0.3). | 1.70 |
| 03/14/07 | **Connor, Andrew A.** Review, revise exhibits to February monthly statement. | 1.30 |
| 03/15/07 | **Connor, Andrew A.** Revise exhibit to February monthly statement (1.0); work on fee application (2.2). | 3.20 |
| 03/15/07 | **Roy, Paul J. N.** Call with M. Loeb and Rob Hasty (Latham) re document review by Latham and UCC (0.5). Follow up call with M. Loeb (0.6). Conferred with M. Goldstein re preparation of documents for transmittal to Latham (0.4). | 1.50 |
| 03/20/07 | **Connor, Andrew A.** Work on fee application. | 0.70 |
| 03/21/07 | **Connor, Andrew A.** Work on fee application. | 0.30 |
| 03/22/07 | **Connor, Andrew A.** Work on fee application. | 4.50 |
| 03/23/07 | **Connor, Andrew A.** Work on fee application. | 3.70 |
| 03/23/07 | **Reimer, Craig E.** Review Third Interim Fee Application (.20), conference with A. Connor regarding edits to same (.10). | 0.30 |
| 03/26/07 | **Connor, Andrew A.** Work on fee application. | 4.50 |
| 03/27/07 | **Connor, Andrew A.** Work on fee application. | 2.50 |
| 03/27/07 | **Reimer, Craig E.** E-mail with Fee Committee regarding firm compensation application (.10), conference with A. Connor regarding filing Third Interim Application (.10). | 0.20 |
| 03/30/07 | **Document Clerk** Distribution assistance per Andrew Connor. | 1.30 |

**Total Hours**     **26.80**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/05/07 | **Outside Courier** VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E087; DATE: 2/24/2007 - Guaranteed Service Refund issued by UPS for documents shipped on 2/05/07 to Davis Polk Wardell in New York, NY. | | -10.78 |
| 03/06/07 | **Outside Courier** VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E117; DATE: 3/17/2007 - Guaranteed Service Refund issued by UPS for documents shipped on 3/6/07 to Donald Bernstein in New York, NY. | | -10.59 |
| 03/06/07 | **Outside Courier** VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E117; DATE: 3/17/2007 - Guaranteed Service Refund issued by UPS for documents shipped on 3/6/07 to Office of the US Trustee in New York, NY. | | -10.59 |
| 03/06/07 | **Document Reproduction** | 340 | 34.00 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.38 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.91 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 03/06/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation                                                                      Page 4
In Re: Delphi Corporation, et al., Debtors - Retention Matter                           Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/27/07 | Document Reproduction | 113 | 11.30 |
| 03/27/07 | Document Reproduction | 272 | 27.20 |
| 03/27/07 | Document Reproduction | 8 | 0.80 |
| 03/27/07 | Document Reproduction | 4 | 0.40 |
| 03/30/07 | Document Reproduction | 12 | 1.20 |
| 03/30/07 | Document Reproduction | 36 | 3.60 |
| 03/30/07 | Document Reproduction | 12 | 1.20 |
| 03/30/07 | Document Reproduction | 12 | 1.20 |
| 03/30/07 | Document Reproduction | 24 | 2.40 |
| 03/30/07 | Document Reproduction | 12 | 1.20 |
| 03/30/07 | Document Binding | 3300 | 330.00 |
| 03/30/07 | Mailing Charges - Office | | 30.00 |
| 03/30/07 | Document Delivery - Office Documents delivered to Morristown, NJ by Connor, Andrew A. | | 3.78 |
| 03/30/07 | Document Delivery - Office Documents delivered to New York, NY by Connor, Andrew A. | | 17.55 |
| 03/30/07 | Document Delivery - Office Documents delivered to New York, NY by Connor, Andrew A. | | 17.55 |
| 03/30/07 | Document Delivery - Office Documents delivered to New York, NY by Connor, Andrew A. | | 17.55 |
| 03/30/07 | Document Delivery - Office Documents delivered to Troy, MI by Connor, Andrew A. | | 12.96 |
| 03/30/07 | Document Delivery - Office Documents delivered to Troy, MI by Connor, Andrew A. | | 12.96 |
| 03/30/07 | Document Delivery - Office Documents delivered to New York, NY by Connor, Andrew A. | | 17.55 |
| 03/30/07 | Document Delivery - Office Documents delivered to Chicago, IL by Connor, Andrew A. | | 9.98 |
| 03/30/07 | Document Delivery - Office Documents delivered to New York, NY by Connor, Andrew A. | | 17.55 |
| 03/30/07 | Document Delivery - Office Documents delivered to New York, NY by Connor, Andrew A. | | 17.55 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 5
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/30/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 12.96 |
| 03/30/07 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 16.00 |

**Total Other Charges** $686.23

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name / Description | Hours |
|---|---|---|
| 03/30/07 | **Connor, Andrew A.** Coordinate filing and service of fee application. | 2.50 |
| 04/06/07 | **Connor, Andrew A.** Follow up re payment and allocation issues. | 1.00 |
| 04/10/07 | **Connor, Andrew A.** Prepare monthly fee statement. | 3.50 |
| 04/11/07 | **Connor, Andrew A.** Update payment and allocation schedule (1.0); work on monthly statement (1.7). | 2.70 |
| 04/17/07 | **Connor, Andrew A.** Work on fee application. | 1.30 |
| 04/27/07 | **Connor, Andrew A.** Work on monthly invoices (0.5); update payment allocation schedule (1.5). | 2.00 |
| 04/30/07 | **Connor, Andrew A.** Work on monthly fee statement. | 2.50 |

**Total Hours**     **15.50**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/01/07 | **Long Distance Telephone** (248) 813-2511 at 1021 ( 15 mins) | | 1.35 |
| 04/05/07 | **Automated Research - Outside** VENDOR: Pacer Service Center; INVOICE#: 0405200712; DATE: 4/5/2007 - Computer searches | | 44.24 |
| 04/10/07 | **Document Reproduction** | 22 | 2.20 |
| 04/10/07 | **Document Reproduction** | 280 | 28.00 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.91 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 04/10/07 | **Document Delivery - Office** Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.38 |
| 04/30/07 | **Document Reproduction** | 24 | 2.40 |

**Total Other Charges** $177.94

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name / Description | Hours |
|---|---|---|
| 05/01/07 | **Connor, Andrew A.** Work on monthly statement. | 1.50 |
| 05/02/07 | **Connor, Andrew A.** Work on monthly statement (3.0); update allocation schedule (0.5). | 3.50 |
| 05/08/07 | **Connor, Andrew A.** Begin draft fee application. | 0.50 |
| 05/09/07 | **Connor, Andrew A.** Work on fee application (0.4); follow up re retention disclosure (0.1). | 0.50 |
| 05/09/07 | **Reimer, Craig E.** Work on interim fee application. | 0.50 |
| 05/10/07 | **Connor, Andrew A.** Work on monthly statement. | 2.00 |
| 05/17/07 | **Reimer, Craig E.** Review fee application. | 0.20 |
| 05/21/07 | **Connor, Andrew A.** Work on fee application. | 1.50 |
| 05/21/07 | **Reimer, Craig E.** Review fee application. | 0.20 |
| 05/25/07 | **Connor, Andrew A.** Work on fee application. | 2.50 |
| 05/25/07 | **Reimer, Craig E.** Work on analysis of issues raised by Fee Review committee and response to same. | 0.20 |
| 05/29/07 | **Connor, Andrew A.** Work on, finalize monthly statement. | 1.00 |
| 05/31/07 | **Connor, Andrew A.** Work on fee application. | 3.30 |

**Total Hours**     **17.40**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/02/07 | **Document Reproduction** | | |
| 05/02/07 | **Document Reproduction** | 14 | 1.40 |
| 05/02/07 | **Document Delivery - Office** | 340 | 34.00 |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.91 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.17 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.79 |
| 05/02/07 | **Document Delivery - Office** | | |
| | Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.38 |
| 05/29/07 | **Document Reproduction** | | |
| 05/29/07 | **Document Delivery - Office** | 190 | 19.00 |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | 9.21 |
| 05/29/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.83 |
| 05/29/07 | **Document Delivery - Office** | | |
| | Documents delivered to Chicago, IL by Connor, Andrew A. | | 7.95 |
| 05/29/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.83 |
| 05/29/07 | **Document Delivery - Office** | | |
| | Documents delivered to New York, NY by Connor, Andrew A. | | 10.83 |
| 05/29/07 | **Document Delivery - Office** | | |
| | | | 10.83 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 4
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/29/07 | Documents delivered to New York, NY by Connor, Andrew A.<br>**Document Delivery - Office** | | 10.83 |
| 05/29/07 | Documents delivered to New York, NY by Connor, Andrew A.<br>**Document Delivery - Office** | | 9.21 |
| 05/29/07 | Documents delivered to Troy, MI by Connor, Andrew A.<br>**Document Delivery - Office** | | 10.42 |
| 05/29/07 | Documents delivered to Huntersville, NC by Connor, Andrew A.<br>**Document Delivery - Office** | | 9.21 |
| | Documents delivered to Troy, MI by Connor, Andrew A. | | |

**Total Other Charges**

$254.30