# **EXHIBIT 4**

*April 15, 2004*

NATIONAL BENEFIT CENTER
P.O. Box 14673
Lexington, KY 40512-4673
1-866-335-7444
Fax: (908) 547-2316
E-mail address: www.delphinbc.com
Telecommunications Device for the Deaf
TDD: 1-800-872-8682

May 24, 2004

Joseph M. Reno
7777 Cliffview Ct.
Centerville, OH 45459

Dear Mr Reno:

This letter is in response to your correspondence received in our office May 14, 2004, regarding enrollment in health care coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

A review of your records indicates a termination status of 2A effective March 17, 2004. The 2A status is defined as "a release or discharge, which does not offer COBRA enrollment". Therefore, you remain ineligible for COBRA coverage under the Delphi Corporation Salaried Health Care Program.

If you have questions regarding your termination status, please contact the Human Resources office at your former location.

If you have questions or concerns regarding this correspondence, please contact our office at the toll-free number above.

Sincerely,

Janie T.
Sr. Benefit Administrator
National Benefit Center

PLAINTIFF'S EXHIBIT #39 KJ Patrick 9-21-05