**EXHIBIT 5**

IV.   DAMAGES.

1.) COBRA penalty (as of Sept. 2, 2004, when Case #3:04-CV-00321 was first filed)..$18,590.00

2.) Lost wages and benefits.................................................................................$1,580,074.00

3.) ERISA (pension) loss .............................................................................................$6,099.59

4.) Punitive damages...............................................................................................$14,220,666.00

5.) Court costs and expenses................................................................................$19,670.30

6.) Attorney's fees (as of Feb. 2007).....................................................................$76,385.72

7.) + pre and post-judgment interest .............................................................. (to be determined)

   Total................................................................................................................$15,921,485.61