BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, Michigan 48226-3281
(313) 965-9725
C. David Bargamian (Mich. P43742), admitted *pro hac vice*
Leo J. Gibson (Mich. P64984), admitted *pro hac vice*

*Attorneys for ICX Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re                                                : Chapter 11

DELPHI CORPORATION, et al.,                          : Case No. 05-44481(RDD)

                         Debtors.                    : (Jointly Administered)
------------------------------------------------------------------- X

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PROOFS OF CLAIM NOS. 13481, 13482, 13483, 13484, 13485, 13489, AND 13490 (ICX CORPORATION)

ICX Corporation, through its undersigned counsel, hereby withdraws its proofs of claim nos. 13481, 13482, 13483, 13484, 13485, 13489, and 13490 pursuant to the Joint Stipulation And Agreed Order To Withdrawal Without Prejudice Of Proofs Of Claim 13481, 13482, 13483, 13484, 13485, 13489 And 13490 (the "Joint Stipulation") (Docket Nos. 7595 and 7690). These Proofs of Claim arose out of ongoing equipment leases between ICX and Delphi which have not yet been assumed or rejected by the Debtors, and were protective in nature. Pursuant to the Bar Date Order (Docket No. 3206), and the Joint Stipulation, ICX will have 30 calendar days after the effective date of a rejection of any executory contract or unexpired lease to file a proof of claim asserting damages. Therefore, this withdrawal is without prejudice of ICX' s right to file a claim within 30 calendar days after the effective date of a rejection of any executory contract or unexpired leases pursuant to paragraph 8 of the Bar Date Order.

Respectfully submitted,

BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

By: /s/ Leo J. Gibson
    C. David Bargamian (Mich. P43742)
    Leo J. Gibson (Mich. P64984)
211 West Fort Street, 15th Floor
Detroit, Michigan 48226-3281
(313) 965-9725
dbargamian@bsdd.com
lgibson@bsdd.com

*Attorneys for ICX Corporation*

Dated: July 23, 2007

f:\docsopen\lgibson\l-oth\0341126.01