BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, Michigan 48226-3281
(313) 965-9725
C. David Bargamian (Mich. P43742), admitted *pro hac vice*
Leo J. Gibson (Mich. P64984), admitted *pro hac vice*

*Attorneys for ICX Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re                                                                                : Chapter 11
                                                                                         :
DELPHI CORPORATION, et al.,                             : Case No. 05-44481(RDD)
                                                                                         :
                          Debtors.                                    : (Jointly Administered)
------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, Annette M. Welsh, a non-attorney, state that on July 23, 2007 I caused a copy of **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PROOFS OF CLAIM NOS. 13481, 13482, 13483, 13484, 13485, 13489, AND 13490 (ICX CORPORATION)** to be served upon the following via the Court's ECF system:

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Simpson Thacher & Bartlett, LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Official Committee of Unsecured Creditors
Laltham & Watkins, LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Official Committee of Equity Security
Holders
Fried, Frank, Harris, Shriver & Jacobson,
LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Office of the United States Trustee for the
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, NY 10004

/s/Annette M. Welsh

f:\docsopen\lgibson\l-prf\0341127.01