SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF WITHDRAWAL OF THE BOARD OF EDUCATION OF THE SOUTH-
WESTERN CITY SCHOOL DISTRICT'S RESPONSE TO DEBTORS' SEVENTH OMNIBUS
OBJECTION FILED FEBRUARY 6, 2007 (DOCKET NUMBER 6883)

The Board of Education of the South-Western City School District ("Claimant")

respectfully submits this Notice Of Withdrawal Of The Board Of Education Of The South-Western City School District's Response To Debtors' Seventh Omnibus Objection Filed February 6, 2007 (Docket Number 6883), in accordance with the terms of the Joint Stipulation And Agreed Order Disallowing And Expunging Claim Number 11881 (Board Of Education Of The South-Western City School District) ordered on April 13, 2007.

WHEREAS on October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS the Claimant filed proof of claim number 11881 against Delphi Automotive Systems LLC ("DAS LLC") on July 28, 2006, which asserts an unsecured non-priority claim in the amount of $164,519.24 (the "Claim") stemming from alleged real estate taxes owed by DAS LLC.

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. 502(b) and Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, And (c) Untimely Claims (Docket No. 6585) (the "Seventh Omnibus Claims Objection"), which was filed on January 12, 2007.

WHEREAS on February 6, 2007, the Claimant filed South-Western City School District Board Of Education's Response To Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, And (c)

Untimely Claims (Docket No. 6883) (the "Response").

WHEREAS the Claimant has agreed to submit this Notice Of Withdrawal Of The Board Of Education Of The South-Western City School District's Response To Debtors' Seventh Omnibus Objection in accordance with the terms of the Joint Stipulation And Agreed Order Disallowing And Expunging Claim Number 11881.

THEREFORE, the Board of Education of the South-Western City School District hereby withdraws its Response to Debtors' Seventh Omnibus Objection filed on February 6, 2007 (Docket Number 6883).

Respectfully submitted,

_____
Jeffrey A. Rich (#0017495)
Brandy M. Maas (#0076074)
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, Ohio 43215
Telephone: (614) 228-5822
Facsimile: (614) 540-7467
E-mail: jrich@richcrites.com
Attorney for Claimant South-Western City
School District Board of Education

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served via United States mail, postage prepaid, on this 16th day of July, 2007, upon the following:

Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI 48098
Tax ID: 38-3431131

Kurtzman Carson Consultants, LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285

Randall G. Reese
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285

Clerk of Courts
United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, NY 10004-1408

4

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 610
New York, NY 10004

_____
Brandy M. Maas (#0076074)