

## Power Environment
Environmental Consulting

ALSTOM Power Environmental Consult GmbH   Post Box 60 02 07   70302 Stuttgart / Germany

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green   Room 610
New York, New York 10004
USA

**Contact Information**
Extension: 1851, email: p.rissing@alstom.envirocon.de

**Date**
July, 20. 2007

**Delphi Automotive Systems LLC/ Withdrawal of Response ( Docket No. 6903)**

Dear Sir,

Alstom Power Environmental Consult GmbH entered into a settlement agreement with Delphi Automotive Systems LLC and hereby withdraws its response to the Seventh Omnibus claims Objection, Docket No. 6903.

With best regards,
ALSTOM Power Environmental Consult GmbH

Peter Rissing
(Managing Director)





Augsburger Str. 712
D-70329 Stuttgart
Postfach 60 02 07
D-70302 Stuttgart
Telefon (0711) 8 17-18 51

Banken in Stuttgart
Landesbank Baden-Württemberg (BLZ 600 501 01) 2 159 351
Dresdner Bank AG (BLZ 600 800 00) 9 083 480 00
Commerzbank AG (BLZ 600 400 71) 5 101 886 00
USt-IdNr. DE 147811446

ALSTOM Power Environmental Consult GmbH
Hauptverwaltung
Geschäftsführung: Dr. Peter-J. Rissing
Sitz der Gesellschaft: Stuttgart
Registergericht: AG Stuttgart HRB 13043