**Sonic Tech, Inc.**
*Helping to bring sound ideas to market*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
In re:                          :    Chapter 11
:
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
:
                    Debtors     :    (Jointly Administered)
:
------------------------------- x

WITHDRAWL OF RESPONSE TO OBJECTION TO SONIC TECH INC.'S CLAIM

As set forth in the JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14254 (SONIC TECH INCORPORATED), so ordered on April 13th, 2007, by the Honorable Robert D. Drain, United States Bankruptcy Judge, the Debtors and Sonic Tech, Inc. stipulated and agreed as follows:

    1. The Claim shall be allowed in the amount of $3,789.04 and shall be treated as an allowed general unsecured non-priority claim against Delphi Medical.

    2. Sonic Tech shall withdraw its Response to the Seventh Omnibus Claims Objection.

Therefore, as stipulated, Sonic Tech, Inc. hereby formally withdraws its previously submitted Response to the Seventh Omnibus Claims Objection (Docket No. 6907).

The Debtors response or any action of the Court may be addressed to:

Sonic Tech, Incorporated
Attn: Mark Schafer
23 Brookline Court
Ambler, PA 19002

Respectfully Submitted,

*[signature: Mark Schafer]*

Mark E. Schafer, Ph.D.
President
Sonic Tech, Inc.

23 Brookline Court • Ambler, PA 19002 • Tel. (215) 641-1909 • Fax: 215 ...