

**MEMBER**
The Experts
on Cleaning and Maintenance

Phone (716) 833-2005
FAX (716) 833-2024
Toll Free 1-800-870-2006

Web Page: www.dobmeierinc.com        E-Mail: dobjansup@aol.com



STANDARDIZED
SANITATION
SYSTEMS, INC.

# DOBMEIER JANITOR SUPPLY INC.

**354 ENGLEWOOD AVENUE**

**BUFFALO, N.Y.  14223-2896**

July 13, 2007

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green Room 610
New York, New York 10004

Attn: Honorable Robert D. Drain

Dobmeier Janitor Supply Inc. hereby withdraws its response to the Omnibus objection.   Reference document #7225.

Sincerely,
Dobmeier Janitor Supply Inc.

Linda A. Dobmeier

**ANSWERS AND SUPPLIES FOR ALL CLEANING PROBLEMS**