**HEBERT SCHENK, P.C.**
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840

**Barbara Lee Caldwell – SBN 003246**
Attorneys for Maricopa County Treasurer

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor(s). | Case No. 05-44481-RDD<br><br>CHAPTER 11<br><br>**WITHDRAWAL OF MARICOPA COUNTY'S OBJECTION TO THE DEBTOR'S "CATALYST BUSINESS SALE MOTION" IF THE TAXES ARE NOT PAID FROM THE PROCEEDS** |

Maricopa County Treasurer, by and through its attorney undersigned, hereby withdraws Maricopa County's Objection to the Debtor's "Catalyst Business Sale Motion" if the Taxes are Not Paid from the Proceeds filed on or about July 13, 2007 in the above-entitled matter.

RESPECTFULLY SUBMITTED this 16 day of July, 2007.

HEBERT SCHENK, P.C.

By: _____
Barbara Lee Caldwell,
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203
Attorney for Maricopa County Treasurer

1 | A copy of the foregoing mailed this
2 | 26 day of July, 2007, to:

3 | John Wm. Butler, Jr.
  | Skadden Arps Slate Meagher & Flom LLP
  | 333 W. Wacker Dr.
4 | Chicago, IL 60606-1285
  | Attorney for Debtor(s)

5 | Kayalyn A. Marafioti
  | Skadden, Arps, Slate, Meagher & Flom LLP
6 | Four Times Square
  | New York, NY 10036
7 | Attorney for Debtor(s)

8 | United States Trustee
  | 33 Whitehall Street, 21st Floor
9 | New York, NY 10004

10 | By: _____
11 |