UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | |
| DELPHI CORPORATION, et.al., ) | Chapter 11 Case |
| Debtors. ) | 05-44481-RDD |
| ) | |
| ) | (Jointly Administered) |
| ) | |

NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above action that our address has been changed as follows:

        Edward D. Kutchin, Esq.
        KUTCHIN & RUFO, P.C.
        Two Center Plaza, Suite 620
        Boston, MA 02108-1906

Dated: July 20, 2007

        Edward D. Kutchin, Esq.

CERTIFICATE OF SERVICE

I, Edward D. Kutchin, Esquire, Attorney for Parlex Corporation, do hereby certify that I have on this 20th day of July, 2007, mailed a copy of the within document by directing a copy of same, postage prepaid to:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Alicia M. Leonhard
Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

                                              _____
                                              Edward D. Kutchin

F:\Files\4580\Documents\Change of Address.doc