**White Brenner Group**
Legal/Energy Consulting

White Brenner Group
7702 E. Doubletree Ranch Rd.
Suite 300
Scottsdale, Arizona 85258
(480) 348-3998
Telecopier: (480) 575-5121

Barbara S. Brenner
Partner

Admitted in New York
email: bbrenner@whitebrenner.com

July 18, 2007

James M. Millerman III, Sr. Law Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004-1408

Re: In re Delphi Corporation, et al., Debtors-Chapter 11-Case No. 05-44481 (RDD) (Jointly Administered)

Dear Mr. Millerman:

Enclosed, for filing in the above captioned proceeding, is my signed affidavit of legal ordinary course professional and an affidavit of service. Please contact me at bbrenner@whitebrenner.com or at 518.281.2255 if you have any questions. Thank you for your assistance in this matter.

Very truly yours,

Barbara S. Brenner

Barbara S. Brenner
White Brenner Group

Enclosures (2)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
    In re                                  :    Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :    Case No. 05-44481 (RDD)
                                           :
                        Debtors.           :    (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK   )
                    )ss:
COUNTY OF ALBANY    )

      Barbara S. Brenner, being duly sworn, deposes and says:

      1.      I am a principal of White Brenner Group ("WBG") which firm maintains offices at 7702 E. Doubletree Ranch Road, Suite 300, Scottsdale, Arizona 85262 and 10 Momrow Terrace, Albany, New York 12204.

      2.      Neither I, WBG, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

      3.      WBG has represented and advised the Debtors in New York State with respect to a broad range of aspects of the Debtors' businesses dealings with the New York Power Authority.

      4.      The Debtors have requested, and WBG has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and WBG proposes, to render the following services to the Debtors: legal services with respect to Debtors' dealings with the New York Power Authority.

      5.      WBG's current fees arrangement is an hourly billing rate of $325.00 per hour plus disbursements.

      6.      Except as set forth herein, no promises have been received by WBG or any partner, auditor or other member thereof as to compensation in connection with these chapter 11

cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  WBG has no agreement with any entity to share with such entity any compensation received by WBG.

8.  WBG and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. WBG does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, WBG, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which WBG is to be engaged.

10. The foregoing constitutes the statement of WBG pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_Barbara S. Brenner_
BARBARA S. BRENNER

Subscribed and sworn before me
this ___ day of July, 2007

_____
Notary Public

JOSEPH B. CARR
Notary Public, State of New York
Qualified in Albany County
No. 02CA6088208
Commission Expires March 3, 20__

2

# CERTIFICATE OF SERVICE

Barbara S. Brenner, a principal, hereby certifies that on July 18, 2007, I served a copy of the Affidavit of Legal Ordinary Course Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated: July 18, 2007

*Barbara S Brenner*

Barbara S. Brenner, Esq.
White Brenner Group
10 Momrow Terrace
Albany, New York 12204
518.281.2255

Sworn before me this 18th
day of July, 2007.

_____
Notary Public

JOSEPH B. CARR
Notary Public, State of New York
Qualified in Albany County
No. 02CA6088208
Commission Expires March 3, 20 11