IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | Related Document: Docket No. 7274 |

# NOTICE OF WITHDRAWAL OF OBJECTION OF MAGNESIUM ELEKTRON, INC. TO DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS

Pursuant to the Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1524 [Docket No. 7907], Magnesium Elektron, Inc. hereby withdraws its objection [Docket No. 7274] to the Debtors' Ninth Omnibus Objection to Claims [Docket No. 6968].

Dated: July 26, 2007

ARCHER & GREINER
A Professional Corporation
Attorneys for Magnesium Elektron, Inc.

By: /s/ Stephen M. Packman
      Stephen M. Packman

2769705v1