**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CENTER MANUFACTURING INC<br>PO BOX 337<br>BYRON CENTER, MI 49315 | 594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$46,706.76<br>$46,706.76 | 11/16/2005 | DELPHI CORPORATION<br>(05-44481) |
| FORTNEY EYECARE ASSOCIATES INC<br>23469 MICHIGAN AVE<br>DEARBORN, MI 48124 | 535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$99,446.17<br>$99,446.17 | 11/14/2005 | DELPHI CORPORATION<br>(05-44481) |
| GRAYBAR ELECTRIC CO INC<br>825 8TH AVE SOUTH<br>NASHVILLE, TN 37203 | 5210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,234.49<br>$2,234.49 | 05/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| KRUPP BILSTEIN OF AMERICA EFT<br>8695 BERK BLVD<br>HAMILTON, OH 45015-2205 | 3531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$812,224.68<br>$812,224.68 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| MORI SEIKI<br>15014 MARLEBONE<br>HOUSTON, TX 77069 | 2178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,366.36<br>$13,366.36 | 03/03/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **5** | | **$973,978.46** | | |