**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADVETECH INC<br>451 W MAIN ST<br>CANFIELD, OH 44406 | 486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,594.00<br>Total: $3,594.00 | 11/10/2005 | DELPHI CORPORATION<br>(05-44481) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,450.92<br>Total: $1,450.92 | 12/30/2005 | DELPHI CORPORATION<br>(05-44481) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $559.50<br>Total: $559.50 | 12/30/2005 | DELPHI CORPORATION<br>(05-44481) |
| DAYTON METAL FINISHING<br>2221 ARBOR BLVD<br>DAYTON, OH 45439 | 2294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,059.71<br>Total: $6,059.71 | 03/20/2006 | DELPHI CORPORATION<br>(05-44481) |
| DAYTON PRECISION PUNCH INC<br>4900 WEBSTER ST<br>DAYTON, OH 45414 | 8985 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,974.50<br>Total: $5,974.50 | 07/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| DECO ENGINEERING INC<br>4850 COOLIDGE HWY<br>ROYAL OAK, MI 48073 | 6292 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $99,471.33<br>Total: $99,471.33 | 05/18/2006 | DELPHI CORPORATION<br>(05-44481) |
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8.00<br>Total: $8.00 | 12/09/2005 | DELPHI CORPORATION<br>(05-44481) |
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $348.40<br>Total: $348.40 | 12/05/2005 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | 683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $935.80<br><br><br>$0.00<br>$935.80 | 11/17/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LEXISNEXIS A DIVISION OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 2101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$21,000.00<br>$21,000.00 | 02/22/2006 | DELPHI CORPORATION (05-44481) |
| NALCO COMPANY<br>1601 W DIEHL RD<br>NAPERVILLE, IL 60563 | 1616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,549.94<br>$1,549.94 | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| ROCKFORD PRODUCTS CORPORATION<br>707 HARRISON AVE<br>ROCKFORD, IL 61104 | 4015 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,838.79<br>$30,838.79 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | 12369 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$115,348.56<br>$115,348.56 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAYLOR WINFIELD CORPORATION<br>PO BOX 500<br>BROOKFIELD, OH 44403-0500 | 12222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$48,416.80<br>$48,416.80 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| TYCO ADHESIVES<br>25 FORGE PKWY<br>FRANKLIN, MA 02038 | 1619 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$121,059.11<br>$121,059.11 | 01/23/2006 | DELPHI CORPORATION (05-44481) |

**Total:    15    $456,615.36**