05-44481-rdd    Doc 8737-4    Filed 07/26/07    Entered 07/26/07 13:30:13    Exhibit B-2
Pg 1 of 1

In re Delphi Corporation, et al.    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ORANGE COUNTY TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | 16548 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$0.00<br><br>$0.00 | 02/20/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF MARYLAND<br>COMPTROLLER OF THE TREASURY<br>RM 409 STATE OFFICE BLDG<br>301 W PRESTON ST<br>BALTIMORE, MD 21201 | 16501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,492.00<br><br>$48.00<br>$2,540.00 | 01/25/2007 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 2          **$2,540.00**