**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Seventeenth Omnibus Claims Objection**

## EXHIBIT C - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF TROY<br>500 W BIG BEAVER RD<br>TROY, MI 48084-5284 | 16563 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $28,447.96<br><br><br>$28,447.96 | 03/05/2007 | DELPHI CORPORATION (05-44481) |
| CLARK COUNTY COLLECTOR<br>401 CLAY ST<br>ARKADELPHIA, AR 71923 | 16599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,153.24<br><br><br>$11,153.24 | 05/01/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ST JOSEPH COUNTY IN<br>ST JOSEPH COUNTY TREASURER<br>227 W JEFFERSON BLVD<br>SOUTH BEND, IN 46601 | 16551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,393.94<br><br><br>$4,393.94 | 02/23/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 16600 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $135,015.50<br><br><br>$135,015.50 | 05/14/2007 | DELPHI CORPORATION (05-44481) |

**Total:**     **4**                 **$179,010.64**