**In re Delphi Corporation, et al.**                                                                    **Seventeenth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2234<br>Date Filed: 03/09/06<br>Docketed Total: $1,013.04<br>Filing Creditor Name and Address<br>  BOULDER COUNTY TREASURER<br>  BOB HULLINGHORST<br>  PO BOX 471<br>  BOULDER CO 80306 | Claim Holder Name and Address   Docketed Total   $1,013.04<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER CO 80306<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481         $1,013.04<br>                   $1,013.04 | Modified Total   $777.13<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $777.13<br>                   $777.13 |
| Claim: 671<br>Date Filed: 11/18/05<br>Docketed Total: $37.00<br>Filing Creditor Name and Address<br>  DYER COUNTY TRUSTEE<br>  C O J MICHAEL GAULDIN<br>  PO BOX 220<br>  DYERSBURG TN 38025 | Claim Holder Name and Address   Docketed Total   $37.00<br>DYER COUNTY TRUSTEE<br>C O J MICHAEL GAULDIN<br>PO BOX 220<br>DYERSBURG TN 38025<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481         $37.00<br>                   $37.00 | Modified Total   $28.38<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $28.38<br>                   $28.38 |
| Claim: 11372<br>Date Filed: 07/27/06<br>Docketed Total: $218,106.97<br>Filing Creditor Name and Address<br>  ERIE COUNTY TREASURER<br>  247 COLUMBUS AVE STE 115<br>  SANDUSKY OH 44870 | Claim Holder Name and Address   Docketed Total   $218,106.97<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY OH 44870<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481     $218,106.97<br>               $218,106.97 | Modified Total   $188,837.20<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640     $188,837.20<br>               $188,837.20 |
| Claim: 7182<br>Date Filed: 05/31/06<br>Docketed Total: $359.23<br>Filing Creditor Name and Address<br>  GILES CO TN<br>  GILES COUNTY TRUSTEE<br>  PO BOX 678<br>  COURTHOUSE<br>  PULASKI TN 38478 | Claim Holder Name and Address   Docketed Total   $359.23<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI TN 38478<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481         $359.23<br>                   $359.23 | Modified Total   $268.49<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640         $268.49<br>                   $268.49 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.                  Page:   1 of 11

In re Delphi Corporation, et al.                                                                Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3655<br>Date Filed: 05/01/06<br>Docketed Total: $8.75<br>Filing Creditor Name and Address<br> HAYWOOD COUNTY TRUSTEE<br> COURTHOUSE<br> BROWNSVILLE TN 38012 | Claim Holder Name and Address   Docketed Total   $8.75<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE TN 38012<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                       $8.58      $0.17<br>                               $8.58      $0.17 | Modified Total   $8.58<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                       $8.58<br>                               $8.58 |
| Claim: 197<br>Date Filed: 10/28/05<br>Docketed Total: $23,130.99<br>Filing Creditor Name and Address<br> KNOX COUNTY TRUSTEE<br> MIKE LOWE KNOX CO TRUSTEE<br> C O ATTORNEY DEAN B FARMER<br> HODGES DOUGHTY CARSON PLLC<br> PO BOX 869<br> KNOXVILLE TN 37901-0869 | Claim Holder Name and Address   Docketed Total   $23,130.99<br>KNOX COUNTY TRUSTEE<br>MIKE LOWE KNOX CO TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE TN 37901-0869<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                       $23,130.99<br>                               $23,130.99 | Modified Total   $17,744.32<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                       $17,744.32<br>                               $17,744.32 |
| Claim: 16116<br>Date Filed: 08/09/06<br>Docketed Total: $22.25<br>Filing Creditor Name and Address<br> LAPORTE COUNTY IN<br> LAPORTE COUNTY TREASURER<br> 813 LINCOLNWAY STE 205<br> LAPORTE IN 46360-3491 | Claim Holder Name and Address   Docketed Total   $22.25<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE IN 46360-3491<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                       $22.25<br>                               $22.25 | Modified Total   $20.23<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                       $20.23<br>                               $20.23 |
| Claim: 1108<br>Date Filed: 12/12/05<br>Docketed Total: $17,534.38<br>Filing Creditor Name and Address<br> MIAMI DADE COUNTY TAX<br> COLLECTOR<br> C O METRO DADE COUNTY<br> PARALEGAL UNI<br> 140 W FLAGLER ST STE 1403<br> MIAMI FL 33130 | Claim Holder Name and Address   Docketed Total   $17,534.38<br>MIAMI DADE COUNTY TAX COLLECTOR<br>C O METRO DADE COUNTY<br>PARALEGAL UNI<br>140 W FLAGLER ST STE 1403<br>MIAMI FL 33130<br><br>Case Number*   Secured     Priority   Unsecured<br>05-44481        $17,534.38<br>                $17,534.38 | Modified Total   $13,297.02<br><br><br><br><br><br>Case Number*   Secured     Priority   Unsecured<br>05-44640        $13,297.02<br>                $13,297.02 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.                    Page:   2 of 11

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8415<br>Date Filed: 06/23/06<br>Docketed Total:   $455.00<br>Filing Creditor Name and Address<br>  MONTGOMERY CO TN<br>  MONTGOMERY COUNTY TRUSTEES<br>  OFFICE<br>  350 PAGEANT LN<br>  STE 101 A<br>  CLARKSVILLE TN 37041 | Claim Holder Name and Address   Docketed Total      $455.00<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES<br>OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE TN 37041<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640                          $455.00<br>                                  $455.00 | Modified Total        $422.68<br><br><br><br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640                          $422.68<br>                                  $422.68 |
| Claim: 8535<br>Date Filed: 06/26/06<br>Docketed Total:   $9,984.48<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total    $9,984.48<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481         $9,984.48<br>                 $9,984.48 | Modified Total      $3,600.61<br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640         $3,600.61<br>                 $3,600.61 |
| Claim: 8537<br>Date Filed: 06/26/06<br>Docketed Total:   $13,321.05<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 817600<br>  DAYTON OH 45481 | Claim Holder Name and Address   Docketed Total   $13,321.05<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON OH 45481<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640         $13,321.05<br>                 $13,321.05 | Modified Total      $4,787.82<br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640         $4,787.82<br>                 $4,787.82 |
| Claim: 8540<br>Date Filed: 06/26/06<br>Docketed Total:   $55.96<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total       $55.96<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*     Secured         Priority         Unsecured<br>05-44481         $55.96<br>                 $55.96 | Modified Total         $13.71<br><br><br><br>Case Number*     Secured         Priority         Unsecured<br>05-44640         $13.71<br>                 $13.71 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

Page:   3 of 11

In re Delphi Corporation, et al.                                                                  Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8541<br>Date Filed: 06/26/06<br>Docketed Total: $583,848.54<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $583,848.54<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured          Priority          Unsecured<br>05-44481        $583,848.54<br>                $583,848.54 | Modified Total    $209,844.35<br><br><br><br><br>Case Number*    Secured          Priority          Unsecured<br>05-44640        $209,844.35<br>                $209,844.35 |
| Claim: 8542<br>Date Filed: 06/26/06<br>Docketed Total: $4,329.83<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $4,329.83<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured          Priority          Unsecured<br>05-44481        $4,329.83<br>                $4,329.83 | Modified Total    $1,059.72<br><br><br><br><br>Case Number*    Secured          Priority          Unsecured<br>05-44640        $1,059.72<br>                $1,059.72 |
| Claim: 8543<br>Date Filed: 06/26/06<br>Docketed Total: $9,370.62<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $9,370.62<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured          Priority          Unsecured<br>05-44481        $9,370.62<br>                $9,370.62 | Modified Total    $3,367.94<br><br><br><br><br>Case Number*    Secured          Priority          Unsecured<br>05-44640        $3,367.94<br>                $3,367.94 |
| Claim: 8545<br>Date Filed: 06/26/06<br>Docketed Total: $182,850.01<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $182,850.01<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured          Priority          Unsecured<br>05-44481        $182,850.01<br>                $182,850.01 | Modified Total    $65,719.34<br><br><br><br><br>Case Number*    Secured          Priority          Unsecured<br>05-44640        $65,719.34<br>                $65,719.34 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.                        Page:   4 of 11

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8546<br>Date Filed: 06/26/06<br>Docketed Total: $2,628.90<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $2,628.90<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $2,628.90<br>　　　　　　　$2,628.90 | Modified Total    $944.88<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $944.88<br>　　　　　　　$944.88 |
| Claim: 8547<br>Date Filed: 06/26/06<br>Docketed Total: $578,440.64<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $578,440.64<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $578,440.64<br>　　　　　　　$578,440.64 | Modified Total    $207,900.92<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $207,900.92<br>　　　　　　　$207,900.92 |
| Claim: 8548<br>Date Filed: 06/26/06<br>Docketed Total: $35,659.30<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $35,659.30<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $35,659.30<br>　　　　　　　$35,659.30 | Modified Total    $12,816.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $12,816.60<br>　　　　　　　$12,816.60 |
| Claim: 8549<br>Date Filed: 06/26/06<br>Docketed Total: $1,179,183.93<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $1,179,183.93<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $1,179,183.93<br>　　　　　　　$1,179,183.93 | Modified Total    $444,646.98<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $444,646.98<br>　　　　　　　$444,646.98 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

Page: 5 of 11

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8550<br>Date Filed:06/26/06<br>Docketed Total:   $78,139.90<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total       $78,139.90<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*       Secured          Priority         Unsecured<br>05-44481         $78,139.90<br>                 $78,139.90 | Modified Total       $28,084.71<br><br><br><br>Case Number*       Secured          Priority         Unsecured<br>05-44640         $28,084.71<br>                 $28,084.71 |
| Claim: 8551<br>Date Filed:06/26/06<br>Docketed Total:    $1,089.88<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W. THIRD ST.<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total        $1,089.88<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*       Secured          Priority         Unsecured<br>05-44481          $1,089.88<br>                  $1,089.88 | Modified Total          $391.74<br><br><br><br>Case Number*       Secured          Priority         Unsecured<br>05-44640            $391.74<br>                    $391.74 |
| Claim: 8552<br>Date Filed:06/26/06<br>Docketed Total:      $938.16<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  PO BOX 972<br>  DAYTON OH 45422-0475 | Claim Holder Name and Address   Docketed Total          $938.16<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*       Secured          Priority         Unsecured<br>05-44481            $938.16<br>                    $938.16 | Modified Total          $337.21<br><br><br><br>Case Number*       Secured          Priority         Unsecured<br>05-44640            $337.21<br>                    $337.21 |
| Claim: 8553<br>Date Filed:06/26/06<br>Docketed Total:   $72,963.37<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W. THIRD ST.<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address   Docketed Total       $72,963.37<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*       Secured          Priority         Unsecured<br>05-44481         $72,963.37<br>                 $72,963.37 | Modified Total       $26,224.18<br><br><br><br>Case Number*       Secured          Priority         Unsecured<br>05-44640         $26,224.18<br>                 $26,224.18 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8554<br>Date Filed: 06/26/06<br>Docketed Total: $32,104.56<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $32,104.56<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured        Priority    Unsecured<br>05-44481       $32,104.56<br>               $32,104.56 | Modified Total    $23,129.72<br><br><br><br>Case Number*    Secured        Priority    Unsecured<br>05-44640       $23,129.72<br>               $23,129.72 |
| Claim: 8555<br>Date Filed: 06/26/06<br>Docketed Total: $237.40<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $237.40<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured        Priority    Unsecured<br>05-44481       $237.40<br>               $237.40 | Modified Total    $85.35<br><br><br><br>Case Number*    Secured        Priority    Unsecured<br>05-44640       $85.35<br>               $85.35 |
| Claim: 8557<br>Date Filed: 06/26/06<br>Docketed Total: $1,516.63<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $1,516.63<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*    Secured        Priority    Unsecured<br>05-44481       $1,516.63<br>               $1,516.63 | Modified Total    $549.17<br><br><br><br>Case Number*    Secured        Priority    Unsecured<br>05-44640       $549.17<br>               $549.17 |
| Claim: 8558<br>Date Filed: 06/26/06<br>Docketed Total: $882.12<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $882.12<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*    Secured        Priority    Unsecured<br>05-44481       $882.12<br>               $882.12 | Modified Total    $319.10<br><br><br><br>Case Number*    Secured        Priority    Unsecured<br>05-44640       $319.10<br>               $319.10 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.                                                                                              Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8559<br>Date Filed: 06/26/06<br>Docketed Total:    $1,165.11<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $1,165.11<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481         $1,165.11<br>                 $1,165.11 | Modified Total    $285.63<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640         $285.63<br>                 $285.63 |
| Claim: 8560<br>Date Filed: 06/26/06<br>Docketed Total:    $492.69<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $492.69<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481         $492.69<br>                 $492.69 | Modified Total    $343.59<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640         $343.59<br>                 $343.59 |
| Claim: 8561<br>Date Filed: 06/26/06<br>Docketed Total:    $26,607.06<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $26,607.06<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481         $26,607.06<br>                 $26,607.06 | Modified Total    $9,820.72<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640         $9,820.72<br>                 $9,820.72 |
| Claim: 8562<br>Date Filed: 06/26/06<br>Docketed Total:    $97.46<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address    Docketed Total    $97.46<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44481         $97.46<br>                 $97.46 | Modified Total    $35.13<br><br><br><br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640         $35.13<br>                 $35.13 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.                    Page:    8 of 11

In re Delphi Corporation, et al.                                                                                    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8563<br>Date Filed: 06/26/06<br>Docketed Total:   $279,130.73<br>Filing Creditor Name and Address<br>  MONTGOMERY COUNTY TREASURER<br>  451 W THIRD ST<br>  DAYTON OH 45422-0476 | Claim Holder Name and Address    Docketed Total    $279,130.73<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44481         $279,130.73<br>                 $279,130.73 | Modified Total    $100,363.00<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $100,363.00<br>                 $100,363.00 |
| Claim: 1681<br>Date Filed: 01/26/06<br>Docketed Total:   $1,290.10<br>Filing Creditor Name and Address<br>  PALM BEACH COUNTY TAX<br>  COLLECTOR<br>  PO BOX 3715<br>  WEST PALM BEACH FL 33402-3715 | Claim Holder Name and Address    Docketed Total    $1,290.10<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH FL 33402-3715<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $1,290.10<br>                 $1,290.10 | Modified Total    $989.67<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $989.67<br>                 $989.67 |
| Claim: 2661<br>Date Filed: 04/17/06<br>Docketed Total:   $22,464.47<br>Filing Creditor Name and Address<br>  PEYTON C COCHRANE TAX<br>  COLLECTOR<br>  714 GREENSBORO AVE RM 124<br>  TUSCALOOSA AL 35401 | Claim Holder Name and Address    Docketed Total    $22,464.47<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $22,464.47<br>                 $22,464.47 | Modified Total    $21,600.45<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $21,600.45<br>                 $21,600.45 |
| Claim: 8661<br>Date Filed: 06/27/06<br>Docketed Total:   $47,271.82<br>Filing Creditor Name and Address<br>  PEYTON C COCHRANE TAX<br>  COLLECTOR<br>  714 GREENSBORO AVE RM 124<br>  TUSCALOOSA AL 35401 | Claim Holder Name and Address    Docketed Total    $47,271.82<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401<br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $47,271.82<br>                 $47,271.82 | Modified Total    $906.59<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640         $906.59<br>                 $906.59 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1783<br>Date Filed: 02/06/06<br>Docketed Total: $569.53<br>Filing Creditor Name and Address<br>PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729 | Claim Holder Name and Address    Docketed Total    $569.53<br>PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $569.53<br>             $569.53 | Modified Total    $557.21<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $557.21<br>             $557.21 |
| Claim: 559<br>Date Filed: 11/14/05<br>Docketed Total: $502.98<br>Filing Creditor Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | Claim Holder Name and Address    Docketed Total    $502.98<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $502.98<br>             $502.98 | Modified Total    $385.85<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $385.85<br>             $385.85 |
| Claim: 560<br>Date Filed: 11/14/05<br>Docketed Total: $153.92<br>Filing Creditor Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | Claim Holder Name and Address    Docketed Total    $153.92<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $153.92<br>             $153.92 | Modified Total    $118.08<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $118.08<br>             $118.08 |
| Claim: 9302<br>Date Filed: 07/11/06<br>Docketed Total: $761,504.21<br>Filing Creditor Name and Address<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090 | Claim Holder Name and Address    Docketed Total    $761,504.21<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $761,504.21<br>             $761,504.21 | Modified Total    $661,150.94<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $661,150.94<br>             $661,150.94 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors' objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

Page: 10 of 11

In re Delphi Corporation, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13581<br>Date Filed: 07/31/06<br>Docketed Total:   $1,058.87<br>Filing Creditor Name and Address<br>  YAZOO CO MS<br>  YAZOO COUNTY TAX COLLECTOR<br>  PO BOX 108<br>  YAZOO MS 39194 | Claim Holder Name and Address    Docketed Total    $1,058.87<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO MS 39194<br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                         $1,058.87<br>                                 $1,058.87 | Modified Total    $998.94<br><br><br><br><br>Case Number*      Secured        Priority         Unsecured<br>05-44640                         $998.94<br>                                 $998.94<br><br>Total Count of Claims:  41<br>Total Amount as Docketed:        $4,190,521.84<br>Total Amount as Modified:        $2,052,783.88 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors' objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.　　　　　　　　　　　Page:　11 of 11