**In re Delphi Corporation, et al.**  **Seventeenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16321<br>Date Filed: 09/18/06<br>Docketed Total: $92,205.51<br>Filing Creditor Name and Address<br> AMERICAN & EFIRD INC<br> DAVID M GROGAN ESQ<br> SHUMAKER LOOP & KENDRICK LLP<br> 128 S TRYON STE 1800<br> CHARLOTTE NC 28202 | Claim Holder Name and Address   Docketed Total   $92,205.51<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                               $8,323.61     $83,881.90<br>                                 $8,323.61     $83,881.90 | Modified Total   $90,989.17<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                               $8,323.61     $82,665.56<br>                                 $8,323.61     $82,665.56 |
| Claim: 7996<br>Date Filed: 06/14/06<br>Docketed Total: $19,963.33<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF NEW YORK INC<br> ATTN DAVID S LEINWAND ESQ<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address   Docketed Total   $19,963.33<br>AMROC INVESTMENTS LLC AS ASSIGNEE<br>OF FEINTOOL NEW YORK INC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                               $1,795.90     $18,167.43<br>                                 $1,795.90     $18,167.43 | Modified Total   $14,953.20<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                               $1,775.91     $13,177.29<br>                                 $1,775.91     $13,177.29 |
| Claim: 2545<br>Date Filed: 04/04/06<br>Docketed Total: $339,670.20<br>Filing Creditor Name and Address<br> EAGLEPICHER AUTOMOTIVE INC<br> HILLSDALE DIVISION<br> COLLEEN HITCHINS<br> 2424 JOHN DALY<br> INKSTER MI 48141 | Claim Holder Name and Address   Docketed Total   $339,670.20<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $314,810.19    $24,860.01<br>                               $314,810.19    $24,860.01 | Modified Total   $333,110.44<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $20,001.80    $313,108.64<br>                               $20,001.80    $313,108.64 |
| Claim: 2544<br>Date Filed: 04/04/06<br>Docketed Total: $56,938.30<br>Filing Creditor Name and Address<br> EAGLEPICHER INC WOLVERINE<br> GASKET DIV<br> COLLEEN HITCHINS<br> 2424 JOHN DALY<br> INKSTER MI 48141 | Claim Holder Name and Address   Docketed Total   $56,938.30<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $7,994.48     $48,943.82<br>                               $7,994.48     $48,943.82 | Modified Total   $56,938.30<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $7,994.48     $48,943.82<br>                               $7,994.48     $48,943.82 |

In re Delphi Corporation, et al.                                                               Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9574<br>Date Filed:07/17/06<br>Docketed Total:   $106,700.48<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DRAWFORM<br>  500 FAIRVIEW<br>  ZEELAND MI 49464 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND MI 49464<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | $106,700.48<br><br><br><br><br>Priority<br>$102,936.28<br>$102,936.28 | <br><br><br><br><br>Unsecured<br>$3,764.20<br>$3,764.20 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $106,353.64<br><br><br><br><br>Priority<br>$29,054.71<br>$29,054.71 | <br><br><br><br><br>Unsecured<br>$77,298.93<br>$77,298.93 |
| Claim: 9575<br>Date Filed:07/17/06<br>Docketed Total:   $49,713.99<br>Filing Creditor Name and Address<br>  ILLINOIS TOOL WORKS INC<br>  ITW DELTAR ENGINEERED COMPONEN<br>  8450 W 185TH ST<br>  TINLEY PK IL 60477 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED COMPONEN<br>8450 W 185TH ST<br>TINLEY PK IL 60477<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | $49,713.99<br><br><br><br><br>Priority<br>$49,713.99<br>$49,713.99 | <br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | $49,713.99<br><br><br><br><br>Priority<br>$7,998.74<br>$7,998.74 | <br><br><br><br><br>Unsecured<br>$41,715.25<br>$41,715.25 |
| Claim: 2181<br>Date Filed:03/03/06<br>Docketed Total:   $152,447.45<br>Filing Creditor Name and Address<br>  INTEGRATED CABLE SYSTEMS INC<br>  ATTN CURT EVEN<br>  504 2ND ST<br>  BERTHOUD CO 80513 | Claim Holder Name and Address<br>INTEGRATED CABLE SYSTEMS INC<br>ATTN CURT EVEN<br>504 2ND ST<br>BERTHOUD CO 80513<br><br>Case Number*<br>05-44507 | Docketed Total<br><br><br><br><br>Secured | $152,447.45<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured<br>$152,447.45<br>$152,447.45 | <br><br><br><br><br>Case Number*<br>05-44507 | Modified Total<br><br><br><br><br>Secured | $147,225.69<br><br><br><br><br>Priority<br>$28,105.36<br>$28,105.36 | <br><br><br><br><br>Unsecured<br>$119,120.33<br>$119,120.33 |
| Claim: 6655<br>Date Filed:05/23/06<br>Docketed Total:   $355,445.11<br>Filing Creditor Name and Address<br>  KENDALL ELECTRIC INC<br>  VERN STEFFEL OR J GATES<br>  131 GRAND TRUNK AVE<br>  BATTLE CREEK MI 49016 | Claim Holder Name and Address<br>KENDALL ELECTRIC INC<br>VERN STEFFEL OR J GATES<br>131 GRAND TRUNK AVE<br>BATTLE CREEK MI 49016<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority<br>$0.00 | <br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number* | Modified Total<br><br><br><br><br>Secured | $0.00<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured |

*See Exhibit F for a listing of debtor entities by case number.                                                  Page:    2 of 5

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6655 (Continued) | Claim Holder Name and Address  MIDTOWN CLAIMS LLC  ATTN MEGHAN SLOW  65 E 55TH ST 19TH FL  NEW YORK NY 10022     Docketed Total    $355,445.11<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $97,429.07   $258,016.04<br>                                       $97,429.07   $258,016.04 | Modified Total    $331,263.95<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $97,429.07   $233,834.88<br>                                       $97,429.07   $233,834.88 |
| Claim: 10755  Date Filed: 07/25/06  Docketed Total:  $1,007,764.22  Filing Creditor Name and Address  MAXIM INTEGRATED PRODUCTS INC  DAVID B DRAPER ESQ  TERRA LAW LLP  177 PARK AVE 3RD FL  SAN JOSE CA 95113 | Claim Holder Name and Address  MAXIM INTEGRATED PRODUCTS INC  DAVID B DRAPER ESQ  TERRA LAW LLP  177 PARK AVE 3RD FL  SAN JOSE CA 95113   Docketed Total    $1,007,764.22<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $457,900.00   $549,864.22<br>                                       $457,900.00   $549,864.22 | Modified Total    $801,350.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $22,730.81   $778,619.19<br>                                       $22,730.81   $778,619.19 |
| Claim: 2708  Date Filed: 04/05/06  Docketed Total:  $3,014.55  Filing Creditor Name and Address  METAL POWDER PRODUCTS COMPANY  STEVEN KAHN DIRECTOR OF PURCHASING  17005 A WESTFIELD PARK RD  WESTFIELD IN 46074-9373 | Claim Holder Name and Address  LIQUIDITY SOLUTIONS INC  DBA REVENUE MANAGEMENT  ONE UNIVERSITY PLAZA STE 312  HACKENSACK NJ 07601    Docketed Total    $3,014.55<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                           $3,014.55<br>                                                    $3,014.55 | Modified Total    $3,014.55<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $459.77   $2,554.78<br>                                       $459.77   $2,554.78 |
| Claim: 8564  Date Filed: 06/26/06  Docketed Total:  $138,773.28  Filing Creditor Name and Address  ROHM AND HAAS CO  ATTN C RANKIN  100 INDEPENDENCE MALL W  PHILADELPHIA PA 19106 | Claim Holder Name and Address  ROHM AND HAAS CO  ATTN C RANKIN  100 INDEPENDENCE MALL W  PHILADELPHIA PA 19106   Docketed Total    $138,773.28<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                           $138,773.28<br>                                                    $138,773.28 | Modified Total    $66,192.24<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $25,117.91   $41,074.33<br>                                       $25,117.91   $41,074.33 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9315<br>Date Filed: 07/11/06<br>Docketed Total:    $47,062.62<br>Filing Creditor Name and Address<br>  SIEMENS VDO AUTOMOTIVE<br>  CORPORATION ASSIGNEE OF<br>  AMERICAN ELECTRONIC COMPONENTS<br>  INC<br>  CHARLES P SCHULMAN<br>  SACHNOFF & WEAVER LTD<br>  10 S WACKER DR 40TH FL<br>  CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $47,062.62<br>SIEMENS VDO AUTOMOTIVE CORPORATION<br>ASSIGNEE OF AMERICAN ELECTRONIC<br>COMPONENTS INC<br>CHARLES P SCHULMAN<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO IL 60606<br><br>Case Number*       Secured           Priority           Unsecured<br>05-44640                                                    $47,062.62<br>                                                            $47,062.62 | Modified Total    $47,062.62<br><br><br><br><br><br><br><br>Case Number*    Secured         Priority           Unsecured<br>05-44640                        $11,006.25         $36,056.37<br>                                $11,006.25         $36,056.37 |
| Claim: 14886<br>Date Filed: 07/31/06<br>Docketed Total:    $205,971.42<br>Filing Creditor Name and Address<br>  TECH TOOL & MOLD INC EFT<br>  1045 FRENCH ST<br>  MEADVILLE PA 16335 | Claim Holder Name and Address    Docketed Total    $205,971.42<br>TECH TOOL & MOLD INC EFT<br>1045 FRENCH ST<br>MEADVILLE PA 16335<br><br>Case Number*       Secured           Priority           Unsecured<br>05-44640           $205,971.42<br>                   $205,971.42 | Modified Total    $200,530.15<br><br><br><br>Case Number*    Secured         Priority           Unsecured<br>05-44640                        $45,859.51         $154,670.64<br>                                $45,859.51         $154,670.64 |
| Claim: 6671<br>Date Filed: 05/23/06<br>Docketed Total:    $130,235.05<br>Filing Creditor Name and Address<br>  THALER MACHINE COMPANY<br>  DAYTON FACILITY<br>  257 HOPELAND ST<br>  DAYTON OH 45408 | Claim Holder Name and Address    Docketed Total    $130,235.05<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*       Secured           Priority           Unsecured<br>05-44640                                                    $130,235.05<br>                                                            $130,235.05 | Modified Total    $130,235.05<br><br><br><br><br>Case Number*    Secured         Priority           Unsecured<br>05-44640                        $31,412.25         $98,822.80<br>                                $31,412.25         $98,822.80 |
| Claim: 9940<br>Date Filed: 07/19/06<br>Docketed Total:    $6,678,072.11<br>Filing Creditor Name and Address<br>  THYSSEN KRUPP WAUPACA INC<br>  LOCK BOX 68 9343<br>  MILWAUKEE WI 53268-9343 | Claim Holder Name and Address    Docketed Total    $6,678,072.11<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*       Secured           Priority           Unsecured<br>05-44640                                                    $6,678,072.11<br>                                                            $6,678,072.11 | Modified Total  $6,675,684.36<br><br><br><br><br>Case Number*    Secured         Priority           Unsecured<br>05-44640                        $79,710.92         $6,595,973.44<br>                                $79,710.92         $6,595,973.44 |

*See Exhibit F for a listing of debtor entities by case number.                    Page:    4 of 5

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1787<br>Date Filed: 02/06/06<br>Docketed Total:   $596,771.49<br>Filing Creditor Name and Address<br>  UNIVERSAL BEARINGS INC<br>  PO BOX 38<br>  BREMEN IN 46506 | Claim Holder Name and Address    Docketed Total    $464,157.46<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*     Secured        Priority           Unsecured<br>05-44481                                          $464,157.46<br>                                                  $464,157.46 | Modified Total    $455,719.44<br><br><br><br><br><br>Case Number*     Secured        Priority           Unsecured<br>05-44481                                          $455,719.44<br>                                                  $455,719.44 |
|  | Claim Holder Name and Address    Docketed Total    $132,614.03<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number*     Secured        Priority           Unsecured<br>05-44481                      $132,614.03            $0.00<br>                               $132,614.03 | Modified Total    $132,614.03<br><br><br><br><br>Case Number*     Secured        Priority           Unsecured<br>05-44481                        $1,391.72       $131,222.31<br>                                 $1,391.72       $131,222.31 |
|  |  | Total Count of Claims:  16<br>Total Amount as Docketed:         $9,980,749.11<br>Total Amount as Modified:         $9,642,950.82 |

*See Exhibit F for a listing of debtor entities by case number.                              Page:   5 of 5