05-44481-rdd    Doc 8737-9    Filed 07/26/07    Entered 07/26/07 13:30:13    Exhibit E-1    Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

**EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLEO INC<br>4025 VISCOUNT<br>MEMPHIS, TN 38118 | 3048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$18,878.39<br>$18,878.39 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| HOLSET ENGINEERING COMPANY LTD CO CUMMINS BUSINESS SERVICES<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | 11214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,950.96<br>$4,950.96 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

| | Total: | 2 | | $23,829.35 | | |