05-44481-rdd    Doc 8737-10    Filed 07/26/07    Entered 07/26/07 13:30:13    Exhibit E-2
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CENTER<br>1375 NINTH STREET<br>CLEVELAND, OH 44114 | 11260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$98,066.34<br>$98,066.34 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| AIRGAS EAST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR, PA 19087 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EATON BI STATE VALVE CLAIM<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 12158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,000,000.00<br>$2,000,000.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TEMIC AUTOMOTIVE OF NORTH AMERIC INC<br>CONTINENTAL AUTOMOTIVE SYSTEMS<br>21440 W LAKE COOK RD<br>DEER PARK, IL 60010 | 8391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,385,154.00<br>$8,385,154.00 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VANGUARD DISTRIBUTORS INC<br>PO BOX 608<br>SAVANNAH, GA 31402 | 9319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$788,321.49<br>$788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | 12383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$762,104.80<br>$762,104.80 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **6** | | **$12,037,296.11** | | |