**EXHIBIT E-3 - ADJOURNED BOOKS AND RECORDS TAX CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICES<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007 | 14153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$2,989.09<br>$2,989.09 | 06/05/2006 | MOBILEARIA, INC.<br>(05-47474) |
| **Total:** | **1** | | **$2,989.09** | | |