05-44481-rdd    Doc 8737-12    Filed 07/26/07    Entered 07/26/07 13:30:13    Exhibit E-4
Pg 1 of 1

In re Delphi Corporation, et al.    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,696.46<br><br>$3,696.46 | 03/28/2007 | DELPHI CORPORATION<br>(05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,976.58<br><br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION<br>(05-44481) |
| SOUTH TEXAS COLLEGE<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16590 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,257.82<br>$1,257.82 | 03/28/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **3** | | **$7,930.86** | | |