**In re Delphi Corporation, et al.**  **Seventeenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT E-5 - ADJOURNED BOOKS AND RECORDS INSURANCE CLAIM**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 2539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$11,750,000.00<br><br><br>$11,750,000.00 | 04/03/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$11,750,000.00** | | |