**EXHIBIT E-6 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS & AIKMAN AUTOMOTIVE CANADA CO<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 16576 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,730.72<br>$31,730.72 | 03/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COLLINS & AIKMAN AUTOMOTIVE EXTERIORS INC<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 16577 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,132.74<br>$10,132.74 | 03/16/2007 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| COLLINS & AIKMAN AUTOMOTIVE EXTERIORS INC<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 16578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$764,853.77<br>$764,853.77 | 03/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COLLINS & AIKMAN AUTOMOTIVE INTERIORS INC<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 16575 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $659,963.54<br><br><br><br>$659,963.54 | 03/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COLLINS & AIKMAN AUTOMOTIVE INTERIORS INC<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 16579 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,054.96<br><br><br><br>$17,054.96 | 03/16/2007 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| CONESTOGA ROVERS & ASSOCIATES INC<br>2055 NIAGARA FALLS BLVD STE 3<br>NIAGARA FALLS, NY 14304 | 16604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$140,195.09<br>$140,195.09 | 05/21/2007 | DELPHI CORPORATION (05-44481) |

**Total:**    6             **$1,623,930.82**