In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14278<br>Date Filed: 07/31/06<br>Docketed Total: $18,704.93<br>Filing Creditor Name and Address<br>AIRGAS EAST INC<br>ATTN D BOYLE<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR PA 19087 | Claim Holder Name and Address    Docketed Total    $18,704.93<br>AIRGAS EAST INC<br>ATTN D BOYLE<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR PA 19087<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                                                 $18,704.93<br>                                                                 $18,704.93 | Modified Total    $13,927.33<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $13,927.33<br>                                                                 $13,927.33 |
| Claim: 7514<br>Date Filed: 06/06/06<br>Docketed Total: $58,187.44<br>Filing Creditor Name and Address<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA MN 55987-0978 | Claim Holder Name and Address    Docketed Total    $55,180.98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $55,180.98 | Modified Total    $0.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured |
|  | Claim Holder Name and Address    Docketed Total    $3,006.46<br>FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA MN 55987-0978<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $3,006.46<br>                                                                 $3,006.46 | Modified Total    $1,567.26<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $1,567.26<br>                                                                 $1,567.26 |
| Claim: 12829<br>Date Filed: 07/28/06<br>Docketed Total: $90,716.91<br>Filing Creditor Name and Address<br>BARNES GROUP CANADA CORP<br>W JOE WILSON ESQ<br>TYLER COOPER & ALCORN LLP<br>185 ASYLUM ST CITYPLACE I 35TH FL<br>HARTFORD CT 06103-3488 | Claim Holder Name and Address    Docketed Total    $90,716.91<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $90,716.91<br>                                                                 $90,716.91 | Modified Total    $88,440.43<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $88,440.43<br>                                                                 $88,440.43 |

*See Exhibit F for a listing of debtor entities by case number.    Page:    1 of 9

In re Delphi Corporation, et al.                                                                                          Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9080<br>Date Filed: 07/06/06<br>Docketed Total: $66,748.15<br>Filing Creditor Name and Address<br>  BENECKE KALIKO AG<br>  DANIEL FELDEN<br>  CONTINENTAL AG<br>  STRAWINSKYLAAN 3111 6TH FL<br>  AMSTERDAM  1077ZX<br>  NETHERLANDS | Claim Holder Name and Address    Docketed Total    $66,748.15<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                               $66,748.15<br>                                            _____<br>                                                          $66,748.15 | Modified Total    $53,024.14<br><br><br><br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                               $53,024.14<br>                                            _____<br>                                                          $53,024.14 |
| Claim: 16542<br>Date Filed: 02/13/07<br>Docketed Total: $50,118.34<br>Filing Creditor Name and Address<br>  CENTRAL CAROLINA PRODUCTS INC<br>  3250 W BIG BEAVER STE 429<br>  TROY MI 48084 | Claim Holder Name and Address    Docketed Total    $50,118.34<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                               $50,118.34<br>                                                          $50,118.34 | Modified Total    $43,473.60<br><br><br><br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                               $43,473.60<br>                                                          $43,473.60 |
| Claim: 2339<br>Date Filed: 03/20/06<br>Docketed Total: $63,642.38<br>Filing Creditor Name and Address<br>  CONESTOGA ROVERS & ASSOCIATES<br>  INC<br>  2055 NIAGARA FALLS BLVD STE 3<br>  NIAGARA FALLS NY 14304 | Claim Holder Name and Address    Docketed Total    $63,642.38<br>CONESTOGA ROVERS & ASSOCIATES INC<br>2055 NIAGARA FALLS BLVD STE 3<br>NIAGARA FALLS NY 14304<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                               $63,642.38<br>                                            _____<br>                                                          $63,642.38 | Modified Total    $56,221.90<br><br><br><br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                               $56,221.90<br>                                            _____<br>                                                          $56,221.90 |
| Claim: 9079<br>Date Filed: 07/06/06<br>Docketed Total: $129,383.00<br>Filing Creditor Name and Address<br>  CONTI TECH ELASTOMER COATINGS<br>  DANIEL FELDEN<br>  CONTINENTAL AG<br>  STRAWINSKYLAAN 3111 6TH FL<br>  AMSTERDAM  1077ZX<br>  NETHERLANDS | Claim Holder Name and Address    Docketed Total    $129,383.00<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                              $129,383.00<br>                                            _____<br>                                                         $129,383.00 | Modified Total    $117,611.00<br><br><br><br><br>Case Number*      Secured       Priority        Unsecured<br>05-44640                                              $117,611.00<br>                                            _____<br>                                                         $117,611.00 |

In re Delphi Corporation, et al.             Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9795<br>Date Filed:07/18/06<br>Docketed Total: $134,225.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF KARDEX SYSTEMS INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $134,225.00<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>KARDEX SYSTEMS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $134,225.00<br>                                              $134,225.00 | Modified Total    $118,225.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $118,225.00<br>                                      $118,225.00 |
| Claim: 10597<br>Date Filed:07/25/06<br>Docketed Total: $2,419,203.01<br>Filing Creditor Name and Address<br> E I DU PONT DE NEMOURS AND<br> COMPANY DUPONT<br> ATTN SUSAN F HERR<br> DUPONT LEGAL D 4026<br> 1007 MARKET ST<br> WILMINGTON DE 19898 | Claim Holder Name and Address    Docketed Total    $2,419,203.01<br>LATIGO MASTER FUND LTD<br>ATTN PAUL MALEK<br>590 MADISON AVE 9TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $2,419,203.01<br>                             $2,419,203.01 | Modified Total    $2,000,792.55<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $2,000,792.55<br>                         $2,000,792.55 |
| Claim: 2523<br>Date Filed:04/03/06<br>Docketed Total: $179,246.02<br>Filing Creditor Name and Address<br> EQUITY CORPORATE HOUSING<br> JONATHAN W YOUNG & JEFFREY L<br> GANSBE<br> WILDMAN HARROLD ALLEN & DIXON<br> LLP<br> 225 W WACKER DR STE 3000<br> CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $179,246.02<br>EQUITY CORPORATE HOUSING<br>JONATHAN W YOUNG & JEFFREY L GANSBE<br>WILDMAN HARROLD ALLEN & DIXON LLP<br>225 W WACKER DR STE 3000<br>CHICAGO IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $179,246.02<br>               $179,246.02 | Modified Total    $154,582.23<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $154,582.23<br>                                 $154,582.23 |

*See Exhibit F for a listing of debtor entities by case number.                      Page: 3 of 9

In re Delphi Corporation, et al.  Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1933<br>Date Filed:02/09/06<br>Docketed Total: $161,818.99<br>Filing Creditor Name and Address<br>EST TESTING SOLUTIONS<br>STEPHEN B GROW<br>WARNER NORCROSS & JUDD LLP<br>111 LYON ST NW STE 900<br>GRAND RAPIDS MI 49503 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $161,818.99<br><br><br><br><br>Unsecured<br>$161,818.99<br>$161,818.99 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $138,463.99<br><br><br><br><br>Unsecured<br>$138,463.99<br>$138,463.99 |
| Claim: 9951<br>Date Filed:07/19/06<br>Docketed Total: $79,244.79<br>Filing Creditor Name and Address<br>FERRO ELECTRONIC MATERIALS<br>FERRO CORPORATION<br>1000 LAKESIDE AVE<br>CLEVELAND OH 44114 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $79,244.79<br><br><br><br><br>Unsecured<br>$79,244.79<br>$79,244.79 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $59,881.66<br><br><br><br><br>Unsecured<br>$59,881.66<br>$59,881.66 |
| Claim: 2342<br>Date Filed:03/20/06<br>Docketed Total: $2,801,641.96<br>Filing Creditor Name and Address<br>FIRSTENERGY SOLUTIONS CORP<br>BANKRUPTCY ANALYST<br>395 GHENT RD<br>AKRON OH 44333 | Claim Holder Name and Address<br>FIRSTENERGY SOLUTIONS CORP<br>BANKRUPTCY ANALYST<br>395 GHENT RD<br>AKRON OH 44333<br><br>Case Number*<br>05-44481 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $2,801,641.96<br><br><br><br><br>Unsecured<br>$2,801,641.96<br>$2,801,641.96 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $508,267.41<br><br><br><br><br>Unsecured<br>$508,267.41<br>$508,267.41 |
| Claim: 16511<br>Date Filed:06/08/06<br>Docketed Total: $59,175.40<br>Filing Creditor Name and Address<br>FRAENKISCHE USA LP<br>ATTN SIMONE KRAUS<br>SMITH GAMBREIL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA GA 30309 | Claim Holder Name and Address<br>FRAENKISCHE USA LP<br>ATTN SIMONE KRAUS<br>SMITH GAMBREIL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA GA 30309<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br><br><br>Secured | <br><br><br><br><br><br><br>Priority | $59,175.40<br><br><br><br><br><br><br>Unsecured<br>$59,175.40<br>$59,175.40 | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br><br>Secured | <br><br><br><br><br><br><br>Priority | $159.89<br><br><br><br><br><br><br>Unsecured<br>$159.89<br>$159.89 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9466<br>Date Filed:07/13/06<br>Docketed Total:  $2,114,936.05<br>Filing Creditor Name and Address<br>  HARCO BRAKE SYSTEMS INC<br>  PO BOX 326<br>  ENGLEWOOD OH 45322 | Claim Holder Name and Address   Docketed Total   $2,114,936.05<br>HARCO BRAKE SYSTEMS INC<br>PO BOX 326<br>ENGLEWOOD OH 45322<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $2,114,936.05<br>                                                $2,114,936.05 | Modified Total   $2,099,080.09<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $2,099,080.09<br>                                                $2,099,080.09 |
| Claim: 1715<br>Date Filed:01/30/06<br>Docketed Total:   $127,058.35<br>Filing Creditor Name and Address<br>  HENMAN ENGINEERING & MACHINE<br>  INC<br>  THOMAS HENMAN PRESIDENT<br>  3301 MT PLEASANT BLVD<br>  PO BOX 2633<br>  MUNCIE IN 47307 | Claim Holder Name and Address   Docketed Total     $127,058.35<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44596                                       $127,058.35<br>                                                  $127,058.35 | Modified Total    $92,916.58<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $92,916.58<br>                                                 $92,916.58 |
| Claim: 8791<br>Date Filed:06/30/06<br>Docketed Total:     $9,790.00<br>Filing Creditor Name and Address<br>  MASTERS TOOL & DIE INC<br>  4485 MARLEA DR<br>  SAGINAW MI 48601-7230 | Claim Holder Name and Address   Docketed Total       $9,790.00<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $9,790.00<br>                                                    $9,790.00 | Modified Total     $6,290.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $6,290.00<br>                                                  $6,290.00 |
| Claim: 2711<br>Date Filed:04/05/06<br>Docketed Total:    $15,750.00<br>Filing Creditor Name and Address<br>  METAL POWDER PRODUCTS COMPANY<br>  STEVEN KAHN DIRECTOR OF<br>  PURCHASING<br>  17005 A WESTFIELD PARK RD<br>  WESTFIELD IN 46074-9373 | Claim Holder Name and Address   Docketed Total      $15,750.00<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $15,750.00<br>                                                   $15,750.00 | Modified Total    $14,070.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $14,070.00<br>                                                  $14,070.00 |

*See Exhibit F for a listing of debtor entities by case number.                Page:    5 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2712<br>Date Filed: 04/05/06<br>Docketed Total:  $26,184.00<br>Filing Creditor Name and Address<br> METAL POWDER PRODUCTS COMPANY<br> STEVEN KAHN DIRECTOR OF PURCHASING<br> 17005 A WESTFIELD PARK RD<br> WESTFIELD IN 46074-9373 | Claim Holder Name and Address    Docketed Total    $26,184.00<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured       Priority         Unsecured<br>05-44481                                          $26,184.00<br>                                                  _____<br>                                                  $26,184.00 | Modified Total    $20,104.03<br><br><br><br><br>Case Number*      Secured       Priority         Unsecured<br>05-44640                                          $20,104.03<br>                                                  _____<br>                                                  $20,104.03 |
| Claim: 10231<br>Date Filed: 07/21/06<br>Docketed Total:  $6,132.75<br>Filing Creditor Name and Address<br> MOTION INDUSTRIES INC<br> KIMBERLY J ROBINSON<br> BARACK FERRAZZANO KIRSCHBAUM PERLMA<br> 333 W WACKER DR STE 2700<br> CHICAGO IL 60606-1227 | Claim Holder Name and Address    Docketed Total    $6,132.75<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARACK FERRAZZANO KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227<br><br>Case Number*      Secured       Priority         Unsecured<br>05-44624                                          $6,132.75<br>                                                  _____<br>                                                  $6,132.75 | Modified Total    $6,132.75<br><br><br><br><br>Case Number*      Secured       Priority         Unsecured<br>05-44624                                          $6,132.75<br>                                                  _____<br>                                                  $6,132.75 |
| Claim: 10232<br>Date Filed: 07/21/06<br>Docketed Total:  $108,287.35<br>Filing Creditor Name and Address<br> MOTION INDUSTRIES INC<br> KIMBERLY J ROBINSON<br> BARRACK FERRAZZANO KIRSCHBAUM PERIM<br> 333 W WACKER DR STE 2700<br> CHICAGO IL 60606-1227 | Claim Holder Name and Address    Docketed Total    $108,287.35<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM PERIM<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227<br><br>Case Number*      Secured       Priority         Unsecured<br>05-44507                                          $108,287.35<br>                                                  _____<br>                                                  $108,287.35 | Modified Total    $108,287.35<br><br><br><br><br>Case Number*      Secured       Priority         Unsecured<br>05-44507                                          $108,287.35<br>                                                  _____<br>                                                  $108,287.35 |
| Claim: 12181<br>Date Filed: 07/28/06<br>Docketed Total:  $774,413.31<br>Filing Creditor Name and Address<br> OHIO EDISON COMPANY<br> BANKRUPTCY DEPT<br> 6896 MILLER RD RM 204<br> BRECKSVILLE OH 44141 | Claim Holder Name and Address    Docketed Total    $774,413.31<br>OHIO EDISON COMPANY<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILLE OH 44141<br><br>Case Number*      Secured       Priority         Unsecured<br>05-44481                                          $774,413.31<br>                                                  _____<br>                                                  $774,413.31 | Modified Total    $589,907.30<br><br><br><br><br>Case Number*      Secured       Priority         Unsecured<br>05-44640                                          $589,907.30<br>                                                  _____<br>                                                  $589,907.30 |

*See Exhibit F for a listing of debtor entities by case number.                    Page:    6 of 9

In re Delphi Corporation, et al.  Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2680<br>Date Filed: 04/18/06<br>Docketed Total: $111,073.70<br>Filing Creditor Name and Address<br>ROTHRIST TUBE INC<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070 | Claim Holder Name and Address<br>ROTHRIST TUBE INC<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $111,073.70<br><br><br><br><br><br>Unsecured<br>$111,073.70<br>$111,073.70 | <br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $100,896.19<br><br><br><br><br><br>Unsecured<br>$100,896.19<br>$100,896.19 |
| Claim: 8673<br>Date Filed: 06/27/06<br>Docketed Total: $15,307.20<br>Filing Creditor Name and Address<br>SIEMENS PLC A&D DIVISION<br>C O ELIZABETH GUNN ESQ MCGUIRE<br>WOOD<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219 | Claim Holder Name and Address<br>SIEMENS PLC A&D DIVISION<br>C O ELIZABETH GUNN ESQ MCGUIRE<br>WOOD<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219<br><br>Case Number*<br>05-44610 | Docketed Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $15,307.20<br><br><br><br><br><br>Unsecured<br>$15,307.20<br>$15,307.20 | <br><br><br><br><br><br>Case Number*<br>05-44610 | Modified Total<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $5,674.40<br><br><br><br><br><br>Unsecured<br>$5,674.40<br>$5,674.40 |
| Claim: 14670<br>Date Filed: 07/31/06<br>Docketed Total: $16,977.50<br>Filing Creditor Name and Address<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE EISSMANN GROUP<br>AUTOMOTIVE ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>EISSMANN GROUP AUTOMOTIVE ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*<br>05-44640 | Docketed Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $16,977.50<br><br><br><br><br>Unsecured<br>$16,977.50<br>$16,977.50 | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $11,624.82<br><br><br><br><br>Unsecured<br>$11,624.82<br>$11,624.82 |

*See Exhibit F for a listing of debtor entities by case number.  Page: 7 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14687<br>Date Filed: 07/31/06<br>Docketed Total: $15,273.82<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE K A TECHNOLOGIES ASSIGNOR<br>  SIERRA LIQUIDITY FUND LLC<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total   $15,273.82<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>K A TECHNOLOGIES   ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*     Secured     Priority        Unsecured<br>05-44640                                        $15,273.82<br>                                                _____<br>                                                $15,273.82 | Modified Total   $13,977.06<br><br><br><br><br><br>Case Number*     Secured     Priority        Unsecured<br>05-44640                                        $13,977.06<br>                                                _____<br>                                                $13,977.06 |
| Claim: 10397<br>Date Filed: 07/24/06<br>Docketed Total: $59,289.47<br>Filing Creditor Name and Address<br>  SPX CORPORATION CONTECH DIVISION<br>  C O RONALD R PETERSON<br>  JENNER & BLOCK LLP<br>  ONE IBM PLAZA<br>  CHICAGO IL 60611 | Claim Holder Name and Address   Docketed Total   $59,289.47<br>SPX CORPORATION CONTECH DIVISION<br>C O RONALD R PETERSON<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO IL 60611<br><br>Case Number*     Secured     Priority        Unsecured<br>05-44640                    $59,289.47<br>                            _____<br>                            $59,289.47 | Modified Total   $59,289.47<br><br><br><br><br><br>Case Number*     Secured     Priority        Unsecured<br>05-44640                                        $59,289.47<br>                                                _____<br>                                                $59,289.47 |
| Claim: 10707<br>Date Filed: 07/26/06<br>Docketed Total: $12,731,160.31<br>Filing Creditor Name and Address<br>  TYCO ELECTRONICS CORPORATION<br>  GEORGE D NAGLE JR CREDIT MGR<br>  PO BOX 3608 MS 3826<br>  HARRISBURG PA 17105-3608 | Claim Holder Name and Address   Docketed Total   $12,731,160.31<br>TYCO ELECTRONICS CORPORATION<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 3826<br>HARRISBURG PA 17105-3608<br><br>Case Number*     Secured     Priority        Unsecured<br>05-44481                                    $12,731,160.31<br>                                            _____<br>                                            $12,731,160.31 | Modified Total   $1,892,948.59<br><br><br><br><br>Case Number*     Secured     Priority        Unsecured<br>05-44507                                         $1,917.20<br>05-44511                                         $9,300.79<br>05-44624                                        $34,332.85<br>05-44640                                     $1,847,397.75<br>                                             _____<br>                                             $1,892,948.59 |

*See Exhibit F for a listing of debtor entities by case number.                                          Page:   8 of 9

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12017<br>Date Filed:07/28/06<br>Docketed Total:   $99,852.32<br>Filing Creditor Name and Address<br> ZF BOGE ELASTMETALL LLC<br> JOHN J HUNTER ATTORNEY<br> HUNTER & SCHANK CO LPA<br> 1700 CANTON AVE<br> TOLEDO OH 43604 | Claim Holder Name and Address   Docketed Total   $99,852.32<br>ZF BOGE ELASTMETALL LLC<br>JOHN J HUNTER ATTORNEY<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO OH 43604<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $99,852.32<br>                                             $99,852.32 | Modified Total   $74,932.82<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $74,932.82<br>                                             $74,932.82 |
| Claim: 2464<br>Date Filed:03/31/06<br>Docketed Total:   $415,801.69<br>Filing Creditor Name and Address<br> ZYLUX ACOUSTIC CORP<br> ZYLUX AMERICA INC<br> 100 EMERSON LN STE 1513<br> BRIDGEVILLE PA 15017 | Claim Holder Name and Address   Docketed Total   $415,801.69<br>ZYLUX ACOUSTIC CORP<br>ZYLUX AMERICA INC<br>100 EMERSON LN STE 1513<br>BRIDGEVILLE PA 15017<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $415,801.69<br>                                             $415,801.69 | Modified Total   $75,000.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $75,000.00<br>                                             $75,000.00<br><br>Total Count of Claims:  30<br>Total Amount as Docketed:       $22,959,344.14<br>Total Amount as Modified:        $8,525,769.84 |