**In re Delphi Corporation, et al.**  **Seventeenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15201<br>Date Filed: 07/31/06<br>Docketed Total: $123,166.50<br>Filing Creditor Name and Address<br>  ASI<br>  ASI PREPETITION<br>  6285 GARFIELD AVE<br>  CASS CITY MI 48726 | Claim Holder Name and Address    Docketed Total    $123,166.50<br>ASI<br>ASI PREPETITION<br>6285 GARFIELD AVE<br>CASS CITY MI 48726<br><br>Case Number*    Secured          Priority            Unsecured<br>05-44481                                                  $123,166.50<br>                                                          $123,166.50 | Modified Total    $35,107.98<br><br><br><br><br><br>Case Number*    Secured          Priority           Unsecured<br>05-44640                            $325.80        $34,782.18<br>                                    $325.80        $34,782.18 |
| Claim: 9112<br>Date Filed: 07/07/06<br>Docketed Total: $135,377.75<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF ELECTRONIC<br>  SERVICES LLC DBA CSI<br>  ELECTRONICS<br>  ATTN ALPA JIMENEZ<br>  411 WEST PUTNAM AVE<br>  STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $135,377.75<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ELECTRONIC SERVICES LLC DBA CSI<br>ELECTRONICS<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured          Priority            Unsecured<br>05-44640                         $29,610.00        $105,767.75<br>                                 $29,610.00        $105,767.75 | Modified Total    $127,078.50<br><br><br><br><br><br><br><br>Case Number*    Secured          Priority            Unsecured<br>05-44640                         $29,610.00         $97,468.50<br>                                 $29,610.00         $97,468.50 |
| Claim: 10388<br>Date Filed: 07/24/06<br>Docketed Total: $141,675.49<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF GEMINI PLASTICS<br>  INC<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $141,675.49<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>GEMINI PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured          Priority            Unsecured<br>05-44640                                             $141,675.49<br>                                                    $141,675.49 | Modified Total    $141,675.49<br><br><br><br><br><br>Case Number*    Secured          Priority            Unsecured<br>05-44640                         $14,138.65        $127,536.84<br>                                 $14,138.65        $127,536.84 |

*See Exhibit F for a listing of debtor entities by case number.                                     Page:   1 of 6

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9113<br>Date Filed:07/07/06<br>Docketed Total:   $116,590.48<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PRESTOLITE WIRE<br> CORPORATION<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total     $116,590.48<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PRESTOLITE WIRE CORPORATION<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total | $103,372.28 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$16,141.07<br>$16,141.07 | Unsecured<br>$100,449.41<br>$100,449.41 | Case Number*<br>05-44640 | Secured | Priority<br>$16,141.07<br>$16,141.07 | Unsecured<br>$87,231.21<br>$87,231.21 |
| Claim: 10385<br>Date Filed:07/24/06<br>Docketed Total:   $102,464.27<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SIERRA PLASTICS<br> INC AKA SIERRA EL PASO<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total     $102,464.27<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SIERRA PLASTICS INC AKA SIERRA EL PASO<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total | $100,918.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$102,464.27<br>$102,464.27 | Case Number*<br>05-44640 | Secured | Priority<br>$12,586.47<br>$12,586.47 | Unsecured<br>$88,332.35<br>$88,332.35 |
| Claim: 12696<br>Date Filed:07/28/06<br>Docketed Total:   $109,002.60<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG YSH INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total     $109,002.60<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG YSH INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | Modified Total | $89,520.40 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$15,865.76<br>$15,865.76 | Unsecured<br>$93,136.84<br>$93,136.84 | Case Number*<br>05-44640 | Secured | Priority<br>$1,445.02<br>$1,445.02 | Unsecured<br>$88,075.38<br>$88,075.38 |

*See Exhibit F for a listing of debtor entities by case number.                              Page:   2 of 6

In re Delphi Corporation, et al.                                                                    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12694<br>Date Filed:07/28/06<br>Docketed Total:   $91,243.71<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRELLEBORG YSH SA<br> DE CV<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $91,243.71<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRELLEBORG YSH SA DE CV<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                          $91,243.71<br>                                                  _____<br>                                                  $91,243.71 | Modified Total   $82,066.88<br><br><br><br><br><br><br>Case Number*    Secured    Priority     Unsecured<br>05-44640                    $14,420.74   $67,646.14<br>                           _____   _____<br>                           $14,420.74   $67,646.14 |
| Claim: 10907<br>Date Filed:07/25/06<br>Docketed Total:   $929,544.79<br>Filing Creditor Name and Address<br> DATWYLER RUBBER & PLASTICS<br> ATTN LINDA BARR<br> NELSON MULLINS RILEY &<br> SCARBOROUGH<br> PO BOX 11070<br> COLUMBIA SC 29211-1070 | Claim Holder Name and Address   Docketed Total   $929,544.79<br>DATWYLER RUBBER & PLASTICS<br>ATTN LINDA BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                          $929,544.79<br>                                                  _____<br>                                                  $929,544.79 | Modified Total   $902,131.56<br><br><br><br><br><br><br>Case Number*    Secured    Priority     Unsecured<br>05-44640                    $2,430.09    $899,701.47<br>                           _____   _____<br>                           $2,430.09    $899,701.47 |
| Claim: 5568<br>Date Filed:05/10/06<br>Docketed Total:   $307,574.95<br>Filing Creditor Name and Address<br> FOSTER ELECTRIC USA INC<br> C O MASUDA FUNAI EIFERT &<br> MITCHELL<br> 203 N LASALLE ST STE 2500<br> CHICAGO IL 60601-1262 | Claim Holder Name and Address   Docketed Total   $307,574.95<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                          $307,574.95<br>                                                  _____<br>                                                  $307,574.95 | Modified Total   $306,445.51<br><br><br><br><br>Case Number*    Secured    Priority     Unsecured<br>05-44640                    $433.60      $306,011.91<br>                           _____   _____<br>                           $433.60      $306,011.91 |

*See Exhibit F for a listing of debtor entities by case number.                                         Page:    3 of 6

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11292<br>Date Filed:07/27/06<br>Docketed Total:   $1,298,844.76<br>Filing Creditor Name and Address<br>  HOOVER PRECISION PRODUCTS INC<br>  & SUBSIDIARIES<br>  HOOVER PRECISION<br>  PO BOX 899<br>  CUMMING GA 30028 | Claim Holder Name and Address    Docketed Total    $1,298,844.76<br>HOOVER PRECISION PRODUCTS INC &<br>SUBSIDIARIES<br>HOOVER PRECISION<br>PO BOX 899<br>CUMMING GA 30028<br><br>Case Number*         Secured          Priority              Unsecured<br>05-44481                                                    $1,298,844.76<br>                                                            $1,298,844.76 | Modified Total    $1,278,381.52<br><br><br><br><br><br>Case Number*    Secured       Priority         Unsecured<br>05-44640                       $301,625.75      $976,755.77<br>                               $301,625.75      $976,755.77 |
| Claim: 14534<br>Date Filed:07/31/06<br>Docketed Total:   $3,629,694.59<br>Filing Creditor Name and Address<br>  L&W ENGINEERING CO<br>  RYAN D HEILMAN ESQ<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address    Docketed Total    $3,629,694.59<br>L&W ENGINEERING CO<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number*         Secured          Priority              Unsecured<br>05-44640          $3,629,694.59<br>                  $3,629,694.59 | Modified Total    $439,255.68<br><br><br><br><br><br>Case Number*    Secured       Priority         Unsecured<br>05-44640                       $1,376.54        $437,879.14<br>                               $1,376.54        $437,879.14 |
| Claim: 2402<br>Date Filed:03/24/06<br>Docketed Total:   $2,537,512.52<br>Filing Creditor Name and Address<br>  MOTOROLA INC AKA MOTOROLA AIEG<br>  PETER A CLARK & THOMAS J<br>  AUGSPURGER<br>  MCDERMOTT WILL & EMERY LLP<br>  227 W MONROE ST<br>  CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $2,537,512.52<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*         Secured          Priority              Unsecured<br>05-44640          $750,487.44                           $1,787,025.08<br><br>                  $750,487.44                           $1,787,025.08 | Modified Total  $2,516,096.88<br><br><br><br><br><br>Case Number*    Secured       Priority         Unsecured<br>05-44640                       $39,060.00       $2,477,036.88<br><br>                               $39,060.00       $2,477,036.88 |
| Claim: 16368<br>Date Filed:10/16/06<br>Docketed Total:   $9,911,978.07<br>Filing Creditor Name and Address<br>  NEC ELECTRONICS AMERICA INC<br>  ATTN DENNIS BALANESI<br>  2880 SCOTT BLVD<br>  SANTA CLARA CA 95052-8062 | Claim Holder Name and Address    Docketed Total    $9,911,978.07<br>NEC ELECTRONICS AMERICA INC<br>ATTN DENNIS BALANESI<br>2880 SCOTT BLVD<br>SANTA CLARA CA 95052-8062<br><br>Case Number*       Secured         Priority             Unsecured<br>05-44481           $308,024.19      $3,424,138.98      $6,179,814.90<br>                   $308,024.19      $3,424,138.98      $6,179,814.90 | Modified Total  $9,596,272.10<br><br><br><br><br><br>Case Number*    Secured       Priority         Unsecured<br>05-44640                       $3,424,138.98    $6,172,133.12<br>                               $3,424,138.98    $6,172,133.12 |

*See Exhibit F for a listing of debtor entities by case number.                    Page:    4 of  6

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

### EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11566<br>Date Filed:07/27/06<br>Docketed Total:  $5,764,040.00<br>Filing Creditor Name and Address<br>  ON SEMICONDUCTOR COMPONENTS<br>  INDUSTRIES LLC<br>  QUARLES & BRADY STREICH LANG<br>  LLP<br>  ONE RENAISSANCE SQUARE<br>  TWO N CENTRAL AVE<br>  PHOENIX AZ 85004-2391 | Claim Holder Name and Address   Docketed Total   $5,764,040.00<br>SPCP GROUP LLC AS AGENT FOR SILVER<br>POINT CAPITAL FUND LP AND SILVER<br>POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                                        $5,764,040.00<br>                 _____   _____    _____<br>                                                 $5,764,040.00 | Modified Total   $5,764,040.00<br><br><br><br><br><br><br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                        $118,885.06     $5,645,154.94<br>                 _____   _____    _____<br>                                $118,885.06     $5,645,154.94 |
| Claim: 14141<br>Date Filed:07/31/06<br>Docketed Total:   $2,565,472.27<br>Filing Creditor Name and Address<br>  SPCP GROUP LLC AS ASSIGNEE OF<br>  PARKER HANNIFIN CORPORATION<br>  ATTN BRIAN JARMAIN<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $2,492,426.58<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                                        $2,492,426.58<br>                 _____   _____    _____<br>                                                 $2,492,426.58 | Modified Total   $2,243,971.67<br><br><br><br><br>Case Number*     Secured        Priority         Unsecured<br>05-44507                                         $24,324.10<br><br>05-44640                                         $2,219,647.57<br>                 _____   _____    _____<br>                                                 $2,243,971.67 |
|  | Claim Holder Name and Address   Docketed Total   $73,045.69<br>SPCP GROUP LLC AS ASSIGNEE OF<br>PARKER HANNIFIN CORPORATION<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*     Secured        Priority         Unsecured<br>05-44640                         $73,045.69<br>                 _____   _____    _____<br>                                 $73,045.69 | Modified Total   $121,842.03<br><br><br><br><br><br>Case Number*     Secured        Priority         Unsecured<br>05-44507                        $386.01<br>05-44640                        $121,456.02<br>                 _____   _____    _____<br>                                $121,842.03 |

*See Exhibit F for a listing of debtor entities by case number.                    Page:   5 of 6


In re Delphi Corporation, et al.                                    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14141 (Continued) | | |
| Claim: 10724<br>Date Filed: 07/25/06<br>Docketed Total:   $1,384,396.89<br>Filing Creditor Name and Address<br> STAHL SPECIALTY COMPANY EFT<br> ATTN GUY TODD<br> 3155 W BIG BEAVER RD<br> PO BOX 2601<br> TROY MI 48007-2601 | Claim Holder Name and Address   Docketed Total   $1,384,396.89<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*     Secured         Priority            Unsecured<br>05-44640                                            $1,384,396.89<br>                                                    ─────────────<br>                                                    $1,384,396.89 | Modified Total   $1,328,444.92<br><br><br><br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640                         $269,578.01    $1,058,866.91<br>                                 ──────────────────────────────<br>                                 $269,578.01    $1,058,866.91 |
| Claim: 11200<br>Date Filed: 07/26/06<br>Docketed Total:   $358,909.35<br>Filing Creditor Name and Address<br> UNITED PLASTICS GROUP INC<br> WILLIAM HOLBROOK DIRECTOR OF FINANC<br> 1420 KENSINGTON RD STE 209<br> OAK BROOK IL 60523 | Claim Holder Name and Address   Docketed Total   $358,909.35<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*     Secured         Priority            Unsecured<br>05-44640                                            $358,909.35<br>                                                    ─────────────<br>                                                    $358,909.35 | Modified Total   $281,972.65<br><br><br><br><br>Case Number*     Secured         Priority          Unsecured<br>05-44640                         $1,444.80      $280,527.85<br>                                 ──────────────────────────────<br>                                 $1,444.80      $280,527.85 |

Total Count of Claims:   17
Total Amount as Docketed:          $29,507,488.99
Total Amount as Modified:          $25,458,594.87