In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8738-3    Filed 07/26/07    Entered 07/26/07 13:41:40    Exhibit C-1
Pg 1 of 1

Sixteenth Omnibus Claims Objection

**EXHIBIT C-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16606<br>Date Filed: 05/14/2007<br>Creditor's Name and Address:<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 | Claim Number: 15805<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $12,491.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $12,491.44 |
| Claim Number: 16601<br>Date Filed: 05/15/2007<br>Creditor's Name and Address:<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 | Claim Number: 15805<br>Date Filed: 08/02/2006<br>Creditor's Name and Address:<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $12,491.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $12,491.44 |
| Claim Number: 10251<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br>MOTION INDUSTRIES INC<br>BARACK FERRAZZANO KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $835,355.82<br>Total: $835,355.82 | Claim Number: 16416<br>Date Filed: 11/09/2006<br>Creditor's Name and Address:<br>MOTION INDUSTRIES INC<br>BARACK FERRAZZANO KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $42,198.43<br>Priority:<br>Administrative:<br>Unsecured: $835,355.82<br>Total: $877,554.25 |
| Claim Number: 16499<br>Date Filed: 01/23/2007<br>Creditor's Name and Address:<br>THE TIMKEN COMPANY<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44706-0927 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $732,657.37<br>Priority: $1,803,986.64<br>Administrative:<br>Unsecured: $2,702,790.97<br>Total: $5,239,434.98 | Claim Number: 14319<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>US TIMKEN CO<br>1835 DUEBER AVE<br>PO BOX 6927<br>CANTON, OH 44706-0927 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $551,667.27<br>Priority:<br>Administrative: $1,803,986.64<br>Unsecured: $2,883,781.07<br>Total: $5,239,434.98 |

Total Claims to be Expunged: 4

Total Asserted Amount to be Expunged: $6,118,883.88