**EXHIBIT C-2 - ADJOURNED PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1386 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1387 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1376 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1382 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI CORPORATION (05-44481) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1378 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 12/29/2005 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

**EXHIBIT C-2 - ADJOURNED PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1379 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1380 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1385 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1381 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1375 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1377 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1384 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 12/29/2005 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Sixteenth Omnibus Claims Objection**

**EXHIBIT C-2 - ADJOURNED PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1850 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 02/06/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **16** | | **$0.00** | | |