In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 8738-5    Filed 07/26/07    Entered 07/26/07 13:41:40    Exhibit A
Pg 1 of 2

Sixteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 11108<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DR BERND GOTTSCHALK<br>VDA ASSOC OF THE GERMAN AUTOMOBILE<br>WESTENDSTRASSE 61<br>FRANKFURT, 60325<br>GERMANY<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $682,083.00<br>Total: $682,083.00 | Claim Number: 12164<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>DR BERND GOTTSCHALK<br>VDA ASSOC OF THE GERMAN AUTOMOBILE<br>WESTENDSTRASSE 61<br>FRANKFURT, 60325<br>GERMANY<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $682,083.00<br>Total: $682,083.00 |
| Claim Number: 16562<br>Date Filed: 03/05/2007<br>Creditor's Name and Address:<br>KENDALL PRINTING COMPANY<br>3331 W 29TH ST<br>GREELEY, CO 80634<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,116.75<br>Total: $2,116.75 | Claim Number: 5354<br>Date Filed: 05/08/2006<br>Creditor's Name and Address:<br>KENDALL PRINTING COMPANY<br>3331 WEST 29TH ST<br>GREELEY, CO 80631<br>Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,180.25<br>Total: $2,180.25 |
| Claim Number: 11837<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF TREASURY<br>STATE OFFICE BLDG RM 409<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,445.00<br>Administrative:<br>Unsecured:<br>Total: $2,445.00 | Claim Number: 16501<br>Date Filed: 01/25/2007<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF THE TREASURY<br>RM 409 STATE OFFICE BLDG<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,492.00<br>Administrative:<br>Unsecured: $48.00<br>Total: $2,540.00 |
| Claim Number: 1514<br>Date Filed: 01/11/2006<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $503,000.00<br>Unsecured:<br>Total: $503,000.00 | Claim Number: 16546<br>Date Filed: 02/20/2007<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,158,884.07<br>Unsecured:<br>Total: $1,158,884.07 |
| Claim Number: 11288<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>WL GORE & ASSOCIATES GMBH<br>WL GORE & ASSOCIATES INC<br>551 PAPER MILL RD<br>NEWARK, DE 19711<br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,110.68<br>Total: $11,110.68 | Claim Number: 8385<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>MARTIN BRAUN BOKMITTEL<br>1200 ARLINGTON HEIGHTS RD STE 410<br>ITASCA, IL 60143<br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,823.08<br>Total: $8,823.08 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Sixteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

Total Claims to be Expunged: 5

Total Asserted Amount to be Expunged: $1,200,755.43