# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,　　　　　　Case No. 05-44481
　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Trostel Limited fka Trostel Albert Packing Trostel Limited** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | |
| | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC** <br> **411 West Putnam Ave., Ste. 225** <br> **Greenwich, CT 06830** <br> **Attn: Alpa Jimenez** <br> **Phone 203-862-8236** | |
| Last Four Digits of Acct#: N/A | Last Four Digits of Acct#: N/A |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| **Court Claim # and Amount:** | **Trostel Limited fka Trostel Albert Packing Trostel, Ltd.** <br> **901 Maxwell Street** <br> **Lake Geneva, WI 53147** <br> **Attn: Timothy Baker** <br> **Phone 262-249-8330** |
| **Trostel Limited fka Trostel Albert Packing** <br> **Claim No. 12377 for $1,792.00** | |
| **Trostel Limited** <br> **Claim No. 12378 for $25,354.57** | Last Four Digits of Acct#: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alpa Jimenez*_____　　　　　Date: _____July 26, 2007_____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

### EVIDENCE OF TRANSFER OF CLAIM

**TROSTEL LIMITED**, a Wisconsin corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 13, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 20 day of July 2007.

(Assignor)
TROSTEL LIMITED

By: _____
Name: Timothy Baker
Title: V.P. - CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: KIM PRINCE
Title: STAFF ACCOUNTANT

## Schedule A

| Debtor | Creditor | Case Number | Proof of Claim Amt | Proposed Allowed Claim Amt | Claim No. |
|---|---|---|---|---|---|
| Delphi Corp. | Trostel Limited | 05-44481 | 33,320.75 | 25,354.57 | 12378 |
| Delphi Mechatronic Systems, Inc. | Trostel Limited fka Trostel Albert Packing | 05-44567 | 1,792.00 | 1,792.00 | 12377 |

Initials:
Seller
Buyer