UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                      |
                                                                                  | Chapter 11
DELPHI CONNECTION SYSTEMS LLC                         |
                                                                                  | Case No. 05-44624
                                                                                  |
                    Debtor.                                                |
                                                                                  | **Claim#11912**
-----------------------------------------------------------------X

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)          Kent H. Landsberg
                                    c/o Amcor Sunclipse North America
                                    6600 Valley View Street
                                    Buena Park, CA 90620
                                    Attn: Lara Coon

The transfer of your claim as shown above, in the amount of $34,339.44 has been transferred (unless previously expunged by court order) to:
                                    LONGACRE MASTER FUND, LTD.
                                    Transferor: Kent H. Landsberg
                                    810 Seventh Avenue, 22nd Floor
                                    New York, NY  10019
                                    Attn: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

  - FILE A WRITTEN OBJECTION TO THE TRANSFER with:
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004

  - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.   IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                                                          Intake Clerk
-------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on ____, 2007.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                                      _____
                                                      Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk

AND TO: DELPHI CONNECTION SYSTEMS LLC ("Debtor")
Case No. 05-44624

Claim # 11912

**KENT H. LANDSBERG CO.**, **a division of Amcor Sunclipse North America**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Kyle J Lunde

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $34,339.44 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions in respect of the Claim to Buyer. All notices and other communications shall be given to both Buyer and Seller at the following addresses:

LONGACRE MASTER FUND, LTD.    AND    KENT H. LANDSBERG CO.
810 Seventh Avenue, 22nd Floor                  6600 Valley View Street
New York, NY  10019                                    Buena Park, CA 90620
Attn:  Vladimir Jelisavcic                              Attn:  Lara Coons

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 18, 2007.

**AMCOR SUNCLIPSE NORTH AMERICA INC**


By: /s/ David W. Conley
Name: David W. Conley
Title:   General Manager


LONGCARE MASTER FUND, LTD.


By: /s/ Steven S. Weissman
Name:   Steven s. Weissman
Title:    Director