# INDEX OF EXHIBITS TO FIFTH INTERIM FEE APPLICATION

Exhibit A —   Certification of Compliance

Exhibit B —   Summary of Professional Services Rendered, Background of Professionals

Exhibit C —   Summary of Services Rendered

Exhibit D —   Actual and Necessary Disbursements Incurred

Exhibit E —   Proposed Order Granting Fifth Interim Fee Application for Allowance of Interim Compensation and Reimbursement of Expenses

#273168-v1