# EXHIBIT B

## DELPHI CORPORATION, *ET AL.*

### PROFESSIONAL SERVICES RENDERED
### BY HOWARD & HOWARD ATTORNEYS, P.C.
### AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
### FEBRUARY 1, 2007 THROUGH MAY 31, 2007

## ATTORNEYS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate* | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Lisa S. Gretchko | 1979 | Dec. 1978 | $325.00 | 16.8 | $5,460.00 |
| Samuel J. Haidle | 1998 | 1998 | $250.00 | 118.7 | $29,675.00 |
| David M. LaPrairie | 2000 | 1999 | $250.00 | 15.7 | $3,925.00 |
| Jeffrey A. Sadowski | 1977 | 1977 | $405.00 | 1.0 | $405.00 |
| James R. Yee | 1995 | 1995 | $330.00 | 3.2 | $1,056.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **155.4** | **$40,521.00** |
| | | | | | |
| **Associates:** | | | | | |
| Trent K. English | 2004 | 2004 | $180.00 | 32.1 | $5,778.00 |
| Christopher S. Andrzejak | 2005 | 2005 | $155.00 | 4.5 | $697.50 |
| Lisa M. Muhleck | 2006 | 2005 | $150.00 | 38.4 | $5,760.00 |
| Christopher M. Francis (rate increased 3/19/07) | 2007 | Dec. 2006 | $105.00 $140.00 | 8.4 | $1,176.00 |
| David A. Burns | 1998 | 1998 | $245.00 | 333.6 | $81,732.00 |
| Preston H. Smirman | 1996 | 1996 | $265.00 | 9.2 | $2,438.00 |
| Matthew Binkowski | 2006 | 2006 | $140.00 | 59.8 | $8,372.00 |
| Todd A. Pleiness | 2006 | 2006 | $140.00 | 3.2 | $448.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **489.2** | **$106,401.50** |

## PATENT AGENT

| Name | Year Admitted to Patent Bar | Law School Class | Hourly Rate* | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| Michael G. Shariff | 2006 | 2004 | $165.00 | **4.3** | **$709.50** |

#273208

## INTELLECTUAL PROPERTY PARAPROFESSIONALS

| Name | Hourly Rate* | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| **Interns:** | | | |
| Accounting - D. Witzak, K. Hill | $75.00 | 14.8 | $1,110.00 |
| Brian C. Andress | $115.00 | 103.5 | $11,902.50 |
| Kimberly Hersch | $75.00 | 0.4 | $30.00 |
| Julie Kapp | $85.00 | 24.4 | $2,074.00 |
| Steven J. Kontos | $100.00 | 36.9 | $3,690.00 |
| Michael E. McKee | $110.00 | 11.2 | $1,232.00 |
| Randall J. Peck | $75.00 | 0.2 | $15.00 |
| Ellen M. Schwab | $90.00 | 1.9 | $171.00 |
| Martha Sintz | $125.00 | 20.1 | $2,512.50 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **213.4** | **$22,737.00** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):   862.30   hours = $ 170,369.00**

#73208