# EXHIBIT D

## DELPHI CORPORATION, *ET AL.*

### ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C. BY INTELLECTUAL PROPERTY COUNSEL
### FEBRUARY 1, 2007 THROUGH MAY 31, 2007

| EXPENSES | AMOUNT |
|---|---:|
| Filing Fees | $2,800.00 |
| Foreign Associate Fees | $2,124.48 |
| Photocopy Charges | $318.90 |
| Patent Research | $218.03 |
| Drawing Fees | $14,420.00 |
| Postage and Mailings | $251.82 |
| **TOTAL DISBURSEMENTS** | **$20,133.23** |

#273167-v1