| | |
|---|---|
| Judith Elkin (JE-4112) | Hearing Date and Time: August 2, 2007 at 10:00 a.m. |
| HAYNES AND BOONE, LLP | Objection Deadline: July 27, 2007 at 4:00 p.m. |
| 153 East 53rd Street | |
| Suite 4900 | |
| New York, NY 10022 | |
| Telephone: (212) 659-7300 | |
| Facsimile: (212) 918-8989 | |

Lenard M. Parkins (TX-15518200)
*(admitted pro hac vice)*
HAYNES AND BOONE, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

Attorneys for Highland Capital Management, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
                                                                       :
In re:                                                                 :    Chapter 11
                                                                       :
DELPHI CORPORATION, *et al.*,                                          :    Case No. 05-44481 (RDD)
                                                                       :
         Debtors.                                                      :    (Jointly Administered)
-----------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Statement of Highland Capital Management, LP Regarding the Debtors' Expedited Motion for Order Authorizing and Approving Delphi-Appaloosa Equity Purchase and Commitment Agreement Pursuant to 11 U.S.C. §§ 105(a), 363(b), 503(b) and 507(a)* [Docket No. 8754] (the "Response") was served on the 27th day of July, 2007 upon all parties on the attached Service List in the manner indicated.

Dated this 27th day of July, 2007.

          /s/ Judith Elkin
**HAYNES AND BOONE, LLP**
Judith Elkin (JE-4112)
153 East 53rd Street
Suite 4900
New York, NY 10022
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

**HAYNES AND BOONE, LLP**
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Lenard M. Parkins (TX-15518200)
*(admitted pro hac vice)*

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT, LP**

## SERVICE LIST

John William Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*via E-mail: jbutler@skadden.com*
*via E-mail: rmeisler@skadden.com*
Counsel for Debtors

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*via E-mail: kmarafio@skadden.com*
*via E-mail: tmatz@skadden.com*
Counsel for Debtors

Thomas E Lauria, Esq.
White & Case, LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131
*via E-mail*: tlauria@whitecase.com
Counsel for Appaloosa Management L.P.

Glenn M. Kurtz, Esq.
Gregory Pryor, Esq.
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
*via E-mail: gkurtz@whitecase.com*
*via E-mail: gpryor@whitecase.com*
Counsel for Appaloosa Management L.P.

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
*via hand delivery*

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
*via hand delivery*