# EXHIBIT B

05-44481-rdd    Doc 8756-2    Filed 07/27/07    Entered 07/27/07 15:44:16    Exhibit B-Timekeepers    Pg 1 of 2

EXHIBIT B

DELPHI CORPORATION, et al.

PROFESSIONAL SERVICES RENDERED BY JAECKLE FLEISCHMANN MUGEL LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

FEBRUARY 1, 2007 - MAY 31, 2007

| Timekeeper | Title | Year Admitted to Practice | Lawschool Class | Rate | February Hours | February Fees | March Hours | March Fees | April Hours | April Fees | May Hours | May Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert C. Brown | Patent Agent | 1993 | | $165.00 | 80 | 13,200.00 | 73 | 12,045.00 | 96 | 15,840.00 | 76.3 | $12,589.50 |
| Dennis B. Danella * | Partner | 2000 | 2000 | $195.00 | 103.7 | $20,221.50 | 69.1 | $13,474.50 | 34.3 | $6,688.50 | 111.2 | $21,684.00 |
| Margaret I. Hults | Legal Assistant | | | $85.00 | 3.2 | $272.00 | 0.5 | $42.50 | 4.3 | $365.50 | 2.8 | $238.00 |
| Ronald J. Kisicki | Partner | 1986 | 1986 | $250.00 | 79.5 | $19,875.00 | 111.8 | $27,950.00 | 75.2 | $18,800.00 | 78.9 | $19,725.00 |
| Joe W. Allen | Partner | 1990 | 1989 | $220.00 | 0 | $0.00 | 4.1 | $902.00 | 0 | $0.00 | 0 | 0 |
| Michael D. Mulloy | Associate | 2005 | 2005 | $180.00 | 20.3 | 3,654.00 | 8.8 | $1,584.00 | 5.9 | $1,062.00 | 20.5 | $2,337.50 |
| Michael D. Mulloy** | Associate | 2005 | 2005 | $145.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 4 | $720.00 |
| Lee J. Fleckenstein, PhD | Patent Agent | 1992 | | $180.00 | 12 | $2,160.00 | 0 | $0.00 | 5 | $900.00 | 77.5 | $13,950.00 |
| Gudrun Passlack, PhD | Patent Agent | 2001 | | $180.00 | 0 | 0 | 0 | $0.00 | 34.9 | $6,282.00 | 77.5 | $13,950.00 |
| TOTALS | | | | | 298.7 | 59,382.50 | 267.3 | 55,998.00 | 255.6 | $49,938.00 | 371.2 | $71,879.00 |

| PERIOD TOTAL | $237,197.50 |
|---|---|
| HOURS | 1,192.80 |

*D.Danella became a partner on 1/1/07, but we maintained his Associate rate of $195/hour herein.

** M. Mulloy's hourly billing rate was set at $145.00 for drafting applications.