# EXHIBIT C

05-44481-rdd   Doc 8756-3   Filed 07/27/07   Entered 07/27/07 15:44:16   Exhibit
C-Summary of Services   Pg 1 of 2

EXHIBIT C

DELPHI CORPORATION, *ET AL*

SUMMARY OF SERVICES RENDERED

BY JAECKLE FLEISCHMANN & MUGEL, LLP

AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

FEBRUARY 1, 2007 - MAY 31, 2007

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application Drafting & Prosecution | Ronald J. Kisicki | $250.00 | 306.5 | $76,625.00 |
| Preparation 4th Interim Fee Application | Ronald J. Kisicki | $250.00 | 4.1 | $1,025.00 |
| Intellectual Property Counseling | Ronald J. Kisicki | $250.00 | 34.8 | $8,700.00 |
| Patent Application Drafting & Prosecution | Dennis B. Danella | $195.00 | 318.3 | $62,068.50 |
| Patent Application Drafting & Prosecution | Robert C. Brown | $165.00 | 325.3 | $53,674.50 |
| Patent Application Drafting & Prosecution | Lee J. Fleckenstein | $180.00 | 21 | $3,780.00 |
| Preparation 4th Interim Fee Application | Joseph W. Allen | $220.00 | 4.1 | $902.00 |
| Patent Application Prosecution | Michael D. Mulloy | $180.00 | 35 | $6,300.00 |
| Patent Application Drafting | Michael D. Mulloy | $145.00 | 20.5 | $2,972.50 |
| Patent Application Drafting & Prosecution | Margaret I Hults | $85.00 | 10.8 | $918.00 |
| Patent Application Drafting & Prosecution | Gudrun Passlack | $180.00 | 112.4 | $20,232.00 |
| | | Total Services Rendered: | 1192.8 | $237,197.50 |