# EXHIBIT D

EXHIBIT D

DELPHI CORPORATION, *ET AL*

ACTUAL AND NECESSARY DISBURSEMENTS

INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP

BY INTELLECTUAL PROPERTY COUNSEL

FEBRUARY 1, 2007 - MAY 31, 2007

| Expenses | Amount |
| --- | ---: |
| Filing Fees | $24,736.59 |
| Mailing Charges | $985.01 |
| Drawing Fees | $4,980.00 |
| Telephonic Court Appearance | $41.20 |
| TOTAL DISBURSEMENTS | $30,742.80 |