# EXHIBIT E

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

March 29, 2007
I.D. 89190
Invoice # 139627

Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through February 28, 2007

```
        80% of total amount =        47,506.00
        20% of total amount =        11,876.50
                                     59,382.50

Total Disbursements                   8,384.62

                  Total This Invoice          $      67,767.12
                                                     ------------------


CLIENT TOTAL AMOUNT DUE                       $      67,767.12
                                                     ==================
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

April 30, 2007
I.D. 89190
Invoice # 140496

Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through March 31, 2007

| | |
|---|---:|
| 80% of total fee amount= | 44,798.40 |
| 20% of total fee amount = | 11,199.60 |
| | 55,998.00 |
| Total Disbursements | 5,724.82 |
| Total This Invoice | $   61,722.82 |

CLIENT TOTAL AMOUNT DUE                              $       61,722.82

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

---

May 31, 2007
I.D. 89190
Invoice # 141335

Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through April 30, 2007

```
                    80% of total amount        39,950.40
                    20% of total amount         9,987.60

Total Fees                                     49,938.00

Total Disbursements                             6,447.15

            Total This Invoice         $       56,385.15
                                               ------------------


CLIENT TOTAL AMOUNT DUE                $       56,385.15
                                               ==================
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

June 29, 2007
I.D. 89190
Invoice # 142071

Delphi Technologies
Attn: Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through May 31, 2007

```
              80% of total amount       57,503.20
              20% of total amount       14,375.80

Total Fees                              71,879.00

Total Disbursements                     10,186.21

              Total This Invoice    $   82,065.21
                                        ------------
```

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS