| | |
|---|---|
| Judith Elkin (JE-4112)<br>HAYNES AND BOONE, LLP<br>153 East 53rd Street<br>Suite 4900<br>New York, NY 10022<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989 | Hearing Date and Time: August 2, 2007 at 10:00 a.m.<br>Objection Deadline: July 27, 2007 at 4:00 p.m. |

Lenard M. Parkins (TX-15518200)
*(admitted pro hac vice)*
HAYNES AND BOONE, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

Attorneys for Highland Capital Management, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X
:
In re:                                                           :     Chapter 11
                                                                 :
DELPHI CORPORATION, *et al.*,                                    :     Case No. 05-44481 (RDD)
                                                                 :
            Debtors.                                             :     (Jointly Administered)
----------------------------------------------------------------------X

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Statement of Highland Capital Management, LP Regarding the Debtors' Expedited Motion for Order Authorizing and Approving Delphi-Appaloosa Equity Purchase and Commitment Agreement Pursuant to 11 U.S.C. §§ 105(a), 363(b), 503(b) and 507(a)* [Docket No. 8754] (the "Response") was served on the 27th day of July, 2007 upon the parties on the attached Supplemental Service List in the manner indicated.

Dated this 27th day of July, 2007.

                                                                                     /s/ Judith Elkin

**HAYNES AND BOONE, LLP**
Judith Elkin (JE-4112)
153 East 53rd Street
Suite 4900
New York, NY 10022
Telephone:  (212) 659-7300
Facsimile:   (212) 918-8989

**HAYNES AND BOONE, LLP**
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas  77010
Telephone:  (713) 547-2000
Facsimile:   (713) 547-2600
Lenard M. Parkins (TX-15518200)
*(admitted pro hac vice)*

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT, LP**

## SUPPLEMENTAL SERVICE LIST

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*via E-mail: robert.rosenberg@lw.com*
Counsel for Official Committee
of Unsecured Creditors

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10044
*via E-mail: steinbo@friedfrank.com*
Counsel for Official Committee
of Equity Security Holders

Harvey Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*via E-mail: harvey.miller@weil.com*
Counsel for General Motors Corporation