Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATION FOR FIFTH INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED FROM
FEBRUARY 1, 2007, THROUGH MAY 31, 2007**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld, Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel for Delphi Corporation ("Debtors"), and a Retained Professional, certify as follows:

1.    I have read the Fifth Interim Application For Approval Of Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper, DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C. §§330 And 331 For Services Rendered From February 1, 2007, Through May 31, 2007 ("the Fifth Interim Price, Heneveld Application").

## FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
## FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
## DISTRICT OF NEW YORK BANKRUPTCY CASES

2.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Fifth Interim Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all

been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES
AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT
OF NEW YORK BANKRUPTCY CASES

7.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Fifth Interim Price, Heneveld Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.    The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's

professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9. To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10. To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan 49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals

4

Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
 DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
 To Debtors


## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
|  | ) |  |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Chapter 11 |

**FIFTH INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED FROM
FEBRUARY 1, 2007, THROUGH MAY 31, 2007**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its fifth interim application (the "Interim Application")

seeking interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the period

from February 1, 2007, through May 31, 2007 (the "Application Period").

Price, Heneveld submits this Interim Application for (a) allowance of

compensation for professional services rendered by Price, Heneveld to

the Debtors, and (b) reimbursement of actual and necessary charges and

disbursements incurred by Price, Heneveld in the rendition of required

professional services on behalf of the Debtors.  In support of this Interim

Application, Price, Heneveld represents as follows:

## BACKGROUND

### A. The Chapter 11 Filings

1.  On October 8, 2005 (the "Petition Date"), the Debtors filed a

voluntary petition in this Court for reorganization relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code").  The Debtors continue to operate

their businesses and manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The

Debtors have moved this Court for an order authorizing joint

administration of these Chapter 11 cases.

2.  On October 17, 2005, the United States Trustee appointed an

official Committee of Unsecured Creditors (the "Committee") in this

case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4. The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

### RETENTION OF PRICE, HENEVELD

5. On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6. On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7. In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8. Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

3

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

9.  On October 8, 2005, this Court entered an Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order").   Pursuant to paragraph 2(a) of the Order, Price, Heneveld is submitting this Interim Application to the Debtors, to the Creditors' Committee, the Trustee and the members of any other Committee appointed in this case for the purpose of reviewing fees and expenses, to the extent not duplicative of the parties listed above (collectively, the "Notice Parties").

10.  Pursuant to the Order, on or before the last day of each month following the month for which compensation is sought, Price, Heneveld submitted a monthly statement to the parties described in the Order.   The parties had at least fifteen (15) days to review any such statement.   If there were no objections at the expiration of forty-five (45) days after service of the Statements, the Debtors are authorized to pay 80% of the fees requested (with the remaining 20% of the fees requested (the "Holdback") and 100% of the charges and disbursements requested.   In accordance with the Order, Price, Heneveld has submitted Monthly Fee Statements for each of the months covered by the Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

11 .  Price, Heneveld has provided legal services in regards to intellectual property matters for the Debtor.   As a result of its efforts during

4

the Application Period, Price, Heneveld now seeks interim allowance of $161,768.00 in fees calculated at the hourly billing rates of the firm's personnel who have worked on the intellectual property matters and $5,962.50 in charges and disbursements actually and necessarily incurred by Price Heneveld while providing services to the Debtors during the Application Period.  Exhibit A.

12.  In accordance with the Order, Price Heneveld has submitted Monthly Fee Statements for the period from February 1, 2007, through May 31, 2007, copies of which are attached in Exhibit D, and now submits this Interim Application covering the Application Period.

13.  No party has filed an objection to Price Heneveld's Monthly Fee Statements.   Accordingly, with respect to the Monthly Fee Statements covering the Application Period, Price Heneveld will have received $129,414.40 on account of billed fees, $5,962.50 on account of billed charges and disbursements, and will have accrued a Holdback in the amount of $32,353.60.  Price Heneveld is requesting $32,353.60 in full settlement of the Holdback accrued through May 31, 2007.  Exhibit B.

14. Exhibit C outlines professional hours incurred, by individual, along with the individual's billing rate, and by category of work performed.  Also included in Exhibit C are the total hours billed and total compensation.  Detailed descriptions of services rendered are included in

5

the monthly fee statements (which are redacted to preserve client

confidentially) copies of which are attached as Exhibit D.

## NOTICE

15.  Price Heneveld has served copies of the Application on the

Debtors, the Notice Parties and the 2002 Notice List.  The Debtors submit

that no other or further notice need be given.

## CONCLUSION

WHEREFORE, Price Heneveld respectfully requests that the Court

enter an Order, substantially in the form attached hereto as Exhibit E

approving the compensation and reimbursement of fees requested

herein on an interim basis, authorizing and directing the Debtors to pay

such amounts, and for such other and further relief as the Court deems

appropriate.


Dated:      July 30, 2007      Respectfully submitted,


Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt
      & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
  Chapter 11 Professionals

6

Exhibit A
Summary of Monthly Fee Statements

| Period Covered | Invoice Number | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|---|
| 2/1 - 2/28/07 | 87134 | 34,003.50 | 27,202.80 | 1,198.14 | 1,198.14 |
| 3/1 - 3/31/07 | 87474 | 47,607.50 | 38,086.00 | 972.67 | 972.67 |
| 4/1 - 4/30/07 | 87917 | 51,303.50 | 41,042.80 | 2,760.20 | 2,760.20 |
| 5/1 - 5/31/07 | 88152 | 28,853.50 | 23,082.80 | 1,031.49 | 1,031.49 |
| Total | | 161,768.00 | 129,414.40 | 5,962.50 | 5,962.50 |

**Exhibit A**
**Summary of Monthly Fee Statements**

| Period Covered | Invoice Number | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|---|
| 2/1 - 2/28/07 | 87134 | 34,003.50 | 27,202.80 | 1,198.14 | 1,198.14 |
| 3/1 - 3/31/07 | 87474 | 47,607.50 | 38,086.00 | 972.67 | 972.67 |
| 4/1 - 4/30/07 | 87917 | 51,303.50 | 41,042.80 | 2,760.20 | 2,760.20 |
| 5/1 - 5/31/07 | 88152 | 28,853.50 | - | 1,031.49 | - |
| **Total** | | 161,768.00 | 106,331.60 | 5,962.50 | 4,931.01 |

**Exhibit B**
**Summary of Legal Services Rendered**

| | Task Code | 3/07 Invoice | 4/07 Invoice | 5/07 Invoice | 6/07 Invoice | Total |
|---|---|---|---|---|---|---|
| Patent Evaluation | PH1 | - | - | 5.60 | 3.00 | 8.60 |
| Patent Preparation | PH2 | 74.80 | 118.20 | 90.10 | 60.50 | 343.60 |
| Patent Prosecution | PH3 | 71.40 | 104.30 | 147.50 | 71.30 | 394.50 |
| Fee Application | PH4 | 1.20 | 1.50 | - | - | 2.70 |
| Total Hours | | 147.4 | 224.0 | 243.2 | 134.8 | 749.4 |
| Total Fees Billed | | 34,003.50 | 47,607.50 | 51,303.50 | 28,853.50 | 161,768.00 |
| Total Payments Received | | 27,202.80 | 38,086.00 | 41,042.80 | - | 106,331.60 |
| Total Fee 20% Holdback | | 6,800.70 | 9,521.50 | 10,260.70 | 5,770.70 | 32,353.60 |

**Reimbursement Request for Period February 1 - May 31, 2007**    32,353.60

Exhibit C
Summary of Professional Hours

| Name of Professional Person | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PH1 - Patent Evaluation** | | | | |
| Kevin T. Grzelak | Partner | 305.00 | 8.6 | 2,623.00 |
| **Subtotal** | | 305.00 | 8.6 | 2,623.00 |
| **PH2 - Patent Preparation** | | | | |
| Harold W. Reick | Partner | 390.00 | 12.0 | 4,680.00 |
| Gunther J. Evanina | Partner | 310.00 | 14.0 | 4,340.00 |
| Kevin T. Grzelak | Partner | 290.00 | 9.9 | 2,871.00 |
| Kevin T. Grzelak | Partner | 305.00 | 50.4 | 15,372.00 |
| Jeffrey S. Kapteyn | Associate | 230.00 | 3.2 | 736.00 |
| Jeffrey S. Kapteyn | Associate | 245.00 | 23.2 | 5,684.00 |
| Scott P. Ryan | Associate | 160.00 | 227.9 | 36,464.00 |
| Jyoti Dave | Legal Extern | 90.00 | 3.0 | 270.00 |
| **Subtotal** | | 2,020.00 | 343.6 | 70,417.00 |
| **PH3 - Patent Prosecution** | | | | |
| Harold W. Reick | Partner | 390.00 | 2.7 | 1,053.00 |
| Gunther J. Evanina | Partner | 310.00 | 13.3 | 4,278.00 |
| Kevin T. Grzelak | Partner | 290.00 | 1.0 | 290.00 |
| Kevin T. Grzelak | Partner | 305.00 | 137.7 | 41,998.50 |
| Jeffrey S. Kapteyn | Associate | 245.00 | 18.4 | 4,508.00 |
| Marcus P. Dolce | Associate | 225.00 | 8.1 | 1,824.00 |
| Scott P. Ryan | Associate | 160.00 | 210.8 | 33,728.00 |
| Jyoti Dave | Legal Extern | 90.00 | 2.5 | 225.00 |
| **Subtotal** | | 2,015.00 | 394.5 | 87,904.50 |
| **PH4 - Fee Application** | | | | |
| Kevin T. Grzelak | Partner | 305.00 | 2.7 | 823.50 |
| **Subtotal** | | 305.00 | 2.7 | 823.50 |
| **Total Fees Incurred** | | | 749.4 | 161,768.00 |

**Exhibit D**

**Copies of invoices submitted for services rendered and billed during the fee application time period of February 1 through May 31, 2007**

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING FOURTH INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM
FEBRUARY 1, 2007, THROUGH MAY 31, 2007**

Upon consideration of the fifth interim application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "Fifth Interim Price, Heneveld Application") for professional services and expenses incurred during the period commencing February 1, 2007, through May 31, 2007; and a hearing having been held before this Court to consider the Fifth Interim Price, Heneveld Application on October 25, 2007; and notice having been given pursuant to FED.R.BANKR.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Fifth Interim Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated:  New York, New York
        July 30, 2007

_____
United States Bankruptcy Judge
Southern District of New York

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

March 12, 2007
Page:  2
Invoice:        87134

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH February 28, 2007 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

02/14/07 KTG  1.20  Review fee application order and exhibits. Work          366.00
                    on preparation of 4th fee application.

   PROFESSIONAL SERVICES                                                     366.00

   KTG                   1.20    305.00       366.00

      COSTS ADVANCED
02/21/07   Express mail                                    107.28

TOTAL COSTS ADVANCED                                          107.28

MATTER TOTAL                                                  473.28

(FEES BILLED       3,166.50 )
(EXPENSES BILLED     983.08 )

MATTER NUMBER - FP668EPC

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

March 12, 2007
Page:  3
Invoice:        87134

| | | | | |
|---|---|---|---|---|
| 02/13/07 | KTG | 1.00 | Review European Office Action, cited art and correspondences from Denton and Funke. Correspondence with Funke. Inter office conference among attorneys. | 305.00 |
| 02/14/07 | SPR | 0.70 | Work on preparation of response. Telephone conference with inventor on February 14. Correspondence with inventor. | 112.00 |
| 02/15/07 | SPR | 1.00 | Work on preparation of response. Telephone conference with inventor. Correspondence with inventor. | 160.00 |
| 02/16/07 | SPR | 0.40 | Telephone conference with inventor on February 16. Inter office conference among attorneys. Work on preparation of response. | 64.00 |
| 02/20/07 | SPR | 0.50 | Work on preparation of letter to foreign associate. | 80.00 |
| 02/21/07 | SPR | 0.30 | Work on preparation of letter to foreign associate. | 48.00 |
| 02/22/07 | SPR | 0.20 | Inter office conference among attorneys. Correspondence with foreign associate. | 32.00 |
| 02/22/07 | SPR | 0.20 | Work on preparation of letter to foreign associate. | 32.00 |
| 02/23/07 | SPR | 0.20 | Inter office conference among attorneys. | 32.00 |
| 02/23/07 | KTG | 0.80 | Work on preparation of response to Denton for responding to Office Action. | 244.00 |
| 02/26/07 | SPR | 0.20 | Correspondence with client. | 32.00 |
| 02/27/07 | SPR | 0.40 | Study correspondence from foreign associate. | 64.00 |
| 02/27/07 | KTG | 0.60 | Evaluate claims and comments from Denton. Inter office conference among attorneys re amendments in Europe. | 183.00 |
| 02/28/07 | SPR | 2.00 | Correspondence with inventor. Telephone conference with inventor on February 28. Inter office conference among attorneys. Work on preparation of email to Denton. | 320.00 |

PROFESSIONAL SERVICES                                    1,708.00

| | | | |
|---|---|---|---|
| KTG | 2.40 | 305.00 | 732.00 |
| SPR | 6.10 | 160.00 | 976.00 |

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

March 12, 2007
Page:  4
Invoice:       87134

#### COSTS ADVANCED

| 02/28/07 | Copies | 2.80 |
| 02/28/07 | Postage | 2.55 |

TOTAL COSTS ADVANCED                                          5.35

MATTER TOTAL                                            1,713.35

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P425

DP-308307
SN 10/420,376

| 02/21/07 SPR | 0.30 | Inter office conference among attorneys. Study Advisory Action. Telephone conference with inventor on February 21. | 48.00 |
| 02/21/07 KTG | 0.80 | Review Advisory action and correspondence. Evaluate prosecution history for appeal. Inter office conference among attorneys. | 244.00 |
| 02/22/07 SPR | 0.60 | Correspondence with inventor. Telephone conference with inventor on February 22. Inter office conference among attorneys. | 96.00 |
| 02/23/07 SPR | 0.50 | Inter office conference among attorneys. Telephone conference with Funke on February 23. Telephone conference with inventor on February 23. | 80.00 |
| 02/23/07 KTG | 1.20 | Evaluate Office Action. Telephone conference with Funke on February 23. Inter office conference among attorneys re appeal. | 366.00 |
| 02/26/07 SPR | 0.20 | Telephone conference with inventor on February 26. Inter office conference among attorneys. | 32.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

March 12, 2007
Page:  5
Invoice:      87134

| | | | | |
|---|---|---|---|---|
| 02/27/07 SPR | 0.20 | Inter office conference among attorneys. Preparation and filing of Notice of Appeal. Correspondence with Funke. | | 32.00 |
| 02/27/07 KTG | 0.60 | Inter office conference among attorneys re filing of appeal. | | 183.00 |

PROFESSIONAL SERVICES                                      1,081.00

| | | | |
|---|---|---|---|
| KTG | 2.60 | 305.00 | 793.00 |
| SPR | 1.80 | 160.00 | 288.00 |

COSTS ADVANCED

02/27/07   Appeal fee                              500.00

TOTAL COSTS ADVANCED                                    500.00

MATTER TOTAL                                          1,581.00

(FEES BILLED      10,472.00 )
(EXPENSES BILLED     245.98 )

MATTER NUMBER – P468

DP-308423
S.N. 10/722,706

| | | | |
|---|---|---|---|
| 02/05/07 KTG | 1.20 | Review Examiner's answer. Work on preparation of reply brief. | 366.00 |
| 02/25/07 KTG | 1.50 | Evaluate Examiner's Answer, file  history and art. Work on preparation of reply brief. | 457.50 |
| 02/26/07 KTG | 2.70 | Work on preparation of reply brief. | 823.50 |
| 02/27/07 KTG | 1.40 | Preparation and filing of reply brief responsive to Examiner's Answer. Telephone conference with Funke on February 27. | 427.00 |

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

March 12, 2007
Page:  6
Invoice:      87134

PROFESSIONAL SERVICES                                          2,074.00

KTG                    6.80     305.00     2,074.00

    COSTS ADVANCED

02/28/07   Copies                                    2.40

TOTAL COSTS ADVANCED                                           2.40

MATTER TOTAL                                                   2,076.40

(FEES BILLED      14,262.50 )
(EXPENSES BILLED   1,622.91 )

                                            MATTER NUMBER – P499

    DP-311458
    S.N. 10/853,883

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 01/15/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 01/15/07 | SPR | 0.60 | Work on preparation of response. Inter office conference among attorneys. | 96.00 |
| 01/17/07 | SPR | 1.50 | Work on preparation of response. | 240.00 |
| 01/19/07 | SPR | 1.40 | Work on preparation of response. | 224.00 |
| 02/01/07 | SPR | 3.70 | Work on preparation of response. Correspondence with inventor. | 592.00 |
| 02/05/07 | SPR | 0.80 | Telephone conference with inventor on February 5. Work on preparation of response. Inter office conference among attorneys. | 128.00 |
| 02/06/07 | SPR | 0.40 | Inter office conference among attorneys. | 64.00 |
| 02/06/07 | KTG | 1.30 | Work on preparation of response. Review response. Inter office conference among attorneys. | 396.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE

HENEVELD,

COOPER,

DEWITT &

LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:   7
Invoice:      87134

02/13/07 SPR  0.20  Study Office Action and references. Preparation          32.00
                    and filing of response. Correspondence with
                    client.

   PROFESSIONAL SERVICES                                         1,986.00
   KTG               2.00      305.00      610.00
   SPR               8.60      160.00    1,376.00

     COSTS ADVANCED

01/31/07  Copies                                          1.30

TOTAL COSTS ADVANCED                                      1.30

MATTER TOTAL                                          1,987.30

(FEES BILLED       6,238.50 )
(EXPENSES BILLED    194.04 )

                                    MATTER NUMBER - P537


   DP-312787
   S.N. 11/040,726

02/28/07 SPR  0.60  Inter office conference among attorneys.            96.00
                    Telephone conference with inventors on February
                    28. Study prior art references.
02/28/07 KTG  1.30  Telephone conference with Examiner on February     396.50
                    28. Evaluate claim amendments and new art. Inter
                    office conference among attorneys.

   PROFESSIONAL SERVICES                                    492.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

March 12, 2007
Page:  8
Invoice:       87134

| | | | |
|---|---|---|---|
| KTG | 1.30 | 305.00 | 396.50 |
| SPR | 0.60 | 160.00 | 96.00 |

MATTER TOTAL                                          492.50

(FEES BILLED       7,692.00 )
(EXPENSES BILLED     308.75 )

MATTER NUMBER - P550

DP-313373
S.N. 11/077,041

| | | | |
|---|---|---|---|
| 02/13/07 KTG 1.70 | Study Office Action and related application. Work on preparation of response. Telephone conference with Funke on February 13. Correspondence with Funke. | | 518.50 |
| 02/14/07 KTG 0.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 244.00 |

PROFESSIONAL SERVICES                                 762.50

| | | | |
|---|---|---|---|
| KTG | 2.50 | 305.00 | 762.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/07 | Copies | 1.80 |
| 02/15/07 | Disclaimer fee | 130.00 |

TOTAL COSTS ADVANCED                                  131.80

MATTER TOTAL                                          894.30

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:  9
Invoice:        87134

(FEES BILLED      6,705.00  )
(EXPENSES BILLED    233.54  )

MATTER NUMBER - P552

DP-313239
S.N. 11/109,347

| Date | | Hrs | Description | Amount |
|------|------|------|------------|--------|
| 01/02/07 | KTG | 1.50 | Study Office Action and cited art. Telephone conference with inventor on January 2. Preparation and forwarding report and recommendations to client. | 457.50 |
| 02/20/07 | KTG | 3.30 | Work on preparation of response. Telephone conference with inventors on February 20. Telephone conference with Fekete on February 20. | 1,006.50 |
| 02/21/07 | KTG | 1.70 | Work on preparation of response. | 518.50 |
| 02/22/07 | KTG | 0.50 | Work on preparation of response. Telephone conference with inventors on February 22. | 152.50 |
| 02/26/07 | KTG | 0.50 | Work on preparation of response. Telephone conference with Funke on February 26. | 152.50 |

PROFESSIONAL SERVICES                          2,287.50

KTG                    7.50    305.00    2,287.50

COSTS ADVANCED

02/28/07    Copies                              2.00

TOTAL COSTS ADVANCED                              2.00

MATTER TOTAL                                  2,289.50

(FEES BILLED        8,117.50  )
(EXPENSES BILLED      936.66  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:  10
Invoice:      87134

MATTER NUMBER - P591

DP-313848
S.N. 11/262,400

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 01/25/07 | KTG | 1.00 | Study Office Action and cited art.  Preparation and forwarding report and recommendations to client. Work on preparation of response. | 305.00 |
| 01/31/07 | KTG | 0.50 | Telephone conference with inventor on January 31. Study Office Action. Preparation and forwarding report and recommendations to client. | 152.50 |
| 02/12/07 | KTG | 2.50 | Work on preparation of response. Telephone conference with inventor on February 12. | 762.50 |
| 02/13/07 | KTG | 2.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 610.00 |

PROFESSIONAL SERVICES                                1,830.00

KTG                    6.00    305.00    1,830.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 01/31/07 | Copies | 17.30 |
| 02/14/07 | Additional claims fee | 50.00 |

TOTAL COSTS ADVANCED                                    67.30

MATTER TOTAL                                        1,897.30

(FEES BILLED        4,812.50 )
(EXPENSES BILLED     273.82 )

MATTER NUMBER - P641

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX               616-957-8196

DELPHI

March 12, 2007
Page:  11
Invoice:        87134

DP-314122
S.N. 11/509,858

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 02/05/07 | MPD | 0.30 | Work on preparation of response. | 72.00 |
| 02/13/07 | MPD | 0.70 | Work on preparation of response. | 168.00 |
| 02/14/07 | MPD | 1.00 | Work on preparation of response. | 240.00 |
| 02/15/07 | MPD | 0.10 | Telephone conference with inventor on February 15. | 24.00 |
| 02/16/07 | MPD | 0.20 | Work on preparation of response. | 48.00 |
| 02/19/07 | MPD | 0.50 | Work on preparation of response. | 120.00 |
| 02/21/07 | MPD | 0.20 | Work on preparation of response. | 48.00 |
| 02/22/07 | MPD | 1.00 | Telephone conference with inventor on February 22. Work on preparation of response. | 240.00 |
| 02/23/07 | MPD | 0.70 | Work on preparation of response. | 168.00 |
| 02/28/07 | MPD | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 24.00 |
| 02/28/07 | KTG | 0.40 | Review response. Inter office conference among attorneys. | 122.00 |

PROFESSIONAL SERVICES                                         1,274.00

| | | | |
|---|---|---|---|
| KTG | 0.40 | 305.00 | 122.00 |
| MPD | 4.80 | 240.00 | 1,152.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/07 | Copies | 4.20 |
| 02/28/07 | Postage | 1.83 |

TOTAL COSTS ADVANCED                                            6.03

MATTER TOTAL                                               1,280.03

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:  12
Invoice:      87134

(FEES BILLED       4,922.50  )
(EXPENSES BILLED   1,054.19  )

MATTER NUMBER - P646

DP-315213

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/04/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 07/26/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 12/04/06 | KTG | 0.50 | Review invention. Inter office conference among attorneys re patent application. | 145.00 |
| 01/13/07 | HWR | 1.00 | Work on preparation of application. | 390.00 |
| 01/14/07 | HWR | 2.00 | Work on preparation of application. | 780.00 |
| 01/17/07 | HWR | 0.40 | Work on preparation of application. | 156.00 |
| 01/18/07 | HWR | 3.60 | Work on preparation of application. | 1,404.00 |
| 02/06/07 | HWR | 0.50 | Work on preparation of application. | 195.00 |
| 02/06/07 | KTG | 0.30 | Inter office conference among attorneys re patent application. | 91.50 |
| 02/07/07 | HWR | 2.50 | Work on preparation of application. | 975.00 |
| 02/15/07 | HWR | 1.40 | Work on preparation of application and submission of draft to client. | 546.00 |
| 02/26/07 | HWR | 0.60 | Work on preparation of application. | 234.00 |

PROFESSIONAL SERVICES                                           5,351.50

| | | | |
|---|---|---|---|
| HWR | 12.00 | 390.00 | 4,680.00 |
| KTG | 0.30 | 305.00 | 91.50 |
| KTG | 2.00 | 290.00 | 580.00 |
| JWJ | 0.00 | 145.00 | 0.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/31/06 | Copies | 23.10 |
| 02/21/07 | Express mail | 40.91 |
| 02/26/07 | Cost of drawings | 45.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page: 13
Invoice:        87134

TOTAL COSTS ADVANCED                                    109.01

MATTER TOTAL                                         5,460.51

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P668

DP-311885

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 01/15/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 01/15/07 | SPR | 0.30 | Work on preparation of response. Inter office conference among attorneys. | 48.00 |
| 01/17/07 | SPR | 1.40 | Work on preparation of response. | 224.00 |
| 01/18/07 | SPR | 0.90 | Work on preparation of response. | 144.00 |
| 01/19/07 | SPR | 2.20 | Work on preparation of response. | 352.00 |
| 02/02/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 02/05/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 02/07/07 | SPR | 0.50 | Work on preparation of response. Telephone conference with inventor on February 7. Correspondence with inventor. | 80.00 |
| 02/11/07 | SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 02/12/07 | SPR | 1.20 | Study correspondence from inventor. Work on preparation of response. Inter office conference among attorneys. | 192.00 |
| 02/12/07 | KTG | 1.00 | Work on preparation of response. Review draft response. Inter office conference among attorneys. | 305.00 |
| 02/13/07 | SPR | 0.60 | Inter office conference among attorneys. Work on preparation of response. | 96.00 |
| 02/16/07 | SPR | 0.70 | Telephone conference with inventor on February 16. Inter office conference among attorneys. | 112.00 |

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

March 12, 2007
Page:  14
Invoice:      87134

| | | | | |
|---|---|---|---|---|
| 02/21/07 SPR | 0.30 | Work on preparation of response. Inter office conference among attorneys. | | 48.00 |
| 02/22/07 SPR | 0.20 | Inter office conference among attorneys. | | 32.00 |
| 02/22/07 KTG | 0.80 | Review response to Office Action. Inter office conference among attorneys. | | 244.00 |
| 02/28/07 SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 16.00 |

NOTE: Costs associated with handling transferred case. Approved by Jimmy Funke.

PROFESSIONAL SERVICES                                    2,361.00

| | | | |
|---|---|---|---|
| KTG | 2.60 | 305.00 | 793.00 |
| SPR | 9.80 | 160.00 | 1,568.00 |

COSTS ADVANCED

01/31/07   Copies                                         2.40

TOTAL COSTS ADVANCED                                      2.40

MATTER TOTAL                                             2,363.40

(FEES BILLED       1,392.00 )
(EXPENSES BILLED       1.10 )

MATTER NUMBER - P673

DP-315597

| | | | |
|---|---|---|---|
| 09/05/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 11/20/06 KTG | 0.50 | Review invention disclosure. | 145.00 |
| 12/28/06 SPR | 1.80 | Inter office conference among attorneys. Work on preparation of application. | 288.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

March 12, 2007
Page:  15
Invoice:      87134

| | | | |
|---|---|---|---|
| 12/28/06 KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | 203.00 |
| 12/29/06 SPR | 2.10 | Work on preparation of application. | 336.00 |
| 01/02/07 SPR | 0.40 | Work on preparation of application. | 64.00 |
| 01/04/07 SPR | 3.40 | Telephone conference with inventor on January 4. Inter office conference among attorneys. Work on preparation of application. | 544.00 |
| 01/04/07 KTG | 0.70 | Telephone conference with inventor on January 4 re patent application and prior art. | 213.50 |
| 01/08/07 SPR | 3.10 | Work on preparation of application. | 496.00 |
| 01/22/07 SPR | 0.90 | Work on preparation of drawings. Work on preparation of application. | 144.00 |
| 01/23/07 SPR | 3.70 | Work on preparation of application. Work on preparation of drawings. | 592.00 |
| 01/24/07 SPR | 0.50 | Work on preparation of application. | 80.00 |
| 01/25/07 SPR | 0.30 | Work on preparation of application. Inter office conference among attorneys. | 48.00 |
| 01/26/07 SPR | 1.10 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 176.00 |
| 01/26/07 KTG | 2.20 | Work on preparation of application. Review draft. Inter office conference among attorneys. | 671.00 |
| 01/30/07 SPR | 3.00 | Work on preparation of application. | 480.00 |
| 02/05/07 SPR | 1.60 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 256.00 |
| 02/06/07 SPR | 0.70 | Study correspondence from inventor. Work on preparation of application. | 112.00 |
| 02/07/07 SPR | 0.50 | Work on preparation of drawings. Correspondence with inventor. | 80.00 |
| 02/13/07 SPR | 0.50 | Study correspondence from inventor. Correspondence with inventor. Completion and filing of application. Correspondence with client. | 80.00 |
| 02/27/07 SPR | 0.10 | Telephone conference with inventor on February 27. | 16.00 |

PROFESSIONAL SERVICES                                    5,314.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:  16
Invoice:      87134

| | | | |
|---|---|---|---|
| KTG | 2.90 | 305.00 | 884.50 |
| KTG | 2.20 | 290.00 | 638.00 |
| SPR | 23.70 | 160.00 | 3,792.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/29/06 | Copies | 7.40 |
| 02/21/07 | Express mail | 27.57 |
| 01/18/07 | Cost of drawings | 165.00 |

TOTAL COSTS ADVANCED                              199.97

MATTER TOTAL                                   5,514.47

(FEES BILLED          0.00 )
(EXPENSES BILLED      0.00 )

MATTER NUMBER - P688

DP-315831

| | | | | |
|---|---|---|---|---|
| 01/10/07 | KTG | 0.80 | Review invention disclosure. Inter office conference among attorneys re preparation of patent application. | 244.00 |
| 01/10/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 01/11/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 01/12/07 | SPR | 2.00 | Work on preparation of application. Telephone conference with inventor on January 12. | 320.00 |
| 01/15/07 | SPR | 0.90 | Work on preparation of application. | 144.00 |
| 01/16/07 | SPR | 3.20 | Work on preparation of application. Telephone conference with Kiselewich and Zhang. Work on preparation of drawings. | 512.00 |
| 01/29/07 | SPR | 2.30 | Work on preparation of application. | 368.00 |
| 01/30/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |
| 01/30/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:   17
Invoice:      87134

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/31/07 | SPR | 0.20 | Work on preparation of application. | 32.00 |
| 02/02/07 | SPR | 0.20 | Work on preparation of drawings. | 32.00 |
| 02/06/07 | SPR | 0.30 | Work on preparation of application. Work on preparation of drawings. Inter office conference among attorneys. | 48.00 |
| 02/07/07 | KTG | 2.30 | Work on preparation of application. Review draft application. Inter office conference among attorneys. | 701.50 |
| 02/12/07 | SPR | 4.70 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of drawings. | 752.00 |
| 02/13/07 | SPR | 0.40 | Work on preparation of drawings. Work on preparation of application and submission of draft to client. | 64.00 |
| 02/14/07 | JDD | 3.00 | Review application and prior art. | 270.00 |
| 02/19/07 | SPR | 0.10 | Telephone conference with inventor on February 19. | 16.00 |
| 02/20/07 | SPR | 5.50 | Correspondence with inventor. Study correspondence from inventor. | 880.00 |
| 02/22/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 02/23/07 | SPR | 0.70 | Inter office conference among attorneys. Work on preparation of application. | 112.00 |
| 02/26/07 | SPR | 0.20 | Completion and filing of application. Correspondence with client. | 32.00 |
| 02/26/07 | KTG | 0.50 | Work on preparation of application and submission of draft to client. | 152.50 |

PROFESSIONAL SERVICES                                   5,384.00

| | | | |
|-----|-------|--------|----------|
| KTG | 3.60 | 305.00 | 1,098.00 |
| SPR | 25.10 | 160.00 | 4,016.00 |
| JDD | 3.00 | 90.00 | 270.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/07 | Copies | 8.30 |
| 01/18/07 | Cost of drawings | 55.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March 12, 2007
Page:  18
Invoice:    87134

TOTAL COSTS ADVANCED                                           63.30

MATTER TOTAL                                              5,447.30

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P700

DP-311858
SN 10/935,022

| | | | | |
|---|---|---|---|---|
| 02/01/07 KTG | 1.00 | Study Office Action, cited art and patent application. Evaluate for response. Inter office conference among attorneys. | | 305.00 |
| 02/28/07 GJE | 4.60 | Work on preparation of amendment. | | 1,426.00 |

PROFESSIONAL SERVICES                                     1,731.00

| | | | |
|---|---|---|---|
| GJE | 4.60 | 310.00 | 1,426.00 |
| KTG | 1.00 | 305.00 | 305.00 |

MATTER TOTAL                                              1,731.00

(FEES BILLED                )
(EXPENSES BILLED            )

CLIENT TOTAL                                             35,201.64
INVOICE TOTAL                                            35,201.64

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April 9, 2007
Page:  3
Invoice:      87474

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH March 31, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 03/22/07 | KTG | 1.50 | Prepare and execute for filing fourth interim application for approval of compensation pursuant to bankruptcy procedures. | 457.50 |

PROFESSIONAL SERVICES                                              457.50

KTG                    1.50    305.00      457.50

COSTS ADVANCED

03/21/07    Express mail                              105.33

TOTAL COSTS ADVANCED                                     105.33

MATTER TOTAL                                             562.83

(FEES BILLED        3,532.50 )
(EXPENSES BILLED    1,090.36 )

MATTER NUMBER - FP668EPC

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX           616-957-8196

DELPHI

April 9, 2007
Page: 4
Invoice:     87474

| | | | | | |
|---|---|---|---|---|---|
| 03/01/07 SPR | 0.20 | Correspondence with Denton. Inter office conference among attorneys. | | | 32.00 |

PROFESSIONAL SERVICES      32.00

SPR      0.20    160.00    32.00

MATTER TOTAL      32.00

(FEES BILLED    1,708.00 )
(EXPENSES BILLED    5.35 )

MATTER NUMBER - P497

DP-311286
S.N. 10/873,436

| | | | |
|---|---|---|---|
| 01/16/07 KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 01/22/07 SPR | 4.10 | Work on preparation of response. | 656.00 |
| 01/24/07 SPR | 1.90 | Work on preparation of response. | 304.00 |
| 01/25/07 SPR | 1.30 | Work on preparation of response. | 208.00 |
| 02/19/07 SPR | 1.00 | Work on preparation of response. | 160.00 |
| 02/20/07 SPR | 0.90 | Work on preparation of response. | 144.00 |
| 02/22/07 SPR | 0.40 | Work on preparation of response. | 64.00 |
| 03/09/07 SPR | 0.10 | Work on preparation of response. Inter office conference among attorneys. | 16.00 |
| 03/09/07 KTG | 1.50 | Work on preparation of response. | 457.50 |
| 03/12/07 SPR | 0.10 | Work on preparation of response. | 16.00 |
| 03/23/07 SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April 9, 2007
Page:  5
Invoice:      87474

PROFESSIONAL SERVICES                                          2,271.00

| | | | |
|---|---|---|---|
| KTG | 2.20 | 305.00 | 671.00 |
| SPR | 10.00 | 160.00 | 1,600.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/07 | Copies | 4.20 |
| 03/31/07 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                               5.31

MATTER TOTAL                                                   2,276.31

(FEES BILLED      6,760.50  )
(EXPENSES BILLED    117.52  )

MATTER NUMBER - P499

DP-311458
S.N. 10/853,883

| | | | | |
|---|---|---|---|---|
| 03/19/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 03/19/07 | KTG | 0.70 | Study Office Action. Study correspondence from Funke. Evaluate claims for appeal. Inter office conference among attorneys. | 213.50 |
| 03/20/07 | KTG | 0.50 | Evaluate claims and art for appeal. Inter office conference among attorneys. Prepare interview with Examiner. | 152.50 |
| 03/20/07 | SPR | 0.80 | Study Advisory Action and previous Office Actions. Inter office conference among attorneys. | 128.00 |
| 03/22/07 | SPR | 0.10 | Inter office conference among attorneys. Telephone conference with Examiner on March 22. | 16.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

April 9, 2007
Page:  6
Invoice:        87474

| Date | | | Description | Amount |
|---|---|---|---|---|
| 03/23/07 | SPR | 0.20 | Inter office conference among attorneys. Telephone conference with Examiner on March 23. | 32.00 |
| 03/26/07 | SPR | 0.10 | Telephone conference with Examiner on March 26. Inter office conference among attorneys. | 16.00 |
| 03/28/07 | SPR | 0.90 | Inter office conference among attorneys. Telephone conference with Examiner on March 28. Work on preparation of letter to Funke. | 144.00 |
| 03/28/07 | KTG | 1.00 | Preparation for and telephone interview with Examiner on March 28 to remove finality of rejection. | 305.00 |
| 03/30/07 | KTG | 0.30 | Review interview summary, withdrawal of rejection and re-opening of prosecution. Study letter to Funke. | 91.50 |
| 03/30/07 | SPR | 0.10 | Inter office conference among attorneys. Work on preparation of letter to Funke. | 16.00 |

PROFESSIONAL SERVICES                                     1,130.50

| | | | | |
|---|---|---|---|---|
| KTG | | 2.50 | 305.00 | 762.50 |
| SPR | | 2.30 | 160.00 | 368.00 |

MATTER TOTAL                                              1,130.50

(FEES BILLED        8,224.50  )
(EXPENSES BILLED      195.34  )

MATTER NUMBER - P537

DP-312787
S.N. 11/040,726

| | | | | |
|---|---|---|---|---|
| 03/01/07 | KTG | 2.20 | Evaluate claim amendment proposed by Examiner. Inter office conference among attorneys. Telephone interview with Examiner on March 1 re allowance of application. | 671.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

April 9, 2007
Page:  7
Invoice:        87474

| | | | | |
|---|---|---|---|---|
| 03/01/07 | SPR | 2.00 | Study prior art references. Telephone conference with inventor on March 1. Inter office conference among attorneys. Telephone interview with Examiner on March 1. | 320.00 |
| 03/05/07 | SPR | 0.60 | Inter office conference among attorneys. Work on preparation of drawings. Work on preparation of amendment after Allowance. | 96.00 |
| 03/05/07 | KTG | 0.80 | Review Examiner's amendment and Notice of Allowance. Correspondence with Funke. Inter office conference among attorneys re drawings. | 244.00 |
| 03/22/07 | KTG | 0.30 | Review Notice of Allowance, drawings and specification correction requirements. Inter office conference among attorneys. | 91.50 |
| 03/29/07 | KTG | 0.50 | Review amendment. Inter office conference among attorneys. | 152.50 |
| 03/29/07 | SPR | 0.70 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 112.00 |

PROFESSIONAL SERVICES                                    1,687.00

| | | | |
|---|---|---|---|
| KTG | 3.80 | 305.00 | 1,159.00 |
| SPR | 3.30 | 160.00 | 528.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/07 | Copies | 1.70 |
| 03/06/07 | Cost of drawings | 20.00 |

TOTAL COSTS ADVANCED                                        21.70

MATTER TOTAL                                             1,708.70

(FEES BILLED      8,184.50  )
(EXPENSES BILLED    308.75  )

MATTER NUMBER – P547

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

April 9, 2007
Page:   8
Invoice:        87474

```
DP-312469
PN 7,191,047 / 03/13/07
```

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/19/07 | KTG | 0.80 | Study Office Action, cited art and foreign report. Study correspondence from McBain. Inter office conference among attorneys re response. | 244.00 |
| 03/19/07 | JSK | 1.90 | Study Office Action.   Study response prepared by foreign associate. | 465.50 |
| 03/20/07 | JSK | 0.90 | Study Office Action.   Study response prepared by foreign associate. | 220.50 |
| 03/22/07 | JSK | 2.20 | Study Office Action.   Work on preparation of letter to client re response to Office Action. | 539.00 |
| 03/23/07 | JSK | 3.70 | Work on preparation of response. | 906.50 |

| PROFESSIONAL SERVICES | | | | 2,375.50 |
|---|---|---|---|---|
| KTG | 0.80 | 305.00 | 244.00 | |
| JSK | 8.70 | 245.00 | 2,131.50 | |

MATTER TOTAL                                    2,375.50

(FEES BILLED      4,260.00  )
(EXPENSES BILLED   2,115.80  )

MATTER NUMBER - P570

```
DP-312913
S.N. 11/135,176
```

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 02/05/07 | KTG | 1.00 | Study Office Action and cited art. Work on preparation of response. | 305.00 |
| 02/12/07 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. Telephone conference with inventors on February 12. | 152.50 |

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI                                          April 9, 2007
                                                Page:  9
                                                Invoice:      87474

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/16/07 | KTG | 2.50 | Work on preparation of response to Office Action. | 762.50 |
| 03/21/07 | KTG | 1.80 | Work on preparation of amendment responsive to Office Action. Telephone conference with inventor on March 21. | 549.00 |
| 03/22/07 | KTG | 1.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Correspondence with Funke. | 305.00 |

PROFESSIONAL SERVICES                                     2,074.00

  KTG                    6.80    305.00     2,074.00

      COSTS ADVANCED

02/28/07      Copies                                  8.30
03/31/07      Postage                                 1.11

TOTAL COSTS ADVANCED                                      9.41

MATTER TOTAL                                          2,083.41

(FEES BILLED      4,812.50  )
(EXPENSES BILLED    243.18  )

                                          MATTER NUMBER - P573

    DP-313029
    S.N. 11/167,473

03/01/07 KTG  2.80  Evaluate Office Action and cited art. Work on      854.00
                    preparation of response.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

April 9, 2007
Page:  10
Invoice:        87474

| | | | | |
|---|---|---|---|---|
| 03/02/07 KTG | 1.50 | Work on preparation of amendment. Telephone conference with inventors on March 2. Telephone conference with Funke on March 2. Work on preparation of memorandum. | | 457.50 |
| 03/05/07 KTG | 1.70 | Completion and filing of amendment. Correspondence with Funke. | | 518.50 |

PROFESSIONAL SERVICES                                      1,830.00

KTG                    6.00    305.00    1,830.00

COSTS ADVANCED

03/31/07    Copies                                 1.20

TOTAL COSTS ADVANCED                                        1.20

MATTER TOTAL                                          1,831.20

(FEES BILLED        4,906.00  )
(EXPENSES BILLED      432.05  )

MATTER NUMBER – P574

DP-313480
S.N. 11/138,532

| | | | |
|---|---|---|---|
| 02/02/07 KTG | 1.50 | Study Office Action and cited art. Telephone conference with inventor on February 2. Work on preparation of response. | 457.50 |
| 03/15/07 KTG | 3.80 | Work on preparation of response to Office Action. | 1,159.00 |
| 03/19/07 KTG | 1.20 | Preparation and filing of amendment. Correspondence with Funke. | 366.00 |

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

April 9, 2007
Page:  11
Invoice:      87474

| PROFESSIONAL SERVICES | | | | 1,982.50 |
|---|---|---|---|---|
| KTG | 6.50 | 305.00 | 1,982.50 | |

COSTS ADVANCED

| 02/28/07 | Copies | 5.90 |
|---|---|---|
| 03/31/07 | Postage | 1.11 |

| TOTAL COSTS ADVANCED | 7.01 |
|---|---|

| MATTER TOTAL | 1,989.51 |
|---|---|

(FEES BILLED        7,212.00  )
(EXPENSES BILLED      447.01  )

MATTER NUMBER – P577

DP-313652
S.N. 11/150,997

| 03/06/07 KTG  1.50 | Evaluate prior art. Telephone conference with Funke on March 6. Preparation and filing of Information Disclosure Statement. Correspondence with Funke. | 457.50 |
|---|---|---|

| PROFESSIONAL SERVICES | | | | 457.50 |
|---|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 | |

| MATTER TOTAL | 457.50 |
|---|---|

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April 9, 2007
Page:  12
Invoice:        87474

(FEES BILLED      4,768.50  )
(EXPENSES BILLED    350.25  )

MATTER NUMBER - P588

DP-307520

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 02/13/07 | KTG | 1.00 | Study Office Action and cited reference. Work on preparation of response. | 305.00 |
| 02/14/07 | KTG | 1.20 | Telephone conference with inventor on February 14. Study Office Action. Preparation and forwarding report and recommendations to client. | 366.00 |
| 03/01/07 | KTG | 2.50 | Work on preparation of response to Office Action. Telephone conference with inventor on March 1. | 762.50 |
| 03/07/07 | KTG | 0.80 | Work on preparation of response. Correspondence with inventor. | 244.00 |
| 03/08/07 | KTG | 0.70 | Work on preparation of response to Office Action. Telephone conference with inventor on March 8. | 213.50 |
| 03/12/07 | KTG | 0.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Correspondence with Funke. | 213.50 |

PROFESSIONAL SERVICES                                        2,104.50

KTG              6.90      305.00      2,104.50

COSTS ADVANCED

02/28/07    Copies                                    4.70

TOTAL COSTS ADVANCED                                  4.70

MATTER TOTAL                                      2,109.20

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 9, 2007
Page:  13
Invoice:       87474

(FEES BILLED     7,272.50 )
(EXPENSES BILLED    38.25 )

MATTER NUMBER – P684

DP-315589

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/06/06 | JSK | 0.30 | Work on preparation of application. Correspondence with inventors. | 69.00 |
| 10/09/06 | JSK | 0.20 | Work on preparation of application. | 46.00 |
| 10/20/06 | JSK | 0.20 | Work on preparation of application. | 46.00 |
| 11/03/06 | JSK | 1.60 | Work on preparation of application. | 368.00 |
| 11/07/06 | KTG | 0.50 | Inter office conference among attorneys re patent application. Review application. | 145.00 |
| 11/14/06 | JSK | 0.40 | Work on preparation of application and submission of draft to inventors. | 92.00 |
| 11/16/06 | JSK | 0.40 | Work on preparation of application. | 92.00 |
| 11/21/06 | KTG | 0.50 | Review patent application. Inter office conference among attorneys. | 145.00 |
| 11/22/06 | JSK | 0.10 | Prepare and send finalized application with filing papers to client for filing. | 23.00 |
| 01/08/07 | JSK | 2.40 | Work on preparation of application. Correspondence with inventors. | 588.00 |
| 01/09/07 | JSK | 1.30 | Work on preparation of application. Correspondence with client re draft application. | 318.50 |
| 01/22/07 | JSK | 1.30 | Work on preparation of application. | 318.50 |
| 01/22/07 | KTG | 0.40 | Inter office conference among attorneys re review of patent application. | 122.00 |
| 01/23/07 | JSK | 0.30 | Work on preparation of application. | 73.50 |
| 01/29/07 | JSK | 0.40 | Work on preparation of application. | 98.00 |
| 02/06/07 | KTG | 0.50 | Inter office conference among attorneys re patent application. | 152.50 |
| 03/05/07 | JSK | 0.40 | Work on preparation of application.  Telephone conference with Ericson. | 98.00 |
| 03/22/07 | JSK | 2.60 | Work on preparation of application. | 637.00 |
| 03/23/07 | JSK | 1.70 | Work on preparation of application. | 416.50 |
| 03/28/07 | JSK | 3.90 | Work on preparation of application. | 955.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 9, 2007
Page:  14
Invoice:      87474

| | | | | |
|---|---|---|---|---|
| 03/29/07 JSK | 6.10 | Work on preparation of application. | | 1,494.50 |
| 03/30/07 JSK | 2.80 | Work on preparation of application. | | 686.00 |
| | | NOTE: Costs due to multiple disclosures and embodiments; Approved by Jimmy Funke. | | |

PROFESSIONAL SERVICES                                                6,984.50

| | | | |
|---|---|---|---|
| KTG | 0.90 | 305.00 | 274.50 |
| KTG | 1.00 | 290.00 | 290.00 |
| JSK | 23.20 | 245.00 | 5,684.00 |
| JSK | 3.20 | 230.00 | 736.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 12/31/06 | Copies | 6.70 |
| 12/20/06 | Express mail | 23.44 |
| 01/10/07 | Cost of drawings | 90.00 |
| 02/05/07 | Cost of drawings | 120.00 |

TOTAL COSTS ADVANCED                                 240.14

MATTER TOTAL                                         7,224.64

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P690

DP-315500

| | | | | |
|---|---|---|---|---|
| 11/20/06 KTG | 1.00 | Review invention disclosure. | | 290.00 |
| 12/28/06 SPR | 0.40 | Inter office conference among attorneys. Work on preparation of application. | | 64.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April 9, 2007
Page:   15
Invoice:        87474

| | | | | |
|---|---|---|---|---|
| 12/28/06 KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | | 203.00 |
| 01/03/07 SPR | 4.70 | Work on preparation of application. | | 752.00 |
| 01/08/07 SPR | 1.50 | Work on preparation of application. | | 240.00 |
| 01/23/07 SPR | 1.80 | Work on preparation of application. | | 288.00 |
| 01/25/07 SPR | 0.10 | Inter office conference among attorneys. | | 16.00 |
| 01/26/07 SPR | 1.60 | Work on preparation of application. | | 256.00 |
| 01/29/07 SPR | 0.20 | Work on preparation of email to inventor. | | 32.00 |
| 01/31/07 SPR | 0.40 | Telephone conference with inventors on January 31. Work on preparation of application. | | 64.00 |
| 02/09/07 SPR | 4.20 | Work on preparation of application. Work on preparation of drawings. | | 672.00 |
| 02/11/07 SPR | 3.00 | Work on preparation of application. | | 480.00 |
| 02/12/07 SPR | 0.20 | Inter office conference among attorneys. Work on preparation of application. | | 32.00 |
| 02/12/07 KTG | 2.20 | Work on preparation of application. Review draft application. Inter office conference among attorneys. | | 671.00 |
| 02/13/07 SPR | 4.70 | Work on preparation of application and submission of draft to client. | | 752.00 |
| 02/19/07 SPR | 0.30 | Telephone conference with inventor on February 19. | | 48.00 |
| 02/26/07 SPR | 3.00 | Study correspondence from inventor. Correspondence with inventor. Telephone conference with inventor on February 26. | | 480.00 |
| 03/02/07 SPR | 0.70 | Work on preparation of application and submission of draft to client. | | 112.00 |
| 03/07/07 SPR | 0.80 | Telephone conference with inventor on March 7. | | 128.00 |
| 03/08/07 SPR | 1.10 | Work on preparation of application. Inter office conference among attorneys. Work on preparation of drawings. Telephone conference with inventor on March 8. | | 176.00 |
| 03/09/07 SPR | 0.60 | Telephone conference with inventor on March 9. | | 96.00 |
| 03/19/07 SPR | 0.30 | Work on preparation of application. Work on preparation of drawings. | | 48.00 |
| 03/20/07 SPR | 0.20 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Jimmy Funke. | | 32.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

April 9, 2007
Page:   16
Invoice:          87474

PROFESSIONAL SERVICES                                        5,932.00

| | | | |
|---|---|---|---|
| KTG | 2.20 | 305.00 | 671.00 |
| KTG | 1.70 | 290.00 | 493.00 |
| SPR | 29.80 | 160.00 | 4,768.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/06 | Copies | 5.90 |
| 03/21/07 | Express mail | 11.01 |
| 02/05/07 | Cost of drawings | 70.00 |

TOTAL COSTS ADVANCED                                           86.91

MATTER TOTAL                                                6,018.91

(FEES BILLED                    )
(EXPENSES BILLED                )

                                           MATTER NUMBER – P693

DP-315366

| | | | |
|---|---|---|---|
| 11/20/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 01/31/07 SPR | 0.50 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of email to inventor. | 80.00 |
| 02/01/07 SPR | 0.20 | Work on preparation of emails to inventor. | 32.00 |
| 02/01/07 KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | 213.50 |
| 02/05/07 SPR | 0.60 | Telephone conference with inventor on February 5. | 96.00 |
| 02/06/07 SPR | 1.60 | Work on preparation of application. Work on preparation of drawings. | 256.00 |
| 02/07/07 SPR | 1.40 | Work on preparation of application. | 224.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 9, 2007
Page:  17
Invoice:        87474

| Date | Staff | Hours | Description | Amount |
|---|---|---|---|---|
| 02/16/07 | SPR | 2.30 | Work on preparation of application. Work on preparation of drawings. | 368.00 |
| 02/17/07 | SPR | 0.80 | Work on preparation of application. Work on preparation of drawings. | 128.00 |
| 02/26/07 | SPR | 1.50 | Work on preparation of application. | 240.00 |
| 02/27/07 | SPR | 0.70 | Work on preparation of application. | 112.00 |
| 03/06/07 | SPR | 2.50 | Work on preparation of application. | 400.00 |
| 03/08/07 | SPR | 3.00 | Work on preparation of application. | 480.00 |
| 03/09/07 | SPR | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 320.00 |
| 03/09/07 | KTG | 2.20 | Review application.   Inter office conference among attorneys. | 671.00 |
| 03/10/07 | SPR | 1.50 | Work on preparation of application. | 240.00 |
| 03/16/07 | SPR | 0.20 | Work on preparation of application and submission of draft to client. | 32.00 |
| 03/16/07 | KTG | 0.50 | Review application. | 152.50 |
| 03/19/07 | SPR | 1.50 | Study correspondence from inventor. Work on preparation of application. | 240.00 |
| 03/20/07 | SPR | 0.90 | Work on preparation of application. Work on preparation of drawings. | 144.00 |
| 03/22/07 | SPR | 2.50 | Work on preparation of drawings. Prepare and send finalized application with filing papers to client for filing. | 400.00 |

PROFESSIONAL SERVICES                                    5,119.00

| | | | |
|---|---|---|---|
| KTG | 3.40 | 305.00 | 1,037.00 |
| KTG | 1.00 | 290.00 | 290.00 |
| SPR | 23.70 | 160.00 | 3,792.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/06 | Copies | 4.70 |
| 02/26/07 | Cost of drawings | 45.00 |

TOTAL COSTS ADVANCED                                      49.70

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

April 9, 2007
Page:   18
Invoice:        87474

MATTER TOTAL                                                    5,168.70

(FEES BILLED                          )
(EXPENSES BILLED                      )

MATTER NUMBER - P697

SN 11/075,063

| | | | | |
|---|---|---|---|---|
| 01/22/07 | KTG | 0.80 | Study correspondence from Hales. Study Office Action, prior art and application for response. | 244.00 |
| 01/25/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 01/26/07 | SPR | 0.90 | Work on preparation of response. | 144.00 |
| 01/29/07 | SPR | 3.10 | Work on preparation of response. | 496.00 |
| 03/23/07 | SPR | 3.00 | Work on preparation of response. | 480.00 |
| 03/26/07 | SPR | 1.00 | Correspondence with inventor. Telephone conference with inventor on March 26. | 160.00 |
| 03/27/07 | SPR | 1.80 | Work on preparation of response. Telephone conference with inventor on March 27. | 288.00 |
| 03/28/07 | SPR | 1.90 | Work on preparation of response. | 304.00 |
| 03/29/07 | SPR | 0.60 | Work on preparation of response. Inter office conference among attorneys. | 96.00 |
| 03/30/07 | SPR | 0.40 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. NOTE: Costs due to taking over prosecution from another firm; approved by Jimmy Funke. | 64.00 |
| 03/30/07 | KTG | 0.70 | Review response to Office Action. Inter office conference among attorneys. | 213.50 |

PROFESSIONAL SERVICES                                          2,505.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 12.80 | 160.00 | 2,048.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 9, 2007
Page:  19
Invoice:      87474

COSTS ADVANCED

| | | |
|---|---|---:|
| 01/31/07 | Copies | 6.10 |
| 03/31/07 | Postage | 1.35 |
| 03/30/07 | Additional claims fee | 100.00 |

TOTAL COSTS ADVANCED                                    107.45

MATTER TOTAL                                          2,612.95

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER – P698

DP-309385

| | | | | |
|---|---|---|---|---:|
| 01/24/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys re response. | 244.00 |
| 01/30/07 | KTG | 0.50 | Evaluate patent applications claims, prior art and Office Action. Inter office conference among attorneys re response. | 152.50 |
| 01/30/07 | SPR | 2.30 | Work on preparation of response. Inter office conference among attorneys. | 368.00 |
| 01/31/07 | SPR | 0.20 | Correspondence with client. Work on preparation of email to inventor. | 32.00 |
| 02/07/07 | SPR | 0.60 | Telephone conference with inventor on February 7. | 96.00 |
| 02/08/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 02/13/07 | SPR | 1.70 | Inter office conference among attorneys. Correspondence with inventor. Work on preparation of response. | 272.00 |
| 02/16/07 | SPR | 0.90 | Work on preparation of response. | 144.00 |
| 02/19/07 | SPR | 0.10 | Study correspondence from inventor. Work on preparation of response. | 16.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 9, 2007
Page:  20
Invoice:      87474

| Date | | | Description | Amount |
|------|---|---|---|---|
| 03/09/07 | SPR | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 80.00 |
| 03/09/07 | KTG | 1.50 | Work on preparation of response. | 457.50 |
| 03/12/07 | SPR | 0.30 | Work on preparation of response. Correspondence with inventor. Study correspondence from inventor. | 48.00 |
| 03/23/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                            2,086.00

| | | | | |
|---|---|---|---|---|
| KTG | 2.80 | 305.00 | 854.00 | |
| SPR | 7.70 | 160.00 | 1,232.00 | |

COSTS ADVANCED

01/31/07   Copies                                              4.30

TOTAL COSTS ADVANCED                                           4.30

MATTER TOTAL                                               2,090.30

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P699

DP-308276
SN 10/379.755

| Date | | | Description | Amount |
|------|---|---|---|---|
| 02/01/07 | SPR | 1.60 | Inter office conference among attorneys. Work on preparation of response. | 256.00 |

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

April 9, 2007
Page: 21
Invoice:        87474

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 02/01/07 | KTG | 1.00 | Study Office Action, cited art and patent application. Evaluate for response. Inter office conference among attorneys. | 305.00 |
| 02/02/07 | SPR | 3.10 | Work on preparation of response. | 496.00 |
| 02/14/07 | SPR | 1.10 | Work on preparation of response. | 176.00 |
| 02/15/07 | SPR | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 80.00 |
| 02/16/07 | SPR | 0.30 | Inter office conference among attorneys. Correspondence with inventor. | 48.00 |
| 02/16/07 | KTG | 1.30 | Work on preparation of response. Inter office conference among attorneys. | 396.50 |
| 02/19/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 02/21/07 | SPR | 0.60 | Work on preparation of response. Telephone conference with inventor on February 21. | 96.00 |
| 02/23/07 | SPR | 1.50 | Telephone conference with inventor on February 23. | 240.00 |
| 03/06/07 | SPR | 1.50 | Work on preparation of response. Inter office conference among attorneys. | 240.00 |
| 03/06/07 | KTG | 0.50 | Review response to Office Action. Inter office conference among attorneys. | 152.50 |
| 03/07/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. NOTE: Costs due to taking over from another firm; Approved by Jimmy Funke. | 16.00 |

PROFESSIONAL SERVICES                              2,518.00

| | | | | |
|---|---|---|---|---|
| KTG | | 2.80 | 305.00 | 854.00 |
| SPR | | 10.40 | 160.00 | 1,664.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/07 | Copies | 5.10 |
| 03/31/07 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                   6.21

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

April 9, 2007
Page:  22
Invoice:        87474

MATTER TOTAL                                        2,524.21

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P700

DP-311858
SN 10/935,022

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/07 | Copies | 2.90 |
| 03/08/07 | Additional claims fee | 200.00 |

TOTAL COSTS ADVANCED                                202.90

MATTER TOTAL                                        202.90

(FEES BILLED        1,731.00  )
(EXPENSES BILLED        0.00  )

MATTER NUMBER - P703

DP-316076

| | | | |
|---|---|---|---|
| 02/05/07 KTG | 1.00 | Review invention disclosure. | 305.00 |
| 02/06/07 KTG | 1.00 | Review invention disclosure. | 305.00 |
| 02/15/07 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys re application. | 152.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX                 616-957-8196

DELPHI

April 9, 2007
Page:  23
Invoice:        87474

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 02/15/07 | SPR | 0.30 | Inter office conference among attorneys. Correspondence with inventor. | 48.00 |
| 02/16/07 | SPR | 1.80 | Work on preparation of application. | 288.00 |
| 02/20/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 03/01/07 | SPR | 1.60 | Work on preparation of application. | 256.00 |
| 03/02/07 | SPR | 2.50 | Work on preparation of application. Work on preparation of drawings. | 400.00 |
| 03/05/07 | SPR | 1.80 | Work on preparation of application. Work on preparation of drawings. | 288.00 |
| 03/06/07 | SPR | 1.20 | Work on preparation of application. | 192.00 |
| 03/07/07 | SPR | 1.70 | Work on preparation of application. Correspondence with inventor. | 272.00 |
| 03/12/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 03/19/07 | SPR | 1.60 | Work on preparation of application. | 256.00 |
| 03/20/07 | SPR | 2.40 | Work on preparation of application. | 384.00 |
| 03/21/07 | SPR | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 320.00 |
| 03/21/07 | KTG | 1.70 | Work on preparation of application. Inter office conference among attorneys. | 518.50 |
| 03/22/07 | SPR | 2.40 | Inter office conference among attorneys. Correspondence with inventor. Work on preparation of application and submission of draft to client. | 384.00 |
| 03/26/07 | SPR | 1.50 | Correspondence with inventor. Telephone conference with inventor on March 26. | 240.00 |
| 03/27/07 | SPR | 0.80 | Work on preparation of application. Study correspondence from inventor. | 128.00 |
| 03/29/07 | SPR | 1.00 | Work on preparation of drawings. Prepare and send finalized application with filing papers to client for filing. | 160.00 |

| PROFESSIONAL SERVICES | | | | 5,073.00 |
|---|---|---|---|---|
| KTG | | 4.20 | 305.00 | 1,281.00 |
| SPR | | 23.70 | 160.00 | 3,792.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

April 9, 2007
Page:   24
Invoice:       87474

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/07 | Copies | 5.40 |
| 03/06/07 | Cost of drawings | 115.00 |

TOTAL COSTS ADVANCED                                    120.40

MATTER TOTAL                                          5,193.40

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P716

DP-313556

| | | | | |
|---|---|---|---|---|
| 03/16/07 | KTG | 0.50 | Study Office Action. Correspondence with client. Inter office conference among attorneys re response. | 152.50 |
| 03/19/07 | KTG | 0.80 | Work on preparation of response. | 244.00 |
| 03/19/07 | JDD | 0.30 | Work on preparation of response. | 27.00 |
| 03/20/07 | JDD | 1.20 | Work on preparation of response. | 108.00 |
| 03/21/07 | JDD | 1.00 | Review response. | 90.00 |
| 03/21/07 | KTG | 0.70 | Work on preparation of response to Office Action. Correspondence with Funke. | 213.50 |
| 03/22/07 | KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Correspondence with Funke. | 152.50 |

PROFESSIONAL SERVICES                                   987.50

| | | | |
|---|---|---|---|
| KTG | 2.50 | 305.00 | 762.50 |
| JDD | 2.50 | 90.00 | 225.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

April 9, 2007
Page:  25
Invoice:      87474

MATTER TOTAL                                         987.50

(FEES BILLED                )
(EXPENSES BILLED            )

CLIENT TOTAL                                      48,580.17
INVOICE TOTAL                                     48,580.17

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 7, 2007
Page:  3
Invoice:        87917

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 30, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

COSTS ADVANCED

04/18/07    Express mail                                    249.41

TOTAL COSTS ADVANCED                                        249.41

MATTER TOTAL                                                249.41

(FEES BILLED       3,990.00  )
(EXPENSES BILLED   1,195.69  )

MATTER NUMBER - A317

DP-314569

04/12/07 KTG  1.50  Telephone conference with Funke on April 12 re      457.50
                    agreement with DuPont and ViaSystems. Evaluate
                    correspondence and agreement.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI                                          May 7, 2007
                                                Page:   4
                                                Invoice:      87917

| | | | | |
|---|---|---|---|---|
| 04/13/07 KTG | 3.00 | Evaluate joint development agreement with Dupont and ViaSystems. Telephone conference with Funke and Delphi inventors on April 13 re inventorship and ownership and filing of one or more patent applications. | | 915.00 |
| 04/16/07 KTG | 0.50 | Evaluate patent application and agreement with DuPont and ViaSystems. Work on preparation of memorandum. | | 152.50 |
| 04/17/07 KTG | 0.60 | Evaluate agreement with DuPont and ViaSystems. Telephone conference with Funke on April 17. | | 183.00 |

PROFESSIONAL SERVICES                                    1,708.00

KTG                    5.60    305.00    1,708.00

MATTER TOTAL                                             1,708.00

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P425

DP-308307
SN 10/420,376

| | | | |
|---|---|---|---|
| 03/05/07 SPR | 4.00 | Work on preparation of appeal brief. | 640.00 |
| 04/05/07 SPR | 0.30 | Inter office conference among attorneys. Telephone conference with Examiner on April 5. | 48.00 |
| 04/05/07 SPR | 3.20 | Work on preparation of appeal brief. | 512.00 |
| 04/11/07 SPR | 0.90 | Work on preparation of appeal brief. | 144.00 |
| 04/12/07 SPR | 1.00 | Work on preparation of appeal brief. | 160.00 |
| 04/16/07 SPR | 1.30 | Work on preparation of appeal brief. Inter office conference among attorneys. | 208.00 |
| 04/16/07 KTG | 1.50 | Work on preparation of appeal brief. Inter office conference among attorneys. | 457.50 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  5
Invoice:      87917

| Date | | | Description | Amount |
|------|---|---|-------------|--------|
| 04/18/07 SPR | 0.20 | | Completion and filing of appeal brief. Correspondence with Funke. | 32.00 |

PROFESSIONAL SERVICES                                    2,201.50

| | | | | |
|---|---|---|---|---|
| KTG | | 1.50 | 305.00 | 457.50 |
| SPR | | 10.90 | 160.00 | 1,744.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/07 | Copies | 9.10 |
| 04/30/07 | Postage | 1.59 |
| 04/18/07 | Appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                     510.69

MATTER TOTAL                                             2,712.19

(FEES BILLED      11,553.00 )
(EXPENSES BILLED     745.98 )

MATTER NUMBER - P443

DP-309714
S.N. 10/601,152

| Date | | | Description | Amount |
|------|---|---|-------------|--------|
| 02/20/07 KTG | 1.00 | | Study Office Action and cited art. Work on preparation of report and recommendations. | 305.00 |
| 02/26/07 KTG | 0.50 | | Study Office Action. Preparation and forwarding report and recommendations to client. | 152.50 |
| 04/17/07 KTG | 1.80 | | Work on preparation of response to Office Action. Telephone conference with inventor and Funke on April 17 re decision to abandon. | 549.00 |

PROFESSIONAL SERVICES                                    1,006.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May 7, 2007
Page:   6
Invoice:      87917

| | | | | |
|---|---|---|---|---|
| KTG | 3.30 | 305.00 | 1,006.50 | |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 02/28/07 | Copies | | 8.20 |

TOTAL COSTS ADVANCED                                    8.20

MATTER TOTAL                                      1,014.70

(FEES BILLED        6,685.00 )
(EXPENSES BILLED      280.25 )

MATTER NUMBER - P444

DP-309594
S.N. 10/463,733

| | | | | |
|---|---|---|---|---|
| 02/05/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 02/05/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 02/09/07 | SPR | 3.40 | Work on preparation of response. | 544.00 |
| 02/16/07 | SPR | 0.50 | Work on preparation of response. Correspondence with inventor. | 80.00 |
| 02/20/07 | SPR | 0.60 | Telephone conference with inventor on February 20. Correspondence with inventor. | 96.00 |
| 02/21/07 | SPR | 0.40 | Work on preparation of response. Telephone conference with inventor on February 21. | 64.00 |
| 02/23/07 | SPR | 0.80 | Telephone conference with inventors on February 23. | 128.00 |
| 02/27/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 02/28/07 | SPR | 1.10 | Work on preparation of response. | 176.00 |
| 04/03/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 04/05/07 | SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

May 7, 2007
Page:   7
Invoice:      87917

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/06/07 | SPR | 0.20 | Inter office conference among attorneys. Work on preparation of response. | 32.00 |
| 04/06/07 | KTG | 0.70 | Review amendment. Inter office conference among attorneys. | 213.50 |
| 04/11/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                          1,881.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 8.90 | 160.00 | 1,424.00 |

COSTS ADVANCED

02/28/07   Copies                                    12.00

TOTAL COSTS ADVANCED                                 12.00

MATTER TOTAL                                      1,893.50

(FEES BILLED        4,851.50  )
(EXPENSES BILLED      276.90  )

MATTER NUMBER - P468

DP-308423
S.N. 10/722,706

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/04/07 | KTG | 0.80 | Review appeal brief non-compliance of summary. Work on preparation of response. | 244.00 |
| 04/06/07 | KTG | 0.80 | Work on preparation of appeal brief. | 244.00 |
| 04/10/07 | KTG | 0.60 | Preparation and filing of replacement summary to appeal brief. Correspondence with Funke. | 183.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May 7, 2007
Page:  8
Invoice:        87917

PROFESSIONAL SERVICES                                          671.00

KTG                    2.20    305.00        671.00

MATTER TOTAL                                                   671.00

(FEES BILLED      16,336.50 )
(EXPENSES BILLED   1,625.31 )

MATTER NUMBER – P548

DP-312793
S.N. 11/205,884

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 04/20/07 | KTG | 0.50 | Study Office Action. Inter office conference among attorneys. | 152.50 |
| 04/23/07 | SPR | 0.20 | Inter office conference among attorneys. | 32.00 |
| 04/24/07 | SPR | 1.50 | Work on preparation of response. Correspondence with inventor. Telephone conference with inventor on April 24. Inter office conference among attorneys. Work on preparation of letter to Funke. | 240.00 |
| 04/27/07 | SPR | 0.10 | Work on preparation of response. | 16.00 |
| 04/30/07 | SPR | 0.20 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |
| 04/30/07 | KTG | 0.40 | Review response to Office Action. Inter office conference among attorneys. | 122.00 |

PROFESSIONAL SERVICES                                          594.50

KTG                    0.90    305.00        274.50
SPR                    2.00    160.00        320.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  9
Invoice:      87917

COSTS ADVANCED

04/30/07   Copies                                         1.20

TOTAL COSTS ADVANCED                                      1.20

MATTER TOTAL                                            595.70

(FEES BILLED        5,226.50 )
(EXPENSES BILLED      187.79 )

MATTER NUMBER - P567

DP-312914
S.N. 11/123,421

| | | | | |
|---|---|---|---|---:|
| 02/05/07 | KTG | 1.00 | Study Office Action and cited art. Work on preparation of response. | 305.00 |
| 02/12/07 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. Telephone conference with inventors on February 12. | 152.50 |
| 03/28/07 | KTG | 1.00 | Work on preparation of response to Office Action. Telephone conference with inventors on March 28. | 305.00 |
| 03/31/07 | KTG | 1.50 | Work on preparation of response to Office Action. | 457.50 |
| 04/04/07 | KTG | 1.70 | Study Office Action and references. Preparation and filing of response. Correspondence with Funke. | 518.50 |

PROFESSIONAL SERVICES                                  1,738.50

KTG                 5.70    305.00    1,738.50

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 7, 2007
Page:  10
Invoice:      87917

COSTS ADVANCED

| | | |
|---|---|---|
| 02/28/07 | Copies | 10.50 |

TOTAL COSTS ADVANCED                                            10.50

MATTER TOTAL                                              1,749.00

(FEES BILLED      4,675.00 )
(EXPENSES BILLED    355.00 )

MATTER NUMBER – P574

DP-313480
S.N. 11/138,532

| | | | | |
|---|---|---|---|---|
| 04/11/07 | KTG | 0.50 | Telephone conference with Fekete on April 11 re Office Action. Review file, claims and art. | 152.50 |
| 04/17/07 | KTG | 0.70 | Evaluate action for appeal. Telephone conference with Fekete on April 17. Preparation and filing notice of appeal. Correspondence with Fekete. | 213.50 |

PROFESSIONAL SERVICES                                        366.00

KTG                    1.20    305.00       366.00

COSTS ADVANCED

| | | |
|---|---|---|
| 04/30/07 | Copies | 9.50 |
| 04/18/07 | Notice of appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                          509.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  11
Invoice:      87917

MATTER TOTAL                                          875.50

(FEES BILLED     9,194.50 )
(EXPENSES BILLED   454.02 )

MATTER NUMBER - P669

DP-311321

04/26/07 KTG  0.80  Review Office Action and cited art. Inter office      244.00
                    conference among attorneys.
04/27/07 GJE  4.00  Work on preparation of amendment.                   1,240.00

PROFESSIONAL SERVICES                                               1,484.00
  GJE                  4.00    310.00    1,240.00
  KTG                  0.80    305.00      244.00

  COSTS ADVANCED
04/30/07   Copies                                      3.20

TOTAL COSTS ADVANCED                                       3.20

MATTER TOTAL                                            1,487.20

(FEES BILLED     3,209.50 )
(EXPENSES BILLED   457.70 )

MATTER NUMBER - P677

DP-314863

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  12
Invoice:      87917

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 10/03/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 01/03/07 | KTG | 0.70 | Review invention disclosure. | 213.50 |
| 01/03/07 | SPR | 1.00 | Inter office conference among attorneys. Work on preparation of application. | 160.00 |
| 01/04/07 | SPR | 4.20 | Telephone conference with inventor on January 4. Work on preparation of application. | 672.00 |
| 01/05/07 | SPR | 2.60 | Work on preparation of application. | 416.00 |
| 01/08/07 | SPR | 0.50 | Telephone conference with inventor on January 8. Work on preparation of application. | 80.00 |
| 01/12/07 | SPR | 1.20 | Work on preparation of application. Work on preparation of drawings. | 192.00 |
| 01/16/07 | SPR | 2.40 | Work on preparation of application. Work on preparation of drawings. | 384.00 |
| 01/19/07 | SPR | 1.90 | Work on preparation of application. | 304.00 |
| 01/22/07 | SPR | 1.10 | Work on preparation of application. Work on preparation of drawings. Inter office conference among attorneys. | 176.00 |
| 01/24/07 | SPR | 1.70 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of drawings. | 272.00 |
| 01/24/07 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 610.00 |
| 01/26/07 | SPR | 3.40 | Work on preparation of application and submission of draft to client. | 544.00 |
| 01/31/07 | SPR | 3.00 | Work on preparation of application. | 480.00 |
| 02/15/07 | SPR | 0.10 | Telephone conference with inventor on February 15. | 16.00 |
| 02/20/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 02/22/07 | SPR | 0.10 | Telephone conference with inventor on February 22. | 16.00 |
| 03/19/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/21/07 | SPR | 0.10 | Telephone conference with Burns on March 21. | 16.00 |
| 04/04/07 | SPR | 0.10 | Telephone conference with inventor on April 4. | 16.00 |
| 04/18/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 04/24/07 | SPR | 0.30 | Inter office conference among attorneys. Telephone conference with Burns on April 24. | 48.00 |
| 04/25/07 | SPR | 0.20 | Telephone conference with Burns on April 25. | 32.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 7, 2007
Page:  13
Invoice:        87917

PROFESSIONAL SERVICES                                          4,985.50

| | | | |
|---|---|---|---|
| KTG | 2.70 | 305.00 | 823.50 |
| KTG | 1.00 | 290.00 | 290.00 |
| SPR | 24.20 | 160.00 | 3,872.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/06 | Copies | 2.10 |
| 02/21/07 | Express mail | 39.36 |
| 01/18/07 | Cost of drawings | 135.00 |
| 02/05/07 | Cost of drawings | 45.00 |
| 04/03/07 | Cost of drawings | 120.00 |

TOTAL COSTS ADVANCED                                             341.46

MATTER TOTAL                                                   5,326.96

(FEES BILLED               )

(EXPENSES BILLED           )

MATTER NUMBER - P689

DP-310378

| | | | | |
|---|---|---|---|---|
| 02/12/07 | KTG | 0.80 | Study correspondence and Office Action. Inter office conference among attorneys. | 244.00 |
| 04/05/07 | MPD | 0.80 | Work on preparation of response. | 192.00 |
| 04/19/07 | MPD | 1.50 | Work on preparation of response. | 360.00 |
| 04/30/07 | MPD | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 120.00 |
| 04/30/07 | KTG | 0.50 | Review resopnse to Office Action. | 152.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                   616-957-8196

DELPHI

May 7, 2007
Page:  14
Invoice:        87917

PROFESSIONAL SERVICES                                          1,068.50

| | | | |
|---|---|---|---|
| KTG | 1.30 | 305.00 | 396.50 |
| MPD | 2.80 | 240.00 | 672.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 04/30/07 | Copies | 1.60 |
| 04/18/07 | Express mail | 10.81 |

TOTAL COSTS ADVANCED                                              12.41

MATTER TOTAL                                                  1,080.91

(FEES BILLED        1,538.00 )
(EXPENSES BILLED     403.31 )

MATTER NUMBER - P692

DP-315691

| | | | | |
|---|---|---|---|---|
| 11/20/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 01/31/07 | SPR | 0.70 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of email to inventor. | 112.00 |
| 02/01/07 | SPR | 0.10 | Work on preparation of emails to inventor. | 16.00 |
| 02/01/07 | KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | 213.50 |
| 02/06/07 | SPR | 1.00 | Telephone conference with inventor on February 6. Work on preparation of application. Correspondence with inventor. | 160.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

May 7, 2007
Page:   15
Invoice:       87917

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 02/14/07 | SPR | 2.00 | Study correspondence from inventor. Work on preparation of application. Correspondence with inventor. | 320.00 |
| 02/15/07 | SPR | 0.40 | Study correspondence from inventor. | 64.00 |
| 02/22/07 | SPR | 2.00 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 320.00 |
| 02/23/07 | SPR | 2.00 | Work on preparation of application. Correspondence with inventor. | 320.00 |
| 03/08/07 | SPR | 1.40 | Work on preparation of application. Work on preparation of drawings. | 224.00 |
| 03/09/07 | SPR | 3.80 | Work on preparation of application. | 608.00 |
| 03/12/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 03/19/07 | SPR | 0.60 | Work on preparation of application. Work on preparation of drawings. Inter office conference among attorneys. | 96.00 |
| 03/20/07 | SPR | 1.40 | Work on preparation of drawings. Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 224.00 |
| 03/20/07 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 610.00 |
| 04/03/07 | SPR | 1.80 | Study correspondence from inventor. Work on preparation of application. Correspondence with inventor. | 288.00 |
| 04/04/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 04/06/07 | SPR | 0.10 | Telephone conference with inventor on April 6. | 16.00 |
| 04/10/07 | SPR | 3.00 | Telephone conference with inventor on April 10. Inter office conference among attorneys. Work on preparation of application. Correspondence with inventor. | 480.00 |
| 04/18/07 | SPR | 3.20 | Study correspondence from inventor. Work on preparation of application. | 512.00 |
| 04/19/07 | SPR | 0.10 | Correspondence with Hales re application for filing. | 16.00 |

PROFESSIONAL SERVICES                                          5,129.50

KTG                    2.70      305.00        823.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

May 7, 2007
Page:  16
Invoice:      87917

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| SPR | 25.10 | 160.00 | 4,016.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/06 | Copies | 6.20 |
| 04/18/07 | Express mail | 10.81 |
| 03/28/07 | Cost of drawings | 100.00 |

TOTAL COSTS ADVANCED                                    117.01

MATTER TOTAL                                          5,246.51

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P701

DP-309678
SN 11/098.143

| | | | | |
|---|---|---|---|---|
| 02/01/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 02/01/07 | KTG | 1.00 | Study Office Action, cited art and patent application. Evaluate for response. Inter office conference among attorneys. | 305.00 |
| 02/05/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 02/09/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 02/12/07 | SPR | 2.70 | Inter office conference among attorneys. Work on preparation of response. Telephone conference with inventor on February 12. | 432.00 |
| 02/13/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 02/14/07 | SPR | 2.60 | Work on preparation of response. | 416.00 |
| 02/15/07 | SPR | 3.10 | Work on preparation of response. Correspondence with inventor. | 496.00 |

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

May 7, 2007
Page:  17
Invoice:      87917

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 02/19/07 | SPR | 1.00 | Telephone conference with inventor on February 19. Work on preparation of application. | 160.00 |
| 02/20/07 | SPR | 0.40 | Study correspondence from inventor. Correspondence with inventor. | 64.00 |
| 02/22/07 | SPR | 0.20 | Telephone conference with inventor on February 22. Study correspondence from inventor. | 32.00 |
| 02/23/07 | SPR | 0.10 | Telephone conference with inventor on February 23. | 16.00 |
| 02/27/07 | SPR | 0.30 | Study correspondence from inventor. Correspondence with inventor. | 48.00 |
| 02/28/07 | SPR | 0.40 | Study prior art references. | 64.00 |
| 03/01/07 | SPR | 1.60 | Inter office conference among attorneys. Telephone conference with inventor on March 1. | 256.00 |
| 03/22/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 04/02/07 | SPR | 1.30 | Work on preparation of response. | 208.00 |
| 04/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 04/04/07 | SPR | 0.20 | Inter office conference among attorneys. | 32.00 |
| 04/06/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 04/09/07 | SPR | 2.60 | Work on preparation of response. Inter office conference among attorneys. | 416.00 |
| 04/11/07 | SPR | 4.50 | Work on preparation of response. | 720.00 |
| 04/12/07 | SPR | 0.40 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. NOTE: Costs due to multiple embodiments in jumbo application reassigned to Price, Heneveld approved by Jimmy Funke. | 64.00 |
| 04/12/07 | KTG | 1.00 | Review response to Office Action. Inter office conference among attorneys. | 305.00 |

PROFESSIONAL SERVICES                                    4,274.00

| | | | |
|------|------|------|------|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 22.90 | 160.00 | 3,664.00 |

COSTS ADVANCED

| | | | |
|------|------|------|------|
| 02/28/07 | Copies | | 12.70 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 7, 2007
Page:  18
Invoice:        87917

TOTAL COSTS ADVANCED                                           12.70

MATTER TOTAL                                                4,286.70

(FEES BILLED                        )
(EXPENSES BILLED                    )

MATTER NUMBER - P702

DP-316047

| | | | | |
|---|---|---|---|---:|
| 02/05/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 03/09/07 | KTG | 1.30 | Work on preparation of application. | 396.50 |
| 03/26/07 | KTG | 1.00 | Work on preparation of application. Telephone conference with inventor on March 26. Work on preparation of drawings. | 305.00 |
| 04/06/07 | KTG | 1.20 | Work on preparation of application. | 366.00 |
| 04/12/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 04/15/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 04/16/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 04/17/07 | KTG | 1.00 | Work on preparation of application. | 305.00 |
| 04/18/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 04/19/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 04/20/07 | KTG | 2.50 | Work on preparation of application and submission of draft to inventor. | 762.50 |
| 04/24/07 | KTG | 0.70 | Work on preparation of foreign claims and abstract and send application to Singapore counsel to obtain foreign filing license. | 213.50 |

PROFESSIONAL SERVICES                                       5,246.00

KTG              17.20     305.00     5,246.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

May 7, 2007
Page:  19
Invoice:      87917

COSTS ADVANCED

| | | |
|---|---|---:|
| 02/28/07 | Copies | 7.10 |
| 04/18/07 | Express mail | 10.81 |
| 04/30/07 | Cost of drawings | 225.00 |
| 0▒▒/07 | Foreign associate fee | 276.14 |
| T▒▒▒ ▒▒STS ADVANCED | | 519.05 |

MATTER TOTAL                                         5,765.05

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P708

DP-309659
SN 10/700.208

| | | | | |
|---|---|---|---|---:|
| 02/15/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 02/15/07 | KTG | 1.00 | Study Office Action, cited art, correspondence from Funke and patent application. Inter office conference among attorneys re response. | 305.00 |
| 02/16/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 02/20/07 | SPR | 1.40 | Work on preparation of response. Correspondence with inventor. | 224.00 |
| 02/21/07 | SPR | 1.50 | Work on preparation of response. Correspondence with inventor. | 240.00 |
| 02/23/07 | SPR | 0.50 | Telephone conference with inventor on February 23. | 80.00 |
| 02/28/07 | SPR | 2.10 | Study prior art references. Work on preparation of response. | 336.00 |
| 04/04/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 04/05/07 | SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  20
Invoice:       87917

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/06/07 | SPR | 1.20 | Inter office conference among attorneys. Work on preparation of response. | 192.00 |
| 04/06/07 | KTG | 0.80 | Review amendment. Inter office conference among attorneys. | 244.00 |
| 04/13/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                     1,941.00

| | | | | |
|---|---|---|---|---|
| KTG | 1.80 | 305.00 | 549.00 | |
| SPR | 8.70 | 160.00 | 1,392.00 | |

COSTS ADVANCED

| Date | | | |
|---|---|---|---|
| 02/28/07 | Copies | | 4.80 |

TOTAL COSTS ADVANCED                                          4.80

MATTER TOTAL                                             1,945.80

(FEES BILLED                )

(EXPENSES BILLED            )

MATTER NUMBER - P709

DP-312711
SN 11/093.537

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 03/07/07 | KTG | 1.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 457.50 |
| 04/22/07 | KTG | 0.50 | Review application and Office Action for response. | 152.50 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  21
Invoice:      87917

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 04/23/07 | SPR | 3.80 | Inter office conference among attorneys. Work on preparation of response. Correspondence with inventor. Study filed application. | 608.00 |
| 04/24/07 | SPR | 3.10 | Work on preparation of response. Telephone conference with inventor on April 24. | 496.00 |
| 04/25/07 | SPR | 2.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 320.00 |
| 04/25/07 | KTG | 0.70 | Review amendment responsive to Office Action. Inter office conference among attorneys. | 213.50 |

PROFESSIONAL SERVICES                                    2,247.50

| | | | |
|---|---|---|---|
| KTG | 2.70 | 305.00 | 823.50 |
| SPR | 8.90 | 160.00 | 1,424.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 04/30/07 | Copies | 9.10 |
| 04/30/07 | Postage | 1.59 |

TOTAL COSTS ADVANCED                                     10.69

MATTER TOTAL                                            2,258.19

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P714

SN 10/931,761

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

May 7, 2007
Page:    22
Invoice:        87917

| | | | | |
|---|---|---|---|---|
| 03/02/07 | KTG | 0.80 | Study Office Action and cited art. Study correspondence from Funke. Work on preparation of response. Inter office conference among attorneys. | 244.00 |
| 03/06/07 | SPR | 0.40 | Study Office Action and prior art references. | 64.00 |
| 03/07/07 | SPR | 2.30 | Study Office Action and prior art references. Correspondence with inventor. | 368.00 |
| 03/14/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/19/07 | SPR | 0.70 | Study correspondence from inventor. Study prior art. Correspondence with inventor. | 112.00 |
| 03/21/07 | SPR | 2.40 | Telephone conference with inventor on March 21. Study filed application and prior art. Work on preparation of response. | 384.00 |
| 03/22/07 | SPR | 3.00 | Work on preparation of response. | 480.00 |
| 04/09/07 | SPR | 0.90 | Work on preparation of response. | 144.00 |
| 04/12/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 04/13/07 | SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |
| 04/17/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of response. | 80.00 |
| 04/17/07 | KTG | 0.80 | Work on preparation of response to Office Action. Inter office conference among attorneys. | 244.00 |
| 04/18/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

NOTE: Costs connected with handling application reassigned from another firm approved by Jimmy Funke.

PROFESSIONAL SERVICES                                          2,312.00

| | | | |
|---|---|---|---|
| KTG | 1.60 | 305.00 | 488.00 |
| SPR | 11.40 | 160.00 | 1,824.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/07 | Copies | 6.50 |
| 04/30/07 | Postage | 1.11 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:   23
Invoice:        87917

TOTAL COSTS ADVANCED                                      7.61

MATTER TOTAL                                          2,319.61

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P715

SN 10/975,262

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 03/02/07 | KTG | 0.80 | Study Office Action and cited art. Study correspondence from Funke. Work on preparation of response. Inter office conference among attorneys. | 244.00 |
| 03/27/07 | KTG | 0.50 | Study correspondence from Griffin re foreign action. Inter office conference among attorneys. | 152.50 |
| 03/28/07 | SPR | 1.00 | Study Office Action and filed application. Inter office conference among attorneys. Correspondence with inventor. | 160.00 |
| 03/29/07 | SPR | 1.00 | Telephone conference with inventor on March 29. Study filed application, Office Action and prior art. | 160.00 |
| 03/30/07 | SPR | 2.00 | Study prior art. Inter office conference among attorneys. | 320.00 |
| 04/02/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 04/03/07 | SPR | 2.60 | Work on preparation of response. | 416.00 |
| 04/09/07 | SPR | 0.40 | Work on preparation of response. Inter office conference among attorneys. | 64.00 |
| 04/10/07 | SPR | 0.70 | Inter office conference among attorneys. Work on preparation of response. Work on preparation of letter to Griffin. | 112.00 |
| 04/10/07 | KTG | 1.00 | Review amendment. Inter office conference among attorneys. | 305.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:  24
Invoice:      87917

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 04/12/07 | KTG | 0.30 | Review response to Office Action. Correspondence with Griffin re EP Action. Inter office conference among attorneys. | 91.50 |
| 04/12/07 | SPR | 0.30 | Inter office conference among attorneys. Correspondence with Griffin. NOTE: Costs associated with handling application transferred from another firm approved by Jimmy Funke. | 48.00 |
| 04/30/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                        2,249.00

| | | | |
|---|---|---|---|
| KTG | 2.60 | 305.00 | 793.00 |
| SPR | 9.10 | 160.00 | 1,456.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/07 | Copies | 5.20 |
| 04/30/07 | Postage | 1.11 |

TOTAL COSTS ADVANCED                                           6.31

MATTER TOTAL                                              2,255.31

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P721

DP-316292

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

May 7, 2007
Page:    25
Invoice:        87917

| | | | | |
|---|---|---|---|---|
| 03/27/07 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | | 305.00 |
| 03/28/07 GJE | 8.00 | Work on preparation of application. | | 2,480.00 |
| 03/29/07 GJE | 6.00 | Work on preparation of application. | | 1,860.00 |

PROFESSIONAL SERVICES                                              4,645.00

| | | | |
|---|---|---|---|
| GJE | 14.00 | 310.00 | 4,340.00 |
| KTG | 1.00 | 305.00 | 305.00 |

MATTER TOTAL                                                      4,645.00

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - PP720

DP-316401

| | | | |
|---|---|---|---|
| 03/26/07 SPR | 0.60 | Inter office conference among attorneys. Study record of invention. Correspondence with inventor. | 96.00 |
| 03/26/07 KTG | 1.50 | Review invention disclosure. Study correspondence from Funke. Inter office conference among attorneys re preparation of patent application. | 457.50 |
| 03/27/07 SPR | 2.50 | Study record of invention. | 400.00 |
| 03/29/07 SPR | 2.00 | Work on preparation of application. | 320.00 |
| 03/30/07 SPR | 3.70 | Work on preparation of application. | 592.00 |
| 04/02/07 SPR | 2.60 | Work on preparation of application. | 416.00 |
| 04/03/07 SPR | 1.80 | Work on preparation of application. Work on preparation of drawings. | 288.00 |
| 04/04/07 SPR | 2.50 | Work on preparation of drawings. Inter office conference among attorneys. Work on preparation of application. | 400.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

May 7, 2007
Page:  26
Invoice:        87917

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 04/04/07 | KTG | 0.50 | Correspondence with Funke. Inter office conference among attorneys re provisional application. | 152.50 |
| 04/05/07 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. Evaluate invention on antenna. | 610.00 |
| 04/05/07 | SPR | 2.40 | Inter office conference among attorneys. Work on preparation of drawings. Work on preparation of application. Telephone conference with inventor on April 5. Telephone conference with Funke on April 5. | 384.00 |
| 04/09/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 04/10/07 | SPR | 0.20 | Inter office conference among attorneys. Telephone conference with Funke on April 10. | 32.00 |
| 04/11/07 | SPR | 0.80 | Telephone conference with inventor on April 11. Inter office conference among attorneys. Work on preparation of application. | 128.00 |
| 04/12/07 | SPR | 4.90 | Telephone conference with inventor on April 12. Work on preparation of application and submission of draft to client. Study correspondence from inventor. Work on preparation of drawings. | 784.00 |
| 04/12/07 | KTG | 0.70 | Telephone conference with Funke on April 12 re provisional patent application. Inter office conference among attorneys. | 213.50 |
| 04/13/07 | KTG | 0.50 | Inter office conference among attorneys re filing. | 152.50 |
| 04/13/07 | SPR | 0.70 | Study correspondence from inventor. Telephone conference with inventor on April 13. Work on preparation of drawings. Prepare and send finalized application with filing papers to client for filing. | 112.00 |

PROFESSIONAL SERVICES                                          5,554.00

| | | | | |
|---|---|---|---|---|
| KTG | | 5.20 | 305.00 | 1,586.00 |
| SPR | | 24.80 | 160.00 | 3,968.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX                616-957-8196

DELPHI

May 7, 2007
Page:  27
Invoice:        87917

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/31/07 | Copies | 7.50 |
| 04/18/07 | Express mail | 10.96 |
| 04/09/07 | Cost of drawings | 205.00 |
| 04/16/07 | Filing fee | 200.00 |

TOTAL COSTS ADVANCED                                             423.46

MATTER TOTAL                                                       5,977.46

(FEES BILLED                           )
(EXPENSES BILLED                   )

CLIENT TOTAL                                                      54,063.70
INVOICE TOTAL                                                    54,063.70

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

June 5, 2007
Page:   2
Invoice:       88152

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH May 31, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

COSTS ADVANCED

05/16/07   Express mail                              107.78

TOTAL COSTS ADVANCED                                    107.78

MATTER TOTAL                                            107.78

(FEES BILLED        3,990.00  )
(EXPENSES BILLED    1,445.10  )

MATTER NUMBER — A317

DP-314569

05/09/07 KTG  0.80  Study correspondence and agreement.       244.00
05/17/07 KTG  0.50  Telephone conference with Funke on May 17 re   152.50
                    agreement with DuPont and UK system and patent
                    application. Review agreement.

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

June 5, 2007
Page:  3
Invoice:        88152

| PROFESSIONAL SERVICES | | | | 396.50 |
|---|---|---|---|---|
| KTG | 1.30 | 305.00 | 396.50 | |

MATTER TOTAL                                                              396.50

(FEES BILLED       1,708.00  )
(EXPENSES BILLED       0.00  )

MATTER NUMBER - A318

| 05/17/07 KTG | 0.70 | Telephone conference with Fekete on May 17 re evaluation of Alirt patents. Evaluate Alirt patent family. | 213.50 |
|---|---|---|---|
| 05/31/07 KTG | 1.00 | Evaluate Alirt patent portfolio. Search patents assigned to Alirt. | 305.00 |

| PROFESSIONAL SERVICES | | | | 518.50 |
|---|---|---|---|---|
| KTG | 1.70 | 305.00 | 518.50 | |

MATTER TOTAL                                                              518.50

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER — P454

DP-310006
S.N. 10/679,727

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

June 5, 2007
Page:  4
Invoice:        88152

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 05/11/07 | KTG | 2.80 | Study Office Action and cited art. Telephone conference with inventor. Correspondence with inventor. Work on preparation of response. | 854.00 |
| 05/30/07 | KTG | 1.00 | Work on preparation of response. | 305.00 |
| 05/31/07 | KTG | 2.30 | Correspondence with inventor. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 701.50 |

PROFESSIONAL SERVICES                                    1,860.50

KTG                    6.10     305.00     1,860.50

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 05/31/07 | Copies | 5.30 |
| 05/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                     6.61

MATTER TOTAL                                         1,867.11

(FEES BILLED       5,563.00 )
(EXPENSES BILLED    513.15 )

MATTER NUMBER – P573

DP-313029
S.N. 11/167,473

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 05/04/07 | KTG | 1.00 | Telephone conference with Examiner on May 4. Evaluate amendment. | 305.00 |
| 05/08/07 | KTG | 0.30 | Correspondence with Funke re Examiner's amendment and Allowance. | 91.50 |

Payment due upon receipt. We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX               616-957-8196

DELPHI

June 5, 2007
Page:  5
Invoice:        88152

PROFESSIONAL SERVICES                                           396.50

KTG              1.30    305.00      396.50

MATTER TOTAL                                                    396.50

(FEES BILLED       6,736.00  )
(EXPENSES BILLED     433.25  )

MATTER NUMBER - P583

DP-313711
S.N. 11/191,822

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/09/07 | KTG | 1.00 | Study Office Action and cited references. Preparation and forwarding report and recommendations to client. | 305.00 |
| 05/10/07 | KTG | 0.50 | Telephone conference with inventor on May 10 re response to Office Action. Correspondence with inventor re same. | 152.50 |
| 05/17/07 | KTG | 2.50 | Work on preparation of response. Telephone conference with inventors and Funke on May 17. | 762.50 |
| 05/21/07 | KTG | 1.20 | Work on preparation of response. | 366.00 |
| 05/24/07 | KTG | 0.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 213.50 |

PROFESSIONAL SERVICES                                          1,799.50

KTG              5.90    305.00    1,799.50

COSTS ADVANCED

| 05/31/07 | Copies | 5.50 |
|---|---|---|
| 05/31/07 | Postage | 1.14 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 5, 2007
Page:  6
Invoice:    88152

TOTAL COSTS ADVANCED                                6.64

MATTER TOTAL                                     1,806.14

(FEES BILLED        4,903.50  )
(EXPENSES BILLED      254.31  )

MATTER NUMBER - P668

DP-311885

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/12/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 04/12/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 04/16/07 | SPR | 2.30 | Work on preparation of response. | 368.00 |
| 04/30/07 | SPR | 1.20 | Work on preparation of response. Correspondence with inventor. Study correspondence from inventor. | 192.00 |
| 05/01/07 | SPR | 2.40 | Telephone conference with inventor on May 1. Work on preparation of response. Correspondence with inventors. | 384.00 |
| 05/08/07 | SPR | 0.60 | Work on preparation of response. | 96.00 |
| 05/11/07 | SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |
| 05/11/07 | KTG | 1.20 | Review response to Office Action. Inter office conference among attorneys. | 366.00 |
| 05/14/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 05/23/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                            1,762.00
KTG                  2.00    305.00      610.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                      616-957-8196

DELPHI

June 5, 2007
Page:  7
Invoice:        88152

SPR                          7.20    160.00    1,152.00

COSTS ADVANCED

04/30/07    Copies                                   2.50

TOTAL COSTS ADVANCED                                 2.50

MATTER TOTAL                                      1,764.50

(FEES BILLED        3,753.00 )
(EXPENSES BILLED        3.50 )

MATTER NUMBER - P669

DP-311321

05/18/07 KTG  0.60  Evaluate Examiner's proposed amendment. Inter     183.00
                    office conference among attorneys.
05/24/07 GJE  1.20  Review new prior art. Telephone conference with   372.00
                    Examiner on May 24.

PROFESSIONAL SERVICES                                 555.00

GJE                  1.20    310.00    372.00
KTG                  0.60    305.00    183.00

COSTS ADVANCED

05/31/07    Copies                                   1.20

TOTAL COSTS ADVANCED                                 1.20

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                616-957-8196

DELPHI

June 5, 2007
Page:  8
Invoice:        88152

MATTER TOTAL                                              556.20

(FEES BILLED       4,693.50  )
(EXPENSES BILLED     460.90  )

MATTER NUMBER – P679

DP-315675

| | | | |
|---|---|---|---|
| 05/17/07 KTG | 1.00 | Preparation and filing of supplemental Information Disclosure Statement. Correspondence with Hales. Review art from related application. | 305.00 |

PROFESSIONAL SERVICES                                      305.00
KTG                      1.00    305.00       305.00

MATTER TOTAL                                               305.00

(FEES BILLED       4,956.50  )
(EXPENSES BILLED     356.78  )

MATTER NUMBER – P691

DP-315693

| | | | |
|---|---|---|---|
| 11/20/06 KTG | 1.00 | Review invention disclosure. | 290.00 |
| 01/31/07 SPR | 0.70 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of email to inventor. | 112.00 |
| 02/01/07 SPR | 1.00 | Correspondence with inventor. Work on preparation of application. | 160.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

## INVOICE COPY
Pg 89 of 98

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                     616-957-8196

DELPHI

June 5, 2007
Page:  9
Invoice:        88152

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 02/01/07 | KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | 213.50 |
| 02/08/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 02/12/07 | SPR | 0.70 | Work on preparation of application. Telephone conference with inventors on February 12. | 112.00 |
| 02/14/07 | SPR | 0.40 | Work on preparation of application. | 64.00 |
| 03/07/07 | SPR | 1.60 | Study correspondence from inventor. Work on preparation of application. | 256.00 |
| 03/08/07 | SPR | 4.00 | Work on preparation of application. | 640.00 |
| 03/12/07 | SPR | 0.70 | Work on preparation of application. | 112.00 |
| 03/19/07 | SPR | 2.60 | Work on preparation of application. | 416.00 |
| 03/21/07 | SPR | 2.50 | Work on preparation of application. | 400.00 |
| 03/22/07 | SPR | 0.90 | Work on preparation of application. Work on preparation of drawings. | 144.00 |
| 03/23/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 04/03/07 | SPR | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 80.00 |
| 04/04/07 | SPR | 2.40 | Inter office conference among attorneys. Work on preparation of application. | 384.00 |
| 04/04/07 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 671.00 |
| 04/05/07 | SPR | 2.00 | Work on preparation of application and submission of draft to client. | 320.00 |
| 04/23/07 | SPR | 1.60 | Correspondence with inventor. Study correspondence from inventor. | 256.00 |
| 05/02/07 | SPR | 3.40 | Work on preparation of application. Inter office conference among attorneys. Work on preparation of drawings. | 544.00 |
| 05/03/07 | SPR | 1.10 | Prepare and send finalized application with filing papers to client for filing. | 176.00 |

PROFESSIONAL SERVICES                                                    5,462.50

| | | | |
|---|---|---|---|
| KTG | 2.90 | 305.00 | 884.50 |
| KTG | 1.00 | 290.00 | 290.00 |
| SPR | 26.80 | 160.00 | 4,288.00 |

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# INVOICE COPY

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                   616-957-8196

DELPHI

June 5, 2007
Page:  10
Invoice:      88152

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/30/06 | Copies | 5.30 |
| 05/16/07 | Express mail | 21.92 |
| 03/28/07 | Cost of drawings | 160.00 |
| 05/01/07 | Cost of drawings | 35.00 |

TOTAL COSTS ADVANCED                                            222.22

MATTER TOTAL                                                  5,684.72

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P694


DP-310376

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 05/08/07 | KTG | 0.70 | Study Office Action. | 213.50 |
| 05/09/07 | HWR | 2.50 | Work on preparation of response. | 975.00 |
| 05/11/07 | HWR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 78.00 |

PROFESSIONAL SERVICES                                         1,266.50

| | | | |
|---|---|---|---|
| HWR | 2.70 | 390.00 | 1,053.00 |
| KTG | 0.70 | 305.00 | 213.50 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/31/07 | Copies | 8.80 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# INVOICE COPY

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

June 5, 2007
Page:  11
Invoice:          88152

TOTAL COSTS ADVANCED                                           8.80

MATTER TOTAL                                                 1,275.30

(FEES BILLED      2,304.00  )
(EXPENSES BILLED       8.40  )

MATTER NUMBER - P695

DP-310554
SN 10/975.264

| | | | |
|---|---|---|---|
| 03/30/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 03/30/07 KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 04/10/07 SPR | 2.10 | Correspondence with inventor. Work on preparation of response. | 336.00 |
| 04/13/07 SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 04/16/07 SPR | 2.90 | Work on preparation of response. | 464.00 |
| 04/16/07 KTG | 0.50 | Inter office conference among attorneys re Office Action response. | 152.50 |
| 04/24/07 SPR | 0.10 | Telephone conference with inventor on April 24. | 16.00 |
| 04/25/07 SPR | 0.50 | Telephone conference with inventor on April 25. | 80.00 |
| 05/02/07 SPR | 1.60 | Telephone conference with inventor on May 2. Inter office conference among attorneys. Work on preparation of response. | 256.00 |
| 05/03/07 SPR | 0.90 | Work on preparation of response. Correspondence with inventor. Inter office conference among attorneys. | 144.00 |
| 05/03/07 KTG | 0.80 | Review amendment responsive to Office Action. Inter office conference among attorneys. | 244.00 |
| 05/04/07 SPR | 0.80 | Inter office conference among attorneys. Work on preparation of response. Telephone conference with inventor on May 4. Correspondence with inventors. | 128.00 |
| 05/11/07 SPR | 0.20 | Study correspondence inventor. Correspondence with inventor. | 32.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

## INVOICE COPY

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 5, 2007
Page:  12
Invoice:        88152

| | | | | |
|---|---|---|---|---|
| 05/14/07 SPR | 0.30 | Correspondence with inventor. Telephone conference with inventor on May 14. | | 48.00 |
| 05/15/07 SPR | 2.00 | Inter office conference among attorneys. Work on preparation of response. Telephone conference with inventor on May 15. | | 320.00 |
| 05/17/07 SPR | 0.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 48.00 |

NOTE: Costs due to prosecuting compelx application transferred in from another firm approved by Jimmy Funke.

PROFESSIONAL SERVICES

2,544.50

| | | | |
|---|---|---|---|
| KTG | 2.10 | 305.00 | 640.50 |
| SPR | 11.90 | 160.00 | 1,904.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/07 | Copies | 2.70 |
| 05/31/07 | Postage | 1.48 |
| 05/17/07 | Additional claims fee | 500.00 |

TOTAL COSTS ADVANCED

504.18

MATTER TOTAL

3,048.68

(FEES BILLED     2,258.00  )
(EXPENSES BILLED     2.60  )

MATTER NUMBER – P708

DP-309659
SN 10/700.208

Payment due upon receipt.  We reserve the right to charge a service charge in the amount of 1 1/2% per month on accounts over 30 days past due.

## INVOICE COPY

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196


DELPHI

June 5, 2007
Page:  13
Invoice:        88152

| | | | | |
|---|---|---|---|---|
| 05/22/07 SPR | 0.30 | Inter office conference among attorneys. Telephone conference with Examiner on May 22. | | 48.00 |
| 05/24/07 SPR | 0.90 | Telephone conference with Examiner on May 24. Telephone conference with inventor on May 24. Correspondence with inventor | | 144.00 |
| 05/24/07 KTG | 0.80 | Telephone conference with Examiner on May 24 re proposed amendments. Inter office conference among attorneys. | | 244.00 |
| 05/25/07 SPR | 0.90 | Work on preparation of Examiner's proposed amendment and filed application. Correspondence with inventor. Inter office conference among attorneys. Telephone conference with inventor on May 25. Telephone conference with Examiner on May 25. | | 144.00 |
| 05/29/07 SPR | 1.00 | Telephone conference with Examiner on May 29. Inter office conference among attorneys. Work on preparation of amended claims. Correspondence with Funke. | | 160.00 |
| 05/29/07 KTG | 0.50 | Evaluate claim amendment agreed by Examiner. Inter office conference among attorneys. | | 152.50 |

PROFESSIONAL SERVICES                                         892.50

| | | | |
|---|---|---|---|
| KTG | 1.30 | 305.00 | 396.50 |
| SPR | 3.10 | 160.00 | 496.00 |

MATTER TOTAL                                                 892.50

(FEES BILLED     1,941.00 )
(EXPENSES BILLED    4.80 )

MATTER NUMBER — P717

DP-312574
SN 11/196,580

03/16/07 SPR  0.10  Inter office conference among attorneys.          16.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# INVOICE COPY

**PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 5, 2007
Page:  14
Invoice:      88152

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/16/07 | KTG | 0.80 | Study Office Action and cited art. Study correspondence from client re response. Inter office conference among attorneys. | 244.00 |
| 04/09/07 | SPR | 1.00 | Study filed application. Work on preparation of response. | 160.00 |
| 04/10/07 | SPR | 1.90 | Work on preparation of response. Correspondence with inventor. | 304.00 |
| 04/20/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 04/25/07 | SPR | 0.70 | Work on preparation of response. | 112.00 |
| 04/27/07 | SPR | 1.20 | Work on preparation of response. | 192.00 |
| 05/07/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 05/09/07 | SPR | 1.30 | Work on preparation of response. Inter office conference among attorneys. Correspondence with inventor. | 208.00 |
| 05/09/07 | KTG | 0.80 | Work on preparation of response to Office Action. Inter office conference among attorneys. | 244.00 |
| 05/21/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                    1,656.00

| | | | |
|---|---|---|---|
| KTG | 1.60 | 305.00 | 488.00 |
| SPR | 7.30 | 160.00 | 1,168.00 |

COSTS ADVANCED

03/31/07    Copies                                    4.20

TOTAL COSTS ADVANCED                                    4.20

MATTER TOTAL                                        1,660.20

(FEES BILLED                    )

(EXPENSES BILLED                )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 5, 2007
Page:  15
Invoice:      88152

MATTER NUMBER – P718

DP-310264
SN 10/679,752

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 05/21/07 | KTG | 0.80 | Study Office Action, art and application. Inter office conference among attorneys. | 244.00 |
| 05/21/07 | GJE | 4.00 | Work on preparation of amendment. | 1,240.00 |

PROFESSIONAL SERVICES                                1,484.00

| | | | |
|---|---|---|---|
| GJE | 4.00 | 310.00 | 1,240.00 |
| KTG | 0.80 | 305.00 | 244.00 |

COSTS ADVANCED

05/31/07   Copies                                          2.50

TOTAL COSTS ADVANCED                                        2.50

MATTER TOTAL                                          1,486.50

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P719

DP-309408
SN 10/804,745

03/23/07 KTG  0.80  Study Office Action, cited art and application.    244.00
                    Study correspondence. Inter office conference
                    among attorneys.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

## INVOICE COPY

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 5, 2007
Page:  16
Invoice:        88152

| | | | | |
|---|---|---|---|---|
| 03/23/07 JSK | 0.60 | Work on preparation of response. | | 147.00 |
| 05/25/07 JSK | 3.40 | Work on preparation of response. | | 833.00 |
| 05/29/07 JSK | 0.70 | Work on preparation of response. | | 171.50 |
| 05/30/07 JSK | 4.20 | Work on preparation of response to Office Action. | | 1,029.00 |
| 05/31/07 JSK | 0.80 | Work on preparation of response to Office Action. | | 196.00 |

NOTE: costs due to prosecuting application with
many claims and prepared by another firm
approved by Jimmy Funke.

PROFESSIONAL SERVICES                                    2,620.50

| | | | |
|---|---|---|---|
| KTG | 0.80 | 305.00 | 244.00 |
| JSK | 9.70 | 245.00 | 2,376.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/07 | Copies | 4.80 |
| 03/31/07 | Cost of computer search | 16.67 |

TOTAL COSTS ADVANCED                                      21.47

MATTER TOTAL                                           2,641.97

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P728

04/27/07 SPR  1.00   Inter office conference among attorneys.      160.00
                     Correspondence with inventor. Work on
                     preparation of application.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**
Pg 97 of 98

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

June 5, 2007
Page:   17
Invoice:          88152

| | | | |
|---|---|---|---|
| 04/30/07 SPR | 1.10 | Correspondence with inventor. | 176.00 |
| 05/02/07 SPR | 3.00 | Work on preparation of application. Telephone conference with inventor on May 2. Correspondence with inventor. | 480.00 |
| 05/03/07 SPR | 3.00 | Work on preparation of application. Work on preparation of drawings. | 480.00 |
| 05/03/07 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 305.00 |
| 05/07/07 SPR | 1.40 | Work on preparation of application. | 224.00 |
| 05/09/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 05/09/07 KTG | 0.70 | Correspondence with Funke. Inter office conference among attorneys re patent application. | 213.50 |
| 05/10/07 SPR | 2.00 | Inter office conference among attorneys. Work on preparation of application. | 320.00 |
| 05/11/07 SPR | 0.10 | Work on preparation of drawings. | 16.00 |
| 05/14/07 SPR | 1.10 | Work on preparation of drawings. Work on preparation of application. | 176.00 |
| 05/15/07 SPR | 1.20 | Work on preparation of application. Inter office conference among attorneys. | 192.00 |
| 05/18/07 SPR | 3.10 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 496.00 |
| 05/18/07 KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 671.00 |
| 05/21/07 SPR | 1.80 | Study correspondence from inventor. Work on preparation of application. Correspondence with inventor. | 288.00 |
| 05/23/07 SPR | 0.60 | Telephone conference with inventor on May 23. | 96.00 |
| 05/24/07 SPR | 1.10 | Correspondence with inventor. Work on preparation of application. | 176.00 |
| 05/25/07 SPR | 1.10 | Telephone conference with Funke on May 25. Work on preparation of application. | 176.00 |
| 05/26/07 SPR | 3.70 | Work on preparation of application. | 592.00 |
| 05/30/07 SPR | 0.50 | Telephone conference with Funke on May 30. Inter office conference among attorneys. Completion and filing of application. Correspondence with client. | 80.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

June 5, 2007
Page:  18
Invoice:      88152

| | | | | |
|---|---|---|---|---|
| PROFESSIONAL SERVICES | | | | 5,333.50 |
| KTG | 3.90 | 305.00 | 1,189.50 | |
| SPR | 25.90 | 160.00 | 4,144.00 | |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/07 | Copies | 6.40 |
| 05/31/07 | Postage | 1.99 |
| 05/01/07 | Cost of drawings | 75.00 |
| 05/29/07 | Cost of drawings | 60.00 |

TOTAL COSTS ADVANCED                    143.39

MATTER TOTAL                        5,476.89

(FEES BILLED          )
(EXPENSES BILLED      )

CLIENT TOTAL                      29,884.99
INVOICE TOTAL                     29,884.99

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.