# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
(Manhattan)

|  |  |
|---|---|
| In Re: ) | Case No. 05-44481-rdd |
| ) |  |
| DELPHI CORP., ) |  |
| ) | Chapter 11 |
| Debtor. ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On July 30, 2007, true and correct copies of the following documents, filed today in the above captioned proceeding, were caused to be served on the parties listed on the attached Service List via first class mail:

(i.) Transfer Agreement FRBP *(Full Transfer) Transfer of claim #9105 (clm. amt.:$277,159.38) from 3V Capital Master Fund Ltd. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

(ii.) Transfer Agreement FRBP */(Partial Transfer) Transfer of $48,128.71 portion of claim #9107 (original claim amt.:$98,067.90) from 3V Capital Master Fund Ltd. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

(iii.) Transfer Agreement FRBP */(Full Transfer) Transfer of claim #14140 (clm. amt.:$1,641,742.91) from 3V Capital Master Fund Ltd. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

(iv.) Transfer Agreement FRBP *(Full Transfer) Transfer of SCHEDULED claim amount $221,377.38 from 3V Capital Master Fund Ltd. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
**30th day of  July, 2007.**

*/s/ Lori Rudolph*
**Notary Public**
**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00277121.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants**
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Delphi

**3V Capital Master Fund Ltd.**
C/O 3V CAPITAL MANAGEMENT LLC
1 Greenwich Office Park South
Greenwich, CT 06831
ATTN: Lisa Blake

{00277121.DOC;}