Jeannine F. D'Amico
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
Telephone:    (202) 862-2200
Facsimile:    (202) 862-2400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **DELPHI CORPORATION,** *et al.* | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jeannine D'Amico of the law firm of Cadwalader, Wickersham & Taft LLP, attorneys for the Audit Committee of Delphi Corporation, as debtors and debtors in possession, hereby notifies the Court that Philip Urofsky, admitted to practice, *Pro Hac Vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York on April 18, 2006, is no longer with the law firm of Cadwalader, Wickersham & Taft LLP, and should be withdrawn as attorney of record.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that Phillip Urofsky's name and address be removed from all mailing lists and matrices in this case.

Dated: Washington, D.C.
July 30, 2007

                CADWALADER, WICKERSHAM & TAFT LLP

                By: /s/ *JEANNINE F. D'AMICO*
                Jeannine F. D'Amico
                Attorneys for the Audit Committee
                 of Delphi Corporation
                1201 F Street, N.W., Suite 1100
                Washington, DC 20004
                Telephone:   (202) 862-2452
                Facsimile:    (202) 862-2400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2007, I electronically filed Notice of Withdrawal using the ECF System, which will send notification to all ECF participants.

                /s/ *Jeannine D'Amico*
                Jeannine D'Amico