# Exhibit E

## **Rothschild Inc. Biographies**

**Gerald Rosenfeld, Chief Executive Officer**, heads Rothschild North America. Prior to joining Rothschild he was President of G Rosenfeld & Co LLC, an investment banking firm. Prior to founding GR Co in 1998 he was Head of Investment Banking and a member of the Management Committee of Lazard Freres & Co LLC.

Mr. Rosenfeld joined Lazard in 1992 after holding significant management positions at Bankers Trust Company, Salomon Inc. and its Salomon Brothers subsidiary, and McKinsey & Company.

Mr. Rosenfeld joined McKinsey in 1976 and was an active member of that firm's finance practice. He joined Salomon Brothers in 1979 in the mergers and acquisitions department and was a Managing Director there until being named Executive Vice President and Chief Financial Officer of Salomon Inc. and Chief Financial Officer of Salomon Brothers in 1987. Mr. Rosenfeld joined Bankers Trust in 1988 as a Managing Director and head of the Merchant Banking Group.

Mr. Rosenfeld has worked extensively in the industrial and technology sectors, and has represented General Motors, Chrysler, United Technologies, ITT Corporation, Tenneco, TRW, Lucas Varity PLC and Case Corporation. He has also worked on many airline transactions including for United Airlines, TWA, US Airways and Northwest Airlines. He has also advised on several of the largest technology mergers done including IBM's acquisition of Lotus Corp. He has served as both a buy-side and strategic advisor to these and other industrial companies.

Prior to joining McKinsey, Mr. Rosenfeld was a member of the faculty of the City College of New York, New York University and the University of Maryland.

Mr. Rosenfeld is a member of the Board of Directors of Resources Connection, ContiGroup Companies, and the Jewish Theological Seminary and also serves on the Board of Overseers of New York University's Stern School of Business.

He holds a Ph.D. in Applied Mathematics from New York University and is an Adjunct Professor of Finance at the New York University Stern School of Business.

**David L. Resnick, Managing Director**, heads Rothschild's global restructuring practice with over 20 years of investment banking experience. Mr. Resnick has represented a diverse group of companies, secured and unsecured creditors and official committees on both in-court and out-of-court restructurings. Mr. Resnick has extensive experience advising companies on complex financial advisory assignments such as recapitalizations, spin-offs and acquisitions of companies in bankruptcy. Some of Mr. Resnick's more notable restructuring transactions include advising Delphi Corporation, the AdHoc Creditors Committee of Eurotunnel, Pacific Gas & Electric Company in its chapter 11 reorganization; the Federal Communications Commission in the restructuring of NextWave Telecom; France Telecom in the restructuring of NTL; Trans World Airlines in its sale to American Airlines, pursuant to §363 of the Bankruptcy Code; Zenith Electronics Corporation in its pre-packaged bankruptcy reorganization; The Walt Disney Company on the recapitalization of EuroDisney; Schlumberger, in its acquisition in chapter 11 of Cellnet Data Systems; Corning Inc., regarding its investment in Dow Corning; Olympia & York (U.S.) in its restructuring; Renault, regarding its investment in Mack Trucks; and, the creditors of Barneys Inc. in the company's bankruptcy proceeding. Mr. Resnick joined Rothschild in 2000 from Peter J. Solomon Company, where he founded and headed the restructuring group from 1996–2000.

Prior to working at Peter J. Solomon Company, Mr. Resnick worked for Lazard Freres & Co. At Lazard, Mr. Resnick worked on both restructuring and mergers and acquisitions assignments. He was involved with clients in a broad range of industries, with particular emphasis on consumer products companies. Mr. Resnick began his career in 1985 at the investment banking division of Merrill Lynch & Co., where he worked in the merchant banking/restructuring and mergers and acquisitions groups.

Mr. Resnick holds a Bachelor of Arts degree, with High Honors, from Wesleyan University, where he was elected to Phi Beta Kappa, and a M.B.A. and J.D. from The University of Chicago. He speaks regularly at conferences on corporate restructurings. Mr. Resnick is a member of the Board of Directors of Homeplace of America and the Rodeph Sholom Day School.

**William R. Shaw, Director**, is a member of Rothschild's restructuring group. Prior to joining Rothschild, Mr. Shaw was an associate in Peter J. Solomon Company's restructuring group. Mr. Shaw was also an associate at Zolfo Cooper LLC for three years specializing in turnarounds and reorganizations of distressed companies. Mr. Shaw began his career at Ernst & Young LLP. Mr. Shaw's restructuring assignments have included Delphi, Pacific Gas and Electric Company, New World Pasta Company, NTL, Inc., Special Metals Corporation, Cydsa, James River Coal Company, Murrin Murrin, Metropolitan Mortgage Securities, Merrill Corporation, Key Plastics, Geneva Steel, Orbcomm Global, Tokheim Corporation and Heartland Steel.

Mr. Shaw holds a Bachelor of Arts degree from Colgate University and an M.B.A. from the New York University Stern School of Business.

**Slava Brin, Vice President,** is a Vice President in the Rothschild's restructuring group with over 8 years of investment banking and corporate finance experience. Prior to joining Rothschild in 2006, Mr. Brin was a Vice President in Evercore Partners' restructuring advisory group. Prior to joining Evercore, Mr. Brin spent three years at J.P. Morgan as a financial analyst in the mergers and acquisitions group.

Mr. Brin's has been involved in a number of transactions including restructurings of Aquila, ChoiceOne Communications, Evercom Systems, IWO Holdings, PhyAmerica, US Unwired and The Williams Companies. Mr. Brin has also been involved in a number of M&A transactions including the sale of 51% of GMAC to a private equity consortium led by Cerberus, the sale of Nextel Partners to Sprint Nextel, Level 3 Communications' acquisition of Wiltel, the acquisition of HarrisDirect by E*TRADE, the sale of US Unwired to Sprint, the sale of SpectraSite to American Tower, the sale of Santa Fe Snyder to Devon Energy and the sale of TransCanada's pipeline interests in Latin America among others.

Mr. Brin received his Masters of Arts in International Economics and Finance from Brandeis University and a B.A. in Economics and Business Administration from Hanover College.

**Nicole Torraco, Associate**, is a member of Rothschild's restructuring group. Ms. Torraco joined Rothschild in 2004. Prior to joining Rothschild, Ms. Torraco worked as a financial analyst at Gleacher Partners, a boutique investment bank. Ms. Torraco holds a B.A., magna cum laude, from Harvard University and an M.B.A. from the Wharton Business School.

**Michael Stein, Analyst**, is a member of Rothschild's restructuring group. Mr. Stein joined Rothschild in 2005. Mr. Stein holds Bachelor of Arts degree, summa cum laude, in Math and Economics, from the University of Pennsylvania.

**William Wang, Analyst**, is a member of Rothschild's restructuring group. Mr. Wang joined Rothschild in 2006. Mr. Wang holds a Bachelors of Arts degree, with distinction, in Economics, and a minor in Chemistry from the University of Virginia.

**Christopher Lawrence, Vice Chairman,** is a Vice Chairman of Rothschild North America. Prior to joining Rothschild, he was the Chief Strategic Officer of Credit Swiss Group and a Vice Chairman of Credit Suisse First Boston (where he spent 5 years). He began his investment banking career at Salomon Brothers where he spent 19 years (including its predecessor, Citigroup).

Mr. Lawrence has had long standing relationships with a number of clients and advised them on strategic matters. His clients have been concentrated in the telecom, industrial and automotive industries and include some of the largest corporations in the U.S. Some of the more visible transactions he advised on include: $22B sale of AT&T to SBC; $72B sale of AT&T's cable business to Comcast, the separation of Hughes Electronics (DirecTV) from GM; acquisition of Daewoo by GM, as well as Hughes (DirecTV) acquisition of USSB. Over the course of his career Mr. Lawrence has also represented issuers as the lead book running manager on some of the largest High Yield, Equity and Investment Grade Debt issues.

Mr. Lawrence holds a M.B.A. from The Harvard Business School (1981) and an A.B. from Vassar College (1976). He worked for IBM in the Data Processing Division from 1976 to 1979. He is on the Board of Playwrights Horizon.

**Nigel Bell, Director,** has over eleven years of investment banking experience. Mr. Bell began his career at Rothschild Inc. in New York in 1995.

He has played a key role in many of the firm's general industrial advisory assignments including: mergers, acquisitions, spin-offs, divestitures, recapitalizations, joint ventures and restructurings. Mr. Bell has advised the following companies in regard to their corporate finance activities: Hanson Plc, The Alpine Group/Superior Telecom Inc., Essilor International SA, BPB Plc, Bowthorpe/Spirent Plc, Ground Round Restaurants, FKI Plc, Texpack, Suburban Propane, Pechiney SA, Henkel KGaA, Crown Vantage, Inc., Gaylord Container Corporation, Norske Skog, Badger Paper, Arrow Tru-Line, Foley Timber and Land Company, Israel Chemicals Ltd., Cenveo and FCX.

Mr. Bell holds a Bachelor of Commerce degree with High Honors and a Law degree from the University of Melbourne.

**Irene Fayn, Associate**, Irene Fayn is a member of Rothschild's M&A group. Ms. Fayn joined Rothschild in 2005. Prior to joining Rothschild, Ms. Fayn worked at Lazard Freres in the M&A and the private equity groups. Irene graduated Summa Cum Laude with a B.S. in Finance from Rutgers University and an M.B.A. from Harvard Business School.

**Ali Akbar Causer, Analyst**, is member of Rothschild's M&A group. Transaction experience includes advising Textron on the sale of its Fastening Systems business to Platinum Equity and Henkel on its acquisition of certain deodorant brands from P&G. Mr. Causer holds a B.A. degree in Mathematics and Economics with Honors from the University of Pennsylvania.

4

**Elana Caplan, Analyst**, is a member of Rothschild's M&A group. Ms. Caplan graduated magna cum laude from the University of Pennsylvania with a B.A. in International Relations.

**Laura Pei, Analyst**, is a member of Rothschild's Corporate Finance Group specializing in Mergers and Acquisitions. Ms. Pei joined Rothschild in 2006. Ms. Pei holds a Bachelor of Business degree, with concentrations in Finance and Accounting, from the University of Michigan's Stephen M. Ross School of Business.

**Michael Barr, Managing Director**, joined Rothschild in 2003 and has a total of 15 years of investment banking experience, specializing in mergers and acquisitions.

Prior to joining Rothschild, Mr. Barr was a Managing Director at Robertson Stephens, focusing on technology, communications equipment, consumer businesses, and electronic manufacturing products and services. Previously, Mr. Barr was a Managing Director at CIBC where he was responsible for the firms technology M&A practice. Mr. Barr was also a Director at Salomon Smith Barney working as a generalist in industrial, technology and consumer related transactions. Mr. Barr has an MBA and a BSE from the Wharton School of Finance at the University of Pennsylvania.

Selected transaction experience includes: Thermo Electron Corporation on its acquisition of Kendro Laboratory Products, a subsidiary of SPX Corporation; the sale of three APW Ltd. divisions to Pentair, Inc; the sale of Venture Holdings LLC to Harbert & Yucaipa; the sale of Wire One Technologies to Gores Technology Group; the sale of PictureTel to Polycom, Inc.; the sale of Netcom to AT&T Latin America; the sale of AboveNet to Metromedia Fiber; the acquisition of the Palo Alto Internet Exchange by AboveNet from Compaq ; the sale of Fluke to Danaher; the sale of Starsight Telecast to Gemstar-TV Guide International; and the sale of Northrop Grumman VEAM division to ITT Industries.

**William D. Cannon, Vice President**, has been with Rothschild for over 6 years. Mr. Cannon is focused on the energy industry, specializing in mergers and acquisitions of U.S. utilities, independent power producers and other industry participants.

Prior to Rothschild, Mr. Cannon was at Fieldstone, where he executed M&A related activities in the U.S. and across the globe for both public and private power companies. At Fieldstone, Mr. Cannon worked on the Midlands and Yorkshire acquisitions in the U.K., Guaracachi acquisition in Bolivia and several private transactions in the U.S. Mr. Cannon has also completed several project finance transactions including the Quezon Power Project which was awarded deal of the year in 1997 by Project Finance International. In addition, Mr. Cannon has worked on several capital markets transactions, most notably the bond financing for the Quezon Project.

Selected transactions Mr. Cannon has worked on while at Rothschild include:
- Advised British Nuclear Fuel plc on the $5.4 billion sale of Westinghouse to Toshiba Corp.
- Advised BNFL on the sale of BNG American to EnergySolutions
- Advised BNG America on the sale of its interests in certain businesses of Washington Group International
- Advised PG&E with respect to its strategy and reorganization

- Advised Westinghouse in its acquisition of partnership interests in the Louisiana Energy Services, which will construct a $1.2 billion uranium enrichment facility
- Sale of $15 million of convertible preferred stock for the Chicago Climate Exchange
- Advised E.On in its $14 billion acquisition of PowerGen, focusing on its US subsidiary LG&E Energy
- National Grid's $8.9 billion acquisition of Niagara Mohawk

Mr. Cannon has an MBA from the Columbia School of Business and a BA and BS from University of Pennsylvania in Finance from The Wharton School and in Japanese language and culture.

**Colin Savage, Associate**, Colin Savage, Associate, is a member of Rothschild's Mergers & Acquisitions group. Mr. Savage joined Rothschild in 2005. Prior to joining Rothschild, Mr. Savage worked in technology and consulting. Mr. Savage holds a BA from Yale University and an MBA, beta gamma sigma, from Columbia Business School.

**Alexander Ridings, Analyst**, is a member of Rothschild's Mergers & Acquisitions group. Mr. Ridings joined Rothschild in 2005. Prior to joining Rothschild, Mr. Ridings worked for Huron Consulting Group in its valuation practice. Mr. Ridings holds a Bachelors of Science in Business Administration from Boston University.