# Exhibit C

05-44481-rdd Doc 8785-4 Filed 07/31/07 Entered 07/31/07 11:14:06 Exhibit C Pg 1 of 2

## Exhibit C

Exhibit C has been filed under seal pursuant to the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order And Approving Procedures to Protect Information in Fee Statements, dated April 18, 2006.

NY: 519201-1