# Exhibit D

**Covington & Burling LLP**                                                                                      Private & Confidential

## Delphi Fee Application
## Timekeeper Summary
## February 1, 2006 - May 31, 2007

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Aaron Marcu | 760.00 | 17.50 | 13,300.00 |
| Barbara Hoffman | 550.00 | 24.30 | 13,365.00 |
| Peter Trooboff | 590.00 | 0.30 | 177.00 |
| Susan Power Johnston | 550.00 | 8.90 | 4,895.00 |
| Corinne A. Goldstein | 560.00 | 13.80 | 7,728.00 |
| Eric R. Carlson | 305.00 | 12.20 | 3,721.00 |
| Gina Renee Merrill | 270.00 | 45.30 | 11,286.00 |
| Jessamy K. Thomison | 365.00 | 18.90 | 6,898.50 |
| Kimberly A. Strosnider | 410.00 | 33.10 | 13,571.00 |
| Melanie D. Reed | 360.00 | 12.80 | 4,608.00 |
| Randall H. Cook | 330.00 | 28.30 | 9,339.00 |
| Lily Chang | 170.00 | 10.00 | 1,754.00 |
| Samuel D. Brotman | 175.00 | 27.30 | 4,777.50 |
| **Grand Total** | | **252.70** | **$ 95,420.00** |

**Covington & Burling LLP**  Private & Confidential

# Delphi Fee Application
## Matter Summary
### February 1, 2007 - May 31, 2007

| Matter | Description | Hours | Amount |
|---|---|---|---|
| 30175.00002 | Special Committee | 59.30 | 18,087.00 |
| 30175.00004 | Delphi File #2006-000802 | 92.90 | 38,189.00 |
| 26186.06101 | General Foreign Trade Controls | 100.50 | 39,144.00 |
| **Grand Total** | | **252.70** $ | **95,420.00** |

**Covington & Burling LLP**  Private & Confidential

# Delphi Fee Application
## Monthly Summary
### February 1, 2007 - May 31, 2007

| Summary for 30175.00002 Special Committee | | |
|---|---|---|
| February | $ | 4,045.00 |
| March | | 11,800.00 |
| April | | 1,192.00 |
| May | | 1,050.00 |
| Subtotal | $ | 18,087.00 |

| Summary for 30175.00004 Delphi File #2006-000802 | | |
|---|---|---|
| February | $ | 501.00 |
| March | | 418.00 |
| April | | 7,787.00 |
| May | | 29,483.00 |
| Subtotal | $ | 38,189.00 |

| Summary for 26186.6101 General Foreign Trade Controls | | |
|---|---|---|
| February | $ | 2,100.00 |
| March | | 7,663.00 |
| April | | 6,433.00 |
| May | | 22,948.00 |
| Subtotal | $ | 39,144.00 |
| Grand Total | $ | 95,420.00 |