# Exhibit E

**Covington & Burling**                                                           Private & Confidential

# Delphi Fee Application
# Disbursement Summary
# February 1, 2007 - May 31, 2007

| Description | Amount |
|---|---:|
| Computer Research Total | $ 54.00 |
| Document Retrieval Services Total | 128.00 |
| Duplicating Total | 362.90 |
| Facsimile Total | 7.50 |
| Fax Long Distance Total | 1.37 |
| Federal Express Total | 651.79 |
| Local Meals Total | 17.03 |
| Local Transportation Total | 54.06 |
| Long Distance Calls Total | 22.86 |
| Metered Mail Total | 8.22 |
| Outside Word Processing Total | 54.90 |
| Scanning Total | 109.20 |
| Staff Client Overtime Total | 22.67 |
| Supplies Total | 61.92 |
| Travel Total | 40.00 |
| Travel Meals Total | 11.42 |
| Word Processing Total | 8.75 |
| | |
| Grand Total | $ 1,616.59 |

# COVINGTON & BURLING LLP

620 EIGHTH AVENUE  NEW YORK
NEW YORK, NY 10018  WASHINGTON
TEL 212.841.1000  SAN FRANCISCO
FAX 212.841.1010  LONDON
WWW.COV.COM  BRUSSELS

026186.06101

July 24, 2007

Delphi Automotive Systems Corporation

Re: General Foreign Trade Controls

Disbursements and Other Charges Posted from February 1, 2007 through May 31, 2007:

| | | |
|---|---|---:|
| Scanning | $ | 68.90 |
| Duplicating | | 4.50 |
| Long Distance Calls | | 3.06 |
| Federal Express | | 77.25 |
| | | 153.71 |

NY: 555106-1

RETURN LAST PAGE WITH REMITTANCE          EMPLOYER IDENTIFICATION NUMBER: 53-0188411

# Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 01/18/07 | Scanning | 4.10 |
| 03/05/07 | Scanning | 3.00 |
| 03/05/07 | Scanning | 2.60 |
| 03/20/07 | Scanning | 3.20 |
| 04/16/07 | Scanning | 4.70 |
| 04/17/07 | Scanning | 5.10 |
| 04/23/07 | Scanning | 0.20 |
| 04/23/07 | Scanning | 0.40 |
| 04/23/07 | Scanning | 0.30 |
| 05/01/07 | Scanning | 2.60 |
| 05/01/07 | Scanning | 2.60 |
| 05/02/07 | Scanning | 4.90 |
| 05/02/07 | Scanning | 4.90 |
| 05/02/07 | Scanning | 4.50 |
| 05/02/07 | Scanning | 3.80 |
| 05/09/07 | Scanning | 4.00 |
| 05/16/07 | Scanning | 1.10 |
| 05/16/07 | Scanning | 2.60 |
| 05/18/07 | Scanning | 0.20 |
| 05/18/07 | Scanning | 0.20 |
| 05/23/07 | Scanning | 1.20 |
| 05/23/07 | Scanning | 1.20 |
| 05/23/07 | Scanning | 3.60 |
| 05/23/07 | Scanning | 2.20 |
| 05/24/07 | Scanning | 3.90 |
| 05/24/07 | Scanning | 1.80 |
| | **TOTAL FOR COST CODE: 020** | **68.90** |
| 04/03/07 | Duplicating Copies: 1 | 0.10 |
| 04/23/07 | Duplicating Copies: 6 | 0.60 |
| 04/23/07 | Duplicating Copies: 6 | 0.60 |
| 04/23/07 | Duplicating Copies: 1 | 0.10 |
| 02/28/07 | Duplicating Copies: 27 | 2.70 |
| 02/28/07 | Duplicating Copies: 1 | 0.10 |
| 03/05/07 | Duplicating Copies: 3 | 0.30 |
| | **TOTAL FOR COST CODE: 021** | **4.50** |
| 03/02/07 | Long Distance Calls Extension: 15816 Number: 919494583173 | 0.18 |
| 02/06/07 | Long Distance Calls Extension: 15816 Number: 912488131150 | 0.18 |

Invoice No. ******

| Date | Description | Amount |
|---|---|---:|
| 01/26/07 | Long Distance Calls Extension: 15534 Number: 914125942309 | (5.04) |
| 03/07/07 | Long Distance Calls Extension: 15816 Number: 919494583173 | 0.18 |
| 03/08/07 | Long Distance Calls Extension: 15816 Number: 919494583173 | 0.18 |
| 03/08/07 | Long Distance Calls Extension: 15816 Number: 919494583173 | 0.18 |
| 05/02/07 | Long Distance Calls Extension: 15816 Number: 919494583173 | 6.30 |
| 05/03/07 | Long Distance Calls Extension: 15253 Number: 919496600144 | 0.36 |
| 05/15/07 | Long Distance Calls Extension: 15253 Number: 919494583173 | 0.36 |
| 05/08/07 | Long Distance Calls Extension: 15253 Number: 919494583173 | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **3.06** |
| 12/20/06 | FEDEX Kimberly A Strosnider Shipped: 12/20/2006 Inv:12/25/2006 # 85988243 Trk: 924431930352 Delphi Connection Sy IRVINE CA US | 15.22 |
| 02/28/07 | FEDEX Kimberly A Strosnider Shipped: 02/28/200 Inv:03/05/2007 # 872398907 Trk: 931380988127 | 8.65 |
| 02/28/07 | FEDEX Kimberly A Strosnider Shipped: 02/28/2007 Inv:03/05/2007 # 87239890 Trk: 931380988138 Delphi World Headqua TROY MI US | 12.17 |
| 02/28/07 | FEDEX Kimberly A Strosnider Shipped: 02/28/2007 Inv:03/05/2007 # 87239890 Trk: 931380988160 Delphi Connection Sy IRVINE CA US | 16.35 |
| 02/28/07 | FEDEX Kimberly A Strosnider Shipped: 02/28/200 Inv:03/05/2007 # 872398907 Trk: 931380988171 | 8.65 |
| 01/11/07 | FEDEX Kimberly A Strosnider Shipped: 01/11/2007 Inv:01/15/2007 # 86338966 Trk: 929982089404 Delphi Connection Sy IRVINE CA US | 16.21 |
| | **TOTAL FOR COST CODE: 720** | **77.25** |

# COVINGTON & BURLING LLP

620 EIGHTH AVENUE  NEW YORK
NEW YORK, NY 10018  WASHINGTON
TEL 212.841.1000  SAN FRANCISCO
FAX 212.841.1010  LONDON
WWW.COV.COM  BRUSSELS

030175.00004

July 23, 2007

Joseph E. Papelian

Re: Delphi File #2006-000802

Disbursements and Other Charges Posted from February 1, 2007 through May 31, 2007:

| | | |
|---|---:|---:|
| Scanning | $ | 4.50 |
| Duplicating | | 20.40 |
| Local Transportation | | 54.06 |
| Local Meals | | 17.03 |
| Facsimile | | 7.50 |
| Long Distance Calls | | 19.62 |
| Travel | | 40.00 |
| Travel Meals | | 11.42 |
| Outside Word Processing | | 54.90 |
| Document Retrieval Services | | 128.00 |
| Fax Long Distance | | 1.37 |
| | | **358.80** |

NY: 555104-1

RETURN LAST PAGE WITH REMITTANCE                                EMPLOYER IDENTIFICATION NUMBER: 53-0188411

Invoice No. ******

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 05/22/07 | Scanning | 1.50 |
| 05/22/07 | Scanning | 0.70 |
| 05/22/07 | Scanning | 1.50 |
| 05/22/07 | Scanning | 0.80 |
| | **TOTAL FOR COST CODE: 020** | **4.50** |
| 05/14/07 | Duplicating Copies: 1 | 0.10 |
| 05/03/07 | Duplicating Copies: 45 | 4.50 |
| 05/03/07 | Duplicating Copies: 49 | 4.90 |
| 05/03/07 | Duplicating Copies: 87 | 8.70 |
| 05/06/07 | Duplicating Copies: 1 | 0.10 |
| 05/06/07 | Duplicating Copies: 21 | 2.10 |
| | **TOTAL FOR COST CODE: 021** | **20.40** |
| 04/30/07 | Local Transportation UTOG 2 WAY RADIO INC. 05/08/07, INV 353583 VOUCHER#1656520 MARIA THOMPSON (ma) | 54.06 |
| | **TOTAL FOR COST CODE: 061** | **54.06** |
| 05/01/07 | Seamless Web food Services. Inv #: 201488 Order Date: 05/01/2007 By: Merrill Gina R Order #: 54774987     By: Merrill Gina Office ID: NYC | 17.03 |
| | **TOTAL FOR COST CODE: 101** | **17.03** |
| 05/07/07 | Facsimile Pages: 5 Number: 916464419078 | 7.50 |
| | **TOTAL FOR COST CODE: 135** | **7.50** |
| 05/07/07 | Long Distance Calls Extension: 16469 Number: 912488132535 | 2.70 |
| 05/01/07 | Long Distance Calls Extension: 11143 Number: 912025149842 | 0.18 |
| 05/04/07 | Long Distance Calls Extension: 12628 Number: 912022237380 | 0.18 |
| 04/03/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 0.18 |
| 04/03/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 0.18 |
| 04/11/07 | Long Distance Calls Extension: 11078 Number: 912022237380 | 0.36 |
| 04/11/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 0.18 |
| 04/12/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 0.18 |
| 04/13/07 | Long Distance Calls Extension: 12628 Number: 912025514831 | 2.34 |
| 04/13/07 | Long Distance Calls Extension: 12628 Number: 912025149842 | 3.78 |
| 04/13/07 | Long Distance Calls Extension: 12628 Number: 912028622494 | 0.18 |
| 04/13/07 | Long Distance Calls Extension: 12628 Number: 912022237380 | 0.18 |
| 04/13/07 | Long Distance Calls Extension: 11078 Number: 912488132535 | 2.34 |
| 04/17/07 | Long Distance Calls Extension: 15255 Number: 912488132535 | 0.36 |
| 04/17/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 0.18 |

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 04/19/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 1.08 |
| 04/23/07 | Long Distance Calls Extension: 11143 Number: 912025514831 | 0.36 |
| 05/15/07 | Long Distance Calls Extension: 11078 Number: 912022237380 | 0.18 |
| 05/18/07 | Long Distance Calls Extension: 12628 Number: 912488133009 | 4.50 |
| | **TOTAL FOR COST CODE: 143** | **19.62** |
| 05/07/07 | Travel GINA MERRILL/ REIMB. EXP. (WASHINGTON, DC TRIP 05/06/07 TO 05/07/07 - REGARDING DELPHI) TAXIS (ma) | 40.00 |
| | **TOTAL FOR COST CODE: 152** | **40.00** |
| 05/07/07 | Travel Meals GINA MERRILL/ REIMB. EXP. (WASHINGTON, DC TRIP 05/06/07 TO 05/07/07 - REGARDING DELPHI) MEAL (ma) | 11.42 |
| | **TOTAL FOR COST CODE: 154** | **11.42** |
| 04/30/07 | Outside Word Processing BON TEMPS Inv# 151295 W/E 05/06/07 Maria Thompson (Temp) J. Fowler (mv) | 54.90 |
| | **TOTAL FOR COST CODE: 165** | **54.90** |
| 04/30/07 | Document Retrieval Services GRM INFORMATION 04/30/07, INV 0798629 (PERIOD 04/01/07 TO 04/30/07) MOISES VELAZQUEZ (ma) | 128.00 |
| | **TOTAL FOR COST CODE: 202** | **128.00** |
| 05/07/07 | Fax Long Distance Number: 916464419078 | 1.37 |
| | **TOTAL FOR COST CODE: 235** | **1.37** |

# COVINGTON & BURLING LLP

620 EIGHTH AVENUE  
NEW YORK, NY 10018  
TEL 212.841.1000  
FAX 212.841.1010  
WWW.COV.COM

NEW YORK  
WASHINGTON  
SAN FRANCISCO  
LONDON  
BRUSSELS

030175.00002

July 23, 2007

Delphi Corporation

Re: Special Committee

Disbursements and Other Charges Posted from February 1, 2007 through May 31, 2007:

| | |
|---|---:|
| Scanning | $ 35.80 |
| Duplicating | 338.00 |
| Computer Research | 54.00 |
| Case Supplies | 61.92 |
| Staff Client Overtime | 22.67 |
| Long Distance Calls | 0.18 |
| Word Processing | 8.75 |
| Metered Mail | 8.22 |
| Federal Express | 574.54 |
| | **1,104.08** |

NY: 555102-1

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 04/13/07 | Scanning | 0.10 |
| 04/13/07 | Scanning | 3.50 |
| 04/16/07 | Scanning | 4.00 |
| 02/28/07 | Scanning | 0.50 |
| 02/28/07 | Scanning | 0.40 |
| 02/28/07 | Scanning | 0.20 |
| 05/14/07 | Scanning | 0.10 |
| 03/14/07 | Scanning | 1.50 |
| 03/14/07 | Scanning | 0.50 |
| 03/14/07 | Scanning | 1.00 |
| 03/14/07 | Scanning | 3.10 |
| 03/14/07 | Scanning | 0.40 |
| 03/14/07 | Scanning | 2.00 |
| 03/14/07 | Scanning | 1.90 |
| 03/14/07 | Scanning | 2.90 |
| 03/28/07 | Scanning | 1.50 |
| 03/28/07 | Scanning | 0.50 |
| 03/28/07 | Scanning | 1.00 |
| 03/28/07 | Scanning | 0.10 |
| 03/28/07 | Scanning | 0.40 |
| 03/28/07 | Scanning | 1.90 |
| 03/29/07 | Scanning | 8.20 |
| 04/04/07 | Scanning | 0.10 |
| **TOTAL FOR COST CODE: 020** | | **35.80** |
| 04/16/07 | Duplicating Copies: 40 | 4.00 |
| 04/16/07 | Duplicating Copies: 41 | 4.10 |
| 03/28/07 | Duplicating Copies: 69 | 6.90 |
| 03/28/07 | Duplicating Copies: 880 | 88.00 |
| 03/28/07 | Duplicating Copies: 13 | 1.30 |
| 03/28/07 | Duplicating Copies: 24 | 2.40 |
| 03/29/07 | Duplicating Copies: 2 | 0.20 |
| 03/29/07 | Duplicating Copies: 82 | 8.20 |
| 03/29/07 | Duplicating Copies: 880 | 88.00 |
| 04/02/07 | Duplicating Copies: 208 | 20.80 |
| 04/02/07 | Duplicating Copies: 24 | 2.40 |
| 04/04/07 | Duplicating Copies: 1 | 0.10 |
| 03/14/07 | Duplicating Copies: 83 | 8.30 |
| 05/25/07 | Duplicating Copies: 173 | 17.30 |

Delphi Corporation  05-44481-rdd    Doc 8785-6    Filed 07/31/07    Entered 07/31/07 11:14:06    Exhibit E
Special Committee                                          Pg 11 of 14

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 05/25/07 | Duplicating Copies: 60 | 6.00 |
| 04/19/07 | Duplicating Copies: 2 | 0.20 |
| 04/27/07 | Duplicating Copies: 220 | 22.00 |
| 04/30/07 | Duplicating Copies: 49 | 4.90 |
| 03/01/07 | Duplicating Copies: 251 | 25.10 |
| 03/02/07 | Duplicating Copies: 89 | 8.90 |
| 02/06/07 | Duplicating Copies: 179 | 17.90 |
| 01/23/07 | Duplicating Copies: 8 | 0.80 |
| 05/08/07 | Duplicating Copies: 2 | 0.20 |
| | **TOTAL FOR COST CODE: 021** | **338.00** |
| 03/31/07 | Computer Research PACER SERVICE CENTER 04/05/07, LOGIN ID CB0860 (BILLING CYCLE 01/01/07 TO 03/31/07) KAREN SCHUBART (ma) | 32.40 |
| 03/31/07 | Computer Research PACER SERVICE CENTER 04/05/07, LOGIN ID CB1851 (BILLING CYCLE 01/01/07 TO 03/31/07) KAREN SCHUBART (ma) | 21.60 |
| | **TOTAL FOR COST CODE: 058** | **54.00** |
| 03/01/07 | Supplies Employee : Emily Johnson Item #: IMN4114 Item Desc: BLANK CD'S | 23.40 |
| 03/01/07 | Supplies Employee : Emily Johnson Item #: UNV46811 Item Desc: JEWEL CD CASES | 38.52 |
| | **TOTAL FOR COST CODE: 090** | **61.92** |
| 02/15/07 | Staff Client Overtime COVINGTON & BURLING - 2/15/07 time sheets processed are for January 1 through January 31, 2007 (mcg) | 22.67 |
| | **TOTAL FOR COST CODE: 103** | **22.67** |
| 03/21/07 | Long Distance Calls Extension: 00000 Number: 912488132511 | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **0.18** |
| 03/30/07 | Word Processing - Regular Fees 2/16-28/07 (MBN) | 8.75 |
| | **TOTAL FOR COST CODE: 163** | **8.75** |
| 03/01/07 | Metered Mail | 1.74 |
| 03/01/07 | Metered Mail | 6.09 |
| 04/19/07 | Metered Mail | 0.39 |
| | **TOTAL FOR COST CODE: 714** | **8.22** |
| 04/16/07 | FEDEX Amanda Raboy Shipped: 04/16/2007 Inv:04/23/2007 # 88174620 Trk: 903145905638 Delphi Proof of Clai TROY MI US | 9.15 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902525 Delphi Corporation TROY MI US | 9.03 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902536 Delphi Corporation TROY MI US | 9.03 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902547 Office of United Sta NEW YORK CITY NY US | 6.01 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902558 GE Plastics, America HUNTERSVILLE NC US | 9.03 |

| Date | Description | Amount |
|---|---|---|
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902569 Latham & Watkins LLP NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902570 Skadden, Arps Slate CHICAGO IL US | 14.79 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902580 Office of the United NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902591 Skadden Arps Slate M NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902606 Fried, Frank, Harris NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902617 Simpson Thacher & Ba NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902628 Davis Polk & Wardwel NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902639 US Bankruptcy Court, NEW YORK CITY NY US | 7.11 |
| 03/29/07 | FEDEX Amanda Raboy Shipped: 03/29/2007 Inv:04/02/2007 # 87773302 Trk: 903145902640 Delphi Corporation TROY MI US | 11.77 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903142 Delphi TROY MI US | 12.11 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903153 US Trustee NEW YORK CITY NY US | 8.61 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903164 Delphi TROY MI US | 12.11 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907906 US Trustee NEW YORK CITY NY US | 8.61 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907917 Delphi TROY MI US | 12.11 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907928 Delphi TROY MI US | 12.11 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907939 GE Plastics, America HUNTERSVILLE NC US | 12.11 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907940 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907950 Fried Frank Harris S NEW YORK CITY NY US | 8.61 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907961 Davis Polk & Wardwel NEW YORK CITY NY US | 8.61 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907972 Delphi TROY MI US | 12.11 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907983 Skadden Arps CHICAGO IL US | 13.62 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145907994 US Trustee NEW YORK CITY NY US | 8.61 |
| 04/27/07 | FEDEX Susan Powe Johnston Shipped: 04/27/2007 Inv:05/07/2007 # 20236047 Trk: 903145908008 Latham & Watkins LLP NEW YORK CITY NY US | 8.61 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543834 Simpson Thacher & Ba NEW YORK CITY NY US | 8.65 |

Delphi Corporation  05-44481-rdd    Doc 8785-6    Filed 07/31/07    Entered 07/31/07 11:14:06    Exhibit E
Special Committee                                  Pg 13 of 14

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543845 Fried Frank Harris S NEW YORK CITY NY US | 8.65 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543856 Davis Polk & Wardwel NEW YORK CITY NY US | 8.65 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543867 US Trustee NEW YORK CITY NY US | 8.65 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543878 GE Plastics, America HUNTERSVILLE NC US | 12.17 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543889 Delphi TROY MI US | 12.17 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543890 Latham & Watkins LLP NEW YORK CITY NY US | 8.65 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543904 Skadden Arps CHICAGO IL US | 13.68 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543915 Delphi TROY MI US | 12.17 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543926 Delphi TROY MI US | 12.17 |
| 02/06/07 | FEDEX Susan Powe Johnston Shipped: 02/06/2007 Inv:02/12/2007 # 86849192 Trk: 711042543937 US Trustee NEW YORK CITY NY US | 8.65 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898698 Delphi TROY MI US | 12.17 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898702 Delphi TROY MI US | 12.17 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898713 GE Plastics, America HUNTERSVILLE NC US | 12.17 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898724 Simpson Thacher & Ba NEW YORK CITY NY US | 8.65 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898735 Davis Polk & Wardwel NEW YORK CITY NY US | 8.65 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898746 Fried Frank Harris S NEW YORK CITY NY US | 8.65 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898757 Delphi TROY MI US | 12.17 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898768 US Trustee NEW YORK CITY NY US | 8.65 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898779 Skadden Arps CHICAGO IL US | 13.68 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898790 Latham & Watkins LLP NEW YORK CITY NY US | 8.65 |
| 03/01/07 | FEDEX Susan Powe Johnston Shipped: 03/01/2007 Inv:03/05/2007 # 87240018 Trk: 903145898805 US Trustee NEW YORK CITY NY US | 8.65 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903061 Latham & Watkins LLP NEW YORK CITY NY US | 8.61 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903072 Skadden Arps CHICAGO IL US | 13.62 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903083 US Trustee NEW YORK CITY NY US | 8.61 |

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903094 Delphi TROY MI US | 12.11 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903109 Davis Polk & Wardwel NEW YORK CITY NY US | 8.61 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903110 Fried Frank Harris S NEW YORK CITY NY US | 8.61 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903120 Simpson Thacher & Ba NEW YORK CITY NY US | 8.61 |
| 04/02/07 | FEDEX Susan Powe Johnston Shipped: 04/02/2007 Inv:04/09/2007 # 87904657 Trk: 903145903131 GE Plastics, America HUNTERSVILLE NC US | 12.11 |

**TOTAL FOR COST CODE: 720**     **574.54**