EXHIBIT A

DELPHI CORPORATION et al.

CERTIFICATION OF RANDALL S. EISENBERG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                              :    Chapter 11
:
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
:
          Debtors.                 :    (Jointly Administered)
:
------------------------------------------------------------x

## CERTIFICATION UNDER GUIDELINES FOR
## FEES AND DISBURSEMENTS FOR PROFESSIONALS

Randall S. Eisenberg, as and for his certification pursuant to and in accordance with the Court's General Order M-151: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("SDNY Guidelines"), hereby respectfully certifies as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. I have been designated with responsibility for compliance with the SDNY Guidelines and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, adopted on January 30, 1996 (the "UST Guidelines") in these Chapter 11 cases of Delphi Corporation, et al. (the "Debtors").

2.      I submit this certification in connection with the Fourth Interim Fee Application of FTI Consulting, Inc., as Restructuring and Financial Advisor To The Debtors and Debtors-in-Possession For Interim Allowance of Compensation For Professional Services Rendered and Reimbursement of Actual and Necessary Expenses For The Period February 1, 2007 Through May 31, 2007 (the "Application").

3.      I have read the Application.

1

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David M. Sherbin and John D. Sheehan), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (vii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M. Resnick), (viii) Valerie Venable, GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC 28078, and (ix) Legal Cost Control, Inc., 255 Kings Highway East, Haddonfield, NJ 08033 (Att'n: John J. Marquess). In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.