**EXHIBIT B**

**DELPHI CORPORATION et al.**

**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2007 TO MAY 31, 2007*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Abbott, Jason | Senior Consultant for 1.5 years; 5.9 years of prior relevant experience; CPA-IA-2004; CPA-IL-2005; CFA; Corporate Finance / Transaction Advisory Services. | $395 | 260.9 | $ 103,055.50 |
| Affelt, Amy | Client Services Specialist for 10 years; 5 years of prior relevant experience; no licenses held; Technology. | $315 | 3.0 | $ 945.00 |
| Balakrishnan, Rithvik | Client Services Specialist for 0 years; no prior relevant experience; no licenses held; Technology. | $285 | 16.9 | $ 4,816.50 |
| Banas, Nathan | Client Services Specialist for 0.7 years; 12 years of prior relevant experience; no licenses held; Technology. | $200 | 1.1 | $ 220.00 |
| Band, Alexandra | Consultant for 1.6 years; 4.7 years of prior relevant experience; Technology. | $280 | 3.1 | $ 868.00 |
| Beal, Brandon | Director for 1.6 years; 4.5 years of prior relevant experience; CPA-CA-2002; Corporate Finance. | $480 | 391.8 | $ 188,064.00 |
| Behnke, Thomas | Managing Director for 14 years; 5.2 years of prior relevant experience; CPA-TX-1989; Corporate Finance / Claims Management. | $590 | 698.9 | $ 412,351.00 |
| Brighoff, Benjamin | Consultant for 10.7 years; no prior relevant experience; no licenses held; Economics, Lexecon. | $300 | 7.0 | $ 2,100.00 |
| Cartwright, Emily | Associate for 0.9 years; no prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $250 | 136.0 | $ 34,000.00 |
| Clayburgh, Peter | Director for 1.5 years; 2.2 years of prior relevant experience; Economics, Lexecon. | $325 | 25.9 | $ 8,417.50 |
| Concannon, Joseph | Consultant for 1.4 years; 3.3 years of prior relevant experience; CPA-PA-2004; Corporate Finance. | $365 | 255.1 | $ 93,111.50 |
| Crisalli, Paul | Managing Director for 0.4 years; 8.3 years of prior relevant experience; CIRA; Corporate Finance. | $545 | 258.5 | $ 140,882.50 |
| Cristiano, John | Managing Director for 0.8 years; 12.8 years of prior relevant experience; CPA-NY-1996; Corporate Finance. | $545 | 138.5 | $ 75,482.50 |
| Dana, Steven | Director for 0.4 years; 5.3 years of prior relevant experience; Corporate Finance. | $450 | 506.5 | $ 227,925.00 |
| Eaton, Mark | Managing Director for 0.4 years; 24.5 years of prior relevant experience; CPA-MN-1986; Corporate Finance. | $545 | 44.0 | $ 23,980.00 |
| Eisenberg, Randall | Senior Managing Director for 8.8 years; 12 years of prior relevant experience; CPA-NY-1998; CPA-CA-1989; CTP; Corporate Finance. | $675 | 496.3 | $ 335,002.50 |
| Emrikian, Armen | Managing Director for 0.4 years; 10.3 years of prior relevant experience; Corporate Finance. | $545 | 657.1 | $ 358,119.50 |
| Farrell, David | Managing Director for 1.5 years; 6.2 years of prior relevant experience; Chartered Accountant of England and Wales - 1992; Corporate Finance / Transaction Advisory Services. | $545 | 0.9 | $ 490.50 |
| Fischel, Daniel | Senior Managing Director for 26.1 years; 4 years of prior relevant experience; Economics, Lexecon. | $1,000 | 2.0 | $ 2,000.00 |
| Fletemeyer, Ryan | Director for 1.4 years; 7.7 years of prior relevant experience; Corporate Finance. | $480 | 722.1 | $ 346,608.00 |
| Frankum, Adrian | Senior Managing Director for 0.4 years; 17.5 years of prior relevant experience; CPA-NY-1994; Corporate Finance. | $630 | 660.3 | $ 415,989.00 |
| Gildersleeve, Ryan | Director for 1.5 years; 4.5 years of prior relevant experience; Corporate Finance / Claims Management. | $480 | 236.9 | $ 113,712.00 |
| Gonzalez, Robert | Consultant for 0.8 years; 4.6 years of prior relevant experience; no licenses held; Corporate Finance. | $275 | 22.5 | $ 6,187.50 |
| Guglielmo, James | Managing Director for 5.8 years; 9 years of prior relevant experience; CIRA; Corporate Finance. | $590 | 635.4 | $ 374,886.00 |
| Gujral, Pankaj | Consultant for 0 years; no prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $325 | 3.5 | $ 1,137.50 |
| Ho, Rocky | Senior Managing Director for 4.1 years; 10 years of prior relevant experience; CIRA; Corporate Finance. | $615 | 62.2 | $ 38,253.00 |
| Hofstad, Ivo | Director for 0.4 years; 7.6 years of prior relevant experience; Corporate Finance. | $450 | 0.5 | $ 225.00 |
| Hong, Donald | Consultant for 1.9 years; no prior relevant experience; Economics, Lexecon. | $300 | 1.0 | $ 300.00 |
| Imburgia, Basil | Senior Managing Director for 3.6 years; 22.2 years of prior relevant experience; CPA-NY-1987; CFA; Forensic and Litigation Consulting. | $600 | 1.5 | $ 900.00 |
| Ingle, Suann | Director for 2.2 years; 18.2 years of prior relevant experience; BFA; Forensic and Litigation Consulting. | $300 | 0.5 | $ 150.00 |
| Jackson, Duane | Client Services Specialist for 0.8 years; no prior relevant experience; no licenses held; Technology. | $150 | 2.0 | $ 300.00 |
| Johnston, Cheryl | Paraprofessional for 14.3 years; 18 years of prior relevant experience; Corporate Finance. | $180 | 258.1 | $ 46,458.00 |
| Jones, Curtis | Client Services Specialist for 0.3 years; 2 years of prior relevant experience; no licenses held; Technology. | $250 | 0.6 | $ 150.00 |
| Karamanos, Stacy | Director for 0.4 years; 7.6 years of prior relevant experience; CPA-IL-; Corporate Finance. | $450 | 839.6 | $ 377,820.00 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2007 TO MAY 31, 2007*

| Name of Professional Person | Position of the Applicant, Number of Years in that or Comparable Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Krieg, Brett | Consultant for 1.8 years; 1.2 years of prior relevant experience; Corporate Finance. | $395 | 13.8 | $ 5,451.00 |
| Kuby, Kevin | Senior Managing Director for 0.4 years; 8.6 years of prior relevant experience; CIRA; CTP; Corporate Finance. | $615 | 586.9 | $ 360,943.50 |
| Lewandowski, Douglas | Consultant for 0.5 years; 3.1 years of prior relevant experience; Corporate Finance / Claims Management. | $335 | 3.0 | $ 1,005.00 |
| Li, Danny | Director for 3.1 years; 5.5 years of prior relevant experience; CIRA; CFA; Corporate Finance. | $510 | 68.9 | $ 35,139.00 |
| Lyman, Scott | Consultant for 0.6 years; 4.3 years of prior relevant experience; no licenses held; Corporate Finance. | $335 | 92.2 | $ 30,887.00 |
| Maffei, Jeffrey | Consultant for 11.1 years; 1.8 years of prior relevant experience; Economics, Lexecon. | $315 | 72.5 | $ 22,837.50 |
| McDonagh, Timothy | Consultant for 0.4 years; 2.2 years of prior relevant experience; Corporate Finance. | $295 | 548.2 | $ 161,719.00 |
| McKeighan, Erin | Consultant for 0.9 years; no prior relevant experience; Corporate Finance / Claims Management. | $250 | 421.3 | $ 105,325.00 |
| Meyers, Glenn | Managing Director for 2.6 years; 34.8 years of prior relevant experience; Ph.D. (Economics) 1972; Economics, Lexecon. | $475 | 81.8 | $ 38,855.00 |
| O'Neill, John | Associate for 0.8 years; no prior relevant experience; no licenses held; Corporate Finance. | $250 | 469.9 | $ 117,475.00 |
| Park, Jaewan | Consultant for 6.4 years; no prior relevant experience; Economics, Lexecon. | $280 | 7.0 | $ 1,960.00 |
| Pereida, Ruben | Client Services Specialist for 0.3 years; 7 years of prior relevant experience; no licenses held; Technology. | $250 | 0.3 | $ 75.00 |
| Quentin, Michele | Consultant for 1.2 years; 5.7 years of prior relevant experience; Corporate Finance. | $395 | 501.0 | $ 197,895.00 |
| Robinson, Joshua | Director for 1.6 years; 4.4 years of prior relevant experience; Corporate Finance / Claims Management. | $480 | 14.1 | $ 6,768.00 |
| Schondelmeier, Kathryn | Associate for 2 years; no prior relevant experience; Corporate Finance. | $290 | 9.0 | $ 2,610.00 |
| Smalstig, David | Senior Managing Director for 2 years; 23.1 years of prior relevant experience; CPA-PA-1989; CPA-IL-1994; Corporate Finance / Transaction Advisory Services. | $615 | 1.9 | $ 1,168.50 |
| Stevning, Johnny | Consultant for 4 years; 5 years of prior relevant experience; Corporate Finance / Claims Management. | $420 | 104.9 | $ 44,058.00 |
| Swanson, David | Associate for 2.1 years; no prior relevant experience; Corporate Finance. | $290 | 474.4 | $ 137,576.00 |
| Tolocka, Eric | Consultant for 1.7 years; 1.5 years of prior relevant experience; Economics, Lexecon. | $260 | 90.7 | $ 23,582.00 |
| Triana, Jennifer | Consultant for 1.3 years; 4.8 years of prior relevant experience; Corporate Finance / Claims Management. | $395 | 532.9 | $ 210,495.50 |
| Uhl, Mike | Senior Consultant for 1.7 years; 4 years of prior relevant experience; no licenses held; Corporate Finance / Claims Management. | $365 | 1.0 | $ 365.00 |
| Vinogradsky, Eugenia | Director for 6.4 years; 2.8 years of prior relevant experience; Economics, Lexecon. | $365 | 11.4 | $ 4,161.00 |
| Wagner, Cory | Client Services Specialist for 1 year; 13 years of prior relevant experience; no licenses held; Technology. | $200 | 1.0 | $ 200.00 |
| Wahl, Dustin | Managing Director for 1.8 years; 12.4 years of prior relevant experience; CPA-GA-1995; Corporate Finance / Transaction Advisory Services. | $565 | 91.5 | $ 51,697.50 |
| Warther, Vincent | Senior Vice President for 4.5 years; 7.7 years of prior relevant experience; no licenses held; Economics, Lexecon. | $540 | 38.5 | $ 20,790.00 |
| Weber, Eric | Director for 0.4 years; 5.8 years of prior relevant experience; CPA-IL-2002; Corporate Finance. | $405 | 507.2 | $ 205,416.00 |
| Wehrle, David | Director for 7.4 years; no prior relevant experience; CIRA; CFA; Corporate Finance. | $535 | 277.9 | $ 148,676.50 |
| Weinsten, Mark | Sr. Managing Director for 5.6 years; 17.2 years of prior relevant experience; no licenses held; Corporate Finance. | $615 | 213.1 | $ 131,056.50 |
| Whitford, Scott | Consultant for 2.7 years; 5 years of prior relevant experience; BFA; Forensic and Litigation Consulting. | $225 | 3.5 | $ 787.50 |
| Wu, Christine | Director for 2.4 years; 5.3 years of prior relevant experience; CIRA; CDBV; Corporate Finance. | $510 | 553.9 | $ 282,489.00 |
| Zimmermann, Deborah | Consultant for 6.5 years; 18.8 years of prior relevant experience; Economics, Lexecon. | $390 | 0.5 | $ 195.00 |
| **Sub-Total** | | | **13,144.3** | **$ 6,086,566.50** |
| **Computer Capability Fees** | | | | **15,689.62** |
| **Gross Fee Total** | | | | **$ 6,102,256.12** |
| **Fee accommodations** | | | | **(482,765.25)** |
| **Grand Total for all Professionals** | | | | **$ 5,619,490.87** |

**Notes:**
1 Years in current position include years at a prior firm if the professional was employed at a firm that was acquired by FTI Consulting, Inc.