**EXHIBIT C**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES & EXPENSES BY MONTH**

**EXHIBIT C**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES & EXPENSES BY MONTH**
*FOR THE PERIOD FEBRUARY 1, 2007 TO MAY 31, 2007*

| | February 1, 2007- February 28, 2007 | March 1, 2007- March 31, 2007 | April 1, 2007- April 30, 2007 | May 1, 2007- May 31, 2007 | Total |
|---|---|---|---|---|---|
| **FEES** | | | | | |
| Incurred | $ 2,152,177.22 | $ 1,363,171.41 | $ 926,346.50 | $ 1,660,560.99 | $ 6,102,256.12 |
| Fee accommodations [1] | (155,050.25) | (120,527.50) | (85,505.00) | (121,682.50) | (482,765.25) |
| Billed | $ 1,997,126.97 | $ 1,242,643.91 | $ 840,841.50 | $ 1,538,878.49 | $ 5,619,490.87 |
| Paid | (1,597,699.82) | (994,114.78) | (672,672.00) | - | (3,264,486.60) |
| Unpaid | $ 399,427.15 | $ 248,529.13 | $ 168,169.50 | $ 1,538,878.49 | $ 2,355,004.27 |
| *Holdback (Included in Unpaid Amount)* | *$ 399,425.39* | *$ 248,528.78* | *$ 168,168.30* | *$ 307,775.70* | *$ 1,123,898.17* |
| **EXPENSES** | | | | | |
| Incurred & Billed | $ 160,635.18 | $ 137,042.22 | $ 76,748.00 | $ 113,079.58 | $ 487,504.98 |
| Paid | (160,635.18) | (137,042.22) | (76,748.00) | - | (374,425.40) |
| Unpaid | $ - | $ - | $ - | $ 113,079.58 | $ 113,079.58 |
| **TOTAL** | | | | | |
| Incurred | $ 2,312,812.40 | $ 1,500,213.63 | $ 1,003,094.50 | $ 1,773,640.57 | $ 6,589,761.10 |
| Total Fee accommodations | (155,050.25) | (120,527.50) | (85,505.00) | (121,682.50) | (482,765.25) |
| Billed | $ 2,157,762.15 | $ 1,379,686.13 | $ 917,589.50 | $ 1,651,958.07 | $ 6,106,995.85 |
| Paid | (1,758,335.00) | (1,131,157.00) | (749,420.00) | - | (3,638,912.00) |
| Unpaid | $ 399,427.15 | $ 248,529.13 | $ 168,169.50 | $ 1,651,958.07 | $ 2,468,083.85 |
| *Holdback (Included in Unpaid Amount)* | *$ 399,425.39* | *$ 248,528.78* | *$ 168,168.30* | *$ 307,775.70* | *$ 1,123,898.17* |

**Notes:**
[1] FTI elected to make certain voluntary fee accommodations within several of the task categories in the Application Period.
  Please refer to Exhibit D for additional details.