**EXHIBIT D**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**

**EXHIBIT D**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**
*FOR THE PERIOD FEBRUARY 1, 2007 TO MAY 31, 2007*

| Category | Category Description | February 1, 2007 - February 28, 2007 Hours | Fees | March 1, 2007 - March 31, 2006 Hours | Fees | April 1, 2007 - April 30, 2007 Hours | Fees | May 1, 2007 - May 31, 2007 Hours | Fees | Gross Total Hours | Fees | Fee Accommodations Total | Net Total Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | BUSINESS OPERATIONS: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 403.9 | $ 201,017.00 | 221.6 | 113,288.5 | 206.5 | $ 95,876.00 | 159.8 | $ 70,568.00 | 991.8 | $ 480,749.50 | $ - | 991.8 | $ 480,749.50 |
| 4 | compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries. | 58.7 | $ 25,932.50 | 45.8 | 24,649.5 | 105.5 | $ 59,361.00 | 33.9 | $ 19,020.50 | 243.9 | $ 128,963.50 | $ (2,500.00) | 243.9 | $ 126,463.50 |
| 5 | CLAIMS ADMINISTRATION AND OBJECTIONS: Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 490.3 | $ 207,323.50 | 402.3 | 171,982.0 | 337.1 | $ 146,023.00 | 487.5 | $ 219,897.00 | 1,717.2 | $ 745,225.50 | $ - | 1,717.2 | $ 745,225.50 |
| 7 | FEE/EMPLOYMENT APPLICATIONS: Preparations of employment and fee applications for self or others; motions to establish interim procedures. | 263.4 | $ 69,726.00 | 220.9 | 73,964.0 | 263.8 | $ 75,808.00 | 237.5 | $ 65,534.00 | 985.6 | $ 285,032.00 | $ (80,000.00) | 985.6 | $ 205,032.00 |
| 9 | FINANCING: Matters under §§ 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $ - | 108.6 | 48,423.0 | 5.6 | $ 2,829.00 | 4.7 | $ 2,030.50 | 118.9 | $ 53,282.50 | $ (5,000.00) | 118.9 | $ 48,282.50 |
| 10 | LITIGATION: There should be a separate category established for each matter (e.g., XYZ Litigation). | 233.6 | $ 104,006.22 | 83.6 | 40,440.4 | 2.9 | $ 1,957.50 | 96.4 | $ 43,487.49 | 416.5 | $ 189,891.62 | $ - | 416.5 | $ 189,891.62 |
| 11 | MEETINGS OF CREDITORS: Preparing for and attending the conference of creditors, the §341(a) meeting and other creditors' committee meetings. | 164.7 | $ 91,030.00 | 200.3 | 110,027.0 | 118.0 | $ 65,428.50 | 124.2 | $ 65,759.00 | 607.2 | $ 332,244.50 | $ - | 607.2 | $ 332,244.50 |
| 12 | PLAN AND DISCLOSURE STATEMENT: Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. | 436.0 | $ 216,837.00 | 75.8 | 42,561.5 | 110.5 | $ 61,098.50 | 995.2 | $ 507,343.50 | 1,617.5 | $ 827,840.50 | $ (25,000.00) | 1,617.5 | $ 802,840.50 |
| 16 | BUSINESS ANALYSIS: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 1,210.4 | $ 567,737.00 | 923.2 | 424,863.0 | 588.2 | $ 272,187.00 | 1,098.9 | $ 469,197.00 | 3,820.7 | $ 1,733,984.00 | $ (10,000.00) | 3,820.7 | $ 1,723,984.00 |
| 17 | CORPORATE FINANCE: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 821.8 | $ 436,167.50 | 245.5 | 119,185.0 | 28.7 | $ 13,752.50 | 7.6 | $ 3,042.00 | 1,103.6 | $ 572,147.00 | $ (10,466.00) | 1,103.6 | $ 561,681.00 |
| 19 | LITIGATION CONSULTING: Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions, forensic accounting, etc. | 18.9 | $ 8,232.00 | 25.8 | 12,732.5 | 21.6 | $ 11,015.50 | 44.3 | $ 21,317.00 | 110.6 | $ 53,297.00 | $ - | 110.6 | $ 53,297.00 |
| Travel | Travel | 445.4 | $ 224,168.50 | 365.5 | 181,055.0 | 244.0 | $ 121,010.00 | 356.0 | $ 173,365.00 | 1,410.9 | $ 699,598.50 | $ (349,799.25) | 1,410.9 | $ 349,799.25 |
| | TOTAL | 4,547.1 | $ 2,152,177.22 | 2,918.9 | $ 1,363,171.41 | 2,032.4 | $ 926,346.50 | 3,646.0 | $ 1,660,560.99 | 13,144.3 | $ 6,102,256.12 | $ (482,765.25) | 13,144.3 | $ 5,619,490.87 |