# EXHIBIT A

DELPHI CORPORATION

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
FEBRUARY 1, 2007 THROUGH MAY 31, 2007

EXHIBIT A

Listed below are the Mesirow Financial Consulting, LLC professionals who performed services during the referenced period, their respective hourly rates, hours incurred, and associated fees.

| Name | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Lattig, Larry H. | Senior Managing Director | $ 690 | 87.8 | $ 60,582 |
| Lattig, Larry H. | Senior Managing Director | 650 | 103.7 | 67,405 |
| Szlezinger, Leon | Senior Managing Director | 690 | 96.1 | 66,309 |
| Szlezinger, Leon | Senior Managing Director | 650 | 135.6 | 88,140 |
| Davis, Scott | Senior Managing Director | 690 | 1.8 | 1,242 |
| Pickering, Ben | Managing Director | 650 | 121.1 | 78,715 |
| Pickering, Ben | Managing Director | 620 | 143.0 | 88,660 |
| Parks, Amanda | Managing Director | 650 | 187.6 | 121,940 |
| Parks, Amanda | Senior Vice President | 590 | 165.5 | 97,645 |
| Woodford, Dave | Senior Vice President | 590 | 30.8 | 18,172 |
| Sartori, Elisa | Senior Vice President | 560 | 2.5 | 1,400 |
| Matlawski, Krysten | Senior Vice President | 520 | 110.3 | 57,356 |
| Matlawski, Krysten | Vice President | 430 | 59.8 | 25,714 |
| Tan, Ching Wei | Senior Vice President | 550 | 18.7 | 10,285 |
| Tan, Ching Wei | Vice President | 490 | 2.5 | 1,225 |
| Thatcher, Michael | Vice President | 480 | 232.9 | 111,792 |
| Thatcher, Michael | Vice President | 430 | 296.8 | 127,624 |
| Chemtob, Victor | Associate | 290 | 27.7 | 8,033 |
| Grancher, Matthew | Associate | 290 | 8.6 | 2,494 |
| Faiella, Lindsay | Associate | 240 | 25.5 | 6,120 |
| Faiella, Lindsay | Associate | 190 | 70.4 | 13,376 |
| Matz, Ben | Associate | 190 | 63.3 | 12,027 |
| Montague, Kathleen | Associate | 190 | 9.2 | 1,748 |
| Parkins, Zach | Associate | 240 | 27.6 | 6,624 |
| Parkins, Zach | Associate | 190 | 23.5 | 4,465 |
| Potter, Jeffrey | Associate | 190 | 10.0 | 1,900 |
| Sun, Chungwei | Associate | 190 | 31.5 | 5,985 |
| Iizuka, Kris | Paraprofessional | 150 | 4.0 | 600 |
| Neziroski, David | Paraprofessional | 150 | 77.9 | 11,685 |
| Total | | | 2,175.7 | $ 1,099,263 |
| Less Travel time at 1/2 Billing Rates | | | | (6,660) |
| TOTALS: | | | 2,175.7 | $ 1,092,603 |

Total Fees   $ 1,092,603

Total Expenses   $ 14,758

Total Due   $ 1,107,361

Page 1