# EXHIBIT B

DELPHI CORPORATION

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES BY TIME DETAIL CATEGORY
FOR THE PERIOD
FEBRUARY 1, 2007 THROUGH MAY 31, 2007

EXHIBIT B

Listed below are the hours incurred and associated time charges for each time detail category.

| Time Detail Category | February 1, 2007 through May 31, 2007 | | Cumulative [2] | |
|---|---|---|---|---|
| | Hours | Fees | Hours | Fees |
| Accounting/Auditing | - | $ - | - | $ - |
| Asset Analysis and Recovery | - | - | - | - |
| Asset Disposition | 14.3 | 7,593 | 23.1 | 12,623 |
| Business Analysis | 932.5 | 469,418 | 1,583.1 | 819,495 |
| Business Operations | 323.9 | 185,325 | 536.0 | 302,235 |
| Case Administration | 70.8 | 25,786 | 138.3 | 58,272 |
| Claims Administration and Objections | 212.5 | 87,813 | 433.3 | 171,576 |
| Corporate Finance | 102.7 | 68,147 | 239.7 | 147,425 |
| Data Analysis | 224.2 | 107,738 | 539.5 | 261,294 |
| Employee Benefits/Pensions | 33.5 | 19,261 | 115.1 | 54,519 |
| Fee/Employment Applications | 109.9 | 32,386 | 240.0 | 69,185 |
| Fee/Employment Objections | - | - | 30.3 | 18,106 |
| Financing | - | - | 37.8 | 23,194 |
| Litigation | - | - | - | - |
| Litigation Consulting | - | - | - | - |
| Meetings of Creditors | 125.4 | 78,771 | 348.4 | 215,877 |
| Plan and Disclosure Statement | - | - | - | - |
| Reconstruction Accounting | - | - | - | - |
| Relief from Stay Proceedings | - | - | - | - |
| Tax Issues | 6.0 | 3,705 | 46.8 | 26,110 |
| Travel [1] | 20.0 | 6,660 | 54.0 | 16,330 |
| Valuation | - | - | - | - |
| TOTALS: | 2,175.7 | $ 1,092,603 | 4,365.4 | $ 2,196,241 [3] |

| | | |
|---|---|---|
| Hours and Fees from October 19, 2005 through September 30, 2006 | 12,453.0 | $ 5,756,786 |
| Total Hours and Fees | 2,175.7 | $ 1,092,603 | 16,818.4 | $ 7,953,027 |
| Total Expenses | | $ 14,758 | | $ 193,737 |
| Total Fees and Expenses Due | | $ 1,107,361 | | $ 8,146,764 |

[1] This reflects non-working travel time voluntarily limited to a maximum of 2.0 hours per trip and billed at half rate.
[2] Cumulative for the category codes put in place by the Fee Committee as of October 1, 2006.
[3] Cumulative total to October 1, 2006 (prior to category code changes put in place by the Fee Committee).