# EXHIBIT C

# EXHIBIT C

## DELPHI CORPORATION
### Summary of Expenses
### February 1, 2007 through May 31, 2007

Listed below are the expenses incurred for each expense category:

| Expense Category | Amount | |
|---|---|---|
| Airfare | $ | 5,826 |
| Ground Transportation | $ | 890 |
| Lodging | $ | 7,617 |
| Meals | $ | 357 |
| Miscellaneous | $ | 68 |

**Total Expenses Requested** [1]     $     **14,758**

[1] MFC has voluntarily capped all meals at $20.

# EXHIBIT C-1

**EXHIBIT C-1**

**DELPHI CORPORATION**
**Summary of Expenses**
**February 1, 2007 through May 31, 2007**

| Name | Date | Description | Amount |
|------|------|-------------|-------:|
| *Air* | | | |
| Lattig, Larry | 07-Feb-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | $  1,029 |
| Lattig, Larry | 26-Feb-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | 1,386 |
| Lattig, Larry | 04-Mar-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | 1,702 |
| Sun, Chungwei | 12-Mar-07 | Airfare - coach round trip - Charlotte, NC to New York, NY. | 375 |
| Lattig, Larry | 23-Apr-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | 1,334 |
| *Subtotal - Air* | | | $  5,826 |
| | | | |
| *Ground Transportation* | | | |
| Parks, Amanda | 01-Feb-07 | Ground Transportation - train fare to client meeting. | $  14 |
| Pickering, Ben | 05-Feb-07 | Ground Transportation - MFC's office to client meeting. | 5 |
| Lattig, Larry | 06-Feb-07 | Ground Transportation - New York airport to hotel. | 35 |
| Lattig, Larry | 06-Feb-07 | Ground Transportation - Dallas airport to residence. | 35 |
| Lattig, Larry | 07-Feb-07 | Ground Transportation - hotel to client meeting. | 10 |
| Szlezinger, Leon | 13-Feb-07 | Ground Transportation - residence to client meeting. | 58 |
| Szlezinger, Leon | 13-Feb-07 | Ground Transportation - client meeting to MFC office. | 121 |
| Lattig, Larry | 26-Feb-07 | Ground Transportation - New York airport to hotel. | 35 |
| Lattig, Larry | 27-Feb-07 | Ground Transportation - hotel to client meeting. | 10 |
| Lattig, Larry | 28-Feb-07 | Ground Transportation - MFC's office to New York airport. | 35 |
| Lattig, Larry | 06-Mar-07 | Ground Transportation - Dallas airport to residence. | 60 |
| Lattig, Larry | 07-Mar-07 | Ground Transportation - hotel to MFC office. | 6 |
| Lattig, Larry | 08-Mar-07 | Ground Transportation - hotel to Committee meeting. | 10 |
| Lattig, Larry | 08-Mar-07 | Ground Transportation - Committee meeting to New York airport. | 40 |
| Sun, Chungwei | 12-Mar-07 | Ground Transportation - New York airport to MFC office. | 50 |
| Sun, Chungwei | 12-Mar-07 | Ground Transportation - parking 5 days in Charlotte airport. | 18 |
| Sun, Chungwei | 16-Mar-07 | Ground Transportation - MFC office to New York airport. | 52 |
| Sun, Chungwei | 16-Mar-07 | Ground Transportation - New York airport to hotel (flight canceled due to weather). | 50 |
| Pickering, Ben | 28-Mar-07 | Ground Transportation - MFC office to ferry service. | 10 |
| Pickering, Ben | 29-Mar-07 | Ground Transportation - MFC office to ferry service. | 10 |
| Pickering, Ben | 03-Apr-07 | Ground Transportation - MFC office to ferry service after 8pm. | 12 |
| Szlezinger, Leon | 04-Apr-07 | Ground Transportation - client meeting to MFC office. | 7 |
| Szlezinger, Leon | 09-Apr-07 | Ground Transportation - MFC office to client meeting. | 5 |
| Pickering, Ben | 12-Apr-07 | Ground Transportation - MFC office to ferry service after 8pm. | 10 |
| Lattig, Larry | 24-Apr-07 | Ground Transportation - meeting to hotel. | 10 |
| Lattig, Larry | 24-Apr-07 | Ground Transportation - Train station to meeting. | 10 |
| Szlezinger, Leon | 24-Apr-07 | Ground Transportation - MFC office to Skadden office. | 5 |
| Lattig, Larry | 25-Apr-07 | Ground Transportation - hotel to meeting. | 10 |
| Szlezinger, Leon | 25-Apr-07 | Ground Transportation - MFC office to Skadden office. | 7 |
| Lattig, Larry | 26-Apr-07 | Ground Transportation - MFC office to New York airport. | 35 |
| Lattig, Larry H. | 21-May-07 | Ground transportation - New York airport to hotel. | 35 |
| Lattig, Larry H. | 24-May-07 | Ground Transportation - Client meeting to hotel. | 10 |
| Lattig, Larry H. | 24-May-07 | Ground transportation - New York airport to hotel (flight canceled, returned to hotel). | 35 |
| Lattig, Larry H. | 25-May-07 | Ground transportation - hotel to New York airport. | 35 |
| *Subtotal - Ground Transportation* | | | $  890 |
| | | | |
| *Lodging* | | | |
| Lattig, Larry | 07-Feb-07 | Lodging - 1 night in New York. | $  379 |
| Parks, Amanda | 12-Feb-07 | Lodging - 1 night in New York. | 313 |

**EXHIBIT C-1**

**DELPHI CORPORATION**
**Summary of Expenses**
**February 1, 2007 through May 31, 2007**

| Name | Date | Description | | Amount |
|------|------|-------------|---|-------:|
| Lattig, Larry | 27-Feb-07 | Lodging - 2 nights in New York. | | 870 |
| Parks, Amanda | 12-Feb-07 | Lodging - 1 night in New York. | | 313 |
| Lattig, Larry | 06-Mar-07 | Lodging - 2 nights in New York. | | 848 |
| Sun, Chungwei | 12-Mar-07 | Lodging - 4 nights in New York. | | 1,800 |
| Sun, Chungwei | 16-Mar-07 | Lodging - 1 night in New York. | | 394 |
| Lattig, Larry | 24-Apr-07 | Lodging - 2 nights in New York. | | 900 |
| Lattig, Larry H. | 23-May-07 | Lodging - 4 days in New York. | | 1,800 |
| *Subtotal - Lodging* | | | $ | **7,617** |
| *Meals* | | | | |
| Lattig, Larry | 06-Feb-07 | Meals - dinner (1 attendee). | $ | 18 |
| Lattig, Larry | 26-Feb-07 | Meals - dinner (1 attendee). | | 20 |
| Lattig, Larry | 27-Feb-07 | Meals - dinner (1 attendee). | | 20 |
| Lattig, Larry | 06-Mar-07 | Meals - dinner (1 attendee). | | 20 |
| Szlezinger, Leon | 06-Mar-07 | Meals - dinner (1 attendee). | | 9 |
| Sun, Chungwei | 12-Mar-07 | Meals - breakfast (1 attendee). | | 11 |
| Sun, Chungwei | 12-Mar-07 | Meals - dinner (1 attendee). | | 20 |
| Sun, Chungwei | 12-Mar-07 | Meals - dinner (1 attendee). | | 20 |
| Sun, Chungwei | 13-Mar-07 | Meals - breakfast (1 attendee). | | 14 |
| Sun, Chungwei | 13-Mar-07 | Meals - dinner (1 attendee). | | 20 |
| Szlezinger, Leon | 13-Mar-07 | Meals - dinner (1 attendee). | | 8 |
| Sun, Chungwei | 14-Mar-07 | Meals - dinner (1 attendee). | | 20 |
| Sun, Chungwei | 15-Mar-07 | Meals - breakfast (1 attendee). | | 8 |
| Sun, Chungwei | 15-Mar-07 | Meals - dinner (1 attendee). | | 20 |
| Szlezinger, Leon | 23-Apr-07 | Meals - dinner (1 attendee). | | 8 |
| Lattig, Larry | 24-Apr-07 | Meals - dinner (1 attendee). | | 20 |
| Lattig, Larry | 25-Apr-07 | Meals - breakfast (1 attendee). | | 11 |
| Lattig, Larry | 25-Apr-07 | Meals - dinner (1 attendee). | | 19 |
| Lattig, Larry H. | 22-May-07 | Meals - dinner (1 attendee). | | 16 |
| Lattig, Larry H. | 23-May-07 | Meals - breakfast (1 attendee). | | 19 |
| Lattig, Larry H. | 23-May-07 | Meals - dinner (1 attendee). | | 16 |
| Lattig, Larry H. | 24-May-07 | Meals - dinner (1 attendee). | | 20 |
| *Subtotal - Meals* [1] | | | $ | **357** |
| *Miscellaneous* | | | | |
| | 14-Mar-07 | Miscellaneous - courier service. | $ | 14 |
| | 28-Mar-07 | Miscellaneous - courier service. | | 27 |
| | 25-Apr-07 | Miscellaneous - courier service. | | 8 |
| | 09-May-07 | Miscellaneous - Courier service. | | 6 |
| | 09-May-07 | Miscellaneous - Courier service. | | 6 |
| | 23-May-07 | Miscellaneous - courier service. | | 7 |
| *Subtotal - Miscellaneous* | | | $ | **68** |
| **Grand Total** | | | $ | **14,758** |

[1] MFC has voluntarily limited meals to a maximum of $20 per person.