## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.   10353 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:        **ASSET INTERTECH INC** _____("Transferor")

[TRANSFEROR NAME & ADDRESS]

**2201 N CENTRAL EXPRESSWAY** _____

**SUITE 105** _____

_____

**RICHARDSON, TX 750802718** _____

2.    Please take notice of the transfer of $ **4,592.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

        **Transfer $4,592.00 to:**

        **Madison Niche Opportunities, LLC** _____("Transferee")

        [TRANSFEREE NAME & ADDRESS]

        **6310 Lamar Ave** _____

        **Suite 120**_____

        **Overland Park, KS        66202** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_ _____

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO:           New York Southern Bankruptcy Court
AND TO:       Madison Liquidity Investors, LLC.
              6310 Lamar Ave, Suite 120
              Overland Park, KS 66202


ASSET InterTech, Inc _____ , for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

        Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.


IN WITNESS WHERE OF, dated as of the  30th of July, 2007

Name: ASSET InterTech, Inc

By: Lezlie Hall, Controller
(Signature of Claimant)

Print Name: Lezlie Hall, CONTROLLER

2201 N, Central Expressway, Suite 105
(Address) RICHARDSON, TX 75080
(Address) 75-2598436
(SS#/Tax ID)


By: _____
(Signature of Co-Claimant)

Print Name: _____


_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 104039984

Accepted: Madison Liquidity Investors, LLC

By: _____

# Madison Liquidity Investors, LLC.

6310 Lamar Ave, Suite 120
Overland Park, KS  66202
Phone: (800) 896-8913   Fax: (913) 982-5039

July 31, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
ASSET INTERTECH INC
2201 N CENTRAL EXPRESSWAY
SUITE 105
RICHARDSON, TX  750802718

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 104039984

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

<table>
<tr><td>In re:  Delphi Automotive Systems<br>LLC<br><br><br><br>Debtor.</td><td>Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.   10352</td></tr>
</table>

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **ASSET INTERTECH INC**_____("Transferor")

   [TRANSFEROR NAME & ADDRESS]

   **2201 N CENTRAL EXPY STE 105**_____

   _____

   **RICHARDSON, TX 75080**_____

2.   Please take notice of the transfer of $ **120,000.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $120,000.00 to:**

   **Madison Niche Opportunities, LLC**_____("Transferee")

   [TRANSFEREE NAME & ADDRESS]

   **6310 Lamar Ave**_____

   **Suite 120**_____

   **Overland Park, KS       66202**_____

   No action is required if you do not object to the transfer of your claim.

_Kristy Stark_ (signature)
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO:            New York Southern Bankruptcy Court
AND TO:        Madison Liquidity Investors, LLC.
               6310 Lamar Ave, Suite 120
               Overland Park, KS 66202

_Asset InterTech, Inc._, for good and valuable consideration, the receipt and sufficiency of which are
hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that
it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices
at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant
against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive
Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy
Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and
Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all
notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _30th of July, 2007_.

Name: _Asset InterTech, Inc._

By: _Lezlie Hall, Controller_
(Signature of Claimant)

Print Name: _Lezlie Hall_

_2201 N. Central Expressway, Suite 105_
(Address) _Richardson, Tx 75080_
(Address) _75-2598436_
(SS#/Tax ID)


By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 104039986

Accepted: Madison Liquidity Investors, LLC

By: _____

# Madison Liquidity Investors, LLC.
### 6310 Lamar Ave, Suite 120
### Overland Park, KS 66202
### Phone: (800) 896-8913  Fax: (913) 982-5039

July 31, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
ASSET INTERTECH INC
2201 N CENTRAL EXPY STE 105
RICHARDSON, TX 75080

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 104039986

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.   10354 |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:        **ASSET INTERTECH INC** _____ ("Transferor")

        [TRANSFEROR NAME & ADDRESS]

        **2201 N CENTRAL EXPY STE 105** _____

        _____

        _____

        **RICHARDSON, TX 75080** _____

2.    Please take notice of the transfer of $ **14,000.00** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

        **Transfer $14,000.00 to:**

        **Madison Niche Opportunities, LLC** _____ ("Transferee")

        [TRANSFEREE NAME & ADDRESS]

        **6310 Lamar Ave** _____

        **Suite 120** _____

        **Overland Park, KS        66202** _____

        No action is required if you do not object to the transfer of your claim.

*Kristy Stark* (signature)

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO:            New York Southern Bankruptcy Court
AND TO:        Madison Liquidity Investors, LLC.
               6310 Lamar Ave, Suite 120
               Overland Park, KS 66202

ASSET InterTech, Inc, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___30th of July, 2007___,

Name: __ASSET INTERTech, INC__

By: __Leslie Hall__
(Signature of Claimant)

Print Name: __Leslie Hall__

__2201 N. Central Expressway, Suite 105__
(Address)
__RICHARDSON, TX 75080__
(Address) __75-2598436__
(SS#/Tax ID)


By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 104039985

Accepted: Madison Liquidity Investors, LLC

By: __Krist. Hau__

# Madison Liquidity Investors, LLC.
### 6310 Lamar Ave, Suite 120
### Overland Park, KS 66202
### Phone: (800) 896-8913   Fax: (913) 982-5039

July 31, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
ASSET INTERTECH INC
2201 N CENTRAL EXPY STE 105
RICHARDSON, TX  75080

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 104039985