Jeannine F. D'Amico
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W. Suite 1100
Washington, D.C. 20004
Telephone:    (202) 862-2200
Facsimile:    (202) 862-2400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:                                                  :    **Chapter 11**

**DELPHI CORPORATION,** *et al.*                        :    **Case No. 05-44481 (RDD)**

                                                        :    **(Jointly Administered)**

-----------------------------------------------------------x


**CERTIFICATE OF SERVICE OF FIFTH APPLICATION OF CADWALADER, WICKERSHAM AND TAFT LLP AS ATTORNEYS FOR THE DEBTORS FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM FEBRUARY 1, 2007 THROUGH MAY 31, 2007**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures To Protect Information in Fee Statements, entered on April 18, 2006 (together, the "Administrative Order"), copies of Cadwalader, Wickersham & Taft LLP's Fifth Application for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2007 through May 31, 2007, was served, on the 31st day of July 2007, by U.S. Mail, postage prepaid, on:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: Joseph Papelian, Esq.

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Counsel for the Debtors*

Janine M. Jjingo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel for the Debtors*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
*Counsel for the Official Committee of Unsecured Creditors*

Valeria Venable
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina 28078
*Member of the Fee Committee*

David M. Sherbin, Esq.
Vice President & General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
*Member of the Fee Committee*

John D. Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
*Member of the Fee Committee*

I further certify that, pursuant to the Administrative Order, notice of the filing of said Application has been provided, via electronic mail, to the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

Dated:   Washington, District of Columbia
         July 31, 2007

*signature*

Jeannine F. D'Amico
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
Telephone:   (202) 862-2200
Facsimile:   (202) 862-2400

*Attorneys Employed in the Ordinary Course for the Debtors and Debtors in Possession*