ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

Lon J. Seidman

    and

CARSON FISCHER, P.L.C.
4111 Andover Road
West – 2nd Floor
Bloomfield Hills, Michigan  48302
(248) 644-4840 (telephone)
(248) 644-1832 (facsimile)

Joseph M. Fischer (MI# P13452)
Patrick J. Kukla (MI# P60465)
Kyla K. Kuzmin (MI #P67685)

*Co-Counsel For Collins & Aikman Corporation, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                          :
    In re                                                      :
                                                        :    Chapter 11
DELPHI CORPORATION, et al.,            :    Case No: 05-44481 (RDD)
                                                        :    (Jointly Administered)
                      Debtors.                :
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    1.    I, Patrick J. Kukla, a member in good standing of the bar in the state of Michigan and the United States District Court for the Eastern District of Michigan, request admission, *pro*

1

*hac vice*, before this Court, to represent Collins & Aikman Corporation, et al.[1] (collectively, "C&A") in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which C&A is, or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

2. My address is: Carson Fischer, PLC; 4111 Andover Road; West – 2nd Floor; Bloomfield Hills, Michigan 48302.

3. My telephone number is (248) 644-4840.

4. My e-mail address is pkukla@carsonfischer.com.

5. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: July 13, 2007                    By: /s/ Patrick J. Kukla
                                        Patrick J. Kukla (P60465)
                                        Carson Fischer, P.L.C.
                                        4111 Andover Road, West – 2nd Floor
                                        Bloomfield Hills, Michigan 48302
                                        (248) 644-4840
                                        Counsel for Collins & Aikman, et al.

---

[1] The Debtors in the jointly administered Case Number 05-55927(swr) which include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc., Case No. 05-55949; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold), Case No. 05-55977; Brut Plastics, Inc., Case No. 05-55957; Collins & Aikman (Gibraltar) Limited, Case No. 05-55989; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation), Case No. 05-55952; Collins & Aikman Asset Services, Inc., Case No. 05-55959; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.), Case No. 05-55965; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.), Case No. 05-55991; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.), Case No. 05-55958; Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.), Case No. 05-55956; Collins & Aikman Automotive International, Inc., Case No. 05-55980; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.), Case No. 05-55985; Collins & Aikman Automotive Mats, LLC, Case No. 05-55969; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.), Case No. 05-55978; Collins & Aikman Automotive Services, LLC, Case No. 05-55981; Collins & Aikman Canada Domestic Holding Company, Case No. 05-55930; Collins & Aikman Carpet & Acoustics (MI), Inc., Case No. 05-55982; Collins & Aikman Carpet & Acoustics (TN), Inc., Case No. 05-55984; Collins & Aikman Development Company, Case No. 05-55943; Collins & Aikman Europe, Inc., Case No. 05-55971; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.), Case No. 05-55963; Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.), Case No. 05-55976; Collins & Aikman Interiors, Inc., Case No. 05-55970; Collins & Aikman International Corporation, Case No. 05-55951; Collins & Aikman Plastics, Inc., Case No. 05-55960; Collins & Aikman Products Co., Case No. 05-55932; Collins & Aikman Properties, Inc., Case No. 05-55964; Comet Acoustics, Inc., Case No. 05-55972; CW Management Corporation, Case No. 05-55979; Dura Convertible Systems, Inc., Case No. 05-55942; Gamble Development Company, Case No. 05-55974; JPS Automotive, Inc. (d/b/a PACJ, Inc.), Case No. 05-55935; New Baltimore Holdings, LLC, Case No. 05-55992; Owosso Thermal Forming, LLC, Case No. 05-55946; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.), Case No. 05-55948; Wickes Asset Management, Inc., Case No. 05-55962; and Wickes Manufacturing Company, Case No. 05-55968.