UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

DELPHI CORPORATION, INC., <u>et al.</u>,

                    Debtor.

-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

        I, Lon J. Seidman, hereby certify on this 31st day of July 2007, I caused a true and correct copy of "***Motion for Admission to Practice Pro Hac Vice and Proposed Order***" to be served by regular U.S. Mail, postage prepaid on the following parties listed below.

                    /s/ Lon J. Seidman
                    Lon J. Seidman

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>Attn:  John Wm. Butler, Jr.,<br>        John K. Lyons,<br>        Joseph N. Wharton |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | |

G:\Collins & Aikman\Lit\Delphi\aos. response.doc