Bonnie Steingart (BS-8004)
Debra M. Torres (DT-9093)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Facsimile: 212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
In re:                                  :   Chapter 11
                                        :
  Delphi Corporation, et al.,           :   Case No. 05-44481 (RDD)
                                        :   (Jointly Administered)
                      Debtors.          :
                                        :
                                        :
----------------------------------------x

**COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AND POSTED DURING THE PERIOD FROM FEBRUARY 1, 2007 THROUGH MAY 31, 2007**

| | |
|---|---|
| NAME OF APPLICANT: | Fried, Frank, Harris, Shriver & Jacobson LLP |
| ROLE IN THE CASE: | Attorneys for the Official Committee of Equity Security Holders. |
| DATE OF RETENTION: | May 8, 2006 |
| COMPENSATION PERIOD: | February 1, 2007 through May 31, 2007 |
| TOTAL BILLED HOURS: | 1,777.6 |
| COMPENSATION SOUGHT: | $1,126,528.00 |

EXPENSE REIMBURSEMENT SOUGHT:     $55,322.84

BLENDED RATE:     $633.74

BLENDED RATE
(EXCLUDING PARAPROFESSIONALS):     $665.56

PRIOR APPLICATIONS:

    First Interim Fee Application:     Fees Requested:     $598,265.00
        Fees Awarded:     $587,565.00
        Expenses Requested:     $5,451.63
        Expenses Awarded:     $5,451.63

    Second Interim Fee Application:     Fees Requested:     $2,673,791.00
        Fees Awarded:     $2,633,791.00
        Expenses Requested:     $162,011.61
        Expenses Awarded:     $162,011.61

    Third Interim Fee Application:     Fees Requested:     $2,701,363.00
        Fees Awarded:     $2,677,963.00
        Expenses Requested:     $133,271.20
        Expenses Awarded:     $117,871.20

AGGREGATE AMOUNTS PAID TO DATE:     $6,406,059.26

## HOURS BILLED

| Name of Professional Individual | Year First Admitted to Practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| **Partners** | | | | |
| Jean Hanson | 1977 | $780 - $820 | 32.5 | $26,114.00 |
| Vivek Melwani | 1996 | $670 - $730 | 327.4 | $233,932.00 |
| Brad Eric Scheler | 1978 | $995 | 251.5 | $250,242.50 |
| Bonnie K. Steingart | 1980 | $780 - $820 | 241.6 | $195,124.00 |
| Debra Torres | 1984 | $750 - $790 | 47.4 | $37,170.00 |
| **Counsel** | | | | |
| Alan Resnick | 1973 | $850 - $895 | 23.8 | $21,013.00 |
| **Associates** | | | | |
| Katie Dang | 2007 | $340 | 62.2 | $21,148.00 |
| Darcy M. Goddard | 2001 | $525 - $550 | 5.5 | $2,947.50 |
| Boyle Lochlann | 2006 | $340 | 15.6 | $5,304.00 |
| Jennifer Rodburg | 2001 | $525 - $550 | 17.3 | $9,435.00 |
| Richard Slivinski | 2002 | $500 - $525 | 434.9 | $225,517.50 |
| Marissa Soto | 2007 | $315 - $340 | 153.6 | $50,419.00 |
| Jason R. Wolf | 2002 | $470 | 32.6 | $15,322.00 |
| **Paraprofessionals** | | | | |
| Xanare Bomani | N/A | $210 | 9.0 | $1,890.00 |
| Daniel Ferro | N/A | $235 | 5.4 | $1,269.00 |
| Laura Guido | N/A | $185 - $195 | 50.6 | $9,812.00 |
| Steven Lomperis | N/A | $225 - $235 | 5.5 | $1,252.50 |
| David Schwartz | N/A | $180 | 18.5 | $3,330.00 |
| Pamela Morgan Twyble | N/A | $200 | 6.5 | $1,300.00 |
| Other Professionals[1] | Various | $175-$835 | 36.2 | $13,986.00 |
| **TOTAL** | | | **1,777.6** | **$1,126,528.00** |

---

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.