# **<u>Exhibit C</u>**

**EXHIBIT C**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Jean Hanson | Joined firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $820 | 32.5 | $26,114.00 |
| Vivek Melwani | Joined firm in 1995 and became a Partner in 2003. Member of the NY Bar since 1996. | $670 - $730 | 327.4 | $233,932.00 |
| Brad E. Scheler | Joined firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 | 251.5 | $250,242.50 |
| Bonnie K. Steingart | Joined firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $820 | 241.6 | $195,124.00 |
| Debra Torres | Joined firm in 1981 and became a partner in 1988. Member of the NY Bar since 1984. | $750 - $790 | 47.4 | $37,170.00 |
| Alan Resnick | Counsel. Joined firm in 1989. Member of the NY Bar since 1973. | $850 - $895 | 23.8 | $21,013.00 |
| Katie Dang | Associate. Joined firm as an Associate in 2006. Member of the NY Bar since 2007. | $340 | 62.2 | $21,148.00 |
| Darcy M. Goddard | Associate. Joined firm as an Associate in 2004. Member of NY Bar since 2005. Member of the CO Bar since 2001. | $525 - $550 | 5.5 | $2,947.50 |
| Boyle Lochlann | Associate. Joined firm in 2006. Member of the MD Bar since 2006. Member of the DC Bar since 2007. | $340 | 15.6 | $5,304.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Jennifer Rodburg | Associate. Joined firm as an Associate in 2000. Member of the NY Bar since 2000. Member of the NJ Bar since 2002. | $525 - $550 | 17.3 | $9,435.00 |
| Richard Slivinski | Associate. Joined firm as an Associate in 2002. Member of the NY and NJ Bars since 2002. | $500 - $525 | 434.9 | $225,517.50 |
| Marissa Soto | Associate. Joined firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 153.6 | $50,419.00 |
| Jason R. Wolf | Associate. Joined firm as an Associate in 2003. Member of the NY Bar since 2003. Member of the NJ Bar since 2002. | $470 | 32.6 | $15,322.00 |
| Xanare Bomani | Paralegal since 2005. Joined firm in 2007. | $210 | 9.0 | $1,890.00 |
| Daniel Ferro | Administrative Professional. Joined firm in 1995. | $235 | 5.4 | $1,269.00 |
| Laura Guido | Paralegal since 2001. Joined firm in 2004. | $185 - $195 | 50.6 | $9,812.00 |
| Steven Lomperis | Administrative Professional. Joined firm in 1998. | $225 - $235 | 5.5 | $1,252.50 |
| David Schwartz | Administrative Professional. Joined firm in 2004. | $180 | 18.5 | $3,330.00 |
| Pamela Morgan Twyble | Paralegal since 2001. Joined firm in 2004. | $200 | 6.5 | $1,300.00 |
| Other Professionals[1] | Various | $175-$835 | 36.2 | $13,986.00 |
| **TOTAL** | | | **1,777.6** | **$1,126,528.00** |

Blended Rate (including paraprofessionals)  $633.74
Blended Rate (excluding paraprofessionals)  $665.56

---

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

2