# **Exhibit D**

**EXHIBIT D**

**STATEMENT OF EXPENSES INCURRED AND POSTED BY
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,
FOR THE PERIOD FROM
FEBRUARY 1, 2007 THROUGH MAY 31, 2007**

| NATURE OF DISBURSEMENTS | AMOUNT |
|---|---:|
| Duplicating | $17,539.61 |
| Meals | $1,573.89 |
| Local Transportation | $8,419.97 |
| Court Reporting | $299.52 |
| Data Research Services | $10,883.38 |
| Outside Messenger Service | $139.95 |
| Overnight Delivery | $2,484.22 |
| Postage | $76.40 |
| Secretarial Services | $1,610.99 |
| Overtime | $5.00 |
| Temp – Duplicating | $164.00 |
| Telephone/Teleconferencing/Telecopier | $12,024.67 |
| Auto Expenses | $77.00 |
| Vendors | $24.24 |
| **TOTAL** | **$55,322.84** |