# **Exhibit E**

**EXHIBIT E**

**SERVICES RENDERED BY PARTNER(S), COUNSEL(S), ASSOCIATE(S) AND PARAPROFESSIONAL(S) BY PROJECT CATEGORY FOR THE PERIOD OF FEBRUARY 1, 2007 THROUGH MAY 31, 2007**

00002  GENERAL

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 14.90 | $11,966.00 |
| MELWANI, V. | 127.00 | $90,700.00 |
| SCHELER, B. | 101.10 | $100,594.50 |
| STEINGART, B. | 74.10 | $59,830.00 |
| TORRES, D. | 6.60 | $5,198.00 |
| **Total Partners** | **323.70** | **$268,288.50** |
| **Counsel** | | |
| RESNICK, A. | 8.70 | $7,719.00 |
| **Total Counsel** | **8.70** | **$7,719.00** |
| **Associates** | | |
| DANG, K. | 14.90 | $5,066.00 |
| GODDARD, D. | 5.30 | $2,837.50 |
| LOCHLANN, B. | 15.60 | $5,304.00 |
| RODBURG, J. | 3.10 | $1,705.00 |
| SLIVINSKI, R. | 159.50 | $82,820.00 |
| SOTO, M. | 20.60 | $6,699.00 |
| WOLF, J. | 3.30 | $1,551.00 |
| **Total Associates** | **222.30** | **$105,982.50** |
| **Paraprofessionals** | | |
| GUIDO, L. | 22.10 | $4,294.50 |
| LOMPERIS, S. | 1.50 | $352.50 |
| TWYBLE, P. | 6.50 | $1,300.00 |
| **Total Paraprofessionals** | **30.10** | **$5,947.00** |
| **Total Other(1)** | **16.90** | **$5,045.50** |
| **CUMULATIVE TOTALS** | **601.70** | **$392,982.50** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00005  MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| MELWANI, V. | 76.50 | $54,609.00 |
| SCHELER, B. | 89.70 | $89,251.50 |
| STEINGART, B. | 51.50 | $41,638.00 |
| TORRES, D. | 24.60 | $19,226.00 |
| **Total Partners** | **242.30** | **$204,724.50** |
| **Counsel** | | |
| RESNICK, A. | 7.70 | $6,846.50 |
| **Total Counsel** | **7.70** | **$6,846.50** |
| **Associates** | | |
| DANG, K. | 16.70 | $5,678.00 |
| GODDARD, D. | 0.10 | $55.00 |
| RODBURG, J. | 8.30 | $4,545.00 |
| SLIVINSKI, R. | 62.10 | $32,400.00 |
| SOTO, M. | 22.10 | $7,224.00 |
| WOLF, J. | 3.00 | $1,410.00 |
| **Total Associates** | **112.30** | **$51,312.00** |
| **Total Other**[1] | **2.10** | **$1,753.50** |
| **CUMULATIVE TOTALS** | **364.40** | **$264,636.50** |

[1]  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00006  HEARINGS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| STEINGART, B. | 4.10 | $3,318.00 |
| TORRES, B. | 4.20 | $3,318.00 |
| **Total Partners** | **8.30** | **$6,636.00** |
| **Associates** | | |
| RODBURG, J. | 2.50 | $1,375.00 |
| SLIVINSKI, R. | 2.40 | $1,260.00 |
| **Total Associates** | **4.90** | **$2,635.00** |
| **CUMULATIVE TOTALS** | **13.20** | **$9,271.00** |

00007  MISC LITIGATION

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| MELWANI, V. | 21.10 | $15,169.00 |
| SCHELER, B. | 10.30 | $10,248.50 |
| STEINGART, B. | 58.10 | $47,106.00 |
| TORRES, D. | 7.40 | $5,794.00 |
| **Total Partners** | **96.90** | **$78,317.50** |
| **Counsel** | | |
| RESNICK, A. | 3.30 | $2,868.00 |
| **Total Counsel** | **3.30** | **$2,868.00** |
| **Associates** | | |
| DANG, K. | 6.20 | $2,108.00 |
| GODDARD, D. | 0.10 | $55.00 |
| RODBURG, J. | 1.00 | $550.00 |
| SLIVINSKI, R. | 61.80 | $31,687.50 |
| SOTO, M. | 6.50 | $2,210.00 |
| WOLF, J. | 5.30 | $2,491.00 |
| **Total Associates** | **80.90** | **$39,101.50** |
| **Paraprofessionals** | | |
| GUIDO, L. | 2.60 | $507.00 |
| **Total Paraprofessionals** | **2.60** | **$507.00** |
| **Total Other**(1) | **3.60** | **$976.00** |
| **CUMULATIVE TOTALS** | **187.30** | **$121,770.00** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00013  RELATIONSHIP WITH PRIMARY CUSTOMER

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| MELWANI, V. | 1.10 | $737.00 |
| SCHELER, B. | 0.50 | $497.50 |
| **Total Partners** | **1.60** | **$1,234.50** |
| **Associates** | | |
| SLIVINSKI, R. | 1.20 | $600.00 |
| **Total Associates** | **1.20** | **$600.00** |
| **CUMULATIVE TOTALS** | **2.80** | **$1,834.50** |

00014  FEE APPLICATIONS AND RETENTION

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| STEINGART, B. | 2.70 | $2,138.00 |
| MELWANI, V. | 2.10 | $10,414.50 |
| **Total Partners** | **4.80** | **$12,552.50** |
| **Associates** | | |
| BOMANI, X. | 9.00 | $1,890.00 |
| DANG, K. | 14.30 | $4,862.00 |
| SLIVINSKI, R. | 34.50 | $8,967.50 |
| SOTO, M. | 53.30 | $17,894.50 |
| WOLF, J. | 7.90 | $3,713.00 |
| **Total Associates** | **119.00** | **$37,327.00** |
| **Paraprofessionals** | | |
| GUIDO, L. | 20.20 | $3,956.00 |
| **Total Paraprofessionals** | **20.20** | **$3,956.00** |
| **Total Other**[1] | **7.00** | **$1,580.00** |
| **CUMULATIVE TOTALS** | **151.00** | **$55,415.50** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

00015  SETTLEMENT AND RESTRUCTURING

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| HANSON, J. | 17.60 | $14,148.00 |
| MELWANI, V. | 99.60 | $71,280.00 |
| SCHELER, B. | 49.90 | $49,650.50 |
| STEINGART, B. | 51.10 | $41,094.00 |
| TORRES, D. | 4.60 | $3,634.00 |
| **Total Partners** | **222.80** | **$179,806.50** |
| **Counsel** | | |
| RESNICK, A. | 4.10 | $3,579.50 |
| **Total Counsel** | **4.10** | **$3,579.50** |
| **Associates** | | |
| DANG, K. | 10.10 | $3,434.00 |
| RODBURG, J. | 2.40 | $1,260.00 |
| SLIVINSKI, R. | 113.40 | $58,805.00 |
| SOTO, M. | 51.10 | $16,391.50 |
| WOLF, J. | 13.10 | $6,157.00 |
| **Total Associates** | **190.10** | **$86,047.50** |
| **Paraprofessionals** | | |
| FERRO, D. | 5.40 | $1,269.00 |
| GUIDO, L. | 5.70 | $1,054.50 |
| LOMPERIS, S. | 4.00 | $900.00 |
| SCHWARTZ, D. | 18.50 | $3,330.00 |
| **Total Paraprofessionals** | **33.60** | **$6,553.50** |
| **Total Other**(1) | **6.60** | **$4,631.00** |
| **CUMULATIVE TOTALS** | **457.20** | **$280,618.00** |

(1) This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.