**Hearing Date and Time: October 25, 2007 at 10:00 a.m.**
**Objection Deadline: October 18, 2007 at 4:00 p.m. Eastern**

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**SUMMARY SHEET FOR**
**JONES LANG LASALLE AMERICAS, INC.'S FIFTH INTERIM**
**APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331**

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of Retention: | December 1, 2006 (retroactive to November 3, 2005) |
| Period for which compensation and expense reimbursement is sought: | February 1, 2006 through May 31, 2007 |
| Amount of Compensation requested: | $248,033.10 |
| Amount of Expense Reimbursement requested: | $17,100.73 |

This is an:  __X__  interim  _____  monthly application  _____  final application.

Jones Lang LaSalle Americas, Inc. ("JLL") has filed four prior fee applications in this case. As of the date hereof, JLL has been awarded interim allowance and payment of compensation and the reimbursement of expenses for the First, Second, Third and Fourth Application Periods in the total amount of $981,855.97 and has received payment totaling $777,878.82. To date, JLL has also received interim monthly compensation payments totaling $104,646.98 for services rendered during the present Interim Application Period.