## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 14, 2007 |

### STATEMENT OF MONTHLY INTERIM
### COMPENSATION AND EXPENSES

To:  The Notice Parties as defined in the Order Under 11 U.S.C. § 331 Establishing
Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

Name of Applicant:  Jones Lang LaSalle Americas, Inc.

Authorized to Provide Professional Services to:  Delphi Corporation, *et al.*

Date of retention:  December 1, 2005 (retroactive to November 3, 2005)

Period for which compensation and expense reimbursement is sought:  April 1, 2007 through April 30, 2007

Amount of compensation and expense reimbursement sought for period:  $69,648.13

Summary of Monthly Fee and Expense Statements:

| Date Served | Period Covered | REQUESTED | | PAID | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/14/05 | 11/01/05 − 11/30/05 | $44,948.34 | -0- | $25,393.12 | -0- |
| 12/14/05 | 12/01/05 − 12/31/05 | $52,827.75 | -0- | $52,827.75 | -0- |
| 02/28/06 | 01/01/06 − 01/31/06 | $52,827.75 | -0- | $44,070.53 | -0- |
| 03/31/06 | 02/01/06 − 02/28/06 | $54,327.75 | $2,314.64 | $41,653.87 | $2,314.64 |
| 04/28/06 | 03/01/06 − 03/31/06 | $54,327.75 | $1,670.77 | $43,462.20 | $1,670.77 |
| 05/31/06 | 04/01/06 − 04/30/06 | $57,327.75 | $282.42 | $45,862.20 | $252.45 |
| 06/30/06 | 05/01/06 − 05/31/06 | $60,615.11 | $295.37 | $54,553.60 | $295.37 |
| 07/28/06 | 06/01/06 − 06/30/06 | $51,573.44 | -0- | $41,258.75 | -0- |

|  |  | REQUESTED | | PAID | |
| --- | --- | --- | --- | --- | --- |
| Date Served | Period Covered | Fees | Expenses | Fees | Expenses |
| 08/31/06 | 07/01/06 – 07/31/06 | $63,198.44 | -0- | $50,558.75 | -0- |
| 09/29/06 | 08/01/06 – 08/31/06 | $63,198.44 | -0- | $63,198.44 | -0- |
| 10/31/06 | 09/01/06 – 09/30/06 | $63,243.26 | -0- | $37,954.92 | -0- |
| 11/30/06 | 10/01/06 – 10/31/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 12/29/06 | 11/01/06 – 11/31/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 01/31/07 | 12/01/06 – 12/31/06 | $63,243.26 | $740.04 | $50,594.61 | $740.04 |
| 2/28/07 | 01/01/07 – 01/31/07 | $65,404.37[1] | -0- | $50,594.61 | -0- |
| 03/30/07 | 02/1/07 – 02/28/07 | $65,404.37 | -0- | $52,323.50 | -0- |
| 04/30/07 | 03/01/07 – 03/31/07 | $65,404.37 | -0- | Pending | -0- |
| 05/31/07 | 04/01/07 – 04/30/07 | $60,928.73 | $8,719.40 | Pending | -0- |

PLEASE TAKE NOTICE that Jones Lang LaSalle Americas, Inc. (the "Applicant") has today served this Notice of Statement of Monthly Interim Compensation and Expenses, for April 1, 2007 through April 30, 2007 (the "Monthly Statement") pursuant to the First through Sixth Orders Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (collectively, the "Compensation Order"), by which Applicant seeks (i) allowance of $60,928.73 for services rendered from April 1, 2007 through April 30, 2007 (the "Statement Period") and reimbursement of expenses totaling $8,719.40 and (ii) payment of interim compensation for the Statement Period in the amount of $48,742.98 and reimbursement of expenses totaling $8,719.40 unless an objection to such compensation is timely interposed.

Delphi Corporation and its related debtor entities (collectively, the "Debtors") have retained the Applicant as Real Estate Administrative and Transaction Services Provider to the

---

[1] The Applicant filed its monthly statement for services rendered during January 2007 on February 28, 2007. Subsequently, on March 16, 2007, the Applicant filed an amended monthly statement for January, 2007, reflecting the Applicant's adjustment of its rates of professional compensation for 2007, retroactive to January 1, 2007.

Debtors. The terms of the Debtors' engagement of the Applicant are set forth in the Real Estate

Services Agreement between Delphi Automotive Systems LLC and Jones Lang LaSalle

Americas, Inc., dated September 2, 2005, as amended by that certain First Amendment to Real

Estate Services Agreement dated November 9, 2005 (the "Engagement Agreement"). The

Debtors' employment of the Applicant was approved by the Court on December 1, 2005,

retroactive to November 3, 2005.

As contemplated by the Engagement Agreement, the Applicant has dedicated 100% of

certain professionals' time to assist the Debtors with respect to domestic and international real

estate transactions, including lease renewals, new space acquisitions and building and lease

dispositions. As set forth in the Engagement Agreement, Applicant is entitled to compensation

on account of the monthly efforts rendered by both Administrative Services Account Personnel

and Transaction Services Account Personnel according to the following formula:

> Jones Lang LaSalle will be entitled to a fee for Administrative Services in an
> amount equal to the sum of: (i) the cost of salary of all Administrative Services
> Account Personnel working exclusively on the Delphi account (excluding
> bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule
> acceptable to Delphi . . . and (ii) an overheard allocation and profit factor equal to
> seventy-five (75%) percent for Administrative Services Account Personnel of (i)
> above.

> and

> Jones Lang LaSalle will be entitled to a fee for Transaction Services Account
> Personnel in an amount equal to the sum of: (i) the cost of salary of all
> Transaction Services Account Personnel working exclusively on the Delphi
> account (excluding bonuses, benefit expenses and payroll taxes) in accordance
> with a salary schedule acceptable to Delphi . . . and (ii) an overheard allocation
> and profit factor equal to fifty-five (55%) percent for Transaction Services
> Account Personnel of (i) above.

Engagement Agreement, Exhibit B ¶¶ IA, IIA.

The Applicant seeks compensation for the services rendered during the Statement Period

by seven individuals: Janice Lannoo and Lois Jankow, each of whom provided services as a

Lease Analyst; Brian Collins, Eric Zhang, Monica Lee and Jas Lozinski, each of whom served as

a Transaction Manager in the engagement with the Debtors; and Kim Robinson, who provided

services as a Transaction Coordinator. Ms. Lannoo, Ms. Jankow and Mr. Collins are each

stationed at the Debtors' headquarters in Troy, Michigan.[2] Mr. Zhang holds an office in

Shanghai and provides services to the Debtors with respect to transactions throughout Asia. Mr.

Lozinski and Ms. Robinson are based in Luton, England, and provide services to the Debtors

with respect to transactions throughout Europe. Ms. Lee is based in Sao Paulo, Brazil, and

provides services to the Debtors with respect to transactions throughout South America.

A general description of the services rendered by the Applicant's Lease Analysts,

Transaction Managers and Transaction Coordinator to the Debtors is attached hereto as **Exhibit

A**. The detailed amount of compensation to which Applicant is entitled for services rendered

during the Statement Period for each of the Transaction Services Account Personnel and

Administrative Services Account Personnel dedicated exclusively to assist the Debtors is set

forth in the invoices attached hereto as **Group Exhibit B**.

In addition, Applicant maintains the Delphi+ Lease Administration System database, for

which the Applicant is entitled to receive an additional monthly fee of $1,500.00. An invoice for

this fee is attached as **Exhibit C.**

During the Application Period, the Applicant processed payment of $8,719.40 for

facilities management and due diligence services rendered by Mr. Javier Ibarra of LaSalle

Partners, in connection with the Debtors' Juarez, Mexico location. This $8,719.40 amount is

comprised of $7,582.90 in compensation for Mr. Ibarra's services, representing 80% of the

---

[2] On April 16, 2007, Lois Jankow became an employee of the Debtors, ending her employment with the Applicant. The Applicant has pro rated the monthly fee charged on account of the services rendered by Ms. Jankow, accordingly.

actual compensation paid by LaSalle Partners to Mr. Ibarra during this time period,[3] and an assessed Value-Added Tax on such services of $1,137.31. Attached as **Exhibit D** is the invoice detailing the expenses incurred in connection with the services rendered by Mr. Ibarra for which payment was processed during the Application Period.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Statement, if any, must be served upon the undersigned counsel on or before June 14, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties identified in the Compensation Order so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, so long as no objection has been served in the time and manner required in this Notice, the Debtors shall pay to the Applicant an amount equal to the lesser of (i) 80 percent of the fees and 100% of the expenses for which reimbursement is requested in this Monthly Statement or (ii) 80 percent of the fees and 100% of the expenses for which reimbursement is requested not subject to an objection. All fees and expenses in this Monthly Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and may be subject to objection at such time.

---

[3] Mr. Ibarra's compensation was paid by the Applicant in Mexican pesos. At currency conversion rates in place at the time the expense was processed, 83,759.37 Mexican pesos equaled $7,582.09 U.S. dollars.

PLEASE TAKE FURTHER NOTICE that Applicant reserves the right to correct,

supplement or amend this request for interim compensation until a final application is filed.

Dated: May 31, 2007                    JONES LANG LASALLE AMERICAS, INC.

By: _____
                    One of its attorneys

Joseph D. Frank (IL ARDC # 6216085)
Jeremy C. Kleinman (IL ARDC # 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

# EXHIBIT A

**Lease Analyst**

The Lease Analyst position is 100% dedicated on-site with Delphi Corporation and is responsible for a full scope of Lease Administration services including: Abstracting and interpreting commercial lease documents (leases, amendments, subleases), rent analysis and rent payment processing, client/vendor/landlord relationship management, resolution of rent and other Landlord/Tenant issues, reviewing annual landlord reconciliation statements and calculations to ensure accuracy and lease compliance, data entry and data management of lease documents, tracking and maintaining critical dates, financial analysis, subtenant account management, and billing/collections of third party tenant rents. Position is also responsible for reviewing Escalation/CAM & real estate tax invoices as well as special projects as assigned by manager.

**Transaction Manager**

The Transaction Manager position is 100% dedicated on site with Delphi Corporation and is responsible for a full scope of real estate transaction management services including: leading the site selection process for new leased and owned facilities, leading the negotiation process for new lease and purchase transactions with landlords, collaborating with legal (internal and external to the client) to memorialize terms in documentation. The Transaction Manager also manages the process of entering into new license agreements, easements, and other real estate related matters, as well as renewals of the same. The Transaction Manager carries out these responsibilities both individually and through management of third-party brokers when necessary (both within and external to Jones Lang LaSalle). The Transaction Manager also contributes to the development of real estate requirements on both a one-off basis and portfolio basis for Delphi's real estate portfolio, working closely with contacts in the Facilities Services Group (FSG), environmental services, and business divisions.

**Transaction Coordinator**

The Transaction Coordinator position is 100% dedicated on site with Delphi Corporation and is responsible for assisting the European Real Estate Manager with all tasks, including: developing and coordinating approval of internal approval documents; developing financial analyses used in decision-making and approval documents; interfacing with Delphi, Jones Lang LaSalle, and landlord/investor contacts within the European region to facilitate completion of real estate transactions and receipt of all pertinent documentation; and interfacing with Delphi's FSG group and Jones Lang LaSalle in the United States to provide necessary documentation for leased and owned properties.

# EXHIBIT B


JONES LANG
LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: May 23, 2007

Invoice No. **17605R**

Services of:

| | | | |
|---|---|---|---|
| Lois Jankow / Troy, MI: | April 1, 2007 through April 15, 2007 | $ | 4,528.12 |
| Janice Lanoo / Troy, MI : | April 1, 2007 through April 30, 2007 | $ | 6,339.38 |

**Amount Currently Due and Payable:** $ **10,867.50**

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-22**

 JONES LANG
LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: May 23, 2007

Invoice No. **17607**

Services of:

Brian Collins / Detroit, MI :     April 1, 2007 through April 30, 2007     $    12,031.88

**Amount Currently Due and Payable:** $    12,031.88

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact  **Jennifer Gannaban 312-228-**


# JONES LANG
## LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: May 23, 2007

Invoice No. **17606**

Services of:

| | | | |
|---|---|---|---|
| Eric Zhang / China: | April 1, 2007 through April 30, 2007 | $ | 6,719.13 |
| Jas Lozinski / England : | April 1, 2007 through April 30, 2007 | $ | 23,203.92 |
| Kim Robinson / England: | April 1, 2007 through April 30, 2007 | $ | 3,448.81 |
| Monica Lee / Brazil: | April 1, 2007 through April 30, 2007 | $ | 3,105.00 |

**Amount Currently Due and Payable:** $    36,476.86

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-27·**

# EXHIBIT C



*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive                                    Date: May 23, 2007
Troy, MI 48098
Attention: Mark Kamischke                            Invoice No. **17604**

---

Fee:

    Delphi+ Lease Administration Fee   April 1, 2007 through April 30, 2007   $   1,500.00

**Amount Currently Due and Payable:** $   **1,500.00**

---

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact  **Jennifer Gannaban 312-228-2719**

# EXHIBIT D


JONES LANG
LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: May 23, 2007

Invoice No. **17608**

Reimbursable Expenses for Javier Ibarra:

| | | |
|---|---|---|
| 2007 January FM Services and February Due Dilligence Review | $ | 8,719.40 |

**Amount Currently Due and Payable:** $      8,719.40

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-2719**

# LA SALLE PARTNERS

S. de R.L. de C.V.
Monte Pelvoux 111-5o. Piso
Col. Lomas de Chapultepec
México, D.F. 11000
Tels. 5540-0743  5202-7190
Fax 5596-8564
R.F.C. LPA-920529-PD1

México, D.F.a

| Dia | Mes | Año |
|---|---|---|
| | 23/ABRIL/2007 | |

**Cliente:**
JONES LANG LASALLE AMERICAS INC.

Factura  Nº  4995

**Domicilio:**    EAST RANDOLPH DRIVE #200

CHICAGO
CP.  60601

R.F.C.

ILLINOIS

| Descripcion | | Importe |
|---|---|---|
| REIMBURSABLE EXPENSES FROM JAVIER IBARRA (DELPHI) JAN 07 - FEB 07. | USD$ | 7,582.09 |
| | | |
| NOTA: | | |
| LA PRESENTE FACTURA PODRA SER PAGADA EN DOLARES AMERICANOS O BIEN EN MONEDA NACIONAL CONVERTIDA AL TIPO DE CAMBIO QUE APAREZCA PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION DEL DIA ANTERIOR A LA FECHA DEL DIA DE PAGO. | | |
| Si realiza su pago mediante transferencia, hacerlo a nuestra cuenta; Banamex Clabe: 002180016591053452 (DOLARES) Banamex Clabe: 002180016307022943 (PESOS) Confirmar su deposito via fax al Tel: 52 02 56 56 a la atencion de Ninfa Gallegos Santos, o via e-mail: ninfa.gallegos@am.jll.com Si realiza su pago con cheque a LaSalle Partners, S de R.L. de C.V. favor de comunicarse al Tel: 59 80 90 18 | | |
| COBRO EN UNA SOLA EXHIBICION | | |

| | | Sub total | USD$ | 7,582.09 |
|---|---|---|---|---|
| **Importe con letra:** | (ocho mil setecientos diecinueve Dlls 40/100 USD) | I.V.A. 15% | USD$ | 1,137.31 |
| | | Total | USD$ | 8,719.40 |

CLIENTE

## CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, an attorney, hereby certify that on May 31, 2007, I caused the

attached **Statement of Monthly Interim Compensation and Reimbursement of Expenses** to

be served by electronic mail or Federal Express overnight delivery, as indicated, on the parties

listed below:

*Via Electronic Mail*
David M. Sherbin
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
david.sherbin@delphi.com

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606
Att'n:  John Wm. Butler, Jr.

*Via Electronic Mail*
John D. Sheehan
Vice President and
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
john.sheehan@delphi.com

*Via Electronic Mail*
Valerie Venable
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina  28078
valerie.venable@ge.com

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Att'n:  Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York  10017
Att'n:  Robert J. Rosenberg

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Att'n:  Marissa Wesley

*Via Federal Express*
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017
Att'n:  Marlane Milican

_____
Jeremy C. Kleinman