# EXHIBIT E

**FRANK/GECKER LLP**

325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

July 31, 2007

Gordon G. Repp
Kathryn T. Ditmars
Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive, 46th Floor
Chicago IL 60601

FEIN 20-1952153

**Regarding:** Delphi

For Professional Services Rendered Through May 31, 2007

Invoice #:  2319

Per Attached Description:

| | |
|---|---:|
| Fees................................................................................................................. | $11,334.00 |
| Disbursements................................................................................................ | $625.94 |
| **Total New Charges**.................................................................................... | **$11,959.94** |

Gordon G. Repp  
Invoice Dated: July 31, 2007

Page 2

---

**Regarding:    Delphi**

For Professional Services Rendered Through May 31, 2007  
Per Attached Description:

Invoice #: 2319

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 2/1/2007 | Worked on letter to Fee Review Committee regarding first three fee applications.<br>Joseph D. Frank | 1.00 | $500.00 |
| 2/6/2007 | Review "at issue" report on Legal Cost control's website (0.2); telephone conference with J. Sykes seeking confirmation of acceptance of monthly fee statement for services rendered during December, 2006 (0.1). Continue drafting budget for next budget period (1.1); review email from J. Lozinsk regarding expenses.<br>Jeremy C. Kleinman | 1.70 | $527.00 |
| 2/7/2007 | Meet with Joseph Frank regarding budget (0.2); telephone conference with A. Leonhard regarding fee applications (0.1); email exchange with J. Sykes regarding fee invoice (0.2); revise proposed budget for next budget (0.5).<br>Jeremy C. Kleinman | 1.40 | $434.00 |
| 2/8/2007 | Revise proposed budget for February 2007 through May 2007; telephone conference with J. Becker regarding compensation annual adjustment issue (0.2); draft email to J. Becker regarding compensation rate adjustment (0.2).<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 2/12/2007 | Telephone conference with A. Leonhard regarding fee committee objection to Jones Lang LaSalle's fee application; meet with Joseph Frank regarding same. Draft email to D. Sherbin regarding Jones Lang LaSalle's fee application.<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 2/14/2007 | Telephone conference with T. Matz regarding hearing on Jones Lang LaSalle fee applications; meet with Joseph Frank regarding same. Review email from T. Matz regarding allowance of fees.<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 2/15/2007 | Confirm that compensation to be awarded in proposed orders is correct.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| 2/19/2007 | Draft monthly statement for services rendered during January 2007.<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 2/20/2007 | Review invoices for January 2007 (0.2); telephone conference with K. Franklin regarding year 2007 adjustment to rates charged to Delphi and submission of amended monthly statement (0.5). Revise January 2007 monthly statement (0.5); revise proposed budget for February 2007 through May 2007(0.4).<br>Jeremy C. Kleinman | 1.60 | $496.00 |

Gordon G. Repp

Invoice Dated: July 31, 2007

Page 3

---

**Regarding:    Delphi**

For Professional Services Rendered Through May 31, 2007  
Per Attached Description:

Invoice #: 2319

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 2/21/2007 | Meet with Christina Carpenter regarding submission of revised invoice; revise monthly statement of December 2006 (0.5).<br>Jeremy C. Kleinman | 0.50 | $155.00 |
| 2/26/2007 | Draft email to J. Becker regarding 2007 rates (0.2); revise proposed budget (0.7).<br>Jeremy C. Kleinman | 0.90 | $279.00 |
| 2/28/2007 | Revise proposed budget for February 1, 2007 through May 31, 2007 (0.5); prepare statement of January fees and expenses for submission (0.3); review email from B. Collins regarding rate increases (0.1).<br>Jeremy C. Kleinman | 0.90 | $279.00 |
| 3/2/2007 | Begin drafting Fourth Interim Application.<br>Jeremy C. Kleinman | 0.80 | $248.00 |
| 3/5/2007 | Telephone conference with J. Becker regarding adjustments to rates of professional compensation for 2007 (.4); prepare amended proposed budget (0.4); email exchange with K. Franklin regarding receipt of payments (0.1).<br>Jeremy C. Kleinman | 0.90 | $279.00 |
| 3/7/2007 | Revise January 2007 fee statement to reflect payment of October fees (0.1); telephone conference with J. Jjingo regarding payment of Jones Lang LaSalle's fees (0.2); draft email to J. Becker regarding 2007 fees (0.1).<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 3/9/2007 | Telephone conference with D. de Elizalde regarding Jones Lang LaSalle monthly statements; meet with C. Carpenter regarding circulating same.<br>Jeremy C. Kleinman | 0.30 | $93.00 |
| 3/13/2007 | Reconcile amounts remaining unpaid from 1st, 2nd and 3rd interim fee applications; draft email to K. Franklin regarding same.<br>Jeremy C. Kleinman | 0.80 | $248.00 |
| 3/14/2007 | Telephone conference with K. Franklin regarding costs not yet paid; draft email to K. Franklin regarding same (0.5); email exchange with J. Jjingo regarding amounts allowed pursuant to the Bankruptcy Court's orders and amounts not yet processed for payment (0.3).<br>Jeremy C. Kleinman | 0.80 | $248.00 |
| 3/15/2007 | Email exchange with J. Jjingo regarding expense amounts due from first three fee applications.<br>Jeremy C. Kleinman | 0.20 | $62.00 |

Gordon G. Repp  
Invoice Dated: July 31, 2007

Page 4

---

**Regarding:   Delphi**

For Professional Services Rendered Through May 31, 2007  
Per Attached Description:

Invoice #:   2319

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 3/16/2007 | Reviewed Amended January 2007 monthly statement and Amended Budget; brief office conference with Jeremy Kleinman regarding same; revised both documents and served all parties entitled to service; prepared requisite January 2007 Delimited Billing Data spreadsheet and submitted spreadsheet and attachments to SIMS.<br>Christina Carpenter | 1.00 | $145.00 |
| | Telephone conference with E. Houghton regarding 2007 compensation figures (0.2); revise amended budget and amended monthly statement (0.3).<br>Jeremy C. Kleinman | 0.50 | $155.00 |
| 3/19/2007 | Prepare monthly statement for services rendered during February 2007 (0.4); revise Fourth Interim Application (0.5); telephone conference with E. Houghton regarding expenses for fee applications and February invoice (0.2).<br>Jeremy C. Kleinman | 1.10 | $341.00 |
| 3/20/2007 | Draft cover sheet for fee application (0.2); draft proposed order for fee application (0.3); draft affidavit of James Becker in support of fee application (0.3); revise monthly statement for February 2007 (0.3); review email from J. Jjingo regarding amounts not yet paid (0.1); draft emails to J. Jjingo and E. Houghton regarding unpaid portion of fee application (0.3).<br>Jeremy C. Kleinman | 1.50 | $465.00 |
| 3/26/2007 | Telephone conference with K. Franklin regarding payments to be received from Delphi (0.2); telephone conference with E. Houghton regarding expenses for fee application and invoices for prior fee application (0.3); revise affidavit of J. Becker and summary sheet (0.2); revise proposed order for Fourth Interim Fee Application (0.3).<br>Jeremy C. Kleinman | 1.00 | $310.00 |
| 3/27/2007 | Revise Fourth Interim Fee Application (0.7); revise February 2007 monthly statement (0.2).<br>Jeremy C. Kleinman | 0.90 | $279.00 |
| 3/28/2007 | Telephone conference with E. Houghton regarding expenses awarded under first three interim fee applications and need for invoices relating thereto (0.4); review invoices relating to amounts under first three fee applications (0.2); telephone conference with J. Becker regarding affidavit in support of fee application (0.1); review and revise Fourth Interim Fee Application (0.5).<br>Jeremy C. Kleinman | 1.20 | $372.00 |
| 3/29/2007 | Revise fee application and exhibits (1.4); draft letter to J. Jjingo enclosing invoices in dispute (0.9).<br>Jeremy C. Kleinman | 2.30 | $713.00 |

Gordon G. Repp
Invoice Dated: July 31, 2007

Page    5

---

**Regarding:    Delphi**

For Professional Services Rendered Through May 31, 2007
Per Attached Description:

Invoice #:   2319

|  |  | Hours | Amount |
|---|---|---:|---:|
| 3/29/2007 | Worked on fee application.<br>Joseph D. Frank | 1.00 | $500.00 |
| 3/30/2007 | Telephone conference with J. Becker regarding affidavit in support of fee application and Asian real estate transactions giving rise to potential commission or fee claims (0.4); telephone conference with E. Houghton regarding calculation of reimbursable expenses and reporting of same (0.3); revise Fourth Interim Fee Application and related documentation and coordinate filing (1.8).<br>Jeremy C. Kleinman | 2.50 | $775.00 |
|  | Worked on drafting, revising and formatting Fourth Interim Application for Compensation and exhibits. office conferences, telephone conferences and email exchanges with Jeremy Kleinman regarding same.<br>Christina Carpenter | 1.00 | $145.00 |
| 4/5/2007 | Review letter to J. Jjingo regarding expenses awarded and compile invoices relating thereto.<br>Jeremy C. Kleinman | 0.50 | $155.00 |
| 4/6/2007 | Email exchange with J. Jjingo regarding invoices for unpaid fees from approved fee petition.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| 4/9/2007 | Draft monthly statement of interim compensation for March 2007 (0.4); draft email to K. Franklin regarding payments due (0.1).<br>Jeremy C. Kleinman | 0.50 | $155.00 |
| 4/10/2007 | Review email from J. Jjingo regarding allowance of attorneys' fees; meet with Joseph Frank regarding same (0.3). Research allowance of expenses relating to fee application preparation (0.7).<br>Jeremy C. Kleinman | 1.00 | $310.00 |
| 4/17/2007 | Email exchange with K. Franklin regarding unpaid invoices.<br>Jeremy C. Kleinman | 0.10 | $31.00 |
| 4/18/2007 | Email exchange with A. Zsoldos regarding Jones Lang LaSalle fee statements for August 2005 through February 2006.<br>Jeremy C. Kleinman | 0.10 | $31.00 |
| 4/20/2007 | Review and revise invoices for services rendered during March 2007 (0.2); telephone conference with J. Gannaban regarding expense reporting (0.2).<br>Jeremy C. Kleinman | 0.40 | $124.00 |

Gordon G. Repp

Invoice Dated:  July 31, 2007

Page    6

---

**Regarding:    Delphi**

For Professional Services Rendered Through May 31, 2007          Invoice #:  2319
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/4/2007 | Draft email to K. Franklin regarding invoices Delphi has not yet paid (0.1); prepare monthly statement of interim compensation for April 2007 (0.4). Review report of fee committee regarding fee application (0.2). <br> Jeremy C. Kleinman | 0.70 | $217.00 |
| 5/7/2007 | Review email of payments received from Delphi for monthly services rendered (0.2); begin drafting budget for final budget period (0.8). <br> Jeremy C. Kleinman | 1.00 | $310.00 |
| 5/9/2007 | Review email from K. Franklin regarding allocation of payment received. <br> Jeremy C. Kleinman | 0.20 | $62.00 |
| 5/16/2007 | Email exchange with A. Zsoldos regarding statement of fees for March 2007. <br> Jeremy C. Kleinman | 0.10 | $31.00 |
| 5/23/2007 | Email exchange with J. Gannaban and K. Franklin regarding expense invoice for Mexico facilities management (0.3); draft emails to S. Trejevo and J. Becker regarding agreement termination and budget (0.3). Revise proposed budget for next budget period (0.5). <br> Jeremy C. Kleinman | 1.10 | $341.00 |
| 5/24/2007 | Email exchange with J. Becker regarding extension of services beyond June 30 termination date; meet with Joseph Frank regarding same (0.3). Revise monthly statement from April 2007 to account for L. Jankow's departure and expenses incurred (0.4). <br> Jeremy C. Kleinman | 0.70 | $217.00 |
| 5/25/2007 | Email exchange with S. Trevejo regarding budget submission (0.1); revise monthly statement for April 2007 services. <br> Jeremy C. Kleinman | 0.40 | $124.00 |
| 5/31/2007 | Revise monthly statement and invoices (0.4); telephone conference with J. Gannban, B. Collins and J. Becker regarding processing expenses incurred and services rendered by J. Ibarra (0.4) Continue drafting budget (0.4); telephone conference with R. Esparza regarding J. Ibarra (0.2). <br> Jeremy C. Kleinman | 1.40 | $434.00 |

$11,334.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 2.00 | 500.00 | $1,000.00 |
| Jeremy C. Kleinman | 32.40 | 310.00 | $10,044.00 |
| Christina Carpenter | 2.00 | 145.00 | $290.00 |

Gordon G. Repp  
Invoice Dated: July 31, 2007

Page 7

---

**Regarding:** Delphi

For Professional Services Rendered Through May 31, 2007  
Per Attached Description:

Invoice #: 2319

| | |
|---|---:|
| | 36.40     $11,334.00 |

Disbursements:

| Date | Description | Amount |
|---|---|---:|
| 2/1/2007 | Postage. | 3.33 |
| 2/8/2007 | Federal Express delivery to Hon. Robert D. Drain. | 19.39 |
| 3/9/2007 | Federal Express delivery to John Wm. Butler, Jr. | 16.99 |
| | Federal Express delivery to Robert J. Rosenberg. | 19.04 |
| | Federal Express delivery to Marissa Wesley. | 19.04 |
| 3/16/2007 | Federal Express delivery to John Wm. Butler, Jr. | 14.16 |
| | Federal Express delivery to Robert J. Rosenberg. | 26.12 |
| | Federal Express delivery to Marissa Wesley. | 19.04 |
| | Federal Express delivery to Marlane Milican. | 19.04 |
| 3/30/2007 | Federal Express delivery to John Wm. Butler, Jr. | 14.16 |
| 3/31/2007 | Postage. | 0.39 |
| 4/2/2007 | Federal Express delivery to Honorable Robert D. Drain. | 44.45 |
| | Federal Express delivery to Kathleen Bambach, Michele Pisc. | 22.37 |
| | Federal Express delivery to Robert J. Rosenberg. | 44.45 |
| | Federal Express delivery to Marlane Milican. | 44.45 |
| | Federal Express delivery to Marissa Wesley. | 44.45 |
| 4/5/2007 | Federal Express delivery to Janine Jjingo. | 19.31 |
| 4/30/2007 | Federal Express delivery to Marlane Milican. | 19.31 |
| | Federal Express delivery to John Wm. Butler, Jr.,. | 29.90 |
| | Federal Express delivery to Marissa Wesley. | 19.31 |
| 5/31/2007 | Federal Express delivery to John Wm. Butler. | 14.49 |
| | Federal Express delivery to Marlane Milican. | 19.48 |
| | Federal Express delivery to Robert J. Rosenberg. | 30.17 |
| | Federal Express delivery to Marissa Wesley. | 19.48 |
| | Federal Express delivery to Marissa Wesley. | 19.48 |
| | Federal Express delivery to Robert J. Rosenberg. | 30.17 |
| | Federal Express delivery to Marlane Milican. | 19.48 |
| | Federal Express delivery to John Wm. Butler. | 14.49 |

Total Expenses     $625.94