Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on July 31, 2007, I caused copies of **Jones Lang LaSalle Americas, Inc.'s Fifth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Fifth Interim Application"), attached hereto, to be served upon each of the parties listed below in the manner indicated, with a copy to chambers via Federal Express.

I further certify that on July 31, 2007, pursuant to the Interim Compensation Orders, notice of the filing of Fourth Interim Application was provided via electronic mail or by first-class U.S. mail, postage prepaid (when no email address has been provided) to parties listed on the "2002 List," as provided at www.delphidocket.com.

| *Via Electronic Mail* | *Via Federal Express* |
|---|---|
| David M. Sherbin | Kathleen Bambach |
| Vice President and General Counsel | Michele Piscitelli |
| Delphi Corporation | Delphi Corporation |
| 5725 Delphi Drive | 5725 Delphi Drive |
| Troy, Michigan 48098 | Troy, Michigan 48098 |
| david.sherbin@delphi.com | |

{ JLL / 004 / 00010973.DOC /}

- 2 -

| | |
|---|---|
| ***Via Electronic Mail*** | ***Via Electronic Mail*** |
| John D. Sheehan | Bonnie Steingard |
| Vice President & CRO Officer | Fried, Frank, Harris, Shriver & Jacobson LLP |
| Delphi Corporation | One New York Plaza |
| 5725 Delphi Drive | New York, New York  10004 |
| Troy, Michigan  48098 | steinbo@friedfrank.com |
| john.sheehan@delphi.com | |
| | |
| ***Via Electronic Mail*** | ***Via Federal Express*** |
| Office of the United States Trustee | Latham & Watkins LLP |
| for the Southern District of New York | 885 Third Avenue |
| 33 Whitehall Street, Suite 2100 | New York, New York  10017 |
| New York, New York  10004 | Att'n:  Robert J. Rosenberg |
| Att'n:  Alicia M. Leonhard | |
| alicia.m.leonhard@usdoj.gov | |
| | |
| ***Via Federal Express*** | ***Via Federal Express*** |
| Simpson Thacher & Bartlett LLP | Davis Polk & Wardwell |
| 425 Lexington Avenue | 450 Lexington Avenue |
| New York, New York  10017 | New York, New York  10017 |
| Att'n:  Marissa Wesley | Att'n:  Marlane Milican |
| | |
| ***Via Electronic Mail*** | ***Via Electronic Mail*** |
| Valerie Venable, Credit Manager | Skadden, Arps, Meagher & Flom LLP |
| GE Plastics, Americas | 333 West Wacker Drive, Suite 2100 |
| 9930 Kincey Avenue | Chicago, Illinois  60606 |
| Huntersville, North Carolina  28078 | Att'n:  John Wm. Butler, Jr. |
| valerie.venable@ge.com | jbutler@skadden.com |

Dated: July 31, 2007     By:    */s/ Joseph D. Frank*

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel to Jones Lang LaSalle Americas, Inc.