TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

HEARING DATE: August 17, 2007  
AT 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  
                                     :  
    In re                            :    Chapter 11  
                                     :  
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)  
                                     :  
                         Debtors.    :    (Jointly Administered)  
                                     :  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER WITHDRAWING CLAIM NUMBER 14180 AND REINSTATING CLAIM NUMBER 1581 (AT&T CORP., SBC GLOBAL SERVICES AND SBC CORP.)**

PLEASE TAKE NOTICE that on February 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14180 ("Claim 14180") filed by SBC Global Services (the "Claimant") pursuant to the Debtors' (i) Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claim, (b) Claims Not Reflected On Debtors' Books And Records (c) Untimely Claims, and (d) Claims Subject To Modification (Docket No. 6968) (the "Objection to Claim 14180").

PLEASE TAKE FURTHER NOTICE that on April 27, 2007, the Debtors objected to proof of claim number 1581 ("Claim 1581") filed by Claimant pursuant to

the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket 6968).

      PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection to Claim 14180 and, either because Claim 14180 involves an ordinary course controversy or pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Stipulation and Agreed Order With Respect To Withdrawing Claim Number 14180 and Reinstating Claim Number 1581 (AT&T Corp., SBC Global Services and SBC Corp.) (the "Joint Stipulation").

**[Concluded on the following page]**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Joint Stipulation, the Debtors and the Claimant have agreed to (i) withdrawal of Claim 14180 and (ii) reinstatement of Claim 1581, which was expunged in error, as a general unsecured non-priority claim against Delphi Automotive Systems LLC in the amount of $816.99.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for August 17, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York  
July 31, 2007

DELPHI CORPORATION, *et al.*  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:

/s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000