# Delphi Corporation, et al.
## Chapter 11 Case 05-44481 (RDD)
## Deloitte and Touche LLP
## Fifth Interim Application
## (02/01/07 - 05/31/07)
## Exhibit A - Summary of Fees, Adjustments, and Expenses

| | | |
|---|---:|---:|
| Total Fees | $ | 187,779.00 |
| Discount [1] | | (37,555.80) |
| Fee Application Adjustment [2] | | (15,762.10) |
| Total Adjusted Fees | | 134,461.10 |
| Total Expenses [3] | | - |
| **Total Due** | $ | 134,461.10 |

(1) Discount reflects a reduction in fees for this interim application consistent with the engagement letter dated August 29, 2005, and the retention affidavit of Brock E. Plumb.

(2) The fee application adjustment represents a current voluntary reduction by Deloitte & Touche for certain fee application preparation services detailed in this interim filing. Deloitte & Touche reserves the right to seek the fees associated with these services in future fee applications.

(3) This interim application excludes expenses incurred by Deloitte & Touche LLP personnel while providing professional services to Delphi, during the period encompassed by this interim application. Deloitte & Touche LLP is voluntarily waiving the collection of the expenses for the period encompassed by this interim application.