**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit C - Time By Professional**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal/Director** | | | |
| Aughton, Jeffery S | 650.00 | 5.4 | 3,510.00 |
| Bell, David T | 550.00 | 1.0 | 550.00 |
| Coulter, Stephen J | 670.00 | 3.0 | 2,010.00 |
| Crowley, Mark J | 650.00 | 94.9 | 61,685.00 |
| Ellerbrock, Lawrence D | 650.00 | 5.0 | 3,250.00 |
| Favor, Richard A | 750.00 | 2.0 | 1,500.00 |
| Garrett, George N | 670.00 | 6.0 | 4,020.00 |
| Howard, Jonathan W | 670.00 | 1.0 | 670.00 |
| Miskinis, Mark E | 650.00 | 1.0 | 650.00 |
| Plumb, Brock E | 650.00 | 32.0 | 20,800.00 |
| Swormstedt, Jeffrey Allan | 670.00 | 7.0 | 4,690.00 |
| **Senior Manager** | | | |
| Moyer, Denny L | 490.00 | 5.5 | 2,695.00 |
| **Manager** | | | |
| Bacarella, Angela M | 410.00 | 2.5 | 1,025.00 |
| Peterson, John D G | 500.00 | 48.0 | 24,000.00 |
| **Senior Staff** | | | |
| Alsager, Christina C | 270.00 | 135.2 | 36,504.00 |
| **Staff** | | | |
| Ludtke, Emily Irene | 240.00 | 74.5 | 17,880.00 |
| McCoy, Kathryn Anne | 200.00 | 4.5 | 900.00 |
| Noda, Kazuya | 240.00 | 6.0 | 1,440.00 |
| **Total** | | **434.5** | **$ 187,779.00** |