**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit D - Time By Category**

| CATEGORY DESCRIPTION | HOURS |
|---|---|
| AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | 15.8 |
| AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | 253.0 |
| AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | 22.2 |
| ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | 8.1 |
| PREPARATION OF FEE/EXPENSE APPLICATIONS | 50.4 |
| REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | 38.8 |
| TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | 46.2 |
| Grand Total | 434.5 |