**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit E - Time Detail**

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/01/07 | MISKINIS, MARK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Consulted on audit opinion and consent reissuance | 1.0 | 650.00 | 650.00 |
| 02/01/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Consulted on various derivative accounting questions | 1.0 | 670.00 | 670.00 |
| 02/02/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed S-1 timing and the need for a consent with J. Sheehan and subsequently with B. Kueppers | 1.0 | 650.00 | 650.00 |
| 02/02/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Consulted on audit opinion and consent reissuance | 1.0 | 670.00 | 670.00 |
| 02/05/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Participated in meeting with director of corporate accounting, M. Crowley & C. Alsager re: realignment procedures | 2.7 | 240.00 | 648.00 |
| 02/05/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Director of Corporate Accounting, M. Crowley and E. Ludtke re: Delphi's realignment procedures | 2.7 | 270.00 | 729.00 |
| 02/05/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained and copied prior year audit workpapers re: segment footnote | 3.5 | 240.00 | 840.00 |
| 02/05/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Participated in meeting with C. Alsager, E. Ludtke and S. Kihn regarding segment realignment | 1.5 | 650.00 | 975.00 |
| 02/05/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Researched procedures required to issue consent | 3.9 | 270.00 | 1,053.00 |
| 02/05/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Gained understanding of procedures required to perform consent procedures | 1.8 | 240.00 | 432.00 |
| 02/05/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Prepared for and reviewed information related to segment realignment including related memos and emails | 2.2 | 650.00 | 1,430.00 |
| 02/05/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared request list for realignment requests | 1.4 | 270.00 | 378.00 |
| 02/05/07 | HOWARD, JONATHAN W | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Consulted on various derivative accounting questions | 1.0 | 670.00 | 670.00 |
| 02/05/07 | BELL, DAVID T | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Participated in conference call with SEC on critical terms issue/internal call on same issue | 1.0 | 550.00 | 550.00 |
| 02/06/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained understanding of 2005 realignment process | 3.9 | 270.00 | 1,053.00 |
| 02/06/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Assisted in the preparation and review of the procedures to be performed in conjunction with the segment realignment | 2.5 | 650.00 | 1,625.00 |
| 02/06/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Retyped Management Representation Letter with updated changes | 3.5 | 240.00 | 840.00 |
| 02/06/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Reviewed summary of items to be requested from client regarding potential issuance of consent | 1.2 | 650.00 | 780.00 |
| 02/06/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed and marked changes to Management Representation Letter | 3.8 | 240.00 | 912.00 |
| 02/06/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Proofread and updated documentation comparing 2005 Management Representation Letter with Model Letter | 1.7 | 240.00 | 408.00 |
| 02/06/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Calculated baseline balance against old 10-K for 2005 | 3.7 | 270.00 | 999.00 |
| 02/06/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Financial Analyst re: Hyperion structure | 1.9 | 270.00 | 513.00 |
| 02/06/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Discussed procedures to be performed at Delphi in conjunction with file of Delphi's 10-K with B. Plumb and J. Aughton | 0.8 | 650.00 | 520.00 |
| 02/07/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated Management Representation Letter to reflect appropriate changes re: consent procedures | 1.9 | 240.00 | 456.00 |
| 02/07/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out beginning balances to Hyperion for the income statement and balance sheet for all divisions | 3.6 | 270.00 | 972.00 |
| 02/07/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Verified balance sheet balances re: clean trial balances were appropriate and applied consistently with realignment mapping | 3.7 | 240.00 | 888.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fifth Interim Application
(02/01/07 - 05/31/07)
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/07/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Verified income statement balances re: clean trial balances were appropriate and consistent with realignment mapping | 3.9 | 240.00 | 936.00 |
| 02/07/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed 2005 realignments for accuracy compared to the new realignment structure | 2.1 | 270.00 | 567.00 |
| 02/07/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Financial Analyst to understand realignment walk for income statement | 1.3 | 270.00 | 351.00 |
| 02/07/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Selected clean and dirty trial balances for testing | 1.2 | 270.00 | 324.00 |
| 02/07/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Financial Analyst to understand realignment walk for balance sheet | 1.7 | 270.00 | 459.00 |
| 02/07/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Prepared planning programs for procedures to be performed in conjunction with the segment realignment | 1.2 | 650.00 | 780.00 |
| 02/08/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Verified accuracy of balance sheet and income statement realignment from prior year to current year | 3.5 | 240.00 | 840.00 |
| 02/08/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared rollforward from prior year numbers to reflect realigned numbers in current year financial statement footnote | 3.3 | 240.00 | 792.00 |
| 02/08/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained documentation from Hyperion to verify trial balance realignment accuracy | 2.2 | 240.00 | 528.00 |
| 02/09/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Verified with Financial Analyst the accuracy of selected realigned trial balances | 2.1 | 240.00 | 504.00 |
| 02/09/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Electrical and Safety plant controller to discuss methodology for realignment of dirty trial balances | 0.4 | 270.00 | 108.00 |
| 02/09/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed and analyzed memos on realignment and transfer of goodwill | 3.2 | 270.00 | 864.00 |
| 02/09/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained segment reporting model audit program | 0.3 | 270.00 | 81.00 |
| 02/09/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Sampled, on a test basis, Hyperion pulls of selected Trial Balances, for both fully transferred TB's and partially transferred TB's, in order to obtain assurance that each was done correctly. | 3.8 | 240.00 | 912.00 |
| 02/09/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated rollforward balances to include consolidate journal vouchers balances for 2004 balances | 3.1 | 240.00 | 744.00 |
| 02/09/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed carrying journal vouchers to explain differences in beginning balances | 2.4 | 270.00 | 648.00 |
| 02/09/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed capital expenditures for 2005 and met with financial analyst to discuss questions | 2.3 | 270.00 | 621.00 |
| 02/12/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Compared detailed trial balance detail to realignment spreadsheet for Powertrain | 3.8 | 270.00 | 1,026.00 |
| 02/12/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Compared detailed trial balance detail to realignment spreadsheet for Packard | 3.4 | 270.00 | 918.00 |
| 02/12/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Discussed schedule of staff and managers for procedures to be performed related to issuance of 10-K with our scheduling department | 0.8 | 650.00 | 520.00 |
| 02/12/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out footnote relating to segments for fiscal year ended 2005 | 3.1 | 240.00 | 744.00 |
| 02/12/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated beginning balance walk re: updated data provided by the client | 2.0 | 240.00 | 480.00 |
| 02/12/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out segment footnote balances for fiscal year ended 2004 | 2.9 | 240.00 | 696.00 |
| 02/12/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Analyzed beginning balance discrepancies with Financial Analyst | 3.0 | 240.00 | 720.00 |
| 02/12/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Participated in discussion with S. Shah re: foreign exchange currency ineffectiveness testing | 0.6 | 270.00 | 162.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fifth Interim Application
(02/01/07 - 05/31/07)
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/12/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Compared detailed trial balance detail to realignment spreadsheet for Electrical & Safety | 3.7 | 270.00 | 999.00 |
| 02/13/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Discussed status of procedures performed related to segment realignment with C. Alsager | 0.2 | 650.00 | 130.00 |
| 02/13/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Reviewed and edited status update and audit programs related to segment realignment and other procedures related to consent | 2.2 | 650.00 | 1,430.00 |
| 02/13/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed draft 10-K and new SOPA schedule | 1.0 | 650.00 | 650.00 |
| 02/13/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared memo re: consistency in realignment between 2004, 2005, and 2006 | 3.1 | 240.00 | 744.00 |
| 02/13/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out realignment entries made for 2005 to realignment supporting schedules | 3.9 | 270.00 | 1,053.00 |
| 02/13/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out balance sheet information on the 2006 10-K to supporting schedules | 3.3 | 270.00 | 891.00 |
| 02/13/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Prepared for and participated in conference call with T. Timko, J. William and B. Plumb regarding timeline for issuance of 10-K | 1.5 | 650.00 | 975.00 |
| 02/13/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated capital expenditure realignment for prior three years | 3.0 | 240.00 | 720.00 |
| 02/13/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Participated in conference call with T. Timko and J. Williams re: timeline and deliverables for 10-K | 1.0 | 650.00 | 650.00 |
| 02/13/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Synchronized realigned trial balances and compared to new mapping for accuracy | 2.9 | 240.00 | 696.00 |
| 02/13/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out income statement information on the 2006 10-K to supporting schedules | 3.8 | 270.00 | 1,026.00 |
| 02/13/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated beginning balance walk with current realigned data | 2.0 | 240.00 | 480.00 |
| 02/13/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed counsel documents re: committee fee figures; drafted model, and responded to internal and external counsel re: same | 0.8 | 500.00 | 400.00 |
| 02/14/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared SEC 310 memo to consider reissuance of our 2005 reports | 2.0 | 650.00 | 1,300.00 |
| 02/14/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Financial Analyst re: differences between income statement schedules and amounts reported in the 2006 10-K | 2.1 | 270.00 | 567.00 |
| 02/14/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Cleared open review notes re: balance sheet realignment | 3.1 | 240.00 | 744.00 |
| 02/14/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Drafted procedures for testing 2003 to 2005 matched term differences | 2.1 | 650.00 | 1,365.00 |
| 02/14/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Drafted consent reports for 2006 filings | 1.8 | 270.00 | 486.00 |
| 02/14/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Discussed capital expenditure realignment with capital planning manager | 2.2 | 240.00 | 528.00 |
| 02/14/07 | LUDTKE, EMILY IRENE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Cleared open review notes re: income statement realignment | 2.7 | 240.00 | 648.00 |
| 02/14/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed management representation letter | 1.3 | 270.00 | 351.00 |
| 02/14/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Met with Financial Analyst re: differences between balance sheet schedules and amounts reported in the 2006 10-K | 1.8 | 270.00 | 486.00 |
| 02/15/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed draft of 10-K | 1.0 | 650.00 | 650.00 |
| 02/15/07 | SWORMSTEDT, JEFFREY ALLAN | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Consulted on audit opinion and consent reissuance | 2.0 | 670.00 | 1,340.00 |
| 02/15/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Updated audit program for procedures to be performed related to issuance of our consents | 2.7 | 650.00 | 1,755.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fifth Interim Application
(02/01/07 - 05/31/07)
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/16/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Prepared initial draft of the management representation letter | 3.5 | 650.00 | 2,275.00 |
| 02/16/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed 2004 beginning balance tie out to 2005 segment reporting footnote | 2.4 | 270.00 | 648.00 |
| 02/16/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed consolidated journal vouchers for 2005 and made selections from listing to ensure covered by our audit procedures as of 12/31/2005 | 3.7 | 270.00 | 999.00 |
| 02/16/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Prepared summary of procedures performed | 1.3 | 650.00 | 845.00 |
| 02/16/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed updated version of the proposed entries provided by Delphi | 1.2 | 270.00 | 324.00 |
| 02/16/07 | MCCOY, KATHRYN ANNE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Documented selections for detail testing procedures | 2.1 | 200.00 | 420.00 |
| 02/16/07 | MCCOY, KATHRYN ANNE | ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Selected 2003 through 2005 FX ineffectiveness hedges from file obtained from client for testing | 1.8 | 200.00 | 360.00 |
| 02/16/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared initial drafts of our consents, experts language and revised opinion | 2.5 | 650.00 | 1,625.00 |
| 02/16/07 | MCCOY, KATHRYN ANNE | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed FX ineffectiveness testing files obtained from the client | 0.6 | 200.00 | 120.00 |
| 02/16/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed certain sections of the Form 10-K draft | 1.0 | 650.00 | 650.00 |
| 02/16/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Completed GEN forms for consent and reissued report | 0.8 | 270.00 | 216.00 |
| 02/16/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed summary of passed adjustments prepared by client | 2.3 | 650.00 | 1,495.00 |
| 02/19/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained prior year workpapers to tie out other comprehensive income to general ledger as of 12/31/2003, 12/31/2004 and 12/31/2005 | 1.0 | 270.00 | 270.00 |
| 02/19/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared forms for report processing for consents | 1.4 | 270.00 | 378.00 |
| 02/19/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared appendix A for attachment to management representation letter | 3.8 | 650.00 | 2,470.00 |
| 02/19/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Researched and finalized draft of the management representation letter | 2.8 | 650.00 | 1,820.00 |
| 02/19/07 | NODA, KAZUYA | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Compared 2006 form 10K to 2007 form 10K and identified revised areas; area reviewed – profit and loss statement | 2.0 | 240.00 | 480.00 |
| 02/19/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed updated schedule of proposed adjustment as provided by Delphi | 3.8 | 270.00 | 1,026.00 |
| 02/19/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated Deloitte's old schedule of proposed adjustments with the new proposed adjustments identified by Delphi | 3.2 | 270.00 | 864.00 |
| 02/19/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared and circulated drafts of our consents, experts language, and revised opinion for review and comment | 2.5 | 650.00 | 1,625.00 |
| 02/19/07 | NODA, KAZUYA | ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Compared 2006 form 10K to 2007 form 10K and identified revised areas; area reviewed – balance sheet asset, liability, and equity footnotes | 4.0 | 240.00 | 960.00 |
| 02/20/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Began initial tie out of draft 14 of the 10-K to 2005 issued 10-K | 1.3 | 270.00 | 351.00 |
| 02/20/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed 10-K and S-1 and our revised opinion and consents | 2.0 | 650.00 | 1,300.00 |
| 02/20/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reconciled the other comprehensive income to the general ledger as of 12/31/2003, 12/31/2004 and 12/31/2005 | 3.7 | 270.00 | 999.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit E - Time Detail**

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/20/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Accumulated comments on draft consents and opinion and provided drafts to J. Williams | 1.2 | 650.00 | 780.00 |
| 02/20/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Footed several other comprehensive income schedules for selected currency pairs | 0.7 | 270.00 | 189.00 |
| 02/21/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared memo summarizing procedures performed in conjunction with the reissuance of our report | 3.5 | 650.00 | 2,275.00 |
| 02/21/07 | ELLERBROCK, LAWRENCE D | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed consent and audit opinion | 2.0 | 650.00 | 1,300.00 |
| 02/21/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Drafted agenda and other items in preparation for conference call with engagement team and National Office | 2.4 | 650.00 | 1,560.00 |
| 02/21/07 | BACARELLA, ANGELA M | MANAGER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Assisted in derivative testing procedures for comfort letter | 1.5 | 410.00 | 615.00 |
| 02/21/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared for and participated in call with B. Murray regarding summary of passed adjustments | 1.5 | 650.00 | 975.00 |
| 02/21/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed status of testing 2003 to 2005 matched term differences | 0.7 | 650.00 | 455.00 |
| 02/21/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Tied out foreign exchange selections to the respective years audited workpapers | 3.8 | 270.00 | 1,026.00 |
| 02/21/07 | GARRETT, GEORGE N | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed and provided comments for Form 10-K | 6.0 | 670.00 | 4,020.00 |
| 02/21/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Completed foreign exchange ineffectiveness model audit program | 1.1 | 270.00 | 297.00 |
| 02/21/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Agreed other comprehensive income selections to the master summary of the other comprehensive balances | 0.8 | 270.00 | 216.00 |
| 02/21/07 | SWORMSTEDT, JEFFREY ALLAN | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Reviewed and provided comments for Form 10-K | 3.0 | 670.00 | 2,010.00 |
| 02/21/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed tie out of draft 14 of the 10-K | 3.4 | 270.00 | 918.00 |
| 02/22/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Discussed comments on Form 10-K and S-1 with J. Williams | 0.8 | 650.00 | 520.00 |
| 02/22/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Participated in status update call with B. Plumb, L. Ellerbrock, J. Swormstedt, J. Aughton and C. Alsager | 1.0 | 650.00 | 650.00 |
| 02/22/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed segment realignment workpapers | 3.5 | 650.00 | 2,275.00 |
| 02/22/07 | ELLERBROCK, LAWRENCE D | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed consent and audit opinion | 1.0 | 650.00 | 650.00 |
| 02/22/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed and completed documentation of 2004 beginning balance rollforward from 2005 10-K segment footnote to beginning balances on realignment workpapers | 3.9 | 270.00 | 1,053.00 |
| 02/22/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and attended status meeting with L. Ellerbrock, J. Swormstedt and M. Crowley as to finalizing our work | 2.0 | 650.00 | 1,300.00 |
| 02/22/07 | FAVOR, RICHARD A | DIRECTOR | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Discussed prior period tax SOPA's with M. Crowley | 0.5 | 750.00 | 375.00 |
| 02/22/07 | SWORMSTEDT, JEFFREY ALLAN | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed consent and audit opinion | 2.0 | 670.00 | 1,340.00 |
| 02/22/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed foreign currency hedge status and discussed open items with A. Brazier, C. Alsager and S. Shah | 2.2 | 650.00 | 1,430.00 |
| 02/22/07 | BACARELLA, ANGELA M | MANAGER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Assisted in derivative testing procedures for comfort letter | 1.0 | 410.00 | 410.00 |
| 02/22/07 | FAVOR, RICHARD A | DIRECTOR | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Discussed prior period tax SOPA's with T. Tamer | 0.5 | 750.00 | 375.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit E - Time Detail**

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/22/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained explanations for new items in the 2006 10-K relating to 2005 and 2004 | 3.6 | 270.00 | 972.00 |
| 02/22/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained file of 2004 consolidating journal vouchers and agreed out to 2004 audited workpapers | 1.4 | 270.00 | 378.00 |
| 02/22/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Discussed tax adjustments with T. Tamer | 0.5 | 650.00 | 325.00 |
| 02/22/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed response to questions and requests related to the summary of passed adjustments | 2.5 | 650.00 | 1,625.00 |
| 02/23/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Completed review of draft 14 of 10-K as compared to 2005 10-K | 3.7 | 270.00 | 999.00 |
| 02/23/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Obtained forward rate curves from Delphi Finance and obtained understanding of how they worked | 3.7 | 270.00 | 999.00 |
| 02/23/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed draft summary memo related to issuance of consent for 2006 10-K and S-1 | 0.6 | 650.00 | 390.00 |
| 02/23/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed reference 10-K and related workpapers | 4.0 | 650.00 | 2,600.00 |
| 02/23/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Participated in status update call with B. Plumb and C. Alsagar | 0.5 | 650.00 | 325.00 |
| 02/23/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call regarding status of foreign currency hedge procedures | 1.7 | 650.00 | 1,105.00 |
| 02/23/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Updated schedule of proposed adjustments for items found that do not affect 2004 and 2004 | 0.8 | 270.00 | 216.00 |
| 02/23/07 | ELLERBROCK, LAWRENCE D | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed consent and audit opinion | 1.0 | 650.00 | 650.00 |
| 02/23/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Discussed certain statement of cash flow matters with T. Timko, S. Kihn and A. Brazier and performed related research | 1.5 | 650.00 | 975.00 |
| 02/23/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed status of testing 2003 to 2005 matched term differences | 0.5 | 650.00 | 325.00 |
| 02/23/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared workpapers regarding revised summary of passed adjustments | 2.8 | 650.00 | 1,820.00 |
| 02/23/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Prepared and discussed comments on the management representation letter, Form 10-K and consents with J. Williams | 0.5 | 650.00 | 325.00 |
| 02/24/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Completed testing and documentation of foreign exchange hedge transactions | 3.2 | 270.00 | 864.00 |
| 02/24/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed final draft of 10-K and supporting referenced working papers | 3.6 | 650.00 | 2,340.00 |
| 02/24/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed foreign exchange hedging working papers and segment working papers | 2.4 | 650.00 | 1,560.00 |
| 02/24/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed audit workpapers related to 2003 to 2005 matched term differences | 0.9 | 650.00 | 585.00 |
| 02/25/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Reviewed workpapers related to the issuance of our revised opinion and consents related to Delphi's 2006 10-K and S-1 | 3.5 | 650.00 | 2,275.00 |
| 02/25/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Cleared review notes from B. Plumb related to Delphi's 2006 10-K | 0.8 | 650.00 | 520.00 |
| 02/26/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained latest version of consent and opinion from 10-K and compared to our documents | 1.7 | 270.00 | 459.00 |
| 02/26/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Obtained understanding of how to use forward rate curve for Euro foreign exchange transactions and documented | 1.2 | 270.00 | 324.00 |
| 02/26/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Obtained explanations for additional financial statement amounts disclosed in the newest version of the 10-K | 3.6 | 270.00 | 972.00 |
| 02/26/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Tied out version 26 of the 2006 10-K | 3.9 | 270.00 | 1,053.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit E - Time Detail**

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/26/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Closed review notes on foreign exchange testing | 2.2 | 270.00 | 594.00 |
| 02/26/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Discussed resolution of open items related to the issuance of our opinion and consents with B. Plumb, C. Alsager and R. Favor | 2.5 | 650.00 | 1,625.00 |
| 02/26/07 | FAVOR, RICHARD A | DIRECTOR | AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | Reviewed 12/31/04 and 12/31/05 contingency and valuation allowance disclosures | 1.0 | 750.00 | 750.00 |
| 02/26/07 | PLUMB, BROCK E | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed final draft of 10-K and issued signed opinion and consent | 2.0 | 650.00 | 1,300.00 |
| 02/26/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Reviewed supporting documentation related to additions to Delphi's draft 2006 10-K | 2.8 | 650.00 | 1,820.00 |
| 02/26/07 | CROWLEY, MARK J | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Reviewed marked changes to Delphi's Form 10-K and S-1 | 1.2 | 650.00 | 780.00 |
| 02/27/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Ran DPS queries for life-to-date data | 1.6 | 500.00 | 800.00 |
| 02/27/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Copied tie out of segment footnote to segment footnote tie out in testing workpapers | 0.3 | 270.00 | 81.00 |
| 02/27/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Closed review notes on segment reporting | 1.3 | 270.00 | 351.00 |
| 02/27/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Closed review notes on foreign exchanges testing | 1.4 | 270.00 | 378.00 |
| 02/27/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Reviewed and prepared final documentation related to issuance of our consent and opinion for Delphi's 2006 10-K | 1.2 | 650.00 | 780.00 |
| 02/28/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Discussed new filing deadline for Delphi's S-1 and scheduling requirements with our scheduling group | 0.2 | 650.00 | 130.00 |
| 02/28/07 | CROWLEY, MARK J | PARTNER | REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | Identified procedures to perform and staff assignments for work related to the new filing deadline for Delphi's S-1 | 0.5 | 650.00 | 325.00 |
| 03/01/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Responded to emails and other requests related to the change in Delphi's S-1 filing date | 1.8 | 650.00 | 1,170.00 |
| 03/01/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Prepared management representation letter due to new filing date for Delphi's S-1 | 3.2 | 650.00 | 2,080.00 |
| 03/05/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled time datasets, group 1, October 2006 through January 2007 monthly statements | 0.6 | 500.00 | 300.00 |
| 03/05/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed omnibus orders and exhibits, drafted reconciliations, and responded to D. Moyer email | 1.4 | 500.00 | 700.00 |
| 03/06/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with D. Moyer re: current project and billing status | 0.5 | 500.00 | 250.00 |
| 03/06/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Issued consent and obtained and read final management representation letter and letter from new auditors | 1.7 | 650.00 | 1,105.00 |
| 03/11/07 | MOYER, DENNY L | SENIOR MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepared time summaries for Delphi invoice preparation | 1.4 | 490.00 | 686.00 |
| 03/12/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with D. Moyer and then R. Young re: Omnibus Order and application of Committee requests | 0.7 | 500.00 | 350.00 |
| 03/13/07 | MOYER, DENNY L | SENIOR MANAGER | ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | Prepared time summary by individual pertaining to Delphi invoicing | 0.6 | 490.00 | 294.00 |
| 03/13/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled time datasets, group 2, October 2006 through January 2007 monthly statements | 1.5 | 500.00 | 750.00 |
| 03/14/07 | MOYER, DENNY L | SENIOR MANAGER | ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | Prepared summary information for Delphi invoices | 0.4 | 490.00 | 196.00 |
| 03/14/07 | PLUMB, BROCK E | PARTNER | ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | Read company's S-1 update and approach to new segment presentation | 4.0 | 650.00 | 2,600.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fifth Interim Application
(02/01/07 - 05/31/07)
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 03/14/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled time datasets, group 3, October 2006 through January 2007 monthly statements | 2.8 | 500.00 | 1,400.00 |
| 03/15/07 | MOYER, DENNY L | SENIOR MANAGER | ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | Prepared Delphi engagement economics information | 1.1 | 490.00 | 539.00 |
| 03/15/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled expense datasets life-to-date, and firm expenses ltd, October 2006 through January 2007 monthly statements | 1.3 | 500.00 | 650.00 |
| 03/16/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted emails and files to team re: status | 0.7 | 500.00 | 350.00 |
| 03/20/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time datasets for October 2006 through January 2007 monthly statements | 1.3 | 500.00 | 650.00 |
| 03/21/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time datasets for October 2006 through January 2007 monthly statements | 1.7 | 500.00 | 850.00 |
| 03/22/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted schedules for October 2006 through January 2007 monthly statements | 2.1 | 500.00 | 1,050.00 |
| 03/22/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time datasets for October 2006 through January 2007 monthly statements | 0.8 | 500.00 | 400.00 |
| 03/23/07 | PLUMB, BROCK E | PARTNER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Provided review of fee application for 10/1/2006 through 1/31/2007 | 1.0 | 650.00 | 650.00 |
| 03/23/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated schedule revisions per B. Plumb, finalized monthly statement | 2.0 | 500.00 | 1,000.00 |
| 03/26/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated cover documents and served monthly statements on parties-in-interest | 0.4 | 500.00 | 200.00 |
| 03/27/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Created initial pleadings draft of fourth interim fee application | 2.9 | 500.00 | 1,450.00 |
| 03/28/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted changes to fourth interim fee application, provided revised drafts to counsel, project leads | 1.6 | 500.00 | 800.00 |
| 03/30/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Finalized and made service of 4th Interim Application on parties in interest | 1.0 | 500.00 | 500.00 |
| 04/05/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed and responded to multiple emails from R. Young and D. Moyer email re: interims, next steps, pleading filings | 0.8 | 500.00 | 400.00 |
| 04/05/07 | MOYER, DENNY L | SENIOR MANAGER | ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | Reviewed billing summary and provided billing analysis requested by Delphi's J. Lamb | 2.0 | 490.00 | 980.00 |
| 04/06/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Queried DPS for initial WBS elements | 1.4 | 500.00 | 700.00 |
| 04/09/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled group 1, life-to-date data, February 2007 monthly statement | 1.1 | 500.00 | 550.00 |
| 04/11/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Completed archive of 2006 consent file for Delphi Corporation | 1.5 | 270.00 | 405.00 |
| 04/12/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled group 2, life-to-date data, February 2007 monthly statement | 1.2 | 500.00 | 600.00 |
| 04/13/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled group 3, life-to-date data, February 2007 monthly statement | 4.0 | 500.00 | 2,000.00 |
| 04/17/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with R. Young re: dataset uploads | 0.2 | 500.00 | 100.00 |
| 04/17/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Read company's S-1 update and approach to new segment presentation | 1.0 | 650.00 | 650.00 |
| 04/18/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Formatted and coded datasets for LLC review | 0.8 | 500.00 | 400.00 |
| 04/18/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled additional data, February 2007 monthly statement | 1.0 | 500.00 | 500.00 |
| 04/19/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time dataset for February 2007 monthly statement | 0.2 | 500.00 | 100.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Fifth Interim Application**
**(02/01/07 - 05/31/07)**
**Exhibit E - Time Detail**

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 04/19/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Discussed Mothershead allegation with T. Timko and forward information within the Firm | 1.0 | 650.00 | 650.00 |
| 04/23/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed compiled datasets for LCC for completeness, uploaded to LCC and archived, drafted update and receipt to counsel re: same | 0.4 | 500.00 | 200.00 |
| 04/24/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional time datasets for February 2007 monthly statement | 1.6 | 500.00 | 800.00 |
| 04/25/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted initial schedules for February 2007 monthly statement | 1.5 | 500.00 | 750.00 |
| 04/25/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed information and related memos related to inventory costing allegations | 2.5 | 650.00 | 1,625.00 |
| 04/25/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in conference call with M. Crowley, J. Aughton, S. Coulter, S. Simpson, and A. Keiser re: inventory allegations | 0.5 | 650.00 | 325.00 |
| 04/25/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Read Mothershead background information and Delphi initial draft response | 1.5 | 650.00 | 975.00 |
| 04/25/07 | ELLERBROCK, LAWRENCE D | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Read Mothershead background information and Delphi's initial draft response | 1.0 | 650.00 | 650.00 |
| 04/25/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted divisional assignments for February monthly statement | 0.6 | 500.00 | 300.00 |
| 04/25/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Prepared for and participated in conference call with M. Crowley, J. Aughton, S. Simpson, and A. Keiser re: inventory allegations | 1.0 | 670.00 | 670.00 |
| 04/25/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in conference call with B. Plumb, J. Aughton, S. Coulter, S. Simpson, and A. Keiser re: inventory allegations | 0.5 | 650.00 | 325.00 |
| 04/26/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Finished reading materials and prepared for conference call re: inventory allegations | 0.5 | 650.00 | 325.00 |
| 04/26/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Participated in conference call with B. Plumb and Delphi management re: inventory allegations | 0.9 | 650.00 | 585.00 |
| 05/04/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Drafted status emails to B. Plumb and D. Moyer re: monthlies, followed up with voicemail to B. Plumb re: same | 0.2 | 500.00 | 100.00 |
| 05/09/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Formatted and coded February 2007 monthly statement to LCC for fee examiner review | 0.5 | 500.00 | 250.00 |
| 05/09/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Finalized February 2007 monthly statement and served on parties-in-interest | 0.8 | 500.00 | 400.00 |
| 05/11/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed LCC email and report from counsel; contacted counsel re: same | 1.5 | 500.00 | 750.00 |
| 05/14/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed and compiled responses to LCC report (4th interim) for counsel | 1.1 | 500.00 | 550.00 |
| 05/14/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Read Delphi draft memo on Mothershead allegations | 1.0 | 650.00 | 650.00 |
| 05/15/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Read Mothershead memo and discussed with M. Crowley and J. Aughton | 1.0 | 650.00 | 650.00 |
| 05/15/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Provided analysis of examiner issues | 2.1 | 500.00 | 1,050.00 |
| 05/15/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with R. Young, revised datasets for outside counsel, and sent findings to R. Young with synopsis/explanation | 0.6 | 500.00 | 300.00 |
| 05/16/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed comments on Mothershead memo with T. Timko and reviewed final submission of Mothershead memo sent to the SEC | 1.0 | 650.00 | 650.00 |
| 05/18/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed DPS reports for status of February invoicing for LCC uploads and drafted email to D. Moyer re: same | 0.3 | 500.00 | 150.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Fifth Interim Application
(02/01/07 - 05/31/07)
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 05/21/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed updated draft of the Mothershead memo | 1.0 | 650.00 | 650.00 |
| 05/25/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Confirmed service on parties in interest (Feb 07 statement) drafted email to team lead on status | 0.4 | 500.00 | 200.00 |
| 05/29/07 | AUGHTON, JEFFERY S | PARTNER | AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | Discussed and reviewed proposed segment changes with B. Plumb and M. Crowley | 0.6 | 650.00 | 390.00 |
| 05/29/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Participated in conference call with J. Aughton and B. Plumb re: planning for Delphi's Form 8-K | 0.5 | 650.00 | 325.00 |
| 05/29/07 | PLUMB, BROCK E | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed segment realignment and discussed with J. Aughton and M. Crowley | 1.0 | 650.00 | 650.00 |
| 05/30/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Reviewed documents provided by J. Williams related to Form 8-K and related changes | 2.5 | 650.00 | 1,625.00 |
| 05/30/07 | CROWLEY, MARK J | PARTNER | AUDIT SERVICES RELATED TO SUCCESSOR AUDITORS | Summarized work to be performed and estimated scheduling needs related to form 8-K | 1.5 | 650.00 | 975.00 |
| | | | | | 434.5 | | $ 187,779.00 |

15 of 15