**EXHIBIT "1"**

**TOGUT, SEGAL & SEGAL LLP**
**Conflicts Counsel for Delphi Corporation,** *et al.*
**Debtors and Debtors in Possession**

**Fee Summary for the Period February 1, 2007 through May 31, 2007**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Albert Togut[1] | 1975 | 2007 | $795 | 100.3 | $79,738.50 |
| Neil Berger[1] | 1986 | 2007 | $700 | 338.4 | $236,880.00 |
| Howard P. Magaliff[2] | 1985 | 2007 | $620 | 22.4 | $13,888.00 |
| Richard K. Milin[2] | 1989 | 2007 | $700 | 92.7 | $55,156.50 |
| Sean McGrath[3] | 1992 | 2007 | $590 | 80.4 | $47,436.00 |
| Andrew Winchell[3] | CA-1996 NY-Awaiting Admission | 2007 | $515 | 437.5 | $225,312.50 |
| Lara Sheikh[3] | 2002 | 2007 | $395 | 78.9 | $31,165.50 |
| Tally Wiener[3] | 2002 | 2007 | $380 | 190 | $72,200.00 |
| Jayme Goldstein[3] | 2003 | 2007 | $350 | 4.6 | $1,610.00 |
| Marianne Mortimer[3] | 2006 | 2007 | $275 | 24.8 | $6,820.00 |
| Lacey Zoller[4] | N/A | 2007 | $125 | 7.5 | $937.50 |
| Michael D. Hamersky[4] | N/A | 2007 | $125 | 10.6 | $1,325.00 |
| Michael Herz[4] | N/A | 2007 | $125 | 5.3 | $662.50 |
| Stephanie Skelly[4] | N/A | 2007 | $125 | 4.5 | $562.50 |
| Dawn Person[5] | N/A | 2007 | $225 | 16.9 | $3,802.50 |
| Denise Cahir[5] | N/A | 2007 | $160 | 18.5 | $2,960.00 |
| Ashleigh Brogan[5] | N/A | 2007 | $135 | 155.5 | $20,992.50 |
| Courtney Milianes[5] | N/A | 2007 | $115 | 21.6 | $2,916.00 |
| **TOTAL** | | | | 1,610.4 | $804,365.50 |

1   Partner
2   Of Counsel
3   Associate
4   Law Clerk
5   Paralegal