## EXHIBIT "2"

## TOGUT, SEGAL & SEGAL LLP

**Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession**

## Expense Summary for the Period February 1, 2007 through May 31, 2007

| Expense | Amount |
|---|---:|
| Fax | $0.64 |
| Long-Distance Telephone | $97.75 |
| Lodging | $275.89 |
| Meals | $42.53 |
| Messenger | $140.16 |
| Miscellaneous | $360.00 |
| Online Research | $1,089.69 |
| Overnight Courier | $976.84 |
| Photocopies | $2,508.50 |
| Postage | $52.55 |
| Travel - airfare | $339.40 |
| Travel - ground | $1,339.67 |
| **TOTAL:** | **$7,223.62** |