**TOGUT, SEGAL & SEGAL LLP**

**Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession**

**Matter Summary for the Period February 1, 2007 through May 31, 2007**

| Matter | Total Hours | Total Fees |
|---|---|---|
| 100 - Asset Analysis & Recovery | 43.5 | $13,992.00 |
| 110 - Asset Disposition | 0.1 | $70.00 |
| 120 - Business Operations | 260 | $140,193.00 |
| 130 - Case Administration | 134.9 | $73,256.00 |
| 140 - Claims Administration and Objections | 764.6 | $367,131.50 |
| 150 - Employee Benefits/Pensions | 6 | $2,590.50 |
| 160 - Fee/Employment Applications | 51 | $20,608.00 |
| 170 - Fee/Employment Objections | 18.3 | $10,871.50 |
| 190 – Litigation | 156.7 | $81,672.50 |
| 200 - Meetings of Creditors | 62.8 | $44,570.00 |
| 210 - Plan and Disclosure Statement | 2.6 | $1,387.00 |
| 220 - Relief from Stay Proceedings | 54.2 | $18,206.00 |
| 270 - Litigation Consulting | 0.6 | $75.00 |
| 310 - Delphi vs. Aksys (TSS) | 11.9 | $7,179.50 |
| 320 - Delphi vs. Barclays | 0.6 | $420.00 |
| 330 - Delphi vs. NYCH/RCS | 6.7 | $3,728.00 |
| 340 - Delphi vs. National Union | 35.9 | $18,415.00 |
| **TOTAL:** | **1,610.4** | **$804,365.50** |