| | | |
|---|---|---|
| **Name of Applicant:** | **HEARING DATE:** | **10/25/07** |
| TOGUT, SEGAL & SEGAL LLP | **AT:** | **10:00 A.M.** |
| Conflicts Counsel for | | |
| Debtors and Debtors in Possession | 1st Interim Fees Sought: | $ 789,874.00 |
| One Penn Plaza, Suite 3335 | 1st Interim Expenses Sought: | $ 14,531.15 |
| New York, New York 10119 | 1st Interim Aggregate Fees | |
| (212) 594-5000 | and Expenses Sought: | $ 804,405.15 |
| Albert Togut (AT-9759) | 1st Interim Fees Awarded: | $ 781,058.00 |
| Neil Berger (NB-3599) | | |
| | 2nd Interim Fees Sought: | $ 1,045,443.50 |
| | 2nd Interim Expenses Sought: | $ 13,940.08 |
| | 2nd Interim Aggregate Fees | |
| | and Expenses Sought: | $ 1,059,383.58 |
| | 2nd Interim Fees Awarded: | $ 1,036,627.50 |
| | | |
| | 3rd Interim Fees Sought: | $ 776,175.50 |
| | 3rd Interim Expenses Sought: | $ 4,879.63 |
| | 3rd Interim Aggregate Fees | |
| | and Expenses Sought: | $ 781,055.13 |
| | 3rd Interim Fees Awarded: | $ 767,359.50 |
| | | |
| | 4th Interim Fees Sought: | $ 593,308.00 |
| | 4th Interim Expenses Sought: | $ 5,790.70 |
| | 4th Interim Aggregate Fees | |
| | and Expenses Sought: | $ 599,098.70 |
| | | |
| | 5th Interim Fees Sought: | $ 804,365.50 |
| | 5th Interim Expenses Sought: | $ 7,223.62 |
| | 5th Interim Aggregate Fees | |
| | and Expenses Sought: | $ 811,589.12 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
   DELPHI CORPORATION, *et al.*,           :    Case No. 05-44481 (RDD)
                                                                 :
           Debtors.    :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------X

**Schedule of Fees for the Period February 1, 2007 through May 31, 2007**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2007 | $795 | 100.3 | $79,738.50 |
| Neil Berger | 1986 | 2007 | $700 | 338.4 | $236,880.00 |

| | | | | | |
|---|---|---|---|---|---|
| **OF COUNSEL** | | | | | |
| Howard P. Magaliff | 1985 | 2007 | $620 | 22.4 | $13,888.00 |
| Richard K. Milin | 1989 | 2007 | $700 | 92.7 | $55,156.50 |
| **ASSOCIATES** | | | | | |
| Sean McGrath | 1992 | 2007 | $590 | 80.4 | $47,436.00 |
| Andrew Winchell | CA-1996 NY- Awaiting Admission | 2007 | $515 | 437.5 | $225,312.50 |
| Lara Sheikh | 2002 | 2007 | $395 | 78.9 | $31,165.50 |
| Tally Wiener | 2002 | 2007 | $380 | 190 | $72,200.00 |
| Jayme Goldstein | 2003 | 2007 | $350 | 4.6 | $1,610.00 |
| Marianne Mortimer | 2006 | 2007 | $275 | 24.8 | $6,820.00 |
| **LAW CLERKS** | | | | | |
| Lacey Zoller | N/A | 2007 | $125 | 7.5 | $937.50 |
| Michael D. Hamersky | N/A | 2007 | $125 | 10.6 | $1,325.00 |
| Michael Herz | N/A | 2007 | $125 | 5.3 | $662.50 |
| Stephanie Skelly | N/A | 2007 | $125 | 4.5 | $562.50 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2007 | $225 | 16.9 | $3,802.50 |
| Denise Cahir | N/A | 2007 | $160 | 18.5 | $2,960.00 |
| Ashleigh Brogan | N/A | 2007 | $135 | 155.5 | $20,992.50 |
| Courtney Milianes | N/A | 2007 | $115 | 21.6 | $2,916.00 |
| **TOTAL** | | | | 1,610.4 | $804,365.50 |

1    The rates charged herein are the same rates charged in all other cases on which this firm is engaged.
2    The difference in the total hours reflected in this cover sheet and the amount sought in the attached Application reflects a voluntary reduction.