# EXHIBIT C

## Delphi Corporation, et al.
## Summary of Out-of-Pocket Expenses
## February 1, 2007 through May 31, 2007

| Category | Attachment | Amount |
|---|---|---|
| Airfare | | $ 399,985.62 |
| Ground Transportation | | $ 182,907.15 |
| Lodging | | $ 363,352.49 |
| Meals | | $ 47,572.67 |
| Other | | $ 29,467.15 |
| **Total expenses** | | **$ 1,023,285.08** |