# EXHIBIT C
# Summary of Professional Hours

Exhibit C
Summary of Professional Hours

| Name of Professional | Position of Professional | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Charles K. Verhoeven | Partner | $700.00 | 2.6 | $1,820.00 |
| Robert W. Stone | Partner | $575.00 | 76.5 | $43,987.50 |
| Joseph Paunovich | Associate | $340.00 | 19.8 | $6,732.00 |
| Tigran Guledjian | Counsel | $300.00 | 41.1 | $12,330.00 |
| Steven Wood | Associate | $305.00 | 36.9 | $11,254.50 |
| Laura A. Love | Case Assistant | $195.00 | 21.0 | $4,095.00 |
| Allison L. Burkholder | Associate | $340.00 | 0.6 | $204.00 |
| Randa A. Osman | Partner | $555.00 | 0.3 | $166.00 |
| Mateo Z. Fowler | Attorney | $305.00 | 9.3 | $2,836.50 |
| **Subtotal** | | | **207.7** | **$83,425.50** |