# Exhibit D
# Summary of Monthly Fee Statements

**Exhibit D**
**Summary of Monthly Fee Statements**

**Patent Holding Company (PHC) v. Delphi**

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| February 1 - 28, 2097 | No fees incurred | | No expenses incurred | |
| March 1 – 31, 2007 | $36,230.50 | $36,230.50 | $24.38 | $24.38 |
| April 1 – 30, 2007 | $36,805.50 | $36,805.50 | $5.75 | $5.75 |
| May 1 – 31, 2007 | $7,183.00 | $7,183.00 | $0.14 | $0.14 |
| **Total** | | **$80,219.00** | | **$30.27** |

**Quinn Emanuel Delphi Bankruptcy Case Administration**

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| February 1 - 28, 2097 | $122.00 | $122.00 | $0.00 | $0.00 |
| March 1 – 31, 2007 | $457.50 | $457.50 | $0.00 | $0.00 |
| April 1 – 30, 2007 | $762.50 | $762.50 | $2.68 | $2.68 |
| May 1-31, 2007 | $1494.50 | $1494.50 | $73.20 | $73.20 |
| **Total** | | **$2,836.50** | | **$75.88** |

**Whitney v. Delphi Corporation**

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| February 1 - 28, 2097 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 1 – 31, 2007 | $55.50 | $55.0 | $0.00 | $0.00 |
| April 1 – 30, 2007 | $315.00 | $315.00 | $4.40 | $4.40 |
| May 1 – 31, 2007 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | | **$370** | | **$4.40** |

07976/1853992.1