IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
         In re                                          :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case No. 05-44481 (RDD)
                                                        :
                              Debtors.                  :    (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 27, 2007, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit A</u> hereto via overnight delivery, (ii) upon the parties listed on <u>Exhibit B</u> hereto via electronic notification and (iii) upon the parties listed on <u>Exhibit C</u> hereto via postage pre-paid U.S. mail:

1) Notice Of Presentment Of Order Under 11 U.S.C. §§ 327(e) And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of Dykema Gossett PLLC As Special Counsel To Debtors Nunc Pro Tunc To April 1, 2007 (Docket No. 8747) [a copy of which is attached hereto as <u>Exhibit D</u>]

2) Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Claim In Favor Of Ken-Mac Metals, A Division Of Thyssenkrupp Metals, N.A. (Docket No. 8753) [a copy of which is attached hereto as <u>Exhibit E</u>]

3) Notice Of Presentment Of Joint Settlement Agreement, Stipulation And Agreed Order Between Delphi Automotive Systems, LLC, And Worthington Steel Company To Approve Setoff And Disallow And Expunge Claim Number 9041 (Docket No. 8758) [a copy of which is attached hereto as <u>Exhibit F</u>]

4) Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject Leases Of Nonresidential Real Property ("Third 365(d)(4) Deadline Extension Motion) (Docket No. 8760) [a copy of which is attached hereto as <u>Exhibit G</u>]

5) Motion To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027

("Fourth Removal Deadline Extension Motion") (Docket No. 8761) [a copy of which is attached hereto as Exhibit H]

On July 27th, 2007, I caused to be served the document listed below upon the party listed on Exhibit I hereto via overnight delivery:

6)   Notice Of Presentment Of Order Under 11 U.S.C. §§ 327(e) And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of Dykema Gossett PLLC As Special Counsel To Debtors Nunc Pro Tunc To April 1, 2007 (Docket No. 8747) [a copy of which is attached hereto as Exhibit D]

On July 27th, 2007, I caused to be served the document listed below upon the parties listed on Exhibit J hereto via overnight delivery:

7)   Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Claim In Favor Of Ken-Mac Metals, A Division Of Thyssenkrupp Metals, N.A. (Docket No. 8753) [a copy of which is attached hereto as Exhibit E]

On July 27th, 2007, I caused to be served the document listed below upon the party listed on Exhibit K hereto via overnight delivery:

8)   Notice Of Presentment Of Joint Settlement Agreement, Stipulation And Agreed Order Between Delphi Automotive Systems, LLC, And Worthington Steel Company To Approve Setoff And Disallow And Expunge Claim Number 9041 (Docket No. 8758) [a copy of which is attached hereto as Exhibit F]

On July 27th, 2007, I caused to be served the document listed below upon the parties listed on Exhibit L hereto via overnight delivery:

9)   Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject Leases Of Nonresidential Real Property ("Third 365(d)(4) Deadline Extension Motion) (Docket No. 8760) [a copy of which is attached hereto as Exhibit G]

On July 27th, 2007, I caused to be served the document listed below upon the parties listed on Exhibit M hereto via overnight delivery:

10)  Motion To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027

("Fourth Removal Deadline Extension Motion") (Docket No. 8761) [a copy of which is attached hereto as Exhibit H]

Dated: July 31, 2007

_____ /s/ Evan Gershbein _____
Evan Gershbein


State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31st day of July, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____ /s/ Shannon J. Spencer _____

Commission Expires: _____ 6/20/10 _____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/30/2007 4:49 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com trust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/30/2007 4:49 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/30/2007 4:49 PM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L. Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason C. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/30/2007 4:49 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/30/2007 4:49 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/30/2007 4:49 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3810 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to  ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Counsel to Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennslyvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.C OM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale / Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com / bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 / (230) 862-8231 | 203-629-1977 / (203) 629-1977 | mlee@contrariancapital.com / jstanton@contrariancapital.com / wraine@contrariancapital.com / solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah N. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

7/30/2007 4:48 PM
Email

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@morritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| | Peggy Housner | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadrangroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rttrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Legal Department of The Timpken Corporation Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

7/30/2007 4:48 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

7/30/2007 4:48 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/30/2007 4:48 PM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/30/2007 4:48 PM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL Ross & Co., LLC |

# EXHIBIT D

**Presentment Date And Time: August 6, 2007 at 4:00 p.m.**
**Objection Deadline: August 6, 2007 at 2:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
            In re                                        :    Chapter 11
                                                         :
    DELPHI CORPORATION, et al.,                          :    Case No. 05- 44481 (RDD)
                                                         :
                            Debtors.                     :    (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF PRESENTMENT OF ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b)
AND FED. R. BANKR. P. 2014 AUTHORIZING EMPLOYMENT
AND RETENTION OF DYKEMA GOSSETT PLLC AS SPECIAL
COUNSEL TO DEBTORS NUNC PRO TUNC TO APRIL 1, 2007

PLEASE TAKE NOTICE that on July 27, 2007, Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession

in the above-captioned cases, filed the Application For Order Under 11 U.S.C. §§ 327(e)

And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of

Dykema Gossett PLLC As Special Counsel To Debtors Nunc Pro Tunc To April 1, 2007

(the "Application," a copy of which is attached to this notice as Exhibit A).

PLEASE TAKE FURTHER NOTICE that if timely written objections are

filed, served, and received in accordance with this notice, a hearing to consider approval

of the Application will be held on August 27, 2007 at 10:00 a.m. (prevailing Eastern

time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy

Court for the Southern District of New York, One Bowling Green, Room 610, New York,

New York, 10004.

PLEASE TAKE FURTHER NOTICE that if no written objections to the

Application are timely filed, served, and received, the order filed with the Application

and attached to this notice as Exhibit B will be submitted for signature to the Honorable

Robert D. Drain, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004 on August 6, 2007 at 4:00

p.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the

Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy

Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the

Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R.

Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And

Certain Notice, Case Management, And Administrative Procedures, entered by this Court

on October 26, 2006, as amended (the "Amended Eighth Supplemental Case

Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended) (registered users of the Bankruptcy

Court's case filing system must file electronically, and all other parties-in-interest must

file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or

any other Windows-based word processing format)), (d) be submitted in hard-copy form

directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy

Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan

48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate,

Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606

(Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit

facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017

(Att'n: Brian Resnick), (iv) counsel for the official committee of unsecured creditors,

Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert

J. Rosenberg and Mark A. Broude), (v) Dykema Gossett PLLC (Att'n: Ronald L. Rose),

(vi) counsel for the official committee of equity security holders, Fried Frank, Harris,

Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n:

Bonnie Steingart), and (vii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004

(Att'n: Alicia M. Leonhard), in each case so as to be **received** no later than **2:00 p.m.**

**(prevailing Eastern time) on August 6, 2007** (the "Objection Deadline").

3

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Amended Eighth Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Application are timely filed and served in accordance with the procedures set forth herein and in the Amended Eighth Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Application **without further notice**.

Dated:   New York, New York
      July 27, 2007

           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

           By:   /s/ John Wm. Butler, Jr.
               John Wm. Butler, Jr. (JB 4711)
               John K. Lyons (JL 9331)
               Ron E. Meisler (RM 3026)
           333 West Wacker Drive, Suite 2100
           Chicago, Illinois 60606

             - and -

           By:   /s/ Kayalyn A. Marafioti
               Kayalyn A. Marafioti (KM 9632)
               Thomas J. Matz (TM 5986)
            Four Times Square
           New York, New York 10036

           Attorneys for Delphi Corporation, et al.,
             Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
            In re                       :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF DYKEMA GOSSETT PLLC AS
SPECIAL COUNSEL TO DEBTORS NUNC PRO TUNC TO APRIL 1, 2007

("DYKEMA RETENTION ORDER")

Upon the application, dated July 27, 2007 (the "Application"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.

R. Bankr. P. 2014 authorizing the employment and retention of Dykema Gossett PLLC

("Dykema") as special counsel to the Debtors; and upon the Declaration And Disclosure Of

Ronald L. Rose In Support Of Application For Entry Of Order Under 11 U.S.C. §§ 327(e) And

1107(b) And Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of  Dykema

Gossett PLLC As Special Counsel To Debtors Nunc Pro Tunc To April 1, 2007, executed on

July 26, 2007; and this Court having determined that the relief requested in the Application is in

the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it

appearing that proper and adequate notice of the Application has been given and that no other or

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Application is GRANTED.

2.      The Debtors' employment of Dykema as special counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of April 1, 2007.

3.      Dykema shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

5.      The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.

Dated: New York, New York
          August____, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

2

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
         In re                            :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                   Debtors.               :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b)
AND FED. R. BANKR. P. 2014 AUTHORIZING EMPLOYMENT AND
RETENTION OF DYKEMA GOSSETT PLLC AS SPECIAL COUNSEL
TO DEBTORS NUNC PRO TUNC TO APRIL 1, 2007

("DYKEMA RETENTION APPLICATION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit

this application (the "Application") for an order under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.

R. Bankr. P. 2014 authorizing the employment and retention of Dykema Gossett PLLC

("Dykema") as special counsel to the Debtors, nunc pro tunc to April 1, 2007. In support of this

Application, the Debtors submit the declaration and disclosure of Ronald L. Rose, executed on

July 26, 2007 (the "Rose Declaration"), and respectfully represent as follows:

<u>Background</u>

A.    <u>The Chapter 11 Filings</u>

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this

Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections

1107(a) and 1108.  The Court has ordered joint administration of these cases.

2.        No trustee or examiner has been appointed in these cases.  On October 17,

2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official

committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official

committee of equity holders (together with the official committee of unsecured creditors, the

"Statutory Committees").

3.        This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

4.        The statutory predicates for the relief requested herein are sections 327(e)

and 1107(b) of the Bankruptcy Code and rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules").

B.        Current Business Operations Of The Debtors

5.        Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately

$15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

---

[1]        The aggregated financial data used in this Motion generally consists of consolidated information from
Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on
February 27, 2007.

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and continue their business operations without supervision from the Bankruptcy Court. [2]

6.       The Company is a leading global technology innovator with significant

engineering resources and technical competencies in a variety of disciplines, and is one of the

largest global suppliers of vehicle electronics, transportation components, integrated systems and

modules, and other electronic technology.  The Company supplies products to nearly every

major global automotive original equipment manufacturer ("OEM").

7.       Delphi was incorporated in Delaware in 1998 as a wholly-owned

subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the

Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

modules for a wide range of customers and applications.  Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.    Events Leading To The Chapter 11 Filing

8.       In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

---

[2]       On March 20 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core
automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency
proceeding.  The application was approved by the Spanish court on April 13, 2007.  On July 4, 2007,
DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social
plan, the funding of which was approved by this Court on July 19, 2007.  The Concurso proceeding is
consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall
cost structure.

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006, the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

        9.      The Debtors believe that the Company's financial performance has

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

        10.     In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of

2005, the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

---

[3]      Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a valuation allowance on the U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in calendar year 2004 was $482 million.

D.    The Debtors' Transformation Plan

11.    On March 31, 2006, the Company outlined five key tenets of its

transformation plan.[4]  First, Delphi must modify its labor agreements to create a competitive

arena in which to conduct business.[5]  Second, the Debtors must conclude their negotiations with

GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain

GM's business commitment to the Company.[6]  Third, the Debtors must streamline their product

portfolio to capitalize on their world-class technology and market strengths and make the

necessary manufacturing alignment with their new focus.[7]  Fourth, the Debtors must transform

---

[4]    In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement with certain investors, and a plan framework
support agreement with those investors and GM.  On April 19, 2007, Delphi confirmed that it anticipated
negotiating changes to the agreements, primarily as a result of addressing differences in views regarding
the Company's reorganization enterprise value among the investors, GM, the Statutory Committees, and the
Company.  On July 9, 2007, Delphi confirmed that it had formally terminated the equity purchase and
commitment agreement and related plan framework support agreement but that it expected to enter into
new framework agreements with plan investors presently.  Subsequently, on July 18, 2007, Delphi
announced that it had accepted a new proposal for an equity purchase and commitment agreement (the
"Delphi-Appaloosa EPCA") submitted by a group comprising a number of the original plan investors
(affiliates of Appaloosa Management L.P., Harbinger Capital Partners Master Fund I, Ltd., Merrill Lynch,
Pierce, Fenner & Smith Inc., and UBS Securities LLC) as well as, Goldman Sachs & Co. and an affiliate of
Pardus Capital Management, L.P. (collectively, the "New Plan Investors").  Under the Delphi-Appaloosa
EPCA, which is subject to Court approval, the New Plan Investors would invest up to $2.55 billion in
preferred and common equity in the reorganized Delphi to support the Company's transformation plan and
plan of reorganization.

[5]    Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International
Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and
GM that (a) modifies, extends, or terminates provisions of the existing collective bargaining agreements
among Delphi, the UAW, and its various locals, (b) provides that GM will undertake certain financial
obligations to Delphi's UAW-represented employees and retirees to facilitate these modifications, and (c)
modifies retiree welfare benefits for certain UAW-represented retirees of the Debtors.  This agreement,
which was approved by this Court on July 19, 2007, should facilitate the Debtors' reaching consensual
resolutions of their labor issues with the remaining unions and GM and permit the Debtors to continue to
implement their transformation plan and to develop, prosecute, confirm, and consummate a plan of
reorganization.  Delphi is currently engaged in settlement discussions with its second and third largest U.S.
labor unions and is working to conclude discussions with those unions as well as three smaller unions as
soon as practicable.

[6]    On July 9, 2007, Delphi confirmed that its discussions with GM on a comprehensive settlement agreement
had entered the documentation phase and that it expected that a settlement with GM would be incorporated
into the Debtors' plan of reorganization rather than filed with this Court for separate approval.

[7]    In connection with their March 31, 2006 announced transformation plan, the Debtors classified "core" and
"non-core" product lines and plants.  The Debtors have been working to divest non-core assets so as to

---

their salaried workforce to ensure that the Company's organizational and cost structure is

competitive and aligned with its product portfolio and manufacturing footprint.[8]  Finally, the

Debtors must devise a workable solution to their current pension situation.[9]

          12.     Upon the conclusion of the reorganization process, the Debtors expect to

emerge as a stronger, more financially sound business with viable U.S. operations that are well-

positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

its resources to continue to deliver high-quality products to its customers globally.  Additionally,

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

---

maximize the value of the estate for stakeholders.  During the 2006 and 2007 calendar years, for example, the Debtors sold substantially all of the assets related to MobileAria, Inc., its chapter 11 affiliate, obtained court approval for the sale of substantially all of the assets of their brake hose and Saltillo, Mexico brake plant businesses, and obtained court approval of bid procedures related to the upcoming sale of substantially all assets used in their catalyst business.  In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]    As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.  The Debtors also made significant progress in ensuring that their organizational and cost structure is competitive in obtaining the entry of this Court's Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement on April 23, 2007 (Docket No. 7773) (the "Finance Outsourcing Order").  The Finance Outsourcing Order authorized the Debtors to outsource certain of the Debtors' accounts receivable, accounts payable, fixed assets, travel and expense reporting, general ledger, and contract administration processes and significantly reduce SG&A expenses as part of their transformation plan.

[9]    To that end, on May 31, 2007, the Bankruptcy Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees (collectively, the "Plans").  On July 13, 2007, the IRS modified the conditional funding waivers granted to Delphi related to the Plans, extending the dates by which Delphi is required to file a plan of reorganization and emerge from chapter 11 to December 31, 2007 and February 28, 2008, respectively.

<u>Relief Requested</u>

13.     Dykema is currently retained as a professional utilized by the Debtors in the

ordinary course of business in accordance with the provisions of the Order Under 11 U.S.C §§

327, 330, And 331 Authorizing Retention Of Professionals Utilized by Debtors In Ordinary

Course of Business, entered by this Court on November 4, 2005 (the "OCP Order") (Docket No.

883).  Paragraph 3 of the OCP Order authorized the Debtors to make monthly payments for fees

and expenses to each of the professionals utilized by the Debtors in the ordinary course of

business (collectively, the "OCPs") in the ordinary course of business and without further court

approval, <u>provided</u>, <u>however</u>, that fees paid to an OCP could not exceed either (a) $50,000 per

month for each OCP (the "Monthly OCP Threshold") or (b) $500,000 in the aggregate for each

OCP over the course of these chapter 11 cases.  Under paragraph 4 of the OCP Order, if the fees

payable to any OCP exceeded the Monthly OCP Threshold, the Debtors were required to

formally retain such OCP.  Because Dykema has recently exceeded, and will probably continue

to exceed, the Monthly OCP Threshold, it must be formally retained.[10]  By this Application, the

Debtors respectfully request the entry of an order under sections 327(e) and 1107(b) of the

Bankruptcy Code and Bankruptcy Rule 2014 authorizing the employment and retention of

Dykema as special counsel to the Debtor regarding intellectual property, environmental,

corporate, and litigation matters.

<u>Basis For Relief</u>

14.     The Debtors submit that Dykema's proposed retention meets all the

prerequisites for retention of special counsel under section 327(e) of the Bankruptcy Code, which

---

[10]     Dykema has exceeded the Monthly OCP Threshold for the months of April and May 2007, and therefore
seeks to be retained <u>nunc</u> <u>pro</u> <u>tunc</u> to April 1, 2007.

permits a debtor-in-possession, with court approval, to employ counsel for a "specified special purpose" if such employment is in the best interest of the Debtors.

<u>The Debtors' Employment Of Dykema Is In The Best Interests Of The Estates</u>

15.     On November 10, 2005, the Debtors retained Dykema as an OCP pursuant to the OCP Order and the Affidavit Of Legal Ordinary Course Professional, dated November 10, 2005, a copy of which is attached as <u>Exhibit 1</u> to the Rose Declaration (the "Ordinary Course Affidavit").  Dykema since then has represented the Debtors in relation to various intellectual property matters as well as in a number of other environmental, corporate, and litigation matters. As a result of its work on additional matters, Dykema has recently exceeded, and will probably continue to exceed, the Monthly OCP Threshold.  Therefore, the Debtors request that Dykema be formally retained as special counsel to the Debtors in these chapter 11 cases as special counsel to the Debtor regarding intellectual property, environmental, corporate, and litigation matters.

16.     The Debtors believe that the continued employment of Dykema will not duplicate the employment of any of the other professionals retained by the Debtors.  The Debtors understand that Dykema will work with the other professionals retained by the Debtors to avoid any such duplication.

<u>Services To Be Rendered By Dykema</u>

17.     The Debtors wish to retain Dykema to continue to provide the Debtors with ongoing legal advice and services regarding certain of the Debtors' intellectual property, environmental, corporate, and litigation matters, and related issues (the "Services").

18.     Dykema has indicated its desire and willingness to represent the Debtors as set forth herein and to render the necessary professional services as special counsel to the Debtors.

<u>Disinterestedness Of Professionals</u>

19.    Section 327(e) does not require that Dykema and its attorneys be "disinterested persons" as defined in section 101(14) of the Bankruptcy Code.  Rather, section 327(e) of the Bankruptcy Code requires that Dykema not represent or hold any interest adverse to the estates or the Debtors with respect to the matters on which Dykema is to be employed.  As discussed above, the employment of Dykema as special counsel to the Debtors is in the best interests of the Debtors.

20.    The Rose Declaration filed in support of this Application contains information available to date on Dykema's connections with other parties-in-interest, as required by Bankruptcy Rule 2014(a).  According to the Rose Declaration, Dykema, its partners, counsel, and associates do not hold or represent any interest adverse to the Debtors, their creditors, any other party-in-interest in these chapter 11 cases, their respective attorneys and investment advisors, the U.S. Trustee, or any person employed therein, with respect to the matters on which Dykema is to be employed.

21.    Dykema has disclosed to the Debtors that Dykema has in the past represented, currently represents, and likely in the future will represent, certain of the Debtors' creditors and other parties-in-interest in matters unrelated to the Debtors or their chapter 11 cases, and in certain matters related to these chapter 11 cases, but unrelated to the matters on which Dykema is to be employed.  Dykema does not believe that the foregoing raises any actual or potential conflict of interest for Dykema relating to the representation of the Debtors as their special counsel in these chapter 11 cases, but such relationships are disclosed out of an abundance of caution.  The Debtors understand that, to vitiate any actual or potential conflicts of interest, Dykema will not assist the Debtors in connection with their analysis, negotiations, and litigation, if any, with parties with whom Dykema has existing client relationships, and that

Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden") (or other counsel if Skadden has a

conflict), instead, will handle any such tasks.

Professional Compensation

22.    Dykema intends to apply to this Court for compensation and

reimbursement of expenses in accordance with sections 330(a) and 331 of the Bankruptcy Code,

the Bankruptcy Rules, applicable guidelines established by the U.S. Trustee, and orders of this

Court.[11] Dykema acknowledges that all compensation will be subject to this Court's review and

approval, after notice and a hearing.

23.    Under the applicable provisions of the Bankruptcy Code, and subject to

the approval of this Court, the Debtors propose to pay Dykema its rates as disclosed in the Rose

Declaration and in the Ordinary Course Affidavit.  Dykema's hourly rates for the lawyers

expected to provide the Services range from $185 to $625, and the rate for paralegals and most

other paraprofessionals range from $145 to $235.  Dykema reserves the right to adjust its hourly

rates in accordance with the firm's general adjustment to its attorneys and paraprofessional rates

as may be made from time to title.

24.    No arrangement is proposed between the Debtors and Dykema for

compensation to be paid in these chapter 11 cases other than as set forth above, in the Ordinary

Course Affidavit, and in the Rose Declaration.

25.    At the Debtors' request, Dykema has for a period of time predating this

Application assisted the Debtors in connection with some of the Services in its capacity as an

OCP, but Dykema has exceeded the Monthly OCP Threshold for work performed on and after

---

[11]    If the requested relief is granted and the Debtors are authorized to employ and retain Dykema as special
counsel, effective as of April 1, 2007, Dykema will be required to submit fee applications with this Court
for only those periods including and following April 1, 2007.

April 1, 2007, and hence the Debtors request Dykema's retention under this Application to be effective <u>nunc</u> <u>pro</u> <u>tunc</u> to April 1, 2007.

Conclusion

26.    For the foregoing reasons, the Debtors submit that the employment of Dykema as the Debtors' special counsel on the terms set forth herein is in the best interests of the estates.

Memorandum Of Law

27.    Because the legal points and authorities upon which this Application relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

WHEREFORE, the Debtors respectfully request that this Court enter an order (i)

authorizing the Debtors to employ and retain Dykema as their special counsel to perform the

Services, <u>nunc</u> <u>pro</u> <u>tunc</u> to April 1, 2007 and (ii) granting the Debtors such other and further

relief as is just.


Dated:  New York, New York
        July 27, 2007


                            DELPHI CORPORATION, on behalf of itself and certain
                            of its subsidiaries and affiliates, as Debtors and Debtors-in-
                            Possession

                            By:      /s/ John D. Sheehan
                                 Name: John D. Sheehan
                                 Title:  Vice President, Chief Restructuring Officer,
                                     and Controller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                    :
          In re                     :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                    :
                      Debtors.      :        (Jointly Administered)
                                    :
-----------------------------------------------------x

### DECLARATION AND DISCLOSURE OF RONALD L. ROSE IN SUPPORT OF APPLICATION FOR ENTRY OF ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P.2014 AUTHORIZING EMPLOYMENT AND RETENTION OF DYKEMA GOSSETT, PLLC AS SPECIAL COUNSEL TO DEBTORS NUNC PRO TUNC TO APRIL 1, 2007

I, Ronald L. Rose, declare under penalty of perjury as follows:

1.      I am a member of the law firm of Dykema Gossett, PLLC ("Dykema"), which maintains offices in Los Angeles, Chicago, Washington, D.C., and in Michigan, Detroit, Bloomfield Hills, Ann Arbor, Lansing, and Grand Rapids. The name, address, and telephone number for Dykema's main office is as follows:

> Dykema Gossett, PLLC
> 400 Renaissance Center
> Detroit, MI 48226
> Telephone: (313) 568-6800
> Facsimile: (313) 568-6701

2.      I am a member in good standing of the bar of the State of Michigan.

3.      I submit this declaration (this "Declaration"), pursuant to Rule 2014 of the Federal Rule Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for this Court (the "Local Rules"), in connection with the application of Delphi Corporation ("Delphi" or the "Company") and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order, pursuant to sections 327(e) and 1107(b) of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), authorizing the retention and employment of Dykema as special counsel, nunc pro tunc to April 1, 2007 (the "Application").[1] This Declaration shall also constitute Dykema's disclosure of compensation required by Bankruptcy Rule 2016(b), Local Rule 2016-1, and Section 329 of the Bankruptcy Code.

4.    I am authorized to make this Declaration on Dykema's behalf and, unless otherwise stated, I have personal knowledge of the facts set forth herein. Certain disclosures herein relate to matters within the knowledge of other attorneys at Dykema and are based on information provided to me by them.

Dykema's Retention And Representation

5.    Based on the consistently high-quality legal service provided by Dykema to Delphi over the past several years, Dykema was selected by the Debtors to provide legal advice and services regarding certain intellectual property, corporate finance, and litigation matters. See Affidavit of Legal Ordinary Course Professional dated November 10, 2005 and attached as Exhibit 1 hereto. Hereinafter, the services described in this paragraph will be referred to as the "Services."

6.    In connection with the Services, Dykema, under the direction of the Delphi staff, is representing the Debtors in relation to certain pending litigation matters, assisting the Debtor in various intellectual property matters, and advising and counseling the Debtors in certain corporate transactions involving the sale of certain of the Debtor's assets, and performing related tasks.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

7.    I understand that the Debtors selected Dykema as its counsel with respect to the Services because Dykema is a national leader in the provision of legal services including the Services to be performed for Delphi. In connection therewith, Dykema has become familiar with the issues relevant to Delphi.

8.    In light of Dykema's existing client representations on unrelated matters and, as discussed below, the Debtors' engagement of Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden") as general bankruptcy counsel, along with their retention of (a) Shearman & Sterling LLP ("Shearman") as special counsel; (b) O'Melveny & Myers LLP ("O'Melveny") as special labor counsel; (c) Wilmer Cutler Pickering Hale and Door LLP ("WCPHD") as special regulatory counsel; (d) Banner & Witcoff, Ltd ("Banner"), as special intellectual property counsel; (e) Cantor Colburn LLP ("Cantor") as special patent counsel; (f) Butzel Long, PC ("Butzel") as special commercial litigation counsel; and (g) Groom Law Group Chartered ("Groom" and collectively with the other professionals the Debtors retain by order of the Court in their chapter 11 cases, the "Other Special Counsel"), Dykema will not be responsible for and will not undertake any representation of the Debtors with respect to either (x) advising the Debtors concerning specific contracts and claims of certain of Dykema's existing clients, or (y) reviewing, interpreting, or commenting on the specific contracts and claims of certain of Dykema's existing clients. These existing client relationships, and the scope of the carve-out from Dykema's retention, are discussed more fully below.

9.    I understand that the Debtors may request that Dykema undertake specific matters beyond the limited scope of the responsibilities set forth above. Should Dykema agree in its discretion to undertake any such matter, it is Dykema's understanding that the Debtors shall seek further order of this Court authorizing Dykema's retention for such additional purposes.

3

10.    Dykema recognizes the need to, and will, take all steps reasonably necessary, together with Skadden, as the Debtor's general bankruptcy counsel, and the Other Special Counsel, to ensure that there is no duplication of effort or work between Skadden and the Other Special Counsel, on the one hand, and Dykema on the other hand, and will continue to do so. It is Dykema's intention that the estates should receive the best value possible from the efficient coordination of work among its counsel. Dykema believes that its lawyers and Skadden and the Other Special Counsel have to date delineated clearly, and will continue to delineate clearly, the division of work between them, so as to avoid any duplication of effort and to maximize the efficiencies of the proposed arrangement.

11.    Dykema holds a general unsecured pre-petition claim in the Bankruptcy Case on account of services provided to the Debtors prior to the petition date in the amount of $37,899.85.

<u>Dykema's Disclosure Procedures</u>

12.    Skadden forwarded to Dykema a list of the principle parties-in-interest in these chapter 11 cases, including the Debtors' and Delphi's domestic and foreign subsidiaries, joint owners of subsidiaries, directors, officers, key executives, lenders, insurers, underwriters, unions, major equity- and note-holders, customers, vendors, and counterparties to major leases and contracts, among other entities with possible connections to these cases. The entities referenced in this paragraph are referred to collectively as the "Interested Parties."

13.    In preparing this Declaration, I implemented procedures developed by Dykema to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of Dykema as special counsel in the Debtors' chapter 11 cases (the "Dykema Disclosure Procedures"). The statements and disclosures contained herein are based on

4

the results of the Dykema Disclosure Procedures. Pursuant to the Dykema Disclosure

Procedures, I caused to be performed, the following actions to identify the parties relevant to this

Declaration and to ascertain Dykema's connections to the Interested Parties:

(a)    I directed Dykema personnel to compare the list of Interested Parties to the names that Dykema has compiled in a master client database from its conflict clearance and billing records, comprised of the names of the entities for which any attorney time charges have been billed since November, 1990 (the "Client Database"). The Client Database includes the name of each current or former client, the names of the parties who are or were related or adverse to such current or former client in the matters on which we represented the client, and the names of the Dykema personnel who are or were responsible for current or former matters for each such client.

(b)    Any matches between the Client Database and the list of Interested Parties were identified (the "Client Matches").

(c)    Dykema personnel then reviewed the Client Matches and deleted obvious name coincidences and individuals or entities that were adverse to Dykema's client in both this matter and the respective matters referenced in the Client Matches. The remaining client connections were compiled for purposes of this Declaration.

Dykema's Connections

14.    The disclosures in this subsection are the product of implementing the Dykema

Disclosure Procedures, and they disclose Dykema's connections with the Interested Parties for

purposes of Bankruptcy Rule 2014.

A.    Representations Adverse To Delphi.

15.    Delphi, on behalf of itself and its affiliates, has waived certain non-disqualifying

conflicts and agreed that Dykema may represent other of its current and future clients on a basis

adverse to Delphi in any matter, including with respect to the Company's pending chapter 11

cases, provided such other engagements are not related directly to the Services being provided by

Dykema. With respect to such engagements, Dykema represents Tremont City Barrel Fill PRP

Group on matters adverse or potentially adverse to the Debtors.

16.     In general, Dykema lawyers who are involved in representing its other clients on

matters adverse or potentially adverse to the Debtors have not been and will not be involved in

providing any of the Services to Delphi.

B.      Representations Of Interested Parties Or Their Affiliates.

17.     Dykema previously represented and may represent in the future, in matters wholly

unrelated to these chapter 11 cases, the following Interested Parties or, in some instances, their

subsidiary, parent, or affiliate:[2]

> King Street Capital Management LLC, IER Industries, Putnam
> Investments, Baker Hughes Incorporated, Fried, Frank, Harris,
> Shirver & Jacobson LLP, Nisshinbo Automotive Corporation,
> Environ, Harbinger, Ropes & Gray LLP, White & Case LLP,
> Teledyne Technologies Inc., Prudential Financial Inc., Prudential
> Investment Management Inc., Prudential Real Estate Investors,
> Faurecia Exhaust Sys Inc., Commerzbank Aktiengesellschaft New,
> Worthington Steel Company, Ralco Industries, Inc., Hyundai
> Motor Company, Daewoo Motor Co., LTD., Ace American
> Insurance Company, Cole Managed Vision, AON (Bermuda)
> Limited, AON Risk Services of Illinois, AON Risk Services, Inc.,
> BCBS of Michigan, Metlife, NSK LTD, Ace Insurance Co.,
> Allianz of America Corporation, American Home Assurance Co.,
> ANR Pipeline Company, AON UK, Chubb Custom Insurance,
> Federal Insurance Company, Great American Insurance Co., HDI
> Insurance Company, Lloyds of London, Marsh USA, Inc.,
> National Union Fire Insurance Co. (AIG), Panhandle Eastern
> Pipeline Company, St. Paul Fire & Marine Insurance Co., Swiss
> Re Insurance Company LTD, Tokio Marine, Twin City Fire
> Insurance (Hartford), Zurich American Insurance Company, 3M
> Company, A Agrati Spa, Analog Devices Inc., Aramark, Daewoo
> Heavy Industry America, Dayco Products LLC, Deloitte &
> Touche, Denso International America, Inc., Dura Automotive
> Systems Inc., Essex Group Inc., General Electric Capital Corp.,
> Hitachi Automotive Products, LTD, Hitachi LTD, Hitachi
> Chemical Asia Pacific, Leaseway Transfer Pool, Metaldyne
> Corporation, Methode Electronics, Inc., Metropolitan Life

---

[2]      In order to maintain consistency between the list of Interested Parties provided to Dykema and the
disclosures herein, the names of these entities are written the same way as they appear on that list even though in
many instances the names on the list are incomplete or fail to reflect that certain entities have since been merged into
or otherwise acquired by others.

Insurance Co., Motorola Inc., Motorola Automotive, National
Semiconductor Corporation, Ogura Clutch Co. Ltd,
PriceWaterhouseCoopers LLP, Siemens Automotive Ltd., Siemens
AG, Siemens VDO Automotive AG, Textron, Inc., Textron
Financial Corp., Tyco International LTD, Visteon Automotive
Systems, Henkel KGAA, Key Plastics LLC, PMP, Spartech Corp,
El Dupont De Nemours & Co., Inc., Best Buy Co. Inc., Reliance
Insurance Company, Safeco Insurance Co., Toronto Dominion
Bank, Advanced Polymer Systems, Inc., AW Transmission
Engineering, State of Wisconsin, State of Ohio, Engineered Plastic
Components Inc., Mitsubishi Electric, Taiho Corporation of
Europe KFT, Technitrol Inc, Cleary, Gottlieb, Steen & Hamilton,
Sedgwick Claims Management Services, Inc., Shearman &
Sterling LLP, American Supplier Institute LLC (ASI), Ernest &
Young, KPMG LLC, Salomon Smith Barney , Vorys, Sater,
Seymour & Pease, Watson Wyatt & Company, Foley & Lardner
LLP, O'Melveny & Meyers, LLP, Hunton & Williams LLP, Frost
Brown Todd LLC, First National Bank of Chicago, Deutsche Bank
Securities Inc., Deutsche Bank Trust Company America, A.G.
Edwards & Sons, Inc., ABN Amro Inc., Comerica Bank Michigan,
Comerica Leasing, Credit Suisse First Boston LLC, Merrill Lynch,
Pierce, Fenner & Smith Inc., Oppenheimer & Co. Inc., UBS
Securities LLC, Amerada Hess Corporation, United States
Aviation Insurance Group, Aluminum Company of America, Inc.
(ALCOA), Linamar Corp., Olin Corp, Torrington Co., US Steel
Corporation, International Wire Group, Inc., Sharp Electronics
Corp., Circuit City Stores Inc., AK Steel Corp., Dewitt Ross &
Stevens, McDonald Investments Inc., RBC Dain Rauscher Inc.,
Doshi Prettl International, Linklaters, ALPS Automotive, Inc.,
BBK Ltd, Medco Health Solutions Inc., Barclays Capital Inc., XL
Global Reinsurance Company, Ltd., Thyssenkrupp AG, HSBC
Bank U.S.A., National Association, Ameritech Information
Systems, Inc., AT&T Wireless, City of Adrian, MI, Constellation
NewEnergy, Inc., Consumers Power Company, DTE Energy MI,
City of Flint, MI, Indiana Michigan Power Company IN, Nextel
Communications, SBC Ameritech, SBC Global Services, Inc.,
SBC Communications, Inc., BellSouth Corporation, IBM Corp.,
Ideal Technologies Solutions U.S. Inc., Matsushita Electric
Corporation of America, Whitney National Bank, Cleveland Trust
Company, Banc One Capital Markets, Inc., Bank of Nova Scotia,
Barclays Bank PLC, Cargill Financial Services Int'l Inc.,
Protective Life Insurance Company, Sumitomo Mitsui Banking
Corporation, Sumitomo Electric Industries Ltd., Sumitomo
Corporation of America, Bear Stearns Investment Products,
Employers Insurance of Wausau, IDS Life Insurance Company,

Principal Life Insurance Company, SunTrust Bank Atlanta, Avaya
World Services, Inc., City of Troy, MI, Intel Corporation, Societe
Generale SA New York, MCI Telecommunications Corp., Seneca
Capital, L.P., Pamela Fromm, Invensys, Valeo North American
Corporate, Valeo Switches and Detection Systems, Inc., Valeo
Electrical Systems, Inc., State Street Bank & Trust Company,
Lehman Brothers, Inc., Mellon Trust, L & W Engineering Co.,
Pension Benefit Guaranty Corporation, Wilmington Trust
Company, BASF Corporation, Kelsey-Hayes Company, Southwire
Company, Lathrop & Gage, GKN Sinter Metals, Inc., Mercedes-
Benz International, Inc., Pressac, Watkins Motor Lines, Land
Rover, NGK Spark Plugs USA, Inc., Strattec Security Corporation,
Tenneco Automotive Inc., Bentley Rolls-Royce, Delco Remy
America, Inc., A.T. Kearney, Inc., Paul Hastings Janofsky &
Walker LLP, Ontario Limited, Union Pacific Railroad Company,
Interpublic Group of Companies, Inc., Wilmer, Cutler, Pickering,
Hale & Dorr LLP, Blake Cassels & Graydon LLP, Butzel Long,
Cadwalader, Wickersham & Taft LLP, Davis Polk & Wardwell,
Goodwin Procter LLP, Howard & Howard, Price, Heneveld,
Cooper, Dewitt & Litton LLP, Thompson Hine & Flory LLP,
Lazard Freres & Co., Banner & Witcoff, Ltd., Aftermarket
Technologies Corp., Barnes Group Inc., BMW, America Electric
Power, Cummins Inc., Fuji Heavy Industries, Lear Corporation
Automotive Systems, Mitsubishi Motors of America Credit Co.,
Tenneco, Inc., Agilent Tech. (M) SDN BHD, and Hewlett-Packard
Co.

18.    Dykema currently represents, in matters wholly unrelated to these chapter 11

cases, the following Interested Parties or, in some instances, their subsidiary, parent, or affiliate:

Delphi Automotive, Raytheon Company, Cigna Corp., Ace, USA,
Liberty Mutual Insurance Company, The Hartford, United Health
Group, Carlisle Companies Inc., Electronic Data Systems, Federal
Mogul Corp, Hayes Lemmerz International Inc., TI Group
Automotive System, Braun Kendrick Finkbeiner, Exxon Mobile
Corp, Eagle Picher Holdings Inc., AIG/American International
Group, Inc., Yazaki North America Inc., Yazaki Corp, Microsoft
Services, HSBC Securities Inc., Wachovia Capital Market, LLC,
Wachovia Bank, National Association, Comerica Securities Inc.,
Honeywell International, Compuware Corp., Entergy USA,
Entergy Services, Inc., Cardinal Health 200 Inc., Cardinal Health,
TRW Automotive, Lincoln National Life Insurance Co., Morgan
Stanley & Co. Incorporated, Morgan Stanley Senior Fundings,
Inc., Bank of New York, Bank One Trust Company, N.A., Bank of

8

America, N.A., State of Michigan, Wal-Mart Stores CE, Dana
Corp, Mesirow Financial, Inc., Time Warner, Consumers Energy,
Bosch Automotive Systems Corp., Bosch, Robert Stiftung GMBG,
Bosch Braking Systems Corp., Robert Bosch Corporation
Automotive Group, Illinois Tool Works, Inc., Goldman Sachs
Credit Partners LP, University of Michigan, Bayer AG, Marathon
Asset Management LLC, Michigan Department of Treasury, U.S.
Farathane Corp., Nissan Technical Center North America, Inc.,
Alstom Power Environmental Consult GMBH, Cerberus Capital
Management LP, Citibank N.A., Citigroup Financial Products Inc.,
Citicorp Vender Finance, Inc., Citigroup Global Markets Inc.,
Citicorp Securities, Inc., PNC Bank, N.A., Financial Services of
America, Inc., AT&T Corporation, Michigan Strategic Fund,
Autoliv Asp, Inc., Shell Oil, Eaton Electrical, Inc., Fifth Third
Bank, Eastern Michigan, J.P. Morgan Securities Inc., J.P. Morgan
Trust Company, N.A., J.P. Morgan Bank, N.A., Cellco Partnership
d/b/a Verizon Wireless, Verizon, Bujias Mexicanas, S.A. De C.V.
(Mexico), Wells Fargo Van Kasper LLC, KeyBank National
Association, Centra Inc., General Electric Co. Inc., National City
Bank, American Axle and Manufacturing Holdings Inc.,
Arvinmeritor Inc., Caterpillar Inc., US, Harley Davidson, Honda of
America Mfg., Inc., Nissan North America Inc., Toyota Motor
Credit Corporation, TRW, Volvo Truck, Caterpillar Engine
Systems, International Truck & Engine Corp., John Deere, Johnson
Controls Inc. (JCI), KS Centoco, L-3 Communications, First
Industrial L.P., LaSalle National Bank, Republic Waste Industries,
Inc. a/k/a/ AutoNation, Seyfarth Shaw LLP, UAW and UAW
Locals, Eaton Corp., Lockheed Martin Corp., Tremont City Barrel
Fill PRP Group, DaimlerChrysler Corp., Ford Motor Company,
and General Motors Corp.

19.    Some of our attorneys, in the context of their personal finances, may directly or

indirectly own publicly traded securities in the Debtors or certain non-Debtor Interested Parties.

We have not listed or inquired about those connections with specificity because we do not

believe they have any bearing on our representation of Delphi with respect to the Services.

20.    To the best of my knowledge, neither Dykema, nor its partners, counsel, or

associates have any connections to (A) the Assistant U.S. Trustee for Region 2, her staff, or

individuals employed by the Office of the United States Trustee for the Southern District of New

York, Manhattan and White Plains divisions, or (B) the Bankruptcy Judge presiding over these

9

chapter 11 cases or his chambers staff.

21.    Dykema has a diverse client base. From the list of Interested Parties that has been searched, no single client referenced in this Declaration accounted for more than 7% of Dykema's total time billed for 2006.  Excluding the two clients from the list with the largest billings, no single client accounted for more than 1% of total billings for 2006.

22.    Supplementing the disclosures above, Dykema appears in cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, and financial consultants, some of which may represent Interested Parties or are themselves Interested Parties.  Included among these professionals are Dickinson Wright, PLLC, BBK Ltd., Ernst & Young, KPMG LLC, Frost Brown Todd LLC, Thompson Hine & Flory LLP, Butzel Long, and Davis Polk & Wardwell.  As disclosed above, certain of those professionals are or have been direct clients of Dykema in matters unrelated to the Debtors. In addition, Dykema has in the past appeared, currently appears, and in the future is likely to appear in matters in which Dykema represents the same entity, a related entity, or an entity adverse to those represented by other professionals who are Interested Parties or by other professionals that the Debtors have retained or may seek to retain or are otherwise involved in these chapter 11 cases.

23.    Based upon the search conducted to date in accordance with the Dykema Disclosure Procedures, I submit that (A) none of Dykema's representations or other connections disclosed herein have resulted or will result in any actual or potential conflict of interest herein, which have not already been consented to and/or expressly waived by the Debtors, and (B) neither I, nor Dykema or any partner, counsel, or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or to their estates with respect to the matters on which Dykema is to be employed.

Dykema's Rates And Billing Practices

24.    Dykema categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines"). Dykema acknowledges that its compensation in the Debtors' cases is subject to approval of this Court in accordance with applicable law and court rules and orders, including Sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines.

25.    Dykema's hourly rates are set at a level designed to fairly compensate Dykema for the work of its attorneys, paralegals and other paraprofessionals, and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and may be adjusted by Dykema from time to time. Dykema's hourly rates for the lawyers expected to provide the Services range from $185 to $625, and the rates range from $145 to $235 for paralegals and most other paraprofessionals. These hourly rates are adjusted periodically, usually annually. Dykema reserves the right to adjust its hourly rates in accordance with the firm's general adjustment to its attorneys' and paraprofessional rates as may be made from time to time.

26.    Dykema's current fee arrangement is to bill Debtors on a monthly basis for the normal hourly rate charged by individual Dykema attorneys and other personnel who provide service to Debtors, plus expenses incurred in connection with services provided to Debtors. See Affidavit of Legal Ordinary Course Professional dated November 10, 2005 and attached hereto as Exhibit 1.

27.    No promises have been received by Dykema or any of its affiliates as to payment or compensation in connection with these cases other than in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines, and orders of this Court.

Dykema has neither shared, nor agreed to share, with any person other than partners and employees of Dykema, any compensation or reimbursements to be received by Dykema in connection with its services rendered in these cases.

28.    I acknowledge that all amounts paid to Dykema during these chapter 11 cases are subject to final allowance by this Court. In the event that any fees paid or expenses reimbursed to Dykema during these chapter 11 cases are disallowed, those amounts will be disgorged by Dykema and returned to the Debtors or as otherwise ordered by the Court.

29.    By reason of the foregoing, I believe that Dykema is eligible for employment and retention by the Debtors pursuant to Section 327(e) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Bankruptcy Rules.

30.    The foregoing constitutes the Declaration of Dykema pursuant to Section 329 of the Bankruptcy Code and Rules 2014(a) and 2016(b) of the Bankruptcy Rules.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 26, 2007


Dykema Gossett, PLLC

Ronald L. Rose
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0519

**Exhibit 1**
**<u>Ordinary Course Affidavit</u>**

BH01\765318.1
ID\BGB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re                                          :        Chapter 11
                                               :
DELPHI CORPORATION, <u>et al.</u>,             :        Case No. 05-44481 (RDD)
                                               :
                              Debtors.         :        (Jointly Administered)
                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### <u>AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL</u>

STATE OF MICHIGAN        )
                         ) ss.
COUNTY OF KENT           )

John A. Ferroli, being duly sworn, deposes and says:

1.      I am a principal of Dykema Gossett PLLC ("Dykema Gossett") which firm maintains offices at numerous locations, including 400 Renaissance Center, Detroit, Michigan 48243-1668, and 300 Ottawa Avenue, N.W., Suite 700, Grand Rapids, Michigan 49503-2306.

2.      Neither I, Dykema Gossett, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.      Dykema Gossett has represented and advised the Debtors in Michigan with respect to a broad range of aspects of the Debtors' businesses.

4.      The Debtors have requested, and Dykema Gossett has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.

5.      Dykema Gossett's current fee arrangement is set forth in the attachment, "How We Charge for our Services and Expenses." Fees are billed at Dykema Gossett's standard hourly rates applicable at the time of billing, as modified by any discounted or special fee arrangements applicable to specific assignments, as agreed to between Debtors and Dykema Gossett.

6.      Except as set forth herein, no promises have been received by Dykema Gossett or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.



7.    Dykema Gossett has no agreement with any entity to share with such entity any compensation received by Dykema Gossett.

8.    Dykema Gossett and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Dykema Gossett does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.    Neither I, Dykema Gossett, nor any partner, auditors or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Dykema Gossett is to be engaged.

10.    The foregoing constitutes the statement of Dykema Gossett pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

John A. Ferroli

Subscribed and sworn before me
this _10TH_ day of November, 2005.

Bernadine Kloska
Notary Public for
Kent County, Michigan.
Acting in Kent County, Michigan.
My commission expires: 8/17/2008.

GR01\85937.1
ID\JAF

2

**DYKEMAGOSSETT**PLLC

## HOW WE CHARGE FOR OUR SERVICES AND EXPENSES

At Dykema Gossett PLLC we want each client relationship to be productive and satisfying for both parties. We believe one way to accomplish that goal is to explain at the outset the basis and manner in which we charge for our services and expenses.

Unless some other arrangement has been agreed upon with you, our practice is to submit monthly invoices for services and expenses. This ensures that you have a current understanding of charges and expenses incurred. The work we have performed on your behalf will be described in the monthly invoice. **Payment is due upon receipt.**

## SERVICES

You will have an attorney who is responsible for your engagement with our firm. In addition to serving as your primary contact and either performing or overseeing all services provided for you, this attorney will review and approve each invoice you receive. The basis upon which we will charge for our services is subject to agreement between you and the firm. In the absence of a specific agreement to the contrary, the primary factors in determining our fees include the time and effort required and the experience and skill of the person performing the work (reflected in hourly rates).

## EXPENSES

At Dykema Gossett we make every effort to pass through third-party expenses with no mark-up and no surcharge for the cost of carrying the charge until payment is made by you. Thus, filing fees, incorporation fees and similar expenses will appear on your bill at the amount actually disbursed by us on your behalf. *At times these types of expenses may appear on your bill well after the work has been completed. This is a result of the Firm not receiving the invoices from the vendor in as timely a manner as the work was performed.* You may be asked to pay directly certain larger expenses that are invoiced by third-parties for your account.

You also will be invoiced for expenses incurred in the course of providing legal service to you as set forth below:

1.  *Photocopying.* We charge $0.15 per page for photocopying. We recognize that this rate may be more than per copy costs for routine jobs at some copy centers, but there are many benefits to you, such as efficiency and confidentiality, when we do the copying for you in-house. Upon your request and where appropriate, we will send materials to you for copying or send materials to outside vendors who will bill you directly.

2.  *Telephone Charges.* We charge the AT&T prevailing standard tariff on all long-distance calls based on measured use. Cellular telephone calls are invoiced at the vendor's charge.

3.  *Fax Charges.* We charge one dollar per page for outgoing faxes, and do not charge for the fax telephone call. We do not charge for incoming faxes.

4.  *Messengers.* In-house messenger charges are competitive with rates for outside messenger services.

5.  *Computerized Legal Research and Document Retrieval.* We charge standard Lexis or Westlaw rates, plus a twenty percent adjustment representing our cost of providing equipment and access charges dedicated to this service. For document retrieval (SEC edgar files), we charge a fee equal to the service provider's standard rate.

6.  *Overnight Couriers.* The charge to our client is the Federal Express or other courier's standard charge.

7.  *Postage.* We do not charge for ordinary mailings under $2.50.

8.  *Word Processing Services.* We do not charge for ordinary use of word processing. Special desktop publishing services will be charged at $15.00 per page.

In certain circumstances, we receive and retain discounts from our third-party contractors based on our volume use of their services.

Our responsibility is to make sure that you receive a complete, accurate and fair invoice. We strongly encourage you to raise promptly with us any questions or comments you may have regarding any invoice. In return, we expect payment of our invoices promptly upon their receipt. We reserve the right to charge interest on all past due accounts. If your account is not kept current we reserve the right to terminate our representation, in accordance with applicable ethical rules. If collection proceedings are necessary, you agree to pay for our legal fees and expenses, including the time our attorneys are required to spend.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
   In re                            :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
            Debtors.       :   (Jointly Administered)
                                    :
------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF MICHIGAN    )
                   ) ss.
COUNTY OF KENT      )

      Bernadine Kloska, being duly sworn, deposes and says that on the 10th day of November,

2005 she served a copy of the **Affidavit of Legal Ordinary Course Professional** by First-Class

mail, postage prepaid and addressed to them at their respective business addresses as follows:

General Counsel
(for Debtors)
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive – suite 2100
Chicago, IL 60606
(Attorneys for Debtors)

Alicia M. Leonhard, Esq.
United States Trustee
U. S. Department of Justice
33 Whitehall Street, Suite 2100
New York, NY 10044

Mark A. Broude, Esq.
(for Creditors' Committee)
Latham & Watkins
885 Third Avenue
New York, NY 10022

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Attorney for Agent under Debtors' Prepetition
Credit Facility)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Attorney for Agent under Debtors'
Postpetition Credit Facility)

Further affiant sayeth not.

_Bernadine Kloska_
Bernadine Kloska

Subscribed and sworn before me
this 10th day of November, 2005.

_Kendra J. Mass_
Kendra J. Mass
Notary Public for
Barry County, Michigan.
Acting in Kent County, Michigan.
My commission expires: 1/6/06

GR01\85956.1
ID\JAF

2

# EXHIBIT E

TOGUT, SEGAL & SEGAL LLP                          **Presentment Date: 8/16/2007**
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,              **at 12:00 P.M.**
Debtors and Debtors-in-Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
In re                                         :        Chapter 11
                                              :
       DELPHI CORPORATION, et al.,            :        Case No. 05-44481 [RDD]
                                              :
                          Debtors.            :        (Jointly Administered)
                                              :
------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING CLAIM IN FAVOR OF KEN-MAC METALS, A DIVISION OF THYSSENKRUPP METALS, N.A.

**PLEASE TAKE NOTICE** that Delphi Corporation and certain of its

subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), by their bankruptcy conflicts counsel, Togut, Segal &

Segal LLP, seeks entry of the Proposed Joint Stipulation and Agreed Order

Compromising and Allowing Claim (Ken-Mac Metals, a division of Thyssenkrupp

Metals, N.A.) (the "Stipulation"), a true and complete copy of which is annexed hereto,

will be presented to the Honorable Robert D. Drain, United States Bankruptcy Judge,

United States Bankruptcy Court, Room 610, One Bowling Green, New York, New York

10004, on August 16, 2007 at 12:00 Noon (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must be set forth in writing, describe the basis therefore and be filed with the Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Robert D. Drain, Room 610 at the Bankruptcy Court at the address set forth above) and served in accordance with General Order M-242, with a hard copy delivered to**: (i) Togut, Segal & Segal LLP, Conflicts Counsel for the Debtors, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Neil Berger, Esq., (ii) Lewis & Kappes, P.C., Counsel for Ken-Mac Metals, a division of ThyssenKrupp Metals, N.A., One American Square, Suite 2500, Indianapolis, Indiana 46282, Attn:  James J. Ammeen, Jr., Esq.; and (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Alicia Leonard, Esq.; and (iv) Latham & Watkins, LLP., 885 Third Avenue, New York, NY 10022, Attn: Henry P. Baer, Esq. so as to be received no later than August 16, 2007 at 11:00 A.M. (the "Objection Deadline").**  Unless objections are received by the Objection Deadline, the order may be signed without further notice.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely

filed, a hearing date and time will be established by the Court.


Dated:   New York, New York           DELPHI CORPORATION, *et al.*
         July 27, 2007                By their attorneys,
                                      TOGUT, SEGAL & SEGAL LLP
                                      By:

                                      /s/ Neil Berger
                                      NEIL BERGER (NB-3599)
                                      A Member of the Firm
                                      One Penn Plaza
                                      New York, New York 10119
                                      (212) 594-5000

3

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                            :

In re:                        :

                        :      Chapter 11

DELPHI CORPORATION, et al.,    :      Case No. 05-44481 [RDD]

                        :

             Debtors.    :      Jointly Administered

                        :

---------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING CLAIM (CLAIMANT KEN-MAC METALS, A DIVISION OF THYSSENKRUPP METALS, N.A.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors") and Claimant Ken-Mac Metals,

a Division of ThyssenKrupp Metals, N.A. ("Claimant") respectfully submit this Joint

Stipulation And Agreed Order Compromising And Allowing Proof Of Claim (the

"Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

**WHEREAS**, on or about October 6, 2005, Claimant received a check (the "Check") in the amount of $455,976.90 from DAS LLC as payment for materials delivered to DAS LLC in August 2005 and such Check cleared on October 9, 2005; and

**WHEREAS**, on or about October 7, 2005, Claimant also received a wire transfer (the "Wire Transfer") in the amount of $455,976.90; and

**WHEREAS**, the Debtors scheduled Claimant as a creditor with an unsecured claim of $98,578.66 which reflected the application of the Check to the existing prepetition invoices; and

**WHEREAS**, Claimant recognizes that the Wire Transfers and Check collectively constitute a duplicative payment (the "Transfer") that likely would be subject to avoidance and recovery pursuant to chapter 5 of the Bankruptcy Code; and

**WHEREAS,** on June 28, 2007, to resolve the foregoing, Delphi, DAS LLC and Claimant entered into a settlement agreement (the "Settlement Agreement"); and

**WHEREAS,** pursuant to the Settlement Agreement, Delphi and DAS LLC acknowledge and agree that Çlaimant shall return the Transfer and shall have an allowed unsecured claim against DAS LLC in the amount of $562,944.68 as a general unsecured non-priority claim (the "Claim"); and

**WHEREAS,** Delphi and DAS LLC are authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and Claimant stipulate and agree as follows:

2

1.    The Claim shall be allowed in the amount of $562,944.68 and shall

be treated as an allowed general unsecured non-priority claim against DAS LLC.

2.    The Settlement Agreement does not impact, alter or affect any other

proofs of claim that Claimant has filed against the Debtors and relates solely to those

matters arising out of or related to the Claim.

Dated:   New York, New York
         July 25, 2007

                                 DELPHI CORPORATION, et al.,
Debtors and Debtors-in-Possession,
By their Bankruptcy Conflicts Counsel,
TOGUT, SEGAL & SEGAL LLP,
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

**[signatures concluded on following page]**

Dated:   Indianapolis, Indiana
         July 25, 2007

                              Ken-Mac Metals, a Division of ThyssenKrupp
                              Metals, N.A.

                              By its Counsel,
                              LEWIS & KAPPES, P.C.
                              By:

                              /S/James J. Ammeen, Jr.
                              James J. Ammeen, Jr., Indiana Bar No. 18519-49
                              One American Square, Suite 2500
                              Indianapolis, Indiana 46282
                              (317) 639-1210


                         **SO ORDERED**

         This ___ day of _____, 2007
                 in New York, New York


         _____
            HONORABLE ROBERT D. DRAIN
          UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT F

TOGUT, SEGAL & SEGAL LLP                              **Hearing Date: 8/16/2007**
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,              **at 12:00 PM**
Debtors and Debtors-in-Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :        Chapter 11
                                                            :
        DELPHI CORPORATION, et al.,                         :        Case No. 05-44481 [RDD]
                                                            :
                                Debtors.                    :        (Jointly Administered)
                                                            :
------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF JOINT SETTLEMENT AGREEMENT, STIPULATION AND AGREED ORDER BETWEEN DELPHI AUTOMOTIVE SYSTEMS, LLC, AND WORTHINGTON STEEL COMPANY TO APPROVE SETOFF AND DISALLOW AND EXPUNGE CLAIM NUMBER 9041

PLEASE TAKE NOTICE that on July 13, 2007, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proofs of claim number 9041 (the "Proof of Claim" or

the "Claim") filed by Worthington Steel Company ("Worthington" or "Claimant") pursuant to

the Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R.

Bankr. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims not Reflected on

Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification, Tax

Claims Subject to Modification, Modified Claims Asserting Reclamation and Consensually

Modified and Reduced Claims (the "Objection") (Docket No. 8617).

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proofs of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Settlement Agreement, Stipulation and Agreed Order Between Delphi Automotive Systems, LLC, and Worthington Steel Company To Approve Setoff and Disallow and Expunge Claim Number 9041 (the "Settlement Agreement and Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and Joint Stipulation, a true and complete copy is annexed hereto, the Debtors and the Claimant have agreed to approve setoff and disallow and expunge proofs of claim number 9041 in their entirety.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Settlement Agreement and Joint Stipulation for consideration on August 16, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        July 27, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                   :
In re                            :      Chapter 11
                                   :
    DELPHI CORPORATION, et al.,    :      Case No. 05-44481 [RDD]
                                   :
                    Debtors.    :      (Jointly Administered)
                                   :
------------------------------------------------------------X

## JOINT SETTLEMENT AGREEMENT, STIPULATION AND AGREED ORDER BETWEEN DELPHI AUTOMOTIVE SYSTEMS, LLC AND THE WORTHINGTON STEEL COMPANY TO APPROVE SETOFF AND DISALLOW AND EXPUNGE CLAIM NUMBER 9041

      **WHEREAS,** on October 8, 2005 (the "Petition Date"), Delphi Corporation ("Delphi") and certain of its U.S. subsidiaries (the "Initial Filers") filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");  and

      **WHEREAS**, on October 14, 2005, three additional U.S. subsidiaries of Delphi (together with the Initial Filers, collectively, the "Debtors") filed voluntary petitions in the Bankruptcy Court for reorganization relief under the Bankruptcy Code; and

**WHEREAS,** the Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;  and

**WHEREAS,** the Bankruptcy Court entered orders directing the joint administration of the Debtors' chapter 11 cases (Docket Nos. 28 and 404);  and

**WHEREAS**, on October 17, 2005, the Office of the United States Trustee appointed an official committee of unsecured creditors;  and

**WHEREAS**, no trustee or examiner has been appointed in the Debtors' cases;  and

**WHEREAS**, the Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2);  and

**WHEREAS,** on October 28, 2005, the Bankruptcy Court entered a final order authorizing the Debtors to, among other things, obtain postpetition financing, utilize cash collateral, and grant adequate protection to prepetition secured parties (the "Final DIP Order");  and

**WHEREAS**, on January 5, 2007, the Bankruptcy Court entered an order authorizing the Debtors to, among other things, refinance their postpetition financing and prepetition secured debt (the "Refinancing Order" and, together with the Final DIP Order, the "DIP Orders");  and

**WHEREAS**, paragraph 18 of the Final DIP Order and paragraph 16 of the Refinancing Order establish, among other things, procedures for creditors to assert setoff and/or recoupment rights;  and

**WHEREAS,** prior to the Petition Date, The Worthington Steel Company (the "Claimant") and Delphi Automotive Systems, LLC ("DAS") participated in a direct supply program and a resale program;  and

**WHEREAS,** on July 10, 2006 Claimant filed proof of claim #9041 in the amount of $400,782.24 (the "Claim");  and

**WHEREAS**, on July 13, 2007, the Debtors filed their Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims not Reflected on Debtors' Books and Records, (c) Untimely Claim, and (d) Claims Subject to Modification, Tax, Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims, pursuant to which the Debtors objected to the Claim;  and

**WHEREAS**, consistent with the DIP Orders, by letter dated May 30, 2006 (the "Demand"), Claimant sought authority to exercise a setoff of the Claim owed by DAS to Claimant (the "Prepetition Receivable") and prepetition debts owed by Claimant to DAS (the "Prepetition Payable");  and

**WHEREAS**, in the Demand, Claimant alleges that based on its review of DAS's accounting records to which Claimant has access, DAS had set off the Prepetition Receivable and Prepetition Payable on a post-petition basis, leaving a balance due from Claimant to DAS of approximately $352,391 (the "Net Payable");  and DAS had thereafter taken and applied the Net Payable against the postpetition accounts receivable invoices that were issued by Claimant to DAS and which are set forth in the attached Exhibit "1" (the "Post-Petition Receivable") in the ordinary course of business;  and

3

**WHEREAS,** consistent with the allegations in the Demand, DAS has confirmed that it did apply and take a credit in the amount of the Net Payable against the Post-Petition Receivable;  and

**WHEREAS**, after arm's length negotiations, DAS and Claimant have reconciled the amounts of the Prepetition Receivable and the Prepetition Payable, as set forth in the attached Exhibit "2";  and

**WHEREAS**, the Debtors are authorized to enter into this agreement pursuant to the DIP Orders or because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006;  and

**WHEREAS**, the Debtors and the Claimant (the "Parties") have agreed to settle and resolve the Claim upon the terms set forth herein.

**NOW, THEREFORE,** in consideration of the foregoing, the Parties hereby stipulate and agree as follows:

1.      This agreement (the "Settlement Agreement") constitutes an agreement between the Parties hereto and shall be effective immediately upon the date of becoming "So Ordered" by the Bankruptcy Court (the "Effective Date").

2.      Exhibit "2" sets forth the invoices (the "Invoices") and the reconciled amounts of the Pre-Petition Receivable and Pre-Petition Payable that are the subject of the Demand.

3.      Upon the Effective Date, Claimant shall be authorized to set off the amount of the Prepetition Receivable, as reconciled in Exhibit "2", against the amount

4

of the Prepetition Payable, as reconciled in Exhibit "2", pursuant to section 553 of the Bankruptcy Code (the "Setoff") and paragraph 18 of the Final DIP Order.

4.      Upon the Effective Date, the Claim shall be deemed fully satisfied, the Claim shall be expunged, and the Debtors' objection to the Claim compromised and resolved.

5.      The Setoff shall constitute full satisfaction of the net amount owed pre-petition by Claimant to DAS;  and, by this Agreement, the Debtors acknowledge full satisfaction of the Net Payable.

6.      This Settlement Agreement resolves all claims and defenses that were raised or could have been raised that relate to or arise from the Parties' respective pre-petition setoff rights, and , the Parties retain all of their other rights, claims, and defenses.

7.      This Settlement Agreement may not be modified, amended, or terminated, nor any of its provisions waived, except by an agreement in writing signed by all of the Parties.

8.      The agreements, terms, and provisions contained in this Settlement Agreement shall be binding upon, and inure to the benefit of, the Parties and their respective legal representatives, predecessors, successors, and assigns, including any trustee appointed in these chapter 11 cases and any chapter 7 trustee if any of these chapter 11 cases is converted to a chapter 7 case.

9.      It is expressly understood and agreed that the terms hereof, including the recital paragraphs, are contractual;  that the agreement herein contained and the consideration transferred hereunder is to resolve the Debtors' objections to the Claim and to avoid litigation;  and that no statement made herein, payment, release, or

other consideration given shall be construed as an admission by the Parties of any kind
or nature whatsoever.

10.    This Settlement Agreement constitutes the entire agreement
between the Parties regarding the resolution of the Setoff and Claim and supersedes all
other prior agreements and understandings, both written and oral, between the Parties
regarding the Setoff and Claim.

11.    The signatories below represent that they are authorized to enter
into this Settlement Agreement.

12.    This Settlement Agreement is being entered into among competent
parties who are experienced in business and represented by counsel, and has been
reviewed by the Debtors, Claimant and their respective counsel.  Therefore, any
ambiguous language in this Settlement Agreement will not be construed against any
particular party as the drafter of such language.

13.    This Settlement Agreement may be executed in counterparts, any of
which may be transmitted by facsimile, and each of which shall be deemed an original,
but all of which together shall constitute one and the same instrument.

14.    The Bankruptcy Court shall retain original and exclusive
jurisdiction over the Parties to interpret and enforce the terms of this Settlement
Agreement and to resolve any disputes in connection herewith.

**[signatures on next page]**

6

Dated:   New York, New York
       July 26, 2007

DELPHI CORPORATION, et al.,
Debtors and Debtors-in-Possession,
By their Bankruptcy Conflicts Counsel,
TOGUT, SEGAL & SEGAL LLP,
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated:   Columbus, Ohio
       July 26, 2007

THE WORTHINGTON STEEL COMPANY
By their Attorneys,
VORYS, SATER, SEYMOUR AND PEASE LLP
By:

/s/ Tiffany Strelow Cobb
TIFFANY STRELOW COBB
(Ohio Bar No. 0067516)
52 East Gay Street
Columbus, Ohio 43216
(614) 464-6400


**SO ORDERED** this ___ day of _____, 2007
in New York, New York


_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Worthington Steel Company Pre-Petition Setoff Request Summary

| **Worthington Perspective** | Total | **Delphi Perspective** | Total | **Agreed Upon Setoff Amount** | Total |
|---|---|---|---|---|---|
| Delphi A/R | $761,733 | Delphi A/R | $1,074,471 | | |
| Delphi A/P | $398,266 | Delphi A/P | $722,080 | | |
| Net Pre-Petition A/R | $363,467 [1] | Net Pre-Petition A/R | $352,391 [1] | Net Pre-Petition A/R | $352,391 [1] |

[1] Both parties agree that the pre-petition balances net to a Delphi A/R balance of approximately $352,000, which was setoff post-petition.

Confidential - Material Non-Public Information

| | | | Delphi Records | | | | | | Worthington Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VENDOR NAME | VENDOR NUMBER | INVOICE NUMBER | PROCESS NUMBER | PAYMENT AMOUNT | INVOICE DATE | BILL OF LADING | CONTRACT NUMBER | | Amount | Date | BOL |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203372176001 | 9000031198689 | 18,634.66 | 8/3/2005 | 06585393 | D0550074048 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203500591001 | 9000031567953 | 18,648.68 | 9/2/2005 | 06587806 | D0550074051 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203550590001 | 9000031561952 | 19,023.14 | 9/2/2005 | 06587837 | D0550074057 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203572492001 | 9000031597577 | 17,317.53 | 9/6/2005 | 06587901 | D0550064453 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203572504001 | 9000031597578 | 18,451.13 | 9/6/2005 | 06587905 | D0550065761 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H4025203573912001 | 9000031597573 | 3,284.46 | 9/6/2005 | 06587925 | D0550004539 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H4025203573913001 | 9000031597574 | 2,166.51 | 9/6/2005 | 06587928 | D0550066529 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203581167001 | 9000031610754 | 17,110.91 | 9/7/2005 | 06587992 | D0550056453 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203581164001 | 9000031610753 | 18,855.38 | 9/7/2005 | 06588013 | D0550065617 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203581115001 | 9000031610750 | 18,648.68 | 9/7/2005 | 06588035 | D0550074051 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203588862001 | 9000031626077 | 18,810.20 | 9/8/2005 | 06588114 | D0550074048 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203591562001 | 9000031643109 | 19,482.00 | 9/9/2005 | 06588235 | D0550074048 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203591664001 | 9000031643110 | 19,051.97 | 9/9/2005 | 06588241 | D0550065617 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203591666001 | 9000031643111 | 18,494.50 | 9/9/2005 | 06588272 | D0550074051 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203609652001 | 9000031666046 | 3,085.48 | 9/12/2005 | 06588371 | D0550078078 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203610994001 | 9000031666039 | 17,161.38 | 9/12/2005 | 06588376 | D0550057617 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203610945001 | 9000031666038 | 16,717.73 | 9/12/2005 | 06588388 | D0550074048 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203626463001 | 9000031691380 | 18,720.63 | 9/14/2005 | 06588650 | D0550057617 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203626504001 | 9000031691381 | 16,772.80 | 9/14/2005 | 06588708 | D0550074048 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203634712001 | 9000031718916 | 18,009.93 | 9/15/2005 | 06588814 | D0550074051 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203634717001 | 9000031718917 | 19,051.98 | 9/15/2005 | 06588837 | D0550057617 | | 18,340.32 | 9/15/2005 | 06588983 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203642762001 | 9000031735097 | 18,340.32 | 9/16/2005 | 06588993 | D0550074051 | | 19,485.67 | 9/15/2005 | 06588995 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203642760001 | 9000031735097 | 19,485.67 | 9/16/2005 | 06588995 | D0550074048 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203642759001 | 9000031735096 | 4,467.31 | 9/16/2005 | 06588842 | D0550057617 | | 9,603.34 | 9/18/2005 | 06589086 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203654722001 | 9000031759009 | 9,603.34 | 9/19/2005 | 06589086 | D0550074051 | | 17,442.26 | 9/21/2005 | 06589405 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203654720001 | 9000031759007 | 13,542.32 | 9/19/2005 | 06589097 | D0550074048 | | 13,542.32 | 9/18/2005 | 06589097 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203654734001 | 9000031759010 | 17,572.56 | 9/19/2005 | 06589092 | D0550056453 | | 17,572.56 | 9/18/2005 | 06589072 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203654735001 | 9000031759011 | 17,721.48 | 9/19/2005 | 06589071 | D0550056453 | | 17,721.48 | 9/18/2005 | 06589071 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203671862001 | 9000031786288 | 18,481.65 | 9/21/2005 | 06589316 | D0550074048 | | 18,481.65 | 9/20/2005 | 06589316 |
| WORTHINGTON STEEL | EFT | R000431 2401 | E404CSR520369647400 | 9000031814587 | 101.11 | 9/25/2005 | 07290998 | D0550070571 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | J2025203702327001 | 9000031843305 | 4,474.86 | 9/26/2005 | 03231230 | D0550065378 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037031200001 | 9000031843300 | 956.86 | 9/26/2005 | 07296749 | D0550005786 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037031190001 | 9000031843299 | 1,099.67 | 9/26/2005 | 07296750 | D0550070571 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203704574001 | 9000031854199 | 887.24 | 9/27/2005 | 01191030 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | EW04ADM2005100546418 | 0005016189706 | -464,181.68 | 10/5/2005 | PER LEGAL | | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203680797001 | 9000031799476 | 10,562.48 | 9/22/2005 | 06589424 | D0550057617 | | 10,562.48 | 9/21/2005 | 06589424 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203680798001 | 9000031799477 | 17,442.26 | 9/22/2005 | 06589405 | D0550056453 | | 17,442.26 | 9/21/2005 | 06589405 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203680796001 | 9000031799475 | 19,972.85 | 9/22/2005 | 06589400 | D0550057617 | | 19,972.85 | 9/21/2005 | 06589400 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H4025203691213001 | 9000031820983 | 6,996.82 | 9/23/2005 | 06589590 | D0550004539 | | 6,996.83 | 9/22/2005 | 06589590 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203689153001 | 9000031820986 | 18,339.48 | 9/23/2005 | 06589565 | D0550057617 | | 18,339.48 | 9/22/2005 | 06589565 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203689165001 | 9000031820987 | 19,287.43 | 9/23/2005 | 06589563 | D0550074051 | | 19,965.20 | 9/22/2005 | 06589563 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203703155001 | 9000031843302 | 17,494.38 | 9/26/2005 | 06589640 | D0550056453 | | 17,494.38 | 9/25/2005 | 06589640 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H4025203703679001 | 9000031843304 | 19,384.86 | 9/26/2005 | 06589518 | D0550000093 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203703142001 | 9000031843301 | 11,390.86 | 9/26/2005 | 06589592 | D0550005267 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203703154001 | 9000031843303 | 6,848.77 | 9/26/2005 | 06589653 | D0550005267 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203707131001 | 9000031854204 | 3,080.32 | 9/27/2005 | 01191153 | D0550022229 | | 3,081.15 | 9/27/2005 | 01191153 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203707129001 | 9000031854203 | 3,816.54 | 9/27/2005 | 01191155 | D0550022235 | | 3,819.99 | 9/27/2005 | 01191155 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203707159001 | 9000031854207 | 4,061.16 | 9/27/2005 | 01191154 | D0550022229 | | 4,063.43 | 9/27/2005 | 01191154 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203707155001 | 9000031854205 | 4,939.00 | 9/27/2005 | 01191151 | D0550022235 | | 4,941.43 | 9/27/2005 | 01191151 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203707158001 | 9000031854206 | 8,068.62 | 9/27/2005 | 01191152 | D0550022235 | | 8,069.45 | 9/27/2005 | 01191152 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203711221001 | 9000031854192 | 17,244.94 | 9/27/2005 | 06589761 | D0550056453 | | 17,244.94 | 9/26/2005 | 06589761 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203711121001 | 9000031854191 | 18,566.08 | 9/27/2005 | 06589749 | D0550074048 | | 18,566.08 | 9/26/2005 | 06589749 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203710847001 | 9000031854208 | 20,421.25 | 9/27/2005 | 01191227 | D0550022229 | | 20,421.25 | 9/27/2005 | 01191227 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H4025203704573001 | 9000031854198 | 6,877.52 | 9/27/2005 | 01191029 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203704572001 | 9000031854197 | 4,046.93 | 9/27/2005 | 01191031 | D0550022235 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203706571001 | 9000031854196 | 8,025.49 | 9/27/2005 | 01191032 | D0550022235 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203704578001 | 9000031854202 | 8,167.16 | 9/27/2005 | 01191033 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203704575001 | 9000031854200 | 6,633.02 | 9/27/2005 | 01191034 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203704576001 | 9000031854201 | 6,320.04 | 9/27/2005 | 01191035 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203711120001 | 9000031854193 | 4,898.38 | 9/27/2005 | 06589798 | D0550005267 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203714737001 | 9000031867330 | 1,135.82 | 9/28/2005 | 01191266 | D0550022232 | | 1,136.13 | 9/28/2005 | 01191266 |
| WORTHINGTON STEEL | EFT | R000431 2401 | F4025203737572001 | 9000031904887 | 512.36 | 9/30/2005 | 01191354 | D0550063375 | | 512.75 | 9/29/2005 | 01191354 |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520456650680P | 0005032249737 | 0.01 | 10/3/2005 | 06589590 | D0550004539 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | EW04ADM2005100527478 | 0005016189707 | -274,780.43 | 10/5/2005 | PER LEGAL | | | 224.18 | 9/29/2005 | 06590237 |
| | | | | (225.75) | | | | | (104,076.38) | 3/2/2005 | 503,020,121.00 |
| | | | | | | | | | (183,741.61) | 4/28/2005 | 504,280,126.00 |
| | | | | | | | | | (20,686.58) | 10/7/2005 | 10/07/05 Delphi |
| | | | | | | | | | (902.97) | | |
| | | | | | | | | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA025203740002001 | 9000031904889 | 15,971.05 | 9/30/2005 | 06590286 | D045020294 | | 15,971.05 | 9/30/2005 | 06590286 |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA025203784644001 | 9000031983954 | 18,623.26 | 10/7/2005 | 06590883 | D0550003633 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910406 | 9000033037727 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910406 | 9000033037726 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910404 | 9000033037725 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910403 | 9000033037724 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910402 | 9000033037723 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910401 | 9000033037733 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910012 | 9000033037732 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910011 | 9000033037731 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910009 | 9000033037730 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910008 | 9000033037729 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520442910007 | 9000033037728 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520369647004 | 9000031814591 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520369647003 | 9000031814590 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520369647002 | 9000031814589 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA04CSR520369647001 | 9000031814588 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA025203732090001 | 9000031882929 | 18,914.21 | 9/29/2005 | 06590142 | D0550069901 | | 18,910.70 | 9/29/2005 | 06590142 |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA025203740001001 | 9000031904888 | 17,579.18 | 9/30/2005 | 06590274 | D0550069901 | | 17,575.92 | 9/30/2005 | 06590274 |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA025203785409001 | 9000031983948 | 17,417.93 | 10/7/2005 | 06590757 | D0550069901 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | HA025203784648001 | 9000031983949 | 17,552.62 | 10/7/2005 | 06590847 | D0550069901 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203711144001 | 9000031854194 | 4,128.81 | 9/27/2005 | 06589799 | D0550065267 | | 1,935.75 | 9/21/2005 | 06589915 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203719967001 | 9000031867323 | 1,771.23 | 9/28/2005 | 06589915 | D0550005267 | | 10,100.10 | 9/29/2005 | 06590200 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203738153001 | 9000031904892 | 10,100.10 | 9/30/2005 | 06590200 | D0550005267 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203758484001 | 9000031937576 | 4,641.85 | 10/4/2005 | 06590394 | D0550005267 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203783841001 | 9000031983962 | 7,516.54 | 10/7/2005 | 06590783 | D0550005267 | | 1,068.23 | 9/28/2005 | 07296968 |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037204990001 | 9000031861717 | 1,068.24 | 9/28/2005 | 07296969 | D0550005786 | | 1,720.73 | 9/28/2005 | 07296968 |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037204960001 | 9000031673156 | 1,720.73 | 9/28/2005 | 07296968 | D0550005786 | | 555.58 | 9/29/2005 | 07297108 |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037380300001 | 9000031904884 | 555.58 | 9/30/2005 | 07297109 | D0550005786 | | 1,111.74 | 9/30/2005 | 07297108 |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037380230001 | 9000031904883 | 1,111.74 | 9/30/2005 | 07297108 | D0550005786 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037971970001 | 9000031963347 | 477.22 | 10/5/2005 | 07297331 | D0550005786 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037678010001 | 9000031453425 | 2,436.10 | 10/5/2005 | 07297330 | D0550005786 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037830010001 | 9000031983942 | 682.37 | 10/7/2005 | 07297465 | D0550005787 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037846780001 | 9000031983943 | 981.09 | 10/7/2005 | 07297480 | D0550005786 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037856070001 | 9000031983946 | 1,851.45 | 10/7/2005 | 07297484 | D0550005787 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037677980001 | 9000031983945 | 286.63 | 10/5/2005 | 07297332 | D0550005787 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037846800001 | 9000031983944 | 549.14 | 10/7/2005 | 07297483 | D0550005787 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037846530001 | 9000031983947 | 925.38 | 10/7/2005 | 07297478 | D0550005787 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | E402S2037846750001 | 9000031983941 | 3,820.54 | 10/7/2005 | 07297479 | D0550005787 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203719961001 | 9000031867320 | 16,081.57 | 9/28/2005 | 06589998 | D0550006139 | | 16,078.41 | 9/27/2005 | 06589998 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203719963001 | 9000031867321 | 19,133.39 | 9/28/2005 | 06589902 | D0550006139 | | 19,129.63 | 9/27/2005 | 06589904 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203758415001 | 9000031937575 | 6,392.73 | 10/4/2005 | 06590393 | D0550006139 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203775827001 | 9000031967529 | 9,686.81 | 10/6/2005 | 06590630 | D0550006139 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | H3025203767800001 | 9000031914554 | 2,039.66 | 10/5/2005 | 07297329 | D0550060143 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203774774001 | 9000031967326 | 3,130.34 | 10/7/2005 | 01191327 | D0550022232 | | 3,133.41 | 9/28/2005 | 01191269 |
| WORTHINGTON STEEL | EFT | R000431 2401 | H1027147748001 | 9000031982329 | 6,850.95 | 9/28/2005 | 01191264 | D0550022229 | | 6,854.76 | 9/28/2005 | 01191264 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203724747001 | 9000031882900 | 3,407.71 | 9/30/2005 | 01191343 | D0550022232 | | 3,410.17 | 9/30/2005 | 01191343 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203724719001 | 9000031882948 | 4,041.48 | 9/29/2005 | 01191344 | D0550022229 | | 4,043.60 | 9/29/2005 | 01191344 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203724721001 | 9000031882940 | 9,594.86 | 9/29/2005 | 01191345 | D0550022229 | | 9,598.20 | 9/29/2005 | 01191345 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203724720001 | 9000031882937 | 9,713.02 | 9/29/2005 | 01191325 | D0550022229 | | 9,715.04 | 9/28/2005 | 01191324 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203717198001 | 9000031882938 | 7,569.28 | 9/29/2005 | 01191346 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203717199001 | 9000031882936 | 4,358.63 | 9/30/2005 | 01191474 | D0550022229 | | 4,158.43 | 9/30/2005 | 01191474 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203731300001 | 9000031882891 | 5,157.24 | 9/29/2005 | 01191473 | D0550022232 | | 5,158.51 | 9/30/2005 | 01191473 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203757581001 | 9000031964498 | 17,483.11 | 9/30/2005 | 01191475 | D0550022232 | | 17,488.10 | 9/30/2005 | 01191475 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203734303001 | 9000031937580 | 18,955.30 | 10/4/2005 | 01191761 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203621999001 | 9000031954255 | 11,443.18 | 10/5/2005 | 01191748 | D0550022229 | | 11,451.47 | 9/30/2005 | 01191521 |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742107001 | 9000031954354 | 979.10 | 10/5/2005 | 01191749 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742106001 | 9000031954353 | 1,892.48 | 10/5/2005 | 01191750 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742111001 | 9000031954356 | 3,084.97 | 10/5/2005 | 01191731 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742119001 | 9000031954355 | 3,238.00 | 10/5/2005 | 01191728 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742120001 | 9000031954357 | 6,917.28 | 10/5/2005 | 01191803 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742132001 | 9000031954359 | 7,040.20 | 10/5/2005 | 01191730 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742129001 | 9000031954353 | 8,064.14 | 10/5/2005 | 01191747 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203742122001 | 9000031954358 | 9,315.02 | 10/5/2005 | 01191805 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203769320001 | 9000031970532 | 1,256.19 | 10/6/2005 | 01191862 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203771067001 | 9000031970536 | 1,846.00 | 10/6/2005 | 01191906 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203709080001 | 9000031970534 | 2,193.93 | 10/6/2005 | 01191930 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203708071001 | 9000031970533 | 18,525.48 | 10/6/2005 | 01191864 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203779290001 | 9000031983964 | 3,414.48 | 10/7/2005 | 01192031 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203779289001 | 9000031983963 | 6,257.32 | 10/7/2005 | 01191945 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203779287001 | 9000031983961 | 6,864.86 | 10/6/2005 | 01191747 | D0550022232 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203779191001 | 9000031983967 | 8,864.70 | 10/7/2005 | 01191999 | D0550022229 | | | | |
| WORTHINGTON STEEL | EFT | R000431 2401 | R0925203779118001 | 9000031983965 | 13,143.14 | 10/7/2005 | 01191953 | D0550022229 | | | | |

Confidential - Material Non-Public Information
Delphi AP-AR

| VENDOR NAME | VENDOR NUMBER | INVOICE NUMBER | PROCESS NUMBER | PAYMENT AMOUNT | INVOICE DATE | BILL OF LADING | CONTRACT NUMBER | Amount | Date | BOL |
|---|---|---|---|---|---|---|---|---|---|---|
| WORTHINGTON STEEL | EFT | RD0252037147730001 | 900003186T326 | 3,197.12 | 9/28/2005 | 01191274 | D0550022232 | 3,197.57 | 9/28/2005 | 01191274 |
| WORTHINGTON STEEL | EFT | RD0253037209990001 | 900003188393b | 3,408.39 | 9/29/2005 | 01191332 | D0550022232 | 3,409.60 | 9/28/2005 | 01191332 |
| WORTHINGTON STEEL | EFT | RD0252037238950001 | 900003883935 | 8,390.52 | 9/29/2005 | 01191331 | D0550022232 | 8,393.99 | 9/28/2005 | 01191331 |
| WORTHINGTON STEEL | EFT | RD0252037310200001 | 900003904897 | 3,199.13 | 9/30/2005 | 01191469 | D0550022232 | 3,199.43 | 9/30/2005 | 01191469 |
| WORTHINGTON STEEL | EFT | RD0252037330030001 | 900003904895 | 3,175.38 | 9/30/2005 | 01186869 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252037621120001 | 900003954367 | 2,136.87 | 10/5/2005 | 01191750 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252037626440001 | 900003954368 | 4,352.50 | 10/5/2005 | 01191800 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252036210100001 | 900003954355 | 5,448.21 | 10/5/2005 | 01191748 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252037710600001 | 900003970535 | 4,278.14 | 10/6/2005 | 01191913 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252037926800001 | 900003983960 | 3,126.93 | 10/7/2005 | 01192029 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252037926700001 | 900003983959 | 5,860.95 | 10/7/2005 | 01192030 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD0252037147750001 | 900003186T328 | 3,925.96 | 9/28/2005 | 01191267 | D0550022235 | 3,927.38 | 9/28/2005 | 01191267 |
| WORTHINGTON STEEL | EFT | RD0252037147790001 | 900003186T331 | 6,995.60 | 9/28/2005 | 01191265 | D0550022235 | 7,000.54 | 9/28/2005 | 01191265 |
| WORTHINGTON STEEL | EFT | RD0252037246340001 | 900003188394l | 3,763.95 | 9/29/2005 | 01191419 | D0550022235 | 3,767.50 | 9/29/2005 | 01191419 |
| WORTHINGTON STEEL | EFT | RD0252037331030001 | 900003904898 | 3,581.95 | 9/30/2005 | 01191471 | D0550022235 | 3,583.76 | 9/30/2005 | 01191471 |
| WORTHINGTON STEEL | EFT | RD0252037331710001 | 900003904900 | 3,755.54 | 9/30/2005 | 01191470 | D0550022235 | 3,757.96 | 9/30/2005 | 01191470 |
| WORTHINGTON STEEL | EFT | RD0252037331010001 | 900003904896 | 3,770.27 | 9/30/2005 | 01191472 | D0550022235 | 3,774.65 | 9/30/2005 | 01191472 |
| WORTHINGTON STEEL | EFT | RD0252037626300001 | 900003954367 | 4,539.25 | 10/5/2005 | 01191801 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0252037636260001 | 900003954366 | 5,779.56 | 10/5/2005 | 01191802 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0252036213400001 | 900003954360 | 7,957.10 | 10/5/2005 | 01191754 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0253037629920001 | 900003954364 | 11,178.23 | 10/5/2005 | 01191804 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0252037710610001 | 900003197053b | 3,703.98 | 10/6/2005 | 01191912 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0252037710620001 | 900003197053? | 8,058.10 | 10/6/2005 | 01191911 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0252037927100001 | 900003983963 | 2,152.34 | 10/7/2005 | 01192032 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD0252037927900001 | 900003198396? | 3,612.46 | 10/7/2005 | 01192033 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | J2025203T5889900? | 900003191757? | 3,845.89 | 10/4/2005 | 07297127 | D0550033033 | 4,203.16 | 9/30/2005 | 07297127 |
| WORTHINGTON STEEL | EFT | H3025203T38151001 | 900003190489? | 16,191.33 | 9/30/2005 | 06590158 | D0550056453 | 17,308.23 | 9/29/2005 | 06590158 |
| WORTHINGTON STEEL | EFT | H3025203T75829001 | 900003197053? | 13,678.30 | 10/6/2005 | 06590671 | D0550056453 | | | |
| WORTHINGTON STEEL | EFT | H3025203T38164001 | 900003190489? | 16,279.73 | 9/30/2005 | 06590186 | D0550057617 | 16,279.73 | 9/29/2005 | 06590186 |
| WORTHINGTON STEEL | EFT | H3025203T38152001 | 900003190491? | 18,453.05 | 9/30/2005 | 06590152 | D0550057617 | 18,453.05 | 9/29/2005 | 06590152 |
| WORTHINGTON STEEL | EFT | H3025203B19230001 | 900003029667 | 17,487.06 | 10/7/2005 | 06590868 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | H3025203T83840001 | 900003983951 | 18,121.95 | 10/7/2005 | 06590748 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | Fe0252037833620001 | 900003198394? | 2,350.10 | 10/7/2005 | 06590809 | D0550065373 | | | |
| WORTHINGTON STEEL | EFT | E4025203T20500001 | 900003186T318 | 1,068.49 | 9/28/2005 | 07296970 | D0550070571 | 1,068.49 | 9/28/2005 | 07296970 |
| WORTHINGTON STEEL | EFT | E4025203T6779900? | 900003195434? | 1,071.33 | 10/5/2005 | 07297333 | D0550070571 | | | |
| WORTHINGTON STEEL | EFT | E4025203T1145001 | 900003185419S | 4,646.24 | 9/27/2005 | 06589800 | D0550070572 | | | |
| WORTHINGTON STEEL | EFT | E4025203T26494001 | 900003186T315 | 1,860.96 | 9/28/2005 | 07296967 | D0550073899 | 1,860.96 | 9/28/2005 | 07296967 |
| WORTHINGTON STEEL | EFT | E4025203T38035001 | 900003190488s | 1,868.09 | 9/30/2005 | 07297110 | D0550073899 | 1,868.09 | 9/30/2005 | 07297110 |
| WORTHINGTON STEEL | EFT | E4025203T84679001 | 900003983944 | 319.82 | 10/7/2005 | 07297482 | D0550073899 | | | |
| WORTHINGTON STEEL | EFT | H3025203T29106001 | 900003188393? | 18,801.03 | 9/29/2005 | 06589999 | D0550074048 | 18,801.03 | 9/28/2005 | 06589999 |
| WORTHINGTON STEEL | EFT | H3025203T75830001 | 900003197053? | 18,863.43 | 10/6/2005 | 06590670 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | H3025203T75826001 | 900003197052B | 18,878.12 | 10/6/2005 | 06590638 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | H3025203B19202001 | 900003029666 | 19,019.45 | 10/7/2005 | 06590860 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | H3025203B19207001 | 900003188393? | 19,287.43 | 9/29/2005 | 06590013 | D0550074051 | 19,965.20 | 9/28/2005 | 06590013 |
| WORTHINGTON STEEL | EFT | H3025203T38165001 | 900003190489? | 17,936.51 | 9/30/2005 | 06590167 | D0550074051 | 17,936.51 | 9/29/2005 | 06590167 |
| WORTHINGTON STEEL | EFT | H3025203T75825001 | 900003197052? | 17,936.51 | 10/6/2005 | 06590635 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | H3025203T83839001 | 900003198395O | 16,749.13 | 10/7/2005 | 06590769 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | H3025203T19468001 | 900003186T324 | 9,027.18 | 9/28/2005 | 06589916 | D0550074315 | 9,025.41 | 9/27/2005 | 06589916 |
| WORTHINGTON STEEL | EFT | H3025203T29109001 | 900003188393? | 9,855.66 | 9/29/2005 | 06590031 | D0550074315 | 9,843.80 | 9/28/2005 | 06590031 |
| WORTHINGTON STEEL | EFT | H3025203T29108001 | 900003188393? | 10,581.97 | 9/29/2005 | 06590032 | D0550074315 | 10,581.98 | 9/28/2005 | 06590032 |
| WORTHINGTON STEEL | EFT | H3025203T19966001 | 900003186T322 | 4,067.73 | 9/28/2005 | 06589917 | D0550074316 | 4,066.93 | 9/27/2005 | 06589917 |
| WORTHINGTON STEEL | EFT | H3025203T83842001 | 900003190492? | 8,536.33 | 10/7/2005 | 06590779 | D0550074316 | | | |
| WORTHINGTON STEEL | EFT | H4025203T21850001 | 900003186T319 | 5,372.40 | 9/28/2005 | 06590067 | D0550074918 | 6,461.40 | 9/28/2005 | 06590067 |
| WORTHINGTON STEEL | EFT | K9023951320566440130 | 900003883934 | 7,600.80 | 9/29/2005 | 39513248 | SAG904158 | 7,600.80 | 9/28/2005 | 39513248 |
| WORTHINGTON STEEL | EFT | K9023951315266694106 | 900003195435? | 5,586.62 | 10/5/2005 | 39513754 | SAG904158 | | | |
| WORTHINGTON STEEL | EFT | K9026126745266684029 | 900003186T325 | 10,655.18 | 9/28/2005 | 61267471 | SAG904182 | 10,655.18 | 9/28/2005 | 61267471 |
| WORTHINGTON STEEL | EFT | K9026126745266689904 | 900003192618S | 6,748.13 | 10/3/2005 | 61267913 | SAG904182 | | | |
| WORTHINGTON STEEL | EFT | EW044DM2005100319506 | 000501618925 | -19,506.20 | 10/3/2005 | PER LEGAL | SAG904182 | | | |
| WORTHINGTON STEEL | EFT | EW04ADM879543 | 000501619345 | -125,407.00 | 4/1/2005 | ADM879543 | | | | |
| | | | | 722,079.74 | | | | | | |
| **Delphi A/P** | | | | | | | | | | |

| WORTHINGTON STEEL | EFT | EW04SMD144157C02 | 900003167746 | -15,685.36 | 9/9/2005 | 144157C | SA-02535 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145064002 | 900003170405 | -15,878.21 | 9/13/2005 | 144506A | SA-02535 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143897C02 | 900003162418S | -16,029.16 | 9/6/2005 | 143897C | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143897A02 | 900003162418J | -14,334.08 | 9/6/2005 | 143897A | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143948A02 | 900003169872 | -14,816.87 | 9/7/2005 | 143948A | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143948B02 | 900003169873 | -13,440.98 | 9/7/2005 | 143948B | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144157A02 | 900003167744 | -14,544.88 | 9/9/2005 | 144157A | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144392IA02 | 900003170849 | -14,352.03 | 9/11/2005 | 144392IA | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145467A02 | 900003189938 | -16,198.07 | 9/26/2005 | 145467AA | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145822C02 | 900003195240 | -16,563.16 | 10/3/2005 | 145822C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145871B02 | 900003195242 | -16,559.83 | 10/3/2005 | 145871B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145871C02 | 900003195243 | -16,355.01 | 10/3/2005 | 145871C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145822B02 | 900003195263 9 | -16,228.66 | 10/3/2005 | 145822B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146043A-102 | 900003198173 1 | -16,535.89 | 10/5/2005 | 146043A-1 | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146043C02 | 900003198173 4 | -16,255.26 | 10/5/2005 | 146043C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146043B02 | 900003198173 3 | -16,222.01 | 10/5/2005 | 146043B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD14392IC02 | 900003438697 | -16,261.25 | 9/6/2005 | 14392IC | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD14392IA02 | 900003162418P | -16,246.62 | 9/6/2005 | 14392IA | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD14392IB02 | 900003162418b | -16,150.19 | 9/6/2005 | 14392IB | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145467B02 | 900003163869b | -16,131.57 | 9/26/2005 | 145926B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145927A02 | 900003163869a | -16,119.60 | 9/26/2005 | 145927A | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143927C02 | 900003162418? | -16,110.96 | 9/6/2005 | 145927C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143921A02 | 900003162418B | -16,083.69 | 9/6/2005 | 143921A | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143928B02 | 900003162418? | -16,077.71 | 9/6/2005 | 143928B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143925C02 | 900003163869? | -15,923.43 | 9/6/2005 | 143925C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143925B02 | 900003162419? | -15,890.18 | 9/6/2005 | 143925B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143927B02 | 900003163869? | -15,718.61 | 9/6/2005 | 143927B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143924C02 | 900003162419? | -16,156.18 | 9/6/2005 | 145924C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143897B02 | 900003162418H | -16,402.07 | 9/6/2005 | 143897B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144621A02 | 900003178444 | -14,243.64 | 9/15/2005 | 144621A | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144648B02 | 900003186547? | -16,153.72 | 9/26/2005 | 145468B | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145468C02 | 900003186552B | -16,153.72 | 9/26/2005 | 145468C | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145468A02 | 900003186526 | -15,711.56 | 9/26/2005 | 145468A | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145671A02 | 900003195241 | -14,122.96 | 10/3/2005 | 145671A | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143874N02 | 900003163892 | -16,311.00 | 9/6/2005 | 143874N | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143874B02 | 900003163869l | -15,002.05 | 9/6/2005 | 143874B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143874C02 | 900003163869? | -14,788.16 | 9/6/2005 | 143874C | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143874A02 | 900003163869? | -14,543.81 | 9/6/2005 | 143874A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD147490O02 | 900003163869? | -14,574.97 | 9/6/2005 | 143947B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD147490A02 | 900003163870? | -14,578.42 | 9/7/2005 | 143947A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143947A02 | 900003163701 | -14,311.24 | 9/7/2005 | 143947A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143948A02 | 900003146M13 | -14,254.47 | 9/7/2005 | 143948A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144151B02 | 900003167745 | -16,948.52 | 9/9/2005 | 144151B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144392IA02 | 900003169874 | -14,895.45 | 9/11/2005 | 144392IA | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144662A02 | 900003175401 | -14,983.36 | 9/15/2005 | 144662A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145424A02 | 900003186523 | -17,187.33 | 9/26/2005 | 145424A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145424B02 | 900003186521 | -17,086.96 | 9/26/2005 | 145424C | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145424C02 | 900003186522 | -17,048.89 | 9/26/2005 | 145424B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145424A02 | 900003181434 | -16,706.30 | 9/26/2005 | 145424A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145464A02 | 900003181432 | -16,408.60 | 9/26/2005 | 145464A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145464A02 | 900003181451 | -16,091.57 | 9/26/2005 | 145464A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145463B02 | 900003952638 | -16,490.28 | 10/3/2005 | 145822A | SA-02550 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145822A02 | 900003195243? | -14,834.13 | 9/6/2005 | 143927C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143927O02 | 900003162518 | -14,855.77 | 9/6/2005 | 143947A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143947A02 | 900003163824 | -14,788.13 | 9/6/2005 | 143645A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143645A02 | 900003163695 | -15,478.98 | 9/15/2005 | 144662A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144662A02 | 900003163843? | -15,177.74 | 9/6/2005 | 143926A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143926A02 | 900003163863? | -15,085.75 | 9/6/2005 | 143975A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143975A02 | 900003169876 | -15,171.65 | 9/11/2005 | 144392C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143928O02 | 900003162418? | -15,070.87 | 9/6/2005 | 143928O | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143992A02 | 900003169870 | -15,098.60 | 9/6/2005 | 145506C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145506C02 | 900003175407 | -14,877.42 | 9/13/2005 | 145506A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD145506A02 | 900003117612 | -14,696.14 | 9/13/2005 | 144662B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD144662B02 | 900003175400 | -16,487.93 | 9/15/2005 | 143937B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD143937B02 | 900003187139 | -15,359.01 | 9/6/2005 | 143937B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146043C02 | 900003198179? | -15,297.46 | 10/5/2005 | 146043C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146043B02 | 900003198173? | -15,282.58 | 10/5/2005 | 146043B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146043A02 | 900003198173? | -15,223.73 | 10/5/2005 | 146043A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146046A02 | 900003198173? | -15,064.78 | 10/5/2005 | 146046A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | EW04SMD146047A02 | 900003198173B | -15,012.70 | 10/5/2005 | 146047A | SA-02552 | | | |
| | | | | -1,074,470.75 | | | | | | |
| **Delphi A/R** | | | | | | | | | | |

**Delphi Net A/R**     -352,391.01

| Worthington (Amount due From Delphi) | | | | | | | | 398,265.87 | | |
| Worthington (Amount due To Delphi) | | | | | | | | (761,732.81) | | |
| **Worthington Net Amount due to Delphi** | | | | | | | | (363,466.94) | | |

| WORTHINGTON STEEL | EFT | EW04ACM11DRT8F336 | 000501621162 | 352,391.01 | 10/1/2005 | N/A | N/A | | | |

*Delphi Dacor A/P Total*     $0.00

Confidential - Material Non-Public Information
Delphi AP-AR

# EXHIBIT G

**Hearing Date And Time: August 16, 2007 At 10:00 A.M.**
**Objection Deadline: August 9, 2007 At 4:00 P.M.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                                        :    (Jointly Administered)
        Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4)
FURTHER EXTENDING DEADLINE TO ASSUME OR
REJECT LEASES OF NONRESIDENTIAL REAL PROPERTY

("THIRD 365(d)(4) DEADLINE EXTENSION MOTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this motion (the "Motion") for an order under 11 U.S.C. § 365(d)(4) further

extending the deadline to assume or reject unexpired leases of nonresidential real property, and

respectfully represent as follows:

Background

A.   The Chapter 11 Filings

1.   On October 8 and 14, 2005, the Debtors filed voluntary petitions in this

Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections

1107(a) and 1108.  The Court has ordered joint administration of these cases.

2.   No trustee or examiner has been appointed in these cases.  On October 17,

2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official

committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official

committee of equity holders (together with the official committee of unsecured creditors, the

"Statutory Committees").

3.   This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

4.   The statutory predicate for the relief requested herein is section 365(d)(4)

of the Bankruptcy Code.

2

B.      Current Business Operations Of The Debtors

5.      Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately

$15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and continue their business operations without supervision from the Bankruptcy Court.  [2]

6.      The Company is a leading global technology innovator with significant

engineering resources and technical competencies in a variety of disciplines, and is one of the

largest global suppliers of vehicle electronics, transportation components, integrated systems and

modules, and other electronic technology.  The Company supplies products to nearly every

major global automotive original equipment manufacturer ("OEM").

7.      Delphi was incorporated in Delaware in 1998 as a wholly-owned

subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the

Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

---

[1]     The aggregated financial data used in this Motion generally consists of consolidated information from Delphi
        and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27,
        2007.

[2]     On March 20 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core
        automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency
        proceeding.  The application was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its
        Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the
        funding of which was approved by this Court on July 19, 2007.  The Concurso proceeding is consistent with
        Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

3

modules for a wide range of customers and applications. Although GM is still the Company's single largest customer, today more than half of Delphi's revenue is generated from non-GM sources.

C.      Events Leading To The Chapter 11 Filing

8.      In the first two years following Delphi's separation from GM, the Company generated approximately $2 billion in net income. Every year thereafter, however, with the exception of 2002, the Company has suffered losses. In calendar year 2004, the Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3] Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of approximately $2.4 billion on net sales of $26.9 billion. Moreover, in 2006, the Debtors incurred a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee special attrition programs.

9.      The Debtors believe that the Company's financial performance has deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production environment for domestic OEMs resulting in the reduced number of motor vehicles that GM produces annually in the United States and related pricing pressures, and (iii) increasing commodity prices.

10.     In light of these factors, the Company determined that it would be imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

---

[3]     Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a valuation allowance on the U.S. deferred tax assets as of December 31, 2004. The Company's net operating loss in calendar year 2004 was $482 million.

4

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of

2005, the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.    The Debtors' Transformation Plan

11.    On March 31, 2006, the Company outlined five key tenets of its

transformation plan.[4]  First, Delphi must modify its labor agreements to create a competitive

arena in which to conduct business.[5]  Second, the Debtors must conclude their negotiations with

GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain

---

[4]    In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement with certain investors, and a plan framework
support agreement with those investors and GM.  On April 19, 2007, Delphi confirmed that it anticipated
negotiating changes to the agreements, primarily as a result of addressing differences in views regarding the
Company's reorganization enterprise value among the investors, GM, the Statutory Committees, and the
Company.  On July 9, 2007, Delphi confirmed that it had formally terminated the equity purchase and
commitment agreement and related plan framework support agreement but that it expected to enter into new
framework agreements with plan investors presently.  Subsequently, on July 18, 2007, Delphi announced that it
had accepted a new proposal for an equity purchase and commitment agreement (the "Delphi-Appaloosa
EPCA") submitted by a group comprising a number of the original plan investors (affiliates of Appaloosa
Management L.P., Harbinger Capital Partners Master Fund I, Ltd., Merrill Lynch, Pierce, Fenner & Smith Inc.,
and UBS Securities LLC) as well as, Goldman Sachs & Co. and an affiliate of Pardus Capital Management,
L.P. (collectively, the "New Plan Investors").  Under the Delphi-Appaloosa EPCA, which is subject to Court
approval, the New Plan Investors would invest up to $2.55 billion in preferred and common equity in the
reorganized Delphi to support the Company's transformation plan and plan of reorganization.

[5]    Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International Union,
United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and GM that (a)
modifies, extends, or terminates provisions of the existing collective bargaining agreements among Delphi, the
UAW, and its various locals, (b) provides that GM will undertake certain financial obligations to Delphi's
UAW-represented employees and retirees to facilitate these modifications, and (c) modifies retiree welfare
benefits for certain UAW-represented retirees of the Debtors.  This agreement, which was approved by this
Court on July 19, 2007, should facilitate the Debtors' reaching consensual resolutions of their labor issues with
the remaining unions and GM and permit the Debtors to continue to implement their transformation plan and to
develop, prosecute, confirm, and consummate a plan of reorganization.  Delphi is currently engaged in
settlement discussions with its second and third largest U.S. labor unions and is working to conclude
discussions with those unions as well as three smaller unions as soon as practicable.

GM's business commitment to the Company.[6]  Third, the Debtors must streamline their product portfolio to capitalize on their world-class technology and market strengths and make the necessary manufacturing alignment with their new focus.[7]  Fourth, the Debtors must transform their salaried workforce to ensure that the Company's organizational and cost structure is competitive and aligned with its product portfolio and manufacturing footprint.[8]  Finally, the Debtors must devise a workable solution to their current pension situation.[9]

12.    Upon the conclusion of the reorganization process, the Debtors expect to emerge as a stronger, more financially sound business with viable U.S. operations that are well-positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

---

[6]    On July 9, 2007, Delphi confirmed that its discussions with GM on a comprehensive settlement agreement had entered the documentation phase and that it expected that a settlement with GM would be incorporated into the Debtors' plan of reorganization rather than filed with this Court for separate approval.

[7]    In connection with their March 31, 2006 announced transformation plan, the Debtors classified "core" and "non-core" product lines and plants.  The Debtors have been working to divest non-core assets so as to maximize the value of the estate for stakeholders.  During the 2006 and 2007 calendar years, for example, the Debtors sold substantially all of the assets related to MobileAria, Inc., its chapter 11 affiliate, obtained court approval for the sale of substantially all of the assets of their brake hose and Saltillo, Mexico brake plant businesses, and obtained court approval of bid procedures related to the upcoming sale of substantially all assets used in their catalyst business.  In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]    As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.  The Debtors also made significant progress in ensuring that their organizational and cost structure is competitive in obtaining the entry of this Court's Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement on April 23, 2007 (Docket No. 7773) (the "Finance Outsourcing Order").  The Finance Outsourcing Order authorized the Debtors to outsource certain of the Debtors' accounts receivable, accounts payable, fixed assets, travel and expense reporting, general ledger, and contract administration processes and significantly reduce SG&A expenses as part of their transformation plan.

[9]    To that end, on May 31, 2007, the Bankruptcy Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees (collectively, the "Plans").  On July 13, 2007, the IRS modified the conditional funding waivers granted to Delphi related to the Plans, extending the dates by which Delphi is required to file a plan of reorganization and emerge from chapter 11 to December 31, 2007 and February 28, 2008, respectively.

its resources to continue to deliver high-quality products to its customers globally. Additionally,

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

Relief Requested

13.    The Debtors request entry of an order, under section 365(d)(4) of the

Bankruptcy Code, further extending the date on or before which the Debtors may assume or

reject unexpired leases of nonresidential real property to and including the earlier of the date

when a plan of reorganization in Delphi's chapter 11 cases is confirmed and February 29, 2008, a

date which is approximately five months from the current deadline. The relief requested is

without prejudice to the Debtors' right to seek a further extension of the deadline and without

prejudice to a lessor's right to seek a shortening of the deadline.

Basis For Relief

14.    The Debtors are lessors or lessees with respect to approximately 80

unexpired leases of nonresidential real property (the "Real Property Leases"). Pursuant to this

Court's Order Pursuant To 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or

Reject Unexpired Leases Of Nonresidential Real Property, entered April 23, 2007 (Docket No.

7769), the current deadline ("Current Deadline") for the Debtors to assume or reject unexpired

leases of nonresidential real property is the earlier of plan confirmation and September 30, 2007.

15.    The Debtors continue to implement their transformation plan. Among other

things, the Debtors recently gained this Court's approval of an agreement with the UAW and GM

which resolves labor issues among Delphi and the UAW. This is also a significant step toward the

Debtors' resolving labor issues with all of its other unions. Until the Debtors have reached a

consensus with all of their labor unions, it would be premature for the Debtors to assume or reject

any of the Real Property Leases. In addition, the Debtors announced on July 18, 2007 that they

7

had accepted the Delphi-Appaloosa EPCA, which details the New Plan Investors' commitment to

invest in the reorganized Delphi and attaches the Debtors' proposed framework for a plan of

reorganization.  The transformation plan, as supported by the UAW Settlement Agreement and the

new framework agreements, contemplates a realignment of the Debtors' product portfolio and

manufacturing footprint.  The Debtors must determine which leased properties fit within this

realignment when they emerge from bankruptcy.  Accordingly, the Current Deadline is premature.

16.    The proposed new deadline to assume or reject the Debtors' Real Property

Leases coincides with the Debtors' current deadline to solicit acceptances of a reorganization

plan.[10]  In early June 2007, the Debtors requested and obtained the February 29, 2008 solicitation

extension.  Although the Debtors have since reached an agreement with the UAW and negotiated

new framework agreements, their transformation is not complete and the Debtors lack all of the

information necessary to decide whether to assume or reject their Real Property Leases.

17.    Thus, by this Motion, the Debtors request an extension of the section

365(d)(4) deadline to allow them to determine whether to assume or reject particular Real

Property Leases.  If the Current Deadline is not extended beyond September 30, 2007, the

Debtors may be compelled, prematurely, to assume substantial, long-term liabilities under the

Real Property Leases or forfeit benefits associated with some Real Property Leases to the

detriment of the Debtors' ability to operate and preserve the going-concern value of their

business for the benefit of all creditors and other parties-in-interest.  The extension proposed by

this Motion is modest at approximately five months, or even less if the Debtors confirm a

reorganization plan before February 29, 2008.  The non-debtor parties to the Real Property

---

[10]    The February 29, 2008 deadline for the Debtors to solicit acceptances for a plan of reorganization was set under
this Court's Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And
Solicit Acceptances Of Reorganization Plan, entered on July 9, 2007 (Docket No. 8490).

Leases will not be prejudiced by the proposed extension because the Debtors are making

payments under the Real Property Leases as they come due.

<u>Applicable Authority</u>

18.     Section 365(d)(4) of the Bankruptcy Code provides:

Notwithstanding paragraphs (1) and (2), in a case under any chapter of this title, if
the trustee does not assume or reject an unexpired lease of nonresidential real
property under which the debtor is the lessee within 60 days after the date of the
order for relief, or within such additional time as the court, for cause, within such
60-day period, fixes, then such lease is deemed rejected, and the trustee shall
immediately surrender such nonresidential real property to the lessor.

11 U.S.C. § 365(d)(4).

19.     The term "cause" as used in section 365(d)(4) is not defined in the

Bankruptcy Code.  In <u>South Street Seaport L.P. v. Burger Boys, Inc.</u>, 94 F.3d 755 (2d Cir. 1996),

the United States Court of Appeals for the Second Circuit held that the following factors would

establish whether "cause" existed to extend the statutory period under section 365(d)(4) of the

Bankruptcy Code:

(a)     whether the debtor was paying for the use of the property;

(b)     whether the debtor's continued occupation could damage the lessor
beyond the compensation available under the Bankruptcy Code;

(c)     whether the lease is the debtor's primary asset; and

(d)     whether the debtor has had sufficient time to formulate a plan of
reorganization.

<u>Id.</u> at 761.  The court enumerated additional factors that may merit consideration, including the

complexity of the case and the number of leases that the debtor must evaluate.  <u>Id.</u>; <u>see also</u> 130

Cong. Rec. S8891, 58,894-95 (daily ed. June 29, 1984) ("cause" includes large number of leases)

(statement of Sen. Hatch), <u>reprinted in</u> 1984 U.S.C.C.A.N. 590, 597; <u>In re Enron Corp.</u>, 279 B.R.

695, 703 (Bankr. S.D.N.Y. 2002).

9

20.    The Debtors satisfy all of these requirements.  First, in compliance with section 365(d)(3) of the Bankruptcy Code, the Debtors have remained and fully intend to remain current with respect to all outstanding postpetition rental obligations under the Real Property Leases.

21.    Second, the relief requested herein will not affect any lessor's rights in a manner inconsistent with the provisions of the Bankruptcy Code.  See Edward J. Debartolo Corp. v. Child World, Inc., 146 B.R. 89, 92 (S.D.N.Y. 1992) (holding that extension of debtors' time to assume or reject its unexpired leases of nonresidential real property is appropriate when leaseholders are not "irreparably injured in the interim").  The Debtors have the financial ability to and intend to continue to perform all of their obligations under the Real Property Leases as required by section 365(d)(3) of the Bankruptcy Code.  The significant cash revenues from the Debtors' operations afford the Debtors this financial ability.  The Debtors' $4.5 billion debtor-in-possession financing facility gives the Debtors liquidity and provides additional comfort to creditors and other stakeholders that the Debtors will continue to meet their obligations as they come due.  Moreover, lessors may seek to shorten the deadline if circumstances warrant such a shortening.

22.    Third, certain of the Real Property Leases are among the Debtors' primary assets and are vital to their reorganization efforts.  The Debtors' manufacturing sites, technical centers, and sales offices are fundamental to their reorganization efforts.  These premises consequently comprise an integral component of the Debtors' strategic business plans.

23.    Fourth, given the complexity of theses cases, the Debtors require additional time to formulate a plan of reorganization and assess the assumption or rejection of their leaseholds.

10

24.     Additionally, as stated above, if the Current Deadline is not extended, the

Debtors may be compelled to assume liabilities prematurely under the Real Property Leases or

risk forfeiting benefits associated with certain Real Property Leases.  To prevent this difficult

choice with insufficient information, this Court should exercise its discretion to extend the

Current Deadline to the earlier of confirmation of a plan of reorganization or February 29, 2008,

a date consistent with the Debtors' outside projection regarding the timing of plan confirmation.

25.     Courts in this circuit and others have granted similar relief to the relief

requested herein in other large, complex chapter 11 cases.  See, e.g., In re WorldCom, Inc., Case

No. 02-13533 (AJG) (Bankr. S.D.N.Y. Sept. 19, 2002, Sept. 24, 2003) (lease

assumption/rejection deadline extended through plan confirmation); In re Enron Corp., Ch. 11

Case No. 01-16034 (AJG) (Bankr. S.D.N.Y. Jan. 31, 2002, Dec. 19, 2002) (deadline initially

extended for approximately 11 months; later extended for additional year); In re Ames Dep't

Stores, Inc., Case No. 01-4227 (REG) (Bankr. S.D.N.Y. Oct. 3, 2001, Dec. 5, 2001) (deadline

extended through confirmation); In re Nextwave Personal Commc'ns Inc., Case No. 98 B 21529

(ASH) (Bankr. S.D.N.Y. July 10, 1998) (same); In re Maidenform Worldwide, Inc., Case No. 97

B 44869 (CB) (Bankr. S.D.N.Y. Sept. 12, 1997) (same); In re UAL Corp., Case No. 02-B-48191

(ERW) (Bankr. N.D. Ill. Feb. 6, 2003, July 21, 2003, Sept. 21, 2005) (same).

26.     Accordingly, this Court should extend the time within which the Debtors

may assume or reject any Real Property Lease to and including the earlier of the date when a

plan of reorganization in these cases is confirmed and February 29, 2008, without prejudice to

the Debtors' right to seek a further extension of such deadline or a lessor's right to seek a

shortening of the deadline.

<u>Notice Of Motion</u>

27.     Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418).  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

<u>Memorandum Of Law</u>

28.     Because the legal points and authorities upon which this Motion relies are

incorporated herein, the Debtors respectfully request that the requirement of the service and

filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York be deemed

satisfied.

WHEREFORE the Debtors respectfully request that the Court enter an order

(a) extending the deadline to assume or reject unexpired leases of nonresidential real property to

and including the earlier of the date when a plan of reorganization is confirmed in these cases

and February 29, 2008, without prejudice to the Debtors' right to seek a further extension of such

deadline or a lessor's right to seek a shortening of the deadline, and (b) granting the Debtors such

other and further relief as is just.

Dated:        New York, New York
              July 27, 2007

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP


By:    /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -


By:    /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                    :      Chapter 11
:
DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
:
                 Debtors.    :      (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) FURTHER EXTENDING
DEADLINE TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY

("THIRD 365(d)(4) DEADLINE EXTENSION ORDER")

Upon the motion, dated July 27, 2007 (the "Motion") (Docket No. ___), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C.

§ 365(d)(4) further extending the deadline for the Debtors to assume or reject unexpired leases of

nonresidential real property; and upon the record of the hearing held on the Motion; and this

Court having determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper

and adequate notice of the Motion has been given and that no other or further notice is necessary;

and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED.

2.      The date by which the Debtors must assume or reject any and all

unexpired leases of nonresidential real property (the "Real Property Leases"), is extended to and

including the earlier of the date when a plan of reorganization in these chapter 11 cases is

confirmed and February 29, 2008.

3.      The entry of this Order is without prejudice to (a) the Debtors' right to

seek from this Court further extensions of the assumption and rejection deadline with respect to

any or all of their Real Property Leases and (b) the right of any party to any Real Property Lease

to seek from this Court a shortening of the deadline with respect to such Real Property Lease for

cause shown.

4.      Notwithstanding anything contained in this Order, provided that the

Debtors file a subsequent motion to extend the section 365(d)(4) deadline in time to be heard

before the expiration of the applicable section 365(d)(4) deadline for a particular lease, the

deadline to assume or reject that lease will be automatically extended until the later of (a) the

date set forth in any subsequent order, (b) three business days after the Court rules on the

subsequent motion, and (c) February 29, 2008.

5.      This Court retains jurisdiction to hear and determine all matters arising

from the implementation of this Order.

6.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
       August ___, 2007


_____
     UNITED STATES BANKRUPTCY JUDGE

2

**Hearing Date And Time: August 16, 2007 At 10:00 A.M.**
**Objection Deadline: August 9, 2007 At 4:00 P.M.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF  MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) FURTHER
EXTENDING DEADLINE TO ASSUME OR REJECT LEASES
OF NONRESIDENTIAL REAL PROPERTY

("THIRD 365(d)(4) DEADLINE EXTENSION MOTION ")

PLEASE TAKE NOTICE that on July 27, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline to Assume or Reject Leases of Nonresidential Real Property (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (the "Supplemental Case Management Order") (Docket No. 2883), and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006 (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document

2

Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be

submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United

States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606

(Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility,

Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane

Melican), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP,

885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A.

Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris,

Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie

Steingart), and (vi) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M.

Leonhard), in each case so as to be **received** no later than **4:00 p.m. (prevailing Eastern time)**

**on August 9, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth

herein and in accordance with the Supplemental Case Management Order and the Amended

Eighth Supplemental Case Management Order will be considered by the Bankruptcy Court at the

Hearing.  If no objections to the Motion are timely filed and served in accordance with the

procedures set forth herein and in the Supplemental Case Management Order and the Amended

Eighth Supplemental Case Management Order, the Bankruptcy Court may enter an order

granting the Motion without further notice.

Dated:  New York, New York
       July 27, 2007

                          SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

                          By: /s/  John Wm. Butler, Jr.
                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons  (JL 4951)
                              Ron E. Meisler (RM 3026)
                          333 West Wacker Drive, Suite 2100
                          Chicago, Illinois  60606
                          (312) 407-0700

                              - and -

                          By: /s/  Kayalyn A. Marafioti
                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000

                          Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

# EXHIBIT H

**Hearing Date And Time:  August 16, 2007 At 10:00 a.m.**
**Objection Deadline:  August 9, 2007 At 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
        In re                         :   Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :   Case No. 05-44481 (RDD)
                                      :
                    Debtors.          :   (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOTION TO FURTHER EXTEND TIME PERIOD WITHIN
WHICH DEBTORS MAY REMOVE ACTIONS UNDER
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9006 AND 9027

("FOURTH REMOVAL DEADLINE EXTENSION MOTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this motion (the "Motion") for an order under 28 U.S.C. § 1452 and Rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to further extend the time period within which the Debtors may remove pending proceedings, and respectfully represent as follows:

<u>Background</u>

A.      The Chapter 11 Filings

1.      On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108.  The Court has ordered joint administration of these cases.

2.      No trustee or examiner has been appointed in these cases.  On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders (together with the official committee of unsecured creditors, the "Statutory Committees").

3.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief requested herein are 28 U.S.C. § 1452 and rules 9006(b)(1) and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.      Current Business Operations Of The Debtors

        5.      Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately

$15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and continue their business operations without supervision from the Bankruptcy Court. [2]

        6.      The Company is a leading global technology innovator with significant

engineering resources and technical competencies in a variety of disciplines, and is one of the

largest global suppliers of vehicle electronics, transportation components, integrated systems and

modules, and other electronic technology.  The Company supplies products to nearly every

major global automotive original equipment manufacturer ("OEM").

        7.      Delphi was incorporated in Delaware in 1998 as a wholly-owned

subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the

Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

---

[1]     The aggregated financial data used in this Motion generally consists of consolidated information from Delphi
        and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27,
        2007.

[2]     On March 20 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core
        automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency
        proceeding.  The application was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its
        Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the
        funding of which was approved by this Court on July 19, 2007.  The Concurso proceeding is consistent with
        Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

3

modules for a wide range of customers and applications.  Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.      Events Leading To The Chapter 11 Filing

8.      In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006, the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

9.      The Debtors believe that the Company's financial performance has

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

10.     In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

---

[3]     Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
        valuation allowance on the U.S. deferred tax assets as of December 31, 2004.  The Company's net operating
        loss in calendar year 2004 was $482 million.

4

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of

2005, the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.    The Debtors' Transformation Plan

11.    On March 31, 2006, the Company outlined five key tenets of its

transformation plan.[4]  First, Delphi must modify its labor agreements to create a competitive

arena in which to conduct business.[5]  Second, the Debtors must conclude their negotiations with

GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain

---

[4]    In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement with certain investors, and a plan framework
support agreement with those investors and GM.  On April 19, 2007, Delphi confirmed that it anticipated
negotiating changes to the agreements, primarily as a result of addressing differences in views regarding the
Company's reorganization enterprise value among the investors, GM, the Statutory Committees, and the
Company.  On July 9, 2007, Delphi confirmed that it had formally terminated the equity purchase and
commitment agreement and related plan framework support agreement but that it expected to enter into new
framework agreements with plan investors presently.  Subsequently, on July 18, 2007, Delphi announced that it
had accepted a new proposal for an equity purchase and commitment agreement (the "Delphi-Appaloosa
EPCA") submitted by a group comprising a number of the original plan investors (affiliates of Appaloosa
Management L.P., Harbinger Capital Partners Master Fund I, Ltd., Merrill Lynch, Pierce, Fenner & Smith Inc.,
and UBS Securities LLC) as well as, Goldman Sachs & Co. and an affiliate of Pardus Capital Management,
L.P. (collectively, the "New Plan Investors").  Under the Delphi-Appaloosa EPCA, which is subject to Court
approval, the New Plan Investors would invest up to $2.55 billion in preferred and common equity in the
reorganized Delphi to support the Company's transformation plan and plan of reorganization.

[5]    Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International Union,
United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and GM that (a)
modifies, extends, or terminates provisions of the existing collective bargaining agreements among Delphi, the
UAW, and its various locals, (b) provides that GM will undertake certain financial obligations to Delphi's
UAW-represented employees and retirees to facilitate these modifications, and (c) modifies retiree welfare
benefits for certain UAW-represented retirees of the Debtors.  This agreement, which was approved by this
Court on July 19, 2007, should facilitate the Debtors' reaching consensual resolutions of their labor issues with
the remaining unions and GM and permit the Debtors to continue to implement their transformation plan and to
develop, prosecute, confirm, and consummate a plan of reorganization.  Delphi is currently engaged in
settlement discussions with its second and third largest U.S. labor unions and is working to conclude
discussions with those unions as well as three smaller unions as soon as practicable.

GM's business commitment to the Company.[6]  Third, the Debtors must streamline their product portfolio to capitalize on their world-class technology and market strengths and make the necessary manufacturing alignment with their new focus.[7]  Fourth, the Debtors must transform their salaried workforce to ensure that the Company's organizational and cost structure is competitive and aligned with its product portfolio and manufacturing footprint.[8]  Finally, the Debtors must devise a workable solution to their current pension situation.[9]

12.    Upon the conclusion of the reorganization process, the Debtors expect to emerge as a stronger, more financially sound business with viable U.S. operations that are well-positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

---

[6]    On July 9, 2007, Delphi confirmed that its discussions with GM on a comprehensive settlement agreement had entered the documentation phase and that it expected that a settlement with GM would be incorporated into the Debtors' plan of reorganization rather than filed with this Court for separate approval.

[7]    In connection with their March 31, 2006 announced transformation plan, the Debtors classified "core" and "non-core" product lines and plants.  The Debtors have been working to divest non-core assets so as to maximize the value of the estate for stakeholders.  During the 2006 and 2007 calendar years, for example, the Debtors sold substantially all of the assets related to MobileAria, Inc., its chapter 11 affiliate, obtained court approval for the sale of substantially all of the assets of their brake hose and Saltillo, Mexico brake plant businesses, and obtained court approval of bid procedures related to the upcoming sale of substantially all assets used in their catalyst business.  In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]    As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.  The Debtors also made significant progress in ensuring that their organizational and cost structure is competitive in obtaining the entry of this Court's Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement On April 23, 2007 (Docket No. 7773) (the "Finance Outsourcing Order").  The Finance Outsourcing Order authorized the Debtors to outsource certain of the Debtors' accounts receivable, accounts payable, fixed assets, travel and expense reporting, general ledger, and contract administration processes and significantly reduce SG&A expenses as part of their transformation plan.

[9]    To that end, on May 31, 2007, the Bankruptcy Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees (collectively, the "Plans").  On July 13, 2007, the IRS modified the conditional funding waivers granted to Delphi related to the Plans, extending the dates by which Delphi is required to file a plan of reorganization and emerge from chapter 11 to December 31, 2007 and February 28, 2008, respectively.

its resources to continue to deliver high-quality products to its customers globally. Additionally,

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

Relief Requested

13.    The Debtors request entry of an order under Bankruptcy Rule 9006(b)(1)

extending the time by which the Debtors may remove an action in accordance with 28 U.S.C.

§ 1452 and Bankruptcy Rule 9027 to the later of (i) February 29, 2008, a date which is

approximately five months after the current deadline, and (ii) 30 days after entry of an order

terminating the automatic stay with respect to the action, without prejudice to the Debtors' right

to seek further extensions.

Basis For Relief

14.    The Debtors are parties to more than 200 judicial and administrative

proceedings (collectively, the "Actions") pending in various courts or administrative agencies

throughout the United States. The Actions involve a wide variety of claims. The Court has

granted three prior extensions of the removal deadline, the most recent of which expires on the

later of (a) September 30, 2007 and (b) 30 days after entry of an order terminating the automatic

stay with respect to any particular action. By this Motion, the Debtors request a further

extension to February 29, 2008. Because of the number of pending Actions and the wide variety

of claims asserted in those Actions, the Debtors need additional time to determine which, if any,

Actions should be removed and, if appropriate, transferred to this district. The proposed new

7

deadline coincides with the Debtors' current deadline to solicit acceptances of a plan of

reorganization.[10]

15.     The Debtors submit that the relief requested is in the best interests of their

estates and creditors.  The extension sought will afford the Debtors an opportunity to make fully

informed and prudent decisions concerning the possible removal of the Actions, protecting the

Debtors' valuable right to adjudicate lawsuits economically if the circumstances warrant removal.

Moreover, this extension will not prejudice any of the litigants because the Actions are stayed

through confirmation of the Debtors' reorganization plan absent relief from the automatic stay.

Furthermore, no part of the requested relief will prejudice any Party whose proceeding is

removed from seeking remand under 11 U.S.C. § 1452(b).  Accordingly, the proposed extension

requested herein will not prejudice the rights of other parties to any of the Actions.

<u>Applicable Authority</u>

16.     28 U.S.C. § 1452 and Bankruptcy Rule 9027 govern the removal of

pending civil actions.  Section 1452(a) provides:

> A party may remove any claim or cause of action in a civil action other
> than a proceeding before the United States Tax Court or a civil action by a
> governmental unit to enforce such governmental unit's police or regulatory
> power, to the district court for the district where such civil action is
> pending, if such district court has jurisdiction of such claim or cause of
> action under section 1334 of this title.

28 U.S.C. § 1452(a).  Bankruptcy Rule 9027(a)(2) further provides, in pertinent part:

> If the claim or cause of action in a civil action is pending when a case under the
> [Bankruptcy] Code is commenced, a notice of removal may be filed [in the bankruptcy
> court] only within the longest of (A) 90 days after the order for relief in the case under
> the Code, (B) 30 days after entry of an order terminating a stay, if the claim or cause of

---

[10]    The February 29, 2008 deadline for the Debtors to solicit acceptances for a reorganization plan was set under
this Court's Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And
Solicit Acceptances Of Reorganization Plan, entered on July 9, 2007 (Docket No. 8490).

action in a civil action has been stayed under § 362 of the Code, or (C) 30 days after a
trustee qualifies in a chapter 11 reorganization case but not later than 180 days after the
order for relief.

Fed. R. Bankr. P. 9027(a)(2).

17.    Bankruptcy Rule 9006(b)(1), in turn, provides that the Court can extend

unexpired time periods:

> [W]hen an act is required or allowed to be done at or within a specified period by these
> rules or by a notice given thereunder or by order of court, the court for cause shown may
> at any time in its discretion with or without motion or notice order the period
> enlarged if the request therefore is made before the expiration of the period originally
> prescribed or as extended by a previous order . . . .

Fed. R. Bankr. P. 9006(b)(1).

18.    It is well settled that this Bankruptcy Rule 9006(b)(1) authorizes courts to

expand the removal period as requested herein.  See Jandous Elec. Constr. Corp. v. City of New

York (In re Jandous Elec. Constr. Corp.), 106 B.R. 48, 50 (Bankr. S.D.N.Y. 1989) (removal

deadline may be extended under Bankruptcy Rule 9006(b)); Doan v. Loomis (In re Fort Dodge

Creamery Co.), 117 B.R. 438, 443 (N.D. Iowa 1990) (noting that trustee could have moved for

extension of removal period); Stamm v. Rapco Foam, Inc., 21 B.R. 715, 718 (Bankr. W.D. Pa.

1982) (court may extend removal deadline in appropriate circumstances); Circle Litho, Inc., v.

Ryder Truck Lines, Inc. (In re Circle Litho, Inc.), 12 B.R. 752, 756 (Bankr. D. Conn. 1981) ("All

time limitations in the rules are subject to Bankruptcy Rule 9006 which generally permits time

limits set by the rules to be enlarged or reduced").

19.    Furthermore, courts in this district have regularly granted other debtors'

requests to extend the removal deadline to plan confirmation and beyond.  See, e.g., In re Delaco

Company, Case No. 04-10899 (Bankr. S.D.N.Y. April 21, 2004) (extending removal deadline to

30th day after plan effective date); In re Twinlab Corp., Case No. 03-15564 (Bankr. S.D.N.Y.

Dec. 4, 2003) (90-day extension); <u>In re Genuity Inc.</u>, Case No. 02-43558 (Bankr. S.D.N.Y.

Feb. 26, 2003) (30th day after plan effective date); <u>In re Global Crossing Ltd., et al.</u>, Case Nos.

02-40187 through 02-40241, 02-11982 (Bankr. S.D.N.Y. May 1, 2002) (extending removal

deadline through plan confirmation); <u>In re WorldCom, Inc., et al.</u>, Case No. 02-13533 (Bankr.

S.D.N.Y. Oct. 8, 2002) (same).

<u>Notice Of Motion</u>

20.     Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418).  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

<u>Memorandum Of Law</u>

21.     Because the legal points and authorities upon which this Motion relies are

incorporated herein, the Debtors respectfully request that the requirement of the service and

filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York be deemed

satisfied.

10

WHEREFORE the Debtors respectfully request that the Court enter an order
(a) extending the period set forth in Bankruptcy Rule 9027(a)(2)(A) during which they may
remove any Action through and including the later of (i) February 29, 2008 and (ii) 30 days after
entry of an order terminating the automatic stay with respect to the action, without prejudice to
the Debtors' right to seek further extensions, and (b) granting the Debtors such other and further
relief as is just.

Dated:          New York, New York
                July 27, 2007

                             SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                        By:    /s/ John Wm. Butler, Jr.
                               John Wm. Butler, Jr. (JB 4711)
                               John K. Lyons (JL 4951)
                               Ron E. Meisler (RM 3026)
                             333 West Wacker Drive, Suite 2100
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and -

                        By:    /s/ Kayalyn A. Marafioti
                               Kayalyn A. Marafioti (KM 9632)
                               Thomas J. Matz (TM 5986)
                             Four Times Square
                             New York, New York 10036
                             (212) 735-3000

                             Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession

11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

        In re                          :     Chapter 11

                                         :

DELPHI CORPORATION, <u>et al.</u>,       :     Case No. 05-44481 (RDD)

                                         :

                      Debtors.     :     (Jointly Administered)

                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER TO FURTHER EXTEND TIME PERIOD WITHIN
WHICH DEBTORS MAY REMOVE ACTIONS UNDER
<u>28 U.S.C. § 1452 AND FED. R. BANKR. P. 9006 AND 9027</u>

("FOURTH REMOVAL DEADLINE EXTENSION ORDER")

          Upon the motion, dated July 27, 2007 (the "Motion"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order (the "Order") under 28 U.S.C. § 1452 and Fed. R.

Bankr. P. 9006 and 9027 further extending the period within which the Debtors may remove an

action; and this Court having determined that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it

appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

          ORDERED, ADJUDGED, AND DECREED THAT:

          1.        The Motion is GRANTED.

          2.        Pursuant to Bankruptcy Rule 9006(b), the period within which the Debtors

may seek to remove a civil action pending on the date of the commencement of their chapter 11

cases, pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027(a)(2), is enlarged and extended

to and including the later of (i) February 29, 2008 and (ii) 30 days after entry of an order

terminating the automatic stay with respect to the action.

3.      This Order is without prejudice to the Debtors' right to seek further

extensions of the period during which the Debtors may remove actions.

4.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

5.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.


Dated: New York, New York
          August ___, 2007


                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

**Hearing Date And Time: August 16, 2007 at 10:00 a.m.**
**Objection Deadline: August 9, 2007 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION TO FURTHER EXTEND TIME PERIOD WITHIN
WHICH DEBTORS MAY REMOVE ACTIONS UNDER
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9006 AND 9027

PLEASE TAKE NOTICE that on July 27, 2007, Delphi Corporation ("Delphi")

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), filed a Motion To Further Extend Time Period

Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P.

9006 And 9027 (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the

Motion will be held on August 16, 2007, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing")

before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must

(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11

U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing

Omnibus Hearing Dates And Certain Notice, Case Management, and Administrative Procedures,

entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and

the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr.

P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice,

Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No. 5418)

(together with the Supplemental Case Management Order, the "Case Management Orders"),

(c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) –

registered users of the Bankruptcy Court's case filing system must file electronically, and all

other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in

2

hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate,

Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John

Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (iv) counsel for the Official Committee of Unsecured Creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and

Mark A. Broude), (v) counsel for the Official Committee of Equity Security Holders, Fried,

Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004

(Att'n: Bonnie Steingart), and (vi) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:

Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (Prevailing

Eastern Time) on August 9, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:         New York, New York
              July 27, 2007

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP


By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -


By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

4

# EXHIBIT I

Delphi Corporation
Special Party

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Dykema Gossett PLLC | Ronald L Rose | 400 Renaissance Center | Detroit | MI | 48226 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/30/2007 4:41 PM
Dykema special party

# EXHIBIT J

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Henry P Baer Esq | 885 Third Avenue | | New York | NY | 10022 |
| Lewis & Kappes PC | James J Ammeen Esq | One American Square | Suite 2500 | Indianapolis | IN | 46282 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/30/2007 4:43 PM
Ken-Mac special parties

# EXHIBIT K

Delphi Corporation
Special Party

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 East Gay Street | Columbus | OH | 43216 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/30/2007 4:48 PM
Worthington Steel special party

# EXHIBIT L

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1401 Troy Associates Limited Partnership | Douglas M Etkin | 200 Franklin Ctr 29100 Northwestern Hwy | | Southfield | MI | 48034 |
| 500 Commerce LLC | c/o Viking Industries | 6505 Rockside Rd | Suite 125 | Independence | OH | 44131 |
| 7755 MD LLC | 7755 MD LLC | 3240 Iris Ct | Attn:  Keith Cowan | Wheat Ridge | CO | 80033 |
| 900 Tower Drive Associates LLC | 900 Tower Drive Associates LLC | c/o Kojaian Mgmt Corp | 39400 Woodward Suite 250 | Bloomfield Hills | MI | 48304 |
| Amherst Commerce Park | | 4508 Main St | | Buffalo | NY | 14226 |
| Arnold & Porter LLP | Joel M Gross Attorney for CSX Transportation | 555 Twelfth Street NW | | Washington | DC | 20004-1206 |
| Camp Chase Industrail Railroad | C o Omega Rail Management | PO Box 120338 | | Nashville | TN | 37212 |
| Camp Chase Railroad Co | | 519 Cedar Way Building 1 | | Oakmont | PA | 15139 |
| Cinergy Corp | Attn Debbie Plummer | 139 E Forth St | Room 2604at | Cincinnati | OH | 45202 |
| Cit Of Tulsa Rogers County Port Authority | | 5350 Cimarron Rd | | Catoosa | OK | 74015 |
| City Of Laurel Ms | Laurel Airport Authority | PO Box 2335 | | Laurel | MS | 39442-2335 |
| City Of Tulsa Oklahoma | City Of Tulsa Oklahoma | City Of Tulsa Rogers Co Port Authority 5350 Cimarron Rd | | Catoosa | OK | 74015 |
| City Of Warren Ohio | City Of Warren Ohio | C o Clerk City Engineers 3901 Mahoning Ave Nw | | Warren | OH | 44483 |
| Concourse 100 LLC | c/o In-Rel Management attn: President | 2328 10th Ave North | Suite 401 | Lakeworth | FL | 33461 |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq Attorney forOrix GF Warren Venture | 1007 N Orange Street | PO Box 2207 | Wilmington | DE | 19899 |
| Consumers Power Company | Consumers Power Company | 212 W Michigan Ave | | Jackson | MI | 49201 |
| Coopersville and Marne Railway Company | Coopersville and Marne Railway Company | PO Box 55 | | Coopersville | MI | 49404 |
| County Of Marquette | Sawyer International Airport | 125 G Avenue | Attn:  Scott Erbisch | Gwinn | MI | 49841 |
| County of Monroe Industrial Development Agency | County of Monroe Industrial Development Agency | 183 E Main St Suite 929 | Attn:  Chairman | Rochester | NY | 14604 |
| Csx Transportation | Csx Transportation | 500 Water St J180 | | Jacksonville | FL | 32202 |
| Donald R and Sarah E Sweeton | Dasco Inc | 214 Admiral Circle | | Lawrenceburg | TN | 33464 |
| Economic Development Rail Ii Corp | Economic Development Rail Ii Corp | 4319 Belmont Ave | | Youngstown | OH | 44505 |
| First Industrial Lp | Barack Ferrazzano Kirschbaum Perlman and Nagelberg | 333 West Wacker Dr Ste 2700 | Attn Suzanne Bessette Smith | Chicago | IL | 60606 |
| First Industrial Lp | First Industrial Lp | 311 South Wacker Dr Ste 4000 | Attn Vice President Portfolio Management | Chicago | IL | 60606 |
| First Industrial Lp | First Industrial Realty Trust Inc | 24800 Denso Dr Ste 175 | | Southfield | MI | 48034 |
| First Industrial Lp | | 311 S Wacker Dr | Ste 4000 | Chicago | IL | 60606 |
| Ford Motor Land Development Corporation | Attn:  Lease Analyst | 550 Town Center Drive | Suite 200 | Dearborn | MI | 48126 |
| Ford Motor Land Development Corporation | Dept 186-01 | PO Box 67000 | | Detroit | MI | 48267-0186 |
| Fortune Avenue Partners | | 329 N Main St | | Kokomo | IN | 46901 |
| Gar Properties Llc | Gar Properties Llc | 205 St Paul St Ste 400 | Attn Fred J Rainaldi | Rochester | NY | 14604 |
| Gar Properties Llc | Mangione and Roinman | 205 St Paul St Ste 400 | Attn Sal Mangione Esq | Rochester | NY | 14604 |
| Gbg2 Llp | C o Gibbons White Inc | 4730 Walnut St | Ste 206 | Boulder | CO | 80301 |
| Gbg2 Llp | Henry Braly | 1800 Pike Rd | | Longmont | CO | 80501 |
| Gbg2 Llp | Wallace H Grant and Douglas Grant Grant Bernard Lyons and Gaddis | | PO Box 948 | Longmont | CO | 80502 |
| General Motors Corporation | General Motors Corporation Office Of The General Counsel | | New Ctr One Building 3031 W Grand Blvd PO Box 33122 | Detroit | MI | 48226 |
| Germains Technology Group Custom Coating And Enhancements Inc | | 8333 Swanston Ln | | Gilroy | CA | 95020 |
| Grand Trunk Western Railroad Inc | Grand Trunk Western Railroad Inc | 2800 Livernois | | Troy | MI | 48007-5025 |

In re Delphi Corporation et al.
Case No. 05-44481 (RDD)

1 of 3

7/30/20074:39 PM
Revised 365(d)(4) Special Parties 070727

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Green Road Associates Limited Partnership | Green Rd Associates Limited Partnership | C o First Martin Corporation 115 Depot St | | Ann Arbor | MI | 48104 |
| Industrial Development Board Of The City Of Athens | c/o City Hall | | | Athens | AL | |
| Industrial Development Board Of The City Of Athens | c/o Pattan Lathom Legge and Cole | Attn Mike Kohl Esq | PO Box 470 | Athens | AL | 35612 |
| Jcr Investments Llc | Dann Pecar Newman Kleiman Pc | Attn Jeffrey A Abrams | One American Square Ste 2300 PO Box 82008 | Indianapolis | IN | 46282 |
| Jcr Investments Llc | | 17401 Tiller Court | | Westfield | IN | 46074 |
| John E Benz | John E Benz | C o John E Benz and Co 3017 Exchange Ct Ste A | | West Palm Beach | FL | 33409 |
| John E Benz | | 3017 Exchange Court | Ste A | West Palm Beach | FL | 33409 |
| Katbird Company LP | Katbird Company LP | 8411 Preston Rd Suite 650 | Attn: Wm B Costello | Dallas | TX | 75225 |
| Killam Industrial Development Partnership | Killam Industrial Development Partnership | PO Box 499 | | Laredo | TX | 78042-0499 |
| Lasalle National Bank As Trustee | c/o Nicholson | Porter and List Inc | 1300 West Higgins Rd | Park Ridge | IL | 60068 |
| Laurence Tippman Sr Family Limited Partnership | | 9009 Coldwater Rd | | Fort Wayne | IN | 46825 |
| Liberty Property Limited Partnership | Liberty Property Limited Partnership | 26911 Northwestern Hwy Ste 205 | | Southfield | MI | 48034 |
| Mid States Industrial Complex Ltd | | 2574 E River Rd Bldg 10 Llc | PO Box 744 | Dayton | OH | 45401-0744 |
| Miller Canfield Paddock and Stone PLC | Jonathan S Green Attorney for Wells Operating Partnership LP | 150 W Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 |
| Miller Valentine Group | Miller Valentine Group | 4000 Miller Valentine Court PO Box 744 | | Dayton | OH | 45439-1487 |
| Milwaukee Investment Company | Milwaukee Investment Company | C o Signature Associates One Towne Sq Ste 1200 | Attn Property Management | Southfield | MI | 48076 |
| Nathan Neuman & Nathan PC | Kenneth A Nathan Attorney for 1401 Troy Associates Limited Partnership | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 |
| NML Properties | | 7 Crayton Ct | | Miamisburg | OH | 45342 |
| Norfolk Southern Corporation | Norfolk Southern Corporation | 185 Spring St Sw | | Atlanta | GA | 30303 |
| Norfolk Southern Corporation | Norfolk Southern Corporation | 110 Franklin Rd Se | | Roanoke | VA | 24042-0044 |
| North Renaissance Development Llc | North Renaissance Development Llc | 909 Washington Ave PO Box 348 | | Bay City | MI | 48708 |
| Northtown Business Center LLC | | PO Box 34729 | | N Kansas City | MO | 64116 |
| Orix Gf Warren Venture | Orix Gf Warren Venture | C o Jim Purinton 100 N Riverside Plaza Ste 1400 | | Chicago | IL | 60606 |
| Orix Gf Warren Venture | Orix Gf Warren Venture | C o Orix Warrenincorix Real Estate Equities 100 N Riverside Plaza Ste 1400 | | Chicago | IL | 60606 |
| Orix Gf Warren Venture | | 100 N Riverside Plaza | Ste 1400 | Chicago | IL | 60606 |
| Osprey SA Ltd | Osprey SA Ltd | 305 E Main St | Kathy Glass Dir Corp Leasing | Brighton | MI | 48116 |
| Osprey SA Ltd | Osprey SA Ltd | 7600 Grand River | Suite 185 | Brighton | MI | 48114 |
| PA Building LLC | | 5328 Mirror Lake Court | | W Bloomfield | MI | 48323 |
| Raytheon Company | | 1520 Hughes Way Bldg A01 M s A162 PO Box 9399 | Attn Corporate Real Estate Dept | Long Beach | CA | 90810 |
| Raytheon Company | | 870 Winter St | Attn Corporate Real Estate Dept | Waltham | MA | 02451 |
| Realty Investment II | c/o Tim Taylor General Manager | 120 N Dixon St | PO Box 180 | Kokomo | IN | 46901 |
| Research Properties Llc | Research Properties Llc | 1425 Sagamore Pkwy North | | Lafayette | IN | 47904 |
| Saginaw Centre Development Company Llc (SCDC) | | 804 S Hamilton St | | Saginaw | MI | 48602 |
| Scher Development Ltd | Scher Development Ltd | 5560 Spring Grove Dr | | Solon | OH | 44139 |

In re Delphi Corporation et al.
Case No. 05-44481 (RDD)

2 of 3

7/30/20074:39 PM
Revised 365(d)(4) Special Parties 070727

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Sealy Rg Valley Buildings Lp | c/o Sealy and Company Inc | 333 Texas St | Ste 1050 | Shreveport | LA | 71101 |
| Sealy Rg Valley Buildings Lp | Sealy Rg Valley Buildings Lp | C o Sealy and Company Inc 333 Texas St Ste 1050 | Attn Mark P Sealy | Shreveport | LA | 71101 |
| Sheldon S Toll PLLC | Sheldon S Toll Attorney for Milwaukee Investment Company | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 |
| Tr Butterfield Trail Corp | c/o Capri Capital Advisors LLC | 1201 N Clark St | Ste 300 | Chicago | IL | 60610 |
| Tr Butterfield Trail Corp | Holland and Knight Llp | 131 S Dearborn 30th Fl | Attn James T Mayer | Chicago | IL | 60603 |
| Tr Butterfield Trail Corp | Tr Butterfield Trail Corp | C o Capri Capital Advisors Llc    875 N Michigan Ave Ste 3430 | Attn Asset Manager | Chicago | IL | 60611 |
| Transwestern Great Lakes Lp | Transwestern Great Lakes Lp | 1301 W Long Lake Rd Ste 330 | | Troy | MI | 48098 |
| Weingarten Realty Investors | Weingarten Realty Investors | 2600 Citadel Plaza Dr Ste 300 | | Houston | TX | 77216 |
| Weingarten Realty Investors | | PO Box 200518 | | Houston | TX | 77216 |
| Wells Management Company | Wells Management Company | 6200 The Corners Pkwy Ste 250 | | Norcross | GA | 30092 |
| Wells Operating Partnership Lp | | PO Box 926040 | | Norcross | GA | 30010-6040 |
| Western States Technologies Holdings Inc | Western States Technologies Holdings Inc | 18101 Von Karman Avenue | Suite 330 | Irvine | CA | 92612-0146 |

In re Delphi Corporation et al.
Case No. 05-44481 (RDD)

3 of 3

7/30/2007 4:39 PM
Revised 365(d)(4) Special Parties 070727

# EXHIBIT M

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Abernathy Sonja | David E Stenson Esq | Liberty Tower | Ste 1210 120 W Second St | | Dayton | OH | 45402 | |
| Acord Rosetta | | 11101 Fernitz Rd | | | Byron | MI | 48418-9505 | |
| Adams Thomas E | The Padberg & Corrigan Law Firm | Michael P Corrigan | 1010 Market St | Ste 650 | St Louis | MO | 63101 | |
| Ae Staley Manufacturing Company | Lewis & Wagner | Susan E Mehringer | 500 Pl | 501 Indiana Ave Ste 200 | Indianapolis | IN | 46202-3199 | |
| Alan S Dawes | Robert Stern And Elizabeth Baird | O'melveny & Myers Llp | 1625 Eye St Nw | | Washington | DC | 20006-4001 | |
| Alcoa Inc | Hume Smith Geddes Green & Simmons Llp | Edward F Harney Jr | 54 Monument Circle | 4th Fl | Indianapolis | IN | 46204 | |
| Aldridge Brenda | William D Davis Iii | Davis & Associates Pc | 917 Merchants Walk | Ste A | Huntsville | AL | 35801 | |
| Alfaro Jose C And Martha | Stanley J Walter | 1017 S Gaylord St | | | Denver | CO | 80209-4683 | |
| Alfaro Jose C And Martha | | 304 West 5th St | | | Goodland | KS | 67735 | |
| Allegheny Rodney | John Tishok | 1000 Six Ppg Pl | | | Pittsburgh | PA | 15222 | |
| Allen Brandon | Brandon Allen | Delphi Steering | Alabama Plant 21 | Highway 31 South | Athens | AL | 35613 | |
| Allie Andre | | 2338 Montgomery Ave Nw | | | Warren | OH | 44485 | |
| Allison Carl | Freking & Betz | 215 East Ninth St | Fifth Fl | | Cincinnati | OH | 45202 | |
| Allstate Insurance | Robert L Goldenbogen Pc | 511 Fort St | Ste 505 | | Port Huron | MI | 48060 | |
| Alma Guerra Gillette Next Friend Of Raquel And Edward Gillette Minors | Law Offices Of Maloney & Campolo | Tim Maloney Paul Campolo | 900 S E Military Dr | | San Antonio | TX | 78214 | |
| Alternate Resource Inc | Frie Arndt & Donbom | James J Arndt | 7400 Wadsworth Blvd | Ste 201 | Arvada | CO | 80003 | |
| Amchem Products Inc N/k/a Rhone Poulenc Inc Defendants | Anderson Kill & Olick | Judith Yavitz Esquire | 1251 Ave Of The Americas | | New York | NY | 10020 | |
| America Premier Underwriters Inc | Stuart & Branigin Llp | Barry L Loftus | PO Box 1010 | | Lafayette | IN | 47902-1010 | |
| American Asbestos Company | Berry & Berry | 2930 Lakeshore Ave | | | Oakland | CA | 94610 | |
| American Honda Motor Co | Parts Fin & Plng Ms 100 5w 5g | 1919 Torrance Blvd | | | Torrance | CA | 90501-2746 | |
| American Honda Motor Co Inc | Koichi Amemiya | 1919 Torrance Blvd | | | Torrance | CA | 90501 | |
| American Honda Motor Company Inc | Haight Brown & Bonesteel LLP | 71 Stevenson Street | 20th Floor | | San Francisco | CA | 94105-2981 | |
| American Standard Inc | Mcguire Woods Llp | Yvette Harmon Esquire | 1345 Avenue of the Americas | Seventh Floor | New York | NY | 10105-0106 | |
| American Suzuki Motor Corporation Suzuki Motor Corporation | Becherer Kannett & Schweitzer | Mark S Kannett Esq | 2200 Powell St | Ste 805 | Emeryville | CA | 94608 | |
| Anderson Jr Russell | Samael F Prato | 183 East Main St | Ste 1435 | | Rochester | NY | 14604 | |
| Arbogast Michael A And Rebecca C Arbogast | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Asherbranner Jennifer T And Ronald R Asherbranner | Hardwick & Knight | Travis W Hardwick Esq | PO Box 968 | | Decatur | AL | 35602 | |
| Atlas Carriers Inc Delphi Corporation | Larry Megal President | PO Box 163 | | | Searcy | AR | 72143 | |
| Aubert Harold | Oneill Wallace & Doyle Pc | D Carbajal J J Danieleski Jr | PO Box 1966 | | Saginaw | MI | 48605-1966 | |
| Austin Sculpture And Decorative Art Inc | Dan Worthington, Esq | Atlas & Hall LLP | 818 Pecan Boulevard | | McAllen | TX | 78501 | |
| Auto Specialties Manufacturing Company | Becherer Kannett & Schweitzer | Mark S Kannett Esq | 2200 Powell St | Ste 805 | Emeryville | CA | 94608 | |
| Autoliv Asp Inc | Alston & Bird | D G Scribner W Clay Massey | One Atlanta Ctr | 1201 West Peachtree St | Atlanta | GA | 30303 | |
| Autoliv Asp Inc | Wright Lindsey & Jennings | Greg Jones | 200 West Capital Ave | Ste 23000 | Little Rock | AR | 72201-3699 | |
| Autoliv Inc | Mark R Gilling | 3030 North Third St | Ste 1300 | | Phoenix | AZ | 85012 | |
| Autoliv Inc | Wright Lindsey & Jennings | Greg Jones | 200 West Capital Ave | Ste 23000 | Little Rock | AR | 72201-3699 | |
| Automotive Technologies International Inc | Sommer Schwartz Silver & Schwartz Pc | Andrew Kochanowski P55117 | 2000 Town Ctr | 9th Fl | Southfield | MI | 48075 | |
| Avey Patricia M | | PO Box 317083 | | | Dayton | OH | 45437 | |
| Avon Automotive North America | Gibson Mcaskill & Crosby | Victor A Olsen | 69 Delaware Ave | | Buffalo | NY | 14202 | |
| Backie Robert | Mastromarco & Jahn Pc | Victor J Mastromarco Jr | 1024 N Michigan Ave | | Saginaw | MI | 48605-3197 | |
| Baldwin Sandra L | Alen J Counard Pc | 2320 West Jefferson | | | Trenton | MI | | |
| Baldwin Sandra L | | 8616 Whitehorn St | | | Romulus | MI | 48174 | |
| Banks Herman | | 1802 Railroad St Sw | | | Hartselle | AL | 35640 | |
| Barnes Cleary And Violet | Levin Simes Kaiser & Gornick Llp | Martha A H Berman Esq | 44 Montgomery Street | 36th Floor | San Francisco | CA | 94104 | |
| Barr James R | | 10800 Oak Ct | | | Galloway | OH | 43119 | |

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Bartell Greg | Derek W Looser Esq Erin M Riley Esq Keller Rohrback | Lynn Lincoln Sarko Esq | 1201 Third Ave Ste 3200 | | Seattle | WA | | |
| Batson John | Cusimano Keener Roberts | Michael L Roberts | 153 South 9th St | | Gadsen | AL | 35901 | |
| Battenberg Iii Jt | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Battenberg Jt | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Bayer Cropscience Inc Successor To Amchem Products Inc | Locke Reynolds Llp | Michael A Bergin | 201 N Illinois St | Ste 1000 | Indianapolis | IN | 46244-0961 | |
| Bayview Technology Group Llc | Cooper Larsen | Gary L Cooper | 151 North 3rd Ave | Ste 210 PO Box 4229 | Pocatello | ID | 83205 | |
| Beck Bobby And Patricia | Simmonscooper Llc | Tim Thompson Esq | 707 Berkshire Blvd | PO Box 521 | East Alton | IL | | |
| Bedrin John | Simons Cooper Llc | 7070 Berkshire Blvd | PO Box 521 | | East Alton | IL | | |
| Bep Development Llc | Cusimano Keener Roberts | Michael L Roberts | 153 South 9th St | | Gadsen | AL | 35901 | |
| Bergeron Phil | Lieff Cabraser Heimann & Bernstein Llp | J D Selbin R Geman | 780 Third Ave | 48th Fl | Newyork | NY | 10017 | |
| Bex Russell And Barbara A | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Bishop Jr James Denson | | 2900 Trophy Dr | | | Bryon | TX | 77805 | |
| Bishop Jr James Denson | Davis And Davis | Fred Davis | 2900 Trophy Dr | | Bryan | TX | | |
| Bishop Sr James Denson And Nelda Maude Bishop | | 2900 Trophy Dr | | | Bryon | TX | 77805 | |
| Bishop Sr James Denson And Nelda Maude Bishop | Davis And Davis | Fred Davis | 2900 Trophy Dr | | Bryan | TX | | |
| Blackwell Baldwin Ford Lincoln Mercury Inc | Jasper N Edmundson Jr | 1980 State St | | | Poplar Bluff | MO | 63901 | |
| Blackwell Baldwin Ford Lincoln Mercury Inc | Hartline Dacus Barger Dreyer Kern Llp | Wendy May | 6688 N Central Expressway | Ste 1000 | Dallas | TX | 75206 | |
| Blahnik John G | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Bmc Holding Corporation D/b/a Bmc West And Bmc West | Holden Kidwell Hahn & | William D Faler Esq | 330 Shoup Ave | 3rd Fl | Idaho Falls | ID | 83405-0130 | |
| Bmw Consructors Inc | Hume Smith Geddes Green & Simmons Llp | Edward F Harney Jr | 54 Monument Circle | 4th Fl | Indianapolis | IN | 46204 | |
| Boudreau Terry D | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Bradley Phyllis Jean Executrix Of Estate Of Jack Bradley | Brent Coon & Associates | 1220 W Sixth St Ste 303 | | | Cleveland | OH | | |
| Brady Billy W And Renee | | 5047 Raymond Ave | | | Burton | MI | 48509 | |
| Brady Billy W And Renee | Weaver And Young Pc | Gregory T Young | 32770 Franklin Rd | | Franklin | MI | | |
| Braner Usa | Stein Bliablia Mcguire Pantages & Gigl | Lawrence M Berkleley | Eisenhower Plaza | 354 Eisenhower Pkwy | Livingston | NJ | 07036 | |
| Brewer Mary M | Adler & Associates | Barry D Adler Esq | 30300 Northwestern Hwy Ste | 304 | Farmington Hills | MI | | |
| Bridgestone/firestone Inc | Becherer Kannett & Schweitzer | Mark S Kannett Esq | 2200 Powell St | Ste 805 | Emeryville | CA | 94608 | |
| Bridgestone/firestone North America Tire Llc Successor By Merger To Firestone Tire & Rubber Co | Krieg Devault Llp | Aaron R Raff | One Indiana Square | Ste 2800 | Indianapolis | IN | 46204-2079 | |
| Brittingham Julie & David | Thomas J Intilli | 22 South St Clair | | | Dayton | OH | 45402-1501 | |
| Brown James Lee And Roseleen | | 1605 Beresford Rd | | | North Little Rock | AR | 72116 | |
| Brown James Lee And Roseleen | David A Hodges | Attorney At Law | Centre Pl Building | 212 Ctr St Fifth Fl | Little Rock | AR | | |
| Brown Jonathan | Hoagland Longo Moran Dunst & Doukas | Douglas M Fasciale | 40 Patterson St | Pobox 480 | New Brunswick | NJ | 08903 | |
| Brown Valeria M | | 613 Imo Dr | | | Dayton | OH | 45804 | |
| Brust Robert H | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Bueke Robert L And Norma J | Laudig George Ruthergord & Sipes | Linda George Esq | 156 E Market St | 600 | Indianapolis | IN | 46204 | |
| Building Material Holding Corp | Clouse Dunn Hirsch LLP | R Rogge Dunn Esq | 5200 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | |
| Buis James And Jacqueline | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Bunge North America East Inc F/k/a/ Central Soya Company Inc | Baker & Daniels | Kevin Toner | 300 N Meridian St | Ste 2700 | Indianapolis | IN | 46204-1782 | |
| Burdette James | David Torchi Esq | Tobias Kraus & Torchia | 911 Mercantile Library Bldg | 414 Walnut St | Cincinnati | OH | 45202 | |
| Burns Internatlional Services Corp F/k/a Borgwarner Corporation | Burnham & Brown | 1901 Harrison St | 11th Fl | | Oakland | CA | 94612-3501 | |
| Cable Manufacturing & Assembly Co | | 1490 Industrial Pkwy | | | Bolivar | OH | 44612-0409 | |
| Cable Manufacturing & Assembly Co Inc | Provost Umphery Law Firm | Andy Tindel | 112 East Line St | Ste 304 | Tyler | TX | 75702 | |
| Cable Manufacturing & Assembly Inc | Ramsey & Murray Pc | Curtis D Collette | 800 Gessner | Ste 1100 | Houston | TX | 77024-4257 | |
| Cadence Innovations LLC | Alston & Bird, LLP | Dennis J. Connolly | 1201 West Peachtree Street | | Atlanta | GA | 30309-3424 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Calcagni James | | 2909 Whispering Pines Dr | | | Canfield | OH | 44406 | |
| Calsonic Kansei Corporation | Foley & Lardner Llp | J A Vanophem J S Kopp | One Detroit Ctr | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Cannon Billy | Beers Anderson Jackson Patty & Van Heest Pc | Michael S Jackson | PO Box 1988 | | Montgomery | AL | 36102-1988 | |
| Canter Richard And Louanna | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Capco Pipe Company Inc As Successor Interest Cement Asbestos Prod Inc | Dryden Margoles Schimaneck Hartman | One California St | Ste 2600 | | San Francisco | CA | 94111 | |
| Carlisle Corporation | Thelen Reid & Priest Llp | 101 Second St | Ste 1800 | | San Francisco | CA | 94105-3601 | |
| Carter Sharyl Yvette | Damon Law Office | 441 Vine St | Ste 2900 Carew Tower | | Cincinnati | OH | 45202 | |
| Caterpillar Inc | Coots Henke & Wheeler | James Wheeler | 355 E Carmel Dr | | Carmel | IN | 46032 | |
| Cda Consulting Inc | Yaldo & Domestein Pllc | Scott S Yaldo Esq | 30150 Telegraph Rd | Ste 444 | Bingham Farms | MI | | |
| Certain Teed Corporation | Anderson Kill & Olick | Judith Yavitz Esquire | 1251 Ave Of The Americas | | New York | NY | 10020 | |
| Certain Teed Corporation | Mckenna Long & Aldridge Llp | Steuart St Tower | One Market St | Ste 2700 | San Francisco | CA | 94105-1475 | |
| Certainteed Corporation | Locke Reynolds Llp | Michael A Bergin | 201 N Illinois St | Ste 1000 | Indianapolis | IN | 46244-0961 | |
| Chapa Israel | | 275 Battery St | 30th Fl | | San Francisco | CA | 94111 | |
| Chapa Israel | Lieff Cabraser Heimann Bernstein | Lisa Leebove | 275 Battery St 30th Fl | | San Francisco | CA | | |
| Charles Doty | Mikel J Bowers Tim Goss Richard Capshaw | Capshaw Goss Bowers Llp | 3031 Allen St Ste 200 | | Dallas | TX | 75204 | |
| Charles Doty Bankruptcy Counsel | J Walter Newman Iv | 539 Trustmark National Bank | | | Jackson | MS | 39201 | |
| Chase Orr Kimberly | Miller Faucher And Cafferty Llp | Patrick Cafferty Esq | 101 N Main St | Ste 450 | Ann Arbor | MI | | |
| Chiquito Maria Bernabe | Everardo Abrego | 944 W Nolana | Ste C | | Pharr | TX | 78577 | |
| Chrysler | Hill Ward & Henderson | David Tyrrell | 3700 Bank Of America Plaza | 101 E Kennedy Blvd | Tampa | FL | 33602-5195 | |
| Chubb James C | | 308 Old Oak Dr | | | Cortland | OH | 44410-1124 | |
| City Of Delray Beach Police And Firefighters Retirement System | Miller Shea Pc | Marc L Newman Esq | 950 W University Dr | Ste 300 | Rochester | MI | | |
| Clark Charles | Kelman Loria Pllc | Alan B Posner Esq | 660 Woodward Ave | Ste 1420 | Detroit | MI | 48226-3588 | |
| Cloncs Donald And Carole L | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Coleman Michael | Isaiah Lipsey Esq | 17000 West Ten Mile Rd | 2nd Fl | | Southfield | MI | 48075 | |
| Community Motors Inc | Jenner & Block | 330 North Wabash | | | Chicago | IL | 60611-7603 | |
| Comprehensive Logistics Co Inc | Stephen S Brown & Matthew M Merril | 911 Main St | Ste 2300 | | Kansas City | MO | 64105 | |
| Conrad Dean F | Lewis & Lewis Pc | Emily L Downing Esq | 800 Cathedral Pk Tower | 37 Franklin St | Buffalo | NY | 14202-4107 | |
| Cook Sylvia And Andre Cook Jr And Andrea Cook | | 710 Elk Glen Court | | | Colorado Springs | CO | 80906 | |
| Cook Sylvia And Andre Cook Jr And Andrea Cook | Gilbert Frank Ollanik And Komyatte | Paul J Komyatte | 5400 Ward Rd Building Iv | Ste 200 | Arvada | CO | | |
| Cooley Frances A | Freund Freeze & Arnold | Christopher F Johnson | One Dayton Centre Ste 1800 | 1 South Main St | Dayton | OH | 45402-2017 | |
| Corus Sec/lp | Champ Lyons Iii Esq | The Highland Building | 2201 Arlington Ave South | | Birmingham | AL | 35205 | |
| Cox Jon C | | 3102 Oak Lawn Ave | Ste600 Lb 164 | | Dallas | TX | 75219 | |
| Cox Jon C | Law Offices Of Leon Russell | Leon Russell | 3102 Oak Lawn Ste 600 | | Dallas | TX | | |
| Crane Co | Harris Beach Llp | Cynthia Weiss Antonucci Esq | 805 Third Ave | 19th Fl | New York | NY | 10022 | |
| Cummins Inc | Segal Mccambridge Singer & Mahoney Ltd | Jason Kennedy | One Ibm Plaza Ste 200 | 330 North Wabash Ave | Chicago | IL | 60611 | |
| Daimler Chrysler Corp | Ice Miller | Kevin Knight | One American Square | | Indianapolis | IN | 46204 | |
| Daimlerchrysler Corporation Fka The Chrysler Corporation | Thelen Reid & Priest Llp | 101 Second St | Ste 1800 | | San Francisco | CA | 94105-3601 | |
| Dana Corporation | Anderson Kill & Olick | Judith Yavitz Esquire | 1251 Ave Of The Americas | | New York | NY | 10020 | |
| Dangerfield Shawn | Miller Faucher And Cafferty Llp | Patrick E Cafferty | 101 North Main St | | Ann Arbor | MI | 48104 | |
| Dap Inc | Lewis & Wagner | Susan E Mehringer | 500 Pl | 501 Indiana Ave Ste 200 | Indianapolis | IN | 46202-3199 | |
| David N Farr | | Harley Smith | 8000 W Florissant Ave | Emerson | St Louis | MO | 63136 | |
| Davis Ii Robert E Plaintiff V | | 5725 Delphi Dr | | | Troy | MI | 48098 | |

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Davis Ii Robert E Plaintiff V | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Davis Zachary A | | 2149 Grice Ln | | | Kettering | OH | 45429 | |
| Dawes Alan S | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Db Riley Inc | Phillips Lytle Hitchcock Blaine & Huber | James Whitcomb Esquire | 3400 Hsbc Ctr | | Buffalo | NY | 14203 | |
| De La Paula Bernardes Neto Oscar | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| De Paula Bernardee Neto Oscar | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Delco Electronics Llc | Michael D Schloff Pllc | Michael D Schloff P25393 | 6905 Telegraph Rd | Ste 215 | Bloomfield Hills | MI | 48301 | |
| Delco Remy Corporation | Norris Mclaughlin & Marcus | Haekyoung Suh | 721 Route 202 206 | PO Box 1018 | Somerville | NJ | 08876-1018 | |
| Delco Remy International Inc | | 2902 Enterprise Dr | | | Anderson | IN | 46013 | |
| Delillo Chevrolet Co | | 18211 Beach Blvd | | | Huntington Beach | CA | 92648 | |
| Deloitte & Touche Llp | Davis Polk & Wardell | Daniel F Kolb | 450 Lexington Ave | | New York | NY | 10017 | |
| Delphi Automotive Systems Singapore PTE | Jimmy Quah Beng Huat | 20 Raffles Place | 09-01 Ocean Towers | | Singapore | | 48620 | Singapore |
| Delphi Mechatronic Board Of Directors | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Delphi Trust I | Kantrowitz Goldhamer & Graifman Pc | Gary S Graifman | 747 Chestnut Ridge Rd | | Chestnut Ridge | NY | 10977 | |
| Denso Corporation | Morris Nichols Arsht & Tunnell | Rodger D Smith Ii Esq | Jack B Blumenfeld Esq | 1201 N Market St PO Box 1347 | Wilmington | DE | | |
| Denso International America Inc | Paul Weiss Rifkind Wharton & Garrison Llp | Kenneth A Gallo | Denso Siemens And Trw | 1615 L St Nw | Washington | DC | 20036-5694 | |
| Detweiler Russell | Adler & Associates | Barry D Adler Esq | 30300 Northwestern Hwy | Ste 304 | Farmington Hills | MI | 48334 | |
| Dickerson Brian | Black Law Office | 1422 West Saginaw St | | | East Lansing | MI | 48823 | |
| Doty Charles | Sheila M Bossier | Sheila M Bossier | 1520 North State St | | Jackson | MI | 39202 | |
| Dougherty Chad | Richard D Gibbon & Associates | 2 W 6th Street | Suite 320 | | Tulsa | OK | 74119-1215 | |
| Dougherty Chad | Richard D Gibbon & Associates | PO Box 1211 | | | Okmulgee | OK | 74447-1211 | |
| Douglas Insulation Company | Selman Breitman Llp | 33 New Montgomery St | 6th Fl | | San Francisco | CA | 94105 | |
| Dura Automotive Systems Inc | Markusson Green & Jarvis Pc | Dennis Hart Markusson Esq | 999 18th St 3300 | | Denver | CO | 80202 | |
| Dynamic Corporation | Drillock Law Firm | Linda R Drillock P38480 | 6390 Locust Street | | Marlette | MI | 48453 | |
| Dynamic Design Inc | Drillock Law Firm | Linda R Drillock P38480 | 3030 Main St | | Marlette | MI | 48453 | |
| Earl Mckay Inc | David L Ayers Esq Jimmy B Wilkins Esq Watkins & Eager Pll | Pobox 650 | | | Jackson | MS | 39205 | |
| Ei Dupont De Nemours And Company | Leader & Berkon Llp | Michelle Pollachov Esq | 630 Third Ave | | New York | NY | 10017 | |
| Ellison Shane | Cusimano Keener Roberts | Michael L Roberts | 153 South 9th St | | Gadsen | AL | 35901 | |
| Elmore Jr Arlis M | Gene T Moore | 1802 Fifteenth St | | | Tuscaloosa | AL | | |
| Elmore Jr Arlis M | | 3611 Rice Mine Rd | Ne Lot 317 | | Tuscaloosa | AL | 35406 | |
| Emerson Electric Co | Snell & Wilmer Llp | Timothy G Oneill Esq | 1200 17th St 1900 | | Denver | CO | 80202 | |
| Emerson Electric Co F/k/a Pr Mallory & Co Inc | Wooden & Mclaughlin Llp | Douglas B King | One Indiana Square | Ste 1800 | Indianapolis | IN | 46204-2019 | |
| Empire Ace Insulation Mfg Corp | Steve Kevelson Esq | One Cozine Ave | | | Brooklyn | NY | 11201 | |
| Engineered Polymer Solutions Inc F/k/a Valspar Industries Inc F/k/a/ Lilly Industrial Coatings Inc | Segal Mccambridge Singer & Mahoney Ltd | Jason Kennedy | One Ibm Plaza Ste 200 | 330 North Wabash Ave | Chicago | IL | 60611 | |
| Ennis Donald And Carol | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Evans Terrence | Haskin Lauter Larue & Gibbons | 255 North Alabama St | | | Indianapolis | IN | 46204 | |
| Executive Committee Of Delphi Corps Board Of Directors | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Fargo Insulation Company | Rocap Witchger Llp | Richard A Rocap | 6666 E. 75th Street | Suite 410 | Indianapolis | IN | 46250 | |
| Farr David N | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Fickey Marilyn Bishop | Davis & Davis | Fred Davis Esq | 2900 Trophy Dr | | Bryan | TX | 77805-3610 | |
| Financial Services Of America Llc | Sallee Law Firm | Frank F Sallee Esq | 4739 Bellview | Ste 304 | Kansas City | MO | 64112-1364 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Fleet Logistics | Stinson Morrison Hecker Llp | Donald C Ramsay | 9 Corporate Woods | Ste 450 9200 Indian Creek Pkwy | Overland Pk | KS | 66210 | |
| Fleming Joseph A | Adorno & Yoss | Thomas L Peterson | Ste 450 | 1000 Vermont Ave Nw | Washington | DC | 20005 | |
| Fligstein Michael S | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Flores Jose Oscar And Wife Bonifacia Flores | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Flores Romeo And Juanita Next Friends Of Sandra Flores Minor | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Folck Neal C | Schatz & Nobel Pc | R A Izard A M Schatz | 20 Church St | Ste 1700 | Hartford | CT | 06103 | |
| Ford Motor Company | Thelen Reid & Priest Llp | 101 Second St | Ste 1800 | | San Francisco | CA | 94105-3601 | |
| Ford Motor Company | Winston And Strawn Llp | K R Anderson K J Oshea | 35 W Wacker Dr | | Chicago | IL | 60601 | |
| Ford Motor Company John Does | Campbell Campbell Edwards & Conroypc | C S Toomey F E Dennison | Woodbury Crossing | 3 South Broad St Ste 2c | Woodbury | NJ | 08096 | |
| Fournier Connie As P/r/e Of Stella Demeniuk Deceased | Thomas Garvey Garvey & Sciotti Pc | R F Garvey D P Beck | 24825 Little Mack | | St Clair Shores | MI | 48080 | |
| Fred Brown Chevrolet Pontiac Inc | Fred Brown | 100 South Echols St | | | Caldwell | TX | 77836 | |
| Free Paul | Pepper Hamilton Llp | Richard A Rossman | 36th Fl | 100 Renaissance Ctr | Detroit | MI | 48243-7926 | |
| Gaines Ira | Wolf Halenstein Adler Freeman & Hertz Llp | Christpher S Hinton Esq | 270 Madison Ave | | New York | NY | | |
| Garlock Inc | Segal Mccambridge Singer & Mahoney Ltd | Jason Kennedy | One Ibm Plaza Ste 200 | 330 North Wabash Ave | Chicago | IL | 60611 | |
| Garlock Sealing Technologies As Succesor In Interest To Garlock Inc | Glaspy & Glaspy | 100 Pringle Ave | No 750 | | Walnut Creek | CA | 94596 | |
| Gatke Corporation | Bennett Samuelsen Reynolds & Allard | 1301 Marina Village Parkway | Suite 300 | | Alameda | CA | 94501 | |
| Gauthier James F Md | Starnes & Atchison Llp | Michael A Price & Joseph S Moller | 100 Brookwood Pl 7th Flr | PO Box 598512 | Birmingham | AL | 35259-8512 | |
| Gavia Sr Felipe F | Felipe F Gavia Sr In Pro Per | 4846 Caroline | | | Indianapolis | IN | 46205-1424 | |
| General Electric Company | Ice Miller | Kevin Knight | One American Square | | Indianapolis | IN | 46204 | |
| General Mortors Corporation | C Megan Fischer | 2901 North Central Ave | Ste 1600 | | Phoenix | AZ | 85012-2761 | |
| General Mortors Corporation | Grassi & Toering Plc | Douglas L Toering Esq | 888 West Big Beaver | Ste 750 | Troy | MI | 48084 | |
| General Mortors Corporation | Jenner & Block | Phil Harris Esq | One Ibm Plaza | | Chicago | IL | 60603 | |
| General Mortors Corporation | Hartline Dacus Barger Dreyer & Kern | Wendy May | 6688 N Central Expressway | Ste 1000 | Dallas | TX | 75206 | |
| General Motors | Gm Legal Staff | Suzanne Miklos | 400 Renaissance Ctr | PO Box 400 | Detroit | MI | 48265-4000 | |
| General Motors Corp | Locke Reynolds Llp | Michael A Bergin | 201 N Illinois St | Ste 1000 | Indianapolis | IN | 46244-0961 | |
| General Motors Corp Life & Disability Benefits Program | | 100 Renaissance Ctr | PO Box 431301 | | Detroit | MI | 48243 | |
| General Motors Corporation | | 100 Renaissance Ctr | PO Box 431301 | | Detroit | MI | 48243 | |
| General Motors Corporation | The Corporation Company | 120 Central Ave | | | Clayton | MO | 63105 | |
| General Motors Corporation | Glenn Jackson | 400 Renaissance Ctr | PO Box 400 | | Detroit | MI | 48265 | |
| General Motors Corporation | Maynard Timm | 400 Renaissance Ctr | PO Box 400 | | Detroit | MI | 48265-4000 | |
| General Motors Corporation | Lipperthumphreys Campbell Dust & Humphreys Pc | A T Lippert Jr P16714 | 4800 Fashion Square Blvd | Ste 410 | Saginaw | MI | 48604-2604 | |
| General Motors Corporation | Davis Graham & Stubbs Llp | C L Casteel M S Chappell | 1550 17th St | Ste 500 | Denver | CO | 80202 | |
| General Motors Corporation | Watkins & Eager Pllc | D L Ayers J B Wilkins | The Emporium Bldg | Ste 300 400 E Capital St | Jackson | MS | 39201 | |
| General Motors Corporation | General Motors Legal Staff | Glenn A Jackson | 400 Renaissance Ctr | Mail Code 482 028 205 | Detroit | MI | 48265-4000 | |
| General Motors Corporation | King & Spaulding Llp | Halli D Cohn | 191 Peachtree St | | Atlanta | GA | 30303 | |
| General Motors Corporation | Richard Hawkins & Young Llp | Kevin M Young | 10101 Renunion Pl | Ste 600 | San Antonio | TX | 78216 | |
| General Motors Corporation | Prichard Hawkins Mcfarland & Young Llp | Kevin M Young David G Harris | Union Square | Ste 600 10101 Reunion Pl | San Antonio | TX | 78216 | |
| General Motors Corporation | General Motors Corporation | Laura Hargitt | M/c 482 C23 B21 | 300 Renaissance Ctr | Detroit | MI | 48265-3000 | |
| General Motors Corporation | Bowman And Brooke Llp | Lori A Zirkle Esq | 2901 North Central Ave | Ste 1600 | Phoenix | AZ | 85012 | |
| General Motors Corporation | General Motors Legal Staff | Maynard Timm | 400 Renaissance Ctr | PO Box 400 | Detroit | MI | 48265-4000 | |
| General Motors Corporation | Gibson Mcaskill & Crosby Llp | Terence Flynn Esq | 69 Delaware Ave | Ste 900 | Buffalo | NY | 14202 | |
| General Motors Corporation | Hartline Dacus Barger Dreyer Kern Llp | Wendy May | 6688 N Central Expressway | Ste 1000 | Dallas | TX | 75206 | |
| General Motors De Mexico Sderldecv | Bowman And Brooke Llp | Lori A Zirkle Esq | 2901 North Central Ave | Ste 1600 | Phoenix | AZ | 85012 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| General Motors Investment Management Corporation | Kirkland & Ellis Llp | Robert Kopecky | 200 E Randolph Dr | | Chicago | IL | 60601 | |
| Genicom Corporation | Rodriquez, Colvin & Chaney, LLP | Norton A. Colvin, Jr., Esq. | PO Box 2155 | 1201 E. Van Buren | Brownsville | TX | 78520 | |
| Genuine Parts Co | Napa Auto Parts | 235 Market Sw | | | Grand Rapids | MI | 49503 | |
| Genuine Parts Co | Napa Distribution Ctr | 2401 Wehrle Dr | | | Williamsville | NY | 14221 | |
| Genuine Parts Co | Napa Distribution Ctr | 3402 Patterson Se | | | Grand Rapids | MI | 49512 | |
| Genuine Parts Co | Napa Auto Parts | 3746 S Division | Rmt Chng 03 18 02 Ltr | | Grand Rapids | MI | 49548 | |
| Georgia Pacific Corp | Barnes & Thornburg | Andrew J Detherage | 11 South Meridian St | | Indianapolis | IN | 46204 | |
| Georgia Pacific Corporation | Mcquaid Metzler Bedford & Van Zandt | Penthouse Ste | 221 Main St | | San Francisco | CA | 94105-1909 | |
| Gillette Edward A Next Friend Of Raquel And Edward Gillette Minors | Law Offices Of Maloney & Campolo | Tim Maloney Paul Campolo | 900 S E Military Dr | | San Antonio | TX | 78214 | |
| Givens Robert | Paul R Leonard Esq | 424 Patterson Rd | | | Dayton | OH | 45419 | |
| Givens Robert | | 6409 Harshmanville Rd. | | | Dayton | OH | 45424 | |
| Glenn National Carriers Inc | Coates & Logan Llc | William P Coates Jr | 6804 W 107th St | Ste 250 | Overland Pk | KS | 66212 | |
| Gmac Global Relocation Services | Locke Reynolds Llp | Lloyd Milliken | 201 North Illinois | Ste 1000 PO Box 44961 | Indianapolis | IN | 44962 | |
| Gonzalez Ernie | Ernie Gonzalez | 16 David Luther Court | | | Hunt Valley | MD | 21030 | |
| Gonzalez Philip | | 7 Starwood Dr | | | Rochester | NY | 14625 | |
| Goodyear Tire & Rubber | Dale Walker | 1144 East Market St | | | Akron | OH | 44316 | |
| Gottschalk Bernd | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Goulds Pumps Inc | Goldberg Segalla | Susan Van Gelder Esq | 120 Delaware Ave | Ste 500 | Buffalo | NY | 14202 | |
| Greaves Mark | Drillock Law Firm | Linda R Drillock P38480 | 3030 Main St | | Marlette | MI | 48453 | |
| Grimes John And Rita | | 5621 Arden Ave | | | Warren | MI | 48092 | |
| Grimes John And Rita | Fieger Fieger Kenney And Johnson | Ven Rjohnson | 19390 West Ten Mile Rd | | Southfield | MI | | |
| Groce Kelly R And Kelly D | Stewart & Stewart | M J Sobieray D W Stewart | 931 South Rangeline Rd | | Carmel | IN | 46032 | |
| Guerra Enrique And Melissa Next Friends Of Enrique Guerra | | 1202 Calcutta Ln | | | San Antonio | TX | 78258 | |
| Guerra Enrique And Melissa Next Friends Of Enrique Guerra | Maloney And Campolo | Tim Maloney | 900 Se Military Dr | | San Antonio | TX | | |
| Gulf Coast Bank & Trust Company Et Al | Sher Garner Cahill Richter Klein & Hilbert Llc | James Michael Garner Esq | 909 Poydras St | 28th Fl | New Orleans | LA | | |
| Gutjahr Michael | | 1010 Market St | Ste 650 | | St Louis | MO | | |
| Gutjahr Michael | The Padberg & Corrigan Law Firm | Matthew J Padberg Esq | 1010 Market St | Ste 650 | St Louis | MO | 63101 | |
| Guzman George A And Wife Dalinda Guzman | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Gw Berkheimer Co Inc | Bingham Mchale Llp | Dennis F Cantrell | 2700 Market Tower | 10 West Market St | Indianapolis | IN | 46204-2982 | |
| Hall Jr Billy W | | 2840 Denham Ct | | | Centerville | OH | 45458 | |
| Hamlin Incorporated | Mitchell Williams Selig Gates & Woodyard Pllc | Sherry P Bartley | 425 West Capitol Ave | Ste 1800 | Little Rock | AR | 72201-3525 | |
| Hammer Edward | Miller Faucher And Cafferty Llp | Patrick Cafferty Esq | 101 N Main St | Ste 450 | Ann Arbor | MI | | |
| Haney Charles | Provost Umphrey Law Firm Llp | Matthew C Matheny Esq | 490 Pk St | | Beaumont | TX | 77701 | |
| Hanners Carolyn | Abbey Gardy Llp | Paul O Paradis | 212 East 39th St | | New York | NY | 10016 | |
| Hb Performance Systems Inc | Whyte Hirschboeck Dudek Sc | Ann M Maher Esq | 555 East Wells St | Ste 1900 | Milwaukee | WI | 53202 | |
| He Services Company | Mastromarco & Jahn Pc | 1024 N Michigan Ave | PO Box 3197 | | Saginaw | MI | | |
| Henry Company Successor To Monsey Products Co | Norris Choplin & Schroeder Llp | Raymond L Faust | 101 West Ohio St Ninth Fl | | Indianapolis | IN | 46204-4213 | |
| Hernandez Barbara | Kramer & Jacob Llp | Morin I Jacob | 801 S Figueroa St | Ste 1130 | Los Angeles | CA | 90017 | |
| Higgins Constructors Inc | Feldman Keifer & Herman | Andrew Feldman Esq | The Dun Building | Ste 400 110 Pearl St | Buffalo | NY | 14202 | |
| Higgins Erectors & Haulers Inc | Feldman Keifer & Herman | Andrew Feldman Esq | The Dun Building | Ste 400 110 Pearl St | Buffalo | NY | 14202 | |
| Hillman Robert | Marian Rosner Marian Rosner | 845 Third Ave | | | New York | NY | | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Honeywell Inc F/k/a Allied Signal Inc | Stanley J Walker | 1017 South Gaylord St | | | Denver | CO | 80210 | |
| Honeywell International Inc F/k/a/ Allied Signal Inc | Locke Reynolds Llp | Michael A Bergin | 201 N Illinois St | Ste 1000 | Indianapolis | IN | 46244-0961 | |
| Hoot Dan | Dan Hoot | 8610 Northeast 139th Ave | | | Vancouver | WA | 98682-3009 | |
| Hoyt Arthur And Vivian | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Hubbard Clarence E | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Huber Construction Inc | Hurwitz & Fine | Kevin Merriman Esquire | 1300 Liberty Building | | Buffalo | NY | 14202 | |
| Hunter Clemie | Law Offices Of Charles J Piven Pa | Charles J Piven Esq | 401east Pratt St | Ste 2525 | Baltimore | MD | | |
| Hurley Packaging Of Texas Inc | Greak & Smith Pc | A Professional Corporation | 8008 Slide Rd Ste 33 | | Lubbock | TX | | |
| Hurst Byron E | Casper & Casper | One N Main St Fifth Fl | PO Box 510 | | Middletown | OH | 45042 | |
| Hyder Michelle | | 183 West Market St | Ste 300 | | Warren | OH | 44481 | |
| Hyundai Motor America | Hyundai Motor America | Jason Erb | 10550 Talbert Ave | | Fountain Valley | CA | 92728 | |
| IBC Rolling Mill Corporation | Chase Kurshan Herzfeld & Rubin | 5N Regent Street | Suite 508 | | Livingston | NJ | 07039-1617 | |
| Infoservices Inc | Eric Newton | PO Box 71602 | | | Madison Heights | MI | 48071 | |
| Ingersoll Rand Co | Lewis & Wagner | Susan E Mehringer | 500 Pl | 501 Indiana Ave Ste 200 | Indianapolis | IN | 46202-3199 | |
| Inland Waters Pollution Controls Inc | | 2021 S Schaefer Hwy | | | Detroit | MI | 48217 | |
| Inland Waters Pollution Controls Inc | | 275 Scituate Ave | | | Johnston | RI | 2919 | |
| International Truck And Engine Corporation | Roberts & Bishop | Kenneth T Roberts | 118 N Delaware St | | Indianapolis | IN | 46204-2502 | |
| Interstate Battery Franchising | | & Development Inc | 12770 Merit Dr | Ste 400 | Dallas | TX | 75251 | |
| Irimajiri Shoichiro | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Isuzu Motors America Inc | Becherer Kannett & Schweitzer | 2200 Powell St | Ste 805 | | Emeryville | CA | 94608 | |
| Iue/cwa Local 801 | | 1250 West Dorothy Ln | Ste 301 | | Kettering | OH | 45409 | |
| Jakupco Richard J | Huffer & Weathers Pc | 1850 Market Square Ctr | 151 North Delaware St | | Indianapolis | IN | 46204 | |
| James Edith Con Appeal | Cooper & Elliott Llc | 2175 Riverside Dr | | | Columbus | OH | 43221 | |
| Jay Schabel | Cheryl Smith Fisher Esq | Magavern Magavern & Grimm Llp | 1100 Rand Bldg | 14 Lafayete Square | Buffalo | NY | 14203 | |
| Jevicks Teresa | Douglas J Emonds Esq | 4810 West 108th St | Ste 1122 | | Overland Pk | KS | | |
| Jh France Refractories Company | Hagerty & Brady | Thomas Hagerty Esq | 69 Delaware Ave | Ste 1010 | Buffalo | NY | 14202 | |
| John G Blahnik | Thomas W Cranmer | Miller Canfield Paddock & Stone Plc | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 48226 | |
| John Sheehan | Michael D Mann | Richards Kibbe & Orbe Llp | The Portrait Building, Suite 300 | 701 8th Street, NW | Washington | DC | 20001-3727 | |
| Johnson Controls Battery Group Inc And Johnson Controls Inc | Jacqueline Jertl Vp & Gnrl Cnsl | 5757 North Green Bay Ave | | | Milwaukee | WI | 53209 | |
| Johnson Controls Inc | Foley & Lardner Llp | J F Birmingham Jr J S Kopp | 500 Woodward Ave | Ste 2700 | Detroit | MI | 48226 | |
| Johnson Electric Consulting Inc | Moses & Singer Llp | Stephen N Weiss | The Chrysler Building | 405 Lexington Ave | New York | NY | 10174-1299 | |
| Johnson Electric Industrial Manufactory Ltd | Moses & Singer Llp | Stephen N Weiss | The Chrysler Building | 405 Lexington Ave | New York | NY | 10174-1299 | |
| Johnson Electric North America Inc | Moses & Singer Llp | Stephen N Weiss | The Chrysler Building | 405 Lexington Ave | New York | NY | 10174-1299 | |
| Johnson Freddie L | Haskin Lauter Larue & Gibbons | 255 North Alabama St | | | Indianapolis | IN | 46204 | |
| Johnson Jana C And Chris | Stephen M Ozcomert Esq | 215 N Mcdonough St | | | Decatur | GA | 30030 | |
| Jones Norman | Earl Earl And Rose | 31851 Mound Rd | | | Warren | MI | 48092 | |
| Jones Rodger | | 1238 St Michaels | | | Laredo | TX | 78041 | |
| Jones Rodger | Law Office Of Alfredo Z Padilla | Alfredo Z Padilla | 104 N 5th St | Po Drawer 355 | Carrizo Springs | TX | | |
| Jones Vanessa | Murray Frank & Sailer Llp | Eric J Belfi | 275 Madison Ave | 8th Fl | New York | NY | 10016 | |
| Joyal Products Inc | Lowenstein Sandler Pc | David L Harris | 65 Livingston Ave | | Roseland | NJ | 07068-1791 | |
| Jt Battenberg Iii | William H Jeffress Jr Baker Botts Llp | The Warner | 1299 Pennsylvania Ave Nw | | Washington | DC | 20004-2400 | |
| Kaiser Gypsum Company | Jackson & Wallace Llp | 55 Francisco St | 6th Fl | | San Francisco | CA | 94133 | |
| Karlin Lawrence | Abbey Gardy Llp | Mark C Gardy Esq | 212 East 39th St | | New York | NY | | |
| Kautex Inc | Foley & Lardner Llp | J R Trentacosta S T Seabolt | 500 Woodard Ave | Ste 2700 | Detroit | MI | 48226-3489 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

Debtor-Creditors
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Kelly Moore Paint Company | Foley & Mansfield Llp | 1111 Broadway, 10th Floor | | | Oakland | CA | 94602 | |
| Kelsey Hayes Company | Mckenna Long & Aldridge Llp | Steuart St Tower | One Market St | Ste 2700 | San Francisco | CA | 94105-1475 | |
| Kessler Thomas | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Kowallek Daniel | | 6401 Nw Regal Circle | | | Port Saint Lucie | FL | 34983 | |
| Kramer Steven | Murray Frank & Sailer Llp | J Sailer E J Belfi | 275 Madison Ave Ste 801 | | New York | NY | 10016 | |
| Kraus Jessica | Cellino & Barnes Pc | 17 Court St 7th Fl | | | Buffalo | NY | 14202 | |
| Kraus Jessica | Richard T Saraf Esq | 665 Main St | Ste 400 | | Buffalo | NY | 14203 | |
| Kumiega Kenneth J | Wilder & Linneball Llp | 320 Brisbane Bldg | 403 Main At Court St | | Buffalo | NY | 14203 | |
| Laborsource 2000 Inc | Harvey Altus P 30846 | 30500 Northwestern Hwy | Ste 500 | | Farmington Hills | MI | 48334 | |
| Labrecque Thomas G | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Lambda Holdings Inc | Gardere & Wynne Llp | John States | 1601 Elm St | Ste 300 | Dallas | TX | 75201 | |
| Lambert Jim And Wife Ruby | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Lamblin Dennis W | | 321 Island Dr | | | Beaverton | MI | 48612 | |
| Larry A Williams | Elwood S Simon & Associates Pc | E S Simon J P Zuccarini | 355 South Old Woodward Ave | Ste 250 | Birmingham | AL | 48009 | |
| Larsh Larry | John Carl Trimble | C/o Lewis & Wagner | 501 Indiana Ave | Ste 200 | Indianapolis | IN | 46202 | |
| Lawson Walter Keith | Alexander Corder Plunk | & Shelly Pc | PO Box 1129 | | Athens | AL | 35612 | |
| Lazor Daniel | Elwood S Simon & Associates | John P Zuccarini | 355 S Old Woodward Ave | Ste 250 | Birmingham | AL | 48009 | |
| Lear Seating Corporation | Jones Day | Michael M. Gibson, Esq. | 717 Texas | Suite 3300 | Houston | TX | 77002 | |
| Lear Siegler Diversified Holdings Corporation | Keesal Young & Logan | Four Embarcadero Ctr | Ste 1500 | | San Francisco | CA | 94111 | |
| Lease Plan Usa Inc | Richard T Saraf Esq | 665 Main St | Ste 400 | | Buffalo | NY | 14203 | |
| Lee Janice Marie | Watts Donovan And Tilley Pa | James W Tilley | Arkansas Capitol Commerce Ctr | 200 South Commerce St Ste 200 | Little Rock | AR | 72201-1728 | |
| Lemon Bay Partners | Aaron R Marcu | Covington & Burling | 1330 Ave Of The Americas | | New York | NY | 10019 | |
| Lemon Bay Partners | Brian M Felgoise Esq | Law Offices Of Brian M Felgoise, P.C. | 261 Old York Rd Ste 423 | | Jenkintown | PA | 19046 | |
| Lemon Bay Partners | Stephen F Wasinger PLC | Stephen F Wasinger | 32121 Woodward Ave., Suite 300 | | Royal Oak | MI | 48073-0999 | |
| Lennox Industries Inc | Leboeuf Lamb Greene & Macrae Llp | Kelly H Tsai | 125 West 55th St | | New York | NY | 10019-5389 | |
| Lextron Automotive Llc | Sheila M Bossier | Sheila M Bossier | 1520 North State St | | Jackson | MI | 39202 | |
| Lextron Bankruptcy | Melanie T Vardaman Craig Geno And Jeffrey Tyree | Harris & Geno Pllc | 587 Highland Colony Pkwy | PO Box 3380 | Ridgeland | MS | 39158-3380 | |
| Lextron Corporation | Sheila M Bossier | Bossier Kitchena Pllc | 1520 N State St | | Jackson | MS | 39202 | |
| Lextron Corporation | Mikel J Bowers Tim Goss Richard Capshaw | Capshaw Goss Bowers Llp | 3031 Allen St Ste 200 | | Dallas | TX | 75204 | |
| Lextron Corporation | Sheila M Bossier | 1520 North State St | | | Jackson | MI | 39202 | |
| Loopco Braner | Stein Bliablia Mcguire Pantages & Gigl | Lawrence M Berkleley | Eisenhower Plaza | 354 Eisenhower Pkwy | Livingston | NJ | 07036 | |
| Loprete Kent G | Delphi | 5725 Delphi Dr | | | Troy | MI | 48098 | |
| Loprete Kent G | Michael D Schloff Pllc | Michael D Schloff P25393 | 6905 Telegraph Rd | Ste 215 | Bloomfield Hills | MI | 48301 | |
| Lucent Technologies Inc Successor In Interest To Western Electric | Wooden & Mclaughlin Llp | Douglas B King | One Indiana Square | Ste 1800 | Indianapolis | IN | 46204-2019 | |
| Mackey Bruce And Tammy | Lieff Cabraser Heimann & Bernstein Llp | Lisa J Leebove Pro Hac Vice | Embarcadero Ctr West | 275 Battery St 30th Fl | San Francisco | CA | 94111-3339 | |
| Manns Debra A | Morris Cantor Lukasi | Frank J Dolce | 1000 Liberty Bldg | 420 Main St | Buffalo | NY | | |
| Mantese Joseph V | Michael D Schloff Pllc | Michael D Schloff P25393 | 6905 Telegraph Rd | Ste 215 | Bloomfield Hills | MI | 48072 | |
| Martin L Shannon Shaw | Chapman Lewis & Swan | Ralph E Chapman Esq | Post Office Box 428 | | Clarksdale | MS | 38614 | |
| Martinez Jose Angel Mata | Everardo Abrego | 944 W Nolana | Ste C | | Pharr | TX | 78577 | |
| Mazda Motor Of North America Inc Dba Mazda North America Operations | Filice Brown Eassa & Mccleod | 1999 Harrison St | 18th Fl | | Oakland | CA | 94612 | |
| Mc Wholesale Inc | Duane Smith Llp | Donald F Carey | 2325 W Broadway | Ste B | Idaho Falls | ID | 83402 | |
| Mcaleer Adrian | Schiffrin & Barroway Llp | J H Meltzer G D Wells Iii | 280 King Of Prussia Rd | | Radnor | PA | 19087 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Mcdaniel Dennis | Donald Orzeske | c/o Goodin Orzeske & Stevens | 9102 N Meridian St Ste 400 | | Indianapolis | IN | 46260 | |
| Mckee Stephen M | Armstrong & Lowe | 1401 S Cheyenne | | | Tulsa | OK | 74119-3440 | |
| Mclaughlin Susan A | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Merritt James And Bonnie | Laudig George Rutherford & Sipes | Kathleen A Musgrave Esq | 156 E Market St | Ste 600 | Indianapolis | IN | | |
| Metroploitan Life Insurance Co | Wooden & Mclaughlin Llp | Douglas B King | One Indiana Square | Ste 1800 | Indianapolis | IN | 46204-2019 | |
| Metropolitan Life Insurance Co | Lester Schwab Katz & Dwyer | Allan Marcus Esq | 1120 Broadway | | New York | NY | 10271 | |
| Mettrick Steven J | Richard T Saraf Esq | 665 Main St | Ste 400 | | Buffalo | NY | 14203 | |
| Mettrick Steven J | Steve Mettrick | Delphi Energy & Chassis | 1000 Lexington Ave | | Rochester | NY | 14606 | |
| Michael Klinginsmith | Cheryl Smith Fisher Esq | Magavern Magavern & Grimm Llp | 1100 Rand Bldg | 14 Lafayete Square | Buffalo | NY | 14203 | |
| Milford Dennis C | | 323 Dunn St | | | Rochester | NY | 14621-2508 | |
| Miller Robert S | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Minnesota Mining & Manufacturing Co D/b/a/ 3m | Barnes & Thornburg | Terri L Bruksch | 11 South Meridian St | | Indianapolis | IN | 46204 | |
| Minnick Ralph D | Laudig George Rutherford & Sipes | Linda George Esq | 156 East Market St | Ste 600 | Indianaplis | IN | | |
| Mitsubishi Motor Sales Inc | John P. McElroy, Esq., General Counsel | Mitsubishi Motors North America, Inc. | 6400 Katella Avenue | P.O. Box 6400 | Cypress | CA | 90630-0064 | |
| Money Jim | | 6003 Lakewood Dr | | | Fairfield | OH | 45011 | |
| Monrean Robert | | 1694 Lucretia Dr | | | Girard | OH | 44420 | |
| Moretti Lucia V | Lucia V Moretti | Delphi Product & Service Solutions | 1441 West Long Lake Rd | | Troy | MI | 48098 | |
| Morrison Thomas | Lerach Coughlin Stoia Geller Rudman & Robbins Llp | Samuel H Rudman Esq | 58 South Service Road | Suite200 | Melville | NY | 11747 | |
| Morton International Inc Successor In Interest To Thiokol Corporation | Lombardo & Gilles | Timothy J Minor Esq | 318 Cayuga St | | Salinas | CA | 93902 | |
| Motley Rosalyn | Wiggins Childs Quinn | & Pantazis Pc | The Kress Bldg 301 19th St | | Birmingham | AL | 35203 | |
| Mps Group Inc | Thomas E Boyle Attorneys At Law | 300 Spruce St | Fl One | | Columbus | OH | 43215 | |
| Multi Craft Installation Services Incorporated | Clark & Scott Pc | Anthony N Fox Esq | PO Box 380548 | | Birmingham | AL | 35238-0548 | |
| Munley Tom | | 10155 Cherry Tree Terrace | | | Washington Twp | OH | 45458 | |
| Nacco Materials Handling Group Inc | Lightfoot Franklin & White Llc | S Andrew Kelly Esq | The Clark Bldg | 400 20th St North | Birmingham | AL | 35203 | |
| National Automotive Parts Assoc D/b/a/ Napa | Bingham Mchale Llp | Dennis F Cantrell | 2700 Market Tower | 10 West Market St | Indianapolis | IN | 46204-2982 | |
| Naylon Craig | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Naylor Craig | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Ncoc Inc | Hardwick & Knight | Travis W Hardwick Esq | PO Box 968 | | Decatur | AL | 35602 | |
| Newman Tina | Jones & Taylor Llc | 2123 9th St | Ste 100 | | Tuscaloosa | AL | 35401 | |
| Newton David And Kathleen As Co Executor For Estate Of Frank Newton | Weitz & Luxenberg Pc | G Russell Ragland Esq | 180 Maiden Ln | | New York | NY | | |
| Nguyen James H | Cohen Garelick & Glazier Pc | Ste 800 Keystone Plaza | 8888 Keystone Crossing Blvd | | Indianapolis | IN | 46240-4636 | |
| Niekamp Cynthia | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Nu Tech Plastics Engineering Inc | Schwartz Law Firm Pc | J A Schwartz D E Fordree | 37887 W 12 Mile Rd | Ste A | Farmington Hills | MI | 48331 | |
| Obrien Michael And Ingrid Obrien | Laudig George Rutherford & Sipes | Linda George | 156 E Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Olin Corporation | Ct Corporation | 111 Eighth Ave | | | New York | NY | 10011 | |
| Oneal Rodney | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Oneill Mary P And Liam P | Clifford Law Offices Pc | Richard F Burke Jr Esq | 120 N Lasalle St | 31st Fl | Chicago | IL | 60602 | |
| Opie John | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Orbcomm Llc | Chadbourne & Pke Llp | Susan St Dennis | 350 S Grand Ave | Ste 3300 | Los Angeles | CA | 90071 | |
| Orlik Eva M | Kendall Hahn | 220 N Rangeline Rd | | | Carmel | IN | 46032 | |
| Owens Illinois Inc | Schiff Hardin & Waite | Paul Scrudato Esq | 623 5th Ave | 28th Fl | New York | NY | 10022 | |
| Owens Plating Company Inc | Cusimano Keener Roberts | Michael L Roberts | 153 South 9th St | | Gadsen | AL | 35901 | |
| Palmer Cindie L Estate Of Michael W Palmer | Mastromarco & Jahn Pc | Victor J Mastromarco Jr P34564 | 1024 N Michigan Ave | PO Box 3197 | Saginaw | MI | 48605-3197 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Pamela Doughty | Frie Arndt & Donbom | James J Arndt | 7400 Wadsworth Blvd | Ste 201 | Arvada | CO | 80003 | |
| Par Industries Llc | Legal Dept | 500 Commerce Dr | | | Amherst | NY | 14228 | |
| Par/viking 1106 Llc c/o Viking Industries Llc | Cheryl Smith Fisher Esq | Magavern Magavern & Grimm Llp | 1100 Rand Bldg | 14 Lafayete Square | Buffalo | NY | 14203 | |
| Parker Hannifin & Standard Motor Successor To Eis Brake Parts | Towle Denison Smith & Tavera | 10866 Wilshire Blvd | Ste 1270 | | Los Angeles | CA | 90024 | |
| Partridge Steve | Cusimano Keener Roberts Kimberley & Miles Pc | Michael L Roberts Esq | 153 South 9th St | | Gadsden | AL | | |
| Patent Holding Company | Walsh & Katz Ltd | A S Katz R B Breisblatt | 120 South Riverside Plaza | 22nd Fl | Chicago | IL | 60606 | |
| Patrick James | Cheryl Smith Fisher Esq | Magavern Magavern & Grimm Llp | 1100 Rand Bldg | 14 Lafayete Square | Buffalo | NY | 14203 | |
| Patterson Jon And Laaura Next Friends Of Karley Patterson | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Patterson Kelsey Deville And Jon Kobe Patterson Minors | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Pbr Australia Pty Ltd | Gardner Corton & Dagles | Richard M Duffey | 191 N Wheeler Dr | 3700 | Chicago | IL | 60606-1698 | |
| Peak Industries Inc | Moffatt Thomas Barrett Rock & Fields | Stephen R Thomas | 101 S Capital Blvd | 10th Fl PO Box 829 | Boise | ID | 83701 | |
| Penley Brian | | 2918 E Sr 38 | | | Westfield | IN | 46074 | |
| Pennington Jeff | Margaret H Mccollum | One North Main St | PO Box 510 | | Middletown | OH | 45042-0510 | |
| Penske Roger S | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Peter Elia Co Inc | Sugarman Law Firm Llp | Shannon Heneghan | 1600 Rand Building | 14 Lafayette Square | Buffalo | NY | 14203 | |
| Petrie James | | PO Box 1623 | | | Warren | MI | 48090 | |
| Pfizer Inc Pfizer | Edwards & Angell | John Hooper Esq | 750 Lexington Ave | | New York | NY | 10022 | |
| Phelps John W And Deborah J Phelps | Luadig George Rutherford & Sipes | L George W R Sipes | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Phillips Robert | Laudig George Rutherford & Sipes | Linda George Esqw Russell Sipes | 156 E Market St | Ste 600 | Indianapolis | IN | | |
| Piccirilli Edna | James A Fredericka Esq | Ambrosy And Fredericka | 144 North Pk Ave | Ste 200 | Warren | OH | 44481-1124 | |
| Plant Insulation Company | Jackson & Wallace LLP | 55 Francisco Street | 6th Floor | | San Francisco | CA | 94133 | |
| Pm Factors Inc D/b/a 1st Pmf Bancorp | Law Office Of Scott E Shapiro Pc | S E Shapiro H Yun | 17337 Ventura Blvd | Ste 200 | Encino | CA | 91316 | |
| Pneumo Abex Corporation Successor In Interest To Abex Corp | Mcquaid Metzler Bedford & Van Zandt | Penthouse Ste | 221 Main St | | San Francisco | CA | 94105-1909 | |
| Polito Michael A | Samuel F Prato Esq | Alliance Building Ste I 435 | I 83 East Main St | | Rochester | NY | 14604 | |
| Polk Jackie | | 5580 Kirkridge Trail | | | Oakland Twp | MI | 48306 | |
| Polvinen Mary Ann | | 10520 Village Court | | | Grand Blanc | MI | 48439 | |
| Precision Automotive Parts Of Oakland | Archer Norris | 2033 Main St | No 800 | | Walnut Creek | CA | 94596 | |
| Priest Aaron | Peter D Fischbein | 777 Terrace Ave | | | Hasbrouck Heights | NJ | 07604 | |
| Primus Metals | Randy | 938 Quail St | Unit E | | Lakewood | CO | 80215 | |
| Pritchard Deborah Brown | E Todd Tracy Esq | 5473 Blair Rd | Ste 200 | | Dallas | TX | | |
| Progressive Max Insurance Company | Freund Freeze & Arnold | Christopher F Johnson | One Dayton Centre Ste 1800 | 1 South Main St | Dayton | OH | 45402-2017 | |
| Proud Douglas And Esther | Luadig George Rutherford & Sipes | L George W R Sipes | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Prusheik Stacey | Alan C Olson & Associates Sc | 2880 South Moorland Rd | | | New Berlin | WI | 53151-3744 | |
| Psi Energy Inc | Baker & Daniels | Kevin Toner | 300 N Meridian St | Ste 2700 | Indianapolis | IN | 46204-1782 | |
| Pyc Mike | | 6374 Jennifer Dr | | | Lockport | NY | 14094 | |
| Pyc Mike | Brown & Chiari Llp | David W Olsen Esq | 5775 Broadway | | Lancaster | NY | 14086 | |
| Quake Global Inc | Blecher & Collins Pc | M M Blesher D R Pepperman | 611 West Sixth St | 20th Fl | Los Angeles | CA | 90017-3120 | |
| Quigley Company Inc | Edwards & Angell | John Hooper Esq | 750 Lexington Ave | | New York | NY | 10022 | |
| Quinn Calvin And Sylvia | Johnson Rasmussen Robinson & | John W Rasmussen Esq | 48 North Macdonald St | | Mesa | AZ | 85201 | |
| Quinn Lary And Mackey Tracy | Johnson Rasmussen Robinson & Allen Plc 00211700 | J W Rasmussen D W Robinson | 48 North Macdonald St | | Mesa | AZ | 85201 | |
| R E Wolfe Enterprises Of Edinburg Inc | Akin Gump Strauss Hauer & Feld Llp | Steven M Morgan | 1700 Pacific Ave | Ste 4100 | Dallas | FL | 75201 | |
| Rand Environmental Services Inc | David G Jennings | 250 E Broad St | Ste 900 | | Columbus | OH | 45215-3742 | |
| Raphael Naomi | Law Office Of Klari Neuwelt | Klari Neuwelt | 110 East 59th St | 29th Fl | New York | NY | 10022 | |
| Rapid American Corporation | Sonnenschein Nath & Rosenthal Llp | Linda Yassky Esq | 1221 Ave Of The Americas | | New York | NY | 10020 | |
| Re Wolfe Enterprises Of Texas Inc | Akin Gump Strauss Hauer & Feld Llp | Steven M Morgan | 1700 Pacific Ave | Ste 4100 | Dallas | FL | 75201 | |

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Reilly Industries Inc | Hannon Roop & Hutton Pc | Edward R Hannon | 320 North Meridian St | Ste 615 | Indianapolis | IN | 46204 | |
| Reno Joseph | Law Offices of Brad A Chalker LLC | PO Box 750726 | | | Dayton | OH | 45475 | |
| Republic Waste Industries Inc | Akin Gump Strauss Hauer & Feld Llp | Steven M Morgan | 1700 Pacific Ave | Ste 4100 | Dallas | FL | 75201 | |
| Republic Waste Service Of Texas Ltd Sucessor To Landfilll Mgmt Inc | Akin Gump Strauss Hauer & Feld Llp | Allison Buall | 1700 Pacific Ave | Ste 4100 | Dallas | FL | 75201 | |
| Rielly Jr Thomas A | Elwood S Simon & Associates Pc | E S Simon J P Zuccarini | 355 South Old Woodward Ave | Ste 250 | Birmingham | MI | 48009 | |
| Robert A Keasbey Company | Lafbbate Balkan Colavita & Contini Llp | Anna Dilonardo Esq | 1050 Franklin Ave | | Garden City | NY | 11530 | |
| Rockwell Automation | Nixon Peabody Llp | Samuel Goldblatt | 800 Cathedral Pk Tower | 37 Franklin St | Buffalo | NY | 14202 | |
| Rockwell Automation Inc | Shea & Gardner | 1800 Massachusetts Ave Nw | | | Washington | DC | 20036-1872 | |
| Roger S Penske | Larry Bluth | Penske Corporation | 2555 Telegraph Rd | | Bloomfield Hills | MI | 48302-0954 | |
| Rosen Ruben J | Steven T Fulk Esq | Fulk & Allain | 320 Massachusetts Ave | | Indianapolis | IN | 46204 | |
| Ross Marion And William | Archer & Greiner Pc | Frank D Allen Esq | One Centennial Square | Pobox 3000 | Haddonfield | NJ | 08033-0968 | |
| Ross Tonya | | 104 Macgregor Dr | | | Trotwood | OH | 45426 | |
| Rowell Lynn | Binder & Binder PC | 215 Park Avenue South | 6th Floor | | New York | NY | 10003-3607 | |
| Rowley Donald | Scott Scott Llc | Geoffrey M Johnson | 33 River St | | Chagrin Falls | OH | 44022 | |
| Royal Freight Lp | Yzaguirre & Chapa | Roberto J Yzaguirre Esq | 6521 North 10th St | Ste A | Mcallen | TX | | |
| Rts Financial Service Inc | Sherman Taff & Bangert | Jack T Bangert | 1100 Main St | Ste 2890 PO Box 26530 | Kansas City | MO | 64196 | |
| Runkle Donald | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Runkle Donald A | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Runkle Donald S | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Russell Thomas And Norma | Laudig George Rutherford & Sipes | L George W R Sipes | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Saab Cars Usa Inc | Grace Genson Cosgrove & Schirm | 444 South Flower St | Ste 1100 | | Los Angeles | CA | 90071 | |
| Savage Darrin | | PO Box 35262 | | | Kansas City | MO | 64134-5262 | |
| Scandura Inc | Sedgwick Deter Moran & Arnold | One Embarceadero Ctr | 16th Fl | | San Francisco | CA | 94111 | |
| Schill Michael | Laudig George Rutherford & Sipes | Linda George | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Sedberry Joyce And Ray | Law Offices Of G Lynn Shumway | G Lynn Shumway Esq | 6909 East Greenway Pkwy | Ste 200 | Scottsdale | AZ | 85254-2172 | |
| Semtech Corpus Christi Corp | Dan Worthington, Esq | Atlas & Hall LLP | 818 Pecan Boulevard | | McAllen | TX | 78501 | |
| Sexton Gary H | | 1027 Chalet Ave | | | New Carlisle | OH | 45344 | |
| Sheehan John D | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Shiets John | Hainer & Berman Pc | Leonard K Berman | 24255 West 13 Mile Rd | Ste 270 | Bingham Farms | MI | 48025 | |
| Shotwell Gregg M | | 59 Fitch Pl Se | | | Grand Rapids | MI | 49503 | |
| Siemens Vdo Automotive Corporation | Kathleen A Lang Michelle V Thurber Dickinson Wright | 500 Woodward Ave | Ste 4000 | | Detroit | MI | 48226-3425 | |
| Smith James O And Betty J | Laudig George Rutherford & Sipes | L George W R Sipes | 156 E Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Smith Lori | Hochman & Plunkett Co Lpa | Ste 650 Talbott Tower | | | Dayton | OH | 45402 | |
| Smolik Lillie | Cole Cole & Easley Pc | Rex L Easley Jr | 302 West Forrest St | Po Drawer 510 | Victoria | TX | 77902-0510 | |
| Southtrust | Eric F Hatten James J Robinson D Christopher Carson Jason D Woodard | Burr & Forman Llp | 420 North 20th St | 3100 Wachovia Tower | Birmingham | AL | 35203 | |
| Southtrust | Dennis C Sweet Iii Richard Freese | Sweet & Freese Pllc | 201 North President St | | Jackson | MS | 39201 | |
| Southtrust Bank | Watkins Ludlam Winter & Stennis Pa | Alveno M Castilla Mb 5924 | 633 North State St | | Jackson | MS | | |
| Spiral Binding Company Inc | Martin Drought & Torres Inc | Gerald Drought | Bank Of America | 25th Fl 300 Convent St | San Antonio | TX | 78205 | |
| Spiral Binding Company Inc | Robert Roth | One Maltese Dr | | | Totowa | NJ | 07511 | |
| Sprunger Thomas | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | Ste 600 | New York | NY | 10022-6069 | |
| Stansbury Ii Robert L | Laudig George Rutherford & Sipes | L George W R Sipes | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| State Farm Mutual Automobile Insurance Company | Huckabay Munson Rowlett & Moore Pa | Elizabeth Fletcher | Regions Ctr | Ste 1900 400 West Capitol Ave | Little Rock | AR | 72201 | |
| Steel Grip Inc F/k/a/ Industrial Glove | Mckenna Storer | Bruce B Marr | 33 North Lasalle St | Ste 1400 | Chicago | IL | 60602-2610 | |
| Stejakowski Dennis And Fay Stejakowski | Liss & Shapero | A D Shapero M M Martin | 2695 Coolidge Hwy | | Berkley | MI | 48072 | |
| Stellar Satellite Communications Ltd | Chadbourne & Pke Llp | Robert A Swinger | 30 Rockefeller Plaza | | New York | NY | 10112 | |
| Stewart Andrew | | 2824 Ruppuhn Dr | | | Saginaw | MI | 48603 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Stuck Ronald P Shelley A Stuck | Laudig George Rutherford & Sipes | L George W R Sipes | 156 E Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Stull Virginia Md | | 731 Hidden Circle | | | Dayton | OH | 45458 | |
| Subaru Of America Inc | Grace Genson Cosgrove & Schirm | 444 South Flower St | Ste 1100 | | Los Angeles | CA | 90071 | |
| Sueltz Patricia C | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Sueltz Patricia S | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Synchronus Industrial Services Inc | Samuel W Junkin Pc | 601 Greensboro Ave | Ste 600 Alston Pl | | Tuscaloosa | AL | 35041 | |
| Teknor Apex Company | Clark Edgecomb | William C Book | 1221 Mckinney St | Ste 4300 | Houston | TX | 77010-2010 | |
| The Chamberlain Group Inc | Fitch Even Tabin & Flannery | Karl R Fink | 120 South Lasalle St | Ste 1600 | Chicago | IL | 60603-3406 | |
| The Delphi Corp Board Of Directors Executive Committee | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| The Delphi Corporation Board Of Directors | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| The Delphi Corporation Of Directors Executive Committee | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| The Dow Chemical Company | Laudig George Rutherford & Sipes | Linda George | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| The Employee Benefit Plans Committee | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| The Executive Committee Of Delphis Board Of Directors | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Thomas Dee Engineering Company Inc | Walsworth Franklin Bevins & Mccall Llp | 550 Montgomery St | 8th Fl | | San Francisco | CA | 94111 | |
| Thyssenkrupp Budd Co | | 3155 W Big Beaver Rd | PO Box 2601 | | Troy | MI | 48007-2601 | |
| Thyssenkrupp Budd Company | | 2109 Oakland Pkwy | | | Columbia | TN | 38401 | |
| Thyssenkrupp Budd Company | Shared Service Ctr | PO Box 5036 | | | Troy | MI | 48007-5036 | |
| Thyssenkrupp Budd Company Aka The Budd Company | c/o Jackson Wallace LLP | 55 Francisco Street, 6th Floor | | | San Francisco | CA | 94133 | |
| Tinell Frankie | Squire, Sanders & Dempsey | Greg Wehrer, Esq. | 1300 Huntington Center | 41 S. High Street | Columbus | OH | 43215-6197 | |
| Tk Electronics Inc | Foley & Lardner Llp | J R Trentacosta J C Mitchell | One Detroit Ctr | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Toyota Motor North America Inc | London Fischer | Todd Hesekiel | 59 Maiden Ln | | New York | NY | 10038 | |
| Toyota Motor Sales Usa Inc | Bowman & Brooke | 1741 Technology Dr | Ste 200 | | San Jose | CA | 95110-1355 | |
| Trw Automotive Holdings Corporation | Clifford Chance Us Llp | Boyd T Cloern | 2001 K St Nw | | Washington | DC | 20006-1001 | |
| Turinsky Paul J | John B Gibbons | 2000 Standard Bldg | 1370 Ontario St | | Cleveland | OH | 44113 | |
| Uaw | | 1543 Alwildy Ave | | | Dayton | OH | 45408 | |
| Uaw | | 221 Dewey Ave | | | Rochester | NY | 14608 | |
| Uaw | Solidarity House | 8000 Jefferson Ave | | | Detroit | MI | 48214 | |
| Uaw Local 467 | Connye Harper Esq | Uaw International | 8000 E Jefferson Ave | | Detroit | MI | 48214 | |
| Uaw Local 651 | Connye Harper Esq | Uaw International | 8000 E Jefferson Ave | | Detroit | MI | 48214 | |
| Union Carbide Corp | Locke Reynolds Llp | Michael A Bergin | 201 N Illinois St | Ste 1000 | Indianapolis | IN | 46244-0961 | |
| Union Carbide Corporation | Anderson Kill & Olick | Judith Yavitz Esquire | 1251 Ave Of The Americas | | New York | NY | 10020 | |
| Uniroyal Inc | Law Offices Of Nancy E Hudgins | 565 Commercial Street | | | San Francisco | CA | 94111 | |
| Us Aeroteam Inc | Robins Kaplan Miller & Ciresi Llp | R T Kugler B D Manning | 2800 Lasalle Plaza | 800 Lasalle Ave | Minneapolis | MN | 55402 | |
| Us Rubber Company Uniroyal | Greenfield Stein & Senoir | Andrew Bart Esq | 600 Third Ave | 11th Fl | New York | NY | 10016 | |
| Usa Technologies Inc | Paine Hamblen Coffin Brook & Miller Llp | Scott C Cifrese | 714 West Sprague Ave | Ste 1200 | Spokane | WA | 99201 | |
| Vasquez Joe R D/b/a Farmers Marketing Service Et Al | Law Office Of William J Tinning | 1013 Bluff Dr | | | Portland | TX | 78374 | |
| Viacom Inc As Successor By Merger Cbs Corp Fka Westinghouse Electric | Malaby Carlisle & Bradley Llc | William Bradley Esq | 150 Broadway | Ste 600 | New York | NY | 10038 | |
| Viking Industries Llc | Cheryl Smith Fisher Esq | Magavern Magavern & Grimm Llp | 1100 Rand Bldg | 14 Lafayete Square | Buffalo | NY | 14203 | |
| Wachovia Bank NA successor by merger to SouthTrust Bank | Christopher D Carson | Burr & Forman LLP | 420 N 20th Street Suite 3100 | | Birmingham | AL | 35203 | |
| Wagner Don N | Mark Wilson | 5231 Belleaire Blvd | | | Bellaire | TX | 77401 | |
| Waldo Richard L And Gwendolyn A Waldo Plaintiffs V | Laudig George Rutherford & Sipes | L George W R Sipes | 156 E Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Warren Communications News | | 2115 Ward Ct Nw | | | Washington | DC | 20037 | |
| Warren Communications News | Wiley Rein & Fielding | Thomas Kirby | 1776 K St Nw | | Washington | DC | 20006 | |
| Watkins Motors Lines | Warren M. Pulner, Attorney at Law | 747 S. San Antonio | Suite 201 | | El Paso | TX | 79901 | |

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Weilheimer Harry D | Bull & Lifshitz Llp | Peter D Bull Esq | 18 East 41st St | | New York | NY | 10017 | |
| Weintraub Gaye | Carrigan Mccloskey & Roberson Llp | John Robertson Esq | 5300 Memorial Dr | Ste 700 | Houston | TX | 77007 | |
| Western Macarthur Company | Brobeck Phleger & Harrison | One Market Plaza | Spear St Tower | 23rd Fl | San Francisco | CA | 94105 | |
| Westley Industries Inc | Oneill Wallace & Doyle Pc | D Carbajal J J Danieleski Jr | PO Box 1966 | | Saginaw | MI | 48605-1966 | |
| Westley International Inc F/ka Buena Vista Coatings Inc | Oneill Wallace & Doyle Pc | D Carbajal J J Danieleski Jr | PO Box 1966 | | Saginaw | MI | 48605-1966 | |
| Wheeler Bruce C | Morris Cantor Lukasik Dolce & Panepinto Pc | 1000 Liberty Building | | | Buffalo | NY | 14202 | |
| Whiteside James | | 922 Sand Hill Rd | | | Caledonia | NY | 14423 | |
| Whitney Gary | Helmer Friedman Llp | 723 Ocean Front Walk | | | Venice | CA | 90291 | |
| Whitson James P | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Williams Jr John J | Mark A Corder Esq | 232 S Cherry | | | Olathe | KS | 66061 | |
| Willis John R Management Partnership Ltd | Law Office Of William J Tinning | William J Tinning | 1013 Bluff Dr | | Portland | TX | 78374 | |
| Willis Steven | Elwood S Simon & Associates Pc | E S Simon J P Zuccarini | 355 South Old Woodward Ave | Ste 250 | Birmingham | AL | 48009 | |
| Wilson Donna R | Chaklos Jungerheld Hahn | & Washburn Pc | PO Box 6128 | | Saginaw | MI | 48608 | |
| Wohleen David B | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Wood Ralph | | 807 E 32nd St | | | Anderson | IN | 46016-5429 | |
| Woodson Harold | Leonard Kruse Pc | 4190 Telegraph Rd | Ste 3500 | | Bloomfield Hills | MI | 48302 | |
| Woolridge Loretta | | 1356 East Fairview Ln | | | Rochester Hills | MI | 48306 | |
| Worldwide Battery Company Llc | | 12770 Merit Dr | Ste 400 | | Dallas | TX | 75251 | |
| Worldwide Battery Company Llc | Roberge & Roberge | Christopher S Roberge | 9190 Priority Way West Dr | Ste 100 | Indianapolis | IN | 46240 | |
| Wright Eugene A | Law Office Of Mark E Williams | Renee T Vander Hagen P43771 | 38700 Van Dyke Ave | Ste 150 | Sterling Heights | MI | 48312 | |
| Wyman Thomas H | Shearman & Sterling | Marc D Ashley Esq | 599 Lexington Ave | | New York | NY | 10022-6069 | |
| Wynn Jr James I | | 163 Marlborough Rd | | | Rochester | NY | 14619 | |
| Yates Dale A And Jacqueline R Yates | Luadig George Rutherford & Sipes | L George W R Sipes | 156 East Market St | Ste 600 | Indianapolis | IN | 46204 | |
| Yount Loretta | Kenneth J Ignozzi Esq | Dyer Garofalo Mann & Schultz | 131 North Ludlow St | Ste 1400 | Dayton | OH | 45402 | |
| Zenith Electronics Corporation Of Texas | Jones Day | Michael M Gibson | 717 Texas | Ste 3300 | Houston | TX | 77002 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 13

7/30/2007 4:59 PM
Litigation Parties list 070726