Exhibit "E"

**Summary Chart**

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant: O'Melveny & Myers LLP**

**Role: Special Labor Counsel to Debtors**

**Current Application: Fifth Interim**          **Fees Requested:**        $ 258,751.00
                                                 **Expenses Requested:**    $ 347,012.84
**RETAINER PAID: $300,000.00**

A. **Summary of Timekeepers**

| Timekeeper | Year Admitted | Dept. | Rate Hours | Hours[1] | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 875.00 | 58.70 | $ 51,362.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 795.00 | 110.50 | $ 87,847.50 |
| Gordon Krischer | 1972 | Adversarial/Labor | $ 795.00 | 0.80 | $ 636.00 |
| Barry H. Goldstein | 1990 | Adversarial | $ 740.00 | 0.30 | $ 222.00 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 550.00 | 11.20 | $ 6,160.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 550.00 | 100.90 | $ 55,495.00 |
| Jennifer Merzon | 2003 | Adversarial/Labor | $ 525.00 | 35.60 | $ 18,690.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 390.00 | 16.70 | $ 6,513.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 390.00 | 38.10 | $ 14,859.00 |
| Stacy Hauf | 2006 | Adversarial | $ 360.00 | 31.60 | $ 11,376.00 |
| Mark Kanaga | 2007 | Adversarial/Labor | $ 330.00 | 14.50 | $ 4,785.00 |
| **Attorney Total** | | | | **418.90** | **$ 257,946.00** |
| **Attorney Blended Rate** | | | | | **$ 615.77** |
| **Paraprofessionals** | | | | | |
| Michelle Woo | | Adversarial | $ 175.00 | 4.40 | $ 770.00 |
| Michael Montalto | | Court Services | $ 35.00 | 1.00 | $ 35.00 |
| **Paraprofessional Total** | | | | **5.40** | **$ 805.00** |

---

[1] Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

| | | | | | |
|---|---|---|---|---|---|
| **Paraprofessional Blended Rate** | | | | | $ 149.07 |
| **Attorney and Paraprofessional Total** | | | | 424.30 | $ 258,751.00 |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** | | | | | $ 609.83 |