Exhibit "F"

**Expenses By Type**

| Cost Code | Billed Amount | Category |
|---|---|---|
| E101E | $ 949.90 | Copying (Equitrac - Internal) |
| E101E | $ 26.35 | Specialty Copying |
| E105A | $ 0.19 | Telephone (Accounts Payable) |
| E106W | $ 8,312.57 | Online Research (Westlaw) |
| E106L | $ 26.65 | Online Research (Lexis-Nexis) |
| E106M | $ 2.40 | Online Research (Miscellaneous) |
| E107 | $ 180.39 | Delivery Services/Messengers |
| E109TX | $ 235.97 | Local Travel (Taxi) |
| E110 | $ 657.19 | Expense Report Other - Include Out of Town |
| E110EM | $ 42.69 | Out of Town Travel (Expense Report-Meals) |
| E110T | $ (3,909.47) | Out of Town Travel (Direct Bill Firm-Airfare) |
| E119H | $ 337,044.51 | Experts (Hold) |
| E119A | $ 3,397.20 | Experts (Accounts Payable) |
| E130S | $ 46.30 | Scanning Services |
|  |  |  |
| Total Fifth Interim Period Expenses | $ 347,012.84 |  |