# Exhibit B

## Schedule of Fees and Expenses by Project

Delphi Corporation
For the Period February 3, 2007 through June 1, 2007

| Service Line: | Fees: | Fees @ 80% | Expenses: |
|---|---:|---:|---:|
| • Audit Services | | | |
| o 2007 Consolidated Audit - A1 | $ 3,000,000 | $ 2,400,000 | $ 23,758 |
| o Accounting Assistance - A2 | | | |
| o Ashimori | 4,477 | 3,582 | - |
| o Bankruptcy | 25,631 | 20,505 | - |
| o Catalyst | 62,483 | 49,986 | - |
| o Corporate | 425,761 | 340,608 | - |
| o Financial Remediation | 173,901 | 139,120 | - |
| o Fresh Start Accounting | 36,766 | 29,413 | - |
| o Furukawa | 17,626 | 14,101 | - |
| o IT Remediation | 69,724 | 55,779 | - |
| o S-1 Registration Statement | 31,412 | 25,130 | - |
| o Saginaw 2007 Audit | 30,549 | 24,439 | 397 |
| o Saginaw Carve-Out Audit | 324,356 | 259,485 | 1,459 |
| o SAP Pre-Implementation | 325,096 | 260,076 | 362 |
| o Tax - Dry Run | - | - | - |
| o Fee Application Preparation | 208,387 | 166,710 | - |
| • Tax Services | | | |
| o Bankruptcy Tax | 216,797 | 173,437 | 1,201 |
| o International Tax | 429,304 | 343,443 | 13,228 |
| **Total Requested Payment (Fees - 80%, Expenses - 100%)** | $ 5,382,268 | $ 4,305,814 | $ 40,405 |