Exhibit C
Delphi Corporation
Summary of Hourly Rates by Professional for Exhibit D
For the Period February 3, 2007 through June 1, 2007

| Last Name | First Name | Initials | Title | Hours | Rate |
|---|---|---|---|---|---|
| Adamowicz | Fletcher | FA | Senior | 13.7 | $450 |
| Aljirafi | Wail | WA | Intern | 20.1 | $120 |
| Aquino | Heather | HRA | Client Serving Associate | 572.6 | $140 |
| Artale | Sabrina A. | SAA | Manager | 4.0 | $330 |
| Asher | Kevin F. | KFA | Partner | 340.0 | $770 |
| Baier | Simone | SB | Senior | 74.3 | $450 |
| Barber | Keith A. | KAB | Senior | 52.6 | $300 |
| Barwin | Kristen N. | KNB | Staff | 127.0 | $220 |
| Beckman | James J. | JJB | Partner | 8.6 | * |
| Berard | Peter | PB | Manager | 1.0 | $550 |
| Blanchard JR | Jerred G. | JFB | Partner | 1.0 | $750 |
| Blank | Jacob M. | JMB | Partner | 21.5 | $750 |
| Bleeker | Alderik | AB | Manager | 13.5 | $550 |
| Boehm | Michael J. | MJB | Manager | 515.6 | $330 |
| Budowanec | Phillip M. | PMB | Staff | 1.0 | $140 |
| Burns JR | John E. | JEB | Senior Manager | 14.0 | $470 |
| Buser | Jay | JB | Manager | 164.5 | $330 |
| Cash | Kevin L. | KLC | Partner | 99.4 | $575 |
| Chamarro | Destiny D. | DDC | Staff | 577.4 | $220 |
| Charlton | James | JC | Partner | 1.8 | $750 |
| Ciungu | Roxana M. | RMC | Staff | 135.7 | $140 |
| Clarke | Hayley L. | HLC | Staff | 324.5 | $220 |
| Conat | Arthur L. | ALC | Executive Director | 12.0 | $520 |
| Coran | Thomas W. | TWC | Senior | 0.7 | * |
| Craig | Tashawna N. | TNC | Staff | 187.5 | $140 |
| Dawson | John | JD | Partner | 1.0 | * |
| DeMers | Laurie A. | LAD | Senior Manager | 156.7 | $470 |
| Devitt | Barry J. | BJD | Senior Manager | 65.6 | $520 |
| Eckhardt | Thomas A. | TAE | Partner | 9.8 | $750 |
| Ellis | Timothy A. | TAE | Senior | 3.0 | * |
| Ericson | Molly | ME | Manager | 66.1 | $500 -$550 |
| Evans | Kristian G. | KGE | Staff | 19.5 | $220 |
| Ferguson | Stephen J. | SJF | Executive Director | 40.0 | $660-$680 |
| Fine | Charles E. | CEF | Senior | 32.0 | * |
| Fitzpatrick | Michael J. | MJF | Partner | 49.0 | $825 |
| Ford | David Hampton | DHF | Staff | 54.3 | * |
| Gerber | Katherine A. | KAA | Senior | 7.7 | $300 |
| Gibney | Brian B. | BBG | Partner | 3.9 | $750 |
| Golightly | Kim O. | KOG | Partner | 1.8 | $750 |
| Groen | Gerrit | GG | Senior Manager | 0.8 | $650 |
| Harbaugh | James M. | JMH | Senior | 45.6 | $250 |
| Hargus | Lisa D. | LDH | Senior Manager | 29.8 | * |
| Hart | Kevin M. | KMH | Senior | 30.1 | $450 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 541.5 | $470 |
| Hegelmann | Julie Ann | JAH | Senior | 333.5 | $300 |
| Hellmund | Marili | MH | Client Serving Associate | 115.5 | $100 |
| Hendy | James W. | JWH | Executive Director | 31.0 | $520-$575 |
| Henning | Jeffrey M. | JMH | Partner | 307.0 | $575 |
| Heymans | Thomas | TH | Senior | 1.5 | $450 |
| Horner | Kevin John | KJH | Staff | 372.1 | $220 |
| Hosein | Sandra S. | SH | Client Serving Associate | 114.0 | $100 |
| Huffman | Derek T. | DTH | Senior | 29.8 | $275 |

| | | | | | |
|---|---|---|---|---|---|
| Humphrey | Miles | MH | Manager | 5.6 | $550 |
| Huysmans | Serge | SH | Partner | 83.5 | $650-$750 |
| Imberger | Guido | GI | Senior Manager | 257.9 | $470 |
| Ingles | Beatrice | BI | Client Serving Associate | 165.5 | $100 |
| Inoue | Claudio T. | CTI | Staff | 6.3 | $160 |
| Kane | Steven M. | SMK | Manager | 5.0 | $375 |
| Kearns | Matthew R. | MRK | Senior | 259.7 | $300 |
| Kelley | Daniel F. | DFK | Partner | 65.6 | $575-$680 |
| Kennedy | Gareth L. | GLK | Manager | 10.9 | * |
| Kennedy | Kelly | KK | Staff | 2.5 | $220 |
| Keown | Karen M. | KMK | Senior Manager | 60.7 | $600 |
| Kilts JR. | George W. | GWK | Staff | 38.5 | $160 |
| Kinzly | Mark P. | MPK | Senior | 219.0 | $250 |
| Kirvan | David M. | DMK | Senior Manager | 4.0 | * |
| Knox | Jannell | JK | Senior Manager | 3.0 | * |
| Krabill | Aaron J. | AJK | Senior Manager | 671.7 | $470 |
| Kroneman | Ratna | RK | Manager | 5.0 | $550 |
| Kwon | Min Young | MYK | Senior Manager | 20.0 | $650 |
| Lawler | Ryan P. | RPL | Staff | 2.5 | $140 |
| Liebman | Richard D. | RDL | Principal | 1.4 | $750 |
| Lin | Shin Yin | SYL | Manager | 11.0 | * |
| Maksymczak | Agnieszka | AM | Senior Manager | 37.3 | $650 |
| Marold | Erick W. | EWM | Senior | 632.2 | $275 |
| Martinez Hernandez | Eduardo | EMH | Staff | 8.0 | * |
| Martus | Tyler R. | TRM | Staff | 1.1 | $160 |
| Mc Bride Jr. | James E. | JEM | Senior Manager | 11.3 | $600 |
| Mendrygal | Drew B. | DBM | Staff | 4.6 | * |
| Menger | Jorg | JM | Partner | 11.9 | $750 |
| Mesler | Mark S. | MSM | Executive Director | 1.0 | $680 |
| Michalak | Jeffrey M. | JMM | Partner | 7.0 | $750 |
| Miller | Nicholas S. | NSM | Manager | 629.5 | $330 |
| Mukhtar | Mark J. | MJM | Partner | 96.0 | $680 |
| Murillo | Jose E. | JEM | Senior Manager | 0.4 | $650 |
| Nicol | Jeremy M. | JMN | Staff | 210.8 | $140 |
| Noonan | David R. | DRN | Senior Manager | 1.5 | $470 |
| Ochoa | Melissa | MO | Client Serving Associate | 118.5 | $100 |
| Odomirok | Kathleen C. | KCO | Senior Manager | 2.0 | * |
| Pacella | Shannon M. | SMP | Manager | 444.3 | $330 |
| Patel | Sejal | SP | Intern | 196.1 | $100 |
| Pedersen | Erik | EP | Senior | 37.2 | $250 |
| Peterson | Christopher A. | CAP | Manager | 6.3 | * |
| Piatt | Lauren E. | LEP | Staff | 22.1 | $200-$275 |
| Pikos | Matthew C. | MCP | Senior | 53.3 | $250 |
| Polak | Matthew J. | MJP | Senior Manager | 43.1 | $520 |
| Pouchard | Alexandre Jean-Paul Alain | AP | Manager | 6.4 | $500 |
| Powers | Laura | LP | Staff | 2.9 | * |
| Preisig | Alfred W. | AWP | Senior Manager | 2.5 | $650 |
| Pudlowski | Edward M. | EMP | Partner | 8.0 | * |
| Ranney | Amber C. | ACR | Senior | 589.3 | $275 |
| Rauch | Oliver | OR | Manager | 1.9 | $550 |
| Reddy | Smitha Pingli | SPR | Manager | 8.3 | * |
| Rothmund | Mario Valentin | MVR | Senior | 379.8 | $250 |
| Royall II | Robert L. | RLR | Partner | 1.5 | $825 |
| Saimoua | Omar Issam | OIS | Staff | 352.8 | $220 |
| Sanusi | Adrian | AS | Intern | 106.0 | $100 |
| Schaffert | Glen A. | GAS | Partner | 7.5 | $825 |
| Schwandt | Lisa N. | LNS | Staff | 414.4 | $140 |
| Seok | Jin H. | JHS | Manager | 10.0 | $550 |

| Sheckell | Steven F. | SFS | Partner | 608.6 | $575 |
|---|---|---|---|---|---|
| Sherrock | Justin J. | JJS | Staff | 7.0 | $220 |
| Siler | Klaus | KS | Senior Manager | 10.6 | $650 |
| Simpson | Emma-Rose S. | ESS | Staff | 340.9 | $220 |
| Simpson | Jamie | JS | Senior Manager | 339.3 | $470 |
| Slay | Jonathan C. | JCS | Staff | 0.8 | * |
| Smith | Carolyn E. | CES | Staff | 202.9 | $140 |
| Smoker | Claire E. | CEW | Client Serving Associate | 7.5 | * |
| Steere | Robert S. | RSS | Senior Manager | 1.5 | $650 |
| Stille | Mark Jacob | MJS | Senior | 362.6 | $250 |
| Strehlow | Val | VPS | Senior Manager | 11.2 | $600 |
| Tanner | Andrew J. | AJT | Senior Manager | 34.7 | $520 |
| Tau | King-Sze | KST | Senior | 320.0 | $275 |
| Tobin | James | JT | Partner | 7.5 | $750 |
| Tosto | Cathy I. | CIT | Partner | 237.3 | $575-$680 |
| Treanor | Paul T. | PTT | Client Serving Associate | 89.5 | $100 |
| Trumbull | Eric J. | EJT | Manager | 67.6 | $500 |
| Tucker | Howard J. | HJT | Partner | 66.1 | $700-$750 |
| Victoriano | Eileen M. | EMV | Senior | 4.0 | $275 |
| Voortman | Anna | AV | Partner | 106.8 | $700-$750 |
| Wainscott | Robert H. | RHW | Executive Director | 0.5 | * |
| Ward | Richard D. | RDW | Executive Director | 86.4 | $660-$750 |
| Wejcman | Pablo | PW | Senior Manager | 1.0 | * |
| Wetherington | Trevor | TTW | Executive Director | 2.3 | $575 |
| Williams | Michael K. | MKW | Partner | 6.0 | $750 |
| Wisniewski | James J. | JJW | Executive Director | 1.0 | $750 |
| Wong | Hsin Yee | HYW | Senior | 0.3 | * |
| Yang | Jinglu | JY | Senior | 83.0 | $250 |
| | | | | 15,119.6 | |

Please note: Hourly fees marked by "*" are individuals who commenced work on fixed fee engagements. The fee is not calculated on number of hours times each professional's rate per hour.