Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period February 3, 2007 through March 2, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Ford | David Hampton | DHF | Staff | 2/3/2007 | Packard - Lodging incurred while in Warren, OH to review PwC's rollforward control testing and tooling substantive testing (1 night). | $135 | A1 |
| Ford | David Hampton | DHF | Staff | 2/5/2007 | Dayton SSC - Dinner out of town while in Dayton. | $20 | A1 |
| Ford | David Hampton | DHF | Staff | 2/5/2007 | Dayton SSC - Mileage from Northville, MI to Dayton OH. | $100 | A1 |
| Ford | David Hampton | DHF | Staff | 2/6/2007 | Dayton SSC - Dinner out of town while in Dayton. | $20 | A1 |
| Ford | David Hampton | DHF | Staff | 2/7/2007 | Dayton SSC - Mileage from Dayton, OH to Troy, MI | $113 | A1 |
| Ford | David Hampton | DHF | Staff | 2/7/2007 | Dayton SSC - Lodging for 2 nights while in Dayton, OH. | $241 | A1 |
| Cash | Kevin L. | KLC | Partner | 2/13/2007 | Lodging while performing Delphi Review of ITGC workpapers and status update meeting re ITCG 404 (1 night) | $202 | A1 |
| | | | | | **A1 Project Total:** | **$832** | |
| **Accounting Assistance - A2** | | | | | | | |
| **Saginaw Carve-Out Audit** | | | | | | | |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 2/9/2007 | Roundtrip mileage from Troy, MI to Saginaw to participate in management session related KPMG carve-out financial statement process. S. Daniels, J. Perkins and P. Kahn in attendance. | $79 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 2/16/2007 | Roundtrip mileage from Troy, MI to Saginaw to particiate in carve-out audit financial reporting session. | $78 | A2 |
| | | | | | **A2 Saginaw Carve-Out Project Total:** | **$156** | |
| | | | | | **A2 Project Total:** | **$156** | |
| **Tax International - A3** | | | | | | | |
| Voortman | Anna | AV | Partner | 2/15/2007 | Roundrip airfare to Detroit from Chicago. | $245 | A3 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Voortman | Anna | AV | Partner | 2/19/2007 | Parking at airport while in Detroit (1 day). | $37 | A3 |
| | | | | | A3 Project Total: | $282 | |

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period March 3, 2007 through March 30, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Cash | Kevin L. | KLC | Partner | 3/12/2007 | Lodging while out of town in Troy, MI (1 night) | $246 | A1 |
| | | | | | **A1 Project Total:** | **$246** | |
| **Accounting Assistance - A2** | | | | | | | |
| **Saginaw Carve-Out Audit** | | | | | | | |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 3/9/2007 | Roundtrip mileage incurred to attend KPMG working session in Saginaw, MI. | $79 | A2 |
| | | | | | **A2 Saginaw Carve-Out Project Total:** | **$79** | |
| **SAP Pre-Implementation** | | | | | | | |
| Clarke | Hayley L. | HLC | Staff | 3/15/2007 | Lodging while out of town in Troy, MI (1 night). | $226 | A2 |
| Clarke | Hayley L. | HLC | Staff | 3/14/2007 | Lodging while out of town in Troy, MI (1 night). | $136 | A2 |
| | | | | | **A2 SAP Pre-Implementation Project Total:** | **$362** | |
| | | | | | **A2 Project Total:** | **$440** | |
| **Tax International - A3** | | | | | | | |
| Huysmans | Serge | SH | Senior Manager | 2/16/2007 | Roundtrip airfare from Chicago to Detroit, MI for Delphi visit. | $449 | A3 |
| Huysmans | Serge | SH | Senior Manager | 2/19/2007 | Parking at airport for trip to Detroit, MI (1 day). | $26 | A3 |
| Huysmans | Serge | SH | Senior Manager | 2/19/2007 | Roundtrip mileage to airport for trip to Detroit, MI. | $15 | A3 |
| Ferguson | Stephen J. | SJF | Executive Director | 3/2/2007 | Roundtrip airfare for meeting in New York with H. Tucker, R. Ward, J. Michalak, A. Voortman, S. Ferguson, K. Keown, D. Kelley, S. Huysmans and Foreign Desk Representatives to discuss effect of NUBIL, RBIL and 382 Limitation on International Planning and Foreign Tax Planning Opportunities. | $354 | A3 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Huysmans | Serge | SH | Senior Manager | 3/2/2007 | Airfare from Chicago to New York re: Delphi meeting to discuss 382 position and international tax planning | $335 | A3 |
| Kelley | Daniel F. | DFK | Partner | 3/2/2007 | Airfare from Detroit to New York re: Delphi meeting to discuss 382 position and international tax planning | $503 | A3 |
| Keown | Karen M. | KMK | Senior Manager | 3/2/2007 | Roundtrip airfare for meeting in New York with H. Tucker, R. Ward, J. Michalak, A. Voortman, S. Ferguson, K. Keown, D. Kelley, S. Huysmans and Foreign Desk Representatives to discuss effect of NUBIL, RBIL and 382 Limitation on International Planning and Foreign Tax Planning Opportunities. | $462 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/2/2007 | Roundtrip airfare to New York for client meetings. | $442 | A3 |
| Voortman | Anna | AV | Partner | 3/2/2007 | Roundtrip airfare from Chicago to New York for client meetings to discuss Delphi Global Structure and 382 Impact. | $418 | A3 |
| Huysmans | Serge | SH | Senior Manager | 3/5/2007 | Roundtrip mileage to airport for trip to New York. | $15 | A3 |
| Huysmans | Serge | SH | Senior Manager | 3/5/2007 | Taxi from airport to hotel while in NY. | $29 | A3 |
| Kelley | Daniel F. | DFK | Partner | 3/5/2007 | Dinner with K. Keown, S. Ferguson and M. Mukhtar to discuss tax issues re: Delphi while in NY. | $80 | A3 |
| Ferguson | Stephen J. | SJF | Executive Director | 3/6/2007 | Dinner while in New York for meeting with E&Y U.S. team and E&Y Foreign Tax Desks to begin determining alternatives for Int'l Holding Company structure | $20 | A3 |
| Ferguson | Stephen J. | SJF | Executive Director | 3/6/2007 | Lodging while in New York for meeting with E&Y U.S. team and E&Y Foreign Tax Desks to begin determining alternatives for Int'l Holding Company structure (1 night). | $372 | A3 |
| Ferguson | Stephen J. | SJF | Executive Director | 3/6/2007 | Breakfast while in New York for meeting with E&Y U.S. team and E&Y Foreign Tax Desks to begin determining alternatives for Int'l Holding Company structure (S. Ferguson and K. Keown). | $9 | A3 |

05-44481-rdd    Doc 8825-8    Filed 07/31/07    Entered 07/31/07 19:35:15    Exhibit E - Expenses    Pg 5 of 14

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Ferguson | Stephen J. | SJF | Executive Director | 3/6/2007 | Taxi from office to airport for S. Ferguson, J. Michalak, K. Keown and D. Kelley while in New York for meeting with E&Y U.S. team and E&Y Foreign Tax Desks to begin determining alternatives for Int'l Holding Company structure. | $47 | A3 |
| Ferguson | Stephen J. | SJF | Executive Director | 3/6/2007 | Roundtrip mileage to airport for trip to New York for meeting with E&Y U.S. team and E&Y Foreign Tax Desks to begin determining alternatives for Int'l Holding Company structure. | $9 | A3 |
| Voortman | Anna | AV | Partner | 3/6/2007 | Taxi from LaGuardia airport to hotel while in NY for Client visit Delphi - Global Structure and 382 Impact. | $45 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/6/2007 | Taxi fare from E&Y office to LaGuardia Airport during trip re: Delphi. | $54 | A3 |
| Huysmans | Serge | SH | Senior Manager | 3/6/2007 | Parking at airport for visit to NY (2 days). | $56 | A3 |
| Huysmans | Serge | SH | Senior Manager | 3/7/2007 | Lodging on trip to NY for Delphi Meetings (2 nights). | $751 | A3 |
| Kelley | Daniel F. | DFK | Partner | 3/7/2007 | Lodging on trip to NY for Delphi Meetings (1 night). | $541 | A3 |
| Kelley | Daniel F. | DFK | Partner | 3/7/2007 | Parking for flight to NY for Delphi meeting (1 day). | $56 | A3 |
| Keown | Karen M. | KMK | Senior Manager | 3/7/2007 | Roundtrip mileage to Detroit airport for trip to NY for Delphi meetings. | $27 | A3 |
| Keown | Karen M. | KMK | Senior Manager | 3/7/2007 | Dinner for myself while on trip to NY for Delphi meetings. | $20 | A3 |
| Keown | Karen M. | KMK | Senior Manager | 3/7/2007 | Lodging while in NY for Delphi meetings (1 night). | $375 | A3 |
| Keown | Karen M. | KMK | Senior Manager | 3/7/2007 | Parking at Detroit airport for trip to NY for Delphi meetings (2 days). | $27 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/7/2007 | Lodging on trip to NY for Delphi Meetings (1 night). | $541 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/7/2007 | Parking at Detroit Metro Airport during trip to NY for Delphi meetings (2 days). | $27 | A3 |
| Voortman | Anna | AV | Partner | 3/8/2007 | Lodging while in New York for Client Visit - Delphi Corporation - Global Structure and 382 Impact (2 nights). | $1,070 | A3 |

Page 3

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Voortman | Anna | AV | Partner | 3/8/2007 | Breakfast while in New York for Client Visit re: Global Structure and 382 Impact | $16 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/13/2007 | Roundtrip airfare from Detroit to Chicago re: Delphi | $453 | A3 |
| Voortman | Anna | AV | Partner | 3/13/2007 | Roundtrip airfare from Chicago to Detroit for Delphi visit to hold discussion with Delphi Treasury & Tax re: Debt Push Down; planning alternatives for Debt Push Down in Brazil, Germany, UK, Poland, Korea, China & Mexico; etc. | $298 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/14/2007 | Taxi fare from O'Hare Airport to E&Y office during trip to Chicago re: Delphi. | $27 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/14/2007 | Mileage roundtrip from Detroit office to airport for trip to Chicago. | $15 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/14/2007 | Dinner while on trip to Chicago for Delphi meetings. | $20 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 3/15/2007 | Parking at Metro Airport during trip to Chicago re: Delphi (1 day) | $8 | A3 |
| Baier | Simone | SB | Senior | 3/16/2007 | Roundtrip airfare from Chicago to Detroit for Delphi visit | $298 | A3 |
| Huysmans | Serge | SH | Senior Manager | 3/16/2007 | Roundtrip airfare from Chicago to Detroit for Delphi visit | $298 | A3 |
| Huysmans | Serge | SH | Senior Manager | 3/16/2007 | Parking at airport for visit to Delphi; Troy, MI (1 day). | $32 | A3 |
| Voortman | Anna | AV | Partner | 3/16/2007 | Parking at airport for visit to Delphi; Troy, MI (1 day). | $32 | A3 |

A3 Project Total: $8,671

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period March 31, 2007 through April 27, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Krabill | Aaron J. | AJK | Senior Manager | 4/6/2007 | Airfare from Paris Delphi European Controller's Conference to Delphi meeting at Accenture Prague. (Economy class ticket). | $461 | A1 |
| Krabill | Aaron J. | AJK | Senior Manager | 4/6/2007 | Airfare to the Delphi European Controller's Conference in Paris. (Economy class ticket). | $2,387 | A1 |
| Ciungu | Roxana M. | RMC | Staff | 4/23/2007 | Mileage to GM to perform a walkthough | $14 | A1 |
| Stille | Mark Jacob | MJS | Staff | 4/23/2007 | Mileage from Delphi to GM for walkthrough of GM applications. | $14 | A1 |
| | | | | | **A1 Project Total:** | **$2,875** | |
| **Tax International - A3** | | | | | | | |
| Voortman | Anna | AV | Partner | 4/3/2007 | Roundtrip airfare from Chicago to NY for Delphi pre-meeting on 4/4 and client meeting on 4/5. | $558 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 4/4/2007 | Mileage to airport from home for Delphi meeting in NY | $19 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 4/4/2007 | Taxi from airport to NY office during trip to NY for Delphi meetings. | $32 | A3 |
| Voortman | Anna | AV | Partner | 4/4/2007 | Taxi from E&Y Office to restaurant with client (Delphi Corporation). | $18 | A3 |
| Voortman | Anna | AV | Partner | 4/4/2007 | Taxi from LaGuardia airport to hotel for Delphi Corporation client meeting in New York City. | $40 | A3 |
| Voortman | Anna | AV | Partner | 4/4/2007 | Dinner with client (Delphi Corporation) to discuss project. Attendees: A. Voortman, M. Mukhtar, S. Huysmans, S. Baier, B. Sparks, and B. Moriss | $120 | A3 |
| Huysmans | Serge | SH | Partner | 4/5/2007 | New York Trip - Parking at O'Hare airport (1 day) | $64 | A3 |
| Huysmans | Serge | SH | Partner | 4/5/2007 | Roundtrip airfare from Chicago to NY for Delphi pre-meeting on 4/4 and client meeting on 4/5. | $781 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 4/5/2007 | Taxi from hotel in NY to restaurant in NY city. | $10 | A3 |

Page 1

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Mukhtar | Mark J. | MJM | Partner | 4/5/2007 | Mileage from airport to home after Delphi meeting in NY. | $19 | A3 |
| Huysmans | Serge | SH | Partner | 4/6/2007 | New York Trip - Lodging while out of town in New York (1 night). | $490 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 4/6/2007 | Parking at Detroit Metro airport on 4/4 and 4/5 during trip to NY for Delphi meeting. | $16 | A3 |
| Mukhtar | Mark J. | MJM | Partner | 4/6/2007 | New York Trip - Lodging while out of town in New York (1 night). | $422 | A3 |
| Voortman | Anna | AV | Partner | 4/6/2007 | New York Trip - Lodging while out of town in New York (1 night). | $433 | A3 |
| Huysmans | Serge | SH | Partner | 4/11/2007 | New York Trip - Taxi from office to La Guardia Airport. | $48 | A3 |

A3 Project Total: $3,070

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period April 28, 2007 through June 1, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Audit - A1 | | | | | | | |
| Asher | Kevin F. | KFA | Partner | 4/20/2007 | Airfare to China from Detroit for Delphi trip. | $3,263 | A1 |
| Asher | Kevin F. | KFA | Partner | 4/20/2007 | Airfare to Korea from China for Delphi trip. | $695 | A1 |
| Asher | Kevin F. | KFA | Partner | 4/20/2007 | Airfare to Detroit from Korea for Delphi trip. | $3,262 | A1 |
| Sheckell | Steven F. | SFS | Partner | 4/20/2007 | Airfare to China from Detroit for Delphi trip. | $3,263 | A1 |
| Sheckell | Steven F. | SFS | Partner | 4/20/2007 | Airfare to Korea from China for Delphi trip. | $695 | A1 |
| Sheckell | Steven F. | SFS | Partner | 4/20/2007 | Airfare to Detroit from Korea from Delphi trip. | $3,262 | A1 |
| Miller | Nicholas S. | NSM | Manager | 4/29/2007 | Dinner while out of town to Warren, OH for work on the Packard 1st quarter review. | $20 | A1 |
| Pikos | Matthew C. | MCP | Senior | 4/29/2007 | Dinner while in out of town in Warren, OH to perform quarterly review procedures on the Packard Division of Delphi. | $20 | A1 |
| Pikos | Matthew C. | MCP | Senior | 4/29/2007 | Mileage from Troy, MI to Warren, OH to perform the quarterly review procedures on the Packard Division of Delphi (calculated at 48.5 cents per mile). | $127 | A1 |
| Miller | Nicholas S. | NSM | Manager | 4/30/2007 | Out of town dinner (myself and M. Pikos) while working on the Packard first quarter review. | $40 | A1 |
| Cash | Kevin L. | KLC | Partner | 4/30/2007 | Lodging while out of town in Troy, MI (1 night). | $225 | A1 |
| Miller | Nicholas S. | NSM | Manager | 4/30/2007 | Roundtrip mileage from Troy, MI to Warren, OH to work on the Packard quarterly review (calculated at 48.5 cents per mile). | $240 | A1 |
| Henning | Jeffrey M. | JMH | Partner | 5/1/2007 | Mileage from Northville, MI to Warren, OH (calculated at 48.5 cents per mile). | $120 | A1 |
| Pikos | Matthew C. | MCP | Senior | 5/1/2007 | Dinner for N. Miller, M. Hatzfeld, and J. Henning while out of town in Warren, OH performing quarterly procedures on the Packard Division of Delphi. | $100 | A1 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/2/2007 | Lodging expense incurred out of town in Warren, OH for Q1 SAS 100 procedures (1 night). | $103 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/2/2007 | Roundtrip mileage from Troy, MI to Warren OH to participate in Q1 SAS 100 procedures and review (calculated at 48.5 cents per mile). | $194 | A1 |
| Henning | Jeffrey M. | JMH | Partner | 5/2/2007 | Mileage from Packard Division in Warren, OH to Northville, MI (calculated at 48.5 cents per mile). | $119 | A1 |
| Henning | Jeffrey M. | JMH | Partner | 5/2/2007 | Lodging expense incurred out of town in Warren, OH (1 night). | $102 | A1 |
| Miller | Nicholas S. | NSM | Manager | 5/2/2007 | Dinner while out of town in Warren, OH while working on the first quarter Packard review. | $20 | A1 |
| Miller | Nicholas S. | NSM | Manager | 5/2/2007 | Lodging while out of town in Warren, OH working in the first quarter review for the Packard Division (3 nights). | $434 | A1 |
| Pikos | Matthew C. | MCP | Senior | 5/2/2007 | Dinner while in out of town in Warren, OH to perform quarterly review procedures on the Packard Division of Delphi. | $21 | A1 |
| Pikos | Matthew C. | MCP | Senior | 5/2/2007 | Lodging while in Warren, OH to perform first quarter review procedures on the Packard Division of Delphi Corporation (3 nights). | $541 | A1 |
| Pikos | Matthew C. | MCP | Senior | 5/2/2007 | Mileage while driving from Warren, OH to Troy, MI after performing quarterly review procedures on the Packard Division of Delphi (calculated at 48.5 cents per mile). | $127 | A1 |
| Sheckell | Steven F. | SFS | Partner | 5/10/2007 | Taxi service while in in Shanghai. | $20 | A1 |
| Asher | Kevin F. | KFA | Partner | 5/11/2007 | Dinner with S. Sheckell and T. Timko while in Asia for audit planning meetings. | $60 | A1 |
| Sheckell | Steven F. | SFS | Partner | 5/11/2007 | Taxi in China for commute to airport. | $20 | A1 |
| Asher | Kevin F. | KFA | Partner | 5/12/2007 | Dinner with S. Sheckell, T. Timko, R. Meyers, and R. Jobe while in Asia for audit planning meetings. | $100 | A1 |
| Asher | Kevin F. | KFA | Partner | 5/13/2007 | Dinner with S. Sheckell, T. Timko, and P. Chadha while in Asia for audit planning meetings. | $80 | A1 |
| Asher | Kevin F. | KFA | Partner | 5/13/2007 | Lodging while in Asia for audit planning meetings (4 nights). | $1,064 | A1 |
| Sheckell | Steven F. | SFS | Partner | 5/13/2007 | Lodging while out of town in Korea (2 nights). | $629 | A1 |
| Sheckell | Steven F. | SFS | Partner | 5/13/2007 | Dinner with K. Asher, T. Timko, and R. Jobe while in Asia for audit planning meetings. | $80 | A1 |
| Sheckell | Steven F. | SFS | Partner | 5/13/2007 | Lodging while in China at controller's conference (3 nights). | $482 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Sheckell | Steven F. | SFS | Partner | 5/14/2007 | Breakfast while in Korea | $18 | A1 |
| Asher | Kevin F. | KFA | Partner | 5/16/2007 | Parking at airport while in Asia (8 days). | $119 | A1 |
| Sheckell | Steven F. | SFS | Partner | 5/16/2007 | Parking at airport while in Asia (8 days). | $119 | A1 |
| Asher | Kevin F. | KFA | Partner | 5/18/2007 | Taxi service while in Asia | $20 | A1 |
| | | | | | **A1 Project Total:** | **$19,805** | |
| **Accounting Assistance – A2 Saginaw 2007 Audit** | | | | | | | |
| Chamarro | Destiny D. | DDC | Staff | 4/30/2007 | Steering-Mileage roundtrip to Saginaw from Lake Orion to perform walkthroughs on the Steering Division (calculated at 48.5 cents per mile). | $48 | A2 |
| Craig | Tashawna N. | TNC | Staff | 4/30/2007 | Steering-Mileage roundtrip to Saginaw from Troy to perform walkthroughs on the Steering Division (calculated at 48.5 cents per mile). | $67 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 5/1/2007 | Steering-Mileage roundtrip to Saginaw from Lake Orion to perform walkthroughs on the Steering Division (calculated at 48.5 cents per mile). | $48 | A2 |
| Craig | Tashawna N. | TNC | Staff | 5/1/2007 | Steering-Mileage roundtrip to Saginaw from Troy to perform walkthroughs on the Steering Division (calculated at 48.5 cents per mile). | $67 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 5/2/2007 | Steering-Mileage roundtrip to Saginaw from Lake Orion to perform walkthroughs on the Steering Division (calculated at 48.5 cents per mile). | $48 | A2 |
| Craig | Tashawna N. | TNC | Staff | 5/2/2007 | Steering-Mileage roundtrip to Saginaw from Troy to perform walkthroughs on the Steering Division (calculated at 48.5 cents per mile). | $67 | A2 |
| Imberger | Guido | GI | Senior Manager | 5/2/2007 | Roundtrip mileage to Saginaw from Rochester to review walkthroughs performed by the team as part of interim audit procedures for audit 2007 (calculated at 48.5 cents per mile). | $53 | A2 |
| | | | | | **A2 Saginaw 2007 Audit Project Total:** | **$397** | |
| **Saginaw Carve-Out Audit** | | | | | | | |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/7/2007 | Roundtrip mileage from Troy to Saginaw for purposes of client meetings with J. Perkins (calculated at 48.5 cents per mile). | $68 | A2 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Chamarro | Destiny D. | DDC | Staff | 5/10/2007 | Mileage roundtrip to Saginaw, MI from Lake Orion to work on the Steering Division carve-out (calculated at 48.5 cents per mile). | $45 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/10/2007 | Roundtrip mileage from Troy to Saginaw, MI in conjunction with carve-out fieldwork (calculated at 48.5 cents per mile).. | $68 | A2 |
| Imberger | Guido | GI | Senior Manager | 5/10/2007 | Roundtrip mileage to Saginaw from Rochester for Carve out audit purposes (calculated at 48.5 cents per mile). | $53 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 5/11/2007 | Mileage roundtrip to Saginaw, MI from Lake Orion to work on the Steering Division carve-out (calculated at 48.5 cents per mile). | $45 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/11/2007 | Roundtrip mileage from Troy to Saginaw in conjunction with carve-out fieldwork (calculated at 48.5 cents per mile).. | $68 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/14/2007 | Roundtrip mileage from Troy to Saginaw in conjunction with client meeting participation and carve-out audit procedures (calculated at 48.5 cents per mile). | $78 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 5/15/2007 | Mileage roundtrip to Saginaw, MI from Lake Orion to work on the Steering Division carve-out (calculated at 48.5 cents per mile). | $47 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/15/2007 | Roundtrip mileage from Troy to Saginaw in conjunction with client meeting participation and carve-out audit procedures (calculated at 48.5 cents per mile). | $78 | A2 |
| Imberger | Guido | GI | Senior Manager | 5/15/2007 | Roundtrip mileage to Saginaw from Rochester for Carve out audit purposes (calculated at 48.5 cents per mile). | $53 | A2 |
| Tau | King-Sze | KST | Senior | 5/15/2007 | Delphi Saginaw Steering Division - Mileage roundtrip from Troy to Saginaw, MI (calculated at 48.5 cents per mile). | $82 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 5/16/2007 | Mileage roundtrip to Saginaw, MI from Lake Orion to work on the Steering Division carve-out (calculated at 48.5 cents per mile). | $45 | A2 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Tau | King-Sze | KST | Senior | 5/16/2007 | Delphi Saginaw Steering Division - Mileage roundtrip from Troy to Saginaw, MI (calculated at 48.5 cents per mile). | $82 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 5/17/2007 | Mileage roundtrip to Saginaw, MI from Lake Orion to work on the Steering Division carve-out (calculated at 48.5 cents per mile). | $45 | A2 |
| Imberger | Guido | GI | Senior Manager | 5/17/2007 | Roundtrip mileage to Saginaw from Rochester for Carve out audit purposes (calculated at 48.5 cents per mile). | $53 | A2 |
| Tau | King-Sze | KST | Senior | 5/17/2007 | Delphi Saginaw Steering Division - Mileage roundtrip from Troy to Saginaw, MI (calculated at 48.5 cents per mile). | $82 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/24/2007 | Roundtrip mileage from Troy to Saginaw related to carve-out audit finalization (calculated at 48.5 cents per mile). | $78 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/29/2007 | Roundtrip mileage from Troy to Saginaw related to carve-out audit finalization (calculated at 48.5 cents per mile). | $78 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 5/30/2007 | Roundtrip mileage from Troy to Saginaw related to carve-out audit finalization (calculated at 48.5 cents per mile). | $78 | A2 |
| | | | | | **A2 Saginaw Carve-Out Project Total:** | **$1,225** | |
| **Tax Bankruptcy - A3** | | | | | | | |
| Ericson | Molly | ME | Manager | 5/8/2007 | Airfare roundtrip to New York from Atlanta (coach class). | $303 | A3 |
| Piatt | Lauren E. | LEP | Staff | 5/8/2007 | Airfare roundtrip to New York from Atlanta (coach class). | $161 | A3 |
| Ericson | Molly | ME | Manager | 5/16/2007 | Breakfast while out of town in New York. | $4 | A3 |
| Ericson | Molly | ME | Manager | 5/17/2007 | Lodging while out of town in New York (1 night). | $308 | A3 |
| Ericson | Molly | ME | Manager | 5/17/2007 | Parking at airport while out of town in New York (1 night). | $15 | A3 |
| Piatt | Lauren E. | LEP | Staff | 5/17/2007 | Airport parking expense for 2 days in New York. | $14 | A3 |
| Piatt | Lauren E. | LEP | Staff | 5/18/2007 | Breakfast while out of town in New York. | $8 | A3 |
| | | | | | **A2 Project Total:** | **$1,621** | |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Piatt | Lauren E. | LEP | Staff | 5/8/2007 | Lodging while out of town in New York (2 nights). | $388 | A3 |
| **Tax International - A3** | | | | | | | |
| | | | | | **A3 Project Subtotal:** | **$1,201** | |
| Baier | Simone | SB | Senior | 5/8/2007 | Airfare roundtrip from Chicago to Detroit (coach class). | $329 | A3 |
| Huysmans | Serge | SH | Partner | 5/8/2007 | Airfare roundtrip from Chicago to Detroit (coach class). | $278 | A3 |
| Baier | Simone | SB | Senior | 5/14/2007 | Lodging while out of town in Detroit (1 night). | $217 | A3 |
| Huysmans | Serge | SH | Partner | 5/14/2007 | Parking at O'hare airport while out of town in Detroit (2 nights). | $38 | A3 |
| Huysmans | Serge | SH | Partner | 5/14/2007 | Taxi from Delphi (Troy, MI) to Detroit Metro Airport. | $55 | A3 |
| Huysmans | Serge | SH | Partner | 5/14/2007 | Lodging while out of town in Detroit (1 night). | $217 | A3 |
| Huysmans | Serge | SH | Partner | 5/14/2007 | Taxi from Detroit Metro Airport to Delphi (Troy, MI). | $70 | A3 |
| | | | | | **A3 Project Subtotal:** | **$1,205** | |
| | | | | | **A3 Project Total:** | **$2,406** | |