# EXHIBIT B

# EXHIBIT B

## SUMMARY SHEET

*In re: Delphi Corporation*

CASE NO. 05-44481 (RDD) (CHAPTER 11)

Name of Applicant: Dickinson Wright PLLC

Role: A Key Ordinary Course Counsel to the Debtors

Current Application:     Fees Requested:     $78,124.50
                         Expenses Requested: $ 3,354.91

**RETAINER PAID: $0**

### A. Summary of Timekeepers

| Timekeeper | Year Admitted | Dept. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Patrick R. Anderson | 2005 | Intellectual Property | $180 | 25.0 | $4,500.00 |
| Allison R. Bach | 2004 | Bankruptcy | $190 | .9 | $171.00 |
| Roger H. Cummings | 1975 | Intellectual Property | $415 | 6.0 | $2,490.00 |
| Jeffrey Gendzwill | | Intellectual Property | $110 | 40.0 | $4,400.00 |
| Alissa Goldfaden | 1985 | Taxation | $345 | .3 | $103.50 |
| Edgar C. Howbert | 1966 | Bankruptcy | $450 | 4.6 | $2,070.00 |
| Richard A. Jones | 1996 | Intellectual Property | $375 | 11.5 | $4,312.50 |
| Kristi A. Katsma | 1995 | Bankruptcy | $300 | 4.4 | $1,320.00 |
| Jeremy J. Klobucar | | Intellectual Property | $90 | 57.0 | $5,130.00 |
| Christopher C. Maeso | 1994 | Corporate | $220 | 129.6 | $28,512.00 |
| Lisa E. Marks | 1999 | Intellectual Property | $310 | 12.3 | $3,813.00 |
| Raymond C. Meiers Jr. | 2000 | Intellectual Property | $250 | 25.1 | $6,275.00 |
| Harold Milton, Jr. | 1964 | Intellectual Property | $250 | 3.0 | $750.00 |
| Sharon R. Newlon | 1988 | Environmental | $170 | 1.1 | $187.00 |
| James H. Novis | 1979 | Taxation | $340 | 27.2 | $9,248.00 |
| Michael W. Roskiewicz | 1998 | Mergers and | $325 | 14.9 | $4,842.50 |

|  |  | Acquisitions |  |  |  |
|---|---|---|---|---|---|
| **Total Hours** |  |  |  | **362.9** |  |
| **Attorney Totals** |  |  |  |  | $78,124.50 |
| **Attorney Blended Rate** |  |  |  |  | $257.97 |

## COSTS

| | |
|---|---:|
| Copying | $140.80 |
| Long Distance Phone Calls | $105.39 |
| Delivery | $221.22 |
| Facsimile | $5.00 |
| Miscellaneous | $2092.50 |
| Filing Fees | $790.00 |
| TOTAL: | $3354.91 |

DETROIT 25980-99 984675v1