# EXHIBIT C

# EXHIBIT C

## INDEX OF INVOICES BY MATTER NUMBER

1. General Commercial Contracts 25980-96
2. Property Tax – Coopersville 25980-98
3. Retention and Fee Application Work 25980-99
4. US Patent Application Dual Flow Fan Heat Sink Application 604080-37
5. US Patent Application Bend Relief Spacer 604080-46
6. US Patent Application Fabric Valve for Vehicle Climate Control System 604080-48
7. US Patent Application Oil Cooler Mounting Spring Clip 604080-51
8. US Patent Application Thermosiphon for Laptop Computers 604080-57
9. US Patent Application Thermosiphon for Laptop Computers 604080-59
10. US Patent Application Plate-Type Evaporator to Suppress Noise and Maintain Thermal Performance 604080-63
11. General Commercial Contracts 25980-96
12. Retention and Fee Application Work 25980-99
13. US Patent Application High Power Package with Dual-Sided Heat Sinking 60408-31
14. US Patent Application Fabric Valve for Vehicle Climate Control System 604080-48
15. US Patent Application Thermosiphon Boiler Plate 604080-56
16. US Patent Application Thermosiphon for Laptop Computers 604080-57
17. US Patent Application Thermosiphon for Laptop Computers 604080-59
18. US Patent Application Design for Reducing Thermal Spreads Within a Battery Module 604080-60
19. US Patent Application Evaporative Cooler and Desiccant Assisted Vapor Compression AC System 604080-61
20. General Commercial Contracts 25980-96
21. Property Tax – Coopersville 25980-98
22. Retention and Fee Application Work 25980-99
23. US Patent Application High Power Package with Dual-Sided Heat Sinking 60408-31
24. US Patent Application Method and Apparatus for Controlling A Braking System 604080-33
25. US Patent Application Apparatus for Controlling Thermal Interface Between Cold Plate and Integrated Circuit Chip 604080-62
26. General Environmental 25980-33
27. General Commercial Contracts 25980-96
28. Property Tax – Coopersville 25980-98
29. Retention and Fee Application Work 25980-99
30. US Patent Application Crank Case Shut Off Valve 604080-64

DETROIT 25980-99 984674v1



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
FACSIMILE: (313) 223-3598
http://www.dickinsonwright.com

# FEE STATEMENT
# DELPHI CORPORATION
# FEBRUARY, 2007

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Edgar C. Howbert | Attorney | $450 | 2.7 | $1,215.00 |
| James H. Novis | Attorney | $340 | 13.6 | $4,624.00 |
| Lisa E. Marks | Attorney | $310 | 10.7 | $3,317.00 |
| Raymond C. Meiers, Jr | Attorney | $250 | 2.4 | $600.00 |
| Harold W. Milton | Attorney | $250 | 3.0 | $750.00 |
| Christopher C. Maeso | Attorney | $220 | 2.2 | $484.00 |
| Jeremy J. Klobucar | Patent Intern | $90 | 7.0 | $630.00 |
| **SUBTOTAL:** | | | 41.6 | **$11,620.00** |
| **Credit applied from Inv. #564620** | | | | **-$127.50** |
| **TOTAL:** | | | | **$11,492.50** |

## Costs:

| | |
|---|---|
| Long Distance Telephone Charges | $68.37 |
| Internal reproduction | $8.40 |
| Patent Drawings | $560.00 |
| Recording/Filing Fee | $790.00 |
| TOTAL: | **$1,426.77** |

DETROIT 25980-99 976997

Counsellors At Law

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
FACSIMILE: (313) 223-3598
http://www.dickinsonwright.com

## FEE STATEMENT
## DELPHI CORPORATION
## MARCH, 2007

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Edgar C. Howbert | Attorney | $450 | .8 | $360.00 |
| Richard A. Jones | Attorney | $375 | 3.5 | $1,312.50 |
| Michael W. Roskiewicz | Attorney | $325 | 14.2 | $4,615.00 |
| Lisa E. Marks | Attorney | $310 | 1.6 | $496.00 |
| Kristi A. Katsma | Attorney | $300 | 4.4 | $1,320.00 |
| Christopher C. Maeso | Attorney | $220 | 20.8 | $4,576.00 |
| Allison R. Bach | Attorney | $190 | .9 | $171.00 |
| Patrick R. Anderson | Attorney | $180 | 25.0 | $4,500.00 |
| Jeffrey Gendzwill | Patent Intern | $110 | 40.0 | $4,400.00 |
| Jeremy J. Klobucar | Patent Intern | $90 | 50.0 | $4,500.00 |
| **TOTAL:** | | | **161.2** | **$26,250.50** |

### Costs:

| | |
|---|---|
| Long Distance Telephone Charges | $30.24 |
| Internal reproduction | $52.60 |
| Patent Drawings | $642.50 |
| Delivery charge | $221.22 |
| Color copies | $38.00 |
| TOTAL: | **$984.56** |

DETROIT 25980-99 976997

Counsellors At Law

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
FACSIMILE: (313) 223-3598
http://www.dickinsonwright.com

# FEE STATEMENT
## DELPHI CORPORATION
## APRIL, 2007

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Edgar C. Howbert | Attorney | $450 | .3 | $135.00 |
| Roger H. Cummings | Attorney | $415 | .2 | $83.00 |
| Alissa Goldfaden | Of Counsel | $345 | .3 | $103.50 |
| John H. Novis | Attorney | $340 | 10.1 | $3,434.00 |
| Michael W. Roskiewicz | Attorney | $325 | .7 | $227.50 |
| Richard C. Meiers | Of Counsel | $250 | 17.4 | $4,350.00 |
| Christopher C. Maeso | Attorney | $220 | 53.9 | $11,858.00 |
| **TOTAL:** | | | **82.9** | **$20,191.00** |

**Costs:**

| | |
|---|---|
| Long Distance Telephone Charges | $6.78 |
| Internal reproduction | $15.90 |
| External Printing | $250.00 |
| Facsimile | $5.00 |
| Patent Drawings | $490.00 |
| TOTAL: | **$767.68** |

DETROIT 25980-99 976997

Counsellors At Law

DETROIT   BLOOMFIELD HILLS   LANSING   GRAND RAPIDS   ANN ARBOR
WASHINGTON, D.C.



**DICKINSON WRIGHT**PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
FACSIMILE: (313) 223-3598
http://www.dickinsonwright.com

## FEE STATEMENT
## DELPHI CORPORATION
## MAY, 2007

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Edgar C. Howbert | Attorney | $450 | .8 | $360.00 |
| Roger H. Cummings | Attorney | $415 | 5.8 | $2,407.00 |
| Richard A. Jones | Attorney | $375 | 8.0 | $3,000.00 |
| James H. Novis | Attorney | $340 | 3.5 | $1,190.00 |
| Raymond C. Meiers | Of Counsel | $250 | 5.3 | $1,325.00 |
| Christopher C. Maeso | Attorney | $220 | 52.7 | $11,594.00 |
| Sharon R. Newlon | Attorney | $170 | 1.1 | $187.00 |
| **TOTAL:** | | | **77.2** | **$20,063.00** |

**Costs:**

| | |
|---|---|
| Internal reproduction | $25.90 |
| CD Creation/Delivery Fee Statements | $150.00 |
| TOTAL: | **$175.90** |

DETROIT 25980-99 994175v1

Counsellors At Law

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

300 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

DEPLHI AUTOMOTIVE SYSTEMS, LLC
ATTN: KYLE M. H. JONES, ESQ.
P.O. BOX 5052
TROY, MI  48007

Invoice No. 582863
June 22, 2007
Page    1

ATTN: MICHELE PISCITELLI

DW Attorney:   M A COUGHLIN
Our File No.:  025980-00033

Re:  GENERAL ENVIRONMENTAL

For Legal Services from May 17, 2007 through May 31, 2007

| Date | Professional Services | Professional | Hours | Rate | Charge |
|---|---|---|---|---|---|

B100 - ADMINISTRATION

    3     - BUSINESS OPERATIONS

| 05/17/07 | TC w/ K. Jones re: signage and placarding requirements under liquid industrial waste laws and DOT shipping regulations; reviewing applicable provisions; drafting e-mail to K. Jones re: same, | S R NEWLON | .80 | $170 | $136.00 |
| | A106   COMMUNICATE (WITH CLIENT) | | | | |
| 05/18/07 | Exchanging e-mail w/ K. Jones re: DOT hazardous substance listings | S R NEWLON | .30 | $170 | $51.00 |
| | A106   COMMUNICATE (WITH CLIENT) | | | | |

|  |  |
|---|---|
| Task Subtotal | $187.00 |
| Phase Subtotal | $187.00 |
| Fee Subtotal | $187.00 |
| Total Hours | 1.10 |
| Grand Total | $187.00 |

Summary:
--------

| S R NEWLON | MEMBER | 1.1 hours at $170 | $187.00 |