# EXHIBIT D



> **Patrick R. Anderson**

**A S S O C I A T E**

### Areas of Practice Emphasis

- Intellectual Property
- Patent Prosecution

### Prominent Assignments

- Experienced in patent preparation and prosecution, litigation research and support, competitive intelligence investigations, and invention disclosure analysis
- Of counsel on brief of amicus curiae in KSR Int'l v. Teleflex
- Graduate of Dickinson Wright IP Training Academy, 2007

### Education

- J.D. *(summa cum laude),* Michigan State University College of Law, East Lansing, MI, 2005
  - Law Review Managing Editor
  - Jurisprudence Achievement Awards in: Patent Law, Civil Procedure I and II, Contracts I and II, Sports Law, and Insurance Law
- B.S., Mechanical Engineering, Georgia Institute of Technology, Atlanta, GA, 2001

### Admitted to Practice

- Michigan, 2005

### Professional and Community Involvement

- Board of Directors for Michigan State College of Law Alumni Association
- American Bar Association – Intellectual Property Section
- Member of State Bar of Michigan and Eastern District of Michigan
- Grand Blanc Chamber of Commerce

### Publications and Presentations

- IP Client Alert: *US Supreme Court Rules Patent Licensees May Continue License and Challenge Licensed Patents at Same Time* – co-authored with Hal Milton
- *Echostar Communications Federal Circuit Decision: Advice of Counsel Defense* – in DW IP Update 2006 (uncredited)

---



▶ **Allison R. Bach**

**A S S O C I A T E**

### Areas of Practice Emphasis

- Commercial & Business Litigation
- Product Liability Litigation
- Bankruptcy

### Representative Clients

- Johnson Controls, Inc.
- Caterpillar Financial Services
- Ford Motor Company
- Magna International Inc.

### Education

- Michigan, 2005
- J.D. (magna cum laude), Wayne State University, 2004
  - Order of the Coif
  - Moot Court 2003-2004
  - Honors:  Bronze Key Certificate – 2002, 2003
    Silver Key Certificate - 2004
- Master of Science, Levin College of Urban Affairs
  at Cleveland State University, 1998
- B.A. in Economics (with distinction), University
  of Michigan, 1996

### Military & Public Service

- AmeriCorps VISTA Volunteer 1998-1999

### Previous Legal Experience

- Summer Associate Dickinson Wright, 2004
- Intern for the Honorable John Corbett O'Meara, U.S. District
  Court for the Eastern District of Michigan Summer & Fall 2003
- Intern for Community Legal Resources in Detroit, MI, Winter
  2003



> **Roger H. Cummings**

**M E M B E R**

## Areas of Practice Emphasis

- Business Technology
- Corporate
- Schools and Educational Institutions
- Intellectual Property
- International
- Mergers and Acquisitions
- Minority Business Enterprises
- Antitrust and Trade Regulation

## Prominent Assignments

- Regularly counsel international and domestic clients concerning wide range of corporate issues regarding U.S.-based business
- Corporate counseling and contract negotiations involving joint ventures, strategic alliances, mergers/acquisitions, and related agreements
- Antitrust and trade regulation counseling
- Drafting and negotiating wide variety of contracts and licenses regarding design, development, maintenance, sale, warranty, and related matters associated with automotive vehicles, systems, and components, at all levels
- Counsel for intellectual property matters, such as:
  - intellectual property matters for selling corporation in $1 billion divestiture;
  - joint venture agreements for design, development and/or supply of products such as automotive seating systems, recliners, brake lines and safety system components (air bag inflators), and other technologies such as thin-film solar/photovoltaic cells and nickel-metal-hydride batteries;
  - product development and technology licensing agreements;
  - OEM, tier one/lower tier purchase order/supply agreement terms and conditions, nondisclosure – nonanalysis agreements, product/technology development agreements, and related matters;
  - intellectual property matters in troubled supplier/workout situations including accommodation/license agreements;
  - intellectual property matters in agreements with the government, such as an OEM hybrid vehicle project with DOE, and agreements involving universities and USCAR;
  - agreements for design/fabrication of prototype vehicles; and
  - clickwrap license agreements including, for example, vehicle diagnostic systems and data for specialty equipment manufacturers

## Education

- J.D. (*magna cum laude*), Harvard Law School, 1974
- Law Clerk: Honorable J. Edward Lumbard, United States Court of Appeals for the Second Circuit, 1974-1975
- B.A. in Economics (*summa cum laude*), Amherst College, 1971

## Admitted to Practice

- Michigan, 1981
- New York, 1975

## Professional and Community Involvement

- Member, Board of Trustees, Garrett-Evangelical Theological Seminary (Evanston, Illinois)

## Publications and Presentations

- American Bar Association, Section of International Law & Practice, Co-editor (with David Goldsweig, formerly of General Motors and Delphi Automotive Systems), <u>International Joint Ventures: A Practical Approach to Working with Foreign Investors in the U.S. and Abroad</u> (2nd Edition), 1990

---

**Bloomfield Hills:**  Phone: 248-433-7551  •  Fax: 248-433-7274  •  E-mail: rcummings@dickinsonwright.com



## ▶ Alissa Goldfaden

### S E N I O R   A T T O R N E Y

### Areas of Practice Emphasis

- Taxation
- Corporate
- Mergers & Acquisitions
- Corporate Governance

### Prominent Assignments

- Counsel public and private entities and high net worth individuals concerning business planning
- Counsel various parties in connection with the structuring of business formations, mergers and acquisitions
- Counsel developers and investors with respect to the structure and other tax aspects of real estate transactions
- Counsel clients in connection with state and local tax matters

### Education

- LL.M. in Taxation, New York University School of Law, 1987
- J.D., University of Michigan School of Law, 1985
- A.B. in Psychology and Honors Communication-Journalism, University of Michigan, 1982

### Admitted to Practice

- Michigan, 1985

### Professional and Community Involvement

- Member, Michigan Bar Association (Taxation, Business and Real Property Law Sections and Real Property Law Section Pro Bono Committee)
- Member, Oakland County and American Bar Associations (Taxation Sections)



> ► **Edgar C. Howbert**

**M E M B E R**

### Areas of Practice Emphasis

- Banking and Financial Services
- Bankruptcy
- Mergers and Acquisitions

### Representative Clients

- JPMorgan Chase Bank, N.A.
- Borders Group, Inc.
- Altarum Institute (formerly Environmental Research Institute of Michigan)

### Significant Assignments

- Counsel to JPMorgan Chase Bank, N.A. and other lenders in numerous credit-based and asset-based loan transactions
- Counsel to JP Morgan Chase Bank, N.A. as Agent in the Chapter 11 proceedings of Aetna Industries, Inc, Zenith Industrial Corporation, The Ingersoll Milling Machine Company, Fleming Packaging Corporation, and others
- Counsel to Debtors and Creditors Committees in Chapter 11 proceedings
- Counsel to Borders Group, Inc. in connection with its borrowing transactions
- Counsel to various corporations, e.g., Fred Sanders, Weaver Exploration Company, Palace Quality Service Industries, Inc. on general corporate matters, including both public and private offerings of stock

### Education

- L.L.B. (*cum laude*), Harvard Law School, 1965
- A.B. (*cum laude*), Princeton University, 1959

### Admitted to Practice

- Michigan, 1966

### Professional and Community Involvement

- Member of Board of Directors and General Counsel, Turnaround Management Association  (1993-2005)
- General Counsel, Association of Certified Turnaround Professionals, Inc. (1996-2005)
- Member, Debtor and Creditor Section of Metropolitan Detroit Bar Association
- Member, American Bankruptcy Institute
- Former President, Board of Trustees, Franklin-Wright Settlements, Inc.
- Former President, Board of Trustees, Friends School in Detroit
- Former member, Board of Trustees, University Liggett School
- Director, Detroit Youth Foundation

### Publications

- *Digest of Commercial Laws of the World*, "State Variations of Commercial Law for Michigan"
- Co-author of *Strategies for Secured Creditors in Workouts and Foreclosures*, American Law Institute and American Bar Association, 2004

### Acknowledgements

- Listed in Best Lawyers in America (Bankruptcy)
- Michigan *Superlawyers* (Banking)



> ▶ **Richard A. Jones**

**M E M B E R**

### Areas of Practice Emphasis

- Intellectual Property
- Business Technology
- International
- Information Technology & Security Law

### Representative Clients

- Advics North America
- Petronas
- S-Y Systems Technologies, Inc.
- USUI International Corporation
- Visteon Automotive

### Prominent Assignments

- Division Counsel, Assistant Secretary, and Executive Committee Member for Tier 1 automotive supplier having responsibilities including all divisional related legal matters
- Counsel to Tier 1 automotive supplier for dispute resolution (Japanese licensor) of a technology assistance agreement
- Counsel to Tier 1 automotive supplier for dispute resolution of a joint venture and technical assistance agreement
- Counsel to Tier 1 automotive supplier for the acquisition of intellectual property and development related development equipment (South African seller)
- Counsel to Tier 1 automotive supplier having responsibility for all intellectual property matters relating to a 1.2 billion dollar acquisition
- Counsel to Tier 1 automotive supplier having responsibility for intellectual property matters relating to a 1.3 billion dollar divestiture
- Counsel to Tier 1 automotive supplier for all intellectual property matters relating to the formation of a minority business enterprise joint venture
- Counsel to major global corporation for the joint development of automotive related technologies around the world
- Counsel to numerous automotive related companies for the identification and protection of intellectual property including preparation and prosecution

### Education

- J.D., University of Detroit, 1993
- B.S. in Mechanical Engineering, Michigan State University, 1987

### Admitted to Practice

- Michigan, 1996
- U.S. Patent and Trademark Office, 1995

### Professional and Community Involvement

- Member, American Bar Association
- Member, American Intellectual Property Lawyers Association
- Old Newsboys Goodfellows Fund of Detroit

---

**Bloomfield Hills:**  Phone: 248-433-7285  •  Fax: 248-433-7274  •  E-mail: rjones@dickinsonwright.com



 **Kristi A. Katsma**

**M E M B E R**

### Areas of Practice Emphasis

- Bankruptcy
- Commercial and Business Litigation
- Corporate

### Representative Clients

- JP Morgan Chase Bank, NA
- Caterpillar Financial Corporation
- Combine International
- Visteon Corporation

### Education

- J.D., University of Michigan Law School, 1995
- B.S. in Economics (*magna cum laude*), Western Michigan University, 1992

### Admitted to Practice

- Michigan, 1995

### Professional and Community Involvement

- Member, State Bar of Michigan
- Member, American Bar Association
- Board Member, Washtenaw County Bar Association, 1998-2000
- President, Washtenaw County Young Lawyers Association, 1999-2000
- Volunteer Impact

**Detroit:**  Phone: 313-223-3180  •  Fax: 313-223-3598  •  E-mail: kkatsma@dickinsonwright.com

# DICKINSON WRIGHT PLLC

> ### Christopher C. Maeso

**M E M B E R**

## Areas of Practice Emphasis

- Corporate
- Mergers & Acquisitions
- Banking & Financial Services
- Private Capital
- Securities
- Real Estate

## Representative Clients

- Delphi Corporation
- Crestmark Bank
- Blue Cross Blue Shield of Michigan
- Poof-Slinky, Inc.
- Magna International, Inc.
- Olga's Kitchen, Inc.
- Seligman & Associates
- LaSalle Bank Midwest, N.A.

## Prominent Assignments

- Borrower's counsel on a $2.8 billion financing
- Representation of a NYSE listed company in all of their securities law matters; representation of NASDAQ listed company on select securities law issues
- Chief counsel for a local bank on all corporate, commercial and lending matters
- Corporate and acquisition counsel for major companies in the automotive supply, manufacturing, toy, restaurant, banking, technology and other industries
- Counsel to private equity funds
- Drafting master form commercial documents for a Tier One automotive supplier and Fortune 100 company
- Negotiating and closing a complex joint venture arrangement between an Internet start-up and Fortune 100 company
- Acting as primary counsel for a real estate developer in the acquisition, financing and development of office buildings and vacant land
- Representation of various parties in commercial real estate purchase, sale and leasing transactions
- Representation of a NYSE listed target company in a hostile tender offer
- Representation of a separate NYSE listed target company in a hostile proxy contest

## Education

- B.A., University of Michigan, 1992
- J.D., University of Michigan Law School, 1994

## Admitted to Practice

- Michigan, 1995
- Illinois, 1995

## Professional and Community Involvement

- Member of the State Bar of Michigan
- Member of the Illinois State Bar Association
- Member of the American Bar Association
- Former Member of the Board of Directors for the Michigan Hispanic Bar Association
- Member of the Board of Directors of the Technology Law and Training Advisory Board for the Institute of Continuing Legal Education

## Publications and Presentations

- Guest Lecturer at Hillsdale College undergraduate entrepreneur's course – Spring 2005 and 2006
- Privacy Policies—Don't Draft Away One of Your Client's Most Valuable Assets, Michigan Business Law Journal—Fall 2001

---

**Bloomfield Hills:** Phone: 248-433-7501 • Fax: 248-433-7274 • E-mail: cmaeso@dickinsonwright.com



▶ **Lisa E. Marks**

**O F   C O U N S E L**

## Areas of Practice Emphasis

- Intellectual Property
- Information Technology & Security Law

## Prominent Assignments

- Experienced in the following areas:
  -Patent litigation, including enforcement and defense
  -Information technology and intellectual property transactions including software licensing, strategic technology, joint development, acquisition, and services deals
  -Counseling clients on patent infringement and validity issues
  -Counseling clients on intellectual property procurement and maintenance strategies
  -Patent prosecution, including drafting and prosecuting patent applications in computer, electrical, and mechanical arts
- Negotiation of a multi-million dollar, multi-company, cross-platform strategic technology deal for an evolving technology, including: Compilation and management of due diligence data, negotiation and drafting of agreement, resolution of intellectual property ownership and protection issues, and determination of contributions by each party

## Education

- J.D., Columbia University, 1998
- M.S. in Systems Engineering, University of Pennsylvania, 1994
- B.S. in Computer Systems Engineering, Howard University, 1993

## Admitted to Practice

- New York, 1999
- District of Columbia, 2000
- U.S. Patent and Trademark Office

## Professional and Community Involvement

- Member, American Intellectual Property Law Association
- Member, National Bar Association
- Adjunct professor of legal writing, George Washington University School of Law (2000-2001)
- Washington Performing Arts Society, Lawyer's Committee
- Volunteer, District of Columbia, Family Court Self-Help Center
- Facilitator, Seminar on Technology and Entrepreneurship

**Washington, D.C.:** Phone: 202-659-6926  •  Fax: 202-659-1559  •  E-mail: lmarks@dickinsonwright.com

# DICKINSON WRIGHT PLLC

---

▶ **Raymond C. Meiers, Jr.**

**O F   C O U N S E L**

## Areas of Practice Emphasis

- Intellectual Property

## Representative Clients

- Rolls Royce Aircraft Engines
- Kellogg Company
- Federal-Mogul Corporation
- Delphi Corporation

## Prominent Assignments

- Experience in all aspects of U.S. patent prosecution including drafting and filing utility, provisional and design patent applications; re-examination, reissue and correction of previously granted patents; and interference proceedings
- Experience directing foreign associates in prosecuting international patent applications to maximize the scope of rights, including applications in China, Russia, Japan, Germany, United Kingdom, Australia, Mexico and Canada
- Substantive experience acquiring patent rights in numerous technology areas including:
  - Aircraft engines, including lubrication scavenge systems and shaft coupling systems
  - Automotive systems, including chassis, brakes, steering columns, and climate control
  - Building & construction, including tools and fixtures
  - Edible products, including appearance, formulations, and food manufacturing processes
  - General electromechanical & mechanical devices, including clamps, weld guns, valves, ball screws and constant velocity joints
  - Heat transfer systems, including evaporators/condensers, geothermal systems, vortex tubes and Stirling cycle applications
  - Manufacturing & assembly systems, including robotic manipulators, endless conveyors and modular production arrangements
  - Material science, including laser treatment of surfaces, electro-chemical machining and metal casting
  - Packaging systems, including packaging materials and packaging processes
  - Textiles, including fabric formation and laminating
- Experience in providing counsel to clients on competitors' patents, including providing opinions on matters of non-infringement, invalidity, freedom to practice and design-arounds

- Experience in providing counsel to clients on intellectual property asset management, including drafting technology exchange and transfer agreements, license agreements and intellectual property due diligence associated with mergers and acquisitions
- Five years of full-time work experience as an engineer designing, developing and marketing products prior to entering law school, including three years in product engineering and two years in sales engineering
- Legal extern with the patent department of the Procter & Gamble Company during law school
- Judicial extern for Justice Alice Robie Resnick of the Ohio Supreme Court during law school

## Education

- J.D., University of Cincinnati College of Law, 2000
- B.S.M.E., University of Toledo, 1992

## Admitted to Practice

- Michigan, 2000
- U.S. Patent and Trademark Office, 2002
- Ohio, 2007

## Professional and Community Involvement

- American Intellectual Property Law Association (Member, Management of IP Assets Committee)
- Intellectual Property Owners Association
- Michigan Intellectual Property Lawyers Association
- American Society of Mechanical Engineers

## Publications and Presentations

- Organizer, "IP Valuation" Educational Session, American Intellectual Property Law Association Spring Meeting, May 2006, Chicago
- Author, "Community Design Protection in the European Union," Dickinson Wright Intellectual Property Law Update, Fall 2006

---



 **Harold (Hal) Milton, Jr.**

**OF COUNSEL**

## Areas of Practice Emphasis

- Intellectual Property

## Prominent Assignments

- Manage the Dickinson Wright Intellectual Property Academy to produce high quality patent applications by blending experience and training tools with the enthusiasm of law students and recent law graduates who are also degreed engineers or scientists
- Served as lead trial counsel in successfully litigating various patented technologies, assisting new enterprises in protecting their technology to entice investment or the sale of the enterprise, and overseeing the creation of patent, trade secret and trademark portfolios during periods of significant growth for several large corporations
- Engaged in all phases of patent, trademark and copyright practice, including prosecution of patent applications and licensing
- Former examiner in the U.S. Patent Office and a Patent Advisor in the Office of Naval Research, U.S. Navy
- Editor of the Patent, Trademarks and Copyright sections of the Michigan Institute of Continuing Legal Education Business Forms Book
- Mentored over one hundred new attorneys into the practice of patent law through his IP internship program during the last thirty years
- Adjunct Professor, Michigan State University College of Law

## Education

- J.D., Georgetown University Law Center, 1964
  - Member, *Georgetown University Law Journal*, 1963-64
- B.S. in Aeronautical Engineering, Purdue University, 1957

## Admitted to Practice

- Michigan, 1964
- Virginia, 1964
- U.S. Patent and Trademark Office, 1964

## Professional and Community Involvement

- Member, State Bar of Michigan
- Member, American Intellectual Property Law Association
- Member, Michigan Intellectual Property Law Association
- Member, Examining Corps, U.S. Patent Office, 1961-62

## Publications & Presentations

- "Improvements" in Patent Licenses: Presumptions and Clauses Derived from Case Law, 34 AIPLA Q. J. 333 (2006)
- CIP Practice Under and Beyond the Proposed Rule Changes for Continuations, 88 JPTOS 801 (2006)
- A Lesson Worth Telling, Intellectual Property Today, July 2006 at p 16.



> ### Sharon R. Newlon

**M E M B E R**

## Area of Practice Emphasis

- Environmental transactional expertise
- Environmental aspects of merger, acquisition and financing transactions
- Brownfield redevelopment
- Environmental compliance counseling
- Environmental remediation oversight

## Representative Clients

- Ashland Oil Company
- Arkema Chemicals, Inc.
- JP Morgan Chase
- DaimlerChrysler Corporation
- Delphi Automotive System Corporation
- Dow Corporation
- E.I. DuPont de Nemours
- Ford Motor Company
- Jervis B. Webb Company
- Magna International
- Minergy Corporation
- Wind Point Partners

## Prominent Assignments

- Represents Arkema (formerly Atofina Chemicals) in discharge permitting, hazardous waste compliance, air compliance, environmental cleanup and self-auditing
- Represented Minergy Corporation in all aspects of significant Brownfield redevelopment project
- Represents Jervis B. Webb Company on environmental compliance issues nationwide
- Representation of Ford Motor Company in multi-million dollar cost recovery allocation
- Representation of Ashland Oil Company in significant spill response matter
- Responsibility for environmental matters in numerous loan transactions for JPMorgan
- Responsible for environmental matters in numerous real estate transactions for Magna International and Affiliates
- Environmental counsel for corporate groups performing superfund removal and remedial actions
- Representation of former transformer manufacturer in significant PCB cleanup

- Reviewed and revised employee information and training programs for subsidiaries of Bell Packaging

## Education

- B.S. degree (*magna cum laude*) in Chemistry, University of Detroit, 1985
- J.D. degree (*magna cum laude*), University of Notre Dame Law School, 1988

## Admitted to Practice

- Michigan, 1988
- U.S. District Court, Eastern District of Michigan, 1988
- U.S. Court of Appeals, Sixth Circuit

## Professional and Community Involvement

- State Bar of Michigan, Environmental Law Section, Former Council Member and Ethics Committee Co-chair
- Detroit Bar Association
- Multi-year speaker at Exploration
- Center and Chorister in church and community choirs

**Detroit:** Phone: 313-223-3674 • Fax: 313-223-3598 • E-mail: snewlon@dickinsonwright.com



DICKINSON WRIGHT PLLC

▶ **James H. Novis**

**M E M B E R**

**Areas of Practice Emphasis**

- Taxation; State, Local, Federal, Tax Planning
- Tax Litigation; Tax Controversies
- Government Relations and Administrative Law
- Federal and State Tax Structuring and Planning
- Estate Planning and Trusts
- Real Estate
- Financial Services

**Representative Clients**

- Catalina Marketing Corporation
- Michigan International Speedway
- Dart Energy Corporation
- Honda of America Mfg., Inc.
- IGT
- Ryder Truck Rentals
- Illinois Tool Work, Inc.

**Prominent Assignments**

- Represent small to multinational businesses in connection with federal and state tax controversies, including tax appeals and assessment/refund litigation involving Michigan revenue, property and unemployment taxes
- Represent small to large taxpayers concerning real and personal property tax appeals in Michigan covering a full range of commercial property
- Counsel clients in planning for and structuring acquisitions, mergers, and other business transactions with respect to federal and state tax matters
- Counsel individual and business clients in connection with business and investment transactions to minimize taxes and comply with tax laws
- Counsel clients in formation of business entities, choice of entity, business transactions and contracts and executive compensation

**Education**

- Certified Public Accountant, State of Michigan, 1981
- J.D. (*cum laude*), University of Michigan, 1979
- B.A. Accounting (*with high honors*), Accounting, Michigan State University, 1976

**Admitted to Practice**

- Michigan
- U.S. District Court, Eastern District of Michigan, 1979
- U.S. Tax Court, 1981

**Professional and Community Involvement**

- Member, State Bar of Michigan; Taxation Section Chairperson, 1999-2000; State and Local Committee Chairperson, 1992-1993
- Member, Michigan Association of Certified Public Accountants (State and Local Tax Committee) and American Association of Certified Public Accountants, 1979

**Publications and Presentations**

- Frequent speaker, Michigan Association of Certified Public Accountants' annual conferences and seminars on state tax matters
- *Michigan School Finance Reform, the Voters Must Choose,* Michigan Tax Layer, 1994
- *Single Business Tax-Refund Opportunities – A Judicial Flurry,* Michigan Tax Lawyer, 1993
- *Taxpayer Bill of Rights 2,* Michigan Tax Lawyer, 1996
- *Taxes and the Independent Contractor* (parts 1 and 2), PT: Magazine of Physical Therapy, March, 1993

**Lansing:** Phone: 517-487-4713  •  Fax: 517-487-4700  •  E-mail: jnovis@dickinsonwright.com



## ▶ Michael W. Roskiewicz

### M E M B E R

### Areas of Practice Emphasis

- Corporate
- Mergers and Acquisitions
- Corporate Finance
- Private Capital
- Securities
- Banking and Financial Services
- Corporate Governance

### Prominent Assignments

- Represent buyers and sellers in merger, stock, and asset acquisition transactions in various industries
- Advise clients in establishing, structuring, and financing corporations, limited liability companies and joint venture arrangements
- Represent lenders and borrowers in a variety of commercial lending matters, both secured and unsecured borrowing, debt restructuring, and sale/leaseback transactions
- Represent Japanese companies in connection with establishing and maintaining U.S. operations
- Represent investors (i.e. mezzanine lenders, private equity and venture capital funds) and target companies in purchases and sales of subordinated notes, warrants, preferred, and common equity interests
- Represent issuers in public and private offerings of various debt, equity, and hybrid securities
- Advise companies, venture capital/ mezzanine/equity funds, and hedge funds in raising funds through the private placement of securities
- Advise shareholders, boards of directors, committees and executive officers regarding corporate governance, meeting and voting issues
- Represent companies and shareholders or members in negotiating and preparing shareholder agreements, buy-sell agreements and operating agreements

### Education

- J.D., Washington University School of Law, 1993
- B.A. in Psychology, University of Michigan, 1990

### Admitted to Practice

- Michigan, 1998
- Illinois, 1994 (inactive)
- Missouri, 1993 (inactive)

### Professional and Community Involvement

- Member, State Bar of Michigan
- Member, American Bar Association (Corporate and Public Law Sections)
- Member, State Bar of Illinois
- Member, State Bar of Missouri
- Member, Metro Detroit Bar Association

### Publications and Presentations

- *Washington University Journal of Urban and Contemporary Law*, Editor in Chief, 1992-1993