SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-1
CLAIMS ADMINISTRATION (GENERAL)
7,474.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/07
Claims Admin. (General)                                     Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/11/07 | 0.30 | CONTINUE TO PREPARE FOR FEBRUARY 12TH SENIOR CLAIMS ADMINISTRATION WORKING GROUP MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 02/12/07 | 1.50 | PREPARE FOR (0.2) AND ATTEND (1.3) SENIOR CLAIMS ADMINISTRATION WORKING GROUP MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 02/14/07 | 0.90 | CONTINUE TO PREPARE FOR FEBRUARY 15TH OMIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SIXTH AND SEVENTH OMNIBUS CLAIMS OBJECTIONS INCLUDING REVIEW OF FINAL FORM OF ORDER AND PROFFER MATERIALS (0.9). |
| BUTLER, JR. J | 02/15/07 | 0.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE SIXTH AND SEVENTH OMNIBUS CLAIMS OBJECTIONS. |
| BUTLER, JR. J | 02/21/07 | 0.20 | CONTINUE TO REVIEW AND ANALYZE CHR CLAIM (0.2). |
| | | 3.30 | |
| HOGAN III AL | 02/01/07 | 4.30 | PARTICIPATE IN WEEKLY CLAIMS CONFERENCE TO REVIEW STATUS OF CLAIMS PROCESS, AND IDENTIFY FURTHER CLAIMS FOR POTENTIAL CONTESTED CLAIMS TRACK (1.9); REVIEW AND EDIT SUPPLEMENTAL PLEADINGS WITH RESPECT TO WILSON AND JAMES CLAIMS, AND FINALIZE FILINGS OF SAME (2.4). |
| HOGAN III AL | 02/02/07 | 0.40 | REVIEW CONTESTED CLAIMS MATERIALS AND PLEADINGS (0.4). |
| HOGAN III AL | 02/05/07 | 1.20 | ANALYZE PROCEDURAL AND STRATEGIC CONSIDERATIONS WITH RESPECT TO COUNTERCLAIMS IN THE CLAIMS OBJECTION CONTEXT (1.2). |
| HOGAN III AL | 02/06/07 | 2.20 | ANALYZE AND ADVISE ON LITIGATION STRATEGY WITH RESPECT TO HB SERVICES CLAIM, AND POTENTIAL COUNTERCLAIM (1.0); REVIEW PROPOSED PLEADING IN CLARION ADMINISTRATIVE CLAIM MOTION (0.4); ADDRESS CONTESTED CLAIMS ISSUES, AND STATUS OF PREPARATIONS FOR UPCOMING CONTESTED CLAIM DEADLINES (0.8). |
| HOGAN III AL | 02/07/07 | 0.80 | CONSIDER AND ADVISE CLIENT CONCERNING HANDLING OF CLAIMS FOR WHICH SETTLEMENT IS PENDING, BUT NOT FINAL, WITH RESPECT TO CLAIM PROCEDURES ORDERS (0.3); REVIEW STATUS OF CURRENT CONTESTED CLAIMS AND UPCOMING DEADLINES WITH RESPECT TO SAME (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 02/08/07 | 4.40 | REVIEW AND EDIT DRAFT RELEASE LANGUAGE TO BE INCORPORATED IN CONTESTED CLAIMS SETTLEMENT AGREEMENTS (1.6); REVIEW CLARION CLAIM STATUS AND SCHEDULING ORDER (0.2); REVIEW AND EDIT MEET AND CONFER LETTER TO BE USED IN CONTESTED CLAIM PROCEDURES (0.4); REVIEW BACKGROUND ON POTENTIAL CONTESTED CLAIM MATTERS TO BE NOTICED FOR HEARING (2.2). |
| HOGAN III AL | 02/09/07 | 2.50 | FURTHER ANALYSIS AND LEGAL RESEARCH AND REVEIW RE: RAISING AFFIRMATIVE COUNTERCLAIMS IN CONTESTED CLAIMS FRAMEWORK (2.2); DISCUSS SETTLEMENT ISSUES IN JAMES CLAIM (0.3). |
| HOGAN III AL | 02/12/07 | 3.80 | REVIEW DRAFT PLEADINGS FOR POTENTIAL NEW CONTESTED CLAIM MATTERS (2.2); REVIEW DRAFT DISCOVERY REQUEST FOR EXISTING CLAIM MATTERS (0.4); ANALYZE COUNTER-CLAIM PROCEDURES AND POTENTIAL OF SUCH CLAIMS ON EXISTING CONTESTED CLAIMS (1.2). |
| HOGAN III AL | 02/13/07 | 2.20 | REVIEW CLARION PROPOSED ORDERS (0.3); CONTINUE REVIEW OF PROPOSED CLIAMS DISCOVERY, AND ANALYZE PROCEDURAL BARS TO INTRODUCTION OF EVIDENCE WITH RESPECT TO CERTAIN CONTESTED CLAIMS (1.9). |
| HOGAN III AL | 02/14/07 | 2.90 | REVIEW CONTESTED CLIAMS MATTERS AND LEGAL ARGUMENTS CONCERNING LABORSOURCE CLAIM (0.8); ANALYZE RENO CLAIM AND OUTLINE STRATEGY FOR CONTESTED HEARING PREPARATION FOR SAME (1.5); ADVISE RE: PROCEDURAL PROGRESS OF OTHER CONTESTED CLAIM MATTERS (0.6). |
| HOGAN III AL | 02/15/07 | 2.50 | ADDRESS DISCOVERY AND PLANNING ISSUES CONCERNING DEVELOPMENT OF CONTESTED CLAIM MATTERS (2.5). |
| HOGAN III AL | 02/16/07 | 0.70 | REVIEW CLARION MATTER DISCOVERY ISSUES (0.4); REVIEW COMMUNICATINO ON CHERRY CLAIM MATTER, AND TELECONFERENCE WITH K. CRAFT RE: SAME (0.3). |
| HOGAN III AL | 02/19/07 | 4.10 | PREPARE FOR MEDIATION AND MEET AND CONFER CONFERENCES ON CONTESTED CLAIM MATTERS (1.8); ANALYZE LEGAL ISSUES CONCERNING ORLICK CLAIM AND DEFAULT JUDGMENT DAMAGES ISSUES (1.5); DISCUSS CONTESTED CLAIMS STATUS IN GENERAL AND ADVISE ON PROCEDURAL STEPS ON CLAIMS PREPARATION (0.8). |
| HOGAN III AL | 02/20/07 | 4.80 | PREPARE FOR HE SERVICES MEET AND CONFER, AND CONFERENCE WITH CLIENT COUNSEL AND UNDERLYING COUNSEL IN CONNETION WITH SAME (1.4); REVIEW SUPPLEMENTAL REPLY PLEADINGS, AND WORK THROUGH LEGAL ISSUES WITH RESPECT TO SAME (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOGAN III AL | 02/21/07 | 8.30 | CONTINUE PREPARATION FOR RENO MEDIATION AND HE SERVICES MEET AND CONFER, REVIEW OF PLEADINGS AND CLAIMS IN CONNECTINO WITH SAME (5.5); REVIEW AND FINALIZE ORLICK AND RENO SUPPLEMENTAL REPLY PAPERS (2.8). |
| HOGAN III AL | 02/22/07 | 8.00 | CONTINUE PREPARATIONS FOR, AND PARTICIPATE IN RENO CLAIM MEDIATION (4.5); PREPARE FOR AND PARTICIPATE IN HE SERVICES MEET AND CONFER CONFERNECE (3.5). |
| HOGAN III AL | 02/23/07 | 0.20 | CONFERENCE WITH K. CRAFT CONCERNING SPECIFICS OF CLAIMS LITIGATION (0.2). |
| HOGAN III AL | 02/26/07 | 4.90 | REVIEW CHERRY GMB STTEMENT OF ISSUES AND COMMENT ON SAME (0.4); ADDRESS CONTESTED CLAIM ISSUES WITH LITIGAITON TEAM (1.2); PARTICIPATE IN WEEKLY CLAIMS STRATEGY MEETING, AND FOLLOW UP ON POTENTIAL NEW CONTESTED CLAIM MATTERS (3.3). |
| HOGAN III AL | 02/27/07 | 0.60 | REVIEW LETTERS TO JUDGE IN CONNECTION WITH CLARION SUMMARY JUDGMENT PROPOSAL (0.6). |
| HOGAN III AL | 02/28/07 | 0.80 | CONFERENCE WITH D. UNRUE, AND K. CRAFT RE: HANDLING OF AFFIRMATIVE CLAIMS IN OBJECTIONS CONTEXT (0.3); PREPARE FOR AND CONDUCT CONFERENCE WITH COURT RE: CLARION SUMMARY JUDGMENT MOTION (0.5). |
| | | 59.60 | |
| LYONS JK | 02/01/07 | 4.90 | PREPARATION FOR AND PARTICIPATION IN CLAIMS MEETING (1.6), OTHER CLAIMS MATTERS INCLUDING REVIEW OF BRIEFS AND CLAIMS STATUS (2.0), AND PREPARATION FOR AND PARTICIPATION IN LABORSOURCE MEDIATION (1.3). |
| LYONS JK | 02/02/07 | 5.40 | CONFERENCE AND ANALYSIS RE: UNION CLAIMS AND RESERACH (3.3) AND OTHER CLAIMS MATTERS INCLUDING PRESENTATION AND STRATEGIES (2.1). |
| LYONS JK | 02/04/07 | 2.50 | REVIEW AND REVISE PRESENTATION RE: CLAIMS STRATEGIES AND TIMELINE (2.5). |
| LYONS JK | 02/05/07 | 6.40 | PREPARATION FOR AND PARTICIPATION IN CLAIMS MEETING, CHR AND OTHER UNION CLAIMS ANALYSIS AND OTHER CLAIMS STRATEGY AND ADMINITRATION MATTERS (6.4). |
| LYONS JK | 02/06/07 | 3.60 | ADDITIONAL CLAIMS MATTERS AND FOLLOW UP, CHR CLAIM ANALYSIS, HEARING MATTERS, AND OTHER STRATEGIES FOR HEARING (3.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 02/07/07 | 5.50 | REVIEW OF RESPONSE TO NGYUEN'S AND ALLISON'S MOTION TO RECONSIDER AND EDITS AND OTHER COMMENTS AND STRATEGIES RE: THE SAME  AND OTHER CLAIMS MATTERS (5.5). |
| LYONS JK | 02/08/07 | 4.30 | REVIEW OF CLAIMS HEARING AND TRIAGING ISSUES, RESPONSE TO ALLISON MOTION TO RECONSIDER AND NEW INFORMATION, AND OTHER CLAIMS PRESENTATION AND HEARING MATTERS (4.3). |
| LYONS JK | 02/09/07 | 4.50 | REVIEW OF 8TH AND 9TH OMNIBUS CLAIMS OBJECTION ISSUES, SETTLEMENT AGREEMENTS AND STIPULATIONS, AND CLAIMS MEETING PREPARATION AND OTHER MATTERS (4.5). |
| LYONS JK | 02/12/07 | 6.20 | PREPARATION AND PARTICIPATION IN CLAIMS MEETING AND PREPARATION FOR CLAIMS HEARING AND REVIEW OF 10Q CLAIMS SECTION (6.2). |
| LYONS JK | 02/13/07 | 8.60 | PREARATION FOR CLAIMS HEARING (REVIEW OF BRIEFS, SCRIPTS, AGENDAS, PREPARED FOR ARGUMENT) AND OTHER CLAIMS MATTERS (8.6). |
| LYONS JK | 02/14/07 | 5.50 | PREPARATION FOR AND CONDUCTED CLAIMS HEARING AND POST-HEARING TASKS (5.5). |
| LYONS JK | 02/21/07 | 3.90 | REVIEW OF VARIOUS CLAIMS MATTERS INCLUDING CHR, HE SERVICES, AND OTHER MATTERS AND PREPARATION FOR HE SERVICES MEET AND CONFER (3.9). |
| LYONS JK | 02/22/07 | 4.40 | PARTICIPATION AND PREPARATION FOR HE SERVICES MEET AND CONFER (3.0) AND CHR ISSUES (1.4). |
| LYONS JK | 02/23/07 | 2.10 | REVIEW OF CLAIMS SECTION IN 10K, CLAIMS OBJECTION STRATEGIES AND UPCOMING HEARING TIMELINES AND TO DO'S (2.1). |
| LYONS JK | 02/26/07 | 5.10 | PREPARATION FOR, REVIEW OF MATERIALS, AND PARTICIPATION IN CLAIMS MEETING AND POST-MEETING FOLLOW UP, AND HEARING PREPARATION FOR 3/1 (5.1). |
| LYONS JK | 02/27/07 | 3.80 | PREPARATION FOR HEARING AND REVIEW OF LABORSOURCE PLEADINGS AND DECLARATIONS (3.8). |
| LYONS JK | 02/28/07 | 4.50 | PREPARATION FOR CLAIMS HEARING AND REVIEW OF VARIOUS CLAIMS STRATEGY MATTERS (4.5). |
| | | **81.20** | |
| MARAFIOTI KA | 02/01/07 | 0.30 | CONSIDER ISSUES RE: TOWER AUTOMOTIVE CLAIM (0.2); CORRESPONDENCE RE: WASHINGTON CLAIM (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 02/07/07 | 1.70 | CONFER WITH B. SHAW RE: CLAIMS ISSUES (0.1); REVIEW AND REVISE OBJECTION TO CLARION MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM (0.7); CONSIDER POSTPETITION INTEREST QUESTION (0.8); TELECONFERENCE  FROM CLAIMANT RE: 7TH OMNIBUS OBJECTION (0.1). |
| MARAFIOTI KA | 02/08/07 | 0.10 | TELECONFERENCE WITH ROTHSCHILD RE: CLAIM INTEREST ISSUE (0.1). |
| MARAFIOTI KA | 02/09/07 | 1.60 | CONSIDER CLAIMS RECONSIDERATION ISSUES (0.3); CONSIDER CLAIMS IN RESPECT OF RSU'S (0.7) AND REVIEW CORRESPONDENCE FROM DEAN UNRUE RE: SAME (0.2); RESEARCH RE: SAME (0.4). |
| MARAFIOTI KA | 02/12/07 | 2.00 | REVIEW AND REVISE 9TH OMNIBUS CLAIMS OBJECTION (1.3); REVIEW AND REVISE INDIVIDUALIZED NOTICES OF 9TH OMNIBUS OBJECTION (0.2); REVIEW AND REVISE PROPOSED 9TH OMNIBUS CLAIMS OBJECTION ORDER (0.2); RELATED CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 02/13/07 | 1.70 | REVIEW AND REVISE 8TH OMNIBUS CLAIMS OBJECTION (1.0), NOTICE (0.2), AND ORDER (0.2); RELATED CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 02/14/07 | 1.30 | REPORT RE: CLAIMS HEARING (0.1); REVIEW CLAIMS OBJECTION RESPONSE CHARTS FOR 6TH (0.2) AND 7TH (0.2) OMNIBUS MOTIONS; REVIEW AND REVISE 6 (0.2) AND 7TH (0.2) OMNIBUS REPLIES; FINAL REVIEW AND REVISION OF 8TH OMNIBUS MOTION AND ORDER (0.2) AND 9TH OMNIBUS MOTION AND ORDER (0.2). |
| MARAFIOTI KA | 02/20/07 | 0.30 | TELECONFERENCE WITH T. COBB RE: AOL CLAIM (0.1) AND FOLLOWUP CORRESPNDENCE (0.1); TELECONFERENCE FROM R. SIMONI RE: CLAIM AND FOLLOWUP CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 02/26/07 | 0.10 | REVIEW CORRESPONSE RE: ORLICK CLAIM (0.1). |
| | | **9.10** | |
| **Total Partner** | | **153.20** | |
| GARNER LP | 02/02/07 | 1.50 | REVIEW CLAIMS ADMINISTRATION BINDER (1.2); WORK ON SETTLEMENT ISSUES FOR E. JAMES CLAIM (0.3). |
| GARNER LP | 02/05/07 | 0.70 | REVIEW CLAIMS ADMINISTRATION BINDER AND RELATED CORRESPONDENCE (0.7). |
| GARNER LP | 02/22/07 | 0.50 | CONSIDERATION OF SETTLEMENT PROCEDURES FOR SMALL CLAIMS (0.5). |
| | | **2.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 02/02/07 | 0.50 | TELECONFERENCE FROM CHAMBERS RE: CLAIMS HEARING DATES (0.2); REVIEW WASHINGTON MATERIALS, REASSESSING CLAIMS (0.3). |
|---------|----------|------|

MATZ TJ        02/02/07        0.50    TELECONFERENCE FROM CHAMBERS RE: CLAIMS
                                       HEARING DATES (0.2); REVIEW WASHINGTON
                                       MATERIALS, REASSESSING CLAIMS (0.3).

MATZ TJ        02/07/07        0.60    REVIEW DRAFT AGENDA, MATERIALS RE: 2/14
                                       CLAIMS HEARING (0.3); TELECONFERENCE
                                       WITH CHAMBERS RE: MATERIALS FOR HEARING
                                       (0.2); EMAIL TO R. ROSEN RE: SAME (0.1).

MATZ TJ        02/09/07        0.80    REVIEW AND REVISE 2/14 CLAIMS HEARING
                                       AGENDA (0.5); TELECONFERENCE TO
                                       CHAMBERS RE: SAME (0.1); FURTHER EDITS
                                       TO 2/14 CLAIMS HEARING AGENDA (0.2).

MATZ TJ        02/12/07        0.80    FURTHER COMMENTS ON 2/14 CLAIMS HEARING
                                       AGENDA (0.3); TELECONFERENCE FROM J.
                                       FLYNN RE: CLAIM (0.2); REVIEW CLAIMS
                                       AGENDA MATTERS (0.3).

MATZ TJ        02/13/07        2.30    REVIEW MATTER RE: THIRD OMNIBUS FEE
                                       OBJECTION ORDER (0.3); TELECONFERENCE
                                       WITH CHAMBERS RE: SAME (0.3); FOLLOW UP
                                       CORRESPONDENCE WITH CHAMBERS RE:
                                       STIPULATION IN RESPECT THEREOF (0.2);
                                       REVIEW AND REVISE THE 2/14 CLAIMS
                                       HEARING AGENDA AND THE RESOLUTION OF
                                       VARIOUS MATTERS LISTED THEREIN (0.8);
                                       FINAL EDITS TO CLAIMS HEARING AGENDA FOR
                                       FILING (0.2); TELECONFERENCE WITH J.
                                       WHARTON RE: CLAIMS HEARING MATTERS
                                       (0.2); TELECONFERENCE WITH CHAMBERS RE:
                                       SAME (0.2); CORRESPONDENCE WITH
                                       CHAMBERS RE: CLAIMS HEARING (0.1).

MATZ TJ        02/14/07        4.40    FINAL PREPARATION FOR THIRD CLAIMS
                                       HEARING (1.0); APPEAR IN COURT ON THIRD
                                       CLAIMS HEARING (1.8); REVIEW AND SUBMIT
                                       TO CHAMBERS SCHEDULING ORDER RE:
                                       CLARION ADMINISTRATIVE CLAIM (0.6);
                                       REVIEW AND SUBMITT TO CHAMBERS CLARION
                                       PROTECTIVE ORDER (0.6); TELECONFERENCE
                                       WITH M. OWENS RE: SAME (0.2);
                                       TELECONFERENCE WITH CHAMBERS RE: SAME
                                       (0.2).

MATZ TJ        02/20/07        0.90    REVIEW AND CONSIDER STIPULATIONS RE:
                                       OMNIBUS CLAIMS OBJECTIONS (0.6); REVIEW
                                       CLAIMS STIPULATION RE: IUE-CWA,
                                       IAM/IBEW AND IUOE (0.2); FORWARD UNION
                                       STIPULATION TO CHAMBERS (0.1).

MATZ TJ        02/21/07        1.10    REVIEW AND SUBMITT TO CHAMBERS
                                       STIPULATION RE: CADENCE CLAIM (0.4);
                                       TELECONFERENCE FROM CHAMBERS RE: SAME,
                                       S. GRAY AND ONYX ENVIRONMENTAL
                                       OBJECTIONS (0.3); PREPARATION RE: 3/1
                                       CLAIMS HEARING AGENDA (0.3);
                                       TELECONFERENCE WITH CHAMBERS RE: SAME
                                       (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 02/22/07 | 1.20 | REVIEW AND FORWARD TO CHAMBERS IN PLAY TECHNOLOGIES STIPULATION (0.3); REVIEW AND COMMENT ON 3/1 CLAIMS HEARING AGENDA (0.4); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: RESPONSES TO 3RD OMNIBUS CLAIMS OBJECTION, 3/1 CLAIMS HEARING AGENDA (0.3); TELECONFERENCE TO CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 02/27/07 | 0.90 | REVIEW VARIOUS MATTERS RE: 3/1 CLAIMS HEARING (0.5); FOLLOW UP WITH CHAMBERS RE: ONYX AND GRAY CLAIMS ADJOURNMENTS (0.2); TELECONFERENCE FROM CHAMBERS RE: CLAIMS HEARING (0.2). |
| MATZ TJ | 02/28/07 | 3.90 | CONSIDER SUPPLIER INFORMATION REQUEST (0.2); CONSIDER RESOLUTION OF HUMAN RESOURCES CLAIMS (0.3); CORRESPONDENCE WITH CLIENT RE: RETENTION MATTER (0.2); REVIEW AND AMEND 3/1 CLAIMS HEARING AGENDA (0.4); REVIEW VARIOUS CLAIMS MATTERS FOR 3/1 CLAIMS HEARING (1.1); PREPARATION OF BINDERS AND SCRIPTS FOR SAME (0.9); TELECONFERENCE FROM YOLMAS SHINKAYA RE: CLAIM (0.2); TELECONFERENCE FROM CHAMBERS RE: CLAIMS HEARING (0.3); CORRESPONDENCE WITH CHAMBERS RE: OUTSTANDING STIPULATIONS, ORDERS RE: FEBRUARY CLAIMS HEARING (0.3). |
| | | **17.40** | |
| RAMLO K | 02/05/07 | 0.70 | REVIEW NOTICE OF ADJOURNMENT AS TO H.E. SERVICE AND R. BACKIE AND CONFER WITH J. WHARTON RE: SAME (0.2); ANALYSIS AND RESEARCH RE: RESPONDING TO REPEATED FILINGS BY PRO SE (0.5). |
| RAMLO K | 02/13/07 | 0.10 | REVIEW SETTLEMENT PROCEDURES MONTHLY REPORT (0.1). |
| RAMLO K | 02/15/07 | 0.20 | REVIEW CORRESPONDENCE FROM J. PAPELIAN RE: STATUS OF OBJECTION TO NUTECH CLAIM (0.1); REVIEW PORTAGE COUNTY RESPONSE TO 7TH OMNIBUS OBJECTON (0.1). |
| RAMLO K | 02/20/07 | 0.20 | WORKN ON SCHEDULING OF NUTECH CLAIMS ADJUDICATION (0.2). |
| RAMLO K | 02/22/07 | 0.10 | ANALYSIS RE: SCHEDULING OF NUTECH CLAIMS OBJECTION (0.1). |
| | | **1.30** | |
| **Total Counsel** | | **21.40** | |
| BOLTON IS | 02/02/07 | 2.50 | CONTINUE TO RESEARCH POTENTIAL TAX CLAIM ISSUES (1.2); CONTINUE TO REVISE AND UPDATE MEMO RE: SAME (1.3). |
| BOLTON IS | 02/04/07 | 4.20 | CONTINUE TO RESEARCH POTENTIAL TAX CLAIM ISSUES (0.8); REVISE AND UPDATE MEMO RE: SAME (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOLTON IS       02/06/07     1.80   COMMUNICATE WITH WORKING GROUP RE:
                                    RESEARCH FOR POTENTIAL TAX CLAIM ISSUES
                                    (1.8).

BOLTON IS       02/07/07     2.40   CONTINUE TO RESEARCH POTENTIAL TAX
                                    CLAIM ISSUES (0.2); CONTINUE TO DRAFT
                                    AND REVISE MEMO RE: SAME (0.6); DISCUSS
                                    SAME WITH WORKING GROUP (1.6).

BOLTON IS       02/08/07     2.20   COMMUNICATE WITH WORKING GROUP RE:
                                    POTENTIAL TAX CLAIM ISSUES (2.2).

                            **13.10**

CAMPANARIO ND   02/01/07     6.50   LEGAL RESEARCH RE: ADMINISTRATIVE
                                    EXPENSES UNDER SECTIONS 503 AND 507 OF
                                    THE BANKRUPTCY CODE (2.3); BEGIN
                                    DRAFTING OBJECTION TO CLARION
                                    CORPORATION OF AMERICA'S MOTION FOR
                                    ALLOWANCE OF ADMINISTRATIVE EXPENSES
                                    (4.2).

CAMPANARIO ND   02/02/07     7.70   CONTINUE DRAFTING OBJECTION TO CLARION
                                    CORPORATION OF AMERICA'S MOTION FOR
                                    ALLOWANCE OF ADMINISTRATIVE EXPENSES
                                    (7.7).

CAMPANARIO ND   02/03/07     4.50   LEGAL RESEARCH RE: MICHIGAN CONTRACT
                                    LAW IN CONNECTION WITH OBJECTION TO
                                    CLARION CORPORATION OF AMERICA'S MOTION
                                    FOR ALLOWANCE OF ADMINISTRATIVE
                                    EXPENSES (4.5).

CAMPANARIO ND   02/04/07     5.40   COMPLETE LEGAL RESEARCH RE: MICHIGAN
                                    CONTRACT LAW IN CONNECTION WITH
                                    OBJECTION TO CLARION CORPORATION OF
                                    AMERICA'S MOTION FOR ALLOWANCE OF
                                    ADMINISTRATIVE EXPENSES (1.2);
                                    COMPLETE DRAFT OF OBJECTION TO
                                    CLARION'S MOTION (4.2).

CAMPANARIO ND   02/05/07     0.80   DRAFT LETTER TO COUNSEL FOR CLARION
                                    CORPORATION OF AMERICA RE: DISCOVERY
                                    AND OTHER PREHEARING MATTERS IN
                                    CONNECTION WITH CLARION'S MOTION FOR
                                    ALLOWANCE OF ADMINISTRATIVE EXPENSES
                                    (0.5); REVISE OBJECTION TO CLARION'S
                                    MOTION (0.3).

CAMPANARIO ND   02/06/07     6.30   REVISE OBJECTION TO CLARION CORPORATION
                                    OF AMERICA'S MOTION FOR ALLOWANCE OF
                                    ADMINISTRATIVE EXPENSES (0.6); PREPARE
                                    INDEX OF CONFIDENTIAL EXHIBITS SERVED
                                    BY CLARION (0.6); ANALYZE DOCUMENTS
                                    RELATED TO CLARION'S MOTION (2.4);
                                    DRAFT INTERROGATORIES, DOCUMENT
                                    REQUESTS, AND REQUESTS FOR ADMISSION TO
                                    CLARION (2.7).

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 02/07/07 | 3.00 | EDIT LETTER TO COUNSEL FOR CLARION CORPORATION OF AMERICA RE: DISCOVERY AND OTHER PREHEARING MATTERS (0.4), REVISE STIPULATION AND PROTECTIVE ORDER (0.2), AND DRAFT FORM OF SCHEDULING ORDER (2.4), ALL IN CONNECTION WITH CLARION'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES. |
| CAMPANARIO ND | 02/08/07 | 2.50 | REVISE STIPULATION AND AGREED PROTECTIVE ORDER (0.2), OBJECTION (0.3), DISCOVERY REQUESTS (0.4), AND FORM OF SCHEDULING ORDER (0.4), ALL IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES; DRAFT SCRIPT FOR HEARING ON SAME (1.2). |
| CAMPANARIO ND | 02/09/07 | 5.20 | REVIEW FEB. 7, 2007, PRESENTATION TO STATUTORY COMMITTEES (1.2); REVISE FORM OF SCHEDULING ORDER (0.3) AND REVIEW DOCUMENTS (3.7) IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES. |
| CAMPANARIO ND | 02/11/07 | 5.20 | REVIEW DOCUMENTS AND PREPARE FOR MEETING WITH C. BROWN AND R. CHANEY OF DELPHI IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (5.2). |
| CAMPANARIO ND | 02/12/07 | 3.20 | TELECONFERENCE WITH C. BROWN AND R. CHANEY RE: CLARION CORPORATION OF AMERICA'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (3.2). |
| CAMPANARIO ND | 02/13/07 | 1.80 | TELECONFERENCE WITH COUNSEL FOR CLARION CORPORATION OF AMERICA RE: FORM OF SCHEDULING ORDER (0.2) AND REVISE SAME (0.3); FORMULATE STRATEGY RE: CLARION'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (1.3). |
| CAMPANARIO ND | 02/14/07 | 1.70 | TELECONFERENCE WITH COUNSEL FOR CLARION CORPORATION OF AMERICA RE: SCHEDULING ORDER AND OMNIBUS HEARING (0.2), REVISE SCHEDULING ORDER (0.2), AND DRAFT ADDITIONAL DISCOVERY REQUESTS (1.3), ALL IN CONNECTION WITH CLARION'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES. |
| CAMPANARIO ND | 02/15/07 | 2.10 | REVISE DISCOVERY REQUESTS IN CONNECTION WITH CLARION CORPORATION OF AMERICA'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (2.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND   02/20/07   2.60   DRAFT LETTER TO COURT REQUESTING
PRE-MOTION CONFERENCE IN CONNECTION
WITH SUMMARY-JUDGMENT MOTION ON CLARION
CORPORATION'S MOTION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSES (1.0); EDIT
OBJECTIONS TO CLARION'S DOCUMENT
REQUESTS (1.6).

CAMPANARIO ND   02/21/07   1.40   EDIT OBJECTIONS TO DISCOVERY REQUESTS
SERVED BY CLARION CORPORATION OF
AMERICA IN CONNECTION WITH ITS MOTION
FOR ALLOWANCE OF ADMINISTRATIVE
EXPENSES (0.8); REVIEW CLARION'S
OBJECTIONS TO THE DEBTORS DISCOVERY
REQUESTS IN CONNECTION WITH SAME (0.6).

CAMPANARIO ND   02/23/07   8.70   DRAFT STATEMENT OF MATERIAL FACTS FOR
MOTION FOR SUMMARY JUDGMENT IN
CONNECTION WITH CLARION CORPORATION OF
AMERICA'S MOTION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSES (8.7).

68.60

CONNORS CP   02/01/07   7.80   REVIEW AND REVISE SUPPLEMENTAL REPLY
AND WITNESS DECLARATIONS RE: D. WILSON
CLAIM (2.9); PARTICIPATE IN
TELECONFERENCE WITH DELPHI WITNESS (R.
OSTER) RE: WILSON CLAIM (0.2); REVIEW
AND REVISE SUPPLEMENTAL REPLY AND
DECLARATIONS RE: EDITH JAMES CLAIM
(4.1); WORK ON ISSUES RELATED TO THE
SUPPLEMENTAL REPLY AND DECLARATION
FILINGS (0.6).

CONNORS CP   02/05/07   5.10   REVIEW AND ANALYZE MATERIALS RE:
TREATMENT OF HB PERFORMANCE CLAIMS AND
DELPHI'S COUNTERCLAIM (2.7); RESEARCH
ISSUES RE: PROPER NOTICE (0.5); REVIEW
AND ANALYZE MATERIALS RE: CHERRY GMBH
CLAIM (0.8); TRACK STATUS OF
OUTSTANDING CLAIMS HEARING MATTERS
(1.1).

CONNORS CP   02/06/07   10.90   PREPARE FOR AND COORDINATE MEDIATION
RE: ORLIK CLAIM (0.5); GATHER, REVIEW,
AND ANALYZE MATERIAL AND INFORMATION
RE: CHERRY GMBH CLAIM (4.4); REVIEW AND
ANALYZE MATERIAL RE: YILMAZ CLAIM
(1.8); RESEARCH STATUTE OF LIMITATIONS
ISSUES RE: YILMAZ CLAIM (0.6); REVIEW
AND ANALZE MATERIALS RE: MG CORP CLAIM
(0.4); COMMUNICATE AND CORRESPONDE WITH
COUNSEL FOR HB PERFORMANCE RE: HEARING
CONSOLIDATION ISSUES (0.6); TRACK
OUTSTANDING ISSUES CONCERNING ALL
CLAIMS AND COORDINATE RESPONSES (2.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CONNORS CP      02/07/07      9.20   RESEARCH ADEQUACY OF NOTICE ISSUES
                                     (0.8); DRAFT FORM MEET AND CONFER LETTER
                                     (0.5); REVIEW AND ANALYZE MATERIALS RE:
                                     CHERRY GMBH CLAIM (1.5); WORK ON
                                     MEDIATION AND DISCOVERY ISSUES RE: E.
                                     JAMES CLAIM (1.6); WORK ON ISSUES RE:
                                     AND DETERMINE WHICH CLAIMS WERE READY TO
                                     BE NOTICED FOR APRIL 13 HEARING (4.8).

CONNORS CP      02/08/07      6.80   PREPARE FOR MEDIATION RE: EDITH JAMES
                                     CLAIM (1.1); PREPARE MEET AND CONFER
                                     LETTER RE: YILMAZ CLAIM (0.3); ANALYZE
                                     DEPOSITIONS AND OTHER MATERIALS IN
                                     PREPARATION FOR SERVING DEPOSITION
                                     NOTICES RE: EDITH JAMES CLAIM (2.9);
                                     REVIEW AND ANALYZE MATERIALS IN
                                     PREPARATION FOR POTENTIAL DEPOSITIONS
                                     RE: HB PERFORMANCE (1.3); GATHER AND
                                     REVIEW MATERIALS RE: CHERRY GMBH CLAIM
                                     (1.2).

CONNORS CP      02/09/07      8.30   REVIEW AND ANALYZE MOTION TO
                                     CONSOLIDATE AND SUPPLEMENTAL RESPONSE
                                     FILED BY HB PERFORMANCE (1.8); REVIEW
                                     AND ANALYZE MATERIALS RE: STATEMENT OF
                                     DISPUTED ISSUES FOR YILMAZ CLAIM (1.7);
                                     REVIEW MATERIALS RE: AND RESEARCH
                                     ISSUES IN RESPONSE TO HB PERFORMANCE'S
                                     MOTION (4.7); WORK ON DISCOVERY ISSUES
                                     RE: HB PERFORMANCE CLAIM (0.1).

CONNORS CP      02/12/07      9.90   REVIEW MATERIALS IN CONNECTION WITH AND
                                     REVISE STATEMENT OF DISPUTED ISSUES RE:
                                     YILMAZ CLAIM (1.2); WORK ON DISCOVERY
                                     ISSUES AND RESEARCH ISSUES RELATED TO
                                     DELPHI'S COUNTERCLAIM RE: HB
                                     PERFORMANCE CLAIM (0.8); REVIEW
                                     MATERIALS RELATED TO DISCOVERY RE:
                                     ORLIK CLAIM (3.7); REVIEW AND REVISE
                                     DISCOVERY REQUESTS RE: ORLIK CLAIM
                                     (2.6); REVIEW AND ANALYZE MATERIALS RE:
                                     CHERRY GMBH CLAIM (0.7); TRACK STATUS OF
                                     OUTSTANDING MATTERS RE: ALL NOTICED
                                     CLAIMS (0.9).

CONNORS CP      02/13/07      7.50   WORK ON DISCOVERY ISSUES EDITH JAMES
                                     CLAIMS (0.2); WORK ON DISCOVERY RE:
                                     ORLIK CLAIM (0.8); REVIEW AND ANALYZE
                                     MATERIALS AND COORDINATE WITNESS
                                     INTERVIEWS RE: CHERRY GMBH CLAIM (2.2);
                                     WORK ON DISCOVERY ISSUES RE: LABSOURCE
                                     (1.1); WORK ON RESPONSE TO AND
                                     COMMUNICATE WITH OPPOSING COUNSEL RE:
                                     HB PERFORMANCE MOTION (3.2).

CONNORS CP      02/14/07     15.20   PREPARE FOR AND CONDUCT TELECONFERENCE
                                     WITH WITNESS (C. BIVENS) RE: CHERRY GMBH
                                     CLAIM (1.5); REVIEW AND ANALYZE
                                     MATERIALS RE: CHERRY GMBH CLAIM (3.2);
                                     REVIEW AND ANALYZE MATERIALS RE: RENO
                                     CLAIM (4.4); REVISE SUPPLEMENTAL REPLY
                                     RE: RENO CLAIM (4.9); REVISE AND
                                     COORDINATE FILING OF STATEMENT OF
                                     DISPUTED ISSUES RE: YILMAZ CLAIM (1.2).

B43E

| | | | |
|---|---|---|---|
| CONNORS CP | 02/15/07 | 9.10 | REVIEW ADDITIONAL MATERIALS RELATED TO AND REVISE SUPPLEMENTAL REPLY RE: RENO CLAIM (2.7); PARTICIPATE IN PORTION OF CALL WITH WITNESS (M. BROWN) RE: RENO CLAIM (0.3); REVIEW AND ANALYZE MATERIALS RE: RELATED CLAIMS FILED BY HE SERVICES, BACKIE, AND JANES AND IN PREPARATION FOR MEET AND CONFER (3.8); PREPARE MEMO SUMMARIZING ALLEGATIONS AND PROPOSED DISCOVERY RE: HE SERVICE CLAIMS (2.3). |
| CONNORS CP | 02/19/07 | 8.60 | PREPARE FOR AND PARTICIPATE IN PORTION OF WITNESS CALL (B. PATRICK) RE: RENO CLAIM (1.1); REVIEW AND REVISE SUPPLEMENTAL REPLY RE: RENO CLAIM (0.4); REVIEW AND ANALYZE MATERIAL RE: CHERRY GMBH CLAIM (0.2); PREPARE FOR HE SERVICES MEET AND CONFER (1.4); REVIEW AND ANALYZE MATERIALS RE: OKI CLAIM (0.5); REVIEW AND REVISE SUPPLEMENTAL REPLY AND DECLARATIONS RE: ORLIK CLAIM (1.6); RESEARCH DEFAULT JUDGMENT ISSUES RE: ORLIK CLAIM (3.4). |
| CONNORS CP | 02/20/07 | 14.10 | REVIEW MATERIALS RE: AND REVISE SUPPLEMENTAL REPLY RE: ORLIK CLAIM (4.6); RESEARCH ISSUES RELATED TO ORLIK'S DEFAULT JUDGMENT (5.4); REVIEW AND ANALYZE MATERIAL RE: CHERRY GMBH CLAIM (1.5); PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH CLIENT AND OUTSIDE COUNSEL (T. LIPPERT, J. DERIAN) (1.7); RESEARCH ISSUES RELATED TO ADMINISTRATIVE FINDINGS RE: RENO CLAIM (0.9). |
| CONNORS CP | 02/21/07 | 11.90 | REVIEW AND ANALYZE MATERIALS RE: SUPPLEMENTAL REPLY AND DECLARATIONS RE: ORLIK CLAIM (2.5); PREPARE MOTION TO STRIKE ORLIK'S WITNESS (1.7); REVIEW AND REVISE DECLARATIONS RE: ORLIK CLAIM (0.7); REVISE ORLIK WITH FINAL COMMENTS (4.9); RESEARCH ISSUES RE: ADMINISTRATIVE FINDINGS RE: RENO CLAIM (0.5); PREPARE FOR AND PARTICIPATE IN STRATEGY TELECONFERENCE RE: RENO MEDIATION (0.5); PREPARE FOR HE SERVICES MEET AND CONFER (1.1). |
| CONNORS CP | 02/22/07 | 3.50 | PREPARE FOR AND PARTICIPATE IN MEDIATION IN RENO (3.5). |
| CONNORS CP | 02/23/07 | 6.40 | WORK ON ISSUES RE: LABORSOURCE HEARING (0.3); TRACK STATUS OF ALL PENDING CLAIMS MATTERS AND REVIEW UPCOMING DEADLINES (1.3); PREPARE FOR RENO HEARING (1.5); RESEARCH ISSUES RELATED TO ADMINISTRATIVE FINDINGS RE: RENO CLAIM (3.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CONNORS CP | 02/26/07 | 9.30 | GATHER INFORMATION RE: AND RESEARCH ISSUES RELATED TO ADMINISTRATIVE FINDINGS (1.6); REVIEW AND ANALYZE MATERIALS RE: CHERRY GBMH STATEMENT OF DISPUTED ISSUES (2.6); RESEARCH CONTRACT ISSUES RE: CHERRY GMBH (1.4); RELATED TO REVISE STATEMENT OF DISPUTED ISSUES RE: CHERRY GMBH (3.3); DRAFT MEET AND CONFER LETTER RE: CHERRY GMBH CLAIM (0.4). |
|---|---|---|---|
| CONNORS CP | 02/27/07 | 6.70 | WORK ON PREPARATION FOR HEARING RE: RENO CLAIM (0.5); RESEARCH ISSUES RE: OSHA FINDING (3.5); RESEARCH ISSUES RE: CLAIM PRECLUSION (2.7). |
| CONNORS CP | 02/28/07 | 9.30 | REVIEW MATERIALS IN CONNECTION WITH DISCOVERY RE: ORLIK CLAIM (0.8); REVIEW AND ANALYZE DECLARATIONS AND EXHIBITS RE: RENO CLAIM (1.6); REVIEW AND REVISE DEPOSITIONS AND DEPOSITION SUMMARIES RE: RENO CLAIM (4.0); FORMULATE STRATEGY AND PREPARE AND PREPARE DRAFT OF SUMMARY JUDGMENT LETTER RE: RENO CLAIM (2.9). |

159.60

| DE ELIZALDE D | 02/23/07 | 0.40 | REVIEW CLAIMS HEARING AGENDA (0.4). |
|---|---|---|---|
| DE ELIZALDE D | 02/26/07 | 1.90 | REVIEW AND REVISE SIXTH AND SEVENTH OMNIBUS CLAIMS ORDERS AND SUPERVISED FILING THEREOF (1.9). |
| DE ELIZALDE D | 02/27/07 | 0.70 | REVIEW AND REVISE AGENDA ON CLAIMS HEARING (0.7). |

3.00

| DIAZ LB | 02/01/07 | 2.20 | WEEKLY CLAIMS MEETING WITH K. CRAFT AND D. UNRUE (1.3); CLAIMS REVIEW WITH D. UNRUE (0.9). |
|---|---|---|---|
| DIAZ LB | 02/02/07 | 5.70 | MEETING WITH D. UNRUE RE: PROTECTIVE CLAIMS AND APRIL 13 HEARING MATTERS (1.7); STRATEGY MEETING RE: SETTLEMENT OF CLAIMS (1.9); ANALYZE CLAIMS AND CONTACT CLAIMANT AND ATTEMPT TO SETTLE CLAIMS (2.1). |
| DIAZ LB | 02/04/07 | 2.10 | REVISE SENIOR CLAIMS PRESENTATION (2.1). |
| DIAZ LB | 02/05/07 | 2.80 | DRAFT PRESENTATION FOR SENIOR CLAIMS MEETING (2.1); TELECONFERENCE WITH D. UNRUE RE: CLAIMS PRESENTATION (0.7). |
| DIAZ LB | 02/07/07 | 4.70 | REVISE OMNIBUS OBJECTIONS AND PROPOSED ORDERS (2.3); RESPOND TO CALLS FROM CLAIMANTS (1.2); MEETING WITH D. UNRUE (1.2). |
| DIAZ LB | 02/08/07 | 11.00 | DILIGENCE FOR OMNIBUS OBJECTIONS (9.1); MEETING WITH D. UNRUE (1.9). |
| DIAZ LB | 02/09/07 | 6.20 | DILIGENCE FOR OMNIBUS OBJECTIONS (6.2). |

64

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 02/11/07 | 2.70 | REVISE CLAIMS PRESENTATION FOR D. UNRUE (2.7). |
| DIAZ LB | 02/13/07 | 16.00 | HEARING PREP RELATED MATTERS INCLUDING DRAFTING MATERIALS FOR HEARING, REVISING STIPULATIONS AND SETTLEMENT AGREEMENTS, DRAFTING REPLYS AND REVIEWING RELEVANT EXHIBITS (16.0). |
| DIAZ LB | 02/14/07 | 13.00 | REVISE SIXTH AND SEVENTH OMNI REPLIES, PROPOSED ORDERS AND EXHIBITS; REVISE EIGHTH AND NINTH OMNIBUS OBJECTIONS, NOTICES, PROPOSED ORDERS; REVISE HEARING PREP MATERIALS, REVIEW HEARING PREPARATION AND LOGISTICS (11.0); ATTEND MONTHLY CLAIMS HEARING (0.8); MEET WITH D. UNRUE RE: CLAIMS MATTERS UP FOR HEARING (1.2). |
| DIAZ LB | 02/15/07 | 5.40 | REVISE OMNI 8 AND 9 AND OTHER HEARING RELATED CLAIMS MATTERS (3.8); ATTEND OMNIBUS HEARING (0.7); MEET WITH D. UNRUE TO DISCUSS UPCOMING CLAIMS OBJECTIONS (0.9). |
| DIAZ LB | 02/16/07 | 11.50 | MEETING WITH D. UNRUE (2.1); CONTACT CLAIMANTS TO SETTLE CLAIMS AND REVISE SETTLEMENT AGREEMENTS (2.1); DRAFT PROPOSED ORDERS; REVIEW EXHIBITS FOR OMNIBUS OBJECTIONS; REVISE EXHIBITS FOR ORDERS (4.7); CLAIMS STRATEGY MEETING (1.7); RESPOND TO CLAIMS INQUIRES FROM HOTLINE (0.9). |
| DIAZ LB | 02/19/07 | 5.70 | REVIEW CLAIMS FILES TO DETERMINE SETTLEMENT POTENTIAL (2.1); REVISE CLAIMS HEARING PLANNER (1.7); DRAFT PROPOSED ORDERS AND STIPULATIONS (1.9). |
| DIAZ LB | 02/20/07 | 7.40 | MEETING WITH D. UNRUE AND CLAIMS MANAGERS (5.3); REVIEW CLAIMS FILED FOR SETTLEMENT POTENTIAL (2.1). |
| DIAZ LB | 02/21/07 | 11.10 | REVIEW AND REVISE 10K (1.8); MEET WITH D. UNRUE (1.2); REVIEW CLAIMS FILED FOR SETTLEMENT POTENTIAL, DRAFT SETTLEMENT AGREEMENTS (8.1). |
| DIAZ LB | 02/22/07 | 1.50 | MEETING WITH D. UNRUE (1.5). |
| DIAZ LB | 02/23/07 | 8.40 | DRAFT ORDERS FOR MOTIONS TO RECONSIDER, REVISE TRACKING CHART FOR CLAIMS HEARINGS (4.1); RESPOND TO CALLS FROM DELPHI INFORMATION LINE (1.9); REVIEW CONFLICTS CHECKS (1.1); REVISE HEARING PLANNER FOR CLAIMS MATTERS (1.3). |
| DIAZ LB | 02/24/07 | 6.70 | DRAFT SETTLEMENT AGREEMENTS AND STIPULATIONS; RESPOND TO INQUIRES BY CLAIMS MANAGERS (6.7). |
| DIAZ LB | 02/25/07 | 3.60 | REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (3.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 02/26/07 | 8.30 | REVISE UCC DECK FOR SPECIAL UCC MEETING (2.1); RESPOND TO CLAIMANTS AND DRAFT SETTLEMENT AGREEMENTS AND STIPULATIONS (4.8); MEET WITH D. UNRUE (1.4). |
| DIAZ LB | 02/27/07 | 8.40 | HEARING PREPARATION INCLUDING DRAFTING DOCUMENTS FOR HEARING, FINALIZING SETTLEMENT AGREEMENTS, AND REVIEWING PLEADINGS (8.4). |
| DIAZ LB | 02/28/07 | 9.00 | MEETING WITH D. UNRUE (3.1); HEARING PREPARATION RELATED MATTERS INCLUDING DOCUMENTS TO BE USED A HEARING, COORDINATION OF PRODUCTION OF MATERIALS, SUMMARIZE RELEVANT PLEADINGS (5.9). |

153.40

| | | | |
|---|---|---|---|
| FERN BM | 02/01/07 | 0.40 | REVIEW ISSUES RE: MOTIONS TO RECONSIDER EXPUNGEMENT OF CLAIMS (0.4). |
| FERN BM | 02/12/07 | 0.50 | FORMULATE STRATEGY RE: REINSTATING CERTAIN EXPUNGED CLAIMS (0.2); ADDITIONAL ATTENTION TO ISSUES RE: REINSTATEMENT OF EXPUNGED CLAIMS (0.3). |
| FERN BM | 02/15/07 | 1.30 | RESEARCH RE: SETOFF OF CLAIMS AGAINST COLLINS AND AIKMAN (1.3). |

2.20

| | | | |
|---|---|---|---|
| GUZZARDO J | 02/07/07 | 0.50 | REVIEW OF CLARION LITIGATION MATERIALS (0.5). |
| GUZZARDO J | 02/08/07 | 0.50 | REVIEW OF MATERIALS IN PREPARATION FOR DISCOVERY IN CLARION MATTER (0.5). |
| GUZZARDO J | 02/14/07 | 0.30 | REVIEW OF CLARION LITIGATION MATERIALS IN PREPARATION FOR DISCOVERY (0.3). |
| GUZZARDO J | 02/16/07 | 0.90 | REVIEW OF CLARION LITIGATION MATERIALS IN PREPARATION FOR DOCUMENT DISCOVERY (0.2); COORDINATION AND STRATEGY DISCUSSION RE: SAME. (0.7). |
| GUZZARDO J | 02/27/07 | 0.90 | REVIEW OF DISCOVERY REQUESTS AND STRATEGY DISCUSSIONS IN CONNECTION WITH CLARION LITIGATION (0.9). |
| GUZZARDO J | 02/28/07 | 3.10 | DOCUMENT REVIEW OF MOTION EXHIBITS (3.1). |

6.20

| | | | |
|---|---|---|---|
| HARDIN AS | 02/13/07 | 3.10 | ASSIST IN PREPARATION FOR OMNIBUS CLAIMS HEARING (3.1). |

3.10

| | | | |
|---|---|---|---|
| HOUSTON BM | 02/14/07 | 2.80 | CONDUCT FOLLOW-UP RESEARCH ON ISSUES RE: RIGHT OF FIRST REFUSAL (2.8). |
| HOUSTON BM | 02/20/07 | 0.40 | REVIEW TPL LETTER (0.4). |

3.20

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 02/01/07 | 8.20 | REVIEW AND REVISE SUPPLEMENTAL REPLY IN SUPPORT OF OBJECTION TO CLAIM OF D. WILSON (6.5); CONTINUE DRAFT OF SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF WORLDWIDE BATTERY (1.1); STRATEGY CONFERENCE RE: CURRENT CLAIMS SET FOR HEARING (0.6). |

| HOWE EJ | 02/02/07 | 9.10 | CONTINUE DRAFTING SETTLEMENT AGREEMENTS AND STIPULATIONS RE: CLAIMS OF WORLDWIDE BATTERY (1.3) AND NISSAN TECHNICAL CENTER (1.6); BEGIN DRAFTING SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF GULF COAST BANK (1.2); CONTINUE REVIEWING, ANALYZING, AND CHARTING RESPONSES TO SIXTH AND SEVENTH OMNIBUS CLAIMS OBJECTIONS (3.8); REVIEW CLAIMS ASSERTING SECURED AND PRIORITY CLAIMS AND ANALYZE SAME (1.2). |

| HOWE EJ | 02/05/07 | 6.50 | CONTINUE DRAFTING SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF GULF COAST BANK (1.6); CONTINUE REVIEWING, ANALYZING, AND CHARTING RESPONSES TO SIXTH AND SEVENTH OMNIBUS CLAIMS OBJECTIONS (2.1); ANALYZE SECURED CLAIMS AND RESEARCH RE: SECURITY INTERESTS IN LEASED PROPERTY (2.4); TELEPHONE DISCUSSION WITH T. WIMSATT, COUNSEL FOR DONNA WILSON, RE: MEDIATION OF CLAIM (0.2); TELEPHONE DISCUSSION WITH R. WELHOELTER, COUNSEL FOR NISSAN TECHNICAL CENTER RE: SETTLEMENT OF NISSAN'S CLAIM (0.2). |

| HOWE EJ | 02/06/07 | 8.30 | REVIEW AND ANALYZE RESPONSES TO SEVENTH OMNIBUS CLAIMS OBJECTION AND SUMMARIZE SAME FOR EXHIBIT TO DEBTORS REPLY (3.7); ANALYZE SECURED AND PRIORITY CLAIMS, INCLUDING LEGAL RESEARCH RE: SECURITY INTERESTS IN LEASED PROPERTY AND TOOLING AND MOLDING LIENS (3.9); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF BANK OF LINCOLNWOOD (0.7). |

| HOWE EJ | 02/07/07 | 7.60 | CONTINUE ANALYSIS OF SECURED AND PRIORITY CLAIMS AND LEGAL RESEARCH RE: SAME (2.1); FINALIZE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF BANK OF LINCOLNWOOD (0.8); CONTINUE ANALYSIS AND SUMMARIES OF RESPONSES TO SEVENTH OMNIBUS CLAIMS OBJECTION FOR INCLUSION ON EXHIBIT TO DEBTORS' OMNIBUS REPLY (2.4); DRAFT NOTICES OF CLAIMS OBJECTION HEARING RE: CLAIMS TO BE SET FOR APRIL 13 CLAIMS HEARING, DRAFT SPECIAL PARTY SERVICE LIST, AND COORDINATE FILING OF SAME (2.1); DISCUSSION WITH LOCAL COUNSEL RE: SETTLEMENT OF CLAIM OF D. WILSON (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 02/08/07 | 9.60 | ANALYZE CLAIMS TO BE INCLUDED ON EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (8.2); PREPARE FOR AND ATTEND MEETING AT DELPHI CLAIMS CENTER WITH D. UNRUE AND CLAIMS ANALYST MANAGERS RE: SECURED AND PRIORITY CLAIMS (0.5); DRAFT SETTLEMENT AGREEMENT AND STIPULTION RE: CLAIM OF HAROLD WOODSON (0.9). |
| HOWE EJ | 02/09/07 | 6.30 | ANALYZE CLAIMS TO BE INCLUDED IN EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (6.3). |
| | | **55.60** | |
| LEDERER J. | 02/08/07 | 1.50 | REVIEW LETTER RE: PREPETITION CLAIMS AND TREATMENT THEREOF (0.5); DO CASE LAW RESEARCH ON APPLICABLE S.D.N.Y. AUTHORITY (1.0)). |
| | | **1.50** | |
| MEISLER RE | 02/05/07 | 0.30 | REVIEW JUKI CLAIM (0.2); TELECONFERENCE WITH R. IMPERIAL RE: SAME (0.1). |
| MEISLER RE | 02/06/07 | 1.00 | REVIEW CORRESPONDENCE RE: SPS CLAIM (0.5); CONFERENCE WITH N. BERGER AND A. WINCHELL RE: SAME (0.3); TELECONFERENCE WITH CLAIMANT RE: WRONG DEBTOR OBJECTION (0.2). |
| MEISLER RE | 02/13/07 | 0.10 | DRAFT FOLLOW UP CORRESPONDENCE RE: TREMONT STIP (0.1). |
| MEISLER RE | 02/14/07 | 3.60 | REVIEW OMNIBUS OBJECTIONS (1.6); ASSIST IN PREPARATIONS FOR CLAIMS HEARING (2.0). |
| MEISLER RE | 02/21/07 | 0.50 | ANALYSIS OF CHR CLAIM (0.5). |
| MEISLER RE | 02/26/07 | 0.40 | REVIEW AND ANALYSIS RE: STATUS OF CLAIMS RECONCILIATION AND CURRENT PROCEDURES (0.4). |
| MEISLER RE | 02/28/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS (0.4). |
| | | **6.30** | |
| PERL MW | 02/01/07 | 1.20 | CONTINUE RESEARCH RE: TAX CLAIMS (1.2). |
| PERL MW | 02/03/07 | 0.30 | CONTINUE RESEARCH RE: ANALYSIS OF TAX CLAIMS (0.3). |
| PERL MW | 02/04/07 | 4.20 | CONTINUE RESEARCH IN CONNECTION WITH ANALYSIS OF TAX CLAIMS AND WORK ON SUMMARY OF SAME (3.8); FOLLOW UP TELECONFERENCES RE: RESEARCH (0.4). |
| PERL MW | 02/05/07 | 3.60 | CONTINUE RESEARCH IN CONNECTION WITH ANALYSIS OF TAX CLAIMS (3.6). |
| PERL MW | 02/06/07 | 3.20 | CONTINUE RESEARCH IN CONNECTION WITH ANALYSIS OF TAX CLAIMS (3.2). |
| PERL MW | 02/07/07 | 1.60 | CONTINUE RESEARCH IN CONNECTION WITH ANALYSIS OF TAX CLAIMS (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 02/08/07 | 2.20 | TELECONFERENCE WITH J. DELUCA RE: TAX CLAIMS (0.1); DRAFT CORRSPONDENCE TO WORKING GROUP RE: SAME (0.2); REVIEW OUTLINE RE: SAME (0.4); CONTINUE TO RESEARCH RE: SAME (0.7) AND BEGIN REVISION OF OUTLINE RE: SAME (0.8). |
| PERL MW | 02/09/07 | 0.40 | STRATEGIZE WITH WORKING GROUP RE: TAX CLAIMS (0.2); TELECONFERENCE WITH T. ATKINS RE: TAX CLAIM (0.2). |
| PERL MW | 02/11/07 | 4.10 | REVIEW NOTES AND SUMMARY RE: TAX CLAIM INQUIRY (0.2); DRAFT CORRESPONDENCE TO T. ATKINS RE: SAME (0.4); CONTINUE TO DRAFT/REVISE TAX CLAIM OUTLINE, INCLUDING REVIEW OF RELEANT CASE LAW (3.5). |
| PERL MW | 02/12/07 | 4.10 | COMPLETE RESEARCH (1.4) AND OUTLINE (2.7) RE: PROPOERTY TAX CLAIM ANALYSIS. |
| PERL MW | 02/13/07 | 0.70 | CORRESPONDENCES WITH WORKING GROUP RE: OUTLINE OF TAX CLAIMS ANALYSIS (0.4); UPDATE MEMO INCOPORATING COMMENTS FROM WORKING GROUP (0.3). |
| PERL MW | 02/14/07 | 1.10 | REVIEW CORRESPONDENCE FROM WORKING GROUP RE: TAX CLAIMS OUTLINE (0.2); CONSIDER ISSUES IN CONNECTION WITH SAME, INCLUSING FOLLOW UP RESEARCH (0.7); FOLLOW UP CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.2). |
| PERL MW | 02/15/07 | 0.30 | FOLLOW UP CORRESPONDENCE AND TELECONFERENCE WITH WORKING GROUP TO DISCUSS TAX CLAIMS OUTLINE (0.3). |
| PERL MW | 02/16/07 | 0.40 | FOLLOW UP WITH WORKING GROUP RE: TAX CLAIMS OUTLINE (0.2); REVIEW COMMENTS RE: SAME (0.2). |
| PERL MW | 02/20/07 | 1.00 | FINAL REVIEW AND EDITS OF OUTLINE RE: TAX CLAIMS (0.6); CORRESPOND WITH J. DELUCA RE: SAME (0.1); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.3). |
| PERL MW | 02/21/07 | 2.00 | PREPARE FOR (0.6) AND PARTICIPATE IN MEETING WITH J. DELUCA AND K. TABBOUR RE: TAX CLAIMS (1.4). |
| PERL MW | 02/22/07 | 0.30 | DRAFT CORRESPONDENCE TO WORKING GROUP RE: TAX CLAIMS REVIEW (0.3). |
| | | 30.70 | |
| PLATT SJ | 02/01/07 | 7.90 | SEND EMAILS IN EFFORT TO SCHEDULE MEET AND CONFER (0.2); EMAIL TO J. HIMSEL RE: UPCOMING DEADLINES IN ORLIK MATTER (0.2); CONTINUE TO REVISE SUPPLEMENTAL REPLY AND SUPPORTING DECLARATIONS IN JAMES MATTER (5.0); TELECONFERENCE WITH L. WOOLRIDGE (1.4); RESPOND TO INQUIRY FROM CLAIMANT (0.1); FINALIZE AND FILE NOTICES OF ADJOURNMENT (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PLATT SJ          02/02/07      9.10   ASSESS STRATEGY AND BEGIN DRAFTING
                                       DISCOVERY IN ORLIK MATTER (2.0); EMAILS
                                       RE: SUPPLEMENTAL REPLIES FOR MARCH 21
                                       HEARING (0.6); TELECONFERENCES WITH
                                       VARIOUS CLAIMANTS WITH QUESTIONS (0.6);
                                       SEND EMAILS RE: SCHEDULING OF
                                       MEDIATIONS IN CLAIMS UP FOR MARCH 21ST
                                       CLAIMS HEARING (0.8); REVISE HEARING
                                       CALENDAR (0.5); DISCUSS STRATEGY RE:
                                       CLAIMS NOTICED FOR UPCOMING CLAIMS
                                       HEARINGS (2.7); BEGIN DRAFTING
                                       SETTLEMENT DOCUMENTS RE: CLAIMS OF
                                       JOHNSON, EVANS, AND INOVISE (1.9).

PLATT SJ          02/03/07      0.30   DRAFT MOTION TO VACATE ORDER RE:
                                       INDIVIDUAL TREMONT CLAIMS (0.3).

PLATT SJ          02/04/07      2.00   CONTINUE CONDUCTING RESEARCH FOR AND
                                       DRAFTING MOTION TO VACATE ORDER RE:
                                       TREMONT CLAIMS (2.0).

PLATT SJ          02/05/07      8.60   ADDRESS SCHEDULING OF MEDIATION AND
                                       DRAFTING OF SUPPLEMENTAL REPLY IN THE
                                       RENO MATTER (0.7); EMAILS RE:
                                       SCHEDULING OF JAMES MEDIATION (0.2);
                                       TELECONFERENCE WITH J. HIMSEL AND
                                       STRATEGY DISCUSSION RE: THE ORLIK
                                       MATTER (1.3); RESEARCH RE: MOTIONS FOR
                                       RECONSIDERATION (2.5); BEGIN DRAFTING
                                       OBJECTION TO MOTION FOR RECONSIDERATION
                                       OF NGUYEN (2.9); BEGIN DRAFTING
                                       OBJECTION TO MOTION FOR RECONSIDERATION
                                       OF ALLISON (1.0).

PLATT SJ          02/06/07     10.10   EMAILS AND TELECONFERENCE S IN RESPONSE
                                       TO CLAIMANT INQUIRIES (0.8); EMAILS AND
                                       TELECONFERENCES RE: SCHEDULING OF
                                       MEDIATIONS OF CLAIMS UP FOR MARCH 21
                                       HEARING (1.4); REVISE OBJECTIONS TO
                                       NGUYEN AND ALLISON MOTIONS TO
                                       RECONSIDER (3.1); TELECONFERENCE WITH
                                       F. KUPLICKI AND J. HIMSEL RE: ORLIK
                                       CLAIM (0.1), AND FOLLOW UP EMAILS RE:
                                       SAME (0.2); REVIEW RESEARCH AND ASSESS
                                       VIABLE ARGUMENTS IN ORLIK MATTER (3.8);
                                       CIRCULATE EMAIL UPDATE RE: PROGRESS OF
                                       SETTLEMENT NEGOTIATIONS (0.2); BEGIN
                                       DRAFTING DISCOVERY REQUESTS RE: HB
                                       PERFORMANCE SYSTEMS CLAIM (0.5).

PLATT SJ          02/07/07     13.60   PREPARE FOR MEDIATION AND DISCOVERY IN
                                       ORLIK MATTER (1.1); UPDATE CHART OF
                                       RESPONSES TO SEVENTH OMNIBUS CLAIMS
                                       OBJECTION (0.5); FINALIZE AND FILE
                                       OBJECTION AND SUPPORTING DECLARATION
                                       RE: ALLISON MOTION TO RECONSIDER (1.7);
                                       CONTINUE REVISING OBJECTION AND
                                       SUPPORTING DECLARATION RE: NGUYEN
                                       MOTION TO RECONSIDER (5.7); BEGIN
                                       DRAFTING SCRIPTS FOR HEARING ON MOTIONS
                                       TO RECONSIDER (1.3); CORRESPONDENCE RE:
                                       MEDIATIONS IN RENO AND JAMES MATTERS
                                       (0.6); RESPOND TO CLAIMANT INQUIRIES
                                       (1.3); DRAFT NOTICES OF HEARING FOR
                                       APRIL 13 CLAIMS HEARING (1.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PLATT SJ      02/08/07      9.30   FINALIZE AND FILE OBJECTION TO NGUYEN
                                   MOTION TO RECONSIDER (1.4);
                                   TELECONFERENCE WITH S. KUNST RE: RENO
                                   MATTER (0.5); EMAILS AND
                                   TELECONFERENCES TO CLIENT, MEDIATORS,
                                   AND CLAIMANTS RE: MEDIATION OF CLAIMS
                                   NOTICED FOR MARCH 21ST HEARINGS (2.4);
                                   REVISE SCRIPTS FOR HEARING ON MOTIONS TO
                                   RECONSIDER (0.4); UPDATE CHARTS OF
                                   RESPONSES TO 6TH AND 7TH OMNIBUS CLAIMS
                                   OBJECTIONS (1.4); BEGIN DRAFTING
                                   REPLIES IN SUPPORT OF 6TH AND 7TH
                                   OMNIBUS CLAIMS OBJECTIONS (2.0);
                                   CONTINUE DRAFTING DISCOVERY REQUESTS IN
                                   HB PERFORMANCE SYSTEMS MATTER (1.2).

PLATT SJ      02/09/07      5.10   CORRESPONDENCE RE: SCHEDULING OF
                                   MEDIATIONS (0.4); EDIT REPLIES RE:
                                   OMNIBUS OBJECTIONS (0.1); UPDATE CHART
                                   OF RESPONSES TO OMNIBUS OBJECTIONS
                                   (1.2); REVIEW RESPONSES TO REQUESTS TO
                                   ADMIT RE: RENO MATTER (1.0); BEGIN
                                   DRAFTING DISCOVERY REQUESTS RE: CLAIM
                                   OF HB PERFORMANCE SYSTEMS (2.4).

PLATT SJ      02/10/07      6.10   REVIEW AND COMMENT ON STATEMENT OF
                                   DISPUTED ISSUES RE: YILMAZ CLAIM (0.4);
                                   REVISE DISCOVERY REQUESTS IN ORLIK
                                   MATTER (1.6); BEGIN REVISING
                                   SUPPLEMENTAL REPLY IN RENO MATTER
                                   (4.1).

PLATT SJ      02/11/07      6.80   CONTINUE REVISING SUPPLEMENTAL REPLY IN
                                   RENO MATTER (6.8).

PLATT SJ      02/12/07      8.60   CORRESPONDENCE RE: SCHEDULING OF
                                   MEDIATIONS (0.2); FURTHER REVISE
                                   SUPPLEMENTAL REPLY IN RENO MATTER
                                   (0.8); PREPARE DOCUMENTS FOR UPCOMING
                                   HEARINGS, INCLUDING SCRIPTS, CHARTS OF
                                   RESPONSES TO OBJECTIONS, STIPULATIONS
                                   (4.8); DRAFT STIPULATION AND SETTLEMENT
                                   AGREEMENT RE: COMPTROL MATTER (0.5);
                                   TELECONFERENCE WITH POTENTIAL WITNESS
                                   IN ORLIK MATTER (2.3).

PLATT SJ      02/13/07     11.70   REVISE DISCOVERY REQUESTS IN ORLIK
                                   MATTER (1.5); REVISE 9TH OMNIBUS CLAIMS
                                   OBJECTION AND ANCILLARY DOCUMENTS
                                   (1.0); CORRESPONDENCE RE: SCHEDULING OF
                                   MEDIATIONS (0.7); RESPOND TO MESSAGES
                                   LEFT ON THE DELPHI LEGAL HOTLINE (1.3);
                                   DRAFT STIPULATION RE: TREMONT GROUP
                                   CLAIMS (1.3); REVISE DISCOVERY REQUESTS
                                   IN HB PERFORMANCE MATTER (0.7);
                                   CONTINUE PREPARING AND REVISING
                                   SCRIPTS, CHARTS AND REPLIES FOR
                                   UPCOMING HEARINGS (3.5); REVIEW CLAIMS
                                   UP FOR MARCH 21 CLAIMS HEARING (1.2);
                                   RESEARCH IN SUPPORT OF SUPPLEMENTAL
                                   REPLY IN RENO MATTER (0.5).

B43E

| PLATT SJ | 02/14/07 | 14.30 | REVIEW AND REVISE ORLIK SUPPLEMENTAL REPLY (3.6); EMAILS TO COORDINATE ORLIK MEDIATION (0.4); REVIEW AND REVISE RENO SUPPLEMENTAL REPLY (7.7); UPDATE CLAIMS HEARING PLANNING CHART (0.5); PREPARE FOR OMNIBUS HEARING BY EDITING SCRIPTS, EXHIBITS AND REPLIES (1.7); REVISE EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (0.3); TELECONFERENCE WITH CLAIMANT (0.1). |
| --- | --- | --- | --- |
| PLATT SJ | 02/15/07 | 13.90 | CONTINUE TO PREPARE SUPPLEMENTAL REPLY AND SUPPORTING DECLARATIONS IN RENO MATTER, INCLUDING TELECONFERENCES WITH M. BROWN AND S. KUNST (5.8); CONTINUE TO REVISE ORLIK SUPPLEMENTAL REPLY AND SUPPORTING DECLARATIONS (8.1). |
| PLATT SJ | 02/16/07 | 12.50 | CONTINUE TO REVISE SUPPLEMENTAL REPLY AND SUPPORTING DECLARATIONS WITH RESPECT TO ORLIK CLAIM (10.9); CORRESPONDENCE RE: ORLIK MEDIATION (0.2); TELECONFERENCE WITH CLAIMANT (0.2); FOLLOW UPON DEVELOPMENTS FROM CLAIMS HEARING (1.2). |
| PLATT SJ | 02/17/07 | 3.50 | REVISE EXHIBITS IN SUPPORT OF SUPPLEMENTAL REPLY WITH RESPECT TO ORLIK (3.0); DRAFT JOINT STIPULATIONS (0.5). |
| PLATT SJ | 02/18/07 | 6.00 | CONTINUE TO REVISE EXHIBITS IN SUPPORT OF SUPPLEMENTAL REPLY WITH RESPECT TO ORLIK CLAIM (3.5); DRAFT STIPULATIONS WITH RESPECT TO RECENTLY NEGOTIATED SETTLEMENTS (2.5). |
| PLATT SJ | 02/19/07 | 16.80 | REVISE JOINT STIPULATIONS (2.4); CONTINUE DRAFTING SUPPLEMENTAL REPLY AND SUPPORTING DOCUMENTATION WITH RESPECT TO RENO MATTER INCLUDING TELECONFERENCE WITH B. PATRICK (2.2); CONTINUE REVISING SUPPLEMENTAL REPLY, DECLARATIONS AND EXHIBITS IN ORLIK MATTER, INCLUDING CALLS WITH LOCAL COUNSEL (12.2). |
| PLATT SJ | 02/20/07 | 14.20 | CONTINUE TO REVISE SUPPLEMENTAL REPLY AND SUPPORTING DECLARATIONS AND EXHIBITS WITH RESPECT TO ORLIK CLAIM (10.0); REVISE DRAFT OF SUPPLEMENTAL REPLY WITH RESPECT TO RENO CLAIM (4.2). |
| PLATT SJ | 02/21/07 | 14.70 | REVISE SUPPLEMENTAL REPLY, DECLARATIONS AND EXHIBITS WITH RESPECT TO ORLIK MATTER (7.0); REVISE SUPPLEMENTAL REPLY, DECLARATIONS AND EXHIBITS WITH RESPECT TO RENO MATTER (7.3); REVIEW CLAIMS HEARING PLANNER (0.4). |
| PLATT SJ | 02/22/07 | 2.50 | TELECONFERENCES AND EMAILS WITH MEDIATOR (0.5); RESPOND TO CLAIMANT INQUIRIES AND UPDATE LOGS OF CLAIMANT CALLS (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 02/23/07 | 6.30 | TELECONFERENCE WITH N. MILLS RE: ORLIK CLAIM (0.2); CONFIRM ARRANGEMENTS FOR ORLIK MEDIATION (0.5); UPDATE CLAIMS HEARING CALENDAR (0.7); UPDATE RE: MEDIATION OF RENO MATTER AND PLAN FOR HEARING PREPARATION (1.4); REVISE STIPULATION WITH RESPECT TO PARKER CLAIM (0.2); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE AND UPDATE CALL LOG (3.3). |
|---|---|---|---|
| PLATT SJ | 02/24/07 | 2.80 | RESEARCH RE: COLLATERAL ESTOPPEL AND WORKERS' COMPENSATION (0.3); BEGIN DRAFTING ORDERS DENYING MOTIONS TO RECONSIDER (0.3); BEGIN SUMMARIZING RENO DEPOSITION (2.2). |
| PLATT SJ | 02/25/07 | 3.00 | CONTINUE DRAFTING ORDERS DENYING MOTIONS TO RECONSIDER (0.8); CONTINUE REVIEWING AND SUMMARIZING DEPOSITIONS IN THE RENO MATTER (1.8); DRAFT SCRIPT FOR MARCH 1 CLAIMS HEARING (0.4). |
| PLATT SJ | 02/26/07 | 9.80 | REVISE ORDERS DENYING MOTIONS TO RECONSIDER (0.1); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (3.1); PREPARE FOR ORLIK MEDIATION (0.3); PARTICIPATE IN WEEKLY CLAIMS TELECONFERENCE (0.8); BEGIN PREPARING AND REVISING SETTLEMENT DOCUMENTS WITH RESPECT TO VARIOUS CLAIMS (4.4); ASSIST WITH PREPARATION FOR UPCOMING CLAIMS HEARING (1.0); UPDATE CHART OF RESPONSES TO NINTH OMNIBUS CLAIMS OBJECTION (0.1). |
| PLATT SJ | 02/27/07 | 13.80 | RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (4.2); CONTACT CLAIMANTS RE: POTENTIAL SETTLEMENTS, AND DRAFT AND REVISE DOCUMENTS ACCORDINGLY (7.5); DRAFT NOTICES OF ENTRY OF ORDERS WITH RESPECT TO SIXTH AND SEVENTH OMNIBUS OBJECTIONS (0.3); CONTINUE REVIEWING AND SUMMARIZING DEPOSITION TRANSCRIPTS IN THE RENO MATTER (1.8). |
| PLATT SJ | 02/28/07 | 9.80 | TELECONFERENCES TO CLAIMANTS RE: OMNIBUS OBJECTIONS AND POTENTIAL SETTLEMENTS, UPDATE LOG OF SAME , AND BEGIN DRAFTING APPROPRIATE SETTLEMENT LOGS (9.3); DRAFT STIPULATION TO VACATE JUDGMENT EXPUNGING CERTAIN CLAIMS (0.5). |

243.10

| VAN GELDER A | 02/09/07 | 2.70 | RESEARCH ADVERSARIAL PROCEEDING RULES AND CASE LAW IN CONNECTION WITH THE SAME (2.7). |
|---|---|---|---|
| VAN GELDER A | 02/12/07 | 3.80 | CONTINUE TO RESEARCH EFFECT OF COUNTERCLAIM ON CONTESTED MATTER FOR HB CLAIM (3.8). |
| VAN GELDER A | 02/13/07 | 1.60 | REVIEW CHERRY GBMH MATERIALS (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| VAN GELDER A | 02/14/07 | 8.00 | TELECONFERENCE WITH C. BIVEN RE: CHERRY GMBH CLAIMS (1.2); REVIEW AND ANALYZE CHERRY GMBH FILINGS AND DOCUMENTS (4.0); BEGIN DRAFTING CHERRY GMBH STATEMENT OF DISPUTED ISSUES (2.0); TELECONFERENCE WITH C. BIVEN RE: CHERRY GMBH CLAIMS (0.8). |
| --- | --- | --- | --- |
| VAN GELDER A | 02/15/07 | 7.10 | CORRESPOND WITH C. BIVEN AND K. CRAFT RE: FACTS RELEVANT TO CLAIMS OBJECTION (0.6); TELECONFERENCE WITH C. BIVEN RE: THE SAME (0.5); REVIEW AND ANALYZE DOCUMENTATION RELEVANT TO CLAIMS OBJECTION (1.5); CONTINUE DRAFTING STATMENT OF DISPUTED ISSUES (2.0); RESEARCH CONTRACT LAW IN CONNECTION WITH THE SAME (2.5). |
| VAN GELDER A | 02/16/07 | 1.30 | REVIEW DOCUMENTS RELATED TO CHERRY GMBH RECLAMATION CLAIM (0.5); TELECONFERENCE WITH R. EMANUEL RE: CHERRY GMBH RECLAMATION CLAIM (0.5); TELECONFERENCE WITH B. CLAY RE: CHERRY GMBH RECLAMATION CLAIM (0.3). |
| VAN GELDER A | 02/19/07 | 4.30 | CONTINUE DRAFTING CHERRY GMBH STATEMENT OF DISPUTED ISSUES; READ AND ANALYZE DOCUMENTS IN CONNECTION WITH THE SAME; TELECONFERENCE FROM B. CLAY RE: THE SAME; CORRESPOND WITH C. BIVENS IN CONNECTION WITH THE SAME (4.3). |
| VAN GELDER A | 02/20/07 | 8.60 | CONTINUE DRAFTING CHERRY GMBH STATEMENT OF DISPUTED ISSUES (2.5); RESEARCH CONTRACT LAW IN CONNECTION WITH THE SAME (2.5); TELECONFERENCE WITH B. CLAY IN CONNECTION WITH THE SAME (0.4); RESEARCH COLLATERAL ESTOPPEL IN CONNECTION WITH ORLIK PROOF OF CLAIM (3.2). |
| VAN GELDER A | 02/21/07 | 4.50 | RESEARCH COLLATERAL ESTOPPEL IN CONNECTION WITH RENO SUPPLEMENTAL REPLY (4.0); ATTENTION TO CHERRY GMBH FILINGS AND STATEMENT OF DISPUTED ISSUES (0.5). |
| VAN GELDER A | 02/22/07 | 4.10 | CONTINUE DRAFTING CHERRY STATEMENT OF DISPUTED ISSUES (2.0); RESEARCH CASE LAW IN CONNECTION WITH THE SAME (1.5); TELECONFERENCES WITH C. BIVEN IN CONNECTION WITH THE SAME (0.3); CORRESPOND WITH C. BIVEN IN CONNECTION WITH THE SAME (0.3). |
| VAN GELDER A | 02/23/07 | 0.20 | CORRESPOND WITH C. BIVEN RE: CHERRY GMBH CLAIM (0.2). |
| VAN GELDER A | 02/25/07 | 3.50 | EDIT STATEMENT OF DISUPTED ISSUES IN CONNECTION WITH CHERRY GMBH CLAIM; RESEARCH AND ANALYZE CASE LAW IN CONNECTION WITH THE SAME (3.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A      02/26/07      7.50   EDIT STATEMENT OF DISPUTED ISSUES IN
                                       CONNECTION WITH CHERRY GMBH CLAIM
                                       (2.9); RESEARCH AND ANALYZE CASE LAW IN
                                       CONNECTION WITH THE SAME (3.0);
                                       TELECONFERENCE WITH C. BIVEN IN
                                       CONNECTION WITH THE SAME (0.5);
                                       CORRESPOND WITH CLIENT AND C. BIVEN RE:
                                       THE SAME (0.5); ATTENTION TO LETTER TO
                                       CHERRY'S COUNSEL WITH REGARD TO MEET AND
                                       CONFER (0.6).

VAN GELDER A      02/27/07      3.60   EDIT STATEMENT OF DISPUTED ISSUES IN
                                       CONNECTION WITH CHERRY GMBH CLAIM
                                       (1.0); REVIEW AND ANALYZE CASE LAW IN
                                       CONNECTION WITH THE SAME (2.0);
                                       TELECONFERENCE WITH K. CRAFT IN
                                       CONNECTION WITH THE SAME (0.4);
                                       TELECONFERENCE TO C. BIVEN IN
                                       CONNECTION WITH THE SAME (0.1);
                                       TELECONFERENCE TO CHERRY COUNSEL IN
                                       CONNECTION WITH MEET AND CONFER (0.1).

VAN GELDER A      02/28/07      6.40   EDIT CHERRY GMBH STATEMENT OF DISPUTED
                                       ISSUES AND CONTINUE TO REVIEW CASE LAW
                                       IN CONNECTION WITH THE SAME (3.0);
                                       CORRESPONDENCE TO CLIENT AND OPPOSING
                                       COUNSEL RE: THE SAME (0.6);
                                       TELECONFERENCE TO C. BIVEN RE: THE SAME
                                       (0.3); ATTENTION TO FILING OF THE SAME
                                       (1.0); BEGIN REVIEW OF H.E. SERVICES
                                       MATERIALS (1.5).

                               67.20

VANLONKHUYZEN CE  02/01/07     11.90   CONTINUE TO REVISE SUPPLEMENTAL REPLY
                                       FOR WILSON CLAIM (4.0); CONTINUE TO
                                       INVESTIGATE, DRAFT , AND REVISE
                                       SUPPORTING DECLARATIONS FOR WILSON
                                       CLAIM (7.9).

VANLONKHUYZEN CE  02/02/07      4.40   REVIEW BACKGROUND MATERIALS RELATED TO
                                       ORLIK CLAIM (4.4).

VANLONKHUYZEN CE  02/05/07     11.80   BEGIN RESEARCH RELATED TO ORLIK CLAIM
                                       (5.6); STRATEGY CONFERENCE RELATED TO
                                       ORLIK CLAIM (1.4); BEGIN RESEARCH
                                       RELATED TO YILMAZ CLAIM (4.8).

VANLONKHUYZEN CE  02/06/07      9.30   CONTINUE RESEARCH RELATED TO ORLIK
                                       CLAIM (4.1); CONTINUE RESEARCH RELATED
                                       TO YILMAZ CLAIM (5.2).

VANLONKHUYZEN CE  02/07/07      7.50   CONTINUE RESEARCH RELATED TO ORLIK
                                       CLAIM (1.3); CONTINUE RESEARCH RELATED
                                       TO YILMAZ CLAIM (6.2).

VANLONKHUYZEN CE  02/08/07     11.10   BEGIN FACT INVESTIGATION RELATED TO
                                       YILMAZ CLAIM (8.8); ATTENTION TO
                                       CORRESPONDENCE WITH RE: MEET AND CONFER
                                       FOR YILMAZ CLAIM (0.8); BEGIN TO DRAFT
                                       STATEMENT OF DISPUTED ISSUES FOR YILMAZ
                                       CLAIM (1.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VANLONKHUYZEN CE  02/09/07     8.80   CONTINUE FACT INVESTIGATION RELATED TO
                                      YILMAZ CLAIM (2.4); CONTINUE TO DRAFT
                                      STATEMENT OF DISPUTED ISSUES FOR YILMAZ
                                      CLAIM (6.4).

VANLONKHUYZEN CE  02/11/07     3.20   REVISE STATEMENT OF DISPUTED ISSUES FOR
                                      YILMAZ CLAIM (3.2).

VANLONKHUYZEN CE  02/12/07    14.70   REVISE STATEMENT OF DISPUTED ISSUES FOR
                                      YILMAZ CLAIM (4.4); BEGIN FACT
                                      INVESTIGATION RELATED TO ORLIK CLAIM
                                      (4.1); BEGIN TO REVISE DISCOVERY
                                      REQUESTS FOR ORLIK CLAIM, INCLUDING
                                      REQUEST FOR ADMISSIONS, REQUEST FOR
                                      DOCUMENTS, AND INTEROGATORRIES (6.2).

VANLONKHUYZEN CE  02/13/07     8.40   REVISE STATEMENT OF DISPUTED ISSUES FOR
                                      YILMAZ CLAIM (0.3); CONTINUE TO REVISE
                                      DISCOVERY REQUESTS FOR ORLIK CLAIM,
                                      INCLUDING REQUEST FOR ADMISSIONS,
                                      REQUEST FOR DOCUMENTS, AND
                                      INTEROGATORRIES (8.1).

VANLONKHUYZEN CE  02/14/07    14.40   ANALYZE, REVIEW AND FINALIZE STATEMENT
                                      OF DISPUTED ISSUES FOR YILMAZ CLAIM
                                      (3.1); BEGIN TO REVISE DRAFT OF
                                      SUPPLEMENTAL REPLY FOR ORLIK CLAIM,
                                      INCLUDING FACT AND LEGAL RESEARCH, AND
                                      STRATEGIC DISCUSSIONS WITH IN HOUSE
                                      COUNSEL AND LOCAL COUNSEL (11.3).

VANLONKHUYZEN CE  02/15/07     7.90   CONTINUE TO REVISE DRAFT OF
                                      SUPPLEMENTAL REPLY FOR ORLIK CLAIM,
                                      INCLUDING FACT AND LEGAL RESEARCH
                                      (7.9).

VANLONKHUYZEN CE  02/16/07    14.60   CONTINUE TO REVISE DRAFT OF
                                      SUPPLEMENTAL REPLY, DECLARATIONS, AND
                                      EXHIBITS FOR ORLIK CLAIM (14.6).

VANLONKHUYZEN CE  02/18/07     3.80   CONTINUE TO REVISE AND ANALYZE
                                      SUPPLEMENTAL REPLY, DECLARATIONS, AND
                                      EXHIBITS FOR ORLIK CLAIM (3.8).

VANLONKHUYZEN CE  02/19/07    15.30   CONTINUE TO REVISE DRAFT OF
                                      SUPPLEMENTAL REPLY, DECLARATIONS, AND
                                      EXHIBITS FOR ORLIK CLAIM (15.3).

VANLONKHUYZEN CE  02/20/07    18.10   RESEARCH AND ANALYZE CASELAW RELATED TO
                                      ORLIK'S SUPPLEMENTAL RESPONSE (9.2);
                                      CONTINUE TO REVISE DRAFT OF
                                      SUPPLEMENTAL REPLY, DECLARATIONS, AND
                                      EXHIBITS FOR ORLIK CLAIM (8.9).

VANLONKHUYZEN CE  02/21/07    14.80   RESEARCH AND ANALYZE CASELAW RELATED TO
                                      ORLIK'S SUPPLEMENTAL RESPONSE (2.7);
                                      REVISE AND FILE SUPPLEMENTAL REPLY,
                                      DECLARATIONS, AND EXHIBITS FOR ORLIK
                                      CLAIM (11.7); PREPARE AND PARTICIPATE
                                      IN MEET AND CONFER FOR YILMAZ CLAIM
                                      (0.4).

VANLONKHUYZEN CE  02/23/07     0.90   ATTENTION TO ORLIK CLAIM, INCLUDING
                                      STRATEGIC CONFERENCE TO DISCUSS
                                      MEDIATION (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VANLONKHUYZEN CE   02/26/07      7.90   PREPARE FOR MEDIATION IN ORLIK CLAIM,
                                        INCLUDING STRATEGIC CONFERENCE,
                                        RESEARCH, AND ANALYZE PLEADINGS (7.9).

VANLONKHUYZEN CE   02/27/07      9.50   PREPARE AND PARTICIPATE IN MEDIATION
                                        FOR ORLIK CLAIM (9.5).

VANLONKHUYZEN CE   02/28/07      9.70   BEGIN PREPARATION FOR HEARING IN ORLIK
                                        CLAIM, INCLUDING STRATEGIC CONFERENCES
                                        ABOUT PREPARATION, RESEARCH, AND
                                        DEPOSITION SUMMARY (9.7).

                         208.00

WHARTON JN         02/01/07      9.50   WORK ON SETTLEMENT PROPOSAL RE: CLAIM OF
                                        E. JAMES (0.2); ANALYSIS OF
                                        ELECTROMOTIVE CLAIM (0.4); REVIEW
                                        DOCKET RE: CLAIMS-RELATED PLEADINGS
                                        (0.2); TELECONFERENCE WITH J. WEBER OF
                                        DELPHI RE: SOUTHWEST RESEARCH CLAIM
                                        (0.2); TELECONFERENCE WITH D. BREWER OF
                                        DELPHI RE: KYOCERA (0.2);
                                        TELECONFERENCE RE: CLAIMS
                                        RECONCILIATION STRATEGY WITH K. CRAFT
                                        AND D. UNRUE OF DELPHI, T. BEHNKE OF FTI
                                        (1.7); FOLLOW UP ON ACTION ITEMS FROM
                                        CLAIMS STRATEGY MEETING (0.5); PREPARE
                                        FOR FEB. 14 CLAIMS HEARING (0.2);
                                        ANALYZE CLAIM OF MILLIKEN & CO. (0.2)
                                        AND KYOCERA (0.3) AND PROPOSED
                                        SETTLEMENT DISCUSSIONS; REVIEW NOTICES
                                        OF ADJOURNMENT FOR RENO, ORLIK AND HE
                                        SERVICES CLAIMS (0.2); TELECONFERENCE
                                        WITH R. FLETEMEYER OF FTI RE: INPLAY
                                        SETTLEMENT (0.4); FORMULATE STRATEGY
                                        RE: INQUIRIES CONCERNING PAYMENT AGENTS
                                        (0.3); PREPARE FOR FEB. 15 OMNIBUS
                                        HEARING RE: 6TH AND 7TH OMNIBUS CLAIMS
                                        OBJECTIONS (0.3); CONTINUE WORK ON 8TH
                                        AND 9TH OMNIBUS CLAIMS OBJECTIONS
                                        (0.4); CONTINUE TO WORK ON OBJECTIONS TO
                                        MOTIONS BY C. ALLISON (0.8) AND J.
                                        NGUYEN (0.7) FOR RECONSIDERATION OF
                                        ORDERS DISALLOWING AND EXPUNGING
                                        CLAIMS; WORK ON ICX CLAIM AND FORMULATE
                                        STRATEGY FOR LITIGATION (0.2); ANALYZE
                                        DBM TECHNOLOGIES CLAIM (0.2); ANALZYE
                                        HB PERFORMANCE SYSTEMS CLAIM (0.6),
                                        UNIVERSAL TOOL CLAIM (0.4), AND CHERRY
                                        GMBH CLAIM (0.5); WORK ON NOTICES OF
                                        ADJOURNMENT FOR CLAIMS OF HE SERVICES
                                        (0.2) AND LIGHTSOURCE (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          02/02/07          7.80     REVIEW DOCKET FOR CLAIMS-RELATED
                                               PLEADINGS (0.3); CONTINUE TO PREPARE
                                               FOR FEB. 14 CLAIMS HEARING (0.3) AND
                                               FEB. 15 OMNIBUS HEARING RE: 6TH AND 7TH
                                               OMNIBUS CLAIMS OBJECTION (0.3);
                                               CONTINUE WORK ON 8TH AND 9TH OMNIBUS
                                               OBJECTIONS TO CLAIMS (0.3);
                                               TELECONFERENCE WITH J. BENTLEY, COUNSEL
                                               TO PANASONIC, RE: RECONCILIATION OF
                                               UNSECURED CLAIM (0.2); WORK ON
                                               RECONCILIATION OF CLAIMS OF MCDERMOTT,
                                               WILL & EMERY (0.2), COMMONWEALTH OF
                                               MASSACHUSETTS (0.1), K. KUFNER (0.3),
                                               PANASONIC (0.3), AND SUPERIOR DESIGN
                                               (0.3); WORK ON NOTICES OF HEARING FOR
                                               APRIL 13 CLAIMS HEARING (1.7) AND
                                               NOTICES OF ADJOURNMENT FOR HE SERVICES
                                               (0.3) AND LIGHTSOURCE (0.3); FORMULATE
                                               STRATEGY RE: SETTLEMENT OF E. JAMES
                                               CLAIM (0.6) AND TELECONFERENCE WITH S.
                                               VITALE, COUNSEL TO E. JAMES, RE: SAME
                                               (0.2); RESPOND TO INQUIRY FROM C.
                                               BOULBOUL, COUNSEL TO RUSSELL REYNOLDS
                                               RE: OMNIBUS OBJECTION TO CLAIM (0.2);
                                               FORMULATE STRATEGY RE: LITIGATION OF
                                               YILMAZ CLAIM (0.4) AND CHERRY GMBH CLAIM
                                               (0.3); REVIEW GENERAL MOTORS PROOF OF
                                               CLAIM (0.5); FORMULATE STRATEGY RE: HB
                                               PERFORMANCE CLAIM HEARING (0.7).

WHARTON JN          02/04/07          5.70     ANALYZE RESPONSES OF SANTA ROSA COUNTY
                                               (0.4) AND CROWN CREDIT CO. (0.1) TO 5TH
                                               OMNIBUS CLAIMS OBJECTION; REVIEW AND
                                               COMMENT ON PRESENTATION FOR FEB. 5
                                               CLAIMS STRATEGY MEETING (0.8);
                                               CONTINUEWORK ON OBJECTIONS TO MOTIONS
                                               BY C. ALLISON (0.7) AND J. NGUYEN (0.7)
                                               FOR RECONSIDERATION OF ORDERS
                                               DISALLOWING AND EXPUNGING CLAIMS; DRAFT
                                               SUMMARY OF RATIONALE FOR SETTLEMENT
                                               WITH INPLAY TECHNOLOGIES (0.4);
                                               FORMULATE STRATEGY RE: TREMONT PRP
                                               CLAIMS (0.2); CONTINUE TO PREPARE FOR
                                               FEB. 14 CLAIMS HEARING (0.4), AND FEB.
                                               15 OMNIBUS HEARING RE: 6TH AND 7TH
                                               OMNIBUS OBJECTIONS TO CLAIMS (0.4);
                                               CONTINUE WORK ON 8TH AND 9TH OMNIBUS
                                               CLAIMS OBJECTIONS (0.4); PREPARE FOR
                                               MARCH 1 CLAIMS HEARING (0.3); CONTINUE
                                               WORK ON NOTICES OF HEARING FOR APRIL 13
                                               CLAIMS HEARING (0.6); DRAFT LETTER TO
                                               VANGUARD RE: SUPPLIER PAYMENTS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      02/05/07      9.80    REVIEW STIPULATION RE: WORLDWIDE
                                      BATTERIES CLAIM (0.2); FORMULATE
                                      STRATEGY RE: HEARING ON RENO CLAIM
                                      (0.2); REVIEW STIPULATION WITH NISSAN
                                      TECHNICAL CENTERS (0.2); FORMULATE
                                      STRATEGY RE: LITIGATION OF CLAIMS
                                      (0.2); REVIEW CALENDAR RE: UPCOMING
                                      HEARINGS (0.1); TELECONFERENCE WITH D.
                                      UNRUE AND J. RUHM OF DELPHI RE:
                                      COMPUWARE (0.1); FORMULATE LITIGATION
                                      STRATEGY RE: E. JAMES CLAIM (0.5);
                                      ATTEND MEETING WITH D. UNRUE AND K.
                                      CRAFT OF DELPHI AND T. BEHNKE OF FTI RE:
                                      CLAIMS STRATEGY (0.9); TELCONFERNECE
                                      WITH D. STEINKE, COUNSEL TO THERMO
                                      NITON, RE: OMNIBUS OBJECTION TO CLAIM
                                      (0.1); WORK ON SUMMARY OF RATIONALE OF
                                      INPLAY SETTLEMENT (0.9); WORK ON
                                      STIPULATION RESOLVING DUPLICATE CLAIMS
                                      OF LOCALS OF IUE-CWA, IAMAW, IBEW, AND
                                      IUOE (0.5); FORMUALTE LITIGATION
                                      STRATEGY RE: HB PERFORMANCE (0.3);
                                      REVIEW REQUEST FORM MESIROW RE: CLAIMS
                                      ESTIMATION PROCESS (0.2); WORK ON
                                      STIPULATION AND SETTLEMENT AGREEMENT
                                      RE: LONGACRE AND INOVISE CLAIMS (0.2);
                                      REVIEW DOCKET FOR CLAIMS-RELATED
                                      MATERIALS (0.3); CONTINUE TO PREPARE
                                      FOR FEB. 14 CLAIMS HEARING (0.5), AND
                                      FEB. 15 OMNIBUS HEARING RE: 6TH AND 7TH
                                      OMNIBUS OBJECTIONS TO CLAIMS (0.3);
                                      CONTINUE WORK ON 8TH AND 9TH OMNIBUS
                                      CLAIMS OBJECTIONS (0.4); CONTINUE WORK
                                      ON NOTICES OF HEARING FOR APRIL 13
                                      CLAIMS HEARING (0.8); ANALYZE CLAIMS OF
                                      MILLIKEN (0.2), ENERDEL (0.2), OMEGA
                                      (0.2), JP MORGAN (0.2), AND EDS (0.3);
                                      WORK ON FORM LANGUAGE TO RESOLVE
                                      UNSECURED CLAIMS WHERE CREDITOR ALSO
                                      HOLDS A RECLAMATION CLAIM (0.4);
                                      FORMULATE STRATEGY RE: PROTECTIVE
                                      CLAIMS (0.4), LATE CLAIMS (0.4) AND
                                      CLAIMS ESTIMATION PROCESS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        02/06/07        21.40    ANALYZE COMPUWARE CLAIM (0.3); REVIEW
                                           CORRESPONDENCE RE: SPS TECHNOLOGIES
                                           (0.3); TELECONFERENCE WITH D. UNRUE AND
                                           K. CRAFT OF DELPHI, T. BEHNKE OF FTI RE:
                                           MESIROW REQUEST FOR INFORMATION AND 8TH
                                           AND 9TH OMNIBUS CLAIMS OBJECTION (0.4);
                                           FORMULATE STRATEGY RE: CHERRY GMBH
                                           CLAIM (0.4); REVIEW QUARTERLY REPORTS
                                           OF SETTLEMENTS (0.3); WORK ON SUMMARY OF
                                           INPLAY SETTLEMENT (0.7); ANALZYE CLAIM
                                           OF UNIVERSAL TOOL (0.4); TELCONFERENCE
                                           WITH M. ALERDING, COUNSEL TO UNIVERSAL
                                           TOOL RE: SAME (0.2); TELECONFERENCE
                                           WITH P. MCINTYRE, COUNSEL TO SUPERIOR
                                           DESIGN RE: CLAIM (0.3); TELECONFERENCE
                                           WITH A. BEAL OF MCDERMOTT, WILL & EMERY
                                           RE: CLAIM (0.2); FORMULATE STRATEGY RE:
                                           APRIL 13 HEARING RE: CLAIMS TO LITIGATE
                                           AND CLAIMS TO SETTLE (0.5); REVIEW
                                           PRESENTATION MATERIALS FOR FEB. 5
                                           CLAIMS STRATEGY MEETING (0.4); REVIEW
                                           DOCKET FOR CLAIMS-RELATED PLEADINGS
                                           (0.3); CONTINUE WORK ON OBJECTIONS TO
                                           MOTIONS OF C. ALLISON (6.8) AND J.
                                           NGUYEN (7.5); CONTINUE TO PREPARE FOR
                                           FEB. 14 CLAIMS HEARING (0.5), AND FEB.
                                           15 OMNIBUS HEARING RE: 6TH AND 7TH
                                           OMNIBUS OBJECTIONS TO CLAIMS (0.4);
                                           CONTINUE WORK ON 8TH AND 9TH OMNIBUS
                                           CLAIMS OBJECTIONS (0.5); ANALZYE THERMO
                                           NITON CLAIM (0.2); REVIEW PRESENTATION
                                           TO CREDITOR COMMITTEE RE: CLAIMS UPDATE
                                           (0.8).

WHARTON JN        02/07/07        5.60     REVISE OBJECTION TO MOTION OF J. NGUYEN
                                           FOR RECONSIDERATION OF ORDER
                                           DISALLOWING AND EXPUNGING CLAIM (3.6);
                                           FORMULATE STRATEGY RE: NOTICING CLAIMS
                                           FOR HEARING ON APRIL 13 CLAIMS HEARING
                                           (0.7); FORMULATE STRATEGY FOR SETTLING
                                           CLAIMS (0.6); TELECONFERENCE WITH D.
                                           UNRUE OF DELPHI RE: APRIL 13 CLAIMS
                                           HEARING (0.3); TELECONFERENCE WITH J.
                                           WEBER OF DELPHI RE: SOUTHWEST RESEARCH
                                           CLAIM (0.2); TELECONFERENCE WITH N.
                                           LIBERMAN, COUNSEL TO US EXPRESS RE:
                                           OMNIBUS OBJECTION TO CLAIM (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          02/08/07        8.50    CONTINUE TO REVISE AND FINALIZE FOR
                                            FILING OF OBJECTION TO J. NGUYEN MOTION
                                            TO RECONSIDER ORDER DISALLOWING AND
                                            EXPUNGING CLAIM (0.6); FORMULATE
                                            STRATEGY RE: RECONCILIATION OF
                                            ALLEGEDLY SECURED CLAIMS (0.2),
                                            SCHEDULING MEDIATIONS OF CONTESTED
                                            CLAIMS (0.3), PROCEDURES WHEN
                                            DETERMINING TO SETTLE CLAIMS (0.3), AND
                                            EVALUATING CLAIMS TO BE NOTICED FOR
                                            CONTESTED HEARING (0.2); REVIEW
                                            CORRESPONDENCE RE: CLAIMS (0.2) AND
                                            DOCKET RE: CLAIMS (0.2); REVIEW J.
                                            RENO'S RESPONSE TO DISCOVERY (0.2);
                                            TELECONFERENCES WITH S. VITELLI,
                                            COUNSEL TO E. JAMES RE: SETTLEMENT OF
                                            CONTESTED CLAIM (0.2) AND ANALYZE
                                            SETTLEMENT OPTIONS RE: JAMES CLAIM
                                            (0.3); TELECONFERENCE WITH T. BEHNKE OF
                                            FTI RE: EIGHTH AND NINTH OMNIBUS
                                            OBJECTIONS TO BE FILED FEB. 15 AND FIFTH
                                            AND ;  OMNIBUS OBJECTIONS SET FOR
                                            HEARING ON FEB. 15 (0.4);
                                            TELECONFERENCE WITH D. UNRUE OF DELPHI
                                            RE: STATUS OF CLAIMS SET FOR UPCOMING
                                            HEARINGS AND FORMULATE STRATEGY RE:
                                            SETTING OTHER CLAIMS FOR HEARINGS
                                            (0.8); PREPARE FOR FEB. 14 CLAIMS
                                            HEARING (0.2); ANALYZE REQUEST FROM
                                            COUNSEL TO COMPTROL RE: INFORMATION RE:
                                            SETTLEMENT (0.2); FORMULATE STRATEGY
                                            RE: TREATMENT OF MURATA MACHINERY CLAIM
                                            (0.2); REVIEW PROPOSED AGENDA FOR FEB.
                                            14 CLAIMS HEARING (0.2); REVISE FORM OF
                                            SETTLEMENT AGREEMENT RE: DISPUTED
                                            CLAIMS (0.5); REVIEW FORM OF NOTICE OF
                                            OBJECTIONS TO CLAIMS TO MODIFY AMOUNT
                                            AND CLASS (0.2); PREPARE FOR HEARING ON
                                            FEB. 15 RE: SIXTH AND SEVENTH OMNIBUS
                                            OBJECTIONS (0.2); REVIEW AND ANALYZE
                                            CLAIM OF MURATA MACHINERY (0.2); REVIEW
                                            CHART OF LATE CLAIMS, AS PREPARED BY FTI
                                            (0.2); REVISE SETTLEMENT AGREEMENT AND
                                            STIPULATION RE: LONGACRE/INOVISE
                                            (0.3), NISSAN TECHNICAL CENTER (0.3),
                                            AND WORLDWIDE BATTERIES (0.3); DRAFT
                                            EMAIL CORRESPONDENCE RE: PROPOSED
                                            SETTLEMENTS OF CLAIMS TO J. BENTLEY,
                                            COUNSEL TO PANASONIC (0.1), A. BEAL OF
                                            MCDERMOTT WILL & EMERY (0.1), D.
                                            MAZZUCHELLI, COMMONWEALTH OF
                                            MASSACHUSETTS (0.1), P. MCINTYRE,
                                            SUPERIOR DESIGN (0.2); PREPARE FOR FEB.
                                            15 HEARING RE: SIXTH AND SEVENTH OMNIBUS
                                            OBJECTIONS (0.4); REVIEW RESPONSES TO
                                            SIXTH AND SEVENTH OMNIBUS OBJECTIONS
                                            (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          02/09/07          4.80     TELECONFERENCE WITH T. BEHNKE OF FTI RE:
                                               8TH AND 9TH OMNIBUS CLAIMS OBJECTION
                                               (0.9); FORMULATE STRATEGY RE:
                                               PERSONALIZED NOTICES OF OBJECTION FOR
                                               8TH AND 9TH OMNIBUS CLAIMS OBJECTION
                                               (0.7) AND TELECONFERENCE WITH E.
                                               GERSHBEIN OF KCC RE: SAME (0.1);
                                               TELECONFERENCE WITH T. BEHNKE RE:
                                               CLAIMS RE: RESTRICTED STOCK (0.1);
                                               FORMULATE STRATEGY RE: SETTLEMENT OF
                                               CLAIMS (0.4); TELECONFERENCE WITH S.
                                               VITALE, COUNSEL TO E. JAMES, RE:
                                               SETTLEMENT PROPOSAL (0.3); FORMULATE
                                               LITIGATION STRATEGY RE: HB PERFORMANCE
                                               CLAIM (0.2); TELECONFERENCE WITH S.
                                               MORRISETTE, GREENBERG TRAURIG, COUNSEL
                                               TO PRUDENTIAL, RE: CLAIMS (0.1) AND
                                               REVIEW ORDER DISALLOWING AND EXPUNGING
                                               CERTAIN PRUDENTIAL CLAIMS (0.2);
                                               CONTINUE TO PREPARE FOR FEB. 14 CLAIMS
                                               HEARING (0.5), AND FEB. 15 OMNIBUS
                                               HEARING RE: 6TH AND 7TH OMNIBUS
                                               OBJECTIONS TO CLAIMS (0.4); WORK ON
                                               SETTLEMENT AGREEMENTS AND STIPULATIONS
                                               FOR CLAIMS OF NISSAN (0.3),
                                               LONGACRE/INOVISE (0.3), AND WORLDWIDE
                                               BATTERIES (0.3).

WHARTON JN          02/11/07          7.90     CONTINUE TO REVISE STIPULATION
                                               RESOLVING DUPLICATE CLAIMS OF LOCALS OF
                                               IUE-CWA, IBEW, IAMAW, AND IUOE (1.5);
                                               CONTINUE TO REVISE 8TH AND 9TH OMNIBUS
                                               CLAIMS OBJECTIONS (1.8); WORK ON REPLY
                                               TO RESPONSES TO 6TH AND 7TH OMNIBUS
                                               CLAIMS OBJECTIONS (0.7) AND PREPARE FOR
                                               HEARING RE: SAME (1.6); PREPARE FOR FEB.
                                               14 CLAIMS HEARING RE: MOTIONS OF J.
                                               NGUYEN AND C. ALLISON (0.6); WORK ON
                                               SETTLEMENT AGREEMENTS AND STIPULATONS
                                               FOR NISSAN (0.3), LONGACRE (0.3), AND
                                               WORLDWIDE BATTERIES (0.3); PREPARE FOR
                                               FEB. 12 CLAIMS STRATEGY MEETING (0.8).

WHARTON JN          02/12/07          6.20     CONTINUE WORK ON 8TH AND 9TH OMNIBUS
                                               OBJECTIONS TO CLAIMS (1.1); MEETING
                                               WITH L. EADY OF DELPHI RE: EDS CLAIM
                                               (0.2); ATTEND CLAIMS STRATEGY UPDATE
                                               MEETING WITH J. SHEEHAN, S. CORCORAN, K.
                                               CRAFT, AND D. UNRUE OF DELPHI, T. BEHNKE
                                               OF FTI (1.5); CONTINUE WORK ON
                                               STIPULATION WITH LOCALS OF IUE-CWA,
                                               IBEW, IAMAW, AND IUOE RE: CLAIMS (0.9);
                                               CONTINUE TO PREPARE FOR FEB. 14 CLAIMS
                                               HEARING (0.8), AND FEB. 15 OMNIBUS
                                               HEARING RE: 6TH AND 7TH OMNIBUS
                                               OBJECTIONS TO CLAIMS (0.7); WORK ON
                                               FOLLOW-UP ITEMS FROM CLAIMS STRATEGY
                                               MEETING (0.3); WORK ON SETTLEMENT WITH
                                               E. JAMES (0.2); TELECONFERENCE WITH H.
                                               ROSENBLAT, COUNSEL TO INPLAY, RE:
                                               SETTLEMENT (0.2); REVIEW DOCKET FOR
                                               CLAIMS-RELATED PLEADINGS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN    02/13/07    15.90   TELECONFERENCES WITH N. BERGER OF TOGUT
RE: DENSO CLAIM (0.1), H. BAER OF LATHAM
& WATKINS RE: INPLAY SETTLEMENT (0.1),
AND R. FLETEMEYER OF FTI RE: INPLAY
SETTLEMENT (0.1), R. WOHLFELTER,
COUNSEL TO NISSAN, RE: SETTLEMENT
AGREEMENT (0.2), E. ROBERGE, COUNSEL TO
WORLDWIDE BATTERIES RE: SETTLEMENT
AGREEMENT (0.2), C. BROWN OF DELPHI RE:
WORLDWIDE BATTERIES SETTLEMENT (0.1),
B. MEHLSACK, COUNSEL TO IUOE RE:
STIPULATION RESOLVING DUPLICATE CLAIMS
(0.2), AND T. BEHNKE OF FTI RE: 8TH AND
9TH OMNIBUS CLAIMS OBJECTIONS (0.1);
CONTINUE TO REVISE REPLY TO RESPONSES TO
6TH AND 7TH 9TH OMNIBUS CLAIMS
OBJECTIONS (2.8) AND 8TH AND 9TH OMNIBUS
CLAIMS OBJECTIONS (4.2); PREPARE FOR
FEB. 14 CLAIMS HEARING (2.4) AND FEB. 15
OMNIBUS HEARING RE: 8TH AND 9TH OMNIBUS
CLAIMS OBJECTION (2.5); WORK ON
SETTLEMENT AGREEMENTS WITH NISSAN
(0.2), WORLDWIDE BATTERIES (0.2),
LONGACRE (0.2), COMPTROL (0.2) AND
INPLAY (0.2); CONTINUE TO REVISE
STIPULATION WITH IUE-CWA, IUOE, IBEW,
AND IAMAW LOCALS (1.3); WORK ON CADENCE
STIPULATION RESOLVING CLAIMS (0.6).

WHARTON JN    02/14/07    17.80   TELECONFERENCES WITH S. BETANCE OF KCC
(0.1) AND T. BEHNKE OF FTI (0.2) RE: 8TH
AND 9TH OMNIBUS CLAIMS OBJECTION;
TELECONFERENCE WITH S. VITALE, COUNSEL
TO E. JAMES, RE: SETTLEMENT (0.2);
PREPARE FOR FEB. 14 CLAIMS HEARING
(2.2); ATTEND CLAIMS HEARING (1.4);
PREPARE REPLY TO RESPONSES TO 6TH AND
7TH OMNIBUS OBJECTIONS (5.2); CONTINUE
TO REVISE 8TH AND 9TH OMNIBUS CLAIMS
OBJECTIONS (6.4); CONTINUE TO PREPARE
FOR FEB. 15 OMNIBUS HEARING RE: 6TH AND
7TH OMNIBUS CLAIMS OBJECTIONS (2.1).

WHARTON JN    02/15/07    6.60   CONTINUE TO PREPARE FOR FEB. 15 OMNIBUS
HEARING (2.9) AND ATTEND SAME (1.1);
PREPARE ORDERS RE: 6TH AND 7TH OMNIBUS
OBJECTIONS (0.5); FINISH REVISING 8TH
AND 9TH OMNIBUS CLAIMS OBJECTIONS
(1.6); WORK ON SETTLEMENT AGREEMENT
WITH LONGACRE (0.3); DRAFT
CORRESPONDENCE RE: INPLAY SETTLEMENT
(0.2).

B43E

```
WHARTON JN     02/16/07     4.10   TELECONFERENCE WITH D. WEHRLE OF FTI
                                   (0.2), K. CRAFT AND D. UNRUE OF DELPHI
                                   (0.4) RE: CURE FOR CORE ASSETS;
                                   FORMULATE STRATEGY RE: CURE ANALYSIS
                                   (0.7) SETTLING UNSECURED CLAIMS (0.6)
                                   AND PREPARING FOR UPCOMING CLAIMS
                                   HEARINGS (0.8); REVIEW ORDER
                                   DISALLOWING AND EXPUNGING CERTAIN
                                   CLAIMS OF PRUDENTIAL (0.2); REVIEW
                                   PROPOSED STIPULATION SUBMITTED BY
                                   COUNSEL TO R. BOSCH (0.3);
                                   TELECONFERENCE WITH D. UNRUE OF DELPHI
                                   RE: CLAIMS RECONCILIATION PROCESS
                                   (0.5); FORMULATE STRATEGY RE: 10TH AND
                                   11TH OMNIBUS CLAIMS OBJECTION (0.4).

WHARTON JN     02/18/07     5.20   REVIEW CLAIM OF IMPALA (0.3); WORK ON
                                   LONGACRE SETTLEMENT AGREEMENT (0.4);
                                   FORMUALTE STRATEGY RE: COORDINATION OF
                                   CLAIM RECONCILIATION AND SETOFF
                                   PROCESSES (0.3); REVISE SETTLEMENT
                                   AGREEMENTS WITH NISSAN (0.3) AND
                                   WORLDWIDE BATTERIES (0.3); REVISE
                                   STIPULATION WITH IUE-CWA, IUOE, IBEW,
                                   AND IAMAW LOCALS (0.4); WORK ON
                                   STIPULATION WITH CADENCE INNOVATION
                                   (0.2); WORK ON SETTLEMENT AGREEMENTS
                                   WITH WILSON (0.2), EVANS (0.2), WOODSON
                                   (0.2), JAMES (0.2), F. JOHNSON (0.2) AND
                                   COMPTROL (0.2); WORK ON RESOLVING CLAIM
                                   OF SUPERIOR DESIGN (0.2); FORMULATE
                                   STRATEGY RE: RESPONSE TO PRUDENTIAL
                                   INQUIRY INTO ORDER DISALLOWING AND
                                   VACATING CLAIMS (0.3); REVIEW PROPOSED
                                   BOSCH STIPULATION (0.5); FORMULATE
                                   STRATEGY RE: 10TH AND 11TH OMNIBUS
                                   CLAIMS OBJECTION (0.3); PREPARE FOR
                                   MARCH 1 CLAIMS HEARING (0.5).
```

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        02/19/07.        9.00    TELECONFERENCE WITH K. CRAFT OF DELPHI
                                           RE: ICX AND OKI CLAIMS (0.1); REVIEW
                                           FILE RE: ICX CLAIM (0.8) AND OKI CLAIM
                                           (0.8) AND FORMULATE LITIGATION STRATEGY
                                           RE: SAME; WORK ON SETTLEMENT AGREEMENTS
                                           AND STIPULATIONS FOR COMPTROL (0.3),
                                           WILSON (0.3), WOODSON (0.3), JAMES
                                           (0.3), F. JOHNSON (0.3), EVANS (0.3),
                                           BANK OF LINCOLNWOOD (0.3) AND GULF COAST
                                           BANK (0.3); ANALYZE ISSUE RE: CURE
                                           PAYMENTS TO HOLDERS OF CLAIMS (0.4);
                                           FORMULATE STRATEGY RE: LITIGATION OF
                                           CLAIMS (0.7) AND ORLIK LITIGATION
                                           (0.3); REVIEW STATEMENT OF DISPUTED
                                           ISSUES RE: CHERRY GMBH (0.3); PREPARE
                                           FOR MARCH 1 CLAIMS HEARING RE:
                                           LABORSOURCE (0.4); REVIEW DOCKET RE:
                                           CLAIMS-RELATED PLEADINGS (0.4);
                                           PREPARE FOR MARCH 21 (0.3) AND APRIL 13
                                           (0.3) CLAIMS HEARINGS; WORK ON 10TH AND
                                           11TH OMNIBUS CLAIMS OBJECTIONS (0.4);
                                           FORMULATE STRATEGY RE: PRUDENTIAL
                                           CLAIMS (0.3) AND UNIVERSAL TOOL CLAIMS
                                           (0.3); REVIEW STIPULATION PROPOSED BY
                                           R. BOSCH (0.3); REVIEW RULINGS ON NGUYEN
                                           AND ALLISON MOTIONS (0.5).

WHARTON JN        02/20/07        7.40    REVIEW DRAFT OF RENO BRIEF (0.4);
                                           PREPARE STIPULATIONS WITH IUE-CWA,
                                           IUOE, IBEW AND IAMAW AND CADENCE
                                           INNOVATIONS FOR TRANSMITTAL TO COURT
                                           (0.3); FORMULATE STRATEGY RE: 4/27
                                           CLAIMS HEARING (1.6); TELECONFERENCE
                                           WITH H. ROSENBLATT RE: IN PLAY
                                           SETTLEMENT (0.1) AND PREPARE
                                           TRANSMITTAL OF IN PLAY STIPULATION
                                           (0.2); WORK ON SETTLEMENT AGREEMENT AND
                                           STIPULATION RE: LONGANCE (0.2);
                                           FORMULATE STRATEGY RE: LITIGATION OF
                                           ICX (0.2) AND OKI AMERICAN (0.2) CLAIMS;
                                           REVIEW STIPULATION SUBMITTED BY R.
                                           BOSCH (0.4); TELECONFERENCE WITH B.
                                           CLAY OF DELPHI RE: CHERRY  GMBH CLAIM
                                           (0.3); TELECONFERENCE  WITH A BEAL,
                                           COUNSEL FOR TINKEN RE: CLAIM (0.1); AND
                                           ANALYSIS RE: SAME (0.2); ANALYZE NUTECH
                                           CLAIM (0.3); FORMULATE STRATEGY RE:
                                           NOTICING CLAIMS FOR HEARING (0.6);
                                           REVIEW ORLIK DISCOVERY (0.3); REVIEW
                                           TREMONT STIPULATION (0.4); REVIEW
                                           IMPALA PROOF OF CLAIM (0.3); FORMULATE
                                           STRATEGY RE: JP MORGAN PROOF OF CLAIM
                                           (0.3); REVIEW DOCKET FOR CLAIMS RELATED
                                           PLEADINGS (0.4); FORMULATE STRATEGY RE:
                                           CARE DETERMINATION FOR CORE ASSETS
                                           (0.6).

B43E