SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GARTNER M | 03/16/07 | 1.30 | MEET TO DISCUSS REVIEW OF RESPONSES TO THIRD OMNIBUS OBJECTION AND DISCLOSURE RESEARCH (1.3). |
| GARTNER M | 03/19/07 | 1.20 | MEET TO DISCUSS PREPARATION OF MASTER CONNECTIONS CHART (1.2). |
| GARTNER M | 03/20/07 | 1.20 | MEET TO DISCUSS DISCLOSURE REVIEW PROCESS AND CHART PREPARATION (0.8); BEGIN REVIEW OF DISCLOSURE CHARTS (0.4). |
| GARTNER M | 03/21/07 | 0.30 | REVISE THIRD OMNI OBJECTION RESPONSE CHART (0.3). |
| GARTNER M | 03/22/07 | 0.30 | TELECONFERENCE RE: CLAIMS WORK (0.3). |
| GARTNER M | 03/23/07 | 1.10 | MEET TO DISCUSS CLAIMS SETTLEMENT PROCEDURES (1.1). |
| GARTNER M | 03/26/07 | 0.40 | MEET WITH WORKING GROUP RE: MASTER DISCLOSURE CHART (0.4). |
| GARTNER M | 03/27/07 | 11.20 | UPDATE, REVISE, AND AMEND HEARING PLANNER CHART AND CLAIMS TRACKING CHART (11.2). |
| GARTNER M | 03/30/07 | 2.90 | TELECONFERENCE WITH WORKING GROUP RE: OMNI 8 & 9 RESPONSES AND SETTLEMENTS (0.5); CLAIMS CHART ANALYSIS AND REVISION (2.4). |
| | | **19.90** | |
| GRANT K | 03/13/07 | 4.10 | ANALYSIS OF CHR CLAIMS AND UNDERLYING DOCUMENTS (1.4); DRAFT PRESENTATION RE: SAME (2.7). |
| GRANT K | 03/15/07 | 1.50 | TELECONFERENCE WITH DELPHI TEAM, FTI AND J. LYONS RE: CHR CLAIMS (1.0); REVISE PRESENTATION RE: SAME (0.5). |
| | | **5.60** | |
| GUZZARDO J | 03/05/07 | 0.80 | REVIEW OF CLARION MATERIALS IN PREPARATION FOR DISCOVERY (0.8). |
| GUZZARDO J | 03/06/07 | 0.50 | REVIEW OF CLARION LITIGATION MATERIALS FOR DOCUMENT DISCOVERY (0.5). |
| GUZZARDO J | 03/07/07 | 0.70 | PREPARATION FOR CLARION DOCUMENT DISCOVERY (0.7). |
| GUZZARDO J | 03/08/07 | 0.30 | PREPARATION FOR CLARION LITIGATION DISCOVERY (0.3). |
| GUZZARDO J | 03/15/07 | 7.20 | LEGAL RESEARCH IN CONNECTION WITH REAL ESTATE TRANSACTION ("RET") LITIGATION (6.9); DISCOVERY COORDINATION RE: RET LITIGATION (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GUZZARDO J | 03/16/07 | 7.20 | LEGAL RESEARCH IN CONNECTION WITH RET LITIGATION (7.2). |
| GUZZARDO J | 03/19/07 | 1.20 | DISCOVERY COORDINATION FOR RET HEARING (1.2). |
| | | **17.90** | |
| HARDIN AS | 03/20/07 | 1.90 | ASSIST IN PREPARATION FOR CLAIMS OBJECTION HEARING (1.9). |
| | | **1.90** | |
| HILL LF | 03/15/07 | 5.70 | DISCUSS SECURE TAX CLAIM STRATEGY QUESTIONS AND BACKGROUND WITH M. PERL (0.7); REVIEW PREVIOUS TAX MEMOS AND CASE LAW (1.0); BEGIN RESEARCH OF INTEREST PAYMENTS ON SECURED TAX CLAIMS (4.0). |
| HILL LF | 03/16/07 | 6.30 | DRAFT MEMO OF PRELIMINARY RESEARCH ON SECURED TAX CLAIMS ISSUE (1.7); DISCUSS PRELIMINARY FINDS OF RESEARCH WITH M. PERL (0.4); REVIEW CHART OF TAX CLAIMS AND HIGHLIGHTED SECURED TAX CLAIMS TO REVIEW (0.2); CONTINUE RESEARCH OF SECURED TAX CLAIMS (4.0). |
| | | **12.00** | |
| HOWE EJ | 03/05/07 | 10.40 | REVISE WORLDWIDE BATTERY SETTLEMENT AGREEMENT AND STIPULATION PER CLAIMANT'S COUNSEL'S COMMENTS (1.0); CORRESPONDENCE WITH WORLDWIDE BATTERY'S COUNSEL RE: SAME (0.2); REVIEW EMAIL CORRESPONDENCE FROM COUNSEL FOR HEREAUS INQUIRING ABOUT EIGHTH OMNIBUS CLAIMS OBJECTION, REVIEW CLAIMANT'S ISSUE, AND RESPONSE EMAIL TO COUNSEL RE: SAME (0.5); STRATEGY CONFERENCE WITH CLAIMS TEAM RE: MULTIPLE CLAIMS TO BE RESOLVED WITH CLAIMANTS AND THEIR COUNSEL (0.8); REVIEW AND ANALYZE CLAIMS TO BE RESOLVED (3.7); BEGIN PREPARATION OF SUMMARY OF CLAIMS CURRENTLY SETTLED (2.8); REVISE ORDER EXPUNGING CLAIM OF LABORSOURCE (0.4); REVISE ORDERS DENYING MOTIONS TO RECONSIDER OF ALLISON AND NGUYEN (0.4); REVISE STIPULATION WITH PRUDENTIAL (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOWE EJ        03/06/07      7.70    REVIEW AND ANALYZE OF UNSETTLED CLAIMS
                                     NOT SET FOR HEARING (2.5); REVIEW AND
                                     ANALYZE ICX CLAIM, SUPPORTING
                                     DOCUMENTS, AND RESPONSE (0.7); PREPARE
                                     ICX NOTICE OF HEARING, PREPARE SPECIAL
                                     PARTY SERVICE LIST, AND COORDINATE
                                     FILING OF SAME (1.3); TELECONFERENCE
                                     WITH COUNSEL FOR NISSAN RE: SETTLEMENT
                                     AGREEMENT AND STIPULATION (0.2); BEGIN
                                     DRAFTING SUMMARY OF CLAIMS SETTLEMENTS
                                     FOR MESIROW REPORT (0.4); REVIEW CLAIMS
                                     OF FRIMCO, INC. AND TOOL TECH & MOLD RE:
                                     SECURED PORTIONS OF CLAIMS AND
                                     DISCUSSION WITH CLAIMS ANALYST RE: SAME
                                     (0.8); CONTINUE REVISIONS OF
                                     LABORSOURCE, ALLISON, NGUYEN, AND
                                     PRUDENTIAL ORDERS, AND FINALIZE
                                     WORLDWIDE BATTERY STIPULATION (1.3);
                                     REVIEW AND ANLYZE CLAIM AND SUPPORTING
                                     DOCUMENTATION RE: FURUKAWA (0.5).

HOWE EJ        03/07/07     13.40    CONTINUE REVIEW OF FURUKAWA CLAIM AND
                                     STATE COURT ACTION MATERIALS FORWARDED
                                     BY T. LIPPERT (0.8); TELECONFERENCES
                                     WITH T. LIPPERT RE: SAME (0.3); DRAFT
                                     LETTER TO COUNSEL FOR FURUKAWA RE: MEET
                                     AND CONFER (0.8); BEGIN DRAFTING
                                     STATEMENT OF DISPUTED ISSUES RE:
                                     FURUKAWA (2.2); CONTINUE DRAFTING
                                     SUMMARY OF CLAIMS SETTLEMENTS RE:
                                     MESIROW REPORT (3.2); REVISE
                                     LABORSOURCE, ALLISON, AND NGUYEN ORDERS
                                     (0.6); DISCUSSION WITH COUNSEL FOR ICX
                                     AND PREPARATION OF MEET AND CONFER
                                     FOLLOW UP LETTER TO SAME (1.3); FINALIZE
                                     GULF COAST BANK AND BANK OF LINCOLNWOOD
                                     SETTLEMENTS AND CIRCULATE SAME TO
                                     COUNSEL FOR RESPECTIVE CLAIMANTS (0.8);
                                     CONTINUE REVIEW, ANALYSIS AND SUMMARY
                                     OF RESPONSES TO EIGHTH AND NINTH OMNIBUS
                                     CLAIMS OBJECTIONS (1.3); CONTINUE
                                     DRAFTING CLAIMS SECTIONS FOR FOURTH
                                     INTERIM FEE APPLICATION FOR SKADDEN
                                     (2.1).

HOWE EJ        03/08/07     10.70    FINALIZE DRAFTS OF SUMMARY OF SETTLED
                                     CLAIMS FOR MESIROW REPORT (2.6);
                                     REVIEW, ANALYZE AND SUMMARIZE RESPONSES
                                     TO EIGHTH AND NINTH OMNIBUS CLAIMS
                                     OBJECTIONS (0.9); BEGIN DRAFTING
                                     STATEMENT OF DISPUTED ISSUES RE:
                                     OBJECTION TO FURUKAWA CLAIM (3.7);
                                     BEGIN DRAFTING OMNIBUS REPLIES IN
                                     SUPPORT OF EIGHTH AND NINTH OMNIBUS
                                     CLAIMS OBJECTIONS (1.7); CONTINUE
                                     NEGOTIATIONS WITH OPPOSING COUNSEL RE:
                                     SETTLEMENT OF MULTIPLE CLAIMS - CLAIMS
                                     OF EATON, TELEFLEX, SOUTH-WEST CITY
                                     SCHOOL DISTRICT, TELEDYNE, AND ICX
                                     (1.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 03/09/07 | 8.40 | CONTINUE DRAFTING FURUKAWA STATEMENT OF DISPUTED ISSUES (4.4); EMAIL CORRESPONDENCE WITH COUNSEL FOR EATON CORPORATION (0.2); FINALIZE DONNA WILSON AND HAROLD WOODSON SETTLEMENTS AND CIRCULATE TO OPPOSING COUNSEL (0.5); FINALIZE COMMONWEALTH OF MASSACHUSETTS AND PANASONIC SETTLEMENTS AND CIRCULATE TO OPPOSING COUNSEL (0.7); REVIEW AND ANALYZE TIMKEN SETTLEMENT AND DISCUSSION WITH COUNSEL FOR TIMKEN (0.9); REVISE SUMMARY OF CLAIMS SETTLEMENTS RE: MESIROW REPORT (0.8); CONTINUE REVIEW, ANALYSIS AND SUMMARY OF RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (0.9). |
| HOWE EJ | 03/10/07 | 4.50 | FINALIZE DRAFT OF STATEMENT OF DISPUTED ISSUES RE: CLAIM OF FURUKAWA (3.7); REVISE SUMMARY OF SETTLEMENT AGREEMENTS RE: MESIROW REPORT (0.8). |
| HOWE EJ | 03/12/07 | 15.80 | ANALYZE PROOFS OF CLAIM CONTEMPLATED FOR OBJECTION ON TENTH AND ELEVENTH OMNIBUS CLAIMS OBJECTIONS (11.1); REVISE FURUKAWA STATEMENT OF DISPUTED ISSUES (0.7); TELEPHONE DISCUSSION WITH COUNSEL FOR SOUTHWEST CITY SCHOOL DISTRICT RE: SETTLEMENT OF CLAIM (0.2); REVISE SETTLEMENT DOCUMENTS FOR CLAIM OF BANK OF LINCOLNWOOD AND CIRCULATE TO COUNSEL FOR CLAIMANT (0.4); MULTIPLE TELEPHONE DISCUSSIONS WITH COUNSEL FOR COMMONWEALTH OF MASSACHUSETTS FINALIZING SETTLEMENT OF CLAIM (0.3); MEETING WITH D. UNRUE RE: CLAIM OF TIMKEN (0.2); DRAFT STATEMENT OF DISPUTED ISSUES FOR CLAIM OF ICX (2.9). |
| HOWE EJ | 03/13/07 | 7.70 | CONTINUE ANALYSIS OF CLAIMS CONTEMPLATED FOR INCLUSION ON TENTH AND ELEVENTH OMNIBUS CLAIMS OBJECTIONS (4.1); TELECONFERENCE WITH D. UNRUE, K. CRAFT, R. FLETEMEYER, AND CLAIMS TEAM RE: REPORTING CLAIMS SETTLEMENTS (0.6); FINALIZE FURUKAWA STATEMENT OF DISPUTED ISSUES AND COORDINATE FILING OF SAME (1.2); DRAFT FORM OF NOTICE OF PRESENTMENT OF JOINT STIPULATION AND ORDER (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 03/14/07 | 10.60 | REVIEW AND REVISE DRAFTS OF OMNIBUS REPLIES IN SUPPORT OF EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (1.0); DRAFT SCRIPTS FOR HEARING ON EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (3.1); TELECONFERENCE WITH J. SULLIVAN, COUNSEL FOR TIMKEN, AND FOLLOW-UP TELEPHONE CONVERSATION WITH D. UNRUE RE: SAME (0.4); TELECONFERENCE WITH H. ROSENBLAT, COUNSEL FOR CELESTICA, AND FOLLOW-UP RESEARCH RE: HIS INFORMAL DOCUMENT REQUEST (0.5); TELECONFERENCE WITH J. DEJONKER, COUNSEL FOR RECTICEL, AND FOLLOW UP TELECONFERENCE WITH J. DELUCCA AND M. CARROL OF DELPHI CLAIMS TEAM (0.7); FINALIZE SUMMARY OF CLAIMS SETTLEMENTS RE: REPORTING TO UCC AND TELECONFERENCE WITH D. UNRUE RE: SAME (0.8); TELECONFERENCE WITH N. WHEATLEY, COUNSEL FOR IER FUJIKURA, AND BEGIN DRAFTING SETTLEMENT AGREEMENT RE: SAME (0.3); DRAFT NOTICES OF PRESENTMENT OF JOINT STIPULATIONS RE: CLAIMS OF COMMONWEALTH OF MASSACHUSETTS, GP REEVES, MCDERMOTT, MORAINE MAINTENANCE, AND KARL KUEFNER, REVIEW AND REVISE SAME, AND FINALIZE FOR FILING (3.8). |
| --- | --- | --- | --- |
| HOWE EJ | 03/15/07 | 9.90 | DRAFT SCRIPT FOR HEARING ON EIGHTH OMNIBUS CLAIMS OBJECTION (1.4); REVIEW, ANALYZE, AND SUMMARIZE RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (1.3); MULTIPLE TELEPHONE DISCUSSIONS WITH J. DEJONKER RE: CLAIMS OF RECTICEL (0.4); EMAIL FROM A. AARONSON, COUNSEL FOR TELEFLEX AND REVIEW CLAIM FOLLOWING UP ON SAME (0.2); DRAFT JOINT STIPULATION RE: CLAIM OF SOUTHWEST CITY SCHOOL DISTRICT (1.2); DRAFT SETTLEMENT AGREEMENT AND JOINT STIPULATION RE: CLAIM OF IER FUJIKURA (0.8); RESEARCH SECURED CLAIM ISSUES RE: IER FUJIKURA (0.5); STRATEGY MEETING WITH CLAIMS TEAM (1.1); REVISE ELEVENTH OMNIBUS CLAIMS OBJECTION (3.0). |
| HOWE EJ | 03/16/07 | 8.60 | CONTINUE RESEARCH RE: SECURED CLAIM OF IER FUJIKURA (0.6); REVISE SETTLEMENT AGREEMENT FOR CLAIM OF GULF COAST BANK AND CIRCULATE TO T.J. MADIGAN, COUNSEL FOR GULF COAST (0.6); REVIEW, ANALYZE, AND SUMMARIZE RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (6.8); REVIEW SUMMARY OF UNPAID INVOICES RE: CLAIM OF TELEFLEX AND FORWARD SAME TO A. AARONSON, COUNSEL FOR TELEFLEX (0.2); DRAFT SCRIPT FOR HEARING ON NINTH OMNIBUS CLAIMS OBJECTION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 03/19/07 | 8.60 | REVIEW DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIMS OF EDS (0.8); REVISE DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF IER FUJIKURA AND DISCUSSION WITH R. EMANUEL RE: RECLAMATION PORTION OF CLAIM (1.1); REVISE REPLIES IN SUPPORT OF EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (1.6); REVIEW RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTION AND SUMMARIZE SAME (5.1). |
|---------|----------|------|---|
| HOWE EJ | 03/20/07 | 10.30 | REVIEW AND REVISE REPLIES IN SUPPORT OF EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (1.5); REVIEW AND REVISE SCRIPTS FOR HEARING ON SAME (1.4); REVIEW PROPOSED CHANGES TO PANASONIC SETTLEMENT AGREEMENT (0.2); FINAL REVISIONS TO IER FUJIKURA SETTLEMENT DOCUMENTS (0.4); REVIEW RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS HEARINGS AND PREPARE SUMMARIES OF SAME FOR INCLUSION AS EXHIBIT TO OMNIBUS REPLIES (6.8). |
| HOWE EJ | 03/21/07 | 10.80 | TELEPHONE DISCUSSIONS WITH T. MADIGAN, COUNSEL FOR GULF COAST BANK, RE: FINALIZING SETTLEMENT DOCUMENTS (0.2); TELEPHONE DISCUSSION WITH K. KRUSE, COUNSEL FOR HAROLD WOODSON, RE: FINALIZING SETTLEMENT DOCUMENTS (0.2); TELEPHONE DISCUSSION WITH H. ROSENBLATT, COUNSEL FOR CELESTICA, RE: SETTLEMENT NEGOTIATIONS, AND FOLLOW UP DISCUSSION WITH D. EVANS AT DELPHI RE: SAME (0.3); RESEARCH RE: PROVIDING PARTIES WITH OTHER CLAIMANTS' PROOFS OF CLAIM (0.7); REVISE REPLIES IN SUPPORT OF EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS, INCLUDING ATTACHED EXHIBITS SUMMARIZING RESPONSES AND PROPOSED ORDERS (7.6); REVISE SCRIPTS FOR HEARING ON EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (0.6); REVIEW DRAFT EXHIBITS OF ADJOURNED CLAIMS FROM EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (1.2). |
| HOWE EJ | 03/22/07 | 8.60 | PREPARE SUMMARY OF UPCOMING CRITICAL DEADLINES FOR CLAIMS MATTERS (2.9); TELECONFERENCE WITH R. CARLSON RE: CLAIM OF CELESTICA (0.2); MULTIPLE TELECONFERENCES WITH T. WIMSATT, COUNSEL FOR D. WILSON, RE: SETTLEMENT OF CLAIM (0.2); REVIEW CLAIM OF ARC AUTOMOTIVE, INCLUDING PROOF OF CLAIM, RESPONSE, AND SUPPORTING DOCUMENTATION (2.4); TELECONFERENCE WITH C. MACDONALD RE: CLAIM OF ARC AUTOMOTIVE (0.3); TELECONFERENCE WITH J. BENTLEY, COUNSEL FOR PANASONIC, AND REVISE SETTLEMENT AGREEMENT RE: SAME (0.6); UPDATE SUMMARIES OF CURRENT SETTLEMENTS RE: REPORTING OF SAME TO THE UCC (2.0). |

B43E

| | | | |
|---|---|---|---|
| HOWE EJ | 03/23/07 | 8.20 | TELECONFERENCE WITH H. ROSENBLAT RE: CLAIM OF CELESTICA AND FOLLOW UP REVIEW OF CLAIM AND DISCUSSION WITH R. CARLSON (0.7); RESEARCH RE: SETOFF IN CLAIMS SETTLEMENTS (4.2); STRATEGY CONFERENCE WITH CLAIMS TEAM RE: STATUS OF SETTLEMENTS (0.8); MULTIPLE TELECONFERENCES AND EMAILS WITH C. MACDONALD, COUNSEL FOR ARC AUTOMOTIVE, RE: CLAIM OF ARC AUTOMOTIVE (1.4); BEGIN RESEARCH RE: STANDING TO RESPOND TO CLAIMS OBJECTION (1.1). |
| HOWE EJ | 03/26/07 | 7.50 | TELECONFERENCE WITH T. ATKINS RE: CLAIM OF EATON, EMAIL TO D. NEUMMAN, EATON'S COUNSEL, RE: SAME, AND REVIEW RETURN EMAIL AND ATTACHED DOCUMENTS RE: SAME (0.8); FINISH RESEARCH RE: STANDING TO RESPOND TO A CLAIMS OBJECTION (3.6); MULTIPLE TELECONFERENCES WITH C. MACDONALD, COUNSEL FOR ARC AUTOMOTIVE RE: SETTLING HER CLIENT'S CLAIM (0.3); RESEARCH RE: CURE COSTS (0.5); REVIEW ABSTENSION MOTION AND LIFT STAY MOTION FILED BY FURUKAWA AND SUMMARIZE SAME (0.4); REVIEW AND REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF IER FUJIKURA (0.8); RESEARCH CLAIM OF SAMTECH RE: STATEMENT OF DISPUTED ISSUES FOR SAME (1.1). |
| HOWE EJ | 03/27/07 | 8.30 | TELECONFERENCE WITH R. WELHOELTER, COUNSEL FOR NISSAN TECHNICAL CENTER, RE: SETTLEMENT OF NISSAN'S CLAIM, FINALIZE SETTLEMENT DOCUMENTS, AND TELECONFERENCE WITH C. COMERFORD RE: POST-PETITION PORTION OF NISSAN'S CLAIM (0.8); REVIEW AND REVISE STATEMENT OF DISPUTED ISSUES RE: CLAIM OF SAMTECH (4.8); REVISE STIPULATION RE: CLAIM OF SOUTH-WEST CITY SCHOOL DISTRICT, AND CIRCULATE SAME TO OPPOSING COUNSEL (0.7); TELECONFERENCE WITH T. WIMSATT, COUNSEL FOR D. WILSON, AND REVISE SETTLEMENT AGREEMENT RE: SAME (0.3); RESEARCH RE: ASSERTED SECURED CLAIM OF PORT CITY CASTING (1.7). |

B43E

| | | | |
|---|---|---|---|
| HOWE EJ | 03/28/07 | 8.20 | RECEIVE FULLY EXECUTED SETTLEMENT AGREEMENT RE: CLAIM OF NISSAN AND PREPARE STIPULATION FOR SUBMISSION TO COURT (0.4); REVISE SETTLEMENT AGREEMENT RE: CLAIM OF DONNA WILSON (0.5); EMAIL CORRESPONDENCE FROM C. COMERFORD RE: POST-PETITION AMOUNTS OWED TO NISSAN, AND EMAIL TO NISSAN'S COUNSEL, R. WELHOELTER, RE: SAME (0.2); REVIEW AND ANALYZE CLAIM OF OKI AMERICA (1.1); TELEPHONE DISCUSSION WITH C. MACDONALD RE: CLAIM OF ARC AUTOMOTIVE (0.2); TELEPHONE DISCUSSION WITH J. DEJONKER RE: CLAIM OF RECTICEL AND FOLLOW UP REVIEW OF BACKUP DOCUMENTATION (1.2); CONTINUE RESEARCH RE: SECURED CLAIM OF PORT CITY CASTING (1.6); BEGIN REVIEW OF CLARION CLAIM RE: SETTLEMENT (0.6); REVIEW ADJOURNED CLAIMS FROM EIGHTH AND NINTH OMNIBUS CLAIM OBJECTIONS RE: SETTLEMENT OF SAME (2.4). |
| HOWE EJ | 03/29/07 | 8.30 | REVIEW SEVENTH AND NINTH OMNIBUS CLAIMS OBJECTIONS RE: ADJOURNED DE MINIMIS CLAIMS, AND PREPARE CHART SUMMARIZING SAME (5.3); DRAFT COUNTERPARTS LANGUAGE FOR SETTLEMENT AGREEMENT TEMPLATES (0.6); REVIEW CLAIM OF CLARION CORPORATION AND ANALYZE SAME (1.8); EMAILS FROM AND RETURN EMAIL TO R. WELHOELTER, COUNSEL FOR NISSAN, RE: POST-PETITION AMOUNTS OWED TO NISSAN (0.2); TELECONFERENCE WITH C. MACDONALD, COUNSEL FOR ARC AUTOMOTIVE, RE: POSSIBLE SETTLEMENT OF CLAIM OF ARC (0.4). |
| HOWE EJ | 03/30/07 | 8.50 | RESEARCH RE: CURE AND REJECTION DAMAGES (2.4); SUMMARIZE SETTLEMENTS RE: UCC REPORTING (3.4); STRATEGY MEETING WITH CLAIMS TEAM (0.5); STRATEGIZE RE: SETTLEMENT OF CLAIM OF ARC AUTOMOTIVE (0.9); REVIEW DELPHI SCHEDULES RE: TREATMENT OF CLAIM OF ARC AUTOMOTIVE (0.4); FINALIZE RESEARCH RE: SPECIAL TOOLS LIEN ACT FROM MICHIGAN RE: CLAIM OF PORT CITY CASTING (0.9). |

**195.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KAHN MT | 03/27/07 | 2.80 | RESEARCH RE: COBRA CLAIMS IN RENO LITIGATION (INCLUDING ANALYZING TRANSCRIPT FROM CLAIMS HEARING ON 3/21) (2.8). |
| KAHN MT | 03/28/07 | 3.80 | ANALYZE VALIDITY OF LIEN CLAIM (ORIK) (2.6); ANALYZE ENRON CASE CITED IN FEBRUARY 14 CLAIMS HEARING (0.2); ANALYZE TRANSCRIPT OF FEBRUARY 14 CLAIMS (1.0). |
| KAHN MT | 03/29/07 | 5.30 | CONTINUE ANALYZING FEBRUARY 14 TRANSCRIPT AND DRAFT SUMMARY RE: SAME (0.5); ANALYZE CASES RE: R. 3001(E)(4) AND ATTORNEY LIENS AND DRAFT SUMMARY RE: SAME (4.8). |
| KAHN MT | 03/30/07 | 5.90 | ANALYZE FEBRUARY 14, 2007 HEARING TRANSCRIPT AND DRAFT SUMMARY RE: SAME (3.4); ANALYZE PROOFS OF CLAIM (UTE) AND DRAFT STATEMENT OF DISPUTE RE: SAME (2.0); CLAIMS TEAM CONFERENCE CALL (0.5). |
| | | **17.80** | |
| MEISLER RE | 03/01/07 | 0.40 | REVIEW AND ANALYZE L&W CLAIMS (0.4). |
| MEISLER RE | 03/02/07 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE: ENVIRONMENTAL CLAIM (0.3); DRAFT CORRESPONDENCE RE: SETTLEMENTS CONSUMMATED UNDER SETTLEMENT PROCEDURES (0.2). |
| MEISLER RE | 03/05/07 | 0.70 | DRAFT CORRESPONDENCE RE: L&W CLAIM (0.1); DRAFT CORRESPONDENCE RE: IP CLAIM (0.2); DRAFT CORRESPONDENCE RE: SPS CLAIM (0.2); DRAFT CORRESPONDENCE RE: TAX CLAIMS (0.2). |
| MEISLER RE | 03/06/07 | 0.30 | CONTINUE TO REVIEW OUTSTANDING ISSUES RE: L&W (0.2); DRAFT CORRESPONDENCE (0.1). |
| MEISLER RE | 03/08/07 | 0.50 | REVIEW AND EDIT CLAIMS SETTLEMENT SUMMARY (0.3); DRAFT CORRESPONDENCE RE: NJ TAX CLAIM (0.2). |
| MEISLER RE | 03/09/07 | 0.20 | DRAFT CORRESPONDENCE RE: CLAIMS SETTLEMENT (0.2). |
| MEISLER RE | 03/13/07 | 0.70 | TELECONFERENCE WITH D. UNRUE  K. CRAFT, R. FLETEMEYER RE: SETTLEMENT PROCEDURES ORDER (0.5); REVIEW STATUS OF L&W CLAIM RECONCILIATION (0.2). |
| MEISLER RE | 03/19/07 | 0.30 | REVIEW DISPUTED CLAIMS (0.3). |
| MEISLER RE | 03/21/07 | 0.30 | REVIEW UNION CLAIMS (0.3). |
| MEISLER RE | 03/28/07 | 0.10 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS SETTLEMENT (0.1). |
| | | **4.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 03/14/07 | 1.70 | PARTICIPATE IN WEEKLY CLAIMS MEETING (1.6); DIRECT CALL FROM CLAIMANT TO APPROPRIATE CONTACT (0.1). |
|---|---|---|---|
| PERL MW | 03/15/07 | 0.40 | STRATEGIZE WITH WORKING GROUP RE: TAX CLAIMS ISSUES (0.4). |
| PERL MW | 03/16/07 | 1.40 | TELECONFERENCE WITH J. DELUCA RE: TAX CLAIMS (0.8); STRATEGIZE WITH WORKING GROUP RE: SAME (0.2); COORDINATE FOLLOW UP RESEARCH RE: SECURED TAX CLAIMS (0.4). |
| PERL MW | 03/19/07 | 0.60 | TELECONFERENCE WITH D. UNRUE AND J. DELUCA RE: TAX CLAIMS (0.4); FOLLOW UP RE: SAME (0.2). |
| PERL MW | 03/26/07 | 4.00 | REVIEW TAX CLAIMS SUMMARY (0.4); TELECONFERENCE WITH J. DELUCA RE: SAME (0.5); CORRESPOND WITH WORKING RE: SAME (0.4); STRATEGIZE WITH WORKING GROUP RE: NEXT STEPS IN CONNECTION WITH SAME (0.5); CONTINUE RESEARCH RE: SECURED TAX CLAIMS (1.6); STRATEGIZE WITH WORKING GROUP RE: SAME (0.6). |
| PERL MW | 03/27/07 | 3.70 | CONTINUE RESEARCH IN CONNECTION WITH SECURED CLAIMS AND RELATED MATTERS (3.7). |
| PERL MW | 03/28/07 | 0.50 | REVIEW SUMMARY OF TAX CLAIMS (0.3); FOLLOW UP RESEARCH RE: SAME (0.2). |
| PERL MW | 03/29/07 | 0.50 | FOLLOW UP WITH WORKING GROUP RE: TAX CLAIMS (0.2); TELECONFERENCE WITH J. DELUCA RE: TAX CLAIMS (0.1); FOLLOW UP WITH WORKING GROUP RE: SAME (0.2). |
| | | **12.80** | |
| PLATT SJ | 03/01/07 | 10.90 | REVIEW AND RESPOND TO INQUIRIES LEFT ON THE DELPHI LEGAL HOTLINE AND LOG RESPONSES (6.2); REVISE VARIOUS STIPULATIONS AND SETTLEMENT AGREEMENTS (1.5); COMPILE DEPOSITION SUMMARIES AND PREPARE FOR MARCH 21 CLAIMS HEARINGS (1.5); DRAFT PRO HAC VICE MOTION FOR IN HOUSE AND OUTSIDE COUNSEL (0.1); DRAFT SETTLEMENT AGREEMENT AND JOINT STIPULATION WITH RESPECT TO TIMKEN CLAIM (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 03/02/07 | 10.20 | CONTINUE SUMMARIZING DEPOSITIONS AND PREPARING FOR MARCH 21 CLAIMS HEARINGS (1.5); DRAFT CONSENT AGREEMENT (1.5); REVISE ORDER DISALLOWING AND EXPUNGING LABORSOURCE CLAIM (0.1); REVISE ORDER DENYING MOTION TO RECONSIDER (0.3); TELECONFERENCES WITH VARIOUS CLAIMANTS RE: PENDING OBJECTIONS (1.6); REVIEW RESPONSES TO EIGHTH AND NINTH OMNIBUS OBJECTIONS AND UPDATE EXHIBITS ACCORDINGLY (0.2); REVIEW DISCLOSURE RESEARCH AND FOLLOW UP ACCORDINGLY (1.5); REVISE VARIOUS PENDING STIPULATIONS AND SETTLEMENT AGREEMENTS (3.5). |
|---|---|---|---|
| PLATT SJ | 03/03/07 | 5.00 | SUMMARIZE UNDERLYING DEPOSITIONS IN RENO MATTER (5.0). |
| PLATT SJ | 03/04/07 | 7.70 | CONTINUE SUMMARIZING UNDERLYING DEPOSITIONS IN RENO MATTER (0.9); CONTINUE TO DRAFT AND REVISE SETTLEMENT AGREEMENTS AND JOINT STIPULATIONS FOR VARIOUS CLAIMS (3.8); CONTINUE DRAFTING AND REVISING UPCOMING PRESENTATION (3.0). |
| PLATT SJ | 03/05/07 | 12.70 | REVIEW TRACKING CHART AND COMPILE DATA FOR UPCOMING CLAIMS PRESENTATION (3.5); PARTICIPATE IN CLAIMS WORKING GROUP MEETING (1.5); REVIEW RECENT FILING BY CLAIMANT IN RENO MATTER (0.3); CONTINUE NEGOTIATING, DRAFTING AND REVISING STIPULATIONS AND SETTLEMENT AGREEMENTS OF VARIOUS CLAIMS (3.9); REVIEW AND RESPOND TO INQUIRIES LEFT ON THE DELPHI LEGAL LINE (1.6); REVIEW RESPONSES TO NINTH OMNIBUS OBJECTION AND UPDATE EXHIBITS ACCORDINGLY (1.0); REVISE DEPOSITION OUTLINE IN ORLIK MATTER (0.8); REVISE PRO HAC VICE MOTIONS (0.1). |
| PLATT SJ | 03/06/07 | 13.70 | PARTICIPATE IN WEEKLY CLAIMS TELECONFERENCE WITH K. CRAFT, D. UNRUE AND OTHERS (1.9); PREPARE FOR MARCH 21 HEARINGS (0.5); TELECONFERENCES RE: VARIOUS CLAIMS SUBJECT TO OBJECTION, UPDATE EXHIBITS, SETTLEMENT DOCUMENTS, AND TRACKING CHARTS ACCORDINGLY (8.0); UPDATE HEARING CALENDAR (2.5); REVIEW AND DOCUMENT RESPONSES TO EIGHTH AND NINTH OMNIBUS OBJECTIONS (0.8). |
| PLATT SJ | 03/07/07 | 13.60 | RESPOND TO INQUIRIES LEFT ON THE DELPHI LEGAL LINE AND DOCUMENT SAME (3.4); NEGOTIATE, DRAFT AND REVISE SETTLEMENT DOCUMENTS WITH RESPECT TO VARIOUS CLAIMS (8.0); PREPARE FOR MARCH 21 CLAIMS  HEARINGS, INCLUDING COMPILING DEPOSITION SUMMARIES  (2.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 03/08/07 | 13.10 | TELECONFERENCES RE: VARIOUS CLAIMS SUBJECT TO OUTSTANDING OBJECTIONS, AND DOCUMENTATION OF SAME (12.9); UPDATE HEARING CALENDAR (0.2). |
|---|---|---|---|
| PLATT SJ | 03/09/07 | 10.00 | TELECONFERENCE WITH CLIENT ANALYST RE: CLAIM (0.2); REVIEW AND DOCUMENT RESPONSES TO EIGHTH AND NINTH OMNIBUS OBJECTION (0.5); BEGIN DRAFTING 10TH AND 11TH OMNIBUS CLAIMS OBJECTIONS (1.0); TELECONFERENCES WITH CLAIMANTS RE: VARIOUS CLAIMS SUBJECT TO OUTSTANDING OBJECTIONS (2.0); REVISE AND CIRCULATE JOINT STIPULATIONS AND SETTLEMENT AGREEMENTS, FOLLOW UP WITH CLAIMANTS RE: SAME (5.8); PREPARE FOR MARCH 21, 2007 HEARINGS (0.5). |
| PLATT SJ | 03/10/07 | 1.80 | CONTINUE DRAFTING TENTH AND ELEVENTH OMNIBUS CLAIMS OBJECTIONS (1.8). |
| PLATT SJ | 03/11/07 | 4.30 | REVIEW AND DISCUSS DEPOSITION TRANSCRIPT AND RESULTING STRATEGY IN ORLIK MATTER (2.3); CONTINUE TO REVIEW AND SUMMARIZE DEPOSITIONS IN RENO MATTER (2.0). |
| PLATT SJ | 03/12/07 | 7.00 | REVISE SETTLEMENT DOCUMENTS FOR VARIOUS DOCUMENTS (2.1); TELECONFERENCES WITH VARIOUS CLAIMANTS WHOSE CLAIMS ARE SUBJECT TO PENDING OBJECTIONS (0.9); REVIEW AND DOCUMENT  RESPONSES TO THE EIGHTH AND NINTH OMNIBUS OBJECTIONS (1.5); REVIEW DISCLOSURE RESEARCH RESULTS (0.8); REVIEW AND COMMENT ON OFFER OF JUDGMENT (0.9); DRAFT NOTICES OF ADJOURNMENT OF CLAIMS HEARINGS (0.8). |
| PLATT SJ | 03/13/07 | 14.70 | RESEARCH RE: CLAIMANT'S PUBLIC POLICY CLAIM (4.2); DRAFT AND REVISE SETTLEMENT DOCUMENTS FOR VARIOUS CLAIMS (4.3); TELECONFERENCES RE: VARIOUS CLAIMS SUBJECT TO PENDING OBJECTIONS (4.6); REVIEW AND DOCUMENT RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (1.6). |
| PLATT SJ | 03/14/07 | 14.00 | PARTICIPATE IN WEEKLY CLAIMS TEAM TELECONFERENCE (1.6); TELECONFERENCES RE: VARIOUS CLAIMS SUBJECT TO PENDING OBJECTIONS AND DOCUMENT SAME (6.9); REVISE TENTH AND ELEVENTH OMNIBUS OBJECTIONS AND SUPPORTING DOCUMENTS (0.8); REVIEW AND DOCUMENT RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (3.0); CONTINUE RESEARCH RE: CLAIMS IN RENO MATTER (1.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 03/15/07 | 15.20 | CONTINUE RESEARCH FOR AMENDED SUPPLEMENTAL REPLY IN RENO AND REVIEW SAME (5.6); TELECONFERENCES WITH CLAIMANTS RE: VARIOUS PENDING CLAIMS OBJECTIONS (0.3); REVISE SETTLEMENT DOCUMENTS RELATING TO VARIOUS CLAIMS (7.5); BEGIN DRAFTING AMENDED STATEMENT OF DISPUTED ISSUES IN HB PERFORMANCE SYSTEMS MATTER (0.2); PARTICIPATE IN CLAIMS WORKING GROUP STRATEGY MEETING (1.2); REVISE TENTH OMNIBUS CLAIMS OBJECTION (0.2); COORDINATE FILING OF YILMAZ SUPPLEMENTAL REPLY (0.2). |
| --- | --- | --- | --- |
| PLATT SJ | 03/16/07 | 10.60 | REVISE AMENDED SUPPLEMENTAL REPLY IN RENO MATTER (4.5); FINALIZE OMNIBUS OBJECTIONS AND SUPPLEMENTAL REPLIES FOR FILING (2.6); REVISE SCRIPTS RE: EIGHTH AND NINTH OMNIBUS OBJECTIONS (0.5); CONTINUE DRAFTING AMENDED STATEMENT OF DISPUTED ISSUES RE: HB PERFORMANCE SYSTEMS MATTER (0.8); TELECONFERENCES WITH CLAIMANTS RE: VARIOUS PENDING OBJECTIONS (1.9); SEND EMAILS RE: POTENTIAL CONFLICTS WITH CLAIMANTS (0.3). |
| PLATT SJ | 03/17/07 | 3.80 | REVIEW AND DOCUMENT RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS (3.8). |
| PLATT SJ | 03/18/07 | 0.80 | DRAFT SETTLEMENT DOCUMENTS WITH RESPECT TO VARIOUS CLAIMS (0.8). |
| PLATT SJ | 03/19/07 | 11.50 | RESEARCH AND PREPARE FOR CLAIMS HEARING IN RENO MATTER (2.5); REVIEW AND DOCUMENT RESPONSES TO EIGHTH AND NINTH OMNIBUS CLAIMS OBJECTIONS AND PREPARE FOR UPCOMING HEARING (5.4); DRAFT NOTICES FOR FUTURE CLAIMS HEARINGS (1.4); DRAFT SCRIPT FOR CLAIMS HEARING (2.0); REVISE STATEMENT OF DISPUTED ISSUES FOR HB PERFORMANCE CLAIM (0.2). |
| PLATT SJ | 03/20/07 | 11.40 | REVISE NOTICE OF HEARING (1.5); REVISE STIPULATIONS AND SETTLEMENT AGREEMENTS (1.0); REVISE DOCUMENTS IN PREPARATION FOR UPCOMING HEARINGS (4.1); ATTEMPT TO RESOLVE CLAIMS FOR WHICH RESPONSES WERE FILED (3.0); RESEARCH FOR RENO HEARING (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 03/21/07 | 11.50 | REVISE AND UPDATE REPLIES AND EXHIBITS TO EIGHTH AND NINTH OMNIBUS OBJECTIONS AND PREPARE FOR OMNIBUS HEARING (7.2); TELECONFERENCES WITH VARIOUS CLAIMANTS RE: OUTSTANDING CLAIMS OBJECTIONS (2.4); CONTINUE TO PREPARE SETTLEMENT DOCUMENTS FOR VARIOUS CLAIMS (0.9); FINALIZE DOCUMENTS AND COORDINATE FILING OF AMENDED STATEMENT OF DISPUTED ISSUES IN HB PERFORMANCE MATTER (0.3); REVISE PROPOSED ORDER IN RENO MATTER (0.2); ATTENTION TO FACTUAL INVESTIGATION IN HE SERVICES MATTER (0.5). |
| PLATT SJ | 03/22/07 | 3.20 | CORRESPONDENCE RE: SELECTION OF NEW HEARING DATE IN ORLIK MATTER (0.3); REVIEW DOCKET FOR ADDITIONAL RESPONSES (0.2); TELECONFERENCES WITH VARIOUS CLAIMANTS TRYING TO RESOLVE OUTSTANDING OBJECTIONS (2.7). |
| PLATT SJ | 03/23/07 | 7.00 | CONTACT CLAIMANTS RE: RESOLUTION OF PENDING OBJECTIONS AND REVISE SETTLEMENT DOCUMENTS (4.2); PARTICIPATE IN CLAIMS WORKING GROUP MEETING (0.6); REVIEW RESPONSES TO PREVIOUS OMNIBUS CLAIMS OBJECTIONS AND COMPARE TO EXHIBITS FILED WITH COURT (1.6); ATTENTION TO FACT INVESTIGATION IN HE SERVICES MATTER (0.5); UPDATE CLAIMS HEARING CALENDAR (0.1). |
| PLATT SJ | 03/25/07 | 2.00 | DRAFT STIPULATION AND SETTLEMENT AGREEMENT WITH RESPECT TO CLAIM (0.5); REVIEW RESPONSES TO PREVIOUS OMNIBUS OBJECTIONS (1.5). |
| PLATT SJ | 03/26/07 | 9.60 | COORDINATE RESCHEDULING OF CLAIMS HEARING AND MEDIATION (0.5); CONTINUE REVIEWING RESPONSES TO PREVIOUS OMNIBUS OBJECTION (1.9); ADDRESS CLAIMANTS' ISSUES RE: OUTSTANDING CLAIMS OBJECTIONS (2.1); FACTUAL INVESTIGATION RE: HE SERVICES CLAIM (0.7); REVISE VARIOUS SETTLEMENT DOCUMENTS AND CIRCULATE TO OPPOSING COUNSEL (4.0); DRAFT NOTICES OF HEARING (0.4). |
| PLATT SJ | 03/27/07 | 15.10 | TELECONFERENCES WITH VARIOUS CLAIMANTS RE: OUTSTANDING OBJECTIONS TO CLAIMS (3.9); REVIEW SETTLEMENT POSSIBILITIES AND REVISE SETTLEMENT DOCUMENTS WITH RESPECT TO VARIOUS CLAIMS (2.4); STRATEGY DISCUSSION RE: HB PERFORMANCE AND HE SERVICES CLAIMS (1.0); UPDATE HEARING PLANNER AND TRACKING CHART AND CREATE ADDITIONAL CHARTS TO PRESENT CLAIMS PROGRESS (7.8). |

B43E

PLATT SJ          03/28/07      7.80   CONTINUE REVISING AND UPDATING TRACKING
                                       CHART (3.9); TELECONFERENCES AND EMAILS
                                       TO VARIOUS CLAIMANTS RE: PENDING CLAIMS
                                       OBJECTIONS (3.0); FINALIZE NOTICES AND
                                       COORDINATE SERVICE (0.5); STRATEGY
                                       DISCUSSION RE: HB PERFORMANCE CLAIM
                                       (0.4).

PLATT SJ          03/29/07      9.20   STRATEGY DISCUSSIONS RE: HB PERFORMANCE
                                       CLAIM (2.2); PREPARE AND REVISE
                                       SETTLEMENTS RELATING TO VARIOUS CLAIMS
                                       (3.2); TELECONFERENCES WITH VARIOUS
                                       CLAIMANTS WHO LEFT MESSAGES ON DELPHI
                                       LEGAL HOTLINE (1.2); BEGIN DISCLOSURE
                                       RESEARCH RELATING TO CLAIMANTS (0.6);
                                       REVISE CLAIMS PLANNING CHARTS (2.0).

PLATT SJ          03/30/07     11.40   ADDRESS ISSUES RE: SERVICE OF VARIOUS
                                       OBJECTIONS (4.2); REVIEW DISCLOSURE
                                       RESEARCH RESULTS FOR CLAIMS MATTERS
                                       (2.5); TELECONFERENCE WITH CLAIMANT
                                       (0.2); PARTICIPATE IN CLAIMS WORKING
                                       GROUP MEETING (0.4); REVISE VARIOUS
                                       CLAIMS PLANNING CHARTS (4.1).

                               268.80

TODRYK JM         03/14/07      1.70   REVIEW ANALYSIS OF CHR CLAIMS AND
                                       PRESENTATION RE: THE SAME (1.7).

TODRYK JM         03/15/07      0.80   REVIEW PRESENTATION RE: CHR ANALYSIS
                                       (0.8).

                                 2.50

VAN GELDER A      03/01/07      5.80   EMAILS TO/FROM CLIENT AND CHERRY GMBH
                                       COUNSEL RE: MEET AND CONFER AND POSSIBLE
                                       SETTLEMENT (0.5); CONTINUE REVIEW OF HE
                                       SERVICES MATERIALS AND FILINGS (2.3);
                                       REVIEW DELPHI-GM MSA IN CONNECTION WITH
                                       HE SERVICES CLAIM (1.5); DRAFT SUMMARY
                                       OF THE SAME (1.5).

VAN GELDER A      03/02/07      6.00   REVIEW HE SERVICES OUTLINE FROM T.
                                       LIPPERT (1.0); BEGIN RESEARCHING CASE
                                       LAW IN CONNECTION WITH HE SERVICES
                                       MOTION TO DISMISS (5.0).

VAN GELDER A      03/05/07      7.70   CONTINUE DRAFTING MOTION TO DISMISS
                                       RELATED TO HE SERVICES CLAIMS (3.1);
                                       CONTINUE RESEARCHING CASE LAW IN
                                       CONNECTION WITH THE SAME (4.4);
                                       TELECONFERENCE WITH CHERRY GMBH COUNSEL
                                       IN CONNECTION WITH SCHEDULING MEET AND
                                       CONFER (0.2).

VAN GELDER A      03/06/07      6.20   TELECONFERENCE WITH T. LIPPERT RE: HE
                                       SERVICES CLAIM (0.5); CONTINUE TO
                                       RESEARCH, READ AND ANALYZE LAW IN
                                       CONNECTION WITH THE SAME (3.0);
                                       CONTINUE TO DRAFT MOTION TO DISMISS IN
                                       CONNECTION WITH THE SAME (2.3); CONFER
                                       WITH A. HOGAN RE: CHERRY CLAIM (0.2);
                                       TELECONFERENCE AND EMAIL TO CHERRY
                                       COUNSEL RE: THE SAME (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VAN GELDER A | 03/07/07 | 6.80 | TELECONFERENCES AND EMAILS TO CHERRY COUNSEL RE: MEET AND CONFER (0.4); TELECONFERENCES WITH K. CRAFT AND D, UNRUE RE: SAME (0.4); CONFER WITH A. HOGAN AND C. CONNERS RE: SAME (0.4); CORRESPOND WITH CLIENT RE: SAME (0.3); CONTINUE TO DRAFT HE SERVICES MOTION TO DISMISS (2.0); CONTINUE TO RESEARCH, READ AND ANALYZE LAW IN CONNECTION WITH THE SAME (3.3). |
| VAN GELDER A | 03/08/07 | 8.00 | CONFER WITH CHERRY'S COUNSEL RE: MEET & CONFER IN CONNECTION WITH CHERRY GMBH CLAIM (0.4); CONTINUE TO DRAFT MOTION TO DISMISS IN CONNECTION WITH HE SERVICES CLAIM (3.4); CONTINUE RESEARCH, READ AND ANALYZE CASE LAW IN CONNECTION WITH THE SAME (4.2). |
| VAN GELDER A | 03/09/07 | 7.60 | EMAILS TO CLIENT AND CHERRY GMBH COUNSEL RE: CLAIM STATUS (0.7); CONFER WITH J. DEJONKER RE: POSSIBLE SETTLEMENT OF CHERRY GMBH CLAIMS (0.5); TELECONFERENCE WITH R. EDWARD (DELPHI) RE: CHERRY GMBH MATTERS (0.4); CONTINUE RESEARCHING LAW RELEVANT TO HE SERVICES MOTION TO DISMISS (2.8); CONTINUE DRAFTING THE SAME (3.2). |
| VAN GELDER A | 03/12/07 | 2.80 | CORRESPOND WITH CHERRY GMBH COUNSEL IN CONNECTION WITH SETTLEMENT PROPOSAL (0.8); TELECONFERENCE WITH R. EMANUEL IN CONNECTION WITH THE SAME (0.3); TELECONFERENCE WITH B. CLAY IN CONNECTION WITH THE SAME (0.1); REVIEW LABORSOURCE CLAIMS HEARING TRANSCRIPT IN CONNECTION WITH HE SERVICES RESEARCH (0.8); RESEARCH PAROLE EVIDENCE RULE IN CONNECTION WITH THE SAME (0.8). |
| VAN GELDER A | 03/13/07 | 3.90 | TELECONFERENCE WITH B. CLAY RE: CHERRY RECLAMATION CLAIM (0.4); CONDUCT ADDITIONAL RESEARCH IN CONNECTION WITH HE SERVICES MOTION (2.0); DRAFT OUTLINE RE: THE SAME (1.5). |
| VAN GELDER A | 03/14/07 | 0.30 | EMAIL TO B. CLAY RE: CHERRY GMBH RECLAMATION CLAIM (0.3). |
| VAN GELDER A | 03/15/07 | 4.50 | EMAIL COMMUNICATION TO J. DEJONKER RE: THE SAME (0.3); CONTINUE TO EDIT HE SERVICES MOTION TO DISMISS AND OUTLINE WITH RESPECT TO THE SAME (1.0); ANALYZE CASE LAW IN CONNECTION WITH THE SAME (0.5); ANALYZE NU-TECH MATERIALS (1.5); DRAFT MEMORANDUM SYNTHESIZING THE SAME (1.2). |
| VAN GELDER A | 03/16/07 | 2.40 | EDIT HE SERVICES MOTION (1.6); CORRESPOND WITH CHERRY'S COUNSEL AND CLIENT RE: MEET AND CONFER (0.5); TELECONFERENCE WITH C. BIVEN RE: THE SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VAN GELDER A | 03/21/07 | 1.20 | TELECONFERENCE WITH CHERRY GMBH COUNSEL IN CONNECTION WITH MEET AND CONFER SCHEDULING (0.3); REVIEW PURCHASE ORDERS IN CONNECTION WITH H.E. SERVICES CLAIM (0.9). |
| VAN GELDER A | 03/22/07 | 3.00 | EDIT H.E. SERVICES SUPPLEMENTAL REPLY (2.7); EMAIL CORRESPONDENCE WITH CHERRY GMBH COUNSEL AND CLIENT RE: MEET AND CONFER (0.3). |
| VAN GELDER A | 03/23/07 | 0.30 | REVIEW CHERRY GMBH POSITION STATEMENT (0.3). |
| VAN GELDER A | 03/26/07 | 7.20 | EMAIL AND TELECONFERENCE WITH C. BIVEN RE: CHERRY UNPAID INVOICES (0.3); TELECONFERENCE WITH B. CALY RE: CHERRY RECLAMATION CLAIM; REVIEW UPDATED SPREADSHEETS RE: SAME IN CONNECTION WITH PREPARING FOR CHERRY MEET AND CONFER (0.5); DRAFT OUTLINE AND ELEMENTS CHART IN CONNECTION WITH GATHERING EVIDENCE FOR H.E. SERVICES CLAIM (6.4). |
| VAN GELDER A | 03/27/07 | 10.10 | PREPARE FOR CHERRY GMBH MEET AND CONFER (1.7); ATTEND CHERRY MEET AND CONFER AND DRAFT EMAIL SUMMARIZING THE SAME (2.1); TELECONFERENCE WITH J. DERIAN AND T. LIPPERT RE: HE SERVICES CLAIM (1.4); BEGIN DRAFTING DISCOVERY REQUESTS RELATED HE SERVICES CLAIM (4.3); CORRESPONDENCE WITH DELPHI HR RE: OBTAINING FORMER EMPLOYEE CONTACT INFORMATION IN CONNECTION WITH HE SERVICES CLAIM (0.6). |
| VAN GELDER A | 03/28/07 | 7.50 | TELECONFERENCE WITH D. EVANS RE: CHERRY GMBH UNPAID INVOICES CLAIM (0.3); EMAIL TO CLIENT RE: THE SAME (0.3); CONTINUE DRAFTING DISCOVERY REQUESTS FOR HE SERVICES CLAIM (2.2); ATTENTION TO EMAIL CORRESPONDENCE IN CONNECTION WITH LOCATING WITNESSES FOR HE SERVICES CLAIM (0.7); TELECONFERENCES WITH TO B. WASLUSKY, S. DAWE, AND D. BOLINGER RE: THE SAME (1.3); DRAFT WITNESS OUTLINES IN PREPARATION FOR WITNESS INTERVIEWS (2.1); EDIT DISCOVERY REQUESTS (0.6). |
| VAN GELDER A | 03/29/07 | 7.00 | EMAILS TO DELPHI HR RE: OBTAINING WITNESS INFORMATION IN CONNECTION WITH HE SERVICES CLAIM (0.2); TELECONFERENCE WITH J. TAYLOR RE: HE SERVICES CLAIM (1.0); DRAFT FOLLOW-UP EMAIL TO J. TAYLOR (0.3); REVIEW DOCUMENTS AND FILES RELEVANT TO HE SERVICES' EXCELLO CLAIM (3.3); RESEARCH CORPORATE STANDING UNDER SECTION 1981 IN CONNECTION WITH HE SERVICES CLAIM (0.7); CONFER WITH C. CONNORS RE: THE SAME (0.4); DRAFT CHERRY SETTLEMENT PROPOSAL (0.8); TELECONFERENCES WITH K. CRAFT AND C. BIVEN IN CONNECTION WITH THE SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A        03/30/07       6.80    MEET WITH B. WASLUSKY, S. DAWE, D.
                                           KOWALESKI, D. MCGREGOR, AND G. FRAHM RE:
                                           H.E. SERVICES CLAIM (6.8).

                                 105.10

VANLONKHUYZEN CE   03/01/07       8.60    CONTINUE PREPARATION FOR HEARING IN
                                           ORLIK CLAIM, INCLUDING STRATEGIC
                                           CONFERENCES ABOUT PREPARATION,
                                           RESEARCH, AND DEPOSITION SUMMARY (8.6).

VANLONKHUYZEN CE   03/02/07       8.70    CONTINUE PREPARATION FOR HEARING IN
                                           ORLIK CLAIM, INCLUDING STRATEGIC
                                           CONFERENCES, RESEARCH, AND DEPOSITION
                                           OUTLINE (8.7).

VANLONKHUYZEN CE   03/05/07      13.80    CONTINUE PREPARATION FOR HEARING IN
                                           ORLIK CLAIM, INCLUDING RESEARCH AND
                                           DEPOSITION OUTLINE (5.6); ATTENTION TO
                                           ORLIK DISCOVERY RESPONSES, INCLUDING
                                           REVISION OF DOCUMENT REQUESTS AND
                                           INTERROGATORIES AND PRODUCTION OF
                                           RESPONSIVE DOCUMENTS (8.2).

VANLONKHUYZEN CE   03/06/07      13.90    CONTINUE PREPARATION FOR HEARING IN
                                           ORLIK CLAIM, INCLUDING STRATEGIC
                                           CONFERENCES, RESEARCH, AND DEPOSITION
                                           OUTLINE (11.6); ATTENTION TO ORLIK
                                           CLAIM DISCOVERY RESPONSES, INCLUDING
                                           REVISION OF DOCUMENT REQUESTS,
                                           INTERROGATORIES AND PRODUCTION OF
                                           RESPONSIVE DOCUMENTS (2.3).

VANLONKHUYZEN CE   03/07/07      14.70    FINALIZE DISCOVERY RESPONSES AND
                                           PRODUCTION OF DOCUMENTS IN ORLIK CLAIM
                                           (7.4); REVIEW AND ANALYZE ORLIK'S
                                           DISCOVERY RESPONSES TO US, INCLUDING
                                           DOCUMENTS (7.3).

VANLONKHUYZEN CE   03/08/07      14.50    CONTINUE PREPARATION FOR HEARING IN
                                           ORLIK CLAIM, INCLUDING STRATEGIC
                                           CONFERENCES RE: SETTLEMENT AND EXPERT
                                           DEPOSITION, CASE LAW RESEARCH, AND
                                           PREPARATION FOR EXPERT DEPOSITION
                                           (14.5).

VANLONKHUYZEN CE   03/09/07      10.90    PREPARATION FOR AND DEPOSITION OF
                                           EXPERT IN ORLIK CLAIM (10.9).

VANLONKHUYZEN CE   03/11/07       6.10    BEGIN TO DRAFT SUPPLEMENTAL REPLY AND
                                           WITNESS DECLARATION FOR YILMAZ CLAIM
                                           (4.0); CONTINUE PREPARATION FOR HEARING
                                           IN ORLIK CLAIM, INCLUDING STRATEGIC
                                           CONFERENCES AND CASE LAW RESEARCH
                                           (2.1).

VANLONKHUYZEN CE   03/12/07      13.50    RESEARCH AND ANALYZE VARIOUS ISSUES FOR
                                           ORLIK AMENDED SUPPLEMENTAL REPLY (2.1);
                                           CONTINUE PREPARATION FOR HEARING IN
                                           ORLIK CLAIM, INCLUDING STRATEGIC
                                           CONFERENCES, CASE LAW RESEARCH,
                                           REVIEWING DEPOSITION TRANSCRIPT AND
                                           DOCUMENTS AND TAPES PRODUCED IN
                                           DISCOVERY (7.1); BEGIN TO RESEARCH AND
                                           DRAFT OFFER OF JUDGMENT IN ORLIK CLAIM
                                           (4.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VANLONKHUYZEN CE | 03/13/07 | 13.10 | BEGIN TO RESEARCH VARIOUS ISSUES FOR AMENDED SUPPLEMENTAL REPLY IN RENO CLAIM (6.6); CONTINUE TO DRAFT AND REVISE SUPPLEMENTAL REPLY AND WITNESS DECLARATION FOR YILMAZ CLAIM, INCLUDING CONFERENCE WITH DECLARANT (0.8); REVIEW DOCUMENTS AND TAPES PRODUCED IN ORLIK MATTER (4.2); REVIEW AND ANALYZE REVISED DAMAGE CALCULATIONS, INCLUDING STRATEGIC CONFERENCES RELATED TO CALCULATIONS IN ORLIK CLAIM (1.5). |
| VANLONKHUYZEN CE | 03/14/07 | 12.30 | CONTINUE TO RESEARCH VARIOUS ISSUES FOR AMENDED SUPPLEMENTAL REPLY IN RENO CLAIM (8.4); FINALIZE OFFER OF JUDGMENT AND SERVE, INCLUDING STRATEGIC CONFERENCE AND REVISE DOCUMENTS (1.8); ANALYZE REVISED DAMAGE ESTIMATES ON ORLIK CLAIM AND RELATED STRATEGIC CONFERENCES (2.1). |
| VANLONKHUYZEN CE | 03/15/07 | 10.40 | CONTINUE TO RESEARCH VARIOUS ISSUES FOR AMENDED SUPPLEMENTAL REPLY AND DRAFT SCRIPT/OUTLINE RELATED TO CERTAIN ISSUES FOR HEARING IN RENO CLAIM (9.5); FINALIZE YILMAZ SUPPLEMENTAL REPLY AND DECLARATION FOR FILING TOMORROW (0.9). |
| VANLONKHUYZEN CE | 03/19/07 | 1.90 | BEGIN TO DRAFT AMENDED SUPPLEMENTAL REPLY IN ORLIK MATTER (1.9). |
| VANLONKHUYZEN CE | 03/20/07 | 5.30 | CONTINUE TO DRAFT AMENDED SUPPLEMENTAL REPLY IN ORLIK MATTER (5.3). |
| VANLONKHUYZEN CE | 03/26/07 | 6.90 | BEGIN TO REVIEW BACKGROUND MATERIALS FOR NU-TECH CLAIM (0.4); BEGIN TO REVIEW BACKGROUND MATERIALS FOR HB PERFORMANCE CLAIM (3.6); ATTENTION TO ORLIK CLAIM, INCLUDING ANALYSIS OF NEW DAMAGE CALCULATIONS AND STRATEGIC CONFERENCE (2.9). |
| VANLONKHUYZEN CE | 03/27/07 | 13.60 | ATTENTION TO ORLIK CLAIM, INCLUDING ANALYSIS OF NEW DAMAGE CALCULATIONS AND STRATEGIC CONFERENCE (0.5); ATTENTION TO HB PERFORMANCE, INCLUDING ANALYZING UNDERLYING CONTRACT, PREPARING WITNESS OUTLINES FOR AFFIDAVITS AND DECLARATIONS, AND REVISING DISCOVERY REQUESTS (13.1). |
| VANLONKHUYZEN CE | 03/28/07 | 11.50 | ATTENTION TO ORLIK CLAIM, INCLUDING ANALYSIS OF NEW DAMAGE CALCULATIONS AND STRATEGIC CONFERENCE (4.8); ATTENTION TO HB PERFORMANCE, INCLUDING STRATEGIC CONFERENCE WITH WITNESS, PREPARING WITNESS OUTLINES FOR AFFIDAVITS AND DECLARATIONS, AND REVISING DISCOVERY REQUESTS (6.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VANLONKHUYZEN CE   03/29/07      15.90   ATTENTION TO ORLIK CLAIM, INCLUDING
                                         ANALYSIS OF NEW DAMAGE CALCULATIONS AND
                                         STRATEGIC CONFERENCE (0.9); ATTENTION
                                         TO HB PERFORMANCE, INCLUDING
                                         CORRESPONDENCE WITH WITNESSES,
                                         STRATEGIC CONFERENCES, RESEARCH, AND
                                         DRAFTING DECLARATIONS (14.7);
                                         ATTENTION TO CORRESPONDENCE IN NUTECH
                                         CLAIM (0.3).

VANLONKHUYZEN CE   03/30/07      10.90   ATTENTION TO ORLIK CLAIM, INCLUDING
                                         ANALYSIS OF NEW DAMAGE CALCULATIONS,
                                         STRATEGIC CONFERENCE, AND RESEARCH
                                         (3.3); ATTENTION TO HB PERFORMANCE,
                                         INCLUDING STRATEGIC CONFERENCE WITH
                                         WITNESS, RESEARCH, AND DRAFTING
                                         DECLARATION (7.2); BEGIN TO DRAFT
                                         STATEMENT OF DISPUTED ISSUES WITH
                                         RESPECT TO NUTECH CLAIM (0.4).

VANLONKHUYZEN CE   03/31/07       5.30   ATTENTION TO ORLIK CLAIM, INCLUDING
                                         SETTLEMENT ISSUES AND RESEARCH (0.6);
                                         ATTENTION TO HB PERFORMANCE, INCLUDING
                                         REVISING AND DRAFTING DECLARATIONS
                                         (2.2); CONTINUE TO REVIEW BACKGROUND
                                         MATERIALS AND DRAFT STATEMENT OF
                                         DISPUTED ISSUES WITH RESPECT TO NUTECH
                                         CLAIM (2.5).

                         211.80

WHARTON JN         03/19/07       4.80   REVIEW DRAFT SETTLEMENT AGREEMENT AND
                                         STIPULATION WITH EDS (0.5); REVIEW
                                         REPLIES TO 8TH AND 9TH OMNIBUS
                                         OBJECTIONS (0.9); REVIEW DRAFT MOTION
                                         TO APPROVE EDS SETTLEMENT (0.7);
                                         TELECONFERENCE WITH J.
                                         BARROW-BOSSHART, COUNSEL TO MILLIKEN
                                         RE: CLAIM (0.1); FORMULATE STRATEGY RE:
                                         MAY 24 CLAIMS HEARING (0.1), TREMONT PRP
                                         STIPULATION (0.1); ANALYZE AND WORK TO
                                         RESOLVE CLAIMS RE: OMEGA (0.3); REVIEW
                                         DOCKET SHEET RE: CLAIMS-RELATED
                                         PLEADINGS (0.3); REVIEW CORRESPONDENCE
                                         RE: CLAIMS (0.3); REVIEW SETTLEMENT
                                         AGREEMENT FORM (0.2); FORMULATE
                                         STRATEGY RE: SETOFF ISSUES RE: CLAIMS
                                         (0.2); REVIEW MEMO RE: HUSTON
                                         ENVIRONMENTAL CLAIM (0.2); REVIEW
                                         SETTLEMENT AGREEMENT RE: PANASONIC
                                         (0.3); PREPARE FOR MARCH 21 (0.3) AND
                                         MARCH 22 (0.3) HEARINGS RE: CLAIMS.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 03/20/07 | 8.70 | REVIEW AND REVISE DRAFT MOTION UNDER RULE 9019 TO APPROVE EDS AGREEMENT (0.7); REVIEW REPLIES TO 8TH AND 9TH OMNIBUS OBJECTIONS (0.4); PREPARE FOR MARCH 21 CLAIMS HEARING (0.3) AND OMNIBUS HEARING RE: OMNIBUS OBJECTIONS (0.4); WORK ON SETTLEMENT AGREEMENT RE: COMPTROL (0.3) AND CENTURY MOLD & TOOL (0.3); FORMULATE STRATEGY RE: MAY 24 CLAIMS HEARING (0.2), RESOLUTION OF EDS CLAIM (0.3), AND LITIGATION OF NU TECH CLAIM (0.3); MEETING WITH K. CRAFT AND D. UNRUE OF DELPHI AND J. LYONS AND L. DIAZ OF SKADDEN RE: WEEKLY CLAIMS MANAGEMENT MEETING (1.0); MEETING WITH G. NOVOD, COUNSEL TO EDS, RE: EDS CLAIM (0.4); REVIEW AND REVISE CHART SUMMARIZING RESPONSES TO 8TH AND 9TH OMNIBUS OBJECTIONS (3.5); REVIEW NOTICES OF HEARING RE: SAMTECH (0.1) AND ARC AUTOMOTIVE (0.1) CLAIMS; ANALYZE CLAIMS OF ANDROID INDUS. (0.2) AND PITNEY-BOWES (0.2). |
| WHARTON JN | 03/21/07 | 14.50 | CONTINUE TO REVIEW AND REVISE CHART SUMMARIZING RESPONSES TO 8TH AND 9TH OMNIBUS OBJECTIONS (2.3); CONTINUE TO PREPARE FOR MARCH 21 CLAIMS HEARING (1.4); ATTEND CLAIMS HEARING RE: RENO AND OTHER CLAIMS MATTERS (3.9); CONTINUE TO REVISE OMNIBUS REPLIES TO 8TH AND 9TH OMNIBUS OBJECTIONS (1.5); CONTINUE TO PREPARE FOR MARCH 22 OMNIBUS HEARING RE: OMNIBUS OBJECTIONS (3.7); CONTINUE TO ANALYZE CLAIM OF ANDROID INDUS. (0.5); REVIEW RESPONSE TO 11TH OMNIBUS OBJECTION OF KEYSTONE POWDERED METAL CO. (0.2); REVIEW DRAFT MOTION RE: EDS SETTLEMENT (0.3); REVIEW DRAFT ORDER RESOLVING RENO CLAIM (0.4); FORMULATE STRATEGY RE: REQUEST FROM MESIROW FOR INFORMATION ON CLAIMS PROCESS (0.3). |
| WHARTON JN | 03/23/07 | 4.30 | TELECONFERENCE WITH D. UNRUE, D. EVANS, AND J. PIAZZA OF DELPHI RE: EDS CLAIM (0.3); FORMULATE STRATEGY RE: SETTLING CLAIMS (0.8), SAMTECH CLAIM (0.3), ARC AUTOMOTIVE CLAIM (0.3), PREPARING TO LITIGATE CLAIMS (0.4); WORK ON RESOLVING UNIVERSAL TOOL / MG CORP CLAIMS (0.2), PANASONIC CLAIM (0.2), CHERRY GMBH CLAIM (0.4), CENTURY MOLD & TOOL CLAIM (0.2); WORK ON OMEGA CLAIM ISSUE (0.2); ANALYZE DRAFT TREMONT STIPULATION (0.2); REVIEW ORDER RESOLVING RENO CLAIM (0.4); FORMULATE STRATEGY RE: JUNE 1 (0.2) AND APRIL 13 (0.2) CLAIMS HEARINGS. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        03/26/07        7.10    REVIEW STIPULATIONS AND SETTLEMENT
                                          AGREEMENTS RE: IER FUJIKARA (0.2),
                                          SANDERS LEAD (0.2), ULTRATECH (0.2),
                                          SUPERIOR DESIGN (0.2), SONIC TECH
                                          (0.2), GA. DEPT. OF REVENUE (0.2),
                                          SOUTHWEST CITY SCH. DISTRICT (0.2), B.
                                          LAWRENCE (0.2), SIERRA LIQUIDITY FUND /
                                          DELIVERUS (0.2); FORMULATE STRATEGY RE:
                                          LITIGATING CLAIMS (1.1); WORK ON
                                          SETTLEMENT OF CHERRY GMBH CLAIM (0.3);
                                          WORK ON SETTLEMENT AGREEMENT RE:
                                          CENTURY MOLD & TOOL CLAIM (0.4);
                                          TELECONFERENCE WITH I. GOLBERG, COUNSEL
                                          TO CENTURY MOLD & TOOL RE: CLAIM (0.6);
                                          REVIEW SAMTECH STATEMENT OF DISPUTED
                                          ISSUES (0.6); FORMULATE STRATEGY RE:
                                          ARC AUTOMOTIVE (0.2); WORK ON EDS
                                          SETTLEMENT (0.5); WORK ON RESOLUTION OF
                                          UNIVERSAL TOOL / MG CORP CLAIM (0.2);
                                          ANALYZE TREMONT STIPULATION (0.3) AND
                                          BOSCH STIPULATION (0.3); FORMULATE
                                          STRATEGY RE: JUNE 1 CLAIMS HEARING (0.2)
                                          AND TREATMENT OF CURE PAYMENTS IN CLAIMS
                                          PROCESS (0.2); REVIEW OF ICX SETTLEMENT
                                          (0.2); WORK ON SETTLEMENT AGREEMENT
                                          WITH COMPTROL (0.2).

WHARTON JN        03/27/07        7.80    REVIEW JOHNSON / EVANS STIPULATIONS AND
                                          SETTLEMENT AGREEMENTS (0.4); REVIEW
                                          NOTICE OF LIENS FILED AGAINST E. ORLIK
                                          (0.3); WORK ON SETTLEMENT AGREEMENT FOR
                                          COMPTROL (0.5); WORK ON RESOLUTION OF
                                          CHERRY GMBH CLAIM (0.3); ATTEND MEET AND
                                          CONFER TELECONFERENCE RE: CHERRY GMBH
                                          WITH J. DEJONKER, COUNSEL TO CHERRY
                                          GMBH, K. POWERS OF CHERRY GMBH, AND K.
                                          CRAFT AND B. CLAY OF DELPHI, AND A. VAN
                                          GELDER OF SKADDEN (0.7); WORK ON SAMTECH
                                          STATEMENT OF DISPUTED ISSUES (0.4);
                                          FORMULATE STRATEGY FINAL RESOLUTION OF
                                          RENO CLAIM (0.4); FORMULATE STRATEGY
                                          RE: TREATMENT OF UNTIMELY CLAIMS (0.3)
                                          AND SETOFF ISSUES RE: CLAIMS (0.4);
                                          ANALYZE CLAIM OF PARLEX CORP. (0.2);
                                          TELECONFERENCE WITH G. NOVOD, COUNSEL
                                          TO EDS, RE: EDS CLAIM (0.5); WORK ON
                                          RESOLUTION OF EDS CLAIM (0.9), AND
                                          UNIVERSAL TOOL CLAIMS (0.4);
                                          TELECONFERENCE WITH C. MICHELS OF
                                          DELPHI RE: CLAIMS (0.2); REVIEW BOSCH
                                          STIPULATION (0.3); FORMULATE STRATEGY
                                          RE: UPCOMING CLAIMS HEARINGS (0.7);
                                          REVIEW DOCKET FOR CLAIMS-RELATED
                                          PLEADINGS (0.3); PREPARE FOR MARCH 28
                                          CLAIMS MEETING (0.3); REVIEW
                                          CLAIMS-RELATED CORRESPONDENCE (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN       03/28/07       5.10    REVIEW STIPULATIONS RE: CLAIMS OF CITY
                                        OF WYOMING (0.2) AND HEAD ACOUSTICS
                                        (0.2); REVIEW DOCKET FOR CLAIMS-RELATED
                                        PLEADINGS (0.2); PREPARE FOR WEEKLY
                                        CLAIMS MANAGEMENT MEETING (0.3); ATTEND
                                        WEEKLY CLAIMS MANAGEMENT MEETING WITH
                                        D. UNRUE AND K. CRAFT OF DELPHI AND T.
                                        BEHNKE OF FTI (1.7); WORK ON RENO ORDER
                                        (0.5); REVIEW EMAIL CORRESPONDENCE FROM
                                        T. LAURIA OF WHITE & CASE RE: CLAIM ISSUE
                                        (0.3); FORMULATE STRATEGY RE:
                                        RESOLUTION OF ANAHEIM ENVIRONMENTAL
                                        CLAIM (0.2); WORK ON SAMTECH (0.2) AND
                                        ARC AUTOMOTIVE (0.2) CLAIMS LITIGATION;
                                        FORMULATE STRATEGY RE: NOTICING MATTERS
                                        FOR FUTURE CLAIMS HEARINGS (0.4); WORK
                                        ON RESOLVING EDS CLAIM (0.3); WORK ON
                                        RESOLVING UMICORE CLAIM (0.2) AND
                                        PANASONIC CLAIM (0.2).

WHARTON JN       03/29/07       3.90    WORK ON RESOLUTION OF CHERRY GMBH CLAIM
                                        (0.5); TELECONFERENCE WITH J. BENTLEY,
                                        COUNSEL TO PANASONIC, RE: CLAIM (0.4)
                                        AND WORK ON RESOLUTION OF PANASONIC
                                        CLAIM (0.3); WORK ON RENO ORDER (0.3);
                                        WORK ON UNIVERSAL TOOL CLAIM (0.5), EDS
                                        CLAIM (0.3), VANGUARD CLAIM (0.3),
                                        OMEGA CLAIM (0.3); TELECONFERENCE WITH
                                        D. UNRUE OF DELPHI RE: CLAIMS ISSUES
                                        (0.3); REVIEW FORM OF SETTLEMENT
                                        AGREEMENT USED RE: CLAIMS (0.2); REVIEW
                                        DOCKET FOR CLAIMS-RELATED PLEADINGS
                                        (0.2); WORK ON RESOLUTION OF UMICORE
                                        CLAIM (0.3).

WHARTON JN       03/30/07       4.20    TELECONFERENCE WITH J. BENTLEY, COUNSEL
                                        TO PANASONIC RE: CLAIM (0.1) AND WORK ON
                                        SAME (0.2); FORMULATE STRATEGY RE: ARC
                                        AUTOMOTIVE (0.4); FORMULATE STRATEGY
                                        RE: TRACKING SERVICE OF NOTICES OF
                                        OMNIBUS OBJECTIONS (0.5);
                                        TELECONFERENCE WITH E. GERSHBEIN AND S.
                                        BETANCE (0.3) AND E. GERSHBEIN, S.
                                        BETANCE, AND E. KURTZMAN (0.4) RE:
                                        SERVICE TRACKING; WORK ON ANALYZING
                                        CLAIMS OF UNIVERSAL TOOL (0.3), CHR
                                        (0.5), VANGUARD (0.5), OMEGA (0.4);
                                        WORK ON RESOLVING ANAHEIM SETTLEMENT
                                        ISSUE (0.3); REVIEW DOCKET FOR
                                        CLAIMS-RELATED PLEADINGS (0.3).

WHARTON JN       03/31/07       2.70    WORK ON SETTLEMENT OF ANAHEIM
                                        ENVIRONMENTAL CLAIM (0.4); ANALYZE CHR
                                        CLAIM (0.6); WORK ON OMEGA CLAIM (0.3),
                                        CENTURY MOLD & TOOL CLAIM (0.3), ARC
                                        AUTOMOTIVE (0.1), UNIVERSAL TOOL CLAIM
                                        (0.4), PANASONIC CLAIM (0.3); FORMULATE
                                        STRATEGY RE: CLAIMS HEARINGS (0.3).

                                63.10

Total Associate                1,391.30

95

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHAVALI A | 03/01/07 | 0.80 | ATTEND CLAIMS HEARING (2.0); DISTRIBUTE HEARING MATERIALS FROM HEARING (0.6). |
|---|---|---|---|
| CHAVALI A | 03/06/07 | 0.40 | REVIEW CLAIMS HEARING AGENDA (0.4). |
| CHAVALI A | 03/08/07 | 0.90 | PREPARE DOCUMENTS FOR CLAIMS HEARING (0.9). |
| CHAVALI A | 03/09/07 | 0.90 | PREPARE DOCUMENTS FOR CLAIMS HEARING (0.6); CHECK ON IRS RELATED PROOFS OF CLAIMS (0.3). |
| CHAVALI A | 03/12/07 | 3.60 | REVIEW CLAIMS HEARING AGENDA (1.5); SEARCH CLAIMS DATABASE FOR IRS CLAIMS (1.4); DISTRIBUTE OBJECTIONS AND RESPONSES (0.7). |
| CHAVALI A | 03/13/07 | 4.40 | REVIEW CLAIMS HEARING AGENDA (1.3); SEARCH CLAIMS DATABASE FOR PROOFS OF CLAIMS FOR 8TH AND 9TH OMNIBUS CLAIMS OBJECTION RESPONSES (2.4); DISTRIBUTE OBJECTIONS AND RESPONSES (0.7). |
| CHAVALI A | 03/14/07 | 2.70 | SEARCH CLAIMS DATABASE FOR PROOFS OF CLAIMS FOR RESPONSES TO THE 8TH AND 9TH OMNIBUS OBJECTIONS (2.0); DISTRIBUTE OBJECTIONS AND RESPONSES (0.7). |
| CHAVALI A | 03/15/07 | 6.30 | SEARCH CLAIMS DATABASE FOR PROOFS OF CLAIMS FOR 8TH AND 9TH OMNIBUS CLAIMS OBJECTIONS RESPONSES (2.1); DISTRIBUTE OBJECTIONS AND RESPONSES (0.7); ORGANIZE SIGNED STIPULATIONS AND ORDER FOR CLAIMS HEARING AND SUBMISSION TO COURT (1.1); PREPARE CLAIMS HEARING RELATED DOCUMENTS (1.7); ORGANIZE PROOFS OF CLAIM (0.7). |
| CHAVALI A | 03/16/07 | 3.70 | SEARCH CLAIMS DATABASE FOR PROOFS OF CLAIM FOR 8TH AND 9TH OMNIBUS CLAIMS OBJECTION RESPONSES (1.0); DISTRIBUTE OBJECTIONS AND RESPONSES (0.7); PREPARE CLAIMS HEARING RELATED DOCUMENTS (1.7); ORGANIZE PROOFS OF CLAIM (0.3). |
| CHAVALI A | 03/19/07 | 1.50 | REVIEW CLAIMS HEARING AGENDA (0.5); DOUBLE CHECK RESPONSES TO THE 8TH AND 9TH OMNIBUS CLAIMS OBJECTION ON THE OMINBUS HEARING AGENDA (0.6); FILE CLAIMS RELATED NOTICES (0.4). |
| CHAVALI A | 03/20/07 | 2.60 | REVIEW CLAIMS HEARING AGENDA (0.8); MEET WITH CLAIMS TEAM TO REVIEW STATUS OF CLAIMS HEARING MATTERS (0.6); CLAIMS HEARING PREP TASKS AND DISTRIBUTION OF TASKS (1.2). |
| CHAVALI A | 03/21/07 | 4.10 | MEET WITH CLAIMS TEAM TO REVIEW STATUS OF CLAIMS RELATED MATTERS FOR THE OMNIBUS HEARING (0.6); CLAIMS HEARING PREP TASKS AND DISTRIBUTION OF TASKS (1.2); ASSIST WITH 8TH AND 9TH OMNIBUS CLAIMS OBJECTION RESPONSES AND PROOFS OF CLAIM (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 03/23/07 | 0.60 | PREPARE CLAIMS HEARING MATERIALS (0.6). |
| CHAVALI A | 03/28/07 | 0.70 | PREPARE CLAIMS HEARING ORDERS FOR SUBMISSION TO COURT (0.7). |
| | | **33.20** | |
| DEMMA J | 03/01/07 | 1.60 | UPDATE CLAIMS WITHDRAWAL TRACKING CHART (1.6). |
| DEMMA J | 03/02/07 | 4.30 | UPDATE CLAIMS WITHDRAWAL CHART (0.6); REVIEW THIRD OMNIBUS CLAIMS OBJECTION ORDER WITH LABORSOURCE ORDER (0.6); PREPARE PRESENTATION FOR SENIOR CLAIMS MEETING (3.1). |
| DEMMA J | 03/05/07 | 1.70 | RESEARCH PRIORITY STATUS ON VARIOUS CLAIMS (1.1); PREPARE VARIOUS CLAIMS FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 03/07/07 | 1.60 | PREPARE PROOFS OF CLAIM FOR ATTORNEY REVIEW (1.3); TELECONFERENCE RE: UPCOMING CLAIMS HEARING (0.3). |
| DEMMA J | 03/09/07 | 0.60 | RESEARCH CLAIMS FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 03/12/07 | 4.30 | RESEARCH VARIOUS CLAIMS FOR ATTORNEY REVIEW (0.6); PREPARE CASE LAW FOR MARCH 21, 2007 CLAIMS HEARING (3.1); PREPARE PROOFS OF CLAIM FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 03/13/07 | 6.40 | CONTINUE PREPARE CASE LAW FOR MARCH 21, 2007 CLAIMS HEARING (5.3); PREPARE EXHIBITS FOR STATEMENT OF DISPUTED ISSUES RE: FURUKAWA (1.1). |
| DEMMA J | 03/14/07 | 4.90 | CONTINUE PREPARING/UPDATING CASE LAW FOR MARCH 21, 2006 CLAIMS HEARING (2.2); PREPARE/FILE VARIOUS NOTICES OF PRESENTMENT OF STIPULATION AND AGREED ORDERS (1.6); PREPARE VARIOUS CLAIMS FOR ATTORNEY REVIEW (1.1). |
| DEMMA J | 03/15/07 | 5.90 | UPDATE CASE LAW FOR MARCH 21, 2007 CLAIMS HEARING (3.6); PREPARE PRECEDENT RE: SETTLEMENT AGREEMENTS FOR ATTORNEY REVIEW (0.6); REVIEW OF DOCUMENTS TO PREPARE FOR OMNIBUS AND CLAIMS HEARING (1.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 03/16/07 | 7.90 | UPDATE CLAIMS CASE LAW INDEX (0.6); PREPARE INDEX OF CLAIMS AND RELATED MATERIALS FOR CLAIMS HEARING (1.1); RESEARCH FILED RESPONSES FOR VARIOUS CLAIMANTS (1.1); UPDATE CASE LAW INDEX FOR MARCH 21, 2007 CLAIMS HEARING (0.6); UPDATE CLAIMS HEARING AGENDA (0.6); REVIEW PLEADINGS WITH R. ROSEN RE: CLAIMS HEARING (1.1); COORDINATE SERVICE OF TENTH AND ELEVENTH OMNIBUS CLAIMS OBJECTION (0.6); PREPARE/FILE TENTH AND ELEVENTH OMNIBUS CLAIMS OBJECTIONS (1.1); PREPARE/FILE SUPPLEMENTAL REPLY OF J. RENO AND Y. SAHINKAYA (1.1). |
|---|---|---|---|
| DEMMA J | 03/19/07 | 4.60 | COMPARE HEARING PLANNER AGAINST MASTER TRACKING CHART FOR CLAIMANTS NOT ASSIGNED TO HEARING (1.8); PREPARE STIPULATIONS AND AGREED ORDERS FOR MARCH 21, 2007 CLAIMS HEARING (1.7); PREPARE SETTLEMENT AGREEMENTS FOR MARCH 21, 2007 CLAIMS HEARING (1.1). |
| DEMMA J | 03/20/07 | 17.80 | PREPARE/UPDATE CLAIMS HEARING PLANNER AND MASTER TRACKING CHART (7.3); CONFERENCE WITH TOM MATZ RE: MATTERS/FINALIZATION OF THE MARCH 21, 2007 CLAIMS AGENDA (1.1); UPDATE/FINALIZE/FILE FIFTH CLAIMS AGENDA (0.7); PREPARE CLAIMS RELATED PLEADINGS FOR MARCH 21, 2007 HEARING (4.6); PREPARE/FILE NOTICE OF HEARING FOR ARC ATUTOMOTIVE AND SAMTECH (0.6); UPDATE STIPULATIONS AND AGREED ORDERS FOR MARCH 21, 2007 CLAIMS HEARING (0.8); PREPARE JOSEPH RENO MATERIALS FOR CLAIMS HEARING (1.1); UPDATE MATERIALS IN CLAIMS HEARING BINDER FOR ATTORNEY USE (1.6). |
| DEMMA J | 03/21/07 | 15.00 | PREPARE UNDOCKETED CLAIMS RESPONSES FOR MARCH 21, 2007 CLAIMS HEARING (1.7); PREPARE FINALIZED STIPULATIONS AND AGREED ORDERS FOR COURT (0.6); ATTEND FIFTH CLAIMS HEARING (7.6); PREPARE RESPONSES TO 8TH AND 9TH OMNIBUS OBJECTIONS WITH PROOFS OF CLAIM FOR USE AT FIFTH CLAIMS HEARING (5.1). |
| DEMMA J | 03/22/07 | 1.70 | PREPARE RESPONSES AND PROOFS OF CLAIM FOR ATTORNEY USE AT MARCH 22, 2007 OMNIBUS HEARING (1.7). |
| DEMMA J | 03/23/07 | 1.80 | COORDINATE PREPARATION OF PROOFS OF CLAIMS FOR ATTORNEY REVIEW (0.6); PREPARE PROOFS OF CLAIMS AMOUNTS FOR ATTORNEY REVIEW (1.2). |
| DEMMA J | 03/26/07 | 1.10 | UPDATE STIPULATIONS AND AGREED ORDERS FOR PRESENTMENT FOR COURT (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DEMMA J          03/27/07     3.80  PREPARE MATERIALS RE: JOHN HUSTON FOR
                                    ATTORNEY REVIEW (1.6); UPDATE CLAIMS
                                    HEARING PLANNER (1.6); COORDINATE
                                    SERVICE OF ENTERED STIPULATION AND
                                    AGREED ORDERS (0.6).

DEMMA J          03/28/07     3.10  PREPARE DRAFT FOR APRIL 13, 2007 CLAIMS
                                    HEARING (1.1); PREPARE LIST OF
                                    CLAIMANTS FROM PAST CLAIMS HEARINGS
                                    (0.6); PREPARE PLEADINGS RE: SAMTECH
                                    FOR ATTORNEY REVIEW (0.6); PREPARE
                                    MATERIALS FROM MARCH 22, 2007 CLAIMS
                                    HEARING FOR DEAN UNRUE (0.6);
                                    PREPARE/FILE NOTICE OF HEARING FOR MG
                                    CORP AND NUTECH (0.2).

DEMMA J          03/29/07     3.40  PREPARE MATERIALS RE: JÓSEPH RENO FOR
                                    ATTORNEY REVIEW (1.3); UPDATE APRIL 13,
                                    2007 CLAIMS HEARING AGENDA (2.1).

DEMMA J          03/30/07     1.40  PREPARE DOCUMENTS RE: THOMAS DOWNEY FOR
                                    ATTORNEY REVIEW (0.8); UPDATE APRIL 13,
                                    2007 CLAIMS AGENDA (0.6).

                             92.90

GILCHRIST JM     03/08/07     1.30  PREPARE GOMEZ DEPOSITION EXHIBITS
                                    (1.3).

GILCHRIST JM     03/15/07     8.70  CITECHECK DEBTORS' AMENDED
                                    SUPPLEMENTAL REPLY WITH RESPECT TO
                                    PROOF OF CLAIM NO. 9956 (JOSEPH RENO)
                                    (8.7).

                             10.00

KLIMEK MV        03/01/07     6.00  CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, PLEADINGS, AND
                                    ATTORNEY WORK PRODUCT FOR CONTESTED
                                    CLAIMS FILES (1.4);  COMPILE
                                    DISTRIBUTION OF ORLIK DEPOSITION
                                    TRANSCRIPT AND EXHIBITS (0.5); CONTINUE
                                    TO COMPILE RENO HEARING BINDER (1.5);
                                    COMPILE ORLIK JOINT EXHIBIT HEARING
                                    BINDER AND PLEADINGS BINDER AND INDICES
                                    (2.4); RESEARCH NEW TECHNOLOGY AND
                                    FURUKAWA POCS (0.2).

KLIMEK MV        03/02/07     3.90  CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, PLEADINGS, AND
                                    ATTORNEY WORK PRODUCT FOR CONTESTED
                                    CLAIMS FILES (1.2); RESEARCH RE: FILING
                                    OF SAME (0.1); COMPILE DEPOSITION
                                    TRANSCRIPTS IN PREPARATION FOR RENO
                                    HEARING (2.6).

KLIMEK MV        03/05/07     3.50  CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, PLEADINGS, DISCOVERY,
                                    AND ATTORNEY WORK PRODUCT IN CONTESTED
                                    CLAIMS MATTERS (0.7); CONTINUE CODING
                                    DOCUMENTS WITHIN THE CONTESTED CLAIMS
                                    DOCUMATRIX DATABASE (2.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KLIMEK MV | 03/06/07 | 4.20 | ASSIST WITH COMPILATION OF DOCUMENT PRODUCTION IN ORLIK MATTER (1.0); CONTINUE COMPILING RECORD OF CORRESPONDENCE, PLEADINGS, DISCOVERY, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.1); CONTINUE CODING DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (1.7); RESEARCH RENO FILES FOR DOCUMENTS (0.4). |
| KLIMEK MV | 03/07/07 | 1.90 | ASSIST WITH DELPHI'S DOCUMENT PRODUCTION IN ORLIK MATTER (1.9). |
| KLIMEK MV | 03/08/07 | 5.40 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, PLEADINGS, DISCOVERY, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.4); COMPILE MATERIALS FOR GOMEZ DEPOSITION (3.4); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (0.6). |
| KLIMEK MV | 03/09/07 | 9.90 | ASSIST WITH R. GOMEZ DEPOSITION PREPARATION (1.9); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (2.9); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (4.8); COMPILE DEPOSITION PREPARATION BINDERS FOR RENO MATTER (0.3). |
| KLIMEK MV | 03/12/07 | 4.10 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.4); COMPILE E. ORLIK'S DOCUMENT PRODUCTION (0.9); UPDATE PRODUCTION CHART TO REFLECT SAME (0.2); BEGIN TO COMPILE PDF VERSION OF DOCUMENT PRODUCTION (1.5); PREPARE SAME FOR SERVICE (0.1). |
| KLIMEK MV | 03/13/07 | 4.40 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.1); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (1.9); COMPLETE COMPILATION OF PDF VERSION OF E. ORLIK'S COMPLETE DOCUMENT PRODUCTION (0.7); DISTRIBUTE PLEADINGS (0.5); COMPARE AND CONTRAST ELECTRONIC VERSION AND HARD COPY VERSION OF ORLIK'S VERSION OF RESPONSE TO REQUEST FOR ADMISSIONS (0.2). |
| KLIMEK MV | 03/14/07 | 5.70 | RECOMPILE ALL DEPOSITION TRANSCRIPTS AND EXHIBITS IN RENO MATTER (2.6); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.2); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (0.5); BEGIN DRAFTING TIMELINE PRESENTATION (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KLIMEK MV | 03/15/07 | 6.90 | COORDINATE TRANSCRIPTION OF TAPES AND CD PRODUCED BY ORLIK (0.4); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.5); ASSIST WITH COMPILATION OF EXHIBITS TO DEBTORS' AMENDED SUPPLEMENTAL REPLY (1.1); CITECHECK AMENDED REPLY BRIEF (4.9). |
|---|---|---|---|
| KLIMEK MV | 03/16/07 | 10.20 | ASSIST WITH FILING OF DEBTORS' AMENDED SUPPLEMENTAL REPLY IN RENO MATTER (6.7); COMPILE KEY DOCUMENT BINDER AND DISTRIBUTE (3.5). |
| KLIMEK MV | 03/19/07 | 0.60 | ASSIST WITH ELECTRONIC COMPILATION OF JOINT EXHIBIT HEARING BINDER IN JOSEPH RENO MATTER (0.6). |
| KLIMEK MV | 03/20/07 | 5.70 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (2.0); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (3.4); COMPILE AND DISTRIBUTE R. GOMEZ DEPOSITION MINUSCRIPT AND EXHIBITS (0.3). |
| KLIMEK MV | 03/21/07 | 2.00 | CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (2.0). |
| KLIMEK MV | 03/22/07 | 0.90 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.3); CONTINUE TO COORDINATE TRANSCRIPTION OF ORLIK TAPES (0.3); DISTRIBUTE ELECTRONIC VERSIONS OF FURUKAWA PLEADINGS (0.3). |
| KLIMEK MV | 03/25/07 | 2.50 | CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (2.5). |
| KLIMEK MV | 03/26/07 | 2.30 | CONTINUE TO ASSIST WITH TRANSCRIPTION OF TAPES PRODUCED IN ORLIK MATTER (1.6); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.4); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (0.3). |
| KLIMEK MV | 03/27/07 | 2.10 | CONTINUE TO COMPILE CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.2); ASSIST WITH COMPILATION OF DOCUMENTS FOR ATTORNEY REVIEW IN HE SERVICES MATTER (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KLIMEK MV | 03/28/07 | 3.30 | ASSIST WITH COMPILATION OF OF INVOICES AND PURCHASE ORDERS IN H.E. SERVICES MATTER (0.4); COMPILE TIMELINE OF UPCOMING CONTESTED CLAIMS FILINGS AND TASKS RELATED TO EACH (1.0); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.4); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (1.5). |
| --- | --- | --- | --- |
| KLIMEK MV | 03/29/07 | 2.30 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.1); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (1.2). |
| KLIMEK MV | 03/30/07 | 5.20 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.6); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (3.6). |

**93.00**

| NOWICKI JA | 03/08/07 | 7.40 | ATTENTION TO PREPARING GOMEZ DEPOSITION EXHIBITS (7.4). |
| --- | --- | --- | --- |
| NOWICKI JA | 03/13/07 | 1.10 | LEGAL RESEARCH AND PRECEDENT FOR CONFIDENTIAL MEMO (1.1). |
| NOWICKI JA | 03/26/07 | 1.90 | LEGAL RESEARCH AND PULLING CASES (1.9). |
| NOWICKI JA | 03/27/07 | 8.80 | ASSEMBLE FOR ATTORNEY REVIEW THE INDEX OF H E SERVICES INVOICE NOS.; H E SERVICES SHIPPING ORDERS; DELPHI PURCHASE ORDERS; AND DELPHI PURCHASE REQUESTS (8.8). |

**19.20**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ROSEN R          03/01/07      3.30   REVIEW COURT DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                      AND UNDOCKETED RESPONSES TO OMNIBUS
                                      CLAIMS OBJECTIONS, COMPILE AND FORWARD
                                      TO TEAM ATTORNEYS (0.9); RESPOND TO TEAM
                                      ATTORNEYS' REQUESTS FOR PROOFS OF CLAIM
                                      (0.5); UPDATE CLAIMS HEARING PLANNER
                                      (0.8), TASK LIST (0.8) AND 3/21 CLAIMS
                                      HEARING MOTIONS/OBJECTIONS SUMMARY
                                      CHART (0.3).

ROSEN R          03/02/07      8.90   MONITOR CASE DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                      AND UNDOCKETED RESPONSES TO OMNIBUS
                                      CLAIMS OBJECTIONS AND CIRCULATE SAME TO
                                      TEAM ATTORNEYS (1.6); WORK ON 3/21
                                      CLAIMS HEARING AGENDA AND COMPILE
                                      HEARING DOCUMENTS RE: SAME (0.9);
                                      RESPOND TO TEAM ATTORNEYS' REQUESTS FOR
                                      PROOFS OF CLAIM, RELATED PLEADINGS
                                      (1.3); COMPILE, PREPARE CLAIMANTS'
                                      FILES AND FORWARD TO REQUESTING TEAM
                                      ATTORNEY (0.6); REVIEW, COMPILE PROOFS
                                      OF CLAIM, REVISE AND UPDATE CLAIMS
                                      HEARING PLANNER (2.4) AND MASTER
                                      TRACKING CHART (2.1).

ROSEN R          03/04/07      3.30   REVIEW CLAIMS INFORMATION (0.2), UPDATE
                                      CLAIMS HEARING PLANNER (1.4) AND CLAIMS
                                      MASTER TRACKING CHART (1.7).

ROSEN R          03/05/07      7.20   REVIEW COURT DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE:
                                      RESPONSES TO OMNIBUS CLAIMS OBJECTIONS
                                      (0.9); UPDATE CLAIMS HEARING PLANNER
                                      (1.4) AND CLAIMS MASTER TRACKING CHART
                                      (1.0); COMPILE PROOFS OF CLAIM,
                                      PLEADINGS AND PREPARE CLAIMANTS' FILES
                                      RE: 3/21/07 CLAIMS HEARING (1.4);
                                      COMPILE RESPONSES TO OMNIBUS CLAIMS
                                      OBJECTIONS, ASSOCIATED PLEADINGS AND
                                      PROOFS OF CLAIM RE: 3/22/07 OMNIBUS
                                      HEARING CLAIMANTS' (1.3); COMPILE,
                                      RESPOND TO TEAM ATTORNEYS' REQUESTS FOR
                                      PROOFS OF CLAIM (1.2).

ROSEN R          03/06/07      7.80   COMPILE, FORWARD COPIES OF PROOFS OF
                                      CLAIM TO REQUESTING TEAM ATTORNEYS
                                      (1.3); UPDATE CLAIMS HEARING PLANNER
                                      (1.4) AND CLAIMS MASTER TRACKING CHART
                                      (0.9) RE: SAME; MONITOR CASE DOCKET,
                                      INCOMING CORRESPONDENCE, COMPILE AND
                                      FORWARD DOCKETED AND UNDOCKETED
                                      RESPONSES TO OMNIBUS CLAIMS OBJECTIONS
                                      TO TEAM ATTORNEYS (1.3); UPDATE TASK
                                      LIST, 3/21 MOTIONS/OBJECTIONS SUMMARCH
                                      CHART (0.9); REVIEW CLAIMANTS' FILES,
                                      WORK ON DRAFT CLAIMS HEARING AGENDA
                                      (1.2); COMPILE HEARING DOCUMENTS RE:
                                      SAME (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ROSEN R           03/07/07       11.20   MONITOR COURT DOCKET, INCOMING
                                         CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                         AND UNDOCKETED RESPONSES TO OMNIBUS
                                         CLAIMS OBJECTIONS (1.2); COMPILE,
                                         FORWARD COPIES OF SAME TO TEAM ATTORNEYS
                                         (0.9); UPDATE TASK LIST (0.9), 3/21 AND
                                         4/13 CLAIMS HEARINGS'
                                         MOTIONS/OBJECTIONS SUMMARY CHARTS
                                         (0.8) RE: SAME; WORK ON 3/21 HEARING
                                         AGENDA (0.9); COMPILE PLEADINGS, PROOFS
                                         OF CLAIM RE: 3/21 CLAIMS HEARING (0.8)
                                         AND 3/22 HEARING OMNIBUS CLAIMS
                                         OBJECTIONS' MATTERS (1.4); UPDATE
                                         CLAIMS HEARING PLANNER (2.6), CLAIMS
                                         MASTER TRACKING CHART (1.7) AND FORWARD
                                         TO REQUESTING TEAM ATTORNEY.

ROSEN R           03/08/07        7.40   REVIEW COURT DOCKET, INCOMING
                                         CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                         AND UNDOCKETED RESPONSES TO OMNIBUS
                                         CLAIMS OBJECTIONS (0.9); COMPILE,
                                         CIRCULATE SAME TO TEAM ATTORNEYS (0.8);
                                         COMPILE PROOFS OF CLAIM, ACCOMPANYING
                                         RELATED CLAIMS PLEADINGS RE: 3/21, 4/13
                                         AND 4/27 CLAIMS HEARINGS (1.6); WORK ON
                                         3/21 HEARING AGENDA (0.9); UPDATE TASK
                                         LIST (0.7), 3/21 AND 4/13
                                         MOTIONS/OBJECTIONS SUMMARY CHARTS
                                         (0.9); WORK ON CLAIMS HEARING PLANNER
                                         AND CLAIMS MASTER TRACKING CHART (1.6).

ROSEN R           03/09/07        7.80   MONITOR COURT DOCKET, INCOMING
                                         CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                         AND UNDOCKETED RESPONSES TO OMNIBUS
                                         CLAIMS OBJECTIONS, COMPILE AND
                                         CIRCULATE TO TEAM ATTORNEYS (1.4);
                                         UPDATE TASK LIST (0.9), 3/21 AND 4/13
                                         CLAIMS HEARINGS' MOTIONS/OBJECTIONS
                                         SUMMARY CHARTS (0.8) RE: SAME; WORK ON
                                         3/21 HEARING AGENDA (0.9); UPDATE
                                         CLAIMS HEARING PLANNER (1.1), CLAIMS
                                         MASTER TRACKING CHART (0.9) COMPILE,
                                         INDEX ALL DOCKETED AND UNDOCKETED 8TH
                                         AND 9TH OMNIBUS CLAIMS RESPONSES AND
                                         FORWARD HEARING BINDER RE: SAME TO
                                         REQUESTING TEAM ATTORNEYS (1.8).

ROSEN R           03/12/07        7.10   COORDINATE WITH E. GERSHBEIN, KCC RE:
                                         SERVICE OF RECENTLY ENTERED CLAIMS
                                         STIPULATIONS AND AGREED ORDERS (0.7);
                                         REVIEW CASE DOCKET, INCOMING
                                         CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                         AND UNDOCKETED RESPONSES TO OMNIBUS
                                         CLAIMS OBJECTIONS (1.8); COMPILE,
                                         FORWARD SAME TO TEAM ATTORNEYS (0.9);
                                         COMPILE SAME, CORRESPONDING PROOFS OF
                                         CLAIM FOR 3/21 HEARING (0.9); UPDATE
                                         CLAIMS HEARING PLANNER (0.8), CLAIMS
                                         MASTER TRACKING CHART (0.5); WORK ON
                                         3/21 HEARING DRAFT AGENDA (0.9);
                                         RESPOND TO TEAM ATTORNEYS' REQUESTS FOR
                                         CLAIMS DOCUMENTS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ROSEN R          03/13/07      8.40   WORK ON DRAFT 3/21 HEARING AGENDA (0.8);
                                      MONITOR CASE DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                      AND UNDOCKETED RESPONSES TO OMNIBUS
                                      CLAIMS OBJECTIONS, COMPILE AND
                                      CIRCULATE SAME TO TEAM ATTORNEYS (1.6);
                                      COMPILE SAME, CORRESPONDING PROOFS OF
                                      CLAIM RE: SAME FOR 3/21 HEARING (1.2);
                                      REVISE, UPDATE CLAIMS HEARING PLANNER
                                      (1.8), CLAIMS MASTER TRACKING CHART
                                      (1.4) AND CREATE NEW CHART RE: TO TRACK
                                      CLAIMS NOT YET ASSIGNED TO CLAIMS
                                      HEARINGS (1.6) AND FORWARD TO CLIENT AND
                                      REQUESTING TEAM ATTORNEY.

ROSEN R          03/14/07      7.90   MONITOR CASE DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                      AND UNDOCKETED RESPONSES TO OMNIBUS
                                      CLAIMS OBJECTIONS, COMPILE AND
                                      CIRCULATE SAME TO TEAM ATTORNEYS (3.8);
                                      REVISE, UPDATE CLAIMS HEARING PLANNER
                                      (0.7), CLAIMS MASTER TRACKING CHART
                                      (0.5) AND DRAFT 3/21 CLAIMS HEARING
                                      AGENDA (0.5) RE: POTENTIAL SETTLEMENTS;
                                      COMPILE 3/21 CLAIMS HEARING AND 3/22 8TH
                                      AND 9TH OMNIBUS CLAIMS OBJECTION
                                      PLEADINGS, PROOFS OF CLAIM FOR UPCOMING
                                      HEARINGS (2.4)  .

ROSEN R          03/15/07      8.90   MONITOR CASE DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                      AND UNDOCKETED RESPONSES TO OMNIBUS
                                      CLAIMS OBJECTIONS, COMPILE AND
                                      CIRCULATE SAME TO TEAM ATTORNEYS (4.3);
                                      REVISE, UPDATE DRAFT 3/21 CLAIMS
                                      HEARING AGENDA (0.7), CLAIMS HEARING
                                      PLANNER (0.3) AND CLAIMS MASTER
                                      TRACKING CHARTS (0.3) RE: POTENTIAL
                                      SETTLEMENTS; FURTHER REVIEW CASE DOCKET
                                      AND COMPILE 3/21 CLAIMS HEARING AND 3/22
                                      8TH AND 9TH OMNIBUS CLAIMS OBJECTION
                                      HEARING DOCUMENTS, PROOFS OF CLAIM
                                      (1.9); REVIEW 3/21 CLAIMS HEARING AND
                                      8TH AND 9TH OMNIBUS CLAIMS OBJECTION
                                      HEARING DOCUMENTS, HEARINGS'
                                      PREPARATIONS (1.4).

ROSEN R          03/16/07      9.20   MONITOR CASE DOCKET, INCOMING
                                      CORRESPONDENCE, PLEADINGS RE: DOCKETED
                                      AND UNDOCKETED RESPONSES TO OMNIBUS
                                      CLAIMS OBJECTIONS, COMPILE AND
                                      CIRCULATE SAME TO TEAM ATTORNEYS (5.8);
                                      REVIEW ALL RESPONSES TO THIRD OMNIBUS
                                      CLAIMS OBJECTIONS LISTED ON EXHIBIT A TO
                                      OMNIBUS REPLY TO REQUESTING TEAM
                                      ATTORNEY (1.3); COMPILE, REVIEW AND
                                      FORWARD COMPLETE SET OF RESPONSES TO 8TH
                                      AND 9TH OMNIBUS CLAIMS OBJECTIONS TO
                                      REQUESTING TEAM ATTORNEY (0.9); COMPILE
                                      AND FORWARD 3/21 CLAIMS HEARING AND 3/22
                                      8TH AND 9TH OMNIBUS CLAIMS OBJECTION
                                      HEARING DOCUMENTS, PROOFS OF CLAIM AND
                                      ANCILLARY SUPPORTING DOCUMENTS RE:
                                      UPCOMING HEARINGS (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ROSEN R | 03/17/07 | 1.70 | COMPILE, PREPARE AND FORWARD DOCUMENTS FOR 3/21 CLAIMS HEARING AND RE: 8TH AND 9TH OMNIBUS CLAIMS OBJECTIONS' PORTION OF 3/22 HEARING (0.8); UPDATE TASK LIST, 3/21 AND 4/13 MOTIONS/OBJECTIONS SUMMARY CHARTS (0.9). |
| ROSEN R | 03/19/07 | 1.40 | UPDATE TASK LIST, 3/21 AND 4/13 CLAIMS HEARINGS' MOTIONS/OBJECTIONS SUMMARY CHARTS (0.9); REVIEW INCOMING CORRESPONDENCE, PLEADINGS RE: RESPONSES TO OMNIBUS CLAIMS OBJECTIONS AND FORWARD TO TEAM ATTORNEY (0.5). |
| ROSEN R | 03/20/07 | 0.30 | REVIEW INCOMING CORRESPONDENCE, PLEADINGS RE: RESPONSES TO OMNIBUS CLAIMS OBJECTIONS AND FORWARD TO TEAM ATTORNEY (0.3). |
| ROSEN R | 03/21/07 | 0.30 | REVIEW INCOMING CORRESPONDENCE, PLEADINGS RE: RESPONSES TO OMNIBUS CLAIMS OBJECTIONS AND FORWARD TO TEAM ATTORNEY (0.3). |

102.10

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 03/13/07 | 2.30 | PREPARE EXHIBITS TO STATEMENT OF DISPUTED ISSUES (1.1); RESEARCH PRECEDENT OF FILINGS RE: SAME (0.5); ELECTRONICALLY FILE STATEMENT OF DISPUTED ISSUES (0.4); DISTRIBUTE PLEADINGS AS FILED (0.2); COORDINATE SERVICE WITH KCC (0.1). |
| ZSOLDOS AF | 03/19/07 | 6.20 | UPDATE MOTION SUMMARY CHART WITH (MAINLY) RESPONSES TO CLAIMS OBJECTIONS AND THEN ALL OTHER SUBSTANTIVE PLEADINGS (5.8); PAGE-CHECK JOINT EXHIBIT BINDER FOR UPCOMING CLAIMS HEARING (0.4). |
| ZSOLDOS AF | 03/20/07 | 6.30 | COORDINATE DELIVERY (0.2) AND DELIVER PACKAGE TO CHAMBERS RE: CLAIMS HEARING (1.4); CLAIMS RELATED DOCKET PULLS AND DISTRIBUTION (1.4); UPDATE CLAIMS HEARING PLANNER (1.5); REVIEW NUMBER OF CLAIMS BY TYPE, WHEN SCHEDULED FOR HEARING, AND OTHER DETAILS (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF        03/21/07        7.80    ASSIST WITH PREPARATION FOR CLAIMS
                                          HEARING (0.3) AND ASSIST AT HEARING
                                          (2.8); ASSIST WITH HEARING PREPARATION
                                          RELATED TO OMNIBUS CLAIMS OBJECTIONS,
                                          INCLUDING ORGANIZING CLAIMS RESPONSES
                                          AND ORIGINAL PROOFS OF CLAIM OF
                                          INTERESTED PARTIES (2.1); PREPARE FOR
                                          AND FILE 8TH AND 9TH OMNIBUS CLAIMS
                                          OBJECTIONS REPLIES (0.8); PREPARE FOR
                                          AND FILE 8TH AND 9TH OMNIBUS CLAIMS
                                          OBJECTIONS EXHIBITS TO REPLIES (1.4);
                                          DISTRIBUTE PLEADINGS AS FILED, WITH
                                          FILING RECEIPTS, AND COORDINATE SERVICE
                                          (0.4).

                                 22.60

Total Legal Assistant           373.00

NELSON VP         03/13/07        2.30    RESEARCH RE: FAIR CREDIT REPORTING ACT
                                          LEGISLATIVE HISTORY (2.3).

NELSON VP         03/14/07        4.50    RESEARCH RE: LEGISLATIVE HEARINGS AND
                                          REPORTS CONCERNING FTC LETTER AND FAIR
                                          CREDIT REPORTING ACT (4.5).

NELSON VP         03/15/07        0.90    RESEARCH RE: SOURCES DISCUSSING
                                          INTEREST PAYMENTS UNDER 506(B) (0.9).

NELSON VP         03/26/07        2.00    RESEARCH RE: BASIC LAW OF BREACH OF
                                          CONTRACT IN DE, MI, AND WI STATUTES;
                                          OBTAIN TREATISE RE: CHOICE OF LAW (2.0).

NELSON VP         03/27/07        1.60    RESEARCH RE BREACH OF CONTRACT IN
                                          WISCONSIN CASE LAW (1.6).

                                 11.30

Total Legal Assistant            11.30
Specialist

CUMMINGS RA       03/06/07        1.90    COMPILE PROOFS OF CLAIM FOR REQUESTING
                                          TEAM ATTORNEY (1.9).

CUMMINGS RA       03/08/07        5.30    COMPILE PROOFS OF CLAIM FOR REQUESTING
                                          TEAM ATTORNEY (5.3).

CUMMINGS RA       03/13/07        4.10    ASSIST WITH CLAIMS HEARING PREPARATION
                                          (4.1).

CUMMINGS RA       03/14/07        2.10    ASSIST WITH CLAIMS HEARING PREPARATION
                                          (2.1).

CUMMINGS RA       03/15/07        2.20    ASSIST WITH CLAIMS HEARING PREPARATION
                                          (2.2).

B43E