SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VAN GELDER A | 05/10/07 | 7.20 | CONTINUE DRAFTING HE SERVICES EMPLOYEE OUTLINE (4.6); TELECONFERENCE TO CITIZENS BANK RE: SUBPOENA (0.2); DRAFT LETTER TO V. MASTROMARCO RE: UNPAID INVOICES CLAIM (0.5); EMAILS/TELECONFERENCES TO WITNESSES RE: DEPOSITIONS (0.7); EMAILS TO WITNESSES AND B. FRANTANGELO RE: DOCUMENT PRODUCTION (1.2). |
| VAN GELDER A | 05/11/07 | 4.90 | DRAFT SUBPOENA TO MCTEVIA (1.8); TELECONFERENCE MCTEVIA RE: REGISTERED AGENT TO ACCEPT SERVICE (0.2); TELECONFERENCE FROM K. NENNIGER RE: HE SERVICES MATTER (0.4); CONTINUE DRAFTING HES EMPLOYEE DEPOSITION OUTLINE (2.5). |
| VAN GELDER A | 05/13/07 | 1.80 | REVIEW DOCUMENTS FOR PRODUCTION IN HE SERVICES MATTER (1.8). |
| VAN GELDER A | 05/14/07 | 7.10 | REVISE SUBPOENA TO MCTEVIA AND ATTENTION TO SERVICE OF THE SAME (0.8); ATTENTION TO LETTER TO MASTROMARCO RE: UNPAID INVOICES CLAIM (0.4); TELECONFERENCE TO W. LOCRICCHIO IN CONNECTION WITH THE SAME (0.2); TELECONFERENCE WITH CITIZEN BANK RE: STATUS OF RESPONSE WITH SUBPOENA (0.1); TELECONFERENCE WITH B. FRANTANGELO RE: STATUS OF DOCUMENT PRODUCTION (0.4); REVIEW DOCUMENTS FOR PRODUCTION TO HE SERVICES (5.2). |
| VAN GELDER A | 05/15/07 | 7.10 | CONTINUE TO REVIEW DOCUMENTS IN CONNECTION WITH PRODUCTION TO HE SERVICES (7.1). |
| VAN GELDER A | 05/16/07 | 9.70 | DRAFT MEMORANDUM SUMMARIZING DAVE STEARNS' AREAS OF KNOWLEDGE IN CONNECTION WITH DEPOSITION PREPARATION (1.0); REVIEW AND EDIT RESPONSES AND OBJECTIONS TO HE SERVICES' DISCOVERY REQUESTS (1.2); REVIEW DOCUMENTS IN CONNECTION WITH PRODUCTION TO HE SERVICES (7.5). |
| VAN GELDER A | 05/17/07 | 5.60 | CONTINUE REVIEWING DOCUMENTS IN CONNECTION WITH HE SERVICES DISCOVERY REQUESTS (5.5); TELECONFERENCE TO CITIZENS BANK RE: OUTSTANDING SUBPOENA (0.1). |
| VAN GELDER A | 05/18/07 | 7.30 | CONSIDER DOCUMENT PRODUCTION (1.5); DRAFT PRIVILEGE LOG IN CONNECTION WITH THE SAME (3.3); DRAFT TRANSMITTAL LETTERS TO MASTROMARCO AND WERNETTE (1.2); CORRESPOND WITH CITIZEN BANK RE: OUTSTANDING SUBPOENA (0.3); EDIT DISCOVERY RESPONSES AND OBJECTIONS (1.0). |
| VAN GELDER A | 05/20/07 | 1.50 | REVIEW DOCUMENTS FOR PRODUCTION IN HE SERVICES MATTER (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VAN GELDER A | 05/21/07 | 4.50 | TELECONFERENCE TO CITIZENS BANK RE: SUBPOENA (0.3); CORRESPOND WITH CITIZEN BANK RE: THE SAME (0.5); COORDINATE SUPPLEMENTAL DOCUMENT PRODUCTION (0.6); REVIEW DELPHI LEGAL FILE FOR RESPONSIVE DOCUMENTS (0.9); REVIEW DOCUMENTS PRODUCED BY H.E. SERVICES (2.2). |
| VAN GELDER A | 05/22/07 | 4.90 | DRAFT SUBPOENA TO MRPR GROUP AND COORDINATE SERVICE (2.3); ATTENTION TO THE PRODUCTION OF ADDITIONAL DOCUMENTS AND DRAFT LETTER TO MASTROMARCO IN CONNECTION WITH THE SAME (0.8); TELECONFERENCE WITH MCTEVIA REGARDING OUTSTANDING SUBPOENA (0.3); BEGIN REVIEW OF HES PRODUCTION (1.5). |
| VAN GELDER A | 05/23/07 | 7.50 | DRAFT INTERVIEW MEMORANDA REGARDING CONVERSATIONS WITH DELPHI WITNESSES (4.5); EDIT MRPR SUBPOENA AND COORDINATE SERVICE (0.5); CONTINUE REVIEWING HES PRODUCTION (2.5). |
| VAN GELDER A | 05/24/07 | 5.70 | CONTINUE REVIEWING HES AND CITIZEN BANK PRODUCTIONS (5.3); UPDATE PRODUCTION PRIVILEGE LOG (0.4). |
| VAN GELDER A | 05/25/07 | 5.10 | REVIEW CITIZEN BANK PRODUCTION (4.0); DRAFT SUPPLEMENTAL DOCUMENT REQUESTS TO HE SERVICES (0.5); ATTENTION TO MCTEVIA SUBPOENA (0.3); CORRESPOND WITH W. LOCRICCHIO REGARDING DEPOSITION NOTICE (0.3). |
| VAN GELDER A | 05/29/07 | 7.30 | PREPARE FOR DEPOSITIONS, REVIEW, ANALYZE AND ORGANIZE DOCUMENTS (6.6); EDIT BACKIE DEPOSITION OUTLINE (0.4); CORRESPOND WITH WITNESSES REGARDING DEPOSITION PREPARATION (0.3). |
| VAN GELDER A | 05/30/07 | 8.40 | PREPARE FOR DEPOSITIONS, REVIEW, ANALYZE AND ORGANIZE DOCUMENTS (7.7); TELECONFERENCE WITH W. LOCRICCHIO, C. MICHELS REGARDING INVOICE RECONCILIATION AND DEPOSITION PREPARATION (0.7). |
| VAN GELDER A | 05/31/07 | 10.80 | PREPARE FOR DEPOSITIONS, REVIEW, ANALYZE AND ASSEMBLE DOCUMENTS AND CREATE INDEX OF THE SAME (9.7); TELECONFERENCE WITH S. DAWE REGARDING DEPOSITION PREPARATION (0.4); TELECONFERENCE WITH D. UNRUE REGARDING UNIVERSAL TOOLING CLAIM (0.3); CORRESPOND WITH WITNESSES REGARDING DEPOSITIONS (0.4). |

**151.10**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VANLONKHUYZEN CE | 05/01/07 | 2.40 | BEGIN TO DRAFT WITNESS DECLARATIONS FOR WHITNEY CLAIM (2.4). |
| VANLONKHUYZEN CE | 05/03/07 | 1.90 | CONTINUE TO DRAFT WITNESS DECLARATIONS FOR WHITNEY CLAIM (1.9). |
| VANLONKHUYZEN CE | 05/08/07 | 10.40 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO VALIDITY OF PROOFS OF CLAIM (10.4). |
| VANLONKHUYZEN CE | 05/09/07 | 8.70 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO VALIDITY OF PROOFS OF CLAIM (8.7). |
| VANLONKHUYZEN CE | 05/10/07 | 6.50 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO VALIDITY OF PROOFS OF CLAIM (6.5). |
| VANLONKHUYZEN CE | 05/11/07 | 9.10 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO VALIDITY OF PROOFS OF CLAIM (9.1). |
| VANLONKHUYZEN CE | 05/12/07 | 8.30 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO VALIDITY OF PROOFS OF CLAIM (8.3). |
| VANLONKHUYZEN CE | 05/13/07 | 1.30 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO VALIDITY OF PROOFS OF CLAIM (1.3). |
| VANLONKHUYZEN CE | 05/16/07 | 1.70 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO PROOFS OF CLAIM (1.7). |
| VANLONKHUYZEN CE | 05/17/07 | 2.20 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO PROOFS OF CLAIM (2.2). |
| VANLONKHUYZEN CE | 05/18/07 | 1.50 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO PROOFS OF CLAIM (1.5). |
| VANLONKHUYZEN CE | 05/21/07 | 2.70 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO PROOFS OF CLAIM (2.7). |
| VANLONKHUYZEN CE | 05/22/07 | 4.50 | RESEARCH CASE LAW RELATED TO VARIOUS ISSUES RELATED TO PROOFS OF CLAIM (4.5). |
| VANLONKHUYZEN CE | 05/23/07 | 4.10 | RESEARCH CASE LAW FOR VARIOUS ISSUES RELATED TO PROOFS OF CLAIM (4.1). |
| VANLONKHUYZEN CE | 05/24/07 | 5.10 | RESEARCH CASE LAW FOR VARIOUS ISSUES RELATED TO PROOFS OF CLAIM AND STRATEGIC CONFERENCE RE: RESEARCH (5.1). |
| VANLONKHUYZEN CE | 05/29/07 | 5.50 | FINALIZE NOTICE OF ADJOURNMENT, DRAFT MEET AND CONFER LETTER TO OPPOSING COUNSEL, AND REVISE STATEMENT OF DISPUTED ISSUES FOR WHITNEY CLAIM (2.1); RESEARCH CASE LAW FOR VARIOUS ISSUES RELATED TO PROOFS OF CLAIM AND STRATEGIC CONFERENCE REGARDING RESEARCH (3.4). |
| VANLONKHUYZEN CE | 05/30/07 | 3.70 | RESEARCH CASE LAW FOR VARIOUS ISSUES RELATED TO PROOFS OF CLAIM AND STRATEGIC CONFERENCE REGARDING RESEARCH (3.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VANLONKHUYZEN CE   05/31/07      2.90   RESEARCH CASE LAW FOR VARIOUS ISSUES
                                        RELATED TO PROOFS OF CLAIM AND STRATEGIC
                                        CONFERENCE REGARDING RESEARCH (2.9).

                                 82.50

WHARTON JN         05/01/07     13.90   REVIEW DRAFT SETTLEMENT AGREEMENT AND
                                        STIPULATION WITH CONTRARIAN FUNDS
                                        (0.2); TELECONFERENCE WITH G. SHAH OF
                                        DELPHI RE ULTRATECH CLAIM (0.2);
                                        CONTINUE WORK ON CENTURY MOLD & TOOL
                                        SETTLEMENT AGREEMENT AND STIPULATION
                                        (0.2); PREPARE FOR WEEKLY CLAIMS
                                        MANAGEMENT MEETING (0.2); ATTEND WEEKLY
                                        CLAIMS MANAGEMENT MEETING WITH D. UNRUE
                                        AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI
                                        (1.6); MEETING WITH J. RUHM OF DELPHI RE
                                        DELPHI JOINT VENTURE CLAIM AND CURE
                                        ISSUES (0.2); MEETING WITH C. MICHELS OF
                                        DELPHI RE CLAIM OF UNIVERSAL TOOL &
                                        ENGINEERING (0.2); DRAFT
                                        CORRESPONDENCE TO D. LIEBOWTIZ, COUNSEL
                                        TO ALL TOOL SALES, INC. (0.4); DRAFT
                                        CORRESPONDENCE WITH R. SPALTZER OF
                                        RIVERSIDE CLAIMS LLC (0.4); REVIEW
                                        NOTICE OF ADJOURNMENT RE HUSTON FAMILY
                                        CLAIMS (0.2); MEETING WITH G. SHAH OF
                                        DELPHI (0.3) AND TELECONFERENCE WITH D.
                                        BLACKBURN AND G. SHAH (0.2) OF DELPHI RE
                                        DELPHI JOINT VENTURE CLAIMS AND CURE
                                        ISSUES; DRAFT FORM LANGUAGE FOR
                                        SETTLEMENT AGREEMENTS RE PRO SE
                                        CLAIMANTS (0.3); FORMULATE STRATEGY RE
                                        ATEL LEASING CLAIM (1.0); FORMULATE
                                        STRATEGY RE 14TH AND 15TH OMNIBUS CLAIMS
                                        OBJECTIONS (0.3); ANALYZE BAR DATE
                                        ORDER AND PROVISIONS LIMITING SCOPE OF
                                        BAR DATE FOR CERTAIN CLAIMANT POOLS
                                        (1.0); TELECONFERENCE WITH J. BENTLEY,
                                        COUNSEL FOR PANASONIC RE SETTLEMENT
                                        AGREEMENT (0.3); DRAFT EMAIL
                                        CORRESPONDENCE TO D. BLACKBURN OF
                                        DELPHI RE JOINT VENTURE CLAIM ISSUE
                                        (0.3); FORMULATE STRATEGY RE MOTION TO
                                        SUPPLEMENT SETTLEMENT PROCEDURES ORDER
                                        (0.2); REVIEW NOTICE OF ADJOURNMENT RE
                                        NU TECH CLAIMS HEARING (0.2); ANALYZE
                                        SHANGHAI DELPHI CLAIM (1.1); CONTINUE
                                        TO FORMULATE STRATEGY FOR SETTLING
                                        CLAIMS (0.6); REVISE PANASONIC
                                        SETTLEMENT AGREEMENT (0.8); REVIEW
                                        STATUS OF SETTLEMENT TALKS RE CLAIMS OF
                                        J. RENO (0.2) AND HB PERFORMANCE (0.5);
                                        WORK ON CHERRY GMBH SETTLEMENT
                                        AGREEMENT (0.6); WORK TO RESOLVE ARC
                                        AUTOMOTIVE CLAIM (0.2); WORK TO RESOLVE
                                        CLAIMS OF TDK (0.2), EDS (0.2),
                                        FORMULATE STRATEGY RE CLAIMS ASSERTED
                                        BY MDL PLAINTIFFS (1.6).

B43E

WHARTON JN        05/02/07        3.30    ANALYZE PROPOSED SETTLEMENT AGREEMENT
                                          WITH HB PERFORMANCE (0.3); WORK ON
                                          SETTLEMENTS OF CLAIMS OF MAGNESIUM
                                          ELEKTRON (0.2), PANASONIC (0.3), CHERRY
                                          GMBH (0.1), LEICESTER TOOL & DIE (0.1),
                                          3M (0.3), YAZAKI (0.2), IBJTC BUSINESS
                                          CREDIT (0.1), EDS (0.1), SEALY VALLEY
                                          (0.2), AND ULTRATECH (0.2); PREPARE FOR
                                          WORK ON 14TH AND 15TH OMNIBUS OBJECTIONS
                                          (0.2); FORMULATE STRATEGY RE SETTLEMENT
                                          LANGUAGE AGREEMENTS WITH CREDITORS NOT
                                          REPRESENTED BY COUNSEL (0.2), PREPARING
                                          LETTER AGREEMENTS FOR CREDITORS WHERE
                                          THE DEBTORS HAVE NOT YET OBJECTED TO THE
                                          CLAIM (0.3), SUPPLEMENT TO SETTLEMENT
                                          PROCEDURES ORDER (0.5).

WHARTON JN        05/03/07        8.30    WORK ON SETTLEMENTS RE CLAIMS OF SEALY
                                          VALLEY (0.2), MANGESIUM ELEKTRON (0.8),
                                          PANASONIC (0.6), UMICORE (0.2);
                                          RESEARCH CASE LAW RE TREATMENT OF CLAIMS
                                          FILED BY CLASS ACTION PLAINTIFFS (0.7);
                                          WORK ON MOTION TO SUPPLEMENT SETTLEMENT
                                          PROCEDURES ORDER (0.3); PREPARE FOR MAY
                                          10 CLAIMS HEARING (1.6); FORMULATE
                                          STRATEGY RE NOTICE TO CLAIMANTS LISTED
                                          ON EXHIBITS E-1 AND E-2 TO 13TH OMNIBUS
                                          CLAIMS OBJECTION (1.1); TELECONFERENCE
                                          WITH K. CRAFT OF DELPHI RE CLAIMS ISSUES
                                          (0.1); REVIEW PURCHASE ORDER UNDERLYING
                                          ULTRATECH CLAIM (0.2); WORK ON
                                          RESOLVING CLAIMS OF UNIVERSAL TOOL &
                                          ENGINEERING / MG CORPORATION (0.6);
                                          TELECONFERENCE WITH N. COCO, COUNSEL TO
                                          ALL TOOL SALES, INC. (0.1) AND WORK ON
                                          RESOLVING ALL TOOL SALES' CLAIM (0.2);
                                          FORMULATE STRATEGY RE RESOLUTION OF MDL
                                          PLAINTIFFS' CLAIMS (0.7); REVIEW
                                          NOTICES OF PRESENTMENT FOR STIPULATIONS
                                          RESOLVING AND ALLOWING CLAIMS (0.4);
                                          REVIEW NOTICE OF ADJOURNMENT RE CLAIM OF
                                          NU TECH (0.2); TELECONFERENCES WITH A.
                                          NIEDERMEYER, COUNSEL TO SEALY VALLEY RE
                                          CLAIM SETTLEMENT (0.2), J. BENTLEY,
                                          COUNSEL TO PANASONIC, RE CLAIMS
                                          SETTLEMENT (0.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 05/04/07 | 5.00 | EVALUATE STRATEGY RE DETERMINING CURE AMOUNTS OWED TO AFFILIATES AS A RESULT OF ASSET DIVESTITURES (0.2); TELECONFERENCE WITH K. KUBY OF FTI RE SAME (0.1); TELECONFERENCES WITH D. UNRUE OF DELPHI RE CLAIMS ISSUES (0.7), T. BEHNKE OF FTI RE CLAIMS ISSUES (0.4), I. GOLDBERG, COUNSEL TO CENTURY MOLD & TOOL, RE SETTLEMENT (0.2), D. UNRUE RE CENTURY MOLD AND EDS CLAIMS (0.5); REVIEW AGENDA FOR MAY 10 CLAIMS HEARING (0.1) AND PREPARE FOR SAME (0.2); WORK ON SETTLEMENTS OF CLAIMS OF MAGNESIUM ELEKTRON (0.1), CENTURY MOLD & TOOL (0.5), PANASONIC (0.3), AND EDS (0.2); WORK ON RE-SERVING NOTICE TO CLAIMANTS LISTED ON EXHIBITS E-1 AND E-2 TO 13TH OMNIBUS CLAIMS OBJECTION; ANALYZE CLAIMS OF ATEL LEASING (0.1), ALL TOOL SALES, INC. (0.1), MDL PLAINTIFFS (0.2), ULTRATECH (0.2); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2); REVIEW MEMO SUMMARIZING TREATMENT OF ERISA ACTION PLAINTIFFS' CLAIMS (0.7). |
| WHARTON JN | 05/05/07 | 1.70 | FORMULATE STRATEGY RE FORM OF SETTLEMENT AGREEMENT USED IN ALLOWING CLAIMS (0.4); WORK ON SETTLEMENTS OF CLAIMS WITH UMICORE (0.3) AND EDS (0.3); WORK ON NOTICE TO CLAIMANTS LISTED ON EXHIBITS E-1 AND E-2 TO THE 13TH OMNIBUS CLAIMS OBJECTION (0.7). |
| WHARTON JN | 05/06/07 | 1.70 | CONTINUE TO WORK ON SETTLEMENTS OF CLAIMS OF UMICORE (0.3), EDS (0.4), AND CENTURY MOLD & TOOL (0.2); WORK ON MOTION TO SUPPLEMENT SETTLEMENT PROCEDURES ORDER (0.3); WORK ON 14TH AND 15TH OMNIBUS CLAIMS OBJECTION (0.3); REVIEW RULING RE WACHOVIA LIFT STAY MOTION AND DETERMINE ITS IMPACT ON CLAIMS ADMINISTRATION (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        05/07/07        7.70    WORK ON SETTLEMENTS WITH FLOFORM (0.6),
                                          EDS (0.9), ULTRATECH (0.1), PLASTIC
                                          MOLDINGS CO. (0.2), TELEDYNE (0.2);
                                          REVIEW AGENDA FOR MAY 10 CLAIMS HEARING
                                          (0.4); TELECONFERENCE WITH E. WEBER OF
                                          FTI RE FLOFORM (0.1); REVIEW AND ANALYZE
                                          PROOF OF CLAIM FILED BY ERISA ACTION
                                          PLAINTIFFS (0.5); FORMULATE STRATEGY RE
                                          PREFERENCE ACTIONS AND IMPACT ON CLAIMS
                                          PROCESS (0.2); FORMULATE STRATEGY RE
                                          FORM OF SETTLEMENT AGREEMENT USED FOR
                                          CLAIMS SETTLEMENTS (0.3);
                                          TELECONFERENCE WITH J. BENTLEY, COUNSEL
                                          TO PANASONIC (0.1) AND WORK ON PANASONIC
                                          SETTLEMENT AGREEMENT (0.2); ANALYZE CHR
                                          CLAIM (0.2); WORK ON MOTIONS TO APPROVE
                                          SETTLEMENTS WITH EDS (0.3) AND UMICORE
                                          (0.3); WORK ON MOTION TO SUPPLEMENT
                                          SETTLEMENT PROCEDURES ORDER (0.3);
                                          DRAFT LANGUAGE FOR SETTLEMENT
                                          AGREEMENTS WITH CREDITORS NOT
                                          REPRESENTED BY COUNSEL (0.2); REVIEW
                                          AGENDA FOR MAY 10 CLAIMS HEARING (0.2);
                                          UPDATE CASE MANAGEMENT TASK LIST RE
                                          CLAIMS MATTERS (0.4); TELECONFERENCES
                                          WITH C. BIVEN OF DELPHI RE CHERRY GMBH
                                          (0.1); E. DOLAN, COUNSEL TO UMICORE RE
                                          SETTLEMENT (0.1), AND I. GOLDBERG,
                                          COUNSEL TO CENTURY MOLD & TOOL, RE
                                          SETTLEMENT (0.1); WORK ON SETTLEMENTS
                                          WITH CHERRY GMBH (0.3), UMICORE (0.4),
                                          AND CENTURY MOLD & TOOL (0.3); CONTINUE
                                          WORK ON 14TH (0.2) AND 15TH (0.3)
                                          OMNIBUS CLAIMS OBJECTIONS; ANALYZE ATEL
                                          LEASING CLAIM (0.1); REVIEW DOCKET
                                          SHEET FOR CLAIMS-RELATED PLEADINGS
                                          (0.1).

WHARTON JN        05/08/07        6.60    CONTINUE WORK ON 14TH (0.2) AND 15TH
                                          (0.3) OMNIBUS OBJECTIONS; PREPARE FOR
                                          MAY 10 CLAIMS HEARING (0.4) AND REVIEW
                                          AGENDA RE SAME (0.8); CONTINUE WORK ON
                                          SETTLEMENTS WITH EDS (0.8) AND
                                          TELECONFERENCE WITH D. UNURE AND K.
                                          CRAFT RE SAME (0.2); CONTINUE WORK ON
                                          SETTLEMENT WITH UMICORE (0.3); CONTINUE
                                          TO ANALYZE CLAIMS OF UNIVERSAL TOOL / MG
                                          CORP (0.5) AND MEETING WITH C. MICHELS,
                                          S. BOJAJ AND T. SOYERS OF DELPHI RE SAME
                                          (0.5); FORMULATE STRATEGY RE FILING
                                          SETTLEMENT MOTIONS (0.3);
                                          TELECONFERENCE WITH B. BRAMAN, COUNSEL
                                          TO UNIVERSAL TOOL / MG CORP RE CLAIMS
                                          (0.2); REVIEW SETTLEMENT AGREEMENTS AND
                                          STIPULATIONS WITH LEICESTER TOOL (0.1),
                                          RIVERSIDE CLAIMS (0.1), SIERRA
                                          LIQUIDITY (0.1), WWG INC. (0.1), AND
                                          PRODUCTION DEVICES (0.1); CONTINUE WORK
                                          ON MOTIONS TO APPROVE SUPPLEMENT TO
                                          SETTLEMENT PROCEDURES (0.3) AND
                                          SETTLEMENTS WITH UMICORE (0.2) AND EDS
                                          (0.2); CONTINUE ANALYSIS OF MDL
                                          PLAINTIFFS' CLAIM (0.3); CONTINUE WORK
                                          ON FLOFORM SETTLEMENT (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          05/09/07          10.70    REVIEW SETTLEMENT TRACKING PROCEDURES
                                               (0.2); PREPARE FOR CLAIMS MANAGEMENT
                                               MEETING (0.9); WORK ON SETTLEMENT WITH
                                               UNIVERSAL TOOL (0.4); FORMULATE
                                               STRATEGY RE: 12TH (0.1) AND 13TH (0.1)
                                               OMNIBUS REPLIES; FORMULATE STRATEGY RE:
                                               14TH (0.2) AND 15TH (0.3) OMNIBUS
                                               OBJECTIONS; PREPARE FOR MAY 10 CLAIMS
                                               HEARING (0.7); REVIEW AGENDA FOR MAY 10
                                               CLAIMS HEARING (0.4); PREPARE FOR
                                               FILING OF AGENDA FOR MAY 10 CLAIMS
                                               HEARING (0.2); TELECONFERENCE WITH D.
                                               UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE
                                               OF FTI RE: WEEKLY CLAIMS MANAGEMENT
                                               MEETING (1.8); REVIEW DOCKET RE:
                                               CLAIMS-RELATED PLEADINGS (0.3);
                                               FORMULATE STRATEGY RE: CLAIMS OF MDL
                                               PLAINTIFFS (1.1), DISPOSITION OF CLAIMS
                                               SUBJECT TO CLAIMS TIMELINESS MOTION
                                               (0.3), PLASTIC MOLDINGS CLAIM (0.1),
                                               TREATMENT OF SECURED CLAMS (0.1), ARC
                                               AUTOMOTIVE CLAIM (0.4), TREATMENT OF
                                               EMPLOYMENT LITIGATION CLAIMS (0.4),
                                               SIERRA LIQUIDITY/HTT CLAIMS (0.2);
                                               ANALYZE PROCEDURES RE: SERVICE OF
                                               PERSONALIZED NOTICES OF CLAIMS
                                               OBJECTION (0.5); TELECONFERENCE WITH D.
                                               UNRUE OF DELPHI RE: MDL CLAIMS (0.3);
                                               TELECONFERENCE WITH K. JONES OF DELPHI
                                               RE: SETTLEMENT WITH CALIFORNIA
                                               ENVIRONMENTAL PROTECTION AGENCY RE:
                                               ANAHEIM PROPERTY (0.1); ANALYZE
                                               SETTLEMENT WITH CALIFORNIA EPA RE:
                                               ANAHEIM PROPERTY (0.2); PREPARE FOR
                                               SUFFICIENCY HEARING RE: HUSTON FAMILY
                                               CLAIMS (0.2); WORK ON SETTLEMENTS WITH
                                               UMICORE (0.4) AND TELECONFERENCE WITH
                                               E. DOLAN, COUNSEL TO UMICORE, RE: SAME
                                               (0.2), WORK ON MOTION TO APPROVE EDS
                                               SETTLEMENT (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          05/10/07          9.70    TELECONFERENCES WITH J. PAPELIAN OF
                                              DELPHI (0.1), J. PAPELIAN AND L. EADY OF
                                              DELPHI (0.2), AND D. UNRUE OF DELPHI
                                              (0.1) RE: MOTION TO APPROVE EDS
                                              SETTLEMENT; FINALIZE MOTION TO APPROVE
                                              SUPPLEMENT TO SETTLEMENT PROCEDURES
                                              ORDER (0.5); ANALYZE HUSTON CLAIMS
                                              (0.2); REVIEW TERMS OF SETTLEMENT WITH
                                              CALIFORNIA ENVIRONMENTAL PROTECTION
                                              AGENCY RE: ANAHEIM PROPERTY AND EFFECT
                                              ON CLAIM (0.2); WORK ON 14TH (0.2) AND
                                              15TH (0.3) OMNIBUS CLAIMS OBJECTIONS;
                                              TELECONFERENCE WITH W. COSNOWSKI OF
                                              DELPHI RE: QUAKE GLOBAL SETTLEMENT
                                              (0.1); FORMULATE STRATEGY RE: SETTLING
                                              CLAIMS PURSUANT TO SETTLEMENT
                                              PROCEDURES ORDER (0.3); TELECONFERENCE
                                              WITH E. DOLAN, COUNSEL TO UMICORE RE:
                                              SETTLEMENT OF CLAIM (0.1); REVIEW
                                              AFFIDAVITS OF SERVICE FOR
                                              CLAIMS-RELATED PLEADINGS (0.2);
                                              FORMULATE STRATEGY RE: NOTICE FOR
                                              CLAIMANTS LISTED ON EXHIBITS E-1 AND E-2
                                              TO THE 13TH OMNIBUS CLAIMS OBJECTION
                                              (0.8); FINISH WORK ON MOTIONS TO APPROVE
                                              SETTLEMENTS WITH EDS (3.2) AND UMICORE
                                              (1.7); ANALYZE INQUIRY FROM S. KUNST OF
                                              DINSMORE & STOHL RE: IMPACT OF AUTOMATIC
                                              STAY ON CLAIMS HELD BY PLAINTIFFS IN
                                              EMPLOYMENT LITIGATION CLAIMS AGAINST
                                              DEBTORS (0.7); FORMULATE STRATEGY RE:
                                              TERMS OF SETTLEMENT AGREEMENTS
                                              PROVIDING FOR ALLOWED CLAIMS (0.4);
                                              WORK ON SETTLEMENTS RE: CLAIMS OF
                                              ULTRATECH (0.2) AND UNIVERSAL TOOL &
                                              ENGINEERING (0.2).

WHARTON JN          05/11/07          9.40    REVIEW DOCKET FOR CLAIMS-RELATED
                                              PLEADINGS (0.2); RESPOND TO INQUIRY
                                              FROM COUNSEL TO ELITE MOLD & ENGINEERING
                                              RE: PROOF OF CLAIM (0.3); WORK ON
                                              SERVICE OF RE-NOTICE OF CERTAIN CLAIMS
                                              LISTED ON 13TH OMNIBUS CLAIMS OBJECTION
                                              (0.4); WORK ON PANASONIC SETTLEMENT
                                              AGREEMENT RE: CLAIM (0.2); REVIEW
                                              CORRESPONDENCE RE: CLAIMS (0.3); FINISH
                                              REVISING AND FILE MOTION TO APPROVE
                                              UMICORE SETTLEMENT AGREEMENT (2.1);
                                              FINISH REVISING UMICORE SETTLEMENT
                                              AGREEMENT (0.4); TELECONFERENCES WITH
                                              K. CRAFT OF DELPHI (0.1), R. EMANUEL OF
                                              DELPHI (0.1), AND E. DOLAN, COUNSEL TO
                                              UMICORE (0.2) RE: UMICORE SETTLEMENT;
                                              FINISH REVISING AND FILE MOTION TO
                                              APPROVE EDS SETTLEMENT AGREEMENT (3.0);
                                              FINISH REVISING EDS SETTLEMENT
                                              AGREEMENT (0.6); TELECONFERENCES WITH
                                              J. PAPELIAN OF DELPHI (0.2) AND G.
                                              NOVOD, COUNSEL TO EDS (0.4) RE: EDS
                                              SETTLEMENT; FINISH REVISING AND FILE
                                              MOTION TO SUPPLEMENT SETTLEMENT
                                              PROCEDURES ORDER (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        05/12/07        3.80    RESPOND TO INQUIRY FROM A. GORVINO OF
                                          AIG RE: 13TH OMNIBUS CLAIMS OBJECTION
                                          (0.2); RESPOND TO INQUIRY FROM COUNSEL
                                          TO ELITE MOLD & ENGINEERING RE: CLAIMS
                                          OBJECTION (0.3); CONTINUE ANALYSIS OF
                                          SERVICE RE: CLAIMS LISTED ON EXHIBITS
                                          E-1 AND E-2 TO 13TH OMNIBUS CLAIMS
                                          OBJECTION (0.3); CONTINUE TO FORMULATE
                                          STRATEGY RE: SETTLEMENTS OF CLAIMS
                                          (0.5); CONTINUE WORK ON 14TH (0.2) AND
                                          15TH (0.4) OMNIBUS CLAIMS OBJECTIONS;
                                          PREPARE FOR MAY 31 OMNIBUS HEARING RE:
                                          EDS (0.1) AND UMICORE (0.1) MOTIONS,
                                          MOTION TO SUPPLEMENT SETTLEMENT
                                          PROCEDURES (0.1), AND 12TH (0.1) AND
                                          13TH (0.1) OMNIBUS CLAIMS OBJECTIONS;
                                          WORK ON OMNIBUS REPLIES FOR 12TH (0.2)
                                          AND 13TH (0.3) OMNIBUS CLAIMS
                                          OBJECTIONS; FORMULATE STRATEGY RE:
                                          EVALUATING RESPONSES TO 13TH OMNIBUS
                                          CLAIMS OBJECTIONS (0.3); CONTINUE WORK
                                          ON SETTLEMENT RE: CLAIMS OF ULTRATECH
                                          (0.1), PANASONIC (0.5).

WHARTON JN        05/13/07        2.00    CONTINUE WORK ON 14TH (0.2) AND 15TH
                                          (0.2) OMNIBUS CLAIMS OBJECTIONS;
                                          CONTINUE TO PREPARE FOR MAY 31 OMNIBUS
                                          CLAIMS HEARING RE: MOTIONS TO APPROVE
                                          EDS (0.2) AND UMICORE (0.1)
                                          SETTLEMENTS; CONTINUE TO PREPARE FOR
                                          JUNE 1 CLAIMS HEARING (0.3); CONTINUE TO
                                          WORK ON SETTLEMENTS RE: CLAIMS OF CHERRY
                                          GMBH (0.2), ULTRATECH (0.2), MILLIKEN
                                          (0.2), 3M (0.2), AND CHALLENGER
                                          TRUCKING (0.2).

B43E

WHARTON JN        05/14/07        6.90   TELECONFERENCE WITH R. GOLDI, COUNSEL
                                         TO MICHIGAN HERITAGE BANK (0.1) AND WORK
                                         ON SETTLEMENT OF CLAIM OF MICHIGAN
                                         HERITAGE BANK (0.1); CONTINUE WORK ON
                                         SETTLEMENTS RE: CLAIMS OF UNIVERSAL
                                         TOOL (0.1), CHERRY GMBH (0.1),
                                         ULTRATECH (0.1), COMPTROL (0.1), 3M
                                         (0.1), CHALLENGER TRUCKING (0.1), ARC
                                         AUTOMOTIVE (0.2); REVIEW TASK LIST RE:
                                         CLAIMS ADMINISTRATION (0.3);
                                         TELECONFERENCE WITH A. GORVINO OF AIG
                                         RE: 13TH OMNIBUS CLAIMS OBJECTION (0.1)
                                         AND ANALYSIS RE: SAME (0.1); CONTINUE TO
                                         PREPARE FOR MAY 31 OMNIBUS HEARING RE:
                                         EDS (0.1) AND UMICORE (0.1) MOTIONS,
                                         MOTION TO SUPPLEMENT SETTLEMENT
                                         PROCEDURES (0.1), AND 12TH (0.1) AND
                                         13TH (0.1) OMNIBUS CLAIMS OBJECTIONS;
                                         FORMULATE STRATEGY RE: SERP CLAIMS
                                         (0.3); RESEARCH CASE LAW AND DRAFT MEMO
                                         RE: REQUIREMENT OF NOTICE TO INDIVIDUAL
                                         NOTE HOLDERS (3.2); CONTINUE TO REVIEW
                                         DRAFTS OF 14TH (0.2) AND 15TH (0.5)
                                         OMNIBUS CLAIMS OBJECTIONS; REVIEW
                                         CLAIMS-RELATED CORRESPONDENCE (0.3);
                                         ANALYZE SETTLEMENT WITH QUAKE GLOBAL
                                         (0.2); WORK ON DOCUMENT PRODUCTION
                                         REQUEST RE: CITIZEN REPUBLIC BANCORP
                                         (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          05/15/07        10.90    CONTINUE TO ANALYZE QUAKE GLOBAL
                                             SETTLEMENT (0.4); PREPARE FOR WEEKLY
                                             CLAIMS MANAGEMENT MEETING (0.3); ATTEND
                                             WEEKLY CLAIMS MANAGEMENT MEETING WITH
                                             D. UNRUE AND K. CRAFT OF DELPHI; T.
                                             BEHNKE OF FTI (1.4); RESEARCH TREATMENT
                                             OF SERP CLAIMS (0.4); FORMULATE
                                             STRATEGY RE: SERP CLAIMS AND RESEARCH
                                             SERP DOCUMENTS (1.0); ANALYZE
                                             SETTLEMENT OF MELENBRINK CLAIM (0.3);
                                             WORK ON SETTLEMENT AGREEMENTS AND
                                             STIPULATIONS RE: CLAIMS OF WWG INC.
                                             (0.2), INDUSTRIAL COATING (0.2),
                                             RIVERSIDE CLAIMS (0.2), COMPTROL (0.2),
                                             SANDERS LEAD (0.2), HEAD ACOUSTICS
                                             (0.2), LAKESHORE GRAPHICS (0.2),
                                             LEICESTER DIE & TOOL (0.2), PRODUCTION
                                             DEVICES (0.2), LIQUIDITY SOLUTIONS
                                             (0.2), CONTINUE WORK ON SETTLEMENT WITH
                                             PANASONIC (0.3) AND TELECONFERENCE WITH
                                             J. BENTLEY, COUNSEL TO PANASONIC, RE:
                                             SAME (0.2); MEETING WITH D. BREWER OF
                                             DELPHI RE: CLAIMS OF 3M (0.2),
                                             CHALLENGER TRUCKING (0.2), OMEGA (0.2),
                                             MILLIKEN (0.2), AND STYNER-BIENZ (0.2);
                                             WORK ON SETTLEMENTS RE: CLAIMS OF
                                             VENTURE PLASTICS (0.2), PLASTIC
                                             MOLDINGS (0.2), ANALYZE JCI CLAIM
                                             (0.3); CONTINUE WORK ON 14TH (0.3) AND
                                             15TH OMNIBUS CLAIMS OBJECTIONS (0.7);
                                             CONTINUE ANALYSIS RE: NOTICE OF CLAIMS
                                             OBJECTION RE: CLAIMANTS LISTED ON
                                             EXHIBITS E-1 AND E-2 TO 13TH OMNIBUS
                                             CLAIMS OBJECTION (0.2); TELECONFERENCE
                                             WITH G. NOVOD, COUNSEL TO EDS RE:
                                             PROPOSED SETTLEMENT (0.1); FORMULATE
                                             STRATEGY RE: EDS SETTLEMENT (0.2);
                                             FORMULATE STRATEGY RE: FUTURE OMNIBUS
                                             CLAIMS OBJECTIONS (0.9); REVIEW SLIDES
                                             FOR STATUTORY COMMITTEE MEETINGS RE:
                                             STATUS OF CLAIMS ADMINISTRATION PROCESS
                                             (0.5).

WHARTON JN          05/16/07         3.90    ANALYZE CLAIM OF FIRST ENERGY (0.2);
                                             CONTINUE WORK ON 14TH (0.2) AND 15TH
                                             (0.3) OMNIBUS CLAIMS OBJECTION;
                                             TELECONFERENCE WITH K. ROBINSON,
                                             COUNSEL TO MOTION INDUSTRIES (0.1) AND
                                             WORK ON SETTLEMENT RE: CLAIM OF MOTION
                                             INDUSTRIES (0.1); TELECONFERENCE WITH
                                             S. BOJAJ OF DELPHI RE: CLAIMS ISSUES
                                             (0.1); ANALYZE PROPOSED ORDER
                                             AUTHORIZING EDS SETTLEMENT (0.1);
                                             CONTINUE WORK ON SETTLEMENTS RE: CLAIMS
                                             OF UNIVERSAL TOOL & ENGINEERING (0.2);
                                             CONTINUE TO PREPARE FOR JUNE 1 CLAIMS
                                             HEARING (1.4); FORMULATE STRATEGY RE:
                                             PERSONALIZED NOTICES OF CLAIMS
                                             OBJECTIONS (0.2); WORK ON ON-SEMI
                                             CONDUCTOR CLAIM (0.2); CONTINUE WORK ON
                                             SETTLEMENT OF CLAIMS OF PLASTIC
                                             MOLDINGS (0.3); CONTINUE TO ANALYZE
                                             MELENBRINK SETTLEMENT (0.4); REVIEW
                                             CLAIMS-RELATED CORRESPONDENCE (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        05/17/07        11.30    CONTINUE WORK ON 14TH (4.1) AND 15TH
                                           (5.4) OMNIBUS CLAIMS OBJECTIONS;
                                           TELECONFERENCE WITH D. UNRUE OF DELPHI
                                           RE: 14TH AND 15TH OMNIBUS CLAIMS
                                           OBJECTION (0.3); TELECONFERENCE WITH G.
                                           NOVOD, COUNSEL TO EDS, RE: PROPOSED
                                           ORDER ON MOTION TO AUTHORIZE DEBTORS'
                                           SETTLEMENT AGREEMENT WITH EDS;
                                           TELECONFERENCE WITH B. BRAMAN, COUNSEL
                                           TO UNIVERSAL TOOL, RE: CLAIM (0.1); WORK
                                           ON SETTLEMENT WITH UNIVERSAL TOOL
                                           (0.1); CONTINUE WORK ON PANASONIC
                                           SETTLEMENT AGREEMENT (0.1);
                                           TELECONFERENCE WITH D. UNRUE OF DELPHI
                                           RE: OMEGA ACCOUNT RECONCILIATION (0.1);
                                           WORK ON SETTLEMENT WITH ON-SEMI
                                           CONDUCTOR (0.2); RESPOND TO INQUIRY
                                           FROM RED ROCK CAPITAL RE: CLAIM (0.2);
                                           CONTINUE TO PREPARE FOR JUNE 1 CLAIMS
                                           HEARING (0.2); WORK ON SETTLEMENTS RE:
                                           CLAIMS OF CYRO INDUSTRIES (0.1) AND
                                           SANDERS LEAD (0.1); REVIEW PROPOSED
                                           ORDER SUPPLEMENTING SETTLEMENT
                                           PROCEDURES ORDER (0.3).

WHARTON JN        05/18/07        7.80     REVIEW SETTLEMENT AGREEMENTS AND
                                           STIPULATIONS RE: CLAIMS OF WILHELM
                                           KACHELE GMBH (0.2), SIERRA LIQUIDITY /
                                           BORG INDAK (0.2), MICHIGAN HERITAGE
                                           BANK (0.2), FORMULATE STRATEGY RE:
                                           HUSTON CLAIMS (0.1); CONTINUE WORK ON
                                           14TH (0.9) AND 15TH (1.6) OMNIBUS CLAIMS
                                           OBJECTIONS; CONTINUE TO PREPARE FOR
                                           JUNE 1 CLAIMS HEARING (0.4); RESPOND TO
                                           INQUIRY FROM IRON MOUNTAIN RE:
                                           OBJECTION TO CLAIM (0.1); CONTINUE TO
                                           REVIEW PROPOSED ORDER RE: SUPPLEMENT TO
                                           SETTLEMENT PROCEDURES ORDER (0.3);
                                           CONTINUE WORK RE: SETTLEMENTS OF CLAIMS
                                           OF LEICESTER DIE & TOOL (0.1), COMPTROL
                                           (0.1), KL INDUSTRIES (0.1), AND
                                           CONTINENTAL MIDLANDS (0.1);
                                           TELECONFERENCE WITH D. UNRUE OF DELPHI
                                           RE: 14TH AND 15TH OMNIBUS CLAIMS
                                           OBJECTIONS (0.3); FORMULATE STRATEGY
                                           RE: FORM OF SETTLEMENT AGREEMENTS AND
                                           STIPULATIONS (0.7); TELECONFERENCE
                                           WITH B. CARBONE, COUNSEL TO COMPTROL,
                                           RE: CLAIM SETTLEMENT (0.1); ANALYZE
                                           CLAIM OF PLASTIC PLATE (0.1); FORMULATE
                                           STRATEGY RE: 16TH AND 17TH OMNIBUS
                                           CLAIMS OBJECTION (0.5); FORMULATE
                                           STRATEGY RE: TREATMENT OF SERP CLAIMS
                                           (0.2); REVIEW DOCKET FOR CLAIMS-RELATED
                                           PLEADINGS (0.2); REVIEW CLAIMS-RELATED
                                           CORRESPONDENCE (0.2); CONTINUE TO
                                           PREPARE FOR MAY 31 OMNIBUS HEARINGS RE:
                                           CLAIMS-RELATED MATTERS (0.6); ANALYZE
                                           TOYOTA CLAIM (0.2); WORK ON SETTLEMENTS
                                           WITH LIQUIDITY SOLUTIONS / HEXCEL
                                           (0.3).

B43E

WHARTON JN    05/20/07    4.90    CONTINUE TO WORK ON SETTLEMENT RE: CLAIMS OF ON-SEMI CONDUCTOR (0.2), D. WILSON (0.3), CHERRY GMBH (0.2), PANASONIC (0.2), KL INDUSTRIES (0.2); FORMULATE STRATEGY RE: SETTLING CLAIMS (0.2); ANALYZE INQUIRY FROM IRON MOUNTAIN RE: OBJECTION TO CLAIM (0.1); ANALYZE CLAIM OF TOYOTA (0.3); CONTINUE TO WORK ON 14TH (1.1) AND 15TH (1.4) OMNIBUS CLAIMS OBJECTIONS; ANALYZE INQUIRY FROM RED ROCK CAPITAL RE: CLAIMS (0.1); CONTINUE TO PREPARE FOR MAY 31 OMNIBUS HEARING RE: 12TH AND 13TH OMNIBUS CLAIMS OBJECTION (0.2); FORMULATE STRATEGY RE: CLAIMS HELD BY LIQUIDITY SOLUTIONS (0.2) AND RIVERSIDE CLAIMS (0.2).

WHARTON JN    05/21/07    9.50    RESEARCH CASE LAW RE: TREATMENT OF PERSONAL INJURY CLAIMS (0.7); CONTINUE TO PREPARE FOR JUNE 1 CLAIMS HEARING (0.7); CONTINUE WORK ON 14TH (1.7) AND 15TH (3.3) OMNIBUS CLAIMS OBJECTION; REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.1); FORMULATE STRATEGY RE: PREFERENCE ACTIONS (0.2); ANALYZE CLAIMS OF MILLWOOD (0.1), TESA AG (0.1); CONTINUE TO WORK ON SETTLEMENTS RE: ON-SEMI CONDUCTORS (0.1), UNIVERSAL TOOL (0.2), CHERRY GMBH (0.1), INTERMET (0.1); TELECONFERENCE WITH A. DOSHI, COUNSEL TO IBJTC/MIZUHO RE: OBJECTION TO CLAIM (0.1); CONTINUE TO FORMULATE STRATEGY RE: CLAIMS OF RIVERSIDE CLAIMS (0.2) AND CLAIMS ADMINISTRATION PROCESS (0.6); TELECONFERENCE WITH T. BEHNKE OF FTI RE: CLAIMS ISSUES (0.4); TELECONFERENCE WITH G. SHAH, B. ELWERT, J. DACARLO, AND B. KING OF DELPHI RE: ULTRATECH CLAIM (0.8).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      05/22/07      6.30   WORK ON SETTLEMENTS OF CLAIMS RE: KL
                                     INDUSTRIES (0.1), ON-SEMI CONDUCTORS
                                     (0.1), UNIVERSAL TOOL (0.1),
                                     CONTINENTAL MIDLANDS (0.1), PLASTIC
                                     MOLDINGS (0.1), ARC AUTOMOTIVE (0.1);
                                     FORMULATE STRATEGY RE: RECONCILING
                                     CLAIMS ASSIGNED TO OTHER PARTIES (0.4);
                                     REVIEW DOCKET RE: CLAIMS-RELATED
                                     PLEADINGS (0.2); REVIEW RESPONSES TO
                                     13TH OMNIBUS CLAIMS OBJECTIONS (0.5);
                                     FINISH WORK ON 14TH (1.1) AND 15TH (1.4)
                                     OMNIBUS CLAIMS OBJECTIONS;
                                     TELECONFERENCE WITH E. GERSHBEIN RE:
                                     SERVICE OF CLAIMS OBJECTIONS (0.4);
                                     PREPARE FOR MAY 31 OMNIBUS HEARING RE:
                                     MOTIONS TO APPROVE EDS SETTLEMENT (0.3)
                                     AND SUPPLEMENT TO SETTLEMENT PROCEDURES
                                     ORDER (0.2); RESPOND TO INQUIRY FROM AIG
                                     RE: CLAIM OBJECTION (0.2); CONTINUE TO
                                     PREPARE FOR JUNE 1 CLAIMS HEARING (0.3);
                                     FORMULATE STRATEGY RE: TAX CLAIMS
                                     (0.5); TELECONFERENCE WITH S. GOLDBERG,
                                     COUNSEL TO ON-SEMI CONDUCTOR, RE:
                                     OBJECTION TO CLAIM (0.2).

WHARTON JN      05/23/07      6.30   REVIEW SETTLEMENT AGREEMENT WITH
                                     CONTRARIAN RE: CLAIMS (0.3); CONTINUE
                                     TO PREPARE FOR JUNE 1 CLAIMS HEARING
                                     (0.2); MEETING WITH J. DELUCA OF DELPHI
                                     (0.2) AND TELECONFERENCE WITH J.
                                     DELUCA, B. TELGEN AND K. SCHAFER OF
                                     DELPHI RE: OBJECTION TO INSURANCE
                                     CLAIMS (0.3); FORMULATE STRATEGY RE:
                                     OBJECTION TO INSURANCE CLAIMS (0.2);
                                     TELECONFERENCE WITH D. UNRUE OF DELPHI
                                     RE: SAME (0.2); REVIEW DOCKET FOR
                                     CLAIMS-RELATED PLEADINGS (0.2); DRAFT
                                     CORRESPONDENCE TO B. BRAMAN, COUNSEL TO
                                     UNIVERSAL TOOL (0.2); WORK ON UNIVERSAL
                                     TOOL SETTLEMENT (0.2); CONTINUE WORK ON
                                     SETTLEMENT RE: CLAIMS OF ON-SEMI
                                     CONDUCTOR (0.3), CHERRY GMBH (0.5),
                                     RIVERSIDE CLAIMS (0.2), PANASONIC
                                     (0.2); REVIEW NOTICES OF PRESENTMENT
                                     FOR JUNE 1 CLAIMS HEARING (0.5); MEETING
                                     WITH J. RUHM OF DELPHI RE: CURE CLAIMS
                                     FOLLOWING DIVESTITURES (0.2); REVIEW
                                     CORRESPONDENCE RE: BEST FOAM CLAIM
                                     (0.2); REVIEW RESPONSES TO 13TH OMNIBUS
                                     CLAIMS OBJECTION (0.2); DRAFT
                                     CORRESPONDENCE TO A. GORVINO OF AIG RE:
                                     CLAIMS OBJECTION (0.2); PREPARE FOR MAY
                                     31 OMNIBUS HEARING RE: MOTIONS TO
                                     APPROVE EDS SETTLEMENT (0.5), UMICORE
                                     SETTLEMENT (0.2), SUPPLEMENT TO
                                     SETTLEMENT PROCEDURES ORDER (0.5);
                                     CONTINUE TO ANALYZE CLAIMS OF MILLIKEN
                                     (0.2), HYUNDAI (0.1), ABC TECHNOLOGIES
                                     (0.1); TELECONFERENCE WITH R. EDWARDS
                                     OF DELPHI RE: CHERRY GMBH CLAIM (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          05/24/07          8.20    CONTINUE TO WORK ON SETTLEMENT OF CLAIMS
                                               OF ARC AUTOMOTIVE (0.2), LIQUIDITY
                                               SOLUTION / HEXCEL (0.2), ZELLER OF
                                               BUFFALO (0.1), UNITED MINERALS (0.1),
                                               KLASH (0.1), ROTAFORM (0.1), ZYLUX
                                               ACOUSTIC CORP. (0.1), CONTRARIAN (0.1),
                                               MELENBRINK (0.2), SIERRA LIQUIDITY /
                                               BALES (0.1), SIERRA LIQUIDITY / DEXPORT
                                               (0.1), SIERRA LIQUIDITY / BORG INDAK
                                               (0.1); DRAFT CORRESPONDENCE TO G. NOVOD
                                               RE: EDS SETTLEMENT (0.3); CONTINUE TO
                                               PREPARE FOR MAY 31 OMNIBUS HEARING RE:
                                               MOTION TO SUPPLEMENT SETTLEMENT
                                               PROCEDURES ORDER (0.5) AND
                                               TELECONFERENCE WITH H. BAER OF LATHAM &
                                               WATKINS RE: SAME (0.2); FORMULATE
                                               STRATEGY RE: EDS SETTLEMENT (0.2);
                                               CONTINUE TO PREPARE FOR MAY 31 OMNIBUS
                                               HEARING RE: MOTIONS TO APPROVE
                                               SETTLEMENTS WITH EDS (0.3) AND UMICORE
                                               (0.3) AND 12TH (0.1) AND 13TH (0.2)
                                               OMNIBUS CLAIMS OBJECTION; FORMULATE
                                               STRATEGY RE: TAX CLAIMS (0.8); ANALYZE
                                               INQUIRY FROM MESIROW RE: EDS SETTLEMENT
                                               (0.3); REVIEW AGENDA FOR JUNE 1 CLAIMS
                                               HEARING (0.2); TELECONFERENCE WITH J.
                                               BENTLEY, COUNSEL TO PANASONIC, RE:
                                               SETTLEMENT OF CLAIM (0.1); PREPARE
                                               NOTICE OF ADJOURNMENT RE: UNIVERSAL
                                               TOOL CLAIM (0.3); FORMULATE STRATEGY
                                               RE: LITIGATION OF UNIVERSAL TOOL CLAIM
                                               (0.4); REVIEW RESPONSES TO 13TH OMNIBUS
                                               CLAIMS OBJECTION (0.6); TELECONFERENCE
                                               WITH M. SOMERSTEIN, COUNSEL TO SPECIAL
                                               SITUATIONS GROUP, RE: CLAIMS (0.2);
                                               REVIEW NOTICES OF PRESENTMENT (0.4);
                                               CONTINUE TO FORMULATE STRATEGY RE:
                                               RIVERSIDE CLAIMS' CLAIMS (0.2); REVIEW
                                               CORRESPONDENCE RE: BANK OF AMERICA
                                               CLAIMS (0.1); CONTINUE TO PREPARE FOR
                                               JUNE 1 CLAIMS HEARING (1.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      05/25/07      6.90   WORK ON SETTLEMENTS OF CLAIMS OF CYRO
                                     INDUSTRIES (0.1), HEXCEL (0.2), ON-SEMI
                                     CONDUCTOR (0.2); REVIEW RESPONSE OF ACE
                                     TO 13TH OMNIBUS CLAIMS OBJECTION (0.3);
                                     REVIEW CLAIMS-RELATED CORRESPONDENCE
                                     (0.3); REVIEW DOCKET RE: CLAIMS-RELATED
                                     PLEADINGS (0.1); TELECONFERENCE WITH K.
                                     CRAFT OF DELPHI RE: CLAIMS ISSUES (0.1);
                                     TELECONFERENCE WITH J. BENTLEY, COUNSEL
                                     TO PANASONIC, RE: SETTLEMENT OF CLAIM
                                     (0.2); FINISH SETTLEMENT AGREEMENT WITH
                                     PANASONIC RE: CLAIM (0.4); CONTINUE TO
                                     PREPARE FOR MAY 31 OMNIBUS HEARING RE:
                                     MOTIONS TO AUTHORIZE SETTLEMENT WITH
                                     UMICORE (0.3) AND SUPPLEMENT SETTLEMENT
                                     PROCEDURES ORDER; (0.5); DRAFT
                                     CORRESPONDENCE TO E. FOX AND H. BAER RE:
                                     SUPPLEMENT TO SETTLEMENT PROCEDURES
                                     ORDER (0.1); WORK ON OMNIBUS REPLIES TO
                                     RESPONSES TO 12TH (0.4) AND 13TH (0.4)
                                     OMNIBUS CLAIMS OBJECTIONS; REVIEW
                                     RESPONSES TO 13TH OMNIBUS CLAIMS
                                     OBJECTION (1.3); PREPARE FOR MAY 31
                                     OMNIBUS HEARING RE: CLAIMS MATTERS
                                     (1.2) AND JUNE 1 CLAIMS HEARING (0.8).

WHARTON JN      05/28/07      3.70   REVIEW RESPONSES TO 12TH (0.3) AND 13TH
                                     (1.2) OMNIBUS CLAIMS OBJECTIONS;
                                     CONTINUE TO PREPARE FOR MAY 31 OMNIBUS
                                     HEARING RE: CLAIMS-RELATED PLEADINGS
                                     (0.8) AND JUNE 1 CLAIMS HEARING (0.5);
                                     FORMULATE STRATEGY RE: SETTLEMENT OF
                                     ON-SEMI CONDUCTOR (0.2); FORMULATE
                                     STRATEGY RE: RESPONSE OF ACE COMPANIES
                                     TO 13TH OMNIBUS CLAIMS OBJECTION (0.3);
                                     FORMULATE STRATEGY RE: TAX CLAIMS
                                     (0.4).

WHARTON JN      05/29/07      7.20   TELECONFERENCE WITH S. GOLDBERG,
                                     COUNSEL TO ON-SEMI CONDUCTOR RE
                                     SETTLEMENT OF CLAIM (0.2) AND REVIEW
                                     SETTLEMENT AGREEMENT WITH ON-SEMI
                                     CONDUCTOR (0.2); TELECONFERENCE WITH D.
                                     UNRUE, K. CRAFT, J. SHEEHAN, AND S.
                                     CORCORAN OF DELPHI, T. BEHNKE AND A.
                                     FRANKUM OF FTI RE CLAIMS STRATEGY
                                     MEETING (1.6); FORMULATE STRATEGY TO
                                     IMPLEMENT ACTION ITEMS FROM CLAIMS
                                     STRATEGY MEETING (0.4); ANALYZE
                                     SETTLEMENT PROPOSAL FOR MULTEK CLAIM
                                     (0.2); REVIEW AGENDA FOR JUNE 1 CLAIMS
                                     HEARING (0.8); REVIEW RESPONSES TO 12TH
                                     (0.7) AND 13TH (0.8) OMNIBUS CLAIMS
                                     OBJECTIONS; REVISE OMNIBUS REPLIES,
                                     PROPOSED ORDERS, AND EXHIBITS RE 12TH
                                     (0.6) AND 13TH (0.8) OMNIBUS CLAIMS
                                     OBJECTIONS; PREPARE FOR JUNE 1 CLAIMS
                                     HEARING (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN    05/30/07    13.70    WORK ON LETTER AGREEMENT RE: CLAIM OF
ZYLUX ACOUSTIC CORP. (0.5); REVIEW MAY
31 OMNIBUS HEARING AGENDA RE:
CLAIMS-RELATED MATTERS (0.2); FINISH
PREPARING OMNIBUS REPLIES TO RESPONSES
TO 12TH (1.8) AND 13TH (3.5) OMNIBUS
CLAIMS OBJECTIONS; TELECONFERENCE WITH
D. KENNEDY, COUNSEL FOR THE U.S.
DEPARTMENT OF JUSTICE, RE: IRS'S
RESPONSE TO 13TH OMNIBUS CLAIMS
OBJECTION (0.1), REVIEW RESPONSE OF
MONROE, INC. TO 13TH OMNIBUS CLAIMS
OBJECTION (0.1); CONTINUE TO PREPARE
FOR MAY 31 OMNIBUS HEARING RE: MOTION TO
SUPPLEMENT SETTLEMENT PROCEDURES ORDER
(0.7), MOTIONS TO APPROVE SETTLEMENTS
WITH UMICORE (0.1) AND EDS (0.9), AND
12TH (1.0) AND 13TH (1.5) OMNIBUS CLAIMS
OBJECTIONS; TELECONFERENCE WITH H.
BAER, LATHAM & WATKINS, RE: MOTION TO
SUPPLEMENT SETTLEMENT PROCEDURES ORDER
(0.1); CONTINUE TO PREPARE FOR JUNE 1
CLAIMS HEARING (1.4); WORK ON
SETTLEMENT OF CLAIMS OF MULTEK (0.6) AND
TYCO (0.2); FORMULATE STRATEGY RE:
LITIGATING CLAIMS (0.5); REVIEW
AFFIDAVITS OF SERVICE RE: OMNIBUS
CLAIMS OBJECTIONS (0.5).

WHARTON JN    05/31/07    9.20    CONTINUE TO PREPARE FOR MAY 31 OMNIBUS
HEARING RE: CLAIMS-RELATED MATTERS
(2.8); ATTEND MAY 31 OMNIBUS HEARING
(0.5); FORMULATE STRATEGY RE: TAX
CLAIMS (0.3) AND MANAGEMENT OF CLAIMS
ADMINISTRATION PROCESS (0.2);
FORMULATE STRATEGY RE: CONTESTED
HEARING ON HE SERVICES, BACKIE, AND
JANES CLAIMS (0.2); WORK ON SETTLEMENTS
WITH ZYLUX ACOUSTIC CORP (0.1) AND
FREESCALE (0.2); FORMULATE STRATEGY RE:
TREATMENT OF PERSONAL INJURY CLAIMS
(0.2); CONTINUE TO PREPARE FOR JUNE 1
CLAIMS HEARING (1.2); TELECONFERENCE
WITH P. ELLERMAN, COUNSEL TO GO-BAR
SYSTEMS (0.2); FORMULATE STRATEGY RE:
CLAIMS PARTIALLY TRANSFERRED TO
ASSIGNEES OR TRANSFERRED WITH
CONTINGENT RETAINED INTERESTS (0.7);
FORMULATE STRATEGY (0.6) AND REVIEW
DOCUMENTS (0.6) RE: CLAIMS OF UNIVERSAL
TOOL & ENGINEERING / MG CORP; DRAFT
CORRESPONDENCE TO T. HURLEY, COUNSEL TO
OMEGA, RE: INQUIRY AS TO CLAIM (0.2);
TELECONFERENCE WITH R. FLETEMEYER OF
FTI RE: CLAIMS ISSUES (0.4); CONTINUE TO
FORMULATE STRATEGY RE: TAX CLAIMS (0.5)
AND RELEASE LANGUAGE IN SETTLEMENT
AGREEMENTS (0.3).

200.50

Total Associate    1,371.40

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 05/01/07 | 1.30 | COMPARE STIPULATIONS AS SUBMITTED AGAINST STIPULATIONS THAT WERE ENTERED FOR JUDGE'S CHANGES (1.3). |
| CHAVALI A | 05/14/07 | 1.20 | DISTRIBUTE MAY 10 CLAIMS HEARING MATERIALS (1.2). |
| CHAVALI A | 05/16/07 | 6.90 | PULL PROOFS OF CLAIM FOR OMNI 12 AND OMNI 13 RESPONSES (1.4); PREPARE ERISA DOCUMENTS FOR FILINGS (0.4); FILE ERISA DOCUMENTS (0.5); PREPARE SPECIAL PARTIES LIST FOR ERISA FILING (0.8); COORDINATE SERVICE OF ERISA DOCUMENTS AFTER FILING (0.5); FOLLOW UP WITH ATTY TO CONFIRM SERVICE INSTRUCTIONS AND SERVICE PARTIES (0.3); AWAIT ERISA DOCUMENTS TO FILE (3.0). |
| CHAVALI A | 05/17/07 | 0.60 | PULL PROOFS OF CLAIM FOR OMNI 12 AND OMNI 13 RESPONDENTS (0.6). |
| CHAVALI A | 05/18/07 | 1.40 | PULL PROOFS OF CLAIM FOR OMNI 12 AND OMNI 13 RESPONDENTS (0.8); REVIEW CLAIMS HEARING MATTERS (0.6). |
| CHAVALI A | 05/21/07 | 4.40 | PULL PROOFS OF CLAIM FROM KCC DATABASE FOR RESPONSES TO THE 12 AND 13 OMNIBUS CLAIMS OBJECTIONS (1.4); ORGANIZE RESPONSES TO THE 12 AND 13 OMNIBUS CLAIMS OBJECTION (2.2); FOLLOW UP WITH ATTORNEYS RE: RETURNED MAIL (0.4); UPDATE RETURNED MAIL TRACKING CHART (0.4). |
| CHAVALI A | 05/22/07 | 1.20 | ORGANIZE RESPONSES TO THE 12 AND 13 OMNIBUS CLAIMS OBJECTIONS (1.2). |
| CHAVALI A | 05/23/07 | 2.50 | PREPARE ALL RESPONSES BOX FOR THE 12TH AND 13TH OMNIBUS CLAIMS OBJECTION (0.8); PULL PROOFS OF CLAIM FOR 12TH AND 13TH OMNIBUS CLAIMS OBJECTIONS RESPONSES (1.7). |
| CHAVALI A | 05/24/07 | 0.80 | PREPARE ALL RESPONSES BOX FOR THE 12TH AND 13TH OMNIBUS CLAIMS OBJECTION (0.8). |
| CHAVALI A | 05/25/07 | 1.60 | ORGANIZE RESPONSES TO THE 12TH AND 13TH OMNIBUS CLAIMS OBJECTIONS (1.6). |
| CHAVALI A | 05/29/07 | 4.00 | ORGANIZE RESPONSES TO 12TH AND 13TH OMNIBUS CLAIMS OBJECTIONS (1.5); PREPARE CLAIMS HEARING RELATED DOCUMENTS (0.6); REVIEW AFFIDAVIT OF SERVICE (1.3); COORDINATE SERVICE FOR NOTICES OF ADJOURNMENT (0.6). |
| CHAVALI A | 05/31/07 | 2.60 | COORDINATE SERVICE OF CLAIMS HEARING AGENDA (0.6); PREPARE STIPULATIONS BINDER FOR CLAIMS HEARING (1.4); UPDATE CLAIMS SUMMARY OBJECTION CHART (0.6). |

**28.50**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DEMMA J        05/02/07        1.60    PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                       REVIEW (1.6).

DEMMA J        05/03/07        5.10    PREPARE AGENDA FOR MAY 10, 2007 CLAIMS
                                       HEARING (5.1).

DEMMA J        05/07/07        6.20    UPDATE CLAIMS AGENDA (3.6);
                                       PREPARE/UPDATE STIPULATION AND AGREED
                                       ORDER TRACKING CHART (2.6).

DEMMA J        05/08/07        4.80    UPDATE CLAIMS AGENDA (3.1); CIRCULATE
                                       UNDOCKETS CLAIMS RESPONSES (0.6);
                                       UPDATE STIPULATION TRACKING LIST (1.1).

DEMMA J        05/09/07        2.50    UPDATE/FILE MAY 10, 2007 CLAIMS AGENDA
                                       (0.7); UPDATE STIPULATION TRACKING
                                       CHART (0.6); PREPARE/DISTRIBUTE
                                       UNDOCKETS CLAIMS RESPONSES (0.6);
                                       PREPARE PROOFS OF CLAIM FOR MAY 10, 2007
                                       HEARING (0.6).

DEMMA J        05/10/07        2.40    PREPARE/DISTRIBUTE DOCKETED CLAIMS
                                       OBJECTIONS (0.6); COORDINATE SERVICE
                                       WITH KCC RE: ENTERED STIPULATIONS AND
                                       AGREED ORDERS FROM MAY 10, 2007 CLAIMS
                                       HEARING (0.6); PREPARE PROOF OF CLAIM
                                       RE: ASHIMORI FOR ATTORNEY REVIEW (0.6);
                                       COMPARE FILED STIPULATION WITH
                                       CIRCULATED VERSION OF RSR CORPORATION
                                       STIPULATION (0.6).

DEMMA J        05/11/07        3.90    UPDATE STIPULATION TRACKING CHART
                                       CIRCULATED FOR ATTORNEY APPROVAL (0.6);
                                       PREPARE STIPULATIONS ENTERED ON MAY 10,
                                       2007 FOR ATTORNEY REVIEW (0.6);
                                       CIRCULATE DOCKETED RESPONSES FOR
                                       ATTORNEY REVIEW (1.6); PREPARE INDEX OF
                                       STIPULATIONS FOR ATTORNEY REVIEW (1.1).

DEMMA J        05/15/07        0.90    UPDATE CLAIMANTS CONTACT INFORMATION ON
                                       HEARING PLANNER (0.9).

DEMMA J        05/16/07        6.90    PREPARE/UPDATE SIGNED STIPULATION
                                       BINDER (4.1); PREPARE CHART OF
                                       LIQUIDITY SOLUTIONS CLAIMS (2.8).

DEMMA J        05/17/07        4.40    PREPARE SEARCHABLE VERSIONS OF CLAIMS
                                       EXHIBITS FOR FUTURE REFERENCE (2.2);
                                       PREPARE/DISTRIBUTE RESPONSES TO
                                       THIRTEENTH OMNIBUS OBJECTION (1.6);
                                       UPDATE MASTER STIPULATION INDEX (0.6).

DEMMA J        05/18/07        1.50    PREPARE VARIOUS PROOFS OF CLAIM FOR
                                       ATTORNEY REVIEW (1.1); PREPARE DOCKETED
                                       RESPONSES TO THIRTEENTH OMNIBUS
                                       OBJECTION (0.4).

DEMMA J        05/21/07        1.70    PREPARE CLAIMS RELATED ORDER PRECEDENT
                                       BINDER (1.1); PREPARE/DISTRIBUTE
                                       RESPONSES TO THE THIRTEENTH OMNIBUS
                                       OBJECTION (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DEMMA J | 05/22/07 | 3.80 | PREPARE AGENDA FOR JUNE 1, 2007 CLAIMS HEARING (2.1); PREPARE/DISTRIBUTE RESPONSES TO THE THIRTEENTH OMNIBUS OBJECTION (0.6); PREPARE STIPULATION AND SETTLEMENT AGREEMENT TRACKING CHART FOR JUNE 1, 2007 HEARING (1.1). |
| DEMMA J | 05/23/07 | 8.40 | PREPARE PROOFS OF CLAIMS FOR SUMMER ASSOCIATE (0.9); UPDATE JUNE 1, 2007 CLAIMS AGENDA (2.2); PREPARE/DISTRIBUTE RESPONSES TO THE THIRTEENTH OMNIBUS OBJECTION (2.1); UPDATE STIPULATION TRACKING CHART (1.1); PREPARE OMNIBUS OBJECTION PRECEDENT BINDERS (2.1). |
| DEMMA J | 05/24/07 | 4.60 | PREPARE/DISTRIBUTE RESPONSES TO THE THIRTEENTH OMNIBUS OBJECTION (2.8); PREPARE TRACKING CHART FOR NOTICES OF PRESENTMENT BEING FILED ON MAY 25, 2007 (0.6); PREPARE/FILE NOTICE OF ADJOURNMENT FOR UNIVERSAL TOOL AND MG CORPORATION (0.6); COORDINATE SERVICE RE: NOTICE OF ADJOURNMENT FOR UNIVERSAL TOOL AND MG CORPORATION (0.6). |
| DEMMA J | 05/25/07 | 2.10 | UPDATE CLAIMS HEARING AGENDA (2.1). |
| DEMMA J | 05/29/07 | 3.30 | CONTINUE UPDATING AGENDA FOR JUNE 1, 2007 CLAIMS HEARING (3.3). |
| DEMMA J | 05/30/07 | 4.90 | PREPARE DOCKETED AND UNDOCKETED RESPONSES TO 13TH OMNIBUS OBJECTION FOR ATTORNEY REVIEW (1.1); UPDATE STIPULATION TRACKING CHART (2.6); UPDATE CLAIMS AGENDA (0.6); UPDATE/PREPARE CASE LAW FOR MAY 31, 2007 OMNIBUS HEARING (0.6). |
| DEMMA J | 05/31/07 | 2.30 | PREPARE/FILE CLAIMS AGENDA (0.6); UPDATE CLAIMS HEARING PLANNER (1.1); PREPARE/DISTRIBUTE DOCKETED RESPONSES TO 15TH OMNIBUS OBJECTION (0.6). |
| | | 71.30 | |
| KLIMEK MV | 05/01/07 | 2.10 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (2.1). |
| KLIMEK MV | 05/02/07 | 2.10 | CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (2.1). |
| KLIMEK MV | 05/03/07 | 0.60 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.2); ASSIST WITH PREPARATIONS FOR H.E. SERVICES PRODUCTION (0.4). |
| KLIMEK MV | 05/09/07 | 2.70 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT (2.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KLIMEK MV | 05/22/07 | 1.10 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, PLEADINGS, DISCOVERY, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.1). |
|---|---|---|---|

KLIMEK MV    05/23/07    5.10    CONTINUE TO COMPILE RECORD OF
CORRESPONDENCE, DISCOVERY, PLEADINGS,
AND ATTORNEY WORK PRODUCT FOR CONTESTED
CLAIMS FILES (2.6); CONTINUE TO CODE
DOCUMENTS WITHIN THE DELPHI CONTESTED
CLAIMS DOCUMATRIX DATABASE (1.0); BEGIN
COMPILATION OF HEARING PREP MATERIALS
IN H.E. SERVICES CLAIM (1.5).

KLIMEK MV    05/24/07    3.10    CONTINUE TO COMPILE HEARING PREP
MATERIALS IN H.E. SERVICES MATTER
(1.4); CONTINUE TO CODE DOCUMENTS
WITHIN THE CONTESTED CLAIMS DOCUMATRIX
DATABASE (1.4); ASSIST WITH
ORGANIZATION OF H.E. SERVICES
PRODUCTION OF DOCUMENTS (0.3).

KLIMEK MV    05/25/07    2.80    CONTINUE TO ASSIST WITH ORGANIZATION OF
H.E. SERVICES DOCUMENT PRODUCTION AND
DOCUMENTS PROVIDED IN RESPONSE TO
SUBPOENA TO CITIZENS BANK (1.7);
CONTINUE TO COMPILE RECORD OF
CORRESPONDENCE, DISCOVERY, PLEADINGS,
AND ATTORNEY WORK PRODUCT FOR CONTESTED
CLAIMS FILES (1.1).

KLIMEK MV    05/26/07    2.00    CONTINUE TO ASSIST WITH ORGANIZATION OF
H.E. SERVICES DOCUMENT PRODUCTION AND
DOCUMENTS PROVIDED IN RESPONSE TO
SUBPOENA TO CITIZENS BANK (1.1);
CONTINUE TO COMPILE RECORD OF
CORRESPONDENCE, DISCOVERY, PLEADINGS,
AND ATTORNEY WORK PRODUCT FOR CONTESTED
CLAIMS FILES (0.9).

KLIMEK MV    05/27/07    3.20    CONTINUE TO ASSIST WITH ORGANIZATION OF
H.E. SERVICES DOCUMENT PRODUCTION AND
DOCUMENTS PROVIDED IN RESPONSE TO
SUBPOENA TO CITIZENS BANK (0.4);
CONTINUE TO COMPILE RECORD OF
CORRESPONDENCE, DISCOVERY, PLEADINGS,
AND ATTORNEY WORK PRODUCT FOR CONTESTED
CLAIMS FILES (2.8).

KLIMEK MV    05/29/07    4.90    CONTINUE TO ASSIST WITH ORGANIZATION OF
H.E. SERVICES DOCUMENT PRODUCTION AND
DOCUMENTS PROVIDED IN RESPONSE TO
SUBPOENA TO CITIZENS BANK (3.4);
CONTINUE TO COMPILE RECORD OF
CORRESPONDENCE, DISCOVERY, PLEADINGS,
AND WORK PRODUCT FOR CONTESTED CLAIMS
FILES (1.5).

KLIMEK MV    05/30/07    1.90    CONTINUE TO CODE DOCUMENTS IN THE
CONTESTED CLAIMS DOCUMATRIX DATABASE
(1.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KLIMEK MV | 05/31/07 | 2.30 | ASSIST WITH PREPARATION FOR DEPOSITIONS IN H.E. SERVICES MATTER (0.6); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.8); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (0.9). |
| | | 33.90 | |
| ZSOLDOS AF | 05/03/07 | 1.40 | PREPARE FOR AND FILE NOTICES OF PRESENTMENT AND NOTICES OF ADJOURNMENT OF HEARINGS FOR VARIOUS CLAIMANTS (1.4). |
| ZSOLDOS AF | 05/04/07 | 0.70 | PREPARE FOR AND ELECTRONICALLY FILE NOTICE OF PRESENTMENT (0.5); COORDINATE SERVICE AND DISTRIBUTION OF PLEADING AND FILING RECEIPT (0.2). |
| ZSOLDOS AF | 05/08/07 | 2.30 | REVIEW AND REVISE CLAIMS HEARING AGENDA (2.3). |
| ZSOLDOS AF | 05/09/07 | 6.30 | REVIEW CLAIMS AGENDA BEFORE FILING (0.9); SEARCH FOR, PRINT AND ORGANIZE ALL DOCUMENTS AS REFLECTED ON CLAIMS HEARING AGENDA FOR HEARING PREPARATION (3.3); FINALIZE STIPULATIONS (2.1). |
| ZSOLDOS AF | 05/10/07 | 2.40 | FINAL PREPARATION FOR CLAIMS HEARING (0.6); ATTEND AND ASSIST AT CLAIMS HEARING (1.8). |
| ZSOLDOS AF | 05/11/07 | 4.80 | FINAL PREPARATIONS ON PLEADINGS (0.5) AND ELECTRONICALLY FILE SUPPLEMENT TO CLAIMS SETTLEMENT MOTION ON DOCKET (0.6); DISTRIBUTE FILED PLEADING AND RECEIPT (0.2); COORDINATE SERVICE RE: SAME (0.2); DOCKET PULLS AND DISTRIBUTIONS TO CLAIMS TEAM (0.3); FINAL PREPARATIONS ON PLEADINGS (0.5) AND ELECTRONICALLY FILE EDS SETTLEMENT MOTION ON DOCKET (0.6); DISTRIBUTE FILED PLEADING AND RECEIPT (0.2); COORDINATE SERVICE RE: SAME (0.2); FINAL PREPARATIONS ON PLEADINGS (0.5) AND ELECTRONICALLY FILE UMICORE SETTLEMENT MOTION ON DOCKET (0.6); DISTRIBUTE FILED PLEADING AND RECEIPT (0.2); COORDINATE SERVICE RE: SAME (0.2). |
| ZSOLDOS AF | 05/14/07 | 0.90 | PREPARE DOCUMENT (0.3) AND ELECTRONICALLY FILE NOTICE OF ADJOURNMENT OF CLAIMS (0.4); DISTRIBUTE FILED PLEADING AND RECEIPT RE: SAME (0.1); COORDINATE SERVICE RE: SAME (0.1). |
| ZSOLDOS AF | 05/16/07 | 0.80 | PREPARE DOCUMENT FOR FILING (0.3); ELECTRONICALLY FILE NOTICE OF ADJOURNMENT OF HEARING (0.3); DISTRIBUTE PLEADING AND COORDINATE SERVICE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 05/22/07 | 3.30 | PREPARE FOURTEENTH OMNIBUS CLAIMS OBJECTION FOR ELECTRONIC FILING (.6); ELECTRONICALLY FILE SAME (0.6); DISTRIBUTE FILED PLEADINGS AND RECEIPT (0.2); COORDINATE SERVICE (0.1); PREPARE FIFTEENTH OMNIBUS CLAIMS OBJECTION FOR ELECTRONIC FILING (.8); ELECTRONICALLY FILE SAME (0.7); DISTRIBUTE FILED PLEADINGS AND RECEIPT (0.2); COORDINATE SERVICE (0.1). |
| ZSOLDOS AF | 05/23/07 | 0.70 | DOCKET PULLS AND DISTRIBUTION (0.7). |
| ZSOLDOS AF | 05/25/07 | 4.80 | ELECTRONICALLY FILE NUMEROUS NOTICES OF PRESENTMENT RE: CLAIMS, INCLUDING REVIEW OF DOCUMENTS (2.3); FILE DOCUMENTS (1.3), DISTRIBUTE TO TEAM (0.6), AND COORDINATE SERVICE (0.6). |
| ZSOLDOS AF | 05/29/07 | 1.10 | PREPARE TO AND ELECTRONICALLY FILE NOTICES OF ADJOURNMENT (0.8); COORDINATE SERVICE AND DISTRIBUTION OF PLEADINGS (0.3). |
| ZSOLDOS AF | 05/30/07 | 2.20 | PREPARE REPLIES TO RESPONSES TO OMNIBUS OBJECTIONS FOR FILING (0.8); ELECTRONICALLY FILE REPLIES (1.1); COORDINATE SERVICE AND DISTRIBUTE PLEADINGS AS FILED (0.3). |
| ZSOLDOS AF | 05/31/07 | 2.40 | PREPARE AND REVIEW CLAIMS HEARING BINDER (2.4). |
| | | 34.10 | |
| **Total Legal Assistant** | | **167.80** | |
| NAKAI KM | 05/09/07 | 0.70 | ASSIST CASE TEAM WITH PROJECT MANAGEMENT (0.7). |
| NAKAI KM | 05/11/07 | 3.60 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY (3.6). |
| NAKAI KM | 05/14/07 | 0.70 | ASSIST CASE TEAM WITH PROJECT MANAGEMENT (0.7). |
| NAKAI KM | 05/16/07 | 1.70 | ASSIST CASE TEAM WITH PROJECT MANAGEMENT (1.7). |
| NAKAI KM | 05/17/07 | 1.40 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY (1.4). |
| NAKAI KM | 05/18/07 | 2.30 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY (2.3). |
| NAKAI KM | 05/22/07 | 2.10 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY (2.1). |
| NAKAI KM | 05/25/07 | 2.30 | ASSIST CASE TEAM WITH PROJECT MANAGEMENT (2.3). |
| | | 14.80 | |
| **Total Legal Assistant Specialist** | | **14.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WORSCHECK TM | 05/07/07 | 3.20 | PREPARE PROOF OF CLAIMS FOR ATTORNEY REVIEW (3.2). |
| WORSCHECK TM | 05/08/07 | 0.20 | UPDATE PROOF OF CLAIM FILES (0.2). |
| WORSCHECK TM | 05/22/07 | 4.20 | PREPARE DOCUMENTS RE: PROPOSED EIGHTEENTH OMNIBUS HEARING AGENDA FOR ATTORNEY REVIEW (4.2). |
| WORSCHECK TM | 05/25/07 | 6.30 | PREPARE DOCKETED AND UNDOCKETED CLAIMS RESPONSES FOR ATTORNEY REVIEW (1.7); ORGANIZE HE SERVICES DOCUMENT PRODUCTION IN DELPHI CORPORATION DATABASE FOR ATTORNEY REVIEW (4.6). |
| WORSCHECK TM | 05/30/07 | 2.10 | PREPARE DOCKETED RESPONSES FOR ATTORNEY REVIEW (2.1). |
| | | 16.00 | |

**Total Legal Assistant Support**          16.00

**TOTAL TIME**          <u>1,780.30</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 06/30/07
Claims Admin. (General)                               Bill Number: 1166514

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/01/07 | Lyons JK | 45.00 |
| Air/Rail Travel - vendor feed | 05/01/07 | Lyons JK | 102.75 |
| Air/Rail Travel - vendor feed | 05/02/07 | Diaz LB | 489.00 |
| Air/Rail Travel - vendor feed | 05/07/07 | Lyons JK | 171.05 |
| Air/Rail Travel - vendor feed | 05/07/07 | Lyons JK | 123.40 |
| Air/Rail Travel - vendor feed | 05/07/07 | Wharton JN | 305.91 |
| Air/Rail Travel - vendor feed | 05/07/07 | Lyons JK | 121.15 |
| Air/Rail Travel - vendor feed | 05/08/07 | Connors CP | 1,028.19 |
| Air/Rail Travel - vendor feed | 05/08/07 | Connors CP | -983.18 |
| Air/Rail Travel - vendor feed | 05/09/07 | Lyons JK | 969.26 |
| Air/Rail Travel - vendor feed | 05/09/07 | Wharton JN | 969.26 |
| Air/Rail Travel - vendor feed | 05/09/07 | Diaz LB | 1,198.68 |
| Air/Rail Travel - vendor feed | 05/09/07 | Lyons JK | 9.22 |
| Air/Rail Travel - vendor feed | 05/09/07 | Wharton JN | -924.26 |
| Air/Rail Travel - vendor feed | 05/14/07 | Howe EJ | 287.30 |
| Air/Rail Travel - vendor feed | 05/14/07 | Diaz LB | 287.30 |
| Air/Rail Travel - vendor feed | 05/14/07 | Wharton JN | 308.48 |
| Air/Rail Travel - vendor feed | 05/21/07 | Lyons JK | 287.30 |
| Air/Rail Travel - vendor feed | 05/21/07 | Lyons JK | 129.38 |
| Air/Rail Travel - vendor feed | 05/21/07 | Diaz LB | 119.38 |
| Air/Rail Travel - vendor feed | 05/21/07 | Wharton JN | 305.91 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/21/07 | Lyons JK | 39.22 |
| Air/Rail Travel - vendor feed | 05/21/07 | Wharton JN | 20.61 |
| Air/Rail Travel - vendor feed | 05/21/07 | Wharton JN | -20.61 |
| Air/Rail Travel - vendor feed | 05/21/07 | Wharton JN | -260.91 |
| Air/Rail Travel - vendor feed | 05/22/07 | Diaz LB | 147.72 |
| Air/Rail Travel - vendor feed | 05/22/07 | Lyons JK | 168.41 |
| Air/Rail Travel - vendor feed | 05/22/07 | Lyons JK | -123.40 |
| Air/Rail Travel - vendor feed | 05/22/07 | Wharton JN | 123.40 |
| Air/Rail Travel - vendor feed | 05/23/07 | Diaz LB | 969.26 |
| Air/Rail Travel - vendor feed | 05/23/07 | Wharton JN | 121.15 |
| Air/Rail Travel - vendor feed | 05/24/07 | Diaz LB | 487.90 |
| Air/Rail Travel - vendor feed | 05/29/07 | Wharton JN | 978.48 |
| Air/Rail Travel - vendor feed | 05/29/07 | Diaz LB | 978.48 |
| Air/Rail Travel - vendor feed | 05/29/07 | Diaz LB | 224.81 |
| Air/Rail Travel - vendor feed | 05/30/07 | Lyons JK | 978.48 |
| Air/Rail Travel - vendor feed | 05/30/07 | Lyons JK | -933.48 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$9,250.00** |
| In-house Reproduction | 05/01/07 | Copy Center, D | 1,126.97 |
| In-house Reproduction | 05/04/07 | Copy Center, D | 63.50 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 12.20 |
| In-house Reproduction | 05/15/07 | Copy Center, D | 573.58 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 97.90 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 217.49 |
| In-house Reproduction | 05/25/07 | Copy Center, D | 857.18 |
| In-house Reproduction | 05/29/07 | Copy Center, D | 710.18 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3,659.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 21.27 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 49.63 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 4.12 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.29 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.17 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 6.48 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.03 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 4.44 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 10.79 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.85 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.48 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 1.38 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$102.00** |
| Postage | 05/23/07 | Office Admin, D | 5.00 |
| | | **TOTAL POSTAGE** | **$5.00** |
| Lexis/Nexis | 05/01/07 | Kahn MT | 29.58 |
| Lexis/Nexis | 05/14/07 | Kahn MT | 96.30 |
| Lexis/Nexis | 05/15/07 | Kahn MT | 156.12 |
| | | **TOTAL LEXIS/NEXIS** | **$282.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Westlaw | 05/01/07 | Connors CP | 4.75 |
| Westlaw | 05/01/07 | Howe EJ | 156.15 |
| Westlaw | 05/02/07 | Connors CP | 20.87 |
| Westlaw | 05/02/07 | Howe EJ | 292.64 |
| Westlaw | 05/03/07 | VanLonkhuyzen CE | 96.30 |
| Westlaw | 05/07/07 | Howe EJ | 2.04 |
| Westlaw | 05/08/07 | Guzzardo J | 497.42 |
| Westlaw | 05/09/07 | Connors CP | 34.94 |
| Westlaw | 05/09/07 | Platt SJ | 85.38 |
| Westlaw | 05/09/07 | Howe EJ | 56.39 |
| Westlaw | 05/10/07 | Connors CP | 25.09 |
| Westlaw | 05/14/07 | Connors CP | 996.66 |
| Westlaw | 05/15/07 | Wharton JN | 248.42 |
| Westlaw | 05/15/07 | Connors CP | 282.83 |
| Westlaw | 05/15/07 | Grant K | 71.14 |
| Westlaw | 05/15/07 | Howe EJ | 218.82 |
| Westlaw | 05/16/07 | Platt SJ | 222.14 |
| Westlaw | 05/16/07 | Howe EJ | 38.58 |
| Westlaw | 05/17/07 | Connors CP | 32.05 |
| Westlaw | 05/17/07 | Howe EJ | 315.25 |
| Westlaw | 05/18/07 | Platt SJ | 128.21 |
| Westlaw | 05/18/07 | LaFalce MJ | 96.00 |
| Westlaw | 05/20/07 | Howe EJ | 304.09 |
| Westlaw | 05/21/07 | Howe EJ | 257.88 |
| Westlaw | 05/21/07 | LaFalce MJ | 207.90 |
| Westlaw | 05/22/07 | Connors CP | 209.83 |
| Westlaw | 05/22/07 | LaFalce MJ | 157.88 |
| Westlaw | 05/23/07 | LaFalce MJ | 87.85 |
| Westlaw | 05/23/07 | Meek A | 75.98 |
| Westlaw | 05/24/07 | Connors CP | 198.99 |
| Westlaw | 05/24/07 | LaFalce MJ | 87.84 |
| Westlaw | 05/24/07 | Meek A | 39.18 |
| Westlaw | 05/24/07 | Campanario ND | 371.57 |
| Westlaw | 05/25/07 | Connors CP | 9.50 |
| Westlaw | 05/25/07 | LaFalce MJ | 131.76 |
| Westlaw | 05/28/07 | Perl MW | 214.58 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Westlaw | 05/29/07 | Connors CP | 132.36 |
| Westlaw | 05/29/07 | Perl MW | 91.55 |
| Westlaw | 05/29/07 | LaFalce MJ | 332.40 |
| Westlaw | 05/30/07 | LaFalce MJ | 106.84 |
| Westlaw | 05/31/07 | Campanario ND | 151.95 |
| | | **TOTAL WESTLAW** | **$7,092.00** |
| Reproduction - color | 05/01/07 | Copy Center, D | 176.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$176.00** |
| Vendor Hosted Telecon-ferencing | 04/02/07 | Teleconferencing Services, LLC | 9.35 |
| Vendor Hosted Telecon-ferencing | 04/04/07 | Teleconferencing Services, LLC | 0.06 |
| Vendor Hosted Telecon-ferencing | 04/10/07 | Teleconferencing Services, LLC | 8.27 |
| Vendor Hosted Telecon-ferencing | 04/11/07 | Teleconferencing Services, LLC | 0.24 |
| Vendor Hosted Telecon-ferencing | 04/11/07 | Teleconferencing Services, LLC | 12.54 |
| Vendor Hosted Telecon-ferencing | 04/13/07 | Teleconferencing Services, LLC | 10.61 |
| Vendor Hosted Telecon-ferencing | 04/24/07 | Teleconferencing Services, LLC | 5.64 |
| Vendor Hosted Telecon-ferencing | 04/24/07 | Teleconferencing Services, LLC | 7.19 |
| Vendor Hosted Telecon-ferencing | 04/25/07 | Teleconferencing Services, LLC | 8.27 |
| Vendor Hosted Telecon-ferencing | 04/27/07 | Teleconferencing Services, LLC | 12.83 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$75.00** |
| Air/Rail Travel (external) | 05/15/07 | Meisler RE | 123.50 |
| Air/Rail Travel (external) | 05/22/07 | Lyons JK | 123.50 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$247.00** |
| Out-of-Town Travel | 05/01/07 | Wharton JN | 5.00 |
| Out-of-Town Travel | 05/02/07 | Wharton JN | 540.15 |
| Out-of-Town Travel | 05/02/07 | Wharton JN | 252.92 |
| Out-of-Town Travel | 05/03/07 | Diaz LB | 224.88 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 05/03/07 | Diaz LB | 172.78 |
| Out-of-Town Travel | 05/07/07 | Lyons JK | 32.00 |
| Out-of-Town Travel | 05/07/07 | Lyons JK | 122.04 |
| Out-of-Town Travel | 05/08/07 | Wharton JN | 202.28 |
| Out-of-Town Travel | 05/08/07 | Wharton JN | 252.30 |
| Out-of-Town Travel | 05/09/07 | Diaz LB | 535.24 |
| Out-of-Town Travel | 05/10/07 | Lyons JK | 46.00 |
| Out-of-Town Travel | 05/10/07 | Lyons JK | 639.31 |
| Out-of-Town Travel | 05/14/07 | Diaz LB | 17.00 |
| Out-of-Town Travel | 05/15/07 | Meisler RE | 404.55 |
| Out-of-Town Travel | 05/15/07 | Meisler RE | 18.80 |
| Out-of-Town Travel | 05/15/07 | Meisler RE | 98.25 |
| Out-of-Town Travel | 05/15/07 | Howe EJ | 277.17 |
| Out-of-Town Travel | 05/15/07 | Howe EJ | 418.28 |
| Out-of-Town Travel | 05/16/07 | Wharton JN | 418.28 |
| Out-of-Town Travel | 05/16/07 | Wharton JN | 271.68 |
| Out-of-Town Travel | 05/17/07 | Diaz LB | 252.49 |
| Out-of-Town Travel | 05/17/07 | Diaz LB | 634.28 |
| Out-of-Town Travel | 05/18/07 | Diaz LB | 306.67 |
| Out-of-Town Travel | 05/18/07 | Diaz LB | 306.67 |
| Out-of-Town Travel | 05/21/07 | Diaz LB | 17.00 |
| Out-of-Town Travel | 05/22/07 | Lyons JK | 30.00 |
| Out-of-Town Travel | 05/22/07 | Lyons JK | 252.61 |
| Out-of-Town Travel | 05/23/07 | Wharton JN | 202.27 |
| Out-of-Town Travel | 05/23/07 | Wharton JN | 193.89 |
| Out-of-Town Travel | 05/23/07 | Diaz LB | 432.01 |
| Out-of-Town Travel | 05/23/07 | Diaz LB | 193.20 |
| Out-of-Town Travel | 05/24/07 | Diaz LB | 433.20 |
| Out-of-Town Travel | 05/29/07 | Diaz LB | 17.00 |
| Out-of-Town Travel | 05/31/07 | Wharton JN | 7.80 |

|  |  |  |
|---|---|---:|
| | **TOTAL OUT-OF-TOWN TRAVEL** | **$8,228.00** |
| Other Professional Fees 05/17/07 | Alliance Benefit Group | 3,500.00 |
| | **TOTAL OTHER PROFESSIONAL FEES** | **$3,500.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Filing/Court Fees | 05/01/07 | Earegood Court Services | 80.00 |
| Filing/Court Fees | 05/08/07 | Sasm&F Chicago | 80.00 |
| Filing/Court Fees | 05/09/07 | Legal Assistants, Inc. | 95.00 |
| Filing/Court Fees | 05/22/07 | Sasm&F Chicago | 95.00 |
| | | **TOTAL FILING/COURT FEES** | **$350.00** |
| Messengers/ Courier | 05/01/07 | Dist Serv/Mail/Page, D | 11.95 |
| Messengers/ Courier | 05/02/07 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 05/03/07 | Dist Serv/Mail/Page, D | 32.58 |
| Messengers/ Courier | 05/03/07 | OSMIO | 105.84 |
| Messengers/ Courier | 05/06/07 | Arrow Messenger Svc | 18.96 |
| Messengers/ Courier | 05/09/07 | Dist Serv/Mail/Page, D | 41.97 |
| Messengers/ Courier | 05/13/07 | Arrow Messenger Svc | 50.16 |
| Messengers/ Courier | 05/14/07 | Dist Serv/Mail/Page, D | 6.49 |
| Messengers/ Courier | 05/14/07 | Dist Serv/Mail/Page, D | 12.05 |
| Messengers/ Courier | 05/18/07 | Dist Serv/Mail/Page, D | 6.49 |
| Messengers/ Courier | 05/18/07 | Dist Serv/Mail/Page, D | 6.49 |
| Messengers/ Courier | 05/21/07 | Dist Serv/Mail/Page, D | 47.22 |
| Messengers/ Courier | 05/22/07 | Dist Serv/Mail/Page, D | 9.61 |
| Messengers/ Courier | 05/23/07 | Dist Serv/Mail/Page, D | 12.05 |
| Messengers/ Courier | 05/25/07 | Dist Serv/Mail/Page, D | 6.49 |
| Messengers/ Courier | 05/25/07 | Dist Serv/Mail/Page, D | 6.49 |
| Messengers/ Courier | 05/29/07 | Dist Serv/Mail/Page, D | 31.01 |
| Messengers/ Courier | 05/30/07 | Dist Serv/Mail/Page, D | 9.59 |
| Messengers/ Courier | 05/31/07 | Dist Serv/Mail/Page, D | 20.12 |
| | | **TOTAL MESSENGERS/ COURIER** | **$442.00** |
| Out-of-Town Meals | 05/01/07 | Wharton JN | 5.29 |
| Out-of-Town Meals | 05/01/07 | Wharton JN | 9.93 |
| Out-of-Town Meals | 05/02/07 | Diaz LB | 2.70 |
| Out-of-Town Meals | 05/02/07 | Wharton JN | 15.26 |
| Out-of-Town Meals | 05/02/07 | Wharton JN | 17.19 |
| Out-of-Town Meals | 05/03/07 | Diaz LB | 45.50 |
| Out-of-Town Meals | 05/03/07 | Diaz LB | 10.14 |
| Out-of-Town Meals | 05/07/07 | Lyons JK | 9.22 |
| Out-of-Town Meals | 05/07/07 | Wharton JN | 5.25 |
| Out-of-Town Meals | 05/07/07 | Wharton JN | 19.87 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 05/08/07 | Wharton JN | 9.18 |
| Out-of-Town Meals | 05/08/07 | Wharton JN | 4.13 |
| Out-of-Town Meals | 05/09/07 | Diaz LB | 4.34 |
| Out-of-Town Meals | 05/09/07 | Diaz LB | 16.26 |
| Out-of-Town Meals | 05/14/07 | Diaz LB | 4.47 |
| Out-of-Town Meals | 05/15/07 | Howe EJ | 7.43 |
| Out-of-Town Meals | 05/15/07 | Howe EJ | 3.90 |
| Out-of-Town Meals | 05/15/07 | Howe EJ | 18.27 |
| Out-of-Town Meals | 05/15/07 | Meisler RE | 24.74 |
| Out-of-Town Meals | 05/15/07 | Meisler RE | 3.55 |
| Out-of-Town Meals | 05/15/07 | Wharton JN | 27.67 |
| Out-of-Town Meals | 05/15/07 | Wharton JN | 134.99 |
| Out-of-Town Meals | 05/15/07 | Wharton JN | 5.08 |
| Out-of-Town Meals | 05/15/07 | Meisler RE | 15.93 |
| Out-of-Town Meals | 05/16/07 | Wharton JN | 3.51 |
| Out-of-Town Meals | 05/16/07 | Howe EJ | 29.25 |
| Out-of-Town Meals | 05/16/07 | Howe EJ | 14.99 |
| Out-of-Town Meals | 05/16/07 | Diaz LB | 10.34 |
| Out-of-Town Meals | 05/17/07 | Howe EJ | 19.26 |
| Out-of-Town Meals | 05/17/07 | Diaz LB | 10.34 |
| Out-of-Town Meals | 05/17/07 | Diaz LB | 77.63 |
| Out-of-Town Meals | 05/17/07 | Diaz LB | 13.49 |
| Out-of-Town Meals | 05/18/07 | Diaz LB | 5.03 |
| Out-of-Town Meals | 05/18/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 05/22/07 | Wharton JN | 83.95 |
| Out-of-Town Meals | 05/22/07 | Wharton JN | 4.11 |
| Out-of-Town Meals | 05/22/07 | Lyons JK | 24.00 |
| Out-of-Town Meals | 05/23/07 | Wharton JN | 5.77 |
| Out-of-Town Meals | 05/23/07 | Wharton JN | 6.66 |
| Out-of-Town Meals | 05/23/07 | Diaz LB | 8.99 |
| Out-of-Town Meals | 05/23/07 | Diaz LB | 25.35 |
| Out-of-Town Meals | 05/29/07 | Wharton JN | 5.68 |
| Out-of-Town Meals | 05/30/07 | Wharton JN | 70.84 |
| Out-of-Town Meals | 05/30/07 | Wharton JN | 20.00 |
| Out-of-Town Meals | 05/31/07 | Wharton JN | 33.50 |

**TOTAL OUT-OF-TOWN MEALS** $897.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Outside Re-search/Internet Services | 04/29/07 | ChoicePoint Inc. | 295.68 |
| Outside Re-search/Internet Services | 04/30/07 | ChoicePoint Public Records, Inc. | 5.00 |
| Outside Re-search/Internet Services | 05/07/07 | Diaz LB | 32.32 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$333.00** |
| Telco-Non Astra | 05/10/07 | Telecommunications, D | 8.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$8.00** |
| OCR Processing | 04/06/07 | Peresiper R | 3,801.05 |
| OCR Processing | 05/25/07 | Lopez N | 8.90 |
| OCR Processing | 05/26/07 | Peresiper R | 237.05 |
| OCR Processing | 05/27/07 | Peresiper R | 132.00 |
| | | **TOTAL OCR PROCESSING** | **$4,179.00** |
| Printing to paper from TIF | 04/26/07 | Foley PM | 198.32 |
| Printing to paper from TIF | 05/01/07 | Copy Center, D | 50.22 |
| Printing to paper from TIF | 05/02/07 | Copy Center, D | 5.28 |
| Printing to paper from TIF | 05/07/07 | Copy Center, D | 23.59 |
| Printing to paper from TIF | 05/08/07 | Copy Center, D | 23.03 |
| Printing to paper from TIF | 05/09/07 | Copy Center, D | 75.41 |
| Printing to paper from TIF | 05/09/07 | Copy Center, D | 13.99 |
| Printing to paper from TIF | 05/14/07 | Copy Center, D | 38.54 |

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Printing to paper from TIF | 05/15/07 | Copy Center, D | 25.91 |
| Printing to paper from TIF | 05/17/07 | Copy Center, D | 47.98 |
| Printing to paper from TIF | 05/22/07 | Copy Center, D | 58.54 |
| Printing to paper from TIF | 05/31/07 | Copy Center, D | 19.19 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$580.00** |
| Print-to-TIF | 04/24/07 | Foley PM | 1,700.32 |
| Print-to-TIF | 05/17/07 | Laughran KA | 595.68 |
| | | **TOTAL PRINT-TO-TIF** | **$2,296.00** |
| Internal Catering-NY | 05/09/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 05/23/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 05/23/07 | Butler, Jr. J | 240.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$780.00** |
| Wireless - Mobile/Cellular/Pager | 05/04/07 | Connors CP | 10.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$10.00** |
| | | **TOTAL MATTER** | **$42,491.00** |