SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-2
REORGANIZATION PLAN / PLAN SPONSORS
4,979.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    Bill Date: 03/31/07
**Reorganization Plan / Plan Sponsors**                         Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/02/07 | 0.20 | EMAILS TO/FROM B. ROSENBERG RE: EPCA MATTERS (0.2). |
| BUTLER, JR. J | 02/06/07 | 1.70 | PREPARE FOR AND PARTICIPATE IN SEVERAL PLAN INVESTOR TELECONFERENCES (0.8); CONFERENCE WITH S. MILLER, J. SHEEHAN AND OTHERS RE: POTENTIAL TRANSACTION AND NDA AGREEMENT, ETC. (0.9). |
| BUTLER, JR. J | 02/11/07 | 0.40 | REVIEW FRAMEWORK AND TIMETABLE ISSUES (0.4). |
| BUTLER, JR. J | 02/20/07 | 0.60 | BEGIN TO REVIEW AND COMMENT ON DRAFT EPCA AMENDMENT (0.3); FOLLOW-UP ON APPALOOSA AND HARBINGER DUE DILIGENCE MATTERS (0.3). |
| BUTLER, JR. J | 02/21/07 | 0.40 | CONTINUE TO REVIEW AND COMMENT ON DRAFT EPCA AMENDMENT RE: HSR AND FEBRUARY 28TH DEADLINES (0.4). |
| BUTLER, JR. J | 02/22/07 | 0.30 | CONTINUE TO REVIEW AND COMMENT ON DRAFT EPCA AMENDMENT RE HSR AND FEBRUARY 28TH DEADLINES (0.2); EMAILS FROM/TO G. BRAY RE SAME (0.1). |
| BUTLER, JR. J | 02/23/07 | 1.20 | RECEIVE AND REVIEW ALTERNATIVE PLAN INVESTOR DISCUSSION TERM SHEET (0.6); EMAILS FROM/TO S. MILLER, R. O'NEAL, J. SHEEHAN AND B. SHAW RE SAME (0.3); FOLLOW-UP RE SIDE BY SIDE COMPARISON ANALYSIS (0.2); REVIEW EMAILS RED HRS EXTENSION (0.1). |
| BUTLER, JR. J | 02/25/07 | 0.40 | REVIEW PLAN INVESTOR SIDE BY SIDE COMPARISON AND ANALYSIS (0.4). |
| BUTLER, JR. J | 02/26/07 | 0.30 | CONTINUE TO REVIEW PLAN INVESTOR SIDE BY SIDE COMPARISON AND ANALYSIS (0.2); REVIEW EMAILS RE FURTHER HRS EXTENSION (0.1). |
| BUTLER, JR. J | 02/27/07 | 2.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) TELECONFERENCE WITH G. BRAY AND G. PRYOR RE: EPCA AMENDMENT; TELECONFERENCES WITH J. SHEEHAN (0.3, 0.2) AND S. CORCORAN (0.2) RE: SAME; REVIEW AND NEGOTIATE EPCA AMENDMENT (0.6); EMAIL FROM G. BRAY RE SAME (0.1); REVIEW REVISED PLAN IVNESTOR SIDE-BY-SIDE ANALYSIS (0.3); EMAILS FROM/TO J. TANENBAUM RE EPCA MATTERS (0.2). |
| BUTLER, JR. J | 02/28/07 | 0.60 | FOLLOW-UP AT COMPANY RE IMPLEMENTATION OF EPCA AMENDMENT (0.2); REVIEW MATERIALS FROM J. SHEEHAN RE PLAN INVESTOR EXPENSES AND ISSUES (0.2); EMAILS TO GM AND STATUTORY COMMITTEE RE SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | **8.70** |  |
|---|---|---|---|
| COCHRAN EL | 02/15/07 | 1.10 | TELECONFERENCES RE: NDA ISSUES (1.1). |
| COCHRAN EL | 02/20/07 | 1.60 | PREPARE AMENDMENT TO EPCA (1.6). |
| COCHRAN EL | 02/21/07 | 3.10 | WORK ON EPCA AMENDMENT (3.1). |
| COCHRAN EL | 02/23/07 | 6.80 | REVIEW PROPOSAL (2.1); REVIEW OF AMENDMENT TO EPCA RE: TERMINATION PROVISIONS (4.7). |
| COCHRAN EL | 02/24/07 | 2.10 | PREPARE SLIDES FOR DTM ON EQUITY COMMITTEE PROPOSAL (2.1). |
| COCHRAN EL | 02/26/07 | 2.80 | REVIEW ISSUES RELATING TO POSSIBLE EPCA AMENDMENTS (2.8). |
| COCHRAN EL | 02/27/07 | 5.40 | WORK ON AMENDMENT TO EPCA (5.4). |
| COCHRAN EL | 02/28/07 | 1.50 | FINALIZED ECPA AMENDMENT (1.5). |
|  |  | **24.40** |  |
| GIBSON ML | 02/15/07 | 0.40 | REVIEW ECPA WAIVER LETTER, REVIEW AGREEMENT PROVISIONS AND DISCUSSIONS RE: SAME (0.4). |
| GIBSON ML | 02/20/07 | 1.50 | REVIEW CHART AND CALLS WITH WORKING GROUP RE: SAME (1.3); TELECONFERENCES RE: EPCA ISSUES (0.2). |
| GIBSON ML | 02/21/07 | 0.70 | REVIEW AND COMMENT ON DRAFTS OF EPCA AMENDMENT AND MULTIPLE TELECONFERENCES/CORRESPONDENCE RE: SAME (0.7). |
| GIBSON ML | 02/27/07 | 0.20 | TELECONFERENCES RE: HSR TIMING AND EPCA AMENDMENT (0.2). |
|  |  | **2.80** |  |
| HOGAN III AL | 02/01/07 | 2.00 | CONFERENCE WITH N. STUART RE: DEVELOPMENT OF PLAN (0.4); REVIEW MATERIALS AND CONSIDER LITIGATION ISSUES CONCERNING PLAN PROCESS (1.6). |
| HOGAN III AL | 02/02/07 | 2.20 | CONTINUE TO RESEARCH AND ANALYSIS OF EXCHANGE ACT SECURITIES REGISTRATION ISSUE, AND MULTIPLE DISCUSSIOSN WITH E. COCHRAN AND J. GUZZARDO RE: SAME (2.2). |
| HOGAN III AL | 02/16/07 | 1.20 | REVIEW AND CONSIDER DUE DILIGENCE ISSUES IN CONNECTION WITH EPCA IMPLEMENTATION, AND REVIEW CORRESPONDENCE AND CHARTS IN CONNECITON WITH SAME (1.2). |
| HOGAN III AL | 02/19/07 | 1.20 | ANALYZE DUE DILIGENCE ISSUES IN LIGHT OF EPCA REQUIREMENTS, AND ADVISE RESTRUCTURING TEAM (R. MEISLER) OF PROPOSED STEPS (1.2). |
| HOGAN III AL | 02/23/07 | 1.20 | PARTICIPATE IN TELECONFERENCE WITH R. MEISLER RE: PLAN INVESTOR DUE DILIGENCE STATUS (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

7.80

| HUSER HL | 02/07/07 | 0.50 | REVIEW EMAILS AND DATA RE: NON-US ANTITRUST FILING ISSUES (0.5). |
|----------|----------|------|------------------------------------------------------------------|
| HUSER HL | 02/08/07 | 0.50 | REVIEW EMAILS AND DATA RE: NON-US ANTITRUST FILINGS ANALYSIS (0.5). |
| HUSER HL | 02/09/07 | 0.20 | REVIEW AND SEND EMAILS RE: NON-US ANTITRUST FILINGS (0.2). |
| HUSER HL | 02/12/07 | 0.30 | REVIEW ALTERNATIVE DEAL STRUCTURE ANALYSIS OF INVESTORS (0.2). |
| HUSER HL | 02/14/07 | 0.50 | REVIEW DATA RE: NON-US ANTITRUST FILINGS (0.5). |
| HUSER HL | 02/15/07 | 0.20 | REVIEW AND SEND EMAILS AND REVIEW DRAFT EC INITIAL CONTACT LETTER (0.2). |
| HUSER HL | 02/21/07 | 0.20 | REVIEW DRAFT EC BRIEFING PAPER SUBMISSION (0.2). |
| HUSER HL | 02/22/07 | 0.30 | REVIEW DELPHI-DANA HORIZONTAL OVERLAPS ANALYSIS (0.3). |
| HUSER HL | 02/23/07 | 0.70 | REVIEW DATA AND EDIT EMAIL RE: ECMR PROCEDURAL RULES (0.7). |
| | | 3.40 | |

| MARAFIOTI KA | 02/01/07 | 0.90 | DEVELOP STRATEGY RE: REORGANIZATION PLAN ISSUES (0.9). |
|--------------|----------|------|--------------------------------------------------------|
| MARAFIOTI KA | 02/10/07 | 0.40 | REVIEW AND REVISE TALKING POINTS RE: SECTION 1145 (0.4). |
| MARAFIOTI KA | 02/11/07 | 1.00 | REVIEW MEMO RE: SECTION 1145 (1.0). |
| MARAFIOTI KA | 02/16/07 | 0.50 | UPDATE RE: STATUS OF FRAMEWORK NEGOTIATIONS (0.1) AND RESEARCH PLAN ISSUES (0.4). |
| MARAFIOTI KA | 02/19/07 | 0.60 | CONSIDER ISSUES RE: AHC DUE DILIGENCE (0.3) AND REVIEW CORRESPONDENCE RE: SAME (0.3). |
| MARAFIOTI KA | 02/20/07 | 0.90 | WORK ON CORRESPONDENCE TO AHC RE: DUE DILIGENCE (0.3) AND CONSIDER DUE DILIGENCE ISSUES (0.3); REVIEW REVISED DRAFT OF EPCA AMENDMENT (0.3). |
| MARAFIOTI KA | 02/21/07 | 1.60 | REVIEW EQUITY COMMITTEE LETTER TO S. MILLER (0.2) AND CONSIDER ISSUES RE: SAME (0.4); REVIEW EPCA PROPOSE REVISION AND RELATED CORRESPONDENCE (0.5); CONSIDER EU ANTITRUST ISSUES (0.5). |
| MARAFIOTI KA | 02/23/07 | 0.30 | CORRESPONDENCE RE: PLAN REVISION POSITIONS (0.1); REVIEW EQUITY COMMITTEE CORRESPONDENCE AND PROPOSAL (0.2). |
| MARAFIOTI KA | 02/25/07 | 0.10 | CORRESPONDENCE RE: AHC DUE DILIGENCE (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 02/27/07 | 1.20 | REVIEW FRESHFIELDS REVISED EC ANTI-TRUST BRIEFING PAPER (0.8) AND CONSIDER ISSUES RE: SAME (0.4). |
| MARAFIOTI KA | 02/28/07 | 0.20 | REVIEW EPCA AMENDMENT AND RELATED CORRESPONDENCE (0.2). |
| | | **7.70** | |
| PANAGAKIS GN | 02/02/07 | 1.50 | REVIEW REVISED PLAN (1.5). |
| PANAGAKIS GN | 02/20/07 | 1.20 | REVIEW EPCA AMENDMENT (0.4); ATTENTION TO RELATED MATTERS (0.8). |
| PANAGAKIS GN | 02/21/07 | 0.80 | ATTENTION TO EPCA AMENDMENT (0.8). |
| PANAGAKIS GN | 02/23/07 | 1.60 | REVIEW EQUITY COMMITTEE PROPOSAL AND FURTHER ATTENTION TO SAME (1.6). |
| PANAGAKIS GN | 02/24/07 | 1.10 | REVIEW MATERIALS FROM EQUITY COMMITTEE RE: ALTERNATIVES STRUCTURES AND PRIOR MATERIALS FROM HYLAND (1.1). |
| PANAGAKIS GN | 02/25/07 | 0.70 | REVIEW COMPARISON CHART OF VARIOUS RESTRUCTURING PROPOSALS (0.7). |
| PANAGAKIS GN | 02/26/07 | 0.40 | ATTENTION TO EPCA AMENDMENT (0.4). |
| PANAGAKIS GN | 02/28/07 | 0.80 | REVIEW EPCA AMENDMENT AND CONSIDERATION OF NEXT STEPS RE: PLAN (0.8). |
| | | **8.10** | |
| **Total Partner** | | **62.90** | |
| MATZ TJ | 02/01/07 | 0.80 | CONSIDER VARIOUS MATTERS RE: PLAN (0.8). |
| MATZ TJ | 02/21/07 | 1.00 | REVIEW CORRESPONDENCE FROM EQUITY COMMITTEE TO BOARD RE: EQUITY PURCHASE COMMITMENT AGREEMENT AND PLAN SUPPORT AGREEMENT (0.2); REVIEW ANTI-TRUST EUROPEAN DISCLOSURE MATTER (0.8). |
| | | **1.80** | |
| ~~NISA JP~~ | ~~02/21/07~~ | ~~2.00~~ | ~~READ AND REVIEW 1 1/2 BOXES OF POTENTIAL 4(C) DOCUMENTS (2.0).~~ |
| ~~NISA JP~~ | ~~02/23/07~~ | ~~1.80~~ | ~~REVIEW AND READ ADDITIONAL 4(C) DOCUMENTS; REVIEW DRAFT OF HSR FORM AND OTHER MATERIALS (1.8).~~ |
| | | ~~**3.80**~~ | |
| **Total Counsel** | | **5.60** | |
| BELIN R | 02/06/07 | 1.00 | TELECONFERENCE WITH M. FAKUDA; TELECONFERENCES WITH WORKING GROUP RE: EXTENSION; SENT CLIENT 4A/4B DATA (1.0). |
| BELIN R | 02/07/07 | 0.80 | PRE AND POST HSR CALL (0.8). |
| BELIN R | 02/15/07 | 0.90 | TELECONFERENCE/EXTENSION HR ISSUE; RESEARCHED PAYMENT-REIMBURSEMENT ISSUE RE: AGREEMENTS (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BELIN R | 02/16/07 | 0.60 | TELECONFERENCE/EMAIL WORKING GROUP TO COORDINATE DOCUMENTS; REVIEW RECEIVED LETTER, ETC. (0.6). |
| BELIN R | 02/19/07 | 1.00 | REVIEW DOCUMENTS FROM CLIENT; TELECONFERENCES WITH CLIENT RE: 4C DOCUMENTS AND HSR FILING (1.0). |
| BELIN R | 02/20/07 | 6.80 | REVIEW DOCUMENTS AND PLANNING FOR HSR FILING (6.8). |
| BELIN R | 02/21/07 | 1.50 | SPOKE WITH CLIENT ON VARIOUS ISSUES; REVIEWED DOCUMENTS (1.5). |
| BELIN R | 02/26/07 | 1.80 | REVIEW DOCUMENTS AND DRAFT FORM; CALLS RE: EXTENSION (1.8). |
| BELIN R | 02/27/07 | 0.20 | REVIEW DOCUMENTS RE: EXTENSION; CALLS (0.2). |
| BELIN R | 02/28/07 | 0.20 | REVIEW INFORMATION RE: CALLS (0.2). |
| | | 14.80 | |
| BOLTON IS | 02/01/07 | 9.40 | CONTINUE TO INDEX DOCUMENTS PER SUBSIDIARY RE: DATA ROOM FOR PLAN INVESTORS (8.2); REVIEW PLAN INVESTORS' EDIT OF RESPONSE FOLLOWING TELECONFERENCE (1.2). |
| BOLTON IS | 02/02/07 | 5.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (1.7); COMMUNICATE WITH CLIENT RE: SAME (0.8); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (1.4); COMMUNICATE WITH WORKING GROUP RE: SAME (1.3). |
| BOLTON IS | 02/04/07 | 1.60 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (1.0); COMMUNICATE WITH WORKING GROUP RE: SAME (0.6). |
| BOLTON IS | 02/05/07 | 1.80 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (1.8). |
| BOLTON IS | 02/06/07 | 9.10 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (3.8); COMMUNICATE WITH CLIENT RE: SAME (3.0); COMMUNICATE WITH WORKING GROUP RE: SAME (2.3). |
| BOLTON IS | 02/07/07 | 9.20 | CONTINUE TO REVIEW DOCUMENTS, UPDATE INDEX, AND POPULATE DATA ROOM RE: PHYSICAL DATA ROOM FOR PLAN INVESTORS (3.2); COMMUNICATE WITH CLIENT RE: SAME (2.2); DRAFT COVER LETTERS AND INDICES AND SEND OUT DOCUMENTS TO PLAN INVESTORS' COUNSEL RE: SAME (1.8); COMMUNICATE WITH WORKING GROUP RE: SAME (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 02/08/07 | 10.50 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (3.6); COMMUNICATE WITH WORKING GROUP RE: SAME (2.1); COMMUNICATE WITH CLIENT RE: SAME (2.8); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (2.0). |
| BOLTON IS | 02/09/07 | 9.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (3.9); COMMUNICATE WITH WORKING GROUP RE: SAME (2.1); COMMUNICATE WITH PLAN INVESTROS' COUNSEL RE: SAME (0.7); TELECONFERENCE WITH CLIENT AND WORKING GROUP RE: SAME (1.4); COMMUNICATE WITH CLIENT RE: SAME (1.1). |
| BOLTON IS | 02/10/07 | 2.80 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: DATA ROOM FOR PLAN INVESTORS (2.4); COMMUNICATE WITH WORKING GROUP RE: SAME (0.4). |
| | | 58.80 | |
| FERN BM | 02/02/07 | 0.20 | REVIEW AND EVALUATE DILIGENCE REQUESTS RE: IT AGREEMENTS (0.2). |
| FERN BM | 02/06/07 | 0.20 | REVIEW STATUS OF OPEN DILIGENCE ISSUES (0.2). |
| FERN BM | 02/09/07 | 0.90 | REVIEW AND COMMENT ON LANGUAGE RE: HILCO AND KPMG LETTERS (0.4); REVIEW ISSUES AND FORMULATE STRATEGY RE: HILCO AND KPMG REPORT (0.5). |
| FERN BM | 02/21/07 | 1.70 | REVIEW AND UPDATE LETTER RE: KPMG REPORT (1.5); EMAIL TO W. TILOTTI RE: SAME (0.2). |
| FERN BM | 02/22/07 | 0.40 | REVIEW DOCUMENTS RE: KEY EVENTS IN HISTORY OF DELPHI (0.4). |
| FERN BM | 02/27/07 | 0.30 | ATTENTION TO ISSUES RE: KPMG REPORT (0.3). |
| | | 3.70 | |
| GANITSKY DI | 02/01/07 | 1.20 | WORK ON DOCUMENTS REQUIRED BY EPCA (1.2). |
| GANITSKY DI | 02/06/07 | 2.80 | WORK ON NDA WITH THIRD PARTY INCLUDING DRAFTING SAME AND EDITING BASED ON INTERNAL COMMENTS AND COMMENTS FROM OTHER SIDE (2.8). |
| GANITSKY DI | 02/07/07 | 0.80 | WORK ON PREFERRED STOCK UNDER EPCA (0.8). |
| GANITSKY DI | 02/08/07 | 0.70 | WORK ON DRAFTING PREFERRED STOCK AS CONTEMPLATED BY EPCA (0.3); CONSIDERATION OF POSSIBLE MODIFICATIONS TO EPCA (0.4). |
| GANITSKY DI | 02/11/07 | 1.60 | REVIEW MATTERS RE: PREFERRED STOCK UNDER EPCA AS WELL AS ORGANIZATIONAL DOCUMENTS OF COMPANY EMERGING FROM BANKRUPTCY (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GANITSKY DI | 02/15/07 | 0.40 | MATTERS RE: CHARTER AND BYLAWS OF DELPHI AFTER EMERGENCE (0.4). |
| GANITSKY DI | 02/16/07 | 0.80 | TELECONFERENCE RE: EPCA MATTERS AND FOLLOW UPS RE: SAME (0.8). |
| GANITSKY DI | 02/19/07 | 6.80 | WORK ON COVENANT COMPLIANCE TABLE UNDER EPCA (5.1); WORK ON DRAFTING AMENDMNET TO EPCA AND RELATED CORRESPONDENCE TO AMENDMENT (1.7). |
| GANITSKY DI | 02/20/07 | 4.90 | DISCUSSION WITH E. COCHRAN RE: EPCA AMENDMENT AS WELL AS TELECONFERENCES WITH CLIENT AND OTHER MEMBERS OF SKADDEN TEAM AS WELL AS DRAFTING OF SAME (2.2); REVISIONS TO AMENDMENT BASED ON COMMENTS OF CLIENT (1.4); CONTINUE TO WORK ON COVENANT COMPLIANCE TABLE (1.3). |
| GANITSKY DI | 02/21/07 | 3.50 | REVISE EPCA AMENDMENT AND CALLS RE: SAME BASED ON CALLS WITH AND COMMENTS FROM CLIENT AND SKADDEN TEAM (2.3); REVISE EPCA COVENANT COMPLIANCE TABLE BASED ON INTERNAL COMMENTS (1.2). |
| GANITSKY DI | 02/23/07 | 3.50 | REVIEW AND COMMENT ON EC ANTITRUST DOCUMENT (1.2); WORK ON POSSIBLE LETTER RE: EXTENSION OF ANTITRUST PERIOD UNDER EPCA AND TELECONFERENCE WITH CLIENT RE: SAME (0.8); REVIEW OF PROPOSAL FROM COMMITTEE (0.7); MATTERS RE: EPCA AMENDMENT AND STRATEGY RE: SAME (0.8). |
| GANITSKY DI | 02/24/07 | 2.80 | REVIEW PROPOSAL FROM EPCA AND WORK ON SUMMARY COMPARING SUCH OFFER TO PREVIOUS OFFERS WITH N. STUART (2.8). |
| GANITSKY DI | 02/26/07 | 0.70 | REVIEW AND COMMENT ON EUROPEAN ANTITRUST PAPER (0.7). |
| GANITSKY DI | 02/27/07 | 8.50 | MATTERS RE: EUROPEAN ANTITRUST PAPER (0.6); MATTERS RE: EPCA AMENDMENT INCLUDING TURNING OF SAME AND TELECONFERENCES RE: SAME INCLUDING INTERNAL SKADDEN CALLS, TELECONFERENCES WITH CLIENT AND TELECONFERENCES WITH OTHERS SIDE (7.9). |
| GANITSKY DI | 02/28/07 | 5.00 | MATTERS RE: EPCA AMENDMENT INCLUDING TELECONFERENCES WITH CLIENT AND OTHER SIDE AND SKADDEN TEAM AND REVISIONS TO SAME (5.0). |
| | | **44.00** | |
| GUZZARDO J | 02/06/07 | 7.30 | DOCUMENT REVIEW IN CONNECTION WITH PLAN INVESTER DUE DILIGENCE (7.3). |
| GUZZARDO J | 02/07/07 | 8.30 | DOCUMENT REVIEW IN CONNECTION WITH PLAN INVESTOR DUE DILIGENCE (8.3). |
| GUZZARDO J | 02/08/07 | 4.90 | REVIEW DOCUMENTS IN CONNECTION WITH PLAN INVESTOR DUE DILIGENCE (4.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GUZZARDO J | 02/09/07 | 2.50 | DOCUMENT REVIEW AND PRODUCTION COORDINATION FOR PLAN INVESTOR DUE DILIGENCE (2.5). |
| GUZZARDO J | 02/12/07 | 3.50 | CONTINUE DOCUMENT REVIEW AND PRODUCTION COORDINATION FOR PLAN INVESTOR DUE DILIGENCE (3.5). |
| GUZZARDO J | 02/13/07 | 2.00 | DOCUMENT REVIEW OF MATERIAL FOR INCLUSION IN PLAN INVESTOR DATA ROOM (2.0). |
| GUZZARDO J | 02/14/07 | 3.00 | DOCUMENT REVIEW AND COORDINATION OF DOCUMENT GATHERING FOR PLAN INVESTOR DATA ROOM (3.0). |
| GUZZARDO J | 02/15/07 | 0.80 | DOCUMENT REVIEW AND COORDINATION IN CONNECTION WITH PLAN INVESTOR DATA ROOM MATERIALS (0.8). |
| GUZZARDO J | 02/16/07 | 0.50 | DOCUMENT REVIEW AND COORDINATION OF MATERIALS FOR PLAN INVESTOR DATA ROOM (0.5). |
| GUZZARDO J | 02/19/07 | 7.90 | DOCUMENT GATHERING AND REVIEW OF MATERIALS FOR INCLUSION IN PLAN INVESTOR DATA ROOM (7.9). |
| GUZZARDO J | 02/20/07 | 2.50 | DOCUMENT REVIEW AND PRODUCTION COORDINATION IN CONNECTION WITH PLAN INVESTOR DATA ROOM (2.5). |
| GUZZARDO J | 02/21/07 | 6.20 | DOCUMENT REVIEW AND COORDINATION IN CONNECTION WITH PLAN INVESTOR DATA ROOM (6.2). |
| GUZZARDO J | 02/22/07 | 3.80 | DOCUMENT REVIEW AND PRODUCTION COORDINATION FOR PLAN INVESTOR DATA ROOM (3.8). |
| GUZZARDO J | 02/23/07 | 3.70 | DOCUMENT REVIEW AND PRODUCTION COORDINATION FOR PLAN INVESTOR DATA ROOM. (3.7). |
| GUZZARDO J | 02/24/07 | 3.90 | DOCUMENT REVIEW AND CREATION OF BINDERS FOR PLAN INVESTOR DATA ROOM (3.9). |
| GUZZARDO J | 02/26/07 | 4.70 | DOCUMENT REVIEW AND COORDINATION OF PRODUCTION OF BINDERS FOR PLAN INVESTOR DATA ROOM (4.7). |
| GUZZARDO J | 02/27/07 | 5.60 | DOCUMENT REVIEW AND PRODUCTION COORDINATION IN CONNECTION WITH PLAN INVESTOR DATA ROOM (5.6). |
| GUZZARDO J | 02/28/07 | 2.20 | DOCUMENT REVIEW AND PRODUCTION COORDINATION OF BINDERS FOR PLAN INVESTOR DATA ROOM (2.2). |
| | | 73.30 | |
| HALPER A | 02/01/07 | 8.70 | DRAFT SERIES B CERTIFICATE OF DESIGNATIONS (6.5); REVIEW OLD CERTIFICATE OF INCORPORATION TO ENSURE CONGRUENCE WITH SERIES B CERTIFICATE OF DESIGNATIONS (2.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HALPER A | 02/02/07 | 1.30 | REVISE CERTIFICATE OF DESIGNATIONS (1.3). |
| HALPER A | 02/07/07 | 0.40 | REVISE SERIES B CERTIFICATE OF DESIGNATIONS ACCORDING TO PROPOSED CHANGES (0.4). |
| HALPER A | 02/08/07 | 1.20 | REVIEW COMMENTS ON SERIES B CERTIFICATE OF DESIGNATION AND REVISE DRAFT (1.2). |
| HALPER A | 02/15/07 | 1.00 | REVIEW CHARTER AND BYLAWS OF DELPHI AND COMPARE AGAINST SIMILAR CHARTER DOCUMENTS TO PREPARE COMPARISON CHART (1.0). |
| HALPER A | 02/21/07 | 1.20 | REVIEW CHART ON CHARTER AND BYLAWS (1.2). |
| HALPER A | 02/28/07 | 1.10 | REVIEW CHART COMPARING PROVISIONS IN CERTIFICATES OF INCORPORATION IN COMPANIES EMERGING FROM BANKRUPTCY (1.1). |
| | | **14.90** | |
| HARDIN AS | 02/08/07 | 5.60 | WORKING GROUP TELECONFERENCE RE: PLAN ISSUES (1.1); RESERACH ISSUE RELATED TO CREDITOR RECOVERIES (4.5). |
| HARDIN AS | 02/09/07 | 5.50 | RESEARCH ISSUES RELATED TO CONSTITUENT RECOVERIES (5.5). |
| HARDIN AS | 02/13/07 | 2.90 | PREPARE MATERIALS RE: STRATEGIC ALTERNATIVES (2.9). |
| HARDIN AS | 02/21/07 | 0.70 | RESEARCH QUESTION RELATED TO FRAMEWORK DOCUMENT IMPLEMENTATION (0.7). |
| HARDIN AS | 02/23/07 | 0.90 | REVIEW DOCUMENTS RELATED TO PLAN PROPOSAL (0.9). |
| HARDIN AS | 02/24/07 | 1.90 | REVIEW AND COMMENT ON ALTERNATIVE INVESTMENT PROPOSAL (1.9). |
| HARDIN AS | 02/28/07 | 1.10 | TELECONFERENCE WITH B. RESNICK RE: AGREEMENTS RELATED TO PLAN (0.2); DRAFT EMAIL TO B. RESNICK RE: SAME (0.2); REVIEW AMENDMENT TO EPCA AND PREPARE REVISED VOLUME OF FRAMEWORK AGREEMENTS (0.7). |
| | | **18.60** | |
| LAZAROVA NF | 02/01/07 | 3.90 | E-MAIL CORRESPONDENCE WITH THE KOREAN COUNSEL RE: FILING REQUIREMENTS (0.8); E-MAIL CORRESPONDENCE WITH THE ARGENTINEAN COUNSEL RE: CONFLICT CLEARANCE, FILING DEADLINE AND REQUIREMENTS IN ARGENTINA (1.1); CONFERENCE WITH T. LOUKO RE: STATUS AND COMMENTS TO THE UPDATED JURISDICTIONAL ANALYSIS (0.4); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: UPDATED ANALYSIS AND DELPHI FY2005 REVENUE DATA (1.2); E-MAIL CORRESPONDENCE WITH THE MEXICAN COUNSEL RE: CONFLICT CLEARANCE (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LAZAROVA NF          02/02/07          4.30     REVIEW AND ANALYZE DANA'S PRODUCT
                                                INFORMATION PROVIDED BY K. SZYMCZAK
                                                (1.5); CONFERENCE WITH T. LOUKO RE: SAME
                                                (0.2); E-MAIL CORRESPONDENCE WITH THE
                                                ARGENTINEAN LOCAL COUNSEL RE: FILING
                                                REQUIREMENTS (0.7); TELECONFERENCE AND
                                                E-MAIL CORRESPONDENCE WITH R. BERRY RE:
                                                FILING IN ARGENTINA AND MEXICO (0.8);
                                                E-MAIL CORRESPONDENCE WITH C. MARTIN
                                                RE: OUTSTANDING TURKISH DATA (0.6);
                                                TELECONFERENCE WITH THE TURKISH COUNSEL
                                                RE: FILING REQUIREMENTS (0.5).

LAZAROVA NF          02/05/07          5.80     CONFERENCE WITH T. LOUKO RE: STATUS AND
                                                TASKS (0.3); REVIEW AND COMMENT TO
                                                RESPONSE TO THE DATA REQUEST FROM THE
                                                BRAZILIAN COMPETITION AUTHORITY (0.7);
                                                E-MAIL CORRESPONDENCE WITH THE
                                                BRAZILIAN COUNSEL RE: SAME (0.5);
                                                E-MAIL CORRESPONDENCE WITH C. MARTIN
                                                RE: TURKEY - RELATED DATA (0.4);
                                                CONFERENCE WITH H. HUSER RE: SAME (0.2);
                                                TELECONFERENCE WITH THE OUTSIDE COUNSEL
                                                OF CERBERUS AND APPALOOSA RE:
                                                ANTI-TRUST FILINGS (1.3); E-MAIL
                                                CORRESPONDENCE WITH THE TURKISH COUNSEL
                                                RE: CLARIFICATION OF THE TURKISH
                                                ANTI-TRUST THRESHOLDS RELEVANT TO THE
                                                DELPHI TRANSACTION (0.9); E-MAIL
                                                CORRESPONDENCE AND TELECONFERENCE WITH
                                                THE UKRAINIAN COUNSEL RE: THE
                                                POSSIBILITY OF  AVOIDING FILING IN
                                                UKRAINE (1.0); E-MAIL CORRESPONDENCE
                                                AND TELECONFERENCE WITH K. SZYMCZAK RE:
                                                VERTICAL RELATIONSHIP WITH DANA
                                                CORPORATION (0.5).

LAZAROVA NF          02/06/07          5.10     TELECONFERENCE AND E-MAIL
                                                CORRESPONDENCE WITH THE SOUTH KOREAN
                                                COUNSEL RE: TRANSACTION STRUCTURE AND
                                                FILING REQUIREMENTS (0.8);
                                                TELECONFERENCE WITH K. SZYMCZAK RE:
                                                VERTICAL RELATIONSHIPS WITH DANA
                                                CORPORATION (0.5); PREPARE A CHART WITH
                                                PRODUCTS PURCHASED BY DELPHI FROM DANA
                                                (1.6); E-MAIL CORRESPONDENCE WITH K.
                                                SZYMCZAK RE: SAME (0.4); TELECONFERENCE
                                                WITH R. BERRY RE: FILINGS IN ARGENTINA
                                                AND MEXICO (0.4); E-MAIL CORRESPONDENCE
                                                WITH A. CIERO RE: ARGENTINEAN FILING AND
                                                DELPHI TRANSACTION DOCUMENTS (0.5);
                                                CONFERENCE WITH T. LOUKO RE: STATUS AND
                                                NEXT STEPS (0.3); UPDATE THE LIST OF
                                                ANTI-TRUST COUNSEL (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LAZAROVA NF      02/07/07      5.20   TELECONFERENCE WITH A. HARDIN RE:
                                      STRUCTURE OF THE TRANSACTION AND TIMING
                                      (0.4); E-MAIL CORRESPONDENCE WITH K.
                                      SZYMCZAK RE: VERTICAL RELATIONSHIP
                                      BETWEEN DELPHI AND DANA (0.5);
                                      TELECONFERENCE WITH THE UKRAINIAN
                                      COUNSEL RE: FILING REQUIREMENTS IN
                                      UKRAINE (0.5); TELECONFERENCE WITH THE
                                      CANADIAN COUNSEL RE: FILING
                                      REQUIREMENTS IN CANADA (0.4);
                                      TELECONFERENCE WITH THE SOUTH KOREAN
                                      COUNSEL RE: TRANSACTION STRUCTURE
                                      (0.5); TELECONFERENCE AND E-MAIL
                                      CORRESPONDENCE WITH DELPHI'S MEXICAN
                                      COUNSEL RE: FILING IN MEXICO (0.6);
                                      TELECONFERENCE WITH THE SOUTH KOREAN
                                      COUNSEL RE: TRANSACTION STRUCTURE
                                      (0.3); TELECONFERENCE AND E-MAIL
                                      CORRESPONDENCE WITH DELPHI'S MEXICAN
                                      COUNSEL RE: FILING IN MEXICO (0.4);
                                      TELECONFERENCE AND E-MAIL
                                      CORRESPONDENCE WITH THE RUSSIAN COUNSEL
                                      RE: RUSSIAN FILING REQUIREMENTS (0.3);
                                      PREPARE A CHART WITH PRODUCTS PURCHASED
                                      BY DANA FROM DELPHI (1.2); CONFERENCE
                                      WITH H. HUSER RE: STATUS (0.1)  .

LAZAROVA NF      02/08/07      6.30   E-MAIL CORRESPONDENCE WITH THE
                                      UKRAINIAN COUNSEL RE: FILING
                                      REQUIREMENTS (0.5); TELECONFERENCE
                                      WITH J. BORUM RE: TRANSACTION DOCUMENTS
                                      (0.4); E-MAIL CORRESPONDENCE WITH THE
                                      ARGENTINEAN COUNSEL RE: TRANSACTION
                                      STRUCTURE AND FILING REQUIREMENTS
                                      (0.5); E-MAIL CORRESPONDENCE WITH THE
                                      MEXICAN COUNSEL RE: SAME (0.4);
                                      CONTINUE REVIEWING DOCUMENTS ON
                                      RELATIONSHIPS BETWEEN DELPHI
                                      CORPORATION AND DANA (1.5);
                                      TELECONFERENCE AND E-MAIL
                                      CORRESPONDENCE WITH THE TURKISH COUNSEL
                                      RE: FILING REQUIREMENTS IN TURKEY
                                      (0.6); TELECONFERENCE WITH C. MARTIN
                                      RE: TURKEY - SPECIFIC DATA (0.4);
                                      TELECONFERENCE WITH THE OUTSIDE COUNSEL
                                      OF CEBERUS AND APPOLOOSA RE: FILINGS
                                      TRIGGERED BY THE DELPHI TRANSACTION
                                      (1.0); E-MAIL CORRESPONDENCE WITH THE
                                      RUSSIAN COUNSEL  RE: FILING IN RUSSIA
                                      (0.5); E-MAIL CORRESPONDENCE WITH THE
                                      JAPANESE COUNSEL RE: JAPANESE FILING
                                      REQUIREMENTS; CONFERENCE WITH H. HUSER
                                      RE: STATUS (0.5)).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LAZAROVA NF        02/09/07        4.90    TELECONFERENCES AND E-MAIL
                                           CORRESPONDENCE WITH THE SOUTH KOREAN
                                           LOCAL COUNSEL RE: TRANSACTION STRUCTURE
                                           AND FILING REQUIREMENTS (1.4); E-MAIL
                                           CORRESPONDENCE WITH A. HARDIN RE:
                                           TRANSACTION STRUCTURE (0.5); REVIEW AND
                                           ANALYZE VIS-A VIS THE TRANSACTION
                                           DOCUMENTS EQUITY  SCENARIO CHARTS
                                           PREPARED BY APPALOOSA'S OUTSIDE COUNSEL
                                           (1.2); TELECONFERENCE WITH THE CANADIAN
                                           LOCAL COUNSEL RE: FILING REQUIREMENT IN
                                           CANADA (0.5); TELECONFERENCE WITH B.
                                           ANG RE: FILING IN SOUTH KOREA AND TIMING
                                           (0.4); TELECONFERENCE WITH M. FUKUDA
                                           RE: NON-US MERGER CONTROL FILINGS AND
                                           NEXT STEPS (0.4); E-MAIL CORRESPONDENCE
                                           WITH THE SOUTH KOREAN COUNSEL RE:
                                           UPDATED EQUITY SCENARIOS CHARTS (0.5).

LAZAROVA NF        02/12/07        5.10    TELECONFERENCE AND E-MAIL
                                           CORRESPONDENCE WITH THE SOUTH KOREAN
                                           COUNSEL RE: TIMING OF THE SOUTH KOREAN
                                           FILING (0.5); CONFERENCE WITH T. LOUKO
                                           RE: SAME AND STATUS (0.3);
                                           TELECONFERENCE WITH THE TURKISH COUNSEL
                                           RE: DATA REQUIRED IN ORDER TO DETERMINE
                                           WHETHER A FILING IN TURKEY IS MANDATORY
                                           (0.4); TELECONFERENCE WITH K. ERMAN AND
                                           T. LOUKO RE: SAME (0.3); TELECONFERENCE
                                           WITH THE OUTSIDE COUNSEL OF CERBERUS AND
                                           APPALOOSA RE: FILINGS REQUIRED AND
                                           ACTION PLAN (1.0); CONFERENCE WITH H.
                                           HUSER AND T. LOUKO RE: CONTROL FOR ECMR
                                           PURPOSES (0.1); UPDATE THE
                                           JURISDICTIONAL FILING ANALYSIS (1.8);
                                           E-MAIL CORRESPONDENCE WITH M. FUKUDA
                                           RE: SAME (0.3); E-MAIL CORRESPONDENCE
                                           WITH THE UKRAINIAN COUNSEL RE: THE
                                           POSSIBLE EQUITY SCENARIOS (0.4).

LAZAROVA NF        02/13/07        4.60    TELECONFERENCE AND E-MAIL
                                           CORRESPONDENCE WITH THE TURKISH COUNSEL
                                           RE: FILING IN TURKEY (0.7); PREPARE A
                                           SUMMARY OF OVERLAPS BETWEEN DELPHI AND
                                           DANA (2.8); CONFERENCE WITH T. LOUKO RE:
                                           SAME (0.3); E-MAIL CORRESPONDENCE WITH
                                           THE MEXICAN COUNSEL RE: PREPARING THE
                                           NOTIFICATION IN MEXICO (0.4); E-MAIL
                                           CORRESPONDENCE WITH R. BERRY RE: FILING
                                           IN ARGENTINA (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAZAROVA NF | 02/14/07 | 4.30 | CONFERENCE WITH T. LOUKO RE: STATUS AND TASKS (0.3); TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: CONTROL FOR ECMR PURPOSES (1.3); E-MAIL CORRESPONDENCE WITH R. BERRY RE: FILINGS IN ARGENTINA AND MEXICO (0.7); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: SUMMARY OF OVERLAPS IN THE ACTIVITIES OF DELPHI AND DANA (0.6); CONFERENCE WITH T. LOUKO RE: SAME (0.3); TELECONFERENCE WITH M. FUKUDA RE: FILINGS IN RELATION TO THE TRANSACTION AND STRATEGY (0.4); TELECONFERENCE AND E-MAIL CORRESPONDENCE WITH THE CANADIAN COUNSEL RE: CANADIAN FILING REQUIREMENTS (0.7). |
|---|---|---|---|
| LAZAROVA NF | 02/15/07 | 6.70 | E-MAIL CORRESPONDENCE WITH THE CANADIAN COUNSEL RE: DELPHI'S ACTIVITIES IN CANADA AND POSITION OF THE COUNSEL OF CERBERUS RE: FILING (0.6); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: SAME (0.4); UPDATE THE LIST OF COUNSEL OF DELPHI AND CIRCULATE THE DOCUMENT TO M. FUKUDA AND COUNSEL OF CERBERUS AND APPALOOSA (0.8); E-MAIL CORRESPONDENCE WITH THE UKRAINIAN COUNSEL RE: FILING REQUIREMENTS IN UKRAINE (0.7); TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: ECMR AND OTHER FILINGS AND STRATEGY (1.2); CONFERENCE WITH T. LOUKO RE: SAME (0.3); TELECONFERENCE WITH M. FUKUDA RE: STRATEGY AND NEXT STEPS (0.4); E-MAIL CORRESPONDENCE WITH A. HARDIN RE: FAX TO BE SUBMITTED TO THE EUROPEAN COMMISSION (0.6); REVIEW AND COMMENT ON THE DRAFT FAX (1.1); E-MAIL CORRESPONDENCE WITH M. MENKHAUS RE: SAME (0.6). |
| LAZAROVA NF | 02/16/07 | 2.50 | CONFERENCE WITH THE CANADIAN COUNSEL RE: MEETING WITH THE CANADIAN COUNSEL OF CERBERUS AND APPALOOSA (0.4); E-MAIL CORRESPONDENCE WITH J. BORUM RE: FAX TO THE EUROPEAN COMMISSION ON THE ISSUE OF JOINT CONTROL (0.5); REVIEW RELEVANT COMMISSION CASE LAW (1.6). |
| LAZAROVA NF | 02/19/07 | 3.20 | REVIEW AND ANALYZE MEMORANDUM ON RUSSIAN MERGER CONTROL RULES PREPARED BY THE COUNSEL OF CERBERUS (0.7); REVIEW AND PROVIDE COMMENTS TO THE BRIEFING PAPER PREPARED BY CERBERUS' COUNSEL DESCRIBING THE TRANSACTION STRUCTURE TO THE EUROPEAN COMMISSION (1.0); E-MAIL CORRESPONDENCE WITH A. HARDIN RE: SAME (0.2); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: SAME (0.4); E-MAIL CORRESPONDENCE WITH THE ARGENTINEAN COUNSEL RE: FILING IN ARGENTINA (0.5); E-MAIL CORRESPONDENCE WITH THE MEXICAN COUNSEL RE: MEXICAN FILING (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAZAROVA NF | 02/20/07 | 4.20 | TELECONFERENCE WITH T. IOANES RE: PRODUCTS SOLD BY DANA TO DELPHI (0.7); E-MAIL CORRESPONDENCE WITH T. IOANES RE: SAME (0.5); TELECONFERENCE WITH M. FUKUDA RE: STATUS (0.4); TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: BRIEFING PAPER TO THE EUROPEAN COMMISSION AND JURISDICTIONAL FILINGS (1.1); CONFERENCE WITH T. LOUKO RE: SAME (0.3); UPDATE THE SUMMARY OF DANA AND DELPHI OVERLAPS BASED ON CONVERSATION WITH T. IOANES (0.7); E-MAIL CORRESPONDENCE WITH C. MARTIN AND K. ERMAN RE: TURKEY - RELATED DATA (0.5). |

| LAZAROVA NF | 02/21/07 | 3.60 | E-MAIL CORRESPONDENCE WITH THE CANADIAN COUNSEL RE: ACTIVATES OF DELPHI IN CANADA (0.7); TELECONFERENCE AND E-MAIL CORRESPONDENCE WITH A. HARDIN RE: COMMENTS TO THE EC BRIEFING PAPER (0.8); CONFERENCE WITH T. LOUKO RE: SAME (0.3); E-MAIL CORRESPONDENCE WITH FRESHFIELDS RE: COMMENTS AND SUBMISSION OF THE EC BRIEFING PAPER (0.7); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: SAME (0.5); REVIEW COMMENTS TO THE PAPER BY THE COUNSEL OF CERBERUS (0.6). |

| LAZAROVA NF | 02/22/07 | 4.10 | TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: EC BRIEFING PAPER AND VARIOUS ANTITRUST FILINGS (1.2); E-MAIL CORRESPONDENCE WITH CERBERUS' COUNSEL RE: OVERLAPS BETWEEN DELPHI AND DANA (0.6); E-MAIL CORRESPONDENCE WITH THE CANADIAN COUNSEL RE: CANADIAN FILING (0.8); E-MAIL CORRESPONDENCE WITH A. HARDIN RE: EC BRIEFING PAPER (0.7); TELECONFERENCE WITH B. MENKHAUS RE: COMMENTS TO THE EC BRIEFING PAPER (0.8). |

| LAZAROVA NF | 02/23/07 | 2.50 | E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: COMMENTS TO THE EC BRIEFING PAPER BY DELPHI (0.5); E-MAIL CORRESPONDENCE AND TELECONFERENCE WITH A. HARDIN RE: COMMENTS TO THE EC BRIEFING PAPER BY SKADDEN CORPORATE LAWYERS (0.8); E-MAIL CORRESPONDENCE AND TELECONFERENCE WITH M. FUKUDA RE: REASONS FOR DELPHI'S PARTICIPATION IN THE SUBMISSION OF THE EC BRIEFING PAPER TO THE EUROPEAN COMMISSION (1.0); CONFERENCE WITH H. HUSER RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAZAROVA NF | 02/26/07 | 4.70 | REVIEW AND ADDRESS COMMENTS TO THE EC BRIEFING PAPER PROVIDED BY DELPHI AND SKADDEN NEW YORK (0.6); E-MAIL CORRESPONDENCE WITH FRESHFIELDS RE: SAME (0.5); E-MAIL CORRESPONDENCE WITH K. ERMAN RE: TURKISH FILING (0.7); E-MAIL CORRESPONDENCE WITH TURKISH COUNSEL RE: SAME (0.5); TELECONFERENCE WITH FRESHFIELDS RE: COMMENTS TO THE EC BRIEFING PAPER (0.4); TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: EC BRIEFING PAPER AND NATIONAL FILINGS (1.2); E-MAIL CORRESPONDENCE WITH A. HARDIN AND M. FUKUDA RE: COMMENTS TO THE EC BRIEFING PAPER (0.5); CONFERENCE WITH H. HUSER RE: SAME (0.3). |
| LAZAROVA NF | 02/27/07 | 4.50 | TELECONFERENCE WITH K. ERMAN, T. LOUKO AND DELPHI'S OUTSIDE COUNSEL FOR TURKEY RE; DATA REQUIRED IN ORDER TO DETERMINE WHETHER A FILING IN TURKEY IS REQUIRED (1.1); TELECONFERENCE WITH A. OZCAN RE: WIRING HARNESS SALES AND SHARED OF DELPHI IN TURKEY (0.6); E-MAIL CORRESPONDENCE AND TELECONFERENCE WITH THE TURKISH COUNSEL RE: SAME (0.9); E-MAIL CORRESPONDENCE WITH C. MARTIN RE: ADDITIONAL TURKEY RELATED DATA REQUIRED (0.6); E-MAIL CORRESPONDENCE WITH A. HARDIN RE: COMMENTS TO THE EC BRIEFING PAPER (0.8); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: SAMEM (0.5). |
| LAZAROVA NF | 02/28/07 | 5.40 | E-MAIL CORRESPONDENCE WITH A. HARDIN RE: EC BRIEFING PAPER (0.3); REVIEW SKADDEN NEW YORK'S COMMENTS TO EC BRIEFING PAPER (0.2); TELECONFERENCE WITH FRESHFIELDS RE:  SAME (0.5); TELECONFERENCE AND E-MAIL CORRESPONDENCE WITH K. ERMAN RE: DELPHI WIRING HARNESS SHARES IN TURKEY (0.9); CONFERENCE WITH T. LOUKO RE: STATUS AND NEXT STEPS (0.3); E-MAIL CORRESPONDENCE WITH THE TURKISH COUNSEL RE: DELPHI'S SHARES IN TURKEY (1.1); TELECONFERENCE WITH A. HARDIN AND B. MENKHAUS RE: REVISIONS OF THE FINAL EC BRIEFING PAPER (1.6); E-MAIL CORRESPONDENCE WITH FRESHFIELDS RE: SAME (0.5). |
| | | **90.90** | |
| LEDERER J. | 02/09/07 | 0.80 | REVIEW DILIGENCE LIST MASTER INDEX AND JV INDEX (0.8). |
| LEDERER J. | 02/12/07 | 2.00 | UPDATE DATA ROOM MASTER INDEX (0.4); READ SUB-INDEXES TO DETERMINE CONTENTS THEREOF (0.5); UPDATE MASTER INDEX WITH INCORPORATION DOCS FROM GERMANY, SPAIN AND FRANCE (0.6); UPDATE ANCILLARY CHARTS TO REFLECT NEW INCORPORATION DOCS (0.5). |

B43E

| | | | |
|---|---|---|---|
| LEDERER J. | 02/14/07 | 5.30 | REVIEW INDEX OF IT AGREEMENTS (0.5); CREATE INDEX OF IT AGREEMENTS (3.0); READ REVIEW, AND INDEX ORGANIZATION DOCUMENTS (1.8). |
| LEDERER J. | 02/15/07 | 7.70 | REVIEW IT AGREEMENTS FOR CONFIDENTIAL MATERIALS AND OTHER PRIVILEGED INFORMATION (2.1); CONTINUE REVIEW OF IT AGREEMENTS FOR CONFIDENTIAL INFORMATION (1.5); CREATE INDEX OF AGREEMENTS CONTAINING CONFIDENTIAL INFORMATION OR PROVISIONS (0.6); REVIEW AND ANALYZE GOVERNMENT CONTRACT DOCUMENTS (0.8); INDEX GOVERNMENT CONTRACT DOCUMENTS (1.5); REVIEW INDEX OF INTER-COMPANY LOANS PROVIDED BY DELPHI (0.6); CREATE INDEX OF INTER-COMPANY LOANS REFLECTING NAMES OF PARTIES ONLY (0.6). |
| LEDERER J. | 02/16/07 | 8.60 | COMMUNICATION WITH M. MCGANN RE: SITE VISIT TO TROY, MI DELPHI HQ (0.4); UPDATE IT INDEX (0.8); UPDATE/EDIT MASTER DATA ROOM INDEX (1.0); REVIEW INTER-COMPANY LOAN AGREEMENT FILES (0.8); UPDATE MASTER INDEX TO INCLUDE ALL THE IT AGREEMENTS (0.5); REVIEW IT AGREEMENTS FOR ENTRY INTO NY DATA ROOM (SCREEN FOR CONFIDENTIALITY AND PRIVILEGED INFORMATION (1.8); OBTAIN BOD DOCUMENTS (0.4); REVIEW BOD DOCUMENTS (2.1); INDEX BOD DOCUMENTS (0.8). |
| LEDERER J. | 02/17/07 | 3.90 | REVIEW IT AGREEMENTS WITH CONFIDENTIALITY PROVISIONS AND CREATE INDEX THEREOF (0.5); REVIEW IT AGREEMENTS SECTIONS ON CONFIDENTIALITY (1.2); SUMMARIZE CONFIDENTIALITY PROVISIONS OF ALL IT AGREEMENTS (1.5); EDIT IT AGREEMENT CONFIDENTIALITY INDEX (0.4); UPDATE BOD MATERIAL INDEX WITH ELECTRONIC BOD FILES (0.3). |
| LEDERER J. | 02/18/07 | 1.00 | UPDATE MASTER INDEX WITH NEW ORGANIZATIONAL DOCUMENTS (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.      02/19/07      12.70   REVIEW BOD MANAGEMENT PRESENATION
                                      MATERIALS FOR DUE DILIGENCE (0.5);
                                      COMPLETE SUMMARY OF CONFIDENTIALITY
                                      PROVISIONS IN LICENSE AGREEMENTS (2.0);
                                      REVIEW SET OF IT AGREEMENTS TO BE PLACED
                                      INTO NY DATA ROOM (1.0); REVIEW FINAL
                                      CONFIDENTIALITY DOCUMENTS (0.5);
                                      UPDATE SUBSIDIARY DOCUMENT INDEX WITH
                                      MISSING CORPORATE DATA SHEETS (0.8);
                                      UPDATE JV UNDEX (0.6); FINALIZE REVIEW
                                      OF IT AGREEMENTS TO BE PLACED IN NY DATA
                                      ROOM, INDEX, AND REDACT (2.8); REVIEW
                                      FINAL SET OF AGREEMENTS FOR
                                      CONFIDENTIALITY PROVISIONS (1.0);
                                      UPDATE FOREIGN ENTITIES INDEX (0.8);
                                      UPDATE AND INDEX ORGANIZATIONAL
                                      DOCUMENTS (0.8); REDACT AOL LICENSING
                                      AGREEMENT (0.5); UPDATE ALL SUB-INDEXES
                                      OF DOCUMENTS CONTAINED IN THE DATA ROOM
                                      (1.0); INDEX NEW 1.1 DOCUMENTS (0.2);
                                      WORK WITH NDA'S TO PROVIDE IN NY DATA
                                      ROOM (0.2).

LEDERER J.      02/20/07       4.30   REVIEW APPALOOSA NDA (0.2); INDEX NEW
                                      1.1 ORG DOCUMENTS (0.2); REVIEW INDEXES
                                      AND BLACKLINES FOR PLACEMENT IN NY DATA
                                      ROOM (0.2); MEET VISITING ATTORNEYS
                                      FROM MILBANK AND WHITE AND CASE (0.8);
                                      REVIEW DELPHI DOCKET (0.2) MONTIOR DATA
                                      ROOM, ANSWER QUESTIONS FROM VISITING
                                      ATTORNEYS (0.6); UPDATE 1.1 DOCUMENTS
                                      IN MASTER INDEX (0.8); RETURN ORIGINAL
                                      BOD DOCUMENTS AND PRESENTATIONS (0.2);
                                      UPDATE BOD MATERIALS (0.5); COORDINATE
                                      BOD DOCUMENT DELIVERY (0.6).

LEDERER J.      02/21/07      13.10   COMMUNICATION WITH P. JABBOUR (MILBANK)
                                      AND P. SOLIMINE (WHITE AND CASE) RE: NEW
                                      DOCUMENTS PLACED INTO DATA ROOM (0.5);
                                      REVIEW AND ORGANIZE 4.5 DOCUMENTS
                                      PERTAINING TO DELPHI LICENSE AGREEMENTS
                                      (3.0); REVIEW DELPHI DOCKET (0.2); READ
                                      ENTIRE SET OF 4.5 LICENSE DOCUMENTS FOR
                                      CONFIDENTIALITY PROVISIONS (2.0);
                                      CREATE CHART LISTING THOSE 4.5
                                      DOCUMENTS WITH CONFIDENTIALITY
                                      PROVISIONS (1.0); INDEX HUMAN RESOURCES
                                      DOCUMENTS AND READ SAME (0.4); DRAFT
                                      EMAIL TO T. TWOMEY ABOUT PROPOSED
                                      TREATMENT OF DOCUMENTS (0.4); REDACT
                                      CONFIDENTIAL PORTIONS OF DOCUMENTS IN
                                      BOD MANAGEMENT PRESENTATIONS (1.0);
                                      REVIEW EXCEL SPREADSHEET HIGHLIGHTING
                                      TOP TEN LICENSE AGREEMENTS BY REVENUE TO
                                      ENSURE THEY WERE ALSO PROVIDED IN 26
                                      GOING INTO THE DATA ROOM (0.8); MEET S.
                                      POSTON (DELPHI) AND B. FRANTANGELO
                                      (DELPHI) DISCUSSION OF MATERIALS TO BE
                                      PROVIDED BY COMPANY (1.0); OVERSEE DATA
                                      ROOM, COMMUNICATION WITH VISITING
                                      ATTORNEYS (0.4); REVIEW CONTENTS OF DAS
                                      ORGANIZATION BINDER (1.5); UPDATE
                                      MASTER DATA ROOM INDEX (0.4); REVIEW 3.1
                                      DOCUMENTS FOR MISSING ITEMS (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEDERER J. | 02/22/07 | 12.30 | COORDINATE BOD MANAGEMENT PRESENTATION BINDERS (0.5); PREPARE INDEX FOR DATA ROOM (0.5); REDACT BOD MATERIALS (0.5); DISCUSSION WITH J. WILLIAMS RE: STATUS OF LICENSE AGREEMENTS (0.4); DISCUSSION WITH P. JABBOUR AND P. SOLIMINE RE: PROCESS MADE IN REVIEWING NEW FILES PLACED INTO THE DATA ROOM (0.4); DICUSSION WITH N. WALLACE (DELPHI) RE: 2006 Y/E OFFICER QUESTIONAIRES (0.4); REVIEW 2006 Y/E OFFICER QUESTIONAIRES (0.6); REDACT REMAINDER OF BOD MANAGEMENT PRESENTATION CONTAINED IN BINDER 1 OF 3 (2.0); REDACT BOD MANAGEMENT PRESENTATIONS BINDER 2 OF 3 (2.0); REVIEW AND ANALYZE DIRECTOR QUESTIONAIRES 2006 Y/E (3.2); COORDINATE DATA ROOM, DISCUSSION WITH VISITING ATTORNEYS (0.4); PROVIDE DOCUMENTS AND FILES FOR REVIEW (1.4). |
| LEDERER J. | 02/23/07 | 6.40 | REVIEW MILBANK HUMAN RESORUCES DOCUMENT REQUEST (2.0); REVIEW AND ANALYZE CONTENTS OF CD (5500 FORMS) IN CONJUNCTION WITH REVIEW OF WHITE AND CASE HR DOC REQUEST (2.0); DISCUSSION WITH B. FRANTAGENLO RE: WHITE AND CASE HR DOCUMENT REQUEST AND BATES STAMPING OF DOCUMENTS (0.4); COMPLETE REVIEW AND COMPARISON OF ORIGINAL FORM 5500 CD WHITE CD PRODUCED BY DELPHI IN CONJUNCTION WITH W&C HR DOCUMENT REQUEST (1.0); BEGIN REVIEW OF EXCEL SPREADSHEET CONTAINING LISTING OF FOREIGN SUBS (1.0). |
| LEDERER J. | 02/26/07 | 6.80 | SUPERVISE BREAKDOWN OF NY IT AGREEMENT DATA ROOM (0.5); ANALYZE NAME COMPARISON CHART AND ENTITY NAMES (1.0); COMMUNICATION WITH B. FRANTANGELO RE: HR REQUEST (0.4); FOLLOWUP WITH M. ERIKSEN (DELPHI) RE: FOREIGN ENTITY NAMES (0.4); DAS BINDER FOLLOWUP (0.4); COORDINATION OF IT AGREEMENTS (0.6); REDACT D&O QUESTIONAIRES (3.0); REVIEW D&O QUESTIONAIRES AND INDEX THEM (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEDERER J. | 02/27/07 | 10.70 | REVIEW CD CONTAINING FORM 5500 HR DOCUMENTS (1.0); COMMUNICATION WITH B. FRANTANGELO RE: HR CD'S (0.4); READ D&O QUESTIONAIRES (1.0); MEET WITH S. POSTON RE: NEW DOCUMENTS FOR DATA ROOM (0.4); REVIEW BOD BINDER 3 TO UPDATE FOR INSERTION IN DATA ROOM (0.4); UPDATE ORG DOCUMENT EXHIBITS (0.5); UPDATE FOREIGN ENTITY NAME CHART (0.4); PERFORM DATA ROOM CHECK AND REVIEW JV AGREEMENTS INCLUDED THEREIN (0.5); REDACT D&O QUESTIONARIES PER COMMENTS BY M. PERL (1.0); REVIEW NEW JV FOREIGN DOCUMENTS AND EXHBITS FOR CONFIDENTIALITY (2.2); REVIEW BOD BINDER BEFORE PLACING IN DATA ROOM (0.8); READ FOREIGN JV AGREEMENTS FOR THEIR CONFIDENTIALITY PROVISIONS (0.6); CREATE INDEX (1.0); UPDATE CHART REFLECTING CONFIDENTIALITY PROVISIONS IN MATERIAL LICENSING AGREEMENTS (0.5). |
| LEDERER J. | 02/28/07 | 9.10 | POPULATE DATA ROOM WITH NEW DOCUMENTS (0.6); INDEX NEW ORG DOCUMENTS (0.4); REVIEW W&C CD'S FOR HR REQUEST (0.8); UPDATE ALL SUB INDEXES TO REFLECT NEW DOCUMENTS (0.4); REVIEW OF ATTACHMENTS TO NEW JV'S (0.4); REVIEW DELPHI DOCKET (0.2); UPDATE ALL SUB INDEXES (0.5); UPDATE MASTER INDEX (0.4); INDEX ADDITIONAL ORG DOCUMENTS (0.4); UPDATE MATERIAL LICENSING AGREEMENT CONFIDENTIALITY CHART (1.0); COMMUNICATION WITH K. GOLDENBERG AND DATA ROOM CHECK (0.4); COMMUNICATION WITH M. MCGUIRE RE: MEETING ON CONFIDENTILAILY POLICY GOING FORWARD (0.4); REDACT JV EXHIBITS AND SCHEDULES (1.2); REVIEW TRANSPORTATION AGREEMENTS FOR CONFIDENTIALITY PROVISIONS (1.0); REVIEW IP AGREEMENT COPY REQUEST (1.0). |
| | | **104.70** | |
| LOUKO T | 02/02/07 | 1.50 | PREPARE NON-US ANTITRUST MERGER FILINGS (1.5). |
| LOUKO T | 02/05/07 | 2.90 | PREPARE NON-US ANTITRUST ANALYSIS (2.9). |
| LOUKO T | 02/06/07 | 2.20 | TELECONFERENCE WITH K. CHIMZACK; PREPARE NON-US ANTITRUST ANALYSIS (2.2). |
| LOUKO T | 02/12/07 | 5.80 | PREPARE ANTITRUST MERGER FILING ANALYSIS (5.8). |
| LOUKO T | 02/14/07 | 5.40 | PREPARE NON-US ANTITRUST NOTIFICATIONS (5.4). |
| LOUKO T | 02/15/07 | 2.80 | PREPARE NON-US ANTITRUST NOTIFICATIONS (2.8). |
| LOUKO T | 02/16/07 | 0.60 | PREPARE A NOTE TO THE EC COMMISSION RE: CONTRAL (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LOUKO T | 02/19/07 | 1.80 | PREPARE NON-US ANTITRUST ANALYSIS (1.8). |
| LOUKO T | 02/20/07 | 2.30 | PREPARE NON-US ANTITRUST ANALYSIS (2.3). |
| LOUKO T | 02/21/07 | 1.40 | PREPARE NON-US ANTITRUST ANALYSIS (1.4). |
| LOUKO T | 02/22/07 | 2.20 | PREPARE NON-US ANTITRUST NOTIFICATIONS (2.2). |
| LOUKO T | 02/23/07 | 1.00 | PREPARE NON-US ANTITRUST NOTIFICATIONS (1.0). |
| LOUKO T | 02/26/07 | 3.50 | PREPARE NON-US ANTITRUST ANALYSIS AND NOTIFICATIONS (3.5). |
| LOUKO T | 02/27/07 | 1.40 | PREPARE TURKISH ANTITRUST ANALYSIS (1.4). |
| LOUKO T | 02/28/07 | 1.80 | PREPARE NON-US ANTITRUST ANALYSIS (1.8). |
| | | 36.60 | |
| MCLEOD JM | 02/06/07 | 0.80 | WORK ON HSR ISSUE (0.8). |
| MCLEOD JM | 02/08/07 | 0.90 | TELECONFERENCE WITH CLIENT, HSR STATUS TELECONFERENCE RE: FILING EXTESNTION, ROW TELECONFERENCE WITH BRUSSELS (0.9). |
| MCLEOD JM | 02/14/07 | 1.00 | WORK ON HSR FILING, CALLS WITH COUNSEL (1.0). |
| MCLEOD JM | 02/15/07 | 1.80 | TELECONFERENCE WITH CLIENT; BUYERS CONFERENCE CALL RE: US ANTITRUST, BUYERS CALL RE: EC/ROW FILINGS (2.0). |
| MCLEOD JM | 02/16/07 | 1.60 | WORK ON HSR FILING, 4C ISSUE (1.6). |
| MCLEOD JM | 02/19/07 | 1.80 | WORK ON 4C ISSUE, DISTRIBUTION (1.8). |
| MCLEOD JM | 02/20/07 | 4.20 | REVIEW POTENTIAL 4C DOCUMENTS RESEARCH (4.2). |
| MCLEOD JM | 02/21/07 | 1.50 | WORK ON FILINGS, PREPARE FOR HSR FILING, CALLS WITH CLIENT (1.5). |
| MCLEOD JM | 02/22/07 | 5.60 | TELECONFERENCES WITH BUYERS COUNSEL, REVIEW DOCUMENTS, WORK ON 4C ISSUES; WORK ON HSR SUBMISSION (5.6). |
| MCLEOD JM | 02/23/07 | 1.00 | WORK ON HSR FILING (1.0). |
| MCLEOD JM | 02/26/07 | 1.00 | REVIEW POTENTIAL 4CS, WORK ON HSR FILING (1.0). |
| | | 21.20 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 02/01/07 | 7.70 | CONFERENCE WITH J. PAPELIAN, J. RUE AND A. ROWER RE: CERBALOOSA LITIGATION DILIGENCE (3.7); REVIEW J. FLEISCHER DILIGENCE UPDATE RE: SAME (2.8); PREPARE FOR TELECONFERENCE RE: SAME (0.3); TELECONFERENCE WITH S. CORCORAN RE: DOCUMENT REQUESTS (0.2); REVIEW CORRESPONDENCE RE: LITIGATION DILIGENCE (0.2); REVIEW AND EDIT DILIGENCE COVER LETTERS (0.3); CONFERENCE WITH S. CORCORAN RE: INTERCOMPANY TRANSACTIONS (0.2). |
| MEISLER RE | 02/02/07 | 6.10 | REVIEW DATA ROOM TO PREPARE FOR TELECONFERENCE (0.5); TELECONFERENCE WITH MILBANK AND WHITE & CASE RE: DILIGENCE (3.4); FOLLOW-UP WITH S. CORCORAN RE: SAME (0.4); RESEARCH RE: DILIGENCE (1.3); TELECONFERENCE S RE: SAME (0.5). |
| MEISLER RE | 02/04/07 | 0.30 | CONTINUE ATTENTION TO PLAN INVESTOR DILIGENCE (0.3). |
| MEISLER RE | 02/05/07 | 4.70 | CONTINUE TO REVIEW DOCUMENTS IN RESPONSE TO DILIGENCE REQUESTS (4.2); DRAFT CORRESPONDENCE TO J. FLEISCHER RE: DILIGENCE (0.2); REVIEW RESPONSE TO SAME (0.3). |
| MEISLER RE | 02/06/07 | 7.20 | CONTINUE TO REVIEW DOCUMENTS IN RESPONSE TO DILIGENCE REQUEST (2.1); REVIEW AND FOLLOW-UP ON REQUESTS FOR ADDITIONAL DOCUMENTS (3.7); TELECONFERENCES WITH D. BAUMSTEIN (0.4), A. ROWER (0.2), AND C. DIAMOND (0.3) RE: DILIGENCE REQUESTS; REVIEW LITIGATION SUMMARY FOR SAME (0.2); CORRESPONDENCE WITH M. SHEPARD RE: CLAIMS UPDATE (0.3). |
| MEISLER RE | 02/07/07 | 5.30 | CONFERENCE WITH A. FRANKUM RE: DILIGENCE (1.1); TELECONFERENCE WITH A. ROWER, B. TELGEN AND J. PAPELIAN RE: SAME (0.5); CONTINUE TO WORK THROUGH DILIGENCE REQUESTS (3.7). |
| MEISLER RE | 02/08/07 | 7.30 | PREPARE FOR INTERNATIONAL LITIGATION TELECONFERENCE (0.4); TELECONFERENCE WITH I. VAGNE AND A. ROWER RE: SAME (0.3); NOTES TO FILE (0.1); CONTINUE TO FOLLOW UP ON DILIGENCE REQUEST (2.3); REVIEW STATUS OF FRAMEWORK AGREEMENTS (0.2); WORKING ON INTERNATIONAL ENTITIES RE: DILIGENCE (0.7); DRAFT CORRESPONDENCE RE: DILIGENCE REVIEW (1.6); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1); CONFERENCE WITH M. PERL RE: PROGRESS ON DILIGENCE (0.5); TELECONFERENCE WITH C. BELL RE: DILIGENCE (0.2); TELECONFERENCE WITH B. SPARKS AND M. ERIKSEN (0.7) AND J. WHITSON (0.2) RE: PRINCIPAL FOREIGN ENTITIES. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE      02/09/07      3.60   TELECONFERENCE WITH M. MCGUIRE, I.
                                     SIMPLICEAN, M. LEONE, AND S. CORCORAN
                                     RE: INTERNATIONAL DILGIENCE (1.6);
                                     FOLLOW UP WITH S. CORCORAN (0.1); NOTES
                                     TO FILE (0.1); CONTINUED REVIEW OF
                                     PRINCIPAL FOREIGN ENTITIES (0.3);
                                     CONTINUE TO INQUIRE RE: DOCUMENT
                                     REQUESTS FROM PLAN INVESTORS (1.1);
                                     DRAFT CORRESPONDENCE RE: DILIGENCE
                                     (0.4).

MEISLER RE      02/12/07      3.00   DRAFT CORRESPONDENCE TO A. ROWER RE:
                                     LITIGATION DILIGENCE (0.3);
                                     TELECONFERENCE WITH A. ROWER RE: SAME
                                     (0.1); REVIEW CLAIM FOR LITIGATION
                                     DLIGENCE (0.2); REVIEW DOCUMENTS TO BE
                                     POPULATED INTO DATA ROOM IN TROY (1.7);
                                     REVIEW ENVIRONMENTAL DILIGENCE (0.2);
                                     TELECONFERENCE WITH T. TWOMEY RE: IP
                                     DILIGENCE (0.3); DRAFT CORRESPONDENCE
                                     TO M. LOEB, T. MCCABE, AND S. CORCORAN
                                     RE: IT DILIGENCE (0.2).

MEISLER RE      02/13/07      3.50   DRAFT CORRESPONDENCE TO M. LOEB, T.
                                     MCCABE, AND S. CORCORAN RE: IT DILIGENCE
                                     (0.2); CONTINUE TO REVIEW DOCUMENT
                                     REQUESTS AND GATHER RESPONSIVE
                                     DOCUMENTS (0.6); REVIEW CORRESPONDENCE
                                     (0.2) AND RESPOND RE: WORKS COUNCIL
                                     INQUIRIES (0.5); REVIEW J. FLEISCHER
                                     DILIGENCE REQUEST LIST (1.0); DRAFT
                                     CORRESPONDENCE RE: SAME (0.2); REVIEW
                                     FINANCING AGREEMENTS PRODUCED RE:
                                     DILIGENCE REQUEST (0.5); REVIEW AND
                                     RESPOND TO CORRESPONDENCE RE: DATA
                                     REQUESTS (0.3).

MEISLER RE      02/14/07      2.80   TELECONFERENCE WITH S. CORCORAN RE:
                                     WORKS COUNCIL (0.3); NOTES TO FILE
                                     (0.1); DRAFT CORRESPONDENCE TO B. SAX
                                     RE: D. BAUMSTEIN INQUIRIES RE: CHR
                                     (0.3); CONTINUE TO GATHER DOCUMENTS
                                     RESPONSIVE TO DILGIENCE REQUEST (1.4);
                                     TELECONFERENCE WITH M. LOEB RE: SAME
                                     (0.2); REVIEW DATA REQUESTS (0.5).

MEISLER RE      02/15/07      2.40   CONTINUE REVIEW OF DOCUMENTS TO BE
                                     INSERTED INTO DATA ROOM (1.2); REVIEW
                                     AND RESPOND TO CORRESPONDENCE RE:
                                     DILIGENCE (0.7); REVIEW DOCUMENTS TO BE
                                     PROVIDED PER DUE DILIGENCE REQUESTS
                                     (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 02/16/07 | 2.30 | CONTINUE ATTENTION TO DILIGENCE (0.8); TELECONFERENCE WITH I. VAGNE, C. PILKINGTON AND E. COCHRAN RE: WORKS COUNCIL (0.1); TELECONFERENCE WITH C. BELL RE: DILIGENCE (0.1); TELECONFERENCE WITH E. COCHRAN RE: FOLLOW UP (0.1); TELECONFERENCE WITH M. FUKUDA RE: DOCUMENTS GATHERED FOR DATA ROOM (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1); REVIEW TRIGGERING PROVISIONS OF EPCA (0.5); REVIEW ORG CHARTS INSERTED INTO DATE ROOM (0.4). |
| MEISLER RE | 02/18/07 | 1.10 | REVIEW INDEX OF DOCUMENTS IN DATA ROOM AND UPDATES (0.6); REVIEW CHART OF IT AGREEMENTS (0.3) AND RESPOND TO INQUIRIES RE: SAME (0.2). |
| MEISLER RE | 02/19/07 | 5.60 | CONTINUE ATTENTION TO PLAN INVESTOR DILIGENCE (2.1); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.4); DRAFT CORRESPONDENCE TO W. COSNOWSKI AND T. TWOMEY RE: PREPARING FOR UPCOMING TELECONFERENCE WITH PLAN INVESTORS (0.2); DRAFT CORRESPONDENCE TO C. BELL RE: DILIGENCE (0.6); TELECONFERENCE WTIH J. SHEEHAN RE: DILIGENCE REQUESTS (0.2); TELECONFERENCE WITH I. SIMPLICEAN AND R. BERRY RE: REGIONAL DILIGENCE (0.2); FOLLOW UP TELECONFERENCE WITH I. SIMPLICEAN RE: SAME (0.4); TELECONFERENCE WITH C. WITTMER RE: PROGRESS ON BUSINESS SIDE DILIGENCE (0.3); DRAFT CORRESPONDENCE TO C. WITTMER RE: SAME (0.1); REVIEW CERTAIN IT AGREEMENTS PER DILIGENCE REQUEST (0.6); DRAFT CORRESPONDENCE TO T. MCCABE RE: IT DILIGENCE (0.3); DRAFT CORRESPONDENCE TO R. BERRY RE: LITIGATION DILIGENCE (0.2). |
| MEISLER RE | 02/20/07 | 2.80 | DRAFT AND REVISE CORRESPONDENCE TO C. BELL RE: DILIGENCE (0.5); TELECONFERENCE WITH C. BELL RE: SAME (0.2); TELECONFERENCE WITH COUNSEL TO PLAN INVESTORS RE: IP DILIGENCE (0.1); CONTINUE TO REVIEW OF DOCUMENTS TO BE INSERTED INTO DATA ROOM (0.7); REVIEW AND RESPOND TO CORRESPONDENCE RE: GATHERING DILIGENCE DOCUMENTS (0.5); DRAFT CORRESPONDENCE TO B. SAX RE: DILIGENCE (0.2); TELECONFERENCE WITH D. BAUMSTEIN RE: SAME (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); DRAFT CORRESPONDENCE TO S. CORCORAN RE: DILIGENCE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        02/21/07      10.20   PREPARE FOR MEETING RE: WARRANTY
                                        DILIGENCE (0.2); CONFERENCE WITH T.
                                        TIMKO, S. SALRIN, AND J. PRITCHARD RE:
                                        SAME (1.0); CONFERENCE WITH D. SHERBIN
                                        RE: REGIONAL DILIGENCE (0.1);
                                        PARTICIPATE ON DILIGENCE
                                        TELECONFERENCE WITH PLAN INVESTORS, J.
                                        SHEEHAN AND B. WILLIAMS (0.3);
                                        CONFERENCE WITH J. SHEEHAN RE: SAME
                                        (0.1); CONFERENCE WITH J. GUGLIELMO AND
                                        R. FLETEMEYER RE: FRAMEWORK (0.2);
                                        CONFERENCE WITH S. CORCORAN RE:
                                        PRINCIPAL FOREIGN ENTITIES DILIGENCE
                                        (0.3); CONFERENCE WITH J. WHITSON RE:
                                        SAME (0.5); CONTINUE ATTENTION TO
                                        DILIGENCE (1.7); REVIEW AND ANALYZE J.
                                        FLEISCHER REPORT (1.4); REVIEW
                                        DOCUMENTS PER DATA REQUEST (0.2);
                                        REVIEW NEW MATERIALS FOR DATA ROOM
                                        (0.8); DRAFT CORRESPONDENCE RE:
                                        LITIGATION DILIGENCE (0.3); REVIEW
                                        DOCUMENTS TO BE INSERTED INTO DATA ROOM
                                        (3.1).

MEISLER RE        02/22/07       4.40   CONTINUE TO REVIEW DOCUMENTS TO BE
                                        INSERTED INTO DATA ROOM FOR PRIVILEGE
                                        AND CONFIDENTIALITY (3.3);
                                        TELECONFERENCE WITH T. JERMAN, B. SAX
                                        AND B. QUICK RE: DILIGENCE (0.4);
                                        TELECONFERENCE WITH D. BAUMSTEIN, C.
                                        BELL, B. SAX, B. QUICK, AND T. JERMAN RE:
                                        SAME (0.5); TELECONFERENCE WITH D.
                                        BAUMSTEIN RE: LITIGATION DILIGENCE
                                        (0.1); TELECONFERENCE WITH S. CORCORAN
                                        RE: IT AGREEMENTS (0.1).

MEISLER RE        02/23/07       5.30   PREPARE FOR REGIONAL LITIGATION
                                        DILIGENCE TELECONFERENCE (0.4);
                                        TELECONFERENCE WITH R. BERRY RE: SAME
                                        (0.3); TELECONFERENCE WITH J. RUE, F.
                                        JENKINS, F. DAMICO AND R. BERRY RE: SAME
                                        (0.6); CONFERENCE WITH R. BERRY AND F.
                                        DAMICO RE: SITE VISITS (0.4); CONTINUE
                                        ATTENTION TO DILIGENCE (0.6); PREPARE
                                        FOR TELECONFERENCE WITH C. BELL (0.5);
                                        TELECONFERENCE WITH C. BELL RE:
                                        DILIGENCE (0.8); CONFERENCE WITH A.
                                        HOGAN RE: SAME (0.1); CONTINUE TO REVIEW
                                        DOCUMENTS TO BE INSERTED INTO DATA ROOM
                                        (0.6); REVIEW DATA REQUESTS COVER
                                        LETTER (0.3); REVIEW DOCUMENTS
                                        REQUESTED PER DATA REQUESTS (0.7).

MEISLER RE        02/26/07       4.80   CONTINUE TO REVIEW DILIGENCE RE: PLAN
                                        INVESTORS (1.7); ATTENTION TO DILIGENCE
                                        RE: FOREIGN ENTITIES (0.5); REVIEW
                                        STATUS OF DATA ROOM AND RECENTLY
                                        POPULATED DOCUMENTS (0.6); REVIEW
                                        CORRESPONDENCE (0.7) AND RESPOND (1.3)
                                        RE: SAME.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 02/27/07 | 3.80 | PREPARE FOR DILIGENCE CALL (0.5); TELECONFERENCE WITH C. BELL, G. HADDAD, J. FLEISCHER, AND M. PERL RE: DILIGENCE (1.0); NOTES TO FILE (0.3); PREPARE FOR LITIGATION DILIGENCE CALL (0.3); PARTICIPATE ON LITIGATION DILIGENCE TELECONFERENCE WITH J. PAPELIAN, D. BAUMSTEIN, F. JENKINS, AND J. RUE (0.7); CONTINUE ATTENTION TO DILIGENCE (0.8); TELECONFERENCE WITH S. CORCORAN RE: STATUS OF DILIGENCE (0.2). |
| MEISLER RE | 02/28/07 | 4.30 | PREPARE FOR TELECONFERENCE WITH T. TWOMEY RE: IP DILIGENCE (0.4); TELECONFERENCE WITH A. STROBERT RE: SAME (0.1); TELECONFERENCE WITH T. TWOMEY, A. STROBERT, AND M. PERL RE: SAME (1.0); DRAFT CORRESPONDENCE RE: RECENT SETTLEMENT (0.2);  REVIEW COPY REQUESTS RE: DILIGENCE (0.2); REVIEW DOCUMENTS REQUESTED RE: SAME (0.8); TELECONFERENCE WITH B. RESNICK RE: EPCA (0.1); REVIEW AMENDMENT RE: SAME (0.3); DRAFT CORRESPONDENCE RE: DILIGENCE AT REGIONAL SITES (0.4); REVIEW AND ANALYZE CHART OF FOREIGN ENTITIES PER PLAN INVESTOR REQUEST (0.3); REVIEW AND CONSIDER CORRESPONDENCE RE: APPRAISALS AND RESPOND (0.2); DRAFT CORRESPONDENCE RE: WARRANTY (0.2); DRAFT CORRESPONDENCE TO F. ALGASOFF RE: REGIONAL VISITS (0.1). |

98.50

| | | | |
|---|---|---|---|
| PERL MW | 02/01/07 | 9.70 | DETAIL REVIEW OF RESPONSE TO DILIGENCE REQUEST (1.9); PREPARE FOR DILIGENCE TELECONFERENCE WITH MILBANK AND WHITE & CASE (0.5); STARTEGIZE WITH S. CORCORAN RE: VARIOUS DATA REQUESTS AND RELATED MATTERS (0.3); REVIEW DILIGENCE RESPONSE WITH WORKING GROUP IN PRPEARATION FOR 2/2 TELECONFERENCE (1.8); RESPOND TO VARIOUS INQUIRIES FROM ATTORNESY ON SITE IN DATA ROOM (0.7) AND FOLLOW UP RE: SAME (0.4); PREPARE LETTERS AND INDICES FOR DATA REQUESTS AND FOLLOW UP RE: SAME (2.8); ATTENTION TO DATA ROOM MATTERS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | | |
|---|---|---|---|---|
| PERL MW | 02/02/07 | 6.10 | PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE RE: DUE DILIGENCE REQUEST WITH J. SHEEHAN, S. CORCORAN, ATTORNEYS FROM MILBANK & WHITE & CASE AND CERBERUS (2.4); DRAFT FOLLOW UP CORRESPONDENCES TO J. SHEEHAN RE: SAME, INCLUDING REVIEW OF NOTES (0.4); DRAFT CORRESPONDENCE TO M. LOEB RE: COPY REQUESTS (0.1); TELECONFERENCE WITH J. BEAUDOEN RE: REAL ESTATE DILIGENCE MATTERS (0.2); MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: DATA ROOM MATTERS AND NEXT STEPS (1.1); REVIEW DOCUMENTS IN DATA ROOM IN CONNECTION WITH RESPONSE TO DILIGENCE REQUEST (0.3); BEGIN DRAFTING SUMMARY OF CALL AND STRATEGIZING RE: FOLLOW UP REQUIRED (1.3). | |
| PERL MW | 02/03/07 | 2.00 | REVIEW AND RESPOND TO VARIOUS DILIGENCE RELATED CORRESPONDENCE (0.6); FINISH DRAFTING SUMMARY OF TELECONFERENCE RE: DILIGENCE (1.4). | |
| PERL MW | 02/04/07 | 0.90 | TELECONFERENCES WITH WORKIN GROUP RE: DILIGENCE MATTERS (0.3, 0.2); CORRESPONDECNES RE: SAME (0.4). | |
| PERL MW | 02/05/07 | 7.30 | REVIEW SUMMARY OF DILIGNCE TELECONFERENCE FROM 2/2/07 (0.6); MULTIPLE CORRESPONDENCES RE: DILIGENCE AND DATA ROOM MATTERS (1.1) AND FOLLOW UP RE: SAME (0.4); REVIEW UPDATED HR INDEX AND RELATED DOCUMENTS (0.5) AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.2); UPDATE AND REVISE SUMMARY OF DILIGENCE CALL (0.6); REVIEW RESPONSE CIRCULATED BY MILBANK IN CONNECTION WITH DILIGENCE TELECONFERENCE (1.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.3) AND ANALYSIS OF SAME (0.6); PREPARE DOCUMENTS FOR REVIEW OF CHARACTERIZATION OF RESPONSE (0.6); COORDINATE RE: DOCUMENTS AND DISTRIBUTION OF SAME (0.6); DRAFT CORRESPONDENCE TO J. SHEEHAN AND S. CORCORAN RE: MILBANK'S RESPONSE TO THE DILIGENCE REQUEST (0.4) AND PREPARE DOCUMENTS IN CONNECTION WITH SAME (0.2). | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          02/06/07      5.90    CORRESPONDENCE WITH B. LUETGHE RE:
                                       PROPERTY TAX MATTERS (0.3); FOLLOW UP
                                       WITH B. SPARKS RE: SAME (0.3);
                                       CORRESPONDENCE WITH D. KUSTARZ RE:
                                       DILIGENCE REQUEST (0.2);
                                       TELECONFERENCE WITH S. BERGER RE: SAME
                                       (0.2); CORRESPONDENCE WITH C. COMERFORD
                                       AND J. BEAUDOEN RE: DILIGENCE FOLLOW UP
                                       (0.3); TELECONFERENCE WITH J. BEAUDOEN
                                       RE: SAME (0.2); REVIEW DOCUMENTS IN
                                       CONNECTION WITH SAME AND COORDINATE
                                       ADDITIONS TO DATA ROOM (0.4);
                                       CORRESPONDENCE WITH T. TWOMEY RE:
                                       DILIGENCE REQUEST (0.1); FOLLOW UP WITH
                                       B. FRANTANGELO AND WORKING GROUP RE:
                                       STATUS OF DOCUMENT REQUESTS (1.4);
                                       ATTENTION TO UPDATES TO HR INDEX (0.6);
                                       COORDINATE RE: ADDITIONAL DOCUMENTS
                                       ADDED TO DATA ROOM (0.8) AND REVIEW
                                       UPDATED INDEX (0.3); CIRCULATE UPDATED
                                       INDICES TO MILBANK AND WHITE & CASE
                                       (0.3); TELECONFERENCE WITH N. BERGER
                                       RE: AIRPLANE LEASES (0.2); BEGIN REVIEW
                                       OF SAME (0.3).

PERL MW          02/07/07      8.70    REVIEW LEASES AND RELATED DOCUMENTS
                                       (2.1); REVIEW ADDITIONAL DOCUMENTS TO
                                       BE ADDED TO DATA ROOM, INCLUDING FOLLOW
                                       UP WITH WORKING GROUP RE: SAME (1.8) AND
                                       COORDINATE RE: SAME (0.3); REVIEW
                                       MULTIPLE CORRESPONDENCES RE: DUE
                                       DILIGENCE MATTERS (0.4); COORDINATE RE:
                                       DISTRIBUTION OF COPY REQUESTS,
                                       INCLUDING REVIEW OF LETTERS AND
                                       PROVIDING COMMENTS TO SAME (1.3);
                                       TELECONFERENCES WITH J. EVAN RE: LEASES
                                       (0.2, 0.1); MEET WITH K. CHECK RE:
                                       DOCUMENTS TO BE ADDED TO DATA ROOM
                                       (0.3); ATTENTION TO DATA ROOM MATTERS
                                       (0.9); REVISE INDEX (0.4) AND CIRCULATE
                                       UPDATED INDEX TO MILBANK AND WHITE &
                                       CASE (0.2); COORDINATE RE:
                                       TELECONFERENCE ON LITIGATION MATTERS
                                       (0.1); DRAFT CORRESPONDENCE TO T.
                                       TWOMEY RE: DILIGENCE REQUEST IN
                                       CONNECTION WITH IP MATTERS (0.2);
                                       MULTIPLE CORRESPONDENCES WITH WORKING
                                       RE: MINUTE BOOKS IN CONNECTION WITH DATA
                                       ROOM (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 02/08/07 | 11.90 | REVISE SUMMARY RE: DUE DILIGENCE TELECONFERENCE, INCLUDING REVIEW OF NOTES AND COMMENTS (1.9); PREPARE DATA ROOM FOR ON SITE DILIGENCE REVIEW (0.4); REVIEW REVISIONS TO DOCUMENT INDEX (0.4); MULTIPLE TELECONFERENCES AND MEETINGS WITH WORKING GROUP RE: ON GOING DILIGENCE MATTERS (1.2); TELECONFERENCE WITH I. SCOTT (0.2) AND J. EVANS (0.1) RE: LEASES; FOLLOW UP RE: ADDITIONAL DOCUMENTS TO BE ADDED TO DATA ROOM (0.8); ATTENTION TO ISSUES RE: ACCESS TO VIRTUAL DATA ROOM (0.5); PREPARE DOCUMENTS RELATING TO FOREIGN ENTITIES FOR DILIGENCE CALL, INCLUDING REVIEW AND PREPARATION OF 5 EXHIBITS (6.4). |
| PERL MW | 02/09/07 | 7.80 | REVIEW SUMMARIES AND PREPARE INDICES FOR TELECONFERENCE, INCLUDING CIRCULATION OF SAME (2.8); REVIEW DATA ROOM DOCUMENTS AND UPDATE EXHIBITS IN CONNECTION WITH SAME (1.2); PREPARE FOR (0.3) AND PARTICIPATE IN (1.7) TELECONFERENCE WITH M. MCGUIRE, S. CORCORAN, ILEANA SIMPLISKIAN, AND WORKING GROUP RE: DOCUMENTS FOR FOREIGN ENTITIES FOR DATA ROOM; STRATEGIZE WITH WORKING GROUP RE: TRANSITION OF DILIGENCE PROJECT (0.3); UPDATE DILIGENCE CHARTS AND CIRUCLATE SAME TO S. CORCORAN AND M. MCGUIRE (0.8); ATTENTION TO DATA REQUESTS (0.3); COORDINATE WITH WORKING GROUP RE: ADDITIONS TO DATA ROOM (0.4). |
| PERL MW | 02/10/07 | 0.40 | TELECONFERENCE WITH WORKING GROUP RE: DILIGENCE MATTERS (0.1); BEGIN DRAFTING SUMARY OF TELECONFERENCE FOM 2/9/07 RE: DILIGENCE FOR FOREIGN ENTITIES (0.3). |
| PERL MW | 02/11/07 | 0.40 | COMPLETE DRAFTING SUMMARY FO DUE DILIGENCE CALL FROM 2/9/07 RE: FOREIGN ENTITIES (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          02/12/07          6.50    TELECONFERENCE WITH T. TWOMEY RE: DUE
                                           DILIGENCE IN CONNECTION WITH IP MATTERS
                                           (0.5); TELECONFERENCE WITH P. JABBOUR
                                           (MILBANK) RE: DILIGENCE MATTERS (0.1);
                                           REVIEW VARIOUS IT AGREEMENTS (0.7) AND
                                           COORDIANTE WITH WORKING GROUP RE: SAME
                                           (0.6); STARTEGIZE WITH WORKING GROUP
                                           RE: DATA ROOM PROCEDURES AND COORDINATE
                                           RE: ADDITIONAL DOCUMENTS TO BE ADDED TO
                                           DATA ROOM (1.6); REVIEW ADDITIONAL
                                           ORGANIZATIONAL DOCUMENTS FOR INCLUSION
                                           IN DATA ROOM (0.4) AND REVIEW AND REVISE
                                           INDEX RE: SAME (0.3); COORDINATE RE:
                                           TELECONFERENCE ON WORKS COUNSIL MATTERS
                                           INCLUDING CORRESPONDENCES WITH I. VAGNE
                                           AND C. BELL AND C. DIAMOND (0.6); REVIEW
                                           MANAGMENT PRESENTATIONS (0.3) AND
                                           STRATEGIZE RE: ADDITIONS OF SAME TO DATA
                                           ROOM (0.4); REVIEW DOCUMENTS IN
                                           CONNECTION WITH DATA REQUEST FROM WHITE
                                           & CASE (0.4); COORDIANTE RE: SAME (0.3);
                                           REVIEW AND RESPOND TO CORRESPONDENCE
                                           FROM C. ALM RE: DATA REQUEST (0.1);
                                           CORRESPODENCES WITH M. LOEB AND F.
                                           KUPLICKKI RE: APPROVAL FOR ADDITIONAL
                                           DATA REQUESTS (0.2).

PERL MW          02/13/07          7.70    PREPARE FOR (0.1) AND PARTICIPATE IN
                                           TELECONFERENCE RE: WORKS COUNCIL ISSUES
                                           WITH I. VAGNE AND MILBANK AND WHITE &
                                           CASE (0.5); TELECONFERENCE WITH WORKING
                                           GROUP TO PROVIDE SUMMARY OF SAME (0.3);
                                           REVIEW SUMMARY OF SAME (0.2); ATTENTION
                                           TO DATA REQUESTS SUBMITTED (0.4);
                                           TELECONFERENCE WITH M. BRIARTON RE:
                                           UPDATES TO ENVIRONMENTAL INDEX (0.1);
                                           STRATEGIZE RE: IT AGREEMENTS AND
                                           TELECONFERENCE WITH M. WILLIAMS RE:
                                           SAME (0.1); COORDINATE WITH WORKING
                                           GROUP RE: IT AGREEMENTS AND INDEXING OF
                                           SAME (0.6); CORRESPONDENCES WITH P.
                                           JABBOUR AND C. ALM RE: DATA ROOM MATTERS
                                           (0.3); REVIEW AND INDEX FILES FOR
                                           INCLUSION IN DATA ROOM (1.4); PROVIDE
                                           CURRENT INDEX OF AVAILABLE FINANCING
                                           DOCUMENTS (0.1); CORRESPONDENCE WITH M.
                                           FORTUNAK RE: DILIGENCE REQUEST (0.1);
                                           ATTENTION TO VARIOUS DILIGENCE AND DATA
                                           ROOM RELATED MATTERS (3.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        02/14/07      6.40    REVIEW ADDITIONAL DOCUMENTS TO BE
                                     INCLUDED IN DATA ROOM AND FOLLOW UP RE:
                                     SAME (1.3); TELECONFERENCES WITH
                                     WORKING RGOUP RE: DILIGENCE AND DATA
                                     ROOM MATTERS (0.7); FINALIZE DATA
                                     REQUESTS AND CORRESPOND WITH WORKING
                                     GROUP RE: SAME (0.6); REVIEW BOARD
                                     PRESENTATIONS AND STRATEGIZE WITH
                                     WORKING GROUP RE: SAME (1.2); REVISE AND
                                     UPDATE DOCUMENT INDEX (0.3);
                                     CORESPONDENCE AND TELECONFERENCE WITH
                                     S. POSTON RE: DATA ROOM MATTERS (0.3);
                                     FOLLOW UP CORRESPONDENCE WITH F.
                                     KUPLICKI RE: COPY REQUEST, INCLUDING
                                     REVIEW OF DOCUMENT FOR CONFIDENTIALITY
                                     (0.7) REVIEW SAME WITH WORKING GROUP
                                     (0.1); PRELIMINARY REVIEW OF INDEX OF IT
                                     AGREEMENTS AND PROVIDE COMMENTS TO SAME
                                     (0.4); ATTENTION TO IT AGREEMENTS TO BE
                                     INCLUDED IN DATA ROOM (0.8).

PERL MW        02/15/07     10.60    TELECONFERENCE WITH P. JABBOUR RE: DATA
                                     ROOM MATTERS (0.3); REVIEW ADDITIONAL
                                     DOCUMENTS TO BE ADDED TO INDEX (0.6);
                                     REVIEW SUMMARY OF CALL RE: DILIGENCE FOR
                                     FOREIGN ENTITIES AND PROVIDE COMMENTS
                                     RE: SAME (1.3); DRAFT CORRESPONDENCE TO
                                     I. SIMPLICEAN RE: SAME (0.2);
                                     STRATEGIZE WITH WORKING GROUP RE: SAME
                                     (0.3); WORK ON SCHEDULING
                                     TELECONFERENCE RE: DILIGENCE MATTERS
                                     (0.4); FOLLOW UP WITH F. KUPLICKI RE:
                                     SAME (0.2); TELECONFERENCE WITH J.
                                     MALESKY RE: GOVERNMENT CONTRACTS FOR
                                     INCLUSION IN DATA ROOM (0.4); REVIEW
                                     SAME FOR INCLUSION IN DATA ROOM (0.4);
                                     REVIEW CORRESPONDENCE AND VARIOUS
                                     FINANCING AND TRANSACTIONAL DOCUMENTS
                                     FOR DATA ROOM (2.3); STRATEGIZE WITH
                                     WORKING GROUP RE: DATA ROOM MATTERS
                                     (1.6); TELECONFERENCE WITH J. WILLIAMS
                                     RE: TELECONFERENCE FOR WARRANTY MATTERS
                                     (0.1); REVIEW AND REVISE DOCUMENT INDEX
                                     (0.8); REVIEW VARIOUS IT AGREEMENTS AND
                                     PROVIDE COMMENTS TO INDEX OF SAME (1.1);
                                     ATTENTION TO MANAGMENT PRESENTATIONS TO
                                     BOARD FOR INCLUSION IN DATA ROOM (0.6).

PERL MW        02/16/07      6.00    MULTIPLE CORRESPONDENCES RE:
                                     TELECONFERENCES ON DILIGENCE MATTERS
                                     AND COORDINATE SAME (0.8); REVIEW NEW
                                     DOCUMENTS TO BE ADDED TO DATA ROOM AND
                                     REVIEW UPDATED INDEX RE: SAME AND
                                     COORDINATE RE: SAME  (2.3); REVIEW
                                     VARIOUS IT AGREEMENTS AND OTHER INDEX
                                     AND DATA ROOM ENTRIES (0.9); FINALIZE
                                     UPDATES TO INDEX (0.3) AND DRAFT
                                     CORRESPONDENCE TO MILBANK AND WHITE &
                                     CASE RE: UPDATED INDEX (0.4);
                                     COORDINATE RE: DATA ROOM VISIT FOR
                                     UPCOMING WEEK (0.2); STRATEGIZE AND
                                     COORDINATE WITH WORKING GROUP RE:
                                     VARIOUS DATA ROOM MATTERS (1.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        02/18/07      4.20    REVIEW ADDITIONAL DOCUMENTS TO BE ADDED
                                     TO DATA ROOM AND COORDINATE RE: SAME
                                     (0.8); REVIEW IT AGREEMENTS FOR DATA
                                     ROOM (2.3); TELECONFERENCE WITH WORKING
                                     GROUP RE: SAME (0.4); STRATEGIZE RE:
                                     OUTSTANDING DILIGENCE MATTERS (0.4),
                                     INCLUDING DRAFTING CORRESPONDENCE RE:
                                     SAME (0.3).

PERL MW        02/19/07     12.30    REVIEW CORRESPONDENCE FROM C. BELL RE:
                                     DILIGENCE (0.2); REVIEW AND PROVIDE
                                     COMMENTS TO DRAFT RESPONSE RE: SAME
                                     (0.3); REVIEW SUMMARY CHART FOM I.
                                     SIMPLCEAN AND COORDIANTE UPDATES RE:
                                     SAME (0.4); MEET WITH S. POSTON RE:
                                     DOCUMENTS TO BE ADDED TO DATA ROOM
                                     (0.7); STRATEGIZE WITH T. TWOMEY AND J.
                                     FUNKE RE: IP TELECONFERENCE (0.4);
                                     COORDINATE RE: RESCHEDULING IP
                                     TELECONFERENCE (0.2); REVIEW DOCUMENTS
                                     AND DATA ROOM INDEX FOR ADDING DOCUMENTS
                                     TO DATA ROOM (4.3); PREPARE, UPDATE, AND
                                     ORGANIZE DATA ROOM FILES (0.9); PREPARE
                                     UPDATED INDEX AND CORRESPONDENCE RE:
                                     SAME (0.4); WORK WITH WORKING GROUP ON
                                     VARIOUS DATA ROOM MATTERS IN
                                     PREPARATION FOR VISIT BY ATTORNEYS
                                     (1.4); TELECONFERENCE WITH M. FAKUDA
                                     RE: GRUNDIG TRANSACTION (0.1); DRAFT
                                     CORRESPONDENCE TO M. MCGUIRE RE: SAME,
                                     INCLUDING REVIEW OF RELEVANT DOCUMENTS
                                     (0.5); FOLLOW UP CORRESPONDENC WITH E.
                                     HOWARD RE: ACCESS TO VIRTUAL DATA ROOMS
                                     (0.1); PREPARE INSTRUCTIONS AND DATA
                                     ROOM DOCUMENTS FOR REVIEW OF IT
                                     AGREEMENTS (0.3); COORDINATE WITH
                                     WORKING GROUP RE: SAME (0.4); BEGIN
                                     REVIEW OF INVESTORS' RESPONSE TO
                                     DILIGENCE REQUEST AND PROVIDE RESPONSES
                                     TO SAME (1.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          02/20/07      12.50    PREPARE DATA ROOM (0.6); CONTINUE TO
                                        REVIEW AND UPDATE RESPONSE TO
                                        INVESTORS' COMMENTS ON DUE DILIGENCE
                                        CHART, INCLUDING REVIEW OF PREVIOUS
                                        DRAFTS OF RESPONSES AND NOTES FROM
                                        VARIOUS TELECONFERENCES (5.6);
                                        TELECONFERENCE WITH P. JABBOUR RE: DATA
                                        ROOM DOCUMENTS (0.2); REVIEW AND
                                        COORDINATE RE: ADDITIONAL DOCUMENTS TO
                                        BE ADDED TO DATA ROOM (0.3); MEET WITH
                                        S. POSTON RE: MINUTE BOOK (0.2); PREPARE
                                        FOR (0.2) AND PARTICIPATE IN IP RELATED
                                        TELECONFERENCE WITH MILBANK AND WHITE &
                                        CASE (0.4); FOLLOW UP DISCUSSION WITH T.
                                        TWOMEY AND W. CONSOWSKI RE: SAME (0.1);
                                        REVIEW SUMMARY PROVIDED BY J. RUE (0.2)
                                        AND PROVIDE COMMENTS RE: SAME (0.6);
                                        COORDINATE WITH WORKING GROUP RE: SAME
                                        (0.2); REVIEW JOINT VENTURE INDEX AND
                                        RELATED DOCUMENTS (0.3) AND DISCUSS
                                        STATUS OF SAME WITH P. JABBOUR (0.5);
                                        STRATEGIZE WITH WORKING GROUP RE: IP
                                        MATTERS (0.3); FOLLOW UP CORRESPONDENCE
                                        WITH J. SHEEHAN RE: DATA ROOM INQUIRY
                                        (0.2); ATTENTION TO D & O QUESTIONAIRES
                                        IN DATA ROOM IN CONNECTION WITH INQUIRY
                                        RE: 10-K (0.6); REVIEW LIST OF
                                        OUTSTANDING DOCUMENTS AND DRAFT FOLLOW
                                        UP INQUIRIES RE: SAME (0.5); FOLLOW UP
                                        WITH ATTORNEYS IN DATA ROOM (0.6);
                                        ATTENTION TO DATA ROOM MATTERS (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        02/21/07     9.70   PREPARE DATA ROOM (0.3); MEET WITH P.
                                   JABBOUR RE: DATA ROOM MATTERS (0.3);
                                   REVIEW VARIOUS IP LICENSING AGREEMENTS
                                   FOR DATA ROOM, INCLUDING INDEX AND
                                   DOLLAR AMOUNTS OF SAME (1.7); REVIEW
                                   ADDITIONAL DOCUMENTS FOR DATA ROOM
                                   (0.4); REVIEW AND REVISE DOCUMENT INDEX
                                   (0.8); TELECONFERENCE WITH A. STROBERT
                                   AND W. COSNOWSKI RE: SUMMARY TO IP
                                   TELECONFERENCE (0.1); REVIEW AND REVISE
                                   NOTES FROM IP CALL AND CIRCULATE
                                   REVISIONS RE: SAME (0.5); DRAFT
                                   CORRESPONDENCE TO T. TWOMEY RE: IP
                                   LICENSE AGREEMENTS IN THE DATA ROOM
                                   (0.4); TELECONFERENCE WITH M. WILLIAMS
                                   RE: IT AGREEMENTS AND HR DATA ROOM
                                   (0.2); FOLLOW UP RE: OUTSTANDING DATA
                                   REQUESTS (0.2); MEET WITH SANDY POSTON
                                   RE: DATA ROOM DOCUMENTS (0.4); MULTIPLE
                                   TELECONFERENCES WITH WORKING GROUP RE:
                                   REDACTIONS FOR DATA ROOM DOCUMENTS
                                   (0.4); COORDIANTE RE: NEW HR DOCUMENTS
                                   AND DISTRIBUTION OF SAME (0.4);
                                   CORRESPOND TO C. ALM RE: DOCUMENT INDEX
                                   (0.2) AND COORDINATE TRANSMITTAL OF
                                   SAME (0.2); REVIEW IP DOCUMENTS TO BE
                                   PROVIDED (0.6) AND DRAFT CORRESPONDENCE
                                   TO WORKING GROUP RE: SAME (0.3);
                                   COORDINATE WITH WORKING GROUP RE: DATA
                                   ROOM MATTERS, INCLUDING PREPARING DATA
                                   ROOM FOR NEXT DAY VISIT (0.7); REVIEW
                                   AND REVISE RESPONSE TO INVESTORS'
                                   DILIGENCE REQUEST (1.6).

PERL MW        02/22/07     9.80   TELECONFERENCES WITH M. WILLIAMS (0.1)
                                   AND M. FORTUNAK (0.1) RE: DILIGENCE
                                   MATTERS; CONTINUE TO REVISE AND RESPOND
                                   TO MILBANK'S COMMENTS ON THE DILIGENCE
                                   REQUEST, INCLUDING REVIEW OF NOTES FROM
                                   TELECONFERENCES (4.7); STRATEGIZE AND
                                   COORDINATE WITH WORKING RE: ADDITIONAL
                                   DOCUMENTS TO BE ADDED TO DATA ROOM
                                   (0.9); REVIEW DOCUMENTS FOR POSSIBLE
                                   INCLUSION IN DATA ROOM (0.7) AND FOLLOW
                                   UP CORRESPONDENCE RE: SAME (0.3) AND
                                   REVIEW DATA ROOM DOCUMENTS FOR
                                   DUPLICATES OF SAME (0.4); COORDINATE
                                   RE: D&O REPORTS FOR 10-K AND DATA ROOM
                                   (0.6); WORK ON GETTING SIGNED COPY
                                   REQUESTS PROCESSED (0.4); CORRESPOND
                                   WITH B. FRANTANGELO RE: DOCUMENTS
                                   REQUESTED FROM DATA ROOM (0.3);
                                   CORREPOSNDENCE WITH R. VAN LEUVEN RE: HR
                                   DOCUMENTS, INCLUDING REVIEW OF INDEX
                                   (0.3); PREPARE SUMMARY OF DATA ROOM
                                   PROCEDURES FOR FOREIGN REGION VISIT
                                   (0.4); REVIEW IP DOCUMENTS AND PROVIDE
                                   COMMENTS AND INQUIRY TO WORKING GROUP
                                   (0.6).

B43B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        02/23/07      7.40   DRAFT LETTERS TO P. JABBOUR AND C. ALM
                                    RE: DATA REQUESTS (0.4); REVIEW RELATED
                                    DOCUMENTS IN CONNECTION WITH SAME (0.6)
                                    AND COORDINATE RE: DISTRIBUTION OF
                                    SAME, INCLUDING REVIEW OF CDS (0.6);
                                    REVIEW ADDITIONAL DOCUMENTS AND UPDATE
                                    INDEX RE: SAME (0.7); PREPARE FOR (0.4)
                                    AND PARTICIPATE IN TELECONFERENCE WITH
                                    MILBANK AND WHITE & CASE RE: RESPONSE TO
                                    DILIGENCE REQUEST (0.8); FOLLOW UP WITH
                                    WORKING GROUP RE: SAME (0.5);
                                    STARTEGIZE WITH WORKING GROUP RE:
                                    FOLLOW UP STEPS FOR DATA ROOM (0.9);
                                    REVISE SUMMARY OF DATA ROOM PROCEDURES
                                    FOR VISITS TO FOREIGN ENTITIES (0.7);
                                    REVISE RESPONSE TO INVESTORS' DUE
                                    DILIGENCE (0.6); TELECONFERENCE WITH T.
                                    TWOMEY RE: DILIGENCE MATTERS (0.2);
                                    REVIEW DOCUMENTS TO BE PROVIDED TO
                                    MILBANK AND WHITE & CASE (0.4); FOLLOW
                                    UP WITH I. SIMPLCEAN RE: DOCUMENTS FROM
                                    FOREIGN REGIONS (0.2); STRATEGIZE WITH
                                    WORKING GROUP RE: UPDATES TO
                                    ENVIRONMENTAL DOCUMENTS/INDEX (0.4).

PERL MW        02/25/07      3.90   REVIEW NOTES AND UPDATE RESPONSE TO
                                    DILIGENCE LIST BASED ON 2/23
                                    TELECONFERENCE (1.6); BEGIN REVIEW OF
                                    D&O REPORTS FOR DATA ROOM (0.4);
                                    CORRESOPNDENCE WITH WORKING GROUP RE:
                                    STATUS OF IP DOCUMENTS (0.2);
                                    TELECONFERENCE WITH WORKING GROUP RE:
                                    DILIGENCE MATTERS (0.3); COORDINATE RE:
                                    DATA ROOM VISIT (0.4); REVIEW ISSUES AND
                                    RELATED DOCUMENTS IN CONNECTION WITH
                                    BOARD PRESENTATION (0.6); REVIEW INDEX
                                    AND RELATED SUBINDICES AND COORDINATE
                                    RE: SAME (0.4).

PERL MW        02/26/07      5.90   REVISE AND UPDATE SUMMARY OF DATA ROOM
                                    PROCEDURES FOR FOREIGN REGION VISITS
                                    (1.2); PREPARE RELATED DOCUMENTS IN
                                    CONNECTION WITH SAME (0.4); REVIEW
                                    VARIOUS DOCUMENTS FOR INCLUSION IN DATA
                                    ROOM (0.7); COORDINATE WITH WORKING
                                    GROUP RE: SAME (0.6); DRAFT
                                    CORRESPONDENCE TO S. POSTON AND M.
                                    FORTUNAK RE: DATA ROOM INQUIRY (0.2);
                                    TELECONFERENCE WITH T. TWOMEY RE: IP
                                    MATTERS IN CONNECTION WITH DILIGENCE
                                    REQUEST (0.2); FINALIZE AND COORDINATE
                                    RE: IP DOCUMENTS AND CORRESPOND WITH
                                    MILBANK AND WHITE & CASE RE: SAME (0.5);
                                    COORDINATE RE: DATA ROOM VISIT (0.6) AND
                                    PREPARE FOR SAME (0.4); ATTENTION TO
                                    DATA REQUESTS (0.7); TELECONFERENCE
                                    WITH K. GOLDENBERG RE: DATA ROOM VISIT
                                    (0.1); REVIEW CORRESPONDENCE WITH
                                    WORKING GROUP RE: IP MATTERS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          02/27/07      14.70   PREPARE FOR (0.2) AND PARTICIPATE IN
                                       (0.9) TELECONFERENCE WITH MILBANK
                                       ATTORNEYS RE: STATUS OF DILIGENCE
                                       REQUEST AND FOLLOW UP WITH WORKING GROUP
                                       RE: SAME (0.3); PREPARE DOCUMENTS TO BE
                                       ADDED TO DATA ROOM (0.5); MEET WITH
                                       ATTORNEY FROM WHITE & CASE AND PROVIDE
                                       OVERVIEW OF DATA ROOM (0.4, 0.2); REVIEW
                                       VARIOUS DOCUMENTS TO BE ADDED TO DATA
                                       ROOM (3.9); CONSIDER ISSUES IN
                                       CONNECTION WITH SAME AND STRATEGIZE
                                       WITH WORKING GROUP RE: SAME (1.4);
                                       FOLLOW UP CORRESPONDENCES WITH M.
                                       DENSMORE, M. FAKUDA, C. COMERFORD, AND
                                       J. BEAUDOEN RE: DILIGENCE REQUESTS
                                       (0.7); WORK ON GETTING APPROVAL OF
                                       VARIOUS DATA REQUESTS (1.8);
                                       TELECONFERENCE WITH WORKIN GROUP RE: IP
                                       MATTERS (0.2); COORDINATE RE:
                                       TELECONFERENCE IN CONNECTION WITH IP
                                       MATTERS (0.3); REVIEW IP DILIGENCE
                                       REQUEST AND INDEX ENTIRES AND PREPARE
                                       SAME FOR T. TWOMEY AND WORKING GROUP
                                       (0.5); REVIEW IP AGREEMENTS AND PROVIDE
                                       COMMENTS TO SUMMARY OF SAME (0.7);
                                       REVIEW VARIOUS FOREIGN DOCUMENTS (0.8)
                                       AND DRAFT CORRESPONDENCE TO I.
                                       SIMPLCEAN AND F. STROK RE: SAME (0.3);
                                       TELECONFERENCE WITH M. FORTUNAK RE:
                                       FOREIGN DOCUMENTS (0.1) AND FOLLOW UP
                                       CORRESPONDENCES RE: SAME (0.3); REVIEW
                                       JV LIST AND PRINCIPAL FOREIGN ENTITY
                                       LIST FOR CHINESE ENTITIES AND PREPARE
                                       SUMMARY RE: SAME (0.5); COORDINATE RE:
                                       TELECONFERENCE IN CONNECTION WITH SAME
                                       (0.1); MULTIPLE TELECONFERENCES WITH
                                       WORKING GROUP RE: DILIGENCE MATTERS
                                       (0.6).

B43E