SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEDERER J. | 03/09/07 | 8.00 | BEGIN WORK ON DIVIDING FOREIGN ORGANIZATIONAL DOCUMENT REQUESTS BY REGION (0.4); EDIT REQUEST COVER LETTER AND DISTRIBUTE (0.4); REVIEW DELPHI DOCKET UPDATE (0.2); EDIT KDAC NDA (1.0); FORMULATE INDEX FOR NEW SOLIMINE COPY REQUEST (0.4); TELECONFERENCE WITH M. FORTUNAK OF DELPHI RE: INTER COMPANY LOANS (0.4); COMPLETE DIVISION OF LARGE FOREIGN ORG DOC REQUEST BY REGION (1.0); REVIEW ASIAN REGION PERSONAL PROPERTY LEASES FOR CONFIDENTIALITY (1.0); REVIEW SHIPPING AND TRANSPORT AGREEMENTS FOR CONFIDENTIALITY (1.0); EMAIL CORRESPONDENCE RE: EDITS AND COMMENTS TO THE KDAC CONFIDENTIALITY AGREEMENT (0.4); REVIEW OF NEWLY PROVIDED IT SCHEDULES AND EXHIBITS FOR CONFIDENTIALITY (1.8). |
| LEDERER J. | 03/10/07 | 4.00 | READ AND REVIEW ALL SUPPLEMENTAL DOCUMENTS TO IT AGREEMENTS PROVIDED BY DELPHI (2.0); INDEX ALL DOCUMENTS AND EXHIBITS (1.0); REVIEW CONFIDENTIALITY PROVISIONS AND INFORMATION TO BE REDACTED (1.0). |
| LEDERER J. | 03/12/07 | 7.40 | COMMUNICATION WITH S. POSTON RE: JV DIRECTORS LIST (0.4); RESPOND TO IT AGREEMENT REQUEST (0.8); REVIEW THE LISTING OF JV DELPHI DIRECTORS (0.4); TELECONFERENCE WITH M. FORTUNAK RE: OUTSTANDING INTER-COMPANY LOAN DOCUMENTS (0.5); REVIEW ADDITIONAL FILES AND MATERIALS PROVIDED BY M. FORTUNAK PERTAINING TO INTER COMPANY LOANS (0.6); REVIEW DELPHI DOCKET UPDATE (0.2); REVIEW NOTE AGREEMENT FOR CONSTRUCTION OF 25M MEXICO TECHNICAL CENTER (1.1); INDEX NEW IT AGREEMENT ATTACHMENTS AND SCHEDULES (0.6); REVIEW SCHEDULES TO IP TRANSFER AGREEMENT (1.0); INDEX NEWLY PROVIDED SCHEDULES TO IP TRANSFER AGREEMENT (0.4); INDEX FOREIGN REGION COPY REQUESTS (0.2); REVIEW IT SPREADHSEET SENT BY G. HADDAD (MILBANK) AND COMPARE TO FILES PLACED IN NY IT DATAROOM (1.2). |
| LEDERER J. | 03/13/07 | 4.80 | FOLLOW-UP WITH N. WALLACE AND F. KUPLICKI RE: COPY REQUESTS (0.4); DRAFT FINAL VERIONS OF JV PARTNER LETTER TO SUBMIT TO R. MEISLER (0.4); DRAFT SUMMARY CHART OF STATUS OF ALL PENDING AND OUTSTANDING REQUESTS (0.8); REVIEW DELPHI DOCKET (0.1); SUPERVISE IP SCHEDULES (0.4); PREPARE FOR DELPHI WEEKLY CALL, REVIEW TASK LIST AND MOTION CHART (0.5); FOLLOW-UP RE: KDAC NDA (0.4); DRAFT VERSION OF HR DOCUMENT CHART (1.4); ANALYSIS OF INTER-COMPANY LOAN AGREEMENTS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.      03/14/07      10.00   REVIEW DELPHI DOCKET (0.2);
                                      TELECONFERENCE WITH T. MCCABE RE: IT
                                      LICENSING AGREEMENTS (0.4); ANALYZE
                                      SCHEDULES AND EXHIBITS FOR IT
                                      AGREEMENTS (0.8); MEET WITH R. VAN LUKEN
                                      RE: HR DOCUMENTS, INDEX, AND
                                      OUTSTANDING DOCUMENT REQUEST (0.8);
                                      EDIT AND REVISE  DOCUMENT CHART ON JV
                                      CHART (0.8); TRUNCATE HR DOCUMENT LIST
                                      (0.5); EDIT JV DOCUMENT CHART BY
                                      CHECKING ACTUAL DATA ROOM FOLDERS AND
                                      DOCUMENTS (1.0); BEGIN EDITING FOREIGN
                                      ENTITY MISSING DOCUMENT CHART (0.8);
                                      MEET WITH T. TWOOMEY RE: SCHEDULES TO IP
                                      TRANSFER AGREEMENT (0.8); EDIT HR
                                      MISSING DOCUMENT SUMMARY FOR MEETING
                                      WITH B. SAX AND F. KUPLICKI (0.4); PAGE
                                      CHECK HR DOCUMENT REQUEST (1.0);
                                      FINALIZE HR MISSING DOCUMENT INDEX IN
                                      PREPARATION FOR MEETING WITH F.
                                      KUPLICKI AND B. SAX (1.5); CONFORM HR
                                      DOCUMENT CHART TO REFLECT ADDITIONS
                                      (1.0).

LEDERER J.      03/15/07      12.10   FOLLOW-UP WITH S. POSTON RE: JV LETTER
                                      TO PARTNERS (0.4); PREPARE FOR HR
                                      DOCUMENT REQUEST MEETING WITH B. SAX
                                      (0.4); MEET WITH B. SAX RE: STATUS OF HR
                                      DILLIGENCE REQUEST AND MISSING ITEMS
                                      (0.8); MEET WITH MEMBERS OF DELPHI HR
                                      STAFF TO LOCATE AND SOURCE DOCUMENTS AND
                                      DATA TO RESPONDE TO HR DILLIGENCE
                                      REQUEST (1.4); REVIEW DELPHI DOCKET
                                      (0.2); REVIEW DOCUMENTS AND INDEXES OF
                                      REPORTS ON PROPERTIES FOR ENGINGEERING
                                      REPORTS PROJECT (0.4); CONDUCT IP
                                      LICENSE AGREEMENT CONFI REVIEW (1.5);
                                      MEETING WITH S. POSTON TO DISCUSS
                                      DISTRIBUTION OF JV LETTER TO DELPHI JV
                                      DIRECTORS (0.8); DRAFT COVER EMAIL FOR
                                      S. POSTON TO DISTRIBUTE TO JV DIRECTORS
                                      (0.4); TELECONFERENCE WITH MEMBERS OF
                                      DELPHI HR STAFF TO LOCATE FILES AND DATA
                                      FOR HR REQUEST (0.5); REVIEW IP LICENSE
                                      AGREEMENTS ALREADY IN THE DATA ROOM
                                      (0.5); DRAFT EMAIL TO A. STROBERT RE:
                                      THREE ADDITIONAL IT LICENSE-IN
                                      AGREEMENTS (0.4); REVIEW AND ANALYZE
                                      DELPHI FOREIGN ENTITIES BETWEEN 25 AND
                                      200M TO DEVELOP CATEORGIZATION IN
                                      CONJUNCTION WITH DILLIGENCE RESPONSE
                                      (1.0); UPDATE HR DOCUMENT STATUS INDEX
                                      PER MEETING WITH B. SAX (1.2); PAGE
                                      CHECK HR REQUEST FROM JABBOUR (0.8);
                                      DRAFT JABBOUR COPY REQUEST COVER LETTER
                                      (0.4); REVIEW ADDITIONAL LICENSE-IN IT
                                      AGREEMENTS FOR CONFIDENTIALITY (1.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.        03/16/07        5.30    PROCESS JABBOUT HR REQUEST (0.4);
                                          COMMUNICATION WITH C. MAURI RE:
                                          OUTSTANDING HR DOCUMENTS AND FORM
                                          AGREEMENTS (0.4); COMMUNICATION WITH N.
                                          BERGER (TOGUT) ABOUT SCRIPTS FOR MARCH
                                          HEARING (0.5); TELECONFERENCE WITH S.
                                          POSTON RE: JV PARTNER LETTER
                                          DISTRIBUTION (0.4); TELECONFERENCE
                                          WITH T. MCCABE RE: IT LICENSE AGREEMENTS
                                          (0.4): UPDATE EXHIBIT B NON-WHOLLY
                                          OWNED SUB CHART (0.6); COORDINATE AND
                                          SUPERVISE NY PRODUCTION AND
                                          DISTRIBUTION OF EUROPEAN REGIONAL DOC
                                          INDEX (0.3);  ANALYZE HR HOURLY WORKER
                                          DATA AND WORKERS COMP NUMBERS (0.5);
                                          TELECONFERENCE WITH B. HARPER OF
                                          PURCHASING RE: GATHERING DATA FOR
                                          WORKER NUMBERS BY CATEGORY (0.4);
                                          REVIEW HR SPREADSHEETS FOR HOURLY AND
                                          SALARIED WORKERS (0.9); SUPERVISE WP
                                          REWORKING OF INDEX BLACKLINE (0.5).

LEDERER J.        03/17/07        3.30    REVIEW DILLIGENCE EMAILS OUTLINING
                                          OUTSTANDING ITEMS (1.0); READ RESPONSES
                                          FROM A. STROBERT ON IP AGREEMENTS (0.8);
                                          ANALYZE MILBANK OUTSTANDING DILLIGENCE
                                          ISSUES MEMO (1.0); REVIEW BLACKLINE OF
                                          INDEX (0.5).

LEDERER J.        03/19/07        6.60    READ AND REPOND TO JV PARTNER LETTER
                                          RESPONSES (1.2); READ DRAFT VERSION OF
                                          RESPONSE CHARTS A, B, AND C FOR MISSING
                                          INFORMATION AND ADDITIONS (1.0); REVIEW
                                          AND INDEX NEW HR DOCUMENTS (1.0); REVIEW
                                          DELPHI DOCKET UPDATE (0.2);
                                          COMMUNICATION WITH T. MCCABE RE: IT
                                          AGREEMENTS AND SCHEDULES (0.4);
                                          DISCUSSION WITH R. VAN LEUVEN RE: HR
                                          DOCUMENTS AND INDEXING (0.4); DICUSSION
                                          WITH J. HUNT RE: ENGINEERING REPORTS
                                          (0.4); UPDATE INDEX OF HR MISSING
                                          DOCUMENTS AND ITEMS (0.5); DRAFT EMAIL
                                          TO F. KUPLICKI RE: SETTING UP A MEETING
                                          IN TROY (0.1); EMAIL WITH R. VAN LEUVEN
                                          RE: ADDITIONAL HR DOCUMENTS (0.4);
                                          COMMUNICATION WITH B. FRANTANGELO AND
                                          R. VAN LEUVEN RE: INDEXING OF HR
                                          DOCUMENTS, BATES STAMPING, AND
                                          ADDITIONS TO HR DATA ROOM (1.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.      03/20/07      9.20      COMMUNICATION WITH J. MATZELLE OF
                                        DELPHI HR DEPT RE: MEANING OF FN IN CHART
                                        PROVIDED (0.4); COMMUNICATION WITH R.
                                        VAN LEUVEN RE: MEETING (0.4); PREPARE
                                        FOR MEETING WITH B. HARPER OF DELPHI
                                        PURCHASING (0.4); MEET WITH B. HARPER TO
                                        DISCUSS CONTRACT EMPLOYEES, THE BARTECH
                                        NUMBERS, AND EXPENDITURES ON
                                        INDEPENDENT CONTRACTORS (0.8); READ
                                        INTERCOMPANY LOAN TAX OPINION EMAIL
                                        (0.4); ADD INTERNAL ID NUMBERS FOR IT
                                        DOCS TO MASTER INDEX (0.4); SUMMARIZE
                                        AND ORGANIZE HOURLY WORKER DATA ON
                                        SPREADSHEET (0.4); REVEW DELPHI DOCKET
                                        (0.2); MEET WITH R. VAN LEUVEN RE: NEW
                                        HR DOCUMENTS (0.8); DRAFT AND SEND
                                        FOLLOWUP EMAIL TO ILEANA SIMPLICEAN RE:
                                        FOREIGN LANG COPY REQUESTS FROM EMEA
                                        REGION (0.4); REVIEW DRAFT OF DUE
                                        DILIGENCE PPT (0.5); READ FURUKAWA IP
                                        LICENSE-IN AGREEMENT FOR CONFI AND
                                        REDACTIONS (0.5); EDIT AND REDACT NEW HR
                                        DOCUMENTS FOR INCLUSION IN THE DATA ROOM
                                        (1.0); POPULATE HR DATA ROOM WITH NEW
                                        DOCUMENTS (0.4); REVIEW PO'S AND CORE
                                        BUSINESS CONTRACTS FOR CONFIS AND
                                        REDACTIONS (1.4); DRAFT AND SEND EMAIL
                                        TO A. STROBERT RE: NEW IP LICENSE-IN
                                        AGREEMENT (0.4); INDEX DOCUMENTS IN
                                        MASTER INDEX (0.4).

LEDERER J.      03/21/07     12.90      REDACT IP LICENSE-IN AGREEMENTS (1.0);
                                        INDEX NEW IP LICENSE-IN AGREEMENTS
                                        (0.4);  POPULATE DATA ROOM WITH NEW
                                        DOCUMENTS (0.4); COMMUNICATION WITH K.
                                        COBB OF THE DELPHI TAX STAFF RE: 401(K)
                                        TESTING DATA (0.4); REVIEW DELPHI
                                        DOCKET UPDATE (0.2); DRAFT EMAIL TO
                                        DELPHI REGIONAL COUNSEL ON OUTSTANDING
                                        AND ADDITIONAL DOCUMENTS (0.5); CONTACT
                                        DELPHI HR STAFF FOR GLOBAL INFO REQUEST
                                        (0.4); REVIEW HR DATA PRODUCED BY DELPHI
                                        HR STAFF (0.4); REVIEW AND FORMULATE
                                        EXHIBIT CHARTS FOR DISTRIBUTION TO
                                        REGIONAL DELPHI COUNSEL (2.0); EDIT HR
                                        EMPLOYMENT SUMMARY CHART BY COMMENTS BY
                                        R. MEISLER (1.0); REVIEW MSA
                                        ATTACHMENTS ON CD (0.4); UPDATE MASTER
                                        INDEX TO REFLECT ADDITIONS (0.4);
                                        CREATE BLACKLINE OF INDEX FOR
                                        DISTRIBUTION AND REVIEW FOR ACCURACY
                                        (1.0); POPULATE DATA ROOM WITH NEW DOCS
                                        (0.5); DISCUSSION WITH DELPHI
                                        ENVIRONMENTAL COUNSEL RE:
                                        ENVIRONMENTAL DATA ROOM AND ENGINEERING
                                        REPORTS (0.4); PAGE CHECK CD OF COPY
                                        REQUEST FOR FOREIGN ORG DOCS (0.8);
                                        DRAFT REVISED EMAIL TO REGIONAL COUNSEL
                                        PER EDITS (0.5); REFORMULATE REGIONAL
                                        CHARTS OF DOCUMENTS REQUEST FOR FINAL
                                        DISTRIBUTION TO REGIONAL DELPHI COUNSEL
                                        (2.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEDERER J. | 03/22/07 | 6.60 | MAKE ADDITIONAL REVISIONS TO EMAILS AND CHARTS TO REGIONAL DELPHI COUNSEL RE: DILLIGENCE ITEMS AND DOCUMENTS (0.8); COMMUNICATION WITH B. FRANTANGELO RE: CD'S FOR COPY REQUESTS (0.4); REVIEW FINAL VERSIONS OF EMAILS SENT TO REGIONAL COUNSELS (0.4); DISCUSSION WITH S. POSTON RE: CONSOLIDATED JV'S (0.4); DISCUSSION WITH L. MARX OF CORP. ACCOUNTING RE: CONSOLIDATED JV'S (0.4); DRAFT COVER LETTER FOR JABBOUR COPY REQUEST CD'S (0.4); COMMUNICATION WITH HR STAFF RE: SAMPLE OFFER LETTERS (0.4); POPULATE DATA ROOM WITH NEW DOCUMENTS (0.4); PAGE CHECK JABBOUR ORG DOC CD'S FOR DISTRIBUTION (0.6); ADD ADDITIONAL DOCUMENTS TO REQUEST INDEXES AND CD'S (1.0); BLACKLINE HR INDEX AND DISTRIBUTE FOR REVIEW (0.4); DISCUSSION WITH ENVIRONMENTAL STAFF TO OBTAIN ALL COPIES OF ENVIRONMENTAL INDEX CIRCULATED (0.4); COMMUNICATION WITH ENVIRONMENTAL STAFF RE: ENGINEERING REPORTS (0.6). |
| LEDERER J. | 03/23/07 | 5.30 | REVIEW JV PARTNER LETTER RESPONSES (0.4); RESPOND TO JV DIRECTORS AND ANSWER INQUIRIES (0.6); READ IT AGREEMENT RESPONSE (0.8); ATTENTION TO COPY REQUEST MATTERS (1.0); REVIEW IT AGREEMENT SUPPLEMENTS AND APPENDIXES (1.0); CREATE UPDATED INDEX OF IT AGREEMENTS COMPLETE WITH ALL ADDITIONAL DOCUMENTS RECEIVED (0.4); COMMUNICATION WITH IT STAFF TO LOCATE ADDITIONAL DOCUMENTS (0.6); DISCUSSION WITH L. MARX RE: CONSOLIDATED JV'S AND QUESTIONS ASSOCIATED THEREWITH (0.5). |
| LEDERER J. | 03/28/07 | 0.80 | READ AND REVIEW EMAIL CORRESPONDENCE ASSOCIATED WITH ONGOING DELPHI DUE DILLIGENCE PROJECT (0.8). |
| LEDERER J. | 03/30/07 | 0.80 | READ AND REVIEW EMAIL CORRESPONDENCE ASSOCIATED WITH ONGOING DELPHI DUE DILLIGENCE PROJECT (0.8). |
| | | **147.30** | |
| LOUKO T | 03/01/07 | 2.90 | PREPARE NON-US ANTITRUST ANALYSIS (2.9). |
| LOUKO T | 03/02/07 | 1.80 | PREPARE NON-US ANTITRUST ANALYSIS (1.8). |
| LOUKO T | 03/03/07 | 0.70 | PREPARE NON-US ANTITRUST ANALYSIS (0.7). |
| LOUKO T | 03/05/07 | 2.20 | PREPARE NON-US ANTITRUST ANALYSIS; CONFERENCE CALL (2.2). |
| LOUKO T | 03/06/07 | 1.10 | PREPARE NON-US ANTITRUST ANALYSIS (1.1). |
| LOUKO T | 03/07/07 | 0.70 | PREPARE NON-US ANTITRUST ANALYSIS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LOUKO T | 03/08/07 | 0.80 | PREPARE NON-US ANTITRUST ANALYSIS (0.8). |
| LOUKO T | 03/09/07 | 2.40 | PREPARE CALL WITH EC COMMISSION AND NON-US ANTITRUST ANALYSIS (2.4). |
| LOUKO T | 03/12/07 | 3.10 | PREPARE FOR A CONFERENCE CALL WITH THE INVESTORS AND THE EC COMMISSION AND ATTEND THE CALL AND DRAFT REPORT TO DELPHI (3.1). |
| LOUKO T | 03/13/07 | 1.70 | ANALYZE MERGER FILING REQUIREMENT IN TURKEY (0.5); TELECONFERENCE WITH OTHER COUNSEL ON STATUS (1.1) AND PREPARATION (0.1). |
| LOUKO T | 03/14/07 | 0.50 | ANALYSIS OF POTENTIAL TURKISH ANTITRUST NOTIFICATION (0.5). |
| LOUKO T | 03/15/07 | 0.30 | REVIEW EC COMMISSION'S RESPONSE TO BRIEFING PAPER AND FORWARD DATA REQUEST TO M. FUKUDA OF DELPHI (0.3). |
| LOUKO T | 03/22/07 | 0.30 | REVIEW DRAFT RESPONSE TO EC COMMISSION (0.3). |
| LOUKO T | 03/26/07 | 0.30 | REVIEW DRAFT RESPONSE TO EC COMMISSION (0.3). |
| LOUKO T | 03/29/07 | 0.20 | REVIEW EC RESPONSES (0.2). |
| | | **19.00** | |
| MEISLER RE | 03/01/07 | 3.30 | PREPARE FOR INTERNATIONAL DILIGENCE CALL (1.0); TELECONFERENCE WITH F. ALSAGOFF, R. BERRY, M. MCGUIRE, AND S. CORCORAN RE: SAME (1.2); CONTINUE REVIEW DOCUMENT GATHERED IN CONNECTION WITH DILIGENCE PROCESS (0.8); REVIEW OUTSTANDING ITEMS RE: LABOR AND BENEFITS (0.3). |
| MEISLER RE | 03/02/07 | 4.00 | REVIEW AND EDIT REPORT IN RESPONSE TO PLAN INVESTOR DILIGENCE INQUIRIES (3.1); DRAFT CORRESPONDENCE TO C. BELL AND C. DIAMOND RE: SAME (0.4); DRAFT CORRESPONDENCE TO S. CORCORAN, M. MCGUIRE, J. PAPELIAN AND M. LOEB RE: SAME (0.1); REVIEW DATA RE: FOREIGN ENTITIES WITH ASSETS OR SALES GREATER THAN $25M (0.3); DRAFT CORRESPONDENCE TO C. BELL AND C. DIAMOND RE: SAME (0.1). |
| MEISLER RE | 03/04/07 | 1.00 | REVIEW AND RESPOND TO DILIGENCE INQUIRIES (0.5); REVIEW AFTERMARKET CONTRACTS (0.5). |
| MEISLER RE | 03/05/07 | 1.90 | WORK ON DILIGENCE RE: CORPORATE ORGANIZATIONAL DOCUMENTS (0.4); CONTINUE REVIEW OF PLAN INVESTORS' REQUEST FOR REGIONAL DILIGENCE (0.5); CONTINUE TO WORK ON SAME (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 03/06/07 | 4.70 | PARTICIPATE ON TELECONFERENCE RE: EMEA DILIGENCE (1.0); FOLLOW UP RE: SAME (0.5); REVIEW APPALOOSA 13D FILING (0.2); REVIEW AND CONSIDER COPY REQUESTS RE: REGIONAL DILIGENCE (1.2); REVIEW INDICES OF DOCUMENTS TO BE PROVIDED IN THE REGIONS (1.0); REVIEW AND RESPOND TO P. JABBOUR RE: SUPPLY CONTRACTS DILIGENCE (0.3); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); REVIEW P. TRIMARCHI REQUEST FOR DILIGENCE ON ENVIRONMENTAL LIABILITY RE: DIVESTITURES (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 03/07/07 | 3.90 | CONTINUE TO WORK ON DILIGENCE OF INTERNATIONAL ENTITIES (1.9); TELECONFERENCE WITH R. BERRY AND S. CORCORAN RE: SAME (0.4); DRAFT CORRESPONDENCE TO FURTHER DILIGENCE PROCESS RE: INTERNATIONAL DILIGENCE (0.6); REVIEW AND COMMENT ON ACCESS LETTERS RE: APPRAISALS (0.4); DRAFT CORRESPONDENCE RE: SAME (0.2); CONTINUE TO REVIEW DOCUMENTATION IN RESPONSE TO P. TRIMARCHI 3/6 REQUEST (0.4). |
| MEISLER RE | 03/08/07 | 5.00 | REVIEW AND RESPOND TO CORRESPONDENCE RE: WORKS COUNCIL (0.3); TELECONFERENCES WITH C. WITTMER RE: DILIGENCE REPORTS (0.1, 0.2); CONFERENCE WITH S. CORCORAN AND J. GUGLIELMO RE: SAME (0.2); ATTENTION TO SAME (0.2); REVIEW ACCESS LETTER RE: SAME (0.3); TELECONFERENCE WITH P. JABBOUR AND J. TILL RE: DILIGENCE ON FOREIGN ENTITIES (0.2); CONTINUE TO REVIEW AND EDIT ASIA PACIFIC INDICES (0.3); PREPARE FOR CALL IN RESPONSE TO P. TRIMARCHI'S 3/6 REQUEST (0.3); TELECONFERENCE WITH K. JONES, M. HESTER RE: SAME (0.5); REVIEW PLAN INVESTORS' REQUEST RE: WORKS COUNCIL (0.4); DRAFT UPDATE RE: DILIGENCE PROGRESS AND REGIONAL VISITS (0.5); REVIEW AND RESPOND TO CORRESPONDENCE RE: MATERIAL NON-U.S. CONTRACTS  (0.5); REVIEW AND COMMENT ON ACCESS LETTERS RE: APPRAISALS (0.2); REVIEW AND COMMENT ON KDAC CONFIDENTIALITY AGREEMENT (0.2) AND DRAFT CORRESPONDENCE RE: SAME (0.1); DRAFT CORRESPONDENCE TO S. CORCORAN AND K. CRAFT RE: SUPPLY CONTRACTS DILIGENCE REQUEST (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: DILIGENCE ON TAX RETURNS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 03/09/07 | 1.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: PWC REPORTS AND ACCESS LETTERS (0.5); DRAFT CORRESPONDENCE RE: SUPPLY CONTRACTS (0.2); TELECONFERENCE WITH S. CORCORAN RE: DILIGENCE (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: ASIA PACIFIC DILIGENCE (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: WORKS COUNCIL (0.1). |
| MEISLER RE | 03/10/07 | 0.70 | REVIEW AND RESPOND TO FURTHER CORRESPONDENCE RE: PWC REPORTS (0.5); DRAFT CORRESPONDENCE RE: APPRAISALS (0.2). |
| MEISLER RE | 03/11/07 | 0.80 | REVIEW AND RESPOND TO FURTHER CORRESPONDENCE RE: PWC REPORTS AND ACCESS (0.4); WORK ON AFTERMARKET DILIGENCE (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 03/13/07 | 4.50 | CONSIDER FRAMEWORK ISSUES (0.2); TELECONFERENCE WITH N. TORRACCO RE: SAME (0.1); TELECONFERENCE WITH P. TRIMARCHI, K. JONES, M. HESTER, AND S. CORCORAN RE: DIVESTITURE (1.1); NOTES TO FILE RE: SAME (0.1); WORK ON REGIONAL DILIGENCE (1.3); REVIEW OF DOCUMENTS TO BE MADE AVAILABLE IN THE REGIONS (.5); REVIEW AND EDIT ACCESS LETTERS (0.4); REVIEW JV NOTICE (0.3); WORK ON DILIGENCE RE: DIVESTITURES (0.5). |
| MEISLER RE | 03/14/07 | 2.30 | TELECONFERENCE WITH S. CORCORAN RE: ASIA-PACIFIC DILIGENCE (0.1); TELECONFERENCE WITH F. KUPLICKI RE: HR DILIGENCE (0.1); WORK ON OUTSTANDING ITEMS RE: SAME (0.6); TELECONFERENCE WITH K. CRAFT RE: DILIGENCE ON SUPPLY CONTRACTS (0.3); DRAFT CORRESPONDENCE TO J. STEGNER RE: SAME (0.2); TELECONFERENCE WITH C. BELL RE: ASIA-PACIFIC DILIGENCE (0.2); REVIEW AND COMMENT ON ASIA-PACIFIC INDEX (0.3) AND COVER LETTER (0.2); REVIEW CORRESPONDENCE RE: DILIGENCE ON CLAIMS (0.3). |
| MEISLER RE | 03/15/07 | 6.60 | TELECONFERENCE WITH D. UNRUE, K. CRAFT RE: CLAIMS DILIGENCE (0.7); PREPARE FOR CALL ON STRATEGIC ALTERNATIVE (0.3); PARTICIPATE ON CALL WITH COMPANY RE: SAME (1.2); REVIEW AND CONSIDER SAME (0.6); PREPARE FOR MEETING WITH J. STEGNER RE: DILIGENCE ON SUPPLY CONTRACTS (0.5); REVIEW CORRESPONDENCE RE: DILIGENCE IN ASIA PACIFIC REGION (0.6); REVIEW INTERNAL MEMO RE: 363 (0.6); REVIEW AND RESPOND TO CORRESPONDENCE RE: PWC REPORTS (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: APPRAISALS (0.2); REVIEW LIST OF ENTITIES WITH ASSETS OR SALES GREATER THAN $25M (0.3); REVIEW AND COMMENT ON REGIONAL INDICES (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        03/16/07      3.90   REVIEW AND RESPOND TO CORRESPONDENCE
                                       RE: REGIONAL DILIGENCE (0.8); REVIEW
                                       AND COMMENT ON CLAIMS PRESENTATION
                                       (1.0); REVIEW CORRESPONDENCE RE:
                                       LICENSING AGREEMENTS TO BE PUT IN DATA
                                       ROOM (0.3); CONTINUE TO WORK ON
                                       DILIGENCE (1.8).

MEISLER RE        03/18/07      3.60   CONTINUE TO REVIEW AND REVISE REPORT RE:
                                       STATUS OF DILIGENCE (3.6).

MEISLER RE        03/19/07      1.90   TELECONFERENCE WITH J. RESLER RE: PWC
                                       REPORTS (0.1); CONTINUE TO REVIEW AND
                                       REVISE REPORT RE: STATUS OF DILIGENCE
                                       (0.9); TELECONFERENCE WITH J. SHEEHAN
                                       RE: SAME (0.1); TELECONFERENCE WITH M.
                                       WILLIAMS RE: SAME (0.1); REVIEW HR
                                       DILIGENCE REQUESTS (0.4);
                                       TELECONFERENCE WITH P. JABBOUR RE:
                                       REGIONAL DILIGENCE (0.1); DRAFT
                                       CORRESPONDENCE RE: SAME (0.2).

MEISLER RE        03/20/07      6.60   CONTINUE TO REVIEW AND REVISE
                                       PRESENTATION RE: DILIGENCE (3.2); DRAFT
                                       INTRO SECTION TO SAME (0.3); PREPARE FOR
                                       MEETING WITH COUNSEL TO PLAN INVESTORS
                                       RE: DILIGENCE ON CLAIMS (0.4);
                                       CONFERENCE WITH D. UNRUE RE: SAME (0.2);
                                       PARTICIPATE IN MEETING WITH D.
                                       BAUMSTEIN, M. SHEPARD, J. TILL (BY
                                       PHONE), K. CRAFT, D. UNRUE RE: SAME
                                       (1.0); TELECONFERENCE WITH D. BLACKBURN
                                       RE: DILIGENCE ON SUPPLY CONTRACTS
                                       (0.3); REVIEW AND ANALYSIS OF
                                       OUTSTANDING DILIGENCE ITEMS (0.6);
                                       REVIEW UNDERLYING DOCUMENTS TO COPY
                                       REQUESTS (0.4); REVIEW CORRESPONDENCE
                                       RE: SAME (0.2).

MEISLER RE        03/21/07      4.60   REVIEW AND RESPOND TO CORRESPONDENCE
                                       RE: CFO REPORT (0.2); DRAFT LETTER
                                       AGREEMENT RE: SAME (0.3); CONTINUE TO
                                       REVIEW AND REVISE DILIGENCE
                                       PRESENTATION (3.1); REVIEW AND RESPOND
                                       TO CORRESPONDENCE RE: REGIONAL
                                       DILIGENCE (1.0).

MEISLER RE        03/22/07      1.30   DRAFT CORRESPONDENCE TO COUNSEL FOR
                                       PLAN INVESTORS RE: REGIONAL DILIGENCE
                                       EFFORTS (0.2); DRAFT CORRESPONDENCE TO
                                       M. MCGUIRE RE: SAME (0.1); REVIEW AND
                                       COMMENT ON PRESENTATION RE: DILIGENCE
                                       EFFORTS (0.5); ATTENTION TO PWC
                                       DILIGENCE REPORTS (0.2);
                                       TELECONFERENCE WITH C. BELL RE:
                                       DILIGENCE EFFORTS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 03/23/07 | 2.20 | DRAFT CORRESPONDENCE RE: GLOBAL DILIGENCE EFFORTS (0.5); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1); REVIEW AND ANALYSIS OF ISSUES RE: LETTER AGREEMENT ENABLING ACCESS TO LITIGATION SUMMARIES (0.5); REVIEW AND REVISE LETTER AGREEMENTS RE: SAME (0.5); REVIEW AND REVISE PRESENTATION RE: OVERALL DILIGENCE EFFORTS (0.4); DRAFT CORRESPONDENCE RE: TAX DILIGENCE (0.2). |
| MEISLER RE | 03/24/07 | 1.30 | REVIEW AND EDIT NDA LETTER AGREEMENTS RE: LITIGATION SUMMARY (1.1); CONTINUED WORKING ON PRESENTATION RE: DILIGENCE (0.2). |
| MEISLER RE | 03/26/07 | 1.40 | REVIEW LETTER AGREEMENT RE: CONFIDENTIALITY OF LITIGATION SUMMARY (0.1); CONTINUE TO REVIEW AND RESPOND TO CORRESPONDENCE RE: GLOBAL DILIGENCE (0.4) AND MATERIAL CONTRACTS (0.3); CONTINUE TO REVIEW AND ANALYZE DILIGENCE MATERIALS TO BE MADE AVAILABLE (0.6). |
| MEISLER RE | 03/27/07 | 2.80 | TELECONFERENCE WITH D. BLACKBURN RE: DILIGENCE ON SUPPLY CONTRACTS (0.2); DRAFT CORRESPONDENCE RE: SAME (0.2); CONTINUED REVIEW OF REGIONAL DILIGENCE (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (.2); REVIEW CERBERUS NDA (0.3); REVIEW CORRESPONDENCE RE: LITIGATION SUMMARY (0.2); WORK ON DILIGENCE INQUIRIES POSED BY THE PLAN INVESTORS (0.7); DRAFT CORRESPONDENCE RE: SAME (0.3); REVIEW AND ANALYZE PLAN INVESTORS INQUIRIES RE: HR (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 03/28/07 | 5.50 | TELECONFERENCE WITH M. GRACE RE: DILIGENCE (0.1); TELECONFERENCE WITH M. MCGUIRE AND T. THEWES RE: EMEA DILIGENCE (.3); REVIEW AND CONSIDER OUTSTANDING DILIGENCE ITEMS (0.5); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1); TELECONFERENCE WITH S. CORCORAN TO PREPARE FOR DILIGENCE CALL WITH PLAN INVESTORS (0.6); TELECONFERENCE WITH S. CORCORAN, C. BELL, P. JABBOUR, J. ROTENSTEIN, C. ALM RE: PLAN INVESTORS' LIST OF OUTSTANDING DILIGENCE ITEMS (1.8); REVIEW NOTES TO FILE (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: DILIGENCE (0.4); REVIEW AND RESPOND TO CORRESPONDENCE RE: PLAN INVESTORS INQUIRIES REGARDING CLAIMS (0.3), REGIONAL DILIGENCE (0.5), AND INTERCOMPANY LOANS (0.3) AND ANALYSIS OF SAME (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 03/30/07 | 1.90 | TELECONFERENCE WITH S. CORCORAN AND S. POSTON RE: GLOBAL DILIGENCE (0.2); FOLLOW UP RE: SAME (0.3); CONTINUED TO WORK ON DILIGENCE EFFORTS (1.4). |
| | | **76.90** | |
| PERL MW | 03/01/07 | 5.50 | CONTINUE TO REVISE RESPONSE TO DILIGENCE REQUEST (0.8) PREPARE FOR (0.4) AND PARTICPATE IN CONFERENC CALL WITH M. MCGUIRE, S. CORCORAN, F. ALGASOFF, AND R. BERRY RE: FOREIGN ENTITY VISITS AND RELATED MATTERS (1.1); PREPARE FOR (0.4) AND PARTCIPATE IN (0.9) TELECONFERENCE WITH J. YI RE: FOREIGN ENTITIES; FOLLOW UP RE: DOCUMENTS TO BE ADDED TO DATA ROOM (0.4); REVIEW AND RESPOND TO VARIOUS DILIGENCE RELATED INQUIRIES, INCLUDING FOLLOW UP RE: SAME (1.5). |
| PERL MW | 03/02/07 | 7.40 | TELECONFERENCE WITH P. JABBOUR AND C. ALM RE: DATA ROOM UPDATES (0.3); TELECONFERENCE WITH G. HADDAD RE: IT AGREEMENTS (0.1) AND COORDINATE RE: SAME (0.4); REVIEW DOCUMENTS TO BE ADDED TO DATA ROOM AND CORRESPOND RE: SAME (1.1); REVIEW DOCUMENT INDES (0.2); COORDINATE RE: DATA ROOM MATTERS AND FOLLOW UP RE: SAME (0.3); ARRANGE FOR TELECONFERENCE WITH WHITE & CASE RE: IP MATTERS (0.1); DRAFT CORRESPONDENCES RE: OUTSTANDING DILIGENCE MATTERS (0.3); ATTENTION TO IP SHCEDULES TO BE ADDED TO DATA ROOM (0.3); REVISE AND UPDATE RESPONSE TO DILIGENCE REQUEST (3.6) AND COORDIANTE RE: DISTRIBUION OF SAME (0.7). |
| PERL MW | 03/03/07 | 0.40 | REVIEW CORRESPONDENCE RE: DILIGENCE AND DAT ROOM MATTERS AND CONSIDER RESPONSES TO SAME (0.4). |
| PERL MW | 03/04/07 | 3.30 | REVIEW DATA REQUESTS AND RELATED CORRESPONDENCES (0.4); DRAFT CORRESPONDENCE TO T. MCGABE AND M. WILLIAMS RE: IT CONTRACTS (0.5); DRAFT MULTIPLE CORRESPONDENCE TO WORKING GROUP RE: VARIOUS OUTSTANDING DILIGENCE MATTERS (1.3); REVIEW, CONDSIDER, AND RESPONDE TO MULTIPLE DILIGENCE RELATED ISSUES (0.7); COORDINATE RE: DILIGENCE MATTERS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 03/05/07 | 10.20 | PREPARE FOR (0.4) AND PARTICIPATE IN PRE-CALL WITH T. TWOMEY AND WORKING GROUP (0.4) AND TELECONFERENCE WITH T. TWOMEY AND MILBANK AND WHITE & CASE RE: IP MATTERS (0.9); REVIEW AGENDA IN CONNECTION WITH SAME (0.2); CONSIDER AND FOLLOW UP RE: ADDITIONAL INQUIRY FROM K. GOLDENBERG (0.6); TELECONFERENCE WITH P. JABBOUR RE: DATA ROOM DOCUMENTS (0.2); TELECONFERENCE WITH S. POSTON RE: DOCUMENTS (0.3); TELECONFERENCE WITH M. BRIARTON RE: ENVIRONMENTAL MATTERS (0.1) AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.3); TELECONFERENCE WITH WORKING GROUP RE: DILIGENCE REKATED ITEMS (0.3); BEGIN TO REVIEW AND WORK ON DILIGENCE MATTERS IN CONNECTION WITH VISITS TO THE FOREIGN REGIONS (2.1); REVIEW DOCUMENTS TO BE ADDED TO DATA ROOM AND CORRESPOND WITH WORKING GROUP RE: SAME (2.7); ATTENTION TO VARIOUS DATA ROOM AND DILIGENCE MATTERS (0.4); PREPARE INDEX FOR DATA ROOM AND CIRCULATION (0.6); REVIEW AND PROVIDE COMMENTS ON COPY REQUEST LETTER (0.2); COORDINATE RE: DATA ROOM MATTERS (0.3); TELECONFERNCE WITH J. MALESKY RE: DILIGENCE ISSUE AND REVIEW DOCUMENT RE: SAME (0.2). |
| PERL MW | 03/06/07 | 7.70 | PREPARE FOR (0.2) AND PARTICPATE IN FOREIGN DILIGENCE TELECONFERENCE WITH I. SIMPLICEAN AND WORKING GROUP (1.5); FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); REVIEW DRAFTS OF FOREIGN DILIGENCE MATERIAL (0.7) AND PROVIDE COMMENTS FOR ORGANIZATION OF SAME (0.4); FOLLOW UP WITH P. BOND RE: VIRTUAL DATA ROOM INQUIRY (0.1); TELECONFERENCE WITH C. SCHAIBLE (SHEARMAN) RE: DIP ISSUE IN CONNECION WITH IP CONFERENCE CALL (0.2); DRAFT FOLLOW UP CORRESPONDENCE TO T. TWOMEY RE: SAME (0.3);  ATTENTION TO VARIOUS COPY REQUESTS (0.7); PREPARE AND CIRCULATE UPDATED INDEX (0.4); REVIEW AND CIRCULATE ENVIRONMENTAL INDEX (0.2); FOLLOW UP WITH T. TWOMEY RE: COPY REQUEST OF IP AGREEMENTS (0.3) AND REVIEW SUMMARY RE: SAME (0.4); COORDINATE WITH WORKING GROUP RE: VARIOUS DATA ROOM MATTERS (0.4); REVIEW DOCUMENTS IN CONNECTION WITH SAME (0.5); DRAFT CORRESPONDENCES TO I. SIMPLICEAN; R. BERRY AND F. ALSAGOFF RE: FOREIGN COPY REQUESTS (0.7); REVIEW DOCUMENTS RE: INDICES RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          03/07/07      8.50    COORDINATE TELECONFERENCE RE: FOREIGN
                                       DILIGENCE MATTERS (0.4);
                                       TELECONFERENES WITH R. BERRY RE:
                                       DILIGENCE ISSUES AND DOCUMENTS (0.3);
                                       TELECONFERENCE WITH R. BERRY, S.
                                       CORCORAN AND WORKING GROUP RE: FOREIGN
                                       DILIGENCE MATTERS (0.5); FOLLOW UP
                                       TELECONFERENCE ON OTHER FOREIGN RELATED
                                       MATTERS (0.4); REVIEW IP AGREEMENTS AND
                                       TRANSPORTATION AGREEMENTS FOR
                                       INCLUSION IN DATA ROOM (1.2);
                                       TELECONFERENCE WITH A. BROWN RE:
                                       DILIGENCE MATTER (0.1); FOLLOW UP ON
                                       STATUS OF DATA REQUESTS (0.4);
                                       STRATEGIZE RE: VARIOUS FOREIGN
                                       DILIGENCE MATTERS (0.7); FOLLOW UP
                                       CORRESPONDENCES WITH WORING GROUP RE:
                                       SAME (0.6); REVIEW KPMG RELEASE LETTERS
                                       (0.2) AND FOLLOW UP WITH C. DIAMOND AND
                                       C. BELL RE: EXECUTION OF SAME (0.2);
                                       COORDINATE RE: OUTSTANDING DILIGENCE
                                       MATTERS AND FOLLOW UP RE: SAME (0.4);
                                       REVIEW FOREIGN PROPERTY LEASES AND
                                       FOLLOW UP WITH M. LEON RE: SAM (0.6);
                                       FOLLOW UP WITH P. BOND RE: VIRTUAL DATA
                                       ROOMS (0.1); CONTINUE TO REVIEW AND
                                       FOLLOW UP ON VARIOUS DILIGENCE AND DATA
                                       ROOM MATTERS (1.8); COORDINATE WITH
                                       WROKING GROUP RE: SAME (0.6).

PERL MW          03/08/07      9.40    TELECONFERENCE WITH M. FUKUDA AND
                                       ATTORNEYS FROM WHITE & CASE AND MILBANK
                                       RE: DILIGENCE PROCESS (0.2); FOLLOWUP
                                       WITH S. POSTON RE: SAME, INCLUDING
                                       REVIEW OF DOCUMENT INDEX (0.4);
                                       TELECONFERENCE WITH B. WALKER RE:
                                       DOCUMENTS FOR DATA ROOM (0.3);
                                       STRATEGIZE WITH WORKING GROUP RE:
                                       OUTSTANDING DATA REQUESTS AND GO
                                       FORWARD PROCESS FOR SAME (0.6);
                                       TELECONFERENCE WITH P. JABBOUR AND J.
                                       TILL (MILBANK) RE: COMPANY ASSETS AND
                                       FOREIGN ENTITY CHART (0.4);
                                       TELECONFERENCE WITH N. HENSLEY RE:
                                       DOCUMENTS FOR DATA ROOM (0.3);
                                       TELECONFERENCE WITH D. BOARD RE: SAME
                                       (0.2); TELECONFERENCE WITH D. WOOD RE:
                                       OUTSTANDING IP ITEMS FOR DATA ROOM
                                       (0.5); FOLLOW UP CORRESPONDENCE WTH I.
                                       SIMPLCEAN RE: FOREIGN DILIGENCE ITEMS
                                       (0.3); WORK ON FOREIGN DILIGENCE
                                       MATTERS, INCLUDING REVIEWING AND
                                       PROVIDING COMMENTS TO INDICES (2.8);
                                       REVIEW AND PROVIDE COMMENTS TO
                                       CONFIDENTIALITY AGREEMENT (0.8);
                                       FOLLOW UP WITH WORKING GROUP RE: TAX
                                       FORMS IN RESPONSE TO DILIGENCE REQUEST
                                       (0.2); REVIEW DOCUMENTS TO BE ADDED TO
                                       DATA ROOM AND COORDINATE WITH WORKING
                                       GROUP RE: SAME (1.7); ATTENTION TO
                                       VARIOUS DILIGENCE AND DATA ROOM MATTERS
                                       (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 03/09/07 | 8.70 | REVIEW AND PROVIDE COMMENTS TO DOCUMENT INDICES FOR ASIA AND THE AMERIAS (2.7); CORRESPOND RE: DILIGENCE MATTERS AND COPY REQUESTS (0.3); TELECONFERENCE WITH P. JABBOUR AND C. ALM RE: DATA ROOM MATTERS (0.2); TELECONFERENCE WITH G. HADDAD RE: DILIGENCE MATTERS (0.1); TELECONFERENCE WITH C. BELL RE: FOREIGN INDICES AND RELATED DILIGENCE MATTERS (0.1); DRAFT CORRESPONDENCE TO T. TWOMEY RE: OUTSTANDING DILIGENCE MATTERS (0.4); TELECONFERENCE WITH C. WITER (PWC) AND M. WILLIAMS RE: TAX FORMS IN RESPONSE TO DILIGENCE REQUEST (0.3); STRATEGIZE WITH WORKING GROUP RE: DILIGENCE MATTERS (1.8); FOLLOW UP RE: VARIOUS SHIPPING CONTRACTS TO BE ADDED TO DATA ROOM (0.5); WORK ON MATTERS RE: FOREIGN DILIGENCE PROJECT (0.6); REVIEW DOCUMENTS TO BE ADDED TO DATA ROOM (1.7). |
| --- | --- | --- | --- |
| PERL MW | 03/11/07 | 4.80 | REVIEW AND PROVIDE COMMENTS ON INDICES FOR FOREIGN REGIONS (1.3); STRATEGIZE WITH WORKING GROUP RE: SAME (0.6); REVISE AND CIRCULATE UPDATED SIGN IN SHEET FO DATA ROOM VISITS (0.4); REVIEW VARIOUS WARRANTY RELATED DOCUMENTS FOR DATA ROOM (0.7); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.4); REVIEW STATUS OF OUTSTANIDNG COPY REQUESTS AND PROCEDURES FOR FOLLOW UP RE: SAME (0.4); REVIEW AND WORK ON INDEX (1.0). |
| PERL MW | 03/12/07 | 8.30 | REVIEW CORRESPONDENCE AND ATTACHMENT FROM P. JABBOUR AND STRATEGIZE RE: SAME (0.9); REVIEW VARIOUS IT CONTRACTS (1.6); CONTINUE TO WORK WITH WORKING GROUP IN PREPARATION FOR FOREIGN DILIGENCE VISITS (0.7); TELECONFERENCES WITH P. JABBOUR AND C. ALM RE: DATA ROOM (0.3); PREPARE FOR (0.2) AND TELECONFERENCE WITH B. EICHENLAUB RE: WARRANNTY ISSUES (0.4); FOLLOW UP WITH WORKING GROUP RE: SAME (0.3); REVIEW VARIOUS DOCUMENTS FOR INCLUSION IN DATA ROOM (1.3); REVIEW AND PROVIDE COMMENTS ON UPDATED INDEX AND RELATED MATTERS (0.6); FOLLOW UP RE: OUSTANSTANDING COPY REQUESTS AND ATTENTION TO SAME (0.7); CONSIDER AND RESPOND TO VARIOUS INQUIRIES RE: DILIGENCE AND DATA ROOM MATTERS (0.8); REVIEW AND LOCATE NOTICE OF COMMENCEMENT AND CORRESPOND WITH M. MCGUIRE RE: SAME (0.3); CORRESPOND WITH I. VAGNE RE: FOREIGN ENTITIES AND UPDATE DOCUMENT IN CONNECTION WITH SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 03/13/07 | 7.90 | REVIEW VARIOUS IT CONTRACTS (1.4); STRATEGIZE RE: FOLLOW UP IN CONNECTION WITH SAME (0.5); REVIEW INDEX AND REFERENCES RE: SAME (0.6); FOLLOW UP RE: STATUS OF OUTSTANDING COPY REQUESTS (0.3); REVIEW PETITIONS AND NOTICE OF FILINGS AND CIRCULATE SAME IN CONNECTION WITH FOREIGN DILIGENCE MATTER (0.4); PARTICIPATE IN WORKING GROUP DISCUSSION AND STRATEGY RE: FOREIGN AND OTHER DILIGENCE MATTERS (1.6); COORDINATE RE: OUTSTANDING DILIGENCE AND DATA ROOM MATTERS, INCLUDING OVERVIEW OF TASKS TO BE COMPLETED (0.8); REVIEW INDICES AND CORRESPONDENCE RE: FOREIGN DILIGENCE MATTERS AND RESPOND TO INQUIRIES RE: SAME (0.7); REVIEW CORRESPONDENCE FROM MILBANK RE: OUTSTANDING CORRESPONDENCE (0.5); STRATEGIZE RE: RESPONSE TO SAME (0.6); DRAFT CORRESPONDENCE TO J. SHEEHAN AND S. CORCORAN RE: SAME (0.1); DRAFT FOLLOW UP CORRESPONDENCE TO M. FUKUTA RE: SAME (0.1); DRAFT CORRESPONDENCE TO K. CRAFT RE: AFTERMARKET WARRANTY ISSUE (0.3). |
| PERL MW | 03/14/07 | 2.80 | REVIEW AND PROVIDE COMMENTS ON FOREIGN INDICES (0.7); CORRESPONDENCE RE: SAME (0.2); TELECONFERENCES WITH WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS (0.4); REVIEW AND PREPARE CORRESPONDENCE RE: ADDITIONAL DOCUMENTS FOR IT CONTRACTS (0.9); TELECONFERENCE WITH M. FORTUNAK RE: FINANCING TRANSACTION (0.1); TELECONFERENCE WITH P. JABBOUR RE: DILIGENCE REQUEST AND FOLLOW UP RE: SAME (0.2); ATTENTION TO HR DATA ROOM MATTERS (0.3). |
| PERL MW | 03/15/07 | 3.80 | REVIEW VARIOUS IP CONTRACTS TO BE ADDED TO DATA ROOM AND STRATEGIZE RE: SAME (0.6); REVIEW INDICES FOR FOREIGN DILIGENCE PROJECT (0.5); ATTENTION TO FOREIGN DILIGENCE MATTERS (0.9) FOLLOW UP RE: OUSTANDING DATA REQUEST ISSUES (0.2); STRATEGIZE WITH WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          03/16/07      6.80   REVEIW IP LICENSING AGREEMENTS AND
                                      UPDATE SUMMARY SPREADSHEET RE: ROYALTY
                                      INFORMATION (0.6); DRAFT
                                      CORRESPONDENCE RE: SAME (0.2); REVIEW
                                      AND PROVIDE COMMENTS TO DOCUMENTS
                                      PREPARED IN RESPONSE TO MILBANK'S LIST
                                      OF OUTSTANDING DOCUMENTS (1.1);
                                      STRATEGIZE WITH WORKING GROUP RE:
                                      DILIGENCE PRESENTATION PROJECT (1.6);
                                      REVIEW AND PROVIDE COMMENTS RE: OUTLINE
                                      FOR SAME (0.6); REVIEW VARIOUS
                                      DILIGENCE RELATED CORRESPONDENCES FROM
                                      SEVERAL MONTHS IN CONNECTION WITH SAME
                                      (1.9); TELECONFERENCE WITH P. JABBOUR
                                      RE: DATA ROOM MATTERS (0.2); COORDINATE
                                      RE: CIRCULATION OF UPDATED INDEX AND
                                      FOLLOW UP RE: SAME (0.4); WORK ON
                                      FOREIGN DILIGENCE RELATED MATTERS
                                      (0.2).

PERL MW          03/17/07      0.50   REVIEW OVERVIEW OF DILIGENCE
                                      PRESENTATION (0.3); REVIEW
                                      CORRESPONDENCE RE: DILIGENCE (0.2).

PERL MW          03/18/07      2.10   STARTEGIZE WITH WORKING GROUP RE:
                                      DILIGENCE PRESENTATION (0.8); REVIEW
                                      AND PROVIDE COMMENTS TO SAME (0.3);
                                      MULTIPLE TELECONFERENCES WITH WORKING
                                      GROUP RE: DOCUMENT INDEX (0.2) AND
                                      DILIGENCE PRESENTATION (0.6, 0.2).

PERL MW          03/19/07     10.90   TELECONFERENCE WITH WORKING GROUP RE:
                                      ONGOING DILIGENCE MATTERS (0.5);
                                      STRATEGIZE WITH WORKING GROUP RE:
                                      DILIGENCE PRESENTATION (0.9); REVIEW
                                      AND PROVIDE COMMENTS ON DILIGENCE
                                      PRESENTATION (9.5).

PERL MW          03/20/07      9.00   TELECONFERENCE WITH P. JABBOUR RE:
                                      DILIGENCE STATUS (0.2); TELECONFERENCE
                                      RE: FOREIGN ENTITIES (0.2); STRATEGIZE
                                      WITH WORKING GROUP RE: OUTSTANDING
                                      DILIGENCE MATTERS (1.3); CONTINUE TO
                                      WORK ON VARIOUS OUTSTANDING DILIGENCE
                                      MATTERS (1.7); REVIEW AND PROVIDE
                                      COMMENTS AND REVISIONS TO IP ROYALTY
                                      SPREADSHEET FOR DATA ROOM (0.8); DRAFT
                                      EMAIL TO T. TOWEMY AND D. WOOD RE: SAME
                                      (0.3); REVIEW VARIOUS AGREEMENTS FOR
                                      INCLUSION IN DATA ROOM (0.7); FOLLOW UP
                                      WITH D. WOOD RE: SAME (0.4); REVIEW
                                      DOCKET N CONNECTION WITH SAME (0.3);
                                      TELECONFERENCE WITH WORKING GROUP RE:
                                      DILIGENCE PRESENTATION (1.8); REVIEW
                                      AND PROVIDE COMMENTS TO SAME (1.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 03/21/07 | 2.60 | COORDINATE RE: DISTRIBUTION OF DOCUMENTS TO PLAN INVESTORS AND INCLUSION OF SAME IN DATA ROOM (0.7); TELECONFERENCES WITH WORKING GROUP RE: UPDATES TO INDEX AND CIRCULATION OF SAME (0.2); AND DILIGENCE PRESENTATION (0.2); COORDINATE RE: VARIOUS DILIGENCE RELATED MATTERS (0.6); REVIEW DILIGENCE CORRESPONDENCE RE: FOREIGN REGIONS (0.3) AND STRATEGIZE WITH WORKING GROUP RE: SAME (0.2); STRATEGIZE WITH WORKING GROUP RE: DILIGENCE PRESENTATION (0.4). |
|---|---|---|---|
| PERL MW | 03/22/07 | 1.80 | ATTENTION TO OUTSTANDING COPY REQUESTS (0.2); PROVIDE COMMENTS TO DILIGENCE PRESENATATION (0.4); FOLLOW UP RE: OUTSTANDING DILIGENCE ISSUES (0.7); TELECONFERENCES WITH WORKING GROUP RE: SAME, INCLUDING MATTERS RELATING TO ORGANIZATIONAL DOCUMENTS (0.2, 0.3). |
| PERL MW | 03/23/07 | 0.70 | FOLLOW UP WITH WORKING GROUP RE: DOCUMENTS TO BE ADDED TO DATA ROOM (0.3); REVIEW AND PROVIDE COMMENTS TO INDEX AND RELATED CRRESPONDENCE TO MILBANK AND WHITE & CASE (0.4). |
| PERL MW | 03/25/07 | 0.60 | CORRESPOND WITH WORKING GROUP RE: DILIGENCE MATTERS (0.2); REVIEW CORRESPONDENCE AND DRAFT EMAIL TO P. JABBOUR RE: DILIGENCE INQUIRY (0.4). |
| PERL MW | 03/26/07 | 4.40 | MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS (0.8); REVIEW BUSINESS DILIGENCE PRESENTATIONS (0.4); CORRESPOND WITH S. CORCORAN AND M. FUKUDA RE: DILIGENCE INQUIRY ON BRAKE HOSE TRANSACTION (0.3); FOLLOW UP WITH WORKING GROUP RE: SAME (0.2); TELECONFERENCE WITH P. JABBOUR RE: COPY REQUESTS (0.1); REVIEW PRIOR COPY REQUESTS IN CONNECTION WITH SAME (0.3); ATTENTION TO OUTSTANDING DILIGENCE MATTERS (0.7); REVIEW AND ORGANIZE DILIGENCE FILES (1.6). |
| PERL MW | 03/27/07 | 2.90 | TELECONFERENCE WITH M. FORTUNAK RE: DILIGENCE REQUEST (0.2); FOLLOW UP CORRESPONDENCE TO M. FUKUDA RE: FOLLOW UP DILIGENCE REQUEST (0.3); TELEOCNFERENCES WITH WORKING GROUP RE: OUTSTANIDNG DILIGENCE MATTERS (0.2, 0.4) AND FOLLOW UP RE: SAME (0.6); REVIEW DOCUMENTS TO BE ADDED TO DATA ROOM (0.3) AND RESPOND TO INQUIRIES RE: SAME (0.4); CONTINUE TO WORK ON LOCATING DOCUMENTS FOR DATA ROOM (0.5) AND COORDIANTE WITH WORKING GROUP RE: TRACKING OF SAME (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 03/28/07 | 4.70 | PREPARE AND REVISE VARIOUS DILIGENCE DOCUMENTS FOR CONFERENCE CALL (0.8); STRATEGIZE WITH WORKING GROUP RE: SAME (0.3) TELECONFERENCE WITH S. CORCORAN AND WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS AND NEXT STEPS RE: SAME (0.8); TELECONFERENCE WITH S. CORCORAN AND MULTIPLE MILBANK AND WHITE & CASE ATTORNEYS RE: OUTSTANDING DILIGENCE MATTERS (1.7); FOLLOW UP WITH WORKING GROUP RE: SAME (0.7, 0.4). |
| --- | --- | --- | --- |
| PERL MW | 03/29/07 | 2.20 | FOLLOW UP RE: VARIOUS DILIGENCE RELATED MATTERS (1.5); TELECONFERENCE WITH P. JABBOUR RE: DATA ROOM VISIT (0.1); REVIEW AND RESPOND TO MULTIPLE DILIGENCE RELATED CORRESPONDENCES (0.6). |
| PERL MW | 03/30/07 | 3.00 | REVIEW DOCUMENTS TO BE INCLUDED IN DATA ROOM (0.3); REVIEW CORRESPONDENCES AND COORDINATE WITH WORKING GROUP RE DILIGENCE MATTERS REQUIRING FOLLOW UP (0.5); ATTENTION TO VARIOUS DILIGENCE MATTERS (1.4); BEGING DRAFTING SUMMARY OF OUTSTANDING DILIGENCE MATTERS DISCUSSED ON 3/28/07 CONFERENCE CALL (0.8). |

**140.90**

| STUART NL | 03/01/07 | 2.60 | REVIEW PLAN INVESTOR PROPOSALS UPDATES IN CONNECTION WITH DRAFT REORGANIZATION PLAN (2.6). |
| --- | --- | --- | --- |
| STUART NL | 03/03/07 | 2.20 | UPDATE EPCA/PLAN/REGISTRATION STATEMENT TIMELINE (2.2). |
| STUART NL | 03/04/07 | 2.30 | REVISE AND AMEND PROPOSED TIMELINES FOR UCC AND BOARD PRESENTATIONS (2.3). |
| STUART NL | 03/05/07 | 8.20 | REVIEW 1113 PROPOSALS IN CONNECTION WITH DRAFT PLAN OF REORGANIZATION (2.6); DRAFT COMPARISONS OF PLAN INVESTOR PROPOSALS (5.6). |
| STUART NL | 03/23/07 | 3.10 | REVIEW AND UPDATE DRAFT PLAN OF REORGANIZATION (3.1). |
| STUART NL | 03/26/07 | 2.10 | BEGIN DRAFTING POR AND EMERGENCE ISSUES LIST (2.1). |
| STUART NL | 03/27/07 | 4.90 | RESEARCH RE: PLAN AND EMERGENCE ISSUES (1.8); CONTINUE DRAFTING PLAN ISSUES LIST AND TASK LIST (3.1). |
| STUART NL | 03/28/07 | 10.40 | RESEARCH RE: POSTPETITION INTEREST PAYMENTS (0.4); CONTINUE DRAFTING AND REVISING PLAN AND EMERGENCE ISSUES LIST (3.0); INTERNAL CONFERENCE RE: DRAFT ISSUES LIST (1.6); ADDITIONAL ISSUES LIST REVISIONS (1.4); RESEARCH RE: TOWER AUTOMOTIVE RESTRUCTURING CASES AND SALE TO CERBERUS (4.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 03/29/07 | 8.00 | BEGIN DRAFTING PRESENTATION ON TOWER SALE (1.1); CONDUCT ADDITIONAL RESEARCH ON TOWER RESTRUCTURING (3.0); UPDATE PLAN AND EMERGENCE TASK LIST (0.7); CONDUCT FURTHER RESEARCH RE: TOWER RESTRUCTURING (1.1); REVISE PRESENTATION ON TOWER SALE (2.1). |
|---|---|---|---|
| STUART NL | 03/30/07 | 6.70 | ADDITIONAL TOWER RESEARCH (0.8); REVISE TOWER PRESENTATION (0.8); RECEIVE INTERNAL COMMENTS ON PRESENTATION AND CONDUCT ADDITIONAL RESEARCH (2.8); REVISE TOWER SALE PRESENTATION (2.3). |
| | | 50.50 | |
| **Total Associate** | | **976.00** | |
| DEMMA J | 03/01/07 | 0.60 | UPDATE DUE DILIGENCE MATERIALS (0.6). |
| DEMMA J | 03/05/07 | 1.80 | PREPARE DOCUMENTS FOR INCLUSION INTO DATA ROOM (0.6); PREPARE INDICES FOR MARCH 2, 2007 JABBOUR DOCUMENT REQUEST (0.6); UPDATE ENVIRONMENTAL DATA ROOM INDEX (0.6). |
| DEMMA J | 03/06/07 | 4.80 | PREPARE INDICES FOR VARIOUS DOCUMENT REQUESTS (2.1); UPDATE DILIGENCE MATERIALS (1.1); UPDATE DOCUMENT REQUEST TRACKING CHART (1.6). |
| DEMMA J | 03/07/07 | 1.70 | PREPARE INDICES FOR VARIOUS DOCUMENT REQUESTS (1.1); ORGANIZE DATA ROOM DOCUMENTS (0.6). |
| DEMMA J | 03/08/07 | 5.80 | UPDATE ENVIRONMENTAL DATA ROOM INDEX (2.2); COORDINATE REPRODUCTION OF ENVIRONMENTAL DOCUMENTS WITH COPY VENDOR (0.6); UPDATE DATA ROOM FILES (2.4); UPDATE DOCUMENT REQUEST TRACKING CHART (0.6). |
| DEMMA J | 03/09/07 | 2.80 | UPDATE DILIGENCE BINDER (0.6); PREPARE INDEX FOR JABBOUR MARCH 8, 2007 DOCUMENT REQUEST (0.6); PREPARE FILES FOR INCLUSION INTO DATA ROOM (1.6). |
| DEMMA J | 03/12/07 | 0.90 | PREPARE MATERIALS FOR INCLUSION INTO DATA ROOM (0.9). |
| DEMMA J | 03/14/07 | 1.20 | PREPARE DOCUMENTS FOR INCLUSION INTO DATA ROOM (0.6); RESEARCH DOCUMENTS RELARING TO PROJECT ORACLE (0.6). |
| DEMMA J | 03/23/07 | 3.40 | UPDATE HUMAN RESOURCE DOCUMENT INDEX (2.1); PREPARE DOCUMENTS FOR INCLUSION INTO DATA ROOM (1.3). |
| DEMMA J | 03/26/07 | 0.30 | PREPARE INDEX FOR JABBOUR MARCH 26, 2006 DOCUMENT REQUEST (0.3). |
| DEMMA J | 03/27/07 | 1.10 | PREPARE DOCUMENTS FOR INCLUSION INTO DATA ROOM (1.1). |
| DEMMA J | 03/29/07 | 0.60 | UPDATE BOARD OF DIRECTORS MINUTE FILES FOR ATTORNEY REVIEW (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 03/30/07 | 1.10 | PREPARE CHART OF DOCUMENTS FROM DATA ROOM FOR VARIOUS ENTITIES (1.1). |
|---|---|---|---|
| | | **26.10** | |
| GILCHRIST JM | 03/21/07 | 1.70 | REVIEW TEXT OF POWERPOINT PRESENTATION ON DUE DILIGENCE OVERVIEW (1.7). |
| GILCHRIST JM | 03/26/07 | 4.70 | ASSEMBLE FOR ATTORNEY REVIEW THE REDACTED SETS OF BOARD OF DIRECTORS MATERIALS (4.7). |
| | | **6.40** | |
| NOWICKI JA | 03/26/07 | 6.90 | ATTENTION TO REVIEWING DOCUMENTS AND REDACTING FOR PRIVILEGE (6.9). |
| | | **6.90** | |

**Total Legal Assistant**          **39.40**

| ~~CUMMINGS RA~~ | ~~03/01/07~~ | ~~8.30~~ | ~~REDACT BOD BINDERS (7.9); RE-FILE DATA ROOM DOCUMENTS (0.4).~~ |
|---|---|---|---|
| ~~CUMMINGS RA~~ | ~~03/02/07~~ | ~~7.10~~ | ~~REDACT BOD BINDERS (5.4); PULL REQUESTED SECTIONS OF BOD BINDERS (1.0); FILE CORRESPONDENCE IN CASE ROOM (0.7).~~ |
| ~~CUMMINGS RA~~ | ~~03/05/07~~ | ~~6.20~~ | ~~REDACT BOD BINDERS (2.7); PULL REQUESTED SECTIONS OF BOD BINDERS (1.1); ARRANGE CORRESPONDENCE FOR FILING IN CASE ROOM (2.4).~~ |
| ~~CUMMINGS RA~~ | ~~03/06/07~~ | ~~5.80~~ | ~~REDACT BOD BINDERS (2.6); PREPARE BOD MATERIALS FOR REVIEW (3.2).~~ |
| ~~CUMMINGS RA~~ | ~~03/07/07~~ | ~~2.10~~ | ~~CREATE GRUNDIG BINDER (2.1).~~ |
| ~~CUMMINGS RA~~ | ~~03/08/07~~ | ~~1.00~~ | ~~ASSIST WITH PREPARATION OF DATAROOM DOCUMENT FOR REVIEW (1.0).~~ |
| ~~CUMMINGS RA~~ | ~~03/12/07~~ | ~~2.40~~ | ~~ORGANIZE DATA ROOM DOCUMENTS (2.4).~~ |
| ~~CUMMINGS RA~~ | ~~03/23/07~~ | ~~2.60~~ | ~~CROSS REFERENCE DATA ROOM INDEX WITH DELPHI FOREIGN ENTITIES SUPPLEMENTAL LISTING (1.8); REDACT BOD MATERIALS (0.8).~~ |
| ~~CUMMINGS RA~~ | ~~03/27/07~~ | ~~4.40~~ | ~~ORGANIZE DATA ROOM (4.4).~~ |
| ~~CUMMINGS RA~~ | ~~03/28/07~~ | ~~7.00~~ | ~~ORGANIZE DATA ROOM (7.0).~~ |
| ~~CUMMINGS RA~~ | ~~03/29/07~~ | ~~6.50~~ | ~~CREATE INDEX FOR BOD PRESENTATIONS (1.8); REDACT BOD MEETING MINUTES (1.3); UPDATE AND COPY BOD PRESENTATION BINDER (0.7); ORGANIZE DATA ROOM (2.7).~~ |
| ~~CUMMINGS RA~~ | ~~03/30/07~~ | ~~6.70~~ | ~~ORGANIZE DATA ROOM (6.7).~~ |
| | | ~~60.10~~ | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WORSCHECK TM | 03/02/07 | 0.90 | PREPARE DATA ROOM DOCUMENTS FOR ATTORNEY REVIEW (0.9). |
|---|---|---|---|
| WORSCHECK TM | 03/23/07 | 0.70 | PREPARE BINDERS RE: DUE DILIGENCE (0.7). |
| | | 1.60 | |
| Total Legal Assistant Support | | 61.70 | |

**TOTAL TIME**                    __1,188.30__

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 04/30/07
Reorganization Plan / Plan Sponsors               Bill Number: 1156504

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/01/07 | Perl MW | 219.64 |
| Air/Rail Travel - vendor feed | 03/01/07 | Perl MW | 161.05 |
| Air/Rail Travel - vendor feed | 03/01/07 | Perl MW | -161.05 |
| Air/Rail Travel - vendor feed | 03/01/07 | Diaz LB | 467.00 |
| Air/Rail Travel - vendor feed | 03/05/07 | Lederer J. | 383.79 |
| Air/Rail Travel - vendor feed | 03/07/07 | Perl MW | 328.45 |
| Air/Rail Travel - vendor feed | 03/08/07 | Lederer J. | 70.00 |
| Air/Rail Travel - vendor feed | 03/13/07 | Meisler RE | 264.64 |
| Air/Rail Travel - vendor feed | 03/13/07 | Meisler RE | -219.64 |
| Air/Rail Travel - vendor feed | 03/14/07 | Perl MW | 613.02 |
| Air/Rail Travel - vendor feed | 03/14/07 | Perl MW | -568.02 |
| Air/Rail Travel - vendor feed | 03/14/07 | Meisler RE | 264.64 |
| Air/Rail Travel - vendor feed | 03/14/07 | Lederer J. | 542.58 |
| Air/Rail Travel - vendor feed | 03/15/07 | Meisler RE | 490.62 |
| Air/Rail Travel - vendor feed | 03/16/07 | Lederer J. | 99.99 |
| Air/Rail Travel - vendor feed | 03/16/07 | Lederer J. | 620.17 |
| Air/Rail Travel - vendor feed | 03/19/07 | Lederer J. | 1,173.74 |
| Air/Rail Travel - vendor feed | 03/19/07 | Ramlo K | 1,498.27 |
| Air/Rail Travel - vendor feed | 03/19/07 | Ramlo K | 779.76 |
| Air/Rail Travel - vendor feed | 03/23/07 | Ramlo K | 775.26 |
| Air/Rail Travel - vendor feed | 03/25/07 | Bolton IS | 470.72 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/26/07 | Ramlo K | 459.37 |
| Air/Rail Travel - vendor feed | 03/26/07 | Ramlo K | -459.37 |
| Air/Rail Travel - vendor feed | 03/27/07 | Meisler RE | 391.68 |
| Air/Rail Travel - vendor feed | 03/27/07 | Meisler RE | -346.68 |
| Air/Rail Travel - vendor feed | 03/30/07 | Ramlo K | 929.73 |
| Air/Rail Travel - vendor feed | 03/30/07 | Bolton IS | 167.39 |
| Air/Rail Travel - vendor feed | 03/30/07 | Ramlo K | -884.75 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$8,532.00** |
| In-house Reproduction | 03/02/07 | Copy Center, D | 438.77 |
| In-house Reproduction | 03/02/07 | Copy Center, D | 4.90 |
| In-house Reproduction | 03/06/07 | Copy Center, D | 13.30 |
| In-house Reproduction | 03/06/07 | Copy Center, D | 1,417.30 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 269.78 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 66.10 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 30.10 |
| In-house Reproduction | 03/13/07 | Copy Center, D | 2.80 |
| In-house Reproduction | 03/13/07 | Copy Center, D | 29.50 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 1.10 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 92.59 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 40.30 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 56.60 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 4.80 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 83.19 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 102.39 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 1.70 |
| In-house Reproduction | 03/27/07 | Copy Center, D | 58.50 |
| In-house Reproduction | 03/27/07 | Copy Center, D | 96.39 |
| In-house Reproduction | 03/30/07 | Copy Center, D | 15.00 |
| In-house Reproduction | 03/30/07 | Copy Center, D | 147.89 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,973.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 41.17 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 105.12 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 9.30 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 3.89 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 28.52 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$188.00** |
| Non-standard/Outside Reproduction | 03/09/07 | Landmark Document Services | 826.00 |
| Non-standard/Outside Reproduction | 03/12/07 | Sasm&F Chicago | 11.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$837.00** |
| Lexis/Nexis | 03/01/07 | Hardin AS | 208.42 |
| Lexis/Nexis | 03/06/07 | Stuart NL | 150.34 |
| Lexis/Nexis | 03/08/07 | Stuart NL | 20.34 |
| Lexis/Nexis | 03/15/07 | Stuart NL | 204.33 |
| Lexis/Nexis | 03/21/07 | Hardin AS | 271.57 |
| | | **TOTAL LEXIS/NEXIS** | **$855.00** |
| Westlaw | 03/14/07 | Stuart NL | 22.92 |
| Westlaw | 03/28/07 | Stuart NL | 328.08 |
| | | **TOTAL WESTLAW** | **$351.00** |
| Scanning Services | 03/09/07 | Landmark Document Services | 632.00 |
| | | **TOTAL SCANNING SERVICES** | **$632.00** |
| Reproduction - color | 03/16/07 | Copy Center, D | 95.54 |
| Reproduction - color | 03/17/07 | Copy Center, D | 10.50 |
| Reproduction - color | 03/20/07 | Copy Center, D | 90.04 |
| Reproduction - color | 03/23/07 | Copy Center, D | 95.54 |
| Reproduction - color | 03/23/07 | Copy Center, D | 28.53 |
| Reproduction - color | 03/23/07 | Copy Center, D | 28.51 |
| Reproduction - color | 03/27/07 | Copy Center, D | 764.34 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | . TOTAL REPRODUCTION - COLOR | $1,113.00 |
| Air/Rail Travel (external) | 03/12/07 | Butler, Jr. J | 313.00 |
| | | TOTAL AIR/RAIL TRAVEL (EXTERNAL) | $313.00 |
| Out-of-Town Travel | 03/01/07 | Perl MW | 617.38 |
| Out-of-Town Travel | 03/01/07 | Perl MW | 225.67 |
| Out-of-Town Travel | 03/02/07 | Lederer J. | 10.00 |
| Out-of-Town Travel | 03/02/07 | Lederer J. | 15.00 |
| Out-of-Town Travel | 03/02/07 | Lederer J. | 479.14 |
| Out-of-Town Travel | 03/05/07 | Lederer J. | 204.07 |
| Out-of-Town Travel | 03/05/07 | Lederer J. | 8.00 |
| Out-of-Town Travel | 03/05/07 | Lederer J. | 15.00 |
| Out-of-Town Travel | 03/06/07 | Lederer J. | 25.00 |
| Out-of-Town Travel | 03/06/07 | Lederer J. | 494.95 |
| Out-of-Town Travel | 03/07/07 | Perl MW | 158.15 |
| Out-of-Town Travel | 03/07/07 | Meisler RE | 8.00 |
| Out-of-Town Travel | 03/08/07 | Lederer J. | 381.14 |
| Out-of-Town Travel | 03/08/07 | Lederer J. | 15.00 |
| Out-of-Town Travel | 03/08/07 | Perl MW | 228.04 |
| Out-of-Town Travel | 03/08/07 | Perl MW | 17.83 |
| Out-of-Town Travel | 03/08/07 | Meisler RE | 434.95 |
| Out-of-Town Travel | 03/08/07 | Lederer J. | 10.00 |
| Out-of-Town Travel | 03/12/07 | Butler, Jr. J | 69.00 |
| Out-of-Town Travel | 03/12/07 | Butler, Jr. J | 20.50 |
| Out-of-Town Travel | 03/12/07 | Butler, Jr. J | 17.50 |
| Out-of-Town Travel | 03/12/07 | Butler, Jr. J | 978.36 |
| Out-of-Town Travel | 03/14/07 | Meisler RE | 85.00 |
| Out-of-Town Travel | 03/14/07 | Lederer J. | 9.95 |
| Out-of-Town Travel | 03/15/07 | Meisler RE | 16.61 |
| Out-of-Town Travel | 03/15/07 | Meisler RE | 113.46 |
| Out-of-Town Travel | 03/15/07 | Meisler RE | 40.00 |
| Out-of-Town Travel | 03/15/07 | Lederer J. | 9.95 |
| Out-of-Town Travel | 03/15/07 | Meisler RE | 247.48 |
| Out-of-Town Travel | 03/16/07 | Lederer J. | 408.13 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 03/16/07 | Lederer J. | 366.97 |
| Out-of-Town Travel | 03/19/07 | Lederer J. | 606.83 |
| Out-of-Town Travel | 03/19/07 | Lederer J. | 311.42 |
| Out-of-Town Travel | 03/19/07 | Lederer J. | 15.00 |
| Out-of-Town Travel | 03/21/07 | Lederer J. | 10.55 |
| Out-of-Town Travel | 03/22/07 | Lederer J. | 15.00 |
| Out-of-Town Travel | 03/30/07 | Bolton IS | 1,189.08 |
| Out-of-Town Travel | 03/30/07 | Bolton IS | 512.89 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$8,391.00** |
| Messengers/ Courier | 03/03/07 | Dist Serv/Mail/Page, D | 9.57 |
| Messengers/ Courier | 03/03/07 | Dist Serv/Mail/Page, D | 6.46 |
| Messengers/ Courier | 03/03/07 | Dist Serv/Mail/Page, D | 6.46 |
| Messengers/ Courier | 03/04/07 | Arrow Messenger Svc | 25.20 |
| Messengers/ Courier | 03/05/07 | Dist Serv/Mail/Page, D | 92.00 |
| Messengers/ Courier | 03/08/07 | Dist Serv/Mail/Page, D | 9.81 |
| Messengers/ Courier | 03/08/07 | Dist Serv/Mail/Page, D | 19.67 |
| Messengers/ Courier | 03/08/07 | Dist Serv/Mail/Page, D | 18.78 |
| Messengers/ Courier | 03/08/07 | Dist Serv/Mail/Page, D | 18.78 |
| Messengers/ Courier | 03/09/07 | Dist Serv/Mail/Page, D | 41.65 |
| Messengers/ Courier | 03/09/07 | Dist Serv/Mail/Page, D | 6.81 |
| Messengers/ Courier | 03/09/07 | Dist Serv/Mail/Page, D | 6.81 |
| Messengers/ Courier | 03/09/07 | Dist Serv/Mail/Page, D | 6.81 |
| Messengers/ Courier | 03/09/07 | Dist Serv/Mail/Page, D | 6.81 |
| Messengers/ Courier | 03/11/07 | Arrow Messenger Svc | 25.94 |
| Messengers/ Courier | 03/11/07 | Comet Messenger Service | 26.15 |
| Messengers/ Courier | 03/13/07 | Dist Serv/Mail/Page, D | 127.69 |
| Messengers/ Courier | 03/14/07 | Dist Serv/Mail/Page, D | 23.06 |
| Messengers/ Courier | 03/14/07 | Dist Serv/Mail/Page, D | 23.06 |
| Messengers/ Courier | 03/16/07 | Dist Serv/Mail/Page, D | 21.10 |
| Messengers/ Courier | 03/16/07 | Dist Serv/Mail/Page, D | 12.65 |
| Messengers/ Courier | 03/16/07 | Straightline Courier | 31.80 |
| Messengers/ Courier | 03/18/07 | Arrow Messenger Svc | 49.79 |
| Messengers/ Courier | 03/19/07 | Dist Serv/Mail/Page, D | 76.99 |
| Messengers/ Courier | 03/23/07 | Dist Serv/Mail/Page, D | 12.65 |
| Messengers/ Courier | 03/23/07 | Dist Serv/Mail/Page, D | 12.65 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 03/23/07 | Dist Serv/Mail/Page, D | 66.45 |
| Messengers/ Courier | 03/23/07 | Dist Serv/Mail/Page, D | 6.11 |
| Messengers/ Courier | 03/23/07 | Dist Serv/Mail/Page, D | 6.11 |
| Messengers/ Courier | 03/23/07 | Straightline Courier | 63.59 |
| Messengers/ Courier | 03/25/07 | Comet Messenger Service | 43.31 |
| Messengers/ Courier | 03/26/07 | Dist Serv/Mail/Page, D | 10.52 |
| Messengers/ Courier | 03/26/07 | Dist Serv/Mail/Page, D | 23.06 |
| Messengers/ Courier | 03/30/07 | Dist Serv/Mail/Page, D | 6.35 |
| Messengers/ Courier | 03/30/07 | Dist Serv/Mail/Page, D | 6.35 |
| | | **TOTAL MESSENGERS/ COURIER** | **$951.00** |
| Out-of-Town Meals | 03/01/07 | Lederer J. | 7.99 |
| Out-of-Town Meals | 03/01/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/01/07 | Lederer J. | 48.71 |
| Out-of-Town Meals | 03/01/07 | Perl MW | 25.43 |
| Out-of-Town Meals | 03/02/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/02/07 | Lederer J. | 8.75 |
| Out-of-Town Meals | 03/05/07 | Lederer J. | 23.01 |
| Out-of-Town Meals | 03/06/07 | Lederer J. | 50.01 |
| Out-of-Town Meals | 03/06/07 | Lederer J. | 9.54 |
| Out-of-Town Meals | 03/06/07 | Lederer J. | 32.99 |
| Out-of-Town Meals | 03/07/07 | Lederer J. | 9.54 |
| Out-of-Town Meals | 03/07/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/07/07 | Lederer J. | 59.80 |
| Out-of-Town Meals | 03/07/07 | Perl MW | 25.69 |
| Out-of-Town Meals | 03/07/07 | Meisler RE | 7.00 |
| Out-of-Town Meals | 03/07/07 | Perl MW | 3.84 |
| Out-of-Town Meals | 03/07/07 | Perl MW | 8.00 |
| Out-of-Town Meals | 03/07/07 | Perl MW | 1.86 |
| Out-of-Town Meals | 03/07/07 | Meisler RE | 2.75 |
| Out-of-Town Meals | 03/08/07 | Perl MW | 8.47 |
| Out-of-Town Meals | 03/08/07 | Perl MW | 6.87 |
| Out-of-Town Meals | 03/08/07 | Perl MW | 2.65 |
| Out-of-Town Meals | 03/08/07 | Meisler RE | 26.81 |
| Out-of-Town Meals | 03/08/07 | Meisler RE | 4.66 |
| Out-of-Town Meals | 03/08/07 | Lederer J. | 9.01 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 03/08/07 | Lederer J. | 41.01 |
| Out-of-Town Meals | 03/08/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/12/07 | Butler, Jr. J | 20.01 |
| Out-of-Town Meals | 03/14/07 | Lederer J. | 4.20 |
| Out-of-Town Meals | 03/14/07 | Lederer J. | 8.75 |
| Out-of-Town Meals | 03/14/07 | Meisler RE | 161.19 |
| Out-of-Town Meals | 03/14/07 | Meisler RE | 3.55 |
| Out-of-Town Meals | 03/14/07 | Meisler RE | 5.38 |
| Out-of-Town Meals | 03/15/07 | Meisler RE | 13.45 |
| Out-of-Town Meals | 03/15/07 | Lederer J. | 16.86 |
| Out-of-Town Meals | 03/15/07 | Lederer J. | 42.94 |
| Out-of-Town Meals | 03/15/07 | Lederer J. | 5.04 |
| Out-of-Town Meals | 03/15/07 | Lederer J. | 15.64 |
| Out-of-Town Meals | 03/15/07 | Meisler RE | 9.08 |
| Out-of-Town Meals | 03/16/07 | Lederer J. | 20.01 |
| Out-of-Town Meals | 03/16/07 | Lederer J. | 55.01 |
| Out-of-Town Meals | 03/16/07 | Lederer J. | 12.50 |
| Out-of-Town Meals | 03/17/07 | Lederer J. | 42.01 |
| Out-of-Town Meals | 03/19/07 | Lederer J. | 56.20 |
| Out-of-Town Meals | 03/20/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/20/07 | Lederer J. | 53.48 |
| Out-of-Town Meals | 03/20/07 | Lederer J. | 9.54 |
| Out-of-Town Meals | 03/20/07 | Meisler RE | 5.38 |
| Out-of-Town Meals | 03/20/07 | Meisler RE | 7.74 |
| Out-of-Town Meals | 03/20/07 | Meisler RE | 19.25 |
| Out-of-Town Meals | 03/21/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/21/07 | Lederer J. | 50.01 |
| Out-of-Town Meals | 03/21/07 | Lederer J. | 8.73 |
| Out-of-Town Meals | 03/21/07 | Meisler RE | 35.48 |
| Out-of-Town Meals | 03/22/07 | Lederer J. | 15.00 |
| Out-of-Town Meals | 03/22/07 | Lederer J. | 8.96 |
| Out-of-Town Meals | 03/22/07 | Lederer J. | 29.01 |
| Out-of-Town Meals | 03/25/07 | Bolton IS | 2.49 |
| Out-of-Town Meals | 03/25/07 | Bolton IS | 45.01 |
| Out-of-Town Meals | 03/26/07 | Bolton IS | 14.86 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 03/27/07 | Bolton IS | 25.81 |
| Out-of-Town Meals | 03/27/07 | Bolton IS | 11.93 |
| Out-of-Town Meals | 03/27/07 | Bolton IS | 45.01 |
| Out-of-Town Meals | 03/28/07 | Bolton IS | 11.28 |
| Out-of-Town Meals | 03/29/07 | Bolton IS | 45.01 |
| Out-of-Town Meals | 03/29/07 | Bolton IS | 20.15 |
| Out-of-Town Meals | 03/30/07 | Bolton IS | 70.87 |
| Out-of-Town Meals | 03/30/07 | Bolton IS | 7.55 |
| Out-of-Town Meals | 03/30/07 | Bolton IS | 10.58 |
| Out-of-Town Meals | 03/30/07 | Bolton IS | 8.66 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,568.00** |
| Printing to paper from TIF | 03/03/07 | Copy Center, D | 90.40 |
| Printing to paper from TIF | 03/05/07 | Copy Center, D | 3.69 |
| Printing to paper from TIF | 03/06/07 | Copy Center, D | 15.39 |
| Printing to paper from TIF | 03/09/07 | Laughran KA | 44.72 |
| Printing to paper from TIF | 03/14/07 | Copy Center, D | 5.92 |
| Printing to paper from TIF | 03/16/07 | Copy Center, D | 9.14 |
| Printing to paper from TIF | 03/22/07 | Copy Center, D | 24.28 |
| Printing to paper from TIF | 03/26/07 | Copy Center, D | 82.46 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$276.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Contracted Catering-NY | 03/14/07 | Butler, Jr. J | 400.00 |
| Contracted Catering-NY | 03/15/07 | Butler, Jr. J | 354.01 |
| Contracted Catering-NY | 03/15/07 | Butler, Jr. J | 999.99 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,754.00** |
| Wireless - Mo-bile/Cellular/Pager | 03/12/07 | Butler, Jr. J | 40.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$40.00** |
| | | **TOTAL MATTER** | **$28,774.00** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)        Bill Date: 05/31/07
Reorganization Plan / Plan Sponsors                    Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/01/07 | 0.30 | REVIEW TOWER SALE/POR STRUCTURE AND RELATED MATTERS (0.3). |
| BUTLER, JR. J | 04/03/07 | 1.60 | PREPARE FOR APRIL 5TH MEETINGS IN NEW YORK AND NEW JERSEY RE: FRAMEWORK AGREEMENT AND RELATED MATTERS WITH: STATUTORY COMMITTEE CHAIRS AND ADVISORS; L. TESSLER, S. COHEN ET. AL. AT CERBERUS AND D. TEPPER ET. AL. AT APPALOOSA INCLUDING REVIEW AND COMMENT ON PRESENTATION MATERIALS (1.6). |
| BUTLER, JR. J | 04/04/07 | 1.70 | CONTINUE TO PREPARE FOR APRIL 5TH MEETINGS IN NEW YORK AND NEW JERSEY RE: FRAMEWORK AGREEMENT AND RELATED MATTERS WITH: STATUTORY COMMITTEE CHAIRS AND ADVISORS; L. TESSLER, S. COHEN ET. AL. AT CERBERUS AND D. TEPPER ET. AL. AT APPALOOSA (0.5); REVIEW AND COMMENT ON PRESENTATION MATERIALS RE: SAME (0.8); TELECONFERENCES AND MEETING WITH J. SHEEHAN RE: SAME (0.4). |
| BUTLER, JR. J | 04/05/07 | 7.10 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.0) JOINT MEETING WITH STATUTORY COMMITTEE CHAIRS AND ADVISORS IN NEW YORK RE FRAMEWORK AGREEMENT AND RELATED MATTERS; PREPARE FOR (0.3) AND PARTICIPATE IN (1.8) MEETING WITH L. TESSLER, S. COHEN ET. AL. AT CERBERUS IN NEW YORK RE FRAMEWORK AGREEMENT AND RELATED MATTERS; PREPARE FOR (0.5) AND PARTICIPATE IN (1.4) MEETING WITH D. TEPPER ET. AL. AT APPALOOSA IN NEW JERSEY RE FRAMEWORK AGREEMENT AND RELATED MATTERS; TELECONFERENCE WITH S. MILLER, R. O'NEAL AND EXECUTIVE MANAGEMENT TEAM RE FRAMEWORK MEETINGS AND NEXT STEPS (0.4); CONFERENCE WITH J. SHEEHAN RE: SAME (0.3); TELECONFERENCES WITH B. ROSENBERG RE: FRAMEWORK MATTERS (0.2). |
| BUTLER, JR. J | 04/12/07 | 0.90 | REVIEW STATUS OF EPCA VALUATION DISCUSSIONS AND NEXT STEPS (0.3); REVIEW LETTER FROM B. ROSENBERG RE: APRIL 30TH TERMINATION OF EPCA RECOMMENDATION AND FOLLOW-UP (0.2); BRIEF REVIEW OF PWC SUMMARY REPORTS (0.4). |
| BUTLER, JR. J | 04/13/07 | 0.60 | REVIEW STATUS OF ALTERNATIVE PLAN INVESTOR AND CO-INVESTOR NDAS AND OPEN ISSUES, NEXT STEPS (0.3); RECEIVE AND BEGIN TO REVIEW SECOND ALTERNATIVE PLAN INVESTOR GROUP PROPOSAL (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    04/14/07    1.70    CONTINUE TO REVIEW STATUS OF EPCA AND
PSA MATTERS INCLUDING PLAN INVESTOR DUE
DILIGENCE AND PLAN VALUATIONS MATTERS
(AND ALTERNATIVE SCENARIOS) (1.1);
PREPARE FOR APRIL 15TH MEETING IN NEW
YORK CITY WITH REPRESENTATIVES OF PLAN
INVESTORS AND DELPHI AT CERBERUS
INCLUDING TELECONFERENCES AND EMAILS
WITH S. MILLER, R. O'NEAL ET. AL. (0.6).

BUTLER, JR. J    04/15/07    2.30    CONTINUE TO REVIEW STATUS OF EPCA AND
PSA MATTERS INCLUDING PLAN INVESTOR DUE
DILIGENCE AND PLAN VALUATIONS MATTERS
(AND ALTERNATIVE SCENARIOS) (1.4);
PREPARE FOR MEETING IN NEW YORK CITY
WITH REPRESENTATIVES OF PLAN INVESTORS
AND DELPHI AT CERBERUS INCLUDING
TELECONFERENCES AND EMAILS WITH J.
SHEEHAN AND B. SHAW (MEETING
RESCHEDULED TO APRIL 16TH ENROUTE TO NEW
YORK CITY) (0.9).

BUTLER, JR. J    04/16/07    1.80    PREPARE R. O'NEAL, J. SHEEHAN AND S.
SALRIN FOR PLAN INVESTORS MEETING IN NEW
YORK CITY (0.6); MEETING WITH R. O'NEAL
ET. AL. RE: RESULTS OF MEETING AND NEXT
STEPS (1.2).

BUTLER, JR. J    04/17/07    1.20    CONTINUE TO REVIEW STATUS OF EPCA AND
PSA MATTERS INCLUDING PLAN INVESTOR DUE
DILIGENCE AND PLAN VALUATIONS MATTERS
(AND REVIEWED ALTERNATIVE SCENARIOS)
(1.2).

BUTLER, JR. J    04/18/07    3.30    CONTINUE TO REVIEW STATUS OF EPCA AND
PSA MATTERS INCLUDING PLAN INVESTOR DUE
DILIGENCE AND PLAN VALUATIONS MATTERS
(0.6); REVIEW LETTER FROM HIGHLAND AND
FOLLOW-UP ON SAME (1.2); REVIEW PRESS
INQUIRIES AND PRESS REPIRES RE: SAME
(0.2); TELECONFERENCE WITH J. ELKIN RE:
SAME (0.2); CONFERENCE WITH D. SHERBIN
AND ASSIST IN DRAFTING RESPONSE TO
HIGHLAND LETTER (0.7); EMAILS FROM/TO
T. LAURIA RE: EPCA AND PSA MATTERS
(0.2); REVIEW MATERIALS FROM B. SHAW RE:
LATEST ILLUSTRATIVE FRAMEWORK SCENARIO
(0.2).

BUTLER, JR. J    04/19/07    2.30    CONTINUE TO REVIEW STATUS OF EPCA AND
PSA MATTERS INCLUDING PLAN INVESTOR DUE
DILIGENCE AND PLAN VALUATIONS MATTERS
WITH J. SHEEHAN AND D. SHERBIN ET AL AND
FINANCIAL ADVISORS IN NEW YORK CITY
(1.3); REVIEW LETTER RESPONSE FROM
HIGHLAND AND FOLLOW-UP ON SAME (0.3);
TELECONFERENCES WITH R. O'NEAL ON BOTH
SUBJECTS (0.3, 0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   04/20/07   2.40   TELECONFERENCE WITH M. TREPPER RE:
ALTERNATIVE PLAN INVESTOR PROPOSAL AND
RELATED MATTERS (0.2); RECEIVE AND
BEGIN TO EVALUATE SAME (0.6); EMAILS TO
DELPHI SENIOR MANAGEMENT TEAM RE: SAME
(0.2); CONTINUE TO REVIEW STATUS OF EPCA
AND PSA MATTERS INCLUDING PLAN INVESTOR
DUE DILIGENCE AND PLAN VALUATIONS
MATTERS WITH J. SHEEHAN AND D. SHERBIN
(0.3); EMAILS FROM/TO J. SHEEHAN RE:
HIGHLAND MATTERS (0.2); TELECONFERENCE
WITH R. O'NEAL RE: ABOVE MATTERS (0.4);
REVIEW HIGHLAND 13D (0.2); BEGIN TO PLAN
APRIL 24TH-25TH FRAMEWORK MEETINGS IN
NEW YORK CITY (0.3).

BUTLER, JR. J   04/21/07   0.40   CONTINUE TO EVALUATE ALTERNATIVE PLAN
INVESTOR PROPOSAL AND RELATED MATTERS
INCLUDING ECONOMIC ANALYSIS FROM
ROTHSCHILD (0.4).

BUTLER, JR. J   04/22/07   1.40   CONTINUE TO REVIEW ALTERNATIVE INVESTOR
PROPOSALS AND ROTHSCHILD ANALYSIS
(0.6); CONTINUE TO PREPARE FOR APRIL
24-25 FRAMEWORK MEETINGS IN NEW YORK
CITY AMONG DELPHI, STATUTORY COMMITTEE,
GM AND APPALOOSA REPRESENTATIVES (0.5);
FOLLOW-UP ON ALTERNATIVE INVESTOR
PROPOSALS INCLUDING EMAILS FROM S.
MILLER, R. O'NEAL, J. SHEEHAN AND D.
SHERBIN RE: SAME (0.3).

BUTLER, JR. J   04/23/07   5.30   CONTINUE TO PREPARE FOR APRIL 24-25
FRAMEWORK MEETINGS IN NEW YORK CITY
AMONG DELPHI, STATUTORY COMMITTEE, GM
AND APPALOOSA REPRESENTATIVES
INCLUDING ATTEND MEETINGS AT COMPANY
WITH R. O'NEAL, J. SHEEHAN, D. SHERBIN,
S. CORCORAN, R. EISENBERG ET AL (1.6);
REVIEW AND PREPARE PRESENTATION
MATERIALS WITH ROTHSCHILD (1.3);
TELECONFERENCE WITH T. LAURIA (0.4);
TELECONFERENCE WITH M. TREPPER RE:
PARDUS MATTERS (0.4); EMAILS TO/FROM M.
TREPPER RE: SAME (0.2); RECEIVE AND
REVIEW LETTER FROM B. SCHELER RE: PLAN
INVESTORS (0.6); DRAFT, REVIEW WITH S.
CORCORAN AND SEND RESPONSE RE: SAME
(0.8).

BUTLER, JR. J   04/24/07   10.10   PREPARE FOR (0.5) AND PARTICIPATE IN
(8.9) FRAMEWORK MEETINGS IN NEW YORK
CITY AMONG DELPHI, STATUTORY
COMMITTEES, GM AND APPALOOSA
REPRESENTATIVES INCLUDING CLIENT
MEETINGS AND RELATED MATTERS; CONFER
WITH AND EXCHANGE EMAIL COMMUNICATIONS
WITH B. SCHELER TO RESOLVE APRIL 23RD
EQUITY COMMITTEE LETTER RE:
CONFIDENTIALITY MATTERS (0.4);
FOLLOW-UP ON PLAN INVESTOR
CONFIDENTIALITY MATTERS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    04/25/07    9.40    PREPARE FOR (0.2) AND ATTEND (6.6)
                                     FRAMEWORK MEETINGS IN NEW YORK CITY
                                     AMONG DELPHI, STATUTORY COMMITTEES, GM
                                     AND APPALOOSA REPRESENTATIVES; PREPARE
                                     FOR (0.3) AND ATTEND (2.0) MEETING WITH
                                     DELPHI AND PARDUS REPRESENTATIVES IN
                                     NEW YORK CITY RE: ALTERNATIVE PLAN
                                     INVESTOR PROPOSAL; REVIEW EQUITY
                                     COMMITTEE COMMENTS TO ALTERNATIVE PLAN
                                     INVESTOR TERMSHEET (0.1); REVIEW
                                     REVISED ALTERNATIVE PLAN INVESTOR
                                     PROPOSAL (0.2).

BUTLER, JR. J    04/26/07    1.50    REVIEW AND EVALUATE TWO REVISED
                                     ALTERNATIVE PLAN INVESTOR PROPOSALS
                                     (0.3); FOLLOW-UP ON APRIL 24-25
                                     FRAMEWORK MEETINGS IN NEW YORK CITY
                                     AMONG DELPHI, STATUTORY COMMITTEES, GM
                                     AND APPALOOSA REPRESENTATIVES WITH R.
                                     O'NEAL, J. SHEEHAN ET AL AT COMPANY IN
                                     TROY (0.6); BEGIN TO PREPARE FOR APRIL
                                     27TH WORKING GROUP SESSION RE:
                                     DISCLOSURE STATEMENT AND POR DRAFTING
                                     (0.4); REVIEW EQUITY COMMITTEE COMMENTS
                                     TO ALTERNATIVE PLAN INVESTOR REVISED
                                     TERMSHEET (0.2).

BUTLER, JR. J    04/27/07    2.20    PREPARE FOR (0.6) AND PARTICIPATE IN
                                     (1.0) WORKING GROUP DRAFTING SESSION
                                     WITH S. CORCORAN ET. AL. RE: DISCLOSURE
                                     STATEMENT AND POR; TELECONFERENCE WITH
                                     R. O'NEAL RE: PLAN INVESTOR MATTERS
                                     (0.3); FOLLOW-UP ON HIGHLAND MATTERS
                                     INCLUDING EMAILS FROM R. O'NEAL, J.
                                     SHEEHAN AND D. SHERBIN (0.3).

BUTLER, JR. J    04/29/07    1.50    CONTINUE TO FOLLOW-UP ON APRIL 24-25
                                     FRAMEWORK MEETINGS IN NEW YORK CITY
                                     AMONG DELPHI, STATUTORY COMMITTEE, GM
                                     AND APPALOOSA REPRESENTATIVES (0.7);
                                     CONTINUE TO PREPARE FOR MAY 1ST WORKING
                                     GROUP DRAFTING SESSION AT COMPANY IN
                                     TROY (0.8).

BUTLER, JR. J    04/30/07    1.60    CONTINUE TO PREPARE FOR MAY 1ST WORKING
                                     GROUP DRAFTING SESSION AT COMPANY IN
                                     TROY INCLUDING REVIEW AND REVISION OF
                                     PRESENTATION MATERIALS (1.6).

                            60.60

COCHRAN EL       04/03/07    2.10    REVIEW NDA WITH POTENTIAL INVESTOR
                                     (2.1).

COCHRAN EL       04/04/07    0.70    REVIEW POTENTIAL INVESTOR NDA (0.7).

COCHRAN EL       04/09/07    2.70    REVIEW INVESTOR NDA ISSUES (2.7).

COCHRAN EL       04/10/07    1.40    REVIEW NDA ISSUES (1.4).

COCHRAN EL       04/11/07    3.50    REVIEW NDA ISSUES (3.5).

COCHRAN EL       04/12/07    5.40    WORK ON NDA (5.4).

COCHRAN EL       04/13/07    3.50    REVIEW OF NDA ISSUES (3.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| COCHRAN EL | 04/14/07 | 1.50 | REVIEW OF NDA ISSUES (1.5). |
|---|---|---|---|
| COCHRAN EL | 04/15/07 | 2.10 | PREPARE NDA SUMMARY (2.1). |
| COCHRAN EL | 04/16/07 | 2.80 | REVIEW NDA ISSUES (2.8). |
| COCHRAN EL | 04/17/07 | 4.90 | REVISE NDA ISSUES (0.7); REVIEW EPCA/PSA AMENDMENT ISSUES (4.2). |
| COCHRAN EL | 04/19/07 | 2.10 | REVIEW ISSUES RELATING TO NDA (2.1). |
| COCHRAN EL | 04/20/07 | 0.70 | REVIEW PARDUS NDA ISSUES (0.7). |
| COCHRAN EL | 04/21/07 | 1.20 | REVIEW PARDUS NDA ISSUES (1.2). |
| COCHRAN EL | 04/23/07 | 4.30 | REVIEW PARDUS NDA ISSUES (1.8); REVIEW FRAMEWORK ISSUES (2.5). |
| COCHRAN EL | 04/24/07 | 8.10 | MEETING ON FRAMEWORK ISSUES (8.1). |
| COCHRAN EL | 04/25/07 | 6.10 | PARTICIPATE IN FRAMEWORK MEETINGS (6.1). |
| COCHRAN EL | 04/27/07 | 3.60 | PARTICIPATE IN ORGANIZATIONAL CALL RELATING TO OVERALL DOCUMENTATION ISSUES (2.3); REVIEW ISSUES RELATING TO DOCUMENTATION PROCESS (1.3). |
| | | 56.70 | |
| MARAFIOTI KA | 04/02/07 | 1.40 | REVIEW PRESENTATION RE: TOWERS AND BOARD PRESENTATION RE: PLAN INVESTORS' ALTERNATIVE (1.3); CORRESPONDENCE RE: PARDUS NDA (0.1). |
| MARAFIOTI KA | 04/03/07 | 2.40 | TELECONFERENCE WITH R. STRICKLAND (0.3) RE: PARDUS NDA AND REVIEW ISSUES RE: SAME (0.8); SECOND TELECONFERENCE WITH R. STRICKLAND (0.2) AND RELATED CORRESPONDENCE (0.2); TELECONFERENCE WITH J. SHEEHAN RE: PARDUS NDA (0.4); TELECONFERENCE WITH J. BROOKS AND C. COMEFORD RE: GM SETOFF ISSUES (0.5). |
| MARAFIOTI KA | 04/09/07 | 1.10 | REVIEW DISCUSSION MATERIALS RE: NECESSARY ASPECTS OF GM SETTLEMENT FOR PLAN PURPOSES (1.1). |
| MARAFIOTI KA | 04/10/07 | 5.20 | REVIEW CORRESPONDENCE RE: ANTITRUST FILING ISSUES IN EUROPE IN CONNECTION WITH EPCA (0.4) AND BRIEFING PAPER RE: SAME (1.3); ADDITIONAL CORRESPONDENCE RE: SAME (0.2); TELECONFERENCE WITH B. SHAW RE: GM ILLUSTRATIVE SCENARIOS (0.2); TELECONFERENCE WITH BEAR STEARNS, GM, WEIL GOTSHAL RE: GM SCENARIOS (1.0) AND FOLLOWUP ANALYSIS (0.4) AND CORRESPONDENCE RE: SAME (0.2); CONSIDER STN ISSUES (0.5); DID RESEARCH RE: PLAN PROVISIONS (1.0). |
| MARAFIOTI KA | 04/11/07 | 5.40 | REVIEW MEMOS RE: SUBSTANTIVE CONSOLIDATION (0.8); ANALYZE PLAN ISSUES (2.7); UPDATE RE: PARDUS NDA NEGOTIATIONS (0.1); REVIEW RESEARCH RE: PLAN ISSUES (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      04/12/07      1.20   TELECONFERENCE WITH ROTHSCHILD RE:
                                       PARDUS NDA (1.1); REVIEW CORRESPONDENCE
                                       FROM COMMITTEE RE: EPCA (0.1).

MARAFIOTI KA      04/13/07      2.00   TELECONFERENCE WITH COMPANY RE: PARDUS
                                       NDA (0.2); TELECONFERENCE WITH COMPANY,
                                       PARDUS, WILLKIE RE: SAME (1.0);
                                       TELECONFERENCE WITH WILLKIE RE: SAME
                                       (0.8).

MARAFIOTI KA      04/15/07      0.20   CORRESPONDENCE RE: PARDUS NDA (0.2).

MARAFIOTI KA      04/16/07      1.70   UPDATE RE: PLAN FRAMEWORK STATUS (0.1);
                                       ANALYZE ISSUES TO BE RESOLVED IN
                                       CONNECTION WITH PLAN (1.6).

MARAFIOTI KA      04/17/07      0.40   REVIEW DRAFT PRESS RELEASE RE: INVESTOR
                                       GROUP AND PLAN FRAMEWORK (0.3); REVIEW
                                       COMMENTS TO NDA (0.1).

MARAFIOTI KA      04/18/07      6.10   REVIEW PARDUS COMMENTS RE: NDA (0.2);
                                       STRATEGY MEETING WITH COMPANY AND
                                       ROTHSCHILD (1.5); MEETING WITH COMPANY,
                                       GM AND ADVISORS (0.5); MEETING WITH
                                       COMPANY, GM, ADVISORS, AND MERRILL
                                       (0.5); CONTINUE MEETING WITH COMPANY
                                       AND GM (0.6); CONTINUE MEETING WITH
                                       COMPANY AND ROTHSCHILD (2.0);
                                       CORRESPONDENCE RE: REVISED PARDUS NDA
                                       (0.5); REVIEW LETTER FROM HIGHLAND AND
                                       RESPONSE (0.3).

MARAFIOTI KA      04/23/07      1.60   CONSIDER PLAN ISSUES (1.4);
                                       CORRESPONDENCE RE: PARDUS NDA AND
                                       NEGOTIATION PROTOCOL (0.2).

MARAFIOTI KA      04/24/07      7.80   CORRESPONDENCE RE: PLAN ISSUES (0.4);
                                       PREPARE FOR CLIENT MEETINGS (0.6);
                                       MEETINGS WITH CLIENT AND ADVISORS RE:
                                       PLAN ISSUES (5.1); REVIEW SUMMARY OF
                                       POSSIBLE REVISIONS TO EPCA, PFSA, AND
                                       PREFERRED STOCK TERM SHEET (0.4);
                                       REVIEW PRESENTATION FOR COMMITTEES AND
                                       GM (1.0); REVIEW PARDUS REVISED TERM
                                       SHEET (0.3).

MARAFIOTI KA      04/25/07      7.20   PARTICIPATE IN ALL-DAY MEETINGS WITH
                                       CLIENT, COMMITTEES, GM, AND ADVISORS
                                       (5.0); WORK ON ANALYSIS OF PLAN
                                       STRUCTURE (2.2).

MARAFIOTI KA      04/26/07      2.50   ANALYZE PLAN ISSUES (2.3); REPORT RE:
                                       BOARD MEETING AND BOARD RESPONSE TO PLAN
                                       NEGOTIATIONS (0.2).

MARAFIOTI KA      04/27/07      6.20   TELECONFERENCE WITH COMPANY RE: PLAN
                                       ISSUES (2.5); FOLLOWUP TELECONFERENCES
                                       RE: TAX, LABOR, BENEFITS, AND FINANCE
                                       ISSUES IN CONNECTION WITH PLAN (0.8);
                                       AND ANALYZE PLAN ISSUES (2.9).

MARAFIOTI KA      04/28/07      4.00   REVIEW SECTION 1145 MATERIAL (1.0);
                                       WORK ON ISSUES LIST FOR PLAN (3.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      04/29/07      4.10   WORK ON ISSUES LIST FOR PLAN AND
                                       DISCLOSURE STATEMENT (2.3);
                                       TELECONFERENCE WITH WORKING GROUP RE:
                                       SAME (1.2); CORRESPONDENCE WITH L.
                                       HASSEL RE: SAME (0.3); RELATED
                                       CORRESPONDENCE (0.3).

MARAFIOTI KA      04/30/07      4.50   WORK ON PLAN AND DISCLOSURE STATEMENT
                                       ISSUES LIST (3.0); REVIEW GM MUST HAVES
                                       SUMMARY (0.4); RESEARCH RE: GM
                                       SETTLEMENT (1.1).

                               65.00

MEISLER RE        04/02/07      4.00   CONTINUE WORKING ON GLOBAL DILIGENCE
                                       ISSUES (1.1); DRAFT CORRESPONDENCE TO
                                       C. BELL AND C. DIMAOND RE: SAME (0.2);
                                       PREPARE FOR TELECONFERENCE WITH EMEA
                                       AND AMERICAS IN-HOUSE COUNSEL (0.4);
                                       TELECONFERENCE WITH R. BERRY, M.
                                       MCGUIRE, AND I. SIMPLICEAN RE: SAME
                                       (0.3); REVIEW REQUEST FOR INFORMATION
                                       RE: CADIZ (0.5); CONTINUE TO WORK
                                       THROUGH DOMESTIC DILIGENCE INQUIRIES
                                       (0.6); CONFERENCE WITH S. CORCORAN RE:
                                       OUTSTANDING DILIGENCE (0.3); REVIEW
                                       COPY REQUESTS (0.4); REVIEW AND COMMENT
                                       TO CONFIDENTIALITY SUPPLEMENT RE:
                                       LITIGATION SUMMARY (0.2).

MEISLER RE        04/03/07      3.20   PREPARE FOR ASIA-PACIFIC
                                       TELECONFERENCE RE: DILIGENCE (0.5);
                                       TELECONFERENCE WITH J. YIN AND P. LO RE:
                                       SAME (1.0); DRAFT CORRESPONDENCE RE:
                                       INTERNATIONAL DILIGENCE RE: (0.3);
                                       TELECONFERENCE WITH M. HESTER RE:
                                       DILIGENCE FOLLOW UP (0.2); CONSIDER
                                       PLAN IMPLEMENTATION IDEAS (0.2);
                                       TELECONFERENCE WITH P. JABBOUR AND C.
                                       ALM RE: OUTSTANDING GLOBAL DILIGENCE
                                       (0.5); CONFERENCE WITH P. JABBOUR RE:
                                       SAME (0.5).

B43E