SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 04/04/07 | 2.90 | REVIEW REQUEST FOR ADDITIONAL DILIGENCE ON NON-U.S. ENTITIES (0.2); DRAFT RESPONSE RE: SAME (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2); REVIEW COMMENTS TO ACCESS LETTER RE: APPRAISAL (0.2); REVIEW REQUESTS FOR ADDITIONAL EASTERN EUROPEAN DILIGENCE (0.2); DRAFT CORRESPONDENCE TO J. ZHU RE: SAME (0.2); DRAFT CORRESPONDENCE TO M. MCGUIRE RE: ASIA-PACIFIC DILIGENCE (0.1); DRAFT CORRESPONDENCE TO T. TIMKO RE: OUTSTANDING DILIGENCE (0.1); REVIEW AND COMMENT ON DATA ROOM INDICES FOR AMERICAS (0.4); DRAFT CORRESPONDENCE RE: NEXT STEPS FOR INTERNATIONAL DILIGENCE (0.5); DRAFT CORRESPONDENCE TO M. HESTER RE: PLAN INVESTOR INQUIRIES RE: FACILITIES (0.1); REVIEW P. JABBOUR REQUEST RE: HISTORICAL DIVESTITURES AND RESPOND (0.2); DRAFT CORRESPONDENCE TO F. ALSAGOF RE: UPCOMING DILIGENCE VISITS (0.1); DRAFT FOLLOW UP CORRESPONDENCE TO REGIONAL COUNSEL RE: SAME (0.2). |
|---|---|---|---|
| MEISLER RE | 04/05/07 | 6.10 | PREPARE FOR CALL RE: GLOBAL DILIGENCE EFFORTS (0.2); TELECONFERENCE WITH M. MCGUIRE, T. THEWES, I. SIMPLICEAN, AND J. YI RE: SAME (1.2); FOLLOW UP TELECONFERENCE WITH M. MCGUIRE RE: SAME (0.2); TELECONFERENCE WITH J. PAPELIAN AND B. FRANTANGELO RE: DILIGENCE (0.1); PARTICIPATE IN MEETING WITH T. LAURIA, D. BAUMSTEIN, M. SHEPARD, AND J. RUE RE: WARRANTY (3.0); REVIEW COMMENTS RECEIVED FROM MILBANK RE: LETTER AGREEMENT TO RECEIVE LITIGATION SUMMARY (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW STATUS OF PROGRESS ON OUTSTANDING DILIGENCE (0.8); DRAFT CORRESPONDENCE TO P. JABBOUR RE: AVAILABLE IT CONTRACTS (0.1); DRAFT CORRESPONDENCE TO C. PERETTI RE: DATA REQUEST (0.2). |
| MEISLER RE | 04/06/07 | 2.60 | DRAFT CORRESPONDENCE RE: ASIA-PACIFIC DUE DILIGENCE (0.2); CONTINUED EFFORTS ON RESPONDING TO GLOBAL DILIGENCE REQUESTS BY PLAN INVESTORS (0.8); DRAFT CORRESPONDENCE TO P. JABBOUR RE: SAME (0.2); TELECONFERENCE WITH P. JABBOUR RE: OUTSTANDING REQUESTS (0.3); REVIEW AND RESPOND TO TAX DILIGENCE INQUIRIES (0.2); CONSIDER DILIGENCE ISSUES (0.3) AND DRAFT CORRESPONDENCE RE: DELPHI ITALIA INQUIRY (0.3); DRAFT CORRESPONDENCE TO D. BAUMSTEIN RE: DILIGENCE REQUESTS (0.3). |
| MEISLER RE | 04/07/07 | 0.40 | TELECONFERENCE WITH J. SHEEHAN RE: UPDATE (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2). |
| MEISLER RE | 04/08/07 | 0.60 | REVIEW AND COMMENT ON PATH X ANALYSIS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE          04/09/07      0.40   DRAFT CORRESPONDENCE TO P. JABBOUR RE:
                                         UPDATES (0.1); REVIEW CORRESPONDENCE
                                         RE: DILIGENCE FOR AMERICAS (0.3).

MEISLER RE          04/10/07      2.80   TELECONFERENCE WITH M. HESTER, ENVIRON,
                                         AND PLAN INVESTORS RE: ENVIRONMENTAL
                                         DUE DILIGENCE (0.5); FOLLOW UP RE:
                                         DELPHI CANADA INQUIRY (0.2); CONTINUE
                                         TO REVIEW AND RESPOND TO REQUEST RE:
                                         GLOBAL DILIGENCE (0.5); CONTINUE
                                         PROGRESS ON OUTSTANDING DILIGENCE ITEMS
                                         (1.4); REVIEW P. JABBOUR FOLLOW UP
                                         REQUESTS (0.2).

MEISLER RE          04/11/07      4.10   PREPARE FOR TELECONFERENCE WITH R.
                                         BERRY RE: DILIGENCE (0.2);
                                         TELECONFERENCE WITH R. BERRY RE; SAME
                                         (0.7); FOLLOW UP RE: SAME (0.2); REVIEW
                                         AND RESPOND TO CORRESPONDENCE RE:
                                         OUTSTANDING HR DILIGENCE REQUESTS
                                         (0.5); REVIEW AND COMMENT ON WORKS
                                         COUNCIL QUESTIONNAIRES (1.5); REVIEW
                                         STATUS OF OUTSTANDING EMEA DILIGENCE
                                         REQUESTS (0.5); REVIEW CORRESPONDENCE
                                         AND MATRIX RE: ENVIRON SITE VISITS
                                         (0.3); REVIEW AND RESPOND TO
                                         CORRESPONDENCE RE: PWC REPORTS (0.2).

MEISLER RE          04/12/07      0.40   DRAFT CORRESPONDENCE RE: PWC REPORTS
                                         (0.2); CONTINUE TO REVIEW OF WORKS
                                         COUNCIL QUESTIONNAIRES (0.2).

MEISLER RE          04/13/07      1.20   REVIEW AND RESPOND TO CORRESPONDENCE
                                         RE: RESPONSE TO ENVIRON'S REQUEST FOR
                                         OSHAWA PLANT DOCUMENTATION (0.2);
                                         REVIEW AND RESPOND TO CORRESPONDENCE
                                         WITH D. BAUMSTEIN RE: CHR CLAIMS (0.3);
                                         CONTINUE EFFORTS TO GATHER REMAINING
                                         DOCUMENTS FOR OUTSTANDING REQUESTS
                                         (0.5); REVIEW R. ROSENBERG
                                         CORRESPONDENCE RE: EPCA (0.1); REVIEW
                                         AND RESPOND TO CORRESPONDENCE RE: WORKS
                                         COUNCIL QUESTIONNAIRES (0.1).

MEISLER RE          04/15/07      0.40   REVIEW AND RESPOND TO CORRESPONDENCE
                                         RE: DILIGENCE (0.3); TELECONFERENCE
                                         WITH S. CORCORAN RE: SAME (0.1).

MEISLER RE          04/16/07      0.50   REVIEW AND RESPOND TO CORRESPONDENCE
                                         RE: DILIGENCE (0.3); REVIEW OUTSTANDING
                                         DILIGENCE ITEMS RE: IP (0.2).

MEISLER RE          04/17/07      2.60   DRAFT CORRESPONDENCE TO S. CORCORAN RE:
                                         ENVIRON (0.1); DRAFT CORRESPONDENCE TO
                                         C. DIAMOND RE: DILIGENCE IS CEASING
                                         (0.2); DRAFT INTERNAL CORRESPONDENCE
                                         RE: FINAL MATTERS TO COMPLETE RE:
                                         DILIGENCE (0.3); CONFERENCE WITH
                                         DILIGENCE TEAM RE: SAME (0.3); REVIEW
                                         AND ANALYSIS OF CHR CLAIM (1.3);
                                         CONTINUE TO REVIEW AND FINALIZE
                                         DILIGENCE EFFORTS RE: HR (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        04/18/07      2.50    REVIEW PROGRESS ON DILIGENCE (0.3);
                                        DRAFT CORRESPONDENCE RE: WORKS COUNCIL
                                        QUESTIONNAIRES (0.2); DRAFT
                                        CORRESPONDENCE TO S. CORCORAN RE:
                                        STATUS OF DILIGENCE (0.2); CONFERENCE
                                        WITH N. LAZAROVA RE: INTERNATIONAL
                                        COMPETITION FILINGS (0.2); GATHER
                                        RESPONSIVE DOCUMENTS RE: SAME (0.5);
                                        REVIEW AND RESPOND TO CORRESPONDENCE
                                        WITH J. ZHU RE: CZECH REPUBLIC DILIGENCE
                                        REQUESTS (0.2); TELECONFERENCE WITH C.
                                        DIAMOND RE: STATUS OF DILIGENCE (0.3);
                                        TELECONFERENCE WITH D. BAUMSTEIN RE:
                                        CHR (0.2); CONFERENCE WITH N. TORRACCO
                                        RE: EPCA (0.2); DRAFT FOLLOW UP
                                        CORRESPONDENCE (0.2).

MEISLER RE        04/19/07      2.70    REVIEW AND RESPOND TO DILIGENCE REQUEST
                                        RE: CIC (0.3); CONTINUED ANALYSIS OF CHR
                                        CLAIM (0.6) AND PREPARE FOR MEETING WITH
                                        D. BAUMSTEIN (0.5); REVIEW AND RESPOND
                                        TO INQUIRIES RE: EPCA (0.4); DRAFT
                                        CORRESPONDENCE RE: PRINCIPAL FOREIGN
                                        ENTITIES AND ENTITIES BELOW MATERIALITY
                                        THRESHOLD (0.3); CONFERENCE WITH J.
                                        SHEEHAN RE: DILIGENCE (0.3); REVIEW AND
                                        RESPOND TO CORRESPONDENCE RE: DELPHI
                                        ITALIA (0.2) AND DELPHI CZECH (0.1).

MEISLER RE        04/20/07      1.00    REVIEW AND RESPOND TO CORRESPONDENCE
                                        RE: DILIGENCE (1.0).

MEISLER RE        04/21/07      1.30    REVIEW DILIGENCE RE: REQUEST FOR
                                        CERTAIN CORPORATE ORGANIZATIONAL
                                        DOCUMENTS (0.2); REVIEW AND CONSIDER
                                        OUTSTANDING DILIGENCE REQUESTS (0.2);
                                        REVIEW RECONCILIATION OF SUBSIDIARIES
                                        VIS-A-VIS FORM 10-K LIST OF
                                        SUBSIDIARIES (0.2); REVIEW PRIOR
                                        CORRESPONDENCE (0.2) AND DRAFT
                                        CORRESPONDENCE TO C. DIAMOND RE:
                                        COMPLETION OF DILIGENCE (0.1); DRAFT
                                        INTERNAL CORRESPONDENCE RE: SAME (0.2);
                                        REVIEW CORRESPONDENCE RE: LITIGATION
                                        DILIGENCE DELIVERABLE (0.1); REVIEW
                                        CORRESPONDENCE FROM HIGHLAND (0.1).

MEISLER RE        04/22/07      1.30    REVIEW CORRESPONDENCE RE: HR DILIGENCE
                                        (0.4); REVIEW ANALYSIS RE: CHR (0.5);
                                        DRAFT CORRESPONDENCE TO B. SAX RE: SAME
                                        (0.1); REVIEW AFTER MARKET WARRANTY PER
                                        DILIGENCE REQUEST (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 04/23/07 | 5.50 | REVIEW DILIGENCE GATHERED RE: ENVIRONMENTAL REQUEST (0.2); REVIEW CORRESPONDENCE RE: SUPPLY CONTRACTS REQUEST (0.2); REVIEW UPDATED CHART OF OUTSTANDING DILIGENCE REQUESTS (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW CORRESPONDENCE RE: HR DILIGENCE REQUESTS (0.1); REVIEW CORRESPONDENCE RE: FRAMEWORK AGREEMENTS (0.2); CONTINUE REVIEW AND ANALYSIS OF CHR DATA IN RESPONSE TO D. BAUMSTEIN INQUIRY (0.4); REVIEW AND COMMENT ON PRESENTATION TO STATUTORY COMMITTEES AND GM (4.1). |
| MEISLER RE | 04/24/07 | 2.40 | CONTINUE ANALYSIS OF STATUS OF FRAMEWORK AGREEMENTS (0.1); TELECONFERENCE WITH B. SAX RE: CHR (0.3); ANALYSIS RE: SAME (0.3) AND NOTES TO FILE (0.2); DRAFT CORRESPONDENCE TO D. BAUMSTEIN RE: SAME (1.0); FINALIZE STATUTORY COMMITTEE PRESENTATION (0.5). |
| MEISLER RE | 04/25/07 | 1.00 | CONTINUE TO REVIEW AND REVISE CORRESPONDENCE TO D. BAUMSTEIN RE: CHR (0.5); CONTINUED EFFORTS TO FINALIZE DILIGENCE (0.5). |
| MEISLER RE | 04/26/07 | 4.60 | REVIEW AND CONSIDER CERTAIN PLAN MECHANICS (0.3); REVIEW AND COMMENT ON WORKS COUNCIL QUESTIONNAIRES (1.7); REVIEW AND RESPOND TO CORRESPONDENCE RE: CHR (0.5); REVIEW CASE LAW RE: SAME (1.0); REVIEW SIGNIFICANT BUSINESS SLIDES TO BE INCLUDED IN DATA ROOM (0.1); REVIEW CORRESPONDENCE RE: PLAN (0.4); REVIEW STATUS OF HR DILIGENCE (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: FOLLOW UP DILIGENCE REQUESTS (0.3). |
| MEISLER RE | 04/27/07 | 13.40 | CONTINUE EFFORTS TO FINALIZE DILIGENCE (0.8); PARTICIPATE ON WORKING GROUP CALL RE: PLAN (2.0); FOLLOW UP RE: SAME (0.8); DRAFT ISSUES LIST (9.8). |
| MEISLER RE | 04/28/07 | 1.30 | CONTINUE TO REVIEW AND REVISE ISSUES LIST (1.3). |
| MEISLER RE | 04/29/07 | 3.00 | REVIEW AND REVISE ISSUES LIST (0.5); PREPARE FOR CALL RE: ISSUES LIST (0.5); TELECONFERENCE WITH WORKING GROUP RE: SAME (1.2); FOLLOW UP (0.4); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.4). |
| MEISLER RE | 04/30/07 | 8.20 | REVIEW CORRESPONDENCE RE: REQUEST TO S. RAPPAPORT FOR RETURN OF LITIGATION SUMMARIES (0.2); CONTINUE TO REVIEW AND REVISE PLAN ISSUES LIST (4.9) AND DOCUMENT LIST (0.7); BEGIN TO REVIEW AND REVISE PLAN (2.4). |

**80.40**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 04/02/07 | 1.00 | CONTINUE TO REVIEW PLAN IN CONNECTION WITH NEXT DAY MEETING (1.0). |
| PANAGAKIS GN | 04/03/07 | 0.40 | REVIEW TASK LIST ITEMS RE: PLAN (0.4). |
| PANAGAKIS GN | 04/05/07 | 2.00 | ATTENTION TO FRAMEWORK STATUS (0.8); CONTINUE TO REVIEW AND COMMENT ON PLAN (1.2). |
| PANAGAKIS GN | 04/06/07 | 0.70 | CONSIDER FRAMEWORK ISSUES (0.7). |
| PANAGAKIS GN | 04/09/07 | 0.80 | REVIEW OPEN PLAN ISSUES (0.4); COORDINATE NEXT STEPS TO COMPLETE REVISED DRAFT (0.4). |
| PANAGAKIS GN | 04/10/07 | 1.00 | CONTINUE TO WORK ON PLAN ISSUES (1.0). |
| PANAGAKIS GN | 04/11/07 | 0.80 | CONTINUE TO WORK ON PLAN ISSUES (0.8). |
| PANAGAKIS GN | 04/13/07 | 1.00 | PARTICIPATE ON SENIOR STRATEGY CALL AND ATTEND TO FOLLOW UP ITEMS RE: SAME (1.0). |
| PANAGAKIS GN | 04/16/07 | 0.50 | CONTINUED REVIEW OF PLAN FRAMEWORK ISSUES (0.5). |
| PANAGAKIS GN | 04/17/07 | 0.90 | REVIEW CORRESPONDENCE RE: PLAN FRAMEWORK DISCUSSIONS (0.9). |
| PANAGAKIS GN | 04/23/07 | 2.00 | REVIEW CORRESPONDENCE RELATING TO NEXT DAY FRAMEWORK DISCUSSIONS (1.0); REVIEW PLAN RE: SAME (1.0). |
| PANAGAKIS GN | 04/24/07 | 7.30 | REVIEW PLAN AND VARIOUS TERM SHEET PROPOSALS (1.2); REVIEW MATERIALS PRIOR TO FRAMEWORK MEETING (1.4); ATTEND FRAMEWORK DISCUSSIONS AND FOLLOW UP MEETINGS RE: SAME (3.8); CONTINUE TO REVIEW CHECKLIST ITEMS (0.9). |
| PANAGAKIS GN | 04/25/07 | 7.40 | PARTICIPATE IN FRAMEWORK MEETINGS AND REVIEW OF ALTERNATE PLAN INVESTOR PROPOSALS (3.0); CONSIDERATION OF STAND ALONE ALTERNATIVES (1.8); PREPARE FOR PLAN MEETING (1.4); REVIEW SAME (1.2). |
| PANAGAKIS GN | 04/26/07 | 2.80 | PREPARE FOR NEXT DAY POR MEETING (2.8). |
| PANAGAKIS GN | 04/27/07 | 7.20 | PREPARE FOR AND PARTICIPATE AT POR MEETING (3.0); BEGIN COMPREHENSIVE ISSUES LIST AND RELATED MATERIALS FOR CLIENT MEETING FOLLOWING WEEK (3.8); ATTENTION TO 1145 ISSUES (0.4). |
| PANAGAKIS GN | 04/28/07 | 3.40 | REVIEW INITIAL DRAFT OF ISSUES LIST (1.0); CALL RE: SAME (0.8); REVIEW INSERTS FROM SPECIALISTS (0.7); PREPARE ADDITIONAL ITEMS (0.9). |
| PANAGAKIS GN | 04/29/07 | 3.10 | CONTINUE TO REVIEW AND REVISE ISSUES LIST (1.3); PARTICIPATE ON CALLS RE: SAME (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 04/30/07 | 5.30 | REVIEW AND COMMENT ON ISSUES LIST AND RELATED MATERIALS (2.2); MEET WITH TEAM RE: FINALIZING MATERIALS (1.0, 0.4); REVIEW IN PREPARATION FOR NEXT DAY POR DRAFTING SESSION (0.8); REVIEW REVISED PLAN (0.9). |
| | | 47.60 | |
| **Total Partner** | | **310.30** | |
| MATZ TJ | 04/03/07 | 1.40 | PREPARATION RE: STRATEGIC MEETING (0.2); REVIEW PLAN TASK LIST AND RELATED MATTERS (0.4); COORDINATE INFORMATION RE: TOWER 363 PROCEDURES, HEARING (0.5); REVIEW EUROPEAN ANTI-TRUST MATTERS (0.3). |
| MATZ TJ | 04/04/07 | 1.20 | REVIEW BOARD MATERIALS RE: PLAN MATTERS (1.2). |
| MATZ TJ | 04/10/07 | 0.40 | CONSIDER MATERIALS RE: SUBSTANTIATE CONSOLIDATION (0.4). |
| MATZ TJ | 04/11/07 | 0.50 | REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS (0.5). |
| MATZ TJ | 04/12/07 | 1.30 | CONSIDER NOL LITIGATION, PLAN MATTERS (1.3). |
| MATZ TJ | 04/18/07 | 2.50 | REVIEW AND ANALYZE EQUITY PURCHASE COMMITMENT AGREEMENT, NON-DISCLOSURE AGREEMENT RE: PLAN INVESTOR MEETING (2.5). |
| MATZ TJ | 04/23/07 | 0.60 | REVIEW DRAFT PLAN RE: MDL CLAIMS (0.4); CORRESPONDENCE WITH R. SLIVINSKI (0.2). |
| MATZ TJ | 04/24/07 | 7.50 | REVIEW PRESENTATION MATERIALS FOR CONTINUING FRAMEWORK MEETINGS (1.0); ATTEND FRAMEWORK MEETINGS WITH DELPHI, GM, APPALOOSA, UNSECURED CREDITORS COMMITTEE, EQUITY COMMITTEE, ROTHSCHILD (6.5). |
| MATZ TJ | 04/25/07 | 7.30 | ATTENDING ONGOING FRAMEWORK MEETINGS AND DISCUSSIONS WITH GM, APPALOOSA, ROTHSCHILD RE: PLAN INVESTMENT STRUCTURE ISSUES, EQUITY PURCHASE COMMITMENT AGREEMENT (5.8); CONSIDER VARIOUS PLAN ISSUES, STRUCTURE MATTERS (1.5). |
| MATZ TJ | 04/27/07 | 3.70 | PARTICIPATE IN TELECONFERENCE RE: MAY 1 MANAGEMENT BI-WEEKLY MEETING, PLAN, AND DISCLOSURE STATEMENT (2.5); CONSIDER PLAN ISSUES, ISSUES LIST AND PREPARATION RE: 5/1 POR MEETING (1.2). |
| MATZ TJ | 04/29/07 | 2.60 | REVIEW AND COMMENT ON ISSUES LIST RE: PLAN, LABOR ISSUES, DRAFT PLAN, CLASSES AND TREATMENT (2.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 04/30/07 | 4.10 | REVIEW AND COMMENT ON DRAFT PLAN, SUMMARY OF ISSUES RE: PLAN AND DISCLOSURE STATEMENT FOR POR DRAFTING SESSION ON 5/1 (3.0); FURTHER REVIEW AND REVISE OF PLAN ISSUES LIST (1.1). |
| | | 33.10 | |
| **Total Counsel** | | 33.10 | |
| BOLTON IS | 04/01/07 | 1.20 | COMMUNICATE WITH WORKING GROUP RE: DILIGENCE FOR PLAN INVESTORS (1.2). |
| BOLTON IS | 04/02/07 | 8.30 | CONTINUE TO UPDATE INDEX AND ANALYZE DOCUMENTS RE: TROY DATA ROOM FOR PLAN INVESTORS (1.3); COMMUNICATE WITH WORKING GROUP RE: SAME (1.8); COMMUNICATE WITH CLIENT RE: SAME (2.0); CONTINUE TO REVIEW, REVISE, AND CREATE POWERPOINT PRESENTATION RE: TOTAL DILIGENCE EFFORTS FOR PLAN INVESTORS (1.6); COMMUNICATE WITH WORKING GROUP RE: SAME (0.8); COMMUNICATE WITH CLIENT RE: SAME (0.8). |
| BOLTON IS | 04/03/07 | 10.90 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: TROY DATA ROOM FOR PLAN INVESTORS (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (3.0); COMMUNICATE WITH CLIENT RE: SAME (2.5); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (0.7); CONTINUE TO REVIEW DOCUMENTS AND UPDATE CHARTS RE: REGIONAL DATA ROOMS AND REGIONAL DILIGENCE FOR PLAN INVESTORS (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.6); COMMUNICATE WITH CLIENT RE: SAME (1.8); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (0.7). |
| BOLTON IS | 04/04/07 | 10.30 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: TROY DATA ROOM FOR PLAN INVESTORS (1.0); COMMUNICATE WITH WORKING GROUP RE: SAME (1.6); COMMUNICATE WITH CLIENT RE: SAME (1.3); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (0.4); CONTINUE TO REVIEW DOCUMENTS AND UPDATE CHARTS RE: REGIONAL DATA ROOMS AND REGIONAL DILIGENCE FOR PLAN INVESTORS (2.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.4); COMMUNICATE WITH CLIENT RE: SAME (2.0); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (0.4). |

B43E

| | | | |
|---|---|---|---|
| BOLTON IS | 04/05/07 | 7.80 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: TROY DATA ROOM FOR PLAN INVESTORS (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.5); COMMUNICATE WITH CLIENT RE: SAME (1.8); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (0.8); COMMUNICATE WITH CLIENT RE: REGIONAL DILIGENCE AND REGIONAL DATA ROOMS FOR PLAN INVESTORS (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.3). |
| BOLTON IS | 04/06/07 | 5.20 | COMMUNICATE WITH WORKING GROUP RE: LOCAL AND REGIONAL DATA ROOMS AND COPY REQUESTS SUBMITTED BY PLAN INVESTORS (2.6); COMMUNICATE WITH PLAN INVESTORS' COUNSEL RE: SAME (0.8); CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: SAME (1.8). |
| BOLTON IS | 04/09/07 | 4.60 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: REGIONAL AND LOCAL DILIGENCE FOR PLAN INVESTORS (2.3); COMMUNICATE WITH WORKING GROUP RE: SAME (1.8); COMMUNICATE WITH CLIENT RE: SAME (0.5). |
| BOLTON IS | 04/10/07 | 10.80 | CONTINUE TO REVIEW DOCUMENTS, UPDATE INDICES, AND POPULATE TROY DATA ROOM RE: REGIONAL AND LOCAL DILIGENCE FOR PLAN INVESTORS (5.8); COMMUNICATE WITH WORKING GROUP RE: SAME (2.6); COMMUNICATE WITH CLIENT RE: SAME (1.6); DRAFT COVER LETTERS AND INDICES RE: COPY REQUESTS SUBMITTED BY PLAN INVESTORS (0.8). |
| BOLTON IS | 04/11/07 | 10.40 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: TROY DATA ROOM FOR PLAN INVESTORS (3.6); COMMUNICATE WITH WORKING GROUP RE: SAME (2.4); COMMUNICATE WITH CLIENT RE: SAME (1.7); COMMUNICATE WITH CLIENT RE: REGIONAL DATA ROOMS AND DILIGENCE FOR PLAN INVESTORS (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.5). |
| BOLTON IS | 04/12/07 | 7.60 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDEX RE: TROY DATA ROOM FOR PLAN INVESTORS (2.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.6); COMMUNICATE WITH CLIENT RE: SAME (1.4); COMMUNICATE WITH CLIENT RE: REGIONAL DATA ROOMS AND DILIGENCE FOR PLAN INVESTORS (1.6); COMMUNICATE WITH WORKING GROUP RE: SAME (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BOLTON IS | 04/13/07 | 7.70 | CREATE COVER LETTER AND INDICES RE: COPY REQUESTS SUBMITTED BY PLAN INVESTORS FOR DOCUMENTS IN TROY DATA ROOM (0.4); CONTINUE TO REVIEW DOCUMENTS AND UPDATE OUTSTANDING DILIGENCE CHARTS RE: DILIGENCE FOR PLAN INVESTORS (2.8); COMMUNICATE WITH WORKING GROUP RE: SAME (2.3); COMMUNICATE WITH CLIENT RE: SAME (2.2). |
|---|---|---|---|
| BOLTON IS | 04/14/07 | 1.20 | COMMUNICATE WITH WORKING GROUP RE: DILIGENCE FOR PLAN INVESTORS (1.2). |
| BOLTON IS | 04/15/07 | 1.70 | COMMUNICATE WITH WORKING GROUP RE: DILIGENCE FOR PLAN INVESTORS (1.7). |
| BOLTON IS | 04/16/07 | 6.50 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: DILIGENCE FOR PLAN INVESTORS (3.4); COMMUNICATE WITH WORKING GROUP RE: SAME (2.5); COMMUNICATE WITH CLIENT RE: SAME (0.6). |
| BOLTON IS | 04/17/07 | 5.60 | REVIEW AND REDACT PURCHASE ORDERS RE: TROY DATA ROOM FOR PLAN INVESTORS (0.8); COMMUNICATE WITH WORKING GROUP RE: SAME (0.4); CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: SAME (1.2); COMMUNICATE WITH CLIENT RE: OUTSTANDING DILIGENCE (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (2.0). |
| BOLTON IS | 04/18/07 | 9.90 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: TROY DATA ROOM FOR PLAN INVESTORS' DILIGENCE (2.1); COMMUNICATE WITH WORKING GROUP RE: SAME (1.3); COMMUNICATE WITH CLIENT RE: SAME (0.6); REVIEW AND ANALYZE DATA REQUESTS SUBMITTED BY PLAN INVESTORS RE: SAME (1.6); COMMUNICATE WITH WORKING GROUP RE: SAME (0.8); REVIEW COMPANY'S FINANCIAL FILINGS AND PWC REPORTS RE: COMPANY'S KEY BUSINESS ACTIVITIES (2.7); DRAFT OUTLINE RE: SAME (0.8). |
| BOLTON IS | 04/19/07 | 8.10 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: TROY DATA ROOM FOR PLAN INVESTORS' DILIGENCE (4.2); COMMUNICATE WITH WORKING GROUP RE: SAME (3.6); COMMUNICATE WITH CLIENT RE: SAME (0.3). |
| BOLTON IS | 04/20/07 | 8.30 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: DATA ROOMS FOR PLAN INVESTOR'S DILIGENCE (3.7); COMMUNICATE WITH WORKING GROUP RE: SAME (2.8); COMMUNICATE WITH CLIENT RE: SAME (1.8). |
| BOLTON IS | 04/23/07 | 7.80 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (4.4); COMMUNICATE WITH WORKING GROUP RE: SAME (2.8); COMMUNICATE WITH CLIENT RE: SAME (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 04/24/07 | 7.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (3.6); COMMUNICATE WITH WORKING GROUP RE: SAME (2.6); COMMUNICATE WITH CLIENT RE: SAME (1.0). |
| BOLTON IS | 04/25/07 | 9.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (5.2); COMMUNICATE WITH WORKING GROUP RE: SAME (2.2); COMMUNICATE WITH CLIENT RE: SAME (1.8). |
| BOLTON IS | 04/26/07 | 6.10 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.9); COMMUNICATE WITH GROUP RE: SAME (1.2); COMMUNICATE WITH CLIENT RE: SAME (0.7); CREATE AND REVISE UPDATED INTERNATIONAL ORGANIZATIONAL CHART (1.6); COMMUNICATE WITH CLIENT RE: SAME (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (0.5). |
| BOLTON IS | 04/28/07 | 1.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.2); COMMUNICATE WITH WORKING GROUP RE: SAME (1.0). |
| BOLTON IS | 04/29/07 | 1.70 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.4); COMMUNICATE WITH WORKING GROUP RE: SAME (1.3). |
| BOLTON IS | 04/30/07 | 10.10 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (6.8); COMMUNICATE WITH WORKING GROUP RE: SAME (2.5); COMMUNICATE WITH CLIENT RE: SAME (0.8). |
| | | **169.40** | |
| DE ELIZALDE D | 04/30/07 | 2.60 | ANALYSIS OF PLAN PRECEDENT DOCUMENTS (2.6). |
| | | **2.60** | |
| DIAZ LB | 04/23/07 | 6.10 | CREATED SPECIAL PRESENTATION RE: PLAN INVESTORS (6.1). |
| | | **6.10** | |
| FERN BM | 04/04/07 | 0.80 | EMAIL FROM B. RESNICK RE: HILCO (0.2); REVIEW AND COMMENT ON DPW'S PROPOSED CHANGES TO HILCO LETTER (0.3); EMAILS TO/FROM S. CORCORAN RE: HILCO LETTER (0.3). |
| FERN BM | 04/05/07 | 1.10 | EVALUATE ISSUES RE: PRODUCTION OF ADM AGREEMENTS FOR PLAN INVESTORS (0.4); TELECONFERENCE WITH P. JABBOUR RE: SAME (0.2); EMAIL TO P. JABBOUR CONFIRMING SCOPE OF INFORMATION SOUGHT (0.3); EMAIL TO M. LOEB RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 04/06/07 | 0.90 | ATTENTION TO ISSUES RE: PRODUCTION OF GENPACT AGREEMENT TO PLAN INVESTORS (0.3); EMAIL TO P. JABBOUR RE: SAME (0.2); EMAIL TO P. JABBOUR RE: IT OUTSOURCING (0.2); EMAIL TO M. DENSMORE RE: PRODUCTION OF GENPACT AGREEMENT (0.2). |
|---|---|---|---|
| FERN BM | 04/16/07 | 0.90 | COORDINATE DUE DILIGENCE REVIEW OF FINANCE OUTSOURCING AGREEMENT (0.5); EMAILS TO/FROM P. JABBOUR RE: SAME (0.2); ATTENTION TO ISSUES RE: PRODUCTION OF GENPACT AGREEMENT (0.2). |
| FERN BM | 04/19/07 | 0.20 | REVIEW PRESS RELEASE RE: PLAN FRAMEWORK (0.2). |
| FERN BM | 04/23/07 | 0.60 | DRAFT PLAN PROVISION RE: DIVESTITURES (0.3); FORMULATE STRATEGY RE: SAME (0.3). |
| FERN BM | 04/25/07 | 1.20 | REVIEW AND COMMENT ON LETTER TO D. BAUMSTEIN RE: CHR DATA (1.2). |
| FERN BM | 04/27/07 | 7.20 | RESEARCH STATUS OF TOWER'S REORGANIZATION (0.6); REVIEW TOWER DOCKET (0.3); REVIEW PRECEDENT FOR RECENT CASES FOR DRAFTING PROVISION FOR PLAN (2.9); FORMULATE STRATEGY RE: PLAN ISSUES LIST (0.8); DRAFT SUMMARIES RE: CERTAIN PLAN ISSUES (2.6). |
| FERN BM | 04/28/07 | 4.50 | TELECONFERENCE WITH B. SHAW RE: PLAN ISSUES LIST (0.6); CONTINUE TO DRAFT SUMMARY OF CERTAIN PLAN ISSUES (1.7); COMPLETE DRAFT OF FINANCE-RELATED PLAN ISSUES SUMMARIES (2.2). |
| FERN BM | 04/29/07 | 3.60 | ATTENTION TO ISSUES RE: PLAN ISSUES LIST (0.9); REVIEW AND COMMENT ON PLAN ISSUES LIST (0.6); PREPARE FOR (0.7) AND PARTICIPATE IN STRATEGY CALLS FOR PLAN ISSUES LIST (1.4). |
| FERN BM | 04/30/07 | 5.20 | REVISE VARIOUS SECTIONS OF PLAN ISSUES OUTLINE (2.9); TELECONFERENCE WITH B. SHAW RE: SAME (0.3); ADDITIONAL REVISIONS TO PLAN ISSUES LIST (0.8); FORMULATE STRATEGY RE: PLAN ISSUES LIST (0.8); REVIEW AND COMMENT ON LETTER TO D. BAUMSTEIN RE: LITIGATION SUMMARY (0.4). |
| | | 26.20 | |
| GANITSKY DI | 04/11/07 | 4.90 | WORK ON MATTERS RE: NDA INCLUDING CALLS WITH CLIENT, OTHER SIDE AS WELL AS WORK ON DRAFTING CO-INVESTOR NDA (4.9). |
| GANITSKY DI | 04/12/07 | 9.30 | MATTERS RE: CONFIDENTIALITY AGREEMENT INCLUDING WORKING GROUP DISCUSSION RE: AGREEMENT; TELECONFERENCES WITH CLIENT AND OTHER SIDE RE: SAME; TURN REVISE DRAFTS OF EACH OF INVESTOR NDA AND CO-INVESTOR NDA (9.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GANITSKY DI | 04/13/07 | 11.40 | MATTERS RE: CONFIDENTIALITY AGREEMENT FOR INVESTOR AND FOR CO-INVESTORS INCLUDING SEVERAL CALLS WITH CLIENT AND INTERNAL SKADDEN, THREE CALLS WITH OTHER SIDE, REVISING DRAFTS OF EACH OF NDA AND FORM CO-INVESTOR NDA, DRAFTING ISSUES LIST RE: SAME, REVIEW OF AGREEMENTS IN COMPARISON TO PLAN INVESTOR NDA (11.4). |
| GANITSKY DI | 04/14/07 | 9.60 | WORK ON SUMMARY OF CONFIDENTIALITY AGREEMENT FOR DELPHI SENIOR MANAGEMENT (5.4); INTERNAL WORKING GROUP CALLS RE: SAME (0.8); EDIT NDAS FOR BOTH INVESTOR AND CO-INVESTORS BASED ON COMMENTS FROM CLIENT AND HANDLE RELATED MATTERS (3.4). |
| GANITSKY DI | 04/15/07 | 5.10 | REVISE SUMMARY OF NDAS AND FURTHER REVISIONS TO SAME (2.4); REVISE CO-INVESTOR NDA BASED ON COMMENTS FROM OTHER SIDE AND FROM INTERNAL REVIEW AS WELL AS REVIEW AND MAKING OF CONFORMING CHANGES TO PARDUS NDA (2.7). |
| GANITSKY DI | 04/16/07 | 4.30 | WORK ON MATTERS RE: NDA WITH POTENTIAL INVESTOR AND REVIEW OF SAME (1.2); REVIEW MATTERS RE: POSSIBLE DEVELOPMENT IN EPCA INCLUDING REVIEW OF SAME, NDAS, FEDERAL SECURITIES LAWS, COMPANY'S PUBLIC FILINGS AND OTHER MATTERS (3.1). |
| GANITSKY DI | 04/17/07 | 10.20 | REVIEW DRAFT NDA FROM WILLKIE AND DRAFT ISSUES LIST RE: SAME (2.5); REVIEW EPCA, PSA, SUMMARY OF PREFERRED STOCK AND COMMITMENT LETTERS RE: POSSIBLE AMENDMENTS AND DRAFT DETAILED LIST RE: SAME (7.7). |
| GANITSKY DI | 04/18/07 | 10.70 | CONTINUE REVIEW OF DOCUMENTS FOR POSSIBLE AMENDMENTS (3.8); MEETING WITH CLIENT, GM AND OTHERS INCLUDING REVIEW OF HIGHLAND MATERIAL, MERRILL PRESENTATION AND OTHER MATTERS (5.7); TURN NDA AND CO-INVESTOR NDA (1.2). |
| GANITSKY DI | 04/19/07 | 8.80 | CONTINUE TO WORK ON REVIEW OF PLAN INVESTOR AGREEMENTS AND ITEMS TO POSSIBLY BE AMENDED (5.0); DRAFT LETTER TO CERBERUS PURSUANT TO NDA (1.7); MATTERS RE: NDA INCLUDING REVISING OF SAME AND CALL WITH OTHER SIDE (2.1). |
| GANITSKY DI | 04/20/07 | 4.50 | REVIEW 13D FILED BY HIGHLAND (0.3); CONTINUE TO WORK ON OUTLINE/TABLE RE: MATTERS TO BE AMENDED IN EPCA, PSA, TERM SHEET AND COMMITMENT LETTERS (3.4); REVIEW MATERIALS RECEIVED FROM POTENTIAL PLAN INVESTOR (0.8). |
| GANITSKY DI | 04/21/07 | 4.50 | REVIEW MATERIALS AND DRAFT ISSUES LIST RE: NDA (1.2); WORK ON ITEMS FOR AMENDMENT OF EPCA, PFSA, COMMITMENT LETTERS AND TERM SHEET (3.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GANITSKY DI | 04/23/07 | 5.00 | TELECONFERENCES WITH WHITE AND CASE AND WILLKIE RE: NDA MATTERS (1.2); REVIEW AND CONTINUED TO REVISE LIST OF ITEMS FOR POSSIBLE AMENDMENTS TO PLAN INVESTOR DOCUMENTS (3.8). |
| GANITSKY DI | 04/24/07 | 10.70 | ATTEND MEETINGS WITH GM, COMMITTEES, CLIENT AND OTHERS AND AT SUCH MEETINGS WORKED ON VARIOUS MATTERS RE: CASE INCLUDING MATTERS RE: EPCA, GM MATTERS, MATTERS RE: NDA, REVIEW OF REVISED PROPOSAL, REVIEW OF BOOK RE: STATUS AND RELATED MATTERS (10.7). |
| GANITSKY DI | 04/25/07 | 5.50 | WORK ON LETTER RE: ALTERNATIVE PLAN INVESTOR AND OTHER MATTERS RE: ALTERNATIVE PLAN INVESTOR INCLUDING REVIEW OF TERM SHEET (1.7); ATTEND MEETINGS WITH CLIENT AND OTHER CONSTITUENCIES (3.8). |
| GANITSKY DI | 04/26/07 | 2.50 | ASSISTED TAX GROUP WITH REQUEST (0.3); WORK ON REVIEW OF NDAS RE: POSSIBLE NDA WITH HIGHLAND (1.1); FURTHER REVIEW OF EPCA AND RELATED DOCUMENTS BASED ON MEETINGS AND REVISIONS TO PREVIOUS OUTLINES BASED ON SAME (1.1). |
| GANITSKY DI | 04/27/07 | 7.50 | WORKING GROUP CALL RE: STATUS AND ACTION ITEMS (2.3); WORK ON OUTLINE OF ISSUES RE: CORPORATE GOVERNANCE ISSUES AND RELATED MATTERS (3.8); MATTERS RE: APPALOOSA NDA AND MATTERS RE: POTENTIAL PLAN INVESTOR (1.4). |
| GANITSKY DI | 04/28/07 | 1.80 | REVIEW AND REVISE OUTLINE RE: GOVERNANCE ISSUES AND ALSO EDIT SAME (1.8). |
| GANITSKY DI | 04/30/07 | 2.90 | REVIEW MATERIAL IN PREPARATION FOR MEETING (1.0); DRAFT ISSUES LIST (1.1); LEGAL RESEARCH RE: NYSE MATTERS (0.8). |
| | | 119.20 | |
| GARTNER M | 04/02/07 | 2.60 | RE-DRAFT AND REVISE LETTER AGREEMENT RE: CONFIDENTIALITY AND TREATMENT OF CFO REPORT WITH MILBANK AND CORRESPONDENCE RE: SAME (2.6). |
| GARTNER M | 04/03/07 | 3.50 | REVIEW AND EDIT DILIGENCE PRESENTATION (2.3); TELECONFERENCES AND EMAILS RE: SAME (1.2). |
| GARTNER M | 04/05/07 | 0.80 | PREPARE AND SEND CFO REPORT TO MILBANK UPON RECEIPT OF EXECUTED LETTER AGREEMENT AND CORRESPONDENCE RE: SAME (0.8). |
| GARTNER M | 04/06/07 | 0.40 | CORRESPONDENCE RE: DELIVERY OF CFO REPORT TO PLAN INVESTORS' COUNSEL (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GARTNER M | 04/10/07 | 2.00 | TELECONFERENCE RE: DUE DILIGENCE (0.5); RETURN CFO REPORTS (0.3); REVIEW VARIOUS CHARTS TO PREPARE FOR DILIGENCE MATTERS GOING FORWARD (1.2). |
| GARTNER M | 04/11/07 | 2.40 | REVIEW AND ORGANIZE DUE DILIGENCE FILES (2.4). |
| GARTNER M | 04/16/07 | 1.00 | REVIEW DOCUMENTS FOR INCLUSION IN DATA ROOM (0.6); CORRESPONDENCE RE: DILIGENCE MATTERS (0.4). |
| GARTNER M | 04/17/07 | 8.30 | CONSIDER DILIGENCE MATTERS--REVIEW AND REDACT DOCUMENTS FOR CONFIDENTIALITY; ADD AND ORGANIZE DOCUMENTS IN DATA ROOM, REVIEW ONGOING AND OUTSTANDING DILIGENCE REQUESTS, EDIT DILIGENCE CHARTS, AND CORRESPONDENCE RE: SAME (8.3). |
| GARTNER M | 04/18/07 | 6.70 | PREPARE DOCUMENTS FOR INCLUSION IN DATA ROOM (5.6); CONSIDER GENERAL DILIGENCE MATTERS (1.1). |
| GARTNER M | 04/19/07 | 6.30 | CONSIDER DUE DILIGENCE MATTERS- PREPARE DOCUMENTS FOR INCLUSION IN DATA ROOM, AND CORRESPONDENCE RE:SAME (6.3). |
| GARTNER M | 04/20/07 | 8.30 | CONTINUE REVIEW OF DILIGENCE DOCUMENTS, UPDATE AND REVIEW CHARTS, CORRESPONDENCE RE: SAME AND DILIGENCE GOING FORWARD (8.3). |
| GARTNER M | 04/23/07 | 4.40 | REVIEW OF DOCUMENTS, EDIT AND REVIEW CHARTS, CORRESPONDENCE RE: ONGOING OUTSTANDING DILIGENCE REQUESTS (4.4). |
| GARTNER M | 04/24/07 | 10.50 | LOCATE AND REVIEW COURT TRANSCRIPT FOR MOTION ARGUMENT (1.7); REVIEW AND REDACT DUE DILIGENCE DOCUMENTS, PREPARE DOCUMENTS FOR DATA ROOM, CORRESPONDENCE RE: SAME (8.8). |
| GARTNER M | 04/25/07 | 5.20 | COLLECT AND REVIEW DOCUMENTS AND PREPARE DOCUMENTS FOR SIGN OFF BY COMPANY; CREATE CHART TO TRACK RESULTS OF REVIEW; CORRESPONDENCE RE: SAME (5.2). |
| GARTNER M | 04/26/07 | 9.50 | PREPARE DUE DILIGENCE DOCUMENTS FOR SIGN OFF BY COMPANY; CREATE CHART TO TRACK RESULTS OF REVIEW; CORRESPONDENCE RE: SAME (4.4); COLLECT AND REVIEW CASES IMPACTING LABOR DILIGENCE MATTER (1.3); REVIEW FOREIGN LABOR QUESTIONNAIRES AND SEND FOLLOW UP QUESTIONS (3.8). |
| GARTNER M | 04/27/07 | 11.10 | PREPARE DUE DILIGENCE DOCUMENTS FOR SIGN OFF BY COMPANY; CREATE CHART TO TRACK RESULTS OF REVIEW; CORRESPONDENCE RE: SAME (9.8); REVIEW AND REDACT DOCUMENTS FOR INCLUSION IN DATA ROOM (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GARTNER M | 04/30/07 | 9.90 | DRAFT, REVISE, AND SEND LETTERS TO PLAN INVESTORS' COUNSEL RE: LITIGATION SUMMARY (2.8); REVIEW LABOR QUESTIONNAIRES AND FOLLOW UP WITH REGIONAL COUNSEL (3.2); CORRESPONDENCE RE: SAME (0.4); CONTINUE REVIEW AND REDACTION OF DOCUMENTS AND CREATION/REVISION OF TRACKING CHARTS (3.5). |
|---|---|---|---|

**92.90**

| GRANT K | 04/12/07 | 1.50 | REVIEW LATEST PWC REPORTS (1.2) AND DRAFT TRANSMITTAL TO COMMITTEE PROFESSIONALS RE: SAME (0.3). |
|---|---|---|---|
| GRANT K | 04/20/07 | 2.10 | REVIEW SEC FILINGS BY HIGHLAND (0.9); REVIEW ARTICLES RE: 414 TRANSACTIONS (1.2). |
| GRANT K | 04/27/07 | 4.20 | BEGIN WORK ON ISSUES LIST FOR UPCOMING PLAN MEETING (4.2). |
| GRANT K | 04/28/07 | 3.20 | CONTINUE TO WORK ON ISSUES LIST FOR UPCOMING PLAN MEETING (3.2). |
| GRANT K | 04/29/07 | 9.90 | CONTINUE TO WORK ON PLAN ISSUES LIST (6.5); REVIEW CURRENT PLAN DRAFT (0.5); TELECONFERENCE WITH WORKING GROUP RE: PLAN ISSUES LIST (1.5); DRAFT DOCUMENT LIST RE: SAME (1.4). |
| GRANT K | 04/30/07 | 10.50 | CONTINUE WORK ON ISSUES LIST FOR PLAN MEETING (8.4); WORK ON DOCUMENT LIST RE: SAME (2.1). |

**31.40**

| GUZZARDO J | 04/02/07 | 2.10 | DOCUMENT REVIEW AND PRODUCTION COORDINATION (2.1). |
|---|---|---|---|
| GUZZARDO J | 04/03/07 | 1.50 | DOCUMENT REVIEW AND PRODUCTION COORDINATION FOR PLAN INVESTOR DATA ROOM. (1.5). |
| GUZZARDO J | 04/04/07 | 0.20 | COORDINATION AND PRODUCTION OF DOCUMENTS FOR PLAN INVESTOR DATA ROOM (0.2). |
| GUZZARDO J | 04/06/07 | 9.10 | LEGAL RESEARCH AND DRAFTING IN CONNECTION WITH HB CLAIMS (9.1). |
| GUZZARDO J | 04/18/07 | 0.20 | EPCA RELATED DOCUMENT REVIEW AND GATHERING (0.2). |
| GUZZARDO J | 04/30/07 | 3.10 | DOCUMENT REVIEW AND COLLECTION OF BOARD MATERIALS FOR PLAN INVESTOR DATA ROOM. (3.1). |

**16.20**

| HALPER A | 04/01/07 | 2.60 | REVIEW NDAS AND CREATE BINDERS OF CRITICAL NDA MATERIALS (2.6). |
|---|---|---|---|
| HALPER A | 04/02/07 | 1.40 | REVIEW PRIOR NDAS AND CREATE BINDER WHICH CONTAINS ALL NDAS (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HALPER A | 04/03/07 | 2.40 | REVIEW AND REVISE NDA (0.6); REVISE BINDERS AND DISTRIBUTE FOR RECEIPT OF BEAR NDA (0.8); REVIEW LIST OF CO-INVESTORS AND DISCUSS STATUS OF NDA AND REVIEW DRAFTS DISTRIBUTED BY WILLKIE (1.0). |
| --- | --- | --- | --- |
| HALPER A | 04/04/07 | 4.60 | REVIEW, REVISE AND DISCUSS REVISIONS TO NDA WITH J. SHEEHAN AND OPPOSING COUNSEL (4.4), ALSO REVIEW PRIOR NDAS TO CREATE BINDER (0.2). |
| HALPER A | 04/05/07 | 3.60 | REVISE NDA BINDER AND REVIEW MATERIALS (3.6). |
| HALPER A | 04/07/07 | 2.40 | REVIEW EPCA AND NDAS AND GM DISCUSSION IN PSA (2.4). |
| HALPER A | 04/09/07 | 3.70 | REVIEW STATUS OF NDA AND REVISE NDA IN ACCORDANCE WITH CONVERSATION WITH J. SHEEHAN, ROTHCHILDS (3.7). |
| HALPER A | 04/11/07 | 8.40 | REVISE NDA INCLUDING RESEARCHING PRECEDENT, MARK UP DOCUMENT, AND CREATE EXHIBIT C (ENTIRELY NEW NDA FOR CO-INVESTORS), INCLUDING DISCUSSING ISSUES WITH J. SHEEHAN (8.4). |
| HALPER A | 04/12/07 | 6.30 | REVIEW CHANGES IN NDA (6.3). |
| HALPER A | 04/13/07 | 2.10 | PREPARE AN OUTLINE OF ISSUES RELATING TO GM SETTLEMENT AND REVIEWING PRIOR DISCUSSIONS (2.1). |
| HALPER A | 04/14/07 | 4.30 | REVIEW AND REVISE NDA AND REVISE SUMMARY OF NDA PRINCIPAL TERMS (4.3). |
| HALPER A | 04/15/07 | 5.50 | REVIEW AND REVISE NDAS AND SUMMARY OF NDAS (5.5). |
| HALPER A | 04/16/07 | 5.10 | REVIEW AND REVISE NDAS (1.2); REVIEW DOCUMENTS RE: VARIOUS TRIGGER MECHANISMS (3.9). |
| HALPER A | 04/17/07 | 4.20 | REVIEW CHANGES TO NDA, CREATE MEMO ON THE CHANGES (2.6); CREATE DESTROY CT MATERIAL LETTER INCLUDING REVIEWING OBLIGATIONS (1.6). |
| HALPER A | 04/18/07 | 0.70 | REVIEW NDA (0.3); REVISE DESTRUCTION LETTER (0.4). |
| HALPER A | 04/19/07 | 0.40 | REVIEW AND EVALUATE ISSUES RELATED TO STATUS OF DEAL (0.4). |
| HALPER A | 04/20/07 | 0.40 | REVIEW PROVISIONS IN EPCA FOR TERMINATION, AND EVALUATE OTHER RELATED CONCERNS (0.4). |
| HALPER A | 04/21/07 | 1.30 | REVIEW POSSIBLE EPCA AND OTHER CHANGES TO DOCUMENTS (1.3). |
| HALPER A | 04/23/07 | 4.00 | REVIEW NDA INCLUDING CONFERENCES WITH J. SHEEHAN, S. CORCORAN, R. STRICKLAND AND G. PRYOR (2.2); REVIEW AND DISCUSS POSSIBLE AMENDMENT TO EPCA (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HALPER A | 04/24/07 | 2.10 | ASSIST AT DELPHI MEETINGS INCLUDING RESEARCHING SECURITIES ISSUES (2.1). |
|----------|----------|------|--------------------------------------------------------------------------|
| HALPER A | 04/25/07 | 5.20 | REVIEW ISSUES RELATED TO POSSIBLE STAGGERED BOARD (3.6); DRAFT POSITION LETTER RELATING TO NDAS (1.3); AND REVIEW AND REVISE INDEX OF NDAS (0.3). |
| HALPER A | 04/26/07 | 1.20 | REVIEW HIGHLAND NDA AND RELATED MATTERS (1.2). |
| | | 71.90 | |
| HARDIN AS | 04/04/07 | 1.50 | DRAFT EMAIL TO WORKING GROUP RE: STATUS OF DISCUSSIONS CONCERNING NON-U.S. REGULATORY FILINGS (1.5). |
| HARDIN AS | 04/05/07 | 1.30 | EMAIL EXCHANGE WITH N. LAZAROVA RE: NON-U.S. REGULATORY FILINGS (1.0); DRAFT EMAIL TO E. COCHRAN RE: EPCA TIMELINE (0.3). |
| HARDIN AS | 04/06/07 | 0.60 | EMAIL EXCHANGE WITH N. LAZAROVA RE: NON-U.S. REGULATORY FILING (0.2); REVIEW ADDITIONAL CORRESPONDENCE RE: SAME (0.4). |
| HARDIN AS | 04/09/07 | 4.30 | REVIEW AND REVISE SEC FILING (4.3). |
| HARDIN AS | 04/10/07 | 1.50 | WORKING GROUP CONFERENCE CALL RE: NON-U.S. REGULATORY ISSUES (0.4); FOLLOW-UP RE: SAME (1.1). |
| HARDIN AS | 04/12/07 | 0.60 | WORKING GROUP CONFERENCE CALL RE: PLAN AND RELATED ISSUES (0.6). |
| HARDIN AS | 04/16/07 | 1.20 | PREPARE FOR WORKING GROUP CONFERENCE CALL RE: NON-U.S. REGULATORY FILINGS (0.5); WORKING GROUP CONFERENCE CALL RE: NON-U.S. REGULATORY FILINGS (0.6); REVIEW SEC FILING RE: PENSION CONTRIBUTIONS (0.1). |
| HARDIN AS | 04/18/07 | 2.80 | REVIEW PRESENTATION RE: AGREEMENT RELATED TO PLAN (0.3); RESEARCH ISSUE RELATED TO AMENDMENTS TO AGREEMENT RELATED TO PLAN (0.3); REVIEW DOCUMENTS RELATED TO HEARING ON INITIAL APPROVAL ORDER (1.6); REVIEW DOCUMENTS RELATED TO RENEWED PLAN PROPOSAL (0.6). |
| HARDIN AS | 04/20/07 | 1.20 | WORKING GROUP CONFERENCE CALL RE: PLAN DEVELOPMENT AND RELATED ISSUES (1.2). |
| HARDIN AS | 04/24/07 | 2.30 | PREPARE FOR AND ATTEND WORKING GROUP MEETINGS RE: FRAMEWORK AGREEMENTS (2.3). |
| HARDIN AS | 04/25/07 | 3.50 | PREPARE FOR AND PARTICIPATE IN WORKING GROUP FRAMEWORK DISCUSSIONS (3.5). |
| HARDIN AS | 04/26/07 | 1.50 | FOLLOW-UP RE: FRAMEWORK MEETINGS (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HARDIN AS | 04/27/07 | 3.10 | WORKING GROUP CONFERENCE CALL RE: PREPARATION OF PLAN AND RELATED DOCUMENTATION (2.6); WORKING GROUP CONFERENCE CALLS RE: RELATED PLANNING (0.5). |
|---|---|---|---|
| | | **25.40** | |
| LAZAROVA NF | 04/02/07 | 0.20 | TELECONFERENCE WITH B. MENKHAUS RE: BRIEFING PAPER FOR LOCAL COUNSEL (0.2). |
| LAZAROVA NF | 04/03/07 | 2.10 | TELECONFERENCE WITH B. MENKHAUS RE: BRIEFING PAPER FOR LOCAL COUNSEL (0.4); E-MAIL CORRESPONDENCE WITH B. MENKHAUS RE: CALCULATION OF THE PERCENTAGES OF DELPHI'S VOTING SHARES TO BE ACQUIRED BY THE PARTIES (0.4); TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: ISSUE OF CONTROL FOR THE ECMR PURPOSES AND LOCAL COUNSEL BRIEFING PAPER (1.1); TELECONFERENCE WITH M. FUKUDA RE: OUTCOME OF CALL WITH CERBERUS' AND APPALOOSA'S COUNSEL (0.2). |
| LAZAROVA NF | 04/04/07 | 0.80 | TELECONFERENCE WITH B. MENKHAUS RE: UPDATED AVERSION OF THE BRIEFING PAPER FOR LOCAL COUNSEL (0.3); REVIEW THE PAPER (0.3); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: SAME (0.2). |
| LAZAROVA NF | 04/10/07 | 1.00 | TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: NATIONAL FILINGS (0.9); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: COMMENTS AND SIGN OFF TO THE BRIEFING PAPER FOR LOCAL COUNSEL (0.1). |
| LAZAROVA NF | 04/13/07 | 2.30 | REVIEW DELPHI'S COMMENTS TO THE LOCAL COUNSEL BRIEFING PAPER AND INCORPORATE THEM IN THE DOCUMENT (1.5); E-MAIL CORRESPONDENCE WITH M. MENKHAUS RE: SAME (0.5); E-MAIL CORRESPONDENCE WITH L. DIAMOND RE: OVERLAPS BETWEEN DELPHI AND DANA CORPORATION (0.3). |
| LAZAROVA NF | 04/16/07 | 2.30 | TELECONFERENCE WITH A. PUSTOVIT RE: STATUS AND DATA REQUESTED FROM DELPHI FOR THE FILING (0.3); TELECONFERENCE WITH B. MENKHAUS RE: DELPHI'S COMMENTS TO THE BRIEFING PAPER (0.2); TELECONFERENCE WITH THE COUNSEL OF CERBERUS AND APPALOOSA RE: LOCAL COUNSEL BRIEFING PAPER (0.8); TELECONFERENCE WITH THE ARGENTINEAN LOCAL COUNSEL RE: FILING IN ARGENTINA (0.3) TELECONFERENCE AND E-MAIL CORRESPONDENCE WITH THE CANADIAN COUNSEL RE: FILING (0.4); TELECONFERENCE WITH THE MEXICAN COUNSEL AND A. OLIVAS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAZAROVA NF | 04/17/07 | 0.80 | E-MAIL CORRESPONDENCE WITH C. MARTIN RE: DATA/DOCUMENTS TO BE GATHERED IN RELATION TO THE UKRAINIAN ANTITRUST FILING (0.3); E-MAIL CORRESPONDENCE AND TELECONFERENCE WITH B. MENKHAUS RE: DELPHI DATA FOR THE LOCAL COUNSEL BRIEFING PAPER (0.2); TELECONFERENCE WITH THE ARGENTINEAN LOCAL COUNSEL RE: PREPARATION OF ARGENTINEAN ANTITRUST FILINGS (0.2); E-MAIL CORRESPONDENCE WITH B. MENKHAUS RE: DELPHI-TOWER RELATIONSHIP (0.1). |
|---|---|---|---|
| LAZAROVA NF | 04/18/07 | 3.50 | REVIEW THE UPDATED VERSION OF THE LOCAL COUNSEL BRIEFING PAPER CONTAINING FRESHFIELDS' COMMENTS AND QUESTIONS TO DELPHI (0.9); TELECONFERENCE WITH B. MENKHAUS RE: SAME (0.5); TELECONFERENCE WITH S. POSTON RE: DELPHI'S SUBSIDIARIES LIST (0.1); TELECONFERENCE WITH B. MENKHAUS RE: DELPHI'S DATA REQUIRED FOR THE BRIEFING PAPER (0.6); E-MAIL CORRESPONDENCE WITH L. OFFENBACHER RE: DATE ON DOOR TRIMS, DOOR SYSTEMS/MODULES AND OBSTACLE-DETECTION MODULES (0.4); E-MAIL CORRESPONDENCE WITH R. VOIGT RE: AIRBAG SYSTEMS (0.4); E-MAIL CORRESPONDENCE WITH D. WARRELL RE: BALL BEARINGS (0.4); E-MAIL CORRESPONDENCE WITH B. MENKHAUS RE: DELPHI'S UPDATED SUBSIDIARIES LIST (0.2). |
| LAZAROVA NF | 04/19/07 | 1.20 | REVIEW INFORMATION ON DELPHI'S ACTIVITIES IN DOOR TRIMS/MODULES (0.2); E-MAIL CORRESPONDENCE WITH B. MENKHAUS RE: SAME (0.2); TELECONFERENCE AND E-MAIL CORRESPONDENCE WITH B. MENKHAUS RE: ACTIVITIES OF DELPHI'S GERMAN SUBSIDIARIES AND THE OUTLINE OF DELPHI'S MAIN ACTIVITIES (0.5); E-MAIL CORRESPONDENCE WITH L. OFFENBACHER RE: DOOR TRIMS (0.3). |
| LAZAROVA NF | 04/20/07 | 0.20 | TELECONFERENCE WITH B. MENKHAUS RE: DELPHI'S INPUT TO THE LOCAL COUNSEL BRIEFING PAPER (0.1); E-MAIL CORRESPONDENCE WITH M. FUKUDA RE: QUESTIONS RE: AIRBAG OPERATIONS OF DELPHI (0.1). |
| LAZAROVA NF | 04/25/07 | 0.70 | CONFERENCE WITH T. LOUKO RE: STATUS AND NEXT STEPS IN THE CONTEXT OF THE CHANGE IN THE DEAL STRUCTURE (0.2); TELECONFERENCE WITH APPALOOSA'S COUNSEL RE: FILING REQUIRED AND NEXT STEPS (0.3); SEND CORRESPONDENCE WITH A. OLIVAS RE: ARGENTINEAN AND MEXICAN FILINGS (0.2). |

**15.10**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.        04/02/07        7.00   REVIEW AND REDACT AFTER MARKET WARRANTY
                                          AGREEMENTS (1.0); REVIEW AND REDACT
                                          PURCHASE ORDERS (0.4); INDEX PURCHASE
                                          ORDERS (0.4); INDEX AND ORGANIZE IT
                                          DOCUMENTS IN PREPARATION FOR NY DATA
                                          ROOM VISIT (0.4); DRAFT EMAIL RE: AFTER
                                          MARKET WARRANTY EXAMPLES (0.8); REVIEW
                                          DELPHI DOCKET UPDATE (0.2); UPDATE NY
                                          DATA ROOM RULES (0.2); TELECONFERENCE
                                          WITH P. JABBOUR OF MILBANK RE: UPDATES
                                          TO DATA ROOM, INDEX AND SCHEDULING
                                          (0.4); TELECONFERENCE WITH M. FORTUNAK
                                          RE: HEDGING AGREEMENTS (0.4);
                                          TELECONFERENCE WITH M. PETERSON RE: IT
                                          EXHIBITS (0.4); PREPARE MASTER INDEX
                                          (1.4); BEGIN REVIEWING SUPPLY CONTRACTS
                                          FOR SUBSTANCE (0.5); REVIEW SUPPLY
                                          CONTRACT SUMMARY SPREADSHEET (0.5).

LEDERER J.        04/03/07        6.60   PREPARE NY DATA ROOM OF IT AGREEMENT
                                          SCHEDULES (0.8); MEETING WITH G. HADDAD
                                          OF MILBANK RE: ADDITIONS TO IT INDEX,
                                          NEW SCHEDULES, AND DATA ROOM VISIT
                                          (0.8); REVIEW SUPPLY AGREEMENTS (2.0);
                                          REVIEW DELPHI DOCKET UPDATE (0.4);
                                          REVISE SUPPLY AGREEMENT SPREADSHEET
                                          WITH NEW CONTRACTS (1.0); DATA ROOM
                                          CHECK (0.2); REVIEW NEW LICENSE-IN
                                          AGREEMENTS (1.0); DATA ROOM VISIT TO
                                          DISCUSS SCHEDULING WITH G. HADDAD
                                          (0.4).

LEDERER J.        04/04/07        6.80   REVIEW DELPHI DOCKET (0.2); REVISE
                                          SUPPLY CONTRACT SPREADSHEET (0.4);
                                          REVIEW NEW IP AGREEMENTS (1.0); DATA
                                          ROOM CHECK AND DISCUSSION WITH P.
                                          JABBOUR RE: SCHEDULING AND ADDITIONAL
                                          DOCUMENTS TO BE ADDED (0.4); REVIEW
                                          HEDGING AGREEMENTS FOR CONTENT (1.8);
                                          DRAFT LICENSE-IN AGREEMENT EMAIL TO D.
                                          WOOD (0.2); REVIEW, INDEX NEW ASIAN ORG
                                          DOCUMENTS (2.0); CREATE AND CIRCULATE
                                          REVISION OF MASTER INDEX (0.4);
                                          DISCUSSION WITH P. JABBOUR RE:
                                          OUTSTANDING DILIGENCE ITEMS (0.8).

B43E

LEDERER J.          04/05/07        9.80    DATA ROOM CHECK AND REVIEW DIVESTITURE
                                            DOCUMENTS (0.4); DRAFT EMAIL TO M.
                                            FUKUDA RE: DIVESTITURES (0.4); REVIEW
                                            FOREIGN DOCUMENT DATA REQUEST FROM P.
                                            JABBOUR (0.4); REVIEW ADDITIONAL
                                            LICENSE-IN IP AGREEMENTS (1.0); REVIEW
                                            DELPHI DOCKET UPDATE (0.2); MEETING
                                            WITH D. ALEXANDER RE: ADDITIONAL HR
                                            DOCUMENTS TO BE ADDED TO THE DATA ROOM
                                            (0.4); UPDATE HR MISSING DOC CHART TO
                                            REFLECT NEW DOCUMENTS ADDED (0.4);
                                            REDACT LONG TERM CONTRACTS FOR ENTRY
                                            INTO DATA ROOM (0.4); DISCUSSION WITH E.
                                            MINK RE: LONG TERM CONTRACTS (0.4);
                                            INDEX LONG TERM CONTRACTS (0.4); INDEX
                                            NEW DATA REQUEST (0.4); DISCUSSION WITH
                                            B. FRANTANGELO RE: DATA REQUESTS (0.4);
                                            TELECONFERENCE WITH B. SAX RE:
                                            EMPLOYMENT DATA AND CHART (0.4); DATA
                                            ROOM CHECK AND DISCUSSION WITH P.
                                            JABBOUR (0.4); POPULATE DATA ROOM WITH
                                            NEW DOCUMENTS (0.4); SUMMARIZE
                                            ADDITIONS TO HR INDEX AND DISTRIBUTE TO
                                            MILBANK (0.4); COMPLETE REDACTIONS AND
                                            REVIEW OF NEW LICENSE-IN IP AGREEMENTS
                                            (1.8); INDEX HR DATA REQUEST (0.4);
                                            FINAL DATA ROOM CHECK (0.4); ORGANIZE
                                            DATA ROOM ORG DOCUMENTS DUE TO ADDITIONS
                                            (0.4).

LEDERER J.          04/06/07        0.50    CREATE INDEX OF ALL FOREIGN SUBS (0.5).

LEDERER J.          04/09/07        6.80    DISCUSSION WITH G. HADDAD (MILBANK) RE:
                                            SCHEDULING AND VISIT TO NY DATA ROOM
                                            (0.4); PREPARE NEW IT OUTSOURCING
                                            AGREEMENTS FOR REVIEW (0.4); REVIEW
                                            HEDGING AGREEMENT (1.0); MEET G. HADDAD
                                            AND DISCUSS AGREEMENTS (0.4); FORMAT
                                            DATA REQUESTS FOR SUBMISSION (0.4);
                                            REVIEW HR DOCUMENTS ADDED TO DATA ROOM
                                            (0.8); COMMUNICATION WITH D. WOOD
                                            (DELPHI) RE: LICENSE-OUT ROYALTIES
                                            (0.4); INDEX HR DATA REQUEST (0.2);
                                            REVIEW OUTSTANDING DILIGENCE DOCUMENT
                                            REQUEST (0.4); EMAIL TO D. BLACKBURN
                                            (DELPHI) RE: SUPPLY CONTRACTS (0.2);
                                            UPDATE DOCUMENT INDEXES FOR EMEA AND
                                            AMERICAS REGIONS (1.4); EMAIL
                                            COMMUNICATION WITH M. FORTUNAK RE:
                                            HEDGING AGREEMENTS (0.4); DATA ROOM
                                            CHECK AND DISCUSSION WITH G. HADDAD
                                            (0.4).

LEDERER J.          04/10/07        5.20    REVIEW LABOR/EMPLOYMENT LITIGATION
                                            EMAILS (0.4); UPDATE MASTER INDEX WITH
                                            NEW DOCS (0.4); UPDATE EMEA CHART WITH
                                            NEW DOCS (0.2); NY DATA ROOM CHECK
                                            (0.4); REVIEW DOCUMENT INDEX (0.4);
                                            COMMUNICATION WITH R.V. LEUVEN RE: HR
                                            DOCS AND INDEX (0.8); MEET G. HADDAD
                                            FROM MILBANK (0.4); TELECONFERENCE WITH
                                            E. MINK RE: MATERIAL DEVIATIONS (0.4);
                                            UPDATE MISSING ITEM RESPONSE CHART
                                            (0.5); REVIEW ALL HR DOCS PROVIDED BY D.
                                            ALEXANDER (1.0).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.         04/11/07        8.30   ATTENTION TO NY DATA ROOM (0.4); REVIEW
                                          DELPHI LITIGATION SUMMARY MARCH 2007
                                          (1.0); COORDINATE PDF OF 2006 YE D&O
                                          QUESTIONNAIRES (0.2); REVIEW DELPHI
                                          DOCKET (0.2); REVIEW TURKISH JV
                                          AGREEMENT FOR CONFIS (0.4);
                                          TELECONFERENCE WITH P. JABBOUR
                                          (MILBANK) RE: DILIGENCE ITEMS AND
                                          SCHEDULING (0.4); DRAFT EMAIL TO E. MINK
                                          RE: CUSTOMER PO'S (0.2); TELECONFERENCE
                                          WITH R. BALGENORTH RE: CHR DATA (0.4);
                                          FOLLOW-UP EMAILS TO ERN MINK RE:
                                          CUSTOMER PO'S (0.4); REVIEW SEPARATION
                                          AGREEMENT TERM SHEET (0.5); READ ALL
                                          EMEA REGION LABOR QUESTIONNAIRES (0.8);
                                          EDIT LABOR QUESTIONNAIRES (1.0); DRAFT
                                          SUMMARY EMAIL TO I. VAGNE RE: LABOR
                                          ISSUES (0.4); PREFORM COUNTRY BY
                                          COUNTRY ANALYSIS OF DATA CONTAINED IN
                                          LABOR QUESTIONNAIRES (0.4); REVIEW
                                          LITIGATION SUMMARY MATERIALS (0.5).

LEDERER J.         04/12/07        7.40   REVIEW EMAIL SENT BY I. VAGNE RE: LABOR
                                          QUESTIONNAIRES (0.4); PREPARE FOR CALL
                                          WITH I. VAGNE RE: LABOR MATTERS (0.4);
                                          TELECONFERENCE WITH I. VAGNE RE: EDITS
                                          TO LABOR SURVEYS (0.4); CREATE CHART
                                          TRACKING NATIONS WITH LABOR
                                          QUESTIONNAIRES (0.8); EDIT EMEA
                                          QUESTIONNAIRES (1.0); DRAFT SUMMARY
                                          EMAIL TO I. VAGNE (0.2); DRAFT EMAILS TO
                                          OTHER REGIONAL DELPHI COUNSEL ON WORKS
                                          QUESTIONNAIRES (0.5); TELECONFERENCE
                                          RE: CUSTOMER PO'S WITH J. MIEDEMA (0.4);
                                          UPDATE OUTSTANDING DILIGENCE CHART
                                          (0.4); REDACT IP LICENSE-IN AGREEMENTS
                                          (1.0); UPDATE REGIONAL DOCUMENT CHARTS
                                          (1.0); EDIT REGIONAL DOCUMENT CHARTS
                                          (0.5); DRAFT EMAILS TO REGIONAL
                                          COUNSELS RE: MISSING ORG DOCS AND
                                          CLARIFICATIONS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEDERER J. | 04/13/07 | 7.40 | DISCUSSION WITH J. MIEDEMA RE: CUSTOMER PO'S (0.4); REVIEW DOCUMENTS FOR DELPHI POWERTRAIN·SYSTEMS (0.4); EDIT LABOR QUESTIONNAIRES (0.4); EMAIL WITH ASIAN COUNSEL RE: SCOPE OF LABOR INQUIRY (0.4); UPDATE EMEA REGION STATUS CHECKLIST LABOR ISSUES (0.4); INDEX AND LABEL ADDITIONAL LABOR QUESTIONNAIRES (0.5); REVIEW CUSTOMER PO'S FOR CONTENT (0.4); INDEX NEW IP AGREEMENTS (0.2); TELECONFERENCE WITH R.V. LEUVEN RE: NEW HR DOCS AND INDEXING THEM (0.5); TELECONFERENCE WITH DELPHI IP STAFF TO LOCATE ADDITIONAL LICENSE-IN AGREEMENT (0.4); INDEX LABOR QUESTIONNAIRES (0.4); UPDATE MASTER INDEX (0.8); UPDATE ALL REGIONAL CHARTS (0.5); EMAIL W&C RE: LABOR QUESTIONNAIRES (0.2); REVIEW CUSTOMER PO'S AND COMMUNICATION WITH COMPANY RE: GETTING ADDITIONAL ONES (0.5); DRAFT EMAIL TO T. TWOMEY RE: OUTSTANDING IP ISSUES (0.5); UPDATE TWO PAGE DILIGENCE CHART (0.5). |

| LEDERER J. | 04/14/07 | 5.00 | DRAFT EMAIL TO I. VAGNE AND M. MCGUIRE RE: DATA REQUEST APPROVAL FOR LABOR QUESTIONNAIRES (0.2); UPDATE MASTER INDEX (0.2); REVIEW ATTACHMENTS AND EXHIBITS FOR FAMAR (0.8); REVIEW CUSTOMER PO'S FOR CONFIS AND REDACTIONS (0.8); DRAFT EMAIL TO J. MIEDEMA SEEKING T&C'S FOR PO'S (0.2); REVIEW H97-H110 SCHEDULES TO MSA (0.4); REVIEW ATTACHMENTS AND EXHIBITS FOR JV SHAREHOLDERS AGREEMENT DOCUMENT (2.2); EMAIL CORRESPONDENCE WITH P. JABBOUR RE: LABOR QUESTIONNAIRES (0.2). |

| LEDERER J. | 04/16/07 | 4.90 | COMMUNICATION WITH DELPHI COUNSEL IN ASIA RE: SCOPE AND TIMING OF COMPLETING LABOR QUESTIONNAIRES (1.0); CORRESPONDENCE WITH ASIAN COUNSEL RE: LABOR QUESTIONNAIRES (0.4); CORRESPONDENCE WITH D. WOOD RE: IP ITEMS OUTSTANDING (0.4); INDEX NEW IP AGREEMENTS (0.4); REVIEW DELPHI DOCKET (0.2); REDACT CUSTOMER PO'S (1.8); EMAIL CORRESPONDENCE WITH J. MIEDEMA RE: PO ATTACHMENTS AND SCHEDULES (0.5); COORDINATE PRINTING OF FINANCIAL OUTSOURCING AGREEMENTS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.        04/17/07      9.80   FOLLOW UP ON OUTSTANDING DATA REQUESTS
                                        (0.8); UPDATE DATA ROOM FILES WITH NEW
                                        DOCUMENT ADDITIONS (1.0); REVIEW ASIAN
                                        DELPHI LABOR QUESTIONNAIRES (0.4);
                                        UPDATE LATIN AMERICA CHART TO REFLECT
                                        NEW UNDERSTANDING ABOUT ORG DOCS FROM
                                        ROBERTO (0.5); REVIEW PURCHASE ORDER
                                        T&C'S (1.0); DATA ROOM FILE CHECK (0.8);
                                        UPDATE REGIONAL CHARTS (1.0);
                                        DISCUSSION WITH B. FRANTANGELO RE:
                                        INDEXING HR DOCUMENTS (0.5); DISCUSSION
                                        WITH MEG B. RE: ENVIRONMENTAL DILIGENCE
                                        (0.4); UPDATE OUTSTANDING DUE DILIGENCE
                                        LIST (2.0); PREPARE DOCUMENTS FOR
                                        MEETING WITH WHITE & CASE (1.4).

LEDERER J.        04/18/07     11.40   PREPARE FOR MEETING WITH C. WOLHFORD OF
                                        WHITE AND CASE (0.5); MEETING WITH C.
                                        WOLHFORD OF WHITE AND CASE TO REVIEW
                                        OUTSTANDING ORGANIZATIONAL DOCUMENTS
                                        IN THE TROY DATA ROOM (3.3); MEETING C.
                                        WOLHFORD TO COMPLETE REVIEW OF ORG DOCS
                                        AND DISCUSS DATA REQUESTS (2.4);
                                        MEETING WITH S. POSTON TO FOLLOW UP ON
                                        MISSING ORG DOCS AND DATA SHEETS (1.0);
                                        MEETING WITH B. SAX TO FOLLOW UP ON
                                        OUTSTANDING HR ISSUES (1.0); UPDATE AND
                                        EDIT OUTSTANDING DILIGENCE ITEMS LIST
                                        (2.0); REVIEW AND REVISE LABOR
                                        QUESTIONNAIRES PRIOR TO DISTRIBUTION
                                        (0.8); DISCUSSION WITH C. WOLHFORD RE:
                                        SCHEDULING AND DATA ROOM PROCEDURES
                                        (0.4).

LEDERER J.        04/19/07      9.80   UPDATE DATA ROOM RULES IN TROY (0.4);
                                        MEET CLARK WHOLFORD FROM WHITE AND CASE
                                        (0.4); DISCUSSION WITH C. WHOLFORD RE:
                                        DATA ROOM FILES MISSING (0.8); REVIEW
                                        DELPHI DOCKET UPDATE (0.2); UPDATE THE
                                        MASTER INDEX AND ORGANIZE THE MSA
                                        SCHEDULES (1.0); REVIEW OUTSTANDING DUE
                                        DILIGENCE CHART (1.2); UPDATE
                                        OUTSTANDING DUE DILIGENCE CHART (0.4);
                                        ATTENTION TO MSA SCHEDULES AND REVIEW
                                        FOR COMPLETENESS (0.9); DISCUSSION WITH
                                        C. WOLFORD RE: SCHEDULING (0.4); REVIEW
                                        HEDGING AGREEMENTS FOR SELECTION OF
                                        REPRESENTATIVE EXAMPLE (0.8); REVIEW
                                        ADDITIONAL EMEA LABOR QUESTIONNAIRES
                                        (0.6); WORK ON DATA ROOM MATTERS, FILES,
                                        ORGANIZATION AND INDEXING OF NEW
                                        DOCUMENTS (2.7).

LEDERER J.        04/20/07      4.60   WORK ON DATA ROOM MATTERS (1.6);
                                        COMPLETE REVIEW AND INDEXING OF NEW EMEA
                                        LABOR QUESTIONNAIRES (0.4); REVIEW LONG
                                        TERM CONTRACT BLACKLINE AGAINST FORM
                                        (0.4); UPDATE OUTSTANDING DUE DILIGENCE
                                        CHART (0.4); DISCUSSION WITH S. POSTON
                                        RE: MISSING ORG DOCUMENTS AND VARIOUS
                                        FOREIGN SUBS (1.0); UPDATE OUTSTANDING
                                        DUE DILIGENCE CHART (0.4); DRAFT EMAILS
                                        TO REGIONAL COUNSEL RE: FINAL MISSING
                                        ORG DOCUMENTS AND CLARIFICATIONS (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEDERER J. | 04/22/07 | 0.40 | REVISE EMAILS TO REGIONAL COUNSEL RE: DILIGENCE ITEMS OUTSTANDING (0.4). |

LEDERER J.    04/23/07    7.10    EMAIL CORRESPONDENCE WITH ASIAN
REGIONAL COUNSEL RE: ENTITIES AND LABOR
QUESTIONNAIRES (0.4); UPDATE
OUTSTANDING DILIGENCE CHART (0.4);
REVIEW DELPHI DOCKET UPDATE (0.2);
REVIEW BLACKLINE OF OUTSTANDING
DILIGENCE CHART (0.2); TELECONFERENCE
RE: AFTER MARKET WARRANTY AGREEMENT
(0.4); COMMUNICATION WITH B. EICHENLAUB
TO OBTAIN MISSING SCHEDULES (0.2);
TELECONFERENCE WITH R. VAN LEUVEN RE: HR
FILES (0.4); TELECONFERENCE WITH D.
WOOD RE: IP AGREEMENTS AND ISSUES (0.2);
REVIEW NEWLY PROVIDED SCHEDULES (0.4);
REVIEW ADDITIONAL DOCUMENTS TO BE
PROVIDED TO S. CORCORAN (0.4); MAKE
FINAL SET OF EDITS TO OUTSTANDING DUE
DILIGENCE (1.0); COORDINATE EPCA
PRESENTATIONS IN PREPARATION FOR
MEETINGS TO BE HELD IN NY (2.5); DRAFT
EMAIL SUMMARIZING ATS CONTRACT STATUS
(0.4).

LEDERER J.    04/24/07    8.60    REVIEW EPCA PRESENTATIONS (1.6); REVIEW
ORG DOC EMAILS FROM ASIAN REGIONAL
COUNSEL (0.4); REVIEW T&C'S FROM EMEA
PERSONAL PROPERTY LEASES (0.8); UPDATE
DATA REQUEST STATUS CHART (0.4); REDACT
T&C'S FOR PERSONAL PROPERTY LEASE
(0.4); REVIEW SCHEDULES TO JV AGREEMENT
(0.5); FOLLOW-UP AND TELECONFERENCE
WITH C. WOLHFORD OF WHITE & CASE RE:
DILIGENCE AND DATA REQUESTS (1.4);
DRAFT EMAIL TO D. ALEXANDER RE: HR
ISSUES (0.4); AFTER MARKET WARRANTY
FOLLOW-UP (0.2); REVIEW D. ALEXANDER'S
EMAIL AND ATTACHMENTS RE: HR ISSUES
(0.4); UPDATE OUTSTANDING DILIGENCE
CHART WITH NEW HR INFORMATION (0.4);
EMAIL COMMUNICATION WITH B. SAX RE: HR
REPS (0.4); SUMMARIZE DATA REQUEST
DISCUSSION WITH C. WOLHFORD FOR
DILIGENCE TEAM (0.4); VERIFY DELPHI
ENTITIES WHERE OWNERSHIP IS LESS THAN
10% (0.4); REVIEW REDACTED VERSION OF
PERSONAL PROPERTY LEASE (1.4).

LEDERER J.    04/25/07    2.00    REVIEW EMAIL CORRESPONDENCE FROM ASIAN
REGIONAL COUNSEL ON ORG DOCS (0.4);
REVIEW ASIAN REGION LABOR
QUESTIONNAIRES (0.8); REVIEW
DELPHI-CALSONIC JV FOR CONFIS AND
REDACTIONS (0.8); DRAFT EMAIL TO M.
MCGUIRE RE: DATA REQUESTS (0.4); REVIEW
EMAIL CORRESPONDENCE FROM D. WOOD RE: IP
(0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.      04/26/07      5.50    REVIEW IP RELATED EMAILS FROM D. WOOD
                                      (0.4); COMPARE IP AGREEMENTS PROVIDED
                                      TO EXISTING IP FILES (0.4); REVIEW NEWLY
                                      SUBMITTED ASIAN LABOR QUESTIONNAIRES
                                      (0.6); SET UP NEW ASIAN REGION
                                      QUESTIONNAIRE TRACKING CHARTS (0.5);
                                      REVIEW TAKATA CROSS-LICENSE IP
                                      AGREEMENTS FOR CONFIS AND REDACTIONS
                                      (0.4); REVIEW AND REVISE KOREAN LABOR
                                      QUESTIONNAIRE (0.6); COMMUNICATION
                                      WITH CHINESE LABOR COUNSEL RE:
                                      RESPONSES TO QUESTIONNAIRES (0.4);
                                      DRAFT EMAIL RESPONSE TO BETH SAX RE:
                                      REPS FOR HR ISSUES (0.3);
                                      TELECONFERENCE WITH B. FRANTANGELO RE:
                                      DATA REQUESTS (0.2); TELECONFERENCE
                                      WITH CLARK WOHLFORD OF WHITE AND CASE
                                      RE: ORG DOCUMENTS (0.3); DRAFT COVER
                                      LETTER FOR W&C DATA REQUEST (0.4);
                                      REDRAFT, EDIT AND CIRCULATE ALL LABOR
                                      QUESTIONNAIRES TO ASIAN REGIONAL
                                      COUNSEL (1.4).

LEDERER J.      04/27/07      2.10    REVIEW EMAIL CORRESPONDENCE FROM ASIAN
                                      REGIONAL COUNSEL RE: LABOR
                                      QUESTIONNAIRES (0.4); TELECONFERENCE
                                      WITH M. MCGUIRE RE: DATA REQUEST
                                      APPROVALS (0.1); REVIEW OUTSTANDING
                                      DILIGENCE CHART AND EDIT (0.5); REVIEW
                                      HR STATUS CHART AND EDIT WITH UPDATES
                                      (0.2); DRAFT REGIONAL COUNSEL DATA
                                      REQUEST EMAILS (0.5); TELECONFERENCE
                                      WITH C. WOLHFERD RE: NEW DATA REQUEST
                                      SUBMISSION FROM W&C (0.4).

LEDERER J.      04/30/07      2.60    REVIEW UPDATED DELPHI KOREA LABOR
                                      QUESTIONNAIRE (0.4); REVIEW LITIGATION
                                      SUMMARY EMAIL FROM W&C (0.4); REDRAFT
                                      NEW DATA REQUEST COVER LETTER (0.4);
                                      REVISE ALL ASIAN PACIFIC REGION LABOR
                                      QUESTIONNAIRES (0.4); READ AND INDEX
                                      NEW FAMAR ORG DOCS (0.4); PROCESS NEW
                                      DATA REQUEST FROM C. WOHLFERD OF W&C
                                      (0.6).

                             139.60

PERL MW         04/01/07      0.50    CONTINUE TO DRAFT SUMMARY OF
                                      DELIVERABLES FROM 3/28/07 CONFERENCE
                                      CALL (0.5).

PERL MW         04/02/07      1.10    MULTIPLE TELECONFERENCES WITH WORKING
                                      GROUP RE: OUTSTANDING AND FOLLOW UP
                                      DILIGENCE MATTERS (0.3, 0.2, 0.2);
                                      REVIEW CORRESPONDENCES RE: SAME (0.4).

PERL MW         04/04/07      0.70    REVIEW CORRESPONDENCES AND FOLLOW UP ON
                                      VARIOUS DILIGENCE MATTERS WITH WORKING
                                      GROUP (0.7).

PERL MW         04/05/07      0.20    REVIEW AND FOLLOW UP ON DILIGENCE
                                      CORRESPONDENCE (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 04/06/07 | 0.80 | TELECONFERENCE WITH WORKING GROUP RE: DILIGENCE MATTERS (0.5); REVIEW CORRESPONDENCES RE: SAME (0.3). |
| PERL MW | 04/10/07 | 0.70 | REVIEW VARIOUS DILIGENCE CORRESPONDENCES AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.7). |
| PERL MW | 04/11/07 | 1.60 | MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: FOREIGN DILIGENCE (0.1, 0.3, 0.3); REVIEW MULTIPLE DILIGENCE CORRESPONDENCES AND FOLLOW UP RE: SAME (0.6); REVIEW FOREIGN DILIGENCE INDICES (0.3). |
| PERL MW | 04/12/07 | 8.80 | REVIEW INDICES OF FOREIGN ENTITY DOCUMENTS AND CORRESPONDING INDEX ENTRIES (2.4); TELECONFERENCE WITH WORKING GROUP RE: SAME (1.7); REVIEW AND PROVIDE COMMENTS ON TEMPLATE AND CORRESPONDENCE RE FOREIGN ENTITIES (1.2); DRAFT CORRESPONDENCE TO C. COMERFORD AND J. BEAUDOEN RE REAL ESTATE INQUIRY FROM MILBANK (0.5); DRAFT CORRESPONDENCE TO B. LEUTGHE, B. ARIGO, AND R. COLBY RE PROPERTY TAX INQUIRY FROM MILBANK (0.2); REVIEW AND CIRCULATE DATA REQUESTS (0.3); ATTENTION TO MISSING ORGANIZATIONAL DOCUMENTS (0.5); FOLLOW UP ON STATUS OF VARIOUS DILIGENCE MATTERS (0.7); STRATEGIZE RE: NEXT STEPS IN CONNECTION WITH SAME (1.3). |
| PERL MW | 04/13/07 | 7.80 | MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: STATUS OF ON GOING DILIGENCE (0.4, 2.2, 0.4); ASSESS STATUS OF DATA REQUESTS AND ADDRESS OUTSTANDING ISSUES IN CONNECTION WITH SAME (1.9); REVIEW IP AGREEMENTS (0.4); HR DOCUMENTS (0.7), AND ORGANIZATIONAL DOCUMENTS (0.3) FOR INCLUSION IN DATA ROOM; REVIEW AND PROVIDE COMMENTS TO UPDATE DOCUMENT INDEX (0.4); PREPARE AND CIRCULATE SAME TO MILBANK AND WHITE & CASE (0.3); TELECONFERENCE WITH C. ALM RE: MEETING TO REVIEW ORGANIZATIONAL DOCUMENTS (0.2); STRATEGIZE WITH WORKING GROUP RE: VARIOUS OUTSTANDING DILIGENCE MATTERS (0.6). |
| PERL MW | 04/15/07 | 2.80 | REVIEW AND RESPOND TO VARIOUS DILIGENCE RELATED CORRESPONDENCE (0.6); REVIEW STATUS SUMMARY OF OUTSTANDING DILIGENCE REQUEST, INCLUDING DETAILED ENTITY INFORMATION FOR VARIOUS FOREIGN REGIONS AND PROVIDE COMMENTS TO SAME (2.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 04/16/07 | 7.30 | TELECONFERENCES WITH P. JABBOUR (0.2); G. HADDAD (0.1); C. WOHLFORD (0.1); REVIEW OUTSTANDING FOREIGN DILIGENCE MATTERS (0.9); REVIEW CONTRACTS FOR DATA ROOM (1.1); REVIEW AND PROVIDE COMMENTS TO TRACKING DOCUMENTS FOR OUTSTANDING DILIGENCE ITEMS (1.7); REVIEW, REVISE AND DRAFT CORRESPONDENCE FOR FOREIGN REGION RE: REVIEW OF DOCUMENTS AND DATA REQUESTS (1.4); FOLLOW UP DISCUSSION WITH WORKING GROUP RE: SAME (0.3); COORDINATE WITH WORKING GROUP RE: DOCUMENTS TO BE REVIEWED IN NY (0.2); ATTENTION TO VARIOUS FOLLOW UP DILIGENCE MATTERS (0.6); TELECONFERENCE WITH WORKING GROUP RE: CHANGES IN DILIGENCE PROCESS (0.4); FOLLOW UP WITH WORKING GROUP AND COORDINATE NEXT STEPS RE: SAME (0.3). |
| PERL MW | 04/17/07 | 6.00 | TELECONFERENCES WITH WORKING GROUP RE: CHANGES TO DILIGENCE PROCESS (0.4, 0.3); REVIEW OUTSTANDING DILIGENCE LIST FROM MILBANK (0.4) AND DRAFT CORRESPONDENCE TO C. DIAMOND RE: STATUS OF SAME (0.3); REVIEW UPDATED LIST OF ORGANIZATION DOCUMENTS REQUESTED BY WHITE & CASE (0.6) AND COMPARÉ TO PREVIOUSLY CIRCULATED LIST (0.5); FOLLOW UP RE: MEETING WITH WHITE & CASE (0.7); WORK ON DILIGENCE MATTERS (2.8). |
| PERL MW | 04/18/07 | 13.20 | REVIEW OUTSTANDING DILIGENCE CHART AND REGIONAL ORGANIZATIONAL CHARTS (0.7); PREPARE FOR (0.4) AND PARTICIPATE IN MEETING WITH C. WOLHFERD (WHITE & CASE) RE: DILIGENCE AND ORGANIZATIONAL DOCUMENTS (6.7); TELECONFERENCE WITH C. ALM RE: SAME (0.2); FOLLOW UP IN CONNECTION WITH SAME (1.1); COORDINATE WITH WORKING GROUP RE: REVIEW OF DATA REQUEST STATUS (0.8); FOLLOW UP AND REVIEW DOCUMENTS IN CONNECTION WITH SAME (0.9); REVIEW, REVISE, AND PROVIDE COMMENTS TO LIST OF OUTSTANDING DILIGENCE ITEMS IN PREPARATION FOR NEXT STEPS (1.7); COORDINATE WITH WORKING GROUP RE: DILIGENCE MATTERS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 04/19/07 | 6.80 | MEET WITH C. WOHLFERD (WHITE & CASE) AND COORDINATE RE: DATA ROOM VISIT (0.7); ASSIST C. WOHLFERD IN DATA ROOM (0.4); REVIEW AND CONSIDER INQUIRIES FROM WHITE & CASE RE: ORGANIZATION DOCUMENTS AND COORDINATE RESPONSES TO SAME (1.5); REVIEW FOREIGN ENTITY LISTS IN CONNECTION WITH SAME (0.8); TELECONFERENCE WITH M. ERIKCON RE: SAME (0.3); FOLLOW UP CORRESPONDENCE RE: SAME (0.4); UPDATE LIST OF OUTSTANDING DILIGENCE AND FOLLOW UP RE: SAME (0.7); REVIEW AND REVISE CORRESPONDENCE RE: DATA REQUEST PROCEDURE AND COORDINATE RE: DISTRIBUTION OF SAME (0.7); COORDINATE WITH WORKING GROUP RE: VARIOUS OUTSTANDING AND FOLLOW UP DILIGENCE REQUESTS FOR WHITE & CASE (1.3). |
|---|---|---|---|
| PERL MW | 04/20/07 | 6.30 | REVIEW DOCUMENTS TO BE ADDED TO DATA ROOM, PENDING FURTHER DIRECTION (1.8); REVIEW AND PROVIDE COMMENTS TO VARIOUS CORRESPONDENCES RE: OUTSTANDING DILIGENCE INQUIRIES AND DATA REQUESTS (1.1); REVIEW NOTES FROM MEETING WITH WHITE & CASE RE: SAME (0.4); COORDINATE WITH WORKING GROUP RE: FOLLOW UP OF SAME (0.6); UPDATE INDEX (0.7); REVIEW, PROVIDE COMMENTS, AND FOLLOW UP ON STATUS OF OUTSTANDING DATA REQUESTS SUBMITTED BY WHITE & CASE (0.7); REVIEW ORGANIZATION DOCUMENTS FOR EURPOEAN ENTITY IN CONNECTION WITH INQUIRY (0.6); REVIEW RESPONSE FROM S. POSTON RE: INQUIRY IN CONNECTION WITH ENTITIES LISTED ON 10-K(0.4). |
| PERL MW | 04/22/07 | 3.20 | REVIEW AND RESPOND TO VARIOUS DILIGENCE RELATED CORRESPONDENCES (1.6); TELECONFERENCES WITH WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS AND NEXT STEPS (0.4, 0.9); FOLLOW UP WITH WORKING GROUP RE: SAME (0.3). |
| PERL MW | 04/23/07 | 2.20 | MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: DILIGENCE MATTERS REQUIRING FOLLOW UP (0.3, 1.1); REVIEW AND PROVIDE COMMENTS TO CHART RE: OUTSTANDING ITEMS (0.4) REVIEW AND RESPOND TO WORKING GROUP EMAILS RE: SAME (0.4). |
| PERL MW | 04/24/07 | 2.60 | TELECONFERENCE WITH M. ERICKSON RE: SALES AND ASSETS OF FOREIGN ENTITIES (0.2); ORGANIZE DOCUMENTS IN DATA ROOM AND FOLLOW UP WITH B. FRANTANGELO RE: DATA REQUESTS (0.7); REVIEW AND RESPOND TO VARIOUS DILIGENCE RELATED CORRESPONDENCES (1.3); REVIEW AND COMPILE LIST OF WHITE & CASE CONTACTS RE: DILIGENCE (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 04/25/07 | 5.10 | TELECONFERENCE WITH D. WOOD RE: VARIOUS PENDING IP MATTERS IN CONNECTION WITH DATA ROOM (0.4); DRAFT FOLLOW UP CORRESPONDENCE TO WORKING GROUP RE: SAME (0.3); REVIEW DOCUMENTS RE: INCLUSION OF SAME IN DATA ROOM (0.3); REVIEW DOCUMENTS FOR INCLUSION IN DATA ROOM (1.1); WORK WITH WORKING GROUP ON OUTSTANDING FOREIGN DILIGENCE MATTERS (1.4); DRAFT EMAIL TO M. ERICKSON RE: FOREIGN ENTITY LISTS (0.6); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.2) AND FOLLOW UP IN CONNECTION WITH SAME (0.2); FOLLOW UP ON OUTSTANDING DILIGENCE MATTERS (0.6). |
| PERL MW | 04/26/07 | 5.80 | RESEARCH GENERAL TERMS AND CONDITIONS, INCLUDING REVIEW OF DATA ROOM FILES (1.4); ATTENTION TO IP MATTERS IN CONNECTION WITH INCLUSION OF DOCUMENTS IN DATA ROOM (0.6); REVIEW AND PROVIDE COMMENTS TO UPDATED LISTING OF OUTSTANDING DILIGENCE MATTERS (0.8); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.3); REVIEW DRAFT RESPONSE TO INQUIRY FROM WHITE & CASE RE: ENTITIES LISTED ON 10-K (0.5); FOLLOW UP WITH WORKING GROUP RE: OUTSTANDING DATA REQUESTS (0.3); MEETING WITH WORKING GROUP TO DISCUSS NEXT STEPS RE: DILIGENCE (0.7); BEGIN REVIEW OF CERBERUS NDA (1.2). |
| PERL MW | 04/27/07 | 3.20 | TELECONFERENCE WITH S. POSTON RE: ORGANIZATIONAL CHART (0.2); MEET WITH WORKING GROUP RE: SAME (0.4); REVIEW UPDATE ORGANIZATIONAL CHART (0.4); TELECONFERENCE WITH M. ERICKSON RE: FINANCIAL INFORMATION OF FOREIGN ENTITIES (0.5); FOLLOW UP TELECONFERENCES WITH J. WHITSON (0.1) AND S. CHRISTENSEN RE: SCHEDULING OF FOLLOW UP CALL RE: SAME (0.1); TELECONFERENCES WITH C. ALM (0.3) AND A. WENGER (WHITE & CASE) (0.2) RE: RESPONSES TO INQUIRIES RE: ENTITIES; TELECONFERENCE WITH WORKING GROUP RE: STATUS OF OUTSTANDING MATTERS (0.5); MEET WITH WORKING GROUP RE: PREPARATION FOR PLAN OF REORGANIZATION DRAFTING (0.4); COORDINATE RE: ADDITIONAL DILIGENCE MATTERS TO BE REVIEWED (0.1). |
| PERL MW | 04/29/07 | 0.40 | REVIEW DATA REQUEST AND PROVIDE FEEDBACK RE: SAME (0.2); REVIEW DATA REQUEST LETTER AND PROVIDE COMMENTS RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 04/30/07 | 0.70 | TELECONFERENCE WITH WORKING GROUP RE: STATUS OF WHITE & CASE DATA REQUESTS (0.3); TELECONFERENCE WITH S. CHRISTENSON RE: TELECONFERENCE FOR FOREIGN ENTITIES AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.2); REVIEW AND RESPOND TO DILIGENCE RELATED EMAILS (0.2). |
| | | 87.80 | |
| STUART NL | 04/01/07 | 5.80 | RESEARCH RE: TOWER ASSET SALE (1.1); REVISE PRESENTATIONS ON TOWER SALE (4.7). |
| STUART NL | 04/02/07 | 7.30 | RESEARCH RE: POTENTIAL JOINT INTEREST AGREEMENT WITH PLAN INVESTORS (3.8); REVIEW PLAN ISSUES LIST (0.3); BEGIN RESEARCHING "STAND ALONE" ISSUES RELATED TO SETTLEMENTS WITHIN PLANS OF REORGANIZATION WITH SECOND CIRCUIT (3.2). |
| STUART NL | 04/05/07 | 1.20 | RESEARCH RE: TOWER SALE PROCEDURES (1.2). |
| STUART NL | 04/10/07 | 4.50 | RESEARCH RE: SUBSTANTIVE CONSOLIDATION UNDER CURRENT PLAN DRAFT (2.6); REVIEW CURRENT TREATMENT OF UNION CLAIMS (0.5); REVIEW OTHER SECURITIES CLAIMS (1.4). |
| STUART NL | 04/11/07 | 6.10 | REVIEW TREATMENT OF SENIOR AND SUBORDINATED DEBT (1.1); REVIEW CURRENT PLAN TREATMENT AND MECHANICS OF MDL CLAIMS (1.4); RESEARCH RE: APPROPRIATE PLAN TREATMENT OF MDL CLAIMS (3.6). |
| STUART NL | 04/15/07 | 1.30 | REVIEW AND COMMENT ON SIDE-BY-SIDE PROPOSALS (1.3). |
| STUART NL | 04/18/07 | 0.80 | RESEARCH PLAN DISTRIBUTION ISSUES (0.5); REVIEW ROTHSCHILD'S REQUEST FOR FRAMEWORK DOCUMENTS (0.3). |
| STUART NL | 04/20/07 | 1.30 | REVIEW FRAMEWORK DOCUMENTS IN CONNECTION WITH ROTHSCHILD REQUEST (1.3). |
| STUART NL | 04/23/07 | 2.10 | REVIEW AND COMMENT ON PLAN MATTERS (2.1). |
| STUART NL | 04/24/07 | 11.00 | ATTEND PLAN FRAMEWORK MEETING (4.2); REVIEW "MUST HAVES" AND VARIOUS INVESTMENT PROPOSALS (2.1); RESEARCH ISSUES RELATED TO NEW INVESTMENT PROPOSALS (3.5); COORDINATE PRODUCTION OF DOCUMENTS FOR FRAMEWORK/WORKING GROUP MEETINGS (1.2). |
| STUART NL | 04/25/07 | 5.10 | ATTEND PLAN FRAMEWORK DISCUSSIONS (4.3); COORDINATE EMERGENCE WORKING GROUP MEETING (0.8). |
| STUART NL | 04/27/07 | 2.60 | BEGIN WORKING ON REVISIONS TO PLAN (2.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 04/28/07 | 2.60 | REVIEW PLAN ISSUES LIST (0.8); BEGIN REVISING PLAN (1.8). |
|---|---|---|---|
| STUART NL | 04/29/07 | 12.00 | REVISE PLAN TO REFLECT ALTERNATIVE "PATH 3" SCENARIO (8.3); INTERNAL STRATEGY DISCUSSION ON EMERGENCE ISSUES LIST (1.2); DRAFT ALTERNATIVE EMERGENCE TIMELINES (2.5). |
| STUART NL | 04/30/07 | 7.50 | REVIEW AND UPDATED EMERGENCE ISSUES LIST (1.9); REVIEW AND REVISE PLAN (1.5); INTERNAL STRATEGY CONFERENCE ON ISSUES LIST (1.0); PREPARE DOCUMENTS FOR POR WORKING GROUP MEETING (2.1); REVISE PROPOSED EMERGENCE TIMELINE (1.0). |
|  |  | **71.20** |  |
| WHARTON JN | 04/29/07 | 2.00 | DRAFT ISSUES LIST RE: CLAIMS ANALYSIS (1.5); REVIEW AND ANALYZE ISSUES LIST FOR PLAN OF REORGANIZATION (0.5). |
|  |  | **2.00** |  |
| **Total Associate** |  | **877.00** |  |
| CHAVALI A | 04/06/07 | 0.80 | BREAK DOWN DATA ROOM AND DISTRIBUTE DOCUMENTS (0.8). |
| CHAVALI A | 04/16/07 | 1.00 | PREPARE DATA ROOM FOR DILIGENCE REVIEW (1.0). |
| CHAVALI A | 04/17/07 | 1.00 | BREAK DOWN DATA ROOM FOR DILIGENCE REVIEW (1.0). |
|  |  | **2.80** |  |
| DEMMA J | 04/03/07 | 0.60 | PREPARE DOCUMENTS FROM DATA ROOM FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 04/04/07 | 1.10 | PREPARE INDICES FOR APRIL 3, 2007 JABBOUR DOCUMENT REQUEST (1.1). |
| DEMMA J | 04/05/07 | 3.40 | PREPARE INDEX OF MISSING DOCUMENTS FROM CHICAGO DATA ROOM (3.4). |
| DEMMA J | 04/10/07 | 1.60 | UPDATE MISSING DATA ROOM DOCUMENT INDEX (1.6). |
| DEMMA J | 04/11/07 | 0.60 | UPDATE MISSING DATA ROOM DOCUMENT LIST (0.6). |
| DEMMA J | 04/17/07 | 0.60 | PREPARE INDEX FOR APRIL 13, 2007 DOCUMENT REQUEST (0.6). |
| DEMMA J | 04/18/07 | 0.60 | UPDATE DOCUMENT REQUEST TRACKING CHART (0.6). |
| DEMMA J | 04/24/07 | 0.90 | PREPARE INDEX FOR WHITE & CASE APRIL 24, 2007 DOCUMENT REQUEST (0.6); PREPARE GM UPDATE PRESENTATION FOR DISTRIBUTION (0.3). |
| DEMMA J | 04/25/07 | 1.20 | UPDATE DATA ROOM REQUEST TRACKING CHART (0.6); UPDATE DATA ROOM FILES (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 10.60 |  |
|---|---|---|---|
| GILCHRIST JM | 04/10/07 | 3.70 | ASSEMBLE VELO CONTAINING DELPHI EMPLOYMENT AND RELATED DOCUMENTS (3.7). |
|  |  | 3.70 |  |
| KLIMEK MV | 04/18/07 | 1.90 | COMPILE AND DISTRIBUTE FRAMEWORK PRODUCTION DOCUMENTS (0.6); ASSIST WITH RETRIEVAL OF EXHIBITS 122 THROUGH 124 OF FRAMEWORK JOINT EXHIBIT BINDER (1.3). |
| KLIMEK MV | 04/19/07 | 0.40 | UPDATE JOINT EXHIBIT HEARING BINDER WITH EXHIBITS 122 AND 124 (0.4). |
|  |  | 2.30 |  |
| NOWICKI JA | 04/11/07 | 4.90 | ASSIST WITH DOCUMENT DISTRIBUTION (4.9). |
|  |  | 4.90 |  |
| ZSOLDOS AF | 04/18/07 | 1.20 | PREPARE FRAMEWORK DOCUMENTS AND DISTRIBUTION OF SAME (1.2). |
|  |  | 1.20 |  |
| **Total Legal Assistant** |  | **25.50** |  |
| ~~CUMMINGS RA~~ | ~~04/02/07~~ | ~~6.90~~ | ~~ORGANIZE DATA ROOM (6.9).~~ |
| ~~CUMMINGS RA~~ | ~~04/03/07~~ | ~~5.20~~ | ~~ORGANIZE DATA ROOM (5.2).~~ |
| ~~CUMMINGS RA~~ | ~~04/04/07~~ | ~~7.10~~ | ~~ORGANIZE DATA ROOM (7.1).~~ |
| ~~CUMMINGS RA~~ | ~~04/06/07~~ | ~~7.20~~ | ~~ORGANIZE DATA ROOM (7.2).~~ |
| ~~CUMMINGS RA~~ | ~~04/09/07~~ | ~~4.20~~ | ~~ORGANIZE DATA ROOM FILES (4.2).~~ |
| ~~CUMMINGS RA~~ | ~~04/10/07~~ | ~~7.20~~ | ~~ORGANIZE DATA ROOM (7.2).~~ |
| ~~CUMMINGS RA~~ | ~~04/11/07~~ | ~~4.70~~ | ~~ORGANIZE DATA ROOM (4.7).~~ |
| ~~CUMMINGS RA~~ | ~~04/12/07~~ | ~~3.30~~ | ~~ORGANIZE DATA ROOM (3.3).~~ |
| ~~CUMMINGS RA~~ | ~~04/16/07~~ | ~~0.80~~ | ~~ORGANIZE DATA ROOM (0.8).~~ |
| ~~CUMMINGS RA~~ | ~~04/17/07~~ | ~~7.40~~ | ~~ORGANIZE DATA ROOM (7.4).~~ |
| ~~CUMMINGS RA~~ | ~~04/18/07~~ | ~~7.40~~ | ~~ORGANIZE DATA ROOM (7.4).~~ |
| ~~CUMMINGS RA~~ | ~~04/20/07~~ | ~~7.10~~ | ~~ORGANIZE DATA ROOM (7.1).~~ |
| ~~CUMMINGS RA~~ | ~~04/23/07~~ | ~~7.40~~ | ~~ORGANIZE DATA ROOM (7.4).~~ |
| ~~CUMMINGS RA~~ | ~~04/24/07~~ | ~~3.40~~ | ~~ORGANIZE DATA ROOM (3.4).~~ |
| ~~CUMMINGS RA~~ | ~~04/25/07~~ | ~~3.70~~ | ~~ORGANIZE DATA ROOM (3.7).~~ |
| ~~CUMMINGS RA~~ | ~~04/26/07~~ | ~~2.90~~ | ~~ORGANIZE DATA ROOM AND RESPOND TO DATA REQUESTS (2.9).~~ |
| ~~CUMMINGS RA~~ | ~~04/30/07~~ | ~~7.80~~ | ~~UPDATE DATA ROOM DATA REQUEST TABLE (6.2); COMPILE LIST OF DATA REQUESTS BY DATE AND REQUESTING FIRM (1.6).~~ |
|  |  | ~~93.70~~ |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WORSCHECK TM | 04/18/07 | 0.60 | UPDATE DATAROOM DOCUMENT FILES (0.6). |
|---|---|---|---|
| WORSCHECK TM | 04/24/07 | 0.40 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (0.4). |
| | | 1.00 | |
| Total Legal Assistant Support | | 94.70 | |

TOTAL TIME                    1,340.60

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 05/31/07
Reorganization Plan / Plan Sponsors               Bill Number: 1158919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/16/07 | Zsoldos AF | -479.13 |
| Air/Rail Travel - vendor feed | 03/19/07 | Ramlo K | -779.82 |
| Air/Rail Travel - vendor feed | 03/23/07 | Ramlo K | -775.32 |
| Air/Rail Travel - vendor feed | 04/01/07 | Bolton IS | 402.81 |
| Air/Rail Travel - vendor feed | 04/03/07 | Panagakis GN | 1,070.83 |
| Air/Rail Travel - vendor feed | 04/03/07 | Panagakis GN | -1,025.83 |
| Air/Rail Travel - vendor feed | 04/03/07 | Panagakis GN | 785.52 |
| Air/Rail Travel - vendor feed | 04/03/07 | Panagakis GN | 699.67 |
| Air/Rail Travel - vendor feed | 04/04/07 | Lederer J. | 265.81 |
| Air/Rail Travel - vendor feed | 04/04/07 | Panagakis GN | 748.27 |
| Air/Rail Travel - vendor feed | 04/04/07 | Panagakis GN | 748.27 |
| Air/Rail Travel - vendor feed | 04/04/07 | Lederer J. | 496.48 |
| Air/Rail Travel - vendor feed | 04/09/07 | Bolton IS | 283.48 |
| Air/Rail Travel - vendor feed | 04/09/07 | Lederer J. | 423.81 |
| Air/Rail Travel - vendor feed | 04/16/07 | Terry WC | 742.87 |
| Air/Rail Travel - vendor feed | 04/17/07 | Perl MW | 572.64 |
| Air/Rail Travel - vendor feed | 04/20/07 | Lederer J. | 201.01 |
| Air/Rail Travel - vendor feed | 04/23/07 | Panagakis GN | 1,379.68 |
| Air/Rail Travel - vendor feed | 04/23/07 | Stuart NL | 1,030.17 |
| Air/Rail Travel - vendor feed | 04/24/07 | Bolton IS | 414.78 |
| Air/Rail Travel - vendor feed | 04/25/07 | Panagakis GN | 624.68 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/30/07 | Panagakis GN | 285.35 |
| Air/Rail Travel - vendor feed | 04/30/07 | Stuart NL | 285.35 |
| Air/Rail Travel - vendor feed | 04/30/07 | Meisler RE | 324.62 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$8,726.00** |
| In-house Reproduction | 04/03/07 | Copy Center, D | 3.10 |
| In-house Reproduction | 04/03/07 | Copy Center, D | 19.92 |
| In-house Reproduction | 04/10/07 | Copy Center, D | 38.33 |
| In-house Reproduction | 04/10/07 | Copy Center, D | 2.40 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 4.60 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 16.11 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 1.20 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 56.75 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 5.70 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 82.08 |
| In-house Reproduction | 04/20/07 | Copy Center, D | 9.81 |
| In-house Reproduction | 04/24/07 | Copy Center, D | 1.30 |
| In-house Reproduction | 04/24/07 | Copy Center, D | 36.83 |
| In-house Reproduction | 04/24/07 | Copy Center, D | 165.14 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 134.01 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 23.72 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$601.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.82 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.81 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.47 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.10 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 16.46 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 38.31 |

B43E