Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 05/29/07 | 12.40 | REVIEWED AND COMMENTED ON PROPOSED CHANGES TO PEGASUS MSPA (1.1); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.5); REVIEWED AND COMMENTED ON BOSCH APA (1.2); EMAIL TO M. GRILLO AND B. HARVEY RE: BIDDING PROCEDURES (0.2); FORMULATE STRATEGY RE: PROPOSED CHANGES TO PEGASUS MSPA (0.3); TELECONFERENCE WITH B. HARVEY RE: SAME (0.4); FORMULATE STRATEGY RE; DIVESTITURES FOR JUNE HEARING (0.8); REVIEWED AND COMMENTED ON TRW PLEADINGS (2.9); ADDITIONAL TELECONFERENCE WITH M. FUKUDA RE: PEGASUS MSPA (0.5); REVIEW ISSUES RE: DIVESTITURES (0.4); REVIEWED ADN COMMENTED ON BOSCH PLEADINGS (2.5); ANALYZED OPEN ISSUES IN BOSCH APA (0.3); REVISED COMMENTS TO BOSCH APA (1.3). |
| FERN BM | 05/30/07 | 11.50 | ADDITIONAL REVIEW OF BOSCH PLEADINGS (1.9); FORMULATE STRATEGY RE: PLEADINGS FOR ALL DIVESTITURES (0.8); REVIEWED AND COMMENTED ON RHODES CONFIDENTIALITY AGREEMENT (0.5); REVIEWED AND COMMENTED ON PEGASUS BUSINESS TRANSFER REPORT (0.7); EMAILS TO/FROM M. FUKUDA RE: TIMING OF PEGASUS FILING (0.3); EMAILS TO/FROM J. CARNEY RE: TIMING OF BOSCH SALE (0.2); ATTENTION TO ISSUES RE: TIMING OF FILING PEGASUS SALE MOTION (0.4); FORMULATE STRATEGY RE: DATA RELEVANT TO ASSET SALES (0.5); FORMULATE STRATEGY RE: PEGASUS PLEADINGS (2.1); REVISED PEGASUS MOTION (1.2); REVISED PEGASUS NOTICES AND ORDERS (2.9). |
| FERN BM | 05/31/07 | 9.10 | COMPLETED REVISIONS OF PEGASUS NOTICES AND ORDERS (0.8); REVISED PEGASUS MOTION (0.6); REVIEWED AND COMMENTED ON PEGASUS COMMUNICATION PACKAGE (1.6); REVIEWED AND COMMENTED ON BOSCH NOTICES AND ORDERS (2.1); REVIEWED STATUS OF BOSCH MOTION (0.8); ANALYZED ISSUES RE: BOSCH APA AND PLEADINGS (0.7); ANALYZED ISSUES RE: PEGASUS MSPA AND PLEADINGS (0.9); TELECONFERENCE AND EMAILS WITH M. FUKUDA RE: MSPA AND PLEADINGS (0.7); REVIEW AND EVALUATE BIDDER COMMENTS TO PEGASUS ORDERS (0.4); REVIEWED AND COMMENTED ON SOUTH KOREA REPORT RE: PEGASUS (0.5). |
| | | **98.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 05/24/07 | 0.20 | EMAILS WITH M. FUKUDA RE: BRAKE HOSE SALE (0.2). |
| GRANT K | 05/25/07 | 0.50 | TELECONFERENCE WITH R. MCDOWELL (0.3); EMAIL WITH S. CORCORAN RE: COMERICA DISPUTE (0.2). |
| GRANT K | 05/30/07 | 1.50 | REVIEWED COMERICA DOCUMENTS REGARDING REGISTRATION OF PURCHASE OF EQUIPMENT; (1.3) EMAIL WITH S. CORCORAN REGARDING SAME (0.2). |
| GRANT K | 05/31/07 | 6.50 | REVIEWED AND REVISED MSPA FOR PEGASUS TRANSACTION; (0.5) REVIEWED AND REVISED BIDDING PROCEDURES, (2.1) EXECUTORY CONTRACT NOTICES, (1.2) SALE ORDER, (1.8) AND BIDDING PROCEDURES ORDER (1.5); REVIEWED COMMENTS TO SAME FOR PURCHASERS COUNSEL (0.5) REVIEWED BOSCH SALE ASPA (0.4) AND REVISED BIDDING PROCEDURES (0.3). |
| | | **8.70** | |
| HALPER A | 05/29/07 | 4.10 | CREATE EMAIL, REVIEW PRECEDENT 8-KS AND DISCUSS ISSUES RELATING TO BIDDING PROCEDURE (2.6); REVIEW BINDERS AND STATUS OF DOCUMENT RETENTION RELATED TO NDAS (0.8); REVIEW, REVISE AND COORDINATE RECEIPT AND DISSEMINATION OF BRANDES NDA (0.7). |
| | | **4.10** | |
| KALOUDIS D | 05/01/07 | 2.00 | DRAFT TRW SALE NOTICES (0.9); REVISE BIDDING PROCEDURES (0.6); REVISE TRW SALE MOTION (0.5). |
| KALOUDIS D | 05/04/07 | 5.30 | REVIEW SALTILLO, MEXICO ASSET PURCHASE AGREEMENT (1.6); REVIEW PRECEDENT RE: SAME (0.2); ANALYZE CONNECTIONS ISSUES RE: SALTILLO, MEXICO PROPOSED TRANSACTION (1.1); BEGIN DRAFTING SALE PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER) (2.4). |
| KALOUDIS D | 05/07/07 | 2.70 | EMAILS TO COMPANY RE:NOTICE PARTIES (0.2); CONTINUE DRAFTING BOSCH SALE PLEADINGS (MOTION, BIDDING PROCEDURES ORDER, SALE ORDER) (2.5). |
| KALOUDIS D | 05/08/07 | 2.80 | DRAFT SALE NOTICES (CURE, ASSUMPTION AND SALE) FOR BOSCH DIVESTITURE (0.8); REVISE BIDDING PROCEDURES ORDER RE: BOSCH DIVESTITURE (0.6); FURTHER REVISE PROPOSED SALE ORDER RE: BOSCH DIVESTITURE (0.6); INCORPORATE COMMENTS RECEIVED TO BOSCH PLEADINGS RE: BOSCH DIVESTITURE (0.7); REVIEW EMAIL FROM COMPANY RE: BOSCH (0.1). |
| KALOUDIS D | 05/10/07 | 1.90 | ATTENTION TO BOSCH PLEADINGS (0.6); REVIEW REVISED APA (1.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/11/07 | 4.70 | DRAFT TIMELINE PROPOSAL FOR PROPOSED DELPHI DIVESTITURES IN 2007 RE: MOTIONS, NOTICES, BIDDING PROCEDURES, BID DEADLINES, AUCTION, SALE HEARINGS, (4.7). |
| KALOUDIS D | 05/12/07 | 2.00 | REVISE PROPOSED TIMELINE INCORPORATING COMMENTS FROM TEAM (1.8); EMAIL TEAM RE: PROPOSED TIMELINE (0.2). |
| KALOUDIS D | 05/14/07 | 1.30 | ATTENTION TO PROPOSED 363 TIMELINE (1.3). |
| KALOUDIS D | 05/15/07 | 2.50 | REVIEW AND MARK UP BOSCH ASSET PURCHASE AGREEMENT (2.5). |
| KALOUDIS D | 05/18/07 | 0.30 | REVIEW STATUS OF 363 DIVESTITURES (0.3). |
| KALOUDIS D | 05/19/07 | 5.10 | REVIEW REVISED ASSET PURCHASE AGREEMENT (1.6); REVISE PEGASUS PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER AND NOTICES) (3.5). |
| KALOUDIS D | 05/20/07 | 5.40 | REVISE PEGASUS SALE PLEADINGS: SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER (4.5); REVIEW REVISED APA RE: CATALYST (0.9). |
| KALOUDIS D | 05/21/07 | 6.60 | CONTINUE TO REVISE PEGASUS PLEADINGS: SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER, NOTICES AND BIDDING PROCEDURES (6.6). |
| KALOUDIS D | 05/22/07 | 7.40 | REVIEW COMMENTS TO SALE PLEADINGS (0.3); REVIEW COMMENTS TO BIDDING PROCEDURES ORDER AND SALE ORDER RECEIVED FROM COUNSEL TO PEGASUS (0.4); REVIEW DIVESTITURE PRESENTATION (0.6); REVISE SALE PLEADINGS RE: PEGASUS (3.1); DRAFT SALE PLEADINGS RE: TRW (2.3); ANALYZE REVISED TRW APA (0.7). |
| KALOUDIS D | 05/23/07 | 7.20 | REVIEW REVISED ASSET PURCHASE AGREEMENT RE: TRW (1.1); REVISE PLEADINGS: SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER, NOTICES AND BIDDING PROCEDURES (6.1). |
| KALOUDIS D | 05/24/07 | 3.60 | ANALYZE REVISED ASSET PURCHASE AGREEMENT RE: TRW (1.1); REVIEW AND REVISE SALE PLEADINGS (2.5). |
| KALOUDIS D | 05/25/07 | 8.00 | CONTINUE TO REVIEW AND REVISE TRW SALE PLEADINGS: CONTINUE TO REVISE PEGASUS PLEADINGS: SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER, NOTICES AND BIDDING PROCEDURES (7.1); REVIEW REVISED APA (0.9). |
| KALOUDIS D | 05/26/07 | 5.60 | CONTINUE TO REVIEW AND REVISE TRW PLEADINGS (SALE MOTION, BIDDING PROCEDURES, AND ORDERS: SALE ORDER AND BIDDING PROCEDURES ORDER) (5.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/27/07 | 4.20 | REVIEW MODIFIED BOSCH SALTILLO, MEXICO ASSET PURCHASE AGREEMENT (2.3); DRAFT AND REVISE SALE MOTION RE: BOSCH TRANSACTION OF SALTILLO, MEXICO ASSETS (1.9). |
| KALOUDIS D | 05/28/07 | 3.10 | REVISE BOSCH SALE PLEADINGS (SALE MOTION) (3.1). |
| KALOUDIS D | 05/29/07 | 5.10 | DRAFT AND REVISE BOSCH/SALTILLO, MEXICO SALE PLEADINGS (SALE MOTION, BIDDING PROCEDURES) (5.1). |
| KALOUDIS D | 05/30/07 | 14.40 | INCORPORATE COMMENTS TO BOSCH SALE PLEADINGS (2.8); INCORPORATE COMMENTS RECEIVED TO TRW SALE PLEADINGS (3.0); ATTEND WORKING GROUP MEETING RE: PEGASUS DIVESTITURE (3.3); REVISE PEGASUS PLEADINGS (5.0); EMAIL DRAFT MOTION TO COMPANY RE: PEGASUS (0.3). |
| KALOUDIS D | 05/31/07 | 7.30 | DRAFT AND REVISE NOTICES OF SALE, ASSUMPTION/ASSIGNMENT, CURE RE: SALTILLO, MEXICO TRANSACTION (0.6); REVISE SALE MOTION RE: SALTILLO, MEXICO TRANSACTION (4.6); REVIEW SCHEDULES TO PEGASUS APA (1.4); REVISE SALE MOTION (0.3); EMAILS TO TEAM RE: RETENTION ISSUE (0.4). |
| | | **108.50** | |
| KETCHENS JP | 05/24/07 | 4.00 | REVIEW AND REVISE TRW APA (4.0). |
| KETCHENS JP | 05/29/07 | 1.00 | REVIEW DILIGENCE DISCLOSURE REQUIREMENTS (1.0). |
| | | **5.00** | |
| **Total Associate** | | **224.70** | |
| **TOTAL TIME** | | **279.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 06/30/07
**Asset Dispositions (General)**  Bill Number: 1166514

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| In-house Reproduction | 05/01/07 | Copy Center, D | 115.62 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 1.90 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/25/07 | Copy Center, D | 2.39 |
| In-house Reproduction | 05/29/07 | Copy Center, D | 19.79 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$140.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.06 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 4.61 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.32 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.75 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Westlaw | 05/01/07 | Kaloudis D | 69.18 |
| Westlaw | 05/04/07 | Kaloudis D | 102.93 |
| Westlaw | 05/31/07 | Jahn CJ | 198.89 |
| | | **TOTAL WESTLAW** | **$371.00** |
| Reproduction - color | 05/19/07 | Copy Center, D | 47.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$47.00** |
| Vendor Hosted Teleconferencing | 04/22/07 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| Out-of-Town Travel | 05/31/07 | Meisler RE | 1,017.01 |
| Out-of-Town Travel | 05/31/07 | Meisler RE | 19.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,037.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/03/07 | OSMIO | 59.30 |
| Messengers/ Courier | 05/03/07 | OSMIO | 46.09 |
| Messengers/ Courier | 05/31/07 | Dist Serv/Mail/Page, D | 123.61 |
| | | **TOTAL MESSENGERS/ COURIER** | **$229.00** |
| Out-of-Town Meals | 05/30/07 | Meisler RE | 28.09 |
| Out-of-Town Meals | 05/30/07 | Meisler RE | 2.32 |
| Out-of-Town Meals | 05/30/07 | Meisler RE | 20.16 |
| Out-of-Town Meals | 05/30/07 | Meisler RE | 6.38 |
| Out-of-Town Meals | 05/31/07 | Meisler RE | 6.24 |
| Out-of-Town Meals | 05/31/07 | Meisler RE | 26.81 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$90.00** |
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 17.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$17.00** |
| | | **TOTAL MATTER** | **$1,945.00** |

B43E