SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
          In re                :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x


EXHIBIT D-7
NONWORKING TRAVEL TIME
1,396.6 HOURS

Sкаdden, Аrps, Slate, Меаgher & Flom LLP and affiliates

| | | |
|---|---|---|
| Delphi Corporation (DIP) | | Bill Date: 03/31/07 |
| Nonworking Travel Time | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 02/01/07 | 3.50 | TO CHICAGO FROM DETROIT (3.5). |
| BUTLER, JR. J | 02/04/07 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| BUTLER, JR. J | 02/06/07 | 2.50 | TO NEW YORK FROM DETROIT (2.5). |
| BUTLER, JR. J | 02/07/07 | 3.70 | TO LAS VEGAS FROM NEW YORK (3.7). |
| BUTLER, JR. J | 02/11/07 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| BUTLER, JR. J | 02/13/07 | 4.20 | TO CHICAGO FROM DETROIT (4.2). |
| BUTLER, JR. J | 02/14/07 | 4.30 | TO NEW YORK FROM CHICAGO VIA WASHINGTON D.C. (4.3). |
| BUTLER, JR. J | 02/15/07 | 4.20 | TO DETROIT FROM NEW YORK (4.2). |
| BUTLER, JR. J | 02/16/07 | 4.40 | TO CHICAGO FROM DETROIT (4.4). |
| BUTLER, JR. J | 02/18/07 | 5.20 | TO DETROIT FROM CHICAGO (5.2). |
| BUTLER, JR. J | 02/20/07 | 3.90 | TO CHICAGO FROM DETROIT (3.9). |
| BUTLER, JR. J | 02/25/07 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 02/26/07 | 3.50 | TO NEW YORK FROM DETROIT (3.5). |
| BUTLER, JR. J | 02/27/07 | 2.80 | TO DETROIT FROM NEW YORK (2.8). |
| BUTLER, JR. J | 02/28/07 | 4.80 | TO CHICAGO FROM DETROIT (4.8). |
| | | **60.90** | |
| COCHRAN EL | 02/27/07 | 3.80 | TO TROY FROM NEW YORK (3.8). |
| COCHRAN EL | 02/28/07 | 5.50 | TO NEW YORK FROM TROY (5.5). |
| | | **9.30** | |
| HOGAN III AL | 02/21/07 | 2.50 | TO TROY FROM CHICAGO (2.5). |
| HOGAN III AL | 02/22/07 | 2.00 | TO CHICAGO FROM TROY (2.0). |
| | | **4.50** | |
| LEFF NM | 02/05/07 | 5.50 | TO TROY FROM NEW YORK (5.5). |
| LEFF NM | 02/06/07 | 4.80 | TO NEW YORK FROM TROY (4.8). |
| | | **10.30** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| LYONS JK | 02/01/07 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 02/02/07 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| LYONS JK | 02/05/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 02/06/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| LYONS JK | 02/12/07 | 7.60 | TO TROY FROM CHICAGO (3.4); TO NEW YORK FROM TROY (4.2). |
| LYONS JK | 02/14/07 | 5.50 | TO CHICAGO FROM NEW YORK (VIA PHILADELPHIA) (5.5). |
| LYONS JK | 02/22/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 02/23/07 | 3.90 | TO CHICAGO FROM TROY (3.9. |
| LYONS JK | 02/28/07 | 5.10 | TO NEW YORK FROM CHICAGO (DELAYS) (5.1). |
| | | **42.90** | |
| PANAGAKIS GN | 02/05/07 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| PANAGAKIS GN | 02/07/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **8.80** | |
| SAGGESE NP | 02/05/07 | 3.50 | TO NEW YORK FROM LOS ANGELES (3.5). |
| SAGGESE NP | 02/07/07 | 3.90 | TO LOS ANGELES FROM NEW YORK (3.9). |
| | | **7.40** | |
| **Total Partner** | | **144.10** | |
| GASAWAY M | 02/05/07 | 4.10 | TO NEW YORK FROM LOS ANGELES (4.1). |
| | | **4.10** | |
| SENSENBRENNER EB | 02/06/07 | 7.40 | TO AND FROM NEW YORK (7.4). |
| | | **7.40** | |
| **Total Counsel** | | **11.50** | |
| BOLTON IS | 02/01/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| BOLTON IS | 02/02/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| BOLTON IS | 02/05/07 | 5.50 | TO TROY FROM CHICAGO (5.5). |
| BOLTON IS | 02/11/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **20.10** | |
| CONNORS CP | 02/22/07 | 9.30 | TO TROY FROM CHICAGO (4.5); TO CHICAGO FROM TROY (4.8). |
| | | **9.30** | |
| DIAZ LB | 02/07/07 | 5.40 | TO TROY FROM NEW YORK (5.4). |
| DIAZ LB | 02/09/07 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| DIAZ LB | 02/12/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| DIAZ LB | 02/15/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| DIAZ LB | 02/19/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| DIAZ LB | 02/20/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| DIAZ LB | 02/26/07 | 5.60 | TO NEW YORK FROM CHICAGO (5.6). |
| | | **35.20** | |
| GUZZARDO J | 02/18/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| GUZZARDO J | 02/19/07 | 4.90 | RETURN TRAVEL TO CHICAGO FROM TROY (4.9). |
| | | **9.70** | |
| HOWE EJ | 02/07/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| HOWE EJ | 02/09/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **9.70** | |
| LEDERER J. | 02/20/07 | 5.20 | TO TROY FROM NEW YORK (5.2). |
| LEDERER J. | 02/23/07 | 4.00 | TO NEW YORK FROM TROY (4.0). |
| LEDERER J. | 02/27/07 | 4.80 | TO TROY FROM NEW YORK (4.8). |
| | | **14.00** | |
| MEISLER RE | 02/02/07 | 3.90 | TO CHICAGO FROM TROY (3.9). |
| MEISLER RE | 02/06/07 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| MEISLER RE | 02/07/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| MEISLER RE | 02/14/07 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| MEISLER RE | 02/15/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| MEISLER RE | 02/19/07 | 4.00 | TO TROY FROM CHICAGO (4.0). |
| MEISLER RE | 02/21/07 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| MEISLER RE | 02/26/07 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| MEISLER RE | 02/27/07 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| | | **40.20** | |
| PERL MW | 02/02/07 | 2.30 | TO CHICAGO FROM TROY (2.3). |
| PERL MW | 02/07/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| PERL MW | 02/09/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| PERL MW | 02/19/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| PERL MW | 02/21/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| PERL MW | 02/26/07 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| | | **25.20** | |
| STUART NL | 02/06/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| STUART NL | 02/07/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| | | **9.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| VANLONKHUYZEN CE | 02/27/07 | 5.40 | TO AND FROM INDIANAPOLIS (5.4). |
| | | **5.40** | |
| WHARTON JN | 02/05/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| WHARTON JN | 02/07/07 | 5.40 | TO CHICAGO FROM TROY (5.4). |
| WHARTON JN | 02/12/07 | 8.20 | TO TROY FROM CHICAGO (4.3); TO NEW YORK FROM TROY (3.9). |
| WHARTON JN | 02/15/07 | 7.60 | TO CHICAGO FROM NEW YORK (7.6). |
| | | **25.30** | |
| **Total Associate** | | **203.90** | |
| ROSEN R | 02/11/07 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| ROSEN R | 02/15/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| | | **10.60** | |
| ZSOLDOS AF | 02/18/07 | 5.60 | TO TROY FROM NEW YORK (5.6). |
| ZSOLDOS AF | 02/19/07 | 5.40 | TO NEW YORK FROM TROY (5.4). |
| | | **11.00** | |
| **Total Legal Assistant** | | **21.60** | |
| **TOTAL TIME** | | **381.10** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | | Bill Date: 04/30/07 |
|---|---|---|---|---|
| Nonworking Travel Time | | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 03/01/07 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| BUTLER, JR. J | 03/02/07 | 4.10 | TO CHICAGO FROM DETROIT (4.1). |
| BUTLER, JR. J | 03/03/07 | 4.70 | TO DETROIT FROM CHICAGO (4.7). |
| BUTLER, JR. J | 03/06/07 | 3.90 | TO CHICAGO FROM DETROIT (3.9). |
| BUTLER, JR. J | 03/07/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| BUTLER, JR. J | 03/09/07 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| BUTLER, JR. J | 03/11/07 | 3.70 | TO DETROIT FROM CHICAGO (3.7). |
| BUTLER, JR. J | 03/12/07 | 2.30 | TO NEW YORK FROM DETROIT (2.3). |
| BUTLER, JR. J | 03/15/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| BUTLER, JR. J | 03/18/07 | 3.90 | TO DETROIT FROM CHICAGO (3.9). |
| BUTLER, JR. J | 03/19/07 | 4.40 | TO CHICAGO FROM DETROIT (4.4). |
| BUTLER, JR. J | 03/20/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| BUTLER, JR. J | 03/22/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| BUTLER, JR. J | 03/25/07 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 03/27/07 | 4.50 | TO CHICAGO FROM DETROIT (4.5). |
| | | **64.00** | |
| HIESTAND NL | 03/07/07 | 6.20 | TO MADRID FROM LONDON (6.2). |
| HIESTAND NL | 03/08/07 | 6.80 | TO LONDON FROM MADRID (6.8). |
| | | **13.00** | |
| HOGAN III AL | 03/18/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| HOGAN III AL | 03/22/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **8.00** | |
| LYONS JK | 03/01/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| LYONS JK | 03/05/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 03/06/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 03/13/07 | 4.10 | TO TROY FROM NEW YORK (4.1). |
| LYONS JK | 03/14/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| LYONS JK | 03/20/07 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| LYONS JK | 03/21/07 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| | | **31.30** | |
| **Total Partner** | | **116.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 03/19/07 | 2.50 | TO KOKOMO, INDIANA FROM LOS ANGELES (2.5). |
| RAMLO K | 03/20/07 | 3.50 | TO NEW YORK FROM KOKOMO, INDIANA (3.5). |
| RAMLO K | 03/22/07 | 6.00 | TO LOS ANGELES FROM NEW YORK (6.0). |
| RAMLO K | 03/26/07 | 0.10 | FOLLOW UP ON REVISIONS TO AGREED ORDER RESOLVING LEAD PLAINTIFFS' MOTION (0.1). |
| | | **12.10** | |
| **Total Counsel** | | **12.10** | |
| BOLTON IS | 03/25/07 | 5.50 | TO TROY FROM CHICAGO (5.5): |
| BOLTON IS | 03/30/07 | 5.00 | TO CHICAGO FROM TROY (5.0). |
| | | **10.50** | |
| CAMPANARIO ND | 03/18/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| CAMPANARIO ND | 03/22/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **9.80** | |
| CONNORS CP | 03/18/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| CONNORS CP | 03/21/07 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| CONNORS CP | 03/30/07 | 4.70 | TO SAGINAW FROM CHICAGO (2.7); TO CHICAGO FROM SAGINAW (2.0). |
| | | **14.00** | |
| DIAZ LB | 03/02/07 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| DIAZ LB | 03/07/07 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| DIAZ LB | 03/08/07 | 4.90 | TO TROY FROM NEW YORK (4.9). |
| DIAZ LB | 03/09/07 | 5.50 | TO CHICAGO FROM TROY (5.5). |
| DIAZ LB | 03/11/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| DIAZ LB | 03/14/07 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| DIAZ LB | 03/19/07 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| DIAZ LB | 03/22/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| DIAZ LB | 03/27/07 | 5.20 | TO TROY FROM CHICAGO (5.2). |
| DIAZ LB | 03/29/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| | | **50.00** | |
| GRANT K | 03/16/07 | 4.50 | TO AND FROM TROY (4.5). |
| GRANT K | 03/19/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| GRANT K | 03/22/07 | 5.80 | TO CHICAGO FROM NEW YORK (5.8). |
| | | **15.20** | |
| HOWE EJ | 03/11/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOWE EJ | 03/13/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **9.70** | |
| LEDERER J. | 03/02/07 | 4.60 | TO NY FROM TROY (4.6). |
| LEDERER J. | 03/05/07 | 5.00 | TO TROY FROM NEW YORK (5.0). |
| LEDERER J. | 03/08/07 | 4.80 | TO NY FROM TROY (4.8). |
| LEDERER J. | 03/14/07 | 4.90 | TO TROY FROM NEW YORK (4.9). |
| LEDERER J. | 03/16/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| LEDERER J. | 03/19/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LEDERER J. | 03/22/07 | 5.20 | TO NEW YORK FROM TROY (5.2). |
| | | **34.50** | |
| MACDONALD N | 03/16/07 | 6.30 | TO TROY FROM CHICAGO (3.4); TO CHICAGO FROM TROY (2.9). |
| | | **6.30** | |
| MEISLER RE | 03/07/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| MEISLER RE | 03/08/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| MEISLER RE | 03/14/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| MEISLER RE | 03/15/07 | 3.40 | TO CHICAGO FROM TROY (3.4). |
| MEISLER RE | 03/20/07 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| MEISLER RE | 03/22/07 | 2.20 | TO CHICAGO FROM NEW YORK (2.2). |
| | | **24.50** | |
| PERL MW | 03/01/07 | 5.60 | TO CHICAGO FROM TROY (5.6). |
| PERL MW | 03/07/07 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| PERL MW | 03/08/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | **14.70** | |
| STUART NL | 03/20/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| STUART NL | 03/22/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | **10.00** | |
| VAN GELDER A | 03/30/07 | 6.50 | TO SAGINAW FROM CHICAGO (3.0); TO CHICAGO FROM SAGINAW (3.5). |
| | | **6.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 03/20/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| WHARTON JN | 03/22/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| WHARTON JN | 03/28/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| WHARTON JN | 03/29/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| | | **18.40** | |
| **Total Associate** | | **224.10** | |
| DEMMA J | 03/19/07 | 5.00 | TO NEW YORK FROM CHICAGO (5.0). |
| DEMMA J | 03/22/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **10.10** | |
| **Total Legal Assistant** | | **10.10** | |
| **TOTAL TIME** | | **362.60** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | Bill Date: 05/31/07 | | |
|---|---|---|---|
| Nonworking Travel Time | | | Bill Number: 1158919 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 04/01/07 | 3.20 | TO TROY, MICHIGAN (3.2). |
| BERLIN K | 04/02/07 | 4.10 | RETURN FROM TROY, MICHIGAN (4.1). |
| | | 7.30 | |
| BUTLER, JR. J | 04/01/07 | 4.20 | TO DETROIT FROM CHICAGO (4.2). |
| BUTLER, JR. J | 04/02/07 | 2.50 | TO NEW YORK FROM DETROIT (2.5). |
| BUTLER, JR. J | 04/04/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| BUTLER, JR. J | 04/05/07 | 3.00 | TO CHICAGO FROM NEW YORK (3.0). |
| BUTLER, JR. J | 04/15/07 | 9.90 | TO NEW YORK (PENN STATION) FROM WASHINGTON, DC (UNION STATION) (2.0); TO CHICAGO FROM NEW YORK (4.2); TO DETROIT FROM CHICAGO (3.7). |
| BUTLER, JR. J | 04/16/07 | 4.50 | TO WHITE PLAINS FROM TROY (2.0); TO TROY FROM WHITE PLAINS (2.5). |
| BUTLER, JR. J | 04/17/07 | 4.80 | TO NEW YORK FROM DETROIT (4.8). |
| BUTLER, JR. J | 04/20/07 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| BUTLER, JR. J | 04/22/07 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 04/24/07 | 2.50 | TO NEW YORK FROM DETROIT (2.5). |
| BUTLER, JR. J | 04/25/07 | 3.00 | TO DETROIT FROM NEW YORK (3.0). |
| BUTLER, JR. J | 04/26/07 | 4.80 | TO CHICAGO FROM DETROIT (4.8). |
| BUTLER, JR. J | 04/29/07 | 3.50 | TO DETROIT FROM CHICAGO (3.5). |
| | | 54.20 | |
| LYONS JK | 04/10/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| LYONS JK | 04/11/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 04/12/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| LYONS JK | 04/17/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 04/18/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 04/26/07 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| LYONS JK | 04/27/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| LYONS JK | 04/30/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| | | 37.50 | |
| MEISLER RE | 04/18/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| MEISLER RE | 04/20/07 | 2.20 | TO CHICAGO FROM NEW YORK (2.2). |
| MEISLER RE | 04/30/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| | | 11.40 | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 04/23/07 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| PANAGAKIS GN | 04/25/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| PANAGAKIS GN | 04/30/07 | 3.00 | TO TROY FROM CHICAGO (3.0). |
| | | **11.80** | |
| **Total Partner** | | **122.20** | |
| BOLTON IS | 04/01/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| BOLTON IS | 04/05/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| BOLTON IS | 04/09/07 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| BOLTON IS | 04/12/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| BOLTON IS | 04/24/07 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| BOLTON IS | 04/29/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | **28.10** | |
| DIAZ LB | 04/01/07 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| DIAZ LB | 04/04/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| DIAZ LB | 04/12/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| DIAZ LB | 04/13/07 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| DIAZ LB | 04/18/07 | 5.60 | TO NEW YORK FROM CHICAGO (5.6). |
| DIAZ LB | 04/20/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| DIAZ LB | 04/22/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| DIAZ LB | 04/25/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| | | **39.30** | |
| FERN BM | 04/19/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| FERN BM | 04/20/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **9.80** | |
| GARTNER M | 04/16/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| GARTNER M | 04/19/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| | | **8.70** | |
| HILL LF | 04/18/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| HILL LF | 04/20/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **10.40** | |
| HOWE EJ | 04/22/07 | 5.50 | TO TROY FROM CHICAGO (5.5). |
| HOWE EJ | 04/26/07 | 5.30 | TO CHICAGO FROM TROY (5.3). |
| | | **10.80** | |
| LEDERER J. | 04/04/07 | 4.80 | TO TROY FROM NEW YORK (4.8). |
| LEDERER J. | 04/06/07 | 5.00 | TO NEW YORK FROM TROY (5.0). |

B43E

| | | | |
|---|---|---|---|
| LEDERER J. | 04/16/07 | 4.80 | TO TROY FROM NEW YORK (4.8). |
| LEDERER J. | 04/20/07 | 5.10 | TO NEW YORK FROM TROY (5.1). |
| | | **19.70** | |
| PERL MW | 04/17/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| PERL MW | 04/19/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| PERL MW | 04/23/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| PERL MW | 04/25/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **18.30** | |
| PLATT SJ | 04/26/07 | 2.80 | TO NEW YORK FROM CHICAGO (2.8). |
| PLATT SJ | 04/27/07 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| | | **7.00** | |
| STUART NL | 04/23/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| STUART NL | 04/26/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| STUART NL | 04/30/07 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| | | **12.40** | |
| WHARTON JN | 04/01/07 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| WHARTON JN | 04/02/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| WHARTON JN | 04/19/07 | 5.70 | TO NEW YORK FROM CHICAGO (5.2). |
| WHARTON JN | 04/20/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| WHARTON JN | 04/23/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| WHARTON JN | 04/25/07 | 5.40 | TO CHICAGO FROM TROY (5.4). |
| WHARTON JN | 04/30/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| | | **33.10** | |
| **Total Associate** | | 197.60 | |
| **TOTAL TIME** | | <u>319.80</u> | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Nonworking Travel Time  
Bill Date: 06/30/07  
Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 05/02/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| BUTLER, JR. J | 05/06/07 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| BUTLER, JR. J | 05/08/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| BUTLER, JR. J | 05/13/07 | 3.70 | TO TROY FROM CHICAGO (3.7). |
| BUTLER, JR. J | 05/15/07 | 6.50 | TO NEW YORK FROM TROY (3.0); TO TROY FROM NEW YORK (3.5). |
| BUTLER, JR. J | 05/16/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| BUTLER, JR. J | 05/20/07 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| BUTLER, JR. J | 05/22/07 | 4.50 | TO NEW YORK FROM TROY (4.5). |
| BUTLER, JR. J | 05/25/07 | 3.90 | TO NEW YORK FROM TROY (3.9). |
| BUTLER, JR. J | 05/28/07 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 05/30/07 | 3.70 | TO NEW YORK FROM DETROIT (3.7). |
| BUTLER, JR. J | 05/31/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
|  |  | **54.00** |  |
| COCHRAN EL | 05/21/07 | 3.80 | TO TROY FROM NEW YORK (3.8). |
| COCHRAN EL | 05/22/07 | 4.00 | TO NEW YORK FROM TROY (4.0). |
|  |  | **7.80** |  |
| HOGAN III AL | 05/14/07 | 3.00 | TO NEW YORK FROM CHICAGO (3.0). |
| HOGAN III AL | 05/15/07 | 2.40 | TO CHICAGO FROM NEW YORK (2.4). |
| HOGAN III AL | 05/24/07 | 3.00 | TO NEW YORK FROM CHICAGO (3.0). |
| HOGAN III AL | 05/25/07 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
|  |  | **12.20** |  |
| LYONS JK | 05/01/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| LYONS JK | 05/07/07 | 7.90 | TO TROY FROM CHICAGO (3.8); TO CHICAGO FROM TROY (4.1). |
| LYONS JK | 05/09/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| LYONS JK | 05/10/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| LYONS JK | 05/21/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 05/22/07 | 3.90 | TO CHICAGO FROM TROY (3.9). |
|  |  | **29.20** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 05/03/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| MEISLER RE | 05/07/07 | 3.00 | TO TROY FROM CHICAGO (3.0). |
| MEISLER RE | 05/09/07 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| MEISLER RE | 05/13/07 | 3.40 | TO TROY FROM CHICAGO (3.4). |
| MEISLER RE | 05/15/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| MEISLER RE | 05/23/07 | 3.70 | TO NEW YORK FROM CHICAGO (3.7). |
| MEISLER RE | 05/24/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| MEISLER RE | 05/29/07 | 3.60 | TO NEW YORK FROM CHICAGO (3.6). |
| MEISLER RE | 05/31/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **35.50** | |
| PANAGAKIS GN | 05/01/07 | 3.30 | TO CHICAGO FROM TROY (3.3). |
| PANAGAKIS GN | 05/06/07 | 3.20 | TO TROY FROM CHICAGO (3.2). |
| PANAGAKIS GN | 05/07/07 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| PANAGAKIS GN | 05/13/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| PANAGAKIS GN | 05/14/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| PANAGAKIS GN | 05/22/07 | 6.60 | TO DETROIT FROM CHICAGO (2.8); TO CHICAGO FROM DETROIT (3.8). |
| | | **25.10** | |
| **Total Partner** | | **163.80** | |
| MACDONALD N | 05/06/07 | 3.50 | TO NEW YORK CITY FROM CHICAGO (3.5). |
| MACDONALD N | 05/07/07 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| | | **7.00** | |
| **Total Counsel** | | **7.00** | |
| BOLTON IS | 05/06/07 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| BOLTON IS | 05/09/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| BOLTON IS | 05/12/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| BOLTON IS | 05/14/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **20.00** | |
| DIAZ LB | 05/02/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| DIAZ LB | 05/03/07 | 4.90 | TO CHICAGO FROM DETROIT (4.9). |
| DIAZ LB | 05/09/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| DIAZ LB | 05/10/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| DIAZ LB | 05/14/07 | 5.20 | TO TROY FROM CHICAGO (5.2). |
| DIAZ LB | 05/18/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| DIAZ LB | 05/21/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| DIAZ LB | 05/23/07 | 5.10 | TO NY FROM TROY (5.1). |
| DIAZ LB | 05/24/07 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| DIAZ LB | 05/29/07 | 5.20 | TO NY FROM CHICAGO (5.2). |
| | | **48.70** | |
| FERN BM | 05/30/07 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| FERN BM | 05/31/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **8.70** | |
| GRANT K | 05/06/07 | 4.00 | TO TROY FROM CHICAGO (4.0). |
| GRANT K | 05/07/07 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| GRANT K | 05/13/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| GRANT K | 05/14/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| | | **16.10** | |
| HOWE EJ | 05/15/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| HOWE EJ | 05/17/07 | 5.20 | TO CHICAGO FROM TROY (5.2). |
| | | **9.70** | |
| STUART NL | 05/01/07 | 3.50 | TO CHICAGO FROM TROY (3.5). |
| STUART NL | 05/13/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| STUART NL | 05/14/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | **12.50** | |
| WHARTON JN | 05/02/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| WHARTON JN | 05/07/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| WHARTON JN | 05/08/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| WHARTON JN | 05/14/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| WHARTON JN | 05/16/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| WHARTON JN | 05/22/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| WHARTON JN | 05/23/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| WHARTON JN | 05/29/07 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| | | **36.30** | |
| **Total Associate** | | **152.00** | |
| DONNELLY NP | 05/06/07 | 4.90 | TO TROY FROM NEW YORK (4.9). |
| DONNELLY NP | 05/09/07 | 5.40 | TO NEW YORK FROM TROY (5.4). |
| | | **10.30** | |
| **Total Legal Assistant** | | **10.30** | |
| **TOTAL TIME** | | <u>**333.10**</u> | |