SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
      In re                              :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05–44481 (RDD)
                                         :
               Debtors.                  :    (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

EXHIBIT D-11
EMPLOYEE MATTERS (GENERAL)
483.0 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/01/07 | 0.90 | PREPARE FOR (0.2) AND ATTEND (0.5) MEETING WITH R. O'NEAL AT COMPANY IN TROY RE: EMPLOYEE MATTERS; REVIEW EMAIL FROM C. NAYLOR RE: EMPLOYEE MATTERS (0.2). |
| BUTLER, JR. J | 02/02/07 | 0.40 | CONTINUE TO REVIEW MATERIALS FOR 2007 AIP PROGRAM (0.2); EMAILS FROM/TO J. SHEEHAN AND R. EISENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 02/03/07 | 0.80 | CONTINUE TO REVIEW MATERIALS FOR 2007 AIP PROGRAM INCLUDING REVIEW PRESENTATION MATERIALS FROM J. SHEEHAN (0.8). |
| BUTLER, JR. J | 02/05/07 | 1.40 | PREPARE FOR (0.2) AND ATTEND (1.2) MANAGEMENT MEETINGS AT COMPANY IN TROY RE: EXECUTIVE COMPENSATION DESIGN MATTERS. |
| BUTLER, JR. J | 02/13/07 | 0.80 | REVIEW REVISED WATSON WYATT REPORT RE: EXECUTIVE COMPENSATION PROGRAM DESIGN (0.8). |
| BUTLER, JR. J | 02/15/07 | 0.40 | CONTINUE TO REVIEW EXECUTIVE COMPENSATION PROGRAM DESIGN INCLUDING FOLLOW-UP RE CIC MATTERS (0.4). |
| BUTLER, JR. J | 02/16/07 | 0.40 | REVIEW PRELIMINARY TRIAL PREPARATION FOR MARCH 22ND OMNIBUS HEARING ON KECP-AIP FOR FIRST HALF OF 2007 (0.4). |
| BUTLER, JR. J | 02/20/07 | 0.70 | CONTINUE TO REVIEW KECP-AIP PROGRAM FOR SECOND HALF 2006 AND FIRST HALF 2007 (0.3); EMAILS FROM/TO M. WEBER RE: SAME (0.2); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.2). |
| BUTLER, JR. J | 02/21/07 | 0.40 | FOLLOW-UP ON 2ND HALF 2006 KECP-AIP MATTERS INCLUDING CREDITORS COMMITTEE DETERMINATION RE FINAL AIP CALCULATION (0.2); EMAILS FROM J. SHEEHAN, D. ALEXANDER AND M. WEBER RE SAME (0.2). |
| BUTLER, JR. J | 02/25/07 | 0.30 | FOLLOW-UP ON 2ND HALF 2006 KECP-AIP MATTERS INCLUDING EMAILS FROM/TO J. SHEEHAN AND TO/FROM B. ROSENBERG (0.3). |
| BUTLER, JR. J | 02/26/07 | 1.40 | CONTINUE TO WORK ON 2007 1ST HALF AIP SUPPLEMENT MATTERS (0.7); MEETING WITH M. WEBER AT COMPANY IN TROY RE: CIC MATTERS AND AIP PAYMENT MATTERS (0.3); MEETING WITH D. SHERBIN AT COMPANY IN TROY RE: SAME (0.2); EMAILS TO/FROM SENIOR MANAGEMENT TEAM RE: SAME (0.2). |
| BUTLER, JR. J | 02/27/07 | 0.70 | MEET WITH R. O'NEAL IN MICHIGAN RE: EMPLOYEE MATTERS (0.7). |

**8.60**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 02/14/07 | 2.60 | TELECONFERENCE WITH D. ALEXANDER RE: AIP FILING (0.5); REVIEW PRIOR AIP PLEADINGS AND RULINGS, AND OUTLINE STRATEGY WITH RESPECT TO SUPPLEMENTAL FILING (2.1). |
| HOGAN III AL | 02/15/07 | 2.90 | FOLLOW-UP TELECONFERENCE WITH D. ALEXANDER E: AIP PREPARATION (0.6); CONTINUE REVIEW OF AIP PAPERS AND PLANNING STRATEGY FOR NEXT AIP FILING (2.3). |
| HOGAN III AL | 02/16/07 | 0.80 | CONTINUE WORK ON FRAMEWORK FOR AIP PLEADINGS AND WITNESSES (0.8). |
| HOGAN III AL | 02/26/07 | 3.30 | ANALYZE COMPENSATION MATERIALS AND COMPANY DISCLOSURES IN LIGHT OF PLANNED AIP FILINGS (0.6); EDIT AND REVISE DRAFT AIP PAPERS (2.7). |
| HOGAN III AL | 02/27/07 | 1.40 | WORK ON AIP PLEADINGS, AND TELECONFERENCE WITH J. SHEEHAN IN CONNECTION WITH SAME (1.4). |
| HOGAN III AL | 02/28/07 | 4.00 | REVIEW AND EDIT DRAFT AIP PLEADINGS (2.8); TELECONFERENCES WITH J. SHEEHAN, D. ALEXANDER, AND M. WEBER RE: SAME (1.2). |
| | | **15.00** | |
| LEFF NM | 02/02/07 | 1.10 | REVIEW CIC DEFINITION AND 10-K (1.1). |
| LEFF NM | 02/06/07 | 2.70 | COMPENSATION COMMITTEE MEETING (2.7). |
| LEFF NM | 02/08/07 | 0.40 | REVIEW POTENTIAL RSU ISSUE (0.4). |
| LEFF NM | 02/09/07 | 1.80 | TELECONFERENCE RE: GM TAX ISSUE AND STATUS OF RSU'S (1.8). |
| LEFF NM | 02/11/07 | 1.40 | PREPARE FOR COMPENSATION COMMITTEE MEETING TOMORROW (1.4). |
| LEFF NM | 02/12/07 | 2.80 | COMPENSATION COMMITTEE MEETING; TELECONFERENCE WITH BUBNOVICH (2.8). |
| LEFF NM | 02/14/07 | 1.50 | REVIEW UPDATED WATSON WYATT. REPORT AND CD&A (1.5). |
| LEFF NM | 02/15/07 | 2.70 | REVIEW DISCLOSURES; TELECONFERENCE WITH D. ALEXANDER (2.7). |
| LEFF NM | 02/16/07 | 2.10 | REVISIONS TO EMPLOYMENT AND CIC AGREEMENTS (2.1). |
| | | **16.50** | |
| **Total Partner** | | **40.10** | |
| MATZ TJ | 02/21/07 | 1.60 | CONSIDER '07 AIP MOTION MATERIALS (0.6); REVIEW AIP MATERIALS FOR FIRST HALF OF '07 AIP MOTION (0.8); TELECONFERENCE WITH L. PETERSEN RE: SAME (0.2). |
| MATZ TJ | 02/22/07 | 0.30 | TELECONFERENCE WITH L. PETERSEN RE: AIP MOTION IN MARCH (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 02/27/07 | 0.20 | TELECONFERENCE WITH L. PETERSEN RE: AIP (0.2). |
| MATZ TJ | 02/28/07 | 0.40 | CONSIDER AIP MATTER (0.4). |
| | | 2.50 | |
| **Total Counsel** | | **2.50** | |
| CAMPANARIO ND | 02/08/07 | 3.70 | UPDATE LEGAL RESERACH RE: EMERGENCE INCENTIVE COMPENSATION FOR KEY EMPLOYEES (3.7). |
| CAMPANARIO ND | 02/09/07 | 1.90 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE COMPENSATION TO KEY EMPLOYEES (1.9). |
| CAMPANARIO ND | 02/14/07 | 4.00 | REVIEW TRANSCRIPTS OF FEBRUARY 2006 AND JULY 2006 HEARINGS ON KECP MOTION (2.3); UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE COMPENSATION FOR KEY EMPLOYEES (1.7). |
| CAMPANARIO ND | 02/15/07 | 5.60 | FORMULATE STRATEGY RE: SECOND SUPPLEMENT TO KECP MOTION (1.0) AND PREPARE OUTLINE OF SAME (2.1); LEGAL RESEARCH RE: SAME (2.5). |
| CAMPANARIO ND | 02/16/07 | 5.70 | BEGIN DRAFTING SECOND SUPPLEMENT TO KECP MOTION (3.2); LEGAL RESEARCH RE: SAME (2.5). |
| CAMPANARIO ND | 02/19/07 | 6.10 | CONTINUE DRAFTING SECOND SUPPLEMENT TO KECP MOTION (6.1). |
| CAMPANARIO ND | 02/20/07 | 2.80 | CONTINUE DRAFTING SECOND SUPPLEMENT TO KECP MOTION (2.7); TELECONFERENCE WITH D. ALEXANDER RE: SAME (0.1). |
| CAMPANARIO ND | 02/21/07 | 8.10 | COMPLETE DRAFTING SECOND SUPPLEMENTL TO KECP MOTION (6.3); BEGIN DRAFTING DECLARATION IN SUPPORT OF SAME (1.8). |
| CAMPANARIO ND | 02/22/07 | 8.30 | COMPLETE DRAFTING DECLARATION IN SUPPORT OF SECOND SUPPLEMENT TO KECP MOTION (8.3). |
| CAMPANARIO ND | 02/23/07 | 1.10 | REVISE SECOND SUPPLEMENT TO KECP MOTION (0.4) AND DECLARATION IN SUPPORT OF SAME (0.2); PREPARE DRAFT LIST OF EXHIBITS (0.5). |
| | | 47.30 | |
| FERN BM | 02/01/07 | 0.20 | REVIEW LETTER TO COURT RE: KECP (0.2). |
| FERN BM | 02/07/07 | 0.80 | DRAFT SCRIPT RE: KECP FOR FEBRUARY OMNIBUS HEARING (0.6); REVISE KECP SCRIPT AS PER DISCUSSIONS WITH D. ALEXANDER (0.2). |
| FERN BM | 02/08/07 | 0.50 | REVIEW AND REVISE SCRIPT FOR KECP MOTION (0.5). |
| FERN BM | 02/09/07 | 0.30 | REVIEW ISSUES RE: TIMING OF SUPPLEMENTAL AIP (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 02/14/07 | 1.30 | REVIEW UPDATE RE: SUPPLEMENTAL AIP (0.2); FORMULATE STRATEGY RE: SECOND SUPPLEMENTAL AIP (0.5); ADDITIONAL ATTENTION TO ISSUES RE: SUPPLEMENTAL AIP (0.6). |
|---|---|---|---|
| FERN BM | 02/15/07 | 5.50 | REVIEW AND ANALYZE DOCUMENTS RE: SECTOR REALIGNMENTS (0.8); REVIEW ISSUES RE: PLEADINGS RELATED TO SUPPLEMENTAL AIP (0.5); FORMULATE STRATEGY RE: KECP EMERGENCE (0.4); DRAFT BUBNOVICH DECLARATION RE: SUPPLEMENTAL AIP (3.8). |
| FERN BM | 02/16/07 | 5.40 | CONTINUE DRAFTING BUBNOVICH DECLARATION (2.6); BEGIN DRAFTING DECLARATION FOR COMPENSATION COMMITTEE MEMBER (2.8). |
| FERN BM | 02/17/07 | 0.20 | REVIEW PROPOSED PAYOUT CURVES FOR SUPPLEMENTAL AIP (0.2). |
| FERN BM | 02/19/07 | 2.20 | UPDATE BUBNOVICH DECLARATION (1.1); REVIEW PROPOSED ORDER FOR SUPPLEMENTAL AIP (0.4); EMAIL TO N. BUBNOVICH RE: DRAFT DECLARATION (0.2); ATTENTION TO ISSUES RE: AIP FOR 1H 2007 (0.5). |
| FERN BM | 02/20/07 | 0.40 | ATTENTION TO ISSUES RE: SEEKING AUTHORITY FOR AIP (0.4). |
| FERN BM | 02/21/07 | 1.20 | ATTENTION TO ISSUES RE: AIP FOR 1H 2007 (0.3); REVIEW PLEADINGS RE: DURA'S INCENTIVE COMPENSATION PLAN (0.3); REVIEW AND REVISE DECLARATIONS IN SUPPORT OF AIP (0.6). |
| FERN BM | 02/22/07 | 2.60 | REVIEW AND REVISE 10-K LANGUAGE RE: AIP (0.3); FORMULATE STRATEGY RE: AIP (0.4); ATTENTION TO ISSUES RE: TARGETS FOR 1H 2007 AIP (0.6); REVIEW SUPPLEMENT TO AIP AND ANALYZED ISSUES RE: SAME (1.3). |
| FERN BM | 02/23/07 | 3.80 | ADDITIONAL COMMENTS TO 10-K RE: AIP (0.3); TELECONFERENCE WITH N. BUBNOVICH RE: DECLARATION (0.2); REVISE BUBNOVICH DECLARATION (0.6); FORMULATE STRATEGY RE: 2007 AIP (1.0); REVISE PLEADINGS RE: 2007 AIP (1.7). |
| FERN BM | 02/24/07 | 0.30 | EMAILS TO/FROM J. SHEEHAN RE: AIP (0.3). |
| FERN BM | 02/26/07 | 5.80 | FORMULATE STRATEGY RE: 2007 AIP (0.5); REVISE SHEEHAN DECLARATION (1.2); REVISE C. NAYLOR DECLARATION (1.8); ADDITIONAL REVISIONS TO NAYLOR DECLARATION (1.1); REVISE BUBNOVICH DECLARATION (0.5); REVIEW AND REVISE SHEEHAN AND NAYLOR DECLARATIONS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 02/27/07 | 7.20 | FORMULATE STRATEGY RE: 1H 2007 AIP (0.5); REVISE SHEEHAN DECLARATION (0.3); EMAIL TO J. SHEEHAN RE: AIP (0.2); ATTENTION TO ISSUES RE: COMPENSATION OPPORTUNITIES UNDER AIP (0.5); ATTENTION TO ISSUES RE: SERVICE OF PLEADINGS FOR AIP (0.5); TELECONFERENCE WITH J. SHEEHAN RE: AIP (0.5); REVIEW DOCUMENTS RE: DEVELOPMENT OF BUSINESS PLAN (0.6); REVISE SHEEHAN DECLARATION (2.1); ATTENTION TO ISSUES RE: TERMS OF AIP (0.8); REVISE OTHER PLEADINGS RE: AIP (1.2). |
| FERN BM | 02/28/07 | 7.20 | ATTENTION TO PLEADINGS RE: 1H 2007 AIP (1.3); FORMULATE STRATEGY RE: SERVICE OF AIP (0.5); REVISE PLEADINGS FOR AIP (3.8); REVIEW SUMMARY OF PRELIMINARY BUSINESS PLAN (0.9); DRAFT PRESENTATION SLIDES RE: KECP (0.7). |
| | | **44.90** | |
| SCHOHN E | 02/12/07 | 2.00 | PARTICIPATE IN COMPENSATION COMMITTEE CALL RE: COMPENSATION PROGRAM AND POLICIES (2.0). |
| SCHOHN E | 02/14/07 | 1.30 | REVIEW AND COMMENT ON CD&A (1.3). |
| SCHOHN E | 02/15/07 | 1.20 | REVIEW PROXY (1.2). |
| SCHOHN E | 02/19/07 | 1.60 | PARTICIPATE IN COMPENSATION COMMITTEE MEETING RE: CD&A (1.6). |
| SCHOHN E | 02/20/07 | 1.20 | AMEND SEVERANCE AND CIC AGREEMENTS PER COMPENSATION COMMITTEE INSTRUCTIONS (1.2). |
| SCHOHN E | 02/21/07 | 1.10 | REVIEW CD&A (0.8); REVISE SEVERANCE AND CIC AGREEMENTS (0.3). |
| | | **8.40** | |
| **Total Associate** | | **100.60** | |
| ~~CHAVALI A~~ | ~~02/21/07~~ | ~~0.50~~ | ~~SEARCH FOR KECP PRECEDENT MOTIONS (0.5).~~ |
| ~~CHAVALI A~~ | ~~02/23/07~~ | ~~0.80~~ | ~~PRECEDENT RESEARCH FOR KECP MOTION (0.8).~~ |
| ~~CHAVALI A~~ | ~~02/27/07~~ | ~~0.30~~ | ~~DISTRIBUTE DECLARATION FOR AIP FILING (0.3).~~ |
| | | ~~1.60~~ | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 02/27/07 | 1.10 | COMPILE, REVIEW 6/29 KECP SUPPLEMENT SERVICE LISTS, DOCUMENTS' SERVICE PROCEDURES WITH E. GERSHBEIN, KCC IN PREPARATION FOR UPCOMING FILING (0.9); REVIEW SAME WITH TEAM ATTORNEY (0.2). |
| ROSEN R | 02/28/07 | 0.90 | REVIEW SERVICE LISTS, DOCUMENTS' SERVICE PROCEDURES RE: UPCOMING KECP SUPPLEMENT FILING WITH E. GERSHBEIN, KCC (0.9). |
| | | 2.00 | |
| **Total Legal Assistant** | | 3.60 | |
| **TOTAL TIME** | | **146.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/05/07 | Leff NM | 1,074.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,074.00** |
| In-house Reproduction | 02/09/07 | Copy Center, D | 25.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$25.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 1.04 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 2.94 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.12 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 1.79 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Westlaw | 02/14/07 | Campanario ND | 67.40 |
| Westlaw | 02/15/07 | Campanario ND | 202.18 |
| Westlaw | 02/16/07 | Campanario ND | 269.56 |
| Westlaw | 02/19/07 | Campanario ND | 50.86 |
| | | **TOTAL WESTLAW** | **$590.00** |
| Reproduction - color | 02/24/07 | Copy Center, D | 49.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$49.00** |
| Air/Rail Travel (external) | 01/28/07 | Butler, Jr. J | 230.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$230.00** |
| Out-of-Town Travel | 01/28/07 | Butler, Jr. J | 10.51 |
| Out-of-Town Travel | 01/28/07 | Butler, Jr. J | 95.28 |
| Out-of-Town Travel | 01/28/07 | Butler, Jr. J | 220.04 |
| Out-of-Town Travel | 02/05/07 | Leff NM | 92.09 |
| Out-of-Town Travel | 02/06/07 | Leff NM | 80.08 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$498.00** |
| Messengers/ Courier | 02/25/07 | Arrow Messenger Svc | 46.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$46.00** |
| Out-of-Town Meals | 01/28/07 | Butler, Jr. J | 21.01 |
| Out-of-Town Meals | 02/05/07 | Leff NM | 34.06 |
| Out-of-Town Meals | 02/05/07 | Leff NM | 202.39 |
| Out-of-Town Meals | 02/05/07 | Leff NM | 6.26 |
| Out-of-Town Meals | 02/06/07 | Leff NM | 26.19 |
| Out-of-Town Meals | 02/06/07 | Leff NM | 17.09 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$307.00** |
| | | **TOTAL MATTER** | **$2,825.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              Bill Date: 04/30/07
**Employee Matters (General)**                            Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/01/07 | 0.70 | CONTINUE TO WORK ON 2007 1ST HALF AIP SUPPLEMENT MATTERS INCLUDING EMAILS FROM/TO J. SHEEHAN AND D. SHERBIN (0.3); REVIEW AIP PLEADINGS (0.4). |
| BUTLER, JR. J | 03/02/07 | 2.60 | CONTINUE TO WORK ON 2007 1ST HALF AIP SUPPLEMENT MATTERS (0.9); CONFERENCE WITH J. SHEEHAN IN TROY (0.2) AND EMAIL TO B. ROSENBERG RE: TIMETABLE (0.1); EMAIL FROM/TO M. BROUDE RE: SAME (0.1); PREPARE FOR AND ATTEND MEETING WITH M. WEBER AND K. BUTLER AT COMPANY IN TROY RE: EXECUTIVE COMPENSATION DESIGN MATTERS (0.8); TELECONFERENCE WITH C. NAYLOR RE: SAME (0.2); REVIEW COMPENSATION MATERIALS FROM N. BUBNOVICH (0.3). |
| BUTLER, JR. J | 03/06/07 | 0.40 | CONTINUE TO WORK ON 2007 1ST HALF AIP SUPPLEMENT MATTERS INCLUDING EMAILS FROM/TO A. LEONHARD (0.2); REVIEW MARCH 22ND WITNESS MATTERS INCLUDING EMAILS FROM/TO M. WEBER (0.2). |
| BUTLER, JR. J | 03/07/07 | 0.40 | CONTINUE TO WORK ON EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS INCLUDING EMAILS FROM/TO D. SHERBIN (0.2); REVISE FINAL VERSION OF COMPENSATION DESIGN PHILOSOPHY STATEMENT (0.2). |
| BUTLER, JR. J | 03/08/07 | 0.20 | CONTINUE TO WORK ON 1ST HALF 2007 KECP-AIP MATTERS INCLUDING REVIEW OF NEGOTIATED CURVES AND RELATED MATTERS (0.2). |
| BUTLER, JR. J | 03/09/07 | 0.60 | CONTINUE TO WORK ON 1ST HALF 2007 KECP-AIP MATTERS INCLUDING REVIEW PLEADINGS (0.4) AND EMAILS FROM/TO J. SHEEHAN (0.2). |
| BUTLER, JR. J | 03/12/07 | 0.70 | FINALIZE 1ST HALF 2007 KECP-AIP MATTERS INCLUDING AGREEMENT WITH CREDITORS' COMMITTEE AND FINAL PLEADINGS (0.5); CONFERENCES WITH J. SHEEHAN AND S. CORCORAN AT COMPANY RE: SAME (0.2). |
| BUTLER, JR. J | 03/16/07 | 0.60 | BEGIN TO PREPARE FOR MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING TECHNICAL CORRECTION REQUIRED TO PAYOUT CURVE TABLES (0.4); EMAIL FROM/TO D. SHERBIN AND J. ENGLAR RE: CHANGE IN CONTROL AGREEMENT PROVISION (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 03/21/07 | 3.90 | CONTINUE TO PREPARE FOR MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING REVIEW AND FINALIZE OMNIBUS REPLY (1.6); WITNESS PREPARATION (0.8); REVIEW AND FINALIZE JOINT EXHIBITS (0.4); AND GENERAL TRIAL PREPARATION (1.1). |
| BUTLER, JR. J | 03/22/07 | 3.20 | PREPARE FOR (1.3) AND ATTEND (1.9) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION. |
| BUTLER, JR. J | 03/24/07 | 0.30 | FOLLOW-UP ON MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING REVIEW OF PROPOSED ORDER (0.3). |
| BUTLER, JR. J | 03/25/07 | 0.60 | FOLLOW-UP ON MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING CONTINUED REVIEW AND REVISION OF SECOND SUPPLEMENTAL AIP ORDER (0.4); EMAILS TO/FROM J. SHEEHAN RE: SAME (0.2). |
| BUTLER, JR. J | 03/26/07 | 0.90 | CONTINUE TO FOLLOW-UP ON MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING REVIEW AND REVISION OF SECOND SUPPLEMENTAL AIP ORDER WITH J. SHEEHAN AT COMPANY IN TROY (0.9). |
| BUTLER, JR. J | 03/28/07 | 0.30 | CONTINUE TO FOLLOW-UP ON MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING REVIEW STAKEHOLDER COMMENTS TO DRAFT SECOND SUPPLEMENTAL AIP ORDER (0.3). |
| BUTLER, JR. J | 03/29/07 | 0.20 | FOLLOW-UP ON MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: KECP-AIP MOTION INCLUDING ENTRY OF SECOND SUPPLEMENTAL AIP ORDER (0.2). |
| | | **15.60** | |
| HOGAN III AL | 03/01/07 | 6.50 | CONTINUE WORK ON AIP FILING, MULTIPLE TELECONFERENCES WITH WITNESSES AND DELPHI PERSONNEL CONCERNING DEVELOPMENT OF PLEADINGS AND DECLARATIONS, AND REVIEW AND EDITING OF PLEADINGS (6.5). |
| HOGAN III AL | 03/02/07 | 5.20 | CONTINUE PREPARATION FOR AIP FILING AND REVIEW AND EDITING OF PAPERS, AND MULTIPLE CONFERENCES WITH DECLARANTS AND FINANCE STAFF IN CONNECTION WITH SAME (5.2). |
| HOGAN III AL | 03/08/07 | 0.30 | REVIEW AP DRAFT AND COMMUNICATE WITH COUNSEL FOR US TRUSTEE IN CONNECTION WITH SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 03/09/07 | 0.70 | EDIT AIP PAPERS, AND DISCUSSION WITH M. WEBER IN CONNECTION WITH SAME (0.7). |
| HOGAN III AL | 03/12/07 | 4.30 | FINAL REVIEW OF AIP PAPERS, AND COORDINATE FILING OF SAME, INCLUDING DISCUSSION WITH COUNSEL FOR UCC (4.3). |
| HOGAN III AL | 03/13/07 | 0.30 | ADDRESS AIP QUESTIONS CONCERNING PAYOUT CURVES (0.3). |
| HOGAN III AL | 03/14/07 | 0.20 | COMMUNICATE WITH COUNSEL FOR UCC RE: PAYOUT CURVES IN CONNECTION WITH AIP (0.2). |
| HOGAN III AL | 03/16/07 | 0.80 | ADDRESS AIP QUESTIONS AND ISSUES (0.8). |
| HOGAN III AL | 03/19/07 | 2.70 | REVIEW AIP OBJECTIONS AND PLAN FOR RESPONSE AND CONTESTED HEARING ON SAME (2.7). |
| HOGAN III AL | 03/20/07 | 3.40 | PREPARE FOR AND CONDUCT MEET AND CONFER CONFERENCE WITH RESPECT TO AIP AND UNION OBJECTIONS THERETO (1.2); REVIEW OBJECTION CHART AND FORMULATE MAIN POINTS OF REPLY, INCLUDING REVIEW OF EVIDENTIRY MATERIAL (2.2). |
| HOGAN III AL | 03/21/07 | 5.30 | FINALIZE AIP REPLY PAPERS (0.8); CONDUCT PREPARATION MEETINGS FOR AIP CONTESTED HEARING, AND FINALIZE EVIDENTIARY AND HEARING PREPARATIONS (4.5). |
| HOGAN III AL | 03/22/07 | 6.50 | ATTEND OMNIBUS HEARING IN BANKRUPTCY COURT, AND ADDRESS ISSUES CONCERNING ENTRY OF ORDERS WITH RESPECT TO AIP AND LEAD PLAINTIFF MATTERS (6.5). |
| HOGAN III AL | 03/23/07 | 0.80 | REVIEW AIP ORDER, AND TELECONFERENCE WITH J. SHEEHAN AND N. CAMPANARIO IN CONNECTION WITH SAME (0.8). |
| HOGAN III AL | 03/26/07 | 0.80 | ADDRESS ISSUES WITH RESPECT TO PROPOSED AIP ORDER (0.8). |
| HOGAN III AL | 03/27/07 | 0.30 | DISCUSSION WITH CLIENT REGARDING AIP ORDER AND POTENTIAL RESOLUTION OF SAME (0.3). |
| HOGAN III AL | 03/28/07 | 0.80 | COMMUNICATE WITH COUNSEL FOR CREDITORS COMMITTEE AND UNIONS CONCERNING AIP ORDER, AND UPDATE CLIENT WITH RESPECT TO SAME (0.8). |
| HOGAN III AL | 03/29/07 | 0.40 | FINALIZE AIP ORDER AND ENTRY OF SAME (0.4). |

**39.30**

B43E

Sᴋᴀᴅᴅᴇɴ, Aʀᴘꜱ, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ ʟʟᴘ ᴀɴᴅ ᴀꜰꜰɪʟɪᴀᴛᴇꜱ

| LEFF NM | 03/06/07 | 2.50 | COMP. COMM. CONFERENCE CALL; REVIEW EMPLOYMENT AGREEMENT AND CIC AGREEMENT (2.5). |
|---------|----------|------|------|
| LEFF NM | 03/07/07 | 0.40 | TELECONFERENCE WITH M. WEBER RE: REVISIONS TO EMPLOYMENT K AND CIC AGREEMENT (0.4). |
| LEFF NM | 03/08/07 | 1.70 | FINALIZE REVISED EMPLOYMENT AND CIC AGREEMENTS (1.7). |
| LEFF NM | 03/14/07 | 0.80 | SERP/409A ISSUES WITH N. BUBNOVITCH (0.8). |
| LEFF NM | 03/16/07 | 1.20 | REVIEW COMMENTS RE: EMPLOYMENT AND CIC AGREEMENTS AND SERP (1.2). |
| LEFF NM | 03/19/07 | 1.60 | REVISIONS TO EMPLOYMENT AND CIC AGREEMENTS (1.6). |
| LEFF NM | 03/20/07 | 0.20 | DISTRIBUTION OF REVISED AGREEMENTS (0.2). |
| LEFF NM | 03/25/07 | 1.50 | REVIEW MATERIALS FOR COMPENSATION COMMITTEE MEETING AND REVISED EMPLOYMENT AND CIC AGREEMENTS (1.5). |
| | | **9.90** | |
| MARAFIOTI KA | 03/01/07 | 1.90 | REVIEW AND REVISE SECOND SUPPLEMENT TO AIP MOTION (0.7), SUPPORTING DECLARATION OF J. SHEEHAN (0.4), BUBNOVICH SUPPORTING DECLARATION (0.4), AND NAYLOR SUPPORTING DECLARATION (0.4). |
| MARAFIOTI KA | 03/02/07 | 0.60 | FINAL REVIEW OF AIP MOTION (0.3) AND SHEEHAN, BUBNOVICH, AND NAYLOR DECLARATIONS (0.3). |
| MARAFIOTI KA | 03/07/07 | 0.10 | REVIEW CORRESPONDENCE RE: AIP (0.1). |
| MARAFIOTI KA | 03/20/07 | 0.10 | REVIEW UAW OBJECTION TO AIP MOTION (0.1). |
| MARAFIOTI KA | 03/21/07 | 0.20 | REVIEW OMNIBUS REPLY TO AIP MOTION (0.2). |
| MARAFIOTI KA | 03/22/07 | 0.10 | CORRESPONDENCE RE: AIP ORDER (0.1). |
| MARAFIOTI KA | 03/28/07 | 0.10 | UPDATE RE: STATUS OF AIP ORDER (0.1). |
| | | **3.10** | |
| **Total Partner** | | **67.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 03/02/07 | 0.80 | CONSIDER VARIOUS AIP MOTION MATTERS AND CORRESPONDENCE WITH UNSECURED CREDITORS COMMITTEE RE: SAME (0.8). |
|---------|----------|------|------|
| MATZ TJ | 03/12/07 | 0.50 | REVIEW '07 AIP FILING AND FILING MATTERS (0.5). |
| MATZ TJ | 03/16/07 | 2.00 | TELECONFERENCE WITH U.S. TRUSTEE RE: KECP SUPPLEMENTAL, DECLARATIONS (0.4); FORWARDING SAME TO U.S. TRUSTEE (0.2); TELECONFERENCE WITH B. CECOTTI RE: KECP SUPPLEMENTAL DECLARATIONS (0.2); CORRESPONDENCE WITH B. CECOTTI RE: SAME (0.3); FORWARD SAME TO B. CECOTTI (0.1); FURTHER TELECONFERENCE WITH B. CECOTTI RE: SAME (0.3); FURTHER CORRESPONDENCE WITH B. CECOTTI RE: SAME (0.3); FOLLOW UP TELECONFERENCE WITH B. CECOTTI RE: KECP SUPPLEMENTAL DECLARATION (0.2). |
| MATZ TJ | 03/20/07 | 0.70 | TELECONFERENCE WITH U.S. TRUSTEE KECP MOTION FOR 3/22 HEARING (0.2); REVIEW KECP OBJECTIONS FROM UNIONS (0.3); FURTHER TELECONFERENCE WITH U.S. TRUSTEE RE: SAME (0.2). |
| MATZ TJ | 03/28/07 | 0.20 | FOLLOW UP WITH D. GANITSKY RE: AIP ORDER (0.1); REVIEW VOICEMAIL MESSAGE FROM LOEB RE: SAME (0.1). |
| MATZ TJ | 03/29/07 | 1.90 | TELECONFERENCE WITH T. RIEDEL (OMBUCKMAN) RE: J. SPIALEK (0.5); CORRESPONDENCE TO B. SAX RE: SAME (0.2); TELECONFERENCE WITH B. SAX RE: SAME (0.1); FOLLOW UP TELECONFERENCE WITH T. RIEDEL RE: SAME (0.3) REVIEW FINAL VERSION OF 3/22 AIP ORDER AND REVISIONS (0.3); FORWARD TO CHAMBERS (0.2); TELECONFERENCE WITH CHAMBERS RE: AIP ORDER REVISIONS (0.2); TELECONFERENCE WITH A. HOGAN RE: SAME (0.1). |
| MATZ TJ | 03/30/07 | 0.20 | CORRESPONDENCE WITH J. PETERSEN RE: J. SPIALEK MATER (0.2). |
| | | 6.30 | |
| **Total Counsel** | | **6.30** | |
| CAMPANARIO ND | 03/05/07 | 3.10 | REVIEW SECOND SUPPLEMENT TO KECP MOTION AND RELATED PAPERS (3.1). |
| CAMPANARIO ND | 03/06/07 | 2.30 | REVISE SECOND SUPPLEMENT TO KECP MOTION FOR DELIVERY TO U.S. TRUSTEE (2.3). |
| CAMPANARIO ND | 03/08/07 | 3.30 | REVISE PAPERS RELATED TO SECOND SUPPLEMENT TO KECP MOTION (3.3). |
| CAMPANARIO ND | 03/09/07 | 3.80 | REVISE SECOND SUPPLEMENT TO KECP MOTION AND RELATED PAPERS (3.8). |
| CAMPANARIO ND | 03/12/07 | 1.30 | EDIT SECOND SUPPLEMENT TO KECP MOTION AND RELATED PAPERS AND PREPARE DOCUMENTS FOR FILING AND SERVICE (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 03/14/07 | 1.70 | ANALYZE CORRECTED PAYOUT CURVES RE: SECOND SUPPLEMENT TO KECP MOTION (0.6) AND PREPARE EXHIBITS FOR HEARING ON SAME (1.1). |
| CAMPANARIO ND | 03/19/07 | 10.50 | PREPARE FOR HEARING ON SECOND SUPPLEMENT TO KECP MOTION (3.6); REVIEW OBJECTIONS TO SAME (3.4); DRAFT CHART SUMMARIZING OBJECTIONS AND RESPONSES TO OBJECTIONS (3.5). |
| CAMPANARIO ND | 03/20/07 | 15.70 | PREPARE FOR AND ATTEND MEET AND CONFER WITH OBJECTORS TO SECOND SUPPLEMENT TO KECP MOTION (1.0); SELECT HEARING EXHIBITS RE: SAME (2.2); DRAFT OMNIBUS REPLY TO OBJECTIONS TO SAME (12.5). |
| CAMPANARIO ND | 03/21/07 | 9.00 | UPDATE SCRIPT FOR HEARING ON SECOND SUPPLEMENT TO KECP MOTION (0.8); REVISE OMNIBUS REPLY TO OBJECTIONS TO SAME (0.4); PREPARE WITNESSES FOR HEARING ON SAME (2.5); PREPARE FOR HEARING ON SAME (5.3). |
| CAMPANARIO ND | 03/22/07 | 6.10 | PREPARE FOR HEARING ON SECOND SUPPLEMENT TO KECP MOTION (2.4) AND ATTEND SAME (3.0); REVISE FORM OF SECOND SUPPLEMENTAL AIP ORDER (0.7). |
| CAMPANARIO ND | 03/23/07 | 0.50 | REVISE FORM OF SECOND SUPPLEMENTAL AIP ORDER (0.2); TELECONFERENCE WITH A. HOGAN, J. SHEEHAN, AND T. LEWIS RE: SAME (0.3). |
| CAMPANARIO ND | 03/26/07 | 0.20 | REVISE FORM OF SECOND SUPPLEMENTAL AIP ORDER (0.2). |
| | | 57.50 | |
| FERN BM | 03/01/07 | 10.20 | ORGANIZE DOCUMENTS RE: AIP (0.3); EMAIL TO J. SHEEHAN, D. SHERBIN, M. WEBER, AND S. CORCORAN RE: AIP (0.2); TELECONFERENCE WITH D. ALEXANDER RE: SAME (0.2); FORMULATE STRATEGY RE: AIP FOR 1H 2007 (1.9); REVISE DECLARATIONS FOR AIP FILING (4.5); TELECONFERENCE WITH M. WEBER RE: AIP (0.5); TELECONFERENCE WITH D. ALEXANDER RE: AIP (0.5); ADDITIONAL REVISIONS TO AIP PLEADINGS (1.1); CONTINUE TO REVISE PLEADINGS RE: AIP (1.0). |
| FERN BM | 03/02/07 | 8.20 | TELECONFERENCE WITH J. SHEEHAN RE: AIP (0.5); MULTIPLE EMAILS TO/FROM B. SAX RE: AIP (0.3); REVISE AIP PRESENTATION SLIDES (0.2); REVISE AIP PLEADINGS (3.7); MULTIPLE EMAILS TO/FROM D. ALEXANDER RE: AIP (0.4); TELECONFERENCE WITH T. LEWIS RE: AIP (0.2); ADDITIONAL REVISIONS TO AIP PLEADINGS (2.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM        03/09/07      5.30   REVIEW ISSUES RE: SEGMENT REPORTING
                                    (0.2); TELECONFERENCE WITH M. WEBER RE:
                                    PAYOUT CURVES (0.2); ATTENTION TO
                                    ISSUES RE: SAME (0.4); DRAFT FEE
                                    APPLICATION SUMMARY RE: EMPLOYEE
                                    MATTERS (0.6); REVIEW PAYOUT CURVES
                                    (0.2); REVIEW AND COMMENT ON REVISED AIP
                                    PLEADINGS (1.3); ATTENTION TO EXHIBITS
                                    TO AIP PLEADINGS (0.3); EMAILS TO/FROM
                                    N. BUBNOVICH RE: AIP (0.3); ADDITIONAL
                                    ATTENTION TO EXHIBITS TO AIP (0.7);
                                    TELECONFERENCE WITH D. ALEXANDER RE:
                                    STATUS OF AIP (0.2); ATTENTION TO ISSUES
                                    RE: AIP (0.9).

FERN BM        03/10/07      0.70   ATTENTION TO ISSUES RE: TERMS OF AIP FOR
                                    FIRST HALF 2007 (0.7).

FERN BM        03/11/07      0.90   EMAILS TO/FROM J. SHEEHAN RE: AIP FOR 1H
                                    2007 (0.3); REVIEW AND COMMENT ON AIP
                                    PLEADINGS (0.6).

FERN BM        03/12/07     10.80   TELECONFERENCE WITH J. SHEEHAN RE: AIP
                                    (0.3); EMAILS TO/FROM C. NAYLOR RE: AIP
                                    (0.2); TELECONFERENCE WITH D. ALEXANDER
                                    RE: STATUS OF AIP AND SERVICE (0.3);
                                    REVIEW AND REVISE AIP PLEADINGS (1.1);
                                    ATTENTION TO ISSUES IN PREPARATION FOR
                                    FILING AIP (1.3); EMAILS TO/FROM C.
                                    NAYLOR RE: AIP DECLARATION (0.4);
                                    EMAILS TO/FROM N. BUBNOVICH RE: AIP
                                    DECLARATION (0.2); REVIEW AND REVISE
                                    AIP PLEADINGS (3.1); ATTENTION TO
                                    DOCUMENTS IN PREPARATION FOR FILING AIP
                                    DOCUMENTS (2.8); ATTENTION TO ISSUES
                                    RE: AIP (0.7); EMAIL TO T. LAURIA, G.
                                    BRAY, AND OTHERS RE: AIP (0.2); EMAIL TO
                                    M. KESSLER AND J. TENNENBAUM RE: AIP
                                    (0.2).

FERN BM        03/13/07      1.10   EMAILS TO/FROM D. PETTYES RE: AIP (0.5);
                                    ATTENTION TO ISSUES RE: TERMS OF AIP
                                    (0.6).

FERN BM        03/14/07      0.60   REVIEW ISSUES RE: AIP (0.6).

FERN BM        03/15/07      3.80   DRAFT SCRIPT FOR AIP HEARING (3.8).

FERN BM        03/16/07      1.10   REVIEW ISSUES RE: HEARING ON AIP (0.3);
                                    ATTENTION TO ISSUES RE: SERVICE OF AIP
                                    DECLARATIONS (0.6); TELECONFERENCE
                                    WITH E. GERSHBEIN RE: SAME (0.2).

FERN BM        03/19/07      0.30   REVIEW OBJECTIONS TO AIP (0.3).

FERN BM        03/20/07      0.80   REVIEW AND COMMENT ON AIP OBJECTION
                                    CHART (0.2); FORMULATE STRATEGY RE: AIP
                                    EXHIBITS (0.4); EMAILS TO/FROM N.
                                    BUBNOVICH RE: AIP (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 03/21/07 | 0.50 | ATTENTION TO ISSUES RE: TERMS OF AIP ORDER (0.2); REVIEW OMNIBUS REPLY TO AIP OBJECTIONS (0.3). |
| FERN BM | 03/27/07 | 0.70 | REVIEW TRANSCRIPT FROM AIP HEARING (0.7). |
| | | **45.00** | |
| MEISLER RE | 03/19/07 | 2.60 | REVIEW PLEADINGS RE: KECP IN PREPARATION FOR 3/22 HEARING (2.3); REVIEW AND COMMENT ON SCRIPT RE: SAME (0.3). |
| MEISLER RE | 03/21/07 | 0.30 | REVIEW AND REVISE SCRIPT RE: KECP (0.3). |
| | | **2.90** | |
| SCHOHN E | 03/19/07 | 0.60 | REVISE SEVERANCE AND CIC AGREEMENTS (0.6). |
| SCHOHN E | 03/25/07 | 0.70 | REVISE EMPLOYMENT AND SEVERANCE AGREEMENTS (0.7). |
| | | **1.30** | |
| **Total Associate** | | **106.70** | |
| ~~CHAVALI A~~ | ~~03/12/07~~ | ~~1.50~~ | ~~PREPARE SPECIAL PARTIES LIST FOR KECP FILING (0.6); PREPARE DOCUMENTS FOR KECP FILING (0.7); COORDINATE SERVICE OF KECP PLEADING (0.2).~~ |
| ~~CHAVALI A~~ | ~~03/29/07~~ | ~~1.40~~ | ~~CREATE EXCERPTS OF TRANSCRIPT FROM THE KECP HEARING AND DISTRIBUTE (1.4).~~ |
| | | ~~**2.90**~~ | |
| ROSEN R | 03/01/07 | 0.20 | REVIEW SERVICE PREPARATIONS, SERVICE LISTS WITH E. GERSHBEIN, KCC RE: UPCOMING KECP SUPPLEMENT FILING (0.2). |
| ROSEN R | 03/02/07 | 0.30 | REVIEW EMAIL SERVICE PROCEDURES, REQUIREMENTS WITH E. GERSHBEIN, KCC RE: UPCOMING KECP SUPPLEMENT FILING (0.3). |
| ROSEN R | 03/09/07 | 0.30 | REVIEW SERVICE PREPARATION STATUS RE: UPCOMING SECOND SUPPLEMENT TO KECP (AIP) FILING WITH E. GERSHBEIN, KCC (0.3). |
| ROSEN R | 03/12/07 | 0.90 | COORDINATE WITH TEAM ATTORNEY, E. GERSHBEIN, KCC RE: SERVICE AND COMPLETION RE: SAME OF SECOND SUPPLEMENT TO KECP (AIP) (0.9). |
| ROSEN R | 03/16/07 | 0.60 | INVESTIGATION, RESEARCH, COMPILE FEBRUARY AND JULY 2006 KECP JOINT EXHIBIT BINDERS FOR SUBMITTAL TO TEAM ATTORNEYS FOR POTENTIAL USE RE: 3/22 KECP (AIP) HEARING MATTER (0.6). |
| | | **2.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 03/19/07 | 0.20 | COORDINATE SERVICE AND ELECTRONIC FILING PREPARATIONS FOR KECP REPLY (0.2). |
| ZSOLDOS AF | 03/20/07 | 0.60 | COORDINATE PRODUCTION (0.2) AND REVIEW DEMONSTRATIVES (0.4) FOR KECP HEARING. |
| ZSOLDOS AF | 03/21/07 | 1.60 | PREPARE AND THEN UPDATE KECP JOINT EXHIBIT BINDERS (1.6). |
| | | 2.40 | |

Total Legal Assistant          7.60

**TOTAL TIME**                    <u>188.50</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 04/30/07
Employee Matters (General)                                  Bill Number: 1156504

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/06/07 | Copy Center, D | 8.00 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 25.30 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 120.61 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 186.41 |
| In-house Reproduction | 03/21/07 | Copy Center, D | 649.45 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 321.32 |
| In-house Reproduction | 03/30/07 | Copy Center, D | 77.91 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,389.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 2.43 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 6.25 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.59 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.27 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 2.46 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$12.00** |
| Westlaw | 03/20/07 | Campanario ND | 55.00 |
| | | **TOTAL WESTLAW** | **$55.00** |
| Reproduction - color | 03/20/07 | Copy Center, D | 9.00 |
| Reproduction - color | 03/21/07 | Copy Center, D | 253.00 |
| Reproduction - color | 03/23/07 | Copy Center, D | 593.00 |
| Reproduction - color | 03/30/07 | Copy Center, D | 252.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1,107.00** |
| Air/Rail Travel (external) | 03/30/07 | Connors CP | 245.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$245.00** |
| Messengers/ Courier | 03/24/07 | Dist Serv/Mail/Page, D | 23.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$23.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Printing to paper from TIF | 03/19/07 | Copy Center, D | 0.71 |
| Printing to paper from TIF | 03/21/07 | Copy Center, D | 37.29 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$38.00** |
| | | **TOTAL MATTER** | **$2,869.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**    **Bill Date: 05/31/07**
**Employee Matters (General)**      **Bill Number: 1158919**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/02/07 | 0.30 | RECEIVE AND EVALUATE WATSON WYATT DRAFT FINAL REPORT (0.3). |
| BUTLER, JR. J | 04/04/07 | 0.40 | CONTINUE TO REVIEW WATSON WYATT DRAFT FINAL REPORT (0.2); EMAILS FROM/TO C. NAYLOR, M. WEBER AND D. SHERBIN RE NEXT STEPS (0.2). |
| BUTLER, JR. J | 04/12/07 | 0.40 | REVIEW EMAILS FROM C. NAYLOR RE: COMPENSATION COMMITTEE MATTERS RELATING TO EXECUTIVE COMPENSATION DESIGN (0.2); REVIEW CIC ISSUES (0.2). |
| BUTLER, JR. J | 04/25/07 | 0.20 | FOLLOW-UP ON EXPENSE REIMBURSEMENT AND RELATED PROTOCOL FOR SENIOR MANAGEMENT PERSONAL COUNSEL TO REVIEW COMPETITIVE PROGRAM DESIGN AND RELATED MATTERS (0.2). |
| | | **1.30** | |
| LEFF NM | 04/04/07 | 1.10 | REVISIONS TO CIC AND EMPLOYMENT AGREEMENTS. |
| LEFF NM | 04/12/07 | 0.30 | QUESTION FROM D. SHERBIN AND C. NAYLOR. |
| LEFF NM | 04/27/07 | 0.70 | REVIEW ISSUES LIST (0.7). |
| LEFF NM | 04/28/07 | 0.10 | REVIEW ISSUES LIST (0.1). |
| | | **2.20** | |
| LYONS JK | 04/10/07 | 3.30 | REVIEW OF EMPLOYEE SERP PAYMENT ISSUE WITH S. GALE AND PREPARATION FOR THE SAME INCLUDING REVIEW OF DOCUMENTS (3.3). |
| LYONS JK | 04/20/07 | 2.30 | REVIEW OF BRITISH EMPLOYEE SERP MATTER INCLUDING FIRST DAY WAGES AUTHORITY AND OTHER ISSUES (2.3). |
| | | **5.60** | |
| **Total Partner** | | **9.10** | |
| WHARTON JN | 04/02/07 | 0.50 | ANALYZE PENSION ISSUE RELATING TO FORMER EXECUTIVE (0.5). |
| WHARTON JN | 04/03/07 | 0.50 | ANALYZE ISSUE RE: SERP PAYMENTS (0.5). |
| WHARTON JN | 04/09/07 | 0.50 | ANALYZE DOCUMENTS RELATING TO SERP ISSUE (0.5). |
| WHARTON JN | 04/10/07 | 1.00 | TELECONFERENCE WITH S. GALE OF DELPHI RE: PENSION ISSUE RELATING TO FORMER EMPLOYEE (0.6) AND REVIEW DOCUMENTS RE: SAME (0.4). |
| | | **2.50** | |
| **Total Associate** | | **2.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**TOTAL TIME**                    <u>11.60</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 05/31/07**
**Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/06/07 | Copy Center, D | 118.82 |
| In-house Reproduction | 04/10/07 | Copy Center, D | 15.18 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$134.00** |
| Messengers/ Courier | 04/01/07 | Arrow Messenger Svc | 49.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$49.00** |
| | | **TOTAL MATTER** | **$183.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    Bill Date: 06/30/07
**Employee Matters (General)**                                 Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/08/07 | 0.30 | EMAILS FROM/TO K. BUTLER AND D. BODKIN RE: EMPLOYEE COMMUNICATIONS MATTERS (0.3). |
| BUTLER, JR. J | 05/12/07 | 0.20 | FOLLOW-UP ON GM, INDUSTRY AND COMPETITIVE PEER GROUP SEVERANCE PROVISIONS (0.2). |
| BUTLER, JR. J | 05/18/07 | 0.90 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) TELECONFERENCE WITH M. WEBER, J. SHEEHAN, D. ALEXANDER, D. SHERBIN ET AL. RE: SERP MATTERS. |
|  |  | **1.40** |  |
| LEFF NM | 05/01/07 | 1.50 | REVIEW DRAFT COMPENSATION DOCUMENTS RELATED TO REORGANIZATION (1.5). |
| LEFF NM | 05/03/07 | 1.30 | WORKING GROUP CALLS RE: PLAN (1.3). |
| LEFF NM | 05/04/07 | 2.10 | CONFERENCE CALLS RE:  EXECUTIVE COMPENSATION MATTERS (2.1). |
| LEFF NM | 05/05/07 | 1.60 | REVIEW AIP, LTIP AND PLAN INVESTOR PRESENTATION (1.6). |
| LEFF NM | 05/06/07 | 0.70 | REVIEW MATERIALS AND PLANS (0.7). |
| LEFF NM | 05/07/07 | 1.40 | REVIEW DRAFT SERP (1.4). |
| LEFF NM | 05/08/07 | 0.80 | REVIEW DRAFT DISCLOSURE DOCUMENT (0.8). |
| LEFF NM | 05/11/07 | 0.60 | EVALUATE SERP AND RSU ISSUES (0.6). |
| LEFF NM | 05/12/07 | 0.80 | REVIEW GM AGREEMENTS (0.8). |
| LEFF NM | 05/13/07 | 0.70 | RSU AND SERP ISSUES - REVIEW DOCUMENTS (0.7). |
| LEFF NM | 05/14/07 | 1.00 | SERP TELECONFERENCE (1.0). |
| LEFF NM | 05/15/07 | 1.10 | EVALUATE SERP ISSUES (1.1). |
| LEFF NM | 05/17/07 | 2.40 | ANALYZE SERP ISSUES (2.4). |
| LEFF NM | 05/18/07 | 1.70 | TELECONFERENCE RE:  SERP ISSUES (1.7). |
| LEFF NM | 05/24/07 | 1.30 | WORKING GROUP CONFERENCE CALL RE: SERP ISSUES (1.3). |
| LEFF NM | 05/30/07 | 2.60 | DRAFT LTIP AND AIP (2.6). |
| LEFF NM | 05/31/07 | 0.80 | REVISE CIC AGREEMENTS (0.8). |
|  |  | **22.40** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 05/02/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: RSUS (0.4). |
|---|---|---|---|
| MEISLER RE | 05/03/07 | 1.30 | CONFERENCE WITH B. SAX AND D. ALEXANDER RE: SERP AND OTHER EXEC COMP ISSUES (0.7); DRAFT NOTES RE: SAME (0.3); CONTINUED CORRESPONDENCE RE: RSUS (0.3). |
| MEISLER RE | 05/04/07 | 0.30 | REVIEW OPEB IMPACT AND STATUTORY MECHANICS (0.3). |
| MEISLER RE | 05/14/07 | 0.20 | REVIEW AND PRELIMINARY ANALYSIS  RE: SERP CLAIMS (0.2). |
| MEISLER RE | 05/15/07 | 1.20 | CONTINUE ANALYSIS OF SERP CLAIMS (0.8); TELECONFERENCE WITH D. ALEXANDER RE: SAME (0.4). |
| MEISLER RE | 05/16/07 | 0.40 | CONTINUE TO REVIEW AND ANALYSIS OF SERP MATTERS (0.4). |
| MEISLER RE | 05/17/07 | 4.00 | CONTINUE ANALYSIS OF SERP TREATMENT (2.0); DRAFT CORRESPONDENCE RE: SAME (0.1); TELECONFERENCE WITH D. ALEXANDER RE: SAME (0.3); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2); TELECONFERENCE WITH N. YOUNG AND Y. PARK RE: SAME (0.6); CONTINUE ANALYSIS RE: SAME (0.8). |
| MEISLER RE | 05/18/07 | 3.20 | CONTINUE ANALYSIS OF SERP (2.2); TELECONFERENCE WITH D. ALEXANDER, J. SHEEHAN, D. SHERBIN, M. WEBER, S. GEBBIA, S. CORCORAN RE: SAME (0.7); FOLLOW UP RE: SAME (0.3). |
| MEISLER RE | 05/21/07 | 0.20 | CONTINUE ANALYSIS OF SERP (0.2). |
| MEISLER RE | 05/23/07 | 0.20 | DRAFT CORRESPONDENCE RE: SERP ANALYSIS (0.2). |
|  |  | 11.40 |  |
| **Total Partner** |  | **35.20** |  |
| CAMPANARIO ND | 05/16/07 | 4.90 | UPDATE LEGAL RESEARCH ON EMERGENCE PERFORMANCE PAYMENTS FOR KEY EMPLOYEES (4.9). |
| CAMPANARIO ND | 05/17/07 | 3.70 | COMPLETE UPDATING LEGAL RESEARCH RE: EMERGENCE PERFORMANCE PAYMENTS FOR KEY EMPLOYEES (3.7). |
|  |  | 8.60 |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 05/30/07 | 1.60 | RESEARCH AND ANALYZE ABILITY TO REIMBURSE DEFENSE EXPENSES UNDER FIRST DAY MOTIONS OR ORDERS (1.1); DRAFT SUMMARY REPORT OF FINDINGS (0.5). |
| HOUSTON BM | 05/31/07 | 2.20 | TELECONFERENCE WITH B.TELGEN RE: DAVIS MATTER (0.7); REVIEW EMAIL AND ANALYZE DOCUMENTS FROM B.TELGEN RE: SAME (0.9); PREPARE SUMMARY REPORT RE: DAVIS MATTER (0.6). |
| | | **3.80** | |
| HOWE EJ | 05/14/07 | 3.10 | RESEARCH PRECEDENT RE: SERP AND SUPPLEMENTAL BAR DATES (3.1). |
| HOWE EJ | 05/15/07 | 3.40 | REVIEW SERP AND BEGIN RESEARCH RE: SAME (3.4). |
| HOWE EJ | 05/16/07 | 1.70 | CONTINUE SERP RESEARCH (1.2); REVISE MEMORANDUM RE: CURE AMOUNTS RESEARCH (0.5). |
| HOWE EJ | 05/17/07 | 6.70 | CONTINUE SERP RESEARCH (6.7). |
| HOWE EJ | 05/18/07 | 8.30 | CONTINUE RESEARCH RE: SERP (4.3); PREPARE FOR (2.1) AND PARTICIPATE IN CONFERENCE CALL WITH D. ALEXANDER, D. SHERBIN, S. CORCORAN ET. AL. RE: SERP (0.3); FOLLOW UP REVIEW OF SERP DATA (0.5); REVISE MEMORANDUM RE: CURE COSTS RESEARCH (1.1). |
| | | **23.20** | |
| PARK YM | 05/01/07 | 3.00 | REVIEW PLAN DOCUMENTS; TELECONFERENCE (3.0). |
| PARK YM | 05/02/07 | 3.80 | REVIEW OF RSO AWARDS; REVIEW PLAN DOCUMENTS (3.8). |
| PARK YM | 05/03/07 | 2.60 | REVIEW OF RSU AWARDS; REVIEW OF PLAN DOCUMENTS (2.6). |
| PARK YM | 05/04/07 | 5.10 | TELECONFERENCE; REVIEW OF PLAN DOCUMENTS; REVIEW OF AWARD AGREEMENTS (5.1). |
| PARK YM | 05/06/07 | 2.20 | RESEARCH AWARD AGREEMENTS; DRAFT DISCLOSURE RIDERS (2.2). |
| PARK YM | 05/07/07 | 9.30 | DRAFT DISCLOSURE RIDERS (9.3). |
| PARK YM | 05/08/07 | 6.10 | DRAFT DISCLOSURE RIDERS (6.1). |
| PARK YM | 05/09/07 | 3.70 | DRAFT LTIP AND AIP (3.7). |
| PARK YM | 05/10/07 | 1.00 | REVIEW OF RSUS (1.0). |
| PARK YM | 05/11/07 | 2.20 | REVIEW OF SERP (2.2). |
| PARK YM | 05/13/07 | 3.70 | REVIEW OF SERP AND RSU (2.8); DRAFT EMAIL SUMMARY (0.9). |
| PARK YM | 05/14/07 | 0.80 | REVIEW OF SERP (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PARK YM | 05/15/07 | 1.60 | REVIEW OF SERP (1.6). |
|---------|----------|------|------------------------|
| PARK YM | 05/16/07 | 3.80 | REVIEW OF SERP MATERIALS (3.8). |
| PARK YM | 05/17/07 | 6.10 | REVIEW OF SERP CONSEQUENCES (6.1). |
| PARK YM | 05/18/07 | 5.70 | REVIEW OF SERP CONSEQUENCES (5.7). |
| PARK YM | 05/21/07 | 3.90 | REVISE LTIP AND AIP (3.9). |
| PARK YM | 05/23/07 | 1.60 | DRAFT SERP LANGUAGE (1.6). |
| PARK YM | 05/24/07 | 1.20 | REVIEW OF SERP (1.2). |
| PARK YM | 05/30/07 | 1.80 | REVIEW OF LTIP AND AIP (1.8). |
| PARK YM | 05/31/07 | 3.00 | REVISE SERP (3.0). |
|         |          | **72.20** | |

| Total Associate | | **107.80** | |
| **TOTAL TIME** | | **143.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 06/30/07**
**Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/22/07 | Copy Center, D | 18.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$18.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.85 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 6.42 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.32 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.96 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$11.00** |
| Westlaw | 05/17/07 | Campanario ND | 69.00 |
| | | **TOTAL WESTLAW** | **$69.00** |
| | | **TOTAL MATTER** | **$98.00** |

B43E