SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05–44481 (RDD)
                                          :
                Debtors.                  :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-12
RETENTION / FEE MATTERS / OBJECTIONS (OTHERS)
688.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/07
Retention / Fee Matters/Objections (Others)                Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/04/07 | 0.70 | BEGIN TO PREPARE FOR FEBRUARY 15TH FEE APPLICATION HEARING INCLUDING REVIEW OF SUMMARY CHARTS AND OPEN ISSUES (0.7). |
| BUTLER, JR. J | 02/06/07 | 0.40 | CONTINUE TO PREPARE FOR FEBRUARY 15TH FEE APPLICATION HEARING INCLUDING REVIEW OF SUMMARY CHARTS AND OPEN ISSUES (0.4). |
| BUTLER, JR. J | 02/09/07 | 0.60 | CONTINUE TO REVIEW JLL RETENTION MATTERS INCLUDING EMAILS TO/FROM S. CORCORAN (0.3); CONTINUE TO PREPARE FOR FEBRUARY 15TH FEE APPLICATION HEARING INCLUDING REVIEW OF SUMMARY CHARTS AND OPEN ISSUES (0.3). |
| BUTLER, JR. J | 02/11/07 | 0.40 | CONTINUE TO REVIEW AND COMMENT ON FORM OF ORDERS APPROVING FIRST, SECOND AND THIRD FEE APPLICATIONS SETTLED WITH FEE COMMITTEE (0.4). |
| BUTLER, JR. J | 02/12/07 | 0.80 | CONTINUE TO REVIEW AND COMMENT ON FORM OF ORDERS APPROVING FIRST, SECOND AND THIRD FEE APPLICATIONS SETTLED WITH FEE COMMITTEE (0.8). |
| BUTLER, JR. J | 02/14/07 | 0.40 | CONTINUE TO PREPARE FOR FEBRUARY 15TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: FIRST, SEOCND AND THIRD FEE APPLICATIONS (OMNIBUS ORDERS AS RECOMMENDED BY FEE COMMITTEE) INCLUDING REVIEW AND REVISION OF FORMAT OF ORDERS PER FEE COMMITTEE AND CHAMBERS (0.4). |
| BUTLER, JR. J | 02/15/07 | 0.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: FIRST, SECOND AND THIRD FEE APPLICATIONS (OMNIBUS ORDERS AS RECOMMENDED BY FEE COMMITTEE). |
| | | 3.70 | |
| **Total Partner** | | 3.70 | |
| MATZ TJ | 02/01/07 | 1.20 | CORRESPONDENCE WITH J. SHEEHAN, B. DECKER RE: RE: PRICE WATERHOUSE FEE APPLICATIONS (0.2); TELECONFERENCES WITH J. SHEEHAN RE: SAME (0.1); TELECONFERENCE WITH B. DECKER RE: SAME (0.3); TELECONFERENCE TO DICKENSON WRIGHT RE: FEE REPORT (0.2); UPDATE RESPONSE INFORMATION CHART (0.2); TELECONFERENCE WITH J. RESSLER RE: SECOND INTERIM FEE APPLICATION MATTER (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          02/02/07      2.80   CORRESPONDENCE WITH J. SHEEHAN RE:
                                      ADDITIONAL FEE COMMITTEE NOTICES (0.2);
                                      CORRESPONDENCE FROM E. HOWBERT RE: FEE
                                      COMMITTEE REPORT (0.1); FORWARD
                                      ADDITIONAL FEE COMMITTEE NOTICE TO F.
                                      FRANK (0.2); TELECONFERENCE WITH V.
                                      MELWANI RE: SAME (0.2); TELECONFERENCE
                                      WITH M. FOWLER RE: FEE COMMITTEE REPORTS
                                      (0.2); TELECONFERENCES WITH L. HAGGART
                                      RE: SAME (0.2); CORRESPONDENCE WITH L.
                                      GRETCHKO RE: FEE APPLICATIONS (0.2);
                                      UPDATE RESPONSE REPORT (0.4); DRAFT
                                      INTERIM FEE APPLICATIONS ORDERS AND
                                      EXHIBITS THEREFOR (0.8);
                                      CORRESPONDENCE WITH J. SHEEHAN RE:
                                      CADWALDER (0.1); CORRESPONDENCE WITH J.
                                      SHEEHAN RE: WARNER STEVENS PAYMENT
                                      (0.1); TELECONFERENCE TO WARNER STEVENS
                                      RE: SECOND INTERIM FEE MATTER (0.1).

MATZ TJ          02/04/07      1.40   REVIEW AND REVISE RECENT RESPONSES AND
                                      UPDATING FEE REVIEW COMMITTEE REDUCTION
                                      CHART (1.0); REVIEW COMPREHENSIVE CHART
                                      FOR FIRST 3 FEE PERIODS FOR PROPOSED FEE
                                      ORDERS FOR FIRST THREE PERIODS (0.4).

MATZ TJ          02/05/07      5.50   REVIEW AND UPDATE DRAFT FEE ORDER,
                                      CHARTS FOR FIRST THREE FEE PERIODS
                                      (0.9); CORRESPONDENCE WITH D. SHERBIN
                                      RE: OUTSTANDING FIRMS (0.1);
                                      CORRESPONDENCE WITH J. SHEEHAN RE: SAME
                                      (0.1); CONTINUE ANALYSIS RE: INTERIM
                                      FEE ORDERS (0.6); CORRESPONDENCE WITH
                                      D. SHERBIN, J. SHEEHAN RE: OUTSTANDING
                                      FEE COMMITTEE MATTERS, FIRMS (0.7);
                                      CORRESPONDENCE TO SHERMAN & STERLING
                                      RE: ADDITIONAL FEE PERIODS (0.2);
                                      CORRESPONDENCE TO GROOM LAW GROUP RE:
                                      SAME (0.2); CORRESPONDENCE WITH D.
                                      SHERBIN, J. SHEEHAN RE: SAME (0.3);
                                      FURTHER REVIEW OF OUTSTANDING FIRMS
                                      AND/OR OUTSTANDING FEE PERIODS
                                      CONFIRMATIONS (0.8); TELECONFERENCES
                                      TO D. BRUSO RE: FEE COMMITTEE
                                      RECOMMENDATIONS (0.2); TELECONFERENCES
                                      WITH G. SCHWED, M STRAUSS  RE: SAME
                                      (0.2); TELECONFERENCE WITH J. SIMON RE:
                                      SAME (0.1); TELECONFERENCES WITH D.
                                      HATZIS RE: SAME (0.1); TELECONFERENCE
                                      WITH V. MELWANI RE: SAME (0.2); FOLLOW
                                      UP CORRESPONDENCE WITH M. STRAUSS RE:
                                      SAME (0.2); FOLLOW UP CORRESPONDENCE
                                      WITH G. SCHWED RE: SAME (0.1); FOLLOW UP
                                      CORRESPONDENCE TO L. HASSEL RE: SAME
                                      (0.1); UPDATE FEE APPLICATIONS CHART
                                      (0.2); REVIEW UNSECURED CREDITORS
                                      COMMITTEE INQUIRY RE: IVINS PHILLIPS
                                      RETENTION AND RESPONSE THERETO (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        02/06/07    2.00   TELECONFERENCES WITH SHERMAN & STERLING
                                  RE: RESPONSES TO FEE COMMITTEE REPORTS
                                  (0.2); TELECONFERENCE   TO BUCK
                                  CONSULTANTS RE: SAME (0.2);
                                  TELECONFERENCE  WITH ERNST & YOUNG RE:
                                  SAME (0.3); CORRESPONDENCE WITH D.
                                  SHERBIN, J. SHEEHAN RE: SAME (0.2);
                                  REVIEW HOLDBACK DATA, DRAFT INTERIM FEE
                                  ORDER AND SIXTH AMENDED ORDER (0.6);
                                  TELECONFERENCE WITH V. MELWANI RE: FEE
                                  COMMITTEE REPORT (0.1); CORRESPONDENCE
                                  WITH V. MELWANI RE: SAME (0.1); REVIEW
                                  UPDATED FEE COMMITTEE RESPONSE CHART
                                  (0.3).

MATZ TJ        02/07/07    3.60   DISCUSSIONS WITH D. SHERBIN, J. SHEEHAN
                                  RE: ADDITIONAL FEE COMMITTEE REPORTS TO
                                  FIRMS (0.4); REVIEW SAME (0.2);
                                  CORRESPONDENCE TO O'MELVENY RE: FEE
                                  COMMITTEE REPORTS (0.2);
                                  CORRESPONDENCE TO WILMER HALE RE: SAME
                                  (0.1); CORRESPONDENCE WITH J. SHEEHAN
                                  RE: ERNST & YOUNG (0.2); DISCUSSION WITH
                                  J. SHEEHAN RE: SAME (0.2);
                                  TELECONFERENCE TO J. SIMON, COUNSEL TO
                                  ERNST & YOUNG RE: ERNST & YOUNG'S
                                  PERIODS ONE AND TWO RESOLUTION (0.3);
                                  CORRESPONDENCE WITH J. SHEEHAN, D.
                                  SHERBIN RE: THOMPSON HINE REPORT (0.3);
                                  REVIEW UNSECURED CREDITORS' COMMITTEE
                                  IVINS PHILLIPS QUESTIONS (0.1);
                                  DISCUSSION WITH S. CORCORAN RE: SAME
                                  (0.1); FORWARD QUESTIONS, DRAFT
                                  RESPONSES TO E. KUPLICKI AND S. GALE
                                  (0.2); TELECONFERENCE WITH T. JERMAN
                                  RE: OMM FEE COMMITTEE REPORT (0.2);
                                  TELECONFERENCE WITH W. HALE RE: SAME
                                  (0.2); FURTHER PREPARATION RE: EXHIBITS
                                  FOR 3 FEE ORDERS (0.3); FURTHER REVIEW
                                  OF 3 FEE ORDERS, HOLDBACK MATTERS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        02/08/07    6.70  REVIEW IVINS PHILLIPS RETENTION MATTERS
                                 (0.3); TELECONFERENCE WITH W. SOLLEE
                                 RE: UNSECURED CREDITORS' COMMITTEE
                                 QUESTIONS AND RESPONSES THERETO (0.4);
                                 TELECONFERENCE WITH J. WEISS RE: IVINS
                                 RETENTION (0.4); TELECONFERENCE WITH T.
                                 JERMAN RE: FEE COMMITTEE REPORTS (0.2);
                                 TELECONFERENCE WITH J. FRIZZLEY RE:
                                 SAME (0.2); CORRESPONDENCE WITH D.
                                 SHERBIN, J. SHEEHAN RE: ERNST & YOUNG
                                 RESOLUTION (0.3); CORRESPONDENCE WITH
                                 J. SIMON RE: SAME (0.4);
                                 TELECONFERENCES WITH J. SIMON RE: SAME
                                 (0.3); CORRESPONDENCE WITH J. SIMON RE:
                                 ERNST & YOUNG AND FEE COMMITTEE
                                 RESOLUTION (0.3); REVIEW THOMPSON HINE
                                 MATTER (0.3); CORRESPONDENCE WITH
                                 THOMPSON HINE RE: FEE COMMITTEE REPORT
                                 (0.2); FURTHER CORRESPONDENCE WITH
                                 THOMPSON HINE RE: SAME (0.2); REVIEW AND
                                 REVISE FEE COMMITTEE STATUS REPORT AND
                                 STATUS OF OUTSTANDING FIRMS RE: INTERIM
                                 FEE APPLICATIONS AND THREE FEE ORDERS
                                 EXHIBITS IN RESPECT THEREOF (2.6);
                                 REVIEW ALL INTERIM FEE APPLICATIONS
                                 (0.6).

MATZ TJ        02/09/07    4.00  CONSIDER HEWITT PAYMENT MATTER (0.2);
                                 CORRESPONDENCE WITH D. BARTNER RE: FEE
                                 COMMITTEE RECOMMENDATIONS (0.2);
                                 REVIEW STATUS OF OUTSTANDING RESPONSES
                                 RE: FEE COMMITTEE REPORT (0.3);
                                 CORRESPONDENCE WITH SHEARMAN & STERLING
                                 RE: FEE COMMITTEE REPORT (0.2);
                                 CORRESPONDENCE WITH D. SHERBIN RE: SAME
                                 (0.2); PREPARE STATUS SUMMARY FOR FEE
                                 COMMITTEE (1.2); FORWARD SAME TO
                                 COMMITTEE (0.1); TELECONFERENCE FROM D.
                                 SHERBIN RE: SHEARMAN, BUCK CONSULTANTS
                                 AND REPORT (0.4); TELECONFERENCE TO
                                 SHEARMAN & STERLING  RE: FEE COMMITTEE
                                 REPORT (0.1); UPDATE CHART FOR FEE
                                 COMMITTEE (0.1); TELECONFERENCE WITH A.
                                 LEONHARD RE: FEE COMMITTEE REPORT,
                                 FINAL MATTERS (0.3); TELECONFERENCE
                                 WITH D. SHERBIN RE: SAME (0.1);
                                 TELECONFERENCE WITH D. HATZIS OF BUCK
                                 CONSULTANTS RE: FEE COMMITTEE REPORT
                                 (0.2); CORRESPONDENCE WITH D. HATZIS
                                 RE: SAME (0.1); TELECONFERENCE WITH P.
                                 WOODS RE: SAME (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 02/12/07 | 7.30 | REVIEW AND UPDATE FEE COMMITTEE STATUS CHART AND FORWARDING REPORT AND OUTSTANDING MATTERS TO COMMITTEE MEMBERS (0.8); CORRESPONDENCE WITH J. SHEEHAN RE: WHITE & CASE FEES (0.1); CORRESPONDENCE WITH J. WEISS RE: SAME (0.1); CORRESPONDENCE WITH K. CRAFT RE: ORDINARY COURSE PROFESSIONAL FEE CLAIMS (0.3); CORRESPONDENCE WITH J. FRIZZLEY RE: SHERMAN & STERLING FEE APPLICATIONS (0.2); CORRESPONDENCE WITH P. WOODS OF LCC RE: LCC FEE APPLICATION (0.4); CORRESPONDENCE FROM DRINKER, BRIDDLE RE: SUPPLEMENTAL DISCLOSURE (0.1); TELECONFERENCE TO H. MASE RE: SAME (0.2); CORRESPONDENCE WITH A. FRANKUM RE: SUPPLEMENTAL DISCLOSURE (0.1); CORRESPONDENCE WITH D. SHERBIN RE: FEE COMMITTEE REPORT (0.2); CORRESPONDENCE WIT J. SIMON RE: FEE ORDERS (0.1); PREPARATION OF EXHIBITS RE: FIRST THREE INTERIM FEE ORDERS AND BACK UP MATERIAL IN RESPECT THEREOF AND FOR FEE COMMITTEE REPORT (4.0); TELECONFERENCE FROM N. TORRACO RE: FEE HEARING (0.2); CORRESPONDENCE WITH J. FRANK RE: JLL FEE APPLICATIONS (0.1); CORRESPONDENCE WITH D. SHERBIN RE: SAME (0.2); REVIEW MATERIAL RE: JLL FEE APPLICATIONS (0.2). |
| MATZ TJ | 02/13/07 | 4.20 | REVIEW AND REVISE DRAFT FEE ORDERS AND EXHIBITS THERETO (0.9); TELECONFERENCES WITH J. SIMON RE: FEE ORDERS (0.1); TELECONFERENCE WITH J. RESSLER RE: SAME (0.2); REVISIONS TO DRAFT FEE ORDER SCHEDULES (0.3); FORWARD SAME TO 31 PROFESSIONALS (0.2); TELECONFERENCES WITH N. BERGER RE: FEE ORDER SCHEDULES (0.2); TELECONFERENCE WITH J. WEISS RE: SAME (0.2); TELECONFERENCE WITH J. FRIZZLEY RE: SAME (0.2); TELECONFERENCE WITH V. MELWANI RE: SAME (0.2); CORRESPONDENCE WITH J. FRIZZLEY RE: SAME (0.2); FURTHER REVISIONS TO DRAFT FEE ORDER SCHEDULES AS PER REQUESTED CHANGES (0.3) CONFORMING REVISIONS TO DRAFT INTERIM FEE ORDER (0.5); REVIEW AND FORWARDED TO D. SHERBIN FOR REVIEW (0.2); FURTHER TELECONFERENCE FROM SHEARMAN & STERLING RE: INTERIM FEE ORDER CHARTS (0.2); TELECONFERENCE FROM CHAMBERS RE: AGENDA, DRAFT FEE ORDERS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 02/14/07 | 5.50 | SEVERAL TELECONFERENCES WITH J. SIMON OF RE: ERNST & YOUNG PROPOSED FEE ORDERS (0.4); CORRESPONDENCE WITH J. SIMON RE: SAME (0.3); SEVERAL TELECONFERENCES WITH CHAMBERS RE: ADDITIONAL INFORMATION FOR THREE PROPOSED INTERIM FEE ORDERS (0.4); COMPILING INFORMATION AND REVISING SAME (0.7); TELECONFERENCE WITH S. CORCORAN RE: JLL (0.1); CORRESPONDENCE WITH J. SHEEHAN, D. SHERBIN RE: JLL (0.2); FURTHER TELECONFERENCE WITH J. SHEEHAN RE: JLL (0.2); REVIEW DATA RE: SAME (0.3); TELECONFERENCE WITH J. FRANK RE: FEE COMMITTEE AND JLL (0.1); CORRESPONDENCE WITH J. FRANK RE: SAME (0.2); REVISE 3 ORDERS RE: JLL (0.2); REVISE 3 FEE ORDERS AND DETAILED REVIEW OF REVISE EXHIBITS AS PER COURT CLERK'S REQUEST (0.9); COORDINATE AND SUPERVISE DISTRIBUTION OF FINAL PROPOSED FEE ORDER TO ALL RETAINED PROFESSIONALS U.S. TRUSTEE AND CHAMBERS (0.5); TELECONFERENCES WITH CHAMBERS AND U.S. TRUSTEE RE: SAME (0.2); REVIEW AND REVISE FEE APPLICATION SCRIPTS (0.8). |
| MATZ TJ | 02/15/07 | 1.20 | CORRESPONDENCE WITH CHAMBERS RE: 3 FEE ORDERS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); CORRESPONDENCE WITH C. SHIFLEY RE: FEE APPLICATIONS (0.1); CORRESPONDENCE WITH L. TAGGART RE: SAME (0.1); CORRESPONDENCE WITH U.S. TRUSTEE RE: SAME (0.1); FINAL REVIEW OF MATERIALS, ORDERS FOR FEE HEARING (0.4); REVIEW WITH CHAMBERS INTERIM FEE ORDERS (0.2). |
| MATZ TJ | 02/16/07 | 2.40 | REVIEW AND COMMENT ON KPMG FRESH START ACCOUNT ENGAGEMENT (0.3); CONSIDER ADDITIONAL ORDINARY COURSE PROFESSIONALS , UPDATE LISTING, OUTSTANDING AFFIDAVITS (0.6); TELECONFERENCE FROM V. MELWANI RE: PAYMENT OF FEES (0.2); TELECONFERENCE WITH CHAMBERS RE: 3 INTERIM FEE ORDERS (0.2); FINAL CONFIRMATION OF EXHIBITS (0.3); TELECONFERENCE TO CHAMBERS RE: SAME (0.1); MULTIPLE TELECONFERENCES WITH CHAMBERS RE: THREE INTERIM FEE PERIODS, SUMMARIES AND VOLUNTARY REDUCTIONS (0.5); FORWARD SAME TO U.S. TRUSTEE (0.2). |
| MATZ TJ | 02/21/07 | 0.40 | REVIEW ORDINARY COURSE PROFESSIONAL DISCLOSURE FOR S. CORCORAN (0.2); REVIEW AND COMMENT ON KPMG ADDITIONAL SERVICES NOTICE FOR UNSECURED CREDITORS COMMITTEE (0.2). |
| MATZ TJ | 02/23/07 | 0.20 | REVIEW COMPANY COMMENTS ON KPMG ADDITIONAL SERVICES NOTICE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 02/27/07 | 0.50 | TELECONFERENCES FROM COVINGTON & BURLING RE: FORTH INTERIM FEE APPLICATIONS (0.2); TELECONFERENCE TO BLAKES RE: SAME (0.2); TELECONFERENCE TO D. SHERBIN RE: SAME (0.1). |
|---------|----------|------|------|
| MATZ TJ | 02/28/07 | 1.40 | TELECONFERENCE FROM J. SIMON OF ERNST & YOUNG'S RE: RETENTION, CONFLICTS CHECK (0.3); REVIEW CONFLICTS MATTER (0.2); TELECONFERENCE TO J. SIMON RE: SAME (0.1); UPDATE FEE COMMITTEE MATTERS, OUTSTANDING FEE APPLICATIONS RE: 3/22 OMNIBUS HEARING, DRAFT AGENDA (0.8). |

                                    50.30

**Total Counsel**                  50.30

| DE ELIZALDE D | 02/01/07 | 4.30 | DRAFT OMNIBUS ORDER APPROVING FEE APPLICATIONS FOR PROFESSIONALS OF THE DEBTORS AND STATUTORY COMMITTEES (1.7); ANALYSIS OF NOVEMBER MONTHLY FEE STATEMENTS OF SEVERAL PROFESSIONALS (2.1); REVIEW AND REVISE NOTICE OF CHANGE OF HEARING DATE (0.5). |
|---------------|----------|------|------|
| DE ELIZALDE D | 02/02/07 | 3.90 | REVIEW AND REVISE PROPOSED ORDERS RE: FEE APPLICATIONS (2.1); TELECONFERENCE WITH FIRMS RE: ACCEPTANCE OF FEE COMMITTEE'S REDUCTIONS (0.3); ANALYSIS OF DEBTORS' PROFESSIONALS MONTHLY FEE STATEMENTS, OBJECTIONS THEREON (IF ANY) AND PAYMENT AUTHORIZATION OF THE SAME (1.3); TELECONFERENCE WITH UCC COUNSEL RE: RETENTION OF KPMG (0.2). |
| DE ELIZALDE D | 02/04/07 | 1.80 | ANALYSIS OF FEE APPLICATIONS AND FEE COMMITTEE'S REDUCTIONS TO INCLUDE INFORMATION IN UCC PRESENTATION (1.8). |
| DE ELIZALDE D | 02/05/07 | 6.50 | DRAFT THREE PROPOSED ORDERS, FOR ALL PROFESSIONALS RETAINED IN THE CASE (2.4); REVIEW AND REVISE CHART CONTAINING INFORMATION ABOUT EACH PROFESSIONALS' FEE REDUCTION AND THE PROPOSED AWARD OF FEES (2.9); ANALYSIS OF STATUS OF EACH PROFESSIONALS' NEGOTIATION WITH THE FEE COMMITTEE AND UPDATED CHART REFLECTING SO ACCORDINGLY (1.2). |
| DE ELIZALDE D | 02/06/07 | 5.30 | EMAIL TO GROOM LAW RE: PROPOSAL FROM FEE COMMITTEE (0.5); REVIEW AND REVISE CHART WITH INFORMATION OF THE FEE COMMITTEE'S PROPOSAL AND ACCEPTANCES THERETO (2.1); REVIEW AND REVISE KPMG'S RETENTION APPLICATION (0.7); REVIEW CHART INCLUDING INFORMATION ABOUT ALL PROFESSIONALS' APPLICATIONS AND REDUCTIONS TO BE FILED WITH PROPOSED ORDERS (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D    02/07/07    5.20    DRAFTING SCRIPT OF FEE APPLICATIONS
                                     (1.8); ANALYSIS RE: DRAFT ANSWER TO THE
                                     UCC RE: IPBİS APPLICATION (0.4);
                                     ANALYSIS OF OMNIBUS ORDERS RE: FEE
                                     APPLICATIONS AND NEED TO INCLUDE
                                     INFORMATION ON HOLDBACK PAYMENTS (1.7);
                                     REVIEW AGENDA RE: FEE APPLICATIONS
                                     (1.3).

DE ELIZALDE D    02/08/07    6.60    ANALYSIS OF STATUS OF HEWITT &
                                     ASSOCIATES AS AN ORDINARY COURSE
                                     PROFESSIONAL FIRM (0.3); REVIEW AND
                                     REVISE SCRIPT RE: FEE APPLICATIONS FOR
                                     ALL PROFESSIONALS RETAINED IN THE CASE
                                     (2.6); UPDATE INFORMATION ON FEE
                                     COMMITTEE CHART RE: E&Y, OMM, WILMER
                                     HALE, AND THOMPSON HINE (0.9); REVIEW
                                     AND REVISE CHARTS TO BE ATTACHED TO EACH
                                     OF THE FEE APPLICATION'S ORDERS (2.8).

DE ELIZALDE D    02/09/07    6.20    UPDATE FEE COMMITTEE CHART RE:
                                     REDUCTIONS OF FEES AND ACCEPTANCES BY
                                     PROFESSIONALS (0.5); WORK ON IPB'S
                                     RETENTION PLEADINGS AND RESPONDING
                                     QUESTIONS BY UCC (0.6); REVIEW HEARING
                                     BINDERS RE: FEE APPLICATIONS OF ALL
                                     PROFESSIONALS (1.2); REVIEW AGENDA RE:
                                     FEE APPLICATIONS OF ALL PROFESSIONALS
                                     (0.6); REVIEW DOCKET AND FILINGS BY
                                     PROFESSIONAL FIRMS WHOSE FEE
                                     APPLICATIONS ARE NOT SCHEDULED FOR THE
                                     FEBRUARY 15 HEARING TO SEND REPORT TO
                                     THE JOINT FEE REVIEW COMMITTEE (3.1);
                                     TELECONFERENCE WITH AN ORDINARY COURSE
                                     PROFESSIONAL RE: FILING OF AFFIDAVIT
                                     (0.2).

DE ELIZALDE D    02/13/07    6.70    REVIEW AND REVISE PROPOSED FIRST,
                                     SECOND, AND THIRD FEE APPLICATIONS
                                     ORDERS (4.8); INCLUDE COMMENTS BY FIRMS
                                     RE: PROPOSED FIRST, SECOND, AND THIRD
                                     FEE APPLICATIONS ORDERS (1.3); ANALYSIS
                                     OF LOCAL RULES RE: FEE APPLICATION
                                     ORDERS (0.6).

DE ELIZALDE D    02/14/07    7.00    REVIEW AND REVISE SCRIPT RE: FIRST,
                                     SECOND, AND THIRD FEE APPLICATIONS
                                     (1.9); REVIEW AND REVISE PROPOSED
                                     ORDERS RE: FEE APPLICATIONS (2.8);
                                     SUPERVISE PREPARATION OF HEARING
                                     BINDERS RE: FEE APPLICATIONS (1.5);
                                     RESPOND QUESTIONS FROM PROFESSIONALS
                                     RE: PROPOSED FEE APPLICATIONS ORDERS
                                     (0.8).

DE ELIZALDE D    02/15/07    1.30    REVIEW AND REVISE THREE ORDERS RE:
                                     APPROVAL OF FEE APPLICATIONS (1.3).

DE ELIZALDE D    02/16/07    3.40    REVIEW AND REVISE KPMG'S SUPPLEMENTAL
                                     RETENTION APPLICATION PER S. CORCORAN'S
                                     INSTRUCTIONS (1.3); REVIEW AND REVISE
                                     OCP LIST AND SENT IT TO DELPHI FOR
                                     APPROVAL (1.8); RESPOND TO QUESTIONS OF
                                     DLA PIPER RE: FEE COMMITTEE (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D    02/19/07    1.60  ANALYSIS OF FRIED FRANK'S DECEMBER
                                   MONTHLY STATEMENT OF FEES AND EXPENSES
                                   (0.9); REVIEW IVINS' RETENTION ORDER
                                   (0.7).

DE ELIZALDE D    02/20/07    3.40  ANALYSIS OF ALL PROFESSIONALS' DECEMBER
                                   FEE STATEMENTS AND STATUS OF OBJECTIONS
                                   THERETO (1.5); ANALYSIS OF ADDITIONAL
                                   KPMG ENGAGEMENT LETTER (0.5); DRAFT
                                   NOTICE TO THE UCC RE: ADDITIONAL
                                   SERVICES TO BE PERFORMED BY KPMG (0.9);
                                   REVIEW AND REVISE SIXTH OCP LIST (0.5).

DE ELIZALDE D    02/21/07    2.40  REVIEW AND REVISE FIFTH OCP LIST (1.2);
                                   REVIEW AND REVISE NOTICE RE: PROPOSED
                                   KPMG'S ADDITIONAL SERVICES (0.4);
                                   REVIEW DOCKET RE: IVINS' APPLICATION
                                   FOR EMPLOYMENT (0.2); REVIEW ORDER RE:
                                   SECOND FEE APPLICATION PERIOD (0.6).

DE ELIZALDE D    02/22/07    2.20  ANALYSIS OF MONTHLY FEE STATEMENTS OF
                                   PROFESSIONALS (1.6); TELECONFERENCE
                                   WITH M. PISCITELLI (DELPHI LEGAL) RE:
                                   PAYMENT OF HOLDBACK AMOUNTS OF FIRST,
                                   SECOND, AND THIRD INTERIM FEE
                                   APPLICATION PERIODS (0.2).

DE ELIZALDE D    02/23/07    3.20  WORK ON KPMG'S SUPPLEMENTAL RETENTION
                                   (0.9); SENT OUT NOTICE TO UCC COUNSEL
                                   RE: KPMG ADDITIONAL SERVICES (1.2);
                                   INSTRUCT DELPHI RE: HOLDBACK PAYMENTS
                                   (0.5); ANALYSIS RE: P. WEISS'S BILL
                                   (0.6).

DE ELIZALDE D    02/26/07    1.20  REVIEW HOWARD AND HOWARD'S JANUARY
                                   MONTHLY STATEMENT, KCC'S JANUARY
                                   MONTHLY STATEMENT, AND SHEARMAN'S
                                   JANUARY MONTHLY STATEMENT (1.2).

DE ELIZALDE D    02/27/07    2.30  UPDATE CHART RE: STATUS OF
                                   PROFESSIONALS (0.2); EMAILE IPB AND
                                   DELPHI INFORMING OF ENTRY OF ORDER
                                   APPROVING IPB'S APPLICATION FOR
                                   EMPLOYMENT (0.5); EMAIL IPB RE:
                                   PROCEDURES TO SERVE MONTHLY FEE
                                   STATEMENTS TO DELPHI AND FEE
                                   APPLICATION PROCEDURES (0.9);
                                   TELECONFERENCE WITH ERNST & YOUNG RE:
                                   FILING SUPPLEMENTAL APPLICATION (0.5);
                                   TELECONFERENCE WITH LEGAL COST CONTROL
                                   RE: RETENTION OF IPB (0.2).

DE ELIZALDE D    02/28/07    1.90  ANALYSIS OF LATHAM, STEVEN HALL,
                                   MESIROW, AND JEFFERIES'S JANUARY FEE
                                   STATEMENTS (1.9).

                                 76.40

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| JJINGO MJ | 02/01/07 | 6.30 | REVIEW CORRESPONDENCE FROM B. DIMOS RELATED TO KPMG THIRD SUPPLEMENTAL RETENTION APPLICATION; BEGIN TO REVIEW NEW MATERIALS RELATED TO THE SAME; REVIEW COMMUNICATIONS FROM VARIOUS RETAINED PROFESSIONALS; REVIEW CORRESPONDENCE RELATED TO FEE ORDERS; REVIEW THE FEE ORDERS AND COMMENT ON THE SAME (6.3). |
|---|---|---|---|
| JJINGO MJ | 02/02/07 | 6.10 | CORRESPOND WITH M. PISCITELLI ET AL. RE: CERTAIN FEE PAYMENTS; BEGIN TO AMEND KPMG RETENTION APPLICATION IN LIGHT OF ADDITIONAL ENGAGEMENT LETTER; REVIEW MASTER FEE CHART AND OTHER RELATED FEE DOCUMENTS (6.1). |
| JJINGO MJ | 02/05/07 | 5.70 | CONTINUE TO REVIEW CERTAIN MATERIALS IN PREPARATION FOR COMMITTEE MEETINGS; REVIEW CORRESPONDENCE FROM UCC RE: IPB RETENTION; CORRESPOND WITH AND CONTACT W. SOLLEE RE: THE SAME; REVIEW REVISED KPMG APPLICATION SENT TO S. CORCORAN AT DELPHI; COMMUNICATE WITH B. DIMOS RE: THE SAME; CORRESPOND WITH M. PISCITELLI RE: MCGLINCHEY STAFFORD OCP AFFIDAVIT (5.7). |
| JJINGO MJ | 02/06/07 | 7.20 | CORRESPOND WITH W. SOLLEE RE: UCC QUESTIONS RELATED TO IPB RETENTION; REVIEW RESPONSES FROM W. SOLLEE AT IPB; REVIEW CORRESPONCE FROM VARIOUS RETAINED PROFESSIONALS RE: FEES; CORRESPOND WITH THE COMPANY RE: THE SAME; (7.2). |
| JJINGO MJ | 02/07/07 | 4.40 | CORRESPOND WITH THE COMPANY RE: CERTAIN FEE PAYMENTS; REVIEW MASTER FEE CHART RELATED TO THE SAME; CORRESPOND WITH A. CONNOR AT MAYER BROWN; REVIEW CERTAIN CORRESPONDENCE FROM J. LAMB AT DELPHI AND CORRESPOND RE: THE SAME (4.4). |
| JJINGO MJ | 02/08/07 | 5.70 | CORRESPOND WITH VARIOUS RETAINED PROFESSIONALS RE: UPCOMING FEE HEARING AND ASSIST WITH CERTAIN PREPARATION RELATED TO THE FEE HERAING; (5.7). |
| JJINGO MJ | 02/09/07 | 3.70 | REVIEW CORRESPONDENCE FROM LATHAM RE: IPB RETENTION APPLICATION; CORREPOND WITH W. SOLLEE AT IPB RE: THE SAME; REVIEW CORRESPONDENCE AND ATTACHMENT FROM J. LAMB RE: FEE CHART AND COMPARE EDITS AGAINST MASTER FEE CHART (3.7). |
| JJINGO MJ | 02/12/07 | 4.10 | REVIEW CERTAIN OCP AFFIDAVITS; CORRESPOND WITH J. LAMB AT DELPHI RE: FEES; RESPOND TO EMAILS FROM VARIOUS RETAINED PROFESSIONALS (4.1). |
| JJINGO MJ | 02/14/07 | 5.80 | CORRESPOND WITH G. SCHWED FROM LOEB & LOEB RE: FEE HEARING; REVIEW CERTAIN FEE RELATED CORRESPONDENCE FROM DELPHI; REVIEW FEE STATEMENTS (5.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| JJINGO MJ | 02/15/07 | 5.30 | REVIEW CERTAIN CORRESPONDENCE FROM J. LAMB RELATED TO FEE PAYMENTS; REVIEW CERTAIN FEE STATEMENTS; CORRESPOND WITH A. WALLACE AT DLA PIPER WITH RESPECT TO DLA PIPER'S FEE APPLICATIONS; REVIEW MASTER FEE CHART (5.3). |
| JJINGO MJ | 02/16/07 | 2.80 | TELECONFERENCE WITH G. SCHWED FROM LOEB AND LOEB RE: FEE APPLICATION QUESTION; CORRESPOND WITH K. SCHAEFER AT DELPHI RE: FEES; REVIEW PAPERS RELATED TO THE (2.8). |
| JJINGO MJ | 02/19/07 | 6.30 | CORRESPOND WITH B. DIMOS WITH RESPECT TO KPMG'S FEES; REVIEW CORRESPONDENCE FROM DELPHI WITH RESPECT TO PAYMENT OF VARIOUS FEES; REVIEW FEE CHART AND FEE STATEMENTS RE: THE SAME (4.4); ATTEND TO VARIOUS GENERAL CASE ADMINISTRATION RELATED TO POST-OMNIBUS FEE HEARING (1.9). |
| JJINGO MJ | 02/22/07 | 3.70 | REVIEW VARIOUS OCP AFFIDAVITS AND REVIEW VARIOUS FEE ORDERS AS ENTERED ON THE DOCKET (3.7). |
| JJINGO MJ | 02/23/07 | 2.80 | REVIEW VARIOUS PAYMENT INFORMATION SENT BY THE COMPANY AND REVIEW MASTER FEE CHART (2.8). |
| JJINGO MJ | 02/26/07 | 2.20 | CORRESPOND WITH M. ROZYCKI AT DELPHI RE: CERTAIN PROFESSIONAL FEES AND REVIEW VARIOUS OCP AFFIDAVITS (2.2). |
| JJINGO MJ | 02/27/07 | 3.30 | REVIEW IPB RETENTION ORDER AS ENTERED; REVIEW CORRESPONDENCE SENT TO W. SOLLEE RE: THE SAME; REVIEW BLAKE CASSELS BUDGET; REVIEW CERTAIN FEE STATEMENTS (3.3). |
| JJINGO MJ | 02/28/07 | 2.10 | REVIEW FEE STATEMENTS SUBMITTED BY LATHAM ON BEHALF OF ALL UCC PROFESSIONALS AND REVIEW MASTER FEE CHART (2.1). |
| | | 77.50 | |
| MEISLER RE | 02/05/07 | 0.40 | REVIEW TASKS TO BE COMPLETED RE: FEE APPLICATION (0.2) AND PREPARE FOR HEARING RE: SAME (0.2). |
| MEISLER RE | 02/09/07 | 0.60 | REVIEW AND COMMENT ON SCRIPTS RE: FIRST, SECOND AND THIRD INTERIM FEE APPLICATIONS (0.6). |
| MEISLER RE | 02/12/07 | 0.30 | CONTINUE PREPARING FOR HEARING RE: FEE APPLICATIONS (0.3). |
| MEISLER RE | 02/13/07 | 0.50 | TELECONFERENCE WITH S. CORCORAN RE: FEE APPLICATIONS (0.3); ANALYSIS RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 02/14/07 | 0.90 | DRAFT CORRESPONDENCE RE: PROFESSIONAL FEES (0.2); TELECONFERENCE WITH J. FRANK RE: SAME (0.2); DRAFT CORRESPONDENCE TO S. CORCORAN RE: SAME (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.3). |
|---|---|---|---|
| MEISLER RE | 02/28/07 | 0.20 | REVIEW CORRESPONDENCE RE: MONTHLY FEES (0.2). |
| | | 2.90 | |

**Total Associate**      156.80

| CHAVALI A | 02/05/07 | 1.90 | UPDATE MINI FEE APPLICATION HEARING MATERIALS BINDERS (1.0); PREPARE CHART TO ACCOMPANY OTHER PROFESSIONALS' FEE APPLICATIONS SCRIPT (0.9). |
|---|---|---|---|
| CHAVALI A | 02/06/07 | 1.70 | UPDATE AND REVISE CHART OF PROFESSIONALS TO ACCOMPANY OMNIBUS SCRIPT (1.5); UPDATE OCP CHART (0.2). |
| CHAVALI A | 02/07/07 | 2.30 | SEARCH FOR MIRANT FEE APPLICATION (0.6); CONTACT CLERK'S OFFICE FOR THE NORTHERN DISTRICT OF TEXAS TO OBTAIN FEE APPLCATIONS (0.4); SEARCH PRECEDANT FOR US AIRWAYS FEE APPLICATION PROFFER (0.6); DISTRIBUTE ENRON FEE APPLICATIONS ORDERS (0.4); ORGANIZE AND FILE OCP AFFIDAVITS (0.3). |
| CHAVALI A | 02/08/07 | 1.40 | FINALIZE CHART TO ACCOMPANY OMNIBUS SCRIPT FOR PROFESSIONALS (0.6); UPDATE MINI FEE APPLICATION BINDERS (0.5); ASSIST WITH CHART FOR FEE APPLICATIONS ORDERS (0.3). |
| CHAVALI A | 02/09/07 | 0.30 | DISTRIBUTE MINI BINDER UPDATES (0.3). |
| CHAVALI A | 02/12/07 | 1.40 | UPDATE OCP AFFIDAVIT CHART WITH RECENT FILINGS (0.5); REVIEW FEE APP ORDER CHART FOR ACCURACY (0.9). |
| CHAVALI A | 02/14/07 | 1.20 | UPDATE FEE APPLICATION HEARING MINI BINDERS (1.2). |
| CHAVALI A | 02/19/07 | 1.50 | UPDATE OCP LIST (0.5); DOCKET UPDATES (1.0). |
| CHAVALI A | 02/20/07 | 1.30 | CROSS CHECK OCP AFFIDAVITS (0.3); UPDATE OCP LIST (0.4); REVIEW DOCKET FOR PREVIOUSLY FILED OCP NOTICES (0.6). |
| CHAVALI A | 02/21/07 | 0.60 | UPDATE OCP LIST (0.6). |
| CHAVALI A | 02/23/07 | 2.00 | UPDATE OCP LIST (0.4); PREPARE CHART OF NOTICE OF OCP LIST PLEADINGS AND OCP QUARTERLY REPORTS (0.6); VERIFY 10K PLEADINGS (1.0). |
| CHAVALI A | 02/28/07 | 1.40 | DISTRIBUTE INTERIM COMP ORDERS AND RELATED PLEADINGS (0.7); UPDATE OCP LIST (0.7). |

17.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 02/09/07 | 1.60 | REVISE, UPDATE OTHER PROFESSIONALS' FEE APPLICATION BINDER DOCUMENTS (0.8); UPDATE PROFFERS/ORDERS CHART (0.4); COMPILE AND FORWARD FEE APPLICATION BINDER TO TEAM ATTORNEYS (0.4). |
| ROSEN R | 02/16/07 | 1.10 | REVIEW CASE DOCKET RE: ENTRY OF INTERIM FEE APPLICATION ORDERS (0.7); REVIEW, COORDINATE SERVICE OF FIRST INTERIM FEE APPLICATION ORDER WITH E. GERSHBEIN, KCC (0.4). |
| ROSEN R | 02/20/07 | 0.60 | REVIEW CASE DOCKET RE: ENTRY STATUS OF SECOND AND THIRD INTERIM FEE APPLICATION ORDERS (0.3); REVIEW, COORDINATE SERVICE OF SECOND INTERIM FEE APPLICATION ORDER WITH E. GERSHBEIN, KCC (0.3). |
| | | 3.30 | |
| ZSOLDOS AF | 02/01/07 | 4.00 | UPDATE FEE AND EXPENSE CHART WITH NEW STATEMENTS AND STATUS OF PAYMENT (0.9); ASSIST WITH REVIEW OF DRAFT ORDERS (0.2); UPDATE FEE AND EXPENSE CHART TO INCLUDE NEWLY RETAINED PROFESSIONALS (1.7); UPDATE ORDER TO UCC PROFESSIONALS FOR FEE APPLICATIONS TO INCLUDE THIRD INTERIM FEE APPLICATIONS (1.2). |
| ZSOLDOS AF | 02/02/07 | 5.20 | SEND OUT EMAILS TO PROFESSIONALS RE: OBJECTION DEADLINE (0.4); ORGANIZE/FILE FEE STATEMENTS (1.9); UPDATE MASTER FEE AND EXPENSE CHART (2.9). |
| ZSOLDOS AF | 02/03/07 | 5.10 | RESPOND TO EMAILS RE: FEES AND EXPENSE UPDATES (0.2); UPDATE MASTER FEE AND EXPENSE CHART WITH PAYMENTS MADE (0.5); UPDATE PROFESSIONAL FEE AND EXPENSE SUMMARY CHART, INCLUDING REVIEW OF FEE APPLICATIONS FOR VOLUNTARY HOLDBACKS IN ALL PERIODS AND UPDATE DOCKET, FEE, AND EXPENSE INFORMATION FOR THIRD INTERIM PERIOD (4.4). |
| ZSOLDOS AF | 02/05/07 | 8.10 | CONTINUE TO UPDATE PROFESSIONAL FEE AND EXPENSE SUMMARY CHART FOR THIRD INTERIM PERIOD (2.1); CREATE AND REVISE EXHIBITS TO OMNIBUS FEE ORDERS FOR FIRST, SECOND, AND THIRD INTERIM FEE PERIODS FOR ALL RETAINED PROFESSIONALS (5.5); REVIEW EMAILS FROM PROFESSIONALS CONFIRMING ACCEPTANCES OF FEE COMMITTEE REDUCTIONS (0.5). |
| ZSOLDOS AF | 02/06/07 | 2.30 | CORRESPONDENCE RE: FEE APPLICATION BINDERS AND PROFFERS (0.6); UPDATE EXHIBIT TO FEE ORDER (0.9); UPDATE MASTER FEE AND EXPENSE CHART WITH FEE STATEMENTS RECEIVED (0.4); FOLLOW UP TO PROFESSIONALS RE: OBJECTION DEADLINES (0.2); UPDATE MASTER CHART WITH RESPONSES RE: OBJECTIONS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 02/07/07 | 2.70 | CONTINUE TO REVISE EXHIBIT TO FEE ORDER FOR ALL FEE PERIODS (2.7). |
| ZSOLDOS AF | 02/08/07 | 4.20 | UPDATE FEE APPLICATION HEARING BINDERS (1.8); UPDATE FEE CHART WITH RECENT PAYMENTS MADE (0.7); ORGANIZE RECENTLY RECEIVED FEE STATEMENTS (0.6); UPDATE AND FORMAT EXHIBITS TO FEE ORDERS (1.1). |
| ZSOLDOS AF | 02/12/07 | 3.00 | UPDATE EXHIBIT TO FEE ORDERS (0.9); REVIEW CERTAIN PROFESSIONALS FOR VOLUNTARY REDUCTIONS NOT CLEARLY STATED AND ESTIMATE BASED ON DESCRIPTIONS WITHIN FEE APPLICATION (1.6); UPDATE CHART WITH NEW REDUCTIONS (0.5). |
| ZSOLDOS AF | 02/13/07 | 8.30 | UPDATE RETAINED PROFESSIONALS RETENTION INFORMATION TRACKING CHART (0.6); UPDATE SUMMARY CHART OF FEES AND EXPENSES (0.3); CREATE EXHIBIT B TO FEE ORDER (1.7); EDITS TO FEE ORDER AND EXHIBITS (1.4); CONTINUE EDITING ORDER (2.7); EMAIL TO PROFESSIONALS RE: STATUS OF ORDER (0.5); RESPONDING TO VARIOUS INQUIRIES FROM PROFESSIONALS RE: ORDER (1.1). |
| ZSOLDOS AF | 02/14/07 | 7.20 | FINALIZE FEE HEARING BINDER (1.5); REVIEW AND MORE EDITS TO FEE ORDER EXHIBITS TO COMPLY WITH INSTRUCTIONS FROM CLERK OF COURT (5.7). |
| ZSOLDOS AF | 02/15/07 | 1.80 | REVISE AND PREPARE FEE ORDERS ON DISK FOR SUBMISSION (1.8). |
| ZSOLDOS AF | 02/21/07 | 1.70 | UPDATE MASTER FEE CHART TO REFLECT PROFESSIONALS WITH NO OBJECTIONS (0.7); COMPARE ENTERED FEE ORDER FOR SECOND INTERIM PERIOD AGAINST SUBMITTED ORDER (0.6); CREATE LIST OF PROFESSIONALS WITH NO OBJECTIONS (0.4). |
| ZSOLDOS AF | 02/22/07 | 2.20 | UPDATE MASTER FEE AND EXPENSE CHART (2.2). |
| ZSOLDOS AF | 02/26/07 | 1.60 | UPDATE CHART WITH MONTHLY FEE STATEMENTS AND PAYMENTS MADE (1.6). |
| ZSOLDOS AF | 02/27/07 | 2.80 | UPDATE FEE AND EXPENSE CHART (1.2); FORMAT TO INCLUDE NEW PROFESSIONALS (1.6). |
| ZSOLDOS AF | 02/28/07 | 1.10 | UPDATE FEE AND EXPENSE CHART (1.0). |
| | | 61.30 | |
| Total Legal Assistant | | 81.60 | |
| TOTAL TIME | | 292.40 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 03/31/07
Retention / Fee Matters/Objections (Others)       Bill Number: 1156471

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/02/07 | Copy Center, D | 5.29 |
| In-house Reproduction | 02/02/07 | Copy Center, D | 607.02 |
| In-house Reproduction | 02/06/07 | Copy Center, D | 108.87 |
| In-house Reproduction | 02/06/07 | Copy Center, D | 211.14 |
| In-house Reproduction | 02/09/07 | Copy Center, D | 41.89 |
| In-house Reproduction | 02/13/07 | Copy Center, D | 3.00 |
| In-house Reproduction | 02/13/07 | Copy Center, D | 287.82 |
| In-house Reproduction | 02/16/07 | Copy Center, D | 80.68 |
| In-house Reproduction | 02/16/07 | Copy Center, D | 24.19 |
| In-house Reproduction | 02/20/07 | Copy Center, D | 3.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,373.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 5.31 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 13.60 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.54 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.68 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 6.87 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$27.00** |
| Vendor Hosted Teleconferencing | 02/01/07 | Teleconferencing Services, LLC | 320.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$320.00** |
| | | **TOTAL MATTER** | **$1,720.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 04/30/07
Retention / Fee Matters/Objections (Others)                 Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 03/06/07 | 0.50 | REVIEW AND REVISE NOTICE RE: 5TH OMNIBUS REVISED ORDINARY COURSE PROFESSIONALS LISG (0.5). |
| MARAFIOTI KA | 03/14/07 | 0.10 | REVIEW WILMER HALE SUPPLEMENTAL RETENTION PLEADINGS (0.1). |
| MARAFIOTI KA | 03/15/07 | 1.50 | REVIEW AND REVISE KPMG RETENTION ORDER (1.5). |
| | | 2.10 | |
| Total Partner | | 2.10 | |
| MATZ TJ | 03/02/07 | 0.90 | REVIEW OUTSTANDING FEE APPLICATION MATTERS RE: UNSECURED CREDITORS COMMITTEE AND PRICE WATERHOUSE (0.4); REVIEW AND CONSIDER KPMG THIRD SUPPLEMENTAL RETENTION MATERIALS (0.3); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2). |
| MATZ TJ | 03/04/07 | 1.20 | REVIEW AND CONSIDER KPMG SUPPLEMENTAL ENGAGEMENT MATERIALS (1.2). |
| MATZ TJ | 03/05/07 | 0.40 | REVIEW MATTERS RE: KPMG SUPPLEMENTAL RETENTION (0.4). |
| MATZ TJ | 03/06/07 | 1.20 | REVIEW KPMG SERVICES AGREEMENT (0.3); REVIEW THIRD SUPPLEMENTAL RETENTION APPLICATION AND CONSIDER SAME (0.4); REVIEW FIFTH ORDINARY COURSE PROFESSIONAL STATEMENT (0.3); REVIEW CORRESPONDENCE FROM J. SHEEHAN RE: LCC FEE APPLICATION (0.1); TELECONFERENCE WITH LCC RE: SAME (0.1). |
| MATZ TJ | 03/07/07 | 3.20 | REVIEW AND REVISE KPMG 3RD SUPPLEMENTAL RETENTION APPLICATION (1.8); TELECONFERENCE WITH B. DIMOS RE: KPMG 3RD SUPPLEMENTAL RETENTION, DECLARATION (0.3); TELECONFERENCE WITH P. WOODS RE: LCC INTERIM FEE APPLICATION (0.2); REVIEW OUTSTANDING FEE COMMITTEE MATTERS (0.4); CORRESPONDENCE WITH D. SHERBIN, J. SHEEHAN RE: SAME (0.3); FURTHER TELECONFERENCE WITH P. WOODS RE: SAME (0.2). |
| MATZ TJ | 03/08/07 | 1.90 | TELECONFERENCE WITH LCC RE: DLA PIPER, HOULIHAN FEE APPLICATIONS, RECONCILIATIONS (0.3); DISCUSSION WITH S. CORCORAN RE: ADDITIONAL KPMG SERVICES (0.2); REVIEW AND REVISE DRAFT RETENTION MATERIALS RE: SAME (1.2); UPDATE CALENDAR RE: FEE MATTERS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ      03/09/07      1.80   REVISIONS TO KPMG SUPPLEMENTAL
                                  RETENTION (0.3); TELECONFERENCES WITH
                                  S. CORCORAN RE: SAME (0.3);
                                  TELECONFERENCE WITH B. DIMOS RE: SAME
                                  (0.3) CONSIDER KPMG ADDITIONAL SERVICES
                                  (0.2); TELECONFERENCE WITH B. DIMOS RE:
                                  KPMG RETENTION (0.3); FURTHER REVIEW OF
                                  OUTSTANDING MATTERS RE: KPMG RETENTION
                                  (0.4).

MATZ TJ      03/10/07      0.60   REVIEW AND COMMENT ON KPMG 3RD
                                  SUPPLEMENTAL RETENTION APPLICATION
                                  FROM S. CORCORAN (0.4); CORRESPONDENCE
                                  TO B. DIMOS RE: KPMG SUPPLEMENTAL
                                  DECLARATION (0.2).

MATZ TJ      03/12/07      2.00   CONTINUE TO REVIEW AND PREPARE FOR KPMG
                                  THIRD SUPPLEMENTAL RETENTION (0.4);
                                  REVIEW COMMENTS FROM S. CORCORAN RE:
                                  SAME (0.2); TELECONFERENCE WITH S.
                                  CORCORAN RE: VARIOUS KPMG STATEMENTS OF
                                  WORK (0.2); REVISIONS TO RETENTION
                                  APPLICATION RE: SAME (0.2);
                                  CORRESPONDENCE WITH S. CORCORAN, M.
                                  LOEB RE: ERNST & YOUNG RETENTION RE: '07
                                  AUDIT (0.6); TELECONFERENCE WITH B.
                                  DIMOS RE: KPMG DECLARATION, RETENTION
                                  (0.3); CORRESPONDENCE WITH S. CORCORAN
                                  RE: SAME (0.1).

MATZ TJ      03/13/07      1.90   REVISIONS TO KPMG SUPPLEMENTAL
                                  RETENTION (0.2); TELECONERENCE WITH B.
                                  DIMOS RE: SAME (0.2); FINAL REVIEW AND
                                  REVISIONS TO KPMG SUPPLEMENTAL
                                  RETENTION APPLICATION AND ORDER (1.2);
                                  CORRESPONDENCE WITH B. DIMOS RE: SAME
                                  (0.2); CORRESPONDENCE WITH J. SHEEHAN
                                  RE: SAME (0.1).

MATZ TJ      03/14/07      2.40   FURTHER REVISIONS TO KPMG STATEMENTS OF
                                  WORK, SUPPLEMENTAL RETENTION (1.2);
                                  TELECONFERENCES WITH B. DIMOS RE: SAME
                                  (0.4); CORRESPONDENCE WITH S. CORCORAN
                                  RE: KPMG STATEMENTS OF WORK (0.2);
                                  TELECONFERENCE WITH B. DIMOS RE: SAME
                                  (0.2); REVIEW AND COMMENT ON PRICE
                                  WATERHOUSE NOTICE ON DILIGENCE PROJECT
                                  (0.2); REVIEW AND CONSIDER WILMER
                                  CUTLER SUPPLEMENT (0.2).

MATZ TJ      03/15/07      2.30   REVIEW FRESH START ACCOUNTING
                                  MATTER/RETENTION RE: KPMG (0.3); REVIEW
                                  ERNST & YOUNG '07 AUDIT RETENTION MATTER
                                  (0.2); REVIEW AND COMMENT ON PRICE
                                  WATERHOUSE RETENTION EXPENSE NOTICE
                                  (0.4); UPDATE OUTSTANDING FEE COMMITTEE
                                  REVIEWS (0.3); CORRESPONDENCE WITH J.
                                  SHEEHAN & D. SHERBIN RE: DLA PIPER,
                                  HOULIHAN & THOMPSON HINE (0.4);
                                  TELECONFERENCE WITH J. SIMON RE: ERNST
                                  & YOUNG RETENTION (0.3); TELECONFERENCE
                                  WITH J. SHEEHAN RE: SAME AND OUTSTANDING
                                  FEE COMMITTEE MATTERS (0.2);
                                  TELECONFERENCE WITH U.S. TRUSTEE RE:
                                  FEE COMMITTEE (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 03/16/07 | 2.30 | TELECONFERENCE WITH J. SHEEHAN RE: DLA PIPER FEE COMMITTEE MATTERS (0.2); CORRESPONDENCE WITH J. SHEEHAN RE: SAME (0.2); CORRESPONDENCE WITH HOULIHAN RE: FEE COMMITTEE MATTERS (0.1); CORRESPONDENCE WITH DLA PIPER FEE COMMITTEE MATTERS (0.2); FURTHER REVIEW OF PRICE WATERHOUSE EXPENSE NOTICE (0.2); FINAL AMENDMENT AND REVIEW OF KPMG SUPPLEMENTAL RETENTION (0.6); CORRESPONDENCE WITH S. CORCORAN RE: PRESENTMENT (0.1); CORRESPONDENCE WITH B. DIMOS RE: PRESENTMENT (0.1); TELECONFERENCE WITH FROM CHAMBERS RE: 4TH INTERIM FEE APPLICATIONS, MATERIALS AND SCHEDULING (0.3); REVIEW SAME (0.3). |
| MATZ TJ | 03/19/07 | 1.00 | CORRESPONDENCE WITH WARNER STEVENS RE: FEE ORDER (0.2); CORRESPONDENCE WITH J. SHEEHAN RE: THOMPSON HINE FEE APPLICATION (0.2); TELECONFERENCE WITH B. DIMOS RE: KPMG SUPPLEMENTAL RETENTION (0.2); TELECONFERENCE  WITH U.S. TRUSTEE RE: KPMG SUPPLEMENTAL RETENTION (0.4). |
| MATZ TJ | 03/20/07 | 1.40 | TWO TELECONFERENCES WITH U.S. TRUSTEE RE: FEE COMMITTEE MATTERS RE: OUTSTANDING APPLICATIONS (0.6); TELECONFERENCE WITH THOMPSON HEIN RE: SAME (0.2); TELECONFERENCE WITH J. SHEEHAN RE; SAME (0.1); REVIEW MATTER RE: HOLDBACKS (0.3); TELECONFERENCE WITH J. SHEEHAN RE: THOMPSON HINE FEE APPLICATION (0.2). |
| MATZ TJ | 03/22/07 | 0.20 | REVIEW ORDINARY COURSE PROFESSIONAL BILLING INQUIRY (0.2). |
| MATZ TJ | 03/23/07 | 0.40 | CONSIDER UCC REQUESTS RE: KPMG SUPPLEMENTAL RE: NOTICING, THRESHOLDS, ETC (0.4). |
| MATZ TJ | 03/26/07 | 1.70 | CONSIDER MALESON ORDINARY COURSE PROFESSIONAL ISSUE (0.2); CONSIDER UCC REQUEST RE: KPMG SUPPLEMENTAL RETENTION (0.4); TELECONFERENCE WITH U.S. TRUSTEE RE: SAME (0.3); CORRESPONDENCE WITH S. CORCORAN RE: KPMG (0.3); CONSIDER PWC ADDITIONAL RETENTION (0.2); CONSIDER FOURTH INTERIM FEE APPLICATIONS, REVIEW BY FEE COMMITTEE (0.3). |
| MATZ TJ | 03/27/07 | 1.30 | REVIEW NOTICE AND APPROVAL REQUEST FROM UCC RE: KPMG (0.4); CORRESPONDENCE WITH S. CORCORAN RE: SAME (0.2); TELECONFERENCES WITH FTI RE: FEE APPLICATIONS (0.2); TELECONFERENCE WITH MESIROW RE:SAME(0.2); TELECONFERENCE WITH WARNER STEVENS RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 03/28/07 | 1.10 | CORRESPONDENCE WITH D. SHERBIN RE: 4TH INTERIM FEE APPLICATIONS, REVIEW PROCESS AND HEARING (0.7); CONSIDER NOTICE RE: KPMG SUPPLEMENTAL RETENTION (0.4). |
| MATZ TJ | 03/29/07 | 0.90 | REVIEW AND CONSIDER PROPOSED RESOLUTION OF KPMG SUPPLEMENTAL NOTICE MATTER, REVISED ORDER (0.6); TELECONFERENE WITH S. CORCORAN RE: INVESTMENT BANKER RETENTIONS (0.1); CONFIRMING SAME (0.2). |
| MATZ TJ | 03/30/07 | 2.80 | REVIEWING NOTICES OF 4TH INTERIM FEE APPLICATIONS (0.4); CALL TO PRICE WATERHOUSE RE: NOTICING (0.1); REVIEWING PRICE WATERHOUSE RETENTION MATTER (0.3); TELECONFERECE WITH S. CORCORAN RE: SAME (0.2); FURTHER REVIEW OF SAME (0.2); REVIEW AND REVISE OF ALL PROFESSIONAL FIRMS FORTH INTERIM FEE APPLICATIONS AND NOTICES IN RESPECT THEREOF (1.6). |
| | | 32.90 | |
| **Total Counsel** | | 32.90 | |
| DE ELIZALDE D | 03/01/07 | 7.30 | ANALYSIS OF SHEARMAN'S DECEMBER MONTHLY STATEMENT (0.3); ANALYSIS OF DICKINSON'S DECEMBER MONTHLY STATEMENT (0.2); REVIEW AND REVISE KPMG'S RETENTION APPLICATION (2.9); ANALYSIS OF PWC'S MONTHLY STATEMENTS AND FEE APPLICATIONS TO RESPOND TO QUESTION FROM THE FEE COMMITTEE (0.5); ANALYSIS OF RETENTION OF WY CAMPBELL AND MONTHLY STATEMENTS OF BUCK CONSULTANTS TO BE INCLUDED IN PRESENTATION FOR THE UCC (0.9); REVIEW AND REVISE EXHIBITS TO PROSPOSED ORDERS RE: FEE APPLICATIONS (1.2); REVIEW AND REVISE DRAFT AGENDA RE: FEE APPLICATIONS (1.3). |
| DE ELIZALDE D | 03/02/07 | 1.10 | COMMUNICATIONS WITH THE COMPANY RE: PAYMENT TO FOLLOWING PROFESSIONALS: BLAKES, BUCKS, BUTZEL, CADWALADER, E&Y, AND PWC (0.4); ANALYSIS RE: ROTHSCHILD AND KPMG'S NOVEMBER MONTHLY STATEMENTS (0.7). |
| DE ELIZALDE D | 03/04/07 | 3.80 | REVIEW AND REVISE INFORMATION ON EACH OF THE PROFESSIONALS FEE APPLICATIONS, VOLUNTARY DEDUCTIONS, FEE COMMITTEE'S DEDUCTIONS, AND ACCEPTANCES TO FEE COMMITTEE'S DEDUCTIONS (3.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D      03/05/07      5.30   REVISE KPMG'S APPLICATION AND SENT IT TO
                                        CLIENT FOR REVIEW (0.6); REDRAFT
                                        PROPOSED ORDERS RE: FEE APPLICATIONS
                                        (ONE FOR EACH FEE PERIOD) (3.5); REVIEW
                                        AND REVISE INFORMATION ON EACH OF THE
                                        PROFESSIONALS FEE APPLICATIONS,
                                        VOLUNTARY DEDUCTIONS, FEE COMMITTEE'S
                                        DEDUCTIONS, AND ACCEPTANCES TO FEE
                                        COMMITTEE'S DEDUCTIONS (1.2).

DE ELIZALDE D      03/06/07      3.60   REVIEW AND REVISE PWC'S RETENTION
                                        APPLICATION AS PRECEDENT TO KPMG'S
                                        THIRD SUPP APPLICATION (0.7); DRAFT
                                        KPMG'S THIRD SUPP APPLICATION (1.3);
                                        REVIEW AND REVISE OCP LIST AND NOTICE
                                        THERETO (0.4); TELECONFERENCE WITH M.
                                        PISCITELLI RE: PAYMENT OF HOLDBACK
                                        AMOUNTS (0.5); EMAIL TO THE FINANCIAL
                                        GROUP AT DELPHI RE: PAYMENT OF
                                        PROFESSIONAL FEES (0.3); REVIEW AND
                                        REVISE THOMPSON HINE'S JANUARY FEE
                                        STATEMENT (0.4).

DE ELIZALDE D      03/07/07      6.80   DRAFT KPMG'S THIRD SUPPLEMENTAL
                                        APPLICATION IN LIGHT OF A NEW MASTER
                                        AGREEMENT AND THREE NEW STATEMENTS OF
                                        WORK (4.5); SUPERVISE FILING OF OCP LIST
                                        (0.6); ANALYSIS OF DECISION RE:
                                        BANKRUPTCY RULE 2019 (1.7).

DE ELIZALDE D      03/08/07      5.40   REVIEW AND REVISE KPMG'S THIRD
                                        SUPPLEMENTAL RETENTION APPLICATION TO
                                        INCLUDE S. CORCORAN'S COMMENTS (3.7);
                                        TELECONFERENCE WITH DELPHI RE: PAYMENT
                                        TO FINANCE PROFESSIONALS, AND
                                        PREPARATION FOR SUCH CALL (0.5);
                                        ANALYSIS OF PWC'S RETENTION LETTER
                                        AGREEMENT (0.3); ANALYSIS OF DELPHI'S
                                        OBLIGATION TO PAY FEES AND EXPENSES TO
                                        MERRILL LYNCH'S COUNSEL (0.9); ANALYSIS
                                        RE: PAYMENT OF FEES TO EMPLOYER COUNSEL
                                        UNDER THE OCP ORDER OR THE HUMAN CAPITAL
                                        ORDER.

DE ELIZALDE D      03/09/07      6.20   REVIEW AND REVISE KPMG'S RETENTION
                                        APPLICATION IN LIGHT OF NEW STATEMENT OF
                                        WORK TO BE EXECUTED BY DELPHI AND KPMG
                                        (4.3); ANALYSIS OF STATEMENT OF WORK RE:
                                        CONTROLLERSHIP ORGANIZATION (0.6);
                                        ANALYSIS OF DOCKET RE: AFFIDAVIT OF
                                        COMPLIANCE SYSTEMS LEGAL GROUP (0.4);
                                        TELECONFERENCE WITH M. KAMISCHKE RE:
                                        JLL'S PAYMENT OF MONTHLY FEES AND SENT
                                        EMAIL TO THE SAME WITH JLL'S RETENTION
                                        PLEADINGS (0.9).

DE ELIZALDE D      03/12/07      2.30   REVIEW AND REVISE KPMG'S RETENTION
                                        APPLICATION PURSUANT TO S. CORCORAN'S
                                        COMMENTS (0.6); REVIEW AND REVISE DRAFT
                                        OF PROPOSED ORDER RE: KPMG'S RETENTION
                                        APPLICATION (1.2); REVIEW EMAILS RE:
                                        E&Y'S SUPPLEMENTAL RETENTION
                                        APPLICATION (0.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 03/13/07 | 5.90 | REVIEW AND REVISE KPMG'S APPLICATION PURSUANT TO SEAN CORCORAN'S COMMENTS AND SENT IT TO CLIENT FOR FINAL SIGN OFF (1.3); REVIEW AND REVISE KPMG'S PROPOSED ORDER (1.9); REVIEW AND REVISE KPMG'S NOTICE OF PRESENTMENT (0.5); REVIEW PWC'S RETENTION APPLICATION AND ORDER TO UNDERSTAND NEED OF FILING A SUPPLEMENTAL APPLICATION (2.2). |
| DE ELIZALDE D | 03/14/07 | 4.30 | REVIEW AND REVISE KPMG RETENTION APPLICATION, INCLUDING KPMG'S OUTSIDE COUNSEL COMMENTS (1.9); DRAFT NOTICE TO UCC RE: SUPPLEMENTAL APPLICATION OF PWC (2.4). |
| DE ELIZALDE D | 03/15/07 | 2.20 | SUPERVISED PREPARATION FOR FILING OF THE KPMG RETENTION APPLICATION (0.6); SENT APPLICATION TO CLIENT FOR FINAL SIGN OFF (0.3); REVIEW AND REVISED NOTICE TO UCC RE: SUPPLEMENTAL APPLICATION OF PWC (1.3). |
| DE ELIZALDE D | 03/20/07 | 1.70 | ANALYSIS OF PAYMENTS MADE BY DELPHI TO SEVERAL PROFESSIONALS (0.5); EMAIL EXCHANGE WITH LEGAL COST CONTROL RE: HOLDBACK PAYMENTS (1.2). |
| DE ELIZALDE D | 03/21/07 | 2.60 | REPLIED TO QUESTIONS RE: RETENTION OF ANTITRUST LOCAL COUNSEL (1.2); REPLIED TO QUESTIONS RE: PWC'S FILING OF FIRST AND SECOND FEE APPLICATIONS AND THE LIFT OF FREEZE TO PAYMENT OF THEIR MONTHLY STATEMENTS (1.4). |
| DE ELIZALDE D | 03/22/07 | 1.10 | TELECONFERENCES WITH J. RESLER, COUNSEL TO THE UCC RE: EXTENSION OF TIME TO OBJECT ON KPMG'S THIRD SUPPLEMENTAL RETENTION APPLICATION (0.6); EMAILS WITH S. TREVEJO AT LEGAL COST CONTROL RE: PWC'S FIRST AND SECOND FEE APPLICATIONS (0.5). |
| DE ELIZALDE D | 03/23/07 | 2.70 | TELECONFERENCE WITH J. RESLER, COUNSEL TO THE UCC RE: QUESTIONS ON KPMG'S THIRD SUPPLEMENTAL RETENTION APPLICATION (0.9); DRAFT EMAIL TO DELPHI RE: UCC'S QUESTIONS ON KPMG'S THIRD SUPPLEMENTAL RETENTION APPLICATION (1.2); DRAFT EMAIL RESPONDING TO QUESTIONS OF FIRM MALLESONS RE: ORDINARY COURSE PROFESSIONAL RETENTION (0.6). |
| DE ELIZALDE D | 03/26/07 | 2.80 | ANALYSIS OF QUESTIONS POSED BY THE UCC RE: KPMG'S THIRD SUPPLEMENTAL DECLARATION (1.9); COORDINATE WITH PWC FOR SERVICE OF THEIR FIRST AND SECOND INTERIM FEE APPLICATIONS (0.5); REVIEW AND REVISED SIXTH OCP LIST (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D     03/27/07     2.40    TELECONFERENCES AND EMAILS TO COMPANY
                                       RE: PAYMENT OF HOLDBACK AMOUNTS OF ALL
                                       PROFESSIONALS (0.6); TELECONFERENCES
                                       AND EMAILS TO DELPHI AND TO COUNSEL TO
                                       THE UCC RE: KPMG'S THIRD SUPPLEMENTAL
                                       RETENTION APPLICATION (1.8).

DE ELIZALDE D     03/28/07     5.60    DRAFT AND SENT EMAIL TO ALL
                                       PROFESSIONALS RETAINED IN THE CASE RE:
                                       UPCOMING DEADLINE TO FILE THE FOURTH FEE
                                       APPLICATION (0.9); ANALYSIS OF JANUARY
                                       MONTHLY FEE STATEMENTS SERVED AND
                                       OBJECTION DEADLINES THEREOF (1.8);
                                       TELECONFERENCES WITH COUNSEL TO THE UCC
                                       RE: KPMG'S APPLICATION (1.1); ANALYSIS
                                       OF CONFLICTS OF INTEREST (1.3); REVIEW
                                       AND REVISE SKADDEN'S FIFTH SUPPLEMENTAL
                                       DECLARATION (0.5).

DE ELIZALDE D     03/29/07     5.90    SEVERAL TELECONFERENCES AND EMAILS WITH
                                       KPMG'S COUNSEL, S. CORCORAN, AND
                                       COUNSEL TO THE UCC RE: KPMG'S RETENTION
                                       APPLICATION (1.9); REVIEW AND REVISE
                                       KPMG'S PROPOSED ORDER (0.2);
                                       TELECONFERENCES AND EMAILS WITH VARIOUS
                                       PROFESSIONALS RE: DEADLINE, FILING, AND
                                       HEARING RE: FOURTH INTERIM FEE
                                       APPLICATION (2.5); EMAILS TO THE
                                       PROFESSIONALS AND THE COMPANY RE:
                                       PAYMENT OF JANUARY MONTHLY STATEMENTS
                                       AND HOLDBACK AMOUNTS FOR THE FIRST,
                                       SECOND, AND THIRD INTERIM FEE PERIODS
                                       (1.3).

DE ELIZALDE D     03/30/07     2.90    SUPERVISED FILING OF PROPOSED ORDER RE:
                                       KPMG'S THIRD SUPPLEMENTAL APPLICATION
                                       (0.8); TELECONFERENCES AND EMAILS WITH
                                       SEVERAL PROFESSIONALS RE: NEW HEARING
                                       DATE FOR FOURTH FEE APPLICATION (1.9);
                                       COMMUNICATED TO PWC NEW HEARING DATE FOR
                                       THEIR FIRST AND SECOND FEE APPLICATIONS
                                       (0.2).

                              81.90

JJINGO MJ         03/01/07     1.60    REVIEW CORRESPONDENCE FROM A.
                                       CLARKE-SMITH RE: PWC FEE APPLICATIONS;
                                       TELECONFERENCE WITH A. CLARKE-SMITH RE:
                                       THE SAME; CORRESPOND INTERNALLY
                                       REGARDING PWC FEE APPS. (1.6).

JJINGO MJ         03/05/07     3.40    CORRESPOND WITH VARIOUS RETAINED
                                       PROFESSIONALS RE: FEES AND FOURTH
                                       INTERIM FEE APPLICATIONS (3.4).

JJINGO MJ         03/06/07     2.40    REVIEW CORRESPONDENCE FROM B. DIMOS RE:
                                       FEES DUE KPMG; CORRESPOND WITH THE
                                       COMPANY RE: THE SAME; CORRESPOND WITH B.
                                       DIMOS RE: THE SAME; RESPOND TO EMAILS
                                       FROM VARIOUS RETAINED PROFESSIONALS
                                       (2.4).

JJINGO MJ         03/07/07     3.10    REVIEW FEES FROM VARIOUS RETAINED
                                       PROFESSIONALS (3.1).

B43E

| JJINGO MJ | 03/08/07 | 1.30 | CORRESPOND WITH DELPHI RE: HOLDBACK RELEASE OF FEES OF CERTAIN PROFESSIONALS; RESPOND TO OTHER CORRESPONDENCE FROM RETAINED PROFESSIONALS (1.3). |
|---|---|---|---|
| JJINGO MJ | 03/09/07 | 0.40 | RESPOND TO EMAILS FROM RETAINED PROFESSIONALS RE: FEE APPLICATIONS (0.4). |
| JJINGO MJ | 03/12/07 | 2.70 | CORRESPOND WITH M. KAMISCHKE AT DELPHI RE: CERTAIN FEE AND HOLDBACK PAYMENTS (0.5); CORRESPOND WITH RETAINED PROFESSIONALS RE: THEIR FEES; REVIEW CERTAIN FEE STATEMENTS (2.2). |
| JJINGO MJ | 03/13/07 | 0.60 | COMMUNICATE WITH DELPHI RE: CERTAIN FEES AND HOLDBACK RELEASES; COMMUNICATE WITH VARIOUS RETAINED PROFESSIONALS RE: THE SAME (0.6). |
| JJINGO MJ | 03/14/07 | 1.70 | RESPOND TO EMAILS FROM CERTAIN RETAINED PROFESSIONALS RE: FOURTH INTERIM FEE APPLICATIONS AND CERTAIN FEES (1.7). |
| JJINGO MJ | 03/15/07 | 0.60 | CORRESPOND WITH DELPHI RE: RELEASE OF HOLDBACK FEES OF JLL; CORRESPOND WITH J. KLEINMAN AT JLL RE: THE SAME (0.6). |
| JJINGO MJ | 03/19/07 | 0.20 | REVIEW CORRESPONDENCE FROM WARNER STEVENS RE: HOLDBACK RELEASE DUE FIRM; CORRESPOND WITH J. RESLER AT WARNER STEVENS RE: THE SAME (0.2). |
| JJINGO MJ | 03/20/07 | 0.30 | CORRESPOND WITH J. KLEINMAN RE: HOLDBACK RELEASE DUE JLL; CORRESPOND WITH M. PISCITELLI AT DELPHI RE: HOLDBACK FEES DUE WARNER STEVENS (0.3). |
| JJINGO MJ | 03/21/07 | 1.10 | RESPOND TO EMAILS FROM CERTAIN RETAINED PROFESSIONALS CONCERNING FOURTH INTERIM FEE APPLICATIONS; RESPOND TO EMAILS FROM CERTAIN RETAINED PROFESSIONALS RE: MARCH 22ND OMNIBUS HEARING; REVIEW CORRESPONDENCE FROM J. KLEINMAN RE: OUTSTANDING FEES DUE TO JLL (1.1). |
| JJINGO MJ | 03/23/07 | 0.10 | TELECONFERENCE WITH C. ROGUS AT WILMER HALE RE: FOURTH INTERIM FEE APPLICATIONS (0.1). |
| JJINGO MJ | 03/27/07 | 0.20 | REVIEW CORRESPONDENCE FROM J. RESLER AT WARNER STEVENS RE: HOLDBACK AMOUNTS DUE; CORRESPOND INTERNALLY RE: THE SAME (0.2). |

**19.70**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 03/15/07 | 1.60 | REVIEW PWC NOTICE (0.2); REVIEW COMMENTS TO PWC NOTICE (0.2); INCORPORATE ADDITIONAL COMMENTS TO PWC NOTICE RE: STATEMENT OF WORK (0.9); REVIEW EMAIL FROM C.WITTMER RE: FEES (0.1); REVIEW EMAIL FROM R.WEISLER RE: FEES (0.2). |
| KALOUDIS D | 03/16/07 | 3.20 | REVIEW, REVISE AND FINALIZE KPMG SUPPLEMENTAL RETENTION (2.9); REVIEW LETTER RE: PCW SUPPLEMENT LETTER (0.3). |
| KALOUDIS D | 03/19/07 | 1.40 | DRAFT SUPPLEMENTAL E&Y RENTION PAPERS (1.4). |
| | | **6.20** | |
| MEISLER RE | 03/16/07 | 0.80 | REVIEW AND RESPOND TO CORRESPONDENCE RE: HOWARD & HOWARD (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: PWC FEES (0.2); CORRESPOND WITH J. RESLER RE: PWC COMPENSATION (0.3). |
| MEISLER RE | 03/21/07 | 0.30 | REVIEW AND REVISE SCRIPTS RE: ADJOURNED FEE APPLICATIONS (0.3). |
| MEISLER RE | 03/23/07 | 0.10 | REVIEW DICKINSON MONTHLY FEE STATEMENT (0.1). |
| MEISLER RE | 03/26/07 | 0.10 | CONFERENCE WITH C. DANZ RE: TERMINATION OF JLL (0.1). |
| | | **1.30** | |
| **Total Associate** | | **109.10** | |
| CHAVALI A | 03/05/07 | 1.50 | DISTRIBUTE INTERIM COMP ORDERS AND RELATED PLEADINGS (0.7); UPDATE OCP LIST (0.8). |
| CHAVALI A | 03/07/07 | 1.10 | REVISE AND UPDATE OCP LIST (0.9); DISTRIBUTE OCP LIST FOR COMMENTS (0.2). |
| CHAVALI A | 03/12/07 | 0.40 | UPDATE OCP LIST (0.4). |
| CHAVALI A | 03/13/07 | 1.60 | UPDATE OCP LIST (0.4); PREPARE NOTICE OF PRESENTMENT FOR KPMG APPLICATION (0.5); DOUBLE CHECK DATES IN KPMG APPLICATION (0.7). |
| CHAVALI A | 03/14/07 | 1.80 | UPDATE NOTICE OF PRESENTMENT FOR KPMG APPLICATION (1.8). |
| CHAVALI A | 03/19/07 | 1.30 | SEARCH FOR E&Y SUPPLEMENTAL APPLICATION MATERIALS (1.3). |
| CHAVALI A | 03/26/07 | 1.00 | UPDATE OCP LIST (0.6); SEARCH FOR AFFIDAVIT OF A PARTICULAR OCP (0.4). |
| CHAVALI A | 03/27/07 | 1.80 | REVISE KPMG PRESENTMENT ORDER (0.7); DISTRIBUTE CLEAN AND BLACKLINE COPIES OF KPMG PRESENTMENT ORDER (0.3); PREPARE CONTACT INFORMATION LIST FOR RETAINED PROFESSIONALS (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 03/28/07 | 3.50 | PREPARE RETAINED PROFESSIONALS CONTACT LIST (1.0); ASSIST WITH FEE APPLICATION PREPARATION (1.4); COORDINATE SERVICE OF FRIDAY FILINGS WITH KCC (0.8); UPDATE OCP LIST (0.3). |
| CHAVALI A | 03/29/07 | 0.40 | CHECK DOCKET FOR FOURTH FEE APPLICATIONS OF CERTAIN PROFESSIONALS (0.4). |
| CHAVALI A | 03/30/07 | 0.80 | PREPARE KPMG ORDER (0.8). |
| | | 15.20 | |
| ZSOLDOS AF | 03/01/07 | 5.90 | REVIEW AND SEND LIST OF DISCREPANCIES WITH PROFESSIONAL FEES AND EXPENSES TO M. PISTICELLI OF DELPHI (0.7); UPDATE MASTER FEE AND EXPENSE CHART TO REFLECT FEE COMMITTEE RECOMMENDATIONS AND FEES AND EXPENSES AWARDED BY THE COURT (5.2). |
| ZSOLDOS AF | 03/02/07 | 3.00 | PREPARATION FOR (0.7) AND CONFERENCE CALL WITH M. PISTECELLI RE: FEES AND EXPENSES (0.5); UPDATE FEE AND EXPENSE MASTER CHART (1.8). |
| ZSOLDOS AF | 03/05/07 | 2.60 | ORGANIZE FEE STATEMENTS RECEIVED (1.8); UPDATE MASTER FEE AND EXPENSE CHART WITH FEE STATEMENTS (0.8). |
| ZSOLDOS AF | 03/06/07 | 1.20 | UPDATE FEE AND EXPENSE CHART (1.2). |
| ZSOLDOS AF | 03/07/07 | 1.90 | REVIEW AMOUNTS OF OUTSTANDING PAYMENTS TO BE MADE BY DELPHI TO PROFESSIONALS AS PER INTERIM FEE ORDERS (1.9). |
| ZSOLDOS AF | 03/08/07 | 0.90 | TELECONFERENCE WITH K. SCHAEFER, AND J. LAMB RE: PROFESSIONAL FEE PAYMENTS (0.3); PREPARE FOR AND FOLLOW-UP AFTER TELECONFERENCE (0.6). |
| ZSOLDOS AF | 03/09/07 | 3.20 | SEND OUT EMAILS RE: OBJECTION DEADLINES TO VARIOUS PROFESSIONALS (0.4); UPDATE CHART TO REFLECT RESPONSES (0.2); RESPOND TO VARIOUS ATTORNEY AND COMPANY REQUESTS RE: FEES (0.3); UPDATE MASTER FEE AND EXPENSE CHART (2.3). |
| ZSOLDOS AF | 03/12/07 | 2.10 | TELECONFERENCE WITH LCC RE: ORDERS APPROVED BY COURT (0.2); UPDATE MASTER FEE AND EXPENSE CHART (1.4); REVIEW AND ORGANIZE FEE STATEMENTS (0.5). |
| ZSOLDOS AF | 03/13/07 | 1.80 | REVIEW AND ORGANIZE FEE STATEMENTS FOR FILES (1.1); UPDATE MASTER FEE AND EXPENSE CHART (0.7). |
| ZSOLDOS AF | 03/26/07 | 0.50 | REVIEW DOCKET AND PWC FEE APPLICATIONS FOR NOTICES OF FIRST AND SECOND INTERIM FEE APPLICATION (0.4); CORRESPONDENCE RE: SAME (0.1). |

B43E

ZSOLDOS AF      03/27/07      4.70   UPDATE MASTER FEE CHART WITH RECENT
                                     PAYMENTS MADE (0.6);  REVIEW OBJECTION
                                     DEADLINES OF RETAINED PROFESSIONALS
                                     (0.5); SEND EMAIL AND TRACK RESPONSES
                                     RE: SAME (0.7); FORMAT FEE AND EXPENSE
                                     CHART FOR   FIFTH INTERIM FEE PERIOD
                                     (2.9).

ZSOLDOS AF      03/28/07      4.90   COORDINATE SERVICE OF
                                     PRICEWATERHOUSECOOPERS' FIRST AND
                                     SECOND INTERIM FEE APPLICATION NOTICES
                                     OF HEARING (0.4); UPDATE FEE AND EXPENSE
                                     CHART WITH PROFESSIONALS' CONTACT
                                     INFORMATION (1.1); UPDATE SUMMARY CHART
                                     IN PREPARATION FOR FIFTH INTERIM PERIOD
                                     AND FOURTH INTERIM FEE APPLICATIONS
                                     (3.4).

ZSOLDOS AF      03/29/07      1.80   RESPOND TO EMAILS RE: PAYMENT OF FEES
                                     (0.2); SEND EMAILS RE: OBJECTION
                                     DEADLINE AND FOLLOW-UP CORRESPONDENCE
                                     (0.3); PREPARE LIST OF PROFESSIONALS
                                     AND MONTH OF FEES WITH NO OBJECTIONS AND
                                     READY FOR PAYMENT (0.8); UPDATE MASTER
                                     FEE CHART WITH LIST OF NO OBJECTIONS
                                     (0.5).

                             34.50

Total Legal Assistant        49.70

TOTAL TIME                  193.80

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                        Bill Date: 04/30/07
Retention / Fee Matters/Objections (Others)     Bill Number: 1156504

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/02/07 | Copy Center, D | 1.20 |
| In-house Reproduction | 03/02/07 | Copy Center, D | 606.20 |
| In-house Reproduction | 03/06/07 | Copy Center, D | 34.11 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 62.01 |
| In-house Reproduction | 03/13/07 | Copy Center, D | 107.12 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 1,308.22 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 89.41 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 34.61 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 324.55 |
| In-house Reproduction | 03/27/07 | Copy Center, D | 200.13 |
| In-house Reproduction | 03/30/07 | Copy Center, D | 243.34 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3,011.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 3.68 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 9.44 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.92 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.37 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 3.59 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$18.00** |
| Messengers/ Courier | 03/12/07 | Dist Serv/Mail/Page, D | 19.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$19.00** |
| | | **TOTAL MATTER** | **$3,048.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)         Bill Date: 05/31/07
Retention / Fee Matters/Objections (Others)         Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 04/02/07 | 1.10 | REVIEW OUTSTANDING MATTERS RE: FIRST THREE INTERIM FEE APPLICATIONS (0.4); REVIEW SCHEDULE RE: FOURTH INTERIM FEE APPLICATIONS REVISIONS, FEE COMMITTEE (0.3); REVIEW ORDINARY COURSE PROFESSIONAL MATTERS (0.2); REVIEW WARNER STEVENS MATTERS (0.2). |
| MATZ TJ | 04/03/07 | 1.60 | CORRESPONDENCE WITH J. RESSLER RE: 6/26 FEE APPLICATIONS (0.1); TELECONFERENCE WITH J. RESSLER RE: SAME (0.2); REVIEW INTERIM FEE APPLICATION PAYMENT MATTERS (0.4); FOLLOW UP CORRESPONDENCE WITH J. RESSLER OF PRICE WATERHOUSE RE: SAME (0.2); REVIEW ORDINARY COURSE PROFESSIONAL/RETENTION MATTER (0.4); CONSIDER WILLKIE FARR RETENTION MATTER (0.3). |
| MATZ TJ | 04/09/07 | 0.20 | CORRESPONDENCE WITH J. LAMB RE: ROTHSCHILD (0.2). |
| MATZ TJ | 04/10/07 | 0.50 | REVIEW UPDATED ORDINARY COURSE PROFESSIONAL QUARTERLY LIST FOR FILING (0.2); REVIEW DRINKER BIDDLE RETENTION QUESTION (0.2); CORRESPONDENCE WITH D. DE ELIZALDE RE: SAME (0.1). |
| MATZ TJ | 04/11/07 | 0.20 | REVIEW AND COMMENT ON QUARTERLY ORDINARY COURSE PROFESSIONALS STATEMENTS (0.2). |
| MATZ TJ | 04/23/07 | 0.30 | CORRESPONDENCE WITH D. SHERBIN RE: WILKIE FARR (0.1); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.2). |
| MATZ TJ | 04/25/07 | 0.80 | CONSIDER FURTHER RETENTION MATTER (0.2); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.4); FOLLOW UP TELECONFERENCE WITH D. SHERBIN RE: POSSIBLE RETENTIONS (0.2). |
| | | 4.70 | |
| **Total Counsel** | | 4.70 | |
| DE ELIZALDE D | 04/02/07 | 4.20 | TELECONFERENCE WITH M. PISCITELLI RE: PAYMENT OF HOLDBACK AMOUNTS (0.4); ANALYSIS RE: WARNER STEVENS' REQUEST OF PAYMENT OF HOLDBACK AMOUNT (0.6); DRAFT EMAIL TO DELPHI RE: NEW SOW SIGNED WITH PWC (0.7); OVERVIEW OF LIST OF FOURTH FEE APPLICATION (1.2); REVIEW PROFESSIONALS FEBRUARY MONTHLY STATEMENTS (1.3). |

B43E

DE ELIZALDE D    04/03/07    2.00   ANALYSIS OF STATUS OF PAYMENT OF
                                    HOLDBACK AMOUNTS OF THE FIRM ROTHSCHILD
                                    (0.6); EMAIL TO DELPHI RE: ADDITIONS OF
                                    ANTITRUST FOREIGN COUNSEL TO OCP LIST
                                    (0.2); ANALYSIS OF RETENTION OF WILLKIE
                                    FARR AS OCP (0.1); ANALYSIS OF STATUS OF
                                    PAYMENT OF HOLDBACK AMOUNTS OF THE FIRM
                                    WARNER STEVENS (0.3); ANALYSIS OF
                                    PAYMENT INFORMATION RE: DECEMBER AND
                                    JANUARY FEE STATEMENTS (0.4); EMAIL TO
                                    ALLEN & OVERY GERMANY RE: FILING OF NEW
                                    OCP LIST (0.2); EMAIL TO PWC AND TO
                                    WARNER STEVENS RE: HEARING ON PWC'S
                                    FIRST AND SECOND INTERIM FEE
                                    APPLICATIONS (0.4).

DE ELIZALDE D    04/04/07    5.10   PREPARE CHART INCLUDING FEES PAID TO
                                    DATE TO RETAINED ORDINARY COURSE
                                    PROFESSIONALS (3.8); ANALYSIS OF FILED
                                    FEE APPLICATIONS FOR THE FOURTH INTERIM
                                    FEE PERIOD (1.3).

DE ELIZALDE D    04/05/07    5.60   ANALYSIS OF FIRMS THAT FILED FEE
                                    APPLICATIONS FOR THE FOURTH INTERIM FEE
                                    PERIOD AND PREPARED CHART THERETO
                                    (1.9); ANALYSIS OF FEE APPLICATIONS FOR
                                    THE FOURTH INTERIM FEE PERIOD TO DRAFT
                                    PRESENTATION FOR MONTHLY UCC MEETING
                                    (2.3); ANALYSIS OF PAYMENTS MADE BY
                                    DELPHI TO ALL OF THE RETAINED
                                    PROFESSIONALS (1.4).

DE ELIZALDE D    04/06/07    1.80   REVIEWED AND REVISED SIXTH OCP LIST,
                                    PURSUANT TO K. BAMBACH'S COMMENTS
                                    (1.3); ANALYSIS OF ORDER RETAINING IPB
                                    (0.5).

DE ELIZALDE D    04/09/07    3.40   REVIEW AND REVISE CHART INCLUDING ALL
                                    PROFESSIONALS THAT FILED A FEE
                                    APPLICATION FOR THE FOURTH INTERIM FEE
                                    PERIOD (0.9); REVIEW AND REVISE CHART
                                    INCLUDING MONTHLY FEE STATEMENTS AND
                                    PAYMENT INFORMATION FOR ALL RETAINED
                                    PROFESSIONALS (1.8); REVIEW AND REVISE
                                    OCP LIST (0.4); REVIEW PRICE HENEVELD'S
                                    MONTHLY STATEMENT FOR THE MONTH OF MARCH
                                    OF 2007 (0.3).

DE ELIZALDE D    04/10/07    3.50   REVIEW AND REVISE SIXTH REVISED OCP LIST
                                    (0.6); ANALYSIS OF TOGUT'S MONTHLY
                                    STATEMENTS AND OBJECTION DEADLINES
                                    (0.5); ANALYSIS OF DRINKER BIDDLE
                                    STATUS AS ORDINARY COURSE PROFESSIONAL
                                    (1.3); ANALYSIS OF PAYMENTS MADE BY
                                    DELPHI TO VARIOUS RETAINED
                                    PROFESSIONALS (1.1).

DE ELIZALDE D    04/11/07    3.80   DRAFT NOTICE RE: SIXTH QUARTERLY OCP
                                    STATEMENT (0.8); ANALYSIS OF QUINN
                                    EMANUEL'S MONTHLY STATEMENTS (1.7);
                                    REVIEW AND REVISE CHART INCLUDING
                                    PROFESSIONALS FEE INFORMATION FOR UCC
                                    MEETING (1.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D      04/13/07      4.50   SUPERVISE FILING OF SIXTH REVISED OCP
                                        LIST AND SIXTH OCP QUARTERLY STATEMENT
                                        (1.9); REVIEW PAYMENT INFORMATION FROM
                                        DELPHI TO PROFESSIONAL FIRMS (0.5);
                                        REVIEW JONES LANG LASALLE'S INVOICES
                                        FOR JANUARY AND FEBRUARY (0.8); REVIEW
                                        HOULIHAN'S PAYMENT STATUS (1.3).

DE ELIZALDE D      04/16/07      1.30   COMMUNICATIONS WITH ORDINARY COURSE
                                        PROFESSIONAL FIRMS RE: RETENTION AND
                                        BILLING IN THE CASES (KONNOV, ALLEN &
                                        OVERY, AND MALLESONS) (1.3).

DE ELIZALDE D      04/18/07      3.50   TELECONFERENCE WITH M. PISCITELLI RE:
                                        PAYMENT OF WILLKIE FARR'S INVOICES
                                        (0.3); PROVIDE ADVICE TO MALLESONS RE:
                                        FILING OF OCP AFFIDAVIT (0.4); REVIEW
                                        AND REVISE CHART INCLUDING INVOICE AND
                                        PAYMENT INFORMATION OF ALL
                                        PROFESSIONALS (2.8).

DE ELIZALDE D      04/19/07      2.90   ANALYSIS OF STATUS OF PAYMENT OF SEVERAL
                                        FIRMS OF RETAINED PROFESSIONALS AND
                                        INSTRUCTED DELPHI RE: PAYMENT OF
                                        STATEMENTS THEREOF (2.9).

DE ELIZALDE D      04/24/07      3.30   ANALYSIS OF BAKER & MAKENZIE'S PRO HAC
                                        VICE APPLICATION (0.6); ANALYSIS OF
                                        RETENTION OF DYKEMA (0.3); REVIEW
                                        STATUS OF PAYMENT OF PWC'S MONTHLY
                                        STATEMENTS (0.8); EMAIL FIRMS AND
                                        INSTRUCTED DELPHI RE: PAYMENT OF
                                        FEBRUARY'S FEE MONTHLY STATEMENTS FOR
                                        THE FOLLOWING FIRMS: BLAKES, HOWARD,
                                        QUINN EMANUEL, AND WARNER STEVENS
                                        (1.6).

DE ELIZALDE D      04/25/07      2.50   ANALYSIS OF WORK DONE BY WILLKIE FARR
                                        (1.3); ANALYSIS OF JLL'S FOURTH FEE
                                        APPLICATION (0.8); ANALYSIS OF
                                        DICKINSON'S MARCH FEE STATEMENT (0.4).

DE ELIZALDE D      04/26/07      0.60   ANALYSIS OF PAYMENTS MADE BY DELPHI TO
                                        PROFESSIONALS (0.6).

DE ELIZALDE D      04/30/07      2.00   EMAIL AND TELECONFERENCE WITH LAW FIRM
                                        MALLESONS (AUSTRALIA) RE: FILING AND
                                        SERVING OF OCP AFFIDAVIT (0.5);ANALYSIS
                                        OF OCP AFFIDAVIT AND SUPERVISED UPDATE
                                        OF LIST OF FILED OCP AFFIDAVITS (0.2);
                                        ANALYSIS OF PWC'S THIRD INTERIM FEE
                                        APPLICATION (0.4); ANALYSIS OF FEE
                                        REVIEW COMMITTEE'S PROTOCOL (0.9).

                                50.00

JJINGO MJ          04/06/07      4.10   REVIEW CORRESPONDENCE RECEIVED FROM J.
                                        KLEINMAN, COUNSEL FOR JLL, RELATED TO
                                        CERTAIN FEES; CORRESPOND WITH J.
                                        KLEINMAN RE: THE SAME; REVIEW VARIOUS
                                        OTHER DELPHI CORRESPONDENCE RECEIVED
                                        (4.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| JJINGO MJ | 04/09/07 | 1.30 | CONTINUE TO REVIEW JLL FEES AND EXPENSES; COMMUNICATE WITH M. KAMISCHKE AT DELPHI RE: THE SAME AND CIRCULATE RELATED INVOICES (1.3). |
| JJINGO MJ | 04/10/07 | 1.70 | REVIEW CORRESPONDENCE FROM M. KAMISCHKE RE: JLL INVOICES; CORRESPOND WITH M. KAMISCHKE RE: THE SAME; COMMUNICATE WITH J. KLEINMAN, COUNSEL FOR JLL, RE: THE SAME (1.7). |
| JJINGO MJ | 04/23/07 | 2.40 | ATTEND TO CERTAIN FEE-RELATED TASKS RE: RELATED PROFESSIONALS (2.4). |
| | | **9.50** | |
| PERL MW | 04/19/07 | 1.30 | BEGIN REVIEW OF VARIOUS KCC INVOICES (1.3). |
| PERL MW | 04/22/07 | 0.70 | CONTINUE REVIEW OF KCC INVOICES (0.7). |
| PERL MW | 04/25/07 | 0.40 | TELECONFERENCE WITH S. BETANCE RE: KCC BUDGET (0.2); REVIEW SAME (0.2). |
| | | **2.40** | |
| **Total Associate** | | **61.90** | |
| CHAVALI A | 04/04/07 | 1.20 | PREPARE CHART OF PROFESSIONAL FOURTH INTERIM FEE APPLICATION (1.2). |
| CHAVALI A | 04/05/07 | 1.00 | REVISE CHART OF PROFESSIONAL FOR FOURTH FEE PERIOD (1.0). |
| CHAVALI A | 04/13/07 | 0.80 | PREPARE AND FILE OCP LIST AND QUARTERLY REPORT (0.8). |
| CHAVALI A | 04/25/07 | 0.30 | DISTRIBUTE PRECEDENT RETENTION APPLICATIONS (0.3). |
| | | **3.30** | |
| ZSOLDOS AF | 04/04/07 | 3.60 | REVISE CHART TO D. SHERBIN SHOWING AGGREGATE FEES INCURRED FOR ALL OF DEBTORS PROFESSIONALS RETAINED UNDER INTERIM COMPENSATION ORDER (1.8); ORGANIZE FEE STATEMENTS AND FEE APPLICATIONS (1.8). |
| ZSOLDOS AF | 04/05/07 | 6.30 | UPDATE MASTER FEE AND EXPENSE CHART WITH INFORMATION FROM MONTHLY STATEMENTS (3.0); UPDATE MASTER CHART WITH PAYMENT INFORMATION (1.1); UPDATE MASTER CHART WITH INFORMATION FROM FEE APPLICATIONS (2.2). |
| ZSOLDOS AF | 04/09/07 | 2.40 | UPDATE FEE CHART TO REFLECT PAYMENTS MADE AND FEE STATEMENTS RECEIVED (2.4). |
| ZSOLDOS AF | 04/10/07 | 2.20 | UPDATE AND FORMAT FEE CHART FOR UPCOMING MEETING (2.2). |
| ZSOLDOS AF | 04/11/07 | 3.30 | UPDATES TO FEE AND EXPENSE CHART IN PREPARATION FOR UCC MEETING (3.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 04/12/07 | 4.20 | UPDATE MASTER FEE AND EXPENSE CHART WITH INFORMATION RECEIVED FROM DELPHI RE: MISSING INVOICES (1.7); PAYMENTS MADE (1.0); INFORMATION FROM OTHER FEE STATEMENTS (1.5). |
| ZSOLDOS AF | 04/18/07 | 2.10 | SEND EMAILS TO RETAINED PROFESSIONALS RE: OBJECTION DEADLINES (0.4); TRACK RESPONSES (0.6); UPDATE CHART WITH NEW PAYMENT INFORMATION (1.1). |
| ZSOLDOS AF | 04/19/07 | 0.70 | ORGANIZE FEE STATEMENTS RECEIVED (0.7). |
| ZSOLDOS AF | 04/20/07 | 1.10 | FURTHER ORGANIZATION OF FEE STATEMENTS (1.1). |
| | | 25.90 | |
| **Total Legal Assistant** | | **29.20** | |
| **TOTAL TIME** | | **95.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 05/31/07**
**Retention / Fee Matters/Objections (Others)**       **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/03/07 | Copy Center, D | 3,434.67 |
| In-house Reproduction | 04/06/07 | Copy Center, D | 1,113.43 |
| In-house Reproduction | 04/06/07 | Copy Center, D | 84.49 |
| In-house Reproduction | 04/10/07 | Copy Center, D | 4.80 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 496.37 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 648.06 |
| In-house Reproduction | 04/20/07 | Copy Center, D | 70.00 |
| In-house Reproduction | 04/24/07 | Copy Center, D | 128.39 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 114.79 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6,095.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 2.29 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 4.98 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.30 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.23 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.19 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$9.00** |
| Lexis/Nexis | 04/27/07 | De Elizalde D | 309.00 |
| | | **TOTAL LEXIS/NEXIS** | **$309.00** |
| Outside Re-search/Internet Services | 04/05/07 | Pacer Service Center | 2.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.00** |
| CLR/Disclosure | 04/01/07 | Global Securities | 24.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$24.00** |
| | | **TOTAL MATTER** | **$6,439.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 06/30/07
**Retention / Fee Matters/Objections (Others)**  Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 05/07/07 | 0.20 | CORRESPONDENCE WITH S. CORCORAN RE: ERNST & YOUNG 2006 AUDIT RETENTION (0.2). |
| MATZ TJ | 05/08/07 | 0.40 | TELECONFERENCE WITH J. SIMON RE: ERNST & YOUNG '06 AUDIT RETENTION APPLICATION (0.3); FURTHER TELECONFERENCE WITH J. SIMON RE: SAME (0.1). |
| MATZ TJ | 05/18/07 | 0.30 | REVIEW COMMENTS TO ERNST & YOUNG '07 AUDIT RETENTION (0.3). |
| MATZ TJ | 05/22/07 | 0.50 | TELECONFERENCE WITH D. SHERBIN RE: 4TH INTERIM FEE RESOLUTION PROCESS (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: ERNST & YOUNG RETENTION (AUDIT), FEE RESOLUTION PROCESS (0.3). |
| MATZ TJ | 05/24/07 | 0.70 | REVIEWING UPDATED ERNST & YOUNG 07' AUDIT RETENTION APPLICATION (0.2); DISCUSSION WITH S. CORCORAN RE: SAME (0.1); CORRESPONDENCE WITH J. SIMON RE: ERNST & YOUNG RETENTION APPLICATION (0.2); DISCUSSION WITH D. SHERBIN RE: FEE COMMITTEE JUNE PROCESS (0.2). |
| MATZ TJ | 05/25/07 | 1.10 | CORRESPONDENCE WITH S. CORCORAN RE: DYKEMA, GOSSETT RETENTION (0.1); CORRESPONDENCE WITH S. CORCORAN RE: ERNST & YOUNG AUDIT RETENTION (0.1); CORRESPONDENCE WITH S. CORCORAN RE: KIM & CHANG INVOICE/RETENTION (0.1); CONSIDERING SAME (0.2); 2 TELECONFERENCES WITH FIRMS RE: FOURTH INTERIM FEE PROCESS (.3); REVIEWING LLC FEE STATEMENT (0.2); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.1). |

201

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 05/29/07 | 1.30 | CORRESPONDENCE WITH S. CORCORAN RE: ERNST & YOUNG AUDIT RETENTION (0.1); TELECONFERENCE FROM J. SIMON RE: SAME 0.2); CORRESPONDENCE WITH M. FUKUDA RE: ORDINARY COURSE PROFESSIONALS (0.1); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.2); CORRESPONDENCE WITH J. RESSLER RE: 4TH INTERIM FEE APPLICATION (0.1); TELECONFERENCE WITH J. RESSLER RE: SAME AND FEE COMMITTEE REPORT (0.2); FURTHER CORRESPONDENCE WITH J. RESSLER RE: FEE COMMITTEE REPORT (0.1); FINAL REVISIONS TO ERNST & YOUNG AUDIT RETENTION APPLICATION AND REVIEW FOR NOTICING (0.3). |
| MATZ TJ | 05/30/07 | 0.50 | REVIEW CORRESPONDENCE FROM D. SHERBIN RE: RETAINED PROFESSIONALS, ORDINARY COURSE PROFESSIONALS (.2); CORRESPONDENCE WITH U.S. TRUSTEE RE: SAME (.3). |
| | | 5.00 | |
| **Total Counsel** | | 5.00 | |
| DE ELIZALDE D | 05/02/07 | 2.30 | REVIEWED E&Y PROJECT ADDENDUM 3 (0.6); ANALYSIS OF E&Y'S RETENTION APPLICATIONS (1.7). |
| DE ELIZALDE D | 05/04/07 | 1.10 | ANALYSIS OF E&Y'S PROJECT ADDENDUM NUMBER 3 (1.1). |
| DE ELIZALDE D | 05/07/07 | 0.20 | ANALYSIS OF PRICE HENEVELD'S INVOICE FOR THE MONTH OF APRIL (0.2). |
| DE ELIZALDE D | 05/10/07 | 3.30 | ANALYSIS OF E&Y 2007 AUDIT RETENTION LETTER (0.8); DRAFTING APPLICATION TO EMPLOY E&Y TO BE AUDITOR AND ACCOUNTING ADVISOR TO THE DEBTORS (2.5). |
| DE ELIZALDE D | 05/11/07 | 3.30 | DRAFTING E&Y SUPPLEMENTAL RETENTION APPLICATION AS INDEPENDENT AUDITORS AND ACCOUNTING ADVISORS TO DEBTORS AND PROPOSED ORDER THERETO (2.8); ANALYSIS OF PAYMENTS MADE BY THE COMPANY TO PROFESSIONALS (0.5). |
| DE ELIZALDE D | 05/14/07 | 1.90 | ANALYSIS OF MONTHLY FEE STATEMENTS OF DELOITTE, IPB, AND PRICE HENEVELD (1.2); ANALYSIS OF OCP AFFIDAVIT FILED (SUTHERLAND) (0.3); RESPOND TO QUESTION BY MOBILE ARIA RE: FEE COMMITTEE (0.4). |
| DE ELIZALDE D | 05/15/07 | 6.90 | ANALYSIS OF MONTHLY STATEMENTS AND PAYMENT INFORMATION FOR ALL RETAINED PROFESSIONALS (4.9); ANALYSIS OF DYKEMA APPLICATION FOR EMPLOYMENT (0.3); ADVISED COMPANY RE: PAYMENT OF MONTHLY STATEMENT AND STATUS THEREOF (1.7). |
| DE ELIZALDE D | 05/16/07 | 3.40 | REVIEW AND REVISE E&Y 2007 AUDIT APPLICATION AND SENT IT TO E&Y'S OUTSIDE COUNSEL AND TO DELPHI (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 05/17/07 | 1.80 | ANALYSIS OF EPCA RE: PAYMENT TO PLAN INVESTOR'S FOREIGN COUNSEL (1.2); ANALYSIS OF PAYMENTS MADE TO JLL (0.6). |
| DE ELIZALDE D | 05/18/07 | 4.20 | REVIEWED AND REVISED E&Y'S 2007 AUDIT APPLICATION FOR EMPLOYMENT (2.4); REVIEWED LCC'S MONTHLY STATEMENTS (0.3); REVIEWED MONTHLY STATEMENTS OF SEVERAL FIRMS AND ADVISED THE COMPANY RE: PAYMENT THEREOF (1.5). |
| DE ELIZALDE D | 05/21/07 | 5.30 | REVIEWED AND REVISED E&Y'S 2007 AUDIT APPLICATION FOR EMPLOYMENT (1.3); REVIEWED AND REVISED CHART INCLUDING INFORMATION ON FEES AND EXPENSES FOR ALL RETAINED PROFESSIONALS IN THE CASE (3.5); ANALYSIS OF LCC'S APRIL STATEMENT (0.3); ANALYSIS OF QUINN EMANUEL'S MONTHLY STATEMENTS (0.2). |
| DE ELIZALDE D | 05/22/07 | 1.10 | TELECONFERENCE WITH IN-HOUSE COUNSEL AT DELPHI RE: RETENTION OF INVESTMENT BANK (0.3); TELECONFERENCE WITH ORDINARY COURSE PROFESSIONAL RE: FILING AND SERVICE OF OCP AFFIDAVIT (0.2); ANALYSIS OF KCC'S MONTHLY STATEMENT FOR APRIL, 2007 (0.6). |
| DE ELIZALDE D | 05/23/07 | 4.40 | ANALYSIS OF KEYBANC'S ENGAGEMENT LETTER AND BANKRUPTCY RELATED PROVISIONS (1.9); TELECONFERENCE WITH DELPHI'S ATTORNEY RE: RETENTION OF KEYBANC (0.5); TELECONFERENCE AND EMAILS TO IN-HOUSE COUNSEL OF KEYBANC RE: RETENTION APPLICATION PROCESS (0.8); REVIEW AND REVISE E&Y'S RETENTION APPLICATION (0.3); AT THE REQUEST OF THE COMPANY, DRAFTED CHART WITH LIST OF PROFESSIONALS RETAINED AND PAYMENT THEREOF (0.9). |
| DE ELIZALDE D | 05/24/07 | 2.80 | REVIEW AND REVISE E&Y APPLICATION, PROPOSED ORDER, AND NOTICE OF PRESENTMENT (1.3); TELECONFERENCE WITH OCP LAW FIRM RE: FILING OCP AFFIDAVIT AND SERVICE OF THE SAME (0.3); EMAILED DYKEMA RE: PRECEDENT FOR RETENTION APPLICATION (0.5); SUPERVISED PREPARATION FOR FILING OF THE E&Y APPLICATION FOR EMPLOYMENT (0.7). |
| DE ELIZALDE D | 05/25/07 | 4.20 | CONFERENCE CALL WITH DELPHI RE: COMMENTS TO KEYBANC'S ENGAGEMENT LETTER (0.4); ANALYSIS OF INDEMNITY PROVISION IN KEYBANC'S ENGAGEMENT LETTER (0.3); ANALYSIS OF LCC'S MONTHLY STATEMENT AND ITS COMPLIANCE WITH THE INTERIM COMPENSATION ORDER (0.6); SENT EMAIL TO COMPANY RE: DYKEMA'S APPLICATION FOR EMPLOYMENT (0.2); INQUIRY RE: INVOICE OF KOREAN LAW FIRM (0.8); REVIEWED AND REVISED CHART INCLUDING INFORMATION OF ALL RETAINED PROFESSIONALS (1.9). |

B43E