Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| DE ELIZALDE D | 05/29/07 | 5.70 | ANALYSIS OF PAYMENT TO GROOM LAW (0.2); ANALYSIS OF REVISED ENGAGEMENT LETTER RE: KEYBANC (0.7); CONFERENCE CALL WITH DYKEMA RE: RETENTION APPLICATION (0.2); REVIEWED AND REVISED E&Y APPLICATION (4.6). |
| DE ELIZALDE D | 05/30/07 | 1.70 | REVISE E&Y APPLICATION AND SUPERVISED FILING THEREIN (1.4); TELECONFERENCE WITH KEYBANC'S IN-HOUSE COUNSEL RE: RETENTION APPLICATION (0.3). |
| DE ELIZALDE D | 05/31/07 | 2.50 | ANALYSIS OF KEYBANC'S SIGNED ENGAGEMENT LETTER AND REVISED PROPOSED RETENTION ORDER (2.3); INSTRUCT DEBTORS RE: PAYMENT TO PROFESSIONALS (0.2). |
| | | **56.10** | |
| PERL MW | 05/27/07 | 1.30 | REVIEW KCC INVOICE (1.1); CORRESPOND WITH WORKING GROUP RE: SAME (0.2). |
| | | **1.30** | |
| **Total Associate** | | **57.40** | |
| CHAVALI A | 05/01/07 | 1.40 | REVISE CHART OF PROFESSIONALS FOURTH INTERIM FEE PERIOD (1.4). |
| CHAVALI A | 05/02/07 | 2.70 | DISTRIBUTE RETENTION APPLICATIONS (0.4); REVISE PROFESSIONALS FEE APPLICATIONS CHART (1.5); UPDATE OCP LIST (0.8). |
| CHAVALI A | 05/03/07 | 2.40 | PREPARE FIVE NOTICES FOR FILING (1.0); FILE NOTICES OF PRESENTMENT (0.6); FILE NOTICE OF ADJOURNMENT (0.4); COORDINATE SERVICE ON ALL FILINGS (0.4). |
| CHAVALI A | 05/04/07 | 0.60 | FILE NOTICE OF PRESENTMENT (0.4); COORDINATE SERVICE OF NOTICE OF PRESENTMENT (0.2). |
| CHAVALI A | 05/17/07 | 0.90 | UPDATE OCP LIST (0.9). |
| CHAVALI A | 05/23/07 | 1.40 | PREPARE E&Y APPLICATION DOCUMENTS FOR FILING (1.4). |
| CHAVALI A | 05/24/07 | 2.20 | PREPARE NOTICE OF PRESENTMENT FOR E&Y RETENTION APPLICATION (0.8); REVIEW AND REVISE NOTICE OF PRESENTMENT (0.6); GATHER EXHIBITS FOR E&Y RETENTION APPLICATION (0.8). |
| CHAVALI A | 05/25/07 | 0.50 | UPDATE OCP LIST (0.5). |
| CHAVALI A | 05/30/07 | 2.00 | REVIEW E&Y RETENTION APPLICATION DOCUMENTS/EXHIBITS (1.2); FILE E&Y RETENTION APPLICATION (0.8). |
| | | **14.10** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| DEMMA J | 05/30/07 | 1.10 | REVIEW APRIL FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS FOR RETURNED MAIL TIME DETAIL (1.1). |
| DEMMA J | 05/31/07 | 3.20 | REVIEW APRIL FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS (1.6); UPDATE CHART OF TIME DETAIL FOR KURTZMAN CARSON CONSULTANTS (1.6). |
| | | 4.30 | |
| ZSOLDOS AF | 05/01/07 | 3.70 | UPDATE PENDING PAYMENTS ON MASTER CHART (0.6); UPDATE PAYMENTS MADE (1.4); UPDATE FEE STATEMENT INFORMATION ON MASTER CHART (1.7). |
| ZSOLDOS AF | 05/02/07 | 3.60 | CONTINUE TO UPDATE MASTER FEE CHART WITH PAYMENTS MADE (1.2); UPDATES WITH NEW FEE APPLICATIONS (0.3); UPDATES TO CHART WITH INFORMATION FROM NEW FEE STATEMENTS (2.1). |
| ZSOLDOS AF | 05/03/07 | 0.30 | EMAILS TO PROFESSIONALS RE: OBJECTION DEADLINES (0.2); UPDATE MASTER CHART (0.1). |
| ZSOLDOS AF | 05/07/07 | 1.50 | UPDATE FEE CHART WITH PAYMENTS MADE, NEW FEE STATEMENTS, AND ESTIMATES (1.5). |
| ZSOLDOS AF | 05/15/07 | 2.60 | SEND EMAILS TO PROFESSIONALS RE: OBJECTION DEADLINES (0.3); UPDATE CHART RE: SAME (0.1); UPDATE CHART WITH RECENT PAYMENT INFORMATION (1.3); UPDATE CHART WITH INFORMATION FROM RECENTLY RECEIVED FEE STATEMENTS (0.9). |
| ZSOLDOS AF | 05/16/07 | 4.20 | REVIEW AND DETERMINE PROFESSIONALS WHOSE OBJECTION DEADLINE HAS EXPIRED (0.7); CONFIRM LIST WITH ATTORNEY (0.2); SEND EMAIL TO PROFESSIONALS RE: OBJECTION DEADLINE (0.3); TRACK RESPONSES (0.8); UPDATE MASTER CHART WITH FEE STATEMENTS AND PAYMENTS MADE (0.6); REVIEW JLL TRACKING CHART AS SENT BY COMPANY (1.6). |
| ZSOLDOS AF | 05/17/07 | 3.20 | UPDATE MASTER FEE AND EXPENSE CHART WITH PAYMENTS MADE (0.7) AND NEWLY RECEIVED FEE STATEMENTS (1.6); ORGANIZE FEE STATEMENTS RECEIVED ELECTRONICALLY (0.9). |
| ZSOLDOS AF | 05/18/07 | 3.50 | CREATE AND SEND LIST OF NO OBJECTIONS TO FEE STATEMENTS FOR REVIEW (0.8); UPDATE MASTER CHART USING SAME (1.1); UPDATE MASTER CHART WITH PAYMENT INFORMATION RECEIVED FROM COMPANY (1.6). |
| ZSOLDOS AF | 05/21/07 | 2.50 | UPDATE MASTER FEE CHART WITH PAYMENTS MADE (0.3); REVIEW SCHEDULE OF PAYMENTS TO JLL (0.5) AND UPDATE FEES AND EXPENSES PAID (1.4); PRINT AND ORGANIZE FEE STATEMENTS RECEIVED ELECTRONICALLY (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 05/23/07 | 0.30 | DISTRIBUTE EMAILS RE: OBJECTION DEADLINES (0.3). |
| ZSOLDOS AF | 05/24/07 | 2.00 | PRINT AND ORGANIZE FEE STATEMENTS (0.5); UPDATE MEMO OF RETAINED PROFESSIONALS (1.1); CROSS-CHECK AGAINST OTHER LISTS OF PROFESSIONALS (0.4). |
| ZSOLDOS AF | 05/30/07 | 1.30 | UPDATE MASTER FEE AND EXPENSE CHART WITH PAYMENT INFORMATION (1.3). |
| | | **28.70** | |
| **Total Legal Assistant** | | **47.10** | |
| **TOTAL TIME** | | **109.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 06/30/07
**Retention / Fee Matters/Objections (Others)**  Bill Number: 1166514

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/01/07 | Copy Center, D | 12.70 |
| In-house Reproduction | 05/04/07 | Copy Center, D | 242.48 |
| In-house Reproduction | 05/04/07 | Copy Center, D | 222.77 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 628.80 |
| In-house Reproduction | 05/15/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 05/15/07 | Copy Center, D | 75.72 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 16.41 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 204.76 |
| In-house Reproduction | 05/25/07 | Copy Center, D | 143.35 |
| In-house Reproduction | 05/29/07 | Copy Center, D | 18.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,566.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.32 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 5.22 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.36 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.26 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.82 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$9.00** |
| | | **TOTAL MATTER** | **$1,575.00** |

B43E