SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05–44481 (RDD)
                                    :
                        Debtors.    :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-13
CREDITOR MEETINGS / STATUTORY COMMITTEES
494.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 03/31/07
Creditor Meetings/ Statutory Committees                      Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/06/07 | 0.70 | CONTINUE TO PREPARE FOR FEBRUARY 6TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (0.7). |
| BUTLER, JR. J | 02/07/07 | 3.70 | PREPARE FOR (0.5) AND PARTICIPATE IN JOINT STATUTORY COMMITTEE MEETING (2.1); PREPARE FOR (0.1) AND PARTICIPATE IN (0.4) CREDITORS' COMMITTEE CAUCUS SESSION; PREPARE FOR (0.1) AND PARTICIPATE IN (0.5) EQUITY COMMITTEE CAUCUS SESSION. |
| BUTLER, JR. J | 02/19/07 | 0.40 | CONFERENCE WITH J. SHEEHAN AT COMPANY RE: PROSPECTIVE FEBRUARY 27TH JOINT MEETING OF STATUTORY COMMITTEES IN NEW YORK CITY AND RELATED MATTERS (0.2); EMAILS TO/FROM B. ROSENBERG, B. SCHELER AND B. STEINGART RE: SAME (0.2). |
| BUTLER, JR. J | 02/20/07 | 1.30 | TELECONFERENCES AND EMAILS FROM/TO J. SHEEHAN RE: PROSPECTIVE FEBRUARY 27TH JOINT MEETING OF STATUTORY COMMITTEES IN NEW YORK CITY AND RELATED MATTERS (0.4); TELECONFERENCE WITH B. ROSENBERG RE: SAME (0.3); PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) WORKING GROUP TELECONFERENCE WITH S. MILLER AND J. SHEEHAN RE: EQUITY COMMITTEE MATTERS. |
| BUTLER, JR. J | 02/21/07 | 1.90 | CONTINUE TO PREPARE FOR FEBRUARY 27TH JOINT MEETING OF STATUTORY COMMITTEES IN NEW YORK CITY INCLUDING OUTLINE OF PRESENTATION MATERIALS (0.8); BEGIN TO OUTLINE AND DRAFT OUTLINE S. MILLER RESPONSE TO EQUITY COMMITTEE LETTER (0.9); EMALS TO PLAN INVESTORS, GM AND CREDITORS COMMITTEE RE EQUITY COMMITTEE LETTER (0.2). |
| BUTLER, JR. J | 02/22/07 | 2.90 | CONTINUE TO PREPARE FOR FEBRUARY 27TH JOINT MEETING OF STATUTORY COMMITTEES IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (2.3); CONTINUE TO DRAFT OUTLINE S. MILLER RESPONSE TO EQUITY COMMITTEE LETTER (0.6). |
| BUTLER, JR. J | 02/23/07 | 0.80 | CONTINUE TO PREPARE FOR FEBRUARY 27TH JOINT MEETING OF STATUTORY COMMITTEES IN NEW YORK CITY INCLUDING REVIEW OF CURRENT DRAFT OF PRESENTATION MATERIALS (0.6); EMAILS TO/FROM B. ROSENBERG AND B. SCHELER RE SAME (0.2). |
| BUTLER, JR. J | 02/26/07 | 0.60 | CONTINUE TO PREPARE FOR FEBRUARY 27TH SPECIAL JOINT STATUTORY COMMITTEE MEETING IN NEW YORK INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 02/27/07 | 3.40 | PREPARE FOR (0.5) AND ATTEND (2.7) SPECIAL JOINT STATUTORY COMMITTEE MEETING IN NEW YORK INCLUDING SEPARATE COMMITTEE CAUCUSES; REVIEW ADDITIONAL INFORMATION FROM EQUITY COMMITTEE AND EMAILS FROM/TO S. MILLER AND J. SHEEHAN RE SAME (0.2). |
| | | **15.70** | |
| COCHRAN EL | 02/27/07 | 2.30 | PARTICIPATE IN JOINT EQUITY AND CREDITORS COMMITTEE MEETING (2.3). |
| | | **2.30** | |
| MARAFIOTI KA | 02/02/07 | 2.60 | REVIEW AND REVISE COMMITTEE PRESENTATION (2.6). |
| MARAFIOTI KA | 02/07/07 | 4.50 | PREPARE WITH CLIENT FOR JOINT MEETING OF COMMITTEES AND ADVISORS (0.8); ATTEND JOINT MEETING OF CREDITORS' AND EQUITY COMMITTEES (2.2); FOLLOWUP MEETING WITH CLIENT (1.0) FOLLOWUP MEETING WITH EQUITY COMMITTEE AND COMPANY (0.5). |
| MARAFIOTI KA | 02/26/07 | 0.70 | REVIEW COMMITTEE PRESENTATION (0.6); CORRESPONDENCE RE: COMMITTEE MEETING (0.1). |
| MARAFIOTI KA | 02/27/07 | 3.20 | PREPARE FOR COMMITTEE MEETINGS (0.2); ATTEND JOINT MEETING OF CREDITORS' AND EQUITY COMMITTEES (1.8); FOLLOWUP MEETING WITH COMPANY, ROTHSCHILD AND FTI (0.4); MEETING WITH CREDITORS' COMMITTEE ALONE (0.3); MEETING WITH EQUITY COMMITTEE ALONE (0.3); FURTHER FOLLOWUP WITH COMPANY (0.2). |
| | | **11.00** | |
| **Total Partner** | | **29.00** | |
| MATZ TJ | 02/01/07 | 0.60 | PREPARATION RE: STATUTORY COMMITTEE MEETINGS 2/7 (0.4); TELECONFERENCE FROM R. SLIVINSKI RE: SAME (0.2). |
| MATZ TJ | 02/02/07 | 3.00 | REVIEW AND COMMENT ON DRAFT PRESENTATION FOR STATUTORY COMMITTEE 2/7 (2.5); CORRESPONDENCE WITH R. SLIVINSKI RE: STATUTORY COMMITTEE PRESENTATION (0.2); CORRESPONDENCE WITH H. BEAR RE: SAME (0.1); FURTHER CORRESPONDENCE WITH R. SLIVINSKI RE: UNSECURED CREDITORS' COMMITTEE/EQUITY COMMITTEE MEETING (0.1); FURTHER TELECONFERENCE WITH R. SLIVINSKI RE: SAME (0.1). |
| MATZ TJ | 02/05/07 | 1.40 | CORRESPONDENCE WITH B. ROSENBERG RE: 2/7 STATUTORY COMMITTEE MEETINGS (0.2); CORRESPONDENCE WITH H. BAER RE: SAME (0.1); CORRESPONDENCE WITH R. SLIVINSKI RE: SAME (0.1); REVIEW BRANDES SCREENING WALL MOTION, SECOND CIRCUIT PRECEDENT AND RECOMMENDATION TO CLIENT (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 02/06/07 | 0.40 | TELECONFERENCE WITH R. SLIVINSKI RE: STATUTORY COMMITTEE MEETINGS (0.2); CONFIRMING ALL ARRANGEMENTS RE: SAME (0.2). |
| MATZ TJ | 02/07/07 | 3.90 | PREPARATION FOR STATUTORY COMMITTEE MEETINGS (0.6); ATTEND JOINT MEETING OF STATUTORY COMMITTEES (2.1); ATTEND FOLLOW UP QUESTION AND ANSWER MEETINGS WITH UNSECURED CREDITORS' COMMITTEE (0.4); ATTEND FOLLOW UP QUESTION & ANSWER MEETING WITH EQUITY COMMITTEE (0.5); DISCUSSION WITH D. LOWENTHAL RE: BRANDES SCREENING WALL MOTION (0.3). |
| | | 9.30 | |
| **Total Counsel** | | 9.30 | |
| DIAZ LB | 02/01/07 | 6.50 | CONTINUE TO DRAFT UCC PRESENTATION (6.5). |
| DIAZ LB | 02/02/07 | 7.10 | DRAFT AND REVISE UCC PRESENTATION (7.1). |
| DIAZ LB | 02/03/07 | 10.10 | REVISE UCC PRESENTATION (10.1). |
| DIAZ LB | 02/04/07 | 8.90 | CONTINUE TO DRAFT AND REVISE CREDITOR COMMITTEE PRESENTATION (8.9). |
| DIAZ LB | 02/06/07 | 2.10 | REVISE UCC PRESENTATION (2.1). |
| DIAZ LB | 02/07/07 | 2.10 | ATTEND UCC MEETING (2.1). |
| DIAZ LB | 02/22/07 | 15.00 | DRAFT PRESENTATION FOR SPECIAL UCC MEETING (15.0). |
| DIAZ LB | 02/23/07 | 2.10 | REVISE SPECIAL UCC PRESENTATION (2.1). |
| DIAZ LB | 02/26/07 | 3.10 | DRAFT UCC PRESENTATION FOR MARCH 8 (3.1). |
| DIAZ LB | 02/27/07 | 7.10 | PREPARATIONS FOR UCC MEETING (1.6); ATTEND UCC MEETING (1.4); DRAFT PRESENTATION FOR UCC MEETING (4.1). |
| DIAZ LB | 02/28/07 | 7.90 | CONTINUE TO DRAFT UCC PRESENTATION FOR MARCH 8 (7.9). |
| | | 72.00 | |
| FERN BM | 02/12/07 | 2.20 | REVIEW FEBRUARY UCC PRESENTATION (2.2). |
| | | 2.20 | |
| GRANT K | 02/23/07 | 0.50 | DRAFT SECTION FOR UCC PRESENTATION RE: REFINANCE (0.5). |
| GRANT K | 02/28/07 | 1.50 | DRAFT PRESENTATION MATERIALS FOR UCC WITH RESPECT TO REAL ESTATE UPDATE (1.5). |
| | | 2.00 | |
| HARDIN AS | 02/07/07 | 3.50 | DRAFT AND REVEISE RESPONSE TO BRANDES MOTION RE: INFORMATION PROCEDURES (3.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HARDIN AS | 02/21/07 | 1.20 | PREPARE FOR UPCOMING SPECIAL STATUTORY COMMITTEE MEETINGS (1.2). |
|-----------|----------|------|------------------------------------------------------------------|
| HARDIN AS | 02/23/07 | 1.40 | PREPARE FOR SPECIAL STATUTORY COMMITTEE MEETINGS (1.4). |
| HARDIN AS | 02/26/07 | 5.10 | PREPARE FOR SPECIAL STATUTORY COMMITTEE MEETING (5.1). |
| HARDIN AS | 02/27/07 | 4.50 | PREPARE FOR AND ATTEND STATUTORY COMMITTEE MEETINGS AND FOLLOW-UP BREAK-OUT SESSION (4.5). |
| | | **15.70** | |
| MEISLER RE | 02/02/07 | 1.00 | REVIEW UCC PRESENTATION (1.0). |
| MEISLER RE | 02/03/07 | 3.90 | CONTINUE TO REVIEW AND REVISE UCC PRESENTATION (3.9). |
| MEISLER RE | 02/05/07 | 0.90 | CONTINUE TO REVIEW AND REVISE UCC PRESENTATION (0.9). |
| MEISLER RE | 02/06/07 | 0.30 | REVIEW AND REVISE UCC PRESENTATION (0.3). |
| MEISLER RE | 02/07/07 | 4.00 | PREPARE FOR JOINT STATUTORY COMMITTEE PRESENTATION (0.8); ATTEND SAME (2.2); PARTICIPATE IN UCC Q&A SESSION (0.4); PARTICIPATE IN EQUITY COMMITTEE Q&A SESSION (0.6). |
| MEISLER RE | 02/26/07 | 0.90 | REVIEW AND COMMENT RE: PRESENTATION TO STATUTORY COMMITTEE (0.5); TELECONFERENCE WITH H. BAER RE: STATUTORY COMMITTEE MEETING (0.1); DRAFT CORRESPONDENCE RE: SAME (0.3). |
| MEISLER RE | 02/27/07 | 2.90 | PREPARE FOR STATUTORY MEETINGS (0.2); ATTEND SAME (1.8); ATTEND UCC BREAK-OUT SESSION (0.4); ATTEND EC BREAK-OUT SESSION (0.3); TELECONFERENCE WITH K. CRAFT RE: UPDATE (0.2). |
| MEISLER RE | 02/28/07 | 0.30 | DRAFT CORRESPONDENCE RE: PRESENTATION FOR STATUTORY COMMITTEES (0.3). |
| | | **14.20** | |
| PERL MW | 02/05/07 | 1.30 | REVIEW FEE INFORMATION IN UCC PRESENTATION AND FOLLOW UP RE: ACCURACY OF SAME (0.6); WORK WITH WORKING GROUP TO UPDATE SAME (0.7). |
| | | **1.30** | |
| PLATT SJ | 02/01/07 | 1.90 | REVISE PRESENTATION FOR STATUTORY COMMITTEES (1.9). |
| PLATT SJ | 02/03/07 | 1.20 | DRAFT MATERIALS SUMMARIZING 8TH AND 9TH OMNIBUS CLAIMS OBJECTIONS (0.5); REVISE PRESENTATION FOR STATUTORY COMMITTEES (0.7). |
| PLATT SJ | 02/05/07 | 4.60 | DRAFT AND REVISE UPCOMING UCC PRESENTATIONS (4.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PLATT SJ | 02/09/07 | 2.80 | REVISE PRESENTATION RE: CLAIMS FOR UPCOMING UCC PRESENTATION (2.8). |
| PLATT SJ | 02/28/07 | 0.80 | EDIT UCC PRESENTATION (0.8). |
| | | 11.30 | |
| Total Associate | | 118.70 | |
| DEMMA J | 02/01/07 | 1.70 | UPDATE UCC PRESENTATION (1.7). |
| DEMMA J | 02/03/07 | 1.30 | UPDATE UCC PRESENTATION (1.3). |
| DEMMA J | 02/22/07 | 1.60 | PREPARE MATERIALS FOR SPECIAL MEETING OF THE STATUTORY COMMITTEE (1.6). |
| DEMMA J | 02/28/07 | 2.00 | PREPARE MARCH STATUTORY COMMITTEE PRESENTATION (2.0). |
| | | 6.60 | |
| ZSOLDOS AF | 02/05/07 | 0.90 | COORDINATE DELIVERY OF DRAFT STATUTORY COMMITTEE PRESENTATION TO CLIENT (0.6); FINALIZE PRESENTATION (0.3). |
| ZSOLDOS AF | 02/06/07 | 2.10 | COORDINATE PRODUCTION OF JOINT STATUTORY COMMITTEE PRESENTATION (1.2); UPDATE LIST OF ATTENDEES FOR SIGN-IN SHEET (0.9). |
| ZSOLDOS AF | 02/07/07 | 1.40 | COORDINATE  JOINT STATUTORY COMMITTEE MEETING  (1.4). |
| ZSOLDOS AF | 02/09/07 | 1.50 | UPDATE SKADDEN'S INTERNAL DISTRIBUTION LIST FOR JOINT STATUTORY COMMITTEE PRESENTATION DISTRIBUTION (1.5). |
| ZSOLDOS AF | 02/26/07 | 0.70 | PREPARE UCC PRESENTATION (0.7)). |
| | | 6.60 | |
| Total Legal Assistant | | 13.20 | |
| TOTAL TIME | | 170.20 | |

103

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          **Bill Date: 03/31/07**
Creditor Meetings/ Statutory Committees           **Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/06/07 | Diaz LB | 886.16 |
| Air/Rail Travel - vendor feed | 02/06/07 | Diaz LB | 58.60 |
| Air/Rail Travel - vendor feed | 02/06/07 | Meisler RE | 963.36 |
| Air/Rail Travel - vendor feed | 02/06/07 | Diaz LB | -58.60 |
| Air/Rail Travel - vendor feed | 02/06/07 | Diaz LB | -420.58 |
| Air/Rail Travel - vendor feed | 02/07/07 | Diaz LB | 614.47 |
| Air/Rail Travel - vendor feed | 02/08/07 | Diaz LB | 264.68 |
| Air/Rail Travel - vendor feed | 02/26/07 | Bedell-Healy A | 921.91 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,230.00** |
| In-house Reproduction | 02/09/07 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 2.58 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 7.05 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.27 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.35 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 3.75 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$14.00** |
| Reproduction - color | 02/07/07 | Copy Center, D | 2,250.00 |
| Reproduction - color | 02/07/07 | Copy Center, D | 66.50 |
| Reproduction - color | 02/09/07 | Copy Center, D | 16,153.50 |
| Reproduction - color | 02/23/07 | Copy Center, D | 19.50 |
| Reproduction - color | 02/24/07 | Copy Center, D | 48.50 |
| Reproduction - color | 02/26/07 | Copy Center, D | 5,820.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 02/27/07 | Copy Center, D | 20.00 |
| Reproduction - color | 02/27/07 | Copy Center, D | 50.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$24,428.00** |
| Vendor Hosted Telecon-ferencing | 02/07/07 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Telecon-ferencing | 02/07/07 | Teleconferencing Services, LLC | 86.58 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$87.00** |
| Air/Rail Travel (external) | 02/06/07 | Butler, Jr. J | 349.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$349.00** |
| Out-of-Town Travel | 02/06/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 02/06/07 | Butler, Jr. J | 80.02 |
| Out-of-Town Travel | 02/06/07 | Butler, Jr. J | 17.50 |
| Out-of-Town Travel | 02/06/07 | Butler, Jr. J | 7.22 |
| Out-of-Town Travel | 02/07/07 | Diaz LB | 39.01 |
| Out-of-Town Travel | 02/07/07 | Diaz LB | 402.89 |
| Out-of-Town Travel | 02/26/07 | Bedell-Healy A | 118.59 |
| Out-of-Town Travel | 02/26/07 | Bedell-Healy A | 48.01 |
| Out-of-Town Travel | 02/26/07 | Bedell-Healy A | 25.01 |
| Out-of-Town Travel | 02/26/07 | Bedell-Healy A | 20.00 |
| Out-of-Town Travel | 02/26/07 | Butler, Jr. J | 21.01 |
| Out-of-Town Travel | 02/26/07 | Butler, Jr. J | 314.24 |
| Out-of-Town Travel | 02/26/07 | Butler, Jr. J | 18.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,122.00** |
| Messengers/ Courier | 02/04/07 | Arrow Messenger Svc | 24.96 |
| Messengers/ Courier | 02/05/07 | Dist Serv/Mail/Page, D | 98.27 |
| Messengers/ Courier | 02/05/07 | Dist Serv/Mail/Page, D | 98.27 |
| Messengers/ Courier | 02/05/07 | Dist Serv/Mail/Page, D | 98.29 |
| Messengers/ Courier | 02/07/07 | Dist Serv/Mail/Page, D | 230.36 |
| Messengers/ Courier | 02/07/07 | Dist Serv/Mail/Page, D | 161.51 |
| Messengers/ Courier | 02/07/07 | Dist Serv/Mail/Page, D | 141.82 |
| Messengers/ Courier | 02/07/07 | Dist Serv/Mail/Page, D | 137.88 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 02/07/07 | Dist Serv/Mail/Page, D | 177.28 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 35.45 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 47.26 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 41.26 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 37.44 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 49.19 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 40.31 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 45.35 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 45.35 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 44.38 |
| Messengers/ Courier | 02/08/07 | Dist Serv/Mail/Page, D | 29.04 |
| Messengers/ Courier | 02/24/07 | Dist Serv/Mail/Page, D | 36.10 |
| Messengers/ Courier | 02/26/07 | Dist Serv/Mail/Page, D | 23.06 |
| Messengers/ Courier | 02/27/07 | Dist Serv/Mail/Page, D | 149.65 |
| Messengers/ Courier | 02/27/07 | Dist Serv/Mail/Page, D | 137.06 |
| Messengers/ Courier | 02/27/07 | Dist Serv/Mail/Page, D | 112.36 |
| Messengers/ Courier | 02/28/07 | World Courier Inc. | 337.20 |
| Messengers/ Courier | 02/28/07 | Messenger Express | 97.99 |
| Messengers/ Courier | 02/28/07 | Time Machine | 599.91 |
| | | **TOTAL MESSENGERS/ COURIER** | **$3,077.00** |
| Out-of-Town Meals | 02/06/07 | Butler, Jr. J | 30.69 |
| Out-of-Town Meals | 02/06/07 | Butler, Jr. J | 12.50 |
| Out-of-Town Meals | 02/26/07 | Butler, Jr. J | 24.00 |
| Out-of-Town Meals | 02/26/07 | Bedell-Healy A | 8.12 |
| Out-of-Town Meals | 02/26/07 | Bedell-Healy A | 2.69 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$78.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Contracted Catering-NY | 02/07/07 | Butler, Jr. J | 399.99 |
| Contracted Catering-NY | 02/07/07 | Butler, Jr. J | 239.98 |
| Contracted Catering-NY | 02/07/07 | Butler, Jr. J | 1,239.96 |
| Contracted Catering-NY | 02/07/07 | Butler, Jr. J | 499.98 |
| Contracted Catering-NY | 02/07/07 | Butler, Jr. J | 401.90 |
| Contracted Catering-NY | 02/27/07 | Butler, Jr. J | 354.05 |
| Contracted Catering-NY | 02/27/07 | Butler, Jr. J | 885.12 |
| Contracted Catering-NY | 02/27/07 | Butler, Jr. J | 384.02 |

**TOTAL CONTRACTED CATERING-NY**    **$4,405.00**

**TOTAL MATTER**    **$36,791.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 04/30/07
Creditor Meetings/ Statutory Committees              Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/01/07 | 0.60 | BEGIN TO PREPARE FOR MARCH 8TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK INCLUDING PRELIMINARY REVIEW OF PRESENTATION MATERIALS (0.6). |
| BUTLER, JR. J | 03/03/07 | 1.60 | CONTINUE TO PREPARE FOR MARCH 8TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK INCLUDING PRELIMINARY REVIEW OF PRESENTATION MATERIALS (1.6). |
| BUTLER, JR. J | 03/04/07 | 0.30 | REVIEW AND FOLLOW-UP ON LETTER FROM LATHAM RE: MARCH 8TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK AND REQUEST FOR PARTICIPATION FROM OTHER STAKEHOLDERS AND PLAN INVESTORS (0.3). |
| BUTLER, JR. J | 03/06/07 | 0.70 | CONTINUE TO PREPARE FOR MARCH 8TH STATUTORY COMMITTEE MEETING INCLUDING REVIEW OF PRESENTATION MATERIALS (0.4); EMAILS FROM/TO AND TELECONFERENCE WITH J. SHEEHAN RE: POTENTIAL RESCHEDULING TO MARCH 15TH AND FOLLOW-UP RE: SAME (0.3). |
| BUTLER, JR. J | 03/07/07 | 0.90 | CONTINUE TO PREPARE FOR MARCH 8TH STATUTORY COMMITTEE MEETING INCLUDING REVIEW OF PRESENTATION MATERIALS (0.9). |
| BUTLER, JR. J | 03/08/07 | 3.30 | PREPARE FOR (0.4) AND ATTEND (2.9) STATUTORY COMMITTEE MEETING AND RELATED CAUCUSES IN NEW YORK CITY. |
|  |  | **7.40** |  |
| COCHRAN EL | 03/08/07 | 1.70 | REVIEW COMMITTEE PRESENTATION ISSUES (1.7). |
|  |  | **1.70** |  |
| MARAFIOTI KA | 03/02/07 | 2.40 | REVIEW AND REVISE COMMITTEE PRESENTATION FOR MEETING (2.4). |
| MARAFIOTI KA | 03/03/07 | 0.50 | CONTINUE TO WORK ON REVISIONS TO COMMITTEE PRESENTATION (0.5). |
| MARAFIOTI KA | 03/05/07 | 0.20 | REVIEW EXCHANGE OF COMMITTEE CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 03/07/07 | 0.40 | REVIEW CORRESPONDENCE EXCHANGE WITH COMMITTEE (0.1); REVIEW NORTHWEST RULE 2019 DECISION AND RELATED CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 03/08/07 | 3.60 | PREPARE FOR COMMITTEE MEETING WITH COMPANY AND ADVISORS (0.5); JOINT MEETING OF CREDITORS' AND EQUITY COMMITTEE AND ADVISORS (1.6); FOLLOWUP MEETING WITH COMPANY (0.2); MEETING WITH CREDITORS' COMMITTEE ALONE (0.2); MEETING WITH EQUITY COMMITTEE ALONE (0.3); FOLLOWUP WITH CLIENT (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA       03/12/07      0.10   REVIEW CORRESPONDENCE EXCHANGE WITH
                                        COMMITTEE (0.1).

                                 7.20

PANAGAKIS GN       03/01/07      0.90   REVIEW DRAFT COMMITTEE PRESENTATION
                                        MATERIALS (0.9).

PANAGAKIS GN       03/13/07      1.00   REVIEW PRESENTATION MATERIALS (1.0).

                                 1.90

Total Partner                   18.20

MATZ TJ            03/01/07      1.50   PREPARATION OF MATERIALS FOR JOINT
                                        STATUTORY COMMITTEE MEETINGS
                                        PRESENTATION BOOK (1.5).

MATZ TJ            03/02/07      0.60   FURTHER REVIEW AND REVISE STATUTORY
                                        COMMITTEES' PRESENTATION MATERIALS
                                        (0.6).

MATZ TJ            03/04/07      2.30   REVIEW AND COMMENT ON VARIOUS ASPECTS OF
                                        UCC/EC PRESENTATION (2.3).

MATZ TJ            03/05/07      1.50   REVIEW AND REVISE MATERIALS RE: UCC/EC
                                        PRESENTATION (1.3); TELECONFERENCE
                                        WITH R. SLIVINSKI RE: UNSECURED
                                        CREDITORS COMMITTEE/EQUITY COMMITTEE
                                        MEETING (0.2).

MATZ TJ            03/06/07      2.60   REVIEW AND COMMENT ON UNSECURED
                                        CREDITORS COMMITTEE/EQUITY COMMITTEE
                                        PRESENTATION (1.2); CORRESPONDENCE
                                        WITH J. WEISS RE: 3/8 COMMITTEE MEETING
                                        (0.1); TELECONFERENCE WITH R. SLIVINSKI
                                        RE: SAME (0.2); CORRESPONDENCE WITH J.
                                        BUTLER RE: STATUTORY COMMITTEE MEETINGS
                                        (0.2); REVIEW AND REVISE FURTHER
                                        MATERIALS FOR UCC/EC PRESENTATION
                                        (0.9).

MATZ TJ            03/07/07      2.20   PREPARATION RE: STATUTORY COMMITTEE
                                        MEETINGS ON 3/8 AND 3/15 (0.7);
                                        CORRESPONDENCE WITH R. SLIVINSKI, H.
                                        BAER RE: SAME (0.2); TELECONFERENCE
                                        WITH N. BERGER RE: SAME (0.2); REVIEW OF
                                        ITEM IN EQUITY COMMITTEE/UNSECURED
                                        CREDITORS COMMITTEE PRESENTATION
                                        (0.2); FORWARDING SAME TO H. BAER (0.1);
                                        TELECONFERENCES FROM H. BEAR RE:
                                        STATUTORY COMMITTEE MEETINGS ON 3/8
                                        (0.2); TELECONFERENCE WITH R. SLIVINSKI
                                        RE: SAME (0.2); FURTHER PREPARATION RE:
                                        SAME (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          03/08/07    4.50   TELECONFERENCE WITH R. SLIVINSKI RE:
                                    EQUITY COMMITTEE MEETING (0.2); FINAL
                                    PREPARATION AND PRE-MEETING SESSION FOR
                                    UNSECURED CREDITORS COMMITTEE / EQUITY
                                    COMMITTEE MEETINGS (1.0); ATTEND JOINT
                                    STATUTORY COMMITTEE MEETINGS (1.7);
                                    FOLLOW UP DISCUSSIONS WITH CLIENT RE:
                                    VARIOUS MEETING MATTERS (0.6); ATTEND
                                    UNSECURED CREDITORS COMMITTEE CAUCUS
                                    MEETING (0.2); ATTEND EQUITY COMMITTEE
                                    CAUCUS MEETING (0.5); FOLLOW UP
                                    DISCUSSION WITH J. SHEEHAN RE:
                                    COMMITTEE MATTERS (0.3).

                            15.20

**Total Counsel**           15.20

DIAZ LB          03/01/07    6.70   DRAFT AND REVISE UCC PRESENTATION
                                    (6.7).

DIAZ LB          03/02/07    6.20   REVISE UCC PRESENTATION (6.2).

DIAZ LB          03/03/07    8.60   CONTINUE TO DRAFT AND REVISE UCC
                                    PRESENTATION (8.6).

DIAZ LB          03/04/07   14.20   CONTINUE TO DRAFT AND REVISE UCC
                                    PRESENTATION (14.2).

DIAZ LB          03/05/07    3.30   REVISE UCC PRESENTATION (3.3).

DIAZ LB          03/06/07    3.60   REVISE UCC PRESENTATION (3.6).

DIAZ LB          03/08/07    3.90   SET UP AND ATTEND UCC MEETING (3.9).

                            46.50

HARDIN AS        03/01/07    3.10   PREPARE MATERIALS FOR UPCOMING
                                    STATUTORY COMMITTEE MEETING (3.1).

                             3.10

MEISLER RE       03/01/07    4.60   REVIEW AND COMMENT ON UCC PRESENTATION
                                    (4.6).

MEISLER RE       03/03/07    2.80   REVIEW AND REVISE STATUTORY COMMITTEE
                                    PRESENTATION (2.8).

MEISLER RE       03/04/07    4.70   CONTINUE TO REVIEW AND REVISE STATUTORY
                                    COMMITTEE PRESENTATION (4.7).

MEISLER RE       03/05/07    2.20   DRAFT CORRESPONDENCE RE: STATUTORY
                                    COMMITTEE MEETINGS (0.3); CONTINUE TO
                                    REVIEW AND COMMENT ON PRESENTATION TO
                                    STATUTORY COMMITTEES (1.9).

MEISLER RE       03/06/07    1.50   CONTINUE TO REVIEW AND REVISE UCC
                                    PRESENTATION (1.3); DRAFT
                                    CORRESPONDENCE TO S. CORCORAN RE: SAME
                                    (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 03/07/07 | 0.70 | PREPARE FOR STATUTORY COMMITTEE MEETINGS (0.7). |
| MEISLER RE | 03/08/07 | 2.60 | CONTINUE TO PREPARE FOR STATUTORY COMMITTEE MEETINGS (0.6); ATTEND SAME (1.6); ATTEND BREAK OUT SESSION WITH UCC (0.2) AND EC (0.2). |
| | | **19.10** | |
| PERL MW | 03/01/07 | 3.50 | REVIEW FEES IN CONNECTION WITH UCC PRESENTATION (0.5); MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: SAME (0.4, 0.6, 0.2); PREPARE REVISED FIGURES FOR SAME, INCLUDING REVIEW OF RELEVANT ORDER (1.8). |
| PERL MW | 03/06/07 | 1.30 | REVIEW FEE DATA FOR UCC PRESENTATION AND DRAFT CORRESPONDENCE RE: SAME (1.3). |
| | | **4.80** | |
| PLATT SJ | 03/01/07 | 1.50 | REVIEW AND REVISE PRESENTATION FOR STATUTORY COMMITTEES (1.5). |
| PLATT SJ | 03/02/07 | 1.20 | REVIEW AND REVISE PRESENTATION FOR STATUTORY COMMITTEES AND OTHER CONSTITUENCIES (1.2). |
| PLATT SJ | 03/06/07 | 0.20 | REVISE PRESENTATION FOR STATUTORY COMMITTEES (0.2). |
| | | **2.90** | |
| ~~STUART NL~~ | ~~03/05/07~~ | ~~1.30~~ | ~~UPDATE TIMELINES FOR STATUTORY COMMITTEE PRESENTATIONS (1.3).~~ |
| | | ~~1.30~~ | |
| **Total Associate** | | **77.70** | |
| DEMMA J | 03/01/07 | 1.60 | UPDATE FEE AND EXPENSE DATA FOR MARCH JOINT COMMITTEE PRESENTATION (1.6). |
| DEMMA J | 03/06/07 | 0.60 | UPDATE FEE AND EXPENSE DATA FOR UCC PRESENTATION (0.6). |
| | | **2.20** | |
| ZSOLDOS AF | 03/07/07 | 1.30 | COORDINATE JOINT STATUTORY COMMITTEE MEETING PRESENTATION (1.3). |
| ZSOLDOS AF | 03/08/07 | 2.40 | PREPARE FOR UCC MEETING (2.1); ORGANIZE MATERIAL FROM PRESENTATION (0.3). |
| | | **3.70** | |
| **Total Legal Assistant** | | **5.90** | |
| **TOTAL TIME** | | **117.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 04/30/07**
**Creditor Meetings/ Statutory Committees**              **Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/07/07 | Diaz LB | 978.92 |
| Air/Rail Travel - vendor feed | 03/07/07 | Diaz LB | -933.93 |
| Air/Rail Travel - vendor feed | 03/07/07 | Diaz LB | 1,165.63 |
| Air/Rail Travel - vendor feed | 03/07/07 | Meisler RE | 978.92 |
| Air/Rail Travel - vendor feed | 03/07/07 | Meisler RE | 21.39 |
| Air/Rail Travel - vendor feed | 03/08/07 | Meisler RE | 538.48 |
| Air/Rail Travel - vendor feed | 03/09/07 | Diaz LB | 257.59 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,007.00** |
| In-house Reproduction | 03/02/07 | Copy Center, D | 3.00 |
| In-house Reproduction | 03/06/07 | Copy Center, D | 0.21 |
| In-house Reproduction | 03/09/07 | Copy Center, D | 1.55 |
| In-house Reproduction | 03/13/07 | Copy Center, D | 2.38 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 1.03 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 0.83 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$9.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.49 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 4.10 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.17 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.87 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.37 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Reproduction - color | 03/04/07 | Copy Center, D | 129.00 |
| Reproduction - color | 03/04/07 | Copy Center, D | 26.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 03/05/07 | Copy Center, D | 83.00 |
| Reproduction - color | 03/09/07 | Copy Center, D | 12,429.50 |
| Reproduction - color | 03/09/07 | Copy Center, D | 15.50 |
| Reproduction - color | 03/13/07 | Copy Center, D | 91.50 |
| Reproduction - color | 03/16/07 | Copy Center, D | 194.50 |
| Reproduction - color | 03/24/07 | Copy Center, D | 249.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$13,218.00** |
| Air/Rail Travel (external) | 03/07/07 | Butler, Jr. J | 501.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$501.00** |
| Out-of-Town Travel | 03/07/07 | Butler, Jr. J | 20.99 |
| Out-of-Town Travel | 03/07/07 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 03/07/07 | Butler, Jr. J | 516.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$546.00** |
| Messengers/ Courier | 03/02/07 | Straightline Courier | 75.63 |
| Messengers/ Courier | 03/02/07 | Quick Int'l - Ny | 241.67 |
| Messengers/ Courier | 03/09/07 | Straightline Courier | 31.82 |
| Messengers/ Courier | 03/18/07 | Comet Messenger Service | 24.06 |
| Messengers/ Courier | 03/30/07 | Straightline Courier | 31.82 |
| | | **TOTAL MESSENGERS/ COURIER** | **$405.00** |
| Out-of-Town Meals | 03/07/07 | Butler, Jr. J | 19.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$19.00** |
| Printing to paper from TIF | 03/07/07 | Copy Center, D | 2,052.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$2,052.00** |
| Contracted Catering-NY | 03/07/07 | Butler, Jr. J | 126.64 |
| Contracted Catering-NY | 03/07/07 | Butler, Jr. J | 126.64 |
| Contracted Catering-NY | 03/07/07 | Butler, Jr. J | -126.64 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 400.19 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 240.11 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 402.10 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 1,240.58 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 500.23 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 400.19 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 240.10 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 402.10 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 1,240.58 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | 500.23 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | -1,640.38 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | -407.12 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | -402.10 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | -2,788.21 |
| Contracted Catering-NY | 03/08/07 | Butler, Jr. J | -820.24 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$-365.00** |
| CLR/Disclosure | 03/01/07 | Global Securities | 1.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$1.00** |
| | | **TOTAL MATTER** | **$19,401.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 05/31/07
Creditor Meetings/ Statutory Committees                     Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/13/07 | 0.40 | TELECONFERENCE WITH R. ROSENBERG RE: UCC UPDATE AND RELATED MATTERS (0.4). |
| BUTLER, JR. J | 04/15/07 | 1.40 | BEGIN TO PREPARE FOR APRIL 19TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.4). |
| BUTLER, JR. J | 04/16/07 | 2.80 | CONTINUE TO PREPARE FOR APRIL 19TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (2.8). |
| BUTLER, JR. J | 04/17/07 | 1.90 | CONTINUE TO PREPARE FOR APRIL 19TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.9). |
| BUTLER, JR. J | 04/18/07 | 1.30 | CONTINUE TO PREPARE (WITH MANAGEMENT TEAM IN NEW YORK CITY) FOR APRIL 19TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING FINALIZE PRESENTATION MATERIALS (1.3). |
| BUTLER, JR. J | 04/19/07 | 5.40 | PREPARE FOR (WITH DELPHI SENIOR MANAGEMENT TEAM AND ADVISORS) (0.7) AND ATTEND (2.4) JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY; ATTEND SEPARATE UCC AND EQUITY COMMITTEE BREAKOUT SESSIONS (1.3); ATTEND SEPARATE POST-MEETING WRAP UP WITH R. MASON, B. ROSENBERG AND D. DAIGLE (0.3); POST-MEETING WRAP UP WITH S. MILLER, J. SHEEHAN ET. AL. (0.4); TELECONFERENCE WITH R. O'NEAL RE: SAME AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 04/22/07 | 0.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) TELECONFERENCE WITH B. SCHELER AND M. TREPPER RE: PARDUS AND EQUITY COMMITTEE MATTERS / PROTOCOL. |
| | | 13.90 | |
| MARAFIOTI KA | 04/13/07 | 2.30 | REVIEW AND REVISE COMMITTEE PRESENTATION (2.3). |
| MARAFIOTI KA | 04/16/07 | 0.50 | REVIEW CREDITORS' COMMITTEE MATERIAL (0.5). |
| MARAFIOTI KA | 04/17/07 | 0.40 | CONSIDER ISSUES TO BE RAISED WITH COMMITTEES (0.4). |

B43E

| MARAFIOTI KA | 04/19/07 | 6.20 | PREPARE WITH COMPANY, ROTHSCHILD, AND FTI FOR CREDITORS' AND EQUITY COMMITTEE MEETINGS (1.0); JOINT MEETING OF COMMITTEES AND ADVISORS (2.4); FOLLOW-UP MEETING WITH COMPANY AND ADVISORS (0.2); SEPARATE MEETINGS WITH COMPANY AND CREDITORS' COMMITTEE AND ADVISORS (0.8); SEPARATE MEETING WITH COMPANY AND EQUITY COMMITTEE AND ADVISORS (0.8); FOLLOW-UP MEETINGS WITH COMPANY (0.9); REPORT ON STATUS OF COMMITTEE MEETINGS (0.1). |
|---|---|---|---|
| | | **9.40** | |
| MEISLER RE | 04/11/07 | 1.00 | BEGIN TO OUTLINE SECTIONS OF STATUTORY COMMITTEE BOOK (1.0). |
| MEISLER RE | 04/12/07 | 3.00 | REVIEW AND COMMENT ON STATUTORY COMMITTEE BOOK (3.0). |
| MEISLER RE | 04/15/07 | 4.40 | TELECONFERENCE WITH S. CORCORAN RE: STATUTORY COMMITTEE PRESENTATION (0.1); REVIEW AND REVISE SAME (4.3). |
| MEISLER RE | 04/16/07 | 3.10 | CONTINUE TO REVIEW AND REVISE STATUTORY COMMITTEE BOOK (3.1). |
| MEISLER RE | 04/17/07 | 1.80 | CONTINUE TO REVIEW AND UPDATE STATUTORY COMMITTEE PRESENTATION (1.8). |
| MEISLER RE | 04/18/07 | 1.10 | REVIEW FINAL UPDATES RE: RE: STATUTORY COMMITTEE BOOK (0.5); DRAFT CORRESPONDENCE RE: STATUTORY COMMITTEE BOOK (0.3); PREPARE FOR STATUTORY COMMITTEE MEETING (0.3). |
| MEISLER RE | 04/19/07 | 5.80 | PREPARE FOR STATUTORY COMMITTEE MEETINGS (1.2); ATTEND SAME (2.8); ATTEND UCC BREAK-OUT SESSION (0.6); ATTEND EC BREAK-OUT SESSION (1.2). |
| MEISLER RE | 04/22/07 | 0.10 | REVIEW CORRESPONDENCE RE: EQUITY COMMITTEE PROTOCOL (0.1). |
| | | **20.30** | |
| **Total Partner** | | **43.60** | |
| MATZ TJ | 04/09/07 | 0.80 | REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION UPDATES (0.8). |
| MATZ TJ | 04/10/07 | 1.20 | REVIEWING STN AND EQUITY COMMITTEE UNDER SEAL MOTION, TIMING & TRANSCRIPT (1.2). |
| MATZ TJ | 04/12/07 | 1.00 | REVIEW AND COMMENT ON DRAFT 4/19 STATUTORY COMMITTEE PRESENTATION (0.8); PREPARATION RE: SAME (0.2). |
| MATZ TJ | 04/14/07 | 0.90 | REVIEW AND COMMENT ON 4/19 STATUTORY COMMITTEE PRESENTATION (0.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 04/16/07 | 3.80 | CORRESPONDENCE WITH B. ROSENBERG RE: 4/19 COMMITTEE MEETINGS (0.2); ATTENDING TO PREPARATIONS RE: SAME (0.3); REVIEW AND COMMENT ON DRAFT 4/19 STATUTORY COMMITTEE PRESENTATION (2.3); CONTINUING REVIEW AND COMMENT ON COMMITTEE PRESENTATION (0.7); FINALIZING AND DELIVERY OF SAME (0.3). |
|---|---|---|---|
| MATZ TJ | 04/18/07 | 1.20 | CORRESPONDENCE WITH H. BAER RE: COMMITTEE MEETINGS (0.2); CORRESPONDENCE WITH R. SLIVINSKI RE: SAME (0.1); REVIEW COMMITTEE PRESENTATION (0.5); AND PREPARATION FOR 4/19 STATUTORY COMMITTEE MEETINGS (0.4). |
| MATZ TJ | 04/19/07 | 5.30 | FINAL PREPARATION FOR STATUTORY COMMITTEE MEETINGS (0.9); MEETING WITH D. SHERBIN, J. SHEEHAN, S. MILLER, S. CORCORAN, K. CRAFT RE: SAME (0.5); ATTEND JOINT MEETING OF STATUTORY COMMITTEES (2.4); ATTENDING FOLLOW UP QUESTION & ANSWER MEETING WITH UNSECURED CREDITORS COMMITTEE (0.6); ATTENDING FOLLOW UP MEETING WITH EQUITY COMMITTEE (0.9). |

|  |  | **14.20** |  |
|---|---|---|---|
| **Total Counsel** |  | **14.20** |  |
| DIAZ LB | 04/10/07 | 2.70 | REVISE UCC PRESENTATION (2.7). |
| DIAZ LB | 04/11/07 | 4.30 | REVISE UCC PRESENTATION (4.3). |
| DIAZ LB | 04/12/07 | 4.70 | REVISE UCC PRESENTATION (4.7). |
| DIAZ LB | 04/13/07 | 3.10 | CONTINUE TO REVISE UCC PRESENTATION (3.1). |
| DIAZ LB | 04/15/07 | 8.70 | REVISE UCC BOOK (8.7). |
| DIAZ LB | 04/16/07 | 6.20 | REVISE UCC PRESENTATION (6.2). |
| DIAZ LB | 04/17/07 | 1.40 | REVISE UCC PRESENTATION (1.4). |
| DIAZ LB | 04/18/07 | 3.20 | REVISE UCC PRESENTATION (3.2). |
| DIAZ LB | 04/19/07 | 4.10 | PREPARATION AND ATTENDANCE OF UCC MEETING (4.1). |

|  |  | **38.40** |  |
|---|---|---|---|
| GRANT K | 04/12/07 | 5.20 | DRAFTED SECTIONS FOR UCC PRESENTATION INCLUDING DASE (2.5), PEGASUS (1.3), JLL (0.7), 365(D)(4) (0.3), AND DIP REFINANCE AMENDMENT (0.4). |

|  |  | **5.20** |  |
|---|---|---|---|
| HARDIN AS | 04/16/07 | 2.50 | PREPARE FOR STATUTORY COMMITTEE MEETINGS (2.5). |
| HARDIN AS | 04/19/07 | 5.50 | PREPARE FOR AND ATTEND STATUTORY COMMITTEE MEETINGS (5.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 8.00 |  |
|---|---|---|---|
| PLATT SJ | 04/11/07 | 1.20 | PREPARE PRESENTATION FOR CREDITORS COMMITTEE (1.2). |
| PLATT SJ | 04/15/07 | 0.30 | REVISE PRESENTATION FOR CREDITORS' COMMITTEE (0.3). |
| PLATT SJ | 04/16/07 | 0.50 | REVISE PRESENTATION FOR STATUTORY COMMITTEE (0.5). |
|  |  | 2.00 |  |
| **Total Associate** |  | **53.60** |  |
| ~~CHAVALI A~~ | ~~04/23/07~~ | ~~0.60~~ | ~~DISTRIBUTE COMMITTEE PRESENTATIONS TO WORKING GROUP (0.6).~~ |
| ~~CHAVALI A~~ | ~~04/24/07~~ | ~~0.60~~ | ~~DISTRIBUTE COMMITTEE PRESENTATIONS TO WORKING GROUP (0.6).~~ |
|  |  | ~~1.20~~ |  |
| DEMMA J | 04/10/07 | 3.60 | PREPARE FEE AND EXPENSE PRESENTATION FOR STATUTORY COMMITTEE MEETING (3.6). |
| DEMMA J | 04/11/07 | 3.10 | CONTINUE UPDATING FEE AND EXPENSE PRESENTATION FOR STATUTORY COMMITTEE MEETING (3.1). |
| DEMMA J | 04/12/07 | 0.60 | RESEARCH PRESENTATIONS FOR ANNUAL INCENTIVE PROGRAM REFERENCE (0.6). |
| DEMMA J | 04/15/07 | 1.10 | UPDATE FEE AND EXPENSE INFORMATION FOR STATUTORY COMMITTEE PRESENTATION (1.1). |
| DEMMA J | 04/18/07 | 1.60 | UPDATE FEE AND EXPENSE INFORMATION FOR STATUTORY COMMITTEE MEETING PRESENTATION (1.6). |
|  |  | 10.00 |  |
| ZSOLDOS AF | 04/18/07 | 2.20 | PREPARE FOR UCC MEETING (0.6); COORDINATE PRESENTATIONS (1.6). |
| ZSOLDOS AF | 04/19/07 | 2.90 | FINAL PREPARATION FOR UCC MEETING (2.1); ORGANIZE DOCUMENTS AFTER MEETING AND OTHER VARIOUS TASKS RELATED TO MEETING (0.8). |
|  |  | 5.10 |  |
| **Total Legal Assistant** |  | **16.30** |  |
| **TOTAL TIME** |  | **127.70** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Creditor Meetings/ Statutory Committees**

**Bill Date: 05/31/07**
**Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/18/07 | Meisler RE | 979.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$979.00** |
| In-house Reproduction | 04/20/07 | Copy Center, D | 12.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.97 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 2.23 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.14 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.54 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.12 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$4.00** |
| Reproduction - color | 04/20/07 | Copy Center, D | 12,516.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$12,516.00** |
| Vendor Hosted Teleconferencing | 03/08/07 | Teleconferencing Services, LLC | 116.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$116.00** |
| Air/Rail Travel (external) | 04/17/07 | Butler, Jr. J | 342.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$342.00** |
| Out-of-Town Travel | 04/15/07 | Meisler RE | 30.00 |
| Out-of-Town Travel | 04/17/07 | Butler, Jr. J | 613.99 |
| Out-of-Town Travel | 04/17/07 | Butler, Jr. J | 15.00 |
| Out-of-Town Travel | 04/17/07 | Butler, Jr. J | 53.34 |
| Out-of-Town Travel | 04/17/07 | Butler, Jr. J | 13.67 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$726.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 04/04/07 | Dist Serv/Mail/Page, D | 133.57 |
| Messengers/ Courier | 04/18/07 | Dist Serv/Mail/Page, D | 136.43 |
| Messengers/ Courier | 04/20/07 | Dist Serv/Mail/Page, D | 11.00 |
| Messengers/ Courier | 04/22/07 | Arrow Messenger Svc | 244.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$525.00** |
| Out-of-Town Meals | 04/17/07 | Butler, Jr. J | 45.15 |
| Out-of-Town Meals | 04/17/07 | Butler, Jr. J | 24.83 |
| Out-of-Town Meals | 04/19/07 | Meisler RE | 35.02 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$105.00** |
| Printing to paper from TIF | 04/15/07 | Copy Center, D | 49.26 |
| Printing to paper from TIF | 04/16/07 | Copy Center, D | 16.74 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$66.00** |
| | | **TOTAL MATTER** | **$15,391.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Creditor Meetings/ Statutory Committees**

Bill Date: 06/30/07
Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/14/07 | 0.70 | REVIEW EQUITY COMMITTEE LETTER TO THE UNITED STATES TRUSTEE RE: PARDUS AND BRANDES RECUSALS AND PROTOCOL GOING FORWARD (0.2); CONFERENCE WITH J. SHEEHAN RE: SAME (0.2); EMAILS TO/FROM/TO B. SCHELER RE: SAME AND GO FORWARD PROTOCOL FOR WEEKLY EC/DELPHI LEADERSHIP TELECONFERENCE MEETINGS (0.3). |
| BUTLER, JR. J | 05/20/07 | 0.90 | BEGIN TO PREPARE FOR MAY 24TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.8); EMAILS TO/FROM R. ROSENBERG RE: STN MOTION DEFERRAL (0.1). |
| BUTLER, JR. J | 05/22/07 | 1.30 | CONTINUE TO PREPARE FOR MAY 24TH JOINT STATUTORY COMMITTEE MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.3). |
| BUTLER, JR. J | 05/23/07 | 1.60 | CONTINUE TO PREPARE FOR MAY 24TH JOINT STATUTORY COMMITTEE MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.6). |
| BUTLER, JR. J | 05/24/07 | 5.80 | PREPARE FOR (0.3) AND ATTEND (4.3) JOINT STATUTORY COMMITTEE MEETING INCLUDING BREAK-OUT SESSIONS WITH COMMITTEES AND DELPHI; PREPARE FOR (0.2) AND ATTEND (1.0) DELPHI MEETING WITH EQUITY COMMITTEE ADVISORS. |
| BUTLER, JR. J | 05/28/07 | 0.10 | EMAILS TO B. ROSENBERG AND B. SCHELER RE: JOINT COMMITTEE MATTERS INCLUDING PROPOSED 2ND HALF 2007 COMMITTEE DATES (0.1). |
| | | **10.40** | |
| MARAFIOTI KA | 05/18/07 | 2.30 | REVIEW AND REVISE COMMITTEE PRESENTATION (2.3). |
| MARAFIOTI KA | 05/21/07 | 0.10 | CORRESPONDENCE RE: COMMITTEE PRESENTATIONS (0.1). |
| MARAFIOTI KA | 05/24/07 | 5.20 | MEETING WITH EQUITY COMMITTEE ADVISORS (1.2); FOLLOWUP MEETING WITH COMPANY AND ADVISORS (0.3); JOINT COMMITTEE MEETINGS WITH MEMBERS AND ALL ADVISORS (1.8); MEETING WITH CREDITORS' COMMITTEE AND ADVISORS ONLY (0.4); MEETING WITH EQUITY COMMITTEE AND· ADVISORS ONLY (0.5); MEETING WITH CREDITORS' COMMITTEE ADVISORS (0.8); MEETING WITH FTI AND ROTHSCHILD (0.2). |
| | | **7.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 05/07/07 | 0.20 | REVIEW CORRESPONDENCE FROM UCC AND DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2). |
|---|---|---|---|
| MEISLER RE | 05/15/07 | 0.10 | DRAFT CORRESPONDENCE RE: UPCOMING COMMITTEE MEETING (0.1). |
| MEISLER RE | 05/17/07 | 0.20 | BEGIN REVIEW OF PRESENTATION FOR 5/24/07 COMMITTEE MEETING (0.2). |
| MEISLER RE | 05/18/07 | 1.00 | CONTINUE REVIEW OF COMMITTEE PRESENTATION (1.0). |
| MEISLER RE | 05/20/07 | 4.60 | REVIEW AND COMMENT ON COMMITTEE PRESENTATION FOR 5/24 MEETING (4.6). |
| MEISLER RE | 05/21/07 | 1.70 | CONTINUE TO REVIEW AND COMMENT ON THE COMMITTEE PRESENTATION RE: RIGHTS OFFERING (0.4); TELECONFERENCE WITH M. MCGUIRE RE: COMMENTS TO PRESENTATION (0.2); REVISE SAME (1.1). |
| MEISLER RE | 05/22/07 | 0.40 | CONTINUE TO REVIEW COMMITTEE PRESENTATION (0.4). |
| MEISLER RE | 05/23/07 | 3.40 | CONTINUE TO REVIEW AND COMMENT ON JOINT COMMITTEE PRESENTATION (3.2); DRAFT CORRESPONDENCE TO B. ROSENBERG AND H. BAER RE: SAME (0.2). |
| MEISLER RE | 05/24/07 | 3.40 | PREPARE FOR JOINT COMMITTEE MEETINGS (0.2); ATTEND JOINT COMMITTEE MEETINGS (2.2); ATTEND UCC BREAK OUT SESSION (0.4); ATTEND PORTION OF EC BREAK OUT SESSION (0.6). |
| | | 15.00 | |
| **Total Partner** | | **33.00** | |
| MATZ TJ | 05/18/07 | 2.00 | REVIEWING AND COMMENTING ON DRAFT PRESENTATION TO STATUTORY COMMITTEES (2.0). |
| MATZ TJ | 05/21/07 | 0.30 | REVIEWING REVISIONS TO PRESENTATION MATERIALS FOR STATUTORY COMMITTEES (0.3). |
| MATZ TJ | 05/24/07 | 4.00 | FINAL PREPARATION FOR JOINT STATUTORY COMMITTEE MEETING (0.9); ATTENDING JOINT STATUTORY COMMITTEE MEETINGS (2.1); ATTENDING FOLLOW UP MEETING WITH UNSECURED CREDITORS COMMITTEE (0.4); ATTENDING FOLLOW UP MEETING WITH EQUITY COMMITTEE (0.6). |
| | | 6.30 | |
| **Total Counsel** | | **6.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 05/15/07 | 4.20 | DRAFT JOINT STATUTORY COMMITTEE PRESENTATION (4.2). |
| DIAZ LB | 05/16/07 | 2.90 | DRAFT JOINT STATUTORY COMMITTEE PRESENTATION (2.9). |
| DIAZ LB | 05/17/07 | 3.40 | CONTINUE TO REVISE JOINT STATUTORY COMMITTEE PRESENTATION (3.4). |
| DIAZ LB | 05/19/07 | 1.60 | REVISE JOINT STATUTORY COMMITTEE PRESENTATION (1.6). |
| DIAZ LB | 05/20/07 | 9.20 | REVISE JOINT STATUTORY COMMITTEE PRESENTATION (9.2). |
| DIAZ LB | 05/23/07 | 2.90 | REVISE AND EDIT JOINT STATUTORY COMMITTEE PRESENTATION (2.9). |
| DIAZ LB | 05/24/07 | 3.40 | PREPARATION FOR AND ATTENDANCE OF UCC AND EC MEETINGS (3.4). |
| | | 27.60 | |
| HARDIN AS | 05/15/07 | 0.30 | REVIEW PRESENTATION MATERIALS FOR UPCOMING STATUTORY COMMITTEE MEETINGS (0.3). |
| HARDIN AS | 05/23/07 | 0.70 | PREPARE FOR STATUTORY COMMITTEE MEETINGS (0.7). |
| HARDIN AS | 05/24/07 | 3.10 | PREPARE FOR AND ATTEND STATUTORY COMMITTEE MEETINGS (3.1). |
| | | 4.10 | |
| **Total Associate** | | **31.70** | |
| ~~CHAVALI A~~ | ~~05/24/07~~ | ~~2.60~~ | ~~ORGANIZE MATERIALS FOR STRATEGY COMMITTEE MEETING (2.6).~~ |
| | | ~~2.60~~ | |
| DEMMA J | 05/08/07 | 0.60 | UPDATE PRESENTATION FILES (0.6). |
| DEMMA J | 05/09/07 | 2.10 | UPDATE PRESENTATION FILES (2.1). |
| DEMMA J | 05/10/07 | 0.60 | UPDATE PRESENTATION FILES (0.6). |
| DEMMA J | 05/15/07 | 3.10 | PREPARE FEE AND EXPENSE PRESENTATION FOR STATUTORY COMMITTEE MEETING (3.1). |
| DEMMA J | 05/18/07 | 0.60 | PREPARE PRESENTATIONS FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 05/21/07 | 1.60 | UPDATE PRESENTATION FOR STATUTORY COMMITTEE MEETING (1.6). |
| | | 8.60 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 05/21/07 | 1.70 | REVIEW AND UPDATE FEES AND EXPENSES FOR STATUTORY COMMITTEE PRESENTATION (1.1); CIRCULATE UPDATED PRESENTATION (0.2); RESEARCH AND ANSWER QUESTIONS RE: FOOTNOTES IN PRESENTATION (0.4). |
|---|---|---|---|
| ZSOLDOS AF | 05/23/07 | 0.80 | PREPARE FOR JOINT STATUTORY COMMITTEE MEETING (0.8). |
| | | 2.50 | |

**Total Legal Assistant**      **13.70**

**TOTAL TIME**                 **84.70**

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 06/30/07 |
|---|---|---|---|
| Creditor Meetings/ Statutory Committees | | | Bill Number: 1166514 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/23/07 | Meisler RE | 955.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$955.00** |
| In-house Reproduction | 05/11/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/25/07 | Copy Center, D | 21.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$22.00** |
| Telephone Expense-ECRS only | 05/03/07 | Telecommunications, D | 10.37 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.88 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.07 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.20 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$12.00** |
| Reproduction - color | 05/18/07 | Copy Center, D | 64.00 |
| Reproduction - color | 05/18/07 | Copy Center, D | 364.50 |
| Reproduction - color | 05/25/07 | Copy Center, D | 11,491.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$11,920.00** |
| Vendor Hosted Teleconferencing | 04/16/07 | Teleconferencing Services, LLC | 14.40 |
| Vendor Hosted Teleconferencing | 04/19/07 | Teleconferencing Services, LLC | 654.60 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$669.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel (external) | 05/22/07 | Butler, Jr. J | 265.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$265.00** |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 53.34 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 15.00 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 20.67 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 640.43 |
| Out-of-Town Travel | 05/24/07 | Meisler RE | 376.56 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,106.00** |
| Messengers/ Courier | 05/03/07 | OSMIO | 129.84 |
| Messengers/ Courier | 05/24/07 | Dist Serv/Mail/Page, D | 54.16 |
| | | **TOTAL MESSENGERS/ COURIER** | **$184.00** |
| Out-of-Town Meals | 05/22/07 | Butler, Jr. J | 17.72 |
| Out-of-Town Meals | 05/23/07 | Meisler RE | 4.62 |
| Out-of-Town Meals | 05/23/07 | Meisler RE | 5.39 |
| Out-of-Town Meals | 05/24/07 | Meisler RE | 30.43 |
| Out-of-Town Meals | 05/24/07 | Meisler RE | 4.84 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$63.00** |
| Internal Catering-NY | 05/24/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 05/24/07 | Butler, Jr. J | 400.00 |
| Internal Catering-NY | 05/24/07 | Butler, Jr. J | 239.98 |
| Internal Catering-NY | 05/24/07 | Butler, Jr. J | 384.03 |
| Internal Catering-NY | 05/24/07 | Butler, Jr. J | 1,239.99 |
| Internal Catering-NY | 05/24/07 | Butler, Jr. J | 500.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$3,004.00** |
| | | **TOTAL MATTER** | **$18,200.00** |