SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-14
ENVIRONMENTAL MATTERS
360.7 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | |
|---|---|---|
| Delphi Corporation (DIP) | Bill Date: 03/31/07 | |
| Environmental Matters | Bill Number: 1156471 | |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 02/01/07 | 1.20 | TELECONFERENCE WITH M. HESTER, T. GOSS, ET AL RE: INSURANCE ISSUES (1.2). |
| BERLIN K | 02/02/07 | 2.20 | TELECONFERENCE WITH A. TANNENBAUM AND F. BIROS RE: TRUST (0.4); TELECONFERENCE WITH K. JONES RE: CSX ISSUES (0.3); TELECONFERENCE WITH J. HUNT RE: TRUST ISSUES (0.2); PREPARE E-MAIL TO F. BIROS RE: GM E-MAIL (0.3); BEGIN REVIEW OF LATEST DRAFT OF CSX BRIEF (0.8) TELECONFERENCE WITH A. HOGEN RE: CSX MATTER (0.2). |
| BERLIN K | 02/05/07 | 1.80 | TELECONFERENCE WITH M. HESTER, T. LABANDT, ET AL RE: INSURANCE (0.7); TELECONFERENCE WITH M. HESTER RE: TRUSTEE ISSUES (0.4); REVIEW OF J. GOSS PROPOSAL (0.7). |
| BERLIN K | 02/06/07 | 7.10 | TELECONFERENCE WITH T. LABANDT RE: INSURANCE ISSUES (0.4); PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH L. MALONE, K. JONES ET AL RE: CSX AFFIDAVIT (1.7); REVIEW OF DRAFT CSX BRIEF (1.3); BEGIN REVIEW OF PHASE 1 AND PHASE 2 REPORTS (3.3); TELECONFERENCE WITH M. HESTER AND C. GILL RE: MICHIGAN FACILITIES (0.4). |
| BERLIN K | 02/07/07 | 1.50 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.7); E-MAIL TO F. BIROS AND A. TANNENBAUM RE: EMA (0.5); TELECONFERENCE WITH F. BIROS RE: MISCELLANEOUS MATTERS (0.3). |
| BERLIN K | 02/08/07 | 1.60 | TELECONFERENCE WITH M. HESTER RE: TREMONT AND OTHER ISSUES (0.2); COMPLETE DRAFT OF CSX BRIEF AND E-MAIL RE: SAME (1.4). |
| BERLIN K | 02/09/07 | 2.30 | PARTICIPATION IN TEAM STRATEGY TELECONFERENCE (0.6); REVIEW OF PRESENTATION ON THE JANUARY AND FEBRUARY JOINT MEETINGS OF THE STATUTORY COMMITTEES (1.7). |
| BERLIN K | 02/11/07 | 1.60 | REVIEW LIST OF MANUFACTURING SITES (0.3); REVIEW OF IRG INSURANCE PROPOSAL AND W. TELGEN E-MAILS RE: SAME (1.3). |
| BERLIN K | 02/12/07 | 3.40 | TELECONFERENCE WITH A. TANNENBAUM RE: TRUST ISSUES (0.3); REVIEW MARK-UP OF 10-Q AND TELECONFERENCE WITH M. HESTER, M. SANDWICH, ET AL RE: SAME; PREPARE E-MAILS RE: SAME (2.6); TELECONFERENCE WITH M. HESTER RE: TRUST ISSUES (0.2); TELECONFERENCE WITH M. HESTER, M. SANDWICH, M. LOEB ET AL RE: SAME (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 02/13/07 | 1.10 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.6); TELECONFERENCE WITH M. HESTER RE: TRUST ISSUES (0.3); TELECONFERENCE WITH R. WEISS RE: SAME (0.2). |
| BERLIN K | 02/14/07 | 2.50 | PREPARE EMAILS ON TRUST TO M. HESTER AND D. SHERBIN, AND TELECONFERENCE WITH M. HESTER RE: SAME (1.8); REVIEW OF COMPARISON OF INSURANCE PROPOSALS (0.4); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.3). |
| BERLIN K | 02/16/07 | 0.20 | TELECONFERENCE WITH M. HESTER RE: MAXIMUM CLEANUP COSTS (0.2). |
| BERLIN K | 02/20/07 | 0.90 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.7); TELECONFERENCE WITH F. BIROS RE: STATUS (0.2). |
| BERLIN K | 02/21/07 | 0.50 | TELECONFERENCE WITH M. HESTER AND B. TELGEN RE: INSURANCE ISSUES (0.5). |
| BERLIN K | 02/22/07 | 1.10 | TELECONFERENCE WITH M. HESTER, K. JONES ET AL RE: IRVINE ISSUES, INCLUDING RESERVE ISSUES (0.9); TELECONFERENCE WITH M. HESTER RE: SAME (0.2). |
| BERLIN K | 02/23/07 | 1.70 | TAKING PART IN TELECONFERENCE WITH M. HESTER, ENVIRON, WHITE & CASE, MILBANK ET AL (1.3); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.2); REVIEW OF E-MAIL ON VANDALIA CONSENT ORDER (0.2). |
| BERLIN K | 02/27/07 | 1.80 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHARTS (0.5); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS MATTERS (0.2); BEGIN DRAFTING OF OUTLINE OF ENVIRONMENTAL TRUST PRESENTATION (1.1). |
| BERLIN K | 02/28/07 | 1.60 | REVIEW HUSTON CLAIM AND REVIEW OF DOCUMENTS RE: SAME (0.7); TELECONFERENCE WITH K. JONES RE: ANAHEIM SETTLEMENT ISSUES (0.3); CONTINUE DRAFT OF ENVIRONMENTAL TRUST PRESENTATION (0.6). |
| | | 34.10 | |
| ~~FROST, JR. DJ~~ | ~~02/01/07~~ | ~~2.60~~ | ~~REVISE CSX BRIEF (2.6).~~ |
| ~~FROST, JR. DJ~~ | ~~02/03/07~~ | ~~2.50~~ | ~~REVISE DRAFT BRIEF; REVIEW TECHNICAL DOCUMENTS (2.5).~~ |
| | | ~~5.10~~ | |
| **Total Partner** | | **39.20** | |
| AMODEO JA | 02/28/07 | 4.30 | REVIEW DOCUMENTS RELATING TO ENVIRONMENTAL CLAIM NUMBER 812B AND PROCEDURES FOR RESOLUTION (4.3). |
| | | 4.30 | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| **Total Counsel** | | **4.30** | |
| MALONE EA | 02/01/07 | 1.20 | CONTINUE LEGAL RESEARCH (1.2). |
| MALONE EA | 02/04/07 | 4.60 | FINISH LEGAL RESEARCH ON AND DRAFT OBJECTIONS TO FEDERAL CLAIMS IN CSX'S CLAIM (4.6). |
| MALONE EA | 02/05/07 | 0.80 | REVISE BRIEF (0.8). |
| MALONE EA | 02/06/07 | 1.70 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE TO DISCUSS OBJECTION TO CSX CLAIM (1.7). |
| | | 8.30 | |
| **Total Associate** | | **8.30** | |
| **TOTAL TIME** | | **51.80** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Environmental Matters | | | Bill Number: 1156471 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.93 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.25 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.75 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Out-of-Town Travel | 01/07/07 | Berlin K | 34.01 |
| Out-of-Town Travel | 01/07/07 | Berlin K | 95.04 |
| Out-of-Town Travel | 01/07/07 | Berlin K | 202.35 |
| Out-of-Town Travel | 01/07/07 | Berlin K | 10.55 |
| Out-of-Town Travel | 01/08/07 | Berlin K | 136.05 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$478.00** |
| Out-of-Town Meals | 01/08/07 | Berlin K | 21.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$21.00** |
| | | **TOTAL MATTER** | **$501.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Environmental Matters | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 03/01/07 | 4.30 | TELECONFERENCE WITH M. HESTER, J. TELGEN AND IRG RE: INSURANCE ISSUES AND FOLLOW-UP TELECONFERENCE WITH M. HESTER RE: SAME (1.5); CONTINUE TO DRAFT TRUST PRESENTATION TO INVESTORS (2.8). |
| BERLIN K | 03/02/07 | 2.90 | PARTICIPATION IN TEAM STRATEGY TELECONFERENCE (0.4); REVIEW KOKOMO BYPASS FIELD INVESTIGATION REPORT (1.5); PREPARE E-MAILS ON DISCLOSURE SCHEDULE ISSUES (0.4); REVIEW OF PROCEDURES FOR HUSTON HEARING AND CONFERENCE WITH J. AMODEO RE: SAME (0.6). |
| BERLIN K | 03/05/07 | 1.90 | REVIEW OF M. HESTER MARK-UP OF TRUST POWERPOINT AND TELECONFERENCE WITH M. HESTER RE: SAME (0.7); REVIEW OF SAGINAW GENESSEE ROAD PHASE 1'S AND PHASE 2'S (1.2). |
| BERLIN K | 03/06/07 | 2.60 | TELECONFERENCE WITH M. HESTER AND B. TELGEN, ET AL RE: INSURANCE BROKER (0.2); CONFERENCE WITH J. AMODEO RE: HUSTON CLAIMS; TELECONFERENCE WITH L. DIAZ RE: SAME; REVIEW OF ISSUES (0.6); REVISE TRUST POWERPOINT PRESENTATION AND TELECONFERENCE WITH M. HESTER RE: SAME (1.8). |
| BERLIN K | 03/07/07 | 3.60 | CONTINUE DRAFTING OF POWERPOINT PRESENTATION (2.4); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5); REVIEW OF TRW DOCUMENTS (0.7). |
| BERLIN K | 03/08/07 | 3.50 | CONFERENCE WITH J. AMODEO RE: HUSTON ISSUES AND SUFFICIENCY HEARING AND REVIEW OF SAME (0.4); REVIEW OF CHART ON ENVIRONMENTAL PROVISIONS IN SALES AGREEMENTS (0.5); CONTINUE REVIEW OF TRW AGREEMENT (0.8); TELECONFERENCE WITH K. JONES RE: CLAIMS (0.2); TELECONFERENCE WITH M. HESTER RE: TRUST PRESENTATION (0.4); TELECONFERENCE WITH M. HESTER, K. JONES ET AL RE: TELECONFERENCE WITH P. TRIMARCHI (0.5); REVISE TRUST PRESENTATION (0.7). |
| BERLIN K | 03/09/07 | 2.30 | CONTINUE DRAFTING OF TRUST PRESENTATION (2.1); TELECONFERENCE WITH K. JONES RE: ANAHEIM (0.2). |
| BERLIN K | 03/11/07 | 1.30 | CONTINUE TO DRAFT TRUST PRESENTATION (1.3). |
| BERLIN K | 03/12/07 | 5.70 | REVISE MEMORANDUM ON TRUST ISSUES (2.4); REVIEW OF MEMORANDUM ON HUSTON CLAIM (1.5); REVIEW DORT AVENUE DOCUMENTS (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 03/13/07 | 5.50 | PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH M. HESTER; S. CORCORAN AND K. JONES RE: TELECONFERENCE WITH PETER TRIMARCHI (0.7); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.4); REVIEW OF DANA PRODUCTION FACILITY ENVIRONMENTAL DOCUMENTS (1.6); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.4); REVIEW OF DOCUMENTS IN PREPARATION FOR FILING ANAHEIM SETTLEMENT UNDER SETTLEMENT PROCEDURES ORDER (1.2); TELECONFERENCE WITH P. TRIMARCHI, M. HESTER, S. CORCORAN AND K. JONES RE: DIVESTITURE DUE DILIGENCE (0.9); TELECONFERENCE WITH R. MEISLER RE: TRUST PRESENTATION (0.3). |
| BERLIN K | 03/14/07 | 1.90 | FURTHER REVISIONS TO TRUST PRESENTATION (0.7); REVIEW OF ANAHEIM SETTLEMENT ORDER (1.2). |
| BERLIN K | 03/15/07 | 0.70 | CONTINUED REVIEW OF HUSTON CLAIM ISSUES AND CONFERENCE WITH J. AMODEO RE: SAME (0.7). |
| BERLIN K | 03/16/07 | 1.50 | REVIEW OF TREMONT STIPULATION (0.8); FINAL REVIEW OF HUSTON CLAIM MEMORANDUM AND PREPARE E-MAIL ON SAME (0.7). |
| BERLIN K | 03/19/07 | 3.40 | PREPARE FOR AND TELECONFERENCE WITH M. HESTER AND J. HUNT RE: PHASE III WORK (1.2); TELECONFERENCE WITH M. HESTER RE: TRUST PRESENTATION AND CLAIMS (0.3); REVIEW OF CSX MATERIALS IN PREPARATION FOR TELECONFERENCE WITH J. GROSS RE: SAME (1.1); TELECONFERENCE WITH K. JONES RE: CLAIMS AND FILINGS (0.2); TELECONFERENCE WITH K. JONES AND M. HESTER RE: HUSTON AND CSX CLAIMS (0.3); REVISE TRUST PRESENTATION (0.3). |
| BERLIN K | 03/21/07 | 0.30 | REVIEW OF E-MAILS WITH P. TRIMARCHI ON PROPERTY SALE ENVIRONMENTAL ISSUES AND LIMITING DISCLOSURE TO WHITE & CASE (0.3). |
| BERLIN K | 03/22/07 | 1.10 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.8); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS MATTERS (0.3). |
| BERLIN K | 03/23/07 | 1.70 | TAKING PART IN TEAM STRATEGY TELEPHONE CONFERENCE (0.7); TELECONFERENCE WITH K. JONES RE: ANAHEIM SETTLEMENT AND FOLLOW-UP TO SAME (0.8); TELECONFERENCE WITH C. GILL RE: MICHIGAN CLEANUP ISSUES (0.2). |
| BERLIN K | 03/25/07 | 1.60 | DRAFT PRESENTATION TO BOARD ON ENVIRONMENTAL TRUST (1.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 03/26/07 | 1.60 | REVIEW OF CHART ON "FOCUSED" PROJECT DESTINY WORK AND TELECONFERENCE WITH M. HESTER RE: SAME (1.1); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.2); TELECONFERENCE WITH M. HESTER RE: HOME AVE ISSUE (0.3). |
| BERLIN K | 03/27/07 | 1.90 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.6); REVIEW OF E-MAIL ON VARIOUS DISCLOSURE ISSUES (0.5); REVIEW OF CSX BRIEF (0.8). |
| BERLIN K | 03/28/07 | 3.90 | REVIEW OF BOARD OF DIRECTORS PRESENTATION ON 3/27/07 ON BUSINESS PLANNING (1.6); REVIEW OF BACKGROUND MATERIALS FOR 4/2/07 TRUST PRESENTATION IN TROY, MICHIGAN (2.3). |
| BERLIN K | 03/29/07 | 4.20 | REVIEW OF PHASE 1'S AND 2'S, AND OTHER BACKGROUND DOCUMENTS, FOR FLINT EAST, WASTE WATER TREATMENT PLANT, PAIGE AVE, NEEDMORE ROAD AND WITCHITA FALLS (2.8); REVIEW OF NEW TRUST POWERPOINT PRESENTATION (1.4). |
| BERLIN K | 03/30/07 | 0.70 | TELECONFERENCE WITH M. HESTER, WHITE & CASE ET. AL. RE: DUE DILIGENCE ISSUES (0.5); FOLLOW-UP TELECONFERENCE WITH M. HESTER (0.2). |
| | | **58.10** | |
| **Total Partner** | | **58.10** | |
| AMODEO JA | 03/01/07 | 2.70 | REVIEW CLAIMS ESTIMATION PROCEDURES ORDER, BACKGROUND ON HUSTON FAMILY CLAIMS (2.7). |
| AMODEO JA | 03/02/07 | 0.50 | REVIEW CLAIMS PROCEDURE ORDER (0.5). |
| AMODEO JA | 03/04/07 | 2.20 | REVIEW DATABASES FOR HUSTON CLAIMS, OBJECTIONS AND RESPONSES (2.2). |
| AMODEO JA | 03/06/07 | 5.10 | REVIEW MATERIALS RE: HUSTON CLAIMS, PROCEDURES FOR RESOLUTION (5.1). |
| AMODEO JA | 03/07/07 | 7.70 | RESEARCH OHIO LAW RE: HUSTON CLAIM (7.7). |
| AMODEO JA | 03/08/07 | 9.30 | RESEARCH OHIO LAW RE: HUSTON CLAIM (9.3). |
| AMODEO JA | 03/09/07 | 7.60 | DRAFT MEMORANDUM ON HUSTON CLAIM (7.6). |
| AMODEO JA | 03/10/07 | 5.10 | DRAFT MEMORANDUM ON HUSTON CLAIM (5.1). |
| AMODEO JA | 03/12/07 | 3.00 | DRAFT MEMORANDUM ON HUSTON CLAIM (3.0). |
| | | **43.20** | |
| **Total Counsel** | | **43.20** | |
| **TOTAL TIME** | | **101.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Environmental Matters | | | Bill Number: 1156504 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 2.02 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.10 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.69 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.21 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.98 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$4.00** |
| Westlaw | 03/07/07 | Amodeo JA | 401.90 |
| Westlaw | 03/08/07 | Amodeo JA | 186.04 |
| Westlaw | 03/12/07 | Amodeo JA | 428.06 |
| | | **TOTAL WESTLAW** | **$1,016.00** |
| Printing to paper from TIF | 03/01/07 | Copy Center, D | 19.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$19.00** |
| | | **TOTAL MATTER** | **$1,039.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | Bill Date: 05/31/07 |
|---|---|
| Environmental Matters | Bill Number: 1158919 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 04/01/07 | 3.00 | REVIEW OF HUSTON MEMORANDUM AND CXS BRIEF (1.7); PREPARE FOR MEETING ON 4/2/07 RE: TRUST (1.3). |
| BERLIN K | 04/02/07 | 7.60 | PREPARE FOR AND MEET WITH K. JONES RE: CSX AND HUSTON MATTERS (2.7); PREPARE FOR AND MEET WITH M. HESTER AND M. HESTER, J. HUNT, D. SHERBIN ET. AL. RE: TRUST (4.9). |
| BERLIN K | 04/03/07 | 4.50 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.6); REVIEW OF ISSUE RAISED BY CALIFORNIA ATTORNEY GENERAL RE: INCLUDING REFERENCE TO CONSENT ORDER IN PLAN OF REORGANIZATION (1.3); FURTHER REVIEW OF CSX'S POSITION PAPER AND CONFERENCE WITH L. MALONE RE: REVISING BRIEF AND WORK ON SAME (1.7); PREPARE FOR AND TELECONFERENCE WITH S. MORRISON, M. PADILLA AND K. JONES RE: ANAHEIM CONSENT ORDER (0.9). |
| BERLIN K | 04/04/07 | 2.70 | PARTICIPATION IN DUE DILIGENCE TELECONFERENCE WITH WHITE & CASE, M. HESTER AND K. JONES AND REVIEW OF CHART RE: SAME (0.5); CONFERENCE WITH L. MALONE RE: CSX BRIEF AND REVIEW OF ISSUES RE: SAME (0.8); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.2); REVIEW OF CALIFORNIA MARKUP OF ANAHEIM AGREEMENT AND TELECONFERENCE WITH K. JONES RE: SAME (0.8); TELECONFERENCE WITH K. JONES AND L. MALONE RE: CSX MOTION (0.4). |
| BERLIN K | 04/05/07 | 0.70 | TELECONFERENCE WITH J. GROSS RE: CSX CLAIM (0.5); REVIEW OF E-MAILS RE: ANAHEIM ISSUES (0.2). |
| BERLIN K | 04/09/07 | 6.00 | REVIEW OF BRAKE HOSE BUSINESS SALE ORDER AND SALE AGREEMENT (1.4); REVIEW OF MARKUP OF CSX BRIEF (1.3); REVIEW OF BACKGROUND CXS DOCUMENTS (2.2); PREPARE LANGUAGE FOR ANAHEIM SETTLEMENT AND E-MAILS RE: SAME (1.1). |
| BERLIN K | 04/10/07 | 2.10 | TELECONFERENCE WITH M. HESTER, WHITE & CASE ET. AL. RE: DUE DILIGENCE (0.4); REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.5); REVIEW OF HEINZ AFFIDAVIT IN CSX CASE (1.1); TELECONFERENCE WITH M. HESTER RE: WHITE & CASE TELECONFERENCE (0.1). |
| BERLIN K | 04/11/07 | 0.70 | REVIEW OF TREMONT SETTLEMENT ISSUES AND TELECONFERENCE WITH M. HESTER RE: SAME AND CONFERENCE CALL WITH J. AMODEO RE: SAME (0.5); TELECONFERENCE WITH M. HESTER RE: VANDALIA ORDER (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 04/12/07 | 1.50 | TELECONFERENCE WITH K. JONES RE: CSX ISSUES (0.3); REVIEW OF VANDALIA EPA ORDER (1.2). |
| BERLIN K | 04/16/07 | 1.10 | TELECONFERENCE WITH M. HESTER, WHITE & CASE ET AL RE: TRUST (0.5); PREPARE SLIDES ON TRUST FOR BOARD MEETING (0.6). |
| BERLIN K | 04/18/07 | 0.80 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.6); TELECONFERENCE WITH P. MILMED RE: TRUST (0.2). |
| BERLIN K | 04/19/07 | 0.40 | TELECONFERENCE WITH M. HESTER RE: TRUST AND OTHER CLEANUP RISKS (0.4). |
| BERLIN K | 04/20/07 | 2.50 | PREPARE FOR TELECONFERENCE WITH K. JONES, ET. AL. RE: HUSTON CLAIM (1.1); REVIEW OF FIELD INVESTIGATION REPORT FOR SAGINAW E&C FACILITY (1.4). |
| BERLIN K | 04/23/07 | 4.60 | REVIEW AND MARKUP OF HUSTON BRIEF (1.2); REVIEW OF REVISED CSX BRIEF (1.6); PREPARE FOR AND TELECONFERENCE WITH K. JONES RE: ANAHEIM SETTLEMENT (0.7); REVIEW OF MOTION SUMMARY AND CASE CALENDAR CHART (0.8); TELECONFERENCE WITH D. LANGER RE: ENVIRONMENTAL TRUST (0.3). |
| BERLIN K | 04/24/07 | 2.40 | TELECONFERENCE WITH M. HESTER RE: LATHAM REQUEST RE: TRUST (0.2); FINISH REVIEW OF CSX BRIEF AND TELECONFERENCE WITH L. MALONE RE: SAME (1.3); TELECONFERENCE WITH J. GROSS RE: CSX CASE (0.4); TELECONFERENCE WITH S. MORRISON AND K. JONES RE: ANAHEIM AGREEMENT (0.5). |
| BERLIN K | 04/25/07 | 2.30 | REVIEW OF ANAHEIM NOTICE (1.4); REVISE ANAHEIM CONSENT ORDER (0.9). |
| BERLIN K | 04/27/07 | 1.40 | EVALUATE PLAN AND DISCLOSURE ISSUES AND BEGIN REVIEW OF SAME (1.4). |
| BERLIN K | 04/29/07 | 1.70 | REVIEW OF POR DISCLOSURE ISSUES AND DOCUMENT NEEDS; PREPARE ENVIRONMENTAL SECTION (1.7). |
| BERLIN K | 04/30/07 | 1.40 | BEGIN REVIEW OF HAGEN AFFIDAVIT IN CSX MATTER AND OF REVISED BRIEF (1.4). |
| | | **47.40** | |
| BUTLER, JR. J | 04/01/07 | 0.30 | PREPARE FOR APRIL 2ND ENVIRONMENTAL STRATEGY WORKING GROUP MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 04/02/07 | 1.30 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.1) ENVIRONMENTAL STRATEGY WORKING GROUP MEETING AT COMPANY IN TROY INCLUDING R. O'NEAL, B. DELLINGER, J. SHEEHAN, D. SHERBIN, S. CORCOCRAN, J. BERTRAND, M. HESTER ET AL. RE: ENVIRONMENTAL TRUST MATTERS. |
| | | **1.60** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| ~~FROST, JR. DJ~~ | ~~04/12/07~~ | ~~1.00~~ | ~~EVALUATE NEW CLEANUP CORRESPONDENCE (1.0).~~ |
| ~~FROST, JR. DJ~~ | ~~04/17/07~~ | ~~1.00~~ | ~~EVALUATE REVISED AFFIDAVIT AND RELATED DOCUMENTS (1.0).~~ |
| ~~FROST, JR. DJ~~ | ~~04/26/07~~ | ~~1.50~~ | ~~REVIEW/REVISE CSX BRIEF (1.5).~~ |
| | | ~~3.50~~ | |
| MARAFIOTI KA | 04/04/07 | 0.90 | CONSIDER ISSUES RE: CALIFORNIA ENVIRONMENTAL SETTLEMENT (0.7) AND REVIEW CORRESPONDENCE RE: IMPACT OF SAME (0.2). |
| MARAFIOTI KA | 04/05/07 | 0.20 | CORRESPONDENCE RE: ENVIRONMENTAL CLAIMS SETTLEMENT (0.2). |
| MARAFIOTI KA | 04/09/07 | 1.40 | CONSIDER ISSUES RE: RESOLUTION OF EPA CLAIM (0.8); REVIEW REVISED SETTLEMENT LANGUAGE (0.3) AND CORRESPONDENCE RE: SAME (0.3). |
| MARAFIOTI KA | 04/16/07 | 1.40 | CORRESPONDENCE RE: ANAHEIM, CALIFORNIA CONSENT (0.3); REVIEW CORRECTIVE ACTION CONSENT AGREEMENT (1.1). |
| MARAFIOTI KA | 04/23/07 | 0.60 | CONSIDER ENVIRONMENTAL ISSUES RE: ANAHEIM (0.2); TELECONFERENCE WITH K. JONES RE: SAME (0.4). |
| MARAFIOTI KA | 04/25/07 | 0.60 | REVIEW ANAHEIM NOTICE OF CONSENT AGREEMENT (0.6). |
| | | 5.10 | |
| MEISLER RE | 04/03/07 | 0.20 | REVIEW AND CONSIDER POTENTIAL ANAHEIM SETTLEMENT (0.2). |
| MEISLER RE | 04/16/07 | 0.70 | REVIEW CORRESPONDENCE RE: ENVIRONMENTAL TRUST (0.3); REVIEW ANAHEIM CONSENT AGREEMENT (0.4). |
| MEISLER RE | 04/23/07 | 1.00 | PREPARE FOR TELECONFERENCE RE: ANAHEIM CONSENT AGREEMENT (0.5); TELECONFERENCE WITH K. JONES RE: SAME (0.5). |
| MEISLER RE | 04/24/07 | 1.80 | REVIEW AND COMMENT ON NOTICE RE: ANAHEIM CONSENT AGREEMENT (0.8); REVIEW AGREEMENT RE: SAME (1.0). |
| | | 3.70 | |
| **Total Partner** | | **61.30** | |
| AMODEO JA | 04/03/07 | 2.80 | RESEARCH ON REQUIREMENT FOR DISCLOSURE OF SETTLEMENT OF CONTESTED CLAIM (2.8). |
| AMODEO JA | 04/04/07 | 5.60 | RESEARCH STATUS OF VANDALIA CLEANUP FOR BRIEF ON HUSTON CLAIM (5.6). |
| AMODEO JA | 04/05/07 | 5.20 | RESEARCH FOR BRIEF ON HUSTON CLAIM (5.2). |
| AMODEO JA | 04/06/07 | 4.40 | DRAFT BRIEF IN OPPOSITION TO HUSTON CLAIM (4.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| AMODEO JA | 04/10/07 | 2.30 | DRAFT BRIEF IN HUSTON CLAIM (2.3). |
| AMODEO JA | 04/11/07 | 3.30 | DRAFT BRIEF ON HUSTON CLAIM (2.5); REVIEW SETTLEMENT PROCEDURES ORDER (0.8). |
| AMODEO JA | 04/12/07 | 0.40 | TELECONFERENCE WITH K. JONES RE: HUSTON CLAIM (0.4). |
| AMODEO JA | 04/13/07 | 5.10 | RESEARCH RE: HUSTON CLAIM (5.1). |
| AMODEO JA | 04/17/07 | 6.30 | DRAFT BRIEF ON HUSTON CLAIM (6.3). |
| AMODEO JA | 04/18/07 | 6.40 | DRAFT BRIEF ON HUSTON CLAIM (6.4). |
| AMODEO JA | 04/19/07 | 9.20 | DRAFT BRIEF ON HUSTON CLAIM (9.2). |
| AMODEO JA | 04/20/07 | 7.00 | TELECONFERENCE WITH CLIENT ON FACTS SURROUNDING VANDALIA CLEANUP (0.9); DRAFT BRIEF ON HUSTON CLAIM (6.1). |
| AMODEO JA | 04/21/07 | 6.30 | DRAFT BRIEF ON HUSTON CLAIM (6.3). |
| AMODEO JA | 04/22/07 | 7.20 | DRAFT BRIEF ON HUSTON CLAIM (7.2). |
| AMODEO JA | 04/23/07 | 4.20 | DRAFT BRIEF ON HUSTON CLAIM (4.2). |
| AMODEO JA | 04/24/07 | 5.10 | DRAFT BRIEF ON HUSTON CLAIM (5.1). |
| | | **80.80** | |
| **Total Counsel** | | **80.80** | |
| FERN BM | 04/24/07 | 3.60 | REVIEW CONSENT AGREEMENT BETWEEN DELPHI AND DTSC (0.5); REVISE SETTLEMENT NOTICE RE: DTSC (3.1). |
| FERN BM | 04/25/07 | 1.20 | REVISE SETTLEMENT NOTICE RE: DTSC (0.4); ADDITIONAL REVISIONS TO DTSC SETTLEMENT NOTICE (0.6); EMAIL TO K. JONES RE: SAME (0.2). |
| | | **4.80** | |
| MALONE EA | 04/04/07 | 2.60 | CONTINUE WORK ON RESPONSE TO CSX CLAIM (2.6). |
| MALONE EA | 04/16/07 | 6.10 | REVIEW ADDITIONAL MATERIALS PROVIDED (2.8); REVIEW/REVISE RESPONSE TO CSX CLAIM BASED ON NEW MATERIALS (3.3). |
| MALONE EA | 04/17/07 | 1.40 | CONTINUE REVISIONS TO RESPONSE TO CSX CLAIM (1.4). |
| MALONE EA | 04/20/07 | 3.10 | CONTINUE REVISIONS TO RESPONSE TO CSX CLAIM (3.1). |
| MALONE EA | 04/26/07 | 1.70 | FINALIZE REVISIONS TO OBJECTION TO CSX DRAFT (1.7). |
| | | **14.90** | |
| **Total Associate** | | **19.70** | |
| **TOTAL TIME** | | **161.80** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                **Bill Date: 05/31/07**
Environmental Matters                                       **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/01/07 | Berlin K | 145.01 |
| Air/Rail Travel - vendor feed | 04/02/07 | Berlin K | 1,163.99 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,309.00** |
| In-house Reproduction | 04/10/07 | Copy Center, D | 100.04 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 70.58 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 13.38 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$184.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 2.25 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 5.02 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.30 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.18 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$9.00** |
| Westlaw | 04/03/07 | Amodeo JA | 480.09 |
| Westlaw | 04/03/07 | Malone EA | 355.61 |
| Westlaw | 04/16/07 | Malone EA | 119.39 |
| Westlaw | 04/19/07 | Amodeo JA | 240.23 |
| Westlaw | 04/20/07 | Amodeo JA | 307.59 |
| Westlaw | 04/22/07 | Amodeo JA | 266.09 |
| | | **TOTAL WESTLAW** | **$1,769.00** |
| | | **TOTAL MATTER** | **$3,271.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 06/30/07 |
| Environmental Matters | Bill Number: 1166514 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 05/01/07 | 3.50 | REVIEW OF CALENDAR AND MOTION SUMMARY CHART (0.6); REVIEW OF DISCLOSURE SETTLEMENT PLAN DOCUMENTS AND TIMELINE (2.9). |
| BERLIN K | 05/02/07 | 1.60 | REVIEW OF REVISED ANAHEIM AGREEMENT (0.4); TELECONFERENCE WITH D. LANGER AND M. HESTER RE: TRUST ISSUES (0.6); REVIEW OF REVISED NOTICE (0.6). |
| BERLIN K | 05/03/07 | 1.10 | REVIEW AND SEND CSX BRIEF (1.1). |
| BERLIN K | 05/04/07 | 0.90 | REVIEW OF E-MAIL REVISION OF ANAHEIM CONSENT ORDER (0.9). |
| BERLIN K | 05/08/07 | 0.80 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.8). |
| BERLIN K | 05/09/07 | 1.20 | REVIEW OF REVISED ANAHEIM CONSENT AGREEMENT AND EXHIBITS; REVIEW OF NOTICE TO CREDITORS RE: SAME; TELECONFERENCE WITH K. JONES AND J. WHARTON RE: SAME (1.2). |
| BERLIN K | 05/10/07 | 0.80 | REVIEW OF HUSTON CLAIM NOTICES AND E-MAILS RE: SAME (0.8). |
| BERLIN K | 05/15/07 | 3.00 | PREPARE FOR TELECONFERENCE ON CSX MOTION PAPERS (1.4); REVIEW OF LATEST SEC FILINGS (0.6); TELECONFERENCE WITH D. LANGER RE: ANAHEIM (0.3); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.7). |
| BERLIN K | 05/16/07 | 4.30 | PREPARE FOR AND TELECONFERENCE WITH L. MALONE, M. HESTER AND K. JONES RE: CSX BRIEF (1.3); REVIEW OF GM SETTLEMENT DOCUMENT OUTLINE, ISSUE LIST, TASK LIST, DISCLOSURE SETTLEMENT AND PLAN OF REORGANIZATION (2.6); TELECONFERENCE WITH M. HESTER AND D. LANGER RE: ANAHEIM ISSUES (0.4). |
| BERLIN K | 05/17/07 | 1.20 | TELECONFERENCE WITH J. GROSS RE: CSX CASE (0.3); REVIEW OF HAGEN AFFIDAVIT (0.9). |
| BERLIN K | 05/18/07 | 2.90 | PARTICIPATE IN STRATEGY WORKING GROUP MEETING (0.4); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.3); TELECONFERENCE WITH S. VITALE RE: HUSTON CLAIM AND E-MAILS RE: SAME (0.4); FINAL REVIEW OF CSX BRIEF AND AFFIDAVIT AND E-MAIL RE: SAME (1.6); TELECONFERENCE WITH M. HESTER RE: ANAHEIM AND CSX (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 05/21/07 | 1.90 | PREPARE FOR AND TELECONFERENCE WITH M. HESTER AND K. JONES, ET. AL., RE: STATUS OF CLAIMS (0.4); BEGIN REVIEW OF PRUDENTIAL FILE CLAIMS (1.1) REVIEW OF CSX BRIEF AND AFFIDAVIT AND TELECONFERENCE WITH M. HESTER RE: SAME (0.4). |
| BERLIN K | 05/22/07 | 2.40 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.7); CONTINUED REVIEW OF PRUDENTIAL CLAIM DOCUMENTS AND ISSUES (1.4); TELECONFERENCE WITH M. HESTER AND D. LANGER RE ANAHEIM AGREEMENT (0.3). |
| BERLIN K | 05/29/07 | 2.50 | REVIEW OF FINAL J. HAGEN AFFIDAVIT AND SEND OUT DOCUMENTS TO J. GROSS (1.1); REVIEW PRUDENTIAL CLAIM ISSUES (0.9); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5). |
| BERLIN K | 05/31/07 | 2.40 | PREPARE FOR CSX MEETING, INCLUDING MEETING WITH M. HESTER AND K. JONES; REVIEW EASEMENT AND BEGIN PREPARATION FOR STATEMENT TO OPEN MEETING (2.4). |
| | | **30.50** | |
| **Total Partner** | | **30.50** | |
| AMODEO JA | 05/03/07 | 0.50 | REVIEW MATERIAL RE: HUSTON CLAIM (0.5). |
| AMODEO JA | 05/22/07 | 5.20 | REVIEW AND RESEARCH CLAIMS BY PRUDENTIAL ENTITIES (5.2). |
| AMODEO JA | 05/23/07 | 7.20 | RESEARCH CLAIMS BY PRUDENTIAL ENTITIES RE: REYNOSA PROPERTY (7.2). |
| | | **12.90** | |
| **Total Counsel** | | **12.90** | |
| FERN BM | 05/01/07 | 0.20 | EMAIL FROM K. JONES RE: ANAHEIM NOTICE (0.2). |
| FERN BM | 05/02/07 | 2.00 | REVISED ANAHEIM SETTLEMENT NOTICE (0.7); EMAIL TO K. JONES RE: SAME (0.2); FORMULATE STRATEGY RE: ANAHEIM NOTICE (0.2); TELECONFERENCE WITH K. JONES RE: ANAHEIM NOTICE (0.2); REVISED ANAHEIM NOTICE (0.3); ATTENTION TO ISSUES RE: SERVICE OF ANAHEIM NOTICE (0.4). |
| FERN BM | 05/09/07 | 0.80 | EMAIL TO K. JONES RE: ANAHEIM SETTLEMENT NOTICE (0.2); TELECONFERENCE WITH K. JONES RE: SAME (0.3); EMAIL TO/FROM E. GERSHBEIN RE: SERVICE OF ANAHEIM NOTICE (0.3). |
| FERN BM | 05/10/07 | 0.50 | EVALUATE ISSUES RE: TREATMENT OF DTSC CLAIM UNDER SETTLEMENT PROCEDURES (0.3); TELECONFERENCE WITH K. JONES RE: ANAHEIM NOTICE (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| FERN BM | 05/23/07 | 0.50 | TELECONFERENCE WITH K. JONES RE: ANAHEIM NOTICE (0.2); CONTINUE TO EVALUATE ISSUES RE: SAME (0.3). |
| FERN BM | 05/24/07 | 1.40 | REVIEWED INFORMATION RE: STATUS OF ANAHEIM CONSENT NOTICE (0.6); TELECONFERENCE AND EMAILS WITH K. JONES RE: SAME (0.3); CONTINUE TO EVALUATE ISSUES RE: ANAHEIM NOTICE (0.5). |
| | | **5.40** | |
| MALONE EA | 05/16/07 | 1.60 | MEETING TO DISCUSS OBJECTION TO CSX CLAIM (1.0); CITE CHECKING OF BRIEF (0.6). |
| MALONE EA | 05/17/07 | 0.70 | REVIEW AND DISCUSS CITE CHECKING COMMENTS (0.7). |
| MALONE EA | 05/24/07 | 0.50 | FINALIZE AFFIDAVIT (0.5). |
| MALONE EA | 05/31/07 | 2.80 | PREPARE FOR SETTLEMENT CONFERENCE (2.8). |
| | | **5.60** | |
| **Total Associate** | | **11.00** | |
| **TOTAL TIME** | | **54.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 06/30/07 |
|---|---|---|---|
| Environmental Matters | | | Bill Number: 1166514 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/01/07 | Copy Center, D | 84.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$84.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 1.08 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.54 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.07 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.25 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Lexis/Nexis | 05/16/07 | Olorunda D | 501.00 |
| | | **TOTAL LEXIS/NEXIS** | **$501.00** |
| Westlaw | 05/16/07 | Olorunda D | 57.47 |
| Westlaw | 05/23/07 | Amodeo JA | 167.53 |
| | | **TOTAL WESTLAW** | **$225.00** |
| Vendor Hosted Teleconferencing | 04/23/07 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| Out-of-Town Travel | 04/01/07 | Berlin K | 202.15 |
| Out-of-Town Travel | 04/01/07 | Berlin K | 133.92 |
| Out-of-Town Travel | 04/02/07 | Berlin K | 89.95 |
| Out-of-Town Travel | 04/02/07 | Berlin K | 43.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$470.00** |
| | | **TOTAL MATTER** | **$1,288.00** |

B43E