SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-15
RETENTION / FEE MATTERS (SASM&F)
511.4 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 03/31/07**
**Retention /Fee Matters (SASM&F)**                       **Bill Number: 1156471**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 02/21/07 | 1.30 | TELECONFERENCE WITH SKADDEN TEAM RE: CONTINUING DISCLOSURE (0.5); FURTHER REVIEW AND PREPARATION RE: UPDATING DISCLOSURE (0.8). |
| | | **1.30** | |
| **Total Counsel** | | **1.30** | |
| DE ELIZALDE D | 02/21/07 | 2.10 | TELECONFERENCE RE: FIFTH DECLARATION OF J. BUTLER IN SUPPORT OF SKADDEN'S APPLICATION (0.9); REVIEW PRIOR DECLARATIONS (1.2). |
| DE ELIZALDE D | 02/22/07 | 3.20 | ANALYSIS OF DISCLOSURE RESULTS RE: NEW PARTIES IN INTEREST (1.3); REVIEW AND REVISE J. BUTLER'S FIFTH SUPPLEMENTAL DECLARATION (1.9). |
| DE ELIZALDE D | 02/26/07 | 1.60 | WORK ON SKADDEN'S FIFTH SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION FOR EMPLOYMENT (1.6). |
| DE ELIZALDE D | 02/27/07 | 0.50 | ANALYSIS OF DISCLOSURE RESEARCH (0.5). |
| DE ELIZALDE D | 02/28/07 | 1.60 | ANALYSIS RE: DISCLOSURE RESEARCH RE: CLAIMANTS WHO FILED OBJECTIONS TO DELPHI'S MOTIONS (1.6). |
| | | **9.00** | |
| DIAZ LB | 02/01/07 | 1.60 | REVIEW DISCLOSURE RESEARCH FOR CLAIMANTS (1.6). |
| DIAZ LB | 02/23/07 | 1.00 | REVIEW CONFLICTS CHECKS FOR SETTLEMENT OF CLAIMS (1.0). |
| | | **2.60** | |
| PERL MW | 02/01/07 | 0.20 | TELECONFERENCE WITH WORKING GROUP RE: PREPARATION FOR FEE APPLICATION AND REVIEW MATERIALS RE: SAME (0.2). |
| PERL MW | 02/03/07 | 0.20 | BEGIN REVIEW MATERIALS FOR FEE APPLICATION HEARING (0.2). |
| PERL MW | 02/05/07 | 2.10 | REVIEW MATERIALS FOR FEE APPLICATION HEARING (1.4) AND PROVIDE COMMENTS TO SAME (0.7). |
| PERL MW | 02/06/07 | 0.30 | REVIEW FEE APPLICATION ORDER PRECEDENT AND CORRESPONDENCE WITH WORKING GROUP RE: FEE APP MATTERS (0.3). |
| PERL MW | 02/07/07 | 1.90 | REVIEW AND REVISE PROFFER FOR FEE APPLICATION HEARING, INCLUDING REVEIW OF FEE APPLICATIONS (1.9). |
| PERL MW | 02/09/07 | 0.70 | REVISE FEE APP PROFFER (0.4) AND REVIEW ACCOMMODATIONS WITH WORKING GROUP (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 02/12/07 | 0.50 | REVIEW AND RESEARCH  PRECEDENT OF FEE COMMITTEE REPORTS (0.4); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.1). |
| PERL MW | 02/14/07 | 2.70 | REVIEW MULTIPLE DRAFTS OF FEE APPLICATION ORDERS AND PROVIDE COMMENTS TO SAME (1.3); TELECONFERENCES WITH WORKING GROUP RE: SAME (0.2, 0.2); REVISE FEE APPLICATION HEARING MATERIALS (0.6) AND PREPARE ADDITIONAL MATERIALS RE: SAME (0.4). |
| | | **8.60** | |
| PLATT SJ | 02/21/07 | 1.00 | PARTICIPATE IN TELECONFERENCE RE: FIFTH SUPPLEMENTAL DISCLOSURE (1.0). |
| PLATT SJ | 02/23/07 | 0.80 | TELECONFERENCE RE: FIFTH SUPPLEMENTAL DISCLOSURE (0.3); UPDATE SAME (0.5). |
| PLATT SJ | 02/24/07 | 0.20 | UPDATE FIFTH SUPPLEMENTAL DISCLOSURE (0.2). |
| PLATT SJ | 02/26/07 | 1.30 | REVIEW RESULTS FROM DISCLOSURE RESEARCH AND FOLLOW UP AS NECESSARY (1.3). |
| PLATT SJ | 02/27/07 | 1.60 | REVIEW DISCLOSURE RESEARCH RESULTS IN PREPARATION FOR FIFTH SUPPLEMENTAL DISCLOSURE (1.6). |
| PLATT SJ | 02/28/07 | 0.70 | CONTINUE REVIEWING DISCLOSURE RESULTS AND UPDATING FIFTH SUPPLEMENTAL DISCLOSURE (0.7). |
| | | **5.60** | |
| WHARTON JN | 02/01/07 | 0.30 | REVIEW RESULTS OF CONNECTIONS AND DISCLOSURE RESEARCH RE: CLAIMANTS FILING RESPONSES TO OMNIBUS OBJECTION (0.3). |
| WHARTON JN | 02/20/07 | 0.40 | FORMULATE STRATEGY RE: 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.4). |
| WHARTON JN | 02/21/07 | 0.80 | FORMULATE STRATEGY RE: 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.8). |
| WHARTON JN | 02/22/07 | 0.30 | WORK ON 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.3). |
| WHARTON JN | 02/23/07 | 0.40 | CONTINUE WORK ON 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.4). |
| WHARTON JN | 02/25/07 | 0.30 | CONTINUE WORK RE: 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.3). |
| WHARTON JN | 02/26/07 | 0.50 | CONTINUE WORK RE: 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.5). |
| | | **3.00** | |
| **Total Associate** | | **28.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~ROSEN R~~ | ~~02/09/07~~ | ~~0.90~~ | ~~REVIEW, PREPARE AND FORWARD SKADDEN FEE APPLICATION HEARING BINDER TO TEAM ATTORNEYS (0.6); UPDATE PROFFERS/ORDERS CHART (0.3).~~ |
| ~~ROSEN R~~ | ~~02/22/07~~ | ~~0.60~~ | ~~REVIEW CASE DOCKET RE: ENTRY OF THIRD INTERIM FEE APPLICATION (0.3); REVIEW, COORDINATE SERVICE OF THIRD INTERIM FEE APPLICATION ORDER WITH E. GERSHBEIN, KCC (0.3).~~ |
| | | ~~1.50~~ | |
| ZSOLDOS AF | 02/21/07 | 2.80 | RUN PRIMARY CHECK ON CLAIMANTS (0.7); UPDATE MASTER DISCLOSURE CHART WITH ENTITIES (0.6); COORDINATE SUPPLEMENTAL DISCLOSURE CHECK, INCLUDING: UPDATE INSTRUCTION SHEET (0.4); UPDATE LIST OF ENTITIES TO BE RUN FOR FIFTH SUPPLEMENTAL CHECK (1.1). |
| ZSOLDOS AF | 02/22/07 | 2.40 | REVIEW EMAILS FROM 5TH SUPPLEMENTAL CHECK AND FROM RECENT PRIMARY SEARCHES (2.4). |
| ZSOLDOS AF | 02/26/07 | 1.00 | RUN DISCLOSURE RESEARCH CHECK (0.3); UPDATE ENTITIES ON MASTER CHART (0.4); PRINT AND ORGANIZE RESULTS (0.3). |
| ZSOLDOS AF | 02/27/07 | 1.00 | REVIEW DISCLOSURE CHECK (0.3); UPDATE NEW ENTITIES ON MASTER CHART (0.5); ORGANIZE AND FILE RESULTS (0.2). |
| ZSOLDOS AF | 02/28/07 | 2.10 | RUN DISCLOSURE CHECK (0.8); UPDATE DISCLOSURE ENTITIES ON MASTER CHART (0.9); FILE RESULTS (0.4). |
| | | 9.30 | |
| **Total Legal Assistant** | | **10.80** | |
| **TOTAL TIME** | | **40.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Retention /Fee Matters (SASM&F)**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/02/07 | Copy Center, D | 0.53 |
| In-house Reproduction | 02/20/07 | Copy Center, D | 7.47 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$8.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.96 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.29 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.69 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.03 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| | | **TOTAL MATTER** | **$10.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                **Bill Date: 04/30/07**
**Retention /Fee Matters (SASM&F)**                          **Bill Number: 1156504**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/06/07 | 2.90 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH JANUARY, 2007 (2.9). |
| BUTLER, JR. J | 03/07/07 | 1.20 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH JANUARY, 2007 (1.2). |
| BUTLER, JR. J | 03/09/07 | 2.60 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH JANUARY, 2007 (2.6). |
| BUTLER, JR. J | 03/10/07 | 3.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH JANUARY, 2007 (3.8). |
| BUTLER, JR. J | 03/11/07 | 2.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH JANUARY, 2007 (1.5); DRAFT TRANSMITTAL LETTERS (1.3). |
| BUTLER, JR. J | 03/25/07 | 1.80 | REVIEW AND COMMENT ON FOURTH FEE APPLICATION (1.8). |
| BUTLER, JR. J | 03/27/07 | 0.60 | CONTINUE TO REVIEW AND COMMENT ON FOURTH FEE APPLICATION (0.6). |
| BUTLER, JR. J | 03/28/07 | 0.90 | CONTINUE TO REVIEW AND COMMENT ON FOURTH FEE APPLICATION (0.9). |
| BUTLER, JR. J | 03/29/07 | 1.30 | CONTINUE TO REVIEW AND REVISE FOURTH FEE APPLICATION (1.3). |
| BUTLER, JR. J | 03/30/07 | 1.10 | REVIEW AND FINALIZE FOURTH FEE APPLICATION (1.1). |
|  |  | **19.00** |  |
| MARAFIOTI KA | 03/22/07 | 0.90 | REVIEW AND REVISE 5TH SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.9). |
| MARAFIOTI KA | 03/23/07 | 0.60 | CONTINUE REVISIONS TO 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.6). |
| MARAFIOTI KA | 03/26/07 | 3.50 | REVIEW AND REVISE FOURTH INTERIM FEE APPLICATION (3.3) AND CERTIFICATION (0.2). |
| MARAFIOTI KA | 03/27/07 | 0.40 | WORK ON FOURTH INTERIM FEE APPLICATION (0.4). |
| MARAFIOTI KA | 03/28/07 | 0.60 | REVIEW REVISIONS TO FOURTH FEE APPLICATION (0.2) AND 5TH SUPPLEMENTAL DISCLOSURE DECLARATION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/29/07 | 0.60 | WORK ON 5TH SUPPLEMENTAL DECLARATION (0.2); WORK ON FOURTH FEE APPLICATION (0.4). |
| MARAFIOTI KA | 03/30/07 | 1.10 | WORK ON FOURTH INTERIM FEE APPLICATION (1.1). |
| | | 7.70 | |
| **Total Partner** | | **26.70** | |
| MATZ TJ | 03/02/07 | 0.50 | PREPARATION OF MATERIALS RE: FOURTH INTERIM FEE APPLICATION (0.5). |
| MATZ TJ | 03/05/07 | 0.50 | REVIEW MATTERS RE: SKADDEN SUPPLEMENTAL DECLARATION (0.5). |
| MATZ TJ | 03/08/07 | 0.60 | PREPARATION RE: FEE STATEMENT, SUPPLEMENTAL DECLARATION (0.6). |
| MATZ TJ | 03/09/07 | 2.10 | CONTINUE REVIEW OF DISCLOSURE RESEARCH, SUPPLEMENTAL DECLARATION (0.6); REVIEW AND TELECONFERENCES WITH D. WILEY, S. BELL RE: RECONCILIATION OF ACCOUNTS (1.5). |
| MATZ TJ | 03/12/07 | 0.40 | FURTHER REVIEW OF SUPPLEMENTARY DECLARATION MATTERS (0.4). |
| MATZ TJ | 03/20/07 | 0.40 | CONTINUE REVIEW OF MATTERS RE: SUPPLEMENTAL DECLARATION (0.4). |
| MATZ TJ | 03/22/07 | 0.80 | REVIEW AND COMMENT ON 5TH SUPPLEMENTAL DECLARATION (0.8). |
| MATZ TJ | 03/23/07 | 0.60 | REVIEW MATTERS RE: FIFTH SUPPLEMENTAL DISCLOSURE (0.6). |
| MATZ TJ | 03/27/07 | 0.70 | TELECONFERENCE WITH J. RESSLER RE: INTERIM FEE APPLICATIONS (0.2); CORRESPONDENCE WITH D. SHERBIN RE: 4TH INTERIM FEE APPLICATIONS, REVIEW (0.2); AND CONSIDER SAME, OUTSTANDING FEE MATTERS (0.3). |
| MATZ TJ | 03/28/07 | 0.40 | CONSIDER VARIOUS MATTERS RE: SUPPLEMENTAL DECLARATION (0.4). |
| MATZ TJ | 03/29/07 | 0.50 | FURTHER REVIEW OF SUPPLEMENTAL DECLARATION (0.5). |
| MATZ TJ | 03/30/07 | 0.60 | REVIEW MATTERS RE: SUPPLEMENTAL DECLARATION (0.6). |
| | | 8.10 | |
| **Total Counsel** | | **8.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DE ELIZALDE D | 03/11/07 | 2.90 | REVIEW AND REVISE DISCLOSURE RE:SUPPLEMENTAL DECLARATION IN SUPPORT OF SKADDEN'S APPLICATION FOR EMPLOYMENT (2.9). |
|---|---|---|---|
| DE ELIZALDE D | 03/12/07 | 2.40 | REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (1.5); REVIEW AND REVISE SUPPLEMENTAL DECLARATION IN SUPPORT OF SKADDEN'S APPLICATION FOR EMPLOYMENT (0.9). |
| DE ELIZALDE D | 03/20/07 | 3.90 | INTERNAL DISCLOSURE RESEARCH FOR FIFTH SUPPLEMENTAL DECLARATION (3.9). |
| DE ELIZALDE D | 03/21/07 | 2.80 | INTERNAL RESEARCH FOR APPROPRIATE DISCLOSURE IN FIFTH SUPPLEMENTAL DECLARATION (2.8). |
| DE ELIZALDE D | 03/22/07 | 1.80 | REVIEW AND REVISE FIFTH SUPPLEMENTAL DECLARATION IN SUPPORT OF SKADDEN'S RETENTION APPLICATION (1.8). |
| DE ELIZALDE D | 03/23/07 | 3.50 | REVIEW AND REVISE FIFTH SUPPLEMENTAL DECLARATION IN SUPPORT OF SKADDEN'S RETENTION APPLICATION (3.5). |
| DE ELIZALDE D | 03/26/07 | 2.10 | REVIEW AND REVISE FIFTH SUPPLEMENTAL DECLARATION (2.1). |
| DE ELIZALDE D | 03/27/07 | 2.70 | REVIEW AND REVISE FIFTH SUPPLEMENTAL DECALRATION IN SUPPORT OF SKADDEN'S APPLICATION FOR EMPLOYMENT (2.7). |
| DE ELIZALDE D | 03/29/07 | 1.30 | REVIEW AND REVISE SKADDEN'S FIFTH SUPPLEMENTAL DECLARATION (1.3). |
| DE ELIZALDE D | 03/30/07 | 1.20 | REVIEW AND REVISE FIFTH SUPPLEMENTAL DECLARATION IN SUPPORT OF SKADDEN APPLICATION (1.2). |
| | | **24.60** | |
| FERN BM | 03/20/07 | 1.50 | BEGIN TO REVIEW AND COMMENT ON DRAFT OF FEE APPLICATION NARRATIVE (1.5). |
| FERN BM | 03/21/07 | 5.50 | CONTINUE REVIEW AND COMMENTS TO SKADDEN FEE APPLICATION (4.1); ADDITIONAL REVIEW OF SKADDEN FEE APPLICATION (1.4). |
| | | **7.00** | |
| GRANT K | 03/08/07 | 2.90 | DRAFT SECTIONS OF THE 4TH FEE APPLICATION (2.9). |
| GRANT K | 03/23/07 | 7.90 | WORK ON 4TH FEE APPLICATION. (7.9). |
| GRANT K | 03/24/07 | 2.80 | CONTINUE TO WORK ON 4TH FEE APPLICATION (2.8). |
| | | **13.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARDIN AS | 03/02/07 | 4.50 | DRAFT AND REVISE PORTIONS OF INTERIM FEE APPLICATION (4.5). |
| HARDIN AS | 03/03/07 | 0.40 | REVIEW AND COMMENT ON FURTHER REVISIONS TO NON-U.S. REGULATORY FILING (0.4). |
| HARDIN AS | 03/12/07 | 1.10 | ASSIST IN PREPARATION OF FEE APPLICATION FOR DEBTOR'S PROFESSIONAL (1.1). |
| HARDIN AS | 03/15/07 | 3.50 | PREPARE SECTIONS OF FOURTH INTERIM FEE APPLICATION (3.5). |
| HARDIN AS | 03/28/07 | 1.10 | DRAFT REVISIONS TO FEE APPLICATION (1.1). |
| | | **10.60** | |
| HOWE EJ | 03/06/07 | 4.20 | BEGIN DRAFTING CLAIMS SECTIONS OF SKADDEN'S FOURTH INTERIM  FEE APPLICATION (4.2). |
| HOWE EJ | 03/08/07 | 3.50 | REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (3.5). |
| HOWE EJ | 03/23/07 | 1.80 | REVISE FOURTH INTERIM FEE APPLICATION (1.8). |
| | | **9.50** | |
| ~~JJINGO MJ~~ | ~~03/13/07~~ | ~~1.30~~ | ~~ATTEND TO CERTAIN MATTERS RELATED TO DISCLOSURE; REVIEW CORRESPONDENCE FROM COUNSEL TO RETAINED PROFESSIONALS RE: THE SAME (1.3).~~ |
| | | ~~**1.30**~~ | |
| MEISLER RE | 03/01/07 | 0.30 | REVIEW DISCLOSURE RESEARCH (0.3). |
| MEISLER RE | 03/05/07 | 0.20 | CONTINUE WORKING ON SUPPLEMENTAL DISCLOSURE (0.2). |
| MEISLER RE | 03/21/07 | 0.50 | CONTINUE TO REVIEW AND REVISE FOURTH INTERIM FEE APPLICATION (0.5). |
| MEISLER RE | 03/22/07 | 4.30 | REVIEW AND COMMENT ON SUPPLEMENTAL DECLARATION (1.0); REVIEW AND COMMENT ON FOURTH INTERIM FEE APPLICATION (3.3). |
| MEISLER RE | 03/23/07 | 5.90 | REVIEW AND COMMENT ON FEE APPLICATION (5.9). |
| MEISLER RE | 03/24/07 | 1.20 | REVIEW AND ANALYZE SUMMARY CHART RE: DISCLOSURE RESEARCH FOR FIFTH SUPPLEMENTAL DECLARATION (1.2). |
| MEISLER RE | 03/28/07 | 2.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: FIFTH SUPPLEMENTAL DECLARATION (0.2); CONTINUE TO REVIEW AND AND REVISE FOURTH INTERIM FEE APPLICATION (1.9). |
| MEISLER RE | 03/29/07 | 5.60 | CONTINUE TO REVIEW AND REVISE FEE APPLICATION (2.1); REVIEW AND REVISE FEE APPLICATION (3.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 03/30/07 | 2.50 | CONTINUE TO REVIEW AND REVISE FEE APPLICATION (2.5). |
| | | **22.60** | |
| PERL MW | 03/05/07 | 2.10 | BEGIN TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION AND COORDIANTE WITH WORKING GROUP RE: SAME (2.1). |
| PERL MW | 03/06/07 | 3.20 | CONTINUE TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION, INCLUDING COORDINATION WITH WORKING GROUP (3.2). |
| PERL MW | 03/09/07 | 1.40 | REVIEW ACCOMMODATION DATA FROM FIRST THREE FEE APPLICATIONS, PROVIDE SUMMARY OF SAME AND COORDIANTE WTH WORKING GROUP RE: RECONCILIATION OF SAME (1.4). |
| PERL MW | 03/12/07 | 1.20 | COORDINATE UPDATES TO FEE APPLICATION (0.6); REVIEW DRAFTS OF MATTER NARRATIVES (0.4) AND FOLLOW UP RE: SAME (0.2). |
| PERL MW | 03/13/07 | 5.50 | CONTINUE TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION (3.8); REVIEW TIME DETAIL AND FOLLOW UP WITH WORKING GROUP RE: SAME (1.7). |
| PERL MW | 03/14/07 | 7.90 | CONTINUE TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION, INCLUDING FOLLOWING UP WITH WORKING GROUP RE: DRAFTING OF SAME (7.9). |
| PERL MW | 03/15/07 | 6.90 | CONTINUE TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION (6.9). |
| PERL MW | 03/16/07 | 1.50 | CONTINUE TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION (1.1); COORDINATE AND REVIEW FEE DATA FOR SAME (0.4). |
| PERL MW | 03/18/07 | 7.40 | CONTINUE TO DRAFT AND REVISE SAKDDEN'S FOURTH INTERIM FEE APPLICATION (7.4). |
| PERL MW | 03/20/07 | 2.70 | CONTINUE TO WORK ON SKADDEN'S FOURTH INTERIM FEE APPLICATION (2.7). |
| PERL MW | 03/21/07 | 9.60 | REVIEW FEE DATA AND PREPARE DETAILED TABLES FOR INCLUSION IN SKADDEN'S FOURTH INTERIM FEE APPLICATION (7.4); REVIEW COMMENTS TO SAME (1.8); COORDINATE RE: ADDITIONAL DATA NEEDED FOR SAME (0.4). |
| PERL MW | 03/22/07 | 6.90 | CONTINUE TO REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (6.9). |
| PERL MW | 03/23/07 | 7.70 | CONTINUE TO REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (7.7). |
| PERL MW | 03/25/07 | 3.60 | REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (3.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 03/26/07 | 2.20 | REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (0.9); FOLLOW UP RE: INQUIRIES RE: SAME (0.4); COORDINATE WITH WORKING GROUP RE: MARKING EXHIBITS AND OTHER RELATED MATTERS (0.7); TELECONFERENCE WITH E. GERSHBEIN RE: SERVICE OF SAME (0.1); REVIEW SERVICE LIST FOR SAME (0.1). |
| PERL MW | 03/28/07 | 9.50 | CONTINUE TO REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (9.5). |
| PERL MW | 03/29/07 | 12.20 | PREPARE ACCOMMODATION SUMMARY FOR FEE APPLICATIONS (0.7); CONTINUE TO REVIEW AND REVISE SKADDEN'S FOURTH INTERIM FEE APPLICATION (9.5); REVIEW DETAILED TIME EXHIBITS FOR FILING (2.0). |
| PERL MW | 03/30/07 | 5.80 | REVIEW NOTICE FOR FOURTH INTERIM FEE APPLICATION (0.3); FINAL REVISIONS TO SAME (0.4); FOLLOW UP WITH WORKING GROUP RE: INQUIRY TO SAME (0.3); FINAL REVIEW AND REVISIONS TO SKADDEN'S FOURTH INTERIM FEE APPLICATION (3.3); PREPARE SAME FOR FILING (0.7); OVERSEE FILING OF SAME (0.8). |

**97.30**

| PLATT SJ | 03/05/07 | 0.40 | REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR FIFTH SUPPLEMENTAL DISCLOSURE (0.4). |
| PLATT SJ | 03/07/07 | 0.50 | REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR FIFTH SUPPLEMENTAL DISCLOSURE (0.5). |
| PLATT SJ | 03/09/07 | 4.00 | REVIEW AND REVISE SKADDEN'S MONTHLY COMPENSATION PACKAGE FOR NOVEMBER (4.0). |
| PLATT SJ | 03/10/07 | 9.10 | REVIEW AND REVISE SKADDEN'S MONTHLY COMPENSATION PACKAGES FOR NOVEMBER AND DECEMBER (9.1). |
| PLATT SJ | 03/11/07 | 3.80 | REVIEW AND REVISE SKADDEN'S MONTHLY COMPENSATION PACKAGE FOR JANUARY (3.8). |
| PLATT SJ | 03/12/07 | 5.90 | CONTINUE TO REVIEW AND REVISE SKADDEN'S MONTHLY COMPENSATION PACKAGE FOR JANUARY (5.9). |
| PLATT SJ | 03/18/07 | 3.50 | REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR FIFTH SUPPLEMENTAL DISCLOSURE (3.5). |
| PLATT SJ | 03/22/07 | 7.30 | CONTINUE REVIEWING DISCLOSURE RESEARCH AND REVISING FIFTH SUPPLEMENTAL DECLARATION (7.3). |

**34.50**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 03/06/07 | 4.10 | DRAFT SECTIONS FOR FOURTH INTERIM FEE APPLICATION (4.1). |
| STUART NL | 03/07/07 | 3.10 | DRAFT SECTIONS FOR FOURTH INTERIM FEE APPLICATION (3.1). |
| STUART NL | 03/21/07 | 3.50 | REVIEW AND COMMENT ON FEE APPLICATION (3.5). |
| STUART NL | 03/30/07 | 3.80 | SUPERVISE FEE APPLICATION FILING AND SERVICE (1.6); REVIEW HARD COPY OF FEE APPLICATION PRIOR TO SERVICE (2.2). |

                                     14.50

**Total Associate**                  235.50

| | | | |
|---|---|---|---|
| DEMMA J | 03/16/07 | 0.60 | RESEARCH INFORMATION NEEDED FOR FEE APPLICATION (0.6). |
| DEMMA J | 03/23/07 | 0.60 | PREPARE EXHIBITS FOR FEE APPLICATION (0.6). |
| DEMMA J | 03/30/07 | 1.40 | PREPARE/FILE FOURTH INTERIM FEE APPLICATION OF SKADDEN APRS (0.8); COORDINATE SERVICE OF NOTICE OF HEARING OF FOURTH INTERIM FEE APP (0.6). |

                                      2.60

| | | | |
|---|---|---|---|
| DONNELLY NP | 03/23/07 | 4.90 | REVIEW VARIOUS CHARTS AND TABLES TO BE INCLUDED IN FEE APPLICATION (2.2); ASSEMBLE YEARS OF ADMISSION FOR ATTORNEYS LISTED IN FOURTH FEE APPLICATION (1.8); EDIT/REVISE BILLS FOR INCORPORATION INTO FOURTH FEE APPLICATION (0.9). |
| DONNELLY NP | 03/26/07 | 9.70 | ASSEMBLE EXHIBITS TO SKADDEN FOURTH INTERIM FEE APPLICATION (8.6); DRAFT NOTICE FOR SKADDEN FOURTH FEE APPLICATION (1.1). |
| DONNELLY NP | 03/27/07 | 9.40 | ASSEMBLE EXHIBITS TO SKADDEN FOURTH INTERIM FEE APPLICATION (6.8); EDIT/REVISE CHARTS AND TABLES INCLUDED IN SKADDEN FOURTH FEE APPLICATION (2.6). |
| DONNELLY NP | 03/28/07 | 11.10 | ASSEMBLE EXHIBITS TO SKADDEN FOURTH INTERIM FEE APPLICATION (8.4); EDIT/REVISE FOOTNOTES IN SKADDEN FOURTH FEE APPLICATION (2.7). |
| DONNELLY NP | 03/29/07 | 9.90 | ASSEMBLE EXHIBITS TO SKADDEN FOURTH INTERIM FEE APPLICATION (9.9). |
| DONNELLY NP | 03/30/07 | 9.10 | SERVE/FILE COURT WITH SKADDEN FOURTH INTERIM FEE APPLICATION (3.3); EDIT/REVISE PDFS OF SKADDEN FOURTH INTERIM FEE APPLICATION (4.2); REVIEW DOCKET VERSION OF SKADDEN FOURTH INTERIM FEE APPLICATION (1.6). |

                                     54.10

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 03/12/07 | 1.90 | CONFIRM CORRECT NAMES OF DISCLOSURE ENTITIES TO BE (1.5);  UPDATE MASTER DISCLOSURE LIST (0.4). |
| ZSOLDOS AF | 03/15/07 | 3.90 | CROSS-CHECK LIST OF CLAIMANTS VERSUS RECENTLY RUN DISCLOSURE ENTITIES (2.6); RUN DISCLOSURE CHECK ON ENTITIES (0.7); UPDATE MASTER DISCLOSURE CHART (0.6). |
| ZSOLDOS AF | 03/20/07 | 0.70 | UPDATE DISCLOSURE CHART WITH NEWLY RUN ENTITIES (0.7). |
| ZSOLDOS AF | 03/29/07 | 1.90 | CROSS-CHECK DISCLOSURE ENTITIES WITH MASTER LIST TO SEE WHEN LAST RUN (1.6); REVIEW PAST DECLARATIONS (0.3). |
| | | 8.40 | |
| **Total Legal Assistant** | | **65.10** | |
| ~~CUMMINGS RA~~ | ~~03/23/07~~ | ~~4.40~~ | ~~PREPARE EXHIBITS FOR FOURTH INTERIM FEE APPLICATION (4.4).~~ |
| | | ~~4.40~~ | |
| ~~Total Legal Assistant Support~~ | | ~~4.40~~ | |
| **TOTAL TIME** | | **339.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**
**Retention /Fee Matters (SASM&F)**

**Bill Date: 04/30/07**
**Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/16/07 | Copy Center, D | 202.32 |
| In-house Reproduction | 03/20/07 | Copy Center, D | 158.87 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 13.71 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 51.45 |
| In-house Reproduction | 03/27/07 | Copy Center, D | 38.94 |
| In-house Reproduction | 03/30/07 | Copy Center, D | 8.71 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$474.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 6.32 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 16.88 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.54 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.64 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 5.62 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$31.00** |
| Non-standard/Outside Reproduction | 03/30/07 | Landmark Document Services | 3,073.35 |
| Non-standard/Outside Reproduction | 03/30/07 | Landmark Document Services | 374.65 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$3,448.00** |
| Westlaw | 03/21/07 | Gilchrist JM | 132.00 |
| | | **TOTAL WESTLAW** | **$132.00** |
| Messengers/ Courier | 03/25/07 | Arrow Messenger Svc | 49.17 |
| Messengers/ Courier | 03/25/07 | Arrow Messenger Svc | 24.59 |
| Messengers/ Courier | 03/30/07 | Straightline Courier | 129.24 |
| | | **TOTAL MESSENGERS/ COURIER** | **$203.00** |
| | | **TOTAL MATTER** | **$4,288.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)      Bill Date: 05/31/07
Retention /Fee Matters (SASM&F)                          Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/04/07 | 1.20 | CONTINUE TO PREPARE MONTHLY COMPENSATION PACKAGE THROUGH MARCH 2007 (1.2). |
| BUTLER, JR. J | 04/29/07 | 0.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH MARCH, 2007 (0.8). |
| | | 2.00 | |
| MEISLER RE | 04/02/07 | 0.20 | ATTENTION TO FIFTH SUPPLEMENTAL DISCLOSURE (0.2). |
| MEISLER RE | 04/06/07 | 0.20 | REVIEW AND COMMENT ON SUMMARY OF DISCLOSURE RESEARCH (0.2). |
| MEISLER RE | 04/30/07 | 0.80 | REVIEW DISCLOSURE RESEARCH (0.8). |
| | | 1.20 | |
| Total Partner | | 3.20 | |
| MATZ TJ | 04/02/07 | 0.50 | REVIEW MATTERS RE: SUPPLEMENTAL DECLARATION (0.5). |
| MATZ TJ | 04/04/07 | 0.60 | REVIEW SUPPLEMENTAL DECLARATION, FURTHER REVIEW OF SAME (0.6). |
| | | 1.10 | |
| Total Counsel | | 1.10 | |
| DE ELIZALDE D | 04/16/07 | 1.30 | ANALYSIS OF POTENTIAL DISCLOSURE MATTERS (1.3). |
| DE ELIZALDE D | 04/19/07 | 0.80 | DISCLOSURE REVIEW (0.8). |
| DE ELIZALDE D | 04/27/07 | 0.90 | ANALYSIS OF SERVICE OF DECLARATIONS IN SUPPORT OF RETENTION APPLICATIONS (0.9). |
| | | 3.00 | |
| GARTNER M | 04/10/07 | 5.20 | BEGIN CREATION OF MASTER DISCLOSURE CHART, PREPARE EXCEL DOCUMENT, BEGIN ADDING NEW CLAIMS PARTIES (5.2). |
| GARTNER M | 04/11/07 | 6.20 | CONTINUE MASTER DISCLOSURE CHART CREATION--REVIEW CURRENT MATERIALS AND INFORMATION TO BE INCLUDED (6.2). |
| GARTNER M | 04/12/07 | 9.20 | CONTINUE MASTER DISCLOSURE CHART (9.2). |
| GARTNER M | 04/13/07 | 6.70 | CONTINUE MASTER DISCLOSURE CHART (6.7). |
| GARTNER M | 04/16/07 | 6.90 | TELECONFERENCES WITH WORKING GROUP RE: MASTER CHART AND 6TH OMNI DISCLOSURE (0.8); CORRESPONDENCE RE: SAME (0.7); CONTINUE CREATION OF MASTER DISCLOSURE CHART (5.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GARTNER M | 04/17/07 | 0.80 | CORRESPONDENCE RE: ONGOING DISCLOSURE MATTERS (0.8). |
| GARTNER M | 04/23/07 | 3.70 | CONTINUE MASTER DISCLOSURE CHART CREATION AND REVIEW (3.7). |
| GARTNER M | 04/25/07 | 4.40 | CONTINUE CREATION OF MASTER DISCLOSURE CHART (4.4). |
| GARTNER M | 04/30/07 | 2.80 | REVISE DISCLOSURE CHARTS (2.2); CONDUCT FURTHER CORRESPONDENCE/STRATEGY SESSION (0.6). |
| | | 45.90 | |
| PLATT SJ | 04/01/07 | 0.40 | COMPLETE DISCLOSURE RESEARCH RE: CLAIMS MATTERS (0.4). |
| PLATT SJ | 04/02/07 | 0.60 | REVIEW AND REVISE FIFTH SUPPLEMENTAL DISCLOSURE (0.6). |
| PLATT SJ | 04/10/07 | 1.00 | PREPARE AND DISCUSS MASTER DISCLOSURE CHART (1.0). |
| PLATT SJ | 04/12/07 | 1.10 | UPDATE FIFTH SUPPLEMENTAL DECLARATION (1.1). |
| PLATT SJ | 04/13/07 | 1.00 | UPDATE FIFTH SUPPLEMENTAL DECLARATION (1.0). |
| PLATT SJ | 04/16/07 | 0.80 | CONTINUE TO UPDATE FIFTH SUPPLEMENTAL DECLARATION (0.8). |
| PLATT SJ | 04/19/07 | 0.70 | STRATEGIZE RE: TRACKING DISCLOSURE RESEARCH (0.7). |
| PLATT SJ | 04/30/07 | 0.60 | FOLLOW UP ON DISCLOSURE RESEARCH (0.6). |
| | | 6.20 | |
| WHARTON JN | 04/05/07 | 0.80 | REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: PARTIES FILING RESPONSES TO OMNIBUS CLAIMS OBJECTION (0.8). |
| WHARTON JN | 04/15/07 | 0.30 | REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: PARTIES FILING RESPONSES TO OMNIBUS CLAIMS OBJECTION (0.3). |
| WHARTON JN | 04/16/07 | 1.00 | FORMULATE STRATEGY RE: CONNECTIONS AND DISCLOSURE RESEARCH RE: PARTIES FILING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (1.0). |
| WHARTON JN | 04/30/07 | 0.90 | FORMULATE STRATEGY RE: CONNECTIONS AND DISCLOSURE RESEARCH AND PREPARATION OF FUTURE DISCLOSURE DECLARATIONS (0.7) AND REVIEW OF CONNECTIONS AND DISCLOSURE RESEARCH RE: PARTIES FILING RESPONSES TO OMNIBUS OBJECTIONS (0.2). |
| | | 3.00 | |
| Total Associate | | 58.10 | |
| DEMMA J | 04/03/07 | 0.60 | PREPARE/DISTRIBUTE FOURTH INTERIM FEE APPLICATION OF SKADDEN ARPS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DEMMA J | 04/04/07 | 2.70 | PREPARE FEE APPLICATION EXHIBIT FOR ATTORNEY REVIEW (0.6); PREPARE/FILE AFFIDAVIT OF SERVICE FOR FOURTH INTERIM FEE APPLICATION (2.1). |
| | | 3.30 | |
| ZSOLDOS AF | 04/03/07 | 1.50 | REVIEW LIST OF DISCLOSURE ENTITIES (1.5). |
| | | 1.50 | |
| Total Legal Assistant | | 4.80 | |
| TOTAL TIME | | 67.20 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                             **Bill Date: 05/31/07**
**Retention /Fee Matters (SASM&F)**                      **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/03/07 | Copy Center, D | 5.30 |
| In-house Reproduction | 04/06/07 | Copy Center, D | 0.50 |
| In-house Reproduction | 04/24/07 | Copy Center, D | 530.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$536.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.08 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.52 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.31 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 90.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$90.00** |
| | | **TOTAL MATTER** | **$628.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    Bill Date: 06/30/07
**Retention /Fee Matters (SASM&F)**                            Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/04/07 | 0.30 | RECEIVE AND BEGIN TO EVALUATE PRELIMINARY REPORT ON 4TH FEE APPLICATION FROM DELPHI FEE COMMITTEE (0.3). |
| BUTLER, JR. J | 05/06/07 | 0.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH MARCH, 2007 (0.8). |
| BUTLER, JR. J | 05/09/07 | 3.30 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH MARCH 31, 2007 (3.3). |
| BUTLER, JR. J | 05/10/07 | 3.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGES THROUGH MARCH 31, 2007 (3.8). |
| BUTLER, JR. J | 05/12/07 | 1.50 | COMPLETE WORK ON MONTHLY COMPENSATION PACKAGES THROUGH MARCH 31, 2007 (0.6); DRAFT TRANSMITTAL LETTERS (0.3); BEGIN TO REVIEW MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (0.6). |
| BUTLER, JR. J | 05/25/07 | 1.20 | CONTINUE REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (1.2). |
| BUTLER, JR. J | 05/28/07 | 1.60 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (1.6). |
| BUTLER, JR. J | 05/29/07 | 0.60 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (0.6). |
| | | 13.10 | |
| **Total Partner** | | 13.10 | |
| GARTNER M | 05/01/07 | 0.70 | REVIEW AND ANALYZE DISCLOSURE RESULTS FOR 10TH AND 11TH OBJECTION PARTIES AND CORRESPONDENCE RE: SAME (0.7). |
| GARTNER M | 05/03/07 | 0.80 | CORRESPONDENCE RE: SUPPLEMENTAL DISCLOSURES (0.8). |
| GARTNER M | 05/17/07 | 2.60 | REVIEW AND ANALYZE DISCLOSURE RESULTS FOR CLAIMANT PARTIES (2.6). |
| GARTNER M | 05/18/07 | 1.30 | FOLLOW UP AND REVIEW OF DISCLOSURE RESULTS AND CORRESPONDENCE RE: SAME (1.3). |
| GARTNER M | 05/21/07 | 3.70 | CONTINUE REVIEW, ANALYSIS AND RESEARCH INTO DISCLOSURE RESULTS FOR CLAIMANT PARTIES (3.7). |
| GARTNER M | 05/22/07 | 3.40 | REVIEW AND ANALYZE CLAIMS DISCLOSURE RESULTS AND RESEARCH WATCH LIST PARTIES (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GARTNER M        05/23/07      0.60    CORRESPONDENCE RE: DISCLOSURE RESEARCH
                                       AND ANALYSIS (0.6),.

GARTNER M        05/29/07      3.30    BEGIN RESEARCH, ANALYSIS, REVIEW AND
                                       CHARTING OF DISCLOSURE RESULTS (3.3).

                              16.40

PERL MW          05/04/07      1.20    PRELIMINARY REVIEW OF LCC'S REPORT ON
                                       SKADDEN'S FOURTH INTERIM FEE
                                       APPLICATION (0.4); COLLECT DETAILED
                                       REPORTS FROM LCC FOR REVIEW AND ANALYSIS
                                       (0.8).

PERL MW          05/06/07      6.50    BEGIN REVIEW OF LCC'S REPORT ON
                                       SKADDEN'S FOURTH INTERIM FEE
                                       APPLICATION, INCLUDING REVIEW OF DETAIL
                                       PROVIDED BY LCC AND INTERIM FEE
                                       APPLICATION (3.8); BEGIN DRAFTING
                                       RESPONSE TO SAME (2.7).

PERL MW          05/07/07     10.40    CONTINUE TO REVIEW AND DRAFT ANALYSIS IN
                                       RESPONSE TO LCC'S REPORT ON SKADDEN'S
                                       FOURTH INTERIM FEE APPLICATION,
                                       INCLUDING REVIEW OF DETAILED REPORTS
                                       (10.4).

PERL MW          05/08/07      0.40    FINALIZE MATERIALS IN RESPONSE TO LCC'S
                                       REPORT ON SKADDEN'S FOURTH INTERIM FEE
                                       APPLICATION (0.3) AND COORDINATE
                                       DISTRIBUTION OF SAME (0.1).

                              18.50

PLATT SJ         05/10/07      4.80    REVIEW AND REVISE SKADDEN'S MONTHLY
                                       COMPENSATION PACKAGE FOR FEBRUARY
                                       (4.8).

PLATT SJ         05/11/07      6.60    REVIEW AND REVISE SKADDEN'S MONTHLY
                                       COMPENSATION PACKAGES FOR FEBRUARY AND
                                       MARCH (6.6).

PLATT SJ         05/12/07      3.40    COMPLETE REVIEW OF SKADDEN'S MONTHLY
                                       COMPENSATION PACKAGE FOR MARCH (3.4).

                              14.80

Total Associate               49.70

DEMMA J          05/18/07      1.10    PREPARE/DISTRIBUTE SKADDEN'S FOURTH
                                       INTERIM FEE APPLICATION (1.1).

                               1.10

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 05/02/07 | 1.50 | PREPARATION FOR (0.2) AND PHONE TELECONFERENCE WITH DELOITTE RE: DISCLOSURE PROCESS (0.2); BEGIN UPDATING MASTER DISCLOSURE LIST WITH ENTITIES RECENTLY RUN (1.1). |
| ZSOLDOS AF | 05/03/07 | 2.60 | CONTINUE TO UPDATE MASTER DISCLOSURE LIST (0.8); CROSS-CHECK NEW ENTITIES TO BE CHECKED AGAINST THOSE RUN IN THE PAST MONTH (1.1); RUN DISCLOSURE CHECK WITH NEW ENTITIES (0.7). |
| ZSOLDOS AF | 05/04/07 | 1.40 | CONTINUE TO UPDATE MASTER DISCLOSURE LIST (1.4). |
| ZSOLDOS AF | 05/10/07 | 1.30 | UPDATE MASTER DISCLOSURE CHART IN PREPARATION FOR SUPPLEMENTAL CHECK (1.3). |
| | | 6.80 | |
| Total Legal Assistant | | 7.90 | |
| TOTAL TIME | | <u>70.70</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Retention /Fee Matters (SASM&F)**

**Bill Date: 06/30/07**
**Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/08/07 | Copy Center, D | 21.80 |
| In-house Reproduction | 05/08/07 | Copy Center, D | 0.90 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 101.40 |
| In-house Reproduction | 05/15/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 211.10 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 70.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$406.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 1.51 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 3.49 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.23 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.17 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.59 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Vendor Hosted Telecon-ferencing | 04/20/07 | Teleconferencing Services, LLC | 7.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.00** |
| Printing to paper from TIF | 05/01/07 | Copy Center, D | 140.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$140.00** |
| | | **TOTAL MATTER** | **$559.00** |

B43E