SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

            - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05–44481 (RDD)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-16
LITIGATION (INSURANCE RECOVERY)
374.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/07
Litigation (Insurance Recovery)                             Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 02/15/07 | 0.40 | REVIEW AND EVALUATE DECISION AND ORDER IN MDL LITIGATION RE: MODIFICATION OF PLSRA STAY AND NEXT STEPS (0.3); EMAILS FROM/TO J. PAPELIAN RE: SAME (0.1). |
| BUTLER, JR. J | 02/19/07 | 0.70 | CONFERENCE WITH D. SHERBIN AT COMPANY IN TROY RE: MDL LITIGATION MATTERS (0.2); REVIEW SHEARMAN MEMO (0.2); PREPARE FOR FEBRUARY 20TH TELECONFERENCE WITH DELPHI AND SHEARMAN RE: STRATEGIC ASSESSMENT AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 02/20/07 | 0.90 | PREPARE FOR (INCLUDING REVIEW OF LEGAL MEMORANDUM) (0.3) AND PARTICIPATE IN (0.6) WORKING GROUP TELECONFERENCE WITH D. SHERBIN, J. PAPELIAN AND SHEARMAN RE: STRATEGIC ASSESSMENT OF MDL OPINION AND NEXT STEPS. |
| | | 2.00 | |
| Total Partner | | 2.00 | |
| MEISLER RE | 02/21/07 | 0.90 | REVIEW RECENT MDL ORDER (0.3); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); TELECONFERENCES WITH B. POLOVOY RE: SAME (0.2, 0.2). |
| MEISLER RE | 02/22/07 | 0.10 | TELECONFERENCE WITH B. POLOVOY RE: MDL (0.1). |
| | | 1.00 | |
| Total Associate | | 1.00 | |
| CUMMINGS RA | 02/21/07 | 6.00 | CREATE LEAD PLAINTIFF PSLRA DOCUMENT BINDER (6.0). |
| | | 6.00 | |
| Total Legal Assistant Support | | 6.00 | |

TOTAL TIME                                    9.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                     **Bill Date: 04/30/07**
**Litigation (Insurance Recovery)**                              **Bill Number: 1156504**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/06/07 | 0.50 | REVIEW MDL LEAD PLAINTIFFS' PLEADING TO RESCHEDULE STAY MODIFICATION HEARING ON MDL DISCOVERY FOR MARCH 22ND OMNIBUS HEARING (0.3); FOLLOW-UP ON SAME WITH S. CORCORAN AND WORKING GORUP (0.2). |
| BUTLER, JR. J | 03/12/07 | 0.30 | CONFERENCE WITH D. SHERBIN AT COMPANY IN TROY RE: MDL STATUS AND SETTLEMENT DISCUSSIONS, NEXT STEPS (0.3). |
| BUTLER, JR. J | 03/14/07 | 0.60 | CONTINUE TO REVIEW AND FOLLOW-UP ON LEAD PLAINTIFF'S DISCOVERY/STAY RELIEF MOTION (0.3); REVIEW EMAILS FROM/TO J. PAPELIAN AND B. POLOVOY RE: ANALYSIS, NEXT STEPS AND MARCH 21ST TELECONFERENCE (0.3). |
| BUTLER, JR. J | 03/16/07 | 0.30 | BEGIN TO PREPARE FOR MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: LEAD PLAINTIFF'S DISCOVERY/STAY RELIEF MOTION INCLUDING BEGIN TO REVIEW DRAFT OF SUPPLEMENTAL OBJECTION (0.3). |
| BUTLER, JR. J | 03/18/07 | 0.60 | CONTINUE TO PREPARE FOR MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: LEAD PLAINTIFF'S DISCOVERY/STAY RELIEF MOTION INCLUDING REVIEW OF REVISED DRAFT OF SUPPLEMENTAL OBJECTION (0.6). |
| BUTLER, JR. J | 03/19/07 | 1.00 | CONTINUE TO PREPARE FOR MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: LEAD PLAINTIFF'S DISCOVERY/STAY RELIEF MOTION INCLUDING REVIEW OF REVISED DRAFT OF SUPPLEMENTAL OBJECTION AND MEETING WITH J. PAPELIAN AND WORKING GROUP AT COMPANY IN TROY (0.8); FOLLOW-UP WITH WORKING GROUP RE: RELATED MATTERS AND FORM OF FINAL OBJECTION (0.2). |
| BUTLER, JR. J | 03/20/07 | 0.20 | CONTINUE TO PREPARE FOR MARCH 22ND OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: LEAD PLANTIFF'S DISCOVERY/STAY RELIEF MOTION INCLUDING GENERAL TRIAL PREPARATION AND FOLLOW-UP ON WITNESS MATTERS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    03/21/07    3.40  CONTINUE TO PREPARE FOR MARCH 22ND
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: LEAD
                                    PLAINTIFF'S DISCOVERY/STAY RELIEF
                                    MOTION INCLUDING TRIAL PREPARATION
                                    (0.8); PREPARE FOR (0.2) AND
                                    PARTICIPATE IN (0.4) WORKING GROUP
                                    STRATEGY TELECONFERENCE WITH D.
                                    SHERBIN, J. PAPELIAN AND SHEARMAN RE:
                                    HEARING; REVIEW JUDGE ROSEN'S
                                    MEMORANDUM AND ORDER DENYING
                                    RECONSIDERATION MOTION (0.2); PREPARE
                                    FOR (0.3) AND PARTICIPATE IN (1.3)
                                    SETTLEMENT CONFERENCES WITH S. COFFEY,
                                    M. ETLIN, D. SHERBIN ET. AL.; EMAIL
                                    TO/FROM J. PAPELIAN AND S. COFFEY RE:
                                    INTERIM SETTLEMENT (0.2).

BUTLER, JR. J    03/22/07    1.10  PREPARE FOR (0.9) AND ATTEND (0.2)
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: LEAD
                                    PLAINTIFF'S DISCOVERY/STAY RELIEF
                                    MOTION.

BUTLER, JR. J    03/23/07    0.20  REVIEW EMAIL FROM J. PAPELIAN RE: LEAD
                                    PLAINTIFFS' DISCOVERY MATTERS AND
                                    FOLLOW-UP RE: SAME (0.2).

BUTLER, JR. J    03/29/07    0.60  CONTINUE TO FOLLOW-UP ON MARCH 22ND
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: LEAD
                                    PLAINTIFF'S DISCOVERY/STAY RELIEF
                                    MOTION INCLUDING REVIEW OF DRAFT ORDER
                                    (0.4); EMAIL FROM D. SHERBIN AND
                                    FOLLOW-UP ON D&O ALLOCATION ISSUE
                                    (0.2).

BUTLER, JR. J    03/30/07    0.20  FOLLOW-UP ON MDL AND D&O RELATED MATTERS
                                    INCLUDING EMAIL FROM D. SHERBIN RE: SAME
                                    (0.2).

                             9.00

HOGAN III AL     03/19/07    3.90  REVIEW BACKGROUND FACTUAL MATERIALS IN
                                    CONNECTION WITH LEAD PLAINTIFF LIFT
                                    STAY MOTION, AND TELECONFERENCE WITH J.
                                    PAPELIAN RE: SAME (1.6); REVIEW AND
                                    COMMENT ON DRAFT OBJECTION TO LEAD
                                    PLAINTIFF'S MOTION (2.3).

HOGAN III AL     03/20/07    0.60  ADDRESS PREPARATION ISSUES FOR
                                    CONTESTED HEARING CONCERNING LEAD
                                    PLAINTIFF'S LIFT STAY MOTION (0.4);
                                    TELECONFERENCE WITH LEAD PLAINTIFF
                                    CONCERNING MEET AND CONFER WITH RESPECT
                                    TO MOTION (0.2).

HOGAN III AL     03/21/07    0.70  PARTICIPATE IN  MEET AND CONFER AND
                                    STRATEGY DISCUSIONS CONCERNING LEAD
                                    PLAINTIFFS' LIFT STAY MOTION (0.7).

HOGAN III AL     03/23/07    0.80  REVIEW LEAD PLAINTIFF LIFT STAY AGREED
                                    ORDER COMMENTS AND EDIT PROPOSAL WITH
                                    RESPECT TO SAME (0.8).

B43E

HOGAN III AL        03/26/07        0.30    DRAFT PROPOSED LEAD PLAINTIFF LIFT STAY
                                            AGREED ORDER (0.3).

HOGAN III AL        03/27/07        0.20    REVIEW HEARING TRANSCRIPT AND UPDATE
                                            LEAD PLAINTIFF PROPOSED ORDER (0.2).

HOGAN III AL        03/29/07        0.80    COMMUNICATE DRAFT ORDER TO LEAD
                                            PLAINTIFF, AND TELECONFERENCE WITH SAME
                                            (0.8).

                                    7.30

MARAFIOTI KA        03/06/07        0.90    CORRESPONDENCE RE: MDL LITIGATION (0.1)
                                            AND REVIEW LEAD PLAINTIFFS'
                                            SUPPLEMENTAL PLEADING IN SUPPORT OF
                                            MOTION FOR LIMITED MODIFICATION OF
                                            AUTOMATIC STAY (0.4); ADDITIONAL
                                            CORRESPONDENCE RE: MDL (0.4).

MARAFIOTI KA        03/07/07        0.30    REVIEW CORRESPONDENCE FROM LEAD
                                            PLAINTIFFS (0.1); ANALYZE ISSUES RE:
                                            LEAD PLAINTIFF'S CLAIMS (0.2).

MARAFIOTI KA        03/09/07        0.10    REVIEW CORRESPONDENCE WITH LEAD
                                            PLAINTIFFS IN MDL LITIGATION (0.1).

MARAFIOTI KA        03/15/07        1.80    REVIEW CORRESPONDENCE RE DISCOVERY WITH
                                            LEAD PLAINTIFFS (0.2) AND OBJECTION TO
                                            LEAD PLAINTIFFS' MOTION FOR RELIEF FROM
                                            THE AUTOMATIC STAY (0.1); REVIEW AND
                                            REVISE SUPPLEMENTAL OBJECTION TO LEAD
                                            PLAINTIFFS' SUPPLEMENTAL PLEADING IN
                                            SUPPORT OF MOTION FOR LIMITED
                                            MODIFICATION OF AUTOMATIC STAY (1.5).

MARAFIOTI KA        03/16/07        1.10    WORK ON SUPPLEMENTAL OBJECTION TO LEAD
                                            PLAINTIFFS' SUPPLEMENTAL PLEADING IN
                                            FURTHER SUPPORT OF MOTION FOR LIMITED
                                            MODIFICATION OF AUTOMATIC STAY (1.1).

MARAFIOTI KA        03/18/07        1.10    CONTINUE TO REVIEW OF SUPPLEMENTAL
                                            OBJECTION TO MOTION FOR STAY RELIEF
                                            (1.0) AND RELATED CORRESPONDENCE (0.1).

MARAFIOTI KA        03/19/07        2.50    REVIEW LEAD PLAINTIFFS'
                                            "DISCREPANCIES" MEMO WITH RESPECT TO
                                            DELPHI SUPPLEMENTAL OBJECTION TO MOTION
                                            FOR STAY RELIEF (0.3) AND RELATED
                                            CORRESPONDENCE (0.6); WORK ON
                                            SUPPLEMENTAL OBJECTION TO LEAD
                                            PLAINTIFFS' STAY RELIEF MOTION (1.6).

MARAFIOTI KA        03/21/07        2.00    REVIEW DISTRICT COURT OPINION DENYING
                                            MOTION FOR RECONSIDERATION (0.3);
                                            CORRESPONDENCE FROM LEAD PLAINTIFFS RE:
                                            SAME (0.1); CORRESPONDENCE TO COURT RE:
                                            SAME (0.1); MEET AND CONFER WITH LEAD
                                            PLAINTIFFS' COUNSEL (0.5) AND CONFER
                                            WITH CLIENT RE: SAME (0.6); SECOND MEET
                                            AND CONFER WITH LEAD PLAINTIFFS'
                                            COUNSEL (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/22/07 | 0.20 | REVIEW CORRESPONDENCE EXCHANGE WITH LEAD PLAINTIFFS RE: DISCOVERY AGREEMENT (0.1); CORRESPONDENCE RE: REVISED ORDER ON STAY RELIEF MOTION (0.1). |
| MARAFIOTI KA | 03/27/07 | 0.60 | REVIEW LEAD PLAINTIFFS' ORDER RE: STAY (0.6). |
| | | 10.60 | |
| **Total Partner** | | **26.90** | |
| MATZ TJ | 03/06/07 | 0.70 | REVIEW AND CONSIDER LEAD PLAINTIFF'S' LIFT STAY MOTION (0.7). |
| MATZ TJ | 03/07/07 | 1.20 | REVIEW AND COMPILE MATERIALS RE: LEAD PLAINTIFFS LIFT STAY MOTION, PRIOR ORDER AND REVIEW OF SAME (1.2). |
| MATZ TJ | 03/20/07 | 0.60 | CONSIDER MATTER RE: LEAD PLAINTIFFS LIFT STAY MOTION (0.4); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 03/27/07 | 0.30 | CORRESPONDENCE WITH N. STUART RE: LEAD PLAINTIFFS LIFT STAY ORDER (0.1); CORRESPONDENCE WITH TOGUT SEGAL RE: LIFT STAY, AGENDA MATTERS (0.2). |
| | | 2.80 | |
| RAMLO K | 03/06/07 | 1.00 | REVIEW AND ANALYZE LEAD PLAINTIFFS' SUPPLEMENTAL PLEADING FOR STAY RELIEF (0.9); CORRESPONDENCE WITH B. PALOVOY RE SAME (0.1). |
| RAMLO K | 03/07/07 | 3.40 | REVIEW AND ANALYZE NONBANKRUPCY PLEADINGS RELATING LEAD PLAINTIFFS' STAY RELIEF MOTION (3.1); TELECONFERENCE WITH M. ASHER RE: RESPONDING TO STAY RELIEF MOTION (0.3). |
| RAMLO K | 03/08/07 | 2.20 | REVIEW CORRESPONDENCE FROM M. ASHLEY RE: LEAD PLAINTIFFS' STAY RELIEF MOTION (0.1); CONTINUE REVIEW OF LEAD PLAINTIFFS' STAY RELIEF MOTION AND RELATED DISTRICT COURT PLEADINGS AND WORK ON STRATEGY RE: OBJECTION AND SETTLEMENT (2.0); TELECONFERENCE AND CORRESPONDENCE WITH M. RIELA RE: SAME (0.1). |
| RAMLO K | 03/09/07 | 1.40 | REVIEW CORRESPONDENCE FROM M. ASHLEY RE: LEAD PLAINTIFFS' STAY RELIEF MOTION (0.3); BEGIN REVISING OBJECTION TO STAY RELIEF MOTION (1.1). |
| RAMLO K | 03/12/07 | 1.50 | FURTHER REVISE OBJECTION TO LEAD PLAINTIFFS' STAY-RELIEF MOTION (1.5). |
| RAMLO K | 03/13/07 | 1.90 | CORRESPONDENCE WITH M. ASHLEY RE: LEAD PLAINTIFFS' STAY-RELIEF MOTION (0.1); FURTHER REVISIONS TO OBJECTION TO SAME (1.7); CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          03/14/07        2.40    REVIEW RECONSIDERATION MOTION AND
                                         SUPPORTING DECLARATION AND
                                         TELECONFERENCE WITH J. PAPELIAN RE:
                                         PRODUCTION OF DOCUMENTS TO SEC AND
                                         COMMITTEES (0.6); FURTHER REVISIONS TO
                                         OBJECTION TO LEAD PLAINTIFFS' STAY
                                         RELIEF MOTION (1.7); REVIEW
                                         CORRESPONDENCE FROM J. PAPELIAN RE:
                                         PROPOSING SETTLEMENT (0.1).

RAMLO K          03/15/07        3.30    FURTHER REVISIONS TO OBJECTION TO LEAD
                                         PLAINTIFFS' STAY-RELIEF MOTION AND
                                         ANALYSIS RE: SETTLEMENT OPTIONS (3.0);
                                         TELECONFERENCE AND CORRESPONDENCE WITH
                                         M. ASHLEY RE: SAME (0.3).

RAMLO K          03/16/07        5.80    TELECONFERENCE WITH B. PAOLOVOY AND M.
                                         ASHLEY RE: OBJECTION TO LEAD
                                         PLAINTIFFS' STAY-RELIEF MOTION (1.3);
                                         CORRESPONDENCE WITH J. PAPELIAN RE:
                                         RECONSIDERATION MOTION (0.2); FURTHER
                                         REVISIONS TO STAY-RELIEF OBJECTION
                                         (4.3).

RAMLO K          03/17/07        7.50    CORRESPONDENCE WITH J. PAPELIAN AND B.
                                         PALOVOY RE CONFERENCE ON DOCUMENT
                                         PRODUCTION (0.1); FURTHER REVIEW AND
                                         ANALYSIS OF DISTRICT COURT PLEADINGS
                                         AND MAKE FURTHER REVISIONS TO OBJECTION
                                         TO LEAD PLAINTIFFS' STAY-RELIEF MOTION
                                         (7.4).

RAMLO K          03/18/07        5.80    REVIEW COMMENTS FROM J. PAPELIAN TO
                                         DRAFT OBJECTION TO LEAD PLAINTIFFS'
                                         STAY-RELIEF MOTION (0.3);
                                         TELECONFERENCE WITH J. PAPELIAN, B.
                                         PALOVOY AND M. ASHLEY RE: SAME AND
                                         PRODUCTION OF DOCUMENTS (0.9); FURTHER
                                         REVISIONS TO OBJECTION (2.7);
                                         CORRESPONDENCE TO B. PALOVOY AND M.
                                         ASHLEY RE: SAME (0.2); REVIEW MATERIALS
                                         ON PRODUCTION OF DOCUMENTS TO SEC AND
                                         COMMITTEES AND REVISE SUMMARY OF SAME
                                         (1.7).

RAMLO K          03/19/07        1.00    TELECONFERENCES WITH R. MEISLER AND N.
                                         STUART RE: OBJECTION TO LEAD
                                         PLAINTIFFS' MOTION AND DOCUMENT
                                         PRODUCTION (0.4); REVIEW REVISED
                                         OBJECTION (0.4); PREPARE FOR MEET AND
                                         CONFER RE: SAME (0.2).

RAMLO K          03/20/07        1.00    CONFER WITH A. HOGAN RE: WITNESSES FOR
                                         LEAD PLAINTIFFS' STAY RELIEF MOTION
                                         (0.2); BEGIN REVIEWING AND REVISING
                                         SCRIPT (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 03/21/07 | 10.20 | FINISH REVISING SCRIPT FOR LEAD PLAINTIFFS' STAY-RELIEF MOTION (2.8); RESEARCH RE: WORK PRODUCT DOCTRINE AND PROFFER PROCESS (0.5); REVIEW DISTRICT COURT DECISION DENYING MOTION FOR RECONSIDERATION (0.4); PREPARE AND ARRANGE FOR FILING AND SERVICE SUPPLEMENTAL PLEADING RE: SAME (0.8); PREPARE FOR MEET AND CONFER WITH COUNSEL FOR LEAD PLAINTIFFS (0.7); MEETING WITH D. SHERBIN, K. CRAFT, J. SHEEHAN, AND DELPHI AND SKADDEN TEAMS RE: LEAD PLAINTIFFS' STAY-RELIEF MOTION (0.5); TELECONFERENCES WITH S. COFFEY, M. ITKEN, D. SHERBIN, J. BUTLER AND K. MARAFIOTI RE: LEAD PLAINTIFFS' MOTION AND SETTLEMENT (0.9); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2); REVISE PROPOSED AGREED ORDER SETTLING LEAD PLAINTIFFS' MOTION (2.3); REVISE SCRIPT FOR HEARING (1.1). |
| RAMLO K | 03/22/07 | 1.80 | REVIEW AND REVISE PROPOSED AGREED ORDER TO SETTLEMENT LEAD PLAINTIFFS' STAY-RELIEF MOTION (1.3); ATTEND HEARING ON LEAD PLAINTIFFS' STAY-RELIEF MOTION (0.5). |
| RAMLO K | 03/23/07 | 0.20 | REVISE PROPOSED AGREED ORDER ON LEAD PLAINTIFFS' STAY-RELIEF MOTION (0.2). |
| RAMLO K | 03/27/07 | 0.80 | REVIEW AND COMMENT ON REVISIONS TO STIPULATED ORDER ON LEAD PLAINTIFFS' MOTION (0.2); REVIEW TRANSCRIPT OF HEARING ON LEAD PLAINTIFFS' MOTION AND REVISE PROPOSED AGREED ORDER (0.6). |
| RAMLO K | 03/28/07 | 0.20 | REVIEW AND COMMENT ON PROPOSED AGREED ORDER FOR LEAD PLAINTIFFS' STAY-RELIEF MOTION (0.2). |
| RAMLO K | 03/31/07 | 2.40 | CORRESPONDENCE WITH J. PAPELIAN RE: DRAFT STIPULATED WITH LEAD PLAINTIFFS (0.2); REVISE STIPULATION AND PROTECTIVE ORDER RELATING TO DOCUMENTS TO BE PRODUCED TO LEAD PLAINTIFFS (2.2). |
| | | 53.80 | |
| **Total Counsel** | | 56.60 | |
| HILL LF | 03/16/07 | 3.10 | BEGIN RESEARCH ON DISCOVERY IN BANKRUPTCY CASES AS IT RELATES TO THE AUTOMATIC STAY AND PSLRA IN DISTRICT COURTS (3.1). |
| HILL LF | 03/17/07 | 5.30 | CONTINUE TO RESEARCH REGARDING PARTIES SEEKING TO LIFT THE STAY WHEN THE THE PSLRA STAY APPLIES (1.9); DRAFT MEMO OF FINDINGS ON RESEARCH (3.4). |
| HILL LF | 03/30/07 | 1.00 | COORDINATE REVIEW OF INSURANCE RELATED DOCUMENTS AND ORGANIZED DOCUMENTS (1.0). |
| | | 9.40 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 03/07/07 | 1.20 | BEGIN REVIEWING MDL LITIGATION DOCUMENTS (1.2). |
| STUART NL | 03/08/07 | 12.80 | BEGIN RESEARCHING PROCEEDINGS UNDERLYING LEAD PLAINTIFFS LIFT STAY MOTION (5.4); BEGIN DRAFTING LEAD PLAINTIFFS LIFT STAY OBJECTION (7.4). |
| STUART NL | 03/13/07 | 3.70 | DRAFT AND REVISE LEAD PLAINTIFF LIFT STAY OBJECTION (3.7). |
| STUART NL | 03/14/07 | 2.10 | REVISIONS TO LEAD PLAINTIFFS LIFT STAY OBJECTION (2.1). |
| STUART NL | 03/15/07 | 13.10 | BEGIN DRAFTING LEAD PLAINTIFFS LIFT STAY OBJECTION SCRIPT (0.5); CONTINUE TO DRAFT AND REVISE LEAD PLAINTIFF LIFT STAY OBJECTION (6.4); RESEARCH RE: LEAD PLAINTIFF LIFT STAY AND UNDERLYING ACTIONS (6.2). |
| STUART NL | 03/16/07 | 10.70 | DRAFT SCRIPT FOR LEAD PLAINTIFF LIFT STAY OBJECTION (1.1); REVISE LEAD PLAINTIFF LIFT STAY OBJECTION BASED ON INTERNAL COMMENTS (2.4); RESEARCH RE: LIFT STAY OBJECTION (2.1); TELECONFERENCE WITH SHEARMAN RE: DRAFT LIFT STAY OBJECTION (1.5); ADDITIONAL REVISIONS TO LIFT STAY OBJECTION (3.6). |
| STUART NL | 03/17/07 | 6.40 | RESEARCH RE: LEAD PLAINTIFFS LIFT STAY MOTION (3.7); CONTINUE TO REVIEW AND REVISE LEAD PLAINTIFF OBJECTION (2.7). |
| STUART NL | 03/18/07 | 10.80 | CONTINUE TO REVISE LEAD PLAINTIFFS LIFT STAY OBJECTION (5.4); REVIEW DOCUMENTS RELATED TO DOCUMENT PRODUCTION AND PLEADINGS IN MICHIGAN DISTRICT COURT (3.2); ADDITIONAL RESEARCH RE: LIFT STAY (2.2). |
| STUART NL | 03/19/07 | 11.30 | TELECONFERENCE WITH D. WILSON, J. PAPELIAN, AND B. FRANTANGELO RE: SEC PRODUCTION (0.6); CONTINUE TO REVISE AND REVIEW OBJECTION TO LEAD PLAINTIFF LIFT STAY MOTION (5.2); REVIEW OF MATRIX OF DOCUMENTS PRODUCED (1.7); ADDITIONAL REVIEW OF SECURITIES LITIGATION PLEADINGS (3.1); COORDINATE FILING AND SERVICE OF OBJECTION TO LEAD PLAINTIFFS' MOTION (0.7). |
| STUART NL | 03/20/07 | 5.20 | DRAFT LEAD PLAINTIFF SCRIPT AND PROFFER (1.1); INTERNAL STRATEGY DISCUSSION ON LEAD PLAINTIFF OBJECTION WITNESS PREPARATION (0.7); REVISE LEAD PLAINTIFF OBJECTION SCRIPT (1.3); REVIEW AND ANNOTATE PAPELIAN SEC CERTIFICATION (2.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 03/21/07 | 11.70 | RESEARCH RE: PRIVILEGE IN CONNECTION WITH LP LIFT STAY MOTION (1.4); RESEARCH RE: DISCOVERY ISSUES IN CONNECTION WITH LEAD PLAINTIFF LIFT STAY MOTION (0.9); REVIEW AND REVISE SUPPLEMENTAL OBJECTION TO LEAD PLAINTIFF MOTION (0.5); ADDITIONAL RESEARCH RE: PRIVILEGE (1.9); ADDITIONAL SCRIPT AND PROFFER REVISIONS (1.7); ADDITIONAL SCRIPT REVISIONS (0.9); DRAFT SETTLEMENT AGREEMENT WITH LEAD PLAINTIFFS (2.1); DRAFT AGREED ORDER FOR INTERIM SETTLEMENT WITH LEAD PLAINTIFFS (2.3). |
|---|---|---|---|
| STUART NL | 03/22/07 | 4.50 | CONTINUE TO DRAFT AND REVISE AGREED ORDER FOR LEAD PLAINTIFFS INTERIM SETTLEMENT (2.8); REVISE SCRIPT (1.7). |
| STUART NL | 03/27/07 | 1.40 | REVIEW TRANSCRIPT FROM MARCH 22 OMNIBUS HEARING (0.8); REVIEW AND COMMENT ON LEAD PLAINTIFFS AGREED ORDER (0.6). |
| STUART NL | 03/28/07 | 1.30 | DRAFT PROTECTIVE ORDER FOR LEAD PLAINTIFF SETTLEMENT (1.3). |
| | | **96.20** | |
| **Total Associate** | | **105.60** | |
| ~~CHAVALI A~~ | ~~03/07/07~~ | ~~0.60~~ | ~~OBTAIN HEARING TRANSCRIPT FOR THE LEAD PLAINTIFFS MOTION (0.6).~~ |
| ~~CHAVALI A~~ | ~~03/19/07~~ | ~~1.00~~ | ~~PREPARE LEAD PLAINTIFFS DOCUMENTS FOR FILING (0.5); COORDINATE WITH KCC FOR SERVICE (0.2); FILE LEAD PLAINTIFFS DOCUMENTS (0.3).~~ |
| | | ~~1.60~~ | |
| ~~ROSEN R~~ | ~~03/06/07~~ | ~~2.90~~ | ~~COMPILE BANKRUPTCY AND DISTRICT COURT DOCUMENTS REFERENECE IN LEAD PLAINTIFFS AUTOMATIC STAY MOTION (1.7); COMPILE, INDEX, PREPARE BINDER OF SAME DOCUMENTS AND FORWARD TO REQUESTING TEAM ATTORNEY (1.2).~~ |
| | | ~~2.90~~ | |
| ~~Total Legal Assistant~~ | | ~~4.50~~ | |
| **TOTAL TIME** | | **193.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Litigation (Insurance Recovery)**

**Bill Date: 04/30/07**
**Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/20/07 | Stuart NL | 1,030.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,030.00** |
| In-house Reproduction | 03/09/07 | Copy Center, D | 246.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$246.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.02 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 2.94 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.12 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.28 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.20 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 7.47 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 19.70 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.84 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.75 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 6.68 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$42.00** |
| Lexis/Nexis | 03/16/07 | Stuart NL | 10.02 |
| Lexis/Nexis | 03/16/07 | Hill LF | 43.52 |
| Lexis/Nexis | 03/17/07 | Hill LF | 488.07 |
| Lexis/Nexis | 03/18/07 | Hill LF | 37.39 |
| | | **TOTAL LEXIS/NEXIS** | **$579.00** |
| Westlaw | 03/08/07 | Stuart NL | 34.34 |
| Westlaw | 03/13/07 | Demma J | 568.47 |
| Westlaw | 03/15/07 | Stuart NL | 197.43 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 03/16/07 | Stuart NL | 114.45 |
| Westlaw | 03/16/07 | Hill LF | 98.56 |
| Westlaw | 03/17/07 | Stuart NL | 53.41 |
| Westlaw | 03/17/07 | Hill LF | 36.41 |
| Westlaw | 03/18/07 | Stuart NL | 15.43 |
| Westlaw | 03/21/07 | Stuart NL | 34.33 |
| Westlaw | 03/29/07 | Ramlo K | 309.17 |
| | | **TOTAL WESTLAW** | **$1,462.00** |
| Out-of-Town Travel | 03/20/07 | Stuart NL | 44.99 |
| Out-of-Town Travel | 03/22/07 | Ramlo K | 2.00 |
| Out-of-Town Travel | 03/22/07 | Ramlo K | 730.17 |
| Out-of-Town Travel | 03/22/07 | Stuart NL | 820.85 |
| Out-of-Town Travel | 03/22/07 | Stuart NL | 49.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,648.00** |
| Messengers/ Courier | 03/07/07 | Dist Serv/Mail/Page, D | 18.85 |
| Messengers/ Courier | 03/22/07 | Dist Serv/Mail/Page, D | 46.15 |
| | | **TOTAL MESSENGERS/ COURIER** | **$65.00** |
| Out-of-Town Meals | 03/20/07 | Ramlo K | 44.90 |
| Out-of-Town Meals | 03/21/07 | Ramlo K | 3.78 |
| Out-of-Town Meals | 03/22/07 | Ramlo K | 9.95 |
| Out-of-Town Meals | 03/22/07 | Ramlo K | 3.78 |
| Out-of-Town Meals | 03/22/07 | Ramlo K | 30.72 |
| Out-of-Town Meals | 03/22/07 | Ramlo K | 7.54 |
| Out-of-Town Meals | 03/22/07 | Stuart NL | 4.33 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$105.00** |
| | | **TOTAL MATTER** | **$5,177.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)          Bill Date: 05/31/07
Litigation (Insurance Recovery)                        Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 04/03/07 | 0.30 | REVIEW COMMENTS TO POTENTIAL AGREED ORDER BY LEAD PLAINTIFF (0.3). |
| HOGAN III AL | 04/04/07 | 0.20 | TELECONFERENCE WITH H. GREENWALD (LEAD PLAINTIFF COUNSEL) RE: DOCUMENT PRODUCTION PLANNING (0.2). |
| HOGAN III AL | 04/05/07 | 0.40 | DISCUSSION WITH J. PAPELIAN RE: PROPOSED CHANGES TO AGREED ORDER WITH LEAD PLAINTIFF CONCERNING DOCUMENT PRODUCTIONS (0.4). |
| HOGAN III AL | 04/06/07 | 0.30 | TELECONFERENCE WITH H. GREENWALD RE: AGREED ORDER, AND MAKE EDITS TO SAME (0.3). |
| HOGAN III AL | 04/09/07 | 1.30 | CONFERENCE WITH J. PAPELIAN AND M. ASHLEY RE: LOGISTICS OF DOCUMENT PRODUCTION TO LEAD PLAINTIFF, AND EDITING OF PROPOSED AGREED ORDER IN CONNECTION WITH SAME (1.3). |
| HOGAN III AL | 04/13/07 | 0.30 | TELECONFERENCE WITH J. PAPELIAN AND M. ASHLEY (SHEARMAN) RE: LOGISTICS OF DOCUMENT PRODUCTION ISSUES IN MDL CASES (0.3). |
| HOGAN III AL | 04/16/07 | 0.70 | TELECONFERENCE WITH J. PAPELIAN AND M. ASHLEY RE: DOCUMENT PRODUCTION ISSUES IN MDL LITIGATION (0.3), FINALIZE AND COORDINATE ENTRY OF AGREED ORDER IN CONNECTION WITH SAME (0.4). |
| HOGAN III AL | 04/18/07 | 1.30 | TELECONFERENCE WITH J. PAPELIAN RE: PRODUCTION OF DOCUMENTS IN MDL MATTER (0.3); TELECONFERENCES WITH H. GREENWALD RE: RECEIPT OF INITIAL PRODUCTION, AND STEPS TOWARDS CONFIDENTIALITY AGREEMENT (0.6); TELECONFERENCE WITH ERISA PLAINTIFF RE: MDL DOCUMENT ISSUES (0.4). |
| HOGAN III AL | 04/20/07 | 0.20 | TELECONFERENCE WITH J. PAPELIAN RE: MDL DOCUMENT PRODUCTION ISSUES (0.2). |
| HOGAN III AL | 04/23/07 | 0.50 | TELECONFERENCE WITH ERISA PLAINTIFF RE: MDL DOCUMENT PRODUCTION ISSUES, AND REVIEW COMMUNICATION CONCERNING POTENTIAL AGREED ORDER IN CONNECTION WITH SAME (0.5). |
| HOGAN III AL | 04/26/07 | 1.40 | TELECONFERENCE WITH J. PAPELIAN RE: STATUS OF DOCUMENT PRODUCTION, AND REQUESTS FROM OTHER PARTIES FOR ACCESS TO SAME (0.2); TELECONFERENCE WITH LEAD PLAINTIFF COUNSEL RE: CONFIDENTIALITY ORDER (1.2). |
| | | 6.90 | |
| **Total Partner** | | **6.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 04/16/07 | 0.80 | REVIEW AGREED ORDER RE: LEAD PLAINTIFFS LIFT STAY (0.2); FORWARD SAME TO CHAMBERS (0.2); CORRESPONDENCE WITH M. ASHLEY RE: REVISIONS TO LEAD PLAINTIFFS ORDER (0.2); CORRESPONDENCE WITH CHAMBERS RE: SAME (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 04/17/07 | 0.40 | CORRESPONDENCE WITH CHAMBERS RE: LEAD PLAINTIFFS ORDER (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| | | 1.20 | |
| Total Counsel | | 1.20 | |
| ~~KAHN MT~~ | ~~04/30/07~~ | ~~1.30~~ | ~~CONSIDER EFFECTS OF AUTOMATIC STAY ON DISCOVERY (0.3); RESEARCH RE: SAME (1.0).~~ |
| | | ~~1.30~~ | |
| STUART NL | 04/04/07 | 3.90 | REVIEW AND REVISE LEAD PLAINTIFF RELATED ORDERS (1.3); REVIEW LEAD PLAINTIFF DISCOVERY PLAN AND PAPELIAN DECLARATION (2.6). |
| STUART NL | 04/05/07 | 1.10 | REVISE ORDER FOR LEAD PLAINTIFFS MATTER (1.1). |
| | | 5.00 | |
| Total Associate | | 6.30 | |
| TOTAL TIME | | <u>14.40</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 05/31/07**
**Litigation (Insurance Recovery)**                              **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 04/27/07 | Stuart NL | 111.00 |
| | | **TOTAL LEXIS/NEXIS** | **$111.00** |
| | | **TOTAL MATTER** | **$111.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/07
Litigation (Insurance Recovery)                             Bill Number: 1166514


| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 05/07/07 | 0.60 | REVIEW AND EVALUATE LETTER FROM B. ROSENBERG RE: DOCUMENT PRODUCTION REQUEST TO CREDITORS COMMITTEE (0.2); CONTINUE TO EVALUATE POSSIBLE APPROACHES TO MDL SETTLEMENT DISCUSSIONS (0.4). |
| BUTLER, JR. J | 05/08/07 | 0.30 | FOLLOW-UP ON MDL PRODUCTION TO STATUTORY COMMITTEES INCLUDING EMAILS TO/FROM D. SHERBIN AND J. PAPELIAN (0.3). |
| BUTLER, JR. J | 05/13/07 | 0.70 | PREPARE FOR MAY 15TH MEETINGS IN NEW YORK CITY WITH D. SHERBIN, J. PAPELIAN, B. TELGEN, SHEARMAN (SECURITIES DEFENSE COUNSEL) AND REPRESENTATIVES OF INSURERS AND STATUTORY COMMITTEES TO DISCUSS POSSIBLE APPROACHES TO MDL SETTLEMENT DISCUSSIONS (0.6); REVIEW EMAILS FROM J. PAPELIAN RE: SAME (0.1). |
| BUTLER, JR. J | 05/15/07 | 5.30 | PREPARE FOR (1.5) (WITH DELPHI AND SHEARMAN IN NEW YORK) AND ATTEND (1.9) MEETING WITH D. SHERBIN, J. PAPELIAN, B. TELGEN, SHEARMAN (SECURITIES DEFENSE COUNSEL) AND REPRESENTATIVES OF INSURERS IN NEW YORK CITY TO DISCUSS POSSIBLE APPROACHES TO MDL SETTLEMENT DISCUSSIONS; PREPARE FOR (0.2) AND ATTEND (1.7) MEETING WITH D. SHERBIN, J. PAPELIAN, B. TELGEN, SHEARMAN (SECURITIES DEFENSE COUNSEL) AND REPRESENTATIVES OF STATUTORY COMMITTEES IN NEW YORK CITY TO DISCUSS SAME. |
| BUTLER, JR. J | 05/17/07 | 0.70 | RECEIVE AND REVIEW B. STEINGART LETTER ON BEHALF OF EQUITY COMMITTEE RE: MDL DOCUMENT PRODUCTION (0.3); FOLLOW-UP ON MAY 15TH MDL MEETINGS IN NEW YORK CITY WITH D. SHERBIN, J. PAPELIAN, B. TELGEN, SHEARMAN (SECURITIES DEFENSE COUNSEL) AND REPRESENTATIVES OF INSURERS AND STATUTORY COMMITTEES RE: POSSIBLE APPROACHES TO MDL SETTLEMENT DISCUSSIONS (0.4). |
| BUTLER, JR. J | 05/23/07 | 0.40 | PREPARE FOR MAY 25TH MEETING WITH D. SHERBIN, J. PAPELIAN, B. TELGEN, SHEARMAN (SECURITIES DEFENSE COUNSEL) AND REPRESENTATIVES OF INSURERS IN NEW YORK CITY TO DISCUSS POSSIBLE APPROACHES TO MDL SETTLEMENT DISCUSSIONS INCLUDING REVIEW OF DRAFT AGENDA (0.1) AND TELECONFERENCE WITH D. SHERBIN, J. PAPELIAN AND B. TELGEN RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 05/24/07 | 0.40 | CONTINUE TO PREPARE FOR MAY 31ST OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: ERISA PLAINTIFFS DOCUMENT PRODUCTION STAY MODIFICATION ORDER INCLUDING CONFERENCES WITH EQUITY COMMITTEE REPRESENTATIVES RE: DOCUMENT PRODUCTION TO EQUITY COMMITTEE (0.4). |
| BUTLER, JR. J | 05/25/07 | 2.60 | PREPARE FOR (0.3) (WITH DELPHI AND SHEARMAN IN NEW YORK) AND ATTEND (2.0) MEETING WITH REPRESENTATIVES OF A AND B TOWER INSURERS IN NEW YORK CITY TO DISCUSS POSSIBLE APPROACHES TO MDL SETTLEMENT DISCUSSIONS; EMAILS FROM D. SHERBIN AND B. POLOVOY; REVIEW RESPONSES TO ERISA MOTION (0.3). |
| BUTLER, JR. J | 05/31/07 | 0.30 | PREPARE FOR (0.2) AND ATTEND (0.1) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: ERISA PLAINTIFFS DOCUMENT PRODUCTION STAY MODIFICATION ORDER. |
| | | 11.30 | |
| HOGAN III AL | 05/01/07 | 3.60 | ADDRESS ERISA PLAINTIFF PROPOSED AGREED ORDER PROPOSALS, AND NEGOTIATE LANGUAGE CONCERNING SAME (1.7); TELEPHONE CONFERENCE WITH COUNSEL FOR CO-PARTIES IN SECURITIES MDL CASE CONCERNING ACCESS TO DOCUMENTS, AND FORMULATE STRATEGY CONCERNING HOW TO ACCOMPLISH SAME (1.3); DISCUSSION WITH WORKING GROUP CONCERNING MDL DISCOVERY ISSUES (0.6). |
| HOGAN III AL | 05/08/07 | 4.40 | REVIEW COMMITTEE JOINT INTEREST ORDERS AND FORMULATE VIEW CONCERNING INTERPLAY WITH MDL DOCUMENT PRODUCTIONS (0.4); REVIEW STRATEGIES FOR EXTENDING DOCUMENT PRODUCTION TO ERISA MDL PLAINTIFFS (0.5); ANALYZE MDL CLAIMS ISSUES (3.2); COMMUNICATE WITH MDL THIRD PARTIES REGARDING ACCESS TO PRODUCED DOCUMENTS (0.3). |
| HOGAN III AL | 05/09/07 | 2.50 | CONTINUE ANALYSIS OF MDL CLAIMS ISSUE (2.2); ADDRESS ISSUES WITH MDP DOCUMENT PRODUCTION (0.3). |
| HOGAN III AL | 05/10/07 | 3.70 | CONTINUE ANALYSIS OF MDL CLAIM ISSUES, AND COORDINATION OF RESEARCH EFFORTS REGARDING SAME (3.2). |
| HOGAN III AL | 05/11/07 | 4.00 | REVIEW AND COMMENT ON PROPOSED AGENDA CONCERNING MDL MEETING, AND CONFERENCE WITH J. PAPELIAN AND D. SHERBIN REGARDING PREPARATION FOR SAME (1.3); CONTINUE REVIEW OF MDL CLAIMS ISSUES (1.5); REVIEW AND EDIT ERISA PLAINTIFF LIFT STAY PAPERS (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOGAN III AL | 05/14/07 | 5.50 | CONTINUE ANALYSIS OF MDL CLAIMS ISSUES, AND REVIEW MDL BACKGROUND MATERIALS IN PREPARATION FOR CONFERENCE CONCERNING SAME (4.6); DISCUSSION WITH COUNSEL FOR MDL THIRD PARTY REGARDING DOCUMENT PRODUCTION ISSUES (0.2); EDIT ERISA PLAINTIFF LIFT STAY MOTION (0.7). |
|---|---|---|---|
| HOGAN III AL | 05/16/07 | 4.50 | REVIEW AND FINALIZE ERISA PLAINTIFF LIFT STAY MOTION (2.9); DRAFT AGREEMENT FOR THIRD PARTY DOCUMENT PRODUCTIONS IN MDL LITIGATION (1.2); CONFERENCE WITH J. PAPELIAN REGARDING SEC DOCUMENT PRODUCTION ISSUES (0.4). |
| HOGAN III AL | 05/17/07 | 2.90 | REVIEW AND ANALYZE MDL LITIGATION ISSUES (2.1) TELECONFERENCE WITH B. POLOVOY CONCERNING SAME (0.3); TELECONFERENCE WITH COUNSEL FOR UCC CONCERNING SAME (0.3); DISCUSS DOCUMENT PRODUCTION ISSUES WITH MDL CO-COUNSEL (0.2). |
| HOGAN III AL | 05/18/07 | 1.00 | COMPLETE THIRD PARTY DOCUMENT PRODUCTION AGREEMENT IN MDL CASES, AND COMMUNICATION WITH CO-DEFENDANT COUNSEL CONCERNING SAME (1.0). |
| HOGAN III AL | 05/21/07 | 3.10 | TELECONFERENCE WITH COUNSEL FOR GM IMCO IN CONNECTION WITH MDL DOCUMENT PRODUCTIONS, AND FOLLOW-UP DISCUSSION WITH J. PAPELIAN REGARDING SAME (0.3); REVIEW LEGAL ANALYSIS OF CLASS CLAIM ISSUES IN CONNECTION WITH MDL PLANNING (2.8). |
| HOGAN III AL | 05/22/07 | 3.30 | MULTIPLE DISCUSSIONS WITH CO-COUNSEL IN MDL CASES CONCERNING DOCUMENT PRODUCTION ISSUES, AND PLANNING ISSUES (1.8); CONSIDER NECESSARY RESEARCH IN CONNECTION WITH MDL ISSUES (1.5). |
| HOGAN III AL | 05/23/07 | 2.80 | PLAN FOR MDL SESSIONS, AND DISCUSSIONS WITH WORKING GROUP CONCERNING SAME (0.6); REVIEW LEGAL RESEARCH IN CONNECTION WITH SAME (2.2). |
| HOGAN III AL | 05/24/07 | 4.20 | CONTINUE REVIEW AND ANALYSIS OF ISSUES TO CONSIDER IN CONNECTION WITH MDL CLAIMS, AND PREPARE FOR MDL MEETING (4.2). |
| HOGAN III AL | 05/25/07 | 3.80 | ATTEND MEETING CONCERNING MDL LITIGATION AND INSURANCE COVERAGE ASPECTS WITH RESPECT TO SAME (2.1); CONTINUE REVIEW OF MDL LITIGATION MATERIALS AND CASES CONCERNING INTERPLAY OF CLASS LITIGATION AND BANKRUPTCY PROCEEDINGS (1.7). |
| HOGAN III AL | 05/29/07 | 2.20 | CONTINUE ANALYSIS OF MDL ACTIONS AND POTENTIAL STRATEGIES WITH RESPECT TO SAME (2.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL    05/30/07    4.10   TELECONFERENCE WITH COUNSEL FOR LEAD
                                   PLAINTIFF IN MDL ACTION CONCERNING
                                   LIMITED RESPONSE TO ERISA PLAINTIFF
                                   LIFT STAY MOTION, AND ADDRESS
                                   RESOLUTION OF LEAD PLAINTIFF ISSUES IN
                                   CONNECTION WITH OMNIBUS HEARING (1.1);
                                   ANALYZE MDL LITIGATION ISSUES (2.7);
                                   TELECONFERENCE WITH J. PAPELIAN
                                   REGARDING STATUS OF DOCUMENT ISSUES,
                                   AND MDL PLANNING (0.3).

HOGAN III AL    05/31/07    2.30   TELECONFERENCES WITH J. PAPELIAN AND
                                   COUNSEL FOR THIRD PARTIES IN MDL
                                   LITIGATION REGARDING DOCUMENT
                                   PRODUCTION ISSUES (0.3); ANALYZE MDL
                                   ISSUES (2.0).

                           57.90

Total Partner             69.20

GARNER LP       05/14/07    3.30   LEGAL RESEARCH RE: SECONDARY ACTOR
                                   LIABILITY UNDER SECURITIES LAWS (1.5);
                                   LEGAL RESEARCH RE: CLASS ACTION
                                   SETTLEMENT PROCEDURES IN BANKRUPTCY
                                   (1.8).

GARNER LP       05/15/07    0.30   LEGAL RESEARCH RE: CLASS CERTIFICATION
                                   AND SETTLEMENT ISSUES FOR MDL
                                   LITIGATION (0.3).

GARNER LP       05/16/07    1.00   LEGAL RESEARCH RE: PLAN TREATMENT OF MDL
                                   LITIGATION (1.0).

GARNER LP       05/23/07    1.30   LEGAL RESEARCH RE: PLAN TREATMENT OF MDL
                                   CLASS (1.3).

                            5.90

RAMLO K         05/01/07    2.40   ANALYSIS RE: ERISA PLAINTIFFS' REQUEST
                                   FOR PRODUCTION OF DOCUMENTS PRODUCED TO
                                   SECURITIES PLAINTIFFS (1.6);
                                   TELECONFERENCE WITH WORKING GROUP RE:
                                   SAME AND STATUS OF MDL LITIGATION (0.8).

RAMLO K         05/02/07    0.10   REVIEW DRAFT LIFT STAY REPORT FROM J.
                                   MCDONALD (0.1).

RAMLO K         05/04/07    2.50   BEGIN PREPARATION OF STAY RELIEF
                                   AGREEMENT WITH ERISA PLAINTIFFS,
                                   RESEARCH PROCEDURES FOR OBTAINING
                                   APPROVAL OF SAME AND BEING PREPARATION
                                   OF MOTION FOR APPROVAL (2.5).

RAMLO K         05/07/07    0.60   BEGIN TO REVIEW MEMORANDUM AND
                                   SUPPORTING MATERIALS ON ERISA
                                   PLAINTIFFS CLAIM AND ANALYSIS RE:
                                   EFFECT ON DISCOVERY/AUTOMATIC STAY
                                   ISSUES (0.6).

RAMLO K         05/08/07    4.80   ANALYSIS RE: ERISA REQUEST FOR
                                   OBTAINING DISCOVERY DOCUMENTS, REVIEW
                                   BANKRUPTCY AND NONBANKRUPTCY ERISA
                                   PLEADINGS, AND WORK ON STRATEGY FOR
                                   NEGOTIATING RESOLUTION TO REQUEST
                                   (4.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 05/09/07 | 1.60 | FURTHER REVIEW OF ERISA NONBANKRUPTCY PLEADINGS (0.8); ANALYSIS RE: NOTICE OF MOTION TO APPROVE AGREEMENT WITH ERISA PLAINTIFFS (0.2); WORK ON PREPARATION OF MOTION (0.6). |
| RAMLO K | 05/10/07 | 2.10 | CONTINUE REVIEW OF BANKRUPTCY AND NONBANKRUPTCY PLEADINGS RELATING TO ERISA ACTIONS (1.1); WORKING GROUP CALL TO COORDINATE LITIGATION, CLAIMS HANDLING, AND DISCOVERY ISSUES RELATING TO ERISA PLAINTIFFS ACTIONS (0.8); REVIEW CORRESPONDENCE RE: PROTECTIVE ORDER (0.2). |
| RAMLO K | 05/11/07 | 5.20 | REVISE MOTION TO APPROVAL STAY RELIEF RE: ERISA PLAINTIFFS DISCOVERY (4.8); REVISE PROPOSED ORDER (0.4). |
| RAMLO K | 05/13/07 | 2.30 | FURTHER REVISIONS TO MOTION TO APPROVAL STAY RELIEF AGREEMENT WITH ERISA PLAINTIFFS (2.3). |
| RAMLO K | 05/14/07 | 1.70 | MORE REVISIONS TO ERISA PLAINTIFFS STAY RELIEF MOTION AND PROPOSED ORDER (1.6); CORRESPONDENCE TO D. SHERBIN, K. CRAFT, J. PAPELIAN, AND M. ASHLEY RE: SAME (0.1). |
| RAMLO K | 05/15/07 | 2.00 | FURTHER REVISIONS TO MOTION TO APPROVE STAY RELIEF AGREEMENT WITH ERISA PLAINTIFFS (1.8); REVISE NOTICE OF MOTION (0.2). |
| RAMLO K | 05/16/07 | 5.10 | NEGOTIATE WITH A. WILLIAMS-DERRY RE: PROPOSED AGREED ORDER AND DISCUSS REVISIONS TO MOTION (0.4); CORRESPONDENCE WITH A. WILLIAMS-DERRY RE: SAME (1.2); CORRESPONDENCE WITH P. CHANDA RE: ERISA PARTIES (0.2); ANALYSIS RE: NECESSARY PARTIES TO AGREE ORDER AND MAKE FINAL REVISIONS TO ERISA MOTION AND ARRANGE FOR FILING AND SERVICE (3.3). |
| RAMLO K | 05/22/07 | 0.40 | REVISE HEARING SCRIPT FOR ERISA PLAINTIFFS MOTION (0.4). |
| RAMLO K | 05/25/07 | 1.60 | CORRESPONDENCE A. DERRY-WILLIAMS RE: LEAD PLAINTIFFS' RESPONSE AND MOTION TO APPROVE AGREEMENT WITH ERISA PLAINTIFFS (0.2); REVIEW RESPONSE BY LEAD PLAINTIFFS (0.2); REVISE MOTION SCRIPT (1.2). |
| RAMLO K | 05/29/07 | 1.10 | STRATEGY RE: LEAD PLAINTIFFS' RESPONSE TO ERISA MOTION (0.4); REVIEW PRECEDENT FROM SIMILAR MOTIONS (0.4); BEGIN DRAFTING REPLY (0.3). |
| RAMLO K | 05/30/07 | 1.40 | FINALIZE HEARING MATERIALS FOR ERISA PLAINTIFFS STAY RELIEF MOTION AND REVIEW, COMMENT AND REVISE HEARING SCRIPT (1.3); REVIEW CORRESPONDENCE FROM A. WILLIAMS-DERRY (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 05/31/07 | 0.20 | REVIEW COMMENTS BY COURT ON PROTECTIVE ORDER FOR ERISA PLAINTIFFS (0.1); REVIEW ORDER GRANTING LIMITED STAY RELIEF TO ERISA PLAINTIFFS (0.1). |
| | | **35.10** | |
| **Total Counsel** | | **41.00** | |
| GUZZARDO J | 05/12/07 | 0.50 | UPDATE RE: ERISA CLAIM LEGAL RESEARCH IN CONNECTION WITH THE POR (0.5). |
| GUZZARDO J | 05/14/07 | 3.40 | LEGAL RESEARCH RE: POTENTIAL ERISA CLAIMS IN CONNECTION WITH THE POR (3.4). |
| GUZZARDO J | 05/15/07 | 3.70 | LEGAL RESEARCH IN CONNECTION WITH ERISA CLAIM (3.7). |
| GUZZARDO J | 05/16/07 | 0.70 | LEGAL RESEARCH IN CONNECTION WITH ERISA CLAIMS (0.7). |
| GUZZARDO J | 05/17/07 | 1.60 | ERISA CLAIMS LEGAL RESEARCH (1.6). |
| | | **9.90** | |
| PERL MW | 05/08/07 | 1.40 | STRATEGIZE RE: MOTION TO LIFT STAY FOR ERISA PLAINTIFFS (0.5); REVIEW DOCKET FOR PLEADINGS RE: SAME (0.6); REVIEW CASE MANAGEMENT ORDER RE: SAME (0.3). |
| PERL MW | 05/09/07 | 9.20 | REVIEW PLEADINGS AND FILINGS IN CONNECTION WITH DRAFTING ERISA PLAINTIFFS LIFT STAY MOTION (6.1); BEGIN DRAFTING ERISA PLAINTIFFS LIFT STAY MOTION (3.1). |
| PERL MW | 05/10/07 | 7.90 | PARTICIPATE IN MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: ERISA PLAINTIFFS LIFT STAY MOTION (0.7, 0.4, 0.5, 0.3); CONTINUE DRAFTING MOTION, ORDER, AND AGREEMENT RE: SAME (4.8); LEGAL RESEARCH RE: AUTHORITY FOR SAME (1.2). |
| PERL MW | 05/11/07 | 6.10 | CONTINUE DRAFTING MOTION, ORDER, AND AGREEMENT FOR MOTION TO LIFT STAY FOR ERISA PLAINTIFFS (3.5); REVIEW AND REVISE SAME (2.6). |
| PERL MW | 05/13/07 | 2.50 | REVIEW AND REVISE MOTION TO MODIFY STAY FOR ERISA PLAINTIFFS (2.5). |
| PERL MW | 05/14/07 | 7.80 | REVIEW AND REVISE ERISA PLAINTIFFS LIFT STAY MOTION (7.8). |
| PERL MW | 05/15/07 | 3.40 | TELECONFERENCE WITH P. CHANDA RE ERISA MOTION MATTERS (0.1); REVIEW AND REVISE SERVICE LIST FOR SAME, INCLUDING REVIEW OF MDL DOCKET (1.3); PREPARE NOTICE RE SAME (0.4); FOLLOW UP ON ERISA MOTION AND SERVICE RELATED ISSUES (0.6); ATTENTION TO SERVICE ISSUES AND COORDINATE WITH WORKING GROUP RE SAME (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 05/16/07 | 5.60 | FINAL REVIEW OF ERSIA PLAINTIFFS MOTION, ORDER, AND NOTICE, FOR FILING AND COORDINATE FILING AND SERVICE OF SAME (3.8); REVIEW VARIOUS MDL PLEADINGS IN CONNECTION WITH SAME (1.1); CORRESPOND WITH P. CHANDA RE: SAME, INCLUDING REVIEW OF RESPONSE (0.5); CORRESPOND WITH D. SHERBIN AND J. PAPELIAN RE: FILING OF SAME (0.1); CORRESPOND WITH M. ASHLEY AND P. CHNADA RE: FILING OF SAME (0.1). |
| PERL MW | 05/22/07 | 2.40 | REVIEW ERISA PLEADINGS (0.4) AND DRAFT SCRIPT FOR HEARING (1.7); RESEARCH RE: LEGAL STANDARDS IN CONNECTION WITH SAME (0.3). |
| | | 46.30 | |
| VANLONKHUYZEN CE | 05/14/07 | 4.20 | STRATEGIC CONFERENCE RELATED TO CLASS ACTIONS (0.5); RESEARCH RELATED TO SECURITIES LAW ISSUES (3.7). |
| | | 4.20 | |
| Total Associate | | 60.40 | |
| TOTAL TIME | | 170.60 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 06/30/07**
**Litigation (Insurance Recovery)**                   **Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/14/07 | Hogan III AL | 1,028.13 |
| Air/Rail Travel - vendor feed | 05/24/07 | Hogan III AL | 1,520.87 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,549.00** |
| In-house Reproduction | 05/11/07 | Copy Center, D | 651.22 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 15.71 |
| In-house Reproduction | 05/25/07 | Copy Center, D | 323.66 |
| In-house Reproduction | 05/29/07 | Copy Center, D | 22.41 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,013.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 4.98 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 11.91 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.94 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.53 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 1.60 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$20.00** |
| Lexis/Nexis | 05/03/07 | Stuart NL | 52.00 |
| | | **TOTAL LEXIS/NEXIS** | **$52.00** |
| Westlaw | 05/09/07 | Perl MW | 129.68 |
| Westlaw | 05/10/07 | Perl MW | 97.20 |
| Westlaw | 05/16/07 | Hogan III AL | 259.32 |
| Westlaw | 05/23/07 | Ramlo K | 76.47 |
| Westlaw | 05/24/07 | Ramlo K | 93.33 |
| | | **TOTAL WESTLAW** | **$656.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel (external) | 05/13/07 | Butler, Jr. J | 159.37 |
| Air/Rail Travel (external) | 05/22/07 | Butler, Jr. J | 265.63 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$425.00** |
| Out-of-Town Travel | 05/13/07 | Butler, Jr. J | 95.16 |
| Out-of-Town Travel | 05/13/07 | Butler, Jr. J | 8.67 |
| Out-of-Town Travel | 05/13/07 | Butler, Jr. J | 230.01 |
| Out-of-Town Travel | 05/14/07 | Hogan III AL | 501.25 |
| Out-of-Town Travel | 05/15/07 | Hogan III AL | 46.00 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 640.39 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 53.34 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 15.00 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 20.67 |
| Out-of-Town Travel | 05/24/07 | Hogan III AL | 342.51 |
| Out-of-Town Travel | 05/25/07 | Hogan III AL | 32.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,985.00** |
| Out-of-Town Meals | 05/13/07 | Butler, Jr. J | 12.68 |
| Out-of-Town Meals | 05/13/07 | Butler, Jr. J | 9.66 |
| Out-of-Town Meals | 05/14/07 | Hogan III AL | 20.57 |
| Out-of-Town Meals | 05/22/07 | Butler, Jr. J | 17.65 |
| Out-of-Town Meals | 05/24/07 | Hogan III AL | 25.49 |
| Out-of-Town Meals | 05/24/07 | Hogan III AL | 5.95 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$92.00** |
| Printing to paper from TIF | 05/09/07 | Copy Center, D | 736.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$736.00** |
| Internal Catering-NY | 05/15/07 | Butler, Jr. J | 400.00 |
| Internal Catering-NY | 05/15/07 | Butler, Jr. J | 240.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$640.00** |
| | | **TOTAL MATTER** | **$8,168.00** |