SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                        :
    In re                    :    Chapter 11
                        :
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
                        :
           Debtors.    :    (Jointly Administered)
                        :
------------------------------- x

EXHIBIT D-17
EMPLOYEE MATTERS (LABOR UNIONS)
328.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                   Bill Date: 03/31/07
Employee Matters (Labor Unions)                           Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 02/05/07 | 1.90 | PREPARE FOR (0.2) AND ATTEND (1.7) 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 02/06/07 | 0.40 | REVIEW UAW TERMSHEET MATERIALS FROM K. BUTLER (0.4). |
| BUTLER, JR. J | 02/07/07 | 0.80 | CONTINUE TO REVIEW AND COMMENT ON UAW AND IUE MATERIALS (0.8). |
| BUTLER, JR. J | 02/09/07 | 0.20 | FOLLOW-UP ON OLATHE LABOR MATTER WITH B. SAX AND B. MEHLSACK (0.2). |
| BUTLER, JR. J | 02/11/07 | 1.10 | CONTINUE TO PREPARE FOR FEBRUARY 12TH 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY INCLUDING REVIEW OF POWERPOINT PRESENTATION (0.7); REVIEW DRAFT FRAMEWORK POWERPOINT RE: UAW NEGOTIATIONS (0.4). |
| BUTLER, JR. J | 02/12/07 | 1.70 | PREPARE FOR (0.2) AND ATTEND (1.5) 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 02/13/07 | 0.60 | CONTINUE TO WORK ON PATH X CONTINENCY PLANNING MATTERS (0.6). |
| BUTLER, JR. J | 02/18/07 | 0.50 | CONTINUE TO PREPARE FOR FEBRUARY 19TH 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY INCLUDING POWERPOINT PRESENTATION (0.5). |
| BUTLER, JR. J | 02/19/07 | 1.30 | PREPARE FOR (0.3) AND ATTEND (1.0) SECTION 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY INCLUDING REVIEW OF POWERPOINT PRESENTATION. |
| BUTLER, JR. J | 02/23/07 | 0.60 | PREPAER FOR (0.2) AND PARTICIPATE IN (0.4) SECTION 1113/1113 PLAN X WORKING GROUP TELECONFERENCE MEETING. |
| BUTLER, JR. J | 02/25/07 | 0.30 | CONTINUE TO PREPARE FOR FEBRUARY 26TH 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY INCLUDING POWERPOINT PRESENTATION (0.3). |
| BUTLER, JR. J | 02/26/07 | 1.30 | PREPARE FOR (0.3) AND ATTEND (1.0) LABOR WORKING GROUP MEETING AT COMPANY IN TROY RE: UAW COUNTEROFFER AND NEXT STEPS AND PATH X PLANNING. |
| BUTLER, JR. J | 02/27/07 | 0.50 | REVIEW EMAIL FROM B. MEHLSACK RE COLUMBUS PLANT ISSUES AND FOLLOW-UP RE SAME (0.2); REVIEW INTERNAL SUMMARY OF UAW COUNTERPROPOSAL (0.3). |
| | | 11.20 | |
| Total Partner | | 11.20 | |
| DIAZ LB | 02/08/07 | 7.10 | PREPARE PRESENTATION TO UNIONS (7.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 02/09/07 | 2.10 | MAKE PRESENTATION TO UNION REP (2.1). |
| DIAZ LB | 02/12/07 | 10.10 | PREPARE PRESENTATION FOR IUE-CWA MEETING (4.8); DRAFT PRESENTATION FOR COMPANY PRESENTATION TO UNION REP (5.3). |
| DIAZ LB | 02/13/07 | 2.90 | CONTINUE TO DRAFT PRESENTATION TO UNION REPS (2.9). |
| | | **22.20** | |
| MEISLER RE | 02/08/07 | 5.30 | DRAFT RIDERS (1.4) TO AND REVIEW AND EDIT (3.9) PRESENTATION FOR REPRESENTATIVE FROM KOREA. |
| MEISLER RE | 02/12/07 | 7.60 | TELECONFERENCE WITH S. CORCORAN RE: PRESENTATION TO IUE-CWA (0.3); DRAFT RIDERS TO PRESENTATION RE: SAME (3.4); REVIEW AND EDIT PRESENTATION (3.9). |
| | | **12.90** | |
| PLATT SJ | 02/12/07 | 5.80 | PREPARE POWERPOINT PRESENTATION TO BE GIVEN TO IUE-CWA (5.8). |
| PLATT SJ | 02/13/07 | 2.80 | CONTINUE PREPARING PRESENTATION FOR IUE-CWA (2.8). |
| | | **8.60** | |
| **Total Associate** | | **43.70** | |
| ~~KLIMEK MV~~ | ~~02/01/07~~ | ~~0.10~~ | ~~UPDATE RECORD OF 1113/1114 HEARING PLEADINGS (0.1).~~ |
| ~~KLIMEK MV~~ | ~~02/16/07~~ | ~~0.70~~ | ~~CONTINUE TO COMPILE PLEADINGS FOR 1113/1114 HEARING FILE (0.7).~~ |
| ~~KLIMEK MV~~ | ~~02/19/07~~ | ~~2.10~~ | ~~CONTINUE TO COMPILE RECORD OF PLEADINGS, CORRESPONDENCE, JOINT EXHIBIT HEARING BINDERS, DRAFTS, WORKING FILES, AND EXPERT REPORTS FOR 1113/1114 FILE (2.1).~~ |
| | | ~~2.90~~ | |
| ~~Total Legal Assistant~~ | | ~~2.90~~ | |
| **TOTAL TIME** | | **57.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (Labor Unions)**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/23/07 | Copy Center, D | 12.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 1.02 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 2.99 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.12 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 1.76 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Lexis/Nexis | 02/01/07 | Gilchrist JM | 9.00 |
| | | **TOTAL LEXIS/NEXIS** | **$9.00** |
| Westlaw | 02/01/07 | Gilchrist JM | 1,047.00 |
| | | **TOTAL WESTLAW** | **$1,047.00** |
| Vendor Hosted Teleconferencing | 02/05/07 | Teleconferencing Services, LLC | 12.14 |
| Vendor Hosted Teleconferencing | 02/22/07 | Teleconferencing Services, LLC | 5.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$18.00** |
| | | **TOTAL MATTER** | **$1,092.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 04/30/07
Employee Matters (Labor Unions)                          Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/02/07 | 0.60 | FOLLOW-UP ON COLUMBUS PLANT ISSUES WITH K. BUTLER AND B. SAX (0.2); REVIEW UAW MATERIALS FROM K. BUTLER (0.4). |
| BUTLER, JR. J | 03/04/07 | 0.40 | CONTINUE TO PREPARE FOR MARCH 5TH 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 03/05/07 | 1.30 | PREPARE FOR (0.2) AND ATTEND (0.8) 1113/1114 PLAN X WORKING GROUP MEETING AT COMPANY IN TROY; ATTEND STRATEGY CONFERENCE WITH K. BUTLER IN TROY RE: UNION MATTERS (0.3). |
| BUTLER, JR. J | 03/06/07 | 0.40 | REVIEW AND EVALUATE UAW TALKING POINTS (0.2); EMAILS FROM/TO K. BUTLER RE: SAME (0.2). |
| BUTLER, JR. J | 03/07/07 | 0.40 | REVIEW AND EVALUATE FINAL KEEP SITE PROPOSAL FROM D. BURGNER (0.3); EMAIL FROM K. BUTLER RE: UAW MATTERS (0.1). |
| BUTLER, JR. J | 03/08/07 | 0.20 | REVIEW EMAIL FROM R. O'NEAL RE: GM/LABOR MATTERS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 03/16/07 | 0.20 | REVIEW EMAIL AND MATERIALS FROM K. BUTLER RE: MARCH 21ST LABOR MEETINGS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 03/18/07 | 0.70 | RECEIVE AND BEGIN TO REVIEW DRAFT OF JOINT DELPHIAHC/GM REVISED UAW PROPOSAL FOR MARCH 21ST LABOR MEETING (0.7). |
| BUTLER, JR. J | 03/19/07 | 1.30 | CONTINUE TO REVIEW AND EVALUATE DRAFT OF JOINT DELPHIAHC/GM REVISED UAW PROPOSAL FOR MARCH 21ST LABOR MEETING (1.3). |
| BUTLER, JR. J | 03/20/07 | 0.90 | CONTINUE TO REVIEW AN EVALUATE DRAFT OF JOINT DELPHI AHC/GM REVISED UAW PROPOSAL FOR MARCH 21ST LABOR MEETING (0.6); TELECONFERENCE WITH K. BUTLER RE: SAME (0.3). |
| BUTLER, JR. J | 03/21/07 | 1.20 | CONTINUE TO REVIEW AND EVALUATE DRAFT OF JOINT DELPHI/AHC/GM REVISED UAW PROPOSAL FOR MARCH 21ST LABOR MEETING (0.8); TELECONFERENCES WITH K. BUTLER AND B. SAX RE: SAME (0.4). |
| BUTLER, JR. J | 03/26/07 | 0.40 | CONTINUE TO REVIEW DRAFT UAW AND IUE MEMORANDA OF UNDERSTANDING (0.4). |
|  |  | 8.00 |  |
| Total Partner |  | 8.00 |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 03/20/07 | 0.30 | TELECONFERENCES WITH B. SAX RE: UNION DRAFT PROPOSAL (0.3). |
| MEISLER RE | 03/21/07 | 1.20 | REVIEW UNION PROPOSAL (1.2). |
| | | 1.50 | |
| STUART NL | 03/01/07 | 2.10 | RESEARCH RE: CERTAIN UNION AND LABOR CLAIMS (2.1). |
| | | 2.10 | |
| Total Associate | | 3.60 | |
| CHAVALI A | 03/06/07 | 1.70 | SEARCH AND DISTRIBUTE SECTION 1113/1114 RELATED PLEADINGS (1.7). |
| CHAVALI A | 03/23/07 | 1.60 | PREPARE USW ATTRITION PROGRAM PLEADINGS BINDER (1.6). |
| CHAVALI A | 03/27/07 | 0.70 | UPDATE USW ATTRITION PROGRAM PLEADINGS BINDER (0.7). |
| | | 4.00 | |
| Total Legal Assistant | | 4.00 | |
| TOTAL TIME | | 15.60 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (Labor Unions)**

**Bill Date: 04/30/07**
**Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/23/07 | Copy Center, D | 32.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$32.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.41 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.42 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Messengers/ Courier | 03/18/07 | Arrow Messenger Svc | 25.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| | | **TOTAL MATTER** | **$58.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 05/31/07
Employee Matters (Labor Unions)                    Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 04/02/07 | 0.20 | RECEIVE EMAIL FROM M. ROBBINS RE: IAM/IBEW/IUOE INFORMATION UPDATE REQUEST AND FOLLOW-UP (0.2). |
| BUTLER, JR. J | 04/05/07 | 0.10 | EMAIL TO M. ROBBINS RE IAM/IBEW/IUOE INFORMATION UPDATE REQUEST (0.1). |
| BUTLER, JR. J | 04/12/07 | 0.40 | EMAILS FROM/TO M. ROBBINS RE: APRIL 19TH MEET AND CONFER UPDATE WITH REPRESENTATIVES OF DELPHI, IAM, IBEW AND IUOE (0.2); TELECONFERENCE WITH B. SAX RE: LABOR MATTERS (0.2). |
| BUTLER, JR. J | 04/13/07 | 0.20 | EMAILS FROM/TO B. MEHLSACK AND M. ROBBINS RE: APRIL 19TH MEET AND CONFER UPDATE WITH REPRESENTATIVES OF DELPHI, IAM, IBEW AND IUOE (0.2). |
| BUTLER, JR. J | 04/16/07 | 0.80 | EMAIL FROM/TO T. KENNEDY RE: IUE-CWA DECISION NOT TO CONSENT TO EXTENSION OF STATUTORY DECISION PERIOD IN SECTION 1113/1114 MOTION HEARING AND NEXT STEPS INCLUDING EMAILS TO/FROM DELPHI SENIOR MANAGEMENT (0.6); BEGIN TO PREPARE FOR APRIL 19TH MEET AND CONFER UPDATE WITH REPRESENTATIVES OF DELPHI, IAM, IBEW AND IUOE (0.2). |
| BUTLER, JR. J | 04/18/07 | 0.20 | CONTINUE TO PREPARE FOR APRIL 19TH MEET AND CONFER UPDATE WITH REPRESENTATIVES OF DELPHI, IAM, IBEW AND IUOE (0.2). |
| BUTLER, JR. J | 04/19/07 | 2.40 | PREPARE FOR APRIL 20TH CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 1113/1114 MOTION WITH LABOR WORKING GROUP IN NEW YORK CITY (INCLUDING EMAIL MATERIALS FROM B. SAX) (0.4); PREPARE FOR (0.2) AND PARTICIPATE IN (1.5) MEET AND CONFER UPDATE WITH REPRESENTATIVES OF DELPHI, IAM, IBEW AND IUOE; TELECONFERENCE WITH B. SAX RE: NEXT STEPS (0.3). |
| BUTLER, JR. J | 04/20/07 | 1.50 | PREPARE FOR (0.5) AND ATTEND (0.5) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECTION 1113/1114 MOTION; TELECONFERENCES WITH B. SAX (0.2, 0.1) AND T. KENNEDY (0.2) RE: IUE-CWA MATTERS. |
| BUTLER, JR. J | 04/24/07 | 0.20 | REVIEW AND COMMENT ON DRAFT FIRST AMENDED SUSPENSION ORDER RE: SECTION 1113/1114 MOTION (0.2). |
| BUTLER, JR. J | 04/26/07 | 0.20 | REVIEW EMAILS FROM LABOR COUNSEL RE: AMENDED SUSPENSION ORDER AND RELATED MATTERS (0.2). |

B43E

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 04/30/07 | 0.40 | CONFERENCE WITH M. WEBER AND K. BUTLER AT COMPANY IN TROY RE: UNION SETTLEMENT DISCUSSIONS AND NEXT STEPS (0.4). |
| | | **6.60** | |
| FURFARO JP | 04/16/07 | 1.50 | REVIEW OF CASE MATERIALS FOR STATUS DISCUSSION WITH UNIONS (0.8); REVIEW OF ISSUES RE: WITHDRAWAL (0.7). |
| FURFARO JP | 04/17/07 | 1.30 | REVIEW OF COURT ORDERS (0.3); REVIEW OF RESEARCH RE: ALTERNATIVE APPROACHES TO PROCEEDING/DISCUSSION WITH WORKING GROUP (1.0). |
| FURFARO JP | 04/18/07 | 0.30 | REVIEW OF RESEARCH MEMO/UPDATE (0.3). |
| FURFARO JP | 04/19/07 | 2.40 | PARTICIPATE IN MEET AND CONFER/FOLLOW UP (2.0); REVIEW OF MATERIALS FOR APPEARANCE (0.4). |
| FURFARO JP | 04/20/07 | 2.70 | REVIEW OF RESEARCH FOR STATUS CONFERENCE (1.0); ATTEND COURT CONFERENCE (1.7). |
| FURFARO JP | 04/26/07 | 1.40 | REVIEW OF USW MOTION/PRIOR FILINGS (1.4). |
| FURFARO JP | 04/27/07 | 0.30 | REVIEW OF DRAFT MEMO RE: REORGANIZATION/STATUS (0.3). |
| FURFARO JP | 04/30/07 | 2.10 | REVIEW OF DRAFT MEMO RE: POR/REVISIONS TO SAME (1.8); REVIEW OF REVISED DISCLOSURE (0.3). |
| | | **12.00** | |
| MARAFIOTI KA | 04/02/07 | 0.20 | REVIEW DOCUMENT RE: UAW BARGAINING (0.2). |
| MARAFIOTI KA | 04/17/07 | 1.40 | CONSIDER ISSUES RE: LABOR STIPULATION (0.3); TELECONFERENCE WITH O'MELVENY RE: SECTION 1113 STRATEGY AND FOLLOWUP (1.1). |
| MARAFIOTI KA | 04/18/07 | 0.40 | CORRESPONDENCE RE: USW/DETRICK (0.1); REVIEW ANALYSIS OF 1113/1114 WITHDRAWAL (0.3). |
| MARAFIOTI KA | 04/19/07 | 2.00 | PREPARE FOR AND ATTEND MEET AND CONFER WITH SPLINTER UNIONS, B. SAX, AND D. KIDD (1.7); FOLLOWUP ANALYSIS (0.3). |
| MARAFIOTI KA | 04/20/07 | 1.20 | PREPARE FOR STATUS CONFERENCE (0.2); ATTEND STATUS CONFERENCE RE: 1113/1114 PROCEEDING (1.0). |
| MARAFIOTI KA | 04/23/07 | 0.40 | CONSIDER ISSUES RE: 1113/1114 ORDERS (0.4). |
| MARAFIOTI KA | 04/30/07 | 0.40 | ANALYZE LABOR ISSUES IN CONNECTION WITH PLAN STRUCTURE (0.4). |
| | | **6.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 04/21/07 | 0.50 | REVIEW USW MOTION SEEKING RE: TERRY DETRICK (0.2); DRAFT CORRESPONDENCE RE: 4/20 CHAMBERS CONFERENCE (0.3). |
| MEISLER RE | 04/22/07 | 0.20 | DRAFT CORRESPONDENCE RE: 1113 (0.2). |
| MEISLER RE | 04/23/07 | 0.10 | REVIEW RECENT PLEADING RE: WTC APPEAL AND DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 04/24/07 | 0.30 | CONTINUE ANALYSIS OF STATUS OF WTC APPEAL (0.3). |
| MEISLER RE | 04/26/07 | 0.40 | REVIEW 1113 NEXT STEPS (0.2); REVIEW RECENT CASE LAW RE: SAME (0.2). |
| | | 1.50 | |
| **Total Partner** | | **26.10** | |
| MATZ TJ | 04/16/07 | 1.60 | CONSIDERING AND REVIEWING MATTERS RE: 1113/1114 STATUS CONFERENCE (0.9); FURTHER CONSIDERATION OF 1113/1114 STATUS OPTIONS, STATUS CONFERENCE (0.7). |
| MATZ TJ | 04/17/07 | 4.40 | REVIEWING 1113/1114 ALTERNATIVES, STATUS CONFERENCE (0.8); TELECONFERENCE WITH J. KASTIN RE: SAME (0.3); FURTHER CALL WITH J. KASTIN RE: SAME (0.2); CONTINUING REVIEW OF 1113/1114 PROCEDURAL MATTERS (0.9); MEETING WITH T. JERMAN, J. KOHN, R. JANGER, J. KASTIN RE: 1113/1114 STATUS CONFERENCES, ALTERNATIVE COURSES OF ACTION (1.2); REVIEWING AND FURTHER CONSIDERATION OF SAME (1.0). |
| MATZ TJ | 04/18/07 | 2.40 | CORRESPONDENCE WITH L. PETERSEN RE: DETRICK MOTION (0.1); REVIEW PRIOR MATTER (0.3); PREPARE AND FORWARD 1113/1114 STATUS CONFERENCE MOTION TO COUNSEL (0.3); REVIEW AND REVISE SECOND DETRICK MOTION (0.2); CORRESPONDENCE WITH J. KASTIN, B. SAX RE: SAME (0.2); FURTHER REVIEW AND PREPARATION RE: 1113/1114 STATUS CONFERENCE, ALTERNATIVE (1.1); TELECONFERENCE WITH CHAMBERS RE: TELEPHONIC PARTICIPANTS IN STATUS CONFERENCE (0.2). |
| MATZ TJ | 04/19/07 | 1.40 | PREPARATION FOR 1113/1114 MEET AND CONFER WITH B. MEHLSACK, M. ROBBINS, D. RILEY (IUOE,IBEW, IAM) (0.3); ATTENDING MEET AND CONFER (0.8); REVIEW DRAFT MOTION TO DISMISS 1113/1114 MOTION ISSUES (0.3). |
| MATZ TJ | 04/20/07 | 2.50 | PREPARATION FOR 1113/1114 STATUS CONFERENCE (0.5); ATTENDING STATUS CONFERENCE (1.1); DISCUSSION WITH B. MEHLSACK RE: FURTHER CONFERENCES ORDERS (0.2); REVIEW DRAFT MOTION TO WITHDRAW 1113/1114 MOTION (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 04/23/07 | 0.60 | REVIEW AND REVISE DRAFT FIRST AMENDED 1113/1114 SUSPENSION ORDER (0.6). |
| MATZ TJ | 04/24/07 | 0.90 | TELECONFERENCES WITH B. MEHLSACK RE: RULING DEADLINE EXTENSION (0.2); TELECONFERENCES WITH M. ROBBINS RE: SAME (0.1); TELECONFERENCES WITH L. PETERSON RE: SAME (0.2); TELECONFERENCES WITH B. CECCOTTI RE: RULING DEADLINE EXTENSION (0.2); CORRESPONDENCE WITH P. O'HERN RE: RULING DEADLINE (0.2). |
| MATZ TJ | 04/25/07 | 1.20 | TELECONFERENCES WITH CHAMBERS RE: 1113/1114 SCHEDULING MATTER (0.3); REVISE AND DISTRIBUTE TO UNION COUNSEL PURPOSED FIRST AMENDED 1113/1114 SUSPENSION ORDER (0.9). |
| MATZ TJ | 04/26/07 | 0.50 | FINAL REVIEW OF PROPOSED FIRST AMENDED 1113/1114 SUSPENSION ORDER (0.2); CORRESPONDENCE WITH M. ROBBINS RE: FIRST AMENDED 1113/1114 SUSPENSION ORDER (0.3). |
| | | **15.50** | |
| **Total Counsel** | | **15.50** | |
| HARDIN AS | 04/16/07 | 4.50 | WORKING GROUP EMAIL EXCHANGE RE: PROCEDURAL ISSUES RELATED TO EMPLOYEE MATTERS (0.4); RESEARCH RELATED PROCEDURAL ISSUE (4.1). |
| HARDIN AS | 04/17/07 | 9.60 | RESEARCH AND DRAFT MEMOS RE: PROCEDURAL ISSUES RELATED TO EMPLOYEE MATTERS (8.5); WORKING GROUP MEETING RE: SAME (1.1). |
| HARDIN AS | 04/18/07 | 3.30 | RESEARCH AND DRAFT MEMO RE: PROCEDURAL ISSUES RELATED TO EMPLOYEE MATTERS (3.1); EMAIL EXCHANGE WITH J. KASTIN RE: SAME (0.2). |
| HARDIN AS | 04/19/07 | 0.80 | REVIEW DRAFT MOTION AND FORM OF ORDER RE: EMPLOYEE MATTERS (0.8). |
| HARDIN AS | 04/20/07 | 2.90 | REVISE PROCEDURE MOTION CONCERNING EMPLOYMENT MATTERS (2.9). |
| HARDIN AS | 04/23/07 | 3.10 | REVIEW AND REVISE SCHEDULING ORDERS (3.1). |
| | | **24.20** | |
| KOHUT RD | 04/17/07 | 1.30 | ATTENDANCE AT 1113 MEETING (1.3). |
| KOHUT RD | 04/30/07 | 2.10 | LABOR RESTRUCTURING ISSUES LIST DRAFTING (0.7); COMMUNICATIONS AND DISCUSSIONS ABOUT RESTRUCTURING ISSUES LIST (1.4). |
| | | **3.40** | |
| MACDONALD N | 04/24/07 | 6.20 | REVIEW ATTRITION PLAN PLEADINGS RELATED TO PENDING WTC APPEALS (6.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 04/25/07 | 3.10 | CONTINUE REVIEW OF ATTRITION PLAN AND OTHER PLEADINGS AND DOCUMENTS RELATED TO PENDING WTC APPEALS (3.1). |
| MACDONALD N | 04/26/07 | 6.20 | CONTINUE REVIEW OF ATTRITION PLAN AND OTHER PLEADINGS AND DOCUMENTS RELATED TO PENDING WTC APPEALS (6.2). |
| MACDONALD N | 04/27/07 | 7.70 | CONTINUE REVIEW OF ATTRITION PLAN AND OTHER PLEADINGS AND DOCUMENTS RELATED TO PENDING WTC APPEALS (7.7). |
| MACDONALD N | 04/30/07 | 6.40 | CONTINUE REVIEW OF ATTRITION PLAN AND OTHER PLEADINGS AND DOCUMENTS RELATED TO PENDING WTC APPEALS (6.4). |
| | | **29.60** | |
| STUART NL | 04/10/07 | 3.40 | RESEARCH RE: INTERIM RELIEF UNDER 1113(E) AND NO SALE PROVISIONS (3.4). |
| STUART NL | 04/11/07 | 1.80 | RESEARCH RE: OBJECTIONS TO 1113 MOTIONS AND LABOR UNION CLAIMS (1.8). |
| STUART NL | 04/18/07 | 7.80 | RESEARCH RE: WITHDRAWAL/DISMISSAL OF MOTIONS (0.7); RESEARCH AND DRAFT MOTION TO DISMISSAL 1113 MOTION (6.7); ADDITIONAL REVISIONS TO 1113 DISMISSAL MOTION (0.4). |
| STUART NL | 04/19/07 | 4.10 | DRAFT AND REVISE ORDER FOR DISMISSAL OF 1113 MOTION (1.2); ADDITIONAL RESEARCH RE: 1113 DISMISSAL MOTION (2.9). |
| STUART NL | 04/20/07 | 3.40 | REVIEW AND REVISE 1113 DISMISSAL MOTION (1.6); ADDITIONAL RESEARCH RE: 1113 DISMISSAL MOTION (1.8). |
| | | **20.50** | |
| **Total Associate** | | **77.70** | |
| CHAVALI A | 04/12/07 | 1.20 | DISTRIBUTE LABOR SCHEDULING ORDERS (1.2). |
| CHAVALI A | 04/18/07 | 2.00 | SEND EMAIL NOTIFICATION FOR STATUS CONFERENCE PARTICIPATION (0.7); SET UP RESTRICTED PARTICIPANT CALL WITH VENDOR (0.4); DISTRIBUTE DIAL-IN INFORMATION TO PARTICIPANTS (0.3); DISTRIBUTE LABOR SCHEDULING ORDERS (0.6). |
| CHAVALI A | 04/20/07 | 2.20 | SET UP CONFERENCE CALL FOR STATUS CONFERENCE (0.6); ATTEND STATUS CONFERENCE (1.3); ORGANIZE FILES AFTER CONFERENCE CALL (0.3). |
| CHAVALI A | 04/23/07 | 2.70 | GATHER AND PREPARE CONTACT INFORMATION SHEET FOR UNION COUNSEL (0.6); REVIEW AFFIDAVIT OF SERVICE PRIOR TO FILING (1.3); DISTRIBUTE PLEADINGS RE: ATTRITION PLANS (0.8). |
| CHAVALI A | 04/25/07 | 1.20 | REVISE UNION COUNSEL CONTACT INFORMATION (0.4); REVIEW AFFIDAVIT OF SERVICE (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 04/27/07 | 0.60 | DISTRIBUTE SUSPENSION ORDERS (0.4); COORDINATE SERVICE OF SUSPENSION ORDERS (0.2). |
| | | 9.90 | |
| ~~DEMMA J~~ | ~~04/24/07~~ | ~~2.10~~ | ~~PREPARE RELEVANT ATTRITION PROGRAM PLEADINGS FOR ATTORNEY REVIEW (2.1).~~ |
| | | ~~2.10~~ | |

**Total Legal Assistant**            12.00

**TOTAL TIME**                       <u>131.30</u>

B43E

**Delphi Corporation (DIP)**
**Employee Matters (Labor Unions)**

**Bill Date: 05/31/07**
**Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/06/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 3.39 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 42.41 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$46.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.50 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.28 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.02 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.19 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Westlaw | 04/10/07 | Stuart NL | 77.94 |
| Westlaw | 04/18/07 | Stuart NL | 119.79 |
| Westlaw | 04/19/07 | Stuart NL | 40.73 |
| Westlaw | 04/19/07 | Boden JR | 315.88 |
| Westlaw | 04/19/07 | Yates EA | 11.66 |
| | | **TOTAL WESTLAW** | **$566.00** |
| | | **TOTAL MATTER** | **$613.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**          Bill Date: 06/30/07
**Employee Matters (Labor Unions)**          Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~BERKE JS~~ | ~~05/04/07~~ | ~~0.40~~ | ~~COLLECTIVE BARGAINING TEAM DISCUSSIONS (0.4).~~ |
| ~~BERKE JS~~ | ~~05/23/07~~ | ~~4.40~~ | ~~PRE-MEETING TO REVIEW FOR MEET AND CONFER (0.8); MEET AND CONFER (1.2); POST MEETING WITH L. PETERSON (0.8); SUBSEQUENT MEETING WITH T. KENNEDY (0.8); DRAFT EMAIL REPORT TO B. SAX ON L. PETERSON AND T. KENNEDY MEETINGS (0.8).~~ |
|  |  | ~~4.80~~ |  |
| BUTLER, JR. J | 05/14/07 | 1.70 | RECEIVE AND BEGIN TO EVALUATE UAW PROPOSAL (0.6); PREPARE FOR AND ATTEND (1.1) SENIOR LEADERSHIP MEETING AT COMPANY IN TROY WITH S. MILLER, R. O'NEAL, K. BUTLER ET. AL. TO REVIEW UAW PROPOSAL AND NEXT STEPS. |
| BUTLER, JR. J | 05/15/07 | 1.80 | CONTINUE TO EVALUATE UAW PROPOSAL (0.8); PREPARE FOR AND ATTEND (1.0) SENIOR LEADERSHIP MEETING AT COMPANY IN TROY WITH S. MILLER, R. O'NEAL, K. BUTLER ET. AL. TO REVIEW PRELIMINARY ANALYSIS OF UAW PROPOSAL AND NEXT STEPS. |
| BUTLER, JR. J | 05/16/07 | 2.70 | CONTINUE TO EVALUATE UAW PROPOSAL INCLUDING CONFERENCE WITH R. O'NEAL, J. SHEEHAN, M. WEBER, K. BUTLER AND J. BERTRAND AT COMPANY IN TROY RE: NEXT STEPS (1.2); EMAILS TO/FROM STATUTORY COMMITTEES, APPALOOSA AND PARDUS RE: SAME (0.3); PREPARE FOR (0.4) AND ATTEND (0.8) MEETING WITH B. SAX AND S. CORCORAN AT COMPANY IN TROY RE: REVIEW OF LANGUAGE RE: LABOR BARGAINING MATTERS. |
| BUTLER, JR. J | 05/17/07 | 0.70 | CONTINUE TO EVALUATE UAW PROPOSAL INCLUDING WORKING GROUP TELECONFERENCE WITH R. O'NEAL, J. SHEEHAN, K. BUTLER AND J. BERTRAND RE: NEXT STEPS (0.7). |
| BUTLER, JR. J | 05/18/07 | 1.10 | CONTINUE TO REVIEW AND REVISE GM/UAW BENEFIT GUARANTY AGREEMENT LANGUAGE (0.4); BEGIN TO PREPARE FOR MAY 23RD MEET AND CONFER WITH LABOR UNIONS IN NEW YORK CITY (0.3); REVIEW STATUS OF LABOR DISCUSSIONS, OPEN ISSUES, DRAFT MATERIALS AND NEXT STEPS (0.4). |
| BUTLER, JR. J | 05/20/07 | 1.00 | CONTINUE TO REVIEW AND REVISE GM/UAW BENEFIT GUARANTY AGREEMENT LANGUAGE (0.7); CONTINUE TO PREPARE FOR MAY 23RD MEETING AND CONFER WITH LABOR UNIONS IN NEW YORK CITY (0.3). |
| BUTLER, JR. J | 05/21/07 | 0.60 | CONTINUE TO REVIEW UAW COUNTEROFFER AND DELPHI CONTROL DOCUMENT (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    05/22/07    1.00    PREPARE FOR MAY 23RD SECTION 1113/1114
                                     MEETING AND CONFERENCE IN NEW YORK WITH
                                     REPRESENTATIVES OF DELPHI, STATUTORY
                                     COMMITTEES, LABOR UNIONS, GM AND PLAN
                                     INVESTORS (0.3); CONTINUE TO REVIEW AND
                                     REVISE PARAGRAPHS 20 AND 22 OF UAW
                                     BENEFIT GUARANTY AGREEMENT PER
                                     DISCUSSIONS WITH S. CORCORAN AND B. SAX
                                     (0.4); REVIEW UPDATED UAW CONTROL
                                     DOCUMENT (0.3).

BUTLER, JR. J    05/23/07    5.60    EMAILS TO/FROM T. KENNEDY RE: MEET AND
                                     CONFER MATTERS (0.3); TELECONFERENCES
                                     WITH K. BUTLER (0.2) AND B. SAX (0.2) RE:
                                     SAME); PREPARE FOR (0.3) AND ATTEND
                                     (0.7) SECTION 1113/1114 MEETING AND
                                     CONFERENCE IN NEW YORK WITH
                                     REPRESENTATIVES OF DELPHI, STATUTORY
                                     COMMITTEES, LABOR UNIONS, GM AND PLAN
                                     INVESTORS; POST-MEETING CONFERENCES
                                     WITH IUE-CWA AND USW COUNSEL RE: LABOR
                                     MATTERS (0.7); REVIEW AND REVISE
                                     PARAGRAPHS 20 AND 22 OF UAW BENEFIT
                                     GUARANTY AGREEMENT PER DISCUSSIONS WITH
                                     S. CORCORAN AND B. SAX (2.9); EMAILS
                                     FROM/TO B. MEHLSACK, K. BUTLER AND B.
                                     SAX RE: MAY 30TH IUOE/IAM/IBEW MEETING
                                     AND CONFERERENCE (0.3).

BUTLER, JR. J    05/24/07    0.80    CONTINUE TO REVIEW PARAGRAPHS 20 AND 22
                                     OF UAW BENEFIT GUARANTY AGREEMENT
                                     INCLUDING EMAILS FROM/TO B. SAX (0.3);
                                     REVIEW STATUS OF LABOR DISCUSSIONS AND
                                     UPDATED BARGAINING CONTROL DOCUMENT AND
                                     RELATED MATERIALS (0.3); REVIEW AND
                                     COMMENT ON DRAFT AMENDED SUSPENSION
                                     ORDER FOR SECTION 1113/1114 MOTION
                                     (0.2).

BUTLER, JR. J    05/25/07    0.80    REVIEW GM RESPONSE TO REVISED
                                     PARAGRAPHS 22 OF THE UAW BENEFIT
                                     GUARANTY AGREEMENT AND TELECONFERENCE
                                     WITH B. SAX RE: SAME AND MAY 29TH
                                     TELECONFERENCE WITH GM RE: SAME (0.3);
                                     EMAILS TO/FROM B. SAX AND F. KUPLICKI
                                     RE: SAME (0.1); REVIEW REVISED CONTROL
                                     DOCUMENT (0.3); EMAIL FROM J. BERTRAND
                                     RE: SAME (0.1).

BUTLER, JR. J    05/28/07    0.30    PREPARE FOR MAY 29TH TELECONFERENCE
                                     WITH GM RE: REVISED PARAGRAPHS 22 OF THE
                                     UAW BENEFIT GUARANTY AGREEMENT (0.3).

BUTLER, JR. J    05/29/07    2.30    PREPARE FOR (0.2) AND PARTICIPATE IN
                                     (0.4) TELECONFERENCE WITH B. SAX, F.
                                     KUPLICKI AND GM REPRESENTATIVES RE:
                                     REVISED PARAGRAPHS 20 AND 22 OF THE UAW
                                     BENEFIT GUARANTY AGREEMENT; PREPARE FOR
                                     (WITH J. SHEEHAN) (0.2) AND PARTICIPATE
                                     IN (1.5) BARGAINING OVERSIGHT REVIEW
                                     MEETING AT COMPANY IN TROY.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 05/30/07 | 0.80 | CONTINUE TO WORK ON UAW-DELPHI-GM BENEFIT GUARANTY TERMSHEET MATTERS (0.6); EMAILS TO/FROM B. MEHLSACK AND M. ROBBINS REGARDING SPLINTER UNION MEET AND CONFER MEETING (0.2). |
| BUTLER, JR. J | 05/31/07 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) SECTION 1113/1114 CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT. |
| | | **21.60** | |
| FURFARO JP | 05/01/07 | 1.60 | REVIEW OF POR MATERIALS/FOLLOW UP ITEMS (1.6). |
| FURFARO JP | 05/02/07 | 2.30 | REVIEW OF MATERIALS FOR POR (2.3). |
| FURFARO JP | 05/03/07 | 2.50 | REVIEW ADDITIONAL MATERIALS RE: LABOR REQUESTS/GM SUPPORT (1.7); CONFERENCE WITH B. SAX, T. JERMAN RE: POR (0.8). |
| FURFARO JP | 05/04/07 | 0.30 | REVIEW OF POR MATERIALS/CONFERENCE. B. SAX (0.3). |
| FURFARO JP | 05/10/07 | 0.90 | REVIEW OF POR MATERIALS (0.9). |
| FURFARO JP | 05/14/07 | 1.10 | REVIEW OF MATERIALS RE: POR (0.8); REVIEW OF USW MOTION (0.2); SCHEDULING RE: MAY CONFERENCE. (0.1). |
| FURFARO JP | 05/15/07 | 0.90 | REVIEW OF RETENTION RE: 1113 PROCEEDINGS AND STATUS OF SAME (0.9). |
| FURFARO JP | 05/16/07 | 2.50 | REVIEW OF PROPOSAL (1.1); REVIEW OF RELATED CBAS (1.0); REVIEW OF STATUS OF USW MOTION (0.1); REVIEW OF STATUS OF 1113/1114 MOTION (0.3). |
| FURFARO JP | 05/17/07 | 0.60 | REVIEW OF DRAFT MOTION/RESEARCH RE: EXTENSIONS (0.6). |
| FURFARO JP | 05/18/07 | 0.70 | PLANNING FOR MEET AND CONFER (0.7). |
| FURFARO JP | 05/22/07 | 0.50 | UPDATE CONFERENCE WITH B. SAX, T. JERMAN (0.5). |
| FURFARO JP | 05/23/07 | 3.00 | PREP FOR/ATTEND MEET AND CONFER RE: 1113/1114 (1.8); REVIEW OF EMAIL SUMMARY (0.3); REVIEW OF BENEFITS GUARANTEE PROVISIONS (0.7); REVIEW OF SCHEDULING ORDER (0.2). |
| FURFARO JP | 05/24/07 | 1.80 | REVIEW OF DRAFT ORDER/REVISIONS (0.2); REVIEW OF CBA MATERIALS (1.6). |
| FURFARO JP | 05/29/07 | 1.10 | REVIEW OF UPDATE TO PROPOSALS (0.9); REVIEW OF SCHEDULING ITEMS FOR 5/31 (0.2). |
| FURFARO JP | 05/31/07 | 0.30 | REVIEW OF ITEMS FOR COURT APPEARANCE (0.3). |
| | | **20.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MARAFIOTI KA | 05/02/07 | 0.20 | CONSIDER LABOR ISSUES (0.2). |
|---|---|---|---|
| MARAFIOTI KA | 05/03/07 | 0.50 | TELECONFERENCE WITH B. SAX AND T. JERMAN RE: PLAN PROCESS (0.5). |
| MARAFIOTI KA | 05/16/07 | 0.50 | REVIEW UAW COUNTERPROPOSAL (0.5). |
| MARAFIOTI KA | 05/21/07 | 0.10 | CONSIDER ISSUES RE: DETRICK (0.1). |
| MARAFIOTI KA | 05/23/07 | 2.00 | LABOR MEET AND CONFER WITH COUNSEL TO ALL UNIONS (0.6); MEET AND CONFER WITH LOWELL PETERSON (USW) (0.2); MEET AND CONFER WITH T. KENNEDY (0.5); FOLLOWUP STRATEGY DEVELOPMENT (0.3); CORRESPONDENCE TO B. SAX RE: MEETINGS (0.2); WORK ON SECOND AMENDED ORDER SUSPENDING 1113/1114 PROCEEDINGS (0.2). |
| MARAFIOTI KA | 05/24/07 | 0.10 | WORK ON ORDER RE: EXTENSION OF SECTION 1113 DEADLINE (0.1). |
| MARAFIOTI KA | 05/31/07 | 0.80 | STATUS CONFERENCE RE: 1113/1114); (0.2) CONFERENCES WITH UNION AND OTHER COUNSEL IN COURT (0.6). |
| | | **4.20** | |
| MEISLER RE | 05/02/07 | 0.50 | DRAFT CORRESPONDENCE RE: CHR ANALYSIS (0.3); REVIEW CORRESPONDENCE RE: NEGOTIATIONS (0.2). |
| MEISLER RE | 05/14/07 | 0.20 | REVIEW CORRESPONDENCE RE: USW MOTION ON BEHALF OF T. DETERICK (0.2). |
| MEISLER RE | 05/15/07 | 0.50 | REVIEW UAW PROPOSAL (0.5). |
| MEISLER RE | 05/16/07 | 0.50 | CONTINUE REVIEW AND ANALYSIS OF LABOR PROPOSAL (0.5). |
| MEISLER RE | 05/24/07 | 0.40 | REVIEW AND ANALYZE UAW PROPOSAL (0.4). |
| | | **2.10** | |
| **Total Partner** | | **52.80** | |
| MACDONALD N | 05/01/07 | 3.40 | CONTINUE REVIEW OF ATTRITION PLAN AND OTHER PLEADINGS AND DOCUMENTS RELATED TO PENDING WTC APPEALS (3.4). |
| MACDONALD N | 05/02/07 | 6.40 | CONTINUE REVIEW OF ATTRITION PLAN AND OTHER PLEADINGS AND DOCUMENTS RELATED PENDING WTC APPEALS (6.4). |
| MACDONALD N | 05/07/07 | 1.90 | REVIEW DOCUMENTS AND PLEADINGS RELATED TO WTC APPEAL (1.2); ATTEND IN-CHAMBERS CONFERENCE RE: WTC APPEAL (0.7). |
| | | **11.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 05/02/07 | 0.50 | CORRESPONDENCE WITH M. ROBBINS RE: STATUS CONFERENCE (0.2); TELECONFERENCE WITH M. ROBBINS RE: SAME (0.1); TELECONFERENCE WITH B. SAX RE: USW DETRICK MOTION (0.2). |
|---|---|---|---|
| MATZ TJ | 05/08/07 | 0.10 | CORRESPONDENCE WITH B. SAX, J. KASTIN RE: USW DETRICK MOTION (0.1). |
| MATZ TJ | 05/14/07 | 0.30 | CORRESPONDENCE WITH M. RIELA RE: USW DETRICK MOTION (0.2); CONFERENCE WITH B. SAX RE: USW DETRICK MOTION (0.1). |
| MATZ TJ | 05/16/07 | 1.10 | CORRESPONDENCE WITH B. SAX AND J. KASTIN RE: USW DETRICK MOTION (0.3); TELECONFERENCE WITH B. SAX RE: SAME (0.2); TELECONFERENCE WITH M. RIELA RE: USW DETRICK MOTION (0.2); REVIEW UAW COUNTEROFFER (0.4). |
| MATZ TJ | 05/21/07 | 0.40 | CORRESPONDENCE WITH B. SAX, L. PETERSON RE: DETRICK MOTION (0.4). |
| MATZ TJ | 05/22/07 | 3.90 | CONFERENCE CALL WITH B. SAX, T. JERMAN, RE: LABOR MATTERS (0.7); TELECONFERENCE WITH B. SAX RE: DETRICK MOTION (0.2); FOLLOW UP DISCUSSION WITH J. KASTIN RE: SAME (0.3); TELECONFERENCE WITH J. KASTIN RE: RENEWED DETRICK MOTION, POSSIBLE RESPONSE (0.3); PREPARATION FOR 1113/1114 MEET AND CONFER (4/20 NOTES, ORDERS, TELEPHONIC PARTICIPATION) (1.2); CORRESPONDENCE WITH B. MEHLSACK RE: SAME (0.2); TELECONFERENCE WITH L. PETERSEN RE: SAME (0.2); TELECONFERENCE WITH B. CECCOTTI RE: SAME (0.2); CORRESPONDENCE WITH P. O'HERN OF MERCEDES RE: MEET AND CONFER (0.2); FURTHER TELECONFERENCE WITH P. O'HERN RE: SAME (0.2); TELECONFERENCE FROM CHAMBERS RE: MEET AND CONFER, STATUS CONFERENCE (0.2). |
| MATZ TJ | 05/24/07 | 1.10 | REVIEWING AND COMMENTING ON DRAFT SECOND AMENDED 1113/1114 SUSPENSION ORDER (0.3); TELECONFERENCE TO CHAMBERS RE: STATUS CONFERENCE (0.2); TELECONFERENCE FROM P. O'HEARN RE: SAME (0.2); DISCUSSION WITH S. JENNICK RE: SAME AND PROPOSED ORDER (.2); REVIEWING DRAFT 1113/1114 ORDER FOR COUNSEL APPROVAL (0.2). |
| MATZ TJ | 05/25/07 | 0.70 | REVIEWING AND COMMENTING ON USW (DETRICK) SCRIPT (0.2); TELECONFERENCE WITH J. KASTIN RE: SAME (0.1); CORRESPONDENCE WITH P. O'HERN (0.1); CORRESPONDENCE WITH B. ROSENBERG (0.1); SECOND AMENDED SUSPENSION ORDER AND TELECONFERENCE WITH CHAMBERS RE: STATUS CONFERENCE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 05/29/07 | 0.80 | TELECONFERENCES WITH CHAMBERS RE: 5/31 STATUS CONFERENCE, 6/26 STATUS CONFERENCE (0.4); CORRESPONDENCE TO COUNSEL TO UAW, IAM/IBEW, APPALOOSA AND WILMINGTON TRUST RE: PROPOSED SECOND AMENDED SUSPENSION ORDER (0.4). |
|---------|----------|------|------|
| MATZ TJ | 05/30/07 | 1.90 | CORRESPONDENCE WITH ALL 1113/1114 COUNSEL RE: 5/31 STATUS CONFERENCE (0.3); TELECONFERENCE WITH D. HOCK RE: PROPOSED AMENDED 1113/1114 SUSPENSION ORDER (0.2); TELECONFERENCE WITH B. MEHLSACK RE: SAME (0.2); CORRESPONDENCE WITH M. ROBBINS RE: SAME (0.2); FINALIZING SECOND AMENDED 1113/1114 SUSPENSION ORDER (0.2); PREPARATION FOR 5/31 STATUS CONFERENCE (0.5); TELECONFERENCE WITH CHAMBERS RE: 5/31 STATUS CONFERENCE, ATTENDEES (0.2); TELECONFERENCE FROM J. KASTIN RE: DISCLOSURE STATEMENT (0.3). |
| MATZ TJ | 05/31/07 | 1.10 | TELECONFERENCE WITH CHAMBERS RE: STATUS CONFERENCE, TELECONFERENCE PARTICIPATION (0.3); TELECONFERENCES WITH J. HARTLEY RE: SAME (0.2); TELECONFERENCE WITH B. SAX RE: SAME (0.1); TELECONFERENCE WITH M. ROBINS RE: SAME (0.1); TELECONFERENCE WITH B. MEHLSACK RE: SAME (0.1); CORRESPONDENCE WITH L. PETERSON RE: 1113/1114 STATUS CONFERENCE (0.1); ATTENDING 1113/1114 STATUS CONFERENCE (0.2). |
| | | **11.90** | |
| RAMLO K | 05/24/07 | 3.20 | REVIEW MATERIALS ON LABOR AGREEMENTS AND NEGOTIATIONS (3.2). |
| RAMLO K | 05/25/07 | 0.50 | CONTINUE REVIEW OF MATERIALS ON LABOR NEGOTIATIONS (0.5). |
| RAMLO K | 05/29/07 | 1.30 | REVISE STATUS REPORT FOR CLARION DISTRICT COURT ACTION (0.5); REVIEW MATERIALS ON ATTRITION PROGRAMS (0.8). |
| RAMLO K | 05/31/07 | 2.60 | CONTINUE REVIEW OF ATTRITION MATERIALS (2.2); FURTHER REVIEW OF LABOR NEGOTIATION MATERIALS (0.4). |
| | | **7.60** | |
| **Total Counsel** | | **31.20** | |
| ~~DE ELIZALDE D~~ | ~~05/24/07~~ | ~~1.50~~ | ~~ANALYSIS OF THE NORTHWEST DECISIONS ON DAMAGES ARISING OUT OF REJECTION OF COLLECTIVE BARGAINING AGREEMENTS (1.5).~~ |
| | | ~~1.50~~ | |

B43E

| FERN BM | 05/15/07 | 2.60 | REVIEW CHR CLAIM (0.5); COMMENT ON ISSUES RE: CHR CLAIM (2.1). |
|---|---|---|---|
| FERN BM | 05/16/07 | 4.00 | ADDITIONAL ATTENTION TO ANALYSIS OF CHR CLAIMS (0.6); REVIEWED AND COMMENTED ON CLAIM STRATEGY (1.3); REVISED PRESENTATION (2.1). |
| FERN BM | 05/17/07 | 1.10 | REVISED PRESENTATION RE: CHR CLAIM (0.9); EMAIL TO D. UNRUE RE: SAME (0.2). |
| FERN BM | 05/23/07 | 0.60 | EMAILS TO/FROM D. UNRUE RE: CHR CLAIMS (0.3); RESEARCH RE: EFFECT OF REJECTION (0.3). |
| FERN BM | 05/25/07 | 0.20 | EMAILS TO/FROM D. UNRUE RE: CHR ANALYSIS (0.2). |
| | | **8.50** | |
| GANITSKY DI | 05/30/07 | 2.20 | REVIEW UAW COUNTERPROPOSAL (1.5); TELECONFERENCES WITH CLIENT TEAM RE: RECENT DEVELOPMENTS (0.7). |
| | | **2.20** | |
| KOHUT RD | 05/04/07 | 0.40 | COLLECTIVE BARGAINING TEAM DISCUSSIONS (0.4). |
| KOHUT RD | 05/18/07 | 0.60 | COMMUNICATIONS TO SCHEDULE 1113/1114 MEET & CONFER (0.6). |
| KOHUT RD | 05/21/07 | 0.80 | CORRESPONDENCE TO ARRANGE LABOR CALL WITH B. SAX AND T. JERMAN (0.5); REVIEW OF LABOR RELATIONS STATUS (0.3). |
| KOHUT RD | 05/22/07 | 1.30 | COLLECTIVE BARGAINING STRATEGY CALL WITH B. SAX AND T. JERMAN (0.8); MEET AND CONFER CORRESPONDENCE AND PREPARATIONS (0.5). |
| KOHUT RD | 05/23/07 | 4.70 | MEET AND CONFER CONFERENCE PREPARATION (0.6), PRE-CONFERENCE STRATEGY DISCUSSIONS (0.6), ATTENDANCE AT MEET AND CONFER (0.8); UPDATE OF J. KASTIN OF OMM (0.4), DRAFT OF SECOND AMENDED 1113 SUSPENSION ORDER (2.3). |
| KOHUT RD | 05/24/07 | 3.20 | REVISIONS TO PROPOSED SECOND AMENDED 1113 SUSPENSION ORDER (3.0); FORWARDING OF SUCH ORDER TO COUNSEL (0.2). |
| KOHUT RD | 05/25/07 | 0.90 | REVIEW AND SUMMARIZATION OF COUNSEL CONSENT EMAILS TO PROPOSED 1113/1114 SUSPENSION ORDER (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KOHUT RD | 05/29/07 | 2.00 | DRAFTING OF SECOND AMENDED GM SUSPENSION ORDER (1.3); REVIEW AND SUMMARIZATION OF COUNSEL CONSENT EMAILS TO PROPOSED 1113/1114 SUSPENSION ORDER (0.3); DRAFTING OF 1113/1114 INTERNAL TELECONFERENCE STATUS UPDATE (0.4). |
| KOHUT RD | 05/30/07 | 0.50 | STATUS CONFERENCE PREPARATIONS (0.3) AND SIGN-OFF REVIEW (0.2). |
| KOHUT RD | 05/31/07 | 1.00 | ATTENDANCE AT STATUS CONFERENCE (0.7); SUMMARIZATION OF STATUS CONFERENCE (0.3). |
| | | **15.40** | |
| PERL MW | 05/25/07 | 0.20 | REVIEW DOCUMENTS RE: UAW NEGOTIATIONS (0.2). |
| PERL MW | 05/27/07 | 0.50 | REVIEW UAW RELATED MATERIALS (0.5). |
| PERL MW | 05/29/07 | 0.30 | REVIEW PRECEDENT RE ATTRITION MOTION (0.3). |
| PERL MW | 05/31/07 | 2.70 | REVIEW PRECEDENT AND RELATED DOCUMENTS IN CONNECTION WITH POTENTIAL DRAFTING OF MOTION (2.7). |
| | | **3.70** | |
| **Total Associate** | | **31.30** | |
| CHAVALI A | 05/01/07 | 0.40 | DISTRIBUTE SUSPENSION ORDERS (0.4). |
| CHAVALI A | 05/02/07 | 1.70 | UPDATE UNIONS COUNSEL CONTACT INFORMATION LIST (0.7); LABOR UNION RELATED RESEARCH (0.6); FOLLOW UP RE: RETURNED MAIL (0.4). |
| CHAVALI A | 05/22/07 | 2.40 | PREPARE PLEADINGS PACKAGE FOR 1113/1114 MEET AND CONFER (1.8);  ASSIST WITH REMINDER EMAIL TO MEET AND CONFER PARTICIPANTS (0.6). |
| CHAVALI A | 05/23/07 | 1.90 | SEARCH AND DISTRIBUTE FIRST AMENDED 1113/1114 SUSPENSION ORDER (1.3); LOCATE CONTACT INFORMATION/ EMAIL ADDRESSES FOR 1113/1114 RELATED COUNSEL (0.6). |
| CHAVALI A | 05/29/07 | 1.80 | DRAFT CHART OF RESPONSES TO THE SECOND AMENDED SUSPENSION ORDER (1.6); DISTRIBUTE USW PLEADINGS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 05/30/07 | 3.80 | DISTRIBUTE USW UNREDACTED PLEADINGS (1.4); PREPARE BINDER OF RESPONSES FOR CLAIMS HEARING (2.4). |
| CHAVALI A | 05/31/07 | 1.10 | SET UP CONFERENCE CALL FOR STATUS CALL (0.4); DISTRIBUTE DIAL IN NUMBER TO PARTICIPANTS (0.3); PREPARE SUSPENSION ORDERS ON DISK FOR SUBMISSION (0.4). |
| | | 13.10 | |
| DONNELLY NP | 05/29/07 | 6.80 | ASSIST WITH THE INDEX/CATALOG OF LABOR MATERIALS (6.8). |
| | | 6.80 | |
| Total Legal Assistant | | 19.90 | |
| TOTAL TIME | | 135.20 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (Labor Unions)**

**Bill Date: 06/30/07**
**Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/06/07 | MacDonald N | 1,077.35 |
| Air/Rail Travel - vendor feed | 05/07/07 | MacDonald N | 538.65 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,616.00** |
| In-house Reproduction | 05/04/07 | Copy Center, D | 33.94 |
| In-house Reproduction | 05/08/07 | Copy Center, D | 6.77 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 16.03 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 31.46 |
| In-house Reproduction | 05/25/07 | Copy Center, D | 0.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$89.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.05 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 4.65 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.32 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.23 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.73 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Lexis/Nexis | 05/23/07 | Fern BM | 65.00 |
| | | **TOTAL LEXIS/NEXIS** | **$65.00** |
| Vendor Hosted Teleconferencing | 04/19/07 | Teleconferencing Services, LLC | 60.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$60.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel (external) | 05/22/07 | Butler, Jr. J | 265.40 |
| Air/Rail Travel (external) | 05/30/07 | Butler, Jr. J | 124.60 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$390.00** |
| Out-of-Town Travel | 05/06/07 | MacDonald N | 35.01 |
| Out-of-Town Travel | 05/06/07 | MacDonald N | 42.01 |
| Out-of-Town Travel | 05/07/07 | MacDonald N | 478.66 |
| Out-of-Town Travel | 05/07/07 | MacDonald N | 15.00 |
| Out-of-Town Travel | 05/07/07 | MacDonald N | 18.00 |
| Out-of-Town Travel | 05/07/07 | MacDonald N | 35.01 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 15.00 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 20.67 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 640.50 |
| Out-of-Town Travel | 05/22/07 | Butler, Jr. J | 53.34 |
| Out-of-Town Travel | 05/30/07 | Butler, Jr. J | 6.00 |
| Out-of-Town Travel | 05/30/07 | Butler, Jr. J | 34.68 |
| Out-of-Town Travel | 05/30/07 | Butler, Jr. J | 206.12 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,600.00** |
| Out-of-Town Meals | 05/06/07 | MacDonald N | 45.22 |
| Out-of-Town Meals | 05/22/07 | Butler, Jr. J | 17.74 |
| Out-of-Town Meals | 05/30/07 | Butler, Jr. J | 8.04 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$71.00** |
| Outside Re- search/Internet Services | 04/05/07 | Pacer Service Center | 0.88 |
| Outside Re- search/Internet Services | 05/01/07 | LexisNexis Courtlink Inc. | 179.12 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$180.00** |
| | | **TOTAL MATTER** | **$4,079.00** |