SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-18
GLOBAL SUBSIDIARIES (NON-US)
265.6 HOURS

Sкadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Global Subsidiaries (Non-US) | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 02/01/07 | 0.20 | ATTEND MEETING AT COMPANY IN TROY WITH J. SHEEHAN, M. LOEB AND S. CORCORAN RE: SPANISH SUBSIDIARY MATTERS (0.2). |
| BUTLER, JR. J | 02/03/07 | 0.90 | REVIEW AND REVISE LETTER RE: DASE MATTERS (0.6); EMAILS WITH J. SHEEHAN AND M. MCGUIRE RE: SAME (0.3). |
| BUTLER, JR. J | 02/05/07 | 1.10 | REVIEW DASE CLOSURE PLAN (0.4); ATTEND STRATEGY MEETINGS AT COMPANY WITH J. SHEEHAN ET. AL. AT COMPANY IN TROY (0.7). |
| BUTLER, JR. J | 02/12/07 | 0.30 | REVIEW MATERIALS FROM R. O'NEAL RE: DASE MATTERS (0.3). |
| BUTLER, JR. J | 02/14/07 | 0.60 | CONTINUE TO WORK ON DASE/CADIZ MATTERS INCLUDING REVIEW EMAILS AND MATERIALS FROM S. CORCORAN AND M. MCGUIRE AND CONSIDER STRATEGIC ALTERNATIVES AND NEXT STEPS (0.6). |
| BUTLER, JR. J | 02/15/07 | 1.20 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) WORKING GROUP TELECONFERENCE WITH J. SHEEHAN, D. SHERBIN, M. MCGUIRE, B. REMENAR AND OTHERS RE: DASE MATTERS; EMAILS FROM/TO R. O'NEAL RE SAME AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 02/20/07 | 0.60 | REVIEW AND COMMENT ON COMMUNICATIONS PROGRAM RE: SPANISH SUBSIDIARY PLANT CLOSING MATTERS (0.4); EMAILS TO/FROM J. SHEEHAN RE: SAME (0.2). |
| | | **4.90** | |
| LYONS JK | 02/20/07 | 3.10 | REVIEW OF CADIZ COMMUNICATIONS AND REVISIONS THERETO AND CONFERENCES WITH CLIENT (3.1). |
| | | **3.10** | |
| **Total Partner** | | **8.00** | |
| PILKINGTON C | 02/16/07 | 0.40 | ATTENDING CALL RE: WORKS COUNCIL ISSUES AND FOLLOW UP (0.4). |
| PILKINGTON C | 02/19/07 | 1.60 | REVIEW 15TH OMNIBUS HEARING TRANSCRIPT (1.6). |
| PILKINGTON C | 02/26/07 | 0.70 | REVIEW DELPHI EUROPEAN LABOR CONSULTATION DUE DILIGENCE PROGRAM (0.7). |
| | | **2.70** | |
| **Total Associate** | | **2.70** | |
| **TOTAL TIME** | | **10.70** | |

204

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
| Global Subsidiaries (Non-US) | | | Bill Number: 1156471 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.38 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.54 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| | | **TOTAL MATTER** | **$1.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  
**Global Subsidiaries (Non-US)**

**Bill Date:** 04/30/07  
**Bill Number:** 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 03/01/07 | 0.20 | FOLLOW-UP ON DASE/CADIZ MATTERS AND NEXT STEPS INCLUDING EMAIL FROM R. O'NEAL (0.2). |
| BUTLER, JR. J | 03/02/07 | 2.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.7) SENIOR STRATEGY MEETING WITH S. MILLER, R. O'NEAL AND OTHERS RE: DASE/CADIZ MATTERS AND NEXT STEPS; FOLLOW-UP ON SAME (0.2); REVIEW MATERIALS FROM M. MCGUIRE (0.3). |
| BUTLER, JR. J | 03/03/07 | 1.10 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) SENIOR STRATEGY WORKING GROUP RE: DASE/CADIZ MATTERS AND NEXT STEPS; FOLLOW-UP ON SAME (0.2); REVIEW MATERIALS FROM R. O'NEAL (0.3). |
| BUTLER, JR. J | 03/04/07 | 0.40 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS AND NEXT STEPS INCLUDING REVIEW MATERIALS AND EMAILS FROM R. O'NEAL AND M. MCGUIRE (0.4). |
| BUTLER, JR. J | 03/05/07 | 0.70 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING FURTHER EMAILS FROM R. O'NEAL AND M. MCGUIRE (0.7). |
| BUTLER, JR. J | 03/07/07 | 0.80 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING PARTICIPATE IN PORTION OF WORKING GROUP TELECONFERENCE WITH D. SHERBIN, S. CORCORAN, M. MCGUIRE AND OTHERS (0.8). |
| BUTLER, JR. J | 03/08/07 | 0.80 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING TELECONFERENCE WITH D. SHERBIN (0.2) AND CONFERENCES WITH J. SHEEHAN AND S. CORCORAN IN NEW YORK CITY RE: NEXT STEPS (0.2); REVIEW MATERIALS FROM M. MCGUIRE (0.4). |
| BUTLER, JR. J | 03/09/07 | 0.60 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW ADDITIONAL MATERIALS FROM M. MCGUIRE (0.6). |
| BUTLER, JR. J | 03/11/07 | 0.20 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW OF NEXT STEPS AND EMAILS FROM/TO D. SHERBIN AND S. CORCORAN (0.2). |
| BUTLER, JR. J | 03/12/07 | 0.50 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW OF NEXT STEPS WITH R. O'NEAL AND D. SHERBIN AT COMPANY (0.3); FOLLOW-UP ON MEETING WITH PLAN INVESTORS AND STATUTORY COMMITTEES INCLUDING ORDINARY COURSE PAYMENT ISSUE (0.2). |
| BUTLER, JR. J | 03/13/07 | 0.30 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW OF DRAFT DASI/DASE LETTER (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 03/14/07 | 0.40 | CONTINUE T:O FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING FURTHER REVIEW OF DRAFT DASH/DASE LETTERS (0.4). |
| BUTLER, JR. J | 03/15/07 | 0.60 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING PRELIMINARY REVIEW OF COMMUNICATIONS PACKAGE AND CHAPTER 15 ISSUE (0.6). |
| BUTLER, JR. J | 03/16/07 | 3.70 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW AND REVISION OF DRAFT COMMUNICATIONS PACKAGE (3.7). |
| BUTLER, JR. J | 03/17/07 | 2.00 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW AND REVISION OF DRAFT COMMUNICATIONS PACKAGE (1.8); TELECONFERENCE WITH S. GAUT RE: DRAFT PRESS RELEASE (0.2). |
| BUTLER, JR. J | 03/18/07 | 0.50 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW AND REVISION OF DRAFT LETTER FROM DASHI TO DASE (0.3); TELECONFERENCE WITH AND EMAILS FROM/TO S. CORCORAN RE: SAME (0.1); EMAIL TO J. SHEEHAN, D. SHERBIN AND M. MCGUIRE RE: SAME (0.1). |
| BUTLER, JR. J | 03/20/07 | 0.20 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS INCLUDING REVIEW OF EMAILS AND MATERIALS RE: CONCURSO FILING FOR DASE IN SPAIN (0.2). |
| BUTLER, JR. J | 03/22/07 | 0.30 | REVIEW AND FOLLOW-UP ON LETTER FROM B. ROSENBERG RE: DASE/CADIZ MATTERS (0.3). |
| BUTLER, JR. J | 03/26/07 | 0.30 | CONTINUE TO REVIEW DASE/CADIZ MATTERS INCLUDING EMAIL FROM R. O'NEAL (0.3). |
| BUTLER, JR. J | 03/27/07 | 0.40 | REVIEW DASE/CADIZ MATTERS INCLUDING CLOSURE UPDATED AND RELATED MATERIALS (0.4). |
| BUTLER, JR. J | 03/29/07 | 0.30 | CONTINUE TO REVIEW DASE/CADIZ MATTERS INCLUDING CONCURSO UPDATE AND NEXT STEPS (0.3). |
| | | **16.70** | |
| HIESTAND NL | 03/03/07 | 2.00 | PREPARE FOR AND ATTEND TELECONFERENCE RE: CADIZ (2.0). |
| HIESTAND NL | 03/05/07 | 5.70 | CONTINUE REVIEW OF ISSUES RELATING TO CADIZ, INCLUDING SPANISH LAW (1.1); LOCAL COUNSEL (0.9); STRATEGIES ETC. (1.1); PREPARE FOR, ATTEND AND FOLLOW UP CONFERENCE CALL (1.3); PREPARE ISSUES LIST (1.3). |
| HIESTAND NL | 03/06/07 | 1.90 | PREPARE FOR MEETING BY REVIEWING MATERIAL (1.9). |
| HIESTAND NL | 03/07/07 | 11.80 | MEETING IN MADRID WITH COUNSEL (11.8). |
| HIESTAND NL | 03/08/07 | 2.70 | REVIEW MATERIALS (2.7). |
| HIESTAND NL | 03/09/07 | 4.50 | WORK ON COMMENTS AND OTHER MATERIALS (4.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HIESTAND NL | 03/12/07 | 4.60 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH UCC, PLAN INVESTORS AND ADVISORS (4.6). |
| HIESTAND NL | 03/13/07 | 1.90 | CONTINUE ATTENTION TO MATTERS (1.9). |
| HIESTAND NL | 03/14/07 | 0.50 | CONTINUE ATTENTION TO CONCURSO (0.5). |
| HIESTAND NL | 03/16/07 | 3.60 | ATTEND TO COMMUNICATION MATERIALS (3.6). |
| HIESTAND NL | 03/21/07 | 0.90 | ATTEND TO ISSUES FOR UCC, OTHER (0.9). |
| HIESTAND NL | 03/23/07 | 3.60 | PREPARE FOR AND ATTEND SENIOR MEETING (1.3); ATTEND TO CONCURSO AND UCC (2.3). |
| HIESTAND NL | 03/26/07 | 0.60 | CONTINUE WORK ON SPANISH CONCURSO ISSUES (0.6). |
| HIESTAND NL | 03/27/07 | 1.50 | CONTINUE TO WORK ON SPANISH ISSUES; CATALYST CR DEPT (1.5). |
| HIESTAND NL | 03/28/07 | 1.70 | WORK ON CONCURSO ISSUES (1.7). |
| HIESTAND NL | 03/30/07 | 2.10 | PREPARE FOR AND ATTEND STRATEGY MEETING (2.1). |
| | | **49.60** | |
| MARAFIOTI KA | 03/16/07 | 3.00 | REVIEW AND REVISE CADIZ Q AND A'S (1.0); LETTER TO EMPLOYEES (0.2); ADN PRESS RELEASE (0.3); REVIEW MATERIAL RE CONCURSO PROCEDURES (0.6) AND RELATED CORRESPONDENCE (0.4); CONSIDER ISSUE RE CONCURSO (0.5). |
| MARAFIOTI KA | 03/17/07 | 0.60 | CORRESPONDENCE RE: CADIZ Q'S AND A'S AND PRESS RELEASE (0.6). |
| MARAFIOTI KA | 03/26/07 | 0.20 | CORRESPONDENCE EXCHANGE RE: SPANISH INSOLVENCY PROCEEDINGS (0.2). |
| | | **3.80** | |
| **Total Partner** | | **70.10** | |
| ~~DEVANEY N~~ | ~~03/01/07~~ | ~~2.80~~ | ~~ENGLISH LAW ANALYSIS OF PROHIBITION OF ASSIGNMENT CLAUSE AND INTERACTION WITH CONFLICTS OF LAW AND UNITRAL RULES (2.8).~~ |
| ~~DEVANEY N~~ | ~~03/05/07~~ | ~~2.50~~ | ~~REVIEW OF SPANISH EMPLOYMENT MATTERS IN CONTEXT OF PROPOSED DIVESTITURE OF NON-CORE BUSINESS HOURS AND POTENTIAL SPANISH FILING (1.6); CONSIDER ISSUES RELATING TO STEERING/CATALYST DEALS AND NON ASSIGNMENT PROVISIONS AND PREPARING FOR AND ATTENDING TELECONFERENCES IN THIS REGARD (0.9).~~ |
| | | ~~5.30~~ | |

243

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 03/03/07 | 0.90 | REVIEW AND ANALYZE STATUS OF DASE (0.9). |
| MEISLER RE | 03/07/07 | 0.60 | TELECONFERENCE WITH S. CORCORAN, R. BERRY, AND L. HIESTAND RE: BRAZILIAN SETTLEMENT (0.6). |
| MEISLER RE | 03/08/07 | 0.80 | REVIEW R. BERRY CORRESPONDENCE (0.2) AND DRAFT CORRESPONDENCE TO L. HIESTAND RE: SAME (0.4); DRAFT CORRESPONDENCE RE: DASE (0.2). |
| | | **2.30** | |
| PILKINGTON C | 03/01/07 | 3.10 | RESEARCH AND ADVICE RE: PURPORTED ASSSIGNMENT AND ASSUMPTION UNDER S. 365 OF UK GOVERNED CONTRACTS; LEGAL RESEARCH THERETO RE: NON-ASSIGNMENT UK CLAUSES, EXTRA-TERRITORIAL APPLICATION OF CH 11 AND UNCITRAL ISSUES (3.1). |
| PILKINGTON C | 03/02/07 | 2.20 | LEGAL RESEARCH RE: EXTRA-TERRITORIAL EFFECT OF CH 11 (2.2). |
| PILKINGTON C | 03/03/07 | 2.90 | REVIEW PRESENTATIONS AND BACKGROUND MATERIAL RE: DELPHI ESPANA AND ISSUES RE: PROPOSED REDUNDANCIES AND TERMINATION MATTERS (2.9). |
| PILKINGTON C | 03/04/07 | 3.80 | LEGAL RESEARCH RE: SPANISH LIQUIDATION AND REHABILITATION PROCEEDINGS AND MEMORANDUM THERETO (3.8). |
| PILKINGTON C | 03/05/07 | 5.20 | REVIEW BACKGROUND MATERIAL/BOARD PRESENTATIONS RE: PROPOSED LIQUIDATION OF DELPHI ESPANA AND TERMINATION OF EMPLOYMENT CONTRACTS (2.1); TELECONFERENCE WITH M. MCGUIRE AND MEETING WITH L. HIESTAND THERETO (1.5); TELECONFERENCE WITH R. MEISLER/S. LYONS RE: EXTRA-TERRITORIAL EFFECT OF CH 11 AND ABILITY TO TERMINATION UK-LAW GOVERNED CONTRACTS AND ANALYSIS ISSUES THERETO (0.8); COMMENTS ON AGENDA FOR 07.03.07 MEETING (0.8). |
| PILKINGTON C | 03/06/07 | 3.80 | REVIEW OF DELPHI ESPANA BACKGROUND MATERIAL (EMPLOYEE COMMUNCIATIONS PACKAGE DELPHI PRESENTATIONS, STRATEGIC OPTIONS MEMO, CONCUNO MEMORANDA, KPMG REPORT, LEGAL IMPLICATIONS OF CEASING OPERATION ETC.) (2.9); NOTE RE: KEY ISSUES FO A CONCUNO FILING OF DASE (0.9). |
| PILKINGTON C | 03/07/07 | 2.90 | REVIEW OF 10-K (1.8); REVIEW/ANALYSIS DASE BOD PLAN PROFILES MATERIAL (0.7); REVIEW/ANALYSIS DASE SEPARATION PROPOSAL (0.4). |
| PILKINGTON C | 03/08/07 | 2.20 | REVIEW DHB/CITIBANK SETTLEMENT CORRESPONDENCE AND ANALYSIS ISSUES RE: PAYMENT OF CITI LEGAL FEES (2.2). |
| PILKINGTON C | 03/09/07 | 1.40 | REVIEW SPANISH "CONCURSO" PROCEDURE (1.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PILKINGTON C | 03/12/07 | 5.30 | REVIEW FORM S1 (0.8); REVIEW AND AMENDMENTS TO DASE COMMUNICATIONS PACKAGES (2.9); REVIEW DASE UPDATES (0.4); ATTEND MILBANK CONFERENCE CALL RE: DASE (1.2). |
| PILKINGTON C | 03/13/07 | 0.80 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.8). |
| PILKINGTON C | 03/16/07 | 3.60 | REVIEW COMMENTS ON DASE COMMUNICATIONS PACKAGE (0.6); AMEND/CUMMULATIVE MARK-UP OF DASE COMMUNICATIONS PACKAGE (1.8); ATTEND ADVISORS' STRATEGY TELECONFERENCE (1.2). |
| PILKINGTON C | 03/19/07 | 1.20 | REVIEW DASE COMMUNCIATIONS PACKAGE (1.2). |
| PILKINGTON C | 03/28/07 | 1.30 | REVIEW 16TH OMNIBUS HEARING TRANSCRIPT (1.3). |
| | | 39.70 | |
| **Total Associate** | | 47.30 | |
| **TOTAL TIME** | | **117.40** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

**Delphi Corporation (DIP)**     Bill Date: 04/30/07
**Global Subsidiaries (Non-US)**     Bill Number: 1156504

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 2.75 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 7.19 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.71 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.32 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 3.03 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$14.00** |
| Air/Rail Travel (external) | 03/06/07 | Reed & Mackay Travel Ltd | 1,519.71 |
| Air/Rail Travel (external) | 03/09/07 | Reed & Mackay Travel Ltd | 19.29 |
|  |  | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,539.00** |
| Messengers/ Courier | 03/31/07 | Lewis Day Transport PLC | 48.00 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$48.00** |
|  |  | **TOTAL MATTER** | **$1,601.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)　　　　　Bill Date: 05/31/07
Global Subsidiaries (Non-US)　　　　　　　　　　　　　Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 04/03/07 | 0.20 | FOLLOW-UP ON DASE/CADIZ MATTERS AND NEXT STEPS INCLUDING REVIEW AND COMMENT ON SUPPLEMENTAL DASE PRESS RELEASE (0.2). |
| BUTLER, JR. J | 04/04/07 | 0.20 | CONTINUE TO FOLLOW-UP ON DASE/CADIZ MATTERS AND NEXT STEPS INCLUDING STATUS OF CONCURSO RULING AND DRAFT PRESS RELEASE (0.2). |
| BUTLER, JR. J | 04/16/07 | 0.60 | NUMEROUS EMAILS FROM/TO DELPHI MANAGEMENT TEAM RE: SPANISH COURT'S ACCEPTANCE OF CONCURSO FOR DASE AND NEXT STEPS (0.3); REVIEW MATERIALS RE: POTENTIAL APPOINTMENT OF RECEIVERS INCLUDING PWC (0.3). |
| BUTLER, JR. J | 04/17/07 | 0.60 | FOLLOW-UP ON SPANISH COURT'S ACCEPTANCE OF CONCURSO FOR DASE AND NEXT STEPS (0.2); FOLLOW-UP ON STEPS RE: PWC APPOINTMENT (0.2); EMAILS FROM/TO M. MCGUIRE RE: SAME AND INFORMATION SHARING MATTERS (0.2). |
| BUTLER, JR. J | 04/23/07 | 0.60 | FOLLOW-UP ON SPANISH COURT'S ACCEPTANCE OF CONCURSO FOR DASE AND NEXT STEPS INCLUDING REVIEW OF CONCURSO ORDER (0.6). |
| | | **2.20** | |
| HIESTAND NL | 04/05/07 | 1.40 | ATTEND TO ISSUES RE: CONCURSO, DASE (1.4). |
| HIESTAND NL | 04/10/07 | 3.10 | CONTINUE ATTENTION TO CONCURSO AND MATTERS RELATED THERETO, INCLUDING REVIEW OF 8-K, OTHER DOCUMENTS AND CALLS RE: SAME (3.1). |
| HIESTAND NL | 04/12/07 | 3.30 | REVIEW AND REVISE UCC PRESENTATION RE: DASE (2.7); FOLLOW UP MATTERS RE: CONCURSO (0.6). |
| HIESTAND NL | 04/13/07 | 0.60 | CONTINUE TO WORK ON CONCURSO (0.6). |
| HIESTAND NL | 04/16/07 | 2.40 | ATTEND TO CONCURSO MATTERS RELATED TO PWC (2.4). |
| HIESTAND NL | 04/17/07 | 7.40 | CONTINUE TO WORK ON ISSUES RE. PWC AND CONCURSO INCLUDING CALLS (7.4). |
| HIESTAND NL | 04/18/07 | 1.60 | CONTINUE TO WORK ON CONCURSO (1.6). |
| HIESTAND NL | 04/19/07 | 3.20 | REVIEW AND REVISE PWC DECLARATION (1.1); CONTINUE TO WORK ON CONCURSO (2.1). |
| HIESTAND NL | 04/20/07 | 4.10 | CONTINUE TO WORK ON PWC CONCURSO ISSUE; INCLUDING CALLS WITH PWC (1.4); INTERNAL DISCUSSIONS (2.7). |
| HIESTAND NL | 04/23/07 | 0.40 | FOLLOW UP WORK ON PWC/CONCURSO (0.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HIESTAND NL | 04/24/07 | 1.40 | BEGIN REVIEW OF CONCUSCO ORDER (0.7); REVIEW PWC DISCLOSURE (0.7). |
| HIESTAND NL | 04/25/07 | 0.80 | CONTINUED REVIEW OF ORDER (0.8). |
| HIESTAND NL | 04/26/07 | 0.60 | CONTINUE TO WORK ON CONCURSO (0.6). |
| HIESTAND NL | 04/27/07 | 3.40 | REVIEW STAKEHOLDERS MATERIALS RE: DASE (3.4). |
| HIESTAND NL | 04/30/07 | 0.40 | REVIEW DASE ISSUES (0.4). |
| | | **34.10** | |
| MEISLER RE | 04/02/07 | 1.50 | REVIEW AND CONSIDER CORRESPONDENCE FROM M. MCGUIRE RE: DASE CONCURSO (0.5); CONFERENCE WITH S. CORCORAN RE: SAME (0.3); TELECONFERENCE WITH M. MCGUIRE AND S. CORCORAN RE: SAME (0.1); REVIEW FOLLOW UP CORRESPONDENCE (0.2); DRAFT CORRESPONDENCE TO A. RODRIGUEZ RE: SAME (0.4). |
| MEISLER RE | 04/10/07 | 1.20 | REVIEW AND ANALYZE CORRESPONDENCE RE: DASE (1.1); DRAFT CORRESPONDENCE TO M. MCGUIRE RE: SAME (0.1). |
| MEISLER RE | 04/11/07 | 0.20 | CONSIDER RESPONSIVE DOCUMENTS TO M. MCGUIRE'S REQUEST RE: DASE (0.2). |
| MEISLER RE | 04/12/07 | 0.50 | CONTINUE TO WORK ON DASE ISSUES (0.4); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1). |
| MEISLER RE | 04/15/07 | 0.20 | TELECONFERENCE WITH S. CORCORAN RE: PWC APPOINTMENT AS RECEIVER (0.2). |
| MEISLER RE | 04/16/07 | 1.80 | CONTINUE TO REVIEW AND ANALYZE PWC SPAIN APPOINTMENT AS RECEIVER TO DASE (1.8). |
| MEISLER RE | 04/17/07 | 1.90 | PREPARE FOR TELECONFERENCE RE: PWC APPOINTMENT AS RECEIVER OVER DASE (0.3); TELECONFERENCE WITH M. MCGUIRE, S. CORCORAN, A. RODRIGUEZ RE: SAME (1.2); DRAFT CORRESPONDENCE RE: SAME (0.4). |
| MEISLER RE | 04/18/07 | 1.10 | CONTINUE ANALYSIS RE: PWC (0.6); REVIEW AND RESPOND TO CORRESPONDENCE (0.5). |
| MEISLER RE | 04/19/07 | 1.10 | CONTINUE ANALYSIS RE: STATUS OF CONCURSO (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: DASE CONCURSO (0.8). |
| MEISLER RE | 04/20/07 | 1.30 | PREPARE FOR TELECONFERENCE WITH A. LEONHARD RE: PWC (0.5); TELECONFERENCE WITH J. FFRENCH RE: SAME (0.3); TELECONFERENCE WITH A. LEONHARD, T. MATZ, J. FFRENCH, B. DECKER, AND P. SPRATT RE: SAME (0.3); FOLLOW UP RE: SAME (0.2). |
| MEISLER RE | 04/21/07 | 0.30 | REVIEW AND ANALYZE COMPARABLE CASE TRANSCRIPTS RE: APPOINTMENT OF RECEIVERS (0.3). |
| MEISLER RE | 04/22/07 | 0.10 | DRAFT CORRESPONDENCE RE: DASE (0.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 04/23/07 | 0.20 | TELECONFERENCE WITH J. RESLER RE: DASE (0.2). |
| MEISLER RE | 04/24/07 | 0.50 | CONTINUED ATTENTION TO PWC SUPPLEMENTAL DISCLOSURE (0.5). |
| MEISLER RE | 04/26/07 | 0.70 | TELECONFERENCE WITH J. RESLER, AND J. FFRENCH RE: DASE (0.3); TELECONFERENCE WITH J. RESLER RE: FOLLOW UP (0.2); NOTES TO FILE RE: SAME (0.2). |
| | | 12.60 | |
| **Total Partner** | | **48.90** | |
| MATZ TJ | 04/02/07 | 0.20 | CONSIDER SPANISH SUBSIDIARY MATTER (0.2). |
| MATZ TJ | 04/16/07 | 0.50 | CONSIDERING DASE RECEIVER MATTER (0.5). |
| MATZ TJ | 04/17/07 | 0.20 | REVIEW CORRESPONDENCE RE: DASE CONCURSO (0.2). |
| MATZ TJ | 04/20/07 | 1.40 | REVIEW CORRESPONDENCE RE: DASE & PRICEWATERHOUSE AS RECEIVER (0.6); TELECONFERENCE WITH A. LEONARD RE: SAME (0.2); TELECONFERENCE WITH P. SPRATT, B. BECKER , J. FRENCH RE: PRICEWATERHOUSE AS RECEIVER OF DASE (0.3); TELECONFERENCE WITH PRICEWATERHOUSE AND U.S. TRUSTEE RE: SAME (0.3). |
| MATZ TJ | 04/24/07 | 0.50 | REVIEW REVISED PRICEWATERHOUSE SUPPLEMENTAL DECLARATION (0.2); CORRESPONDENCE WITH J. FRENCH RE: SAME (0.1); CORRESPONDENCE WITH U.S. TRUSTEE RE: SAME (0.2). |
| | | 2.80 | |
| **Total Counsel** | | **2.80** | |
| GRANT K | 04/13/07 | 2.80 | REVIEW CORRESPONDENCE AND DRAFTED EXECUTIVE SUMMARY RE: DASE CONCURSO PROCEEDING (2.8). |
| GRANT K | 04/16/07 | 12.50 | PERFORM RESEARCH RE: DASE CONCURSO AND APPOINTMENT OF RECEIVER (8.3); DRAFT SUMMARY RE: SAME (4.2). |
| GRANT K | 04/17/07 | 7.50 | TELECONFERENCE WITH S. CORCORAN, M. MCGUIRE, A. RODRIGUEZ AND SKADDEN TEAM RE: DASE CONCURSO AND APPOINTMENT OF RECEIVER (1.4); FOLLOW UP CALL WITH SKADDEN TEAM (0.2); DRAFT SUMMARY OF SAME (1.1); CONTINUE RESEARCH RE: SAME (4.8). |
| GRANT K | 04/18/07 | 5.10 | CONTINUE TO RESEARCH RE: SPANISH CONCURSO PROCEEDINGS (1.9); REVIEW PRECEDENT RE: FOREIGN RETENTIONS AND S. 327 OF THE BANKRUPTCY CODE (3.2). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 04/19/07 | 6.40 | DRAFT SUPPLEMENTAL 2014 DECLARATION FOR PWC (4.2); REVIEW SAME (1.9); EMAIL WITH J. FFRENCH RE: PWC'S DASE APPOINTMENT (0.3). |
| GRANT K | 04/20/07 | 4.90 | TELECONFERENCE WITH J. FFRENCH, D. SPRATT, B. DECKER RE: PWC SPANISH APPOINTMENT (0.3); WORK ON SUMMARY RE: SAME (0.5); FURTHER TELECONFERENCE WITH PWC, RE: DASE RETENTION (0.5); DRAFT SUMMARY RE: SAME (0.5); CONTINUE TO WORK ON SUPPLEMENTARY DECLARATION RE: SAME (3.1). |
| GRANT K | 04/24/07 | 5.00 | TELECONFERENCE WITH J. FFRENCH RE: SUPPLEMENTARY DECLARATION (0.2); REVISED SAME (0.8); REVIEW ORDER GRANTING CONCURSO (2.8); PRESS RELEASE RE: SAME (1.2). |
| GRANT K | 04/26/07 | 0.30 | EMAILS WITH J. FFRENCH RE: PWC SUPPLEMENTAL DECLARATION (0.3). |
| GRANT K | 04/27/07 | 0.30 | ATTENTION TO SERVICE OF PWC DECLARATION AND EMAIL WITH E. GERSHBEIN AND J. FFRENCH RE: SAME (0.3). |
| | | **44.80** | |
| PILKINGTON C | 04/03/07 | 4.50 | REVIEW REVISED CASE ADMINISTRATION MATER AILS (0.8); REVIEW BACKGROUND MATERIAL TO TRANSFORMATION PLAN AND DASE REQUEST (2.4); REVIEW FILE CORRESPONDENCE (0.9); ATTENDING WORKING GROUP WEEKLY CALL (0.4). |
| PILKINGTON C | 04/05/07 | 0.80 | ATTEND STRATEGY CALL RE: DASE (0.8). |
| PILKINGTON C | 04/10/07 | 6.20 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.4); REVIEW ISSUES RE FINANCIAL STATUS OF DEOC PENSIONS PLAN AND LIAISON WITH COMPANY/M. MCGUIRE THERETO (1.3); ADDRESSING STATUS OF EUROPEAN PENSIONS PLANS (1.0); ASSIMILATING BACKGROUND MATERIAL FOR CONCLUSION PLEADINGS (1.9). |
| PILKINGTON C | 04/11/07 | 1.90 | INFORMATION RE: REQUEST OF GARRIGUES FOR BACKGROUND TO CONCUSSO APPLICATION (1.9). |
| PILKINGTON C | 04/12/07 | 2.30 | RESEARCH/ADVICE RE. DIVESTITURE OF BUSINESSES AND SITE CLOSURES FOR CONCUSSO PROCESSING (DASE) (2.3). |
| PILKINGTON C | 04/16/07 | 2.40 | REVIEW ADVICE OF SPANISH COUNSEL RE: CONCURSO PROCEEDINGS (1.6); ANALYSIS ISSUES RE: APPOINTMENT OF RECEIVER OVER DASE (0.8). |
| PILKINGTON C | 04/17/07 | 2.30 | REVIEW/ANALYSIS ISSUES RE: DASE CONCURSO AND APPOINTMENT OF PWC AS RECEIVER (0.5); REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.4); ATTEND CONFERENCE CALL RE: DASE'S RECEIVERSHIP APPOINTMENTS (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PILKINGTON C | 04/18/07 | 1.20 | REVIEW DASE CONCURSO PROCESS AND ISSUES RE. APPOINTMENT OF PWC AS RECEIVER (1.2). |
| PILKINGTON C | 04/24/07 | 0.50 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.5). |
| | | 22.10 | |
| ~~STUART NL~~ | ~~04/02/07~~ | ~~1.70~~ | ~~RESEARCH RE: DASE CONCURSO PROCEEDING (1.7).~~ |
| | | ~~1.70~~ | |

**Total Associate**        68.60

**TOTAL TIME**        **120.30**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 05/31/07 |
|---|---|---|---|
| Global Subsidiaries (Non-US) | | | Bill Number: 1158919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 04/16/07 | Telecommunications, D | 7.88 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 7.74 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 3.34 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 7.45 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.50 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.36 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.72 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$29.00** |
| Westlaw | 04/16/07 | Grant K | 267.01 |
| Westlaw | 04/17/07 | Grant K | 64.99 |
| | | **TOTAL WESTLAW** | **$332.00** |
| Vendor Hosted Teleconferencing | 03/03/07 | Teleconferencing Services, LLC | 10.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$10.00** |
| Printing to paper from TIF | 04/26/07 | Copy Center, D | 2.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$2.00** |
| | | **TOTAL MATTER** | **$373.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 06/30/07 |
|---|---|---|---|
| Global Subsidiaries (Non-US) | | | Bill Number: 1166514 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HIESTAND NL | 05/01/07 | 0.30 | CONCURSO MATTER (0.3). |
| HIESTAND NL | 05/03/07 | 2.40 | ATTEND TO EU ISSUES (2.4). |
| HIESTAND NL | 05/04/07 | 2.20 | PREPARE FOR AND ATTEND SENIOR MEETING (1.3); RESOLVE ISSUE RE: EU (0.9). |
| HIESTAND NL | 05/10/07 | 0.40 | REVIEW RESPONSE TO EU (0.4). |
| HIESTAND NL | 05/17/07 | 1.30 | CASE MANAGEMENT MEETING (1.3). |
| HIESTAND NL | 05/18/07 | 1.70 | SENIOR STRATEGY TELECONFERENCE (1.7). |
| | | 8.30 | |
| MEISLER RE | 05/02/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: WORKS COUNCIL (0.2). |
| MEISLER RE | 05/08/07 | 0.10 | DRAFT CORRESPONDENCE RE: DASE FOLLOW UP (0.1). |
| MEISLER RE | 05/14/07 | 1.10 | REVIEW AND ANALYZE POTENTIAL INTERCOMPANY TRANSACTION (1.1). |
| MEISLER RE | 05/15/07 | 0.30 | CONFERENCE WITH D. PURI RE: POTENTIAL INTERCOMPANY TRANSACTIONS (0.3). |
| | | 1.70 | |
| **Total Partner** | | **10.00** | |
| PILKINGTON C | 05/01/07 | 1.40 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND CASE UPDATE MATERIALS (1.4). |
| PILKINGTON C | 05/02/07 | 1.80 | RESEARCH/ADVICE RE. DASE CONCURSO PROCEEDINGS INFO FOR IOQ AND REVIEW PLEADINGS/PRESS SEARCHES (1.8). |
| PILKINGTON C | 05/03/07 | 0.70 | REVIEW DASE'S CONCURSO PROCEEDINGS (0.7). |
| PILKINGTON C | 05/04/07 | 1.10 | ATTENDING WEEKLY STRATEGY TELECONFERENCE (1.1). |
| PILKINGTON C | 05/08/07 | 0.60 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.6). |
| PILKINGTON C | 05/15/07 | 1.90 | REVIEW REVISED TASK LIST AND MOTION SUMMARY (1.1); REVIEW UPDATED CASE ADMINISTRATION MATERIALS (0.8). |
| PILKINGTON C | 05/17/07 | 1.30 | RESEARCH RE. CONSTITUTIONAL DOCUMENTS OF DASE (1.3). |
| PILKINGTON C | 05/22/07 | 2.10 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.9); REVIEW MOTION/TASK LIST (1.2). |
| PILKINGTON C | 05/24/07 | 0.30 | REVIEW ISSUES RE: DASE CONCURSO AND STATUS OF PROCEEDINGS (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PILKINGTON C | 05/25/07 | 0.70 | ARRANGING FOR DASE RECEIVERS TO BE ADDED TO NOTICE LIST AND ALL COMMUNICATIONS THERE (0.7). |
| PILKINGTON C | 05/30/07 | 1.40 | REVIEW UPDATED TASK LIST/MOTION SUMMARY/CASE CALENDAR (1.4). |
| PILKINGTON C | 05/31/07 | 0.90 | ADDRESSING DASE NOTICE LIST PARTIES (0.9). |
| | | **14.20** | |
| **Total Associate** | | **14.20** | |
| **TOTAL TIME** | | **24.20** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 06/30/07 |
|---|---|---|---|
| Global Subsidiaries (Non-US) | | | Bill Number: 1166514 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 05/14/07 | Telecommunications, D | 18.98 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$19.00** |
| Vendor Hosted Teleconferencing | 04/17/07 | Teleconferencing Services, LLC | 31.05 |
| Vendor Hosted Teleconferencing | 04/17/07 | Teleconferencing Services, LLC | 2.57 |
| Vendor Hosted Teleconferencing | 04/20/07 | Teleconferencing Services, LLC | 3.53 |
| Vendor Hosted Teleconferencing | 04/20/07 | Teleconferencing Services, LLC | 0.36 |
| Vendor Hosted Teleconferencing | 04/20/07 | Teleconferencing Services, LLC | 8.49 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$46.00** |
| Wireless - Mobile/Cellular/Pager | 03/30/07 | Hiestand NL | 2.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$2.00** |
| | | **TOTAL MATTER** | **$67.00** |

B43E