SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :     Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :     Case No. 05–44481 (RDD)
                                            :
                        Debtors.            :     (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-19
TAX MATTERS
330.3 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

Bill Date: 03/31/07
Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~BREWSTER JJ~~ | ~~02/09/07~~ | ~~3.30~~ | ~~TELECONFERENCE WITH ERNST & YOUNG RE: TAX ISSUES; TELECONFERENCE WITH S. GALE AND ERNST & YOUNG RE: TAX ISSUES (3.3).~~ |
| ~~BREWSTER JJ~~ | ~~02/28/07~~ | ~~2.20~~ | ~~REVIEW SUMMARY OF TAX ANALYSIS RE: ENVIRONMENTAL TRUST; STRATEGIZE RE: INCOME TAX ISSUES (2.2).~~ |
| | | ~~5.50~~ | |
| GROSS C | 02/02/07 | 0.60 | WORK RE: EMERGENCE TAX ANALYSIS (0.6). |
| GROSS C | 02/12/07 | 2.40 | WORK RE: EMERGENCE TAX ANALYSIS (JIM WHITSON ET. AL.) (2.4). |
| GROSS C | 02/13/07 | 3.20 | WORK RE: B. SPARKS/J. WHITSON EMERGENCE INTERNATIONAL TAX PLANNING (1.4); WORK RE: POSSIBLE FICA CLAIM (S. GALE) (1.8). |
| GROSS C | 02/26/07 | 0.60 | WORK RE: EMERGENCE TAX ANALYSIS (0.6). |
| GROSS C | 02/27/07 | 0.80 | WORK RE: INTERNATIONAL TAX PLANNING ANALYSIS (0.8). |
| GROSS C | 02/28/07 | 1.80 | WORK RE: INTERNATIONAL TAX ANALYSIS (1.8). |
| | | 9.40 | |
| MARAFIOTI KA | 02/01/07 | 0.20 | CONSIDER TAX ISSUES IN CONNECTION WITH S-1 (0.2). |
| MARAFIOTI KA | 02/09/07 | 0.50 | CONSIDER TAX ISSUES IN CONNECTION WITH REFUND CLAIMS (0.5). |
| MARAFIOTI KA | 02/12/07 | 1.00 | REVIEW MODEL FOR PW DUE DILIGENCE IN CONENCTION WITH EPCA (0.1); CONSIDER FICA REFUND ISSUE (0.3) AND REVIEW BAKER & MACKENZIE MEMO (0.3) AND DRAFT COMPLAINT (0.3) RE: SAME. |
| MARAFIOTI KA | 02/13/07 | 2.00 | ANALYZE ISSUES RE: SECTION 505 (1.1) AND RESEARCH PRECEDENT RE: SAME (0.3); TELECONFERENCE WITH STEVE GALE RE: SAME (0.4); FOLLOWUP CONFERENCES (0.2). |
| MARAFIOTI KA | 02/14/07 | 0.90 | CONTINUE ANALYSIS OF SECTION 505 ISSUES (0.9). |
| MARAFIOTI KA | 02/16/07 | 1.00 | TELECONFERENCE WITH H. HEVENER RE: TAX ISSUES IN CONNECTION WITH SECTION 505 (0.8); FOLLOWUP RESEARCH RE: SAME (0.2). |
| MARAFIOTI KA | 02/19/07 | 0.80 | REVIEW SECTION 505 PRECEDENT (0.6) AND EXCHANGE CORRESPONDENCE RE: SAME (0.2). |
| MARAFIOTI KA | 02/23/07 | 0.80 | REVIEW J. OPIE TAX INQUIRY AND PROPOSED RESPONSE (0.2); CONSIDER SECTION 505 ISSUES (0.5) AND ISSUES RE: DOMESTIC TAX POANNING MODEL (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MARAFIOTI KA | 02/28/07 | 0.20 | UPDATE RE: TAX DILIGENCE TELECONFERENCE WITH PLAN INVESTORS (0.2. |
|---|---|---|---|
| | | 7.40 | |
| ~~OOSTERHUIS PW~~ | ~~02/13/07~~ | ~~0.50~~ | ~~PREPARE FOR AND TELECONFERENCE ON DEBT PUSHED DOWN (0.5).~~ |
| ~~OOSTERHUIS PW~~ | ~~02/14/07~~ | ~~1.00~~ | ~~PREPARE FOR AND TELECONFERENCE WITH CLIENT RE: RESTRUCTURING (1.0).~~ |
| ~~OOSTERHUIS PW~~ | ~~02/28/07~~ | ~~1.30~~ | ~~TELECONFERENCE RE: INTERNATIONAL TAX PLANNING; REVIEW DRAFT PRESENTATION (1.3).~~ |
| | | ~~2.80~~ | |
| ~~RANNEY MARINELLI A~~ | ~~02/13/07~~ | ~~1.20~~ | ~~WORK RE: SECTION 505 ISSUES (1.2).~~ |
| | | ~~1.20~~ | |
| **Total Partner** | | **26.30** | |
| ~~SCHNEIDER DA~~ | ~~02/08/07~~ | ~~3.80~~ | ~~TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (3.8).~~ |
| ~~SCHNEIDER DA~~ | ~~02/09/07~~ | ~~5.00~~ | ~~TAX WORK RE: PENSION LIABILITY ASSUMPTIONS; TELECONFERENCE WITH CLIENT (5.0).~~ |
| | | ~~8.80~~ | |
| SENSENBRENNER EB | 02/01/07 | 2.70 | TAX ANALYSIS RE: PLAN FRAMEWORK AGREEMENTS/PLAN OF REORGANIZATION (2.7). |
| SENSENBRENNER EB | 02/02/07 | 3.40 | TAX ANALYSIS RE: EMERGENCE PLANNING (2.6); DISCUSS TAX ISSUES WITH S. GALE (0.5); TELECONFERENCE WITH T. MANGES OF KIRKLAND & ELLIS AND A. BASCAGLIA OF GM (0.3). |
| SENSENBRENNER EB | 02/05/07 | 2.10 | EMERGENCE PLANNING TELECONFERENCE (0.7); TAX ANALYSIS RE: 382 IMPACT OF EMERGENCE PLANNING (1.4). |
| SENSENBRENNER EB | 02/07/07 | 1.00 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.0). |
| SENSENBRENNER EB | 02/08/07 | 2.30 | TAX ANALYSIS RE: PAYMENT TO GM UNDER 414(L) ASSUMPTION (2.3). |
| SENSENBRENNER EB | 02/09/07 | 1.10 | SERVICES STRATEGY TELECONFERENCE (0.4); TAX WORK RE: EMERGENCE PLANNING (0.7). |
| SENSENBRENNER EB | 02/14/07 | 1.30 | TELECONFERENCE WITH J. WHITSON, B. SPARKS, P. OOSTERHUIS AND C. GROSS RE: FOREIGN DEBT PLANNING (1.3). |
| SENSENBRENNER EB | 02/15/07 | 0.50 | TAX ANALYSIS RE: 382 IMPACT OF EMERGENCE PAYMENTS (0.5). |
| SENSENBRENNER EB | 02/16/07 | 2.30 | SENIOR STRATEGY TELECONFERENCE (0.8); TAX WORK RE: EMERGENCE PAYMENTS (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 02/19/07 | 2.80 | EMERGENCE PLANNING TELECONFERENCE (0.8); REVIEW FINANCIAL/TAX PROJECTIONS (2.0). |
| SENSENBRENNER EB | 02/22/07 | 1.50 | TAX ANALYSIS RE: PLAN (0.7); EMERGENCE PLANNING (0.8). |
| SENSENBRENNER EB | 02/23/07 | 0.50 | SENIOR STRATEGY CALL (0.5). |
| SENSENBRENNER EB | 02/26/07 | 2.30 | TAX WORK RE: EMERGENCE PLANNING (2.3). |
| SENSENBRENNER EB | 02/28/07 | 3.40 | REVIEW PRICEWATERHOUSECOOPERS 382 MATERIALS (0.3); TELECONFERENCE WITH WHITE & CASE AND MILLBANK RE: INTERNATIONAL TAX PLANNING (1.3); TAX ANALYSIS RE: PLAN PAYMENTS (1.4); REVIEW PRESENTATION RE: INTERNATIONAL TAX STRUCTURE (0.4). |
| | | 27.20 | |
| **Total Counsel** | | 36.00 | |
| FEINBERG AS | 02/05/07 | 3.60 | TAX ANALYSIS RE: EMERGENCE PLANNING (3.6). |
| FEINBERG AS | 02/06/07 | 0.30 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.3). |
| FEINBERG AS | 02/07/07 | 1.30 | TAX ANALYSIS RE: EQUITY TRANSFER RESTRICTIONS (1.3). |
| FEINBERG AS | 02/12/07 | 0.60 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.6). |
| FEINBERG AS | 02/14/07 | 0.40 | TAX ANALYSIS RE: PLAN OF REORGANIZATION DISCLOSURE (0.4). |
| FEINBERG AS | 02/19/07 | 1.00 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.0). |
| FEINBERG AS | 02/26/07 | 0.50 | TAX ANALYSIS RE: PLAN OF EMERGENCE (0.5). |
| FEINBERG AS | 02/28/07 | 3.50 | TAX TELECONFERENCE WITH TAX COUNSEL FOR PLAN INVESTORS RE: STRUCTURING CONSIDERATIONS (2.1); TAX ANALYSIS RE: ENVIRONMENTAL TRUST PROPOSAL (1.4). |
| | | 11.20 | |
| HARDIN AS | 02/12/07 | 1.50 | RESEARCH ISSUE RELATED TO PAYROLL TAXES (1.5). |
| HARDIN AS | 02/13/07 | 1.80 | WORKING GROUP TELECONFERENCE RE: FICA TAX ISSUES (0.6); RESEARCH CONCERING PROCEDURAL ISSUES RELATED TO SAME (1.4); REVIEW BACKGROUND MATERIALS RE: SAME (0.6); RESEARCH ISSUES RELATED TO SAME (1.2). |
| HARDIN AS | 02/14/07 | 1.10 | WORKING GROUP TELECONFERENCE RE: FICA TAX STRATEGY (1.1). |
| HARDIN AS | 02/24/07 | 1.10 | RESEARCH ISSUE RELATED TO REFUND DISPUTE (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARDIN AS | 02/25/07 | 3.40 | RESEARCH ISSUES RELATED TO REFUND DISPUTE (3.4). |
| HARDIN AS | 02/28/07 | 7.50 | RESEARCH AND DRAFT MEMO RE: POTENTIAL TAX DISPUTE (7.5). |
| | | **16.40** | |
| PERL MW | 02/12/07 | 0.70 | TELECONFERENCES WITH E. GERSHBEIN RE: NOTICE TO TAXING AUTHORITIES (0.2, 0.1); REVIEW INQUIRY IN CONNECTION WITH SAME (0.1); FOLLOW UP CORRESPONDENCE RE: SAME, INCLUDING REVIEW OF RELATED DOCUMENTS (0.3). |
| PERL MW | 02/13/07 | 0.20 | CORRESPONDENCE WITH D. OLBRECHT RE: NOTICE TO TAXING AUTHORITIES (0.2). |
| PERL MW | 02/22/07 | 0.50 | BEGIN REVIEW OF MEMO AND RELATED DOCUMENTS RE: FICA/FUTA REFUND (0.5). |
| PERL MW | 02/26/07 | 0.40 | BEGIN RESEARCH RE: PROOF OF CLAIM AND STATUTE OF LIMITATIONS (0.4). |
| | | **1.80** | |
| SCHOCKETT P | 02/05/07 | 1.90 | EMERGENCE PLANNING TELECONFERENCES (1.9). |
| SCHOCKETT P | 02/19/07 | 0.50 | EMERGENCE PLANNING TELECONFERENCE (0.5). |
| SCHOCKETT P | 02/26/07 | 0.30 | SENIOR STRATEGY TELECONFERENCE RE: TAX (0.3). |
| | | **2.70** | |
| **Total Associate** | | **32.10** | |
| **TOTAL TIME** | | **<u>94.40</u>** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/06/07 | Gross C | 343.09 |
| Air/Rail Travel - vendor feed | 02/06/07 | Sensenbrenner EB | 263.96 |
| Air/Rail Travel - vendor feed | 02/06/07 | Gross C | 291.95 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$899.00** |
| In-house Reproduction | 02/02/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 02/06/07 | Copy Center, D | 128.57 |
| In-house Reproduction | 02/16/07 | Copy Center, D | 0.30 |
| In-house Reproduction | 02/20/07 | Copy Center, D | 40.75 |
| In-house Reproduction | 02/20/07 | Copy Center, D | 22.18 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$192.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 2.03 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 5.52 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.20 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.25 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 3.00 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$11.00** |
| Westlaw | 02/01/07 | Schockett P | 649.33 |
| Westlaw | 02/02/07 | Schockett P | 13.84 |
| Westlaw | 02/26/07 | Perl MW | 58.83 |
| | | **TOTAL WESTLAW** | **$722.00** |
| Vendor Hosted Telecon-ferencing | 02/12/07 | Teleconferencing Services, LLC | 7.37 |
| Vendor Hosted Telecon-ferencing | 02/13/07 | Teleconferencing Services, LLC | 1.05 |
| Vendor Hosted Telecon-ferencing | 02/26/07 | Teleconferencing Services, LLC | 5.58 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL VENDOR HOSTED TELECONFERENCING | $14.00 |
| | | TOTAL MATTER | $1,838.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          Bill Date: 04/30/07
**Tax Matters**                                       Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| ~~BREWSTER JJ~~ | ~~03/09/07~~ | ~~2.50~~ | ~~REVIEW REGULATIONS RE: STRUCTURE AND TAXATION OF SETTLEMENT FUNDS (1.2); TELECONFERENCE WITH S. GALE AT DELPHI RE: TAXATION OF SETTLEMENT FUNDS (1.0); FOLLOW-UP TO RESPOND TO QUESTIONS ASKED (0.3).~~ |
| ~~BREWSTER JJ~~ | ~~03/12/07~~ | ~~0.70~~ | ~~FOLLOW-UP TO TAX QUESTIONS FROM S. GALE (0.7).~~ |
| ~~BREWSTER JJ~~ | ~~03/13/07~~ | ~~0.60~~ | ~~ANALYSIS OF TAX TREATMENT OF PAYMENTS TO A TRUST TO PAY FOR ENVIRONMENTAL CLEANUP (0.6).~~ |
| ~~BREWSTER JJ~~ | ~~03/19/07~~ | ~~0.60~~ | ~~ANALYZE TAX CONSEQUENCES OF EXPENDIURES MADE ON DATE OF EMERGENCE (0.6).~~ |
| | | ~~4.40~~ | |
| MARAFIOTI KA | 03/05/07 | 1.20 | REVIEW MEMO RE: SECTION 505 (0.9); FOLLOWUP CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 03/09/07 | 0.10 | ANALYZE SECTION 505 TAX ISSUES (0.1). |
| MARAFIOTI KA | 03/22/07 | 0.10 | CONSIDER TAX REFUND ISSUE (0.1). |
| MARAFIOTI KA | 03/29/07 | 0.10 | CONSIDER TAX DISCLOSURE ISSUES (0.1). |
| | | 1.50 | |
| ~~OOSTERHUIS PW~~ | ~~03/12/07~~ | ~~1.00~~ | ~~TELECONFERENCES RE: DEBT PUSHDOWN (1.0).~~ |
| ~~OOSTERHUIS PW~~ | ~~03/16/07~~ | ~~1.30~~ | ~~TAX CONFERENCE CALLS (1.3).~~ |
| ~~OOSTERHUIS PW~~ | ~~03/28/07~~ | ~~1.00~~ | ~~TELECONFERENCE ON INSTITUTIONAL PLANNING - REVIEW OUTLINE (1.0).~~ |
| | | ~~3.30~~ | |
| **Total Partner** | | **9.20** | |
| SENSENBRENNER EB | 03/02/07 | 2.90 | SENIOR STRATEGY CALL (0.9); REVIEW E&Y TAX PROJECTIONS (0.6); TAX ANALYSIS RE: EMERGENCE PLANNING; 382 IMPACT OF PAYMENTS (1.4). |
| SENSENBRENNER EB | 03/05/07 | 0.80 | EMERGENCE PLANNING CONFERENCE CALL (0.8). |
| SENSENBRENNER EB | 03/12/07 | 3.10 | DELPHI EMERGENCE PLANNING CALL (1.8); TELECONFERENCE WITH WHITE & CASE AND MILBANK RE: FOREIGN TAX PLANNING (1.3). |
| SENSENBRENNER EB | 03/13/07 | 3.80 | TAX ANALYSIS RE: EMERGENCE TAX PLANNING (2.5); TELECONFERENCE WITH R. WARD OF ERNST & YOUNG RE: TAX PROJECTIONS (1.3). |
| SENSENBRENNER EB | 03/14/07 | 1.50 | TAX WORK RE: EMERGENCE PLANNING (1.5). |
| SENSENBRENNER EB | 03/15/07 | 2.00 | TAX ANALYSIS RE: EMERGENCE PLANNING (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 03/16/07 | 3.70 | SENIOR STRATEGY TELECONFERENCE (0.9); TAX ANALYSIS (0.4); TELECONFERENCE WITH WHITE & CASE AND MILBANK RE: FOREIGN TAX PLANNING (1.6); TELECONFERENCE WITH J. WHITSON & ERNST & YOUNG RE: FOREIGN TAX PLANNING (0.8). |
| SENSENBRENNER EB | 03/19/07 | 1.50 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.0); TELECONFERENCE WITH S. GALE, H. TUCKER AND R. WARD RE: 382 IMPACT OF CERTAIN TAX ATTRIBUTES (0.5). |
| SENSENBRENNER EB | 03/21/07 | 0.80 | TAX ANALYSIS RE: 382; EMERGENCE PLANNING (0.8). |
| SENSENBRENNER EB | 03/22/07 | 2.80 | TAX ANALYSIS RE: EMERGENCE PLANNING (2.3); ASSIST WITH TAX DILIGENCE REVIEW (0.5). |
| SENSENBRENNER EB | 03/23/07 | 0.80 | SENIOR STRATEGY CONFERENCE CALL (0.8). |
| SENSENBRENNER EB | 03/26/07 | 0.70 | TAX WORK RE: EMERGENCE PLANNING (0.7). |
| SENSENBRENNER EB | 03/27/07 | 1.30 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.3). |
| SENSENBRENNER EB | 03/28/07 | 1.60 | CONFERENCE CALL WITH PLAN INVESTORS AND WHITE & CASE RE: FOREIGN TAX (1.3); TAX ANALYSIS RE: EMERGENCE PAYMENTS (0.3). |
| SENSENBRENNER EB | 03/29/07 | 1.50 | TAX ANALYSIS RE: FOREIGN TAX CAPACITY, DEBT ALLOCATION (1.5). |
| SENSENBRENNER EB | 03/30/07 | 1.50 | SENIOR STRATEGY CONFERENCE CALL (0.8); TAX WORK RE: EMERGENCE PAYMENTS (0.7). |
| | | **30.30** | |
| **Total Counsel** | | **30.30** | |
| FEINBERG AS | 03/01/07 | 0.40 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.4). |
| FEINBERG AS | 03/05/07 | 2.50 | EMERGENCE PLANNING CONFERENCE CALL (0.8); REVIEW AND ANALYSIS RE: SECTION 382 (1.7). |
| FEINBERG AS | 03/06/07 | 0.10 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.1). |
| FEINBERG AS | 03/07/07 | 0.70 | TAX ANALYSIS RE: PLAN OF EMERGENCE (0.7). |
| FEINBERG AS | 03/08/07 | 0.80 | ANALYSIS AND HANDLING OF PRE-PETITION AND POST-PETITION TAX CLAIMS (0.8). |
| FEINBERG AS | 03/09/07 | 1.10 | TAX ANALYSIS RE: ENVIRONMENTAL TRUST PROPOSAL (1.1). |
| FEINBERG AS | 03/12/07 | 4.30 | TELECONFERENCE WITH WHITE & CASE AND MILBANK RE: FOREIGN TAX PLANNING (1.3); DELPHI EMERGENCE PLANNING (2.0); ANALYSIS RE: ENVIRONMENTAL TRUST PROPOSAL (0.7); ANALYSIS RE: HIGHLAND FORM 13-D (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FEINBERG AS | 03/13/07 | 3.50 | TELECONFERENCE WITH R. WARD OF ERNST & YOUNG RE: TAX PROJECTIONS (1.3); TAX ANALYSIS RE: EMERGENCE TAX PLANNING (2.2). |
|---|---|---|---|
| FEINBERG AS | 03/14/07 | 0.90 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.9). |
| FEINBERG AS | 03/16/07 | 2.60 | TELECONFERENCE WITH WHITE & CASE AND MILBANK RE: FOREIGN TAX PLANNING (1.6); TELECONFERENCE WITH J. WHITSON AND ERNST & YOUNG RE: FOREIGN TAX PLANNING (0.5); ANALYSIS RE: CLOSING OF THE BOOKS ELECTION (0.5). |
| FEINBERG AS | 03/19/07 | 3.70 | TELECONFERENCE WITH S. GALE, H. TUCKER AND R. WARD RE: SECTION 382 IMPACT OF CERTAIN TAX ATTRIBUTES (0.5); ANALYSIS OF STATE TAX CLAIMS (1.0); ANALYSIS RE: SCHEDULE 13-D FILING (0.6); TAX ANALYSIS RE: EMERGENCE PLANNING (1.6). |
| FEINBERG AS | 03/21/07 | 0.40 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.4). |
| FEINBERG AS | 03/22/07 | 3.20 | TAX ANALYSIS RE: APPLICATION OF CLOSING-OF-THE-BOOKS ELECTION (1.9); TAX ANALYSIS RE: EMERGENCE PLANNING (1.3). |
| FEINBERG AS | 03/23/07 | 2.30 | ANALYSIS RE: DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION (2.3). |
| FEINBERG AS | 03/24/07 | 0.70 | TAX ANALYSIS RE: DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION (0.7). |
| FEINBERG AS | 03/25/07 | 0.50 | TAX ANALYSIS RE: FOREIGN PLANNING SUMMARY (0.5). |
| FEINBERG AS | 03/26/07 | 1.60 | TAX ANALYSIS RE: DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION (1.0); EMERGENCE PLANNING CONFERENCE CALL (0.6). |
| FEINBERG AS | 03/28/07 | 1.20 | TELECONFERENCE WITH WHITE & CASE AND MILBANK RE: FOREIGN TAX PLANNING (1.2). |
| FEINBERG AS | 03/29/07 | 0.20 | TAX ANALYSIS RE: TAX CLAIMS (0.2). |
| | | **30.70** | |
| GARTNER M | 03/20/07 | 4.40 | RESEARCH OHIO USE TAX STATUTE AND ADMINISTRATIVE CODE AND FEDERAL COURT CASE LAW IN PREPARATION FOR TAX CLAIM OBJECTION (4.4). |
| GARTNER M | 03/21/07 | 4.70 | CONTINUE RESEARCH AND ANALYSIS OF OHIO USE TAX AND FURTHER RELATED ISSUES (4.2); EMAILS AND CALLS RE: SAME (0.5). |
| GARTNER M | 03/22/07 | 4.10 | CONTINUE ANALYSIS OF OHIO USE TAX ISSUES (1.7); TELECONFERENCE RE: SAME (1.1); BEGIN RESEARCH INTO INTEREST ON OVERSECURED TAX CLAIMS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GARTNER M | 03/23/07 | 1.20 | CONTINUE ANALYSIS AND DISCUSSION RE: USE TAX AND OVERSECURED INTEREST CLAIMS ISSUES (1.2). |
| GARTNER M | 03/26/07 | 3.20 | CONTINUE ANALYSIS OF INTEREST TO OVERSECURED TAX CREDITOR ISSUE (3.2). |
| GARTNER M | 03/28/07 | 3.40 | CONTINUE RESEARCH AND ANALYSIS OF USE TAX CLAIM ISSUE, AND EMAILS AND CALLS RE: SAME (3.4). |
| | | **21.00** | |
| HARDIN AS | 03/01/07 | 8.50 | COMPLETE RESEARCHING / DRAFTING MEMO RE: TAX REFUND (8.5). |
| HARDIN AS | 03/12/07 | 1.60 | REVIEW STATUS OF IRS CLAIMS AND REVISE MEMO RE: EMPLOYMENT TAX ISSUES (1.6). |
| | | **10.10** | |
| PERL MW | 03/07/07 | 0.70 | CONTINUE RESEARCH RE: STATUTE OF LIMITATIONS AND STATE TAXING AUTHORITY (0.7). |
| PERL MW | 03/11/07 | 3.80 | RESEARCH IN CONNECTION WITH TAX CLAIMS (2.7); REVIEW SUMMARY OF TAX CLAIMS (0.7) AND CORRESPOND WITH WORKING RE: SAME (0.2) AND COORDINATE RE: DOCUMENTS FOR SAME (0.2). |
| PERL MW | 03/12/07 | 1.20 | TELECONFERENCE WITH J. DELCUA RE: TAX CLAIMS (0.2); CONTINUE RESEARCH IN CONNECTION WITH TAX RELATED CLAIM (0.6); FOLLOW UP WITH WORK GROUP RE: TAX CLAIMS MATTERS (0.4). |
| PERL MW | 03/15/07 | 0.80 | CONTINUE RESEARCH RE: EFFECT OF FILING TAX CLAIM IN CONNECTION WITH STATUTE OF LIMITATION (0.8). |
| PERL MW | 03/16/07 | 0.90 | CONTINUE RESEARCH RE: STATUTE OF LIMITATIONS IN CONNECTION WITH TAX CLAIM (0.4); DRAFT CORRESPONDENCE RE: STATUS OF SAME (0.3, 0.2). |
| PERL MW | 03/17/07 | 0.50 | REVIEW STATUS OF TAX CLAIM ISSUE (0.5). |
| PERL MW | 03/18/07 | 0.40 | DRAFT CORRESPONDENCE RE: TAX ISSUE (0.4). |
| PERL MW | 03/19/07 | 0.60 | TELECONFERENCE WITH WORKING GROUP RE: TAX RESEARCH MATTERS (0.1); STRATEGIZE WITH WORKING GROUP RE: SAME (0.5). |
| PERL MW | 03/20/07 | 0.90 | CONTINUE TO RESEARCH TAX ISSUES RE: STATUTE OF LIMITATIONS (0.9). |
| PERL MW | 03/21/07 | 1.20 | FOLLOW UP RESEARCH RE: TAX ISSUE AND STATUTE OF LIMITATIONS AND RELATED ISSUES (1.2). |
| PERL MW | 03/22/07 | 1.20 | STRATEGIZE WITH WORKING GROUP RE: TAX RESEARCH AND RELATED ISSUES (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 03/23/07 | 0.20 | FOLLOW UP RESEARCH RE: STATUTE OF LIMITATIONS FOR STATE TAXING AUTHORITY (0.2). |
| PERL MW | 03/29/07 | 0.60 | REVIEW RESEARCH AND BEGIN DRAFTING FOLLOW UP CORREPOSNDENCE TO WORKING GROUP RE: SAME (0.6). |
| PERL MW | 03/30/07 | 0.40 | STRATEGIZE WITH WORKING GROUP RE: TAX RESEARCH RE: STATUTE OF LIMITATIONS (0.4). |
| | | **13.40** | |
| SCHOCKETT P | 03/19/07 | 1.50 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.0); TELECONFERENCE WITH S. GALE, H. TUCKER AND R. WARD RE: 382 IMPACT OF CERTAIN TAX ATTRIBUTES (0.5). |
| SCHOCKETT P | 03/21/07 | 5.50 | TAX ANALYSIS RE: 382 IMPACT OF CERTAIN TAX ATTRIBUTES (5.5). |
| SCHOCKETT P | 03/22/07 | 3.80 | TAX ANALYSIS RE: PRE-EMERGENCE 382 PLANNING (3.8). |
| SCHOCKETT P | 03/23/07 | 2.20 | TAX ANALYSIS RE: INTERNATIONAL TAX PLANNING (2.2). |
| SCHOCKETT P | 03/26/07 | 0.90 | SENIOR STRATEGY TELECONFERENCE RE: TAX PLANNING (0.6); TAX ANALYSIS RE: EMERGENCE PLAN (0.3). |
| SCHOCKETT P | 03/27/07 | 1.30 | TAX ANALYSIS RE: POST-EMERGENCE 382 PLANNING (1.3). |
| | | **15.20** | |
| **Total Associate** | | **90.40** | |
| **TOTAL TIME** | | **129.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 04/30/07**
**Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/02/07 | Copy Center, D | 42.21 |
| In-house Reproduction | 03/06/07 | Copy Center, D | 1.59 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 1.99 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 18.91 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 0.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$65.00** |
| Lexis/Nexis | 03/28/07 | Gartner M | 41.50 |
| Lexis/Nexis | 03/31/07 | Gartner M | 41.50 |
| | | **TOTAL LEXIS/NEXIS** | **$83.00** |
| Westlaw | 03/08/07 | Perl MW | 73.78 |
| Westlaw | 03/08/07 | Lederer J. | 37.58 |
| Westlaw | 03/09/07 | Perl MW | 15.43 |
| Westlaw | 03/11/07 | Perl MW | 236.93 |
| Westlaw | 03/12/07 | Sargeant G | 182.75 |
| Westlaw | 03/14/07 | Feinberg AS | 141.20 |
| Westlaw | 03/15/07 | Perl MW | 93.02 |
| Westlaw | 03/20/07 | Gartner M | 41.34 |
| Westlaw | 03/21/07 | Schockett P | 3,674.83 |
| Westlaw | 03/22/07 | Schockett P | 2,668.14 |
| | | **TOTAL WESTLAW** | **$7,165.00** |
| Reproduction - color | 03/27/07 | Copy Center, D | 26.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$26.00** |
| Messengers/ Courier | 03/02/07 | Dist Serv/Mail/Page, D | 23.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$23.00** |
| CLR/Disclosure | 03/01/07 | Global Securities | 252.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$252.00** |
| | | **TOTAL MATTER** | **$7,614.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 05/31/07
Tax Matters                                              Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 04/17/07 | 0.10 | CORRESPONDENCE EXCHANGE RE: FICA TAX REFUND (0.1). |
| MARAFIOTI KA | 04/24/07 | 0.60 | TELECONFERENCE WITH HANDY HEVENER RE: FICA REFUND CLAIM (0.6). |
| MARAFIOTI KA | 04/25/07 | 0.30 | TELECONFERENCE WITH A. GOLDMAN RE: RUSSIAN PRIVATE EQUITY FUND ACQUISITION OF SHARES IN CONTRAVENTION OF NOL ORDER (0.2); CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 04/26/07 | 0.50 | CONSIDER ISSUES RE: NOL ORDER AS APPLIED TO RUSSIAN EQUITY FUND ACQUISITIONS (0.5). |
| MARAFIOTI KA | 04/30/07 | 0.60 | ANALYZE ISSUES IN CONNECTION WITH NOL ORDER VIOLATION (0.6). |
| | | 2.10 | |
| **Total Partner** | | **2.10** | |
| MATZ TJ | 04/25/07 | 0.80 | CONSIDER POSSIBLE CLAIMS/EQUITY TRADING ORDER VIOLATION AND POSSIBLE RESOLUTION THEREOF (0.8). |
| MATZ TJ | 04/30/07 | 0.60 | REVIEW AND CONSIDER TRADING ORDER SELL DOWN MATTER (0.6). |
| | | 1.40 | |
| SENSENBRENNER EB | 04/02/07 | 3.10 | EMERGENCE TAX PLANNING TELECONFERENCE WITH J. WHITSON AND S. GALE (0.7); REVIEW PRICEWATERCOOPERS DILIGENCE RE: DOMESTIC AND FOREIGN TAX (2.4). |
| SENSENBRENNER EB | 04/05/07 | 0.80 | SENIOR STRATEGY CONFERENCE CALL (0.8). |
| SENSENBRENNER EB | 04/09/07 | 0.80 | TAX ANALYSIS RE: FOREIGN TAX POSITION OF DELPHI (0.8). |
| SENSENBRENNER EB | 04/11/07 | 0.80 | TAX ANALYSIS RE: APPLICATION OF 382 (0.8). |
| SENSENBRENNER EB | 04/16/07 | 2.50 | TAX ANALYSIS RE: 382 (2.1); REVIEW SEC SCHEDULE 13DS (0.4). |
| SENSENBRENNER EB | 04/19/07 | 0.50 | TAX PLANNING RE: EMERGENCE (0.5). |
| SENSENBRENNER EB | 04/25/07 | 0.90 | REVIEW DRAFT 10Q (0.5); DEVELOP STRATEGY RE: TRADING BY RUSSIAN PRIVATE EQUITY FUND (0.4). |
| SENSENBRENNER EB | 04/26/07 | 0.80 | TAX ANALYSIS RE: PLAN OF REORGANIZATION (0.8). |
| SENSENBRENNER EB | 04/27/07 | 0.80 | TAX ANALYSIS RE: RUSSIAN EQUITY FUND (0.8). |
| SENSENBRENNER EB | 04/30/07 | 1.80 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 12.80 |  |
|---|---|---|---|
| **Total Counsel** |  | **14.20** |  |
| FEINBERG AS | 04/02/07 | 1.70 | EMERGENCE PLANNING CONFERENCE CALL (1.0); ANALYSIS RE: FORMS 13-D (0.7). |
| FEINBERG AS | 04/03/07 | 2.50 | TAX ANALYSIS RE: FORMS 13-D (1.7); EMERGENCE PLANNING (0.8). |
| FEINBERG AS | 04/05/07 | 2.40 | TAX ANALYSIS RE: SHAREHOLDER FILINGS (1.6); EMERGENCE PLANNING (0.8). |
| FEINBERG AS | 04/06/07 | 0.70 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.7). |
| FEINBERG AS | 04/09/07 | 1.10 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 (1.1). |
| FEINBERG AS | 04/10/07 | 1.20 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.2). |
| FEINBERG AS | 04/16/07 | 3.20 | EMERGENCE PLANNING CONFERENCE CALL (0.7); ANALYSIS RE: APPLICATION OF SECTION 382 (2.5). |
| FEINBERG AS | 04/17/07 | 1.10 | ANALYSIS RE: APPLICATION OF SECTION 382 (0.6); ANALYSIS RE: SUMMONS (0.5). |
| FEINBERG AS | 04/19/07 | 0.30 | ANALYSIS RE: APPLICATION OF SECTION 382 (0.3). |
| FEINBERG AS | 04/20/07 | 0.50 | TAX ANALYSIS RE: FORM 10-Q. (0.5). |
| FEINBERG AS | 04/23/07 | 1.30 | TAX ANALYSIS RE: FINANCIAL MODELING (0.7); TAX ANALYSIS RE: EMERGENCE PLANNING (0.6). |
| FEINBERG AS | 04/25/07 | 2.00 | TAX ANALYSIS RE: FORM 10-Q (1.3); ANALYSIS RE: APPLICATION OF SECTION 382 (0.7). |
| FEINBERG AS | 04/26/07 | 2.70 | ANALYSIS RE: ACQUISITION OF DELPHI STOCK (1.5); ANALYSIS RE: APPLICATION OF SECTION 382 TO FRAMEWORK AGREEMENT (1.2). |
| FEINBERG AS | 04/27/07 | 0.20 | ANALYSIS RE: EMERGENCE PLANNING (0.2). |
| FEINBERG AS | 04/30/07 | 1.20 | TAX ANALYSIS RE: FORM 10-Q (1.2). |
|  |  | **22.10** |  |
| GARTNER M | 04/02/07 | 2.40 | CONTINUE COLLECTION AND ANALYSIS OF RESEARCH INTO THE RELATIONSHIP BETWEEN TAX ASSESSMENTS AND PROOFS OF CLAIM (2.4). |
| GARTNER M | 04/16/07 | 1.20 | REVIEW ONGOING TAX CLAIMS MATTERS AND ISSUES, ESP. TAX CLAIMS OBJECTIONS AND LATE AMENDMENTS (1.2). |
|  |  | **3.60** |  |
| KALOUDIS D | 04/30/07 | 3.10 | REVIEW AND ANALYZE NOL ORDER (0.9); REVIEW AND ANALYZE CASE MANAGEMENT ORDERS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 3.10 |  |
|---|---|---|---|
| LEDERER J. | 04/30/07 | 3.20 | REVIEW CASE MANAGEMENT ORDERS AND NOL ORDER (1.6); DRAFT AND REDRAFT EMAIL SUMMARY OF NOL ORDER AND CASE MANAGEMENT ORDERS WRT/ EXCESS OWNERSHIP (1.6). |
|  |  | 3.20 |  |
| SCHOCKETT P | 04/02/07 | 1.40 | TAX ANALYSIS RE: SCHEDULE 13D FILED BY OWL CREEK (1.4). |
| SCHOCKETT P | 04/05/07 | 0.70 | SENIOR STRATEGY CALL RE: CURRENT ISSUES (0.7). |
| SCHOCKETT P | 04/12/07 | 1.10 | TAX ANALYSIS RE: STATE TAX CLAIMS (1.1). |
| SCHOCKETT P | 04/16/07 | 1.60 | SENIOR STRATEGY CALL WITH J. WHITSON AND S. GALE (0.3); TAX ANALYSIS RE: TRADING ORDER (1.3). |
| SCHOCKETT P | 04/23/07 | 0.80 | SENIOR STRATEGY TELECONFERENCE WITH J. WHITSON AND S. GALE (0.3); TAX ANALYSIS RE: HIGHLAND SCHEDULE 13D (0.5). |
| SCHOCKETT P | 04/27/07 | 1.40 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.4). |
|  |  | 7.00 |  |
| Total Associate |  | 39.00 |  |
| TOTAL TIME |  | 55.30 |  |

185

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 05/31/07
Tax Matters                                                 Bill Number: 1158919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/03/07 | Copy Center, D | 70.54 |
| In-house Reproduction | 04/10/07 | Copy Center, D | 12.31 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 223.15 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$306.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.17 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 2.81 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.15 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.74 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.13 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$5.00** |
| Lexis/Nexis | 04/05/07 | Phillips DP | 9.85 |
| Lexis/Nexis | 04/17/07 | Feinberg AS | 62.15 |
| | | **TOTAL LEXIS/NEXIS** | **$72.00** |
| Westlaw | 04/05/07 | Schockett P | 11.43 |
| Westlaw | 04/17/07 | Feinberg AS | 57.85 |
| Westlaw | 04/26/07 | Feinberg AS | 188.72 |
| | | **TOTAL WESTLAW** | **$258.00** |
| Vendor Hosted Telecon-ferencing | 03/12/07 | Teleconferencing Services, LLC | 25.66 |
| Vendor Hosted Telecon-ferencing | 03/13/07 | Teleconferencing Services, LLC | 7.04 |
| Vendor Hosted Telecon-ferencing | 03/19/07 | Teleconferencing Services, LLC | 2.86 |
| Vendor Hosted Telecon-ferencing | 03/26/07 | Teleconferencing Services, LLC | 10.44 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$46.00** |
| Outside Re-search/Internet Services | 04/05/07 | Pacer Service Center | 15.52 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 04/05/07 | Pacer Service Center | 7.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$23.00** |
| Telco-Non Astra | 04/19/07 | Telecommunications, D | 1.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$1.00** |
| CLR/Disclosure | 04/01/07 | Global Securities | 14.79 |
| CLR/Disclosure | 04/01/07 | Global Securities | 145.21 |
| | | **TOTAL CLR/DISCLOSURE** | **$160.00** |
| | | **TOTAL MATTER** | **$871.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/07
Tax Matters                                                 Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GROSS C | 05/04/07 | 0.80 | TAX WORK RE ANALYSIS OF TRADING ORDER AND TAX ATTRIBUTES (0.8). |
| GROSS C | 05/07/07 | 1.40 | ANALYSIS OF EMERGENCE RESTRUCTURING (1.4). |
| GROSS C | 05/08/07 | 2.40 | WORK RE: PARDUS/LEHMAN/WILKIE FARR TAX ANALYSES PER J. WHITSON (DELPHI TAX) (2.4). |
| GROSS C | 05/10/07 | 3.90 | WORK RE: PARDUS/WILKIE TAX INQUIRIES (1.6); WORK RE: SECTION 382 ANALYSIS FOR DTM (J. WHITSON) (2.3). |
| GROSS C | 05/11/07 | 1.60 | WORK RE: TRADING ORDER AND SEC FILINGS (1.6). |
|  |  | **10.10** |  |
| MARAFIOTI KA | 05/02/07 | 0.60 | CONSIDER PROCEDURE TO CURE VIOLATION OF NOL ORDER BY RUSSIAN EQUITY FUND (0.3); RELATED CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 05/04/07 | 0.10 | CORRESPONDENCE RE: BASIC ELEMENT (RUSSIAN EQUITY FUND) (0.1). |
| MARAFIOTI KA | 05/08/07 | 0.10 | CORRESPONDENCE RE: NOTICE OF PRESENTMENT ON NOL ORDER (FIDELITAS) (0.1). |
| MARAFIOTI KA | 05/09/07 | 1.00 | WORK ON FIDELITAS NOTICE OF PRESENTMENT AND AGREED ORDER (0.7); RELATED CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 05/10/07 | 1.50 | REVIEW AND REVISE FIDELITAS NOTICE OF PRESENTMENT (0.5) AND STIPULATED ORDER (0.8); RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 05/11/07 | 2.40 | REVISE PLEADINGS RE: FIDELITAS VIOLATION OF NOL ORDER (1.4); CORRESPONDENCE WITH CLIENT (0.8); TELECONFERENCE AND CORRESPONDENCE WITH A. GOLDMAN (0.2). |
| MARAFIOTI KA | 05/15/07 | 0.10 | CORRESPONDENCE RE: TAX ISSUES (0.1). |
| MARAFIOTI KA | 05/21/07 | 0.40 | CONSIDER ISSUES RE: FILITAS STIPULATED ORDER (0.1); CORRESPONDENCE EXCHANGE WITH A. GOLDMAN RE: SAME (0.3). |
|  |  | **6.20** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 05/05/07 | 0.80 | REVIEW WAIVERS (0.3); REVIEW AND COMMENT ON 414(L) TRANSACTION (0.4); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 05/08/07 | 0.40 | PREPARE FOR TAX CORPORATE REORGANIZATION MEETING (0.2); REVIEW CORRESPONDENCE RE: POTENTIAL VIOLATION OF TAX TRADING ORDER (0.2). |
| MEISLER RE | 05/15/07 | 1.70 | CONFERENCE WITH B. SPARKS, J. WHITSON RE: ANALYSIS OF TAX EFFICIENT STRUCTURES IN CONNECTION WITH EXIT FINANCING (1.4); DRAFT NOTES TO FILE RE: SAME (0.3). |
| MEISLER RE | 05/30/07 | 0.20 | DRAFT INTERNAL CORRESPONDENCE RE: STATUS OF CERTAIN TAX ANALYSES (0.2). |
| | | 3.10 | |
| ~~OOSTERHUIS PW~~ | ~~05/15/07~~ | ~~1.00~~ | ~~TELECONFERENCE RE: FOREIGN RESTRUCTURING (1.0).~~ |
| ~~OOSTERHUIS PW~~ | ~~05/17/07~~ | ~~0.80~~ | ~~TELECONFERENCE WITH B. SPARKS RE: DEBT STRUCTURING (0.8).~~ |
| ~~OOSTERHUIS PW~~ | ~~05/18/07~~ | ~~0.30~~ | ~~WORKING GROUP CONFERENCE RE: DEBT STRUCTURING (0.3).~~ |
| ~~OOSTERHUIS PW~~ | ~~05/30/07~~ | ~~0.50~~ | ~~WORKING GROUP CONFERENCES RE: DEBT PUSHDOWN (0.5).~~ |
| | | ~~2.60~~ | |
| **Total Partner** | | **22.00** | |
| MATZ TJ | 05/02/07 | 1.20 | REVIEWING AND REVISING DRAFT SECTION 505 COMPLAINT (1.2). |
| MATZ TJ | 05/03/07 | 0.70 | FURTHER REVISIONS TO SECTION 505 COMPLAINT, ADDITIONAL FACTS RE: 2003 AGREEMENT (0.7). |
| MATZ TJ | 05/04/07 | 1.30 | REVIEW AND CONSIDER RUSSIAN FUND COMPLIANCE MATTER, PRESENTMENT AND PROCEDURAL MATTERS (1.3). |
| MATZ TJ | 05/07/07 | 0.40 | REVIEW POSSIBLE IRS ADVERSARY COMMITTEE SETTLEMENT (0.4). |
| MATZ TJ | 05/08/07 | 0.80 | CONSIDERING AND REVIEWING RUSSIAN FUND AGREED ORDER AND PRESENTMENT (0.4); TELECONFERENCE WITH CLERKS' OFFICE RE: FEDELITAS STIPULATION (0.2); REVIEWING SAME (0.2). |
| MATZ TJ | 05/09/07 | 0.60 | REVIEW AND REVISE FIDELITAS STIPULATION AND AGREED ORDER (0.6). |
| MATZ TJ | 05/21/07 | 0.40 | REVIEWING FIDELITAS ORDER PRESENTMENTS (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); CORRESPONDENCE WITH K. MARAFIOTI RE: FIDELITAS ORDER (0.1). |
| | | 5.40 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 05/01/07 | 3.90 | TAX ANALYSIS RE: PLAN OF REORGANIZATION (0.8); TELECONFERENCE TO DISCUSS POTENTIAL POR STRUCTURE (3.1). |
| SENSENBRENNER EB | 05/02/07 | 0.30 | TAX WORK RE: RUSSIAN EQUITY FUND TRADE (0.3). |
| SENSENBRENNER EB | 05/07/07 | 0.40 | EMERGENCE PLANNING TELECONFERENCE (0.4). |
| SENSENBRENNER EB | 05/08/07 | 2.10 | EMERGENCE PLANNING TAX ANALYSIS (1.3); TELECONFERENCE WITH REPRESENTATIVES OF PARDUS RE: 382; TAX ISSUES (0.8). |
| SENSENBRENNER EB | 05/09/07 | 1.30 | REVIEW AND REVISE TAX DISCLOSURE (0.5); TAX PLANNING RE: EMERGENCE PAYMENTS (0.8). |
| SENSENBRENNER EB | 05/10/07 | 1.00 | TAX ANALYSIS RE: EMERGENCE PAYMENTS (0.3); TELECONFERENCE RE: POR ISSUES (0.7). |
| SENSENBRENNER EB | 05/11/07 | 1.40 | TAX ANALYSIS RE: POR, EMERGENCE PAYMENTS (1.4). |
| SENSENBRENNER EB | 05/14/07 | 0.80 | EMERGENCE PLANNING TELECONFERENCE WITH J. WHITSON, S. GALE AND OTHERS (0.8). |
| SENSENBRENNER EB | 05/15/07 | 0.50 | TAX ANALYSIS RE: FOREIGN TAX PLANNING (0.5). |
| SENSENBRENNER EB | 05/17/07 | 0.40 | TAX ANALYSIS RE: POR ISSUES (0.4). |
| SENSENBRENNER EB | 05/18/07 | 0.50 | SENIOR STRATEGY WORKING GROUP TELECONFERENCE (0.5). |
| SENSENBRENNER EB | 05/21/07 | 0.30 | TAX ANALYSIS RE: POR ISSUES UNDER SECTION 382 (0.3). |
| SENSENBRENNER EB | 05/23/07 | 1.40 | CONFER WITH H. TUCKER AND R. WARD OF E&Y RE: APPLICATION OF 382 TO EMERGENCE TRANSACTION (0.8); REVIEW FORMS 13D/G (0.6). |
| | | **14.30** | |
| **Total Counsel** | | **19.70** | |
| FEINBERG AS | 05/01/07 | 4.90 | PARTICIPATION IN WORKING GROUP TELECONFERENCE WITH ROTHSCHILD AND FTI (4.9). |
| FEINBERG AS | 05/02/07 | 0.60 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 (0.6). |
| FEINBERG AS | 05/03/07 | 0.20 | TAX ANALYSIS RE: FORM 10-Q (0.2). |
| FEINBERG AS | 05/07/07 | 0.50 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.5). |
| FEINBERG AS | 05/08/07 | 4.30 | ANALYSIS RE: APPLICATION OF SECTION 382 TO PLAN OF EMERGENCE (2.9); ANALYSIS RE: TRADING ORDER (1.4). |
| FEINBERG AS | 05/09/07 | 1.80 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 TO PLAN OF EMERGENCE (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FEINBERG AS      05/10/07      2.30   TAX ANALYSIS RE: APPLICATION OF SECTION
                                      382 TO PLAN OF EMERGENCE (2.3).

FEINBERG AS      05/14/07      1.60   TAX TELECONFERENCE WITH ERNST & YOUNG,
                                      J. WHITSON, S. GALE RE: EMERGENCE
                                      PLANNING (1.2); TAX ANALYSIS RE:
                                      APPLICATION OF SECTION 382 (0.4).

FEINBERG AS      05/17/07      0.50   TAX ANALYSIS RE: EMERGENCY PLANNING
                                      (0.5).

FEINBERG AS      05/21/07      0.40   ANALYSIS RE: TAX CLAIMS (0.4).

FEINBERG AS      05/22/07      0.60   ANALYSIS RE: TAX CLAIMS (0.6).

FEINBERG AS      05/23/07      2.30   TELECONFERENCE WITH ERNST & YOUNG RE:
                                      EMERGENCE PLANNING (1.1); ANALYSIS RE:
                                      APPLICATION OF SECTION 382 (1.2).

FEINBERG AS      05/29/07      0.30   TAX TELECONFERENCE WITH ERNST & YOUNG,
                                      J. WHITSON AND S. GALE RE: EMERGENCE
                                      PLANNING (0.3).

                              20.30

KALOUDIS D       05/07/07      1.70   REVISE NOTICE OF PRESENTMENT OF
                                      STIPULATED AGREED ORDER RE: FIDELITAS
                                      (1.7).

KALOUDIS D       05/09/07      1.10   REVISE FIDELITAS NOA (0.3); REVISE
                                      FIDELITAS PROPOSED AGREED ORDER (0.4);
                                      ANALYZE OUTSTANDING ISSUES RE:
                                      FIDELITAS NOA (0.4).

KALOUDIS D       05/10/07      1.30   REVISE NOA RE: FIDELITAS (0.3); MAKE
                                      FURTHER REVISIONS TO AGREED ORDER
                                      (0.6); INCORPORATE ADDITIONAL COMMENTS
                                      RECEIVED FROM COUNSEL FOR FIDELITAS
                                      (0.4).

KALOUDIS D       05/11/07      3.10   REVISE FIDELITAS STIPULATION (1.3);
                                      REVISE NOTICE OF PRESENTMENT (0.2);
                                      FINALIZE FILING OF NOTICE OF
                                      PRESENTMENT RE: (1.6).

KALOUDIS D       05/21/07      1.00   ATTENTION TO FIDELITAS RE: COMPLIANCE
                                      OF ORDER (0.9); REVIEW DOCKET RE:
                                      FIDELITAS (0.1).

                               8.20

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SCHOCKETT P | 05/07/07 | 0.20 | SENIOR STRATEGY TELECONFERENCE WITH J. WHITSON (0.2). |
| SCHOCKETT P | 05/08/07 | 1.30 | TELECONFERENCE WITH REPRESENTATIVES OF PARDUS RE: 382 TAX ISSUES (1.3). |
| SCHOCKETT P | 05/10/07 | 0.30 | TAX ANALYSIS RE: 382(L)(5) (0.3). |
| SCHOCKETT P | 05/11/07 | 1.70 | TAX ANALYSIS RE: FIDELITAS ORDER (1.7). |
| SCHOCKETT P | 05/29/07 | 5.20 | TAX ANALYSIS RE: EMERGENCE PLANNING (5.2). |
| SCHOCKETT P | 05/31/07 | 0.40 | TAX ANALYSIS RE: 382 (0.4). |
| | | 9.10 | |
| Total Associate | | 37.60 | |
| TOTAL TIME | | <u>79.30</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 06/30/07**
**Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/01/07 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/11/07 | Copy Center, D | 13.51 |
| In-house Reproduction | 05/29/07 | Copy Center, D | 1.19 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$15.00** |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.07 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 4.65 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.33 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.22 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.71 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Westlaw | 05/29/07 | Schockett P | 636.00 |
| | | **TOTAL WESTLAW** | **$636.00** |
| Vendor Hosted Telecon-ferencing | 04/30/07 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| Telco-Non Astra | 05/17/07 | Telecommunications, D | 5.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$5.00** |
| | | **TOTAL MATTER** | **$666.00** |

B43E