SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-20
DISCLOSURE STATEMENT / VOTING ISSUES
318.9 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Disclosure Statement / Voting Issues | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| PANAGAKIS GN | 02/02/07 | 1.50 | REVIEW DISCLOSURE STATEMENT (1.5). |
| PANAGAKIS GN | 02/05/07 | 2.00 | REVIEW REVISED DISCLOSURE STATEMENT (2.0). |
| PANAGAKIS GN | 02/09/07 | 1.40 | REVIEW MATERIALS RE: DISCLOSURE STATEMENT AND RELATED PRECEDENT (1.4). |
| PANAGAKIS GN | 02/28/07 | 0.90 | REVIEW 10-K RE: INCORPORATION INTO DRAFT DISCLOSURE STATEMENT (0.9). |
| | | 5.80 | |
| **Total Partner** | | **5.80** | |
| GRANT K | 02/02/07 | 2.10 | CONTINUE TO WORK ON SOLICITATION MATERIALS (2.1). |
| GRANT K | 02/05/07 | 6.50 | REVIEW CURRENT DRAFT OF DISCLOSURE STATEMENT (2.9); REVIEW PRECEDENT RE: SOLICITATION (2.3); DRAFT SUMMARY CHART FOR SOLICITATION (1.3). |
| GRANT K | 02/06/07 | 4.10 | CONTINUE TO WORK ON SOLICITATION MATERIALS INCLUDING REIVEW OF PRECEDENT (2.3), AND DRAFTING SUMMARY OF PROPOSED PROCEDURES (1.8). |
| GRANT K | 02/07/07 | 6.20 | CONTINUE TO WORK ON SOLICITATION MATERIALS INCLUDING DRAFT CHART SUMMARIZING PROPOSED SOLICITATION PROCEDURES (4.2); REVIEW OF PRECEDENT RE: SAME (2.0). |
| GRANT K | 02/08/07 | 5.30 | CONTINUE TO WORK ON SOLICITATION MATERIALS INCLUDING DRAFTED SOLICITATION TIMELINE (2.6), AND REVIEW OF PRECEDENT RE: SAME. (2.7). |
| GRANT K | 02/12/07 | 2.10 | REVISE AND COMPLETE CHARTS OF SOLICITATION MATERIALS (2.1). |
| | | 26.30 | |
| STUART NL | 02/01/07 | 12.10 | RESEARCH RE: DISCLOSURE STATEMENT ISSUES (4.8); CONTINUE DRAFTING DISCLOSURE STATEMENT (4.6); ADDITIONAL DISCLOSURE STATEMENT RELATED RESEARCH (2.7). |
| STUART NL | 02/02/07 | 10.40 | CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (5.6); CONTINUE DISCLOSURE STATEMENT RELATED RESEARCH (4.8). |
| STUART NL | 02/03/07 | 5.50 | RESEARCH RE: DISCLOSURE STATEMENT PRECEDENT (2.3); CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (3.2). |
| STUART NL | 02/04/07 | 1.70 | DRAFT AND REVISE DISCLOSURE STATEMENT (1.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 02/05/07 | 0.90 | REVISIONS TO DISCLOSURE STATEMENT (0.9). |
| STUART NL | 02/08/07 | 6.70 | RESEARCH RE: SOLICITATION PROCEDURES (1.5); TELECONFERENCE WITH J. SULLIVAN (0.2); RESEARCH RE: TIMELINES RELATED TO DISCLOSURE STATEMENT AND SOLICITATION (2.8); RESEARCH AND DRAFT RECOMMENDATIONS FOR SERVICE PROVIDERS FOR SOLICITATION AND OTHER MATTERS (2.2). |
| STUART NL | 02/09/07 | 5.70 | FOLLOW-UP RESEARCH ON DS/SOLICITATION TIMELINE (1.8); RESEARCH RE: ADDITIONAL SOLICITATION ISSUES (1.7); CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (2.2). |
| STUART NL | 02/12/07 | 1.40 | REVISE AND UPDATE DISCLOSURE STATEMENT DRAFT (1.4). |
| STUART NL | 02/15/07 | 0.60 | UPDATE AND REVISE SOLICITATION TIMELINE (0.6). |
| STUART NL | 02/27/07 | 7.80 | REVISE AND UPDATE DISCLOSURE STATEMENT WITH INFORMATION FROM 2006 10K (7.8). |
| STUART NL | 02/28/07 | 1.80 | CONTINUE TO UPDATE AND REVISE DISCLOSURE STATEMENT (1.8). |
| | | 54.60 | |
| **Total Associate** | | 80.90 | |
| **TOTAL TIME** | | <u>86.70</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 03/31/07**
**Disclosure Statement / Voting Issues**  **Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 1.04 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 2.99 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 1.75 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| | | **TOTAL MATTER** | **$6.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Disclosure Statement / Voting Issues | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| PANAGAKIS GN | 03/08/07 | 0.80 | REVIEW DRAFT DISCLOSURE STATEMENT (0.8). |
| PANAGAKIS GN | 03/23/07 | 2.00 | REVIEW DRAFT DISCLOSURE STATEMENT PRIOR TO DISTRIBUTION (1.5); ATTENTION TO TASK LIST AND RELATED ITEMS (.5). |
| PANAGAKIS GN | 03/26/07 | 1.00 | REVIEW AND COMMENT ON SECTIONS OF DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 03/27/07 | 1.30 | REVIEW PORTIONS OF DRAFT DISCLOSURE STATEMENT (1.0) AND WORK ON TASK LIST (0.3). |
| PANAGAKIS GN | 03/30/07 | 0.80 | REVIEW BACKGROUND PORTION OF DISCLOSURE STATEMENT (0.8). |
| | | 5.90 | |
| **Total Partner** | | **5.90** | |
| STUART NL | 03/02/07 | 6.80 | CONTINUE TO UPDATE DISCLOSURE STATEMENT (4.6); REVIEW 10K AND RECENT PUBLIC FILINGS FOR PURPOSES OF UPDATING DISCLOSURE STATEMENT (2.2). |
| STUART NL | 03/06/07 | 3.70 | CONTINUE TO UPDATE DRAFT DISCLOSURE STATEMENT (3.7). |
| STUART NL | 03/23/07 | 3.10 | REVIEW AND UPDATE DRAFT DISCLOSURE STATEMENT (2.2); INTERNAL CONFERENCE ON DISCLOSURE STATEMENT AND ASSOCIATED ISSUES (0.9). |
| | | 13.60 | |
| **Total Associate** | | **13.60** | |
| **TOTAL TIME** | | **19.50** | |

### Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 04/30/07**
**Disclosure Statement / Voting Issues**  **Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.88 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 2.58 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.26 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.17 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$5.00** |
| Westlaw | 03/27/07 | Stuart NL | 143.00 |
|  |  | **TOTAL WESTLAW** | **$143.00** |
| Reproduction - color | 03/09/07 | Copy Center, D | 128.00 |
|  |  | **TOTAL REPRODUCTION - COLOR** | **$128.00** |
|  |  | **TOTAL MATTER** | **$276.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)         Bill Date: 05/31/07
Disclosure Statement / Voting Issues                    Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 04/26/07 | 0.30 | BEGIN TO PREPARE FOR APRIL 27TH WORKING GROUP SESSION RE: DISCLOSURE STATEMENT AND POR DRAFTING (0.3). |
| BUTLER, JR. J | 04/27/07 | 1.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.0) WORKING GROUP DRAFTING SESSION WITH S. CORCORAN ET. AL. RE: DISCLOSURE STATEMENT AND POR; EVALUATE TIMELINE AND SOLICITATION ISSUES (0.3). |
| | | **1.90** | |
| PANAGAKIS GN | 04/02/07 | 1.00 | CONTINUE TO REVIEW DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 04/03/07 | 0.40 | REVIEW TASK LIST ITEMS RE: DISCLOSURE STATEMENT (0.4). |
| PANAGAKIS GN | 04/05/07 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 04/09/07 | 0.80 | WORK ON DISCLOSURE STATEMENT (0.8). |
| PANAGAKIS GN | 04/23/07 | 1.00 | REVIEW DRAFT DISCLOSURE STATEMENT IN CONNECTION WITH NEXT DAY FRAMEWORK DISCUSSIONS (1.0). |
| PANAGAKIS GN | 04/30/07 | 1.00 | REVIEW REVISED DISCLOSURE STATEMENT (1.0). |
| | | **5.20** | |
| **Total Partner** | | **7.10** | |
| DE ELIZALDE D | 04/24/07 | 2.80 | DRAFT MEMORANDUM ON THE CASE, MAIN ISSUES, CREDITORS' CLASSIFICATION, AND OTHER ISSUES (2.8). |
| DE ELIZALDE D | 04/25/07 | 1.30 | ANALYSIS OF PLEADINGS AND DRAFT MEMORANDUM ON THE CASE, MAIN ISSUES, CREDITORS' CLASSIFICATION, AND OTHER ISSUES (1.3). |
| DE ELIZALDE D | 04/26/07 | 3.90 | DRAFT MEMORANDUM ON CREDITORS' CLASSIFICATION, ETC (3.9). |
| | | **8.00** | |
| HILL LF | 04/26/07 | 8.90 | RESEARCH MATTER UNDER 1123 (2.4); DRAFT MEMO OF FINDINGS UNDER 1123 (6.2); TELECONFERENCE RE: MEMO UNDER SECTION 1123 (0.3). |
| HILL LF | 04/27/07 | 2.90 | CONTINUE DRAFTING MEMO RE: SECTION 1123 (1.3); REVISE MEMO ON SECTION 1123 (1.4); ORGANIZE DOCUMENTS FROM RESEARCH RE: SECTION 1123 (0.2). |
| | | **11.80** | |
| STUART NL | 04/03/07 | 1.80 | REVIEW RECENT DELPHI DEVELOPMENTS FOR PURPOSES OF REVISING DS (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| STUART NL | 04/09/07 | 5.40 | RESEARCH CLAIM CLASSIFICATION FOR POR AND PROPOSED TREATMENTS (3.2); REVIEW AND UPDATE DISCLOSURE STATEMENT ISSUES LIST (2.2). |
| STUART NL | 04/12/07 | 11.60 | RESEARCH RE: TREATMENT OF CLASS-ACTION CLAIMS IN BANKRUPTCY (4.3); RESEARCH RE: CERTIFICATION AND DISPOSITION OF CLASS ACTION CLAIMS IN BANKRUPTCY (5.1); RESEARCH RE: CLASSIFICATION OF SECURITIES CLASS ACTION CLAIMS IN BANKRUPTCY (2.2). |
| STUART NL | 04/13/07 | 7.40 | RESEARCH RE: SUBORDINATION OF SECURITIES CLAIMS (2.4); INTERNAL DISCUSSION RE: CLAIMS TEAM APPROACH TO SECURITIES LITIGATION CLAIMS (0.7); RESEARCH RE: CLASS CERTIFICATION IN BANKRUPTCY CASES (4.3). |
| STUART NL | 04/16/07 | 7.40 | CONTINUE CASE LAW RESEARCH RE: TREATMENT OF MDL CLAIMS (0.9); BEGIN RESEARCHING TREATMENT OF MDL AND SECURITIES LITIGATION CLAIMS IN OTHER CASES (3.1); CONTINUE CLASS ACTION TREATMENT RESEARCH (3.4). |
| STUART NL | 04/17/07 | 5.40 | RESEARCH MDL TREATMENT IN OTHER CASES IN SDNY (4.3); REVIEW HEARING TRANSCRIPT RE: TREATMENT OF RENO CLAIMS (1.1). |
| STUART NL | 04/23/07 | 3.60 | ADDITIONAL RESEARCH RE: MDL LITIGATION CLAIMS (2.3); REVIEW AND COMMENT ON DISCLOSURE STATEMENT (1.3). |
| STUART NL | 04/25/07 | 1.30 | REVIEW AND REVISE DISCLOSURE STATEMENT (1.3). |
| STUART NL | 04/26/07 | 10.80 | BEGIN RESEARCH ON CLASSIFICATION ISSUES RELATED TO PROPOSED "PATH 3" PLAN FRAMEWORK (4.2); BEGIN DRAFTING MEMO RE: SAME (0.5); INTERNAL MEETING TO DISCUSS ISSUES IN ADVANCE OF WORKING GROUP CALL (1.4); CONTINUE DRAFTING MEMO RE: CLASSIFICATION AND RELATED "PATH 3" PLAN ISSUES (2.5); RESEARCH RE: TREATMENT OF DELPHI INSURANCE POLICIES AND PROCEEDS (2.2). |
| STUART NL | 04/27/07 | 5.40 | PREPARE "PATH 3" CLASSIFICATION ISSUES LIST (1.2); INTERNAL EMERGENCE WORKING GROUP CALL (2.0); FOLLOW UP ON INTERNAL EMERGENCE WORKING GROUP CALL (0.3); ADDRESS TASK LIST CREATED BY INTERNAL WORKING GROUP CALL (1.9). |
| STUART NL | 04/29/07 | 6.20 | REVISE DISCLOSURE STATEMENT TO REFLECT "PATH 3" SCENARIO (6.2). |
| STUART NL | 04/30/07 | 2.60 | REVISE DISCLOSURE STATEMENT (1.5); ADDITIONAL RESEARCH RE: SUBORDINATION (0.6); RESEARCH RE: ERISA LEAD PLAINTIFFS CLAIM (0.5). |
| | | 68.90 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | |
|---|---|
| Total Associate | 88.70 |
| **TOTAL TIME** | <u>95.80</u> |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP)**  
**Disclosure Statement / Voting Issues**

**Bill Date: 05/31/07**  
**Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.01 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 2.22 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.12 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.53 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.12 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$4.00** |
| | | **TOTAL MATTER** | **$4.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Disclosure Statement / Voting Issues

Bill Date: 06/30/07  
Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 05/27/07 | 1.20 | BEGIN TO REVIEW REVISED PRELIMINARY DISCLOSURE STATEMENT DRAFT (1.2). |
| | | 1.20 | |
| MEISLER RE | 05/03/07 | 0.50 | DRAFT CORRESPONDENCE RE: DISCLOSURE (0.1); REVIEW SERVICE PROVIDER LIST (0.1); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.1); CONFERENCE WITH D. SHERBIN RE: SAME (0.2). |
| MEISLER RE | 05/04/07 | 0.80 | TELECONFERENCE WITH M. WEBER RE: EXEC COMP SECTION OF DISCLOSURE STATEMENT (0.1); DRAFT CORRESPONDENCE TO D. ALEXANDER RE: SAME (0.2); DRAFT CORRESPONDENCE WITH Y. PARK RE: SAME (0.2); TELECONFERENCE WITH M. WEBER RE: EXEC COMP SECTION OF DISCLOSURE STATEMENT (0.1); DRAFT CORRESPONDENCE TO D. ALEXANDER RE: SAME (0.2). |
| MEISLER RE | 05/07/07 | 0.90 | DRAFT CORRESPONDENCE RE: EXECUTIVE COMPENSATION SECTION OF DISCLOSURE STATEMENT (0.3); REVIEW POTENTIAL SERVICE PROVIDERS FOR PLAN SOLICITATION AND BALLOTING (0.5); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 05/09/07 | 0.20 | TELECONFERENCE WITH D. UNRUE RE: PLAN SERVICE PROVIDERS (0.2). |
| MEISLER RE | 05/18/07 | 0.60 | TELECONFERENCE WITH D. SHERBIN RE: SOLICITATION SERVICE PROVIDERS (0.2); FOLLOW UP RE: SAME (0.2); REVIEW SOLICITATION MATTERS (0.2). |
| MEISLER RE | 05/21/07 | 0.60 | CONFERENCE WITH K. GRANT RE: REQUEST FOR PROPOSALS FROM SOLICITATION SERVICE PROVIDERS (0.2); TELECONFERENCE WITH J. CUNIX RE: SAME (0.4). |
| MEISLER RE | 05/22/07 | 1.40 | CONTINUE TO REVIEW AND REVISE RFPS RE: SOLICITATION SERVICE PROVIDERS (1.3); TELECONFERENCE WITH J. CUNIX RE: SAME (0.1). |
| MEISLER RE | 05/23/07 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON RFPS (1.0). |
| MEISLER RE | 05/24/07 | 2.70 | CONFERENCE WITH D. SHERBIN RE: RFPS FOR SOLICITATION SERVICE PROVIDERS (0.2); REVISE RFPS (0.9); TELECONFERENCE WITH J. PAPELIAN RE: SOLICITING HOLDERS OF A CLAIM IN DERIVATIVE ACTION (0.1); REVIEW AND CONSIDER SOLICITATION PLEADINGS (1.5). |

B43E

| | | | |
|---|---|---|---|
| MEISLER RE | 05/25/07 | 0.70 | REVIEW FINAL RFPS TO PRINTERS (0.3); REVIEW AND CONSIDER SOLICITATION OF CERTAIN CLASSES OF CLAIMS (0.3); DRAFT CORRESPONDENCE TO D. SHERBIN RE: MODIFICATION TO CERTAIN RFPS (0.1). |
| MEISLER RE | 05/29/07 | 0.20 | REVIEW CORRESPONDENCE RE: RFP (0.2). |
| MEISLER RE | 05/30/07 | 0.20 | REVIEW STATUS OF RFPS (0.2). |
| | | **9.80** | |
| PANAGAKIS GN | 05/03/07 | 3.20 | WORK ON DISCLOSURE STATEMENT TASK AND ISSUES LIST (1.2); REVIEW DISCLOSURE STATEMENT AND ATTENTION TO TURN OF NEXT DRAFT (1.0); ATTENTION TO LIQUIDATION ANALYSIS (1.0). |
| PANAGAKIS GN | 05/04/07 | 0.90 | REVIEW OPEN ISSUES RE: DISCLOSURE STATEMENT (0.9). |
| PANAGAKIS GN | 05/05/07 | 0.80 | REVIEW AND COMMENT ON DISCLOSURE STATEMENT PROVISIONS (0.8). |
| PANAGAKIS GN | 05/06/07 | 1.00 | MARK UP DRAFT OF DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 05/08/07 | 0.80 | ATTENTION TO TURNING NEXT DRAFT OF DISCLOSURE STATEMENT (0.8). |
| PANAGAKIS GN | 05/09/07 | 0.50 | REVIEW SUMMARY PROVISIONS OF DISCLOSURE STATEMENT (0.5). |
| PANAGAKIS GN | 05/10/07 | 0.80 | FURTHER REVIEW OF DISCLOSURE STATEMENT (0.8). |
| PANAGAKIS GN | 05/11/07 | 1.00 | REVIEW DISCLOSURE STATEMENT AND CONSIDER CHANGES TO SAME (1.0). |
| PANAGAKIS GN | 05/25/07 | 1.60 | REVIEW UPDATED DISCLOSURE STATEMENT (1.6). |
| PANAGAKIS GN | 05/29/07 | 0.50 | REVIEW STATUS OF DISCLOSURE STATEMENT EXHIBITS (0.5). |
| PANAGAKIS GN | 05/30/07 | 0.70 | REVIEW AND COMMENT ON REVISED DISCLOSURE STATEMENT (0.7). |
| | | **11.80** | |
| **Total Partner** | | **22.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 05/02/07 | 0.60 | REVIEWING AND COMMENTING ON PLAN, SOLICITATION TIMELINE (0.6). |
| MATZ TJ | 05/03/07 | 0.30 | FURTHER REVIEW OF PLAN, SOLICITATION TIMELINE (0.3). |
| MATZ TJ | 05/08/07 | 0.40 | CONSIDERING PLAN SOLICITATION MATTERS (0.4). |
| MATZ TJ | 05/09/07 | 0.20 | REVIEW AND CONSIDER ELECTRONIC SOLICITATION MATTER (0.2). |
| MATZ TJ | 05/15/07 | 1.40 | REVIEW RETIREE PENSION AND OPEB CLAIMS, PLAN TREATMENT, VOTING (1.4). |
| | | **2.90** | |
| **Total Counsel** | | **2.90** | |
| DE ELIZALDE D | 05/03/07 | 4.90 | ANALYSIS OF MOTIONS AND ORDERS FILED IN SEVERAL CASES IN THE SOUTHERN DISTRICT OF NEW YORK RE: SOLICITATION OF VOTES AND DRAFTED MEMO THERETO (4.9). |
| DE ELIZALDE D | 05/09/07 | 1.10 | REVISED MEMO ON ELECTRONIC SOLICITATION (1.1). |
| | | **6.00** | |
| FERN BM | 05/17/07 | 2.30 | DRAFTED VARIOUS RIDERS TO DISCLOSURE STATEMENT RE: LABOR AND LEGACY AGREEMENTS (2.3). |
| | | **2.30** | |
| GRANT K | 05/04/07 | 3.40 | REVIEWED 10-K FOR ADDITIONS TO DISCLOSURE STATEMENT (3.4). |
| GRANT K | 05/12/07 | 1.60 | REVIEW MATERIALS RE: SOLICITATION MOTION (1.6). |
| GRANT K | 05/15/07 | 6.20 | CONTINUED WORK ON DISCLOSURE STATEMENT MOTION AND SOLICITATION PACKAGE (3.9); RESEARCH RE: SAME (2.3). |
| GRANT K | 05/18/07 | 4.60 | CONTINUED RESEARCH RE: SOLICITATION (3.4); BEGAN WORK ON PROPOSALS TO SERVICE PROVIDERS (1.2). |
| GRANT K | 05/20/07 | 1.20 | WORK ON PROPOSALS FOR RETENTION OF SERVICE PROVIDERS (1.2). |
| GRANT K | 05/21/07 | 6.80 | TELECONFERENCE WITH J. CURIX RE: PLAN BALLOTING AND PRINTING. (0.4); CONTINUE TO WORK ON REQUESTS FOR PROPOSALS TO SERVICE PROVIDERS FOR PLAN SOLICITATION (6.4). |
| GRANT K | 05/22/07 | 3.20 | CONTINUE TO WORK ON REQUESTS FOR PROPOSALS TO SOLICITATION SERVICE PROVIDERS (3.2). |
| GRANT K | 05/23/07 | 3.40 | CONTINUED WORK ON REQUESTS FOR PROPOSALS BY PLAN SERVICE PROVIDERS (1.6); CONTINUED WORK ON SOLICITATION PACKAGES (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 05/24/07 | 5.60 | CONTINUED WORK ON SOLICITATION MATERIALS (2.3); DRAFTED PORTIONS OF DISCLOSURE STATEMENT (2.4); FINALIZED LETTERS REQUESTING PROPOSALS FROM SERVICE PROVIDERS AND TRANSMITTAL OF SAME (0.9). |
| GRANT K | 05/25/07 | 0.80 | TELECONFERENCE WITH J. SULLIVAN RE: REQUEST FOR PROPOSAL; (0.3) TELECONFERENCE WITH J. PRONG RE: REQUEST FOR PROPOSAL; (0.2) TELECONFERENCE WITH J. CUNIX RE: REQUEST FOR PROPOSAL; (0.3). |
| GRANT K | 05/29/07 | 3.00 | EMAILS WITH SERVICE PROVIDERS REGARDING REQUESTS FOR PROPOSAL (0.5); REVIEWED PRECEDENT FROM TOWER AUTOMOTIVE CASE REGARDING PLAN SOLICITATION (2.5). |
| GRANT K | 05/30/07 | 6.40 | TELECONFERENCE WITH BOWNE REGARDING PRINTER PROPOSAL; (0.5) AND EMAIL WITH D. SHERBIN REGARDING SAME; (0.2) TELECONFERENCE WITH RR DONNELLY REGARDING REQUEST FOR PROPOSAL; (0.4) AND EMAIL WITH D. SHERBIN REGARDING SAME; (0.2) TELECONFERENCE WITH GARDEN CITY REGARDING REQUEST FOR PROPOSAL; (0.5) TELECONFERENCE WITH E. KURTZMAN AND N. STUART REGARDING PLAN SOLICITATION; (0.3) CONTINUED WORK ON SOLICITATION PROCEDURES (4.3). |
| GRANT K | 05/31/07 | 0.30 | TELECONFERENCE WITH J. PRONG REGARDING REQUEST FOR PROPOSAL REGARDING CLASS ACTION SOLICITATION (0.3). |
| | | 46.50 | |
| ~~HOUSTON BM~~ | ~~05/03/07~~ | ~~1.30~~ | ~~REVISE REPORT TO INCLUDE INFORMATION RE: SOLICITATION METHODS (1.3).~~ |
| | | ~~1.30~~ | |
| HOWE EJ | 05/23/07 | 4.10 | DRAFT RIDER TO PLAN AND DISCLOSURE STATEMENT (4.1). |
| HOWE EJ | 05/24/07 | 5.80 | DRAFT PORTION OF PLAN AND DISCLOSURE STATEMENT (5.8). |
| | | 9.90 | |
| STUART NL | 05/04/07 | 2.80 | DRAFT AND REVISE DISCLOSURE STATEMENT (2.8). |
| STUART NL | 05/06/07 | 5.10 | CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (5.1). |
| STUART NL | 05/07/07 | 1.90 | INTERNAL STRATEGY DISCUSSION ON DISCLOSURE STATEMENT (0.7); RESEARCH RE: CONTENTS (1.2). |
| STUART NL | 05/14/07 | 2.20 | ADDITIONAL RESEARCH RE: SOLICITATION PERIODS (2.2). |
| STUART NL | 05/23/07 | 2.00 | REVISE DISCLOSURE STATEMENT (2.0). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| STUART NL | 05/24/07 | 6.90 | CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (6.9). |
| STUART NL | 05/25/07 | 5.60 | ADDITIONAL REVISIONS TO THE DISCLOSURE STATEMENT (5.6). |
| | | **26.50** | |
| ~~WHARTON JN~~ | ~~05/03/07~~ | ~~0.10~~ | ~~TELECONFERENCE WITH T. BEHNKE OF FTI RE CLAIMS ANALYSIS FOR PURPOSES OF TABULATING VOTES ON PLAN OF REORGANIZATION (0.1).~~ |
| ~~WHARTON JN~~ | ~~05/08/07~~ | ~~1.40~~ | ~~TELECONFERENCE WITH T. BEHNKE, J. TRIANA AND R. GILDERLEEVE OF FTI, D. UNRUE AND K. CRAFT OF DELPHI, RE: FORMULATING STRATEGY FOR VOTING TABULATION IN CONNECTION WITH PLAN OF REORGANIZATION (1.4).~~ |
| | | ~~1.50~~ | |
| **Total Associate** | | **94.00** | |
| **TOTAL TIME** | | **119.70** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 06/30/07
**Disclosure Statement / Voting Issues**  Bill Number: 1166514

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 1.54 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 3.49 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.23 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.16 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.57 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Westlaw | 05/01/07 | Kaloudis D | 734.00 |
| | | **TOTAL WESTLAW** | **$734.00** |
| | | **TOTAL MATTER** | **$740.00** |

B43E