SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-21
LEASES (REAL PROPERTY)
246.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/07
Leases (Real Property)                                      Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 02/08/07 | 0.50 | REVIEW AND REVISE AMHERT LEASE RENEWAL ISSUE (0.4) AND CONSIDER NOTICE RE: SAME (0.1). |
| MARAFIOTI KA | 02/20/07 | 0.50 | REVIEW AND REVISE SANDUSKY LEASE NOTICE (0.4) AND CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 02/22/07 | 0.40 | REVIEW AND REVISE LEASE/SUBLEASE RENEWAL FOR ROCHESTER (0.4). |
| MARAFIOTI KA | 02/23/07 | 0.80 | CONTINUE TO WORK ON ROCHESTER LEASE/LEASEBACK NOTICE (0.5); WORK ON NORTHFIELD CROSSING LEASE NOTICE (0.3). |
| MARAFIOTI KA | 02/26/07 | 0.20 | REVIEW LEASE NOTICES (0.2). |
| MARAFIOTI KA | 02/27/07 | 1.10 | REVIEW NORTHFIELD CROSSING LEASE NOTICE (0.2); RELATED CORRESPONDENCE (0.1); REVIEW AMHERST RENEWAL NOTICE (0.2); RELATED CORRESPONDENCE (0.1); REVIEW ROCHESTER LEASE NOTICE (0.2); RELATED CORRESPONDENCE (0.1); BEGIN REVIEW OF MOTION FOR APPROVAL OF PURCHASE/LEASEBACK (0.2). |
| MARAFIOTI KA | 02/28/07 | 2.30 | REVIEW AND REVISE DAS LLC PURCHASE/LEASEBACK MOTION (2.3). |
| | | 5.80 | |
| Total Partner | | 5.80 | |
| GRANT K | 02/23/07 | 0.70 | FINALIZE AND REVISE LEASE NOTICE FOR ROCHESTER FACILITY (0.7). |
| GRANT K | 02/26/07 | 1.50 | WORK ON REVISING LEASE NOTICES FOR ROCHESTER (0.4), ROCHESTER (0.4), AND NORTHFIELD (0.7). |
| GRANT K | 02/27/07 | 1.40 | TELECONFERENCE WITH A. CARGILE RE: COLUMBIA, TN LEASE (0.4); FINALIZE LEASE NOTICES FOR NORTHFIELD, AMHERST AND ROCHESTER (0.7); ATTENTION TO SERVING SAME (0.3). |
| GRANT K | 02/28/07 | 6.90 | TELECONFERENCES AND EMAILS WITH R. FLETEMEYER (0.5) AND EMAILS WITH K. SIMON (0.3) RE: LEASE NOTICE; CONTINUE TO WORK ON MOTION FOR PROJECT VANTAGE, INCLUDING REVISIONS OF MOTION (3.8) AND REVIEW OF CURRENT DRAFTS OF DOCUMENTS RE: SAME (2.3). |
| | | 10.50 | |
| Total Associate | | 10.50 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ROSEN R | 02/01/07 | 0.70 | REVIEW, COORDINATE SERVICE OF COLUMBIA, TN LEASE NOTICE WITH E. GERSHBEIN, KCC (0.5); REVIEW SPECIAL PARTIES SERVICE LIST, SERVICE COMPLETION WITH E. GERSHBEIN RE: SAME (0.2). |
| ROSEN R | 02/20/07 | 0.40 | REVIEW LEASE SETTLEMENT PROCEDURES ORDER, SERVICE REQUIRMENTS WITH E. GERSHBEIN, KCC RE: SANDUSKY LEASE NOTICE FOR REQUESTING TEAM ATTORNEY (0.4). |
| ROSEN R | 02/27/07 | 1.40 | REVIEW, FINALIZE NORTHFIELD LEASE NOTICE (0.3) AND AMHERST AND ROCHESTER DI MINIMIS LEASE NOTICES (0.6) FOR SERVICE; REVIEW SAME WITH TEAM ATTORNEY (0.1); FORWARD AND COORDINATE SERVICE OF SAME WITH E. GERSHBEIN, KCC (0.4). |
| ROSEN R | 02/28/07 | 0.30 | REVIEW SERVICE LIST PREPARATION WITH TEAM ATTORNEY RE: UPCOMING VALEO LEASE PROCEDURES MOTION FILING (0.2); REVIEW STATUS OF SAME WITH E. GERSHBEIN, KCC (0.1). |
| | | 2.80 | |
| Total Legal Assistant | | 2.80 | |

TOTAL TIME                    19.10

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/02/07 | Copy Center, D | 2.84 |
| In-house Reproduction | 02/09/07 | Copy Center, D | 11.16 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$14.00** |
| Court Reporting | 02/21/07 | Sasm&F Chicago | 580.00 |
| | | **TOTAL COURT REPORTING** | **$580.00** |
| | | **TOTAL MATTER** | **$594.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                    Bill Date: 04/30/07
Leases (Real Property)                                      Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 03/02/07 | 0.30 | FOLLOW-UP ON PROJECT VANTAGE MOTION FILING INCLUDING REVIEW OF MATERIALS FROM WORKING GROUP AND RESOLUTION OF OUTSTANDING BUSINESS ISSUES (0.3). |
| BUTLER, JR. J | 03/16/07 | 0.40 | BEGIN TO PREPARE FOR MARCH 22ND CONTESTED OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: PROJECT VANTAGE MOTION (0.4). |
| BUTLER, JR. J | 03/21/07 | 0.20 | CONTINUE TO PREPARE FOR MARCH 22ND CONTESTED OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: PROJECT VANTAGE MOTION (0.2). |
| BUTLER, JR. J | 03/22/07 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) CONTESTED OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: PROJECT VANTAGE MOTION (0.4). |
| BUTLER, JR. J | 03/27/07 | 0.20 | EVALUATE TIMETABLE FOR SECTION 365(D)(4) EXTENSION (0.2). |
| BUTLER, JR. J | 03/30/07 | 0.40 | REVIEW AND FINALIZE SECTION 365(D)(4) EXTENSION MOTION (0.4). |
| | | **1.90** | |
| HOGAN III AL | 03/14/07 | 1.80 | REVIEW VALEO LEASE TRANSACTION MOTION, AND OBJECTION TO SAME, AND DISCUSS LITIGATION STRATEGY WITH S. CORCORAN (1.8). |
| HOGAN III AL | 03/15/07 | 1.70 | REVIEW AND EDIT OUTLINE FOR EVIDENTIARY PRESENTATION IN VALEO LEASE MATTER (0.4); EDIT MEET AND CONFER LETTER TO OBJECTOR'S COUNSEL, AND CONDUCT MEET AND CONFER CONFERENCE WITH RESPECT TO SAME (0.4); DISCUSS STRATEGY FOR PREPARATION FOR HEARING, AND POTENTIAL REOSLUTION OF ISSUES WITH S. CORCORAN (0.3); REVIEW OPPOSITION TO LIFT STAY MOTION (0.6). |
| HOGAN III AL | 03/16/07 | 0.30 | REVIEW VALEO LEASE MATERIALS TO CONSIDER EVIDENTIARY PRESENTATION (0.3). |
| HOGAN III AL | 03/19/07 | 0.30 | TELECONFERENCE WITH N. MACDONALD RE: STATUS OF RESOLUTION FO SHELBY LEASE ISSUE, AND PREPARATION FOR POTENTIAL EVIDENTIARY PRESENTATION IN CONNECTION WITH SAME (0.3). |
| | | **4.10** | |
| MARAFIOTI KA | 03/01/07 | 2.00 | REVIEW AND REVISE PURCHASE/LEASEBACK MOTION (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 03/02/07 | 1.50 | REVIEW AND REVISE LEASE TRANSACTION MOTION (0.9); REVIEW DAS LLC SOUTHEAST MICHIGAN ORDER (0.4) AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 03/20/07 | 0.10 | REVIEW OBJECTION OF MILWAUKEE INVESTMENT CO TO MOTION TO REJECT SHELBY LEASE (0.1). |
| MARAFIOTI KA | 03/21/07 | 1.20 | REVIEW AND REVISE REPLY TO LEASE TRANSACTION MOTION (0.7); REVIEW SECOND LEASE AMENDMENT AGREEMENT (0.3); AND REVISED ORDER (0.1); CORRESPONDENCE WITH CLIENT RE SAME (0.1). |
| MARAFIOTI KA | 03/26/07 | 0.10 | REVIEW REVISIONS TO LEASE TRANSACTION ORDER (0.1). |
| MARAFIOTI KA | 03/27/07 | 1.10 | REVIEW MOTION TO EXTEND 365(D)(4) DEADLINE (0.8) AND RELATED ORDER (0.2); CORRESPONDENCE RE SAME (0.1). |
| MARAFIOTI KA | 03/28/07 | 0.50 | CONTINUED REVIEW OF SECTION 365(D)(4) MOTION (0.3), ORDER (0.1); RELATED CORRESPONDENCE (0.1). |
| | | **6.50** | |
| WEXLER MP | 03/01/07 | 1.90 | REVIEW AND COMMENT ON SEVERAL DRAFTS OF MOTION FOR PROJECT VANTAGE (1.9). |
| WEXLER MP | 03/02/07 | 0.40 | COMMENT ON REVISIONS TO PROJECT VANTAGE MOTION (0.2); FOLLOW UP ON ISSUES FOR FILING (0.2). |
| WEXLER MP | 03/13/07 | 0.40 | REVIEW SHELBY LANDLORD OBJECTION AND CONSIDER STRATEGY FOR RESPONSE TO SAME (0.4). |
| WEXLER MP | 03/15/07 | 0.30 | REVIEW STRATEGY FOR PREPARATION FOR HEARING ON PROJECT VANTAGE OBJECTION (0.3). |
| WEXLER MP | 03/16/07 | 0.20 | REVIEW OUTCOME OF WITNESS PREPARATION FOR PROJECT VANTAGE OBJECTION HEARING (0.2). |
| WEXLER MP | 03/19/07 | 0.50 | REVIEW STATUS OF NEGOTIATIONS AND PROPOSED SECOND AMENDMENT TO LEASE WITH RESPECT TO SHELBY (0.3); CONSIDER STRATEGY FOR FILING MOTION RE: 365(D)(4) (0.2). |
| WEXLER MP | 03/21/07 | 0.40 | REVIEW AND COMMENT ON REPLY TO OBJECTION TO PROJECT VANTAGE MOTION AND ORDER IN CONNECTION THEREWITH (0.4). |
| WEXLER MP | 03/23/07 | 0.80 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.8). |

B43E

| WEXLER MP | 03/27/07 | 0.80 | REVIEW AND COMMENT ON SEVERAL DRAFTS OF MOTION AND ORDER FOR EXTENSION OF 365(D)(4) DEADLINE (0.8). |
|-----------|----------|------|---|
| WEXLER MP | 03/30/07 | 0.70 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.7). |
|  |  | **6.40** |  |
| **Total Partner** |  | **18.90** |  |
| RAMLO K | 03/22/07 | 0.70 | BEGIN REVIEWING SECTION 365(D)(4) EXTENSION MOTION (0.7). |
| RAMLO K | 03/23/07 | 0.50 | REVIEW UPDATED LISTS OF LANDLORDS (0.5). |
| RAMLO K | 03/26/07 | 1.10 | REVISIONS TO 365(D)(4) EXTENSION MOTION (1.1). |
| RAMLO K | 03/27/07 | 3.00 | FURTHER REVISIONS TO 365(D)(4) EXTENSION MOTION (3.0). |
| RAMLO K | 03/28/07 | 0.70 | REVIEW AND COMMENT ON PROPOSED ORDER FOR 365(D)(4) MOTION (0.2); REVIEW REVISED 365(D)(4) MOTION (0.5). |
| RAMLO K | 03/29/07 | 0.50 | REVIEW CORRESPONDENCE FROM K. CRAFT RE 365(D)(4) MOTION (0.1); REVIEW REVISIONS TO SAME (0.4). |
| RAMLO K | 03/30/07 | 0.90 | REVIEW REVISIONS TO 365(D)(4) MOTION (0.9). |
|  |  | **7.40** |  |
| **Total Counsel** |  | **7.40** |  |
| DANZ CE | 03/05/07 | 1.00 | ATTENTION TO RECENT INCOMING CORRESPONDENCE (0.4); REVIEW OF THE COLUMBIA, TN LEASE ISSUE (0.3); COMMUNICATION WITH J. BEAUDEON (0.3). |
| DANZ CE | 03/06/07 | 1.80 | PARTICIPATION ON TELECONFERENCE RE: COLUMBIA, TN PAYMENT ISSUE AND PREPARATION FOR THE CALL (1.1); ATTENTION TO STRATEGY RE: 365 D4 MOTION (0.4); TELECONFERENCE WITH J. BEAUDEON (0.3). |
| DANZ CE | 03/07/07 | 1.30 | CONTINUE ATTENTION TO COLUMBIA, TN LEASED LOCATION AND DISCUSSION OF PROBLEMS WITH WAIVER/ DEVELOPMENT OF STRATEGY RELATED TO WAIVER ISSUE AND LEASE APPROVAL (1.3). |
| DANZ CE | 03/08/07 | 1.00 | COMMUNICATION WITH J. BEAUDEON REGARDING DAS LLC (0.3); AMHERST REAL ESTATE, DRAFT COMMUNICATION TO J. BEAUDEON REGARDING COLUMBIA, TN LEASE ISSUES (0.7). |
| DANZ CE | 03/09/07 | 0.60 | BEGAN PREPARING FOR 365(D)4 MOTION FILING AND COORDINATING PROPER SERVICE (0.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DANZ CE | 03/12/07 | 2.60 | TELECONFERENCE WITH A. CARGILE (0.2); COMMUNICATION WITH A. CARGILE REGARDING THE COLUMBIA LEASE AND REVIEW OF THE RECENT LEASE AMENDMENT (0.9); DRAFT UPDATE COMMUNICATION TO NUMEROUS INDIVIDUALS AT CLIENT (0.6); COMMUNICATIONS WITH L. JANKOW REGARDING NOTICE PARTY INFORMATION FOR 365D4 (0.4); ATTENTION TO PROJECT VANTAGE SALE/LEASEBACK AND COMMUNICATION FROM FTI (0.5). |
|---|---|---|---|
| DANZ CE | 03/15/07 | 1.70 | DISCUSSION OF STRATEGY TO RESPOND TO OBJECTIONS AND PREPARE FOR HEARING REGARDING PROJECT VANTAGE SALE/LEASEBACK (0.8); REVIEW OF REAL ESTATE SERVICES AGREEMENT AND COMMUNICATION WITH T. DONO REGARDING LEASE OF SHARED SPACE (0.4); ATTENTION TO TIME MATTERS AND SUMMARY TO THE COURT (0.5). |
| DANZ CE | 03/20/07 | 1.60 | REVIEW DRAFT OF THE 365(D)4 MOTION (0.9); REVIEW OF RECENT CORRESPONDENCE (0.3); STRATEGY REGARDING LEASE AMENDMENTS IN CONNECTION WITH THE LEASE PROCEDURES ORDER (0.4). |
| DANZ CE | 03/21/07 | 2.00 | REVIEW REVISED 365(D)4 PAPERS AND FOLLOW-UP COMMUNICATION WITH THE COMPANY REGARDING LEASES AND REVIEW OF LEASE CHART TO DOUBLE CHECK SERVICE ISSUES (1.4); ATTENTION TO LEASE MATTERS APPEARING ON THE DOCKET (0.3); CONTINUED ATTENTION TO TIME SUMMARIES FOR COURT (0.3). |
| DANZ CE | 03/26/07 | 2.00 | PARTICIPATION ON CONFERENCE CALL RE: COLUMBIA, TN AND REVIEW OF RECENT E-MAILS FROM ATTORNEY (1.4); REVIEW OF THE JLL TERMINATION ISSUE AND DISCUSSIONS REGARDING THE SAME (0.6). |
| DANZ CE | 03/27/07 | 0.80 | REVIEW OF THE JLL TERMINATION ISSUE AS TO THE LEASE SERVICES PROVIDER (0.4); AND REVIEW OF THE NOTICE FOR COMPLIANCE WITH AGREEMENT (0.4). |
| DANZ CE | 03/28/07 | 1.00 | COMMUNICATION WITH J. BEAUDOEN REGARDING THE JLL TERMINATION ISSUES (0.3); REVIEW OF ORDER TIMING ISSUE REGARDING PROJECT VANTAGE SALE/LEASEBACK (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DANZ CE           03/29/07      0.90   COMMUNICATION WITH A. CARGILE REGARDING
                                       THE COLUMBIA, TN LEASE AND FOLLOW-UP
                                       WITH THE CLIENT (0.9).

DANZ CE           03/30/07      1.50   DISCUSSION WITH J. BEAUDOEN AND C.
                                       COMERFORD REGARDING COLUMBIA, TN AND
                                       REVIEW OF RECENT COMMUNICATIONS
                                       REGARDING THE SAME (0.7); DISCUSSION OF
                                       THE VARIOUS LEASE CLAIMS FORWARDED BY J.
                                       BEAUDOEN AND PRELIMINARY REVIEW OF THE
                                       SAME (0.8).

                               19.80

GRANT K           03/01/07     12.30   TELECONFERENCES WITH J. BEAUDOEN (0.2)
                                       AND C. COMERFORD RE: PROJECT VANTAGE
                                       FILING (0.2); CONTINUE TO WORK ON
                                       REVISING MOTION (4.2) AND PREPARE FOR
                                       FILING (3.1); CONTINUE TO REVIEW OF
                                       DRAFTS OF DEAL DOCUMENTS (3.3);
                                       TELECONFERENCES WITH C. COMERFORD AND
                                       S. CORCORAN RE: SAME (0.5); DRAFT NOTICE
                                       RE: SAME (0.8).

GRANT K           03/02/07      6.60   CONTINUE TO WORK ON FINALIZING AND
                                       REVISING PROJECT VANTAGE PLEADINGS
                                       (4.2); REVIEW OF REVISED DEAL DOCUMENTS
                                       RE: SAME (1.3); ATTENTION TO FILING AND
                                       SERVING SAME (1.1).

GRANT K           03/05/07      0.80   REVIEW LEASES AND AMENDMENTS FOR
                                       COLUMBIA, TN LEASE (0.8).

GRANT K           03/06/07      2.50   EMAIL WITH B. COLLINS RE: SERVICE OF
                                       VANTAGE MOTION (0.3); WORK ON HEARING
                                       PREPARATION MATERIALS RE: SAME (0.9);
                                       TELECONFERENCE WITH DELPHI TEAM RE:
                                       COLUMBIA, TN LEASE DISPUTE (0.9);
                                       STRATEGY MEETING RE: 365(D)(4) DEADLINE
                                       (0.4).

GRANT K           03/07/07      3.50   TELECONFERENCE WITH K. SIMON RE: LEASE
                                       TRANSACTION MOTION (0.2); EMAIL WITH J.
                                       BEAUSDOEN RE: SAME (0.1); CONTINUE TO
                                       WORK ON HEARING PREPARATION MATERIALS
                                       RE: SAME (2.7); TELECONFERENCE WITH A.
                                       CARGILE RE: COLUMBIA, TN LEASE (0.5).

GRANT K           03/08/07      0.60   TELECONFERENCE AND EMAIL WITH K. SIMON
                                       RE: LEASE TRANSACTION MOTION (0.3);
                                       EMAIL WITH S. CORCORAN RE: COLUMBIA, TN
                                       LEASE (0.3).

GRANT K           03/09/07      4.50   DRAFT MOTION, ORDER AND NOTICE RE:
                                       EXTENSION OF 365(D)(4) DEADLINE (4.5).

GRANT K           03/13/07      2.00   REVIEW OBJECTION TO VANTAGE MOTION
                                       FILED BY SHELBY LANDLORD (0.8); EMAIL TO
                                       DELPHI TEAM RE: SAME (0.4); REVIEW
                                       AFFIDAVIT OF SERVICE RE: SAME (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 03/14/07 | 4.00 | CONTINUE TO WORK ON RESPONSE TO OBJECTION TO VANTAGE MOTION (3.1); EMAIL TO DELPHI TEAM RE: SAME (0.3); TELECONFERENCE WITH DELPHI TEAM AND N. MACDONALD RE: SAME (0.6). |
|---|---|---|---|
| GRANT K | 03/15/07 | 4.80 | CONTINUE TO WORK ON HEARING PREPARATION MATERIALS FOR VANTAGE MOTION (2.7); CONTINUE TO WORK ON RESPONSE TO OBJECTION (2.1). |
| GRANT K | 03/16/07 | 6.00 | WITNESS PREPARATION FOR VALEO HEARING (3.2); WORK ON RESPONSE RE: SAME (1.4); WORK ON HEARING PREPARATION MATERIALS RE: SAME (1.4). |
| GRANT K | 03/18/07 | 1.40 | WORK ON AMENDMENT TO SHELBY LEASE TO RESOLVE OBJECTION TO VANTAGE TRANSACTION (1.1); EMAILS WITH S. CORCORAN AND J. BEAUDOEN RE: SAME (0.3). |
| GRANT K | 03/19/07 | 3.40 | EMAIL AND TELECONFERENCES WITH J. BEAUDOEN RE: SETTLEMENT OF OBJECTION TO LEASE TRANSACTION MOTION (0.6); TELECONFERENCE WITH S. TOLL RE: SAME (0.3); CONTINUE TO WORK ON HEARING PREPARATION MATERIALS RE: SAME (1.4); WORK ON RESPONSE TO OBJECTION (1.1). |
| GRANT K | 03/20/07 | 6.30 | CONTINUE HEARING PREPARATION FOR LEASE TRANSACTION MOTION (1.2); DRAFT AND REVISED REPLY RE: SAME (4.5); TELECONFERENCE WITH S. TOLL RE: SAME (0.2); REVISE ORDER RE: SAME (0.4). |
| GRANT K | 03/21/07 | 6.70 | TELECONFERENCE WITH B. COLLINS RE: DOWNERS GROVE LEASE (0.2); TELECONFERENCE WITH B. COLLINS, A. VERMA, K. GIRBEN & J. BEAUDOEN RE: DOWNERS GROVE LEASE (0.2); REVISE AND FINALIZED REPLY RE: PROJECT VANTAGE MOTION (2.9) AND CONTINUED HEARING PREPARATION RE: SAME (3.4). |
| GRANT K | 03/22/07 | 3.00 | CONTINUE PREPARATION FOR VALEO HEARING (1.0); ATTENDED HEARING (1.5); REVIEW AND FINALIZE ORDER RE: SAME (0.5). |
| GRANT K | 03/23/07 | 0.40 | EMAILS WITH C. COMERFORD RE: LEASE TRANSACTION MOTION AND APPROVAL OF SAME (0.4). |
| GRANT K | 03/26/07 | 2.40 | TELECONFERENCE WITH DELPHI TEAM AND C. DANZ RE: COLUMBIA, TN LEASE (1.0); CONTINUE TO WORK ON 365(D)(4) EXTENSION MOTION (1.4). |
| GRANT K | 03/27/07 | 4.10 | REVISE MOTION FOR EXTENSION OF 365(D)(4) DEADLINE; (2.2) AND ORDER RE: SAME (0.7); WORK ON SPECIAL PARTIES LIST RE: SAME (0.5); REVIEW ORDER ENTERED BY COURT APPROVING LEASE CONSOLIDATION MOTION; (0.3) EMAILS WITH DELPHI TEAM (0.2) AND OTHER COUNSEL RE: SAME. (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 03/29/07 | 1.30 | TELECONFERENCE WITH C. COMERFORD RE: DOWNERS GROVE LEASE; (0.2) ASSISTED IN DRAFTING PROPOSAL TO LANDLORD RE: SAME (0.6); REVISED 365(D)(4) MOTION AND PREPARED FOR FILING (0.5). |
| GRANT K | 03/30/07 | 4.80 | CONTINUE REVISIONS OF 365(D)(4) EXTENSION MOTION (3.2); ATTENTION TO FILING AND SERVING SAME (1.4); TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN RE: COLOMBIA, TN LEASE (0.2). |

**81.40**

| | | | |
|---|---|---|---|
| MACDONALD N | 03/14/07 | 6.90 | REVIEW PLEADINGS AND DOCUMENTS IN CONNECTION WITH LEASE TRANSACTION MOTION AND OBJECTIONS THERETO (6.4); TELECONFERENCES WITH CLIENT, CO-COUNSEL AND ADVISORS RE: MATTERS RELATED THERETO (0.5). |
| MACDONALD N | 03/15/07 | 10.80 | CONTINUE REVIEW OF PLEADINGS AND DOCUMENTS IN CONNECTION WITH LEASE TRANSACTION MOTION AND OBJECTIONS THERETO (2.1); BEGIN DRAFT OF WITNESS PREPARATION AND DECLARATION MATERIALS (6.8); MEETINGS TO DISCUSS CASE STATUS AND MATTERS RELATED TO TRANSACTIONS UNDERLYING FORTHCOMING HEARING (1.9). |
| MACDONALD N | 03/16/07 | 8.00 | REVIEW DOCUMENTS AND PLEADINGS RELATED TO PENDING MOTION (4.6); INTERVIEW CLIENTS RE: SAME (3.4). |
| MACDONALD N | 03/17/07 | 5.70 | CONTINUE DRAFT OF WITNESS DECLARATION; BEGIN DRAFT OF REPLY AND PROFFER IN SUPPORT OF MOTION (5.7). |
| MACDONALD N | 03/19/07 | 6.80 | CONTINUE DRAFT OF REPLY, PROFFER AND DECLARATION IN SUPPORT OF MOTION (6.8). |

**38.20**

| | | | |
|---|---|---|---|
| MEISLER RE | 03/02/07 | 1.00 | REVIEW AND EDIT PROJECT VANTAGE PLEADINGS FOR FILING (1.0). |
| MEISLER RE | 03/06/07 | 0.50 | BEGIN PLANNING FOR 365(D)(4) MOTION (0.3); REVIEW AND ANALYZE STATUS OF COLUMBIA, TENNESSEE LEASE (0.2). |
| MEISLER RE | 03/10/07 | 0.30 | DRAFT CORRESPONDENCE RE: 365(D)(4) MOTION (0.3). |
| MEISLER RE | 03/13/07 | 0.30 | DRAFT CORRESPONDENCE RE: OBJECTION TO PROJECT VANTAGE (0.3). |
| MEISLER RE | 03/14/07 | 0.90 | BEGIN TO CONSIDER OUTLINE OF 365(D)(4) MOTION AND PARAMETERS OF RELIEF TO BE REQUESTED (0.5); CONTINUE REVIEW AND ANALYSIS OF OBJECTION TO PROJECTION VANTAGE (0.4). |
| MEISLER RE | 03/15/07 | 1.40 | REVIEW AND ANALYZE OBJECTION RE: PROJECT VANTAGE (0.7); ANALYSIS OF POTENTIAL DECLARATION RE: SAME (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MEISLER RE | 03/16/07 | 1.00 | REVIEW MATERIALS RE: PROJECT VANTAGE WITNESS PREP (1.0). |
| MEISLER RE | 03/19/07 | 0.30 | REVIEW PROJECT VANTAGE AGREEMENTS (0.3). |
| MEISLER RE | 03/20/07 | 2.90 | REVIEW UNDERLYING DOCUMENTATION RE: PROJECT VANTAGE IN PREPARATION FOR HEARING (1.4); REVIEW AND EDIT REPLY RE: PROJECT VANTAGE (1.0); REVIEW AND REVISE SCRIPT RE: SAME (0.5). |
| MEISLER RE | 03/21/07 | 0.80 | REVIEW AND REVISE UPDATED SCRIPT RE: PROJECT VANTAGE (0.8). |
| MEISLER RE | 03/23/07 | 0.20 | REVIEW LEASE CONSOLIDATION ORDER (0.2). |
| MEISLER RE | 03/30/07 | 1.10 | REVIEW AND REVISE 365(D)(4) MOTION (1.1). |
| | | **10.70** | |
| **Total Associate** | | **150.10** | |
| DEMMA J | 03/14/07 | 1.10 | PREPARE/INDEX VALEO SALE DOCUMENTS FOR DISTRIBUTION (1.1). |
| DEMMA J | 03/28/07 | 1.10 | PREPARE SPECIAL PARTY SERVICE LIST (1.1). |
| DEMMA J | 03/29/07 | 0.80 | UPDATE 365(D)(4) SPECIAL SERVICE PARTY LIST (0.8). |
| | | **3.00** | |
| **Total Legal Assistant** | | **3.00** | |
| **TOTAL TIME** | | **179.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**　　　　　　　　　　　　　　**Bill Date: 04/30/07**
**Leases (Real Property)**　　　　　　　　　　　　　　　**Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/06/07 | Copy Center, D | 11.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$11.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.30 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.06 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.41 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.14 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.78 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.60 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.09 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.56 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.19 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.87 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Westlaw | 03/27/07 | Grant K | 33.00 |
| | | **TOTAL WESTLAW** | **$33.00** |
| Out-of-Town Travel | 03/20/07 | Grant K | 27.79 |
| Out-of-Town Travel | 03/22/07 | Grant K | 1,435.21 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,463.00** |
| Out-of-Town Meals | 03/20/07 | Grant K | 9.37 |
| Out-of-Town Meals | 03/20/07 | Grant K | 6.56 |
| Out-of-Town Meals | 03/21/07 | Grant K | 12.52 |
| Out-of-Town Meals | 03/22/07 | Grant K | 10.55 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$39.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|

TOTAL MATTER                                  $1,552.00

.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)       Bill Date: 05/31/07
Leases (Real Property)                              Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MEISLER RE | 04/05/07 | 0.20 | CONSIDER TIMING OF PROJECT VANTAGE CLOSING AND RULE 6004 (0.2). |
| MEISLER RE | 04/13/07 | 0.10 | REVIEW ORIX RESPONSE TO 365(D)(4) MOTION (0.1). |
| MEISLER RE | 04/22/07 | 0.30 | REVIEW NOTICE (0.2) AND DRAFT CORRESPONDENCE (0.1) RE: FALLS TWP, PA. |
| MEISLER RE | 04/23/07 | 0.30 | REVIEW LEASE PROCEDURES ORDERS (0.3). |
| MEISLER RE | 04/24/07 | 0.40 | CONTINUE REVIEW OF LEASE AMENDMENT RE: FALLS TWP (0.4). |
| | | 1.30 | |
| WEXLER MP | 04/05/07 | 0.70 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.7). |
| WEXLER MP | 04/06/07 | 0.20 | REVIEW STATUS AND ISSUES WITH PROJECT VANTAGE (0.2). |
| WEXLER MP | 04/11/07 | 0.40 | FOLLOW UP ON TERMINATION OF JLL AND RELATED MATTERS (0.4). |
| WEXLER MP | 04/13/07 | 0.20 | REVIEW ORIX WARREN RESPONSE TO MOTION TO EXTEND 365(D)(4) DEADLINE AND FOLLOW UP (0.2). |
| WEXLER MP | 04/24/07 | 0.20 | REVIEW ISSUES RE: AMENDMENT TO LEASE TO PROVIDE FOR TERMINATION RIGHTS AND PROPER PROCEDURES (0.2). |
| WEXLER MP | 04/27/07 | 0.30 | REVIEW AND CONSIDER ISSUES RE: RELEASE BY JLL IN CONNECTION WITH VALEO TRANSACTION AND CORRESPONDENCE RE: SAME (0.3). |
| | | 2.00 | |
| Total Partner | | 3.30 | |
| DANZ CE | 04/03/07 | 1.20 | REVIEW OF UTILITY REAL ESTATE AGREEMENT, COMMUNICATION WITH D. POOLE AND M. HESTER RE: NECESSARY COURT APPROVAL TO ENTER INTO THE AGREEMENT (1.2). |
| DANZ CE | 04/04/07 | 0.90 | REVIEW ISSUES CONCERNING THE WARREN, OHIO LEASE INCLUDING THE EXPIRATION/TERMINATION OPTIONS, LANDLORD ISSUE, AND OPTION TO TERMINATE (0.5); REVIEW OF THE DOCKET FOR REAL ESTATE RELATED MATTERS AND LAST JLL FILING (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 04/10/07 | 2.30 | REVIEW OF INFORMATION RE: THE PROOF OF CLAIM FOR CROWN ENTERPRISES (0.7); DRAFT CORRESPONDENCE TO A. CARGLIE RE: COLUMBIA, TN AND DISTRIBUTED THE SAME (0.9); REVIEW THE LIST OF UPCOMING REAL ESTATE MOTION FILINGS AND 365(D)4 ISSUES (0.7). |
| DANZ CE | 04/11/07 | 0.70 | TELECONFERENCE WITH J. BEAUDOEN RE: STATUS OF REAL ESTATE MATTERS (INCLUDING COLUMBIA), RESPONSE TO EMAIL FROM L. JANKOW OF THE DELPHI REAL ESTATE GROUP (0.7). |
| DANZ CE | 04/12/07 | 2.00 | DRAFT AND REVISE THE SUMMARY RE: THE JLL REAL ESTATE LEASE SERVICES AGREEMENT TERMINATION ISSUE FOR DISTRIBUTION TO THE COMMITTEE AND REVIEW ALL JLL COURT FILINGS FOR FEES AND OTHER MATTERS (2.0). |
| DANZ CE | 04/13/07 | 0.70 | REVIEW OF COMMUNICATION FROM J. BEAUDEON RE: COLUMBIA, TN AND RESPONDED TO HIM AND C. COMERFORD (0.3); REVIEW OF THE DOCKET AND RECENTLY RECEIVED CORRESPONDENCE (0.4). |
| DANZ CE | 04/18/07 | 2.60 | DRAFT SUMMARY OF REJECTED LEASES TO DATE, SOLD PROPERTIES AND NEW OR RENEWED LEASES AND REVIEW OF THE JLL TERMINATION ISSUE (2.6). |
| DANZ CE | 04/19/07 | 1.70 | ATTENTION TO THE LEASE AMENDMENT FOR FALLS TOWNSHIP, PA AND DRAFT THE LEASE NOTICE (0.8); DISCUSSIONS ABOUT REAL ESTATE LEASE STRATEGIES AND REVIEW OF THE PROPOSED TIME FRAMES FOR THE CASE (0.9). |
| DANZ CE | 04/20/07 | 1.60 | COMMUNICATION WITH C. COMERFORD AND ATTENTION TO THE STATUS OF VARIOUS REAL ESTATE MATTERS INCLUDING COLUMBIA (0.6), DRAFT COMMUNICATION TO A. CARGILE RE: THE COLUMBIA LEASE RENEWAL ISSUE AND REVIEW OF THE PREVIOUS LEASE DRAFTS (1.0). |
| DANZ CE | 04/23/07 | 1.60 | REVIEW OF THE PROCEDURE FOR CERTIFIED ORDER COPIES (0.2); PARTICIPATION IN STATUS CALL (0.6); REVIEW OF RECENT THIRD PARTY COMMUNICATION AND THE DOCKET FOR REAL ESTATE RELATED ENTRIES (0.8). |
| DANZ CE | 04/24/07 | 0.80 | REVIEW OF THE LEASE PROCEDURES ORDER, DISCUSSIONS RE: STRATEGY OF LEASE AMENDMENTS WITH TERMINATION RIGHTS AND APPROVAL NECESSARY UNDER THE CODE AND LEASE PROCEDURES (0.8). |
| DANZ CE | 04/27/07 | 0.50 | REVISE THE LEASE NOTICE FOR FALLS TOWNSHIP, PA (0.5). |
| DANZ CE | 04/30/07 | 0.60 | PARTICIPATION IN THE STATUS CALL AND ASSISTED WITH REAL ESTATE MATTERS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

17.20

| GRANT K | 04/03/07 | 0.20 | EMAIL WITH C. COMERFORD RE: 365(D)(4) MOTION (0.2). |
|---------|----------|------|------|
| GRANT K | 04/04/07 | 0.50 | TELECONFERENCE AND EMAIL WITH T. SABLE RE: DILIGENCE DEADLINE FOR VALEO TRANSACTION (0.3); EMAIL WITH C. COMERFORD RE: SAME (0.2). |
| GRANT K | 04/09/07 | 3.90 | WORK ON HEARING PREPARATION MATERIALS FOR 365(D)(4) EXTENSION MOTION (3.9). |
| GRANT K | 04/11/07 | 4.80 | TELECONFERENCE WITH J. KLEINMAN RE: CLOSING SCHEDULE OF VALEO TRANSACTION (0.3); EMAILS AND TELECONFERENCE WITH L. JANKOW RE: SERVICE OF 365(D)(4) MOTION (0.5); TELECONFERENCE WITH C. COMERFORD RE: SAME (0.2); REVIEW SOLON LEASE RE: SAME (0.3) AND EMAIL WITH E. GERSHBEIN (0.3) CONTINUE HEARING PREPARATION FOR 365(D)(4) MOTION (2.8) REVIEW OF LEASE AMENDMENT PROPOSAL RE: COLOMBIA, TN LEASE (0.4). |
| GRANT K | 04/12/07 | 1.80 | CONTINUED ATTENTION TO SERVICE OF 365(D)(4) MOTION (1.1); EMAIL WITH L. JANKOW (0.3) AND E. GERSHBEIN (0.2) RE: SAME; EMAIL WITH C. COMERFORD RE: COLOMBIA, TN LEASE (0.2). |
| GRANT K | 04/13/07 | 4.00 | FURTHER ATTENTION TO SERVICE OF REMAINING LESSOR PARTIES WITH 365(D)(4) MOTION; (1.2); REVIEW RESPONSE OF ORIX WARREN RE: SAME (0.5); CONTINUE WORK ON HEARING PREPARATION MATERIALS RE: SAME (2.3). |
| GRANT K | 04/16/07 | 0.30 | FURTHER ATTENTION TO SERVICE OF 365(D)(4) MOTION AND EMAILS WITH L. JANKOW RE: SAME (0.3). |
| GRANT K | 04/19/07 | 1.60 | CONTINUE TO WORK ON HEARING PREPARATION FOR 365(D)(4) MOTION. (1.6). |
| GRANT K | 04/20/07 | 0.40 | TELECONFERENCE WITH C. COMERFORD RE: LEASE AMENDMENT FOR CROOKS ROAD (0.3); REVIEW DRAFT OF AMENDMENT RE: SAME (0.4). |
| GRANT K | 04/23/07 | 0.40 | REVIEW ORDER GRANTING 365(D)(4) EXTENSION (0.3); EMAIL TO L. COMERFORD RE: SAME (0.1). |
| GRANT K | 04/24/07 | 0.30 | REVIEW LEASE AMENDMENT FOR CROOKS RD. AND EMAIL WITH C. COMERFORD RE: SAME (0.3). |
| GRANT K | 04/25/07 | 0.30 | REVIEW OF SERVICE RESULTS FOR 365(D)(4) ORDER; (0.2) EMAIL RE: SAME. (0.1). |
| GRANT K | 04/26/07 | 0.30 | REVIEW RELEASE AGREEMENT FOR JLL RE: ALEO TRANSACTION; (0.2) TELECONFERENCE WITH C. COMERFORD RE: SAME. (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 04/27/07 | 0.80 | TELECONFERENCES AND EMAIL WITH J. KLEINMAN RE: JLL RELEASE (0.5); TELECONFERENCES AND EMAIL WITH C. COMERFORD RE: SAME (0.3). |
| GRANT K | 04/30/07 | 0.80 | REVIEW AND REVISE JLL RELEASE AND AGREEMENT (0.3); TELECONFERENCES WITH J. KLEINMAN (0.3) AND C. COMERFORD (0.2) RE: SAME. |
| | | 20.40 | |
| KALOUDIS D | 04/10/07 | 1.10 | REVIEW CORRESPONDENCE FROM CLIENT RE: REFCO CANADA LEASE ISSUE (1.1). |
| KALOUDIS D | 04/13/07 | 1.30 | REVIEW ASSET PURCHASE AGREEMENT RE: LEASES AND ENVIRONMENTAL CLAIMS (0.6); REVIEW LEASE RE: ENVIRONMENTAL CLAIMS (0.7). |
| | | 2.40 | |
| **Total Associate** | | **40.00** | |
| DEMMA J | 04/02/07 | 1.70 | PREPARE MATERIALS FOR ATTORNEY REVIEW (1.7). |
| DEMMA J | 04/03/07 | 0.70 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (0.7). |
| | | 2.40 | |
| **Total Legal Assistant** | | **2.40** | |
| ~~WORSCHECK TM~~ | ~~04/11/07~~ | ~~1.20~~ | ~~PREPARE 365(D)(4) DOCUMENTS FOR ATTORNEY REVIEW (1.2).~~ |
| | | ~~1.20~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~1.20~~ | |
| **TOTAL TIME** | | **46.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 05/31/07**
**Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/13/07 | Copy Center, D | 40.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$40.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 1.06 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.50 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.06 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.32 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Filing/Court Fees | 04/24/07 | Chavali A | 29.00 |
| | | **TOTAL FILING/COURT FEES** | **$29.00** |
| | | **TOTAL MATTER** | **$71.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

Bill Date: 06/30/07
Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DANZ CE | 05/02/07 | 1.70 | REVIEW OF OPEN LEASE RELATED ITEMS (0.6), REVIEW JLL TRANSACTION SUMMARY (0.5), REVIEW OF THE LEASE NOTICES TO DATE (0.6). |
| DANZ CE | 05/07/07 | 0.70 | PARTICIPATION IN DELPHI WORKING GROUP TELECONFERENCE (0.7). |
| DANZ CE | 05/11/07 | 1.40 | PARTICIPATION ON CONFERENCE TELECONFERENCE RE: COLUMIBA, TN AND DRAFTED AND CIRCULATED EMAIL CORRESPONDENCE TO A. CARGILE (1.4). |
| DANZ CE | 05/14/07 | 0.40 | COMMUNICATION WITH THE COMMITTEE'S COUNSEL RE: THE LEASE NOTICE (0.4). |
| | | 4.20 | |
| GRANT K | 05/02/07 | 0.30 | TELECONFERENCE WITH C. COMERFORD AND B. COLLINS RE: DOWNERS GROVE LEASE (0.3). |
| GRANT K | 05/18/07 | 1.00 | TELECONFERENCE WITH C. COMERFORD RE: WARREN, OH LEASE RENEWAL; (0.2) REVIEW OF LEASE DOCUMENTS RE: SAME. (0.8). |
| | | 1.30 | |
| **Total Associate** | | 5.50 | |
| **TOTAL TIME** | | 5.50 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 06/30/07**
**Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 2.31 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 5.19 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.36 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.26 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.87 |
| Telephone Expense-ECRS only | 05/31/07 | Telecommunications, D | 0.01 |

**TOTAL TELEPHONE EXPENSE-ECRS ONLY** $9.00

**TOTAL MATTER** $9.00

B43E