SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-22
ASSET ANALYSIS AND RECOVERY
215.1 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Asset Analysis and Recovery | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 02/12/07 | 0.60 | CONSIDER PREFERENCE ANALYSIS, RECOVERY PROJECT (0.6). |
| MATZ TJ | 02/23/07 | 1.20 | CONSIDER AND ANALYZE PREFERENCE MATERIALS, POSSIBLE PROCEDURES (1.2). |
| MATZ TJ | 02/27/07 | 1.30 | CONTINUE ANALYSIS RE: PREFERENCE REVIEW (1.3). |
| MATZ TJ | 02/28/07 | 0.60 | REVIEW POSSIBLE PREFERENCE PROCEDURES (0.6). |
| | | **3.70** | |
| **Total Counsel** | | **3.70** | |
| HARDIN AS | 02/12/07 | 2.30 | RESEARCH ISSUES RELATED TO AVOIDANCE ISSUES (2.3). |
| HARDIN AS | 02/25/07 | 2.50 | RESEARCH ISSUES RELATED TO ASSET RECOVERY AND BEGIN PREPARING PRESENTATION RE: SAME (2.5). |
| HARDIN AS | 02/27/07 | 0.40 | REVIEW EMAIL AND RELATED MATERIALS RE: ASSET RECOVERY (0.4). |
| | | **5.20** | |
| **Total Associate** | | **5.20** | |
| CHAVALI A | 02/21/07 | 1.70 | AVOIDANCE ACTIONS PRECEDENT RESEARCH (1.7). |
| CHAVALI A | 02/22/07 | 0.90 | PREPARE BINDER OF AVOIDANCE ACTIONS PLEADINGS (0.8); DISTRIBUTE BINDER (0.1). |
| | | **2.60** | |
| **Total Legal Assistant** | | **2.60** | |
| **TOTAL TIME** | | **11.50** | |

13

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                          Bill Date: 04/30/07
Asset Analysis and Recovery                                       Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 03/12/07 | 1.30 | CONSIDER PREFERENCES, CASE LAW AND PROCEDURES (1.3). |
| MATZ TJ | 03/13/07 | 1.40 | REVIEW AND PREPARE PREFERENCE REVIEW ANALYSIS, PROCEDURES (0.8); FURTHER CONSIDERATION RE: PREFERENCE ANALYSIS (0.6). |
| MATZ TJ | 03/19/07 | 0.50 | REVIEW PREFERENCES MATTERS, ANALYSIS (0.5). |
| MATZ TJ | 03/20/07 | 0.20 | REVIEW CORRESPONDENCE FROM TOGUT SEGAL RE: HIGH PURITY IRON STIPULATION (0.2). |
| MATZ TJ | 03/21/07 | 0.30 | CONSIDER PREFERENCE ANALYSIS MATTERS (0.3). |
| MATZ TJ | 03/22/07 | 1.50 | CONSIDER AVOIDANCE ACTION AND RECOVERY ISSUES AND MEMORANDUM RE: SAME (1.5). |
| MATZ TJ | 03/23/07 | 2.20 | REVIEW AND REVISE MEMORANDUM RE: AVOIDANCE ACTIONS (1.6); FURTHER PREPARATION AVOIDANCE ACTION PROJECT (0.6). |
| | | **7.40** | |
| **Total Counsel** | | **7.40** | |
| HARDIN AS | 03/14/07 | 3.50 | RESEARCH ISSUES RELATED TO AVOIDANCE ACTIONS (3.5). |
| HARDIN AS | 03/16/07 | 6.50 | RESEARCH ISSUES RELATED TO AVOIDANCE ACTIONS (6.5). |
| HARDIN AS | 03/17/07 | 4.00 | RESEARCH ISSUES RELATED TO AVOIDANCE ACTIONS (4.0). |
| HARDIN AS | 03/18/07 | 5.00 | RESEARCH ISSUES RELATED TO AVOIDANCE ACTIONS (5.0). |
| HARDIN AS | 03/19/07 | 10.50 | CONTINUE RESEARCH RE: AVOIDANCE ACTIONS AND BEGIN DRAFTING MEMO RE: SAME (10.5). |
| HARDIN AS | 03/20/07 | 10.30 | COMPLETE DRAFT MEMO RE: AVOIDANCE MEMO (10.3). |
| HARDIN AS | 03/22/07 | 5.50 | RESEARCH AND DRAFT AVOIDANCE PROCEDURES MOTION (5.5). |
| HARDIN AS | 03/26/07 | 8.50 | BEGIN DRAFTING PLEADINGS RELATED TO AVOIDANCE ACTIONS (8.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 03/27/07 | 11.60 | REVISE MEMO RE: AVOIDANCE ACTIONS AND RELATED ISSUES (4.5); CONTINUE DRAFTING PLEADINGS RELATED TO AVOIDANCE ACTIONS (7.1). |
| HARDIN AS | 03/28/07 | 7.70 | COMPLETE DRAFT PLEADINGS RE: AVOIDANCE ACTION PROCEDURES (6.5); REVISE MEMO RE: SAME (1.2). |
| HARDIN AS | 03/29/07 | 2.50 | REVISE PLEADINGS RELATED TO AVOIDANCE ACTIONS (2.5). |
| | | **75.60** | |
| **Total Associate** | | **75.60** | |
| CHAVALI A | 03/01/07 | 1.40 | SEARCH FOR PREFERENCE ACTION PRECEDENTS (1.4). |
| CHAVALI A | 03/05/07 | 0.90 | SEARCH CASE DOCKETS FOR AVOIDANCE ACTION PLEADINGS (0.7); DISTRIBUTE PLEADINGS (0.2). |
| CHAVALI A | 03/06/07 | 1.40 | SEARCH CASE DOCKETS FOR AVOIDANCE ACTIONS PLEADINGS (1.4). |
| CHAVALI A | 03/07/07 | 2.50 | SEARCH FOR AVOIDANCE ACTION RELATED PLEADINGS (1.2); COMPILE PLEADINGS (0.6); DISTRIBUTE PLEADINGS (0.7). |
| | | **6.20** | |
| **Total Legal Assistant** | | **6.20** | |
| **TOTAL TIME** | | **89.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Asset Analysis and Recovery | | | Bill Number: 1156504 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/20/07 | Copy Center, D | 24.48 |
| In-house Reproduction | 03/23/07 | Copy Center, D | 10.05 |
| In-house Reproduction | 03/27/07 | Copy Center, D | 6.47 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$41.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.44 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.06 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.47 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.16 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.87 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$3.00** |
| Lexis/Nexis | 03/19/07 | Hardin AS | 150.15 |
| Lexis/Nexis | 03/20/07 | Hardin AS | 55.79 |
| Lexis/Nexis | 03/23/07 | Hardin AS | 113.98 |
| Lexis/Nexis | 03/27/07 | Hardin AS | 62.62 |
| Lexis/Nexis | 03/28/07 | Hardin AS | 77.46 |
| | | **TOTAL LEXIS/NEXIS** | **$460.00** |
| | | **TOTAL MATTER** | **$504.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)          Bill Date: 05/31/07
Asset Analysis and Recovery                              Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 04/17/07 | 0.80 | BEGIN REVIEW OF AVOIDANCE ACTION MEMO (0.8). |
| MARAFIOTI KA | 04/18/07 | 0.50 | CONTINUE REVIEW OF AVOIDANCE ACTION MEMO (0.5). |
| | | **1.30** | |
| **Total Partner** | | **1.30** | |
| MATZ TJ | 04/02/07 | 2.40 | REVISIONS TO AVOIDANCE ACTIONS MEMORANDUM (2.0); FURTHER REVIEW RE: SAME (0.4). |
| MATZ TJ | 04/04/07 | 1.30 | REVIEW AND REVISE DRAFT MATERIALS RE: AVOIDANCE ACTIONS (1.3). |
| MATZ TJ | 04/05/07 | 2.50 | REVIEW AND REVISE MEMORANDUM RE: AVOIDANCE ACTIONS; DRAFT RELATED PLEADINGS (2.5). |
| | | **6.20** | |
| **Total Counsel** | | **6.20** | |
| HARDIN AS | 04/05/07 | 2.20 | REVIEW AND REVISE MATERIALS RELATED TO AVOIDANCE ACTIONS (2.2). |
| HARDIN AS | 04/09/07 | 1.40 | PREPARE MATERIALS CONCERNING AVOIDANCE ACTIONS AND RECOVERY (1.4). |
| HARDIN AS | 04/16/07 | 0.20 | EMAIL EXCHANGE WITH T. MATZ RE: AVOIDANCE ACTIONS (0.2). |
| | | **3.80** | |
| KALOUDIS D | 04/26/07 | 2.20 | REVISE DRAFT COMPLAINT TO RECOVER FICA (2.2). |
| | | **2.20** | |
| **Total Associate** | | **6.00** | |
| CHAVALI A | 04/02/07 | 1.00 | PREFERENCE ACTIONS RESEARCH (1.0). |
| | | **1.00** | |
| **Total Legal Assistant** | | **1.00** | |
| **TOTAL TIME** | | **14.50** | |

7                                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 05/31/07 |
|---|---|---|---|
| Asset Analysis and Recovery | | | Bill Number: 1158919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.48 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.03 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Lexis/Nexis | 04/04/07 | Hardin AS | 52.00 |
| | | **TOTAL LEXIS/NEXIS** | **$52.00** |
| Vendor Hosted Teleconferencing | 03/26/07 | Teleconferencing Services, LLC | 8.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| | | **TOTAL MATTER** | **$61.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Asset Analysis and Recovery

Bill Date: 06/30/07  
Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 05/16/07 | 1.80 | REVIEW ANALYSIS CONCERNING CERTAIN POTENTIAL ESTATE CAUSES OF ACTION (1.8). |
| HOGAN III AL | 05/17/07 | 0.50 | CONTINUE REVIEW OF ANALYSIS OF CERTAIN ESTATE ACTIONS (0.5). |
| HOGAN III AL | 05/18/07 | 0.60 | REVIEW AND ANALYZE DEBTOR ACTION IN COLLINS CASE (0.6). |
|  |  | **2.90** |  |
| PANAGAKIS GN | 05/16/07 | 0.80 | REVIEW RESEARCH RE: TOLLING AGREEMENTS AND CONSIDERATION TO OTHER AVOIDANCE ACTION ISSUES (0.8). |
| PANAGAKIS GN | 05/17/07 | 0.80 | REVIEW MATERIALS RE: TOLLING AGREEMENTS (0.8). |
| PANAGAKIS GN | 05/18/07 | 0.90 | REVIEW AVOIDANCE ACTION MATERIALS (0.9). |
| PANAGAKIS GN | 05/24/07 | 0.40 | ATTENTION TO POTENTIAL CAUSES OF ACTION (0.4). |
| PANAGAKIS GN | 05/25/07 | 1.20 | REVIEW BACKGROUND RESEARCH RE: STATUTE OF LIMITATION AND AVOIDANCE ACTIONS (1.2). |
| PANAGAKIS GN | 05/29/07 | 0.50 | CONSIDERATION OF RESEARCH ISSUES RELATED TO AVOIDANCE ACTIONS (0.5). |
| PANAGAKIS GN | 05/30/07 | 1.50 | REVIEW ISSUES AND RESEARCH RE: STATUTE OF LIMITATION ON AVOIDANCE ACTIONS (1.5). |
| PANAGAKIS GN | 05/31/07 | 2.00 | ATTENTION TO ISSUES RELATED TO STATUTE OF LIMITATIONS RE: AVOIDANCE ACTIONS (2.0). |
|  |  | **8.10** |  |
| **Total Partner** |  | **11.00** |  |
| GARNER LP | 05/08/07 | 2.00 | LEGAL RESEARCH RE: PRESERVATION OF ESTATE CLAIMS IN PLAN (2.0). |
| GARNER LP | 05/09/07 | 2.20 | LEGAL RESEARCH RE: PRESERVATION AND ASSERTION OF ESTATE CAUSES OF ACTION (2.2). |
| GARNER LP | 05/17/07 | 0.50 | REVIEW LEGAL MEMORANDUM RE: TIME FOR BRINGING ESTATE CAUSES OF ACTION (0.5). |
|  |  | **4.70** |  |

5

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 05/17/07 | 4.10 | REVIEW AND COMMENT ON SUMMARY CHART RE: AVOIDANCE ACTIONS AND BACK UP MATERIALS (0.9); REVIEW TOWER MATERIALS (0.3); TELECONFERENCE WITH N. BERGER RE: SAME, TOLLING AGREEMENTS (0.3); CONTINUE REVIEW OF AVOIDANCE ACTIONS IMITATION, RESEARCH, IBC AND OTHER MATERIALS (2.6). |
| MATZ TJ | 05/21/07 | 0.30 | REVIEW AND EVALUATE AVOIDANCE ACTIONS RESEARCH AND SURVEY (0.3). |
| MATZ TJ | 05/30/07 | 0.20 | REVIEWING AND COMMENTING RETAINED ACTIONS MATERIALS (0.2). |
| | | **4.60** | |
| **Total Counsel** | | **9.30** | |
| GRANT K | 05/03/07 | 0.80 | PERFORM RESEARCH RE: AVOIDANCE ACTIONS (0.8). |
| GRANT K | 05/16/07 | 3.10 | RESEARCH DEADLINE FOR FILING AVOIDANCE ACTIONS (3.1). |
| GRANT K | 05/17/07 | 2.40 | CONTINUE TO RESEARCH RE: STATUTES OF LIMITATION FOR ESTATE ACTIONS (2.4). |
| | | **6.30** | |
| GUZZARDO J | 05/08/07 | 7.90 | LEGAL RESEARCH RE: STATUTE OF LIMITATIONS FOR CAUSES OF ACTION (7.9). |
| GUZZARDO J | 05/09/07 | 6.40 | LEGAL RESEARCH RE: STATUTE OF LIMITATIONS FOR CERTAIN CAUSES OF ACTION (6.4). |
| GUZZARDO J | 05/10/07 | 7.20 | LEGAL RESEARCH RE: CLAIMS STATUTE OF LIMITATIONS (7.2). |
| GUZZARDO J | 05/11/07 | 6.50 | LEGAL RESEARCH OF STATUTE OF LIMITATIONS ISSUES (6.5). |
| GUZZARDO J | 05/16/07 | 6.80 | DRAFTING OF MEMORANDUM RE: EXPIRATION OF CLAIMS (6.8). |
| GUZZARDO J | 05/17/07 | 1.40 | EDIT OF MEMORANDUM RE: CLAIMS EXPIRATION (1.4)). |
| GUZZARDO J | 05/18/07 | 2.80 | LEGAL RESEARCH RE: CLAIMS AND EXPIRATION OF SAME (2.8). |
| GUZZARDO J | 05/21/07 | 1.50 | LEGAL RESEARCH RE: POTENTIAL WAIVED CLAIMS (1.5). |
| | | **40.50** | |
| HARDIN AS | 05/09/07 | 0.40 | REVISE MEMO RE: AVOIDANCE ACTIONS (0.4). |
| HARDIN AS | 05/10/07 | 0.20 | REVIEW MATERIALS PREPARED IN CONNECTION WITH AVOIDANCE ACTION STRATEGY (0.2). |
| HARDIN AS | 05/17/07 | 3.90 | REVIEW VARIOUS MATERIALS CONCERNING ISSUES RELATED TO AVOIDANCE ACTIONS (3.5); TELECONFERENCE WITH N. BERGER RE: SAME (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 05/21/07 | 0.30 | WORKING GROUP EMAIL EXCHANGE RE: AVOIDANCE ACTIONS (0.3). |
| HARDIN AS | 05/28/07 | 1.10 | UPDATE MEMO RE: AVOIDANCE ACTIONS (1.1). |
| | | **5.90** | |
| PLATT SJ | 05/16/07 | 8.60 | RESEARCH RE: 546(A) IN THE CONTEXT OF AVOIDANCE ACTIONS, AND COLLECT AND SUMMARIZE PRECEDENT (8.6). |
| PLATT SJ | 05/17/07 | 6.10 | CONTINUE RESEARCHING AND REVISING CHART RE: APPROACHES TO 546(A) LIMITATION PERIOD (6.1). |
| | | **14.70** | |
| STUART NL | 05/16/07 | 10.10 | RESEARCH RE: AVOIDANCE ACTIONS (5.9); DRAFT MEMO ON AVOIDANCE ACTIONS AND SOL (4.2). |
| STUART NL | 05/18/07 | 2.10 | ADDITIONAL AVOIDANCE ACTION RESEARCH (2.1). |
| | | **12.20** | |
| **Total Associate** | | **79.60** | |
| ~~ZSOLDOS AF~~ | ~~05/17/07~~ | ~~1.50~~ | ~~PULL ORDERS FROM VARIOUS CASES RE: AVOIDANCE ACTIONS (1.5).~~ |
| | | ~~1.50~~ | |
| ~~Total Legal Assistant~~ | | ~~1.50~~ | |
| **TOTAL TIME** | | **101.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 06/30/07 |
|---|---|---|---|
| Asset Analysis and Recovery | | | Bill Number: 1166514 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/18/07 | Copy Center, D | 22.98 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 2.02 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$25.00** |
| Lexis/Nexis | 05/17/07 | Hardin AS | 375.37 |
| Lexis/Nexis | 05/18/07 | Hardin AS | 80.63 |
| | | **TOTAL LEXIS/NEXIS** | **$456.00** |
| Westlaw | 05/31/07 | Ettannani MM | 63.00 |
| | | **TOTAL WESTLAW** | **$63.00** |
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 25.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$25.00** |
| | | **TOTAL MATTER** | **$569.00** |

B43E