SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
        In re                   :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05–44481 (RDD)
                                :
                    Debtors.    :    (Jointly Administered)
                                :
------------------------------- x


EXHIBIT D-23
EXECUTORY CONTRACTS (PERSONALTY)
222.5 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| **Delphi Corporation (DIP)** | | | **Bill Date: 03/31/07** |
| Executory Contracts (Personalty) | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 02/20/07 | 0.30 | BEGIN REVIEWING MOTION FOR PAYMENT AND TO COMPEL ASSUMPTION/REJECTION OF LEASES BY ATEL CORPORATION (0.2); CORRESPONDENCE TO K. CRAFT RE: SAME (0.1). |
| RAMLO K | 02/21/07 | 0.20 | CONTINUE REVIEW OF ATEL CORPORATION MOTION (0.2). |
| RAMLO K | 02/22/07 | 0.30 | TELECONFERENCE WITH K. CRAFT RE: ATEL CORPORATION (0.1); FURTHER REVIEW OF MOTION AND CORRESPONDENCE TO A. GALLARDO AND S. PERSICHILLI RE: SAME (0.2). |
| RAMLO K | 02/23/07 | 0.40 | REVIEW CORRESPONDENCE FROM K. CRAFT RE: ATEL CORPORATION MOTION (0.1); TELECONFERENCE AND CORRESPONDENCE WITH A. GALLARDO RE: SAME (0.3). |
| RAMLO K | 02/28/07 | 0.50 | BEGIN WORK ON OBJECTION TO ATEL CORPORATION MOTION (0.5). |
| | | 1.70 | |
| **Total Counsel** | | 1.70 | |
| **TOTAL TIME** | | <u>1.70</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 03/06/07 | 1.20 | REVIEW VIASYSTEMS CORRESPONDENCE (0.2) AND ANALYZE ISSUES RE PROPOSED NEW CONTRACT (0.7); CONSIDER PRICING QUESTIONS (0.3). |
| MARAFIOTI KA | 03/07/07 | 2.60 | ANALYZE ISSUES RE: VIASYSTEMS AND GM CONTRACTS (0.9) AND DID RELATED RESEARCH (1.1); REVIEW CORRESPONDENCE FROM CLIENT RE: SAME (0.6). |
| MARAFIOTI KA | 03/14/07 | 0.60 | REVIEW VIASYSTEMS POWERPOINT RE: SHIPMENT ISSUE (0.6) . |
| MARAFIOTI KA | 03/16/07 | 1.00 | REVIEW AND REVISE IT OUTSTANDING MOTION TO FILE AGREEMENTS UNDER SEAL (0.8) AND RELATED ORDER (0.2). |
| MARAFIOTI KA | 03/20/07 | 0.90 | CONSIDER ISSUES RE: IT OUTSOURCING (GENPACT) MOTION (0.2); REVIEW AND REVISE APPLICATION RE: FINANCE OUTSOURCING (0.4) AND ORDER (0.3). |
| | | **6.30** | |
| **Total Partner** | | **6.30** | |
| RAMLO K | 03/01/07 | 0.40 | CORRESPONDENCE WITH S. PERSECHILLI AND R. WILDER RE: RESOLVING ATEL MOTION (0.2); CORRESPONDENCE TO B. JUBAR RE: SAME (0.2). |
| RAMLO K | 03/05/07 | 0.40 | TELECONFERENCE WITH J. JARETT RE RECONCILING LEASE PAYMENTS TO ATEL CORPORATION (0.3); REVIEW CORRESPONDENCE FROM S. PERSICHELLI RE: RECONCILIATION OF ATEL CORPORATION LEASE PAYMENTS (0.1). |
| RAMLO K | 03/07/07 | 0.60 | CORRESPONDENCE AND TELECONFERENCE WITH S. PERSICHELLI RE: ATEL MOTION, RECONCILIATION, AND ADJOURNMENT (0.4); FOLLOW-UP ON COMPANY'S RECONCILIATION EFFORTS (0.2). |
| RAMLO K | 03/08/07 | 0.10 | TELECONFERENCE AND CORRESPONDENCE WITH M. RIELA RE: ATEL CORPORATION MOTION (0.1). |
| RAMLO K | 03/09/07 | 0.60 | FURTHER REVIEW OF ATL CORPORATION LEASE ARREARAGES ALLEGATIONS (0.4); CORRESPONDENCE TO S. PERSICHELLI RE: RECONCILIATION EFFORTS AND ADJOURNMENT (0.1); CORRESPONDENCE TO K. CRAFT RE: OBJECTION PREPARATION (0.1). |
| RAMLO K | 03/12/07 | 0.20 | FOLLOW UP ON STATUS OF RECONCILIATION OF ATEL CORPORATION LEASE ARREARAGES (0.1); CORRESPONDENCE TO S. PERSICHELLI RE: SAME (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 03/13/07 | 0.20 | CORRESPONDENCE WITH S. PERSICHELLI RE: RESCHEDULING ATEL MOTION (0.2). |
| RAMLO K | 03/14/07 | 0.40 | CORRESPONDENCE WITH S. PERSICHELLI RE: STATUS OF INFORMATION EXCHANGE AND SCHEDULING OF ATEL MOTION (0.3); REVIEW AND REVISE ATEL SCRIPT (0.1). |
| RAMLO K | 03/15/07 | 0.40 | TELECONFERENCE WITH S. PERSICHELLI RE: ATEL SCHEDULING (0.2); REVIEW AND REVISE ATEL SCRIPT (0.2). |
| RAMLO K | 03/16/07 | 0.10 | FOLLOW UP ON STATUS OF ATEL CORPORATION RECONCILIATION PROCESS (0.1). |
| RAMLO K | 03/19/07 | 0.10 | REVIEW CORRESPONDENCE FROM S. PERSICHELLI RE: ATEL CORPORATION RECONCILIATION (0.1). |
| RAMLO K | 03/22/07 | 0.10 | ATTEND OMNIBUS HEARING ON ATEL CORPORATION (0.1). |
| RAMLO K | 03/27/07 | 0.30 | CORRESPONDENCE AND TELECONFERENCE WITH S. PERSICHELLI RE: ATEL RECONCILIATION (0.1); CONFER WITH B. HOUSTON RE: SAME (0.1); CORRESPONDENCE WITH S. PERSICHELLI RE: HEARING ON ATEL CORPORATION MOTION (0.1). |
| | | 3.90 | |
| **Total Counsel** | | **3.90** | |
| GRANT K | 03/13/07 | 0.60 | EMAIL WITH C. CHIU (0.3) AND B. JUBAR (0.3) RE: IBJTC LEASES. |
| GRANT K | 03/15/07 | 0.40 | EMAILS WITH B. JUBAR AND C. CHIU RE: IBJTC CONTRACTS (0.4). |
| GRANT K | 03/27/07 | 1.60 | REVIEW PROPOSED AMENDMENT AND UNDERLYING DEVELOPMENT AGREEMENT WITH SUNRISE (0.9); TELECONFERENCE WITH P. GIACINTI RE: SAME (0.3); EMAILS WITH A. SEGUIN AND R. HORTON RE: SAME (0.4). |
| GRANT K | 03/28/07 | 1.90 | TELECONFERENCE WITH SUNRISE AND DELPHI TEAM RE: AMENDMENT TO DEVELOPMENT AGREEMENT; (0.5) FOLLOW UP TELECONFERENCES WITH A. SEGUIN AND R. HORTON (0.5) AND P. GIACINTI (0.9) RE: SAME. |
| GRANT K | 03/29/07 | 1.40 | EMAILS WITH P. GIACINTI (0.6) AND S. JAYE (0.5) RE: SUNRISE CONTRACT AMENDMENT AND TELECONFERENCE WITH R. HORTON RE: SAME (0.3). |
| GRANT K | 03/30/07 | 1.20 | DRAFT LETTER RE: RESOLUTION OF DISPUTE WITH SUNRISE; (0.5) AND EMAIL WITH R. HORTON AND C. COMERFORD RE: SAME; (0.3) EMAIL WITH S. JAYE RE: SAME. (0.4). |
| | | 7.10 | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 03/02/07 | 1.10 | CONTINUE REVIEW OF ATEL MTN. (0.7); TELECONFERENCE WITH A. GALLARDO RE: ATEL MTN. (0.1); B. JUBAR RE: ATEL MTN. AND MISSING DATA (0.3). |
| HOUSTON BM | 03/07/07 | 0.50 | TELECONFERENCE WITH B. JUBAR AND J. JARRETT TO DISCUSS PROGRESS ON RECONCILIATION OF INTERNAL ACCOUNTS WITH ASSERTED ARREARAGE AMOUNTS (0.5). |
| HOUSTON BM | 03/13/07 | 1.10 | TELECONFERENCE WITH B. JUBAR RE: ATEL MTN. (0.3); DRAFT SCRIPT FOR HEARING RE: ATEL MTN. (0.8). |
| HOUSTON BM | 03/15/07 | 0.60 | REVIEW AND REVISE SCRIPT FOR HEARING RE: ATEL MTN. (0.1); FOLLOW UP WITH B. JUBAR RE: ATEL MTN (0.5). |
| HOUSTON BM | 03/16/07 | 2.00 | TELECONFERENCE WITH B. JUBAR RE: ATEL MTN. (0.5); DRAFT CORRESPONDENCE TO S. PERSICHILLI RE: SAME (0.2); REVIEW AND ANALYZE PRELIMINARY RECONCILIATION OF DATA RE: ATEL MTN. (0.7); FOLLOW UP WITH B. JUBAR RE: SAME (0.6). |
| HOUSTON BM | 03/19/07 | 0.60 | FOLLOW UP WITH B. JUBAR RE: PRELIM. RECONCILIATION OF DATA RE: ATEL MTN. (0.3); DRAFT CORRESPONDENCE TO S. PERSICHILLI RE: SAME (0.3). |
| HOUSTON BM | 03/21/07 | 0.30 | DRAFT FOLLOW UP CORRESPONDENCE TO B. JUBAR RE: PROGRESS OF RECONCILIATION EFFORTS (0.3). |
| HOUSTON BM | 03/22/07 | 0.30 | DRAFT CORRESPONDENCE RE: FOLLOW UP ON ATEL ACCOUNT RECONCILIATION PROGRESS (0.3). |
| HOUSTON BM | 03/26/07 | 1.60 | FOLLOW UP CORRESPONDENCE TO B. JUBAR AND T. JONES RE: ATEL MATTER (0.3); REVIEW REPORT FROM T. JONES RE: ATEL MATTER (0.5); PLAN NEXT STEPS RE: ATEL MATTER (0.8). |
| HOUSTON BM | 03/27/07 | 5.70 | BEGIN DRAFTING PROPOSED STIP RE: ATEL MATTER (4.8); DRAFT FURTHER CORRESPONDENCE TO B. JUBAR AND T. JONES RE ATEL MATTER (0.2); TELECONFERENCE WITH T. JONES RE REPORT (0.3); STRATEGIZE RE NEW PLAN FOR NEXT STEPS IN ATEL MATTER (0.4). |
| HOUSTON BM | 03/29/07 | 0.20 | DRAFT FURTHER FOLLOW UP CORRESPONDENCE TO B. JUBAR AND T. JONES RE: ATEL MATTER (0.2). |
| | | **14.00** | |
| MEISLER RE | 03/01/07 | 0.70 | REVIEW AND ANALYZE ASSUMPTION AND ASSIGNMENT OF NON-U.S. CONTRACTS UNDER 365 (0.7). |
| MEISLER RE | 03/19/07 | 0.10 | REVIEW STATUS OF ATEL MOTION (0.1). |
| MEISLER RE | 03/29/07 | 0.10 | RESPOND TO INTERNAL INQUIRY RE: FINANCE OUTSOURCING MOTION (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 03/30/07 | 0.30 | REVIEW STATUS OF, AND WORK ON FINALIZING, FINANCE OUTSOURCING MOTION (0.3). |
| | | 1.20 | |
| Total Associate | | 22.30 | |
| **TOTAL TIME** | | **32.50** | |

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP)**  **Bill Date: 04/30/07**
**Executory Contracts (Personalty)**  **Bill Number: 1156504**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Reproduction - color | 03/02/07 | Copy Center, D | 25.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$25.00** |
| | | **TOTAL MATTER** | **$25.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

Delphi Corporation (DIP)          Bill Date: 05/31/07
Executory Contracts (Personalty)                              Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 04/03/07 | 0.80 | REVIEW UPDATE ON ATEL CORPORATION MOTION (0.1); TELECONFERENCE WITH AND REVIEW CORRESPONDENCE FROM K. CRAFT RE: ATEL CORPORATION RECONCILIATION (0.2); ANALYSIS RE: PROPERTY TAX ISSUES ARISING UNDER ATEL CORPORATION LEASES (0.4); REVIEW CORRESPONDENCE FROM J. JARRETT AND B. JUBAR RE: ATEN RECONCILIATION (0.1). |
| RAMLO K | 04/04/07 | 0.20 | CORRESPONDENCE WITH S. PERSICHILLI RE: SCHEDULING OF MOTION (0.2). |
| RAMLO K | 04/05/07 | 0.40 | ANALYSIS RE: ATEL RECONCILIATION TAX ISSUE (0.2); CORRESPONDENCE WITH S. PERSICHILLI RE: STATUS OF RECONCILIATION AND ADJOURNMENT (0.2). |
| RAMLO K | 04/10/07 | 0.30 | ANALYSIS RE: TAXES IN ATEL LEASE MOTION RECONCILIATION (0.3). |
| RAMLO K | 04/11/07 | 0.20 | FURTHER REVIEW OF TAX-RELATED INFORMATION RE: ATEL MOTION (0.2). |
| RAMLO K | 04/23/07 | 1.70 | REVIEW SPREADSHEETS FROM CLIENT RE: ATEL LEASES AND ANALYSIS RE: ADMINISTRATIVE CLAIM ISSUES (1.7). |
| RAMLO K | 04/24/07 | 0.30 | FURTHER ANALYSIS OF ATEL SPREADSHEETS AND ISSUES RE: DETERMINING POSTPETITION PORTION OF ARREARAGES (0.3). |
| RAMLO K | 04/25/07 | 0.20 | REVIEW CORRESPONDENCE FROM R. WILDER RE: RECONCILIATION OF ATEL LEASES (0.2). |
| RAMLO K | 04/30/07 | 0.20 | REVIEW CORRESPONDENCE FROM S. PERSICHELLI RE: RECONCILIATION OF ATEL ACCOUNTS (0.2). |
| | | 4.30 | |
| **Total Counsel** | | **4.30** | |
| GRANT K | 04/02/07 | 0.50 | EMAILS WITH R. HORTON RE: SUNRISE CONTRACT AMENDMENT (0.5). |
| GRANT K | 04/03/07 | 1.30 | TELECONFERENCE WITH P. GIACINTI AND R. MEISLER RE: SUNRISE CONTRACT AMENDMENT (0.6); EMAIL WITH K. CRAFT RE: SAME (0.2); TELECONFERENCE WITH D. BERGE AND F. ORDOMER RE: SAME (0.3); DRAFT SUMMARY RE: SAME (0.2). |
| GRANT K | 04/04/07 | 4.80 | TELECONFERENCE WITH J. O'NEILL RE: PEUGEOT CONTRACT (0.4); CONTINUE RESEARCH RE: VIASYSTEMS DISPUTE (4.4). |
| GRANT K | 04/09/07 | 1.30 | REVIEW AND COMMENT ON AMENDED CONTRACT WITH SUNRISE (1.1); EMAIL WITH R. HORTON AND M. DENSMORE RE: SAME (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 04/10/07 | 3.10 | EMAIL WITH P. GIACINTI (0.3) AND TELECONFERENCE WITH M. DENSMORE (0.3) RE: SUNRISE CONTRACT AMENDMENT; RESEARCH RE: VIASYSTEMS DISPUTE AND REVIEW OF PRECEDENT RE: SAME (2.5). |
| GRANT K | 04/19/07 | 0.60 | REVIEW DRAFT OF CONTRACT AMENDMENT WITH SUNRISE; (0.4) TELECONFERENCE WITH M. DENSMORE RE: SAME (0.2). |
| GRANT K | 04/26/07 | 0.30 | REVIEW PROPOSED LETTER AMENDING PBR LLC AGREEMENT (0.3). |
| | | **11.90** | |
| HOUSTON BM | 04/02/07 | 2.10 | FOLLOW UP WITH B. JUBAR, J. JARRETT, AND T. JONES RE: ATEL RECONCILIATION PROGRESS (0.6); DRAFT EMAIL TO B. JUBAR RE: NEXT STEPS (0.3); BEGIN STRATEGIZING RE: OBJECTION TO ATEL MTN (1.2). |
| HOUSTON BM | 04/03/07 | 8.20 | FOLLOW UP EMAIL TO B. JUBAR RE: ATEL MATTER (0.2); DRAFT CORRESPONDENCE TO J. JARRETT RE: ATEL MATTER (0.3); TELECONFERENCE WITH B. JUBAR RE: RECONCILIATION PROGRESS (0.3); TELECONFERENCE WITH J. JARRET RE: ATEL MATTER AND PROPOSED NEXT STEPS (0.5); RESEARCH PROPERTY TAX ISSUES RE: TO RECONCILIATION PROCESS (1.4); CONTINUE PLANNING OBJECTION TO ATEL MTN (0.7); BEGIN RESEARCHING AND ANALYZING ISSUES RE: OBJECTION (2.1); BEGIN DRAFTING OBJECTION (2.7). |
| HOUSTON BM | 04/04/07 | 9.10 | CONTINUE RESEARCHING PROPERTY TAX ISSUES RE: RECONCILIATION PROCESS (1.5); CONTINUE RESEARCHING AND ANALYZING ISSUES RE: OBJECTION (2.0); CONTINUE DRAFTING OBJECTION (5.6). |
| HOUSTON BM | 04/05/07 | 10.20 | REVIEW AND PLAN STRATEGY RE: ADDITIONAL ISSUES TO BE RESEARCHED FOR OBJECTION (0.4); CONTINUE RESEARCHING AND ANALYZING ISSUES RE: OBJECTION (1.7); CONTINUE DRAFTING OBJECTION (5.9); BEGIN REVISING SAME (2.2). |
| HOUSTON BM | 04/06/07 | 2.80 | DRAFT FOLLOW-UP CORRESPONDENCE TO B. JUBAR RE: ATEL (0.3); CONTINUE RESEARCHING PROPERTY TAX ISSUES RE: RECONCILIATION PROCESS (2.3); DRAFT FOLLOW-UP EMAIL TO J. JARRETT RE: SAME (0.2). |
| HOUSTON BM | 04/09/07 | 1.30 | FOLLOW-UP WITH B. JUBAR RE: STATUS OF ATEL RECONCILIATION EFFORTS (0.4); PLAN NEXT STEPS RE: APPROACH TOWARD SAME (0.7); REVISE ATEL SCRIPT FOR HEARING (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 04/11/07 | 3.20 | FOLLOW-UP CORRESPONDENCE TO B. JUBAR RE: ATEL RECONCILIATION PROCESS (0.2); CONTINUE RESEARCHING PROPERTY TAX ISSUES RE: ATEL MTN. (2.8); DRAFT EMAIL TO J. JARRETT RE: SAME (0.2). |
| HOUSTON BM | 04/12/07 | 3.90 | CONTINUE RESEARCHING PROPERTY TAX ISSUES RE: ATEL MTN (2.4); DRAFT CORRESPONDENCE TO J. JARRETT RE: SAME (1.5). |
| HOUSTON BM | 04/13/07 | 1.10 | DRAFT FURTHER FOLLOW-UP CORRESPONDENCE TO B. JUBAR RE: ATEL MTN. (0.7); REVIEW PROGRESS AND PLAN NEXT STEPS (0.4). |
| HOUSTON BM | 04/16/07 | 2.20 | DRAFT FOLLOW-UP EMAIL TO B. JUBAR RE: ATEL RECONCILIATION PROGRESS (0.2); DRAFT CORRESPONDENCE TO J. JARRETT RE: SAME (0.2); ANALYZE PRELIMINARY DATA RE: ATEL CLAIM RECONCILIATION (1.3); PLAN NEXT STEPS RE: RECONCILIATION PROCESS (0.5). |
| HOUSTON BM | 04/17/07 | 0.20 | DRAFT FOLLOW-UP EMAILS TO B. JUBAR AND J. JARRETT RE: STATUS OF ATEL CLAIM RECONCILIATION STATUS (0.2). |
| HOUSTON BM | 04/19/07 | 3.20 | DRAFT FOLLOW UP CORRESPONDENCE TO B. JUBAR AND J. JARRETT RE: STATUS OF ATEL CLAIM RECONCILIATION PROGRESS (0.2); CONTINUE ANALYZING PRELIMINARY DATA FROM RECONCILIATION PROCESS (1.2); REVISE STRATEGY FOR POTENTIAL OBJECTION TO ATEL MTN. (1.5); PLAN NEXT STEPS RE: RECONCILIATION PROCESS (0.3). |
| HOUSTON BM | 04/20/07 | 1.70 | CONTINUE REVIEWING PRELIMINARY DATA RE: ATEL CLAIM RECONCILIATION PROCESS (0.6); UPDATE SUMMARY OF DATA (0.4); FOLLOW-UP WITH B. JUBAR AND J. JARRETT RE: STATUS OF RECONCILIATION PROCESS (0.2); PLAN NEXT STEPS RE: RECONCILIATION PROCESS (0.5). |
| HOUSTON BM | 04/23/07 | 1.50 | DRAFT CORRESPONDENCE TO T. JONES RE: ATEL CLAIM RECONCILIATION PROCESS (0.2); BEGIN REVISING OBJECTION (1.3). |
| HOUSTON BM | 04/24/07 | 6.90 | FOLLOW UP WITH B. JUBAR AND J. JARRETT RE: ATEL CLAIM RECONCILIATION PROGRESS (0.8); DRAFT SUMMARY REPORT OF CURRENT POSITION RE: SAME (3.7); CONTINUE REVISING OBJECTION TO ATEL MTN (1.8); PLAN NEXT STEPS RE: RECONCILIATION PROCESS (0.6). |
| HOUSTON BM | 04/25/07 | 7.10 | DRAFT FOLLOW-UP CORRESPONDENCE WITH B. JUBAR RE: ATEL CLAIM RECONCILIATION STATUS (1.2); CONTINUE TO PLAN GOING FORWARD APPROACH TO RECONCILIATION AND POSSIBLE OBJECTION TO ATEL MTN. (2.8); CONTINUE REVISING OBJECTION (3.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 04/26/07 | 6.40 | DRAFT FOLLOW UP EMAILS TO B. JUBAR AND J. JARRETT RE: STATUS OF ATEL CLAIM RECONCILIATION PROGRESS (0.4); CONTINUE REVISING OBJECTION (2.1); CONTINUE ANALYZING PROPERTY TAX ISSUES RE: SAME (1.0); RESEARCH TIMING ISSUES RE: PRELIMINARY DATA FROM RECONCILIATION PROCESS (1.3); CALCULATE AND SUMMARIZE EFFECT TO ESTATE UNDER DIFFERENT APPROACHES TO TIMING ISSUES (1.6). |
| HOUSTON BM | 04/27/07 | 4.50 | TELECONFERENCE WITH J. JARRETT RE: PROPERTY TAX ISSUES (0.4); CONTINUE ANALYZING EFFECT TO ESTATE OF DIFFERENT APPROACHES TO TIMING RE: ALLEGED PAST DUE AMOUNTS (1.2); PLAN NEXT STEPS RE: POSSIBLE OBJECTION TO ATEL MTN. (0.7); CONTINUE REVISING OBJECTION (1.8); UPDATE SUMMARY OF PRELIMINARY DATA FROM RECONCILIATION PROCESS (0.4). |
| | | 75.60 | |
| **Total Associate** | | 87.50 | |
| **TOTAL TIME** | | **91.80** | |

117

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 05/31/07
Executory Contracts (Personalty)  Bill Number: 1158919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/17/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 46.80 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$47.00** |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.49 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.20 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.27 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.03 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
|  |  | **TOTAL MATTER** | **$48.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/07
Executory Contracts (Personalty)                            Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 05/08/07 | 1.50 | PARTICIPATION ON EXECUTORY CONTRACTS CALL AND NEXT STEPS AND RESEARCH RE: CURE PAYMENT AND INTEREST ISSUES (1.5). |
|  |  | **1.50** |  |
| MARAFIOTI KA | 05/06/07 | 0.80 | ANALYZE ISSUES RE: TREATMENT OF EXECUTORY CONTRACTS (0.8). |
| MARAFIOTI KA | 05/07/07 | 0.80 | RESEARCH EXECUTORY CONTRACT ISSUES (0.8). |
| MARAFIOTI KA | 05/08/07 | 0.60 | RESEARCH EXECUTORY CONTRACT ISSUES IN CONNECTION WITH PLAN PROCESS (0.6). |
|  |  | **2.20** |  |
| MEISLER RE | 05/02/07 | 1.00 | REVIEW RESEARCH RE: RIDE-THROUGH (0.6); DRAFT CORRESPONDENCE RE: SAME (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: VALEO TRANSACTION (0.2). |
| MEISLER RE | 05/08/07 | 2.60 | PREPARE FOR WORKING GROUP MEETING RE: EXECUTORY CONTRACT REVIEW FOR PLAN PROCESS (0.6); ATTEND MEETING WITH D. BLACKBURN, K. KUBY, K. CRAFT, D. UNRUE RE: SAME (1.0); FOLLOW UP RE: SAME (0.5); DRAFT CORRESPONDENCE RE: SAME (0.2); REVIEW MEMO RE: WHETHER INTEREST ACCRUES ON CURE (0.3). |
| MEISLER RE | 05/10/07 | 0.40 | WORKING GROUP MEETING RE: REAL ESTATE MATTERS (0.4). |
| MEISLER RE | 05/19/07 | 0.70 | DRAFT CORRESPONDENCE TO K. CRAFT RE: EXECUTORY CONTRACTS REVIEW (0.4); REVIEW NOTES (0.2) AND DRAFT CORRESPONDENCE TO S. CORCORAN RE: TERMINATION OF DAYTON ENTERPRISE ZONE AGREEMENT (0.1). |
| MEISLER RE | 05/21/07 | 0.50 | FOLLOW UP RE: TERMINATION OF DAYTON ENTERPRISE ZONE AGREEMENT (0.5). |
| MEISLER RE | 05/23/07 | 0.60 | TELECONFERENCE WITH S. CORCORAN RE: ASSUMPTION AND ASSIGNMENT OF CONTRACTS (0.2); ANALYSIS RE: SAME (0.4). |
| MEISLER RE | 05/25/07 | 0.50 | REVIEW STATUS OF DISPUTE WITH ATEL LEASING (0.2); REVIEW CORRESPONDENCE RE: IT OUTSOURCING PHASE III (0.3). |
| MEISLER RE | 05/30/07 | 0.40 | DRAFT CORRESPONDENCE TO K. CRAFT RE: EXECUTORY CONTRACT ANALYSIS (0.4). |
|  |  | **6.70** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~PANAGAKIS GN~~ | ~~05/05/07~~ | ~~0.50~~ | ~~EVALUATE EXECUTORY CONTRACTS AND CURE CLAIMS ISSUES (0.5).~~ |
| ~~PANAGAKIS GN~~ | ~~05/06/07~~ | ~~0.50~~ | ~~CONTINUE TO EVALUATE EXECUTORY CONTRACTS AND CURE CLAIMS ISSUES (0.5).~~ |
| | | ~~1.00~~ | |
| **Total Partner** | | **11.40** | |
| MATZ TJ | 05/02/07 | 1.80 | REVIEWING TWO MEMOS RE: REJECTION OF EXECUTORY CONTRACTS (1.8). |
| | | **1.80** | |
| RAMLO K | 05/01/07 | 1.00 | ANALYZE ATEL PROOF OF CLAIM AND INTERRELATIONSHIP WITH ADMINISTRATIVE EXPENSE MOTION (0.8); CORRESPONDENCE FROM S. PERSICHELLI RE: RECONCILIATION OF ATEL ACCOUNTS (0.2). |
| RAMLO K | 05/03/07 | 0.10 | CORRESPONDENCE FROM B. JUBAR RE: ATEL RECONCILIATION ISSUES (0.1). |
| RAMLO K | 05/04/07 | 0.20 | REVIEW CORRESPONDENCE FROM T. JONES RE: PREMIER ROLE IN RECONCILIATION (0.2). |
| RAMLO K | 05/07/07 | 0.80 | REVIEW CORRESPONDENCE FROM T. JONES RE: ATEL MOTION (0.1); CORRESPONDENCE WITH S. PERSICHELLI RE: MANAGING CLIENT COMMUNICATIONS (0.6); REVIEW CORRESPONDENCE FROM B. JUBAR RE: RECONCILIATION STATUS (0.1). |
| RAMLO K | 05/08/07 | 0.40 | CORRESPONDENCE WITH S. PERSICHELLI RE: RESOLVING ATEL ADMINISTRATIVE EXPENSE MOTION (0.4). |
| RAMLO K | 05/11/07 | 0.50 | REVIEW AND ANALYZE TAX STATEMENTS RE: ATEL CORPORATION LEASED EQUIPMENT (0.5). |
| RAMLO K | 05/21/07 | 0.20 | FOLLOW UP ON STATUS OF ATEL LEASE RECONCILIATION (0.1); FOLLOW UP ON STATUS OF ATEL RECONCILIATION (0.1). |
| RAMLO K | 05/23/07 | 0.10 | REVIEW CORRESPONDENCE FROM T. JONES RE: STATUS OF ATEL RECONCILIATION (0.1). |
| RAMLO K | 05/29/07 | 0.10 | FOLLOW UP ON ATEL RECONCILIATION STATUS (0.1). |
| | | **3.40** | |
| **Total Counsel** | | **5.20** | |
| BOLTON IS | 05/09/07 | 2.40 | RESEARCH RE: EXECUTORY CONTRACTS (2.4). |
| BOLTON IS | 05/10/07 | 4.70 | CONTINUE TO RESEARCH RE: EXECUTORY CONTRACTS (3.7); COMMUNICATE WITH WORKING GROUP RE: SAME (1.0). |
| BOLTON IS | 05/14/07 | 1.70 | CONTINUE TO RESEARCH RE: EXECUTORY CONTRACTS (1.4); COMMUNICATE WITH WORKING GROUP RE: SAME (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 05/15/07 | 6.70 | CONTINUE TO RESEARCH RE: EXECUTORY CONTRACTS (3.2); DRAFT MEMO RE: SAME (2.7); COMMUNICATE WITH WORKING GROUP RE: SAME (0.8). |
| BOLTON IS | 05/16/07 | 4.70 | CONTINUE TO RESEARCH RE: EXECUTORY CONTRACTS (1.7); CONTINUE TO DRAFT, REVIEW, AND REVISE MEMO RE: SAME (1.5); COMMUNICATE WITH WORKING GROUP RE: SAME (1.5). |
| BOLTON IS | 05/17/07 | 2.60 | CONTINUE TO RESEARCH RE: EXECUTORY CONTRACTS (0.4); CONTINUE TO DRAFT MEMO RE: SAME (2.2). |
| BOLTON IS | 05/18/07 | 1.30 | CONTINUE TO REVIEW, REVISE, AND DRAFT MEMO RE: EXECUTORY CONTRACTS (1.0); COMMUNICATE WITH WORKING GROUP RE: SAME (0.3). |
| BOLTON IS | 05/23/07 | 7.10 | RESEARCH RE: ASSIGNMENT OF EXECUTORY CONTRACTS (4.3); COMMUNICATE WITH WORKING GROUP RE: SAME (1.2); RESEARCH RE: APPLICATION OF 365 (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (0.4). |
| BOLTON IS | 05/24/07 | 1.60 | CONTINUE TO RESEARCH RE: POSTPETITION EXECUTORY CONTRACTS UNDER 365 (1.2); COMMUNICATE WITH WORKING GROUP RE: SAME (0.4). |
| | | **32.80** | |
| FERN BM | 05/01/07 | 2.20 | RESEARCH RE: EXECUTORY CONTRACTS RIDING THROUGH A PLAN OF REORGANIZATION (0.7); ADDITIONAL RESEARCH RE: ABILITY TO PASS EXECUTORY CONTRACTS THROUGH A PLAN (0.6); BEGAN DRAFTING MEMO RE: RIDE-THROUGH DOCTRINE (0.9). |
| FERN BM | 05/02/07 | 1.60 | ATTENTION TO ISSUES RE: RIDE-THROUGH DOCTRINE (1.2); CONTINUED DRAFTING MEMO RE: RIDE THROUGH DOCTRINE (0.4). |
| FERN BM | 05/03/07 | 6.90 | CONTINUED DRAFTING MEMO RE: RIDE-THROUGH DOCTRINE (3.8); ADDITIONAL REVIEW OF RESEARCH RE: RIDE-THROUGH DOCTRINE (0.5); COMPLETED DRAFT MEMO RE: RIDE THROUGH DOCTRINE (2.6). |
| FERN BM | 05/04/07 | 4.70 | REVIEWED AND REVISED MEMO RE: RIDE THROUGH LIABILITY (1.6); FORMULATE STRATEGY RE: PLAN AND DISCLOSURE STATEMENT TASKS (0.5); ADDITIONAL REVISION TO RIDE THROUGH MEMO (2.1); ATTENTION TO ISSUES RE: CERTAIN PROVISIONS TO DISCLOSURE STATEMENT (0.5). |
| FERN BM | 05/06/07 | 0.70 | ADDITIONAL REVIEW OF MATERIALS RE: RIDE THROUGH DOCTRINE (0.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 05/07/07 | 1.80 | REVIEWED ADDITIONAL RESEARCH RE: RIDE THROUGH DOCTRINE (0.7); ADDITIONAL ATTENTION TO ISSUES RE: RIDE-THROUGH (1.1). |
| FERN BM | 05/08/07 | 0.40 | EVALUATE ISSUES RE: RIDE THROUGH DOCTRINE (0.4). |
| FERN BM | 05/09/07 | 0.40 | ANALYZED ISSUES RE: RIDE THROUGH DOCTRINE (0.4). |
| FERN BM | 05/18/07 | 0.30 | REVIEWED DOCUMENTS RE: INTERCOMPANY AGREEMENT (0.3). |
| | | **19.00** | |
| GRANT K | 05/02/07 | 0.40 | TELECONFERENCE WITH A. SEGUIN AND R. HORTON RE: CONTRACT AMENDMENT WITH SUNRISE; (0.2) REVISED AMENDMENT. (0.2). |
| GRANT K | 05/09/07 | 0.60 | REVIEWED AND FINALIZED CONTRACT AMENDMENT WITH SUNRISE (0.6). |
| GRANT K | 05/11/07 | 0.30 | REVIEWED BACKGROUND FOR ATEL MATTER (0.3). |
| GRANT K | 05/15/07 | 3.00 | EMAIL WITH C. CHIU (0.2) AND B. JUBAR (0.2) RE: IBJTC EQUIPMENT RETURN; REVIEWED DRAFT MASTER EQUIPMENT LEASE; (0.7) AND REVIEWED DIP CREDIT AGREEMENT, (0.5) AND HUMAN CAPITAL MOTION AND ORDER RE: SAME; (0.9) EMAILS AND TELECONFERENCE WITH C. COMERFORD RE: SAME. (0.5). |
| GRANT K | 05/30/07 | 0.60 | TELECONFERENCE WITH C. COMERFORD AND GE LEASING REGARDING PROPOSED EQUIPMENT LEASE; (0.3) EMAIL WITH J. WAGNER REGARDING SAME. (0.3). |
| GRANT K | 05/31/07 | 0.20 | TELECONFERENCE WITH C. COMERFORD REGARDING LEASING CONTRACT WITH GE (0.2). |
| | | **5.10** | |
| HOUSTON BM | 05/01/07 | 3.30 | REVIEW EMAILS FROM B. JUBAR RE: ATEL RECONCILIATION PROCESS (0.4); DRAFT CORRESPONDENCE TO B. JUBAR AND T. JONES RE: SAME (0.3); TELECONFERENCE WITH B. JUBAR RE: STATUS OF RECONCILIATION PROCESS (0.2); TELECONFERENCE WITH T. JONES RE: SAME (0.6); PARTICIPATE IN WORKING GROUP RE: ATEL'S PROOF OF CLAIM, RECONCILIATION PROCESS, EFFECT TO ESTATE OF ALTERNATE APPROACHES TO TIMING RE: ALLEGED PAST DUE AMOUNTS, AND NEXT STEPS (0.5); TELECONFERENCE WITH D. THEYS RE: PROPOSED MEETING BETWEEN DELPHI AND ATEL TO DISCUSS RECONCILIATION (0.2); DRAFT SUMMARY REPORT ANALYZING DIFFERENT TIMING APPROACHES TO ALLEGED AMOUNTS OWED (1.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 05/02/07 | 0.80 | DRAFT EMAIL TO T. JONES RE: STATUS OF ATEL RECONCILIATION PROCESS (0.2); TELECONFERENCE WITH T. JONES RE: SAME (0.4); DRAFT SUMMARY REPORT RE: STATUS (0.2). |
| HOUSTON BM | 05/08/07 | 0.70 | TELECONFERENCE WITH J. DELUCA RE: STATUS OF ATEL RECONCILIATION AND CLAIMS RESOLUTION PROCESS (0.4); REVIEW EMAIL FROM T. JONES RE: ATEL RECONCILIATION PROCESS (0.1); DRAFT FOLLOW-UP CORRESPONDENCE TO T. JONES RE: STATUS OF SAME (0.2). |
| HOUSTON BM | 05/11/07 | 3.30 | DRAFT CORRESPONDENCE TO B. JUBAR AND T. JONES RE: ATEL RECONCILIATION STATUS (0.4); PREPARE SUMMARY REPORT RE: STATUS OF ATEL RECONCILIATION PROCESS (1.6); REVISE ANALYSIS RE: DIFFERENT TIMING APPROACHES TO ALLEGED AMOUNTS OWED (0.8); PARTICIPATE IN WORKING GROUP TO DISCUSS ATEL RECONCILIATION STATUS AND NEXT STEPS (0.5). |
| HOUSTON BM | 05/30/07 | 0.30 | DRAFT CORRESPONDENCE TO T. JONES AND B. JUBAR RE: STATUS OF ATEL RECONCILIATION (0.3). |
| | | **8.40** | |
| HOWE EJ | 05/07/07 | 3.50 | RESEARCH RE: CURE COSTS AND INTEREST (3.5). |
| HOWE EJ | 05/08/07 | 3.30 | FINALIZE DRAFTING MEMORANDUM RE: CURE RESEARCH (3.3). |
| | | **6.80** | |
| KALOUDIS D | 05/01/07 | 5.60 | RESEARCH RIDE THROUGH DOCTRINE AND EXECUTORY CONTRACTS (3.1); RESEARCH EFFECT OF OBJECTION ON NOTICE OF ASSUMPTION (2.5). |
| KALOUDIS D | 05/07/07 | 2.60 | REVISE EXECUTORY CONTRACT MEMO : POST CONFIRMATION REJECTION (2.6). |
| KALOUDIS D | 05/23/07 | 0.60 | REVISE MEMO RE: EXECUTORY CONTRACTS POST-CONFIRMATION (0.6). |
| | | **8.80** | |
| ~~PERL MW~~ | ~~05/15/07~~ | ~~0.80~~ | ~~CONTINUE DRAFTING MEMO RE EXECUTORY CONTRACTS (0.8).~~ |
| ~~PERL MW~~ | ~~05/16/07~~ | ~~1.10~~ | ~~CONTINUE TO WORK ON MEMO RE: EXECUTORY CONTRACTS IN CONNECTION WITH PLAN (1.1).~~ |
| | | ~~1.90~~ | |
| **Total Associate** | | **82.80** | |
| **TOTAL TIME** | | **99.40** | |

135                                                                                              B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP)**  Bill Date: 06/30/07
**Executory Contracts (Personalty)**  Bill Number: 1166514

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/16/07 | Stuart NL | 21.00 |
| | | **TOTAL WESTLAW** | **$21.00** |
| | | **TOTAL MATTER** | **$21.00** |

B43E