SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re                                             :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :    Case No. 05–44481 (RDD)
                                                  :
            Debtors.                              :    (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-24
CUSTOMER MATTERS (REVIEWS/INVESTIGATIONS)
122.4 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | Bill Date: 03/31/07 |
|---|---|
| Customer Matters (Reviews/Investigations) | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GARNER LP | 02/02/07 | 0.40 | BRIEF REVIEW OF GM DAMAGES ANALYSIS (0.4). |
| GARNER LP | 02/05/07 | 1.60 | WORK ON GM DAMAGES ANALYSIS (1.6). |
| GARNER LP | 02/07/07 | 3.20 | REVIEW AND COMMENT ON GM DAMAGES ANALYSIS (3.2). |
| GARNER LP | 02/08/07 | 3.80 | REVIEW AND COMMENT ON DAMAGES ANALYSIS (2.5); TELECONFERENCE WITH G. MEYERS RE: SAME (1.3). |
| GARNER LP | 02/09/07 | 2.20 | REVIEW DOCUMENTS IN SUPPORT OF DAMAGES ANALYSIS (2.2). |
| GARNER LP | 02/14/07 | 2.00 | REVIEW DOCUMENTS RE: DAMAGES ANALYSIS (2.0). |
| GARNER LP | 02/15/07 | 6.20 | REVIEW DOCUMENTS AND COMMENT ON ANALYSIS OF GM CLAIMS (6.2). |
| GARNER LP | 02/16/07 | 7.50 | REVIEW AND COMMENT ON INTERVIEW MEMORANDA (4.3); REVIEW DOCUMENTS RE: ANALYSIS OF GM CLAIMS (3.2). |
| GARNER LP | 02/19/07 | 5.30 | REVIEW AND COMMENT ON INTERVIEW MEMOS (1.5); REVIEW AND COMMENT ON MEMO RE: GM CLAIMS AND DEFENSES (3.8). |
| GARNER LP | 02/20/07 | 3.30 | WORK ON MEMORANDUM RE: GM CLAIMS AND DEFENSES (3.3). |
| GARNER LP | 02/21/07 | 3.70 | WORK ON MEMORANDUM RE: GM CLAIMS AND DEFENSES (3.7). |
| GARNER LP | 02/22/07 | 5.20 | FINISH REVIEW OF INTERVIEW MEMOS (2.2); CONTINUE REVIEW OF MEMORANDUM RE: GM CLAIMS AND DEFENSES (3.0). |
| GARNER LP | 02/26/07 | 0.70 | BRIEF REVIEW OF REVISED PRESENTATION RE: GM DAMAGES ANALYSIS (0.5); TELECONFERENCE WITH G. MEYERS RE: SAME (0.2). |
| GARNER LP | 02/28/07 | 3.20 | WORK ON MEMORANDUM RE: GM CLAIMS AND DEFENSES (3.2). |
| | | **48.30** | |
| **Total Counsel** | | **48.30** | |
| GUZZARDO J | 02/01/07 | 3.20 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS (3.2). |
| GUZZARDO J | 02/02/07 | 6.20 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS (6.2). |
| GUZZARDO J | 02/06/07 | 1.70 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS (1.7). |
| GUZZARDO J | 02/08/07 | 1.20 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS (1.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GUZZARDO J | 02/13/07 | 4.00 | CONTINUE LEGAL RESEARCH RE: POTENTIAL GM CLAIMS (4.0). |
| | | 16.30 | |
| **Total Associate** | | **16.30** | |
| GILCHRIST JM | 02/01/07 | 7.80 | CITECHECK MEMO RE: COMPREHENSIVE ANALYSIS OF POTENTIAL GM CLAIMS AND DEFENSES (CONTINUE) (7.8). |
| | | 7.80 | |
| **Total Legal Assistant** | | **7.80** | |
| **TOTAL TIME** | | **72.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Customer Matters (Reviews/Investigations) | | | Bill Number: 1156471 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.97 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.27 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.70 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Westlaw | 02/13/07 | Guzzardo J | 91.00 |
| | | **TOTAL WESTLAW** | **$91.00** |
| | | **TOTAL MATTER** | **$93.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Customer Matters (Reviews/Investigations)

Bill Date: 04/30/07  
Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 03/03/07 | 0.20 | EMAILS TO/FROM B. ROSENBERG RE: STN MOTION SCHEDULING MATTERS (0.2). |
| BUTLER, JR. J | 03/04/07 | 0.30 | CONTINUE EMAILS TO/FROM B. ROSENBERG RE: STN MOTION SCHEDULING MATTERS AND EMAILS TO/FROM J. SHEEHAN AND D. SHERBIN RE: SAME (0.3). |
| BUTLER, JR. J | 03/06/07 | 0.10 | EMAIL FROM J. SHEEHAN RE: STN MOTION SCHEDULING MATTERS (0.1). |
| BUTLER, JR. J | 03/10/07 | 0.30 | EMAILS FROM/TO J. SHEEHAN AND TO R. ROSENBERG RE: STATUS OF ADJOURNMENT REQUEST IN CONNECTION WITH CREDITORS' COMMITTEE STN MOTION (0.3). |
| BUTLER, JR. J | 03/12/07 | 0.20 | EMAILS FROM/TO R. ROSENBERG RE: ADJOURNMENT OF CREDITORS' COMMITTEE STN MOTION TO APRIL 20TH OMNIBUS HEARING (0.1); CONFERENCE WITH J. SHEEHAN AT COMPANY RE: SAME (0.1). |
|  |  | **1.10** |  |
| HOGAN III AL | 03/06/07 | 1.00 | TELECONFERENCE WITH L. GARNER AND FTI REPRESENTATIVES RE: DAMAGES ASSESSMENT AND LIQUIDATION ANALYSIS CONCERNING CERTAIN LITIGATION CLAIMS (1.0). |
|  |  | **1.00** |  |
| **Total Partner** |  | **2.10** |  |
| GARNER LP | 03/01/07 | 1.30 | REVIEW AND ANALYZE DRAFT PRESENTATION RE: POTENTIAL DAMAGES AGAINST GM (1.3). |
| GARNER LP | 03/02/07 | 2.20 | REVIEW AND ANALYZE DRAFT PRESENTATION RE: POTENTIAL DAMAGES AGAINST GM (2.2). |
| GARNER LP | 03/05/07 | 0.70 | REVIEW CORRESPONDENCE RE: STN MOTION (0.7). |
| GARNER LP | 03/06/07 | 2.60 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH R. EISENBERG, G. MEYERS AND B. IMBURGIA RE: ANALYSIS OF DAMAGES AGAINST GM (2.6). |
| GARNER LP | 03/08/07 | 0.70 | GATHER AND REVIEW DOCUMENTS RE: AFFIRMATIVE CLAIMS AGAINST GM (0.7). |
| GARNER LP | 03/12/07 | 1.40 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS AGAINST THE ESTATES (1.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARNER LP | 03/15/07 | 2.20 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS AGAINST THE ESTATES (2.2). |
| GARNER LP | 03/16/07 | 6.80 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS AGAINST THE ESTATES (6.8). |
| GARNER LP | 03/19/07 | 1.20 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS AGAINST THE ESTATES (1.2). |
| | | **19.10** | |
| **Total Counsel** | | **19.10** | |
| GUZZARDO J | 03/12/07 | 7.30 | LEGAL RESEARCH IN CONNECTION WITH POTENTIAL GM CLAIMS (7.3). |
| GUZZARDO J | 03/13/07 | 6.70 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS (6.7). |
| GUZZARDO J | 03/14/07 | 6.90 | LEGAL RESEARCH IN CONNECTION WITH POTENTIAL GM CLAIMS (6.9). |
| GUZZARDO J | 03/15/07 | 1.30 | LEGAL RESEARCH IN CONNECTION WITH POTENTIAL GM CLAIMS (1.3). |
| GUZZARDO J | 03/16/07 | 0.20 | LEGAL RESEARCH IN CONNECTION WITH GM CLAIMS (0.2). |
| | | **22.40** | |
| **Total Associate** | | **22.40** | |
| **TOTAL TIME** | | **43.60** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 04/30/07**
**Customer Matters (Reviews/Investigations)**  **Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/09/07 | Copy Center, D | 24.55 |
| In-house Reproduction | 03/13/07 | Copy Center, D | 24.35 |
| In-house Reproduction | 03/16/07 | Copy Center, D | 0.10 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$49.00** |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.44 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.06 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.47 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.16 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.87 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$3.00** |
| Westlaw | 03/16/07 | Garner LP | 60.00 |
|  |  | **TOTAL WESTLAW** | **$60.00** |
|  |  | **TOTAL MATTER** | **$112.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)               Bill Date: 05/31/07
Customer Matters (Reviews/Investigations)                 Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 04/09/07 | 0.80 | REVIEW PRIOR COMMENTARY RE: STN MOTION AND CONSIDER SUPPLEMENTAL FILING IN CONNECTION WITH SAME (0.8). |
| HOGAN III AL | 04/10/07 | 1.20 | CONTINUE REVIEW OF STN PROCEDURAL INFORMATION IN CONNECTION WITH UPCOMING POTENTIAL FILING (1.2). |
| | | 2.00 | |
| **Total Partner** | | **2.00** | |
| GARNER LP | 04/10/07 | 0.80 | REVIEW STATUS OF CREDITORS' COMMITTEE'S STN MOTION (0.8). |
| GARNER LP | 04/11/07 | 1.20 | REVIEW DOCUMENTS RE: CREDITORS' COMMITTEE'S STN MOTION (1.2). |
| GARNER LP | 04/13/07 | 1.00 | REVIEW AND EDIT SCRIPTS FOR OMNIBUS HEARING RE: STATUS OF CREDITOR'S COMMITTEE'S STN MOTION AND RELATED MOTION BY EQUITY COMMITTEE (1.0). |
| GARNER LP | 04/19/07 | 0.30 | REVIEW AND EDIT SCRIPTS FOR OMNIBUS HEARING RE: CREDITORS' COMMITTEE'S STN MOTION (0.3). |
| | | 3.30 | |
| **Total Counsel** | | **3.30** | |
| ~~PEHLKE DR~~ | ~~04/10/07~~ | ~~3.30~~ | ~~REVIEW PREVIOUS FILINGS AND TRANSCRIPTS RE: PENDING CREDITOR MOTION (2.0); RESEARCH IN SUPPORT OF RESPONSE TO PENDING MOTION (1.3).~~ |
| ~~PEHLKE DR~~ | ~~04/11/07~~ | ~~0.60~~ | ~~REVIEW AND REVISE MATERIALS FOR UPCOMING HEARING (0.6).~~ |
| ~~PEHLKE DR~~ | ~~04/12/07~~ | ~~3.20~~ | ~~RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.7); REVIEW AND PREPARE MATERIALS FOR UPCOMING HEARING (0.5).~~ |
| | | ~~7.10~~ | |
| ~~Total Associate~~ | | ~~7.10~~ | |
| **TOTAL TIME** | | **12.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**     **Bill Date: 05/31/07**
Customer Matters (Reviews/Investigations)     **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.49 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.02 |
| Telephone Expense-ECRS only | 04/27/07 | Telecommunications, D | 0.01 |
|  |  | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Westlaw | 04/10/07 | Pehlke DR | 21.00 |
|  |  | **TOTAL WESTLAW** | **$21.00** |
|  |  | **TOTAL MATTER** | **$22.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/07
Customer Matters (Reviews/Investigations)                   Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 05/16/07 | 0.60 | REVIEW AND EVALUATE PRELIMINARY REPORT ON GM DAMAGE CLAIMS (0.6). |
| BUTLER, JR. J | 05/18/07 | 0.50 | CONTINUE TO REVIEW AND EVALUATE PRELIMINARY REPORT ON GM DAMAGE CLAIMS (0.5). |
|  |  | 1.10 |  |
| **Total Partner** |  | **1.10** |  |
| **TOTAL TIME** |  | **1.10** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 06/30/07**
**Customer Matters (Reviews/Investigations)** **Bill Number: 1166514**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Wireless - Mobile/Cellular/Pager | 12/10/06 | Krakaur KD | 15.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$15.00** |
| | | **TOTAL MATTER** | **$15.00** |

B43E