SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
            In re                                             :    Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :    Case No. 05–44481 (RDD)
                                                              :
                        Debtors.                              :    (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-25
LIQUIDATION / FEASIBILITY
111.6 HOURS

Sᴋᴀᴅᴅᴇɴ, Aʀᴘs, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ ʟʟᴘ ᴀɴᴅ ᴀғғɪʟɪᴀᴛᴇs

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Liquidation /Feasibility | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| PANAGAKIS GN | 02/08/07 | 2.60 | TELECONFERENCE WITH FTI RE: ASSUMPTIONS IN BEST INTERESTS ANALYSIS (1.6); ATTEND TO FOLLOW UP MATTERS RE: SAME (1.0). |
| PANAGAKIS GN | 02/12/07 | 0.80 | DISCUSS ISSUES RE: BEST INTERESTS ANALYSIS WITH K. GRANT AND N. STUART (0.8). |
| PANAGAKIS GN | 02/13/07 | 0.80 | FOLLOW UP RE: BEST INTERESTS ISSUES (0.8). |
| PANAGAKIS GN | 02/14/07 | 0.90 | FOLLOW UP ON RESEARCH ISSUES RE: BEST INTERESTS ANALYSIS (0.9). |
| PANAGAKIS GN | 02/16/07 | 3.60 | PREPARE FOR (1.2) AND PARTICIPATE ON (2.4) TELECONFERENCE WITH FTI RE: BEST INTERESTS ANALYSIS ASSUMPTIONS. |
| PANAGAKIS GN | 02/21/07 | 2.50 | PREPARE FOR (0.5) AND PARTICIPATE ON (1.2) TELECONFERENCE WITH FTI RE: ASSUMPTIONS IN BEST INTERESTS ANALYSIS; ATTEND TO FOLLOW UP MATTERS RE: SAME (0.8). |
| PANAGAKIS GN | 02/24/07 | 0.60 | ATTENTION TO ADDITIONAL INQUIRIES FROM FTI RE: ASSUMPTIONS TO BEST INTERESTS ANALYSIS (0.6). |
| PANAGAKIS GN | 02/26/07 | 0.60 | CORRESPONDENCE WITH FTI RE: ASSUMPTIONS FOR BEST INTERESTS ANALYSIS (0.6). |
| | | 12.40 | |
| **Total Partner** | | **12.40** | |
| GRANT K | 02/12/07 | 2.30 | OBTAIN AND REVIEW GM SEC FILINGS RE: GUARANTY OF LABOR OBLIGATIONS (2.3). |
| GRANT K | 02/13/07 | 7.70 | RESEARCH RE: ASSUMPTIONS WITH RESPECT TO LIQUIDATION ANALYSIS, INCLUDING PBGC CLAIMS (3.9), SETOFF CLAIMS (1.7), AND WIND DOWN CLAIMS (2.1). |
| GRANT K | 02/14/07 | 6.10 | CONTINUE RESEARCH RE: ASSUMPTIONS AND LIQUIDATION ANALYSIS (2.0); DRAFT MEMORANDUM RE: SAME (4.1). |
| GRANT K | 02/15/07 | 4.00 | CONTINUE RESEARCH RE: LIQUIDATION ANALYSIS ASSUMPTIONS (2.6); COMPLETE MEMO RE: SAME (1.4). |
| GRANT K | 02/16/07 | 6.00 | CONTINUE RESEARCH RE: ASSUMPTIONS FOR LIQUIDATION ANALYSIS (1.4); TELECONFERENCE WITH FTI RE: SAME (2.5); DRAFT FURTHER MEMO RE: SAME (2.1). |
| GRANT K | 02/20/07 | 2.30 | CONTINUE RESEARCH RE: LIQUIDATION ANALYSIS ASSUMPTIONS AND COMPLETED SUPPPLEMENTARY MEMO RE: SAME (2.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 02/21/07 | 2.00 | TELECONFERENCE WITH FTI RE: LIQUIDATION ANALYSIS (1.0); REVISE MEMO RE: SAME (0.4); RESEARCH RE: SAME (0.6). |
| | | **30.40** | |
| STUART NL | 02/12/07 | 0.70 | RESEARCH PBGC CLAIM IN CONNECTION WITH LIQUIDATION ANALYSIS (0.7). |
| STUART NL | 02/13/07 | 0.70 | INTERNAL DISCUSSION RE: LIQUIDATION AND FEASABILITY ANALYSIS (0.7). |
| STUART NL | 02/14/07 | 1.40 | RESEARCH RE: LIQUIDATION ANALYSIS ISSUES (1.4). |
| STUART NL | 02/16/07 | 2.80 | PREPARE FOR TELECONFERENCE WITH FTI RE: LIQUIDATION ANALYSIS (0.3); PARTICIPATE IN TELECONFERENCE WITH FTI RE: LIQUIDATION ANALYSIS PREPARATION (2.5). |
| STUART NL | 02/20/07 | 1.20 | RESEARCH RE: LIQUIDATION ANALYSIS (1.2). |
| STUART NL | 02/21/07 | 2.90 | TELECONFERENCE WITH FTI RE: LIQUIDATION ANALYSIS PREPARATION (1.1); RESEARCH RE: LIQUIDATION ANALYSIS ASSUMPTIONS (1.8). |
| | | **9.70** | |
| **Total Associate** | | **40.10** | |
| **TOTAL TIME** | | **52.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                      Bill Date: 06/30/07
Liquidation /Feasibility                                      Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 05/18/07 | 0.60 | RECEIVE AND BEGIN TO EVALUATE DRAFT LIQUIDATION ANALYSES (0.6). |
| BUTLER, JR. J | 05/19/07 | 1.10 | CONTINUE TO EVALUATE DRAFT LIQUIDATION ANALYSES (1.1). |
| BUTLER, JR. J | 05/20/07 | 0.60 | CONTINUE TO REVIEW DRAFT LIQUIDATION SCENARIOS AND ASSUMPTIONS (0.6). |
|  |  | **2.30** |  |
| MARAFIOTI KA | 05/06/07 | 0.60 | CONSIDER LIQUIDATION ANALYSIS ISSUES (0.6). |
| MARAFIOTI KA | 05/07/07 | 4.00 | TELECONFERENCE WITH COMPANY AND FTI RE: LIQUIDATION ANALYSIS (4.0). |
| MARAFIOTI KA | 05/15/07 | 1.80 | REVIEW FTI ASSUMPTIONS AND NARRATIVE RE: LIQUIDATION ANALYSIS (1.8). |
| MARAFIOTI KA | 05/18/07 | 0.50 | CONSIDER LIQUIDATION ANALYSIS ISSUES (0.5). |
|  |  | **6.90** |  |
| PANAGAKIS GN | 05/05/07 | 0.50 | REVIEW LIQUIDATION MATERIALS (0.5). |
| PANAGAKIS GN | 05/07/07 | 4.00 | MEETING WITH J. SHEEHAN, S. CORCORAN, R. EISENBERG, A. FRANKUM AND OTHERS RE: LIQUIDATION ANALYSIS PRESENTATION (4.0). |
| PANAGAKIS GN | 05/08/07 | 0.80 | REVIEW NOTES TO LIQUIDATION ANALYSIS (0.8). |
| PANAGAKIS GN | 05/09/07 | 0.50 | EVALUATE LIQUIDATION ISSUES (0.5). |
| PANAGAKIS GN | 05/11/07 | 0.90 | CONTINUE TO EVALUATE LIQUIDATION ANALYSIS (0.9). |
| PANAGAKIS GN | 05/14/07 | 0.50 | REVIEW AND COMMENT ON NARRATIVE TO LIQUIDATION ANALYSIS (0.5). |
| PANAGAKIS GN | 05/15/07 | 1.10 | REVIEW LIQUIDATION ANALYSIS (1.1). |
| PANAGAKIS GN | 05/16/07 | 3.20 | REVIEW AND COMMENT ON LIQUIDATION ANALYSIS NARRATIVE (1.9); TELECONFERENCES WITH A. FRANKUM AND J. GUGLIAMO RE: SAME (1.3). |
| PANAGAKIS GN | 05/18/07 | 1.70 | REVIEW DRAFT LIQUIDATION ANALYSIS (1.0); TELECONFERENCES WITH R. EISENBERG AND A. FRANKUM RE: SAME (0.7). |
| PANAGAKIS GN | 05/23/07 | 1.10 | REVIEW DRAFT NARRATIVE RE: LIQUIDATION ANALYSIS (1.1). |
| PANAGAKIS GN | 05/24/07 | 0.80 | REVIEW MATERIALS RE: LIQUIDATION ANALYSIS (0.8). |
|  |  | **15.10** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| **Total Partner** | | 24.30 | |
| RAMLO K | 05/04/07 | 2.50 | ANALYSIS, RESEARCH AND STRATEGY RE: PREPARATION OF LIQUIDATION ANALYSIS (2.5). |
| RAMLO K | 05/05/07 | 0.30 | FURTHER ANALYSIS RE: PREPARATION OF LIQUIDATION ANALYSIS FOR PLAN OF REORGANIZATION (0.3). |
| RAMLO K | 05/06/07 | 4.60 | REVIEW CASE LAW, CONDUCT FURTHER RESEARCH AND REVISE MEMORANDUM ON PREPARATION OF LIQUIDATION ANALYSIS FOR PLAN (4.6). |
| | | 7.40 | |
| **Total Counsel** | | 7.40 | |
| GARTNER M | 05/04/07 | 1.10 | BEGIN RESEARCH INTO LIQUIDATION ANALYSIS ISSUE (0.6) AND CORRESPONDENCE RE: SAME (0.5). |
| GARTNER M | 05/05/07 | 8.70 | CONTINUE RESEARCH AND ANALYSIS OF LIQUIDATION ANALYSIS ISSUE IN CASELAW, ACADEMIC LITERATURE, AND FILED DISCLOSURE STATEMENTS (8.3); CORRESPONDENCE RE: SAME (0.4). |
| GARTNER M | 05/06/07 | 8.20 | CONTINUE RESEARCH AND FOLLOW UP ON LIQUIDATION ANALYSIS ISSUE (3.8); DRAFT MEMO RE: LIQUIDATION ANALYSIS ISSUE (4.4). |
| | | 18.00 | |
| GRANT K | 05/07/07 | 4.00 | MEETING WITH J. GUGLIELMO, A. FRANKUM, R. EISENBERG, K. CRAFT, J. SHEEHAN, S. CORCORAN, S. SILVERMAN R. FLETEMEYER RE: LIQUIDATION ANALYSIS (4.0). |
| GRANT K | 05/08/07 | 4.90 | REVISED DRAFT NOTES FOR LIQUIDATION ANALYSIS (3.4); REVIEW DIP ORDERS FOR SETOFF ASSUMPTIONS RE: SAME (1.5). |
| GRANT K | 05/10/07 | 0.50 | TELECONFERENCE AND EMAIL WITH R. FLETEMEYER RE: LIQUIDATION ANALYSIS (0.5). |
| | | 9.40 | |
| **Total Associate** | | 27.40 | |
| **TOTAL TIME** | | <u>59.10</u> | |

B43E