SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-26
EMPLOYEE MATTERS (PENSION)
100.0 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Employee Matters (Pension) | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 02/07/07 | 0.20 | CONFERRED WITH J. SHEEHAN RE: PBGC ISSUES (0.2). |
| MARAFIOTI KA | 02/08/07 | 1.50 | CORRESPONDENCE EXCHANGE RE: PBGC ISSUES (0.1); REVIEW COUNTERPROPOSAL OF PBGC (0.2); REVIEW CORRESPONDENCE FROM W. SOLLEE RE: IRS (0.2); REVIEW DRAFT CORRESPONDENCE TO PBGC RE: COUNTERPROPOSAL (0.4); TELECONFERENCE WITH J. SHEEHAN, K. COBB, W. SOLLEE, AND K. WILLIAMS RE: PBGC ISSUES (0.6). |
| MARAFIOTI KA | 02/12/07 | 0.80 | CORRESPONDENCE RE: PBGC MATTERS (0.1); REVIEW AND REVISE PROPOSED CORRESPONDENCE TO PBGC RE: COUNTERPROPOSAL (0.6); CORRESPONDENCE WITH K. COBB RE: SAME (0.1). |
| | | 2.50 | |
| **Total Partner** | | 2.50 | |
| **TOTAL TIME** | | <u>2.50</u> | |

203

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Employee Matters (Pension)  
Bill Date: 04/30/07  
Bill Number: 1156504

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 03/06/07 | 0.50 | REVIEW MATERIAL RE: PBGC MATTERS (0.5). |
| MARAFIOTI KA | 03/19/07 | 1.90 | REVIEW REVISED PBGC PROPOSAL AND MEETING AGENDA (0.6); TELECONFERENCE WITH K. COBB AND WILL SOLLEE RE PBGC MATTERS (0.5); TELECONFERENCE WITH K. COBB (0.1); RESEARCH PBGC ISSUES (0.7). |
| MARAFIOTI KA | 03/20/07 | 0.10 | EXCHANGE OF CORRESPONDENCE WITH COMPANY AND ROTHSCHILD RE PBGC MATTERS (0.1). |
| | | 2.50 | |
| **Total Partner** | | **2.50** | |
| ~~WHARTON JN~~ | ~~03/29/07~~ | ~~1.00~~ | ~~MEET WITH S. GALE OF DELPHI RE: PENSION ISSUE (1.0).~~ |
| | | ~~1.00~~ | |
| ~~Total Associate~~ | | ~~1.00~~ | |
| **TOTAL TIME** | | **3.50** | |

240

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Employee Matters (Pension) | | | Bill Number: 1156504 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.38 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 3.59 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.14 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.57 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.32 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**     Bill Date: 05/31/07
**Employee Matters (Pension)**                                    Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 04/16/07 | 0.20 | REVIEW SECTION OF 8K RE: PENSION AND CORRESPOND WITH L. HASSEL RE: SAME (0.2). |
| MARAFIOTI KA | 04/17/07 | 0.60 | REVIEW IRS PROPOSAL (0.5) AND TELECONFERENCE WITH K. COBB RE: SAME (0.1). |
| MARAFIOTI KA | 04/20/07 | 1.90 | CONFERRED WITH J. SHEHAN RE: PBGC (0.2) AND REVIEW CORRESPONDENCE FROM KAREN COBB AND MARK BROUDE (0.2); ANALYZE PBGC ISSUES IN PREPARATION FOR MOTION RE: WAIVER CONDITION APPROVAL (1.5). |
| MARAFIOTI KA | 04/25/07 | 0.50 | CONFERRED WITH J. SHEEHAN RE: IRS WAIVER (0.1); REVIEW IRS SALARIED PLAN WAIVER (0.3); COMMUNICATIONS WITH K. COBB RE: IRS SALARIED PLAN WAIVER (0.1). |
| MARAFIOTI KA | 04/26/07 | 0.40 | TELECONFERENCES WITH K. COBB RE: IRS FUNDING WAIVER (0.4). |
| MARAFIOTI KA | 04/27/07 | 1.00 | TELECONFERENCE WITH K. COBB RE: IRS FUNDING WAIVER (0.1); TELECONFERENCE WITH COBB AND W. SOLLEE RE: EXCISE TAX ISSUE (0.1) AND RELATED CORRESPONDENCE (0.6); CORRESPONDENCE EXCHANGE WITH COMPANY, CREDITORS' COMMITTEE COUNSEL RE: IRS WAIVER LETTERS (0.2). |
| MARAFIOTI KA | 04/30/07 | 1.50 | CORRESPONDENCE RE: PBGC ISSUES (0.3); REVIEW DTM SLIDES RE: PENSION ISSUES (0.5); WORK ON PENSION SECTION OF PLAN ISSUES LIST (0.7). |
|  |  | 6.10 |  |
| **Total Partner** |  | **6.10** |  |
| ~~FERN BM~~ | ~~04/23/07~~ | ~~0.70~~ | ~~REVIEW PLEADINGS RE: AUTHORITY TO MAKE CERTAIN PENSION PAYMENTS (0.7).~~ |
|  |  | ~~0.70~~ |  |
| GRANT K | 04/11/07 | 3.80 | RESEARCH RE: 414(L) TRANSACTION (3.8). |
| GRANT K | 04/23/07 | 7.30 | REVIEW BACKGROUND MATERIALS RE: IRS/PBGC FUNDING WAIVER (3.8); RESEARCH RE: SAME (1.4); DRAFT SUMMARY RE: SAME (2.1). |
| GRANT K | 04/25/07 | 7.30 | CONTINUE TO WORK ON IRS/PBGC WAIVER MOTION (1.8); REVIEW PROPOSALS FROM IRS RE: SAME (1.9); PERFORMED LEGAL RESEARCH RE: SAME (3.6). |
| GRANT K | 04/26/07 | 8.20 | CONTINUE TO WORK ON MOTIONS TO APPROVE PENSION SETTLEMENT WITH IRS AND PBGC (6.4); RESEARCH RE: SAME (1.8). |
| GRANT K | 04/27/07 | 5.30 | CONTINUE REVISIONS TO MOTION TO APPROVE AGREEMENT WITH PBGC AND IRS (5.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

|  |  |  |  |
|---|---|---|---|
|  |  | 31.90 |  |
| HARDIN AS | 04/24/07 | 1.30 | WORKING GROUP CONFERENCE CALL RE: EMPLOYMENT TAX ISSUES (0.6); REVIEW MATERIALS AND DRAFT MEMO RE: SAME (0.7). |
| HARDIN AS | 04/25/07 | 1.50 | REVIEW AND ANALYZE BACKGROUND MATERIAL ON PENSION ISSUE (1.5). |
| HARDIN AS | 04/27/07 | 1.10 | REVIEW DRAFT PLEADING RE: PENSION TAX LIABILITY (0.9); REVIEW DRAFT PLEADING RE: EMPLOYMENT TAX ISSUES (0.2). |
|  |  | 3.90 |  |
| STUART NL | 04/20/07 | 2.20 | INTERNATIONAL CONFERENCE RE: 414(L) ASSUMPTION ISSUES (0.5); BEGIN RESEARCH RE: 414(L) 1.7). |
|  |  | 2.20 |  |
| **Total Associate** |  | 38.70 |  |
| **TOTAL TIME** |  | **44.80** |  |

201                                                                B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 05/31/07 |
|---|---|---|---|
| Employee Matters (Pension) | | | Bill Number: 1158919 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/10/07 | Copy Center, D | 4.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Westlaw | 04/23/07 | Grant K | 120.62 |
| Westlaw | 04/26/07 | Grant K | 195.87 |
| Westlaw | 04/27/07 | Grant K | 56.51 |
| | | **TOTAL WESTLAW** | **$373.00** |
| | | **TOTAL MATTER** | **$377.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | Bill Date: 06/30/07 |
|---|---|
| Employee Matters (Pension) | Bill Number: 1166514 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 05/01/07 | 0.20 | REVIEW IRS/PBGC WAIVER LETTERS AND EMAIL FROM J. SHEEHAN (0.2). |
| BUTLER, JR. J | 05/08/07 | 0.20 | EMAILS TO/FROM J. SHEEHAN AND B. SAX RE: IRS/PBGC WAIVER MOTION (0.2). |
| BUTLER, JR. J | 05/24/07 | 0.30 | CONTINUE TO PREPARE FOR MAY 31ST OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: IRS/PBGC WAIVER MOTION INCLUDING REVIEW OF CREDITORS' COMMITTEE RESPONSE (0.3). |
| BUTLER, JR. J | 05/29/07 | 0.30 | CONTINUE TO PREPARE FOR MAY 31ST OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: IRS/PBGC WAIVER MOTION (0.3). |
| BUTLER, JR. J | 05/31/07 | 0.30 | PREPARE FOR (0.2) AND ATTEND (0.1) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: IRS/PBGC WAIVER MOTION. |
| | | 1.30 | |
| MARAFIOTI KA | 05/03/07 | 1.30 | BEGIN REVIEW OF MOTION RE: IRS FUNDING WAIVERS (1.3). |
| MARAFIOTI KA | 05/04/07 | 1.30 | CONTINUE TO WORK ON IRS FUNDING WAIVER MOTION (1.1); RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 05/06/07 | 0.30 | CONSIDER ISSUES IN CONNECTION WITH PBGC (0.3). |
| MARAFIOTI KA | 05/07/07 | 0.60 | REVIEW PROPOSED CHANGES TO IRS FUNDING WAIVER MOTION (0.3); CORRESPONDENCE TO CLIENT RE: SAME (0.3). |
| MARAFIOTI KA | 05/08/07 | 1.10 | CONTINUE REVISIONS TO IRS PENSION FUNDING WAIVER MOTION (0.9); RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 05/09/07 | 0.70 | COMMUNICATIONS WITH COMPANY AND CO-COUNSEL RE: REVISIONS TO IRS FUNDING WAIVER MOTION (0.6); CORRESPONDENCE WITH LATHAM RE: MOTION (0.1). |
| MARAFIOTI KA | 05/10/07 | 0.50 | REVISE IRS FUNDING WAIVER MOTION (0.4); TELECONFERENCE AND CORRESPONDENCE WITH K. COBB RE: SAME (0.1). |
| MARAFIOTI KA | 05/11/07 | 1.50 | WORK ON ISSUES RE: SERVICE OF IRS MOTION (0.3); REVIEW AND REVISE IRS FUNDING WAIVER NOTICE (0.3), ORDER (0.3), AND EXTENSIVE CORRESPONDENCE EXCHANGES RE: SAME (0.6). |
| MARAFIOTI KA | 05/15/07 | 0.40 | RESEARCH PBGC LIEN ISSUE (0.4). |
| MARAFIOTI KA | 05/16/07 | 0.20 | CORRESPONDENCE RE: PBGC ISSUES (0.2). |
| MARAFIOTI KA | 05/23/07 | 0.20 | ANALYZE PLAN ISSUES RE: PBGC (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 05/24/07 | 0.20 | REVIEW COMMITTEE RESPONSE TO MOTION TO APPROVE IRS PENSION FUNDING WAIVER AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 05/29/07 | 0.40 | REVIEW LEAD PLAINTIFFS' RESPONSE TO ERISA MOTION (0.2); CORRESPONDENCE EXCHANGE BETWEEN COMPANY AND PBGC RE: L/C ISSUE (0.2). |
| MARAFIOTI KA | 05/30/07 | 1.60 | CONSIDER ISSUES IN CONNECTION WITH MOTION TO APPROVE IRS FUNDING WAIVER (0.2) AND PREPARE FOR HEARING IN CONNECTION WITH SAME (0.5); TELECONFERENCE WITH K. MORRIS AND B. BANGERT AT PBGC RE: SAME (0.1); ANALYZE PBGC PLAN VOTING ISSUES (0.4) AND RESEARCH ISSUES RE: SAME (0.2); CORRESPONDENCE TO CLIENT RE: SAME (0.2). |
| | | 10.30 | |
| **Total Partner** | | **11.60** | |
| MATZ TJ | 05/02/07 | 1.20 | REVIEWING AND COMMENTING ON PBGC/IRS WAIVERS MOTION (1.2). |
| MATZ TJ | 05/03/07 | 0.60 | TELECONFERENCE FROM CHAMBERS RE: ERISA ACTION ORDER (0.2); FURTHER REVIEW AND REVISIONS TO PBGC/IRS WAIVERS MOTION (0.4). |
| MATZ TJ | 05/07/07 | 0.40 | FURTHER REVIEW OF PBGC/IRS SETTLEMENT APPROVAL MOTION (0.4). |
| MATZ TJ | 05/08/07 | 0.90 | CONSIDERING AND REVIEWING IRS/PBGC WAIVER MOTION MATTERS (0.5); FURTHER REVIEWING AND COMMENTING ON PBGC MOTION (0.4). |
| MATZ TJ | 05/24/07 | 0.50 | FURTHER COMMENT ON PBGC/IRS SCRIPT (0.5). |
| MATZ TJ | 05/31/07 | 0.40 | CORRESPONDENCE WITH D. SHERBIN RE: PBGC ORDER (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); TELECONFERENCE WITH D. SHERBIN RE: PBGC ORDER (0.1). |
| | | 4.00 | |
| **Total Counsel** | | **4.00** | |
| ~~GANITSKY DI~~ | ~~05/31/07~~ | ~~1.20~~ | ~~RESEARCH RE: FUNDING WAIVERS (1.2).~~ |
| | | ~~1.20~~ | |
| GRANT K | 05/02/07 | 2.10 | REVISED PBGC/IRS SETTLEMENT MOTION (2.1). |
| GRANT K | 05/03/07 | 4.40 | CONTINUED WORK ON PBGC MOTION AND REVISION OF SAME (4.4). |
| GRANT K | 05/04/07 | 2.80 | CONTINUED WORK ON PBGC MOTION (2.8). |
| GRANT K | 05/06/07 | 2.80 | REVISIONS TO PBGC MOTION (2.5); EMAIL RE: SAME. (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 05/07/07 | 0.40 | REVIEWED CHANGES TO IRS/PBGC MOTION. (0.4). |
| GRANT K | 05/09/07 | 1.30 | REVISED ORDER (0.6) AND DRAFTED NOTICE (0.7) RE: IRS PENSION FUNDING WAIVER MOTION. |
| GRANT K | 05/11/07 | 2.40 | ATTENTION TO FINALIZING FILING AND SERVICING PBGC/IRS MOTION (2.4). |
| GRANT K | 05/23/07 | 3.20 | WORK ON HEARING PREPARATION MATERIALS FOR PBGC/IRS PENSION FUNDING WAIVER MOTION. (3.2). |
| GRANT K | 05/24/07 | 2.30 | CONTINUED WORK ON HEARING PREPARATION MATERIALS FOR PENSION FUNDING SETTLEMENT MOTION (2.3). |
| | | **21.70** | |
| HARDIN AS | 05/07/07 | 3.90 | REVISE PLEADINGS RELATED TO PENSION FUNDING (3.9). |
| HARDIN AS | 05/08/07 | 4.50 | REVIEW AND REVISE MOTION RE: PENSION WAIVERS (4.5). |
| HARDIN AS | 05/23/07 | 3.80 | DRAFT AND REVISE SCRIPT RE: PENSION FUNDING WAIVER MOTION (3.8). |
| HARDIN AS | 05/24/07 | 0.70 | REVIEW UCC STATEMENT IN RESPONSE TO PENSION FUNDING WAIVER MOTION (0.2); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.3); REVIEW UPDATED SCRIPT RE: IRS PENSION FUNDING WAIVER MOTION (0.2). |
| HARDIN AS | 05/25/07 | 0.40 | REVISE SCRIPT RE: IRS PENSION FUNDING WAIVER MOTION (0.4). |
| HARDIN AS | 05/29/07 | 0.30 | REVIEW WORKING GROUP EMAIL EXCHANGE RE: IRS PENSION FUNDING WAIVER MOTION (0.3). |
| | | **13.60** | |
| **Total Associate** | | **36.50** | |
| ~~ZSOLDOS AF~~ | ~~05/11/07~~ | ~~1.50~~ | ~~FINAL PREPARATIONS ON PLEADINGS (0.5) AND ELECTRONICALLY FILE IRS MOTION ON DOCKET (0.6); DISTRIBUTE FILED PLEADING AND RECEIPT (0.2); COORDINATE SERVICE RE: SAME (0.2).~~ |
| ~~ZSOLDOS AF~~ | ~~05/31/07~~ | ~~0.80~~ | ~~REVIEW IRS ORDER AS ENTERED AGAINST ORDER AS FILED (0.7); DISTRIBUTE SAME (0.1).~~ |
| | | ~~2.30~~ | |
| ~~Total Legal Assistant~~ | | ~~2.30~~ | |
| **TOTAL TIME** | | **54.40** | |

B43E