SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
            In re                           :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05–44481 (RDD)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-27
AUTOMATIC STAY (RELIEF ACTIONS)
113.5 HOURS

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Automatic Stay (Relief Actions) | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 02/16/07 | 0.10 | CONSIDER ISSUES RE: CLARION MEDIATION (0.1). |
| MARAFIOTI KA | 02/19/07 | 0.10 | CONSIDER POSSIBLE MEDIATORS FOR CLARION MATTER (0.1). |
| MARAFIOTI KA | 02/27/07 | 0.20 | REVIEW CLARION RESPONSE TO REQUEST FOR PRE-MOTION CONFERENCE (0.2). |
| MARAFIOTI KA | 02/28/07 | 1.80 | WORK ON CLARION MOTION FOR SUMMARY JUDGMENT (1.6); REVIEW RELATED CORRESPONDENCE (0.2). |
| | | 2.20 | |
| **Total Partner** | | **2.20** | |
| MATZ TJ | 02/01/07 | 0.90 | ANALYZE AND REVIEW TOWER AUTOMOTIVE LIFT STAY (0.4); TWO TELECONFERENCES WITH CHAMBERS RE: SAME (0.3); TELECONFERENCE WITH B. HUSTON RE: TOWER STIPULATION, TIMING (0.2). |
| MATZ TJ | 02/02/07 | 0.20 | CORRESPONDENCE WITH CHAMBERS RE: TOWER STIPULATION RE: LIFT STAY, PROOF OF CLAIM (0.1); TELECONFERENCE FROM CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 02/07/07 | 0.20 | REVIEW STIPULATION (0.2). |
| MATZ TJ | 02/08/07 | 0.20 | TELECONFERENCE WITH K. RAMLO RE: CLARION STATUS, SEALING QUESTION (0.2). |
| MATZ TJ | 02/14/07 | 0.50 | TELECONFERENCE FROM CHAMBERS RE: TELEPHONIC APPEARANCES (0.2); TELECONFERENCE WITH M. OWENS OF CLARION RE: SAME (0.2); CORRESPONDENCE WITH M. OWENS RE: SAME (0.1). |
| | | 2.00 | |
| RAMLO K | 02/01/07 | 1.50 | REVIEW AND COMMENT ON PROPOSED STIPULATION TO RESOLVE TOWER AUTOMOTIVE STAY RELIEF MOTION (0.8); CORRESPONDENCE TO K. CRAFT RE: SAME (0.2); REVISE LOPETE SETTLEMENT AGREEMENT (0.4); REVIEW LIFT-STAY PROCEDURES MONTHLY REPORT (0.1). |
| RAMLO K | 02/02/07 | 0.30 | REVIEW CORRESPONDENCE WITH COURT RE: TOWER AUTOMOTIVE STIPULATION AND ORDER THEREON (0.3). |
| RAMLO K | 02/07/07 | 0.10 | REVIEW LIFT-STAY PROCEDURE REPORT FOR JANUARY (0.1). |
| RAMLO K | 02/08/07 | 0.20 | REVIEW CORRESPONDENCE FROM G. KAMINSKI RE: GM SETOFF REQUESTS (0.2). |
| RAMLO K | 02/09/07 | 0.10 | REVIEW REVISED LIFT STAY PROCEDURES REPORT (0.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 02/21/07 | 0.60 | REVIEW CORRESPONDENCE TO P. TOTTIS RE: NEW HUTZ-RELATED PROOF OF CLAIM AND STATUS OF TRIAL (0.2); BEGIN REVIEWING MATERIALS ON LIFTING OF PSLRA STAY (0.4). |
| RAMLO K | 02/23/07 | 0.30 | CONTINUE REVIEW OF DOCUMENTS RE: PSLRA STAY RELIEF (0.3). |
| | | **3.10** | |
| **Total Counsel** | | **5.10** | |
| HOUSTON BM | 02/01/07 | 9.20 | CONTINUE EVALUATING STIP (5.9); CONTINUE REVISING STIP (0.8); REVISE POTENTIAL AGREEMENT UNDER LIFT STAY PROCEDURES (2.5). |
| HOUSTON BM | 02/02/07 | 6.90 | CONTINUE EVALUATING STIP (2.3); CONTINUE REVISING SETTLEMENT (1.2); ANALYZE ISSUES RE: SAME (1.1); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.2); CONTINUE REVIEWING APPLICATION OF LIFT STAY PROCEDURES (2.1). |
| HOUSTON BM | 02/05/07 | 1.30 | REVIEW POTENTIAL SETTLEMENT (1.3). |
| HOUSTON BM | 02/07/07 | 6.20 | REVIEW APPLICATION OF LIFT STAY PROCEDURES (4.8); ANALYZE ISSUES RE: REPORTING REQS. OF SAME (1.4). |
| HOUSTON BM | 02/08/07 | 6.10 | CONTINUE ANALYZING SET OFF REQUESTS (3.3); REVIEW RE: APPLICATION OF LIFT STAY PROCEDURES (2.8). |
| HOUSTON BM | 02/12/07 | 5.10 | ANALYZE ISSUES RE: STIPULATION (2.8); STRATEGIZE RE: APPLICATION OF LIFT STAY PROCEDURES (2.3). |
| HOUSTON BM | 02/13/07 | 7.40 | BEGIN RESEARCHING SETOFF ISSUES RE: MUTUALITY (4.5); BEGIN DRAFTING STIP RE: SAME (1.4); STRATEGIZE RE: APPLICATION OF LIFT STAY PROCEDURES (1.2); REVIEW POTENTIAL SETTLEMENT RE: SAME (0.3). |
| HOUSTON BM | 02/14/07 | 6.20 | CONTINUE RESEARCHING ISSUES RE: SETOFF, MUTUALITY (2.4); CONTINUE DRAFTING STIP RE: SAME (2.3); CONTINUE STRATEGIZING RE: APPLICATION OF LIFT STAY PROCEDURES (1.5). |
| HOUSTON BM | 02/15/07 | 3.60 | CONTINUE RESEARCHING SETOFF ISSUES RE: MUTUALITY (3.6). |
| HOUSTON BM | 02/19/07 | 1.90 | STRATEGIZE RE: APPLICATION OF LIFT STAY PROCEDURES (1.5); ANALYZE ISSUES RE: REPORTING REQS. OF SAME (0.4). |
| | | **53.90** | |
| **Total Associate** | | **53.90** | |
| **TOTAL TIME** | | **61.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 03/31/07
Automatic Stay (Relief Actions)                             Bill Number: 1156471

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 02/20/07 | Ben-Tov TM | 274.00 |
| | | **TOTAL WESTLAW** | **$274.00** |
| Printing to paper from TIF | 02/22/07 | Copy Center, D | 13.12 |
| Printing to paper from TIF | 02/28/07 | Copy Center, D | 74.88 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$88.00** |
| | | **TOTAL MATTER** | **$362.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Automatic Stay (Relief Actions) | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 03/12/07 | 1.40 | REVIEW CLARION MEDIATION STATEMENT (1.4). |
| MARAFIOTI KA | 03/13/07 | 0.10 | CORRESPONDENCE RE: CLARION MEDIATION STATEMENT (0.1). |
| MARAFIOTI KA | 03/16/07 | 0.60 | REVIEW POSSIBLE SETTLEMENT TERMS WITH CLARION (0.4) AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 03/27/07 | 1.30 | REVIEW DRAFT SETTLEMENT AGREEMENT WITH CLARION (1.0) AND RELATED ANALYSIS (0.3). |
| | | 3.40 | |
| **Total Partner** | | **3.40** | |
| HOUSTON BM | 03/02/07 | 0.80 | REVIEW MONTHLY LIFT STAY REPORT (0.1); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3); SUPERVISE COMPLETION AND SUBMISSION OF SAME (0.2); CORRESPOND WITH R. FLETEMEYER RE: UPCOMING QUARTERLY REPORT (0.2). |
| HOUSTON BM | 03/07/07 | 0.30 | CORRESPOND WITH P. NEWTON RE: GROCE (0.3). |
| HOUSTON BM | 03/15/07 | 1.40 | REVIEW AND ANALYZE ISSUES RE ASHERBRANNER MATTER (1.1); CORRESPOND WITH P. NEWTON RE SAME (0.3). |
| HOUSTON BM | 03/16/07 | 0.80 | TELECONFERENCE WITH P. NEWTON RE ASHERBRANNER (0.2); REVIEW AND ANALYZE INSURANCE ISSUES RE ASHERBRANNER (0.6). |
| HOUSTON BM | 03/20/07 | 2.10 | READ PROPOSED SETTLEMENT AND STRATEGIZE RE APPROACH TO INSURANCE ISSUES (0.3); TELECONFERENCE WITH K. PFLAUM AND P. NEWTON RE ASHERBRANNER INS. ISSUES AND NEXT STEPS (0.4); REVIEW AND CONSIDER ISSUES RE APPROACH TO POTENTIAL RESOLUTION OF DUFFETT MATTER (0.4); RESPOND TO QUESTIONS RE INCLUSION OF MATTERS ON MONTHLY AND QUARTERLY REPORTS (0.5); DISCUSS ANALYSIS OF HUTZ MATTER UNDER LIFT STAY PROCEDURES WITH CLAIMS TEAM (0.5). |
| HOUSTON BM | 03/21/07 | 1.90 | TELECONFERENCE WITH J. MCDONALD RE MONTHLY AND QUARTERLY REPORT MATTERS (0.6); REVIEW AND ANALYZE ISSUES RE APPROACH TO DUFFETT MATTER (0.4); TELECONFERENCE WITH P. NEWTON, C. BEATY, AND W. LARACEY RE SAME (0.7); DRAFT FOLLOW UP CORRESPONDENCE TO P. NEWTON RE SAME (0.2). |

21

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 03/22/07 | 2.60 | CONTINUE TO REVIEW AND ANALYZE ISSUES RE APPROACH TO DUFFETT MATTER (1.3); DRAFT FURTHER CORRESPONDENCE TO P. NEWTON RE SAME (0.4); TELECONFERENCE WITH J. MCDONALD AND G. VAYKO-FORD RE QUARTERLY AND MONTHLY REPORT ISSUES (0.5); FURTHER TELECONFERENCE WITH J. MCDONALD RE SAME (0.4). |
| HOUSTON BM | 03/23/07 | 1.30 | REVIEW AND REVISE ISSUES RE APPLICATION OF LIFT STAY PROCEDURES (0.7); TELECONFERENCE WITH P. NEWTON RE DUFFETT MATTER (0.3); REVIEW QUARTERLY REPORT (0.1); TELECONFERENCE WITH J. MCDONALD RE SAME (0.2). |
| HOUSTON BM | 03/26/07 | 0.80 | DRAFT CORRESPONDENCE TO P. NEWTON RE DUFFETT MATTER (0.4); REVIEW QUARTERLY REPORT (0.1); TELECONFERENCE WITH J. MCDONALD RE SAME (0.3). |
| HOUSTON BM | 03/27/07 | 0.70 | TELECONFERENCE WITH P. NEWTON RE: DUFFETT MATTER (0.3); REVIEW QUARTERLY REPORT (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2). |
| HOUSTON BM | 03/30/07 | 0.30 | REVIEW MONTHLY REPORT (0.1); TELECONFERENCE WITH J. MCDONALD RE: ENTRIES ON SAME (0.2). |
| | | **13.00** | |
| **Total Associate** | | **13.00** | |
| **TOTAL TIME** | | **16.40** | |

B43E

**S**KADDEN, **A**RPS, **S**LATE, **M**EAGHER & **F**LOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 04/30/07**
**Automatic Stay (Relief Actions)**  **Bill Number: 1156504**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/23/07 | Copy Center, D | 7.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)         Bill Date: 05/31/07
Automatic Stay (Relief Actions)                                 Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 04/23/07 | 1.50 | REVIEW AND ANALYSIS OF PARTRIDGE MATTER AND ABILITY TO ENFORCE EXPUNGEMENT ORDER AND CONFERENCE WITH C. BROWN (1.5). |
| | | 1.50 | |
| **Total Partner** | | **1.50** | |
| RAMLO K | 04/02/07 | 0.10 | REVIEW DRAFT QUARTERLY LIFT STAY PROCEDURES REPORT (0.1). |
| RAMLO K | 04/03/07 | 0.30 | REVIEW MONTHLY AND REVISED QUARTERLY LIFT STAY PROCEDURES REPORTS FROM J. MCDONALD (0.2); CORRESPONDENCE WITH R. FLETEMEYER RE: SAME (0.1). |
| RAMLO K | 04/12/07 | 0.10 | CORRESPONDENCE WITH N. BERGER RE: SUMMARY OF SETOFF REQUESTS, DISPOSITIONS, AND STATUS (0.1). |
| RAMLO K | 04/17/07 | 0.20 | REVIEW CORRESPONDENCE FROM A. WINCHELL RE: STATUS OF SETOFF REQUESTS (0.2). |
| RAMLO K | 04/25/07 | 1.00 | ANALYSIS RE: PARTRIDGE LITIGATION AGAINST DELPHI EMPLOYEE AND REVIEW RECENT WACHOVIA DECISION RE: SAME (0.6); TELECONFERENCE WITH C. BROWN RE: SAME (0.2); RESEARCH RE: NOTICE OF BAR DATE (0.2). |
| | | 1.70 | |
| **Total Counsel** | | **1.70** | |
| HOUSTON BM | 04/02/07 | 0.90 | REVIEW PROPOSED QUARTERLY REPORT UNDER LIFT STAY PROCEDURES (0.1); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2); ANALYZE ISSUES RE: APPROACH TOWARD POTENTIAL SETTLEMENT UNDER LIFT STAY PROCEDURES (0.6). |
| HOUSTON BM | 04/03/07 | 0.70 | SUPERVISE SUBMISSION OF MONTHLY REPORT (0.4); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3). |
| HOUSTON BM | 04/04/07 | 0.10 | REVIEW MONTHLY REPORT (0.1). |
| HOUSTON BM | 04/06/07 | 3.10 | RESEARCH AND ANALYZE ISSUES RE: APPLICATION OF LIFT STAY PROCEDURES (1.8); REVIEW PROPOSED SETTLEMENT (1.3). |
| HOUSTON BM | 04/09/07 | 0.70 | REVIEW POTENTIAL SETTLEMENT (0.5); RESEARCH APPLICATION OF LIFT STAY PROCEDURES TO SAME (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 04/13/07 | 0.80 | RESEARCH ISSUES RE: APPLICATION OF LIFT STAY PROCEDURES (0.3); ANALYZE ISSUES RE: REPORTING UNDER LIFT STAY PROCEDURES (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3). |
| HOUSTON BM | 04/16/07 | 1.20 | CONTINUE ANALYZING ISSUES RE: REPORTING UNDER LIFT STAY PROCEDURES (0.3); REVIEW PREPETITION TRACKING FORM SENT BY J. MCDONALD (0.2); TELECONFERENCE WITH J. MCDONALD AND G. VAYKO-FORD RE: SAME (0.2); CONTINUE RESEARCHING ISSUES RE: APPLICATION OF LIFT STAY PROCEDURES (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3). |
| HOUSTON BM | 04/18/07 | 5.30 | RESEARCH ISSUES RE: APPLICATION OF STAY TO 3RD PARTY SUBPOENA (3.9); TELECONFERENCE WITH P. NEWTON RE: SAME (0.3); REVIEW PROPOSED SETTLEMENT (1.1). |
| HOUSTON BM | 04/19/07 | 1.50 | CONTINUE REVIEWING POTENTIAL SETTLEMENT (0.3); REVIEW DUFFETT FILE AND PREPARE SUMMARY FOR CLAIMS RECONCILIATION (1.2). |
| HOUSTON BM | 04/20/07 | 0.70 | CONTINUE REVIEWING PROPOSED SETTLEMENT (0.4); CONTINUE RESEARCHING ISSUES RE: APPLICATION OF LIFT STAY PROCEDURES (0.3). |
| HOUSTON BM | 04/25/07 | 0.50 | TELECONFERENCE WITH P. TOTTIS RE: BALDWIN MATTER (0.3); RESEARCH ISSUES RE: POSSIBLE SETTLEMENT OF SAME (0.2). |
| HOUSTON BM | 04/26/07 | 3.40 | TELECONFERENCE WITH J. MCDONALD AND J. PAPELIAN RE: WASHINGTON MATTER (0.3); REVIEW AND ANALYZE PLEADINGS IN UNDERLYING STATE COURT PROCEEDINGS (0.5); RESEARCH APPLICATION OF LIFT STAY PROCEDURES TO SAME (0.4); TELECONFERENCE WITH J. MCDONALD AND W. LARACEY RE: HISTORY OF WASHINGTON MATTER (0.5); RESEARCH PROOF OF CLAIM ISSUES RE: SAME (0.2); TELECONFERENCE WITH J. PAPELIAN AND D. BROWN RE: SAME (0.4); REVISE RESPONSE TO STATE COURT RE: SAME (1.1). |
| | | 18.90 | |
| **Total Associate** | | 18.90 | |
| **TOTAL TIME** | | <u>22.10</u> | |

14

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 05/31/07**
Automatic Stay (Relief Actions)  **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/20/07 | Copy Center, D | 15.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$15.00** |
| Vendor Hosted Teleconferencing | 03/16/07 | Teleconferencing Services, LLC | 15.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$15.00** |
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 40.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$40.00** |
| | | **TOTAL MATTER** | **$70.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                              Bill Date: 06/30/07
Automatic Stay (Relief Actions)                       Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 05/21/07 | 0.30 | REVIEW FURAKARA PLEADINGS (0.3). |
| RAMLO K | 05/23/07 | 1.40 | RESEARCH RE: RULE 4001(D) STANDARD AND PROCEDURES (1.4). |
| RAMLO K | 05/25/07 | 0.20 | REVISE FURAKOWA SCRIPT (0.2). |
| RAMLO K | 05/29/07 | 0.70 | REVISE DRAFT NOTICE FOR ORLIK MOTION (0.2); REVIEW MATERIALS ON PARTRIDGE ACTION (0.5). |
|  |  | **2.60** |  |
| **Total Counsel** |  | **2.60** |  |
| HOUSTON BM | 05/01/07 | 0.20 | TELECONFERENCE WITH J. MCDONALD RE: MONTHLY REPORT (0.2). |
| HOUSTON BM | 05/02/07 | 0.90 | TELECONFERENCE WITH P. NEWTON RE: ELLIS MATTER (0.3); DRAFT CORRESPONDENCE TO P. NEWTON RE: SAME (0.2); TELECONFERENCE WITH J. MCDONALD RE: MONTHLY REPORT (0.2); REVIEW AND SUPERVISE SUBMISSION OF MONTHLY REPORT (0.2). |
| HOUSTON BM | 05/04/07 | 0.50 | TELECONFERENCE WITH J. MCDONALD MONTHLY REPORTING REQUIREMENTS (0.3); DRAFT STATUS REPORT RE: MATTERS BEING NEGOTIATED UNDER LIFT STAY PROCEDURES (0.2). |
| HOUSTON BM | 05/08/07 | 0.40 | TELECONFERENCE WITH J. DELUCA AND J. MCDONALD RE: STATUS OF MATTERS BEING NEGOTIATED UNDER LIFT STAY PROCS. AND CLAIMS RESOLUTION PROCESS (0.4). |
| HOUSTON BM | 05/09/07 | 1.50 | TELECONFERENCE WITH P. TOTTIS RE: PROPOSED BALDWIN SETTLEMENT (0.2); REVIEW PROPOSED ADDITIONAL LANGUAGE TO SAME (0.4); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.3); REVIEW PROPOSED DAVIS, DOROCIAK, AND RICH SETTLEMENTS (0.6). |
| HOUSTON BM | 05/10/07 | 1.10 | DRAFT CORRESPONDENCE TO J. MCDONALD RE: DAVIS SETTLEMENT (0.1); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2); TELECONFERENCE WITH J. MCDONALD, J. DELUCA, AND G. VAYKO-FORD RE: DAVIS AND RICH SETTLEMENTS AND FUTURE COORDINATION WITH CLAIMS TEAM (0.8). |
| HOUSTON BM | 05/11/07 | 0.90 | TELECONFERENCE WITH J. MCDONALD RE: DAVIS SETTLEMENT (0.4); PREPARE SUMMARY MEMO RE: DAVIS SETTLEMENT (0.3); DRAFT CORRESPONDENCE TO J. DAVIS RE: SAME (0.2). |

17                                                                          B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 05/29/07 | 1.30 | TELECONFERENCE WITH G. DICONZA RE: ORLIK LIFT STAY MOTION (0.2); DRAFT PROPOSED NOTICE OF WITHDRAWAL OF ORLIK MOTION (0.3); DRAFT CORRESPONDENCE TO G. DICONZA RE: PROPOSED NOTICE (0.2); REVIEW PROPOSED LANGUAGE RE: BALDWIN SETTLEMENT (0.3); TELECONFERENCE WITH J. MCDONALD RE: RICH SETTLEMENT (0.3). |
| HOUSTON BM | 05/30/07 | 3.20 | TELECONFERENCE WITH J. MCDONALD RE: RICH AND DAVIS SETTLEMENTS (0.2); TELECONFERENCE WITH J. MCDONALD AND G. VAYKO-FORD RE: STATUS OF SAME AND NEXT STEPS (0.7); DRAFT CORRESPONDENCE TO G. VAYKO-FORD RE: RICH SETTLEMENT (0.4); DRAFT PROPOSED NOTICE OF WITHDRAWAL OF GROCE LIFT STAY MOTION (0.3); DRAFT CORRESPONDENCE TO P. NEWTON RE: SAME (0.1); TELECONFERENCE WITH P. NEWTON RE: PROPOSED NOTICE OF WITHDRAWAL OF GROCE LIFT STAY MOTION (0.4); DRAFT PROPOSED ADDITIONAL LANGUAGE FOR DAVIS SETTLEMENT (0.4); DRAFT CORRESPONDENCE TO G. VAYKO-FORD AND J. MCDONALD RE: SAME (0.2); TELECONFERENCE WITH P. NEWTON RE: STATUS OF DUFFET MATTER (0.5). |
| HOUSTON BM | 05/31/07 | 1.20 | REVIEW FAX FROM G. VAYKO-FORD RE: RICH SETTLEMENT (0.4); TELECONFERENCE WITH G. VAYKO-FORD AND M. DRINKWATER RE: STATUS OF RICH SETTLEMENT AND NEXT STEPS (0.5); TELECONFERENCE WITH J. MCDONALD RE: MONTHLY REPORT (0.3). |
| | | 11.20 | |
| **Total Associate** | | 11.20 | |
| **TOTAL TIME** | | **13.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 06/30/07**
**Automatic Stay (Relief Actions)**  **Bill Number: 1166514**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 12/14/06 | Conference Plus Inc. | 10.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$10.00** |
| | | **TOTAL MATTER** | **$10.00** |

B43E