SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-28
REAL ESTATE (OWNED)
66.4 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 03/31/07
Real Estate (Owned)                                          Bill Number: 1156471

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GIBSON ML | 02/21/07 | 2.20 | REVIEW AND COMMENT ON EPCA CHART AND DISCUSSIONS RE: SAME (2.2). |
| | | 2.20 | |
| WEXLER MP | 02/01/07 | 1.80 | TELECONFERENCES WITH C. COMERFORD AND J. BEAUDOEN RE: STATUS OF BIDS ON PROJECT VANTAGE AND CORRESPONDENCE TO BE SENT TO BIDDERS (0.6); REVIEW ANALYSIS OF TWO BIDS (0.1); FOLLOW UP TELECONFERENCES WITH J. FRANK (0.2); REVIEW CORRESPONDENCE FROM J. FRANK AND CONSIDER STRATEGY FOR RESPONSE (0.3); REVIEW AND COMMENT ON DRAFTS OF RESPONSE TO FRANK (0.2); REVIEW CORRESPONDENCE FROM C. COMERFORD AND S. CORCORAN RE: FRANK RESPONSE (0.2); REVIEW AND COMMENT ON J. BEAUDOEN LETTERS TO BIDDERS (0.2). |
| WEXLER MP | 02/05/07 | 0.80 | REVIEW CORRESPONDENCE RE: WINNING BIDDERS FOR PROJECT VANTAGE (0.2); REVIEW AND COMMENT ON SEVERAL DRAFTS OF NOTICE TO BIDDERS AND CORRESPONDENCE TO CLIENT RE: SAME (0.6). |
| WEXLER MP | 02/06/07 | 0.20 | REVIEW AND COMMENT ON RESPONSE TO JLL RE: SELECTION OF PROJECT VANTAGE FRONT RUNNER (0.2). |
| WEXLER MP | 02/08/07 | 0.20 | REVIEW JLL MATTERS ON PROJECT VANTAGE (0.2). |
| WEXLER MP | 02/09/07 | 0.90 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.7); TELECONFERENCE WITH J. FRANK RE: MEETING WITH JLL AND FOLLOW UP ON SAME (0.2). |
| WEXLER MP | 02/13/07 | 0.30 | REVIEW ISSUES RE: JLL FEES ON REAL ESTATE TRANSACTIONS (0.3). |
| WEXLER MP | 02/15/07 | 0.60 | REVIEW STATUS OF PROJECT VANTAGE AND FILING STRATEGY (0.4); REVIEW STRUCTURE OF MEMO RE: PAYMENT OF REAL ESTATE TAX CLAIMS (0.2). |
| WEXLER MP | 02/16/07 | 1.10 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.7); REVIEW STATUS OF DISCUSSIONS RE: PROJECT VANTAGE (0.2); REVIEW MATTERS TO BE CONSIDERED IN REAL ESTATE TAX CLAIMS (0.2). |
| WEXLER MP | 02/23/07 | 0.90 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.7); REVIEW AND COMMENT ON LETTER RE: WARREN, OH REPRESENTATION (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| WEXLER MP | 02/26/07 | 0.60 | REVIEW STATUS OF PROJECT VANTAGE TRANSACTION AND DOCUMENTS (0.4); TELECONFERENCES WITH L. WILLIAMS RE: SAME (0.1) AND FOLLOW UP ON REQUEST (0.1). |
| WEXLER MP | 02/27/07 | 0.80 | REVIEW AND COMMENT ON DRAFT OF MOTION FOR PROJECT VANTAGE (0.8). |
| WEXLER MP | 02/28/07 | 1.30 | TELECONFERENCE WITH L. WILLIAMS OF DELPHI RE: STATUS OF PROJECT VANTAGE TRANSACTION AND COMMUNICATIONS ISSUES (0.2); FOLLOW UP TELECONFERENCE WITH C. COMERFORD IN CONNECTION THEREWITH AND RE: OPEN ISSUES (0.2); REVIEW AND COMMENT ON REVISED DRAFT OF MOTION (0.7); FOLLOW UP ON CHANGES REQUESTED TO MOTION BY COMPANY (0.2). |
| | | **9.50** | |
| **Total Partner** | | **11.70** | |
| GRANT K | 02/01/07 | 1.50 | REVIEW LEASE PROPOSAL AND CORRESPONDENCE RE: PROJECT VANTAGE (0.9); REVIEW AND REVISE COMMITTEE PRESENTATION RE: SAME (0.6). |
| GRANT K | 02/05/07 | 0.90 | REVIEW ANALYSIS OF SALE LEASE BACK OFFERS AND NOTICE OF SELECTION OF INVESTOR (0.9). |
| GRANT K | 02/07/07 | 2.10 | REVIEW FINAL PROPOSAL ACCEPTED FOR SALE LEASE BACK TRANSACTION IN PREPARATION FOR DRAFTING MOTION FOR APPROVAL OF SAME (2.1). |
| GRANT K | 02/15/07 | 2.00 | FURTHER REVIEW OF TRANSACTION DOCUMENTS RE: SALE/LEASEBACK TRANSACTION (2.0). |
| GRANT K | 02/16/07 | 2.20 | CONTINUE REVIEW OF PURCHASE AGREEMENT FOR SALE/LEASEBACK TRANSACTION (2.2). |
| GRANT K | 02/20/07 | 1.40 | TELECONFERENCE WITH DELPHI, FTI AND C. DANZ RE: FILING OF PROJECT VANTAGE (0.7); REVIEW LEASE AMENDMENT FOR CROOKS RD. LEASE (0.5); TELECONFERENCE WITH C. COMERFORD AND C. DANZ RE: SAME (0.2). |
| GRANT K | 02/21/07 | 4.60 | CONTINUE REVIEW OF LEASE DOCUMENTS AND DEAL DOCUMENTS FOR PROJECT VANTAGE (2.9); PERFORM RESEARCH RE: SAME (1.7). |
| GRANT K | 02/22/07 | 7.50 | TELECONFERENCES WITH C. COMERFORD RE: ROCHESTER LEASE AGREEMENT (0.3); REVIEW LEASE AND LEASE BACK AGREEMENTS (0.8); DRAFT DE MINIMIS LEASE NOTICE RE: SAME (2.8); REVIEW LEASES AND PROPOSED TREATMENT FOR PROJECT VANTAGE (2.3); TELECONFERENCE WITH C. COMERFORD RE: SAME (0.2); BEGAN WORK ON MOTION RE: SAME (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 02/23/07 | 6.20 | TELECONFERENCE WITH DELPHI TEAM RE: FILING OF PROJECT VANTAGE (0.5); REVIEW AND REVISED BROKER LETTER FOR LEASE-BACK TRANSACTION (0.5); CONTINUE WORK ON REVIEW OF DOCUMENTS (2.0), AND DRAFTING MOTION FOR PROJECT VANTAGE (3.2). |
| GRANT K | 02/26/07 | 9.80 | CONTINUE TO WORK ON PROJECT VANTAGE MOTION, INCLUDING TELECONFERENCES WITH C. COMERFORD (0.3); TELECONFERENCE WITH METCALF, GRUBB & ELLIS AND DELPHI TEAM (0.6); DRAFT MOTION FOR APPROVAL OF SAME (8.9). |
| GRANT K | 02/27/07 | 9.40 | TELECONFERENCE WITH C. COMERFORD, J. BEARDSEN, VALEO, METCALF & GRUBB AND ELLIS RE: PROJECT VANTAGE (1.3); CONTINUE WORK ON MOTION RE: SAME, INCLUDING REVISIONS (5.4); ATTENTION TO SERVICE OF SAME (1.3); REVIEW OF DEAL DOCUMENTS (1.4). |
| | | **47.60** | |
| MEISLER RE | 02/01/07 | 1.80 | CONFERENCE WITH C. COMERFORD AND J. BEAUDOEN RE: PROJECT VANTAGE (0.6); TELECONFERENCES WITH J. FRANK (0.1) RE: SAME; CORRESPONDENCE RE: SAME (0.8); REVIEW AND REVISE PRESENTATION RE: PROJECT VANTAGE (0.3). |
| MEISLER RE | 02/05/07 | 0.50 | EVALUATE PROJECT VANTAGE (0.5). |
| MEISLER RE | 02/16/07 | 0.30 | CONTINUE TO REVIEW PROJECT VANTAGE (0.3). |
| MEISLER RE | 02/21/07 | 0.20 | REVIEW PROJECT VANTAGE TRANSACTION (0.2). |
| MEISLER RE | 02/22/07 | 0.30 | CONFERENCE WITH S. CORCORAN RE: WARREN FACILITY (0.3). |
| MEISLER RE | 02/23/07 | 1.00 | REVIEW AND EDIT CORRESPONDENCE RE: WARREN FACILITY (1.0). |
| MEISLER RE | 02/26/07 | 1.00 | BEGIN TO REVIEW PROJECT VANTAGE DOCUMENTS (1.0). |
| MEISLER RE | 02/27/07 | 1.50 | REVIEW AND COMMENT ON LEASE CONSOLIDATION MOTION (1.3); TELECONFERENCE WITH K. GRANT RE: SAME (0.2). |
| MEISLER RE | 02/28/07 | 0.50 | CONTINUE TO REVIEW AND EVALUATE PROJECT VANTAGE (0.5). |
| | | **7.10** | |
| **Total Associate** | | **54.70** | |
| **TOTAL TIME** | | **66.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Real Estate (Owned)**

**Bill Date: 03/31/07**
**Bill Number: 1156471**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/02/07 | Copy Center, D | 14.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$14.00** |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.13 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.41 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.02 |
| Telephone Expense-ECRS only | 02/23/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Messengers/ Courier | 02/23/07 | Straightline Courier | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| | | **TOTAL MATTER** | **$47.00** |

B43E