SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |

EXHIBIT D-29
LITIGATION (GENERAL)
66.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Litigation (General) | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 03/22/07 | 0.80 | BEGIN REVIEWING MOTION TO EXTEND REMOVAL DEADLINE (0.8). |
| RAMLO K | 03/28/07 | 3.40 | REVISE MOTION TO EXTEND REMOVAL DEADLINE (3.2); CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.2). |
| RAMLO K | 03/29/07 | 2.40 | SUPERVISE IDENTIFYING ANY ADDITIONAL LITIGATION PARTIES (0.5); FURTHER REVISIONS TO MOTION TO EXTEND REMOVAL DEADLINE (1.6); CORRESPONDENCE FROM K. CRAFT RE: SAME (0.1); CORRESPONDENCE WITH J. PAPELIAN RE: SAME (0.2). |
| RAMLO K | 03/30/07 | 2.30 | REVIEW AND REVISE REMOVAL EXTENSION MOTION (1.8); REVIEW MATERIALS ON ADDITIONAL LITIGATION PARTIES (0.5). |
| RAMLO K | 03/31/07 | 0.10 | CORRESPONDENCE FROM J. PAPELIAN RE: REMOVAL EXTENSION MOTION (0.1). |
| | | 9.00 | |
| **Total Counsel** | | **9.00** | |
| HOUSTON BM | 03/07/07 | 0.20 | COORDINATE WITH CLAIMS TEAM RE: GROCE MATTER (0.2). |
| HOUSTON BM | 03/08/07 | 0.30 | COORDINATE WITH CLAIMS TEAM RE: MATTERS NEGOTIATED UNDER LIFT STAY PROCEDURES (0.3). |
| HOUSTON BM | 03/12/07 | 1.60 | BEGIN DRAFTING REMOVAL EXTENSION MTN (1.6). |
| HOUSTON BM | 03/13/07 | 2.60 | CONTINUE DRAFTING REMOVAL EXTENSION MTN (2.6). |
| HOUSTON BM | 03/14/07 | 3.80 | REVIEW AND REVISE REMOVAL EXTENSION MTN. (1.0); BEGIN DRAFTING NOTICE RE: SAME (0.8); BEGIN DRAFTING ORDER RE: SAME (0.7); DRAFT SCRIPT FOR HEARING RE: SAME (1.3). |
| HOUSTON BM | 03/28/07 | 3.30 | RESEARCH ADDITIONAL EXTENSION ISSUES RE: MTN. (1.5); BEGIN REVIEWING ISSUES RE: SERVICE LIST FOR MTN. (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 03/29/07 | 4.80 | CONTINUE RESEARCHING AND ANALYZING ISSUES RE: SERVICE LIST (1.3); TELECONFERENCE WITH T. BEHNKE RE: ADDITIONAL PARTIES TO BE INCLUDED ON SAME (0.3); COMPARE LIST OF ADDITIONAL PARTIES TO BE INCLUDED WITH SERVICE LIST FROM PREVIOUS MTN. (1.2); REVIEW SPREADSHEET FROM T. BEHNKE RE: FURTHER POTENTIAL PARTIES TO BE INCLUDED ON SERVICE LIST (0.5); CORRESPOND WITH T. BEHNKE RE: SOURCE OF SPREADSHEET INFORMATION (0.3); BEGIN COMPARING SPREADSHEET WITH PREVIOUS SERVICE LIST (1.2). |
| HOUSTON BM | 03/30/07 | 9.30 | CONTINUE RESEARCHING AND ANALYZING ISSUES RE: SERVICE LIST (0.8); CROSS REFERENCE LIST OF FURTHER POTENTIAL PARTIES TO BE INCLUDED WITH SERVICE LIST FROM PREVIOUS MTN. (2.6); TELECONFERENCE WITH E. GERSHBEIN RE: CREATION OF UPDATED LIST (0.2); REVIEW SPREADSHEET FROM E. GERSHBEIN RE: SAME (1.4); CONTINUE REVISING MTN. (1.3); SUPERVISE PREPARATIONS FOR FILING MTN. (1.1); CONTINUE RESEARCHING ISSUES RE: SOURCE OF FURTHER POTENTIAL PARTIES FOR SERVICE LIST (0.5); SUPERVISE PREPARATIONS FOR SERVICE OF MTN. (0.6); TELECONFERENCE WITH E. GERSHBEIN RE: SAME (0.2); SUPERVISE FILING OF MTN. (0.4); DRAFT CORRESPONDENCE TO K. CRAFT AND J. PAPELIAN RE: FILING OF MTN. (0.2). |
| | | 25.90 | |
| **Total Associate** | | 25.90 | |
| **TOTAL TIME** | | **34.90** | |

143

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 05/31/07
Litigation (General)  Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 04/02/07 | 0.10 | FOLLOW UP ON UPDATES TO LITIGATION LISTS (0.1). |
| RAMLO K | 04/03/07 | 0.20 | FOLLOW UP ON UPDATING LIST OF LITIGATION PARTIES (0.1); CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.1). |
| RAMLO K | 04/12/07 | 0.20 | REVISE HEARING MATERIALS FOR REMOVAL DEADLINE EXTENSION MOTION (0.2). |
| RAMLO K | 04/23/07 | 0.40 | REVIEW ORDER EXTENDING REMOVAL DEADLINE (0.1); REVIEW CORRESPONDENCE FROM C. BROWN RE: REMOVING PARTRIDGE LITIGATION (0.3). |
| RAMLO K | 04/26/07 | 0.30 | REVIEW MISSISSIPPI SUIT (0.3). |
|  |  | 1.20 |  |
| **Total Counsel** |  | **1.20** |  |
| HOUSTON BM | 04/02/07 | 2.20 | FOLLOW UP WITH T. BEHNKE RE: SERVICE LIST ISSUES (0.3); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.2); CONTINUE RESEARCHING AND ANALYZING ISSUES RE: SERVICE LIST (0.9); REVIEW SPREADSHEET FROM E. GERSHBEIN RE: SAME (0.4); CONTINUE RESEARCHING ISSUES RE: SOURCE OF FURTHER POTENTIAL PARTIES FOR SERVICE LIST (0.4). |
| HOUSTON BM | 04/03/07 | 0.60 | REVIEW SERVICE LIST SPREADSHEET FROM T. BEHNKE (0.2); TELECONFERENCE WITH T. BEHNKE AND D. UNRUH RE: POSSIBLE SOURCES FOR ADDITIONAL PARTIES TO BE INCLUDED ON SERVICE LIST (0.4). |
| HOUSTON BM | 04/09/07 | 1.90 | BEGIN REVISING 3RD REMOVAL MTN. SCRIPT FOR HEARING (1.5); RESEARCH SERVICE ISSUES RE: SAME (0.4). |
| HOUSTON BM | 04/12/07 | 2.50 | RESEARCH ISSUES RE: RETURNED SERVICE OF 3RD REMOVAL MTN (2.5). |
| HOUSTON BM | 04/16/07 | 4.20 | REVIEW DOCKET FOR OBJECTIONS TO 3RD REMOVAL MTN. (0.2); CONTINUE RESEARCHING ISSUES RE: RETURNED SERVICE OF 3RD REMOVAL MTN. (1.3); RESEARCH ADDRESSES RE: SAME (1.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3); UPDATE SERVICE LIST (0.7); UPDATE RETURNED SERVICE TRACKING FORM (0.3); TELECONFERENCE WITH E. GERSHBEIN RE: SAME (0.2). |

124

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 04/18/07 | 3.70 | FOLLOW UP WITH J. MCDONALD RE: CONFIRMATION OF ADDITIONAL OR CORRECTED SERVICE ADDRESSES FOR 3RD REMOVAL MTN. (0.7); CONTINUE RESEARCHING ADDITIONAL SOURCES FOR CORRECT INFORMATION RE: SAME (0.5); TELECONFERENCE WITH E. GERSHBEIN RE: CORRECTED ADDRESSES AND TRACKING OF RETURNED SERVICE (0.3); SUPERVISE SERVICE OF MTN AND AGENDA ON CORRECTED AND ADDITIONAL ADDRESSES (1.2); UPDATE SERVICE LIST (0.4); UPDATE RETURNED SERVICE TRACKING FORM (0.2); REVISE SUMMARY PROGRESS REPORT RE: SERVICE ISSUES (0.4). |
| HOUSTON BM | 04/19/07 | 1.40 | FOLLOW UP WITH E. GERSHBEIN RE: SERVICE OF 3RD REMOVAL MTN. AND AGENDA ON CORRECTED AND ADDITIONAL ADDRESSES (0.2); REVIEW UPDATED RETURNED SERVICE TRACKING FORM (0.2); CONTINUE RESEARCHING ADDITIONAL SOURCES FOR CORRECT ADDRESS INFORMATION (0.5); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3); DRAFT EMAIL TO R. VAN LEUVEN RE: SAME (0.2). |
| HOUSTON BM | 04/20/07 | 4.00 | CONTINUE RESEARCHING ISSUES RE: RETURNED SERVICE OF 3RD REMOVAL MTN (2.3); CROSS-REFERENCE RETURNED SERVICE TRACKING INFORMATION WITH SERVICE LIST ADDRESSES (0.8); UPDATE SERVICE LIST WITH CORRECTED AND ADDITIONAL INFORMATION (0.5); CONFIRM STATUS INFORMATION FOR INDIVIDUAL PARTIES ON SERVICE LIST (0.4). |
| HOUSTON BM | 04/23/07 | 3.90 | REVIEW 3RD REMOVAL ORDER (0.2); DRAFT EMAIL TO J. PAPELIAN RE: ENTRY OF ORDER (0.2); TELECONFERENCE WITH E. GERSHBEIN RE: SERVICE OF ORDER (0.3); CONFIRM ADDITIONAL ADDRESS INFORMATION ON SERVICE LIST (0.4); SUPERVISE SERVICE OF ORDER (0.2); RESEARCH ISSUES RE: REMOVAL OF STATE COURT ACTION (1.4); RESEARCH PROOF OF CLAIM ISSUES RE: SAME STATE COURT ACTION (1.2). |
| HOUSTON BM | 04/24/07 | 2.60 | DRAFT SUMMARY PROGRESS REPORT RE: EFFORTS TO ENSURE EFFECTIVE SERVICE OF 3RD REMOVAL MTN. ON ALL PROPER PARTIES (0.5); FOLLOW UP WITH J. MCDONALD RE: SAME (0.3); TELECONFERENCE WITH E. GERSHBEIN RE: RETURNED SERVICE TRACKING FORMS (0.2); COMPARE INFORMATION ON TRACKING FORMS WITH SERVICE LIST (1.2); REVISE SERVICE LIST TO REFLECT STATUS (0.4). |
| HOUSTON BM | 04/25/07 | 0.70 | CONTINUE RESEARCHING ISSUES RE: REMOVAL OF STATE COURT ACTION (0.5); CONTINUE RESEARCHING PROOF OF CLAIM ISSUES RE: SAME STATE COURT ACTION (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 04/27/07 | 0.80 | UPDATE RETURNED SERVICE TRACKING FORM (0.4); UPDATE SERVICE LIST (0.2); FOLLOW-UP TELECONFERENCE WITH E. GERSHBEIN RE: SAME (0.2). |
| | | **28.50** | |
| **Total Associate** | | **28.50** | |
| **TOTAL TIME** | | <u>**29.70**</u> | |

05-44481-rdd   Doc 8828-47   Filed 07/31/07   Entered 07/31/07 20:47:01   Exhibit
D-29   Pg 6 of 7

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 06/30/07 |
| Litigation (General) | Bill Number: 1166514 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 05/01/07 | 1.20 | REVIEW EMAIL FROM E. GERSHBEIN RE: RETURNED SERVICE OF 3RD REMOVAL MOTION (0.2); DRAFT RESPONSE EMAIL TO E. GERSHBEIN RE: SAME (0.1); TELECONFERENCE WITH E. GERSHBEIN RE: UPDATED ADDRESSES, TRACKING REPORT, AND POTENTIAL FUTURE SERVICE ISSUES (0.6); UPDATE INTERNAL RETURNED SERVICE TRACKING REPORT AND SPECIAL PARTIES LIST (0.3). |
| HOUSTON BM | 05/11/07 | 1.00 | TELECONFERENCE WITH E. GERSHBEIN RE: 3RD REMOVAL MOTION SERVICE ISSUES AND RETURNED MAIL TRACKING (0.2); UPDATE INTERNAL TRACKING FORM AND SERVICE PARTIES LIST (0.6); DRAFT CORRESPONDENCE TO E. GERSHBEIN RE: SAME (0.2). |
| | | 2.20 | |
| **Total Associate** | | 2.20 | |
| **TOTAL TIME** | | **2.20** | |