SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05–44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-30
REPORTS AND SCHEDULES
21.3 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 03/31/07 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1156471 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 02/26/07 | 1.80 | REVIEW AND REVISE JANUARY OPERATING REPORT (1.6); TELECONFERENCE SUZANNE KIHN RE: SAME (0.1); CORRESPONDENCE RE: SAME (0.1). |
| | | 1.80 | |
| **Total Partner** | | **1.80** | |
| HARDIN AS | 02/23/07 | 0.40 | REVIEW DRAFT MONTHLY OPERATING REPORT (0.4). |
| HARDIN AS | 02/24/07 | 0.60 | REVIEW AND REVISE MONTHLY OPERATING REPORT (0.6). |
| HARDIN AS | 02/25/07 | 0.70 | REVISE JANUARY MOR (0.7). |
| HARDIN AS | 02/26/07 | 0.60 | REVIEW AND REVISE MONTHLY OPERATING REPORT (0.6). |
| | | 2.30 | |
| **Total Associate** | | **2.30** | |
| ~~ZSOLDOS AF~~ | ~~02/28/07~~ | ~~2.40~~ | ~~REVIEW AND PREPARE MOR FOR FILING (0.7); ELECTRONICALLY FILE MOR (0.3); DISTRIBUTE SAME (0.3); SERVE MOR AND AR AGING REPORT ON US TRUSTEE AND SEND MOR COURTESY COPY TO CHAMBERS (1.1).~~ |
| | | ~~2.40~~ | |
| **~~Total Legal Assistant~~** | | **~~2.40~~** | |
| **TOTAL TIME** | | **6.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 03/24/07 | 0.80 | REVIEW AND REVISE FEBRUARY OPERATING REPORT (0.8). |
| MARAFIOTI KA | 03/26/07 | 0.50 | CONTINUE TO WORK ON FEBRUARY OPERATING REPORT(0.5). |
| MARAFIOTI KA | 03/28/07 | 0.50 | FINALIZE FEBRUARY OPERATING REPORT (0.5). |
| | | 1.80 | |
| **Total Partner** | | **1.80** | |
| MATZ TJ | 03/09/07 | 0.40 | CORRESPONDENCE WITH B. PRASKER RE: MONTHLY OPERATING REPORTS FOR FILING (0.4). |
| MATZ TJ | 03/23/07 | 0.80 | REVIEW AND REVISE FEBRUARY MONTHLY OPERATING (0.7); FORWARD SAME TO S. KIHN (0.1). |
| MATZ TJ | 03/26/07 | 1.70 | FURTHER REVIEW AND COMMENT ON DRAFT FEBRUARY MONTHLY OPERATING REPORT (0.7); TELECONFERENCE WITH S. KIHN RE: SAME (0.2); CORRESPONDENCE WITH N. STUART RE: SAME (0.2); TELECONFERENCE WITH S. KIHN RE: SAME (0.1); FURTHER TELECONFERENCE WITH S. KIHN RE: FEBRUARY MONTHLY OPERATING REPORT (0.2); FOLLOW UP REVIEW OF DRAFT MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 03/27/07 | 0.20 | CORRESPONDENCE WITH S. KIHN RE: FEBRUARY MONTHLY OPERATING REPORT (0.2); TELECONFERENCE WITH S. KIHN RE: SAME (0.2). |
| MATZ TJ | 03/28/07 | 1.20 | REVIEW REVISED DRAFT OF FEBRUARY MONTHLY OPERATING REPORT (0.5); TELECONFERENCE WITH S. KIHN RE: SAME, AND K. MARAFIOTI'S COMMENTS (0.5); FOLLOW UP WITH D. UNRUE RE: CLAIMS (0.2). |
| MATZ TJ | 03/30/07 | 0.80 | REVIEW FINAL FEBRUARY MONTHLY OPERATING REPORT, AGED ACCOUNTS RECEIVABLE (0.5); CORRESPONDENCE WITH S. KIHN RE: SAME, FILING (0.1); TELECONFERENCE WITH S. KIHN RE; FEBRUARY MONTHLY OPERATING REPORT (0.2). |
| | | 5.10 | |
| **Total Counsel** | | **5.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ~~STUART NL~~ | ~~03/26/07~~ | ~~0.70~~ | ~~REVIEW AND COMMENT ON MOR (0.7).~~ |
|---|---|---|---|
| ~~STUART NL~~ | ~~03/27/07~~ | ~~0.20~~ | ~~ADDITIONAL MOR COMMENTS (0.2).~~ |
| ~~STUART NL~~ | ~~03/28/07~~ | ~~0.10~~ | ~~TELECONFERENCE WITH S. KIHN RE: MOR EDITS (0.1).~~ |
| | | ~~1.00~~ | |
| ~~Total Associate~~ | | ~~1.00~~ | |

**TOTAL TIME**          <u>7.90</u>

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 04/30/07**
**Reports and Schedules**  **Bill Number: 1156504**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 03/09/07 | Copy Center, D | 21.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$21.00** |
| Messengers/ Courier | 03/06/07 | Dist Serv/Mail/Page, D | 19.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$19.00** |
| | | **TOTAL MATTER** | **$40.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  Bill Date: 05/31/07
Reports and Schedules  Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~MEISLER RE~~ | ~~04/24/07~~ | ~~0.70~~ | ~~REVIEW AND COMMENT ON MARCH MOR (0.7).~~ |
| ~~MEISLER RE~~ | ~~04/26/07~~ | ~~0.70~~ | ~~CONTINUE REVIEW AND COMMENT OF MARCH MOR (0.6); DRAFT CORRESPONDENCE RE: SAME (0.1).~~ |
|  |  | ~~1.40~~ |  |
| ~~Total Partner~~ |  | ~~1.40~~ |  |
| MATZ TJ | 04/23/07 | 0.30 | CORRESPONDENCE WITH A. KULIKOWSKI RE: MONTHLY OPERATING REPORT, FILING, REPORT TO U.S. TRUSTEE (0.3). |
| MATZ TJ | 04/24/07 | 2.10 | REVIEW AND COMMENT ON DRAFT MARCH MONTHLY OPERATING REPORT (0.9); CORRESPONDENCE WITH T. TIMKO, J. WHITSON AND A. KULIKOWSKI RE: MARCH MONTHLY OPERATING REPORT (0.3); TELECONFERENCE WITH A. KULIKOWSKI RE: MONTHLY OPERATING REPORT (0.3); TELECONFERENCE WITH A. FRANKUM RE: MARCH MONTHLY OPERATING REPORT (0.2); FURTHER REVIEW OF MARCH MONTHLY OPERATING REPORT (0.4). |
| MATZ TJ | 04/25/07 | 0.80 | CONTINUE TO REVIEW OF MARCH MONTHLY OPERATING REPORT REVISIONS (0.4); TELECONFERENCES WITH A. KULIKOWSKI RE: SAME (0.2); TELECONFERENCES WITH D. CHILDS RE: SAME (0.2). |
| MATZ TJ | 04/26/07 | 0.30 | REVIEW AND COMMENT ON REVISIONS TO MARCH MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 04/30/07 | 0.60 | TWO TELECONFERENCES WITH A. KULIKOWSKI RE: MARCH MONTHLY OPERATING REPORT (0.4); REVIEW FINAL MARCH MONTHLY OPERATING REPORT FOR FILING (0.2). |
|  |  | 4.10 |  |
| Total Counsel |  | 4.10 |  |
| ~~GRANT K~~ | ~~04/24/07~~ | ~~1.50~~ | ~~REVIEW 3-07 DRAFT OPERATING REPORT AND PROVIDED COMMENTS TO SAME (1.5).~~ |
|  |  | ~~1.50~~ |  |
| ~~Total Associate~~ |  | ~~1.50~~ |  |
| ~~ZSOLDOS AF~~ | ~~04/30/07~~ | ~~1.10~~ | ~~REVIEW MONTHLY OPERATING REPORT BEFORE FILING (0.3); FILE MOR (0.3); COORDINATE COPIES AND DISTRIBUTION OF SAME (0.5).~~ |
|  |  | ~~1.10~~ |  |
| ~~Total Legal Assistant~~ |  | ~~1.10~~ |  |
| TOTAL TIME |  | 8.10 |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/07
Reports and Schedules                                       Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 05/25/07 | 0.90 | REVIEW AND REVISE APRIL OPERATING REPORT (0.9). |
| MARAFIOTI KA | 05/29/07 | 0.60 | REVIEW REVISIONS TO APRIL REPORT (0.4); CORRESPONDENCE WITH COMPANY RE: SAME (0.2). |
|  |  | 1.50 |  |
| **Total Partner** |  | **1.50** |  |
| MATZ TJ | 05/18/07 | 0.90 | REVIEWING AND COMMENTING ON DRAFT APRIL MONTHLY OPERATION REPORT (0.7); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2). |
| MATZ TJ | 05/21/07 | 0.30 | CORRESPONDENCE WITH K. GRUPE RE: DRAFT APRIL MONTHLY OPERATING REPORT (0.1); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2). |
| MATZ TJ | 05/25/07 | 0.50 | FURTHER REVIEW OF COMMENTS TO DRAFT APRIL MONTHLY OPERATING REPORT (0.2); CORRESPONDENCE WITH K. GRUPE RE: SAME (0.1); TELECONFERENCE WITH K. GRUPE RE: REVISIONS TO DRAFT APRIL MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 05/29/07 | 2.70 | CORRESPONDENCE WITH A. KULIKOWSKI RE: APRIL MONTHLY OPERATING REPORT (0.2); REVIEWING AND COMMENTING ON REVISED DRAFT OF APRIL MONTHLY OPERATING REPORT (0.9); FURTHER REVIEW OF DRAFT APRIL MONTHLY OPERATING REPORT (0.8); COMMENTS TO K. GRUPE RE: SAME (0.2); TELECONFERENCE WITH A. GRUPE RE: SAME (0.1); CORRESPONDENCE WITH A. KULIKOWSKI RE: APRIL MONTHLY OPERATING REPORT, COMMENTS THEREON (0.2); TELECONFERENCE WITH A. KULIKOWSKI RE: SAME, FILING (0.3). |
| MATZ TJ | 05/31/07 | 0.30 | REVIEWING FINAL APRIL MONTHLY OPERATING REPORT FOR FILING (0.2); CORRESPONDENCE WITH A. KULIKOWSKI RE: SAME (0.1). |
|  |  | 4.70 |  |
| **Total Counsel** |  | **4.70** |  |
| ~~ZSOLDOS AF~~ | ~~05/31/07~~ | ~~1.10~~ | ~~REVIEW AND ELECTRONICALLY FILE MONTHLY OPERATING REPORT (0.6); PREPARE AND SERVE MOR TO VARIOUS PARTIES (0.5).~~ |
|  |  | ~~1.10~~ |  |
| ~~**Total Legal Assistant**~~ |  | ~~**1.10**~~ |  |
| **TOTAL TIME** |  | **7.30** |  |

B43E