SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
         In re                              :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05–44481 (RDD)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-31
INTELLECTUAL PROPERTY
20.3 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Intellectual Property | | | Bill Number: 1156504 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| STROBERT AF | 03/01/07 | 1.10 | REVIEW CONFIDENTIALITY PROVISIONS (1.1). |
| STROBERT AF | 03/05/07 | 1.20 | REVIEW DOCUMENTS, FOLLOW-UP RE: WHITE & CASE QUESTIONS (1.2). |
| STROBERT AF | 03/07/07 | 0.60 | REVIEW AGREEMENT FOR INCLUSION IN DATA ROOM (0.6). |
| STROBERT AF | 03/08/07 | 1.40 | REVIEW AUTOSTAR AND FLIPCHIP AGREEMENTS (1.4). |
| STROBERT AF | 03/09/07 | 1.30 | REVIEW IP AGREEMENTS FOR DISCLOSURE ISSUES (1.3). |
| STROBERT AF | 03/13/07 | 0.40 | REVIEW DOCUMENTS FOR DISCLOSURE ISSUES (0.4). |
| STROBERT AF | 03/15/07 | 0.20 | REVIEW CORRESPONDENCE AND IP AGREEMENTS (0.2). |
| STROBERT AF | 03/16/07 | 1.90 | REVIEW AGREEMENTS RE: CONFIDENTIALITY ISSUES (1.9). |
| STROBERT AF | 03/20/07 | 0.70 | REVIEW IP LICENSE-IN AGREEMENT FROM DELPHI (0.7). |
| | | **8.80** | |
| **Total Counsel** | | **8.80** | |
| **TOTAL TIME** | | **8.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 04/30/07
**Intellectual Property**  Bill Number: 1156504

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.86 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.30 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.68 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)        Bill Date: 05/31/07
Intellectual Property                                       Bill Number: 1158919

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| STROBERT AF | 04/02/07 | 0.10 | DISCUSS DOCUMENT STATUS WITH T. TWOMEY (0.1). |
| STROBERT AF | 04/12/07 | 1.80 | REVIEW AGREEMENTS FOR DISCLOSURE ISSUES (1.8). |
| STROBERT AF | 04/27/07 | 1.20 | PREPARE ISSUE LIST (1.2). |
| STROBERT AF | 04/28/07 | 2.10 | RESEARCH IP ISSUES RE: ASSUMPTION/REJECTION (ACTUAL/HYPOTHETICAL TESTS); DRAFT ISSUES LIST (2.1). |
| STROBERT AF | 04/29/07 | 2.10 | REVIEW/REVISE IP ISSUE LIST RE: EMERGENCE OUT OF BANKRUPTCY, DISCUSS WITH WORKING GROUP, RESEARCH ASSUMPTION AND ASSIGNMENT OF IP CONTRACTS IN BANKRUPTCY CONTEXT (2.1). |
| STROBERT AF | 04/30/07 | 4.20 | REVIEW/ REVISE IP ISSUE LIST (4.2). |
|  |  | 11.50 |  |
| **Total Counsel** |  | 11.50 |  |
| **TOTAL TIME** |  | **11.50** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 06/30/07
Intellectual Property                                       Bill Number: 1166514

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~ZIFF ED~~ | ~~05/15/07~~ | ~~2.00~~ | ~~REVIEW DISCLOSURE SCHEDULE, ISSUE LISTS, DRAFT PRESENTATIONS; REVIEW MEMO ON RIDE THROUGH STRATEGY (2.0).~~ |
| ~~ZIFF ED~~ | ~~05/16/07~~ | ~~0.30~~ | ~~REVIEW IP MATTERS AND REVIEW ISSUE LIST (0.3).~~ |
| ~~ZIFF ED~~ | ~~05/17/07~~ | ~~0.50~~ | ~~SUMMARIZE IP ISSUES OUTSTANDING (0.5).~~ |
|  |  | ~~2.80~~ |  |
| ~~Total Counsel~~ |  | ~~2.80~~ |  |
| ~~TOTAL TIME~~ |  | ~~2.80~~ |  |

B43E