SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x


EXHIBIT D-32
CLAIMS ADMINISTRATION (RECLAMATION / TRUST FUNDS)

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 05/31/07**
**Claims Admin. (Reclamation/Trust Funds)**  **Bill Number: 1158919**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/06/07 | Copy Center, D | 14.00 |
| In-house Reproduction | 04/10/07 | Copy Center, D | 32.69 |
| In-house Reproduction | 04/13/07 | Copy Center, D | 237.96 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 198.37 |
| In-house Reproduction | 04/20/07 | Copy Center, D | 115.58 |
| In-house Reproduction | 04/24/07 | Copy Center, D | 15.00 |
| In-house Reproduction | 04/27/07 | Copy Center, D | 15.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$629.00** |
| | | **TOTAL MATTER** | **$629.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 06/30/07
Claims Admin. (Reclamation/Trust Funds)  Bill Number: 1166514

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/15/07 | Copy Center, D | 25.85 |
| In-house Reproduction | 05/18/07 | Copy Center, D | 194.96 |
| In-house Reproduction | 05/22/07 | Copy Center, D | 4.19 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$225.00** |
| | | **TOTAL MATTER** | **$225.00** |

B43E