SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                :
       In re                    :   Chapter 11
                                :
DELPHI CORPORATION, <u>et al.</u>,   :   Case No. 05–44481 (RDD)
                                :
              Debtors.          :   (Jointly Administered)
                                :
------------------------------ x

EXHIBIT D-33
INSURANCE

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 05/31/07
Insurance  Bill Number: 1158919

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Scanning Services | 12/31/06 | On-Site Sourcing, Inc. | 504.00 |
| | | **TOTAL SCANNING SERVICES** | **$504.00** |
| | | **TOTAL MATTER** | **$504.00** |

B43E