SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
       In re                        :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05–44481 (RDD)
                                    :
                  Debtors.          :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-35
FINANCING (DIP AND EMERGENCE)

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 04/30/07 |
|---|---|---|---|
| Financing (DIP and Emergence) | | | Bill Number: 1156504 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.51 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 4.10 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.17 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 1.85 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.37 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Messengers/ Courier | 03/01/07 | Federal Express Corp. | 21.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$21.00** |
| | | **TOTAL MATTER** | **$29.00** |

B43E