Kristi A. Katsma (MI-P53545)
Edgar C. Howbert (MI-P15181)
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Telephone: 313.223.3500
Facsimile: 313.223.3598
kkatsma@dickinsonwright.com
ehowbert@dickinsonwright.com

*A Key Ordinary Course Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF FIFTH INTERIM APPLICATION OF DICKINSON WRIGHT PLLC AS A KEY ORDINARY COURSE COUNSEL TO THE DEBTORS FOR ORDER AUTHORIZING AND APPROVING COMPENSATION FOR SERVICES RENDERED FROM FEBRUARY 1, 2007 THROUGH MAY 31, 2007**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures to Protect Information in Fee Statements, entered on April 18, 2006 (together, the "Administrative Order"), copies of Dickinson Wright PLLC's Fifth Interim Application for Order Authorizing and Approving Compensation for Services Rendered from February 1, 2007 through May 31, 2007, was served, on this 1st day of August, 2007, by U.S. Mail, postage prepaid, on:

| | |
|---|---|
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonhard, Esq. | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel |
| John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive Suite 2100<br>Chicago, IL 60606<br>*Counsel for the Debtors* | Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Fourth Avenue<br>New York, NY 10022<br>Attn: Robert J. Rosenberg<br>        Mark A. Broude<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian Resnick |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart<br>*Counsel for the Official Committee of Equity Security Holders* | |

I further certify that, pursuant to the Administrative Order, notice of the filing of said Application has been provided, via electronic mail, to the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

Dated:     Detroit, Michigan
           August 1, 2007                    /s/Kristi A. Katsma
                                             Dickinson Wright PLLC
                                             500 Woodward Avenue, Suite 4000
                                             Detroit, MI 48226
                                             Telephone:    313.223.3500
                                             Facsimile:    313.223.3598

                                             *A Key Ordinary Course Counsel to the
                                             Debtors and Debtors-in-Possession*

DETROIT 25980-99 984671v1