**Hearing Date: August 2, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - And -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                   :

     In re                               :   Chapter 11
                                    :

DELPHI CORPORATION, et al.,      :   Case No. 05-44481 (RDD)
                                    :

                Debtors.   :   (Jointly Administered)
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>PROPOSED DELPHI-APPALOOSA INVESTMENT AND PLAN FRAMEWORK MOTION
NON-OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York,
                             Alexander Hamilton Custom House, Room 610, 6th Floor, One
                             Bowling Green, New York, New York 10004-1408

**A.  Matter Set for Hearing**

1.   **"Delphi-Appaloosa Investment And Plan Framework Motion"-**
Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa
Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§
105(a), 363(b), 503(b), And 507(a) (Docket No. 8673)

*Response Filed:*     *Statement Of Highland Capital Management,*
*LP Regarding Debtors' Expedited Motion*
*For Order Authorizing And Approving*
*Delphi-Appaloosa Equity Purchase And*
*Commitment Agreement Pursuant To 11*
*U.S.C. §§ 105(a), 363(b), 503(b) And 507(a)*
*(Docket Nos. 8752 & 8754)*

*Reply Filed:*     *Debtors' Reply In Support Of*
*Delphi-Appaloosa Investment And Plan*
*Framework Motion will be filed.*

*Related Filing:*     *Order To Show Cause Why Motion For*
*Order Authorizing And Approving*
*Delphi-Appaloosa Equity Purchase And*
*Commitment Agreement Pursuant To 11*
*U.S.C. §§ 105(a), 363(b), And 507(a)*
*Should Not Be Granted (Docket No. 8694)*

*Status:*     *The hearing with respect to this matter will*
*be proceeding.*

Dated:   New York, New York
August 1, 2007

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 9331)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

- and -

By:   /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

2