**Objection Deadline:  October 18, 2007 at 4:00 p.m.**
**Hearing Date & Time:  October 25, 2007 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                    Chapter 11

DELPHI CORP, et al.,                                     Case No. 05-44481 (RDD)

                                                         Jointly Administered

                          Debtors

THIRD INTERIM FEE APPLICATION OF
LEGAL COST CONTROL, INC. AS FEE AND EXPENSE ANALYST TO THE
DELPHI FEE AND EXPENSE REVIEW COMMITTEE, FOR ALLOWANCE OF
INTERIM COMPENSATION FOR SERVICES RENDERED FOR THE FIFTH FEE
APPLICATION PERIOD,
FEBRUARY 1, 2007 THROUGH AND INCLUDING MAY 31, 2007

SUMMARY SHEET

Name of Applicant:                      Legal Cost Control, Inc.

Authorized to Provide
Professional Services to:               Delphi Fee Committee

                                        Date of Retention:  June 1, 2006

Period for which compensation
Is sought:                              February 1, 2007 through May 31, 2007

Total Amount of Compensation sought
As actual, reasonable and necessary,
During these cases:          $590,869.79

Total amount of Expenses sought as
Actual, reasonable and necessary,
During these cases           $0.00

This is an:                             Interim Application.

The total time expended for the preparation of this application is approximately 10 hours
and the corresponding compensation requested is $0.00.

**Objection Deadline: October 18, 2007 at 4:00 p.m.**
**Hearing Date & Time: October 25, 2007 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

THIRD INTERIM FEE APPLICATION OF
LEGAL COST CONTROL, INC. AS FEE AND EXPENSE ANALYST TO THE
DELPHI FEE AND EXPENSE REVIEW COMMITTEE, FOR ALLOWANCE OF
INTERIM COMPENSATION FOR SERVICES RENDERED FOR THE FIFTH FEE
APPLICATION PERIOD,
FEBRUARY 1, 2007 THROUGH AND INCLUDING MAY 31, 2007

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Legal Cost Control, Inc. ("LCC"), Fee and Expense Analyst to the Delphi Fee
Committee ("Fee Committee") respectfully represents:

1.      LCC submits this Third Interim Application (the "Third Application") for
(i) allowance of compensation in the amount of $590,869.79 for services
rendered by it as Fee and Expense Analyst to the Fee Committee during
the period February 1, 2007 through May 31, 2007 (the "Fifth Application
Period") and for (ii) allowance of actual and necessary out-of-pocket
expenses in the amount of $0.00 incurred by LCC in rendering such
services to the Fee Committee.

2.      This Third Application is being made pursuant to Sections 328(a), 330 and
331 of the Bankruptcy Code; the Retention Order (as hereinafter defined),
the Interim Compensation Order (as hereinafter defined), and Local Rule
2016-1 of the United States Bankruptcy Court for the Southern District of
New York.

## I.  **BACKGROUND**

3.     On November 4, 2005, this Court entered the revised Interim Compensation Order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for monthly compensation and reimbursement of expenses for professionals.

4.     On November 4, 2005 this Court entered the Fee Committee Order authorizing the creation of a Fee Committee to (a) establish procedures for the development and submission of budgets by Court-approved professionals, and (b) review the fees and expenses incurred by Court-approved professionals.

5.     On June 1. 2006 the Fee Committee engaged LCC as Fee and Expense Analyst;

6.     On August 17, 2006 the Court approved the appointment of LCC as Fee and Expense Analyst to the Fee Committee;

7.     Professional services for which compensation is sought were rendered pursuant to Chapter 11 of the Bankruptcy Code.

## II.  **THE LCC ENGAGEMENT**

8.     On June 1. 2006 the Fee Committee engaged LCC as Fee and Expense Analyst;

9.     On August 17, 2006, this Court entered the Retention Order, authorizing the Fee Committee to employ LCC as the Fee and Expense Analyst. Specifically, LCC was retained to provide the following professional services:  (a) Provide the Fee Committee with computer-generated analyses of the monthly statements and fee applications submitted by the Professionals in the case; (b) Report to the Fee Committee on the compliance or non-compliance of those monthly statements and fee applications with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustees Guidelines, and the Local Rules and General Orders of the United States Bankruptcy Court for the Southern District of New York; (c) Provided the Fee Committee with narrative reports to support and explain the issues associated with LCC's computer-generated analyses; (d) Provide the Fee Committee and Professionals with web-based access to LCC's analyses; (e) Meet on various occasions with the Fee Committee ; (f) Provide

general consulting services to the Fee Committee consistent with LCC's engagement by the Fee Committee; (g) Provide general support to the Professionals, to assist the Professionals in the submission of their statements and fee applications to the Fee Committee, consistent with LCC's engagement by the Fee Committee; and (g) Generally support the efforts of the Fee Committee to complete the tasks of the Fee Committee;

10.     Pursuant to the Engagement Agreement, the Fee Committee agreed to pay LCC the following fees in consideration for services rendered:

Eight-tenths of one percent (0.80%) of fees and expenses submitted by retained professionals in the Delphi cases.

### III.    SERVICES PROVIDED BY LCC

11.     For and during the Fifth Application Period, LCC rendered the following services on behalf of the Fee Committee:  (a) Provided the Fee Committee with computer-generated analyses of the monthly statements and fee applications submitted by the Professionals in the case; (b) Provided the Fee Committee and Professionals with web-based access to LCC's analyses; (c) Provided the Fee Committee with narrative reports to support and explain the issues associated with LCC's computer-generated analyses; (d) Met on various occasions with the Professionals in conjunction with the Fee Committee and/or Professional Staff of the Fee Committee; (e) Provided general consulting services to the Fee Committee consistent with LCC's engagement by the Fee Committee; (f) Provided general support to the Professionals, to assist the Professionals in the submission of their statements and fee applications to the Fee Committee, consistent with LCC's engagement by the Fee Committee; and (g) Generally supported the efforts of the Fee Committee to complete the tasks of the Fee Committee;

12.     With regard to the services provided, LCC has never billed its clients based upon the number of hours expended by its professionals and paraprofessionals.  Accordingly, LCC does not have hourly billing rates for its personnel nor do its personnel normally maintain detailed hourly time records for the work performed on behalf of its clients.  Moreover, pursuant to its Engagement Agreement and the Retention Order, LCC is not required to maintain detailed time records as LCC has been retained on a fixed fee basis (as set forth below).

## IV. LCC'S THIRD APPLICATION FOR COMPENSATION FOR FEES EARNED DURING THE FIFTH APPLICATION PERIOD

13.     Pursuant to the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, date August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated January 17, 2002 (the "Interim Fee Order"), (iii) Order Supplementing Administrative Order Dated November 4, 2005 Establishing Procedures for Interim Compensation; and (iv) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991, LCC files this Third Fee Application requesting fees of $590,869.79 and $0.00 for actual and necessary expenses, for a total payment of $590,869.79.

14.     LCC's fees for the Billing Period have been calculated as follows:

- For the period February 2007, LCC's Fee was $53,621.12. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period February 1, 2007 Through And Including February 28, 2007, attached hereto as Exhibit "A;"
- For March 2007, LCC's Fee was $149,682.59. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period March 1, 2007 Through And Including March 31, 2007, attached hereto as Exhibit "B;"
- For the period April 2007, LCC's Fee was $308,387.57. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period April 1, 2007 Through And Including April 30, 2007, attached hereto as Exhibit "C;"
- For the period May 2007, LCC's Fee was $97,066.48. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period May 1, 2007 Through And Including May 31, 2007, attached hereto as Exhibit "D;"
- LCC's Total Third Interim Application Fee for services rendered during the Fifth Fee Application Period is therefore $590,869.79[1].

---

[1] The fees requested in the four Monthly Fee Statements of LCC totaled $608,757.76. LCC subsequently adjusted and reduced this sum by $17,887.97.

V.    **LCC'S THIRD APPLICATION FOR REIMBURSEMENT OF ACTUAL AND NECESSARY OUT-OF-POCKET EXPENSES INCURRED DURING THE FIFTH APPLICATION PERIOD**

15.    LCC's fee is based upon a Fixed Fee. That Fixed Fee includes all actual, necessary and reasonable out-of-pocket expenses incurred by LCC during the Fifth Application Period. Accordingly, LCC does not seek compensation or reimbursement of any out-of-pocket expenses that were incurred by LCC during the Fifth Application Period.

VI.    **SUMMARY**

16.    As of the date of this Third Application, LCC has received payment of 80% of its fees accrued and 0% of fees accrued through May 31, 2007. The following chart summarizes all fees included in this Third Application:

| PERIOD(S) | FEES | EXPENSES | AMOUNTS SOUGHT |
|---|---|---|---|
| Feb. 1 – Feb. 28, 2007 | $53,621.12 | $0.00 | $53,593.59 |
| Mar. 1 – Mar. 31, 2007 | $149,682.59 | $0.00 | $149,682.59 |
| Apr. 1 – Apr. 30, 2007 | $308,387.57 | $0.00 | $291,439.65 |
| May 1 – May 31, 2007 | $97,066.48 | $0.00 | $96,153.96 |
| **TOTAL** | **$608,757.76** | **$0.00** | **$590,869.79**[2] |

17.    All services for which LCC requests compensation were performed for and on behalf of the Fee Committee and were not rendered on behalf of any other person or entity.

18.    There is currently no agreement or understanding between LCC and any other person or entity for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

---

[2] The fees requested in the four Monthly Fee Statements of LCC totaled $608,757.76. LCC subsequently adjusted and reduced this sum by $17,887.97.

**WHEREFORE**, Legal Cost Control, Inc. requests the Court to approve the allowance

of LCC's fee in the amount of $590,869.79 for services rendered from February 1, 2007

through May 31, 2007.

**LEGAL COST CONTROL, INC.**

By: _____

John J. Marquess, Esquire (Admitted in New York Pro Hac Vice)
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  July 31, 2007
Haddonfield, NJ

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## CERTIFICATION

JOHN J. MARQUESS, being duly sworn, deposes and says:

1.      I am President of Legal Cost Control, Inc.

2.      I have read the foregoing Third Application for Allowance of

Compensation of Legal Cost Control, Inc., Fee and Expense Analyst to the

Delphi Fee Committee, and know the contents thereof.  The same are true

to the best of my knowledge, except as to matters therein alleged to be

upon information and belief, and as to those matters, I believe them to be

true.  I have personally performed and/or supervised many of the Fee and

Expense Analyst services rendered by Legal Cost Control, Inc. and I am

thoroughly familiar with all other work performed on behalf of the Fee

Committee by the attorneys and paraprofessionals of the corporation.

3.      All of the services for which Legal Cost Control, Inc. seeks compensation were performed for and on behalf of the Fee Committee and not on behalf of any other person or entity.

4.      In accordance with Bankruptcy Rule 2016(a) and § 504 of the Bankruptcy Code, no agreement or understanding exists between the Applicant and any other person for the sharing of compensation to be received in connection with the within cases.

**I HEREBY CERTIFY** that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

**LEGAL COST CONTROL, INC.**

By: _____
        John J. Marquess, Esquire
        President
        255 Kings Highway East, First Floor
        Haddonfield, NJ 08033
        (856) 216-0800
        (856) 216-0800 Facsimile
        Fee and Expenses Analyst

DATED:  July 31, 2007

# EXHIBIT "A"

# LCC'S SEVENTH MONTHLY FEE STATEMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                             Chapter 11

DELPHI CORP, et al.,                              Case No. 05-44481 (RDD)

                                                  Jointly Administered

                    Debtors

---

### STATEMENT OF FEES AND DISBURSEMENTS OF
### LEGAL COST CONTROL, INC. FOR THE PERIOD
### FEBRUARY 1, 2007 THROUGH AND INCLUDING FEBRUARY 28, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period February 1, 2007 through and including February 28, 2007 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $53,621.12 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$53, 621.51**.

LCC's fees for the Billing Period have been calculated as follows:

1.   FEE BASIS:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2.  CURRENT FEE DUE:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $6,702,689.23. For this Billing Period, LCC's fee is $53,621.51 (being .80% of $6,702,689.23).

3.  <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $148,902,473.88.

4.  <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $1,191,219.78.

5.  <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $6,702,689.23:        $53,621.51

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  March 15, 2007
Haddonfield, NJ

# EXHIBIT "B"

# LCC'S EIGHTH MONTHLY FEE STATEMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                           Chapter 11

DELPHI CORP, et al.,                            Case No. 05-44481 (RDD)

                                                Jointly Administered

                        Debtors

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## MARCH 1, 2007 THROUGH AND INCLUDING MARCH 31, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period March 1, 2007 through and including March 31, 2007 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $149,682.59 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$149,682.59.**

LCC's fees for the Billing Period have been calculated as follows:

1.    <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2.    <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $18,710,323.78. For this Billing Period, LCC's fee is $149,682.59 (being .80% of $18,710,323.78).

3.  <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

    For all Billing Periods, LCC has reviewed Professional fees and expenses
    of $167,612,797.66.

4.  <u>LCC'S CUMULATIVE FEES TO DATE</u>:

    For all Billing Periods, LCC's fee is $1,340,902.38.

5.  <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

    .80% OF $18,710,323.78:                 $149,682.59

LCC reserves the right to amend the amounts listed in the event that a subsequent review
of LCC's records reveals that additional professional services were rendered by LCC
which were not recorded in advance of the preparation of this fee statement.  In the event
such amendments are required, LCC reserves the right to seek such additional fees or
expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By:  _____
     John J. Marquess, Esquire
     255 Kings Highway East
     Haddonfield, NJ 08033
     (856) 216-0800


Dated:  April 11, 2007
Haddonfield, NJ

# EXHIBIT "C"

# LCC'S NINTH MONTHLY FEE STATEMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                              Chapter 11

DELPHI CORP, et al.,                               Case No. 05-44481 (RDD)

                                                   Jointly Administered
                        Debtors

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## APRIL 1, 2007 THROUGH AND INCLUDING APRIL 30, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period April 1, 2007 through and including April 30, 2007 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $308,387.57 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$308,387.57.**

LCC's fees for the Billing Period have been calculated as follows:

1. FEE BASIS: LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2. CURRENT FEE DUE:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $38,548,445.69. For this Billing Period, LCC's fee is $308,387.57 (being .80% of $38,548,445.69).

2. <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $206,161,243.35.

3. <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $1,649,289.95.

4. <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $38,548,445.69:                 $308,387.57

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  May 16, 2007
Haddonfield, NJ

# EXHIBIT "D"

# LCC'S TENTH MONTHLY FEE STATEMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                              Chapter 11

DELPHI CORP, et al.,                               Case No. 05-44481 (RDD)

                                                   Jointly Administered
                          Debtors

### STATEMENT OF FEES AND DISBURSEMENTS OF
### LEGAL COST CONTROL, INC. FOR THE PERIOD
### MAY 1, 2007 THROUGH AND INCLUDING MAY 31, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this
statement of fees and disbursements for the period May 1, 2007 through and including
May 31, 2007 (the "Billing Period") in accordance with the (i) Order, inter alia,
Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and
Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii)
Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code
Establishing Procedures for Interim Compensation and Reimbursement of Expenses of
Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost
Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v)
Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and
Disbursements for Professionals in Southern District of New York Bankruptcy Cases
dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing
Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC
$97,066.48 for fees for services rendered during the Billing Period and -0- for actual and
necessary expenses, for a total payment of **$97,066.48.**

LCC's fees for the Billing Period have been calculated as follows:

1.  <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees
    and expenses submitted by the Retained Professionals.

2.  <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached
hereto as Exhibit "1." The Total Submitted to LCC was $12,133,309.41. For this Billing
Period, LCC's fee is $97,066.48 (being .80% of $12,133,309.41).

2. <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $218,294,552.76.

3. <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $1,746,356.43.

4. <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $12,133,309.41:            $97,066.48

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By:  _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800


Dated:  June 19, 2007
Haddonfield, NJ