LEGAL COST CONTROL, INC.
John J. Marquess, Esquire
255 Kings Highway East, Suite A-3
Haddonfield, NJ 08033
Telephone: 856.216.0800
Facsimile:  856.216.1736

Fee and Expense Analyst

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       )  SS:
COUNTY OF CAMDEN       )

Jane Woods, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by Legal Cost Control, Inc., Fee and Expense Analyst.

On the 1st of August 2007, I caused a copy of the following document:

THIRD INTERIM FEE APPLICATION OF LEGAL COST CONTROL, INC., FOR SERVICES RENDERED AND EXPENSES INCURRED FROM FEBRUARY 1, 2007 THROUGH MAY 31, 2007,

to be served upon the parties identified on Exhibit 1 attached hereto by securely enclosing a true copy of the aforementioned document in a properly addressed wrapper and causing the same to be delivered into the custody of a Federal Express Representative for next business day delivery.

*Jane Woods*
_____
Jane Woods

Sworn to and subscribed before
me this 1st day of August 2007

_____
Notary Public
My Commission Expires:

MARY ANN CUNNINGHAM
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 14, 2010

Sworn to and subscribed before me
this 1 day of August 2007
*Mary Ann Cunningham*