IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re                                                   :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
                                    Debtors.            :   (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 13, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

   1)   Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims ("Nineteenth Omnibus Claims Objection") (Docket No. 8617) [a copy of which is attached hereto as Exhibit D]

On July 13, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

   2)   Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims ("Nineteenth Omnibus Claims Objection") [without exhibits] (Docket No. 8617) [a copy of which is attached hereto as Exhibit D]

   3)   Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F].  Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit E attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of Exhibit E attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit F has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of Exhibit E attached hereto was incorporated into each Personalized Notice.

On July 13, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit G hereto via postage pre-paid U.S. mail:

4)      Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims ("Nineteenth Omnibus Claims Objection") [without exhibits] (Docket No. 8617) [a copy of which is attached hereto as Exhibit D]

5)      Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit H].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit G attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of Exhibit G attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit H has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of Exhibit G attached hereto was incorporated into each Personalized Notice.

On July 13, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit I hereto via postage pre-paid U.S. mail:

6)      Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims ("Nineteenth Omnibus Claims Objection") [without exhibits] (Docket No. 8617) [a copy of which is attached hereto as Exhibit D]

7)      Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit J].  Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit I attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of Exhibit I attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit J has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of Exhibit I attached hereto was incorporated into each Personalized Notice.

On July 13, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit K hereto via postage pre-paid U.S. mail:

8)    Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims ("Nineteenth Omnibus Claims Objection") [without exhibits] (Docket No. 8617) [a copy of which is attached hereto as Exhibit D]

9)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit L].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit K attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 15 of Exhibit K attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit L has been marked so as to demonstrate the manner in which the information listed in columns 3 through 15 of Exhibit K attached hereto was incorporated into each Personalized Notice.

On July 13, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit M hereto via postage pre-paid U.S. mail:

10)    Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims ("Nineteenth Omnibus Claims Objection") [without exhibits] (Docket No. 8617) [a copy of which is attached hereto as Exhibit D]

11)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit N].  Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit M</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of <u>Exhibit M</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit N</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of <u>Exhibit M</u> attached hereto was incorporated into each Personalized Notice.

Dated: August 1, 2007

_____*/s/ Evan Gershbein*_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of August, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____*/s/ Shannon J. Spencer*_____

Commission Expires: ___*6/20/10*_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/16/2007 5:43 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/16/2007 5:43 PM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/16/2007 5:43 PM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/16/2007 5:43 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason D. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | ServeAG@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/16/2007 5:43 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8007 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/16/2007 5:43 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to  ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Counsel to Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennslyvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Dephi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

7/16/2007 5:44 PM
Email

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillspie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald P. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| | Peggy Housner | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

7/16/2007 5:44 PM
Email

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadrangegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3501 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmorheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 .3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC -08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Legal Department of The Timken Corporation Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

7/16/2007 5:44 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

7/16/2007 5:44 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/16/2007 5:44 PM
US MAIL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/16/2007 5:44 PM
US MAIL

# EXHIBIT D

**Hearing Date And Time: August 16, 2007 at 10:00 a.m.**
**Response Date And Time: August 9, 2007 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                     :
       In re                      :     Chapter 11
                                       :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                       :
                                       :     (Jointly Administered)
          Debtors.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION,
AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS

("NINETEENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To

Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation,

And Consensually Modified And Reduced Claims (the "Nineteenth Omnibus Claims

Objection"), and respectfully represent as follows:

Background

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this

Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections

1107(a) and 1108.  The Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases.  On October 17,

2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official

committee of unsecured creditors (the "Creditors' Committee").  On April 28, 2006, the U.S.

Trustee appointed an official committee of equity holders (together with the Creditors'

Committee, the "Statutory Committees").

3.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief requested herein are sections 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.      Current Business Operations Of The Debtors

5.      Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately $15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public company business reorganization in terms of revenues and the thirteenth largest public company business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11 debtors and continue their business operations without supervision from the Bankruptcy Court.[2]

6.      The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

7.      Delphi was incorporated in Delaware in 1998 as a wholly-owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to the Company in

---

[1]    The aggregated financial data used in this Motion generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27, 2007.

[2]    On March 20 2007, Delphi Automotive Systems Espana S.L., whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding.  The application was approved by the Spanish court on April 13, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

modules for a wide range of customers and applications.  Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.      Events Leading To The Chapter 11 Filing

8.      In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006, the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

9.      The Debtors believe that the Company's financial performance has

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

---

[3]   Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
       valuation allowance on the U.S. deferred tax assets as of December 31, 2004.  The Company's net operating
       loss in calendar year 2004 was $482 million.

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

10.      In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005,

the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.      The Debtors' Transformation Plan

11.      On March 31, 2006, the Company outlined five key tenets of its

transformation plan.[4]  First, Delphi must modify its labor agreements to create a competitive

arena in which to conduct business.[5]  Second, the Debtors must conclude their negotiations with

---

[4]    In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement (the "Equity Purchase and Commitment
Agreement") with affiliates of Appaloosa Management L.P. ("Appaloosa"), Cerberus Capital Management, L.P.
("Cerberus"), and Harbinger Capital Partners Master Fund I, Ltd. ("Harbinger"), as well as Merrill Lynch & Co.
("Merrill") and UBS Securities LLC ("UBS") (collectively, the "Plan Investors"), and a plan framework support
agreement (the "Plan Framework Support Agreement") with the Plan Investors and GM.  On April 19, 2007,
Delphi confirmed that it anticipated negotiating changes to the Equity Purchase and Commitment Agreement
and related Plan Framework Support Agreement.  Delphi said that any changes would be made primarily as a
result of addressing differences in views regarding the Company's reorganization enterprise value among the
Plan Investors, GM, the Statutory Committees, and the Company.  Delphi also said that it expected that under
amended framework agreements, the Appaloosa and Harbinger affiliates, Merrill, and UBS would continue to
participate as Plan Investors (together with possible additional investors that may include members of the
Statutory Committees), and that Cerberus might participate in the Company's exit financing, as part of a
competitive process, but not as a Plan Investor.  As part of the process of negotiating amended framework
agreements, on July 9, 2007, Delphi confirmed that it had formally terminated the Equity Purchase and
Commitment Agreement and related Plan Framework Support Agreement but that it expects to enter into new
framework agreements with plan investors later this month.

[5]    Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International Union,
United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and GM that (a)
modifies, extends, or terminates provisions of the existing collective bargaining agreements among Delphi, the
UAW, and its various locals, (b) provides that GM will undertake certain financial obligations to Delphi's
UAW-represented employees and retirees to facilitate these modifications, and (c) modifies retiree welfare
benefits for certain UAW-represented retirees of the Debtors.  The agreement, which is subject to approval by

*(cont'd)*

GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain

GM's business commitment to the Company.[6]  Third, the Debtors must streamline their product

portfolio to capitalize on their world-class technology and market strengths and make the

necessary manufacturing alignment with their new focus.[7]  Fourth, the Debtors must transform

their salaried workforce to ensure that the Company's organizational and cost structure is

competitive and aligned with its product portfolio and manufacturing footprint.[8]  Finally, the

Debtors must devise a workable solution to their current pension situation.[9]

           12.       Upon the conclusion of the reorganization process, the Debtors expect to

emerge as a stronger, more financially sound business with viable U.S. operations that are well-

positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

---

*(cont'd from previous page)*

    this Court, should facilitate the Debtors' reaching consensual resolutions of their labor issues with the remaining unions and GM and permit the Debtors to continue to implement their transformation plan and to develop, prosecute, confirm, and consummate a plan of reorganization.  Delphi is currently engaged in settlement discussions with its second and third largest U.S. labor unions and is working to conclude discussions with those unions as well as three smaller unions as soon as possible.

[6]    On July 9, 2007, Delphi confirmed that its discussions with GM on a comprehensive settlement agreement had entered the documentation phase and that it expected that a settlement with GM would be incorporated into the Debtors' plan of reorganization rather than filed with this Court for separate approval.

[7]    Indeed, during the 2006 and 2007 calendar years, the Debtors sold substantially all of the assets related to MobileAria, Inc., its chapter 11 affiliate, they obtained court approval for the sale of substantially all of the assets of their brake hose business, and they obtained court approval of bid procedures related to the upcoming sale of substantially all assets used in their catalyst business and their Saltillo, Mexico brake plant business.  In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]    As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.

[9]    To that end, on May 31, 2007, the Bankruptcy Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees.  Should certain events not occur prior to September 30, 2007, the Debtors may need to seek an additional pension waiver or other relief from the IRS.

its resources to continue to deliver high-quality products to its customers globally.  Additionally,

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

E.      Bar Date, Proofs Of Claim, And Omnibus Claims Objections

13.      On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

14.      On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the

claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date

by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets

and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and

subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and

Statements") and (b) the persons and entities included in the notice database compiled by the

Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided

Bar Date Notices to more than 500,000 persons and entities.

15.      In addition, the Debtors published the Bar Date Notice in the New York

Times (National Edition), the Wall Street Journal (National, European, and Asian Editions),

USA Today (Worldwide Edition), the Automotive News (National Edition), and in local editions

7

of the following publications: the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo
News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader,
Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the
Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis
Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader,
the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile
Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the
Saginaw News, the Sandusky, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News,
and the Vindicator, and electronically through posting on the Delphi Legal Information Website,
www.delphidocket.com, on or before April 24, 2006.

       16.    Approximately 16,600 proofs of claim (the "Proofs of Claim") have been
filed against the Debtors in these cases.  The Debtors have filed nine omnibus procedural Claims
objections[10] and eight omnibus substantive Claims objections.[11]  Pursuant to such omnibus

---

[10]   The Debtors filed the First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (i) Duplicate And Amended Claims And (ii) Equity Claims (Docket No. 5151) on September 19, 2006;
the Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (i) Equity Claims, (ii) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (iii)
Duplicate And Amended Claims (Docket No. 5451) on October 31, 2006; the Fourth Omnibus Objection
(Procedural) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended
Claims (Docket No. 6099) on December 8, 2006; the Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket
No. 6571) on January 12, 2007; the Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of The
Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962) on February 15,
2007; the Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 To
Certain (A) Duplicative and Amended Claims And (B) Equity Claims (Docket No. 7300) on March 16, 2007;
the Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7824) on April 27, 2007; the
Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998) on May 22, 2007;
and the Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007
To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271) on June 15, 2007.

[11]   The Debtors filed the (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By

*(cont'd)*

Claims objections, the Court has disallowed and expunged 9,037 Claims.  In addition, the

hearings with respect to approximately 772 Claims have been adjourned to future claims

hearings pursuant to the Claims Objection Procedures Order (as defined below) and another 283

Claims are subject to pending objections.

17.    On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections.  On December 7, 2006,

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

_____

*(cont'd from previous page)*

Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate
Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) on October 31, 2006;
the Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On Debtors' Books And
Records  (Docket No. 6100) on December 8, 2006; the Seventh Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims
Not Reflected On Debtors' Books And Records, And (c) Untimely Claims (Docket No. 6585) on January 12,
2007; the Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007
To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records,
(c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) on February 15, 2007; the
Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (a) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books and Records, (c)
Untimely Claims, and (D) Claims Subject To Modification (Docket No. 7301) on March 16, 2007; the
Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c)
Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e)
Untimely Claims An Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject To
Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) on April
27, 2007; the Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims
Subject To Modification, and Modified Claims Asserting Reclamation (Docket No. 7999) on May 22, 2007;
and the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And
Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And
Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And
Modified Claims Asserting Reclamation (Docket No. 8270) on June 15, 2007.

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

18.     In this Nineteenth Omnibus Claims Objection, the Debtors are objecting to

270 Proofs of Claim.[12]

<u>Relief Requested</u>

19.     By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 (a) disallowing and expunging those

Claims set forth on <u>Exhibit A</u> hereto because they contain insufficient documentation in support

of the Claims asserted, (b) disallowing and expunging those Claims set forth on <u>Exhibit B-1</u>

hereto because they assert liabilities or dollar amounts that are not reflected on the Debtors'

books and records, (c) disallowing and expunging the Claims set forth on <u>Exhibit B-2</u> hereto,

which were filed by taxing authorities, because they assert liabilities and dollar amounts that are

not reflected on the Debtors' books and records, (d) disallowing and expunging those Claims set

forth on <u>Exhibit B-3</u> hereto, which were filed by taxing authorities, because they assert liabilities

or dollar amounts that are not reflected on the Debtors' books and records and were untimely

filed pursuant to the Bar Date Order, (e) disallowing and expunging the Claim set forth on

<u>Exhibit C</u> hereto because it was untimely filed pursuant to the Bar Date Order, (f) revising the

asserted amount or classification, and/or changing the identity of the alleged Debtor, with respect

to the Claims set forth on <u>Exhibit D-1</u> hereto, (g) revising the asserted amount or classification,

---

[12]   Contemporaneously with the Nineteenth Omnibus Claims Objection, the Debtors are filing the Eighteenth
Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain
Duplicate Or Amended Claims (the "Eighteenth Omnibus Claims Objection").  In the Eighteenth Omnibus
Claims Objection, the Debtors object to claims on procedural grounds and are seeking to expunge and disallow
Claims that are duplicative of other Claims or have been amended or superseded by later filed Claims.  The
Debtors are objecting to nine Proofs of Claim in the Eighteenth Omnibus Claims Objection.

and/or changing the identity of the alleged Debtor, with respect to the Claims set forth on <u>Exhibit D-2</u> hereto, which were filed by taxing authorities, (h) revising the asserted amount and/or classification with respect to the Claims set forth on <u>Exhibit D-3</u> hereto, some of which are subject to a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of such Claimant's reclamation demand, subject to certain reserved defenses, and others of which are held by Claimants who are deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand, subject to certain reserved defenses, and (i) revising the asserted amount, and/or changing the identity of the alleged Debtor, with respect to the Claims set forth on <u>Exhibit D-4</u> hereto, which assert certain tort liabilities.

Objections To Claims

F.    <u>Insufficiently Documented Claims</u>

20.    During their Claims review, the Debtors discovered that certain Proofs of Claim do not include sufficient documentation to support the claim asserted (the "Insufficiently Documented Claims").  This deficiency in documentation has made it impossible for the Debtors meaningfully to review the asserted Claims.  Although the Debtors contacted each Claimant which filed an Insufficiently Documented Claim (other than those Claimants which filed a blank proof of claim form), the Debtors received no additional documentation from such Claimants.[13]

21.    The burden of proof to establish a claim against an estate rests on the claimant and, if a proof of claim does not include sufficient factual support, the proof of claim is not entitled to a presumption of <u>prima facie</u> validity pursuant to Bankruptcy Rule 3001(f).  <u>In re WorldCom, Inc.</u>, No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) (only

---

[13]    Claimants which responded to the Debtors' communications and provided additional information are not included as part of this objection.

a claim that alleges facts sufficient to support legal liability to claimant satisfies claimant's initial

obligation to file substantiated proof of claim); see also In re Allegheny Intern., Inc., 954 F.2d

167, 174 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to

support claim); In re Chiro Plus, Inc. 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears

initial burden of sufficiently alleging claim and establishing facts to support legal liability); In re

Armstrong Finishing, L.L.C., No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C.

May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it

entitled to have claim considered prima facie valid); In re United Cos. Fin. Corp., 267 B.R. 524,

527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its

claim to have claim make prima facie case).  As a result of the failure of the Claimants identified

on Exhibit A to provide sufficient documentation to permit an understanding of the basis for

their Claims, those Claims do not make out a prima facie case against the Debtors.

      22.     The Insufficiently Documented Claims either (a) fail to assert a Claim, (b)

fail to assert a monetary amount for the Claim, (c) state that there is no outstanding Claim against

the Debtors, and/or (d) contain no documentation in support of the Claim or provide no evidence

of the Debtors' liability for the Claim.

      23.     Attached hereto as Exhibit A is a list of the Insufficiently Documented

Claims which the Debtors have identified as Claims that do not contain sufficient documentation

to permit an understanding of the basis for the Claim.[14]  Accordingly, the Debtors (a) object to

the Insufficiently Documented Claims and (b) seek entry of an order disallowing and expunging

the Insufficiently Documented Claims in their entirety.  In the event that this Court does not

---

[14]   Certain of the Claims on Exhibits A, B-1, B-2, B-3, C, D-1, D-2, D-3, and D-4 may be listed in the amount of
    $0.00.  This reflects the fact that the Claim amounts asserted by the Claimants in those instances is unliquidated.

disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to

further object to the Insufficiently Documented Claims at a later date on any basis whatsoever.

G.    Claims Not Reflected On The Debtors' Books And Records

24.    During the Debtors' review of the Proofs of Claim, the Debtors determined

that certain Proofs of Claim assert liabilities or dollar amounts that are not owing pursuant to the

Debtors' books and records (the "Books And Records Claims").  In addition, the Debtors

determined that certain Proofs of Claim filed by taxing authorities also assert liabilities and

dollar amounts that are not owing pursuant to the Debtors' books and records (the "Books And

Records Tax Claims").  The Debtors have also determined that certain Proofs of Claim filed by

taxing authorities assert liabilities or dollar amounts that are not owing pursuant to the Debtors'

books and records and, in addition, were not timely filed pursuant to the Bar Date Order (the

"Untimely Books And Records Tax Claims").  The Debtors believe that the parties asserting the

Books And Records Claims, the Books And Records Tax Claims, and the Untimely Books And

Records Tax Claims are not creditors of the Debtors.

25.    The bases for determining that the Debtors are not liable for an asserted

Claim include, but are not limited to, the following: (a) the Debtors' books and records do not

reflect the existence of the asserted Claim or of the Claimant asserting such Claim, (b) the

Debtors' books and records reflect that the Claim has been paid pursuant to a prior order of this

Court, (c) the Debtors' books and records reflect that the asserted Claim was properly paid prior

to the commencement of the Debtors' cases, and (d) the Claim constitutes a postpetition liability

that has been paid by the Debtors in the ordinary course of the Debtors' businesses.

26.    A claimant's proof of claim is entitled to the presumption of prima facie

validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the

allegations that is essential to the claim's legal sufficiency.'"  WorldCom, 2005 WL 3832065, at

13

*4 (quoting <u>Allegheny</u>, 954 F.2d at 174).  Once such an allegation is refuted, "'the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.'"  <u>Id</u>.

27.    Attached hereto as <u>Exhibit B-1</u> is a list of the Books And Records Claims that the Debtors have identified as Claims for which the Debtors are not liable.  Identified on <u>Exhibit B-2</u> hereto are the Books And Records Tax Claims that the Debtors have identified as Claims for which the Debtors are not liable.   Attached hereto as <u>Exhibit B-3</u> is a list of the Untimely Books And Records Tax Claims that the Debtors have also identified as Claims for which the Debtors are not liable.[15]  The Debtors object to the Untimely Books And Records Tax Claims not only because the Debtors have no liability in respect thereof, but also because the Claims were not timely filed pursuant to the Bar Date Order.[16]  If this Court does not disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to further object to any or all of the Books And Records Claims, the Books And Records Tax Claims, and the Untimely Books And Records Tax Claims at a later date on any basis whatsoever.

28.    Accordingly, the Debtors (a) object to the Books And Records Claims, the Books And Records Tax Claims, and the Untimely Books And Records Tax Claims and (b) seek

---

[15]    The Untimely Books And Records Tax Claims listed on <u>Exhibit B-3</u> hereto were not included as part of the Motion For Order Under Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed, dated September 29, 2006 (Docket No. 5238) ("Claims Timeliness Motion").

[16]    The Bar Date Order provides, in relevant part:

Any Person or Entity which is required to file a Proof of Claim in these chapter 11 cases but that fails to do so in a timely manner on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from (a) asserting any Claim against the Debtors that such Person or Entity has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules as undisputed, non-contingent, and unliquidated or (ii) is of a different nature or in a different classification than as set forth in the Schedules (any such Claim referred to as an "Unscheduled Claim") and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in respect of an Unscheduled Claim, and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.

Bar Date Order ¶ 11.

14

entry of an order disallowing and expunging the Books And Records Claims, the Books And Records Tax Claims, and the Untimely Books And Records Tax Claims in their entirety.

H.    Untimely Claim

29.    During the Debtors' review of the Proofs of Claim, the Debtors determined that a certain Proof of Claim was received by the Debtors after the Bar Date (the "Untimely Claim").  The Debtors object to such Untimely Claim on the basis that it was not timely filed pursuant to the Bar Date Order.  The Untimely Claim is identified on Exhibit C hereto. Accordingly, the Debtors (a) object to the Untimely Claim[17] and (b) seek entry of an order disallowing and expunging the Untimely Claim.

I.    Claims Subject To Modification

30.    During the Debtors' review of the Proofs of Claim, the Debtors have determined that certain Claims (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (collectively, the "Claims Subject To Modification").

31.    Although in this Nineteenth Omnibus Claims Objection the Debtors do not seek to disallow and expunge the Claims Subject To Modification, based on an initial review, the Debtors have determined that their liability with respect to each such Claim does not exceed the dollar amount set forth on Exhibit D-1 hereto.  Moreover, in some cases, the Debtors have determined that such Claims should be reclassified in the manner set forth on Exhibit D-1 hereto. Finally, in some cases, the Debtors have determined that such Claims should be asserted against

---

[17]    The Untimely Claim listed on Exhibit C hereto was not included as part of the Motion For Order Under Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed, dated September 29, 2006 (Docket No. 5238) ("Claims Timeliness Motion").

15

a different Debtor entity, as indicated on Exhibit D-1 hereto by a change in the applicable case number.  The bases for placing a Claim in the Claims Subject To Modification category of objection include, but are not limited to, the following: the asserted Claim (a) does not account for amounts that may have been paid or credited against such Claim prior to the commencement of these cases, (b) may include postpetition liabilities, (c) does not account for amounts that may have been paid or credited against such Claim following the commencement of these cases, (d) was docketed and filed against the wrong Debtor entity, and/or (e) is misclassified as a priority or secured claim.  Thus, the Debtors seek to (i) convert the amount of each Claim Subject To Modification to a fully liquidated, U.S. dollar-denominated amount consistent with the Debtors' books and records and/or the liquidated amount requested by the Claimant (thus eliminating the unliquidated component), as appropriate, (ii) change the identity of the Debtor against which the Claim is asserted, and/or (iii) appropriately reclassify the Claim.

    32.    As stated above, a Claimant's Proof of Claim is entitled to the presumption of prima facie validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the allegations that is essential to the claim's legal sufficiency.'"  WorldCom, 2005 WL 3832065, at *4 (quoting Allegheny, 954 F.2d at 174).  As with the unsubstantiated Claims, the Debtors' books and records refute that the claims asserted in each Claim Subject To Modification are actually owed by any of the Debtors.

    33.    Set forth on Exhibit D-1 hereto is a list of Claims Subject To Modification that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against a different Debtor than the one identified by the Claimant.  For each Claim Subject To Modification, Exhibit D-1 reflects the amount, classification, and Debtor asserted in

16

the Claimant's Proof of Claim in a column titled "Claim As Docketed,"[18] and the proposed

modified dollar amount and classification for the Claim and the Debtor against which the Claim

should be asserted, in a column titled "Claim As Modified."

34.    The Debtors object to the amount, classification, and/or identity of the

Debtor for each Claim Subject To Modification listed on Exhibit D-1 and request that each such

Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As

Modified" column of Exhibit D-1.  Thus, no Claimant listed on Exhibit D-1 would be entitled to

(a) recover for any Claim Subject To Modification in an amount exceeding the dollar value listed

as the "Modified Total" for such Claim on Exhibit D-1, (b) assert a classification that is

inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against

a Debtor other than that whose case number is listed in the "Claim As Modified" column on

Exhibit D-1, subject to the Debtors' right to further object to each such Claim Subject To

Modification.  For clarity, Exhibit D-1 refers to the Debtor entities by case number and Exhibit E

displays the formal name of twelve Debtor entities and their associated bankruptcy case numbers

referenced in Exhibit D-1.

35.    The inclusion of the Claims Subject To Modification on Exhibit D-1,

however, does not reflect the Debtors' view as to the ultimate validity of any such Claim.  The

Debtors therefore expressly reserve all of their rights to further object to any or all of the Claims

Subject To Modification at a later date on any basis whatsoever.

36.    Accordingly, the Debtors (a) object to the asserted amount, classification,

and/or identity of the Debtor for each Claim Subject To Modification and (b) seek an order

modifying the Claims Subject To Modification to reflect the Modified Total, classification for

---

[18]    The Asserted Claim Amount on Exhibits D-1, D-2, D-3, and D-4 reflects only asserted liquidated claims.

the Claim, and/or the Debtor against which such Claim should be asserted, as set forth on Exhibit

D-1.

J.     Tax Claims Subject To Modification

37.     In addition, the Debtors have also determined that certain Proofs of Claim

filed by taxing authorities (the "Tax Claims") (a) are overstated and/or (b) were filed and

docketed against the wrong Debtors (collectively, the "Tax Claims Subject To Modification").

38.     Set forth on Exhibit D-2 hereto is a list of Tax Claims Subject To

Modification that the Debtors believe should be modified solely to assert a properly classified,

fully liquidated claim amount against the appropriate Debtor.  For each Tax Claim Subject To

Modification, Exhibit D-2 reflects the amount, classification, and Debtor asserted in the Proof of

Claim in a column titled "Claim As Docketed" and the proposed modified dollar amount and

classification for the Tax Claim, and the Debtor against which the Tax Claim should be asserted

in a column titled "Claim As Modified."

39.     The Debtors object to the amount and/or identity of the Debtor for each

Tax Claim Subject To Modification listed on Exhibit D-2 and request that each such Claim be

revised to reflect the amount and Debtor listed in the "Tax Claim As Modified" column of

Exhibit D-2.  Thus, no Claimant listed on Exhibit D-2 would be entitled to (a) recover for any

Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the

"Modified Total" for such Claim on Exhibit D-2, and/or (b) asserts a classification that is

inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against

a Debtor other than that whose case number is listed in the "Claim As Modified" column on

Exhibit D-2, subject to the Debtors' right to further object to each such Tax Claim Subject To

Modification.  For clarity, Exhibit D-2 refers to the Debtor entities by case number and Exhibit E

18

displays the formal name of twelve Debtor entities and their associated bankruptcy case numbers

referenced in Exhibit D-2.

40.    Accordingly, the Debtors (a) object to the asserted amount and/or Debtor

for each Tax Claim Subject To Modification and (b) seek an order modifying the Tax Claims

Subject To Modification to reflect the Modified Total and/or Debtor against which such Claims

should be asserted, as set forth on Exhibit D-2.

K.    Modified Claims Asserting Reclamation

41.    In addition, the Debtors have also determined that certain Claims (the

"Modified Claims Asserting Reclamation") (a)(i) state the incorrect amount or are overstated,

including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and

docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b)

assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter

agreement whereby the Debtors and the Claimant agreed upon the valid amount of the

reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors'

determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each,

a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation

Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses")

with respect to the reclamation demand are valid.

42.    Set forth on Exhibit D-3 hereto is a list of Modified Claims Asserting

Reclamation that the Debtors believe should be modified solely to assert a properly classified,

fully liquidated claim amount against the appropriate Debtor.  For each Modified Claim

Asserting Reclamation, Exhibit D-3 reflects the amount, classification, and Debtor asserted in

the Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar

amount and classification for Modified Claim Asserting Reclamation, and the Debtor against which such Claim should be asserted, in a column titled "Claim As Modified."

43.    The Debtors object to the amount, classification, and/or identity of the Debtor for each Modified Claim Asserting Reclamation listed on Exhibit D-3 and request that each such Claim be revised to reflect the amount, classification, and identity of the Debtor listed in the "Claim As Modified" column of Exhibit D-3.  Thus, no Claimant listed on Exhibit D-3 would be entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit D-3, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  For clarity, Exhibit D-3 refers to the Debtor entities by case number and Exhibit E displays the formal name of twelve Debtor entities and their associated bankruptcy case numbers referenced in Exhibit D-3.

44.    Accordingly, the Debtors (a) object to the amount, classification, and/or identity of the Debtor for the Modified Claims Asserting Reclamation and (b) seek an order modifying the Modified Claims Asserting Reclamation to reflect the Modified Total, classification, and/or identity of the Debtor against which such Claim should be asserted, as set forth on Exhibit D-3.

L.    Consensually Modified And Reduced Claims

45.    In addition, the Debtors have reached agreements with certain Claimants that their Proofs of Claim asserting certain tort liabilities (the "Tort Claims") should be reduced

and, in some cases, the identity of the Debtor against which the Tort Claim is asserted should be changed (collectively, the "Consensually Modified And Reduced Claims").

46.    The Debtors do not seek to disallow and expunge the Consensually Modified And Reduced Claims.  The Debtors have determined that their liability with respect to each such Claim does not exceed the dollar amount set forth in the column titled "Claim As Modified" on Exhibit D-4 hereto.  Moreover, the Debtors have determined that all such Claims should be asserted against Delphi Automotive Systems LLC ("DAS LLC"), as indicated on Exhibit D-4 hereto.  Thus, the Debtors seek to (i) convert the amount of each Consensually Modified And Reduced Claim to a fully liquidated, U.S. dollar-denominated amount and, as appropriate, (ii) change the identity of the Debtor for which the Claim is asserted from Delphi to DAS LLC.

47.    Set forth on Exhibit D-4 hereto is a list of Consensually Modified And Reduced Claims that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against DAS LLC.  For each Consensually Modified And Reduced Claim, Exhibit D-4 reflects the amount, classification, and Debtor asserted in the Claimant's Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar amount and classification for the Claim, and the Debtor against which the Claim should be asserted, in a column titled "Claim As Modified."

48.    The Debtors object to the amount and/or identity of the Debtor for each Consensually Modified And Reduced Claim listed on Exhibit D-4 and request that each such Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As Modified" column of Exhibit D-4.  Thus, no Claimant listed on Exhibit D-4 would be entitled to (a) recover for any Consensually Modified And Reduced Claim in an amount exceeding the

21

dollar value listed as the "Modified Total" for such Claim on Exhibit D-4, (b) assert a

classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c)

assert a Claim against a Debtor other than DAS LLC.

49.    Accordingly, the Debtors (a) object to the amount and/or identity of the

Debtor for the Consensually Modified And Reduced Claims and (b) seek an order modifying the

Consensually Modified And Reduced Claims to reflect the Modified Total and that DAS LLC is

the correct Debtor entity against which such Claims should be asserted, as set forth on Exhibit D-

4.

### Separate Contested Matters

50.    Pursuant to the Claims Objection Procedures Order, to the extent that a

response is filed with respect to any Claim listed in this Nineteenth Omnibus Claims Objection,

each such Claim and the objection to such Claim asserted in this Nineteenth Omnibus Claims

Objection will be deemed to constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014.  Pursuant to the Claims Objection Procedures Order, any order entered

by the Court with respect to an objection asserted in this Nineteenth Omnibus Claims Objection

will be deemed a separate order with respect to each Claim.

### Reservation Of Rights

51.    The Debtors expressly reserve the right to amend, modify, or supplement

this Nineteenth Omnibus Claims Objection and to file additional objections to the Proofs of

Claim or any other Claims (filed or not) which may be asserted against the Debtors, including

without limitation the right to object to any Claim on the basis that it has been asserted against

the wrong Debtor entity.  Should one or more of the grounds for objection stated in this

Nineteenth Omnibus Claims Objection be dismissed, the Debtors reserve their rights to object on

other stated grounds or on any other grounds that the Debtors discover during the pendency of

these cases.  In addition, the Debtors reserve the right to seek further reduction of any Claim to

the extent that such Claim has been paid.

Responses To Objections

52.     Responses to the Nineteenth Omnibus Claims Objection are governed by

the provisions of the Claims Objection Procedures Order.  The following summarizes the

provisions of that Order, but is qualified in all respects by the express terms thereof.

M.     Filing And Service Of Responses

53.     To contest an objection, responses (each, a "Response"), if any, to the

Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules

of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 632, New York, New York

10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

(Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,

John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00

p.m. (prevailing Eastern time) on August 9, 2007.**

23

N.    Contents Of Responses

54.    Every Response to this Nineteenth Omnibus Claims Objection must

contain at a minimum the following:

(a)    the title of the claims objection to which the Response is directed;

(b)    the name of the Claimant and a brief description of the basis for
the amount of the Claim;

(c)    a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases
upon which the Claimant will rely in opposing the claims objection;

(d)    unless already set forth in the Proof of Claim previously filed with
the Court, documentation sufficient to establish a prima facie right to payment; provided,
however, that the Claimant need not disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that the Claimant must disclose to the
Debtors all information and provide copies of all documents that the Claimant believes to be
confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in
support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the Claim is contingent or fully or partially
unliquidated, the amount that the Claimant believes would be the allowable amount of such
Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the
Response, if different from the address(es) presented in the claim.

O.    Timely Response Required

55.    If a Response is properly and timely filed and served in accordance with

the foregoing procedures, the hearing on the relevant Claims covered by the Response will be

adjourned to a future hearing, the date of which will be determined by the Debtors, by serving

notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all

uncontested objections, the Debtors request that this Court conduct a final hearing on August 16,

2007 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection

Procedures Order will apply to all Responses and hearings arising from this Nineteenth Omnibus

Claims Objection.

56.     Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose Proof of Claim is subject to the Nineteenth Omnibus Claims Objection and who is served with the Nineteenth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Debtors may present to the Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in the Nineteenth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Hearing Procedures Order.

57.     To the extent that a Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or partially unliquidated and (b) provides the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), pursuant to the Claims Objection Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate

and section 502(j) of the Bankruptcy Code, by providing notice as described more fully in the

Claims Objection Procedures Order.

Replies To Responses

58.    Replies to any Responses will be governed by the Claims Objection

Procedures Order.

Service Of Nineteenth Omnibus Claims Objection Order

59.    Service of any order with regard to this Nineteenth Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

60.    Questions about this Nineteenth Omnibus Claims Objection or requests

for additional information about the proposed disposition of Claims hereunder should be directed

to the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-5305, or in

writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Questions regarding the amount of a Claim or the filing of a Claim should be directed to the

Claims Agent at 1-888-249-2691 or www.delphidocket.com.  Claimants should not contact the

Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

61.    Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

26

9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418), and

the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,

9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And

(II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089).  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

62.     Pursuant to the Claims Objection Procedures Order, the Debtors will

provide each Claimant whose Proof of Claim is subject to an objection pursuant to this

Nineteenth Omnibus Claims Objection with a personalized Notice Of Objection To Claim which

specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis

for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the

Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A, B-1, B-2, B-3,

and C is attached hereto as Exhibit F.  A form of the Notice Of Objection To Claim to be sent to

the Claimants listed on Exhibits D-1, D-2, D-3, and D-4 is attached hereto as Exhibit G.

Claimants will receive a copy of this Nineteenth Omnibus Claims Objection without Exhibits A

through D-4 hereto.  Claimants will nonetheless be able to review Exhibits A through D-4 hereto

free of charge by accessing the Debtors' Legal Information Website (www.delphidocket.com).

In light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

Memorandum Of Law

63.     Because the legal points and authorities upon which this objection relies

are incorporated herein, the Debtors respectfully request that the requirement of the service and

filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York be deemed

satisfied.

    WHEREFORE the Debtors respectfully request that the Court enter an order (a)

granting the relief requested herein and (b) granting the Debtors such other and further relief as is

just.

 Dated: New York, New York
     July 13, 2007

           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP


           By: /s/ John Wm. Butler, Jr.
             John Wm. Butler, Jr. (JB 4711)
             John K. Lyons (JL 9331)
             Ron E. Meisler (RM 3026)
           333 West Wacker Drive, Suite 2100
           Chicago, Illinois 60606

            - and -


           By: /s/ Kayalyn A. Marafioti
             Kayalyn A. Marafioti (KM 9632)
             Thomas J. Matz (TM 5986)
           Four Times Square
           New York, New York 10036

           Attorneys for Delphi Corporation, et al.,
            Debtors and Debtors-in-Possession

**In re Delphi Corporation, et al.**                                                    Nineteenth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,011.99<br>$1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,370.20<br>$1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE | 1511 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,920.00<br>$23,920.00 | 01/10/2006 | DELPHI CORPORATION (05-44481) |
| RIVIERA FINANCE OF TEXAS INC<br>ASSIGNEE HOOKED UP TRUCKING<br>PO BOX 100272<br>PASADENA, CA 91189-0272 | 4849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,952.50<br>$1,952.50 | 05/05/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| SIEMENS ENERGY & AUTOMATION INC<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND, VA 23219 | 8675 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,639.39<br>$12,639.39 | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | **Total:** | **5** | **$40,894.08** |
|---|---|---|---|

**In re Delphi Corporation, et al.**　　　　　　　　　　　　　　Nineteenth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP<br>AMERICAN 3CI<br>713 OAKDALE<br>GRAND PRAIRIE, TX 75050 | 3545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $37.00<br>$37.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ALL THE WAY INC<br>PO BOX 2675<br>LAREDO, TX 78044-2675 | 307 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $475.00<br>$475.00 | 11/03/2005 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| BOWIE AUDIO VISUAL ENTERPRISES<br>290 HIGHPOINT DR<br>RIDGELAND, MS 39157 | 5323 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $169.64<br>$169.64 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| E2V TECHNOLOGIES INC<br>4 WESTCHESTER PLZ<br>ELMSFORD, NY 10523 | 3334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $39,191.91<br>$39,191.91 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO<br>EFT<br>S A DE C V<br>805 W PRICE RD STE A 1<br>HLD PER RICHARD SANDOVAL<br>BROWNSVILLE, TX 78521 | 15596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $160,741.71<br>$160,741.71 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO<br>EFT S A DE C V<br>805 W PRICE RD STE A 1<br>BROWNSVILLE, TX 78521 | 15597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $59,555.76<br>$59,555.76 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FREUDENBERG NOK GENERAL PARTNERSHIP<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 11603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $358,851.00<br>$80,742.02<br><br>$60,066.20<br>$499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                    Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREUDENBERG NOK INC<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 11602 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,759.31<br><br>$2,878.86<br>$4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP<br>EFT<br>2975 PEMBROKE RD<br>HOPKINSVILLE, KY 42240 | 5463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,971.26<br>$17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC<br>ROBINSON & COLE LLP<br>280 TRUMBULL ST<br>HARTFORD, CT 06103 | 500 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,837.48<br>$6,837.48 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| HARDING UNIVERSITY<br>BUSINESS OFFICE<br>BOX 10770<br>SEARCY, AR 72149 | 400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,730.00<br>$2,730.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| JAMESTOWN CONTAINER<br>LOCKPORT I<br>85 GRAND ST<br>LOCKPORT, NY 14094-2299 | 14919 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,236.72<br>$9,236.72 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JAMESTOWN CONTAINER<br>LOCKPORT I<br>85 GRAND ST<br>LOCKPORT, NY 14094-2299 | 14916 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$39,660.52<br>$39,660.52 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JON C COX<br>RUSSELL & SHIVER<br>3102 OAK LAWN STE 600<br>DALLAS, TX 75219 | 374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000,000.00<br>$1,000,000.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| KUNTZMAN R INC<br>1805 W STATE ST<br>ALLIANCE, OH 44601 | 9602 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$13,934.50<br><br><br>$13,934.50 | 07/17/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.    Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEE UNIVERSITY BUSINESS OFFICE<br>PO BOX 3450<br>CLEVELAND, OH 37320-3450 | 4879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,500.00<br>$1,500.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| MALONE SUSAN<br>132 NEWFIELD DR<br>ROCHESTER, NY 14616 | 3036 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $450.00<br>$450.00 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARTIN L SHANNON SHAW<br>PO BOX 428<br>CLARKSDALE, MS 38614 | 1926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000,000.00<br>$40,000,000.00 | 01/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MATHESON TRI GAS INC<br>6225 N STATE HWY 161 STE 200<br>IRVING, TX 75038 | 2060 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $580.57<br>$580.57 | 02/21/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| METRO DETROIT CPA REVIEW BLS ENTERPRISES<br>34366 LANCASHIRE<br>LIVONIA, MI 48152 | 3374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,100.00<br>$1,100.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,044.19<br>$9,044.19 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,775.00<br>$1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                                          **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SECRETARY OF LABOR ON BEHALF OF THE DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED US DEPT OF LABOR OFFICE OF THE SOLI 230 S DEARBORN ST 8TH FLOOR CHICAGO, IL 60604 | 15135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SERVICE TECH TOOL & EQUIPMENT 90 WEST EASY ST UNIT 1 SIMI VALLEY, CA 93065 | 2083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,833.43<br>$13,833.43 | 02/21/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| SIERRA LIQUIDITY FUND 2699 WHITE RD STE 255 IRVINE, CA 92614 | 4211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,528.00<br>$7,528.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 212 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,954.42<br>$7,954.42 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $43,960.51<br>$43,960.51 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3.89<br>$3.89 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,510.00<br>$5,510.00 | 10/31/2005 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                    Nineteenth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE ENERGY MANAGEMENT GROUP 1621 BROWNING IRVINE, CA 92606 | 4520 | Secured: Priority: Administrative: Unsecured: Total: | $878.97 $878.97 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| THE WORTHINGTON STEEL COMPANY 200 OLD WILSON BRIDGE RD COLUMBUS, OH 43085 | 9041 | Secured: Priority: Administrative: Unsecured: Total: | $400,782.24 $400,782.24 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| US LABOR SECRETARY ON BEHALF OF ASEC MANUFACTURING SPONSERED EMPLOYEE BENEFIT PLANS USDOL 525 S GRIFFIN ST STE 501 DALLAS, TX 75202 | 9826 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/18/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| UW PARKSIDE PO BOX 2000 KENOSHA, WI 53141 | 787 | Secured: Priority: Administrative: Unsecured: Total: | $912.75 $912.75 | 11/22/2005 | DELPHI CORPORATION (05-44481) |
| ZUMSTEIN INC EF SCAC ZUMQ PO BOX 700 524 N WATER ST LEWISBURG, OH 45338-0700 | 6129 | Secured: Priority: Administrative: Unsecured: Total: | $154.34 $154.34 | 05/17/2006 | DELPHI CORPORATION (05-44481) |

Total:        34                    $42,350,807.20

**In re Delphi Corporation, et al.**                                    Nineteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 1515 | Secured: Priority: Administrative: Unsecured: Total: | $944,045.04 $944,045.04 | 01/11/2006 | DELPHI CORPORATION (05-44481) |
| VANDALIA CITY OF OH 333 JAMES E BOHANAN MEMORIAL DR VANDALIA, OH 45377 | 7219 | Secured: Priority: Administrative: Unsecured: Total: | $46,961.95 $46,961.95 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$991,006.99** | | |

In re Delphi Corporation, et al.                                          Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16476 | Secured: Priority: Administrative: Unsecured: Total: | $949,212.04 $949,212.04 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16610 | Secured: Priority: Administrative: Unsecured: Total: | $171,000.00 $171,000.00 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695 | 16611 | Secured: Priority: Administrative: Unsecured: Total: | $448,527.31 $448,527.31 | 06/04/2007 | DELPHI CORPORATION (05-44481) |

Total:        3                          $1,568,739.35

**In re Delphi Corporation, et al.**                          **Nineteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRECISION SOUTHEAST INC<br>4900 HWY 501 WEST<br>MYRTLE BEACH, SC 29578-1405 | 16605 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$81,198.75<br>$81,198.75 | 05/29/2007 | DELPHI CORPORATION<br>(05-44481) |

|  | **Total:** | **1** | **$81,198.75** |
|---|---|---|---|

In re Delphi Corporation, et al.                                                           Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14087**
Date Filed: 07/31/06
Docketed Total:   $109,872.00
Filing Creditor Name and Address
  3D SYSTEMS
  C O GENE FISCHER
  26081 AVE HALL
  VALENCIA CA 91355

Claim Holder Name and Address — Docketed Total $109,872.00
3D SYSTEMS
C O GENE FISCHER
26081 AVE HALL
VALENCIA CA 91355

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $109,872.00 |
| | | | $109,872.00 |

Modified Total $31,327.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,327.83 |
| | | | $31,327.83 |

---

**Claim: 3964**
Date Filed: 05/01/06
Docketed Total:   $12,566.40
Filing Creditor Name and Address
  AGAPE PLASTICS INC EFT
  O 11474 FIRST AVE NW
  GRAND RAPIDS MI 49544

Claim Holder Name and Address — Docketed Total $12,566.40
AGAPE PLASTICS INC EFT
O 11474 FIRST AVE NW
GRAND RAPIDS MI 49544

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,566.40 |
| | | | $12,566.40 |

Modified Total $12,566.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,566.40 |
| | | | $12,566.40 |

---

**Claim: 8395**
Date Filed: 06/22/06
Docketed Total:   $639,529.99
Filing Creditor Name and Address
  AGILENT TECHNOLOGIES INC
  PATRICK CAHILL
  3750 BROOKSIDE PARKWAY
  ALPHARETTA GA 30022

Claim Holder Name and Address — Docketed Total $639,529.99
AGILENT TECHNOLOGIES INC
PATRICK CAHILL
3750 BROOKSIDE PARKWAY
ALPHARETTA GA 30022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $639,529.99 |
| | | | $639,529.99 |

Modified Total $411,538.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $411,538.67 |
| | | | $411,538.67 |

---

**Claim: 9376**
Date Filed: 07/11/06
Docketed Total:   $20,135.31
Filing Creditor Name and Address
  AIM FABRICATION
  ATTN NATHALIE DUBUC
  9100 HENRI BOURASSA E
  MONTREAL QUEBEC  H1E 2S4
  CANADA

Claim Holder Name and Address — Docketed Total $20,135.31
AIM FABRICATION
ATTN NATHALIE DUBUC
9100 HENRI BOURASSA E
MONTREAL QUEBEC  H1E 2S4
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,135.31 |
| | | | $20,135.31 |

Modified Total $10,894.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,894.50 |
| | | | $10,894.50 |

---

*See Exhibit E for a listing of debtor entities by case number.                   Page:   1 of 36

In re Delphi Corporation, <u>et al</u>.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1651<br>Date Filed:01/24/06<br>Docketed Total:   $1,381.12<br>Filing Creditor Name and Address<br> AIR LIQUIDE AMERICA LP<br> ATTN GWENDOLYN YOUNG<br> SMITHHEART<br> 2700 POST OAK BLVD<br> HOUSTON TX 77056 | Claim Holder Name and Address<br>AIR LIQUIDE AMERICA LP<br>ATTN GWENDOLYN YOUNG<br>SMITHHEART<br>2700 POST OAK BLVD<br>HOUSTON TX 77056 | Docketed Total | | $1,381.12 | | Modified Total | | $1,324.42 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,381.12<br>$1,381.12 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$1,324.42<br>$1,324.42 |
| Claim: 2609<br>Date Filed:04/11/06<br>Docketed Total:   $27,316.10<br>Filing Creditor Name and Address<br> AIR LIQUIDE INDUSTRIAL US LP<br> ATTN GWENDOLYN YOUNG<br> SMITHHEART<br> 2700 POST OAK BLVD<br> HOUSTON TX 77056 | Claim Holder Name and Address<br>AIR LIQUIDE INDUSTRIAL US LP<br>ATTN GWENDOLYN YOUNG<br>SMITHHEART<br>2700 POST OAK BLVD<br>HOUSTON TX 77056 | Docketed Total | | $27,316.10 | | Modified Total | | $22,371.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,316.10<br>$27,316.10 | Case Number*<br>05-44482<br>05-44640 | Secured | Priority | Unsecured<br>$21,211.22<br>$1,160.00<br>$22,371.22 |
| Claim: 15234<br>Date Filed:07/31/06<br>Docketed Total:   $425,367.33<br>Filing Creditor Name and Address<br> AKZO NOBEL COATINGS INC<br> MICHELLE L MEISELMAN ESQ<br> 5555 SPALDING DR<br> NORCROSS GA 30092 | Claim Holder Name and Address<br>AKZO NOBEL COATINGS INC<br>MICHELLE L MEISELMAN ESQ<br>5555 SPALDING DR<br>NORCROSS GA 30092 | Docketed Total | | $425,367.33 | | Modified Total | | $369,629.76 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$425,367.33<br>$425,367.33 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$369,629.76<br>$369,629.76 |
| Claim: 6972<br>Date Filed:05/30/06<br>Docketed Total:   $40,658.32<br>Filing Creditor Name and Address<br> ALL AMERICAN SEMICONDUCTOR<br> 10805 HOLDER ST STE 100<br> CYPRESS CA 90630 | Claim Holder Name and Address<br>ALL AMERICAN SEMICONDUCTOR<br>10805 HOLDER ST STE 100<br>CYPRESS CA 90630 | Docketed Total | | $40,658.32 | | Modified Total | | $38,282.67 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$40,658.32<br>$40,658.32 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$38,282.67<br>$38,282.67 |

*See Exhibit E for a listing of debtor entities by case number.          Page:   2 of 36

In re Delphi Corporation, et al.                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11900<br>Date Filed:07/28/06<br>Docketed Total:   $32,498.64<br>Filing Creditor Name and Address<br>  AMETEK INC<br>  J GREGG MILLER ESQ<br>  3000 TWO LOGAN SQ 18TH & ARCH STREE<br>  PHILADELPHIA PA 19103 | Claim Holder Name and Address<br>AMETEK INC<br>J GREGG MILLER ESQ<br>3000 TWO LOGAN SQ 18TH & ARCH STREE<br>PHILADELPHIA PA 19103 | Docketed Total | | $32,498.64 | | Modified Total | | $25,375.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,498.64<br>$32,498.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,375.00<br>$25,375.00 |
| Claim: 11573<br>Date Filed:07/27/06<br>Docketed Total:   $165,938.35<br>Filing Creditor Name and Address<br>  AMPHENOL PRECISION CABLE MFG<br>  PO BOX 1448<br>  ROCKWALL TX 75087 | Claim Holder Name and Address<br>AMPHENOL PRECISION CABLE MFG<br>PO BOX 1448<br>ROCKWALL TX 75087 | Docketed Total | | $165,938.35 | | Modified Total | | $25,570.41 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$165,938.35<br>$165,938.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,570.41<br>$25,570.41 |
| Claim: 11577<br>Date Filed:07/27/06<br>Docketed Total:   $89,607.01<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF DEKALB METAL FINISHING<br>  ATTN DAVID S LEINWAND<br>  AS ASSIGNEE OF DEKALB METAL FINISHI<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $89,607.01 | | Modified Total | | $82,350.06 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$89,607.01<br><br>$89,607.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$82,350.06<br><br>$82,350.06 |
| Claim: 11576<br>Date Filed:07/27/06<br>Docketed Total:   $155,624.26<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF DYNAMIC TECHNOLOGY INC<br>  AS ASSIGNEE OF DYNAMIC TECHNOLOGY I<br>  ATTN DAVID S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $155,624.26 | | Modified Total | | $124,635.08 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$155,624.26 | Case Number*<br>05-44612 | Secured | Priority | Unsecured<br>$2,606.88 |
| | | | | | 05-44640 | | | $122,028.20 |
| | | | | $155,624.26 | | | | $124,635.08 |

In re Delphi Corporation, et al.                                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 10638<br>Date Filed:07/25/06<br>Docketed Total: $262,877.22<br>Filing Creditor Name and Address<br> APPLIED INDUSTRIAL TECHNOLOGIE<br> ATTN BETH ARVAI<br> ONE APPLIED PLAZA<br> CLEVELAND OH 44115-5056 | Claim Holder Name and Address   Docketed Total   $262,877.22<br>APPLIED INDUSTRIAL TECHNOLOGIE<br>ATTN BETH ARVAI<br>ONE APPLIED PLAZA<br>CLEVELAND OH 44115-5056 | | | | | | | | Modified Total   $210,171.57 | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $262,877.22<br>                                               $262,877.22 | | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $210,171.57<br>                                               $210,171.57 | | | | |
| Claim: 10631<br>Date Filed:07/25/06<br>Docketed Total: $192,374.01<br>Filing Creditor Name and Address<br> APPLIED INDUSTRIAL<br> TECHNOLOGIES & FOLLOWING<br> SUBSIDIARIES APP IN TECH TX LP<br> APPLIED MICHIGAN AND APPLIED I<br> BETH ARVAI<br> ONE APPLIED PLZ<br> E 36TH ST & EUDLID AVE<br> CLEVELAND OH 44115-5056 | Claim Holder Name and Address   Docketed Total   $192,374.01<br>APPLIED INDUSTRIAL TECHNOLOGIES &<br>FOLLOWING SUBSIDIARIES APP IN TECH<br>TX LP APPLIED MICHIGAN AND APPLIED<br>I<br>BETH ARVAI<br>ONE APPLIED PLZ<br>E 36TH ST & EUDLID AVE<br>CLEVELAND OH 44115-5056 | | | | | | | | Modified Total   $162,793.89 | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $192,374.01<br>                                               $192,374.01 | | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $162,793.89<br>                                               $162,793.89 | | | | |
| Claim: 10632<br>Date Filed:07/25/06<br>Docketed Total: $3,094.33<br>Filing Creditor Name and Address<br> APPLIED INDUSTRIAL<br> TECHNOLOGIES DIXIE INC<br> BETH ARVAI<br> ONE APPLIED PLZ<br> EAST 36TH ST & EUCLID AVE<br> CLEVELAND OH 44115-5056 | Claim Holder Name and Address   Docketed Total   $3,094.33<br>APPLIED INDUSTRIAL TECHNOLOGIES<br>DIXIE INC<br>BETH ARVAI<br>ONE APPLIED PLZ<br>EAST 36TH ST & EUCLID AVE<br>CLEVELAND OH 44115-5056 | | | | | | | | Modified Total   $2,631.20 | | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44626                                              $3,094.33<br>                                               $3,094.33 | | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $2,631.20<br>                                               $2,631.20 | | | | |

*See Exhibit E for a listing of debtor entities by case number.                    Page:   4 of 36

In re Delphi Corporation, et al.                                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12197<br>Date Filed:07/28/06<br>Docketed Total:   $135,298.72<br>Filing Creditor Name and Address<br> ARNOLD CENTER INC<br> CO SUSAN M COOK<br> LAMBERT LESER ISACKSON COOK &<br> GIUNT<br> 916 WASHINGTON AVE STE 309<br> BAY CITY MI 48708 | Claim Holder Name and Address   Docketed Total   $135,298.72<br>ARNOLD CENTER INC<br>CO SUSAN M COOK<br>LAMBERT LESER ISACKSON COOK &<br>GIUNT<br>916 WASHINGTON AVE STE 309<br>BAY CITY MI 48708 | | | | Modified Total   $77,516.26 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $135,298.72<br>$135,298.72 | 05-44640 | | | $77,516.26<br>$77,516.26 |
| Claim: 2166<br>Date Filed:03/01/06<br>Docketed Total:   $288,900.67<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> EVERETT CHARLES TECHNOLOGIES<br> ASM CAPITAL<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NY 11797 | Claim Holder Name and Address   Docketed Total   $288,900.67<br>ASM CAPITAL AS ASSIGNEE FOR EVERETT<br>CHARLES TECHNOLOGIES<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11797 | | | | Modified Total   $270,876.29 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $288,900.67<br>$288,900.67 | 05-44640 | | | $270,876.29<br>$270,876.29 |
| Claim: 2167<br>Date Filed:03/01/06<br>Docketed Total:   $272,579.43<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> UNIVERSAL INSTRUMENTS CORP<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NJ 11797 | Claim Holder Name and Address   Docketed Total   $272,579.43<br>ASM CAPITAL AS ASSIGNEE FOR<br>UNIVERSAL INSTRUMENTS CORP<br>7600 JERICHO TPKE STE 302<br>WOODBURY NJ 11797 | | | | Modified Total   $260,078.21 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $272,579.43<br>$272,579.43 | 05-44640 | | | $260,078.21<br>$260,078.21 |
| Claim: 7203<br>Date Filed:05/31/06<br>Docketed Total:   $10,695.33<br>Filing Creditor Name and Address<br> ATKINS & PEARCE INC<br> 1 BRAID WAY<br> COVINGTON KY 41017-9702 | Claim Holder Name and Address   Docketed Total   $10,695.33<br>ATKINS & PEARCE INC<br>1 BRAID WAY<br>COVINGTON KY 41017-9702 | | | | Modified Total   $2,280.91 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $10,695.33<br>$10,695.33 | 05-44640 | | | $2,280.91<br>$2,280.91 |

In re Delphi Corporation, et al.                                                                                  Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 7204<br>Date Filed: 05/31/06<br>Docketed Total:   $13,597.57<br>Filing Creditor Name and Address<br>  ATKINS & PEARCE INC<br>  1 BRAID WAY<br>  COVINGTON KY 41017-9702 | Claim Holder Name and Address<br>ATKINS & PEARCE INC<br>1 BRAID WAY<br>COVINGTON KY 41017-9702 | Docketed Total | $13,597.57 | | | Modified Total | | | $8,277.75 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $13,597.57<br>$13,597.57 | | 05-44640 | | | $8,277.75<br>$8,277.75 |
| Claim: 15671<br>Date Filed: 07/31/06<br>Docketed Total:   $1,621,059.30<br>Filing Creditor Name and Address<br>  ATS OHIO INC<br>  CARL GALLOWAY TREASURER<br>  250 ROYAL OAK RD<br>  CAMBRIDGE ON N3H 4R6<br>  CANADA | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $1,621,059.30 | | | Modified Total | | | $360,854.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,621,059.30<br>$1,621,059.30 | | 05-44640 | | | $360,854.30<br>$360,854.30 |
| Claim: 5233<br>Date Filed: 05/08/06<br>Docketed Total:   $1,425.00<br>Filing Creditor Name and Address<br>  AVERY DENNINSON VITAL<br>  AVERY DENNINSON CORPORATION<br>  IPO<br>  17700 FOLTZ IND PKWY<br>  STRONGSVILLE OH 44077 | Claim Holder Name and Address<br>AVERY DENNINSON VITAL<br>AVERY DENNINSON CORPORATION<br>IPO<br>17700 FOLTZ IND PKWY<br>STRONGSVILLE OH 44077 | Docketed Total | $1,425.00 | | | Modified Total | | | $1,425.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,425.00<br>$1,425.00 | | 05-44640 | | | $1,425.00<br>$1,425.00 |
| Claim: 14027<br>Date Filed: 07/31/06<br>Docketed Total:   $513,080.99<br>Filing Creditor Name and Address<br>  AXON CABLE INC<br>  THOMAS R FAWKES<br>  FREEBORN & PETERS LLP<br>  311 S WACKER DR STE 3000<br>  CHICAGO IL 60606 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>ATTN PEDRO RAMIREZ<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Docketed Total | $513,080.99 | | | Modified Total | | | $501,065.06 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $513,080.99<br>$513,080.99 | | 05-44640 | | | $501,065.06<br>$501,065.06 |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2056<br>Date Filed: 02/17/06<br>Docketed Total: $20,637.70<br>Filing Creditor Name and Address<br>BAJA TAPE & SUPPLY INC<br>12773 GRAND RIVER DR<br>EL PASO TX 79928 | Claim Holder Name and Address<br>BAJA TAPE & SUPPLY INC<br>12773 GRAND RIVER DR<br>EL PASO TX 79928 | Docketed Total | | $20,637.70 | | Modified Total | | $10,318.85 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,637.70<br>$20,637.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,318.85<br>$10,318.85 |
| Claim: 1570<br>Date Filed: 01/17/06<br>Docketed Total: $1,621.57<br>Filing Creditor Name and Address<br>BELLSOUTH TELECOMMUNICATIONS<br>INC<br>BELLSOUTH REGIONAL BANKRUPTCY<br>CENTE<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE FL 32202 | Claim Holder Name and Address<br>BELLSOUTH TELECOMMUNICATIONS INC<br>BELLSOUTH REGIONAL BANKRUPTCY<br>CENTE<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE FL 32202 | Docketed Total | | $1,621.57 | | Modified Total | | $1,429.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,621.57<br>$1,621.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,429.20<br>$1,429.20 |
| Claim: 9081<br>Date Filed: 07/06/06<br>Docketed Total: $72,359.49<br>Filing Creditor Name and Address<br>BENECKE KALIKO AG<br>DANIEL FELDEN<br>CONTINENTAL AG<br>STRAWINSKYLAAN 3111 6TH FL<br>AMSTERDAM 1077ZX<br>NETHERLANDS | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | | $72,359.49 | | Modified Total | | $10,679.26 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$72,359.49<br>$72,359.49 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,679.26<br>$10,679.26 |
| Claim: 145<br>Date Filed: 10/28/05<br>Docketed Total: $48,243.00<br>Filing Creditor Name and Address<br>BOOTH INC<br>PO BOX 487<br>MIO MI 48647 | Claim Holder Name and Address<br>BOOTH INC<br>PO BOX 487<br>MIO MI 48647 | Docketed Total | | $48,243.00 | | Modified Total | | $45,786.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$48,243.00<br>$48,243.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,786.00<br>$45,786.00 |

In re Delphi Corporation, <u>et al.</u>                                                                        Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6683<br>Date Filed:05/23/06<br>Docketed Total:   $43,850.88<br>Filing Creditor Name and Address<br> BOURNS INC<br> ATTN MARY RODGERS<br> 1200 COLUMBIA AVE<br> RIVERSIDE CA 92507 | Claim Holder Name and Address<br>BOURNS INC<br>ATTN MARY RODGERS<br>1200 COLUMBIA AVE<br>RIVERSIDE CA 92507 | Docketed Total | | $43,850.88 | | Modified Total | | $26,969.88 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$43,850.88<br>$43,850.88 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$26,969.88<br>$26,969.88 |
| Claim: 13882<br>Date Filed:07/31/06<br>Docketed Total:   $4,164.75<br>Filing Creditor Name and Address<br> BP PRODUCTS NORTH AMERICA INC<br> FUELS BUSINESS UNIT<br> ATTN TOM W STRATTAN<br> 28100 TORCH PKWY STE 300<br> WARRENVILLE IL 60555 | Claim Holder Name and Address<br>BP PRODUCTS NORTH AMERICA INC<br>FUELS BUSINESS UNIT<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE IL 60555 | Docketed Total | | $4,164.75 | | Modified Total | | $4,164.75 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,164.75<br>$4,164.75 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,164.75<br>$4,164.75 |
| Claim: 9808<br>Date Filed:07/17/06<br>Docketed Total:   $49,258.57<br>Filing Creditor Name and Address<br> BURNEX CORP<br> 703 W ALGONQUIN RD<br> ALGONQUIN IL 60102 | Claim Holder Name and Address<br>BURNEX CORP<br>703 W ALGONQUIN RD<br>ALGONQUIN IL 60102 | Docketed Total | | $49,258.57 | | Modified Total | | $21,206.64 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$49,258.57<br>$49,258.57 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$21,206.64<br>$21,206.64 |
| Claim: 1628<br>Date Filed:01/23/06<br>Docketed Total:   $14,003.86<br>Filing Creditor Name and Address<br> CALLANAN INDUSTRIES INC DBA<br> MANITOU CONCRETE COMPANY<br> WIEDMAN VAZZANA CORCORAN &<br> VOLTA PC<br> 5 S FITZHUGH ST<br> ROCHESTER NY 14614 | Claim Holder Name and Address<br>CALLANAN INDUSTRIES INC DBA MANITOU<br>CONCRETE COMPANY<br>WIEDMAN VAZZANA CORCORAN &<br>VOLTA PC<br>5 S FITZHUGH ST<br>ROCHESTER NY 14614 | Docketed Total | | $14,003.86 | | Modified Total | | $4,042.88 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$14,003.86<br>$14,003.86 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,042.88<br>$4,042.88 |

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7310<br>Date Filed:06/01/06<br>Docketed Total:   $789,854.35<br>Filing Creditor Name and Address<br> CARCLO TECHNICAL PLASTICS<br> ACCOUNTS PAYABLE<br> 600 DEPOT ST<br> LATROBE PA 15650 | Claim Holder Name and Address<br>CARCLO TECHNICAL PLASTICS<br>ACCOUNTS PAYABLE<br>600 DEPOT ST<br>LATROBE PA 15650 | Docketed Total | | $789,854.35 | | Modified Total | | $502,325.52 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$789,854.35<br>$789,854.35 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$502,325.52<br>$502,325.52 |
| Claim: 88<br>Date Filed:10/24/05<br>Docketed Total:   $5,813.57<br>Filing Creditor Name and Address<br> CDW COMPUTER CENTERS INC<br> CO RECEIVABLES MANAGEMENT<br> SERVICES<br> PO BOX 5126<br> TIMONIUM MD 21094 | Claim Holder Name and Address<br>CDW COMPUTER CENTERS INC<br>CO RECEIVABLES MANAGEMENT<br>SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | Docketed Total | | $5,813.57 | | Modified Total | | $3,335.24 |
| | _Case Number*_<br>05-44481 | _Secured_ | _Priority_ | _Unsecured_<br>$5,813.57<br>$5,813.57 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$3,335.24<br>$3,335.24 |
| Claim: 420<br>Date Filed:11/08/05<br>Docketed Total:   $14,748.55<br>Filing Creditor Name and Address<br> CDW COMPUTER CENTERS INC<br> CO RECEIVABLES MANAGEMENT<br> SERVICES<br> PO BOX 5126<br> TIMONIUM MD 21094 | Claim Holder Name and Address<br>CDW COMPUTER CENTERS INC<br>CO RECEIVABLES MANAGEMENT<br>SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | Docketed Total | | $14,748.55 | | Modified Total | | $8,964.94 |
| | _Case Number*_<br>05-44567 | _Secured_ | _Priority_ | _Unsecured_<br>$14,748.55<br>$14,748.55 | _Case Number*_<br>05-44567 | _Secured_ | _Priority_ | _Unsecured_<br>$8,964.94<br>$8,964.94 |
| Claim: 9681<br>Date Filed:07/17/06<br>Docketed Total:   $122,735.46<br>Filing Creditor Name and Address<br> CHEVRON PRODUCTS CO<br> PO BOX F<br> CONCORD CA 94524 | Claim Holder Name and Address<br>CHEVRON PRODUCTS CO<br>PO BOX F<br>CONCORD CA 94524 | Docketed Total | | $122,735.46 | | Modified Total | | $105,386.78 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$122,735.46<br>$122,735.46 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$105,386.78<br>$105,386.78 |

In re Delphi Corporation, <u>et</u> <u>al.</u>                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5086<br>Date Filed: 05/08/06<br>Docketed Total:  $7,831.58<br>Filing Creditor Name and Address<br>  CINGULAR WIRELESS<br>  BANKO<br>  PO BOX 309<br>  PORTLAND OR 97207-0309 | Claim Holder Name and Address<br>CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND OR 97207-0309 | Docketed Total | | $7,831.58 | | Modified Total | | $7,831.58 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $7,831.58<br>$7,831.58 | 05-44640 | | | $7,831.58<br>$7,831.58 |
| Claim: 9541<br>Date Filed: 07/14/06<br>Docketed Total:  $30,818.00<br>Filing Creditor Name and Address<br>  CIRCLE BROACH COMPANY INC<br>  38358 ABRUZZI DR<br>  WESTLAND MI 48185 | Claim Holder Name and Address<br>CIRCLE BROACH COMPANY INC<br>38358 ABRUZZI DR<br>WESTLAND MI 48185 | Docketed Total | | $30,818.00 | | Modified Total | | $30,818.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $30,818.00<br>$30,818.00 | $0.00 | 05-44640 | | | $30,818.00<br>$30,818.00 |
| Claim: 15602<br>Date Filed: 07/31/06<br>Docketed Total:  $48,145.89<br>Filing Creditor Name and Address<br>  CIT COMMUNICATIONS FINANCE<br>  CORPORATION DBA AVAYA<br>  FINANCIAL SERVICES FKA AT&T<br>  CREDIT CORPORATION<br>  CIT COMMUNICATIONS FINANCE<br>  CORP<br>  ATTN BANKRUPTCY DEPT<br>  1 CIT DR STE 4104A<br>  LIVINGSTON NJ 07039 | Claim Holder Name and Address<br>CIT COMMUNICATIONS FINANCE<br>CORPORATION DBA AVAYA FINANCIAL<br>SERVICES FKA AT&T CREDIT<br>CORPORATION<br>CIT COMMUNICATIONS FINANCE<br>CORP<br>ATTN BANKRUPTCY DEPT<br>1 CIT DR STE 4104A<br>LIVINGSTON NJ 07039 | Docketed Total | | $48,145.89 | | Modified Total | | $48,145.89 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44612 | | | $48,145.89<br>$48,145.89 | 05-44640 | | | $48,145.89<br>$48,145.89 |
| Claim: 712<br>Date Filed: 11/21/05<br>Docketed Total:  $9,554.69<br>Filing Creditor Name and Address<br>  COMPAGNIE DEUTSCH ORLEANS<br>  22 RUE DES CHAISES<br>  45142 ST JEAN DE LA RUELLE<br>  CEDEX<br><br>  FRANCE | Claim Holder Name and Address<br>COMPAGNIE DEUTSCH ORLEANS<br>22 RUE DES CHAISES<br>45142 ST JEAN DE LA RUELLE<br>CEDEX<br><br>FRANCE | Docketed Total | | $9,554.69 | | Modified Total | | $9,554.69 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $9,554.69<br>$9,554.69 | 05-44640 | | | $9,554.69<br>$9,554.69 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:   10 of 36

In re Delphi Corporation, et al.                                                        Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 7044**
Date Filed:05/30/06
Docketed Total:   $10,860.00
Filing Creditor Name and Address
 COMPONENT DISTRIBUTORS INC
 PO BOX 13017
 DENVER CO 80201-3017

Claim Holder Name and Address — COMPONENT DISTRIBUTORS INC, PO BOX 13017, DENVER CO 80201-3017 — Docketed Total $10,860.00 — Modified Total $7,240.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,860.00 | 05-44640 | | | $7,240.00 |
| | | | $10,860.00 | | | | $7,240.00 |

**Claim: 15379**
Date Filed:07/31/06
Docketed Total:   $617,204.24
Filing Creditor Name and Address
 COMPUTER PATENT ANNUITIES LP
 GILL DAVID ACCOUNTS RECEIVABLE
 MANA
 CPA HOUSE
 11 15 SEATON PLACE
 ST HELIER JERSEY   JE1 1BL
 CHANNEL ISLANDS

Claim Holder Name and Address — COMPUTER PATENT ANNUITIES LP, GILL DAVID ACCOUNTS RECEIVABLE MANA, CPA HOUSE, 11 15 SEATON PLACE, ST HELIER JERSEY   JE1 1BL, CHANNEL ISLANDS — Docketed Total $617,204.24 — Modified Total $602,481.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44554 | | | $617,204.24 | 05-44554 | | | $602,481.60 |
| | | | $617,204.24 | | | | $602,481.60 |

**Claim: 2530**
Date Filed:04/03/06
Docketed Total:   $2,956,707.11
Filing Creditor Name and Address
 CONSUMERS ENERGY COMPANY
 ATTN MICHAEL G WILSON P33263
 ONE ENERGY PLAZA
 JACKSON MI 49201

Claim Holder Name and Address — CONSUMERS ENERGY COMPANY, ATTN MICHAEL G WILSON P33263, ONE ENERGY PLAZA, JACKSON MI 49201 — Docketed Total $2,956,707.11 — Modified Total $42,993.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,956,707.11 | 05-44640 | | | $42,993.95 |
| | | | $2,956,707.11 | | | | $42,993.95 |

**Claim: 9109**
Date Filed:07/07/06
Docketed Total:   $1,254,290.43
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF BLISSFIELD
 MANUFACTURING COMPANY
 ATTN ALPA JIMENEZ
 411 WEST PUTNAM AVE
 STE 225
 GREENWICH CT 06830

Claim Holder Name and Address — CONTRARIAN FUNDS LLC AS ASSIGNEE OF BLISSFIELD MANUFACTURING COMPANY, ATTN ALPA JIMENEZ, 411 WEST PUTNAM AVE, STE 225, GREENWICH CT 06830 — Docketed Total $1,254,290.43 — Modified Total $1,253,185.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,254,290.43 | 05-44640 | | | $1,253,185.67 |
| | | | $1,254,290.43 | | | | $1,253,185.67 |

In re Delphi Corporation, et al.                                                         Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12667**
Date Filed: 07/28/06
Docketed Total:   $3,585,701.25
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF CEP PRODUCTS LLC
 FKA CARLISLE ENGINEERED
 PRODUCTS
 CONTRARIAN FUNDS LLC
 ATTN ALPA JIMENEZ
 411 WEST PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $3,585,701.25
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
CEP PRODUCTS LLC FKA CARLISLE
ENGINEERED PRODUCTS
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $2,682,447.14

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $3,585,701.25 | 05-44640 | | | $2,682,447.14 |
| | | | $3,585,701.25 | | | | $2,682,447.14 |

---

**Claim: 1211**
Date Filed: 12/19/05
Docketed Total:   $2,599.00
Filing Creditor Name and Address
 CROWLEY LINER SERVICES INC
 ATTN FINANCIAL SERVICES DEPT
 PO BOX 2110
 JACKSONVILLE FL 32203-2110

Claim Holder Name and Address    Docketed Total    $2,599.00
CROWLEY LINER SERVICES INC
ATTN FINANCIAL SERVICES DEPT
PO BOX 2110
JACKSONVILLE FL 32203-2110

Modified Total    $2,599.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,599.00 | 05-44640 | | | $2,599.00 |
| | | | $2,599.00 | | | | $2,599.00 |

---

**Claim: 16132**
Date Filed: 08/09/06
Docketed Total:   $22,475.50
Filing Creditor Name and Address
 CROWLEY TOOL CO
 190 MOLLY WALTON RD
 HENDERSONVILLE TN 37075

Claim Holder Name and Address    Docketed Total    $22,475.50
CROWLEY TOOL CO
190 MOLLY WALTON RD
HENDERSONVILLE TN 37075

Modified Total    $22,475.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $22,475.50 | 05-44640 | | | $22,475.50 |
| | | | $22,475.50 | | | | $22,475.50 |

---

**Claim: 10599**
Date Filed: 07/25/06
Docketed Total:   $46,506.23
Filing Creditor Name and Address
 CS BUSINESS SYSTEMS INC
 1236 MAIN ST
 BUFFALO NY 14209

Claim Holder Name and Address    Docketed Total    $46,506.23
CS BUSINESS SYSTEMS INC
1236 MAIN ST
BUFFALO NY 14209

Modified Total    $44,803.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $46,506.23 | 05-44640 | | | $44,803.23 |
| | | | $46,506.23 | | | | $44,803.23 |

*See Exhibit E for a listing of debtor entities by case number.          Page:   12 of 36

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 1183**<br>Date Filed:12/19/05<br>Docketed Total:   $5,555.00<br>Filing Creditor Name and Address<br> DAYTON ICE MACHINE INC<br> 3463 SUCCESSFUL WY<br> DAYTON OH 45414 | Claim Holder Name and Address<br>DAYTON ICE MACHINE INC<br>3463 SUCCESSFUL WY<br>DAYTON OH 45414 | Docketed Total | | $5,555.00 | | Modified Total | | $5,555.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,555.00<br>$5,555.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,555.00<br>$5,555.00 |
| **Claim: 5723**<br>Date Filed:05/12/06<br>Docketed Total:   $11,422.93<br>Filing Creditor Name and Address<br> DC COATERS INC<br> 550 W INDUSTRIAL DR<br> TIPTON IN 46072 | Claim Holder Name and Address<br>DC COATERS INC<br>550 W INDUSTRIAL DR<br>TIPTON IN 46072 | Docketed Total | | $11,422.93 | | Modified Total | | $4,254.37 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,422.93<br>$11,422.93 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,254.37<br>$4,254.37 |
| **Claim: 10149**<br>Date Filed:07/21/06<br>Docketed Total:   $80,378.48<br>Filing Creditor Name and Address<br> DEKKO TECHNOLOGIES INC<br> C O MARTIN E SEIFERT ESQ<br> HALLER & COLVIN PC<br> 444 E MAIN ST<br> FORT WAYNE IN 46802 | Claim Holder Name and Address<br>DEKKO TECHNOLOGIES INC<br>C O MARTIN E SEIFERT ESQ<br>HALLER & COLVIN PC<br>444 E MAIN ST<br>FORT WAYNE IN 46802 | Docketed Total | | $80,378.48 | | Modified Total | | $80,378.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$80,378.48<br>$80,378.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$80,378.48<br>$80,378.48 |
| **Claim: 10284**<br>Date Filed:07/24/06<br>Docketed Total:   $22,268.60<br>Filing Creditor Name and Address<br> DEMAG PLASTICS GROUP CORP<br> ATTN KAREN FREEMAN<br> 11792 ALAMEDA DR<br> STRONGSVILLE OH 44149 | Claim Holder Name and Address<br>DEMAG PLASTICS GROUP CORP<br>ATTN KAREN FREEMAN<br>11792 ALAMEDA DR<br>STRONGSVILLE OH 44149 | Docketed Total | | $22,268.60 | | Modified Total | | $9,596.80 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,268.60<br>$22,268.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,596.80<br>$9,596.80 |

In re Delphi Corporation, et al.                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5108<br>Date Filed:05/08/06<br>Docketed Total:  $14,586.67<br>Filing Creditor Name and Address<br> DEWITT ROSS & STEVENS SC<br> ATTY STEPHEN A DITULLIO<br> 2 E MIFFLIN ST STE 600<br> MADISON WI 53703 | Claim Holder Name and Address<br>DEWITT ROSS & STEVENS SC<br>ATTY STEPHEN A DITULLIO<br>2 E MIFFLIN ST STE 600<br>MADISON WI 53703 | Docketed Total | | $14,586.67 | | Modified Total | | $14,586.67 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,586.67<br>$14,586.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,586.67<br>$14,586.67 |
| Claim: 116<br>Date Filed:10/25/05<br>Docketed Total:  $289,004.91<br>Filing Creditor Name and Address<br> DRAKA AUTOMOTIVE GMBH<br> DICKESTR 23<br> WUPPERTAL  D 42369<br> GERMANY | Claim Holder Name and Address<br>DRAKA AUTOMOTIVE GMBH<br>DICKESTR 23<br>WUPPERTAL  D 42369<br>GERMANY | Docketed Total | | $289,004.91 | | Modified Total | | $330,559.89 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$289,004.91<br>$289,004.91 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$330,559.89<br>$330,559.89 |
| Claim: 2319<br>Date Filed:03/16/06<br>Docketed Total:  $2,448.00<br>Filing Creditor Name and Address<br> DRAKE MANUFACTURING SERVICES<br> INC<br> 4371 N LEAVITT RD<br> WARREN OH 44485 | Claim Holder Name and Address<br>DRAKE MANUFACTURING SERVICES INC<br>4371 N LEAVITT RD<br>WARREN OH 44485 | Docketed Total | | $2,448.00 | | Modified Total | | $2,448.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,448.00<br>$2,448.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,448.00<br>$2,448.00 |
| Claim: 1220<br>Date Filed:12/19/05<br>Docketed Total:  $18,479.84<br>Filing Creditor Name and Address<br> DRAPER CHEVROLET CO<br> 4200 BAY RD<br> PO BOX 2139<br> SAGINAW MI 48603 | Claim Holder Name and Address<br>DRAPER CHEVROLET CO<br>4200 BAY RD<br>PO BOX 2139<br>SAGINAW MI 48603 | Docketed Total | | $18,479.84 | | Modified Total | | $18,436.43 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$18,479.84<br>$18,479.84 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,436.43<br>$18,436.43 |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2761<br>Date Filed:04/25/06<br>Docketed Total:   $221,546.49<br>Filing Creditor Name and Address<br> DTE ENERGY (DETROIT EDISON &<br> MICHCON)<br> 3200 HOBSON ST LOWER LEVEL<br> DETROIT MI 48201-2927 | Claim Holder Name and Address<br>DTE ENERGY (DETROIT EDISON &<br>MICHCON)<br>3200 HOBSON ST LOWER LEVEL<br>DETROIT MI 48201-2927 | Docketed Total | $221,546.49 | | Modified Total | | $216,969.48 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured** <br>$221,546.49<br>$221,546.49 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$216,969.48<br>$216,969.48 |
| Claim: 2901<br>Date Filed:04/27/06<br>Docketed Total:   $16,138.00<br>Filing Creditor Name and Address<br> DYNALENE HEAT TRANSFER FLUIDS<br> PO BOX A<br> COPLAY PA 18037 | Claim Holder Name and Address<br>DYNALENE HEAT TRANSFER FLUIDS<br>PO BOX A<br>COPLAY PA 18037 | Docketed Total | $16,138.00 | | Modified Total | | $15,018.00 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured** <br>$16,138.00<br>$16,138.00 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$15,018.00<br>$15,018.00 |
| Claim: 3951<br>Date Filed:05/01/06<br>Docketed Total:   $21,055.17<br>Filing Creditor Name and Address<br> EDWARDS MEDICAL SUPPLY INC EFT<br> PO BOX 1639<br> BOLINGBROOK IL 60440 | Claim Holder Name and Address<br>EDWARDS MEDICAL SUPPLY INC EFT<br>PO BOX 1639<br>BOLINGBROOK IL 60440 | Docketed Total | $21,055.17 | | Modified Total | | $9,676.11 |
| | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$21,055.17<br>$21,055.17 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$9,676.11<br>$9,676.11 |
| Claim: 432<br>Date Filed:11/08/05<br>Docketed Total:   $155,995.20<br>Filing Creditor Name and Address<br> ELKHART PRODUCTS CORPORATION<br> 1255 OAK ST<br> PO BOX 1008<br> ELKHART IN 46515 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | $155,995.20 | | Modified Total | | $138,545.28 |
| | **Case Number\*** <br>05-44481 | **Secured** | **Priority** | **Unsecured** <br>$155,995.20<br>$155,995.20 | **Case Number\*** <br>05-44640 | **Secured** | **Priority** | **Unsecured** <br>$138,545.28<br>$138,545.28 |

\*See Exhibit E for a listing of debtor entities by case number.                    Page:   15 of 36

In re Delphi Corporation, et al.                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15511<br>Date Filed:07/31/06<br>Docketed Total: $184,306.40<br>Filing Creditor Name and Address<br> EMPRESAS CA LE TIAXCALA SA DE<br> CV<br> STEPHEN BOBO<br> SACHNOFF & WEAVER LTD<br> 10 S WACKER DR STE 4000<br> CHICAGO IL 60606 | Claim Holder Name and Address    Docketed Total    $184,306.40<br>EMPRESAS CA LE TIAXCALA SA DE CV<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO IL 60606 | | | | Modified Total    $64,346.40 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $184,306.40 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $64,346.40 | | | |
| | | | | $184,306.40 | | | | $64,346.40 |
| Claim: 182<br>Date Filed:10/28/05<br>Docketed Total: $21,460.00<br>Filing Creditor Name and Address<br> ENMARK TOOL & GAGE CO INC<br> 18100 CROSS LANE<br> FRASER MI 48026 | Claim Holder Name and Address    Docketed Total    $21,460.00<br>KT TRUST<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | | | | Modified Total    $21,460.00 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $21,460.00<br>                                                       $21,460.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $21,460.00<br>                                                       $21,460.00 | | | |
| Claim: 15032<br>Date Filed:07/31/06<br>Docketed Total: $1,840,554.00<br>Filing Creditor Name and Address<br> EQ HERITAGE LLC<br> C O SCOTT A WOLFSON ESQ<br> HONIGMAN MILLER SCHWARTZ &<br> COHN LLP<br> 2290 FIRST NATIONAL BUILDING<br> 660 WOODWARD AVE<br> DETROIT MI 48226 | Claim Holder Name and Address    Docketed Total    $1,839,554.00<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | | | Modified Total    $1,014,281.00 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640    $867,780.00              $971,774.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $1,014,281.00 | | | |
| | | $867,780.00 | | $971,774.00 | | | | $1,014,281.00 |
| | Claim Holder Name and Address    Docketed Total    $1,000.00<br>EQ HERITAGE LLC<br>C O SCOTT A WOLFSON ESQ<br>HONIGMAN MILLER SCHWARTZ &<br>COHN LLP<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVE<br>DETROIT MI 48226 | | | | Modified Total    $0.00 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640    $0.00                    $1,000.00 | | | | Case Number*    Secured    Priority    Unsecured | | | |

*See Exhibit E for a listing of debtor entities by case number.                Page:   16 of 36

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15032 (Continued) | | |
| | | |
| Claim: 1543<br>Date Filed:01/17/06<br>Docketed Total:   $204,771.15<br>Filing Creditor Name and Address<br> EXPORT DEVELOPMENT CANADA EDC<br> EDC<br> 151 O CONNOR ST 18TH FLR<br> OTTAWA ON KIA IK3<br> CANADA | Claim Holder Name and Address    Docketed Total       $204,771.15<br>EXPORT DEVELOPMENT CANADA EDC<br>EDC<br>151 O CONNOR ST 18TH FLR<br>OTTAWA ON KIA IK3<br>CANADA<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44481                                      $204,771.15<br>                                              $204,771.15 | Modified Total     $187,324.48<br><br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                      $187,324.48<br>                                              $187,324.48 |
| Claim: 12232<br>Date Filed:07/28/06<br>Docketed Total:   $31,230.88<br>Filing Creditor Name and Address<br> FANUC ROBOTICS AMERICA INC<br> ATTN LEGAL M VALLIERES<br> 3900 W HAMLIN RD<br> ROCHESTER HILLS MI 48309-3253 | Claim Holder Name and Address    Docketed Total       $31,230.88<br>FANUC ROBOTICS AMERICA INC<br>ATTN LEGAL M VALLIERES<br>3900 W HAMLIN RD<br>ROCHESTER HILLS MI 48309-3253<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44481                                       $31,230.88<br>                                               $31,230.88 | Modified Total      $31,230.88<br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                       $31,230.88<br>                                               $31,230.88 |
| Claim: 7476<br>Date Filed:06/05/06<br>Docketed Total:   $17,775.69<br>Filing Creditor Name and Address<br> GOLDSMITH TR AND SON INC<br> CUST SERVICE<br> ANN MARIE STENGEL<br> 16 PEUQUET PKY<br> TONAWANDA NY 14150-2413 | Claim Holder Name and Address    Docketed Total       $17,775.69<br>GOLDSMITH TR AND SON INC<br>CUST SERVICE<br>ANN MARIE STENGEL<br>16 PEUQUET PKY<br>TONAWANDA NY 14150-2413<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44481                                       $17,775.69<br>                                               $17,775.69 | Modified Total      $17,538.35<br><br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                       $17,538.35<br>                                               $17,538.35 |
| Claim: 4294<br>Date Filed:05/01/06<br>Docketed Total:   $1,415.04<br>Filing Creditor Name and Address<br> GREAT LAKES POWER LIFT INC<br> 7455 TYLER BLVD<br> MENTOR OH 44060 | Claim Holder Name and Address    Docketed Total        $1,415.04<br>GREAT LAKES POWER LIFT INC<br>7455 TYLER BLVD<br>MENTOR OH 44060<br><br>Case Number*     Secured      Priority       Unsecured<br>05-44481                                        $1,415.04<br>                                                $1,415.04 | Modified Total       $1,415.04<br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                        $1,415.04<br>                                                $1,415.04 |

In re Delphi Corporation, et al.                                                                              Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3780<br>Date Filed:05/01/06<br>Docketed Total:   $576.26<br>Filing Creditor Name and Address<br> HOBART SALES AND SERVICE<br> DAN<br> 181 INDUSTRIAL PKWY<br> MANSFIELD OH 44903 | Claim Holder Name and Address<br>HOBART SALES AND SERVICE<br>DAN<br>181 INDUSTRIAL PKWY<br>MANSFIELD OH 44903 | Docketed Total | | $576.26 | | Modified Total | | $576.26 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$576.26<br>$576.26 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$576.26<br>$576.26 |
| Claim: 8718<br>Date Filed:06/28/06<br>Docketed Total:   $234,631.11<br>Filing Creditor Name and Address<br> HOWARD & HOWARD ATTORNEYS P C<br> LISA S GRETCHKO ESQ<br> 39400 WOODWARD AVE STE 101<br> BLOOMFIELD HILLS MI 48304-5151 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $234,631.11 | | Modified Total | | $234,354.86 |
| | Case Number*<br>05-44554 | Secured<br>$1,346.50<br>$1,346.50 | Priority | Unsecured<br>$233,284.61<br>$233,284.61 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$234,354.86<br>$234,354.86 |
| Claim: 15220<br>Date Filed:07/31/06<br>Docketed Total:   $321,256.00<br>Filing Creditor Name and Address<br> HUTCHINSON SEAL CORPORATION<br> C O HUTCHINSON CORPORATION<br> PO BOX 1886<br> GRAND RAPIDS MI 49501 | Claim Holder Name and Address<br>HUTCHINSON SEAL CORPORATION<br>C O HUTCHINSON CORPORATION<br>PO BOX 1886<br>GRAND RAPIDS MI 49501 | Docketed Total | | $321,256.00 | | Modified Total | | $201,945.43 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$321,256.00<br>$321,256.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$201,945.43<br>$201,945.43 |
| Claim: 15341<br>Date Filed:07/31/06<br>Docketed Total:   $15,304.24<br>Filing Creditor Name and Address<br> HYDRO ELLAY ENFIELD LIMITED<br> ENGLAND<br> FRED WILLIAMS FINANCE DIRECTOR<br> JOSEPH NOBLE RD<br> LILLYHALL INDUSTRIAL EST<br> WORKINGTON CUMBRIA  CA14 4JX<br> UNITED KINGDOM | Claim Holder Name and Address<br>HYDRO ELLAY ENFIELD LIMITED ENGLAND<br>FRED WILLIAMS FINANCE DIRECTOR<br>JOSEPH NOBLE RD<br>LILLYHALL INDUSTRIAL EST<br>WORKINGTON CUMBRIA  CA14 4JX<br>UNITED KINGDOM | Docketed Total | | $15,304.24 | | Modified Total | | $6,196.24 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,304.24<br><br>$15,304.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,196.24<br><br>$6,196.24 |

*See Exhibit E for a listing of debtor entities by case number.          Page:   18 of 36

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 680<br>Date Filed:11/18/05<br>Docketed Total:  $514,319.83<br>Filing Creditor Name and Address<br> IBM CORPORATION<br> B H SHIDELER<br> TWO LINCOLN CTR<br> OAKBROOK TER IL 60181 | Claim Holder Name and Address<br>IBM CORPORATION<br>B H SHIDELER<br>TWO LINCOLN CTR<br>OAKBROOK TER IL 60181 | Docketed Total | | $514,319.83 | | Modified Total | | $438,719.83 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $514,319.83 | 05-44567<br>05-44612<br>05-44624<br>05-44640 | | | $15,863.77<br>$399,988.40<br>$90.61<br>$22,777.05 |
| | | | | $514,319.83 | | | | $438,719.83 |
| Claim: 2203<br>Date Filed:03/07/06<br>Docketed Total:  $4,196.78<br>Filing Creditor Name and Address<br> ICS CUSTOMS SERVICE INC<br> 1099 MORSE AVE<br> ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br>ICS CUSTOMS SERVICE INC<br>1099 MORSE AVE<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | | $4,196.78 | | Modified Total | | $3,890.01 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $1,057.66 | $3,139.12 | 05-44640 | | | $3,890.01 |
| | | | $1,057.66 | $3,139.12 | | | | $3,890.01 |
| Claim: 10279<br>Date Filed:07/24/06<br>Docketed Total:  $1,456,361.79<br>Filing Creditor Name and Address<br> INTEGRATED SILICON SOLUTION EF<br> INC<br> 2231 LAWSON LN<br> SANTA CLARA CA 95054 | Claim Holder Name and Address<br>INTEGRATED SILICON SOLUTION EF INC<br>2231 LAWSON LN<br>SANTA CLARA CA 95054 | Docketed Total | | $1,456,361.79 | | Modified Total | | $1,398,447.10 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $1,456,361.79 | 05-44640 | | | $1,398,447.10 |
| | | | | $1,456,361.79 | | | | $1,398,447.10 |
| Claim: 5404<br>Date Filed:05/09/06<br>Docketed Total:  $429,262.62<br>Filing Creditor Name and Address<br> JADA PRECISION PLASTICS CO EFT<br> INC<br> 1667 EMERSON ST<br> ROCHESTER NY 14606 | Claim Holder Name and Address<br>JADA PRECISION PLASTICS CO EFT INC<br>1667 EMERSON ST<br>ROCHESTER NY 14606 | Docketed Total | | $429,262.62 | | Modified Total | | $420,062.84 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $429,262.62 | 05-44640 | | | $420,062.84 |
| | | | | $429,262.62 | | | | $420,062.84 |

\*See Exhibit E for a listing of debtor entities by case number.            Page:  19 of 36

In re Delphi Corporation, et al.                                                              Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 14915<br>Date Filed: 07/31/06<br>Docketed Total:  $468,786.87<br>Filing Creditor Name and Address<br> JAMESTOWN CONTAINER CORP<br> SPECIALTY PRODUCTS DIV<br> 2345 WALDEN AVE<br> BUFFALO NY 14225 | Claim Holder Name and Address   Docketed Total   $468,786.87<br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108 | | | | | Modified Total   $407,193.80 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>$468,786.87<br>$468,786.87 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$407,193.80<br>$407,193.80 |
| | 05-44481 | | | | | | | |
| Claim: 15982<br>Date Filed: 08/09/06<br>Docketed Total:  $181,540.86<br>Filing Creditor Name and Address<br> KENMODE TOOL & ENGR INC EFT<br> 820 W ALGONQUIN RD<br> ALGONQUIN IL 60102 | Claim Holder Name and Address   Docketed Total   $181,540.86<br>KENMODE TOOL & ENGR INC EFT<br>820 W ALGONQUIN RD<br>ALGONQUIN IL 60102 | | | | | Modified Total   $161,180.85 | |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$181,540.86<br>$181,540.86 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$161,180.85<br>$161,180.85 |
| Claim: 10184<br>Date Filed: 07/21/06<br>Docketed Total:  $193,926.15<br>Filing Creditor Name and Address<br> KEYSTONE INDUSTRIES LTD<br> 2501 THUNDERHAWK CT<br> DAYTON OH 45414 | Claim Holder Name and Address   Docketed Total   $193,926.15<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | | | | | Modified Total   $183,132.59 | |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$193,926.15<br>$193,926.15 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$183,132.59<br>$183,132.59 |
| Claim: 10593<br>Date Filed: 07/25/06<br>Docketed Total:  $44,876.00<br>Filing Creditor Name and Address<br> KIEFEL TECHNOLOGIES INC<br> 5 MERRILL INDUSTRIAL DR<br> HAMPTON NH 03842 | Claim Holder Name and Address   Docketed Total   $44,876.00<br>KIEFEL TECHNOLOGIES INC<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON NH 03842 | | | | | Modified Total   $22,368.04 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>$44,876.00<br>$44,876.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$22,368.04<br>$22,368.04 |
| | 05-44640 | | | | | | | |

*See Exhibit E for a listing of debtor entities by case number.          Page:   20 of 36

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3641<br>Date Filed:05/01/06<br>Docketed Total:  $3,140.80<br>Filing Creditor Name and Address<br>  KORTEN QUALITY SYSTEMS LIMITED<br>  PO BOX 454<br>  ROMEO MI 48065 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES FUND<br>LLC<br>6143 S WILLOW DR STE 200<br>GREENWOOD VILLAGE CO 80111 | Docketed Total | | $3,140.80 | | | | Modified Total | $2,675.25 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,140.80<br>$3,140.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,675.25<br>$2,675.25 |
| Claim: 2895<br>Date Filed:04/27/06<br>Docketed Total:  $14,399.78<br>Filing Creditor Name and Address<br>  LDMI<br>  ANN ARBOR CREDIT BUREAU<br>  311 N MAIN ST<br>  BOX 7820<br>  ANN ARBOR MI 48107 | Claim Holder Name and Address<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $14,399.78 | | | | Modified Total | $9,022.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,399.78<br><br>$14,399.78 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,022.00<br><br>$9,022.00 |
| Claim: 1178<br>Date Filed:12/16/05<br>Docketed Total:  $116,317.23<br>Filing Creditor Name and Address<br>  LE JOINT FRANCAIS<br>  CA SCE CONTENTIEUX<br>  17 RUE ANDRE BUILLE BP700<br>  CHATTELLERAULT CEDEX  86107<br>  FRANCE | Claim Holder Name and Address<br>LE JOINT FRANCAIS<br>CA SCE CONTENTIEUX<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX  86107<br>FRANCE | Docketed Total | | $116,317.23 | | | | Modified Total | $58,805.98 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$116,317.23<br>$116,317.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$58,805.98<br>$58,805.98 |
| Claim: 1179<br>Date Filed:12/16/05<br>Docketed Total:  $57,976.00<br>Filing Creditor Name and Address<br>  LE JOINT FRANCAIS<br>  CA SCE CONTENTIEUX<br>  17 RUE ANDRE BUILLE BP700<br>  CHATTELLERAULT CEDEX  86107<br>  FRANCE | Claim Holder Name and Address<br>LE JOINT FRANCAIS<br>CA SCE CONTENTIEUX<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX  86107<br>FRANCE | Docketed Total | | $57,976.00 | | | | Modified Total | $40,176.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$57,976.00<br>$57,976.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,176.00<br>$40,176.00 |

In re Delphi Corporation, <u>et</u> <u>al.</u>                                                                                     Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 635<br>Date Filed:11/17/05<br>Docketed Total:   $3,100.00<br>Filing Creditor Name and Address<br> M & S SPRING CO INC<br>  34137 DOREKA DR<br>  FRASER MI 48026 | Claim Holder Name and Address<br>M & S SPRING CO INC<br>34137 DOREKA DR<br>FRASER MI 48026 | Docketed Total | | $3,100.00 | | Modified Total | | $3,100.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,100.00<br>$3,100.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,100.00<br>$3,100.00 |
| Claim: 6450<br>Date Filed:05/22/06<br>Docketed Total:   $130,697.79<br>Filing Creditor Name and Address<br> MAGID GLOVE & SAFETY MFG CO<br> LLC<br>  2060 N KOLMAR AVE<br>  CHICAGO IL 60639 | Claim Holder Name and Address<br>MAGID GLOVE & SAFETY MFG CO LLC<br>2060 N KOLMAR AVE<br>CHICAGO IL 60639 | Docketed Total | | $130,697.79 | | Modified Total | | $130,697.79 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$100,407.40<br><br>$100,407.40 | <u>Priority</u> | <u>Unsecured</u><br>$30,290.39<br><br>$30,290.39 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$130,697.79<br><br>$130,697.79 |
| Claim: 12162<br>Date Filed:07/28/06<br>Docketed Total:   $89,372.32<br>Filing Creditor Name and Address<br> MARQUARDT SWITCHES INC<br> ATTN RODNEY MAYETTE<br>  2711 ROUTE 20 E<br>  CASENOVIA NY 13035 | Claim Holder Name and Address<br>MARQUARDT SWITCHES INC<br>ATTN RODNEY MAYETTE<br>2711 ROUTE 20 E<br>CASENOVIA NY 13035 | Docketed Total | | $89,372.32 | | Modified Total | | $78,154.17 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$89,372.32<br>$89,372.32 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$78,154.17<br>$78,154.17 |
| Claim: 936<br>Date Filed:11/29/05<br>Docketed Total:   $768.52<br>Filing Creditor Name and Address<br> MATHESON TRIGAS INC<br>  6225 N STATE HWY 161 STE 200<br>  IRVING TX 75038 | Claim Holder Name and Address<br>MATHESON TRIGAS INC<br>6225 N STATE HWY 161 STE 200<br>IRVING TX 75038 | Docketed Total | | $768.52 | | Modified Total | | $133.26 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$768.52<br>$768.52 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$133.26<br>$133.26 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:   22 of 36

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5306<br>Date Filed:05/08/06<br>Docketed Total:  $53,842.15<br>Filing Creditor Name and Address<br> MATSUO ELECTRONICS OF AMERICA<br> 2134 MAIN ST STE 100<br> HUNTINGTON BEACH CA 92648 | Claim Holder Name and Address<br>MATSUO ELECTRONICS OF AMERICA<br>2134 MAIN ST STE 100<br>HUNTINGTON BEACH CA 92648 | Docketed Total | | $53,842.15 | | Modified Total | | $44,574.85 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$53,842.15<br>$53,842.15 | **Case Number\***<br>05-44610<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$9,416.25<br>$35,158.60<br>$44,574.85 |
| Claim: 9652<br>Date Filed:07/17/06<br>Docketed Total:  $1,243,150.59<br>Filing Creditor Name and Address<br> MEANS INDUSTRIES INC<br> C O MICHAEL YETNIKOFF<br> SCHIFF HARDIN LLP<br> 6600 SEARS TOWER<br> CHICAGO IL 60606 | Claim Holder Name and Address<br>MEANS INDUSTRIES INC<br>C O MICHAEL YETNIKOFF<br>SCHIFF HARDIN LLP<br>6600 SEARS TOWER<br>CHICAGO IL 60606 | Docketed Total | | $1,243,150.59 | | Modified Total | | $681,145.20 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,243,150.59<br>$1,243,150.59 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$681,145.20<br>$681,145.20 |
| Claim: 1748<br>Date Filed:02/02/06<br>Docketed Total:  $72,097.93<br>Filing Creditor Name and Address<br> MICHIGAN RUBBER PRODUCTS INC<br> 1200 EIGHTH AVE<br> CADILLAC MI 49601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $72,097.93 | | Modified Total | | $48,704.49 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$72,097.93<br>$72,097.93 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$48,704.49<br>$48,704.49 |
| Claim: 10008<br>Date Filed:07/20/06<br>Docketed Total:  $714,233.39<br>Filing Creditor Name and Address<br> MITTAL STEEL USA INC FKA ISPAT<br> INLAND STEEL<br> FRANK FALLUCCA CREDIT MANAGER<br> 1 S DEARBORN<br> CHICAGO IL 60603 | Claim Holder Name and Address<br>MITTAL STEEL USA INC FKA ISPAT<br>INLAND STEEL<br>FRANK FALLUCCA CREDIT MANAGER<br>1 S DEARBORN<br>CHICAGO IL 60603 | Docketed Total | | $714,233.39 | | Modified Total | | $238,077.39 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$714,233.39<br>$714,233.39 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$238,077.39<br>$238,077.39 |

In re Delphi Corporation, <u>et al.</u>                                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2779<br>Date Filed:04/26/06<br>Docketed Total:  $67,031.00<br>Filing Creditor Name and Address<br> MOLDING CONCEPTS<br>  MARK MIES<br>  6700 SIMS<br>  STERLING HEIGHTS MI 48313-3727 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $67,031.00 | | Modified Total | | $64,031.00 |
| | <u>Case Number*</u><br>05-44567 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$67,031.00 | <u>Case Number*</u><br>05-44567 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$64,031.00 |
| | | | | $67,031.00 | | | | $64,031.00 |
| Claim: 6764<br>Date Filed:05/24/06<br>Docketed Total:  $467,395.85<br>Filing Creditor Name and Address<br> MORAT GEAR TECHNOLOGY INC K N<br> A IMS GEAR INC<br> ATTN BARBARA ELLIS MONRO<br> SMITH GAMBRELL & RUSSELL LLP<br> 1230 PEACHTREE ST NE STE 3100<br> ATLANTA GA 30309 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $467,395.85 | | Modified Total | | $453,438.26 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$51,768.59 | <u>Priority</u> | <u>Unsecured</u><br>$415,627.26 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$453,438.26 |
| | | $51,768.59 | | $415,627.26 | | | | $453,438.26 |
| Claim: 1512<br>Date Filed:01/11/06<br>Docketed Total:  $8,859.49<br>Filing Creditor Name and Address<br> MOSIER AUTOMATION INC<br> BLEECKER BRODEY & ANDREWS<br> 9247 N MERIDIAN ST STE 200<br> INDIANAPOLIS IN 46260 | Claim Holder Name and Address<br>MOSIER AUTOMATION INC<br>BLEECKER BRODEY & ANDREWS<br>9247 N MERIDIAN ST STE 200<br>INDIANAPOLIS IN 46260 | Docketed Total | | $8,859.49 | | Modified Total | | $3,861.29 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$8,859.49 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,861.29 |
| | | $8,859.49 | | | | | | $3,861.29 |
| Claim: 4303<br>Date Filed:05/01/06<br>Docketed Total:  $2,679.95<br>Filing Creditor Name and Address<br> MSJ TRUCKING INC<br> 1118 HWY 84 EAST<br> OPP AL 36467 | Claim Holder Name and Address<br>MSJ TRUCKING INC<br>1118 HWY 84 EAST<br>OPP AL 36467 | Docketed Total | | $2,679.95 | | Modified Total | | $2,679.95 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,679.95 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,679.95 |
| | | | | $2,679.95 | | | | $2,679.95 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:   24  of  36

In re Delphi Corporation, <u>et al.</u>                                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 7563<br>Date Filed:06/06/06<br>Docketed Total:   $47,094.44<br>Filing Creditor Name and Address<br> ORTHODYNE ELECTRONICS CORP<br> 16700 RED HILL AVE<br> IRVINE CA 92606-4802 | Claim Holder Name and Address<br>ORTHODYNE ELECTRONICS CORP<br>16700 RED HILL AVE<br>IRVINE CA 92606-4802 | Docketed Total | $47,094.44 | | Modified Total | | $46,524.44 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$47,094.44<br>$47,094.44 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$46,524.44<br>$46,524.44 |
| Claim: 1134<br>Date Filed:12/13/05<br>Docketed Total:   $73,142.59<br>Filing Creditor Name and Address<br> PACKAGING ENGINEERING LLC<br> 2620 CENTENNIAL RD SUITES<br> TOLEDO OH 43617 | Claim Holder Name and Address<br>PACKAGING ENGINEERING LLC<br>2620 CENTENNIAL RD SUITES<br>TOLEDO OH 43617 | Docketed Total | $73,142.59 | | Modified Total | | $58,765.09 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$73,142.59<br><br>$73,142.59 | **Case Number\***<br>05-44482<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$5,946.60<br>$52,818.49<br>$58,765.09 |
| Claim: 16376<br>Date Filed:10/20/06<br>Docketed Total:   $590,769.00<br>Filing Creditor Name and Address<br> PANASONIC ELECTRIC WORKS CORP<br> OF AMERICA FKA AROMAT CORP<br> 629 CENTRAL AVE<br> NEW PROVIDENCE NJ 07974 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $590,769.00 | | Modified Total | | $574,127.00 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$590,769.00<br>$590,769.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$574,127.00<br>$574,127.00 |
| Claim: 13459<br>Date Filed:07/25/06<br>Docketed Total:   $370,568.92<br>Filing Creditor Name and Address<br> PAR FOAM PRODUCTS INC<br> 239 VAN RENSSELAER ST<br> BUFFALO NY 14210 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | Docketed Total | $370,568.92 | | Modified Total | | $361,682.12 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$370,568.92<br>$370,568.92 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$361,682.12<br>$361,682.12 |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

### Claim 7229

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7229<br>Date Filed:05/31/06<br>Docketed Total:  $58,733.72<br>Filing Creditor Name and Address<br> PAUL HASTINGS JANOFSKY AND<br> WALKER LLP<br> 515 S FLOWER ST 25TH FL<br> LOS ANGELES CA 90071-2371 | Claim Holder Name and Address<br>PAUL HASTINGS JANOFSKY AND WALKER LLP<br>515 S FLOWER ST 25TH FL<br>LOS ANGELES CA 90071-2371 | Docketed Total | $58,733.72 | | | Modified Total | | $57,957.92 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $58,733.72 | 05-44554<br>05-44567<br>05-44624<br>05-44640 | | | $6,170.81<br>$814.06<br>$690.00<br>$50,283.05 |
| | | | | $58,733.72 | | | | $57,957.92 |

### Claim 2548

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2548<br>Date Filed:04/04/06<br>Docketed Total:  $562,192.18<br>Filing Creditor Name and Address<br> PBR AUSTRALIA PTY LTD<br> ATTN PETER VALENTINE<br> PO BOX 176<br> BENTLEIGH E VI 3165<br> AUSTRALIA | Claim Holder Name and Address<br>PBR AUSTRALIA PTY LTD<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165<br>AUSTRALIA | Docketed Total | $223,390.20 | | | Modified Total | | $39,766.37 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $223,390.20 | 05-44640 | | | $39,766.37 |
| | | | | $223,390.20 | | | | $39,766.37 |
| | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>ATTN AL DOMBROWSKI<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK NY 10004 | Docketed Total | $338,801.98 | | | Modified Total | | $338,801.98 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $338,801.98 | 05-44640 | | | $338,801.98 |
| | | | | $338,801.98 | | | | $338,801.98 |

In re Delphi Corporation, <u>et al.</u>                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 2548 (Continued)** | | |
| Claim: 3997<br>Date Filed: 05/01/06<br>Docketed Total: $29,291.56<br>Filing Creditor Name and Address<br>  PEERLESS STEEL COMPANY INC<br>  2450 AUSTIN AVE<br>  TROY MI 48083-2030 | Claim Holder Name and Address      Docketed Total      $29,291.56<br>PEERLESS STEEL COMPANY INC<br>2450 AUSTIN AVE<br>TROY MI 48083-2030<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $29,291.56<br>                                                  $29,291.56 | Modified Total      $25,472.23<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $25,472.23<br>                                                  $25,472.23 |
| Claim: 11446<br>Date Filed: 07/27/06<br>Docketed Total: $39,944.00<br>Filing Creditor Name and Address<br>  PETERSON TOOL CO<br>  739 FESSLERS LN<br>  NASHVILLE TN 37210 | Claim Holder Name and Address      Docketed Total      $39,944.00<br>PETERSON TOOL CO<br>739 FESSLERS LN<br>NASHVILLE TN 37210<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $39,944.00<br>                                                  $39,944.00 | Modified Total      $13,301.00<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $13,301.00<br>                                                  $13,301.00 |
| Claim: 2173<br>Date Filed: 03/03/06<br>Docketed Total: $550,320.80<br>Filing Creditor Name and Address<br>  PIC PRODUCTIVITY IMPROVEMENT<br>  CTR<br>  ATTN CATHY BURGESS<br>  199 WENTWORTH ST E<br>  OSHAWA ON L1H 3V6<br>  CANADA | Claim Holder Name and Address      Docketed Total      $550,320.80<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $550,320.80<br><br>                                                  $550,320.80 | Modified Total      $355,828.83<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $355,828.83<br><br>                                                  $355,828.83 |
| Claim: 16602<br>Date Filed: 05/15/07<br>Docketed Total: $16,679.09<br>Filing Creditor Name and Address<br>  PRECISION HARNESS INC EFT<br>  340 TRANSFER DR STE A<br>  INDIANAPOLIS IN 46214 | Claim Holder Name and Address      Docketed Total      $16,679.09<br>PRECISION HARNESS INC EFT<br>340 TRANSFER DR STE A<br>INDIANAPOLIS IN 46214<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $16,679.09<br>                                                  $16,679.09 | Modified Total      $16,283.76<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $16,283.76<br>                                                  $16,283.76 |

In re Delphi Corporation, et al.                                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 9957**
Date Filed: 07/19/06
Docketed Total:  $43,229.50
Filing Creditor Name and Address
  PREMACARE
  TERJE HEISELDAL VENTURE DEPT
  ODDEN 1 MAILBOX 115
  GRIMSTAD  4891
  NORWAY

| Claim Holder Name and Address | Docketed Total | $43,229.50 |
|---|---|---|
| PREMACARE | | |
| TERJE HEISELDAL VENTURE DEPT | | |
| ODDEN 1 MAILBOX 115 | | |
| GRIMSTAD  4891 | | |
| NORWAY | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44529 | | | $43,229.50 |
| | | | $43,229.50 |

| | Modified Total | $18,456.85 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $18,456.85 |
| | | | $18,456.85 |

---

**Claim: 10624**
Date Filed: 07/25/06
Docketed Total:  $511,659.39
Filing Creditor Name and Address
  QUANEX CORP
  ATTN S J PROVIC
  MACSTEEL
  ONE JACKSON SQ STE 500
  JACKSON MI 49201

| Claim Holder Name and Address | Docketed Total | $511,659.39 |
|---|---|---|
| QUANEX CORP | | |
| ATTN S J PROVIC | | |
| MACSTEEL | | |
| ONE JACKSON SQ STE 500 | | |
| JACKSON MI 49201 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $511,659.39 |
| | | | $511,659.39 |

| | Modified Total | $127,914.39 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $127,914.39 |
| | | | $127,914.39 |

---

**Claim: 833**
Date Filed: 11/23/05
Docketed Total:  $9,352.72
Filing Creditor Name and Address
  RAITHEL & CO GMBH
  GOETHESTRASSE 6
  WEISSENSTADT  95163
  GERMANY

| Claim Holder Name and Address | Docketed Total | $9,352.72 |
|---|---|---|
| RAITHEL & CO GMBH | | |
| GOETHESTRASSE 6 | | |
| WEISSENSTADT  95163 | | |
| GERMANY | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,352.72 |
| | | | $9,352.72 |

| | Modified Total | $5,288.78 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,288.78 |
| | | | $5,288.78 |

---

**Claim: 10194**
Date Filed: 07/21/06
Docketed Total:  $15,361.12
Filing Creditor Name and Address
  RB & W CORPORATION EFT
  5190 BRADCO BLVD
  MISSISSAUGA ON L4W 1G7
  CANADA

| Claim Holder Name and Address | Docketed Total | $15,361.12 |
|---|---|---|
| RB & W CORPORATION EFT | | |
| 5190 BRADCO BLVD | | |
| MISSISSAUGA ON L4W 1G7 | | |
| CANADA | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,361.12 |
| | | | $15,361.12 |

| | Modified Total | $13,051.04 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,051.04 |
| | | | $13,051.04 |

---

*See Exhibit E for a listing of debtor entities by case number.           Page:   28 of 36

In re Delphi Corporation, <u>et al.</u>                                                                 Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2243<br>Date Filed:03/10/06<br>Docketed Total:  $50,107.99<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR LOWRY HOLDING<br> COMPANY INC DBA LOWRY COMPUTER<br> PRODUCTS<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address   Docketed Total     $50,107.99<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR LOWRY HOLDING COMPANY INC DBA<br>LOWRY COMPUTER PRODUCTS<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | | | | Modified Total     $45,943.30 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $50,107.99 | 05-44640 | | | $45,943.30 |
| | | | | $50,107.99 | | | | $45,943.30 |
| Claim: 8862<br>Date Filed:06/30/06<br>Docketed Total:   $724,499.86<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR MPS GROUP<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address   Docketed Total     $724,499.86<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR MPS GROUP<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | | | | Modified Total     $716,457.80 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $724,499.86 | 05-44640 | | | $716,457.80 |
| | | | | $724,499.86 | | | | $716,457.80 |
| Claim: 15030<br>Date Filed:07/27/06<br>Docketed Total:   $31,425.99<br>Filing Creditor Name and Address<br> SAEGERTOWN MANUFACTURING CORP<br> ATTN SHARON M DUNN<br> SAEGERTON MFG CORP<br> ONE CRAWFORD ST<br> PO BOX 828<br> SAEGERTOWN PA 16433 | Claim Holder Name and Address   Docketed Total     $31,425.99<br>SAEGERTOWN MANUFACTURING CORP<br>ATTN SHARON M DUNN<br>SAEGERTOWN MFG CORP<br>ONE CRAWFORD ST<br>PO BOX 828<br>SAEGERTOWN PA 16433 | | | | Modified Total     $31,425.99 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $31,425.99 | 05-44640 | | | $31,425.99 |
| | | | | $31,425.99 | | | | $31,425.99 |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11263<br>Date Filed:07/27/06<br>Docketed Total:  $8,031.02<br>Filing Creditor Name and Address<br> SAEGERTOWN MANUFACTURING<br> CORPORATION<br> ATTN SHARON M DUNN<br> ONE CRAWFORD ST<br> PO BOX 828<br> SAEGERTOWN PA 16433 | Claim Holder Name and Address<br>SAEGERTOWN MANUFACTURING<br>CORPORATION<br>ATTN SHARON M DUNN<br>ONE CRAWFORD ST<br>PO BOX 828<br>SAEGERTOWN PA 16433 | Docketed Total | | $8,031.02 | | Modified Total | | $8,031.02 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $8,031.02<br>$8,031.02 | 05-44640 | | | $8,031.02<br>$8,031.02 |
| Claim: 5907<br>Date Filed:05/16/06<br>Docketed Total:  $64,430.50<br>Filing Creditor Name and Address<br> SCHAEFFLER KG<br> SCHAEFFLER ACCOUNTING SERVICES<br> GEORG SCHAFER STR 30<br> SCHWEINFURT  97421<br> GERMANY | Claim Holder Name and Address<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT  97421<br>GERMANY | Docketed Total | | $64,430.50 | | Modified Total | | $9,452.04 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $64,430.50<br>$64,430.50 | 05-44640 | | | $9,452.04<br>$9,452.04 |
| Claim: 3293<br>Date Filed:04/28/06<br>Docketed Total:  $33,851.52<br>Filing Creditor Name and Address<br> SEALED AIR CORPORATION<br> WILLIAM SANCHEZ<br> 19440 ARENTH AVE<br> CITY OF INDUSTRY CA 91748 | Claim Holder Name and Address<br>SEALED AIR CORPORATION<br>WILLIAM SANCHEZ<br>19440 ARENTH AVE<br>CITY OF INDUSTRY CA 91748 | Docketed Total | | $33,851.52 | | Modified Total | | $8,727.25 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $33,851.52<br>$33,851.52 | 05-44640 | | | $8,727.25<br>$8,727.25 |
| Claim: 2274<br>Date Filed:03/13/06<br>Docketed Total:  $222,238.45<br>Filing Creditor Name and Address<br> SHERWIN WILLIAMS AUTOMOTIVE<br> FINISHES CORP<br> 4440 WARRENSVILLE CENTER RD<br> WARRENSVILLE HEIGHTS OH 44128 | Claim Holder Name and Address<br>SHERWIN WILLIAMS AUTOMOTIVE<br>FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS OH 44128 | Docketed Total | | $222,238.45 | | Modified Total | | $112,748.03 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $222,238.45<br>$222,238.45 | 05-44640 | | | $112,748.03<br>$112,748.03 |

In re Delphi Corporation, et al.                                                  Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15692<br>Date Filed:07/31/06<br>Docketed Total:  $12,209.13<br>Filing Creditor Name and Address<br> SIEMENS BULDING TECHNOLOGIES<br> INC<br> LAUREN NEWMAN<br> FAGELHABER LLC<br> 55 E MONROE ST 40TH FL<br> CHICAGO IL 60603 | Claim Holder Name and Address    Docketed Total    $12,209.13<br>SIEMENS BULDING TECHNOLOGIES INC<br>LAUREN NEWMAN<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO IL 60603<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640<br>                            $12,209.13 | Modified Total    $5,506.56<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $5,506.56<br>                                            $5,506.56 |
| Claim: 8674<br>Date Filed:06/27/06<br>Docketed Total:   $416,511.60<br>Filing Creditor Name and Address<br> SIEMENS ENERGY & AUTOMATION<br> INC SUCCESSOR BY WAY OF MERGER<br> TO SIEMENS LOGISTICS &<br> ASSEMBLY SYSTEMS INC<br> C O ELIZABETH L GUNN ESQ<br> MCGUIRE WOODS LLP<br> ONE JAMES CENTER<br> 901 E CARY ST<br> RICHMOND VA 23219 | Claim Holder Name and Address    Docketed Total    $416,511.60<br>SIEMENS ENERGY & AUTOMATION INC<br>SUCCESSOR BY WAY OF MERGER TO<br>SIEMENS LOGISTICS & ASSEMBLY<br>SYSTEMS INC<br>C O ELIZABETH L GUNN ESQ<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND VA 23219<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $416,511.60<br>                                            $416,511.60 | Modified Total    $338,318.55<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $338,318.55<br>                                            $338,318.55 |
| Claim: 1726<br>Date Filed:01/31/06<br>Docketed Total:   $5,849.70<br>Filing Creditor Name and Address<br> SIERRA INTERNATIONAL INC<br> 155 SOUTH  LIMERICK RD<br> LIMERICK PA 19468-1699 | Claim Holder Name and Address    Docketed Total    $5,849.70<br>BEAR STEARNS INVESTMENT PRODUCTS<br>INC<br>ATTN LAURA L TORRADO<br>383 MADISON AVE<br>NEW YORK NY 10179<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640           $629.00                $5,220.70<br>                   $629.00                $5,220.70 | Modified Total    $3,333.70<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $3,333.70<br>                                            $3,333.70 |

In re Delphi Corporation, <u>et</u> <u>al.</u>                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14669<br>Date Filed:07/31/06<br>Docketed Total:  $216,301.71<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE DYNAMIC CORPORATION<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $216,301.71<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>DYNAMIC CORPORATION ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total    $204,762.78 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$216,301.71<br>_____<br>$216,301.71 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$204,762.78<br>_____<br>$204,762.78 |
| Claim: 14688<br>Date Filed:07/31/06<br>Docketed Total:   $11,218.89<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE ENGEL MACHINERY INC<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $11,218.89<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>ENGEL MACHINERY INC ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total    $10,488.14 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$11,218.89<br>_____<br>$11,218.89 | <u>Case Number*</u><br>05-44624<br><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$892.50<br><br>$9,595.64<br>_____<br>$10,488.14 |
| Claim: 11615<br>Date Filed:07/27/06<br>Docketed Total:   $12,665.01<br>Filing Creditor Name and Address<br> SMK ELECTRONICS CORP USA<br> 1055 TIERRA DEL REY<br> CHULA VISTA CA 91910 | Claim Holder Name and Address    Docketed Total    $12,665.01<br>SMK ELECTRONICS CORP USA<br>1055 TIERRA DEL REY<br>CHULA VISTA CA 91910 | | | | | | | Modified Total    $1,155.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$12,665.01<br>_____<br>$12,665.01 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,155.00<br>_____<br>$1,155.00 |
| Claim: 5856<br>Date Filed:05/15/06<br>Docketed Total:   $226,825.26<br>Filing Creditor Name and Address<br> SUPPLY SOLUTION INC ITS<br> SUCCESSOR TRADEBEAM INC<br> ATTN GENERAL COUNSEL<br> TRADEBEAM INC<br> TWO WATERS PARK DR STE 200<br> SAN MATEO CA 94403 | Claim Holder Name and Address    Docketed Total    $226,825.26<br>SUPPLY SOLUTION INC ITS SUCCESSOR<br>TRADEBEAM INC<br>ATTN GENERAL COUNSEL<br>TRADEBEAM INC<br>TWO WATERS PARK DR STE 200<br>SAN MATEO CA 94403 | | | | | | | Modified Total    $226,825.26 |
| | <u>Case Number*</u><br>05-44567 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$226,825.26<br>_____<br>$226,825.26 | <u>Case Number*</u><br>05-44567<br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,399.26<br>$222,426.00<br>_____<br>$226,825.26 |

*See Exhibit E for a listing of debtor entities by case number.            Page:   32 of 36

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7180<br>Date Filed:05/31/06<br>Docketed Total:   $1,458.32<br>Filing Creditor Name and Address<br> TAPESWITCH CORP OF AMERICA<br> 100 SCHMITT BLVD<br> FARMINGDALE NY 11735 | Claim Holder Name and Address<br>TAPESWITCH CORP OF AMERICA<br>100 SCHMITT BLVD<br>FARMINGDALE NY 11735 | Docketed Total | | $1,458.32 | | Modified Total | | $1,458.32 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,458.32<br>$1,458.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,458.32<br>$1,458.32 |
| Claim: 2563<br>Date Filed:04/05/06<br>Docketed Total:   $92,338.09<br>Filing Creditor Name and Address<br> THE CROWN GROUP INCORPORATED<br> 2111 WALTER REUTHER DR<br> WARREN MI 48091 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $92,338.09 | | Modified Total | | $84,558.77 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$92,338.09<br>$92,338.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$84,558.77<br>$84,558.77 |
| Claim: 16555<br>Date Filed:02/26/07<br>Docketed Total:   $48,067.68<br>Filing Creditor Name and Address<br> THE FURUKAWA ELECTRIC CO LTD<br> CO PENN AYERS BUTLER ESQ<br> SQUIRE SANDERS & DEMPSEY LLP<br> 600 HANSEN WY<br> PALO ALTO CA 94304-1043 | Claim Holder Name and Address<br>THE FURUKAWA ELECTRIC CO LTD<br>CO PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO CA 94304-1043 | Docketed Total | | $48,067.68 | | Modified Total | | $32,356.14 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,067.68<br>$48,067.68 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,356.14<br>$32,356.14 |
| Claim: 6613<br>Date Filed:05/22/06<br>Docketed Total:   $40,360.73<br>Filing Creditor Name and Address<br> THERMALEX INC<br> 2758 GUNTER PK DR W<br> MONTGOMERY AL 36109 | Claim Holder Name and Address<br>THERMALEX INC<br>2758 GUNTER PK DR W<br>MONTGOMERY AL 36109 | Docketed Total | | $40,360.73 | | Modified Total | | $31,118.59 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,360.73<br>$40,360.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,118.59<br>$31,118.59 |

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8523**
Date Filed:06/26/06
Docketed Total:  $56,537.23
Filing Creditor Name and Address
 TWIN CORPORATION
 DENNIS M HALEY P14538
 WINEGARDEN HALEY LINDHOLM &
 ROBERTS
 G 9460 S SAGINAW ST STE A
 GRAND BLANC MI 48439

Claim Holder Name and Address
TWIN CORPORATION
DENNIS M HALEY P14538
WINEGARDEN HALEY LINDHOLM &
ROBERTS
G 9460 S SAGINAW ST STE A
GRAND BLANC MI 48439    Docketed Total    $56,537.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,537.23 |
| | | | $56,537.23 |

Modified Total    $26,554.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,368.00 |
| 05-44640 | | | $25,186.67 |
| | | | $26,554.67 |

---

**Claim: 12396**
Date Filed:07/28/06
Docketed Total:  $148,325.65
Filing Creditor Name and Address
 TYZ ALL PLASTICS INC
 BETTY BALLIM PRESIDENT
 120 EXPRESS ST STE 1
 PLAINVIEW NY 11803

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019    Docketed Total    $148,325.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,325.65 |
| | | | $148,325.65 |

Modified Total    $143,989.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,989.26 |
| | | | $143,989.26 |

---

**Claim: 1744**
Date Filed:02/01/06
Docketed Total:  $70,521.92
Filing Creditor Name and Address
 UNITED ELECTRONICS CORP
 5321 N PEARL ST
 ROSEMONT IL 60018

Claim Holder Name and Address
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT IL 60018    Docketed Total    $70,521.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $70,521.92 |
| | | | $70,521.92 |

Modified Total    $64,403.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $64,403.80 |
| | | | $64,403.80 |

---

**Claim: 8657**
Date Filed:06/27/06
Docketed Total:  $399,548.00
Filing Creditor Name and Address
 UNITED STATES STEEL CORP
 US STEEL AUTOMOTIVE CTR
 5850 NEW KING CT
 TROY MI 48098

Claim Holder Name and Address
UNITED STATES STEEL CORP
US STEEL AUTOMOTIVE CTR
5850 NEW KING CT
TROY MI 48098    Docketed Total    $399,548.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $399,548.00 |
| | | | $399,548.00 |

Modified Total    $32,760.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,760.10 |
| | | | $32,760.10 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1098<br>Date Filed:12/09/05<br>Docketed Total:  $54,912.75<br>Filing Creditor Name and Address<br> UNIVERSAL METAL PRODUCTS INC<br> 29980 LAKELAND BLVD<br> PO BOX 130<br> WICKLIFFE OH 44092-0130 | Claim Holder Name and Address   Docketed Total   $54,912.75<br>UNIVERSAL METAL PRODUCTS INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE OH 44092-0130<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $54,912.75<br>                                          $54,912.75 | Modified Total   $47,481.64<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $47,481.64<br>                                          $47,481.64 |
| Claim: 2069<br>Date Filed:02/21/06<br>Docketed Total:   $14,704.15<br>Filing Creditor Name and Address<br> UNIVERSAL METAL PRODUCTS INC<br> 29980 LAKELAND BLVD<br> PO BOX 130<br> WICKLIFFE OH 44092-0130 | Claim Holder Name and Address   Docketed Total   $14,704.15<br>UNIVERSAL METAL PRODUCTS INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE OH 44092-0130<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $14,704.15<br>                                          $14,704.15 | Modified Total   $14,704.15<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $14,704.15<br>                                          $14,704.15 |
| Claim: 16249<br>Date Filed:08/22/06<br>Docketed Total:   $79,765.09<br>Filing Creditor Name and Address<br> VALIANT TOOL & MOLD INC<br> C O KEVIN L LARIN<br> KERR RUSSELL & WEBER PLC<br> 500 WOODWORD AVE STE 2500<br> DETROIT MI 48226 | Claim Holder Name and Address   Docketed Total   $79,765.09<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $77,637.34          $2,127.75<br>           $77,637.34          $2,127.75 | Modified Total   $65,985.78<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $65,985.78<br>                                          $65,985.78 |
| Claim: 1760<br>Date Filed:02/03/06<br>Docketed Total:   $1,215.00<br>Filing Creditor Name and Address<br> WHITESIDE COMMUNICATION<br> MANAGEMENT<br> ATTN LISA WHITESIDE<br> 1938 BURDETTE<br> FERNDALE MI 48220 | Claim Holder Name and Address   Docketed Total   $1,215.00<br>WHITESIDE COMMUNICATION MANAGEMENT<br>ATTN LISA WHITESIDE<br>1938 BURDETTE<br>FERNDALE MI 48220<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $1,215.00<br>                                          $1,215.00 | Modified Total   $1,215.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $1,215.00<br>                                          $1,215.00 |

*See Exhibit E for a listing of debtor entities by case number.          Page:   35 of 36

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7652<br>Date Filed:06/08/06<br>Docketed Total:   $61,254.66<br>Filing Creditor Name and Address<br> WILLOW HILL INDUSTRIES LLC<br> 37611 EUCLID AVE<br> WILLOUGHBY OH 44094-5923 | Claim Holder Name and Address    Docketed Total    $61,254.66<br>WILLOW HILL INDUSTRIES LLC<br>37611 EUCLID AVE<br>WILLOUGHBY OH 44094-5923 | | | | Modified Total    $49,792.47 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $61,254.66<br>                                              $61,254.66 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $49,792.47<br>                                              $49,792.47 | | | |
| Claim: 9528<br>Date Filed:07/14/06<br>Docketed Total:   $33,270.43<br>Filing Creditor Name and Address<br> WIX FILTRATION PRODUCTS EUROPE<br> LTD FKA DANA SPICER EUROPE LTD<br> WIX FILTRATION PRODUCTS EUROPE<br> LTD<br> C O AFFINIA GROUP INC<br> ATTN C MENDELJIAN<br> 1101 TECHNOLOGY DR 100<br> ANN ARBOR MI 48108 | Claim Holder Name and Address    Docketed Total    $33,270.43<br>WIX FILTRATION PRODUCTS EUROPE LTD<br>FKA DANA SPICER EUROPE LTD<br>WIX FILTRATION PRODUCTS EUROPE<br>LTD<br>C O AFFINIA GROUP INC<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR MI 48108 | | | | Modified Total    $30,470.47 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $33,270.43<br>                                              $33,270.43 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $30,470.47<br>                                              $30,470.47 | | | |
| Claim: 9043<br>Date Filed:07/05/06<br>Docketed Total:   $11,002.13<br>Filing Creditor Name and Address<br> XPEDX<br> MAC<br> 4510 READING RD<br> PO BOX 29460<br> CINCINNATI OH 45229-0460 | Claim Holder Name and Address    Docketed Total    $11,002.13<br>XPEDX<br>MAC<br>4510 READING RD<br>PO BOX 29460<br>CINCINNATI OH 45229-0460 | | | | Modified Total    $9,291.53 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $11,002.13<br>                                              $11,002.13 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $9,291.53<br>                                               $9,291.53 | | | |
| Claim: 4293<br>Date Filed:05/01/06<br>Docketed Total:   $98,455.53<br>Filing Creditor Name and Address<br> XPEDX A DIV OF INTL PAPER<br> ATTN RAY H WHITMORE<br> 1059 W RIDGE RD<br> ROCHESTER NY 14615 | Claim Holder Name and Address    Docketed Total    $98,455.53<br>XPEDX A DIV OF INTL PAPER<br>ATTN RAY H WHITMORE<br>1059 W RIDGE RD<br>ROCHESTER NY 14615 | | | | Modified Total    $98,455.53 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $98,455.53<br>                                              $98,455.53 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $98,455.53<br>                                              $98,455.53 | | | |

                                                                    Total Count of Claims:  138
                                                                    Total Amount as Docketed:     $31,052,199.84
                                                                    Total Amount as Modified:     $20,544,981.48

*See Exhibit E for a listing of debtor entities by case number.                    Page:   36 of 36

In re Delphi Corporation, <u>et</u> <u>al.</u>                                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 1267<br>Date Filed:12/23/05<br>Docketed Total:  $16,528.09<br>Filing Creditor Name and Address<br> ANGELINA COUNTY<br> JOHN P DILLMAN<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> PO BOX 3064<br> HOUSTON TX 77253-3064 | Claim Holder Name and Address<br>ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | Docketed Total | $16,528.09 | | Modified Total | | $12,679.09 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$16,528.09<br>$16,528.09 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$12,679.09<br>$12,679.09 | <u>Priority</u> | <u>Unsecured</u> |
| Claim: 7106<br>Date Filed:05/30/06<br>Docketed Total:  $151.44<br>Filing Creditor Name and Address<br> BARTHOLOMEW COUNTY IN<br> BARTHOLOMEW COUNTY TREASURER<br> PO BOX 1986<br> COLUMBUS IN 47202 | Claim Holder Name and Address<br>BARTHOLOMEW COUNTY IN<br>BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS IN 47202 | Docketed Total | $151.44 | | Modified Total | | $131.48 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$151.44<br>$151.44 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u><br>$131.48<br>$131.48 | <u>Unsecured</u> |
| Claim: 1288<br>Date Filed:12/27/05<br>Docketed Total:  $18,673.95<br>Filing Creditor Name and Address<br> BEXAR COUNTY<br> DAVID G AELVOET<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 711 NAVARRO STE 300<br> SAN ANTONIO TX 78205 | Claim Holder Name and Address<br>BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | Docketed Total | $18,673.95 | | Modified Total | | $14,325.22 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$18,673.95<br>$18,673.95 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$14,325.22<br>$14,325.22 | <u>Priority</u> | <u>Unsecured</u> |
| Claim: 1282<br>Date Filed:12/27/05<br>Docketed Total:  $3,675.75<br>Filing Creditor Name and Address<br> BROWNSVILLE ISD<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 SOUTH IH 35<br> PO BOX 17428-7428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>BROWNSVILLE ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35<br>PO BOX 17428-7428<br>AUSTIN TX 78760-7428 | Docketed Total | $3,675.75 | | Modified Total | | $2,819.75 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$3,675.75<br>$3,675.75 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$2,819.75<br>$2,819.75 | <u>Priority</u> | <u>Unsecured</u> |

*See Exhibit E for a listing of debtor entities by case number.                    Page:   1 of 10

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 14187**
Date Filed: 07/25/06
Docketed Total:  $199,010.90
Filing Creditor Name and Address
  CAMERON COUNTY
  DIANE W SANDERS
  LINEBARGER GOGGAN BLAIR &
  SAMPSON L
  1949 SOUTH IH 35 78741
  PO BOX 17428
  AUSTIN TX 78760-7428

Claim Holder Name and Address
CAMERON COUNTY
DIANE W SANDERS
LINEBARGER GOGGAN BLAIR &
SAMPSON L
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN TX 78760-7428

Docketed Total    $199,010.90

Modified Total    $165,698.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $199,010.90 | | | 05-44640 | $165,698.73 | | |
| | $199,010.90 | | | | $165,698.73 | | |

**Claim: 2003**
Date Filed: 02/14/06
Docketed Total:   $8,872.60
Filing Creditor Name and Address
  CARROLLTON FARMERS BRANCH
  INDEPENDENT SCHOOL DISTRICT
  C O ANDREA SHEEHAN
  LAW OFFICES OF ROBERT E LUNA
  PC
  4411 N CENTRAL EXPRESSWAY
  DALLAS TX 75205

Claim Holder Name and Address
CARROLLTON FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
C O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E LUNA
PC
4411 N CENTRAL EXPRESSWAY
DALLAS TX 75205

Docketed Total    $8,872.60

Modified Total    $6,806.38

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $8,872.60 | | | 05-44640 | $6,806.38 | | |
| | $8,872.60 | | | | $6,806.38 | | |

**Claim: 2005**
Date Filed: 02/14/06
Docketed Total:   $356.05
Filing Creditor Name and Address
  CARROLLTON FARMERS BRANCH
  INDEPENDENT SCHOOL DISTRICT
  C O ANDREA SHEEHAN
  LAW OFFICES OF ROBERT E LUNA
  PC
  4411 N CENTRAL EXPRESSWAY
  DALLAS TX 75205

Claim Holder Name and Address
CARROLLTON FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
C O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E LUNA
PC
4411 N CENTRAL EXPRESSWAY
DALLAS TX 75205

Docketed Total    $356.05

Modified Total    $273.13

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $356.05 | | | 05-44640 | $273.13 | | |
| | $356.05 | | | | $273.13 | | |

In re Delphi Corporation, et al.                                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 1289<br>Date Filed:12/27/05<br>Docketed Total:   $268,433.18<br>Filing Creditor Name and Address<br>  CITY OF EL PASO<br>  DAVID G AELVOET<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  711 NAVARRO STE 300<br>  SAN ANTONIO TX 78205 | Claim Holder Name and Address<br>CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | Docketed Total    $268,433.18 | | Modified Total    $205,921.35 |
| | Case Number*   Secured        Priority        Unsecured<br>05-44481     $268,433.18<br>             $268,433.18 | | Case Number*   Secured        Priority        Unsecured<br>05-44640     $205,921.35<br>             $205,921.35 | |

| Claim: 1330<br>Date Filed:12/27/05<br>Docketed Total:   $53.65<br>Filing Creditor Name and Address<br>  CITY OF HARLINGEN<br>  DIANE W SANDERS<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  1949 SOUTH IH 35 78741<br>  PO BOX 17428<br>  AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>CITY OF HARLINGEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Docketed Total    $53.65 | | Modified Total    $41.16 |
|---|---|---|---|---|
| | Case Number*   Secured        Priority        Unsecured<br>05-44481     $53.65<br>             $53.65 | | Case Number*   Secured        Priority        Unsecured<br>05-44640     $41.16<br>             $41.16 | |

| Claim: 5520<br>Date Filed:05/10/06<br>Docketed Total:   $176.75<br>Filing Creditor Name and Address<br>  CITY OF SAN MARCOS<br>  DIANE W SANDERS<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON L<br>  1949 SOUTH IH 35 78741<br>  PO BOX 17428<br>  AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>CITY OF SAN MARCOS<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Docketed Total    $176.75 | | Modified Total    $176.75 |
|---|---|---|---|---|
| | Case Number*   Secured        Priority        Unsecured<br>05-44481     $176.75<br>             $176.75 | | Case Number*   Secured        Priority        Unsecured<br>05-44640     $176.75<br>             $176.75 | |

In re Delphi Corporation, et al.                                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 511**
Date Filed: 11/14/05
Docketed Total:   $1,018.83
Filing Creditor Name and Address
 COLLIN COUNTY TAX
 GAY MCCALL ISAACKS ET AL
 777 E 15TH ST
 PLANO TX 75074

Claim Holder Name and Address
COLLIN COUNTY TAX
GAY MCCALL ISAACKS ET AL
777 E 15TH ST
PLANO TX 75074

Docketed Total    $1,018.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $1,018.83 | | |
| | $1,018.83 | | |

Modified Total    $781.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $781.57 | | |
| | $781.57 | | |

---

**Claim: 2269**
Date Filed: 03/13/06
Docketed Total:   $264.13
Filing Creditor Name and Address
 COUNTY OF COMAL
 MCCREARY VESELKA BRAGG & ALLEN
 PC
 5929 BALCONES DR STE 200
 PO BOX 26990
 AUSTIN TX 78755

Claim Holder Name and Address
COUNTY OF COMAL
MCCREARY VESELKA BRAGG & ALLEN
PC
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN TX 78755

Docketed Total    $264.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $264.13 | | |
| | $264.13 | | |

Modified Total    $202.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $202.62 | | |
| | $202.62 | | |

---

**Claim: 2270**
Date Filed: 03/13/06
Docketed Total:   $335.36
Filing Creditor Name and Address
 COUNTY OF DENTON
 5929 BALCONES DR STE 200
 PO BOX 26990
 AUSTIN TX 78755

Claim Holder Name and Address
COUNTY OF DENTON
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN TX 78755

Docketed Total    $335.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $335.36 | | |
| | $335.36 | | |

Modified Total    $224.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $224.04 | | |
| | $224.04 | | |

---

**Claim: 2271**
Date Filed: 03/13/06
Docketed Total:   $223.15
Filing Creditor Name and Address
 COUNTY OF HAYS
 MCCREARY VESELKA BRAGG & ALLEN
 PC
 5929 BALCONES DR STE 200
 PO BOX 26990
 AUSTIN TX 78755

Claim Holder Name and Address
COUNTY OF HAYS
MCCREARY VESELKA BRAGG & ALLEN
PC
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN TX 78755

Docketed Total    $223.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $223.15 | | |
| | $223.15 | | |

Modified Total    $171.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $171.18 | | |
| | $171.18 | | |

In re Delphi Corporation, <u>et al.</u>                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5300<br>Date Filed:05/08/06<br>Docketed Total:   $59.65<br>Filing Creditor Name and Address<br> CYPRESS FAIRBANKS ISD<br> JOHN P DILLMAN<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> PO BOX 3064<br> HOUSTON TX 77253-3064 | Claim Holder Name and Address<br>CYPRESS FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | Docketed Total | | $59.65 | Modified Total | | | $59.65 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$59.65<br>$59.65 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$59.65<br>$59.65 | <u>Priority</u> | <u>Unsecured</u> |
| Claim: 853<br>Date Filed:11/28/05<br>Docketed Total:   $23,488.83<br>Filing Creditor Name and Address<br> DALLAS COUNTY<br> ELIZABETH WELLER<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 2323 BRYAN STREET STE 1600<br> DALLAS TX 75201 | Claim Holder Name and Address<br>DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>2323 BRYAN STREET STE 1600<br>DALLAS TX 75201 | Docketed Total | | $23,488.83 | Modified Total | | | $7,616.77 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$23,488.83<br>$23,488.83 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$7,616.77<br>$7,616.77 | <u>Priority</u> | <u>Unsecured</u> |
| Claim: 3619<br>Date Filed:05/01/06<br>Docketed Total:   $361.26<br>Filing Creditor Name and Address<br> DUBOIS COUNTY IN<br> DUBOIS COUNTY TREASURER<br> 1 COURTHOUSE SQ<br> JASPER IN 47546 | Claim Holder Name and Address<br>DUBOIS COUNTY IN<br>DUBOIS COUNTY TREASURER<br>1 COURTHOUSE SQ<br>JASPER IN 47546 | Docketed Total | | $361.26 | Modified Total | | | $277.14 |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$361.26<br>$361.26 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$277.14<br>$277.14 | <u>Priority</u> | <u>Unsecured</u> |
| Claim: 15808<br>Date Filed:08/03/06<br>Docketed Total:   $300,836.22<br>Filing Creditor Name and Address<br> FRANKLIN COUNTY OHIO TREASURER<br> 373 S HIGH ST 17TH FL<br> COLUMBUS OH 43215 | Claim Holder Name and Address<br>FRANKLIN COUNTY OHIO TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS OH 43215 | Docketed Total | | $300,836.22 | Modified Total | | | $260,464.26 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u><br>$300,836.22<br>$300,836.22 | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number*</u><br>05-44640 | <u>Secured</u><br>$260,464.26<br>$260,464.26 | <u>Priority</u> | <u>Unsecured</u> |

*See Exhibit E for a listing of debtor entities by case number.              Page:   5 of 10

In re Delphi Corporation, et al.                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1283<br>Date Filed:12/27/05<br>Docketed Total:  $140.82<br>Filing Creditor Name and Address<br> HARLINGEN CISD<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 SOUTH IH 35<br> PO BOX 17428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>HARLINGEN CISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Docketed Total | | $140.82 | | Modified Total | | $108.03 |
| | **Case Number\*** 05-44481 | **Secured** $140.82 $140.82 | **Priority** | **Unsecured** | **Case Number\*** 05-44640 | **Secured** $108.03 $108.03 | **Priority** | **Unsecured** |
| Claim: 5301<br>Date Filed:05/08/06<br>Docketed Total:  $902.84<br>Filing Creditor Name and Address<br> HARRIS COUNTY CITY OF HOUSTON<br> JOHN P DILLMAN<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> PO BOX 3064<br> HOUSTON TX 77253-3064 | Claim Holder Name and Address<br>HARRIS COUNTY CITY OF HOUSTON<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | Docketed Total | | $902.84 | | Modified Total | | $902.84 |
| | **Case Number\*** 05-44481 | **Secured** $902.84 $902.84 | **Priority** | **Unsecured** | **Case Number\*** 05-44640 | **Secured** $902.84 $902.84 | **Priority** | **Unsecured** |
| Claim: 2297<br>Date Filed:03/15/06<br>Docketed Total:  $40,151.05<br>Filing Creditor Name and Address<br> HENRY COUNTY TREASURER<br> 101 S MAIN ST<br> NEW CASTLE IN 47362 | Claim Holder Name and Address<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE IN 47362 | Docketed Total | | $40,151.05 | | Modified Total | | $27,460.26 |
| | **Case Number\*** 05-44481 | **Secured** $40,151.05 $40,151.05 | **Priority** | **Unsecured** | **Case Number\*** 05-44640 | **Secured** $27,460.26 $27,460.26 | **Priority** | **Unsecured** |
| Claim: 7914<br>Date Filed:06/13/06<br>Docketed Total:  $7,726.30<br>Filing Creditor Name and Address<br> HIDALGO COUNTY<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 SOUTH IH 35 78741  PO BOX<br> 1742<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>HIDALGO COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741  PO BOX<br>1742<br>AUSTIN TX 78760-7428 | Docketed Total | | $7,726.30 | | Modified Total | | $7,726.30 |
| | **Case Number\*** 05-44481 | **Secured** $7,726.30 $7,726.30 | **Priority** | **Unsecured** | **Case Number\*** 05-44640 | **Secured** $7,726.30 $7,726.30 | **Priority** | **Unsecured** |

In re Delphi Corporation, et al.                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16506**
Date Filed: 02/02/07
Docketed Total:   $7,146,906.58
Filing Creditor Name and Address
  HOWARD COUNTY INDIANA
  MICHAEL K MCCRORY
  BARNES & THORNBURG LLP
  11 SOUTH MERIDIAN ST
  INDIANAPOLIS IN 46204

Claim Holder Name and Address    Docketed Total    $7,146,906.58
HOWARD COUNTY INDIANA
MICHAEL K MCCRORY
BARNES & THORNBURG LLP
11 SOUTH MERIDIAN ST
INDIANAPOLIS IN 46204

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $2,069,991.66 | $5,076,914.92 | |
| | $2,069,991.66 | $5,076,914.92 | |

Modified Total    $6,497,197.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,881,810.60 | $4,615,386.77 | |
| | $1,881,810.60 | $4,615,386.77 | |

---

**Claim: 6470**
Date Filed: 05/22/06
Docketed Total:   $55.11
Filing Creditor Name and Address
  MONTAGUE COUNTY
  ELIZABETH WELLER
  LINEBARGER GOGGAN BLAIR &
  SAMPSON L
  2323 BRYAN ST STE 1600
  DALLAS TX 75201

Claim Holder Name and Address    Docketed Total    $55.11
MONTAGUE COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR &
SAMPSON L
2323 BRYAN ST STE 1600
DALLAS TX 75201

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $55.11 | | |
| | $55.11 | | |

Modified Total    $42.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $42.28 | | |
| | $42.28 | | |

---

**Claim: 1266**
Date Filed: 12/23/05
Docketed Total:   $93.64
Filing Creditor Name and Address
  MONTGOMERY COUNTY
  JOHN P DILLMAN
  LINEBARGER GOGGAN BLAIR &
  SAMPSON
  PO BOX 3064
  HOUSTON TX 77253-3064

Claim Holder Name and Address    Docketed Total    $93.64
MONTGOMERY COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR &
SAMPSON
PO BOX 3064
HOUSTON TX 77253-3064

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $93.64 | | |
| | $93.64 | | |

Modified Total    $93.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $93.64 | | |
| | $93.64 | | |

---

**Claim: 8544**
Date Filed: 06/26/06
Docketed Total:   $132,479.24
Filing Creditor Name and Address
  MONTGOMERY COUNTY TREASURER
  451 W THIRD ST
  DAYTON OH 45422-0476

Claim Holder Name and Address    Docketed Total    $132,479.24
MONTGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON OH 45422-0476

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $132,479.24 | | |
| | $132,479.24 | | |

Modified Total    $32,423.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $32,423.82 | | |
| | $32,423.82 | | |

In re Delphi Corporation, et al.                                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3784<br>Date Filed:05/01/06<br>Docketed Total:  $262.76<br>Filing Creditor Name and Address<br> NACOGDOCHES COUNTY CAD<br> 220 W HOSPITAL ST<br> NACOGDOCHES TX 75963-1668 | Claim Holder Name and Address<br>NACOGDOCHES COUNTY CAD<br>220 W HOSPITAL ST<br>NACOGDOCHES TX 75963-1668 | Docketed Total | | $262.76 | Modified Total | | | $232.12 |
| | Case Number*<br>05-44640 | Secured<br>$262.76<br>$262.76 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$232.12<br>$232.12 | Priority | Unsecured |
| Claim: 1284<br>Date Filed:12/27/05<br>Docketed Total:  $880.28<br>Filing Creditor Name and Address<br> NUECES COUNTY<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 S IH 35 78741<br> PO BOX 17428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 S IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Docketed Total | | $880.28 | Modified Total | | | $675.28 |
| | Case Number*<br>05-44481 | Secured<br>$880.28<br>$880.28 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$675.28<br>$675.28 | Priority | Unsecured |
| Claim: 5521<br>Date Filed:05/10/06<br>Docketed Total:  $687.88<br>Filing Creditor Name and Address<br> SAN MARCOS CISD<br> DIANE W SANDERS<br> LINEBARGER GOGGAN BLAIR &<br> SAMPSON L<br> 1949 SOUTH IH 35 78741<br> PO BOX 17428<br> AUSTIN TX 78760-7428 | Claim Holder Name and Address<br>SAN MARCOS CISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | Docketed Total | | $687.88 | Modified Total | | | $687.88 |
| | Case Number*<br>05-44481 | Secured<br>$687.88<br>$687.88 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$687.88<br>$687.88 | Priority | Unsecured |
| Claim: 8768<br>Date Filed:06/29/06<br>Docketed Total:  $62,517.67<br>Filing Creditor Name and Address<br> SPARTANBURG CO TAX COLLECTOR<br> GLENDA QWRIGHT<br> DRAWER 3060<br> SPARTANBURG SC 29304 | Claim Holder Name and Address<br>SPARTANBURG CO TAX COLLECTOR<br>GLENDA QWRIGHT<br>DRAWER 3060<br>SPARTANBURG SC 29304 | Docketed Total | | $62,517.67 | Modified Total | | | $52,917.03 |
| | Case Number*<br>05-44481 | Secured<br>$62,517.67<br><br>$62,517.67 | Priority | Unsecured | Case Number*<br>05-44539<br>05-44640 | Secured<br>$47,374.63<br>$5,542.40<br>$52,917.03 | Priority | Unsecured |

*See Exhibit E for a listing of debtor entities by case number.          Page:  8 of 10

In re Delphi Corporation, et al.                                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 854**
Date Filed:11/28/05
Docketed Total:   $414.71
Filing Creditor Name and Address
  TARRANT COUNTY
  ELIZABETH WELLER
  LINEBARGER GOGGAN BLAIR &
  SAMPSON L
  2323 BRYAN ST STE 1600
  DALLAS TX 75201

| Claim Holder Name and Address | Docketed Total | $414.71 |
|---|---|---|
| TARRANT COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON L 2323 BRYAN ST STE 1600 DALLAS TX 75201 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $414.71 | | |
| | $414.71 | | |

Modified Total    $318.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $318.13 | | |
| | $318.13 | | |

---

**Claim: 7846**
Date Filed:06/12/06
Docketed Total:   $30,158.42
Filing Creditor Name and Address
  UNITED INDEPENDENT SCHOOL
  DISTRICT
  C O ORNELAS CASTILLO & ORNELAS
  PLLC
  401 EAST HILLSIDE RD 2ND FLOOR
  LAREDO TX 78041

| Claim Holder Name and Address | Docketed Total | $30,158.42 |
|---|---|---|
| UNITED INDEPENDENT SCHOOL DISTRICT C O ORNELAS CASTILLO & ORNELAS PLLC 401 EAST HILLSIDE RD 2ND FLOOR LAREDO TX 78041 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $30,158.42 | | |
| | $30,158.42 | | |

Modified Total    $26,688.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $26,688.87 | | |
| | $26,688.87 | | |

---

**Claim: 4171**
Date Filed:05/01/06
Docketed Total:   $22.08
Filing Creditor Name and Address
  WABASH COUNTY IN
  WABASH COUNTY TREASURER
  COURTHOUSE 1 W HILL ST
  STE 4B
  WABASH IN 46992

| Claim Holder Name and Address | Docketed Total | $22.08 |
|---|---|---|
| WABASH COUNTY IN WABASH COUNTY TREASURER COURTHOUSE 1 W HILL ST STE 4B WABASH IN 46992 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $22.08 | | |
| | $22.08 | | |

Modified Total    $16.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $16.94 | | |
| | $16.94 | | |

---

**Claim: 2077**
Date Filed:02/21/06
Docketed Total:   $18,530.81
Filing Creditor Name and Address
  WICHITA COUNTY
  HAROLD LEREW
  PERDUE BRANDON FIELDER COLLINS
  & MO
  PO BOX 8188
  WICHITA FALLS TX 76307

| Claim Holder Name and Address | Docketed Total | $18,530.81 |
|---|---|---|
| WICHITA COUNTY HAROLD LEREW PERDUE BRANDON FIELDER COLLINS & MO PO BOX 8188 WICHITA FALLS TX 76307 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $18,530.81 | | |
| | $18,530.81 | | |

Modified Total    $17,318.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $17,318.51 | | |
| | $17,318.51 | | |

---

*See Exhibit E for a listing of debtor entities by case number.          Page:   9 of 10

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Count of Claims:  34 |
| | | Total Amount as Docketed:        $8,284,449.98 |
| | | Total Amount as Modified:        $7,343,479.57 |

*See Exhibit E for a listing of debtor entities by case number.          Page:  10 of 10

In re Delphi Corporation, <u>et al.</u>                                                                                     Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2654**
Date Filed: 04/14/06
Docketed Total:  $96,201.43
Filing Creditor Name and Address
 AMERICHEM INC
 225 BROADWAY E
 CUYAHOGA FALLS OH 44221-3309

Claim Holder Name and Address    Docketed Total    $96,201.43
AMERICHEM INC
225 BROADWAY E
CUYAHOGA FALLS OH 44221-3309

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $96,201.43 |
| | | | $96,201.43 |

Modified Total    $57,690.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,797.43 | $50,893.49 |
| | | $6,797.43 | $50,893.49 |

---

**Claim: 12346**
Date Filed: 07/28/06
Docketed Total:   $215,079.82
Filing Creditor Name and Address
 ANGELL DEMMEL NORTH AMERICA
 INC
 1516 STANLEY AVE
 DAYTON OH 45404

Claim Holder Name and Address    Docketed Total    $215,079.82
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,948.73 | $168,131.09 |
| | | $46,948.73 | $168,131.09 |

Modified Total    $193,346.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,807.69 | $179,538.87 |
| | | $13,807.69 | $179,538.87 |

---

**Claim: 14296**
Date Filed: 07/31/06
Docketed Total:   $62,288.96
Filing Creditor Name and Address
 ASSEMBLEON AMERICA INC
 C O ROBERT N MICHAELSON ESQ
 KIRKPATRICK & LOCKHART
 NICHOLSON GR
 599 LEXINGTON AVE
 NEW YORK NY 10022

Claim Holder Name and Address    Docketed Total    $62,288.96
LATIGO MASTER FUND LTD
ATTN PAUL MALEK
590 MADISON AVE 9TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $62,288.96 |
| | | | $62,288.96 |

Modified Total    $62,288.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,170.09 | $49,118.87 |
| | | $13,170.09 | $49,118.87 |

---

**Claim: 12693**
Date Filed: 07/28/06
Docketed Total:   $1,494,571.82
Filing Creditor Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF TROSTEL LTD
 ALPA JIMENEZ
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $1,494,571.82
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
TROSTEL LTD
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 |
| | | $16,213.43 | $1,478,358.39 |

Modified Total    $1,374,018.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,194.53 | $1,357,823.76 |
| | | $16,194.53 | $1,357,823.76 |

---

*See Exhibit E for a listing of debtor entities by case number.                    Page:   1 of 9

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6670<br>Date Filed:05/23/06<br>Docketed Total:   $293,357.43<br>Filing Creditor Name and Address<br> EMHART TEKNOLOGIES LLC<br> 49201 GRATIOT AVE<br> CHESTERFIELD MI 48051 | Claim Holder Name and Address   Docketed Total   $293,357.43<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD MI 48051 | | | | | Modified Total   $188,345.08 | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                           $293,357.43 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44567                      $10,800.00<br>05-44640        $27,128.77   $150,416.31 | | |
| | _____   _____   $293,357.43 | | | | _____   $27,128.77   $161,216.31 | | |
| Claim: 10574<br>Date Filed:07/25/06<br>Docketed Total:   $5,069,133.35<br>Filing Creditor Name and Address<br> FURUKAWA ELECTRIC NORTH<br> AMERICA APD INC AND FURUKAWA<br> ELECTRIC COMPANY<br> MICHAEL S MCELWEE<br> VARNUM RIDDERING SCHMIDT &<br> HOWLETT<br> PO BOX 352<br> GRAND RAPIDS MI 49501-0352 | Claim Holder Name and Address   Docketed Total   $312,926.79<br>FURUKAWA ELECTRIC NORTH AMERICA APD<br>INC AND FURUKAWA ELECTRIC COMPANY<br>MICHAEL S MCELWEE<br>VARNUM RIDDERING SCHMIDT &<br>HOWLETT<br>PO BOX 352<br>GRAND RAPIDS MI 49501-0352 | | | | | Modified Total   $267,320.51 | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640    $312,926.79 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640               $988.18   $266,332.33 | | |
| | $312,926.79 | | | | $988.18   $266,332.33 | | |
| | Claim Holder Name and Address   Docketed Total   $4,000,000.00<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | | | | | Modified Total   $3,417,035.76 | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                          $4,000,000.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                          $3,417,035.76 | | |
| | $4,000,000.00 | | | | $3,417,035.76 | | |
| | Claim Holder Name and Address   Docketed Total   $756,206.56<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | | | | | Modified Total   $645,996.21 | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                          $756,206.56 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                          $645,996.21 | | |
| | $756,206.56 | | | | $645,996.21 | | |

*See Exhibit E for a listing of debtor entities by case number.          Page:   2 of 9

In re Delphi Corporation, <u>et al.</u>                                                                                     Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10574 (Continued) | | |
| Claim: 10396<br>Date Filed:07/24/06<br>Docketed Total:   $126,239.42<br>Filing Creditor Name and Address<br> GLEASON WORKS THE<br> 1000 UNIVERSITY AVE<br> ROCHESTER NY 14607-1239 | Claim Holder Name and Address    Docketed Total    $126,239.42<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $27,955.00    $98,284.42<br>                                      $27,955.00    $98,284.42 | Modified Total    $125,398.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $27,955.00    $97,443.20<br>                                  $27,955.00    $97,443.20 |
| Claim: 10421<br>Date Filed:07/24/06<br>Docketed Total:   $53,587.08<br>Filing Creditor Name and Address<br> ITW FILTRATION PRODUCTS<br> MICHELLE SZAFONI<br> 18531 SPRING CREEK DR<br> TINLEY PK IL 60477-623 | Claim Holder Name and Address    Docketed Total    $53,587.08<br>ITW FILTRATION PRODUCTS<br>MICHELLE SZAFONI<br>18531 SPRING CREEK DR<br>TINLEY PK IL 60477-623<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $26,219.78    $27,367.30<br>                                      $26,219.78    $27,367.30 | Modified Total    $42,486.78<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $2,190.61    $40,296.17<br>                                  $2,190.61    $40,296.17 |
| Claim: 13454<br>Date Filed:07/31/06<br>Docketed Total:   $225,224.02<br>Filing Creditor Name and Address<br> LAKE ERIE PRODUCTS INC<br> SCOTT N OPINCAR ESQ<br> MCDONALD HOPKINS CO LPA<br> 600 SUPERIOR AVE E STE 2100<br> CLEVELAND OH 44114 | Claim Holder Name and Address    Docketed Total    $225,224.02<br>LAKE ERIE PRODUCTS INC<br>SCOTT N OPINCAR ESQ<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND OH 44114<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $225,224.02<br>                                                    $225,224.02 | Modified Total    $33,866.24<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $14,082.57    $19,783.67<br>                                  $14,082.57    $19,783.67 |
| Claim: 6147<br>Date Filed:05/17/06<br>Docketed Total:   $2,996,365.10<br>Filing Creditor Name and Address<br> LITTELFUSE INC<br> PAUL DICKINSON<br> LITTELFUSE INC<br> 800 NORTHWEST HIGHWAY<br> DES PLAINES IL 60016 | Claim Holder Name and Address    Docketed Total    $22,350.37<br>BANK OF AMERICA N A<br>ATTN INFORMATION MGR<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE NC 28255<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $22,350.37<br>                                                    $22,350.37 | Modified Total    $53,359.18<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $53,359.18<br>                                  $53,359.18 |

*See Exhibit E for a listing of debtor entities by case number.                Page:   3 of 9

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6147 (Continued) | Claim Holder Name and Address    Docketed Total    $2,974,014.73<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830 | Modified Total    $2,920,073.34 |
| | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640    $2,974,014.73<br>$2,974,014.73 | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640    $2,920,073.34<br>$2,920,073.34 |
| Claim: 2710<br>Date Filed:04/05/06<br>Docketed Total:  $149,746.96<br>Filing Creditor Name and Address<br> METAL POWDER PRODUCTS COMPANY<br> STEVEN KAHN DIRECTOR OF<br> PURCHASING<br> 17005 A WESTFIELD PARK RD<br> WESTFIELD IN 46074-9373 | Claim Holder Name and Address    Docketed Total    $149,746.96<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>**Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44481    $149,746.96<br>$149,746.96 | Modified Total    $145,323.07<br><br><br><br>**Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640    $1,498.18    $143,824.89<br>$1,498.18    $143,824.89 |
| Claim: 11646<br>Date Filed:07/27/06<br>Docketed Total:   $1,393,393.41<br>Filing Creditor Name and Address<br> MILLIKEN & COMPANY<br> 1045 SIXTH AVE<br> NEW YORK NY 10018 | Claim Holder Name and Address    Docketed Total    $1,393,393.41<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK NY 10018<br><br>**Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640    $202,412.11    $1,190,981.30<br>$202,412.11    $1,190,981.30 | Modified Total    $894,607.47<br><br><br><br>**Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640    $202,412.11    $692,195.36<br>$202,412.11    $692,195.36 |
| Claim: 7816<br>Date Filed:06/12/06<br>Docketed Total:   $351,868.14<br>Filing Creditor Name and Address<br> MNP CORPORATION EFT<br> 44225 UTICA RD<br> PO BOX 189002<br> UTICA MI 48318-9002 | Claim Holder Name and Address    Docketed Total    $351,868.14<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>**Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44481    $351,868.14<br>$351,868.14 | Modified Total    $60,301.82<br><br><br><br>**Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640    $25,163.47    $35,138.35<br>$25,163.47    $35,138.35 |

*See Exhibit E for a listing of debtor entities by case number.                     Page:   4 of 9

In re Delphi Corporation, et al.                                                                          Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2229<br>Date Filed:03/09/06<br>Docketed Total:  $360,413.11<br>Filing Creditor Name and Address<br> NICHICON AMERICA CORPORATION<br> MASUDA FUNAI ET AL<br> CO GARY D SANTELLA<br> 203 N LASALLE ST STE 2500<br> CHICAGO IL 60601 | Claim Holder Name and Address<br>SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | Docketed Total | | $360,413.11 | | | Modified Total | $345,973.33 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$360,413.11 | Case Number*<br>05-44567<br><br>05-44640 | Secured | Priority<br><br>$5,052.44 | Unsecured<br>$11,497.88<br><br>$329,423.01 |
| | | | | $360,413.11 | | | $5,052.44 | $340,920.89 |
| Claim: 13929<br>Date Filed:07/31/06<br>Docketed Total:  $187,374.96<br>Filing Creditor Name and Address<br> PARKVIEW METAL PRODUCTS<br> C/O ROBERT D WOLFORD<br> MILLER JOHNSON<br> PO BOX 306<br> GRAND RAPIDS MI 49501-0306 | Claim Holder Name and Address<br>PARKVIEW METAL PRODUCTS<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | Docketed Total | | $187,374.96 | | | Modified Total | $109,722.72 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$187,374.96 | Case Number*<br>05-44640 | Secured | Priority<br>$17,050.64 | Unsecured<br>$92,672.08 |
| | | | | $187,374.96 | | | $17,050.64 | $92,672.08 |
| Claim: 14347<br>Date Filed:07/31/06<br>Docketed Total:  $5,486,881.18<br>Filing Creditor Name and Address<br> PHILIPS SEMICONDUCTORS INC<br> C O ROBERT N MICHAELSON ESQ<br> KIRKPATRICK & LOCKHART<br> NICHOLSON GR<br> 599 LEXINGTON AVE<br> NEW YORK NY 10022 | Claim Holder Name and Address<br>NXP SEMICONDUCTORS USA INC<br>1109 MCKAY DR<br>SAN JOSE CA 95131 | Docketed Total | | $5,486,881.18 | | | Modified Total | $5,171,725.92 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,486,881.18 | Case Number*<br>05-44567<br><br>05-44640 | Secured | Priority<br><br>$194,274.52 | Unsecured<br>$34,544.50<br><br>$4,942,906.90 |
| | | | | $5,486,881.18 | | | $194,274.52 | $4,977,451.40 |

*See Exhibit E for a listing of debtor entities by case number.                      Page:   5 of 9

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12359<br>Date Filed:07/28/06<br>Docketed Total:  $631,500.50<br>Filing Creditor Name and Address<br> PLYMOUTH RUBBER COMPANY INC<br> ATTEN VICTOR BASS ESQ<br> BURNS & LEVINSON LLP<br> 125 SUMMER ST<br> BOSTON MA 021101624 | Claim Holder Name and Address     Docketed Total     $631,500.50<br>PLYMOUTH RUBBER COMPANY INC<br>ATTEN VICTOR BASS ESQ<br>BURNS & LEVINSON LLP<br>125 SUMMER ST<br>BOSTON MA 021101624<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481     $631,500.50      $0.00<br>                 $631,500.50 | Modified Total     $384,286.33<br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44640                      $4,290.58    $379,995.75<br>                                     $4,290.58    $379,995.75 |
| Claim: 15230<br>Date Filed:07/31/06<br>Docketed Total:  $826,312.04<br>Filing Creditor Name and Address<br> QUALITY SYNTHETIC RUBBER INC<br> C O PATRICK J KEATING ESQ<br> BUCKINGHAM DOOLITTLE &<br> BURROUGHS LL<br> PO BOX 1500<br> AKRON OH 44309-1500 | Claim Holder Name and Address     Docketed Total     $826,312.04<br>QUALITY SYNTHETIC RUBBER INC<br>C O PATRICK J KEATING ESQ<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON OH 44309-1500<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                     $826,312.04<br>                                                     $826,312.04 | Modified Total     $742,729.51<br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44640                      $84,115.76    $658,613.75<br>                                     $84,115.76    $658,613.75 |
| Claim: 15231<br>Date Filed:07/31/06<br>Docketed Total:  $614,058.16<br>Filing Creditor Name and Address<br> QUALITY SYNTHETIC RUBBER INC<br> C O PATRICK J KEATING ESQ<br> BUCKINGHAM DOOLITTLE &<br> BURROUGHS LL<br> PO BOX 1500<br> AKRON OH 44309-1500 | Claim Holder Name and Address     Docketed Total     $614,058.16<br>QUALITY SYNTHETIC RUBBER INC<br>C O PATRICK J KEATING ESQ<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LL<br>PO BOX 1500<br>AKRON OH 44309-1500<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44547                                     $614,058.16<br>                                                     $614,058.16 | Modified Total     $581,771.40<br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44547                      $103,082.00    $478,689.40<br>                                     $103,082.00    $478,689.40 |
| Claim: 2482<br>Date Filed:04/03/06<br>Docketed Total:  $1,495,516.58<br>Filing Creditor Name and Address<br> ROHM ELECTRONICS USA LLC<br> MORTON R BRANZBURG ESQ<br> KLEHR HARRISON HARVEY<br> BRANZBURG<br> 260 S BROAD ST<br> PHILADELPHIA PA 19102-5003 | Claim Holder Name and Address     Docketed Total     $1,495,516.58<br>ROHM ELECTRONICS USA LLC<br>MORTON R BRANZBURG ESQ<br>KLEHR HARRISON HARVEY<br>BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA PA 19102-5003<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                     $1,495,516.58<br>                                                     $1,495,516.58 | Modified Total     $1,415,844.09<br><br><br><br><br>Case Number*     Secured      Priority      Unsecured<br>05-44567                                       $25,781.57<br>05-44640                      $107,101.70    $1,282,960.82<br>                                     $107,101.70    $1,308,742.39 |

In re Delphi Corporation, et al.                                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10014<br>Date Filed:07/20/06<br>Docketed Total:  $507,337.84<br>Filing Creditor Name and Address<br> SELECT INDUSTRIES CORPORATION<br> FKA SELECT TOOL & DIE CORP<br> W TIMOTHY MILLER<br> 425 WALNUT STT STE 1800<br> CINCINNATI OH 45202 | Claim Holder Name and Address    Docketed Total    $507,337.84<br>SELECT INDUSTRIES CORPORATION FKA<br>SELECT TOOL & DIE CORP<br>W TIMOTHY MILLER<br>425 WALNUT STT STE 1800<br>CINCINNATI OH 45202 | | | | | | Modified Total    $272,812.50 | |
| | Case Number*<br>05-44640 | Secured<br>$507,337.84<br>$507,337.84 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$252,075.90<br>$252,075.90 | Priority<br>$20,736.60<br>$20,736.60 | Unsecured |
| Claim: 1470<br>Date Filed:01/09/06<br>Docketed Total:  $37,398.75<br>Filing Creditor Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | Claim Holder Name and Address    Docketed Total    $37,398.75<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | | | | | | Modified Total    $37,181.05 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$37,398.75<br>$37,398.75 | Case Number*<br>05-44640 | Secured | Priority<br>$5,146.69<br>$5,146.69 | Unsecured<br>$32,034.36<br>$32,034.36 |
| Claim: 1472<br>Date Filed:01/09/06<br>Docketed Total:  $161,816.60<br>Filing Creditor Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | Claim Holder Name and Address    Docketed Total    $161,816.60<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | | | | | | Modified Total    $151,725.90 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$161,816.60<br>$161,816.60 | Case Number*<br>05-44640 | Secured | Priority<br>$2,179.25<br>$2,179.25 | Unsecured<br>$149,546.65<br>$149,546.65 |
| Claim: 10914<br>Date Filed:07/26/06<br>Docketed Total:  $10,382,335.46<br>Filing Creditor Name and Address<br> SOLECTRON CORPORATION<br> SOLECTRON MANUFACTURA DE<br> MEXICO SA AND VARIOUS OF THEIR<br> AFFILIATES AND SUBSIDIARIES<br> LAWRENCE SCHWAB PATRICK<br> COSTELLO<br> BIALSON BERGEN & SCHWAB<br> 2600 EL CAMINO REAL STE 300<br> PALO ALTO CA 94306 | Claim Holder Name and Address    Docketed Total    $2,532,173.93<br>SOLECTRON CORPORATION SOLECTRON<br>MANUFACTURA DE MEXICO SA AND<br>VARIOUS OF THEIR AFFILIATES AND<br>SUBSIDIARIES<br>LAWRENCE SCHWAB PATRICK<br>COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO CA 94306 | | | | | | Modified Total    $1,892,151.03 | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,532,173.93<br>$2,532,173.93 | Case Number*<br>05-44640 | Secured | Priority<br>$35,454.74<br>$35,454.74 | Unsecured<br>$1,856,696.29<br>$1,856,696.29 |

*See Exhibit E for a listing of debtor entities by case number.                    Page:   7 of 9

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10914 (Continued) | Claim Holder Name and Address   Docketed Total   $7,850,161.53<br>TPG CREDIT OPPORTUNITIES FUND LP<br>ATTN SHELLEY HARTMAN<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | | | | | | Modified Total   $5,865,983.81 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $7,850,161.53<br>$7,850,161.53 | 05-44640 | | | $5,865,983.81<br>$5,865,983.81 |
| Claim: 14134<br>Date Filed:07/31/06<br>Docketed Total:   $511,656.31<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> KEY PLASTICS LLC<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address   Docketed Total   $511,656.31<br>SPCP GROUP LLC AS ASSIGNEE OF KEY<br>PLASTICS LLC<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | | | | | | Modified Total   $165,042.14 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $511,656.31<br>$511,656.31 | 05-44640 | | $4,011.27<br>$4,011.27 | $161,030.87<br>$161,030.87 |
| Claim: 12258<br>Date Filed:07/28/06<br>Docketed Total:   $1,040,216.50<br>Filing Creditor Name and Address<br> STANLEY ELECTRIC SALES OF<br> AMERICA INC<br> C O MARK T FLEWELLING ESQ<br> AFRCT LLP<br> 199 S LOS ROBLES AVE STE 600<br> PASADENA CA 91101 | Claim Holder Name and Address   Docketed Total   $1,040,216.50<br>STANLEY ELECTRIC SALES OF AMERICA<br>INC<br>C O MARK T FLEWELLING ESQ<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA CA 91101 | | | | | | Modified Total   $1,031,144.01 | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $124,235.47<br><br>$124,235.47 | $915,981.03<br><br>$915,981.03 | 05-44567<br>05-44640 | | <br>$102,426.47<br>$102,426.47 | $6,457.00<br>$922,260.54<br>$928,717.54 |

*See Exhibit E for a listing of debtor entities by case number.          Page:   8 of 9

In re Delphi Corporation, et al.                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2065**
Date Filed: 02/21/06
Docketed Total: $126,918.43
Filing Creditor Name and Address
 TRANS MATIC MFG CO INC
 ROBERT D WOLFORD
 MILLER JOHNSON
 PO BOX 306
 GRAND RAPIDS MI 49501-0306

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER CO 80202

Docketed Total    $126,918.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $126,918.43 | 05-44640 | | $6,207.62 | $119,097.74 |
| | | | $126,918.43 | | | $6,207.62 | $119,097.74 |

Modified Total    $125,305.36

---

**Claim: 14065**
Date Filed: 07/31/06
Docketed Total: $267,735.70
Filing Creditor Name and Address
 VECTOR CANTECH INC
 LINDSEY STETSON
 150 W JEFFERSON STE 2500
 DETROIT MI 48226-4415

Claim Holder Name and Address
VECTOR CANTECH INC
LINDSEY STETSON
150 W JEFFERSON STE 2500
DETROIT MI 48226-4415

Docketed Total    $267,735.70

Modified Total    $249,253.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $267,735.70 | 05-44640 | | $28,846.40 | $220,407.30 |
| | | | $267,735.70 | | | $28,846.40 | $220,407.30 |

---

**Claim: 10207**
Date Filed: 07/21/06
Docketed Total: $208,704.95
Filing Creditor Name and Address
 WAMCO INC
 PETER J GURFEIN
 AKIN GUMP STRAUSS HAUER & FELD
 2029 CENTURY PARK E 24TH FL
 LOS ANGELES CA 90067

Claim Holder Name and Address
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Docketed Total    $208,704.95

Modified Total    $208,499.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $208,704.95 | 05-44567 | | $22,402.52 | $186,097.43 |
| | | | $208,704.95 | | | $22,402.52 | $186,097.43 |

Total Count of Claims:   29
Total Amount as Docketed:       $35,373,234.01
Total Amount as Modified:       $29,232,611.14

In re Delphi Corporation, <u>et</u> <u>al.</u>  
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|

**Claim: 12032**
Date Filed: 07/28/06
Docketed Total:   $30,000.00
Filing Creditor Name and Address
 ARBOGAST MICHAEL A AND REBECCA
 C ARBOGAST
 C/O LAUDIG GEORGE RUTHERFORD &
 SIPE
 LINDA GEORGE ESQ
 156 EAST MARKET ST
 STE 600
 INDIANAPOLIS IN 46204

Claim Holder Name and Address    Docketed Total    $30,000.00
ARBOGAST MICHAEL A AND REBECCA C
ARBOGAST
C/O LAUDIG GEORGE RUTHERFORD &
SIPE
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS IN 46204

Modified Total    $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**Claim: 12034**
Date Filed: 07/28/06
Docketed Total:   $30,000.00
Filing Creditor Name and Address
 BEUKE ROBERT L
 LINDA GEORGE ESQ
 LAUDIG GEORGE RUTHERFORD &
 SIPES
 156 E MARKET ST
 STE 600
 INDIANAPOLIS IN 46204

Claim Holder Name and Address    Docketed Total    $30,000.00
BEUKE ROBERT L
LINDA GEORGE ESQ
LAUDIG GEORGE RUTHERFORD &
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS IN 46204

Modified Total    $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,000.00 |
| | | | $30,000.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**Claim: 12033**
Date Filed: 07/28/06
Docketed Total:   $30,000.00
Filing Creditor Name and Address
 BEX RUSSELL AND BARBARA A
 C/O LAUDIG GEORGE RUTHERFORD &
 SIPE
 LINDA GEORGE ESQ
 156 EAST MARKET ST
 STE 600
 INDIANAPOLIS IN 46204

Claim Holder Name and Address    Docketed Total    $30,000.00
BEX RUSSELL AND BARBARA A
C/O LAUDIG GEORGE RUTHERFORD &
SIPE
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS IN 46204

Modified Total    $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

*See Exhibit E for a listing of debtor entities by case number.            Page:   1 of 8

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15756<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> BUEKE ROBERT L AND NORMA J<br> C/O LAUDIG GEORGE RUTHERGORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 E MARKET ST<br> 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>BUEKE ROBERT L AND NORMA J<br>C/O LAUDIG GEORGE RUTHERGORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 E MARKET ST<br>600<br>INDIANAPOLIS IN 46204 | Docketed Total | $30,000.00 | | | Modified Total | $5,000.00 | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>$30,000.00<br>$30,000.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$5,000.00<br>$5,000.00 |
| | 05-44640 | | | | | | | |
| Claim: 12035<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> BUIS JAMES AND JACQUELINE<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>BUIS JAMES AND JACQUELINE<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | $30,000.00 | | | Modified Total | $5,000.00 | |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$30,000.00<br>$30,000.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$5,000.00<br>$5,000.00 |
| Claim: 12036<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> CANTER RICHARD AND LOUANNA<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>CANTER RICHARD AND LOUANNA<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | $30,000.00 | | | Modified Total | $5,000.00 | |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$30,000.00<br>$30,000.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$5,000.00<br>$5,000.00 |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 12037**
Date Filed: 07/28/06
Docketed Total:   $30,000.00
Filing Creditor Name and Address
 CLONCS DONALD AND CAROLE L
 C/O LAUDIG GEORGE RUTHERFORD &
 SIPE
 LINDA GEORGE ESQ
 156 EAST MARKET ST
 STE 600
 INDIANAPOLIS IN 46204

Claim Holder Name and Address     Docketed Total     $30,000.00
CLONCS DONALD AND CAROLE L
C/O LAUDIG GEORGE RUTHERFORD &
SIPE
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS IN 46204

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

Modified Total     $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**Claim: 12038**
Date Filed: 07/28/06
Docketed Total:   $30,000.00
Filing Creditor Name and Address
 DAVIS II ROBERT E PLAINTIFF V
 C/O LAUDIG GEORGE RUTHERFORD &
 SIPE
 LINDA GEORGE ESQ
 156 EAST MARKET ST
 STE 600
 INDIANAPOLIS IN 46204

Claim Holder Name and Address     Docketed Total     $30,000.00
DAVIS II ROBERT E PLAINTIFF V
C/O LAUDIG GEORGE RUTHERFORD &
SIPE
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS IN 46204

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

Modified Total     $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**Claim: 12039**
Date Filed: 07/28/06
Docketed Total:   $30,000.00
Filing Creditor Name and Address
 ENNIS DONALD AND CAROL
 C/O LAUDIG GEORGE RUTHERFORD &
 SIPE
 LINDA GEORGE ESQ
 156 EAST MARKET ST
 STE 600
 INDIANAPOLIS IN 46204

Claim Holder Name and Address     Docketed Total     $30,000.00
ENNIS DONALD AND CAROL
C/O LAUDIG GEORGE RUTHERFORD &
SIPE
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS IN 46204

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

Modified Total     $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 12040<br>Date Filed: 07/28/06<br>Docketed Total:  $30,000.00<br>Filing Creditor Name and Address<br> HOYT ARTHUR AND VIVIAN<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQ<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>HOYT ARTHUR AND VIVIAN<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | $30,000.00 | | Modified Total | | $5,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br>$5,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 12041<br>Date Filed: 07/28/06<br>Docketed Total:  $30,000.00<br>Filing Creditor Name and Address<br> HUBBARD CLARENCE E<br> LINDA GEORGE ESQ<br> LAUDIG GEORGE RUTHERFORD &<br> SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>HUBBARD CLARENCE E<br>LINDA GEORGE ESQ<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | $30,000.00 | | Modified Total | | $5,000.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,000.00<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br>$5,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 12042<br>Date Filed: 07/28/06<br>Docketed Total:  $30,000.00<br>Filing Creditor Name and Address<br> MERRITT JAMES AND BONNIE<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> KATHLEEN A MUSGRAVE ESQ<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>MERRITT JAMES AND BONNIE<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>KATHLEEN A MUSGRAVE ESQ<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | $30,000.00 | | Modified Total | | $5,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br>$5,000.00 |

*See Exhibit E for a listing of debtor entities by case number.          Page:  4 of 8

In re Delphi Corporation, et al.                                                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12043<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> MINNICK RALPH D<br> LINDA GEORGE ESQ<br> LAUDIG GEORGE RUTHERFORD &<br> SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>MINNICK RALPH D<br>LINDA GEORGE ESQ<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Modified Total    $5,000.00 |

Case Number*    Secured    Priority    Unsecured
05-44481                                      $30,000.00
                                              $30,000.00

Case Number*    Secured    Priority    Unsecured
05-44640                                      $5,000.00
                                              $5,000.00

| | | |
|---|---|---|
| Claim: 12044<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> OBRIEN MICHAEL AND INGRID<br> OBRIEN<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>OBRIEN MICHAEL AND INGRID OBRIEN<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Modified Total    $5,000.00 |

Case Number*    Secured    Priority    Unsecured
05-44640                                      $30,000.00
                                              $30,000.00

Case Number*    Secured    Priority    Unsecured
05-44640                                      $5,000.00
                                              $5,000.00

| | | |
|---|---|---|
| Claim: 12045<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> PHELPS JOHN W AND DEBORAH J<br> PHELPS<br> C/O LUADIG GEORGE RUTHERFORD &<br> SIPE<br> L GEORGE W R SIPES<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>PHELPS JOHN W AND DEBORAH J PHELPS<br>C/O LUADIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Modified Total    $5,000.00 |

Case Number*    Secured    Priority    Unsecured
05-44640                                      $30,000.00
                                              $30,000.00

Case Number*    Secured    Priority    Unsecured
05-44640                                      $5,000.00
                                              $5,000.00

In re Delphi Corporation, et al.                                                                      Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12046<br>Date Filed:07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> PHILLIPS ROBERT<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> LINDA GEORGE ESQW RUSSELL<br> SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>PHILLIPS ROBERT<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>LINDA GEORGE ESQW RUSSELL<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | | $30,000.00 | | Modified Total | | $5,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br>$5,000.00 |
| Claim: 12047<br>Date Filed:07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> PROUD DOUGLAS AND ESTHER<br> C O LUADIG GEORGE RUTHERFORD &<br> SIPE<br> L GEORGE W R SIPES<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>PROUD DOUGLAS AND ESTHER<br>C O LUADIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | | $30,000.00 | | Modified Total | | $5,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br>$5,000.00 |
| Claim: 12048<br>Date Filed:07/28/06<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address<br> RUSSELL THOMAS AND NORMA<br> C/O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> L GEORGE W R SIPES<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address<br>RUSSELL THOMAS AND NORMA<br>C/O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Docketed Total | | $30,000.00 | | Modified Total | | $5,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br>$5,000.00 |

*See Exhibit E for a listing of debtor entities by case number.                         Page:   6 of 8

In re Delphi Corporation, et al.                                                                Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|
| Claim: 12049<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> SMITH JAMES O AND BETTY J<br> C O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> L GEORGE W R SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>SMITH JAMES O AND BETTY J<br>C O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | | Modified Total    $5,000.00 | | |
| | Case Number*     Secured      Priority      Unsecured<br>05-44640                                            $30,000.00<br>                                                    $30,000.00 | | Case Number*     Secured      Priority      Unsecured<br>05-44640                                            $5,000.00<br>                                                    $5,000.00 | | |
| Claim: 12050<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> STANSBURY II ROBERT L<br> LINDA GEORGE ESQ<br> LUDIG GEORGE RUTHERFORD &<br> SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>STANSBURY II ROBERT L<br>LINDA GEORGE ESQ<br>LUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | | Modified Total    $5,000.00 | | |
| | Case Number*     Secured      Priority      Unsecured<br>05-44481                                            $30,000.00<br>                                                    $30,000.00 | | Case Number*     Secured      Priority      Unsecured<br>05-44640                                            $5,000.00<br>                                                    $5,000.00 | | |
| Claim: 12051<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> STUCK RONALD P SHELLEY A STUCK<br> CO LAUDIG GEORGE RUTHERFORD &<br> SIPES<br> L GEORGE W R SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>STUCK RONALD P SHELLEY A STUCK<br>CO LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | | Modified Total    $5,000.00 | | |
| | Case Number*     Secured      Priority      Unsecured<br>05-44640                                            $30,000.00<br>                                                    $30,000.00 | | Case Number*     Secured      Priority      Unsecured<br>05-44640                                            $5,000.00<br>                                                    $5,000.00 | | |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - CONSENSUALLY MODIFIED AND REDUCED CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12052<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> WALDO RICHARD L AND GWENDOLYN<br> A WALDO PLAINTIFFS V<br> C O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> L GEORGE W R SIPES<br> 156 E MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>WALDO RICHARD L AND GWENDOLYN A<br>WALDO PLAINTIFFS V<br>C O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Modified Total    $5,000.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | $30,000.00 | | | | $5,000.00 |

| | | |
|---|---|---|
| Claim: 12053<br>Date Filed:07/28/06<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address<br> YATES DALE A AND JACQUELINE R<br> YATES<br> C O LAUDIG GEORGE RUTHERFORD &<br> SIPE<br> L GEORGE W R SIPES<br> 156 EAST MARKET ST<br> STE 600<br> INDIANAPOLIS IN 46204 | Claim Holder Name and Address    Docketed Total    $30,000.00<br>YATES DALE A AND JACQUELINE R YATES<br>C O LAUDIG GEORGE RUTHERFORD &<br>SIPE<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS IN 46204 | Modified Total    $5,000.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | $30,000.00 | | | | $5,000.00 |

```
Total Count of Claims:  23
Total Amount as Docketed:        $690,000.00
Total Amount as Modified:        $115,000.00
```

**In re: Delphi Corporation, et al.**                    **Nineteenth Omnibus Objection**

**Case No. 05-44481 (RDD)**

### Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-44544 | DELPHI TECHNOLOGIES, INC |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44626 | PACKARD HUGHES INTERCONNECT COMPANY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject
to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced
Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed
(without exhibits).  The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16,
2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States
Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York,
New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
AUGUST 9, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW,
THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY
FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|------------|--------------|--------------------------|---------------------|--------------------|------------------------|
|            |              |                          |                     |                    |                        |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

---

[1]       Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

3

Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE NINETEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES

ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE
NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN
NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION
PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim
against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        July 13, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON AUGUST 9, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claima mnt has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the

2

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

     If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

     THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

     If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS

4

APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

        The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE NINETEENTH
OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH
THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES
ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE
NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN
NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION
PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim
against the Debtors.

                                                        [Claimant Name]
                                                        [Address 1]
                                                        [Address 2] [Address 3]
                                                        [City], [State] [Zip]
                                                        [Country]

Dated:  New York, New York
        July 13, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

      In re                    :     Chapter 11
                          :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                          :

            Debtors.     :     (Jointly Administered)
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS
SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND
CONSENSUALLY MODIFIED AND REDUCED CLAIMS IDENTIFIED IN NINETEENTH
<u>OMNIBUS CLAIMS OBJECTION</u>

("NINETEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims

Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting

Reclamation, And Consensually Modified And Reduced Claims, dated July 13, 2007 (the

"Nineteenth Omnibus Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Nineteenth Omnibus Claims

Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Nineteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.       Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim") listed on Exhibits A, B-1, B-2, B-3, C, D-1, D-2, D-3, and D-4 hereto was

properly and timely served with a copy of the Nineteenth Omnibus Claims Objection, a

personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

the proposed order granting the Nineteenth Omnibus Claims Objection, and notice of the

deadline for responding to the Nineteenth Omnibus Claims Objection.  No other or further notice

of the Nineteenth Omnibus Claims Objection is necessary.

B.       This Court has jurisdiction over the Nineteenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Nineteenth Omnibus Claims Objection is

a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Nineteenth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.       The Claims listed on Exhibit A hereto contain insufficient documentation

to support the Claims asserted (the "Insufficiently Documented Claims").

D.       The Claims listed on Exhibit B-1 hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records (the "Books And Records

Claims").

---

[2]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.      The Claims listed on Exhibit B-2 hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Tax Claims").

F.      The Claims listed on Exhibit B-3 hereto, which were filed by taxing authorities, contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

G.      The Claim listed on Exhibit C hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

H.      The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

I.      The Tax Claims listed on Exhibit D-2 hereto (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (the "Tax Claims Subject To Modification").

J.      The Claims listed on Exhibit D-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

3

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

       K.      The Claims listed on Exhibit D-4 hereto(a) are overstated and/or (b) were

filed and docketed against the wrong Debtors (the "Consensually Modified And Reduced

Claims").

       L.      The relief requested in the Nineteenth Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

       1.      Each Insufficiently Documented Claim listed on Exhibit A hereto is

hereby disallowed and expunged in its entirety.

       2.      Each Books And Records Claim listed on Exhibit B-1 hereto is hereby

disallowed and expunged in its entirety.

       3.      Each Books And Records Tax Claim listed on Exhibit B-2 hereto is

hereby disallowed and expunged in its entirety.

       4.      Each Untimely Books And Records Tax Claim listed on Exhibit B-3

hereto is hereby disallowed and expunged in its entirety.

       5.      The Untimely Claim listed on Exhibit C hereto is hereby disallowed and

expunged in its entirety.

       6.      Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

4

"Claim As Modified."  No Claimant listed on Exhibit D-1 shall be entitled to (a) recover for any

Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit D-1, subject to the Debtors' right to

further object to each such Claim Subject to Modification.  The Claims Subject to Modification

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

       7.     Each "Claim As Docketed" amount and Debtor listed on Exhibit D-2

hereto is hereby revised to reflect the amount and Debtor listed as the "Claim As Modified."  No

Claimant listed on Exhibit D-2 shall be entitled to (a) recover for any Tax Claim Subject to

Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim

and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

column on Exhibit D-2, and/or (c) assert a Claim against a Debtor whose case number is not

listed in the "Claim As Modified" column on Exhibit D-2, subject to the Debtors' right to further

object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

       8.     Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-3 hereto is hereby revised to the amount and classification listed as the "Claim As

Modified."  No Claimant listed on Exhibit D-3 shall be entitled to (a) recover for any Modified

Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved

Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b)

assert a classification that is inconsistent with that listed in the "Claim As Modified" column on

Exhibit D-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the

"Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to

each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

9.    Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-4 hereto is hereby revised to the amount and classification listed as the "Claim As

Modified."  No Claimant listed on Exhibit D-4 shall be entitled to (a) recover for any

Consensually Modified And Reduced Claim in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column on Exhibit D-4, and/or (c) assert a Claim against a

Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-4.  The

Consensually Modified And Reduced Claims shall remain on the claims register.

10.    Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Nineteenth Omnibus Claims Objection.

11.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

12.    This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Nineteenth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

6

13.     Each of the objections by the Debtors to each Claim addressed in the

Nineteenth Omnibus Claims Objection and attached hereto as <u>Exhibits</u> <u>A</u>, <u>B-1</u>, <u>B-2</u>, <u>B-3</u> <u>C</u>, <u>D-1</u>,

<u>D-2</u>, <u>D-3</u>, and <u>D-4</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P.

9014.  This order shall be deemed a separate order with respect to each Claim that is the subject

of the Nineteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the

contested matter which involves such Claim and shall not act to stay the applicability or finality

of this order with respect to the other contested matters covered hereby.

14.     Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Nineteenth Omnibus Claims

Objection.

Dated: New York, New York
        August ___, 2007


_____
        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5084 | $1,370.20 | Insufficiently Documented Claims | Disallow and Expunge | |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5085 | $1,011.99 | Insufficiently Documented Claims | Disallow and Expunge | |
| Le Joint Francais | CA Sce Contentieux<br>17 Rue Andre Buille BP700<br>Chattellerault Cedex, 86107 France | 1/10/06 | 1511 | $23,920.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| Riviera Finance Of Texas Inc | Assignee Hooked Up Trucking<br>PO Box 100272<br>Pasadena, CA 91189-0272 | 5/5/06 | 4849 | $1,952.50 | Insufficiently Documented Claims | Disallow and Expunge | |
| Siemens Energy & Automation Inc | c o Elizabeth L Gunn Esq<br>McGuire Woods LLP<br>One James Center 901 E Cary St<br>Richmond, VA 23219 | 6/27/06 | 8675 | $12,639.39 | Insufficiently Documented Claims | Disallow and Expunge | |

7/17/2007 11:20 AM
Omni 19 Obj Exhibit A Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit B-1 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| | 3ci Complete Compliance Corp | American 3ci 713 Oakdale Grand Prairie, TX 75050 | 5/1/06 | 3545 | $37.00 | Books and Records Claims | Disallow and Expunge | |
| | All The Way Inc | All The Way Inc PO Box 2675 Laredo, TX 78044-2675 | 11/3/05 | 307 | $475.00 | Books and Records Claims | Disallow and Expunge | |
| | Bowie Audio Visual Enterprises | 290 Highpoint Dr Ridgeland, MS 39157 | 5/8/06 | 5323 | $169.64 | Books and Records Claims | Disallow and Expunge | |
| | E2v Technologies Inc | 4 Westchester Plz Elmsford, NY 10523 | 4/28/06 | 3334 | $39,191.91 | Books and Records Claims | Disallow and Expunge | |
| | Empaque Y Celdas Del Golfo Eft | S A De C V 805 W Price Rd Ste A 1 Hld Per Richard Sandoval Brownsville, TX 78521 | 7/31/06 | 15596 | $160,741.71 | Books and Records Claims | Disallow and Expunge | |
| | Empaque Y Celdas Del Golfo Eft S A De C V | 805 W Price Rd Ste A 1 Brownsville, TX 78521 | 7/31/06 | 15597 | $59,555.76 | Books and Records Claims | Disallow and Expunge | |
| | Freudenberg Nok General Partnership | Ralph E McDowell Bodman LLP 6th Fl at Ford Field 1901 St Antoine St Detroit, MI 48226 | 7/27/06 | 11603 | $499,659.22 | Books and Records Claims | Disallow and Expunge | |
| | Freudenberg Nok Inc | Ralph E McDowell Bodman LLP 6th Fl at Ford Field 1901 St Antoine St Detroit, MI 48226 | 7/27/06 | 11602 | $4,638.17 | Books and Records Claims | Disallow and Expunge | |
| | Freudenberg Nonwovens Lp Eft | 2975 Pembroke Rd Hopkinsville, KY 42240 | 5/10/06 | 5463 | $17,971.26 | Books and Records Claims | Disallow and Expunge | |
| | General Electric Company GE Fanuc Automation North America Inc | Michael R Enright Esq Robinson & Cole LLP 280 Trumbull St Hartford, CT 06103 | 11/10/05 | 500 | $6,837.48 | Books and Records Claims | Disallow and Expunge | |
| | Harding University | Business Office Box 10770 Searcy, AR 72149 | 11/7/05 | 400 | $2,730.00 | Books and Records Claims | Disallow and Expunge | |
| | Jamestown Container Lockport I | 85 Grand St Lockport, NY 14094-2299 | 7/31/06 | 14916 | $39,660.52 | Books and Records Claims | Disallow and Expunge | |
| | Jamestown Container Lockport I | 85 Grand St Lockport, NY 14094-2299 | 7/31/06 | 14919 | $9,236.72 | Books and Records Claims | Disallow and Expunge | |

7/17/2007 11:20 AM
Omni 19 Obj Exhibit B-1 Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Jon C Cox | Leon R Russell Attorney<br>Russell & Shiver<br>3102 Oak Lawn Ste 600<br>Dallas, TX 75219 | 11/7/05 | 374 | $1,000,000.00 | Books and Records Claims | Disallow and Expunge | |
| Kuntzman R Inc | 1805 W State St<br>Alliance, OH 44601 | 7/17/06 | 9602 | $13,934.50 | Books and Records Claims | Disallow and Expunge | |
| Lee University Business Office | PO Box 3450<br>Cleveland, OH 37320-3450 | 5/5/06 | 4879 | $1,500.00 | Books and Records Claims | Disallow and Expunge | |
| Malone Susan | 132 Newfield Dr<br>Rochester, NY 14616 | 4/28/06 | 3036 | $450.00 | Books and Records Claims | Disallow and Expunge | |
| Martin L Shannon Shaw | Ralph E Chapman<br>PO Box 428<br>Clarksdale, MS 38614 | 1/6/06 | 1926 | $40,000,000.00 | Books and Records Claims | Disallow and Expunge | |
| Matheson Tri Gas Inc | Matheson Tri Gas Inc<br>6225 N State Hwy 161 Ste 200<br>Irving, TX 75038 | 2/21/06 | 2060 | $580.57 | Books and Records Claims | Disallow and Expunge | |
| Metro Detroit Cpa Review BLS Enterprises | Metro Detroit Cpa Review BLS Enterprises<br>34366 Lancashire<br>Livonia, MI 48152 | 4/28/06 | 3374 | $1,100.00 | Books and Records Claims | Disallow and Expunge | |
| Microsys Technologies Inc | 3710 Nashua Drive Unit 1<br>Mississauga, ON L4V 1M5 Canada | 2/17/06 | 2053 | $9,044.19 | Books and Records Claims | Disallow and Expunge | |
| Microsys Technologies Inc | 3710 Nashua Drive Unit 1<br>Mississauga, ON L4V 1M5 Canada | 2/17/06 | 2054 | $1,775.00 | Books and Records Claims | Disallow and Expunge | |
| Secretary of Labor on behalf of the Delphi Personal Savings Plan for Hourly Rate Employees in the United States | Peter D Broitman Sr Trial Attorney<br>US Dept of Labor Office of the Solicitor<br>230 S Dearborn St 8th floor<br>Chicago, IL 60604 | 7/31/06 | 15135 | $0.00 | Books and Records Claims | Disallow and Expunge | |
| Service Tech Tool & Equipment | Craig Heidenthal<br>90 West Easy St Unit 1<br>Simi Valley, CA 93065 | 2/21/06 | 2083 | $13,833.43 | Books and Records Claims | Disallow and Expunge | |
| Sierra Liquidity Fund | 2699 White Rd Ste 255<br>Irvine, CA 92614 | 5/1/06 | 4211 | $7,528.00 | Books and Records Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 207 | $5,510.00 | Books and Records Claims | Disallow and Expunge | |

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company 23461 Industrial Park Dr Farmington Hills, MI 48335 | 10/31/05 | 210 | $43,960.51 | Books and Records Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company 23461 Industrial Park Dr Farmington Hills, MI 48335 | 10/31/05 | 212 | $7,954.42 | Books and Records Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company 23461 Industrial Park Dr Farmington Hills, MI 48335 | 10/31/05 | 216 | $3.89 | Books and Records Claims | Disallow and Expunge | |
| The Energy Management Group | dba The Lighting Company 1621 Browning Irvine, CA 92606 | 5/2/06 | 4520 | $878.97 | Books and Records Claims | Disallow and Expunge | |
| The Worthington Steel Company | co Timothy J Doney 200 Old Wilson Bridge Rd Columbus, OH 43085 | 7/5/06 | 9041 | $400,782.24 | Books and Records Claims | Disallow and Expunge | |
| US Labor Secretary on behalf of ASEC Manufacturing sponsored Employee Benefit Plans | Robert A Goldberg Esq Usdol 525 S Griffin St Ste 501 Dallas, TX 75202 | 7/18/06 | 9826 | $0.00 | Books and Records Claims | Disallow and Expunge | |
| UW Parkside | Cashiers Office PO Box 2000 Kenosha, WI 53141 | 11/22/05 | 787 | $912.75 | Books and Records Claims | Disallow and Expunge | |
| Zumstein Inc Ef | Scac Zumq PO Box 700 524 N Water St Lewisburg, OH 45338-0700 | 5/17/06 | 6129 | $154.34 | Books and Records Claims | Disallow and Expunge | |

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit B-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis of Objection | Treatment of Claim | Surviving Claim Number |
| State of New Jersey | Division of Taxation<br>Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695 | 1/11/06 | 1515 | $944,045.04 | Books and Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey<br>Attorney General of New Jersey<br>Richard J Hughes Complex<br>PO Box 106<br>Trenton, NJ 08625-0106 | 1/11/06 | 1515 | $944,045.04 | Books and Records Tax Claims | Disallow and Expunge | |
| Vandalia City of Oh | 333 James E Bohanan Memorial Dr<br>Vandalia, OH 45377 | 5/31/06 | 7219 | $46,961.95 | Books and Records Tax Claims | Disallow and Expunge | |

7/17/2007 11:21 AM
Omni 19 Obj Exhibit B-2 Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit B-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| State of New Jersey | Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 1/9/07 | 16476 | $949,212.04 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 1/9/07 | 16476 | $949,212.04 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 2/20/07 | 16546 | $1,158,884.07 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 2/20/07 | 16546 | $1,158,884.07 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 6/4/07 | 16610 | $171,000.00 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 6/4/07 | 16610 | $171,000.00 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 6/4/07 | 16611 | $448,527.31 | Untimely Books And Records Tax Claims | Disallow and Expunge | |

7/17/2007 11:21 AM
Omni 19 Obj Exhibit B-3 Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Precision Southeast Inc | 4900 Hwy 501 West Myrtle Beach, SC 29578-1405 | 5/29/07 | 16605 | $81,198.75 | Untimely Claim | Disallow and Expunge | |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re                            :      Chapter 11
                                 :

DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                                 :

               Debtors.    :      (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF OBJECTION TO CLAIM</u>

[Claimant Name]:

      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON AUGUST 9, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the

2

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE NINETEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES

4

ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE
NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN
NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION
PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim
against the Debtors.


Dated:  New York, New York
        July 13, 2007

# EXHIBIT G

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| 3d Systems | c o Gene Fischer 26081 Ave Hall Valencia, CA 91355 | 7/31/06 | 14087 | $109,872.00 | Claims Subject to Modification | 05-44640 | $31,327.83 | General Unsecured |
| Agape Plastics Inc Eft | O 11474 First Ave Nw Grand Rapids, MI 49544 | 5/1/06 | 3964 | $12,566.40 | Claims Subject to Modification | 05-44640 | $12,566.40 | General Unsecured |
| Agilent Technologies Inc | Patrick Cahill 3750 Brookside Parkway Alpharetta, GA 30022 | 6/22/06 | 8395 | $639,529.99 | Claims Subject to Modification | 05-44640 | $411,538.67 | General Unsecured |
| AIM Fabrication | Attn Nathalie Dubuc 9100 Henri Bourassa E Montreal, Quebec H1E 2S4 Canada | 7/11/06 | 9376 | $20,135.31 | Claims Subject to Modification | 05-44640 | $10,894.50 | General Unsecured |
| Air Liquide America LP | Attn Gwendolyn Young Smithheart 2700 Post Oak Blvd Houston, TX 77056 | 1/24/06 | 1651 | $1,381.12 | Claims Subject to Modification | 05-44482 | $1,324.42 | General Unsecured |
| Akzo Nobel Coatings Inc | Michelle L Meiselman Esq 5555 Spalding Dr Norcross, GA 30092 | 7/31/06 | 15234 | $425,367.33 | Claims Subject to Modification | 05-44640 | $369,629.76 | General Unsecured |
| All American Semiconductor | 10805 Holder St Ste 100 Cypress, CA 90630 | 5/30/06 | 6972 | $40,658.32 | Claims Subject to Modification | 05-44507 | $38,282.67 | General Unsecured |
| Ametek Inc | J Gregg Miller Esq 3000 Two Logan Sq 18th & Arch Streets Philadelphia, PA 19103 | 7/28/06 | 11900 | $32,498.64 | Claims Subject to Modification | 05-44640 | $25,375.00 | General Unsecured |
| Amphenol Precision Cable Mfg | PO Box 1448 Rockwall, TX 75087 | 7/27/06 | 11573 | $165,938.35 | Claims Subject to Modification | 05-44640 | $25,570.41 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 5/24/06 | 6764 | $467,395.85 | Claims Subject to Modification | 05-44640 | $453,438.26 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/27/06 | 11577 | $89,607.01 | Claims Subject to Modification | 05-44640 | $82,350.06 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/31/06 | 14915 | $468,786.87 | Claims Subject to Modification | 05-44640 | $407,193.80 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/31/06 | 15032 | $1,840,554.00 | Claims Subject to Modification | 05-44640 | $1,014,281.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 8/22/06 | 16249 | $79,765.09 | Claims Subject to Modification | 05-44640 | $65,985.78 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Applied Industrial Technologie | Attn Beth Arvai<br>One Applied Plaza<br>Cleveland, OH 44115-5056 | 7/25/06 | 10638 | $262,877.22 | Claims Subject to Modification | 05-44640 | $210,171.57 | General Unsecured |
| Applied Industrial Technologies & following subsidiaries App In Tech TX LP Applied Michigan and Applied Ind Tech Indiana | Beth Arvai<br>One Applied Plz<br>E 36th St & Eudlid Ave<br>Cleveland, OH 44115-5056 | 7/25/06 | 10631 | $192,374.01 | Claims Subject to Modification | 05-44640 | $162,793.89 | General Unsecured |
| Applied Industrial Technologies Dixie Inc | Beth Arvai<br>One Applied Plz<br>East 36th St & Euclid Ave<br>Cleveland, OH 44115-5056 | 7/25/06 | 10632 | $3,094.33 | Claims Subject to Modification | 05-44640 | $2,631.20 | General Unsecured |
| Arnold Center Inc | co Susan M Cook<br>Lambert Leser Isackson Cook & Giunta PC<br>916 Washington Ave Ste 309<br>Bay City, MI 48708 | 7/28/06 | 12197 | $135,298.72 | Claims Subject to Modification | 05-44640 | $77,516.26 | General Unsecured |
| ASM Capital as Assignee for Everett Charles Technologies | ASM Capital<br>7600 Jericho Tpke Ste 302<br>Woodbury, NY 11797 | 3/1/06 | 2166 | $288,900.67 | Claims Subject to Modification | 05-44640 | $270,876.29 | General Unsecured |
| ASM Capital as Assignee for Universal Instruments Corp | ASM Capital as Assignee for Universal Instruments Corp<br>7600 Jericho Tpke Ste 302<br>Woodbury, NJ 11797 | 3/1/06 | 2167 | $272,579.43 | Claims Subject to Modification | 05-44640 | $260,078.21 | General Unsecured |
| ASM Capital II LP | ASM Capital II LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 4/27/06 | 2895 | $14,399.78 | Claims Subject to Modification | 05-44640 | $9,022.00 | General Unsecured |
| Atkins & Pearce Inc | 1 Braid Way<br>Covington, KY 41017-9702 | 5/31/06 | 7203 | $10,695.33 | Claims Subject to Modification | 05-44640 | $2,280.91 | General Unsecured |
| Atkins & Pearce Inc | 1 Braid Way<br>Covington, KY 41017-9702 | 5/31/06 | 7204 | $13,597.57 | Claims Subject to Modification | 05-44640 | $8,277.75 | General Unsecured |
| Avery Denninson Vital | Avery Denninson Corporation IPO<br>17700 Foltz Ind Pkwy<br>Strongsville, OH 44077 | 5/8/06 | 5233 | $1,425.00 | Claims Subject to Modification | 05-44640 | $1,425.00 | General Unsecured |
| Baja Tape & Supply Inc | Baja Tape & Supply Inc<br>12773 Grand River Dr<br>El Paso, TX 79928 | 2/17/06 | 2056 | $20,637.70 | Claims Subject to Modification | 05-44640 | $10,318.85 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Laura L Torrado<br>383 Madison Ave<br>New York, NY 10179 | 1/31/06 | 1726 | $5,849.70 | Claims Subject to Modification | 05-44640 | $3,333.70 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| BellSouth Telecommunications Inc | BellSouth Regional Bankruptcy Center<br>301 W Bay St Rm 29EF1<br>Jacksonville, FL 32202 | 1/17/06 | 1570 | $1,621.57 | Claims Subject to Modification | 05-44640 | $1,429.20 | General Unsecured |
| Booth Inc | Booth Inc<br>PO Box 487<br>Mio, MI 48647 | 10/28/05 | 145 | $48,243.00 | Claims Subject to Modification | 05-44640 | $45,786.00 | General Unsecured |
| Bourns Inc | Attn Mary Rodgers<br>1200 Columbia Ave<br>Riverside, CA 92507 | 5/23/06 | 6683 | $43,850.88 | Claims Subject to Modification | 05-44640 | $26,969.88 | General Unsecured |
| BP Products North America Inc | Fuels Business Unit<br>Attn Tom W Strattan<br>28100 Torch Pkwy Ste 300<br>Warrenville, IL 60555 | 7/31/06 | 13882 | $4,164.75 | Claims Subject to Modification | 05-44640 | $4,164.75 | General Unsecured |
| BP Products North America Inc | Kelley Drye & Warren LLP<br>Attn James S Carr<br>101 Park Ave<br>New York, NY 10178 | 7/31/06 | 13882 | $4,164.75 | Claims Subject to Modification | 05-44640 | $4,164.75 | General Unsecured |
| Burnex Corp | 703 W Algonquin Rd<br>Algonquin, IL 60102 | 7/17/06 | 9808 | $49,258.57 | Claims Subject to Modification | 05-44640 | $21,206.64 | General Unsecured |
| Callanan Industries Inc dba Manitou Concrete Company | Wiedman Vazzana Corcoran & Volta PC<br>5 S Fitzhugh St<br>Rochester, NY 14614 | 1/23/06 | 1628 | $14,003.86 | Claims Subject to Modification | 05-44640 | $4,042.88 | General Unsecured |
| Carlco Technical Plastics | Accounts Payable<br>600 Depot St<br>Latrobe, PA 15650 | 6/1/06 | 7310 | $789,854.35 | Claims Subject to Modification | 05-44640 | $502,325.52 | General Unsecured |
| CDW Computer Centers Inc | co Receivables Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 10/24/05 | 88 | $5,813.57 | Claims Subject to Modification | 05-44640 | $3,335.24 | General Unsecured |
| CDW Computer Centers Inc | co Receivables Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 11/8/05 | 420 | $14,748.55 | Claims Subject to Modification | 05-44567 | $8,964.94 | General Unsecured |
| Chevron Products Co | PO Box F<br>Concord, CA 94524 | 7/17/06 | 9681 | $122,735.46 | Claims Subject to Modification | 05-44640 | $105,386.78 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5086 | $7,831.58 | Claims Subject to Modification | 05-44640 | $7,831.58 | General Unsecured |
| Circle Broach Company Inc | 38358 Abruzzi Dr<br>Westland, MI 48185 | 7/14/06 | 9541 | $30,818.00 | Claims Subject to Modification | 05-44640 | $30,818.00 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| CIT Communications Finance Corporation dba Avaya Financial Services fka AT&T Credit Corporation | CIT Communications Finance Corp Attn Bankruptcy Dept 1 CIT Dr Ste 4104A Livingston, NJ 07039 | 7/31/06 | 15602 | $48,145.89 | Claims Subject to Modification | 05-44640 | $48,145.89 | General Unsecured |
| Compagnie Deutsch Orleans | Compagnie Deutsch Orleans 22 Rue Des Chaises 45142 St Jean De La Ruelle BP 96 Cedex,  France | 11/21/05 | 712 | $9,554.69 | Claims Subject to Modification | 05-44640 | $9,554.69 | General Unsecured |
| Component Distributors Inc | PO Box 13017 Denver, CO 80201-3017 | 5/30/06 | 7044 | $10,860.00 | Claims Subject to Modification | 05-44640 | $7,240.00 | General Unsecured |
| Computer Patent Annuities LP | Gill David Accounts Receivable Manager CPA House 11 15 Seaton Place St Helier, Jersey JE1 1BL Channel Islands | 7/31/06 | 15379 | $617,204.24 | Claims Subject to Modification | 05-44554 | $602,481.60 | General Unsecured |
| Consumers Energy Company | Attn Michael G Wilson P33263 One Energy Plaza Jackson, MI 49201 | 4/3/06 | 2530 | $2,956,707.11 | Claims Subject to Modification | 05-44640 | $42,993.95 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 6/28/06 | 8718 | $234,631.11 | Claims Subject to Modification | 05-44554 | $234,354.86 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/21/06 | 10184 | $193,926.15 | Claims Subject to Modification | 05-44640 | $183,132.59 | General Unsecured |
| Contrarian Funds LLC as Assignee of Blissfield Manufacturing Company | Attn Alpa Jimenez 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9109 | $1,254,290.43 | Claims Subject to Modification | 05-44640 | $1,253,185.67 | General Unsecured |
| Contrarian Funds LLC as assignee of CEP Products LLC fka Carlisle Engineered Products | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12667 | $3,585,701.25 | Claims Subject to Modification | 05-44640 | $2,682,447.14 | General Unsecured |
| Crowley Liner Services Inc | attn Financial Services Dept PO Box 2110 Jacksonville, FL 32203-2110 | 12/19/05 | 1211 | $2,599.00 | Claims Subject to Modification | 05-44640 | $2,599.00 | General Unsecured |
| Crowley Tool Co | 190 Molly Walton Rd Hendersonville, TN 37075 | 8/9/06 | 16132 | $22,475.50 | Claims Subject to Modification | 05-44640 | $22,475.50 | General Unsecured |
| CS Business Systems Inc | 1236 Main St Buffalo, NY 14209 | 7/25/06 | 10599 | $46,506.23 | Claims Subject to Modification | 05-44640 | $44,803.23 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Dayton Ice Machine Inc | 3463 Successful Wy Dayton, OH 45414 | 12/19/05 | 1183 | $5,555.00 | Claims Subject to Modification | 05-44640 | $5,555.00 | General Unsecured |
| Dc Coaters Inc | 550 W Industrial Dr Tipton, IN 46072 | 5/12/06 | 5723 | $11,422.93 | Claims Subject to Modification | 05-44640 | $4,254.37 | General Unsecured |
| Dekko Technologies Inc | c o Martin E Seifert Esq Haller & Colvin PC 444 E Main St Fort Wayne, IN 46802 | 7/21/06 | 10149 | $80,378.48 | Claims Subject to Modification | 05-44640 | $80,378.48 | General Unsecured |
| Demag Plastics Group Corp | Attn Karen Freeman 11792 Alameda Dr Strongsville, OH 44149 | 7/24/06 | 10284 | $22,268.60 | Claims Subject to Modification | 05-44640 | $9,596.80 | General Unsecured |
| Demag Plastics Group Corp | Christopher W Peer Esq Hahn Loeser & Parks LLP 3300 BP Tower 200 Public Sq Cleveland, OH 44114-2301 | 7/24/06 | 10284 | $22,268.60 | Claims Subject to Modification | 05-44640 | $9,596.80 | General Unsecured |
| Dewitt Ross & Stevens Sc | Atty Stephen A Ditullio 2 E Mifflin St Ste 600 Madison, WI 53703 | 5/8/06 | 5108 | $14,586.67 | Claims Subject to Modification | 05-44640 | $14,586.67 | General Unsecured |
| Draka Automotive GmbH | Draka Automotive GmbH Dickestr 23 Wuppertal, D 42369 Germany | 10/25/05 | 116 | $289,004.91 | Claims Subject to Modification | 05-44640 | $330,559.89 | General Unsecured |
| Drake Manufacturing Services Inc | 4371 N Leavitt Rd Warren, OH 44485 | 3/16/06 | 2319 | $2,448.00 | Claims Subject to Modification | 05-44640 | $2,448.00 | General Unsecured |
| Draper Chevrolet Co | Draper Chevrolet Co 4200 Bay Rd PO Box 2139 Saginaw, MI 48603 | 12/19/05 | 1220 | $18,479.84 | Claims Subject to Modification | 05-44640 | $18,436.43 | General Unsecured |
| DTE Energy (Detroit Edison & MichCon) | DTE Energy (Detroit Edison & MichCon) 3200 Hobson St Lower Level Detroit, MI 48201-2927 | 4/25/06 | 2761 | $221,546.49 | Claims Subject to Modification | 05-44640 | $216,969.48 | General Unsecured |
| Dynalene Heat Transfer Fluids | PO Box A Coplay, PA 18037 | 4/27/06 | 2901 | $16,138.00 | Claims Subject to Modification | 05-44640 | $15,018.00 | General Unsecured |
| Edwards Medical Supply Inc Eft | PO Box 1639 Bolingbrook, IL 60440 | 5/1/06 | 3951 | $21,055.17 | Claims Subject to Modification | 05-44640 | $9,676.11 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Stephen Bobo Sachnoff & Weaver Ltd 10 S Wacker Dr Ste 4000 Chicago, IL 60606 | 7/31/06 | 15511 | $184,306.40 | Claims Subject to Modification | 05-44640 | $64,346.40 | General Unsecured |

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| EQ Heritage LLC | c o Scott A Wolfson Esq<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building 660 Woodward Ave<br>Detroit, MI 48226 | 7/31/06 | 15032 | $1,840,554.00 | Claims Subject to Modification | 05-44640 | $0.00 | General Unsecured |
| Export Development Canada EDC | EDC<br>151 O Connor St 18th FLR<br>Ottawa, ON KIA IK3 Canada | 1/17/06 | 1543 | $204,771.15 | Claims Subject to Modification | 05-44640 | $187,324.48 | General Unsecured |
| Fanuc Robotics America Inc | Attn Legal M Vallieres<br>3900 W Hamlin Rd<br>Rochester Hills, MI 48309-3253 | 7/28/06 | 12232 | $31,230.88 | Claims Subject to Modification | 05-44640 | $31,230.88 | General Unsecured |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co<br>Attn Pedro Ramirez<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 14027 | $513,080.99 | Claims Subject to Modification | 05-44640 | $501,065.06 | General Unsecured |
| Goldsmith Tr and Son Inc | Cust Service<br>Ann Marie Stengel<br>16 Peuquet Pky<br>Tonawanda, NY 14150-2413 | 6/5/06 | 7476 | $17,775.69 | Claims Subject to Modification | 05-44640 | $17,538.35 | General Unsecured |
| Great Lakes Power Lift Inc | 7455 Tyler Blvd<br>Mentor, OH 44060 | 5/1/06 | 4294 | $1,415.04 | Claims Subject to Modification | 05-44640 | $1,415.04 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 4/5/06 | 2563 | $92,338.09 | Claims Subject to Modification | 05-44640 | $84,558.77 | General Unsecured |
| Hobart Sales and Service | Dan<br>181 Industrial Pkwy<br>Mansfield, OH 44903 | 5/1/06 | 3780 | $576.26 | Claims Subject to Modification | 05-44640 | $576.26 | General Unsecured |
| Hutchinson Seal Corporation | c o Hutchinson Corporation<br>PO Box 1886<br>Grand Rapids, MI 49501 | 7/31/06 | 15220 | $321,256.00 | Claims Subject to Modification | 05-44640 | $201,945.43 | General Unsecured |
| Hydro Ellay Enfield Limited England | Fred Williams Finance Director<br>Joseph Noble Rd<br>Lillyhall Industrial Est<br>Workington, Cumbria CA14 4JX United Kingdom | 7/31/06 | 15341 | $15,304.24 | Claims Subject to Modification | 05-44640 | $6,196.24 | General Unsecured |
| ICS Customs Service Inc | 1099 Morse Ave<br>Elk Grove Village, IL 60007 | 3/7/06 | 2203 | $4,196.78 | Claims Subject to Modification | 05-44640 | $3,890.01 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis for Objection** | **Correct Debtor** | **Modified Amount** | **Modified Nature** |
| Integrated Silicon Solution Ef Inc | 2231 Lawson Ln<br>Santa Clara, CA 95054 | 7/24/06 | 10279 | $1,456,361.79 | Claims Subject to Modification | 05-44640 | $1,398,447.10 | General Unsecured |
| Jada Precision Plastics Co Eft Inc | 1667 Emerson St<br>Rochester, NY 14606 | 5/9/06 | 5404 | $429,262.62 | Claims Subject to Modification | 05-44640 | $420,062.84 | General Unsecured |
| Kenmode Tool & Engr Inc Eft | 820 W Algonquin Rd<br>Algonquin, IL 60102 | 8/9/06 | 15982 | $181,540.86 | Claims Subject to Modification | 05-44640 | $161,180.85 | General Unsecured |
| Kiefel Technologies Inc | 5 Merrill Industrial Dr<br>Hampton, NH 03842 | 7/25/06 | 10593 | $44,876.00 | Claims Subject to Modification | 05-44640 | $22,368.04 | General Unsecured |
| KT Trust | KT Trust<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 10/28/05 | 182 | $21,460.00 | Claims Subject to Modification | 05-44640 | $21,460.00 | General Unsecured |
| Le Joint Francais | CA Sce Contentieux<br>17 Rue Andre Buille BP700<br>Chattellerault Cedex, 86107 France | 12/16/05 | 1178 | $116,317.23 | Claims Subject to Modification | 05-44640 | $58,805.98 | General Unsecured |
| Le Joint Francais | CA Sce Contentieux<br>17 Rue Andre Buille BP700<br>Chattellerault Cedex, 86107 France | 12/16/05 | 1179 | $57,976.00 | Claims Subject to Modification | 05-44640 | $40,176.00 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 11/8/05 | 432 | $155,995.20 | Claims Subject to Modification | 05-44640 | $138,545.28 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 2/2/06 | 1748 | $72,097.93 | Claims Subject to Modification | 05-44640 | $48,704.49 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 3/3/06 | 2173 | $550,320.80 | Claims Subject to Modification | 05-44640 | $355,828.83 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 7/6/06 | 9081 | $72,359.49 | Claims Subject to Modification | 05-44640 | $10,679.26 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12396 | $148,325.65 | Claims Subject to Modification | 05-44640 | $143,989.26 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 7/25/06 | 13459 | $370,568.92 | Claims Subject to Modification | 05-44640 | $361,682.12 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 7/31/06 | 15671 | $1,621,059.30 | Claims Subject to Modification | 05-44640 | $360,854.30 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 10/20/06 | 16376 | $590,769.00 | Claims Subject to Modification | 05-44640 | $574,127.00 | General Unsecured |
| M & S Spring Co Inc | M & S Spring Co Inc<br>34137 Doreka Dr<br>Fraser, MI 48026 | 11/17/05 | 635 | $3,100.00 | Claims Subject to Modification | 05-44640 | $3,100.00 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 4/26/06 | 2779 | $67,031.00 | Claims Subject to Modification | 05-44567 | $64,031.00 | General Unsecured |
| Madison Niche Opportunities Fund LLC | 6143 S Willow Dr Ste 200<br>Greenwood Village, CO 80111 | 5/1/06 | 3641 | $3,140.80 | Claims Subject to Modification | 05-44640 | $2,675.25 | General Unsecured |
| Magid Glove & Safety Mfg Co Llc | 2060 N Kolmar Ave<br>Chicago, IL 60639 | 5/22/06 | 6450 | $130,697.79 | Claims Subject to Modification | 05-44640 | $130,697.79 | General Unsecured |
| Marquardt Switches Inc | Attn Rodney Mayette<br>2711 Route 20 E<br>Cazenovia, NY 13035 | 7/28/06 | 12162 | $89,372.32 | Claims Subject to Modification | 05-44640 | $78,154.17 | General Unsecured |
| Matheson Trigas Inc | Matheson Trigas Inc<br>6225 N State Hwy 161 Ste 200<br>Irving, TX 75038 | 11/29/05 | 936 | $768.52 | Claims Subject to Modification | 05-44640 | $133.26 | General Unsecured |
| Means Industries Inc | c o Michael Yetnikoff<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | 7/17/06 | 9652 | $1,243,150.59 | Claims Subject to Modification | 05-44640 | $681,145.20 | General Unsecured |
| Mittal Steel USA Inc fka Ispat Inland Steel | Frank Fallucca Credit Manager<br>1 S Dearborn<br>Chicago, IL 60603 | 7/20/06 | 10008 | $714,233.39 | Claims Subject to Modification | 05-44640 | $238,077.39 | General Unsecured |
| Mosier Automation Inc | Bleecker Brodey & Andrews<br>9247 N Meridian St Ste 200<br>Indianapolis, IN 46260 | 1/11/06 | 1512 | $8,859.49 | Claims Subject to Modification | 05-44640 | $3,861.29 | General Unsecured |
| Msj Trucking Inc | 1118 Hwy 84 East<br>Opp, AL 36467 | 5/1/06 | 4303 | $2,679.95 | Claims Subject to Modification | 05-44640 | $2,679.95 | General Unsecured |

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Orthodyne Electronics Corp | 16700 Red Hill Ave<br>Irvine, CA 92606-4802 | 6/6/06 | 7563 | $47,094.44 | Claims Subject to Modification | 05-44640 | $46,524.44 | General Unsecured |
| PBR Australia Pty Ltd | PBR Australia Pty Ltd<br>Attn Peter Valentine<br>PO Box 176<br>Bentleigh, E VI 3165 Australia | 4/4/06 | 2548 | $562,192.18 | Claims Subject to Modification | 05-44640 | $39,766.37 | General Unsecured |
| Peerless Steel Company Inc | 2450 Austin Ave<br>Troy, MI 48083-2030 | 5/1/06 | 3997 | $29,291.56 | Claims Subject to Modification | 05-44640 | $25,472.23 | General Unsecured |
| Peterson Tool Co | 739 Fesslers Ln<br>Nashville, TN 37210 | 7/27/06 | 11446 | $39,944.00 | Claims Subject to Modification | 05-44640 | $13,301.00 | General Unsecured |
| Precision Harness Inc Eft | 340 Transfer Dr Ste A<br>Indianapolis, IN 46214 | 5/15/07 | 16602 | $16,679.09 | Claims Subject to Modification | 05-44640 | $16,283.76 | General Unsecured |
| Premacare | Terje Heiseldal Venture Dept<br>Odden 1 Mailbox 115<br>Grimstad, 4891 Norway | 7/19/06 | 9957 | $43,229.50 | Claims Subject to Modification | 05-44507 | $18,456.85 | General Unsecured |
| Quanex Corp | Attn S J Prociv<br>Macsteel<br>One Jackson Sq Ste 500<br>Jackson, MI 49201 | 7/25/06 | 10624 | $511,659.39 | Claims Subject to Modification | 05-44640 | $127,914.39 | General Unsecured |
| Raithel & Co Gmbh | Raithel & Co Gmbh<br>GOETHESTRASSE 6<br>WEISSENSTADT, 95163 Germany | 11/23/05 | 833 | $9,352.72 | Claims Subject to Modification | 05-44640 | $5,288.78 | General Unsecured |
| Rb & W Corporation Eft | 5190 Bradco Blvd<br>Mississauga, ON L4W 1G7 Canada | 7/21/06 | 10194 | $15,361.12 | Claims Subject to Modification | 05-44640 | $13,051.04 | General Unsecured |
| Riverside Claims LLC as assignee for Lowry Holding Company Inc dba Lowry Computer Products | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 3/10/06 | 2243 | $50,107.99 | Claims Subject to Modification | 05-44640 | $45,943.30 | General Unsecured |
| Riverside Claims LLC as Assignee for MPS Group | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8862 | $724,499.86 | Claims Subject to Modification | 05-44640 | $716,457.80 | General Unsecured |
| Saegertown Manufacturing Corp | Attn Sharon M Dunn<br>Saegerton Mfg Corp<br>One Crawford St PO Box 828<br>Saegertown, PA 16433 | 7/27/06 | 15030 | $31,425.99 | Claims Subject to Modification | 05-44640 | $31,425.99 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Saegertown Manufacturing Corporation | Attn Sharon M Dunn<br>One Crawford St<br>PO Box 828<br>Saegertown, PA 16433 | 7/27/06 | 11263 | $8,031.02 | Claims Subject to Modification | 05-44640 | $8,031.02 | General Unsecured |
| Schaeffler KG | Schaeffler Accounting Services<br>Georg Schafer Str 30<br>Schweinfurt, 97421 Germany | 5/16/06 | 5907 | $64,430.50 | Claims Subject to Modification | 05-44640 | $9,452.04 | General Unsecured |
| Sealed Air Corporation | William Sanchez<br>19440 Arenth Ave<br>City Of Industry, CA 91748 | 4/28/06 | 3293 | $33,851.52 | Claims Subject to Modification | 05-44640 | $8,727.25 | General Unsecured |
| Sherwin Williams Automotive Finishes Corp | Sherwin Williams Automotive Finishes Corp<br>4440 Warrensville Center Rd<br>Warrensville Heights, OH 44128 | 3/13/06 | 2274 | $222,238.45 | Claims Subject to Modification | 05-44640 | $112,748.03 | General Unsecured |
| Siemens Bulding Technologies Inc | Lauren Newman<br>FagelHaber LLC<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | 7/31/06 | 15692 | $12,209.13 | Claims Subject to Modification | 05-44640 | $5,506.56 | General Unsecured |
| Siemens Energy & Automation Inc Successor By Way of Merger to Siemens Logistics & Assembly Systems Inc | c o Elizabeth L Gunn Esq<br>McGuire Woods LLP<br>One James Center 901 E Cary St<br>Richmond, VA 23219 | 6/27/06 | 8674 | $416,511.60 | Claims Subject to Modification | 05-44640 | $338,318.55 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee Dynamic Corporation Assignor | Sierra Liquidity Fund LLC<br>2699 White Rd Ste 255<br>Irvine, CA 92614 | 7/31/06 | 14669 | $216,301.71 | Claims Subject to Modification | 05-44640 | $204,762.78 | General Unsecured |
| SMK Electronics Corp USA | SMK Electronics Corp USA<br>1055 Tierra Del Rey<br>Chula Vista, CA 91910 | 7/27/06 | 11615 | $12,665.01 | Claims Subject to Modification | 05-44640 | $1,155.00 | General Unsecured |
| Special Situations Investing Group Inc | Attn Al Dombrowski<br>c o Goldman Sachs & Co<br>85 Broad St 27th Fl<br>New York, NY 10004 | 4/4/06 | 2548 | $562,192.18 | Claims Subject to Modification | 05-44640 | $338,801.98 | General Unsecured |
| Tapeswitch Corp Of America | 100 Schmitt Blvd<br>Farmingdale, NY 11735 | 5/31/06 | 7180 | $1,458.32 | Claims Subject to Modification | 05-44640 | $1,458.32 | General Unsecured |
| The Furukawa Electric Co Ltd | co Penn Ayers Butler Esq<br>Squire Sanders & Dempsey LLP<br>600 Hansen Wy<br>Palo Alto, CA 94304-1043 | 2/26/07 | 16555 | $48,067.68 | Claims Subject to Modification | 05-44640 | $32,356.14 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Thermalex Inc | 2758 Gunter Pk Dr W<br>Montgomery, AL 36109 | 5/22/06 | 6613 | $40,360.73 | Claims Subject to Modification | 05-44640 | $31,118.59 | General Unsecured |
| United Electronics Corp | 5321 N Pearl St<br>Rosemont, IL 60018 | 2/1/06 | 1744 | $70,521.92 | Claims Subject to Modification | 05-44567 | $64,403.80 | General Unsecured |
| United States Steel Corp | Us Steel Automotive Ctr<br>5850 New King Ct<br>Troy, MI 48098 | 6/27/06 | 8657 | $399,548.00 | Claims Subject to Modification | 05-44640 | $32,760.10 | General Unsecured |
| United States Steel Corp | United States Steel Corp<br>United States Steel Corp<br>Treasury Department 600 Grant St Rm 1344<br>Pittsburgh, PA 15219 | 6/27/06 | 8657 | $399,548.00 | Claims Subject to Modification | 05-44640 | $32,760.10 | General Unsecured |
| Universal Metal Products Inc | 29980 Lakeland Blvd<br>PO Box 130<br>Wickliffe, OH 44092-0130 | 12/9/05 | 1098 | $54,912.75 | Claims Subject to Modification | 05-44640 | $47,481.64 | General Unsecured |
| Universal Metal Products Inc | 29980 Lakeland Blvd<br>PO Box 130<br>Wickliffe, OH 44092-0130 | 2/21/06 | 2069 | $14,704.15 | Claims Subject to Modification | 05-44640 | $14,704.15 | General Unsecured |
| Whiteside Communication Management | Attn Lisa Whiteside<br>1938 Burdette<br>Ferndale, MI 48220 | 2/3/06 | 1760 | $1,215.00 | Claims Subject to Modification | 05-44640 | $1,215.00 | General Unsecured |
| Willow Hill Industries Llc | 37611 Euclid Ave<br>Willoughby, OH 44094 | 6/8/06 | 7652 | $61,254.66 | Claims Subject to Modification | 05-44640 | $49,792.47 | General Unsecured |
| Wix Filtration Products Europe Ltd FKA Dana Spicer Europe Ltd | Wix Filtration Products Europe Ltd<br>C O Affinia Group Inc<br>Attn C Mendeljian 1101 Technology Dr 100<br>Ann Arbor, MI 48108 | 7/14/06 | 9528 | $33,270.43 | Claims Subject to Modification | 05-44640 | $30,470.47 | General Unsecured |
| Xpedx | Mac<br>4510 Reading Rd<br>PO Box 29460<br>Cincinnati, OH 45229-0460 | 7/5/06 | 9043 | $11,002.13 | Claims Subject to Modification | 05-44640 | $9,291.53 | General Unsecured |
| Xpedx a Div of Intl Paper | Attn Ray H Whitmore<br>1059 W Ridge Rd<br>Rochester, NY 14615 | 5/1/06 | 4293 | $98,455.53 | Claims Subject to Modification | 05-44640 | $98,455.53 | General Unsecured |

7/17/2007 11:39 AM
Omni 19 Obj Exhibit D-1 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Angelina County | John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 12/23/05 | 1267 | $16,528.09 | Tax Claims Subject to Modification | 05-44640 | $12,679.09 | Secured |
| Angelina County | Angelina County<br>Angelina County<br>PO Box 1344<br>Lufkin, TX 75902-1344 | 12/23/05 | 1267 | $16,528.09 | Tax Claims Subject to Modification | 05-44640 | $12,679.09 | Secured |
| Bartholomew County In | Bartholomew County Treasurer<br>PO Box 1986<br>Columbus, IN 47202 | 5/30/06 | 7106 | $151.44 | Tax Claims Subject to Modification | 05-44640 | $131.48 | Priority |
| Bexar County | David G Aelvoet<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 | 12/27/05 | 1288 | $18,673.95 | Tax Claims Subject to Modification | 05-44640 | $14,325.22 | Secured |
| Bexar County | Sylvia S Romo CPA RTA CTA<br>Sylvia S Romo CPA RTA CTA<br>Bexar County Tax Assessor Collector 233 N<br>Pecos La Trinidad<br>San Antonio, TX 78207 | 12/27/05 | 1288 | $18,673.95 | Tax Claims Subject to Modification | 05-44640 | $14,325.22 | Secured |
| Brownsville ISD | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 PO Box 17428<br>Austin, TX 78760-7428 | 12/27/05 | 1282 | $3,675.75 | Tax Claims Subject to Modification | 05-44640 | $2,819.75 | Secured |
| Brownsville ISD | Brownsville ISD<br>Brownsville ISD<br>PO Box 4050<br>Brownsville, TX 78523-4050 | 12/27/05 | 1282 | $3,675.75 | Tax Claims Subject to Modification | 05-44640 | $2,819.75 | Secured |
| Cameron County | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 7/25/06 | 14187 | $199,010.90 | Tax Claims Subject to Modification | 05-44640 | $165,698.73 | Secured |
| Cameron County | 964 E Harrison St<br>Brownsville, TX 78520 | 7/25/06 | 14187 | $199,010.90 | Tax Claims Subject to Modification | 05-44640 | $165,698.73 | Secured |
| Carrollton Farmers Branch Independent School District | c o Andrea Sheehan<br>Law Offices of Robert E Luna PC<br>4411 N Central Expressway<br>Dallas, TX 75205 | 2/14/06 | 2003 | $8,872.60 | Tax Claims Subject to Modification | 05-44640 | $6,806.38 | Secured |

7/17/2007 11:40 AM
Omni 19 Obj Exhibit D-2 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Carrollton Farmers Branch Independent School District | c o Andrea Sheehan Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 2/14/06 | 2005 | $356.05 | Tax Claims Subject to Modification | 05-44640 | $273.13 | Secured |
| City of El Paso | David G Aelvoet Linebarger Goggan Blair & Sampson LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 12/27/05 | 1289 | $268,433.18 | Tax Claims Subject to Modification | 05-44640 | $205,921.35 | Secured |
| City of El Paso | PO Box 2992 El Paso, TX 79999-2992 | 12/27/05 | 1289 | $268,433.18 | Tax Claims Subject to Modification | 05-44640 | $205,921.35 | Secured |
| City of Harlingen | Diane W Sanders Linebarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 12/27/05 | 1330 | $53.65 | Tax Claims Subject to Modification | 05-44640 | $41.16 | Secured |
| City of Harlingen | City of Harlingen City of Harlingen PO Box 2643 Harlingen, TX 78551-2643 | 12/27/05 | 1330 | $53.65 | Tax Claims Subject to Modification | 05-44640 | $41.16 | Secured |
| City of San Marcos | Diane W Sanders Linebarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 5/10/06 | 5520 | $176.75 | Tax Claims Subject to Modification | 05-44640 | $176.75 | Secured |
| City of San Marcos | 102 N LBJ #100 San Marcos, TX 78666 | 5/10/06 | 5520 | $176.75 | Tax Claims Subject to Modification | 05-44640 | $176.75 | Secured |
| Collin County Tax | Gay McCall Isaacks et al 777 E 15th St Plano, TX 75074 | 11/14/05 | 511 | $1,018.83 | Tax Claims Subject to Modification | 05-44640 | $781.57 | Secured |
| Collin County Tax | Collin County Tax Collin County Tax Payment Address PO Box 8006 McKinney, TX 75070 | 11/14/05 | 511 | $1,018.83 | Tax Claims Subject to Modification | 05-44640 | $781.57 | Secured |
| County of Comal | Michael Reed McCreary Veselka Bragg & Allen PC 5929 Balcones Dr Ste 200 PO Box 26990 Austin, TX 78755 | 3/13/06 | 2269 | $264.13 | Tax Claims Subject to Modification | 05-44640 | $202.62 | Secured |
| County of Denton City of Sanger | Michael Reed McCreary Veselka Bragg & Allen PC 5929 Balcones Dr Ste 200 PO Box 26990 Austin, TX 78755 | 3/13/06 | 2270 | $335.36 | Tax Claims Subject to Modification | 05-44640 | $224.04 | Secured |

7/17/2007 11:40 AM
Omni 19 Obj Exhibit D-2 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| County of Hays | Michael Reed<br>McCreary Veselka Bragg & Allen PC<br>5929 Balcones Dr Ste 200 PO Box 26990<br>Austin, TX 78755 | 3/13/06 | 2271 | $223.15 | Tax Claims Subject to Modification | 05-44640 | $171.18 | Secured |
| Cypress Fairbanks ISD | John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 5/8/06 | 5300 | $59.65 | Tax Claims Subject to Modification | 05-44640 | $59.65 | Secured |
| Cypress Fairbanks ISD | PO Box 692003<br>Houston, TX 77269-2003 | 5/8/06 | 5300 | $59.65 | Tax Claims Subject to Modification | 05-44640 | $59.65 | Secured |
| Dallas County | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street Ste 1600<br>Dallas, TX 75201 | 11/28/05 | 853 | $23,488.83 | Tax Claims Subject to Modification | 05-44640 | $7,616.77 | Secured |
| Dubois County In | Dubois County Treasurer<br>1 Courthouse Sq<br>Jasper, IN 47546 | 5/1/06 | 3619 | $361.26 | Tax Claims Subject to Modification | 05-44640 | $277.14 | Secured |
| Franklin County Ohio Treasurer | 373 S High St 17th Fl<br>Columbus, OH 43215 | 8/3/06 | 15808 | $300,836.22 | Tax Claims Subject to Modification | 05-44640 | $260,464.26 | Secured |
| Harlingen CISD | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 PO Box 17428<br>Austin, TX 78760-7428 | 12/27/05 | 1283 | $140.82 | Tax Claims Subject to Modification | 05-44640 | $108.03 | Secured |
| Harlingen CISD | Harlingen CISD<br>Harlingen CISD<br>PO Box 2643<br>Harlingen, TX 78551-2643 | 12/27/05 | 1283 | $140.82 | Tax Claims Subject to Modification | 05-44640 | $108.03 | Secured |
| Harris County City of Houston | John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 5/8/06 | 5301 | $902.84 | Tax Claims Subject to Modification | 05-44640 | $902.84 | Secured |
| Henry County Treasurer | 101 S Main St<br>New Castle, IN 47362 | 3/15/06 | 2297 | $40,151.05 | Tax Claims Subject to Modification | 05-44640 | $27,460.26 | Secured |
| Hidalgo County | Hidalgo County<br>Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP 1949<br>South IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 6/13/06 | 7914 | $7,726.30 | Tax Claims Subject to Modification | 05-44640 | $7,726.30 | Secured |

7/17/2007 11:40 AM
Omni 19 Obj Exhibit D-2 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Hidalgo County | PO Box 178<br>Edinburg, TX 78540 | 6/13/06 | 7914 | $7,726.30 | Tax Claims Subject to Modification | 05-44640 | $7,726.30 | Secured |
| Montague County | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | 5/22/06 | 6470 | $55.11 | Tax Claims Subject to Modification | 05-44640 | $42.28 | Secured |
| Montgomery County | John P Dillman<br>Linebarger Goggan Blair & Sampson<br>PO Box 3064<br>Houston, TX 77253-3064 | 12/23/05 | 1266 | $93.64 | Tax Claims Subject to Modification | 05-44640 | $93.64 | Secured |
| Montgomery County | Montgomery County<br>Montgomery County<br>400 N San Jacinto St<br>Conroe, TX 77301-2822 | 12/23/05 | 1266 | $93.64 | Tax Claims Subject to Modification | 05-44640 | $93.64 | Secured |
| Montgomery County Treasurer | 451 W Third St<br>Dayton, OH 45422-0476 | 6/26/06 | 8544 | $132,479.24 | Tax Claims Subject to Modification | 05-44640 | $32,423.82 | Secured |
| Nacogdoches County Cad | Clardy Law Offices<br>220 W Hospital St<br>Nacogdoches, TX 75963-1668 | 5/1/06 | 3784 | $262.76 | Tax Claims Subject to Modification | 05-44640 | $232.12 | Secured |
| Nueces County | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 S IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 12/27/05 | 1284 | $880.28 | Tax Claims Subject to Modification | 05-44640 | $675.28 | Secured |
| Nueces County | Nueces County<br>Nueces County<br>PO Box 2810<br>Corpus Christi, TX 78403-2810 | 12/27/05 | 1284 | $880.28 | Tax Claims Subject to Modification | 05-44640 | $675.28 | Secured |
| San Marcos CISD | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 5/10/06 | 5521 | $687.88 | Tax Claims Subject to Modification | 05-44640 | $687.88 | Secured |
| San Marcos CISD | 102 N LBJ #100<br>San Marcos, TX 78666 | 5/10/06 | 5521 | $687.88 | Tax Claims Subject to Modification | 05-44640 | $687.88 | Secured |
| Tarrant County | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | 11/28/05 | 854 | $414.71 | Tax Claims Subject to Modification | 05-44640 | $318.13 | Secured |

7/17/2007 11:40 AM
Omni 19 Obj Exhibit D-2 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| United Independent School District | c o Ornelas Castillo & Ornelas PLLC<br>401 East Hillside Rd 2nd Floor<br>Laredo, TX 78041 | 6/12/06 | 7846 | $30,158.42 | Tax Claims Subject to Modification | 05-44640 | $26,688.87 | Secured |
| Wabash County In | Wabash County Treasurer<br>Courthouse 1 W Hill St Ste 4b<br>Wabash, IN 46992 | 5/1/06 | 4171 | $22.08 | Tax Claims Subject to Modification | 05-44640 | $16.94 | Secured |
| Wichita County | Harold Lerew<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 8188<br>Wichita Falls, TX 76307 | 2/21/06 | 2077 | $18,530.81 | Tax Claims Subject to Modification | 05-44640 | $17,318.51 | Secured |

7/17/2007 11:40 AM
Omni 19 Obj Exhibit D-2 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-4 (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| | Arbogast Michael A And Rebecca C Arbogast | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12032 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Beuke Robert L | Linda George Esq<br>Laudig George Rutherford & Sipes<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12034 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Bex Russell And Barbara A | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12033 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Bueke Robert L And Norma J | c/o Laudig George Ruthergord & Sipes<br>Linda George Esq<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 15756 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Buis James And Jacqueline | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12035 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Canter Richard And Louanna | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12036 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Cloncs Donald And Carole L | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12037 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Davis Ii Robert E Plaintiff V | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12038 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| | Ennis Donald And Carol | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12039 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |

7/17/2007 11:22 AM
Omni 19 Obj Exhibit D-4 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-4 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Hoyt Arthur And Vivian | c/o Laudig George Rutherford & Sipes<br>Linda George Esq<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12040 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Hubbard Clarence E | Linda George Esq<br>Laudig George Rutherford & Sipes<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12041 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Merritt James And Bonnie | c/o Laudig George Rutherford & Sipes<br>Kathleen A Musgrave Esq<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12042 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Minnick Ralph D | Linda George Esq<br>Laudig George Rutherford & Sipes<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12043 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Obrien Michael And Ingrid Obrien | c/o Laudig George Rutherford & Sipes<br>Linda George<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12044 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Phelps John W And Deborah J Phelps | c/o Luadig George Rutherford & Sipes<br>L George W R Sipes<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12045 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Phillips Robert | c/o Laudig George Rutherford & Sipes<br>Linda George EsqW Russell Sipes<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12046 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Proud Douglas And Esther | c o Luadig George Rutherford & Sipes<br>L George W R Sipes<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12047 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Russell Thomas And Norma | c/o Luadig George Rutherford & Sipes<br>L George W R Sipes<br>156 East Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12048 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |

7/17/2007 11:22 AM
Omni 19 Obj Exhibit D-4 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-4 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Smith James O And Betty J | c o Laudig George Rutherford & Sipes L George W R Sipes 156 E Market St Ste 600 Indianapolis, IN 46204 | 7/28/06 | 12049 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Stansbury Ii Robert L | Linda George Esq Ludig George Rutherford & Sipes 156 E Market St Ste 600 Indianapolis, IN 46204 | 7/28/06 | 12050 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Stuck Ronald P Shelley A Stuck | c o Laudig George Rutherford & Sipes L George W R Sipes 156 E Market St Ste 600 Indianapolis, IN 46204 | 7/28/06 | 12051 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Waldo Richard L And Gwendolyn A Waldo Plaintiffs V | c o Laudig George Rutherford & Sipes L George W R Sipes 156 E Market St Ste 600 Indianapolis, IN 46204 | 7/28/06 | 12052 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |
| Yates Dale A And Jacqueline R Yates | c o Luadig George Rutherford & Sipes L George W R Sipes 156 East Market St Ste 600 Indianapolis, IN 46204 | 7/28/06 | 12053 | $30,000.00 | Consensually Modified and Reduced Claims | 05-44640 | $5,000.00 | General Unsecured |

7/17/2007 11:22 AM
Omni 19 Obj Exhibit D-4 single Service List

# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
            In re                                   :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :        Case No. 05-44481 (RDD)
                                                    :
                            Debtors.                :        (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject
to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced
Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed
(without exhibits).  The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16,
2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States
Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York,
New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
AUGUST 9, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW,
THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY
FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claima mnt has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the

2

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE NINETEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH

THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        July 13, 2007

# EXHIBIT I

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Spartanburg Co Tax Collector | Glenda Qwright Drawer 3060 Spartanburg, SC 29304 | 6/29/06 | 8768 | $62,517.67 | Tax Claims Subject to Modification | 05-44640 | $5,542.40 | Secured | 05-44539 | $47,374.63 | Secured |

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-2 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Howard County Indiana | Michael K McCrory<br>Barnes & Thornburg LLP<br>11 South Meridian St<br>Indianapolis, IN 46204 | 2/2/07 | 16506 | $7,146,906.58 | Tax Claims Subject to Modification | 05-44640 | $1,881,810.60 | Secured | 05-44640 | $4,615,386.77 | Priority |

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-3 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Americhem Inc | 225 Broadway E<br>Cuyahoga Falls, OH 44221 | 4/14/06 | 2654 | $96,201.43 | Modified Claims Asserting Reclamation | 05-44640 | $6,797.43 | Priority | 05-44640 | $50,893.49 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/21/06 | 10207 | $208,704.95 | Modified Claims Asserting Reclamation | 05-44567 | $22,402.52 | Priority | 05-44567 | $186,097.43 | General Unsecured |
| Bank of America N A | Attn Information Mgr<br>100 N Tryon St 20th Fl<br>Mail Code NCI 007 20 01<br>Charlotte, NC 28255 | 5/17/06 | 6147 | $2,996,365.10 | Modified Claims Asserting Reclamation | 05-44640 | $53,359.18 | Priority | | | |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 5/17/06 | 6147 | $2,996,365.10 | Modified Claims Asserting Reclamation | 05-44640 | $2,920,073.34 | General Unsecured | | | |
| Contrarian Funds LLC as Assignee of Trostel Ltd | Alpa Jimenez<br>Contrarian Funds LLC<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/28/06 | 12693 | $1,494,571.82 | Modified Claims Asserting Reclamation | 05-44640 | $16,194.53 | Priority | 05-44640 | $1,357,823.76 | General Unsecured |
| Furukawa Electric North America APD Inc and Furukawa Electric Company | Michael S McElwee<br>Varnum Riddering Schmidt & Howlett LLP<br>PO Box 352<br>Grand Rapids, MI 49501-0352 | 7/25/06 | 10574 | $5,069,133.35 | Modified Claims Asserting Reclamation | 05-44640 | $988.18 | Priority | 05-44640 | $266,332.33 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/25/06 | 10574 | $5,069,133.35 | Modified Claims Asserting Reclamation | 05-44640 | $3,417,035.76 | General Unsecured | | | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 7/24/06 | 10396 | $126,239.42 | Modified Claims Asserting Reclamation | 05-44640 | $27,955.00 | Priority | | $97,443.20 | General Unsecured |
| Itw Filtration Products | Michelle Szafoni<br>18531 Spring Creek Dr<br>Tinley Pk, IL 60477 | 7/24/06 | 10421 | $53,587.08 | Modified Claims Asserting Reclamation | 05-44640 | $2,190.61 | Priority | | $40,296.17 | General Unsecured |
| Lake Erie Products Inc | Scott N Opincar Esq<br>McDonald Hopkins Co LPA<br>600 Superior Ave E Ste 2100<br>Cleveland, OH 44114 | 7/31/06 | 13454 | $225,224.02 | Modified Claims Asserting Reclamation | 05-44640 | $14,082.57 | Priority | 05-44640 | $19,783.67 | General Unsecured |
| Latigo Master Fund Ltd | Attn Paul Malek<br>590 Madison Ave 9th Fl<br>New York, NY 10022 | 7/31/06 | 14296 | $62,288.96 | Modified Claims Asserting Reclamation | 05-44640 | $13,170.09 | Priority | 05-44640 | $49,118.87 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 4/5/06 | 2710 | $149,746.96 | Modified Claims Asserting Reclamation | 05-44640 | $1,498.18 | Priority | 05-44640 | $143,824.89 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12346 | $215,079.82 | Modified Claims Asserting Reclamation | 05-44640 | $13,807.69 | Priority | 05-44640 | $179,538.87 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 6/12/06 | 7816 | $351,868.14 | Modified Claims Asserting Reclamation | 05-44640 | $25,163.47 | Priority | 05-44640 | $35,138.35 | General Unsecured |
| Milliken & Company | 1045 Sixth Ave<br>New York, NY 10018 | 7/27/06 | 11646 | $1,393,393.41 | Modified Claims Asserting Reclamation | 05-44640 | $202,412.11 | Priority | 05-44640 | $692,195.36 | General Unsecured |

7/17/2007 11:22 AM
Omni 19 Obj Exhibit D-3 single Service List

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-3 (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Parkview Metal Products | c/o Robert D Wolford Miller Johnson PO Box 306 Grand Rapids, MI 49501-0306 | 7/31/06 | 13929 | $187,374.96 | Modified Claims Asserting Reclamation | 05-44640 | $17,050.64 | Priority | 05-44640 | $92,672.08 | General Unsecured |
| Plymouth Rubber Company Inc | Atten Victor Bass Esq Burns & Levinson LLP 125 Summer St Boston, MA 02110-1624 | 7/28/06 | 12359 | $631,500.50 | Modified Claims Asserting Reclamation | 05-44640 | $4,290.58 | Priority | 05-44640 | $379,995.75 | General Unsecured |
| Quality Synthetic Rubber Inc | c o Patrick J Keating Esq Buckingham Doolittle & Burroughs LLP PO Box 1500 Akron, OH 44309-1500 | 7/31/06 | 15230 | $826,312.04 | Modified Claims Asserting Reclamation | 05-44640 | $84,115.76 | Priority | 05-44640 | $658,613.75 | General Unsecured |
| Quality Synthetic Rubber Inc | c o Patrick J Keating Esq Buckingham Doolittle & Burroughs LLP PO Box 1500 Akron, OH 44309-1500 | 7/31/06 | 15231 | $614,058.16 | Modified Claims Asserting Reclamation | 05-44547 | $103,082.00 | Priority | 05-44547 | $478,689.40 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 2/21/06 | 2065 | $126,918.43 | Modified Claims Asserting Reclamation | 05-44640 | $6,207.62 | Priority | 05-44640 | $119,097.74 | General Unsecured |
| Select Industries Corporation fka Select Tool & Die Corp | W Timothy Miller 425 Walnut Stt Ste 1800 Cincinnati, OH 45202 | 7/20/06 | 10014 | $507,337.84 | Modified Claims Asserting Reclamation | 05-44640 | $252,075.90 | Secured | 05-44640 | $20,736.60 | Priority |
| Sherwin Williams Company | Sherwin Williams Company 101 Prospect Ave NW 625 Republic Bldg Cleveland, OH 44115 | 1/9/06 | 1470 | $37,398.75 | Modified Claims Asserting Reclamation | 05-44640 | $5,146.69 | Priority | 05-44640 | $32,034.36 | General Unsecured |
| Sherwin Williams Company | Sherwin Williams Company 101 Prospect Ave NW 625 Republic Bldg Cleveland, OH 44115 | 1/9/06 | 1472 | $161,816.60 | Modified Claims Asserting Reclamation | 05-44640 | $2,179.25 | Priority | 05-44640 | $149,546.65 | General Unsecured |
| Solectron Corporation Solectron Manufactura de Mexico SA and various of their affiliates and subsidiaries | Lawrence Schwab Patrick Costello Bialson Bergen & Schwab 2600 El Camino Real Ste 300 Palo Alto, CA 94306 | 7/26/06 | 10914 | $10,382,335.46 | Modified Claims Asserting Reclamation | 05-44640 | $35,454.74 | Priority | 05-44640 | $1,856,696.29 | General Unsecured |
| SPCP Group LLC | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/25/06 | 10574 | $5,069,133.35 | Modified Claims Asserting Reclamation | 05-44640 | $645,996.21 | General Unsecured | | | |
| SPCP Group LLC as assignee of Key Plastics LLC | Attn Brian Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14134 | $511,656.31 | Modified Claims Asserting Reclamation | 05-44640 | $4,011.27 | Priority | 05-44640 | $161,030.87 | General Unsecured |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 7/26/06 | 10914 | $10,382,335.46 | Modified Claims Asserting Reclamation | 05-44640 | $5,865,983.81 | General Unsecured | | | |
| Vector Cantech Inc | Lindsey Stetson 150 W Jefferson Ste 2500 Detroit, MI 48226-4415 | 7/31/06 | 14065 | $267,735.70 | Modified Claims Asserting Reclamation | 05-44640 | $28,846.40 | Priority | 05-44640 | $220,407.30 | General Unsecured |

7/17/2007 11:22 AM
Omni 19 Obj Exhibit D-3 single Service List

# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

In re                          :          Chapter 11
                            :

DELPHI CORPORATION, et al.,     :          Case No. 05-44481 (RDD)
                            :

               Debtors.     :          (Jointly Administered)
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed (without exhibits). The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON AUGUST 9, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claima mnt has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the

2

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

4

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE NINETEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
          July 13, 2007

# EXHIBIT K

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-3 (multiple) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| | Emhart Teknologies Llc | 49201 Gratiot Ave Chesterfield, MI 48051 | 5/23/06 | 6670 | $293,357.43 | Modified Claims Asserting Reclamation | 05-44567 | $10,800.00 | General Unsecured | 05-44640 | $27,128.77 | Priority | 05-44640 | $150,416.31 | General Unsecured |
| | NXP Semiconductors USA Inc | 1109 McKay Dr San Jose, CA 95131 | 7/31/06 | 14347 | $5,486,881.18 | Modified Claims Asserting Reclamation | 05-44640 | $4,942,906.90 | General Unsecured | 05-44640 | $194,274.52 | Priority | 05-44567 | $34,544.50 | General Unsecured |
| | Rohm Electronics USA LLC | Morton R Branzburg Esq Klehr Harrison Harvey Branzburg 260 S Broad St Philadelphia, PA 19102-5003 | 4/3/06 | 2482 | $1,495,516.58 | Modified Claims Asserting Reclamation | 05-44567 | $25,781.57 | General Unsecured | 05-44640 | $107,101.70 | Priority | 05-44640 | $1,282,960.82 | General Unsecured |
| | SPCP Group LLC | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 3/9/06 | 2229 | $360,413.11 | Modified Claims Asserting Reclamation | 05-44567 | $11,497.88 | General Unsecured | 05-44640 | $5,052.44 | Priority | 05-44640 | $329,423.01 | General Unsecured |
| | Stanley Electric Sales of America Inc | c o Mark T Flewelling Esq Afrct LLP 199 S Los Robles Ave Ste 600 Pasadena, CA 91101 | 7/28/06 | 12258 | $1,040,216.50 | Modified Claims Asserting Reclamation | 05-44567 | $6,457.00 | General Unsecured | 05-44640 | $102,426.47 | Priority | 05-44640 | $922,260.54 | General Unsecured |

7/17/2007 11:40 AM
Omni 19 Obj Exhibit D-3 multiple Service List

# EXHIBIT L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
          In re                               :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                          Debtors.            :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


         Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'
Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject
to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced
Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed
(without exhibits).  The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16,
2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States
Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York,
New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
AUGUST 9, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW,
THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY
FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

         The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claima mnt has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the

2

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'

4

ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE NINETEENTH
OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH
THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES
ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE
NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN
NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION
PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim
against the Debtors.


Dated:  New York, New York
        July 13, 2007

# EXHIBIT M

Delphi Corporation
Nineteenth Omnibus Claims Objection
Exhibit D-1 (multiple) Service List

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 | Correct Debtor4 | Modified Amount4 | Modified Nature4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Liquide Industrial US LP | Attn Gwendolyn Young Smithheart 2700 Post Oak Blvd Houston, TX 77056 | 4/11/06 | 2609 | $27,316.10 | Claims Subject to Modification | 05-44482 | $21,211.22 | General Unsecured | 05-44640 | $1,160.00 | General Unsecured | | | | | | |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/27/06 | 11576 | $155,624.26 | Claims Subject to Modification | 05-44612 | $2,606.88 | General Unsecured | 05-44640 | $122,028.20 | General Unsecured | | | | | | |
| IBM Corporation | B H Shideler Two Lincoln Ctr Oakbrook Terrace, IL 60181 | 11/18/05 | 680 | $514,319.83 | Claims Subject to Modification | 05-44640 | $22,777.05 | General Unsecured | 05-44624 | $90.61 | General Unsecured | 05-44567 | $15,863.77 | General Unsecured | 05-44612 | $399,988.40 | General Unsecured |
| Matsuo Electronics Of America | 2134 Main St Ste 100 Huntington Beach, CA 92648 | 5/8/06 | 5306 | $53,842.15 | Claims Subject to Modification | 05-44610 | $9,416.25 | General Unsecured | 05-44640 | $35,158.60 | General Unsecured | | | | | | |
| Packaging Engineering LLC | Packaging Engineering LLC 2620 Centennial Rd Suites Toledo, OH 43613 | 12/13/05 | 1134 | $73,142.59 | Claims Subject to Modification | 05-44482 | $5,946.60 | General Unsecured | 05-44640 | $52,818.49 | General Unsecured | | | | | | |
| Paul Hastings Janofsky and Walker Llp | Katherine A Traxler 515 S Flower St 25th Fl Los Angeles, CA 90071 | 5/31/06 | 7229 | $58,733.72 | Claims Subject to Modification | 05-44554 | $6,170.81 | General Unsecured | 05-44567 | $814.06 | General Unsecured | 05-44640 | $50,283.05 | General Unsecured | 05-44624 | $690.00 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee Engel Machinery Inc Assignor | Sierra Liquidity Fund LLC 2699 White Rd Ste 255 Irvine, CA 92614 | 7/31/06 | 14688 | $11,218.89 | Claims Subject to Modification | 05-44624 | $892.50 | General Unsecured | 05-44640 | $9,595.64 | General Unsecured | | | | | | |
| Supply Solution Inc Its Successor Tradebeam Inc | Attn General Counsel Tradebeam Inc Two Waters Park Dr Ste 200 San Mateo, CA 94403 | 5/15/06 | 5856 | $226,825.26 | Claims Subject to Modification | 05-44567 | $4,399.26 | General Unsecured | 05-44640 | $222,426.00 | General Unsecured | | | | | | |
| Twin Corporation | Dennis M Haley P14538 Winegarden Haley Lindholm & Robertson PLC G 9460 S Saginaw St Ste A Grand Blanc, MI 48439 | 6/26/06 | 8523 | $56,537.23 | Claims Subject to Modification | 05-44567 | $1,368.00 | General Unsecured | 05-44640 | $25,186.67 | General Unsecured | | | | | | |

7/17/2007 11:38 AM
Omni 19 Obj Exhibit D-1 multiple Service List

# EXHIBIT N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                              :

In re                         :       Chapter 11
                              :

DELPHI CORPORATION, et al.,  :       Case No. 05-44481 (RDD)
                              :

               Debtors.    :       (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON AUGUST 9, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims"
are those Claims that did not contain sufficient documentation in support of the Claim
asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are
those Claims that assert liabilities or dollar amounts that the Debtors have determined are
not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims"
are those Claims filed by taxing authorities that assert liabilities and dollar amounts that
the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax
Claims" are those Claims filed by taxing authorities that assert liabilities or dollar
amounts that the Debtors have determined are not owing pursuant to the Debtors' books
and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§
107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And
5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And
Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date
Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim
that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification"
are those Claims that the Debtors have determined (a) state the incorrect amount or are
overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b)
were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured
or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To
Modification" are those Claims filed by taxing authorities that the Debtors have
determined (a) are overstated and/or (b) were filed and docketed against the wrong
Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting
Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect
amount or are overstated, including as a result of the assertion of invalid unliquidated
claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c)
incorrectly assert secured or priority status and (ii) in which the claimant asserted a
reclamation demand and either (a) the Debtors and the claimant have entered into a letter
agreement whereby the Debtors and the claimant agreed upon the valid amount of the
reclamation demand or (b) the claima mnt has consented to the Debtors' determination of
the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a
"Reclamation Agreement"), subject to the Debtors' right to seek, at any time and
notwithstanding the claimant's agreement or consent to the amount pursuant to the

2

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

3

Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS

4

APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE NINETEENTH
OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH
THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES
ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE
NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN
NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION
PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim
against the Debtors.

Dated: New York, New York
July 13, 2007