IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

In re                             :      Chapter 11
                                           :

DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)
                                         :

                 Debtors.   :      (Jointly Administered)
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

     I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On July 18, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

    1)  Notice Of Extension Of Bid Deadline And Auction In Connection With Sale Of Catalyst Business (Docket No. 8653) [a copy of which is attached hereto as Exhibit D]

    2)  Proposed Twentieth Omnibus Hearing Agenda (Docket No. 8654) [a copy of which is attached hereto as Exhibit E]

    3)  Debtors' Reply Summarizing Modifications To Proposed Form Of Order Granting Debtors' UAW 1113/1114 Settlement Approval Motion (Docket No. 8666) [a copy of which is attached hereto as Exhibit F]

     On July 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit G hereto via overnight delivery:

    4)  Notice Of Extension Of Bid Deadline And Auction In Connection With Sale Of Catalyst Business (Docket No. 8653) [a copy of which is attached hereto as Exhibit D]

On July 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit H hereto via overnight delivery:

5)  Proposed Twentieth Omnibus Hearing Agenda (Docket No. 8654) [a copy of which is attached hereto as Exhibit E]

On July 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit I hereto via overnight delivery:

6)  Debtors' Reply Summarizing Modifications To Proposed Form Of Order Granting Debtors' UAW 1113/1114 Settlement Approval Motion (Docket No. 8666) [a copy of which is attached hereto as Exhibit G]

On July 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit J hereto via overnight delivery:

7)  Debtors' Omnibus Reply In Support Of Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims ("Debtors' Omnibus Reply In Support Of Sixteenth Omnibus Claims Objection") (Docket No. 8667) [a copy of which is attached hereto as Exhibit K]

On July 18, 2007, I caused to be served the document listed below upon the parties listed on Exhibit L hereto via overnight delivery:

8)  Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation ("Debtors' Omnibus Reply In Support Of Seventeenth Omnibus Claims Objection") (Docket No. 8668) [a copy of which is attached hereto as Exhibit M]

Dated: August 1, 2007

_____/s/ Evan Gershbein_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of August, 2007, by
Evan Gershbein, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____/s/ Shannon J. Spencer_____

Commission Expires: ___6/20/10_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisiton Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/24/2007 10:34 AM
Master Service List Overnight Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/24/2007 10:34 AM
Master Service List Overnight Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/24/2007 10:39 AM
Overnight - ALL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/24/2007 10:39 AM
Overnight - ALL

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/24/2007 10:39 AM
Overnight - ALL

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L. Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

7/19/2007 12:31 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

7/19/2007 12:31 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

7/19/2007 12:31 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to  ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Counsel to Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Dephi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute
Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative for the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb  Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748  616-831-1726 | 616-988-1748  616-988-1726 | sarbt@millerjohnson.com  wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| | Peggy Housner | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jrnbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC -08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Legal Department of The Timken Corporation Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

7/24/2007 10:35 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

7/24/2007 10:35 AM
Email

# EXHIBIT C

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|-------------------|
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/19/2007 12:30 PM
Master Service List Overnight Mail

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                                             :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                              Debtors.                    :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF EXTENSION OF BID DEADLINE AND AUCTION
IN CONNECTION WITH SALE OF CATALYST BUSINESS

        PLEASE TAKE NOTICE that on June 5, 2007, Delphi Corporation and certain of

its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors") and certain non-Debtor affiliates (together with certain of the

Debtors, the "Sellers") entered into a Master Sale and Purchase Agreement (the "Agreement")

with Umicore and certain of its affiliates for sale of the Sellers' global original equipment and

aftermarket catalyst business (the "Catalyst Business").

PLEASE TAKE FURTHER NOTICE that on June 6, 2007, the Debtors filed a

Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004,

6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B)

Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All

The Assets Primarily Used In Debtors' Catalyst Business Free And Clear Of Liens, Claims, And

Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And

Unexpired Leases, And (III) Assumption Of Certain Liabilities  (Docket No. 8179) (the

"Motion").

PLEASE TAKE FURTHER NOTICE that on June 29, 2007, the Court entered an

Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding

Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale

Notices, And (IV) Setting Sale Hearing In Connection With Sale Of Catalyst Business (Docket

No. 8436) (the "Bidding Procedures Order").  The Bidding Procedures Order approved bidding

procedures (the "Bidding Procedures") for the sale of the Catalyst Business.  Under the Bidding

Procedures and the Agreement, the Debtors established July 24, 2007 at 11:00 a.m. (prevailing

Eastern time) as the deadline for a Qualified Bidder[1] to submit a Qualified Bid for the assets used

in the Catalyst Business.  In addition, the Bidding Procedures and the Agreement established

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
        Agreement.

August 1, 2007 at 10:00 a.m. (prevailing Eastern time) as the date and time on which the Sellers

would conduct an auction (if necessary) for the assets of the Catalyst Business (the "Auction").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraphs 11.6.7 and 11.8

of the Agreement and the Bidding Procedures, the Debtors hereby extend (i) the Bid Deadline to

**July 31, 2007 at 11:00 a.m. (prevailing Eastern time)** and (ii) the Auction (if necessary) to

**August 8 at 10:00 a.m. (prevailing Eastern time)**.

Dated:       New York, New York
             July 18, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:    /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr. (JB 4711)
       John K. Lyons (JL 4951)
       Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:    /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti (KM 9632)
       Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

# EXHIBIT E

**Hearing Date: July 19, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                     :

In re                       :    Chapter 11
                                       :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                       :

                 Debtors.    :    (Jointly Administered)
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTIETH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New York,
                                        Alexander Hamilton Custom House, Room 610, 6th Floor, One
                                        Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.    Introduction

B.    Continued Or Adjourned Matters (3 Matters)

C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

D.    Contested Matters (3 Matters)

**B.    Continued Or Adjourned Matters***

1.    **"KECP Annual Incentive Program"** – Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 213)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filings:*    *Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4660)*

*Second Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue AIP For First Half Of 2007 (Docket No. 7200)*

---

* Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), and Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice).

*Second Supplemental Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Continue AIP For First Half 2007 (Docket No. 7474)*

Status: *By agreement of the Debtors and the Official Committee of Unsecured Creditors this matter is being adjourned to the September 27, 2007 omnibus hearing. The Debtors anticipate filing the Third Supplement to KECP Motion in accordance with the Amended Eighth Supplemental Case Management Order.*

2.  **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

Responses Filed: *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

*Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

Reply Filed: *None*.

Related Filings: *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)*

*Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing*

*It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses*

4

*Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

Status:             *By agreement of the parties this matter is being adjourned to the August 16, 2007 omnibus hearing.*

3.      **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

Response Filed:             *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

Reply Filed:             *None.*

Related Filings:             *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)*

*Objection Of The Official Committee Of Equity Security Holders To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

Status:             *This matter is being adjourned to the August 16, 2007 omnibus hearing.*

**C.    Uncontested, Agreed, Or Settled Matters**

    4.    **"Mexico Brake Plant Asset Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Delphi Automotive Systems LLC's Mexico Brake Plant Assets Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 8249)

        *Response Filed:*    *None.*

        *Reply Filed:*    *None.*

        *Related Filings:*    *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing In Connection With Sale Of Mexico Brake Plant Assets (Docket No. 8440)*

                *Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Delphi Automotive Systems LLC's Mexico Brake Plant Assets (Docket No. 8485)*

                *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Mexico Brake Plant Assets (Docket No. 8486)*

        *Status:*    *The hearing with respect to this matter will be proceeding.*

    5.    **"Wachovia Bank, N.A And Lextron Corporation Settlement"** – Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement With Wachovia Bank, N.A., And Lextron Corporation (Docket No. 8434)

        *Response Filed:*    *None.*

        *Reply Filed:*    *None.*

|  |  |
|---|---|
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

6. **"UAW 1113/1114 Settlement Motion"**– Motion For Order Under 11 U.S.C. §§ 363, 1113 And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among UAW, Delphi, And General Motors Corporation Including Modification Of UAW Collective Bargaining Agreements And Retiree Welfare Benefits For Certain UAW-Represented Retirees (Docket No. 8445)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Letter From Kelly Hurley (Docket No. 8613)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

7. **"DASE Funding Motion"**– Expedited Motion For Order Under 11 U.S.C. §§ 363, 1107, And 1108 Authorizing Delphi Automotive Systems (Holding), Inc. To Provide Funds To Delphi Automotive Systems Espana S.L. (Docket No. 8501)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Errata Page For Expedited Motion For Order Under 11 U.S.C. §§ 363, 1107, And 1108 Authorizing Delphi Automotive Systems (Holding), Inc. To Provide Funds To Delphi Automotive Systems Espana S.L. (Docket No. 8630)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

8. **"Furukawa Electric Relief From Automatic Stay"**– Motion Of Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d); And (C) An Order

Limiting The Scope Of The Third Omnibus Claim Objection Hearing
(Docket No. 7410)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd., For (A) Abstention Pursuant To 28 U.S.C. § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7678)* |
| *Reply Filed:* | *Furukawa's Reply To Debtors' Objection To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C. § 1334(C); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(D); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7966)* |
| *Surreply Filed:* | *Debtors' Surreply To Motion By Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C. § 1334(C); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(D); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 8537)* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

9.  **"Sixteenth Omnibus Claims Objection"**– Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271)

| | |
|---|---|
| *Responses Filed:* | *1st Choice Heating And Cooling's Response In Opposition To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To (A) Certain Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8536)* |
| | *Response Of Motion Industries, Inc. To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant* |

*To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, And (B) Protective Claims (the "Sixteenth Omnibus Claims Objection") (Docket No. 8543)*

*Response Of Timken U.S. Co. And The Timken Company To The Debtors' Sixteenth Omnibus Objection To Claims (Docket No. 8574)*

*Visteon Corporation's Response To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Claim Nos. 1805 And 1854) (Docket No. 8594)*

*AIG Member Companies' Response To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Re: Proof Of Claims Nos. 1374 Through 1378) (Docket No. 8595)*

*Reply Filed:*            *An omnibus reply will be filed.*

*Related Filings:*        *None.*

*Status:*                 *The hearing will proceed with respect to claims for which no responses have been filed.  The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§  502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

10. **"Seventeenth Omnibus Claims Objection"**– Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

Responses Filed:    *Response Of Hoover Precision Products, Inc. To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8388)*

*Response To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8460)*

*Response And Objection Of Fraenkische USA, LP To Debtors' Seventeenth Omnibus Claims Objection With Respect To Claim Number 16511 (Docket No. 8473)*

*Response Of Motorola, Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8482)*

*Response Of Temic Automotive Of North America, Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8483)*

*Joint Response To Motion Of Barnes Group Canada Corp., As Claimant, And Longacre Master Fund, Ltd., As Assignee (Docket No. 8493)*

*Response Of Datwyler Rubber & Plastics, Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Claim Number 10907) (Docket No. 8495)*

*Response And Objection Of ZF Boge Elastmetall LLC To Debtor's Seventeenth Omnibus Claims Objection (Docket No. 8507)*

10

*Response Of Contrarian Funds, LLC To Debtors'
Seventeenth Omnibus Claims Objections (Docket No.
8508)*

*Eaton Corporation's Response To Debtors'
Seventeenth Omnibus Claims Objection (Docket No.
8509)*

*Holset Engineering Company's Response To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8512)*

*Response Of ON Semiconductor Components
Industries LLC To Debtors' 17th Omnibus Objection
To Claims (Docket No. 8513)*

*Claimant's Response To Debtors' Objection To
Proofs Of Claim Filed By RLI Insurance Company
(Docket No. 8523)*

*Miami-Dade County Tax Collector's Response To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8527)*

*Response On Behalf Of Knox County To Debtors'
Seventeenth Omnibus Objection (Docket No. 8528)*

*Response Of City Of McAllen And South Texas
College To Debtor's Seventeenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. §502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtor's Books And Records, (C) Insurance Claim
Not Reflected On Debtors' Books And Records,(D)
Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject
To Modification, And Modified Claims Asserting
Reclamation (Docket No. 8530)*

*Response Of Liquidity Solutions, Inc., As Assignee,
To Debtors' Seventeenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Insurance Claim
Not Reflected On Debtors' Books And Records, (D)
Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject*

*To Modification, And Modified Claims Asserting
Reclamation (Docket No. 8531)*

*Objection to Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant to 11 U.S.C. §
502(b) and Fed. R. Bankr. P. 3007 to Certain Claims
Subject to Modification, Tax Claims Subject to
Modification and Modified Claims Asserting
Reclamation (Docket No. 8535)*

*Response To Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C.
§502(b) And Fed. R. Bank. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Insurance Claims Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8538)*

*Response of Contech LLC to Debtors' Seventeenth
Omnibus Claims Objection (Docket No. 8542)*

*Response Of Motion Industries, Inc. To Debtors'
Seventeenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Insurance Claim Not Reflected On
Debtors' Books And Records, (D) Untimely Claims
And Untimely Tax Claims, And (E) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (the "Seventeenth Omnibus Claims
Objection")  (Docket No. 8545)*

*Response Of Vanguard Distributors, Inc. To
Debtors' Seventeenth Omnibus Objection To Proofs
Of Claim (Docket No. 8547)*

*Response Of Rothrist Tube Inc. To The Debtors'
Seventeenth Omnibus Objection To Claims (Claim
Number 2680) (Docket No. 8552)*

*Response of NEC Electronics America, Inc. to Debtors' Objection To Claim No. 16368 (Docket No. 8553)*

*Response Of Cleo Inc. To Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8554)*

*Response Of Siemens PLC (A&D Division) To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8566)*

*Response Of E.I. Du Pont De Nemours And Company To Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8569)*

*Collins & Aikman Corporation, et el.'s Response To Debtors' Seventeenth Omnibus Objection (Docket No. 8572)*

*United States Of America's Response To Debtors' Objection To The Claim Of The Internal Revenue Service (Docket No. 8573)*

*Response And Opposition Of Conestoga-Rovers & Associates, Inc. To Debtors' Objection To Claim, Made Within Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8576)*

*Response Of Contitech Elastomer Coatings To Debtors' Seventeenth Omnibus Objection To Claim No. 9079 (Docket No. 8577)*

*Response Of Benecke-Kaliko AG To Debtors' Seventeenth Omnibus Objection To Claim No. 9080 (Docket No. 8578)*

*Response Of Harco Brake Systems, Inc. To Seventeenth Omnibus Claim Objection (Docket No. 8580)*

13

*L&W Engineering Co.'s Response To Debtors'
Seventeenth Omnibus Objection (Docket No. 8581)*

*Joint Response Of United Plastics Group, As
Claimant, And Longacre Master Fund, LTD., As
Assignee, To Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. §
502(d) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8585)*

*Response Of A. Schulman, Inc. In Opposition To
Debtors' Seventeenth Omnibus Claims Objection
(Docket No. 8586)*

*Ohio Department Of Taxation's Response To
Debtors' Seventeenth Objection To Claims (Docket
No. 8587)*

*Response Of Viasystems To Debtors' Objection To
Claim No. 12383 (Docket No. 8591)*

*Response And Objection Of SPCP Group, L.L.C. To
Debtors' Seventeenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Insurance Claim
Not Related On Debtors' Books And Records, (D)
Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject
To Modification And Modified Claims Asserting
Reclamation (Docket No. 8599)*

**Reply Filed:**     *An omnibus reply will be filed.*

**Related Filings:**     *None.*

**Status:**     *The hearing will proceed with respect to claims for
which no responses have been filed. The hearing
will be adjourned to the August 16, 2007 omnibus
hearing with respect to those claims set forth on
Exhibit E-2 to the Seventeenth Omnibus Claims*

14

> *Objection and the response deadline with respect to such claims will be extended to August 9, 2007. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

Dated:  New York, New York
      July 18, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT F

**Hearing Date And Time: July 19, 2007 At 10:00 a.m.**

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     -and-

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

     -and-

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Tom A. Jerman (TJ 1129)
  Jessica Kastin (JK 2288)

Attorneys for Delphi Corporation, et al.,
   Debtor and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :
      In re                    :      Chapter 11
                                  :
    DELPHI CORPORATION, et al.,  :      Case No. 05-44481 (RDD)
                                  :
                    Debtors. :      (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEBTORS' REPLY SUMMARIZING MODIFICATIONS TO PROPOSED FORM OF
## ORDER GRANTING DEBTORS' UAW 1113/1114 SETTLEMENT APPROVAL MOTION

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this summary of negotiated revisions to the Proposed Order regarding the Motion

For Order Under 11 U.S.C. §§ 363, 1113 And 1114 And Fed. R. Bankr. P. 6004 And 9019

Approving Memorandum Of Understanding Among UAW, Delphi, And General Motors

Corporation Including Modification Of UAW Collective Bargaining Agreements And Retiree

Welfare Benefits For Certain UAW-Represented Retirees (the "Motion") (Docket No. 8445).

1.    On June 29, 2007, the Debtors filed the Motion for an order approving,

under 11 U.S.C. §§ 363, 1113, and 1114 of the Bankruptcy Code and Fed. R. Bankr. P. 6004 and

9019, (i) a memorandum of understanding regarding Delphi's restructuring entered into among

the United Automobile, Aerospace and Agricultural Implement Workers of America (the

"UAW"), Delphi, and General Motors Corporation ("GM") (the "UAW Settlement

Agreement"),[1] a comprehensive agreement that (a) modifies, extends, or terminates provisions of

the existing collective bargaining agreements among Delphi, the UAW, and its various locals

and (b) provides that GM and Delphi will undertake certain financial obligations to Delphi's

UAW-represented employees and retirees to facilitate these modifications, (ii) withdrawal

without prejudice of the Debtors' Motion For Order Under 11 U.S.C. § 1113(c) Authorizing

Rejection Of Collective Bargaining Agreements And Under 11 U.S.C. § 1114(g) Authorizing

Modification Of Retiree Welfare Benefits (the "1113/1114 Motion") solely as it pertains to the

UAW and UAW-represented retirees and approving the parties' settlement of the 1113/1114

---

[1]    A copy of the UAW Settlement Agreement is annexed to the Proposed Order, which is attached to the Motion
as Exhibit 2.

2

Motion solely as it pertains to the UAW and UAW-represented retirees, and (iii) modification of retiree welfare benefits for certain UAW-represented retirees of the Debtors.

2.      There were no objections to the Motion by any party-in-interest.[2]

<u>Revisions To Proposed Order</u>

3.      Since the Motion was filed on June 29, 2007, Debtors have agreed with two parties-in-interest to make two revisions to the Proposed Order granting the Motion.[3]  These changes are included in the revised Proposed Order, a copy of which is attached hereto as <u>Exhibit 1</u>.  A comparison of the original Proposed Order filed with this Court on June 29, 2007, against the revised Proposed Order attached hereto as <u>Exhibit 1</u>, is attached hereto as <u>Exhibit 2</u>.

4.      The first revision to the Proposed Order, set forth in numbered paragraph 9(a), was negotiated with the New York State Attorney General.  This change clarifies that nothing in the UAW Settlement Agreement is intended to waive workers' compensation claims against the Debtors.  The following language now appears at the end of numbered paragraph 9(a) of the Proposed Order:  "<u>provided</u> further that claims for workers' compensation benefits against Delphi, its subsidiaries, or affiliates, are not waived."

5.      The second revision, added at the request of Wilmington Trust Company, as Indenture Trustee, clarifies that nothing in the UAW Settlement Agreement prejudices intercompany claims with respect to allocating Delphi's rights and obligations relating to the

---

[2]    The docket reflects a letter from Mrs. Kellie J. Hurley addressed to The Honorable Robert Drain, dated July 5, 2007 (Docket No. 8613).  Mrs. Hurley, speaking also on behalf of unspecified others holding similar views, identifies herself as the spouse of a UAW member and urges the Court to reject the UAW Settlement Agreement ratified by the UAW membership because, in her view, the UAW gave up too much and obtained too little when it negotiated the UAW Settlement Agreement.  Although Mrs. Hurley's lack of standing is self-evident, her views nevertheless fail to refute that the compromise represented by the UAW Settlement Agreement is necessary to permit Debtors to implement their transformation plan and to reorganize promptly.

[3]    The UAW and GM have both consented to these revisions.

UAW Settlement Agreement.  This provision parallels language from two prior orders of the Court approving UAW-related special attrition programs.[4]  The following sentence now appears at the end of numbered paragraph 10 of the Proposed Order:  "Further, nothing in the Motion, the UAW Settlement Agreement, this Court's approval of such agreement, the performance of any obligation thereunder, or any other document shall prejudice any right or remedy of any Debtor against any other Debtor with respect to the allocation of Delphi's obligations under the UAW Settlement Agreement or claims asserted against, or payments by, Delphi thereunder, all of which rights are expressly preserved."

---

[4]  See Amended Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into The UAW Special Attrition Program Agreement dated May 12, 2006 (Docket No. 3754) and Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Approving (I) Supplement To UAW Special Attrition Program And (II) IUE-CWA Special Attrition Program entered July 7, 2006 (Docket 4461).

4

<u>Conclusion</u>

WHEREFORE the Debtors respectfully request that the Court enter an order

(a) granting the Motion and (b) granting the Debtors such other and further relief as is just.

Dated:          New York, New York
                July 18, 2007
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP


                            By:      /s/ John Wm. Butler, Jr.
                                     John Wm. Butler, Jr. (JB 4711)
                                     John K. Lyons (JL 4951)
                                     Ron E. Meisler (RM 3026)
                                     333 West Wacker Drive, Suite 2100
                                     Chicago, Illinois 60606
                                     (312) 407-0700

                                        - and -


                            By:      /s/ Kayalyn A. Marafioti
                                     Kayalyn A. Marafioti (KM 9632)
                                     Thomas J. Matz (TM 5986)
                                     Four Times Square
                                     New York, New York 10036
                                     (212) 735-3000

                                        - and-

                            O'MELVENY & MYERS LLP

                            By:    /s/ Tom A. Jerman
                                   Tom A. Jerman (TJ 1129)
                                   Jessica Kastin (JK 2288)
                                   1625 Eye Street, NW
                                   Washington, DC 20006
                                   (202) 383-5300

                            Attorneys for Delphi Corporation, <u>et al.</u>,
                             Debtors and Debtors-in-Possession

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
In re                       :     Chapter 11
                            :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                            :
            Debtors.    :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C §§ 363, 1113, AND 1114
AND FED. R. BANKR. P. 6004 AND 9019 APPROVING MEMORANDUM OF
UNDERSTANDING AMONG UAW, DELPHI, AND GENERAL MOTORS CORPORATION
INCLUDING MODIFICATION OF UAW COLLECTIVE BARGAINING AGREEMENTS
<u>AND RETIREE WELFARE BENEFITS FOR CERTAIN UAW-REPRESENTED RETIREES</u>

("UAW 1113/1114 SETTLEMENT APPROVAL ORDER")

Upon the motion ("UAW 1113/1114 Settlement Approval Motion" or the

"Motion"), dated June 29, 2007, of Delphi Corporation ("Delphi") and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), for an order under 11 U.S.C. §§ 363, 1113, and 1114 of the Bankruptcy Code and

Fed. R. Bankr. P. 6004 and 9019 approving (i) a memorandum of understanding regarding

Delphi's restructuring entered into among the United Automobile, Aerospace and Agricultural

Implement Workers of America (the "UAW"), Delphi, and General Motors Corporation ("GM"),

dated June 22, 2007 (with the attachments thereto, the "UAW Settlement Agreement" or the

"Memorandum of Understanding"), that (a) modifies, extends, or terminates provisions of the

existing collective bargaining agreements among Delphi, the UAW, and its various locals (the

"UAW CBAs"), and (b) provides that Delphi and GM will undertake certain financial obligations

to Delphi's UAW-represented employees and retirees to facilitate these modifications, (ii)

withdrawal without prejudice of the Debtors' Motion For Order Under 11 U.S.C. § 1113(c)

Authorizing Rejection Of Collective Bargaining Agreements And Under 11 U.S.C. § 1114(g)

Authorizing  Modification Of Retiree Welfare Benefits, dated March 31, 2006 (the "1113/1114

Motion") solely as it pertains to the UAW and approving the parties' settlement of the 1113/1114

Motion solely as it pertains to the UAW, and (iii) modification of retiree welfare benefits for

certain UAW-represented retirees of the Debtors, all as more fully set forth in the UAW

1113/1114 Settlement Approval Motion; and the Court having been advised by counsel to the

UAW that the UAW Settlement Agreement was ratified by the UAW membership as of June 28,

2007, such that the only remaining condition to the effectiveness of the UAW Settlement

Agreement pursuant to Section K.1 thereof is this Court's entry of an approval order satisfactory

in form and substance to the UAW, GM, and Delphi; and this Court having been advised by

counsel to the UAW, GM, and Delphi that the form and substance of this Order is satisfactory to

each of the UAW, GM, and Delphi as required by Section K.1 of the UAW Settlement

Agreement; and this Court having determined that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it

appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

      ORDERED, ADJUDGED, AND DECREED THAT:

      1.      The Motion is GRANTED.

      2.      The Debtors are hereby authorized to enter into the UAW Settlement

Agreement, a copy of which is attached hereto as Exhibit 1, and to implement the terms of such

UAW Settlement Agreement.

3.      Each of the signatories to the UAW Settlement Agreement (each such party, a "Signatory," and collectively, the "Signatories") is directed to take all actions necessary or appropriate to effectuate the terms of this order and the terms of the UAW Settlement Agreement, including, without limitation, any and all actions necessary or appropriate to such Signatory's implementation of and performance under the UAW Settlement Agreement.

4.      The UAW Settlement Agreement is binding on the Debtors, GM, and the UAW subject to its terms and constitutes a valid and binding amendment to the UAW CBAs with authorized representatives of all individuals who were or are in a bargaining unit represented by the UAW, as permitted by section 1113 of the Bankruptcy Code and the UAW CBAs as amended, or otherwise, and the UAW CBAs, in accordance with the UAW Settlement Agreement, are binding on the Debtors and the UAW.

5.      The UAW Settlement Agreement constitutes a valid and binding amendment to existing retiree health and welfare benefits, as permitted by section 1114 of the Bankruptcy Code, or otherwise.

6.      Notice of the UAW 1113/1114 Settlement Approval Motion was properly and timely served in accordance with the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered on October 26, 2006 (Docket No. 5418), the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered on March 17, 2006 (Docket No. 2883), and by service upon (a) the UAW at 8000 East Jefferson, Detroit, Michigan 48214, (b) counsel to the UAW, Cohen, Weiss, and Simon LLP at

330 West 42nd Street, 25th Floor, New York, N.Y. 10036-6976, and (c) the active Delphi hourly

employees and hourly retirees who are represented by the UAW at their individual addresses,

pursuant to an informational form of notice, a copy of which was attached to the UAW

1113/1114 Settlement Approval Motion as Exhibit 1.

    7.    The Debtors are authorized to withdraw, without prejudice, their

1113/1114 Motion solely as it pertains to the UAW.  The 1113/1114 Motion is settled solely as it

pertains to the UAW.

    8.    As provided for in the Motion and with the consent of the UAW and

Delphi, Sections H.3 and J.3 of the UAW Settlement Agreement are clarified to provide for the

continuance of CHR accruals through October 1, 2007 and to provide that the UAW will receive

on the Effective Date an allowed prepetition general unsecured claim against Delphi in the

amount of $140 million consisting of UAW-GM Center for Human Resources ("CHR")  existing

accruals of $134 million and UAW-Delphi Legal Services Plan accruals of $6 million (such

allowed claim amount to be adjusted by the difference between accruals through October 1, 2007

and expenditures until the effective date of the Debtors' plan of reorganization (the "Delphi

Reorganization Plan")) in complete settlement of the UAW and the CHR claims asserted as to

CHR Joint Funds[1] and the UAW-Delphi Legal Services Plan accruals and expenses.  The

allowed claim provided for in this paragraph shall be paid pursuant to the plan of reorganization

following substantial consummation of a plan of reorganization.  The amount of $30 million will

be directed to the CHR and the balance will be paid directly to the DC VEBA established

pursuant to the settlement agreement approved by the court in the case of International Union,

UAW, et al. v. General Motors Corp., Civil Action No. 05-73991.  Until the effective date of a

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to
    them in the Memorandum of Understanding.

Delphi Reorganization Plan, Delphi shall continue to make CHR and Legal Service Plan

payments consistent with past practices in the ordinary course of business.

9.    As a condition precedent to the effectiveness of certain obligations of the

parties pursuant to Section K.2 of the UAW Settlement Agreement and as provided in Section

K.3 of the UAW Settlement Agreement, any Delphi Reorganization Plan that is consistent with

the UAW Settlement Agreement and any confirmation order entered into with respect to such

plan shall include the following provisions:

(a)    On the effective date of the Delphi Reorganization Plan, the UAW, all employees and former employees of Delphi represented or formerly represented by the UAW, and all persons or entities with claims derived from or related to any relationship with such employees or former employees of Delphi, shall waive and release and be deemed to have waived and released any and all claims of any nature, whether liquidated or unliquidated, contingent or non-contingent, asserted or unasserted, existing and/or arising in the future against Delphi, its subsidiaries, or affiliates, the Delphi HRP, the Delphi Health Care Program for Hourly Employees and the Delphi Life and Disability Benefits Program for Hourly Employees, GM, its subsidiaries or affiliates, the GM HRP, the GM Health Care Program for Hourly Employees and the GM Life and Disability Benefits Program for Hourly Employees, and the officers, directors, employees, fiduciaries, and agents of each, arising directly or indirectly from or in any way related to any obligations under the UAW CBAs and the collective bargaining agreement between GM and the UAW related to such employees and the UAW-GM-Delphi Memorandum of Understanding Benefit Plan Treatment related to such employees (provided, however, that claims for benefits provided for or explicitly not waived under the provisions of the UAW Settlement Agreement are not waived; and provided further that claims for workers' compensation benefits against Delphi, its subsidiaries, or affiliates, are not waived).

(b)    A plan exculpation and release provision (which provision shall be at least as comprehensive as the plan exculpation and release provision under the Delphi Reorganization Plan) for the UAW released parties (which shall include the UAW and each of their current or former members, officers, committee members, employees, advisors, attorneys, accountants, investment bankers, consultants, agents, and other representatives) with respect to any liability such person or entity may have in connection with or

related to the Delphi bankruptcy cases, the formulation, preparation, negotiation, dissemination, implementation, administration, confirmation or consummation of any of the Delphi Reorganization Plan, the disclosure statement concerning the plan, the UAW Settlement Agreement, or the Agreements on Attachment E thereto, or any contract, employee benefit plan, instrument, release, or other agreement or document created, modified, amended, or entered into in connection with either the Delphi Reorganization Plan or any agreement between the UAW or Delphi, or any other act taken or omitted to be taken consistent with the UAW Settlement Agreement in connection with the Delphi bankruptcy.

(c)     The UAW Settlement Agreement and the agreements referenced in Attachment E thereof and listed on <u>Exhibit 2</u> attached hereto shall be assumed under 11 U.S.C. § 365.

10.     Nothing contained in the UAW Settlement Agreement shall constitute an assumption of any agreement described therein, including, without limitation, any UAW CBA (except as provided for in Section K.3 of the UAW Settlement Agreement) or any commercial agreement between GM and Delphi, nor shall anything therein be deemed to create an administrative or priority claim with respect to GM or convert a prepetition claim into a postpetition claim or an administrative expense with respect to any party.  The UAW Settlement Agreement is without prejudice to any interested party (including the parties to the UAW Settlement Agreement and the Debtors' statutory committees) in all other aspects of Delphi's chapter 11 cases and each party to the UAW Settlement Agreement shall reserve all rights not expressly waived therein.  Further, nothing in the Motion, the UAW Settlement Agreement, this Court's approval of such agreement, the performance of any obligation thereunder, or any other document shall prejudice any right or remedy of any Debtor against any other Debtor with respect to the allocation of Delphi's obligations under the UAW Settlement Agreement or claims asserted against, or payments by, Delphi thereunder, all of which rights are expressly preserved.

11.    In furtherance of the UAW Settlement Agreement, as soon as reasonably practicable after the Effective Date, Delphi shall pay approximately (but in no event more than) $993,000 in cash severance and vacation payments to former UAW-represented hourly employees of Manufacturers Products Co. ("MPC"), a former distressed supplier which provided parts to Delphi pursuant to an accommodation agreement.  These MPC-related payments are to be in full satisfaction of all claims against the Debtors arising from or related to MPC, and the Debtors and their estates shall be released from any liability from MPC and its former UAW-represented employees with respect thereto.  In order to receive payment from Delphi pursuant to this paragraph, any payment recipient shall execute a complete release and discharge in favor of the Debtors, accordingly all claims filed in the Debtors' chapter 11 cases arising from or relating to the subject matter of severance and/or vacation claims by MPC employees or former employees are hereby expunged and released, including claim number 13270.

12.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and performance of this order and the UAW Settlement Agreement, and over each of the Signatories in connection therewith through the effective date of a plan of reorganization proposed by the Debtors and confirmed by this Court (and thereafter to the extent provided for in such reorganization plan); provided, however, that the Court's jurisdiction shall not extend to any bilateral agreements of the UAW and GM.

13.    Notwithstanding Rule 6004(g) of the Federal Rules of Bankruptcy Procedure or any other Bankruptcy Rule, (a) this order shall take effect immediately upon its entry, (b) upon entry of this order, the Debtors are authorized to take any and all necessary actions to implement the terms of the UAW Settlement Agreement, including executing any amendments to existing collective bargaining agreements consistent in all material respects with

the UAW Settlement Agreement, and (c) the UAW Settlement Agreement shall become effective

upon entry of this order and, to the extent required, satisfaction of the conditions set forth in the

UAW Settlement Agreement.

     14.  The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
    July ___, 2007


        _____
        UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**UAW Settlement Agreement**

## <u>Exhibit 2</u>

**List of UAW-Delphi National and Local Collective Bargaining Agreements**

**Marked to show changes from Proposed Order filed June 29, 2007 (Docket No. 8445)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
       In re                                      :       Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :       Case No. 05-44481 (RDD)
                                                         :
               Debtors.                :       (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


ORDER UNDER 11 U.S.C §§ 363, 1113, AND 1114
AND FED. R. BANKR. P. 6004 AND 9019 APPROVING MEMORANDUM OF
UNDERSTANDING AMONG UAW, DELPHI, AND GENERAL MOTORS CORPORATION
INCLUDING MODIFICATION OF UAW COLLECTIVE BARGAINING AGREEMENTS
<u>AND RETIREE WELFARE BENEFITS FOR CERTAIN UAW-REPRESENTED RETIREES</u>

("UAW 1113/1114 SETTLEMENT APPROVAL ORDER")

Upon the motion ("UAW 1113/1114 Settlement Approval Motion" or the

"Motion"), dated June 29, 2007, of Delphi Corporation ("Delphi") and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), for an order under 11 U.S.C. §§ 363, 1113, and 1114 of the Bankruptcy Code and Fed.

R. Bankr. P. 6004 and 9019 approving (i) a memorandum of understanding regarding Delphi's

restructuring entered into among the United Automobile, Aerospace and Agricultural Implement

Workers of America (the "UAW"), Delphi, and General Motors Corporation ("GM"), dated June

22, 2007 (with the attachments thereto, the "UAW Settlement Agreement" or the "Memorandum

of Understanding"), that (a) modifies, extends, or terminates provisions of the existing collective

bargaining agreements among Delphi, the UAW, and its various locals (the "UAW CBAs"), and (b)

provides that Delphi and GM will undertake certain financial obligations to Delphi's

UAW-represented employees and retirees to facilitate these modifications, (ii) withdrawal without

prejudice of the Debtors' Motion For Order Under 11 U.S.C. § 1113(c) Authorizing Rejection Of

Collective Bargaining Agreements And Under 11 U.S.C. § 1114(g) Authorizing Modification Of

Retiree Welfare Benefits, dated March 31, 2006 (the "1113/1114 Motion") solely as it pertains to

the UAW and approving the parties' settlement of the 1113/1114 Motion solely as it pertains to the

UAW, and (iii) modification of retiree welfare benefits for certain UAW-represented retirees of

the Debtors, all as more fully set forth in the UAW 1113/1114 Settlement Approval Motion; and

the Court having been advised by counsel to the UAW that the UAW Settlement Agreement was

ratified by the UAW membership as of June 28, 2007, such that the only remaining condition to

the effectiveness of the UAW Settlement Agreement pursuant to Section K.1 thereof is this Court's

entry of an approval order satisfactory in form and substance to the UAW, GM, and Delphi; and

this Court having been advised by counsel to the UAW, GM, and Delphi that the form and

substance of this Order is satisfactory to each of the UAW, GM, and Delphi as required by Section

K.1 of the UAW Settlement Agreement; and this Court having determined that the relief requested

in the Motion is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given

and that no other or further notice is necessary; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

   ORDERED, ADJUDGED, AND DECREED THAT:

    1.  The Motion is GRANTED.

    2.  The Debtors are hereby authorized to enter into the UAW

Settlement Agreement, a copy of which is attached hereto as Exhibit 1, and to implement

the terms of such UAW Settlement Agreement.

3.      Each of the signatories to the UAW Settlement Agreement (each

such party, a "Signatory," and collectively, the "Signatories") is directed to take all actions

necessary or appropriate to effectuate the terms of this order and the terms of the UAW

Settlement Agreement, including, without limitation, any and all actions necessary or

appropriate to such Signatory's implementation of and performance under the UAW

Settlement Agreement.

4.      The UAW Settlement Agreement is binding on the Debtors, GM,

and the UAW subject to its terms and constitutes a valid and binding amendment to the

UAW CBAs with authorized representatives of all individuals who were or are in a

bargaining unit represented by the UAW, as permitted by section 1113 of the Bankruptcy

Code and the UAW CBAs as amended, or otherwise, and the UAW CBAs, in accordance

with the UAW Settlement Agreement, are binding on the Debtors and the UAW.

5.      The UAW Settlement Agreement constitutes a valid and binding

amendment to existing retiree health and welfare benefits, as permitted by section 1114 of

the Bankruptcy Code, or otherwise.

6.      Notice of the UAW 1113/1114 Settlement Approval Motion was

properly and timely served in accordance with the Amended Eighth Supplemental Order

Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And

9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And

Administrative Procedures, entered on October 26, 2006 (Docket No. 5418), the

Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P.

2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice,

Case Management, And Administrative Procedures, entered on March 17, 2006 (Docket

No. 2883), and by service upon (a) the UAW at 8000 East Jefferson, Detroit, Michigan

48214, (b) counsel to the UAW, Cohen, Weiss, and Simon LLP at 330 West 42nd Street,

25th Floor, New York, N.Y. 10036-6976, and (c) the active Delphi hourly employees and

hourly retirees who are represented by the UAW at their individual addresses, pursuant to

an informational form of notice, a copy of which was attached to the UAW 1113/1114

Settlement Approval Motion as Exhibit 1.

   7.  The Debtors are authorized to withdraw, without prejudice, their

1113/1114 Motion solely as it pertains to the UAW.  The 1113/1114 Motion is settled

solely as it pertains to the UAW.

   8.  As provided for in the Motion and with the consent of the UAW and

Delphi, Sections H.3 and J.3 of the UAW Settlement Agreement are clarified to provide for

the continuance of CHR accruals through October 1, 2007 and to provide that the UAW

will receive on the Effective Date an allowed prepetition general unsecured claim against

Delphi in the amount of $140 million consisting of UAW-GM Center for Human

Resources ("CHR")  existing accruals of $134 million and UAW-Delphi Legal Services

Plan accruals of $6 million (such allowed claim amount to be adjusted by the difference

between accruals through October 1, 2007 and expenditures until the effective date of the

Debtors' plan of reorganization (the "Delphi Reorganization Plan")) in complete settlement

of the UAW and the CHR claims asserted as to CHR Joint Funds[1] and the UAW-Delphi

Legal Services Plan accruals and expenses.  The allowed claim provided for in this

paragraph shall be paid pursuant to the plan of reorganization following substantial

consummation of a plan of reorganization.  The amount of $30 million will be directed to

---

[1] Capitalized terms used and not otherwise defined herein have the meanings ascribed to
them in the Memorandum of Understanding.

the CHR and the balance will be paid directly to the DC VEBA established pursuant to the settlement agreement approved by the court in the case of International Union, UAW, et al. v. General Motors Corp., Civil Action No. 05-73991.  Until the effective date of a Delphi Reorganization Plan, Delphi shall continue to make CHR and Legal Service Plan payments consistent with past practices in the ordinary course of business.

   9. As a condition precedent to the effectiveness of certain obligations of the parties pursuant to Section K.2 of the UAW Settlement Agreement and as provided in Section K.3 of the UAW Settlement Agreement, any Delphi Reorganization Plan that is consistent with the UAW Settlement Agreement and any confirmation order entered into with respect to such plan shall include the following provisions:

   (a) On the effective date of the Delphi Reorganization Plan, the UAW, all employees and former employees of Delphi represented or formerly represented by the UAW, and all persons or entities with claims derived from or related to any relationship with such employees or former employees of Delphi, shall waive and release and be deemed to have waived and released any and all claims of any nature, whether liquidated or unliquidated, contingent or non-contingent, asserted or unasserted, existing and/or arising in the future against Delphi, its subsidiaries, or affiliates, the Delphi HRP, the Delphi Health Care Program for Hourly Employees and the Delphi Life and Disability Benefits Program for Hourly Employees, GM, its subsidiaries or affiliates, the GM HRP, the GM Health Care Program for Hourly Employees and the GM Life and Disability Benefits Program for Hourly Employees, and the officers, directors, employees, fiduciaries, and agents of each, arising directly or indirectly from or in any way related to any obligations under the UAW CBAs and the collective bargaining agreement between GM and the UAW related to such employees and the UAW-GM-Delphi Memorandum of Understanding Benefit Plan Treatment related to such employees (provided, however, that claims for benefits provided for or explicitly not waived under the provisions of the UAW Settlement Agreement are not waived; and provided further that claims for workers' compensation benefits against Delphi, its subsidiaries, or affiliates, are not waived).

   (b) A plan exculpation and release provision (which provision shall be at least as comprehensive as the plan exculpation and release

provision under the Delphi Reorganization Plan) for the UAW released parties (which shall include the UAW and each of their current or former members, officers, committee members, employees, advisors, attorneys, accountants, investment bankers, consultants, agents, and other representatives) with respect to any liability such person or entity may have in connection with or related to the Delphi bankruptcy cases, the formulation, preparation, negotiation, dissemination, implementation, administration, confirmation or consummation of any of the Delphi Reorganization Plan, the disclosure statement concerning the plan, the UAW Settlement Agreement, or the Agreements on Attachment E thereto, or any contract, employee benefit plan, instrument, release, or other agreement or document created, modified, amended, or entered into in connection with either the Delphi Reorganization Plan or any agreement between the UAW or Delphi, or any other act taken or omitted to be taken consistent with the UAW Settlement Agreement in connection with the Delphi bankruptcy.

(c)    The UAW Settlement Agreement and the agreements referenced in Attachment E thereof and listed on <u>Exhibit 2</u> attached hereto shall be assumed under 11 U.S.C. § 365.

10.    Nothing contained in the UAW Settlement Agreement shall constitute an assumption of any agreement described therein, including, without limitation, any UAW CBA (except as provided for in Section K.3 of the UAW Settlement Agreement) or any commercial agreement between GM and Delphi, nor shall anything therein be deemed to create an administrative or priority claim with respect to GM or convert a prepetition claim into a postpetition claim or an administrative expense with respect to any party.  The UAW Settlement Agreement is without prejudice to any interested party (including the parties to the UAW Settlement Agreement and the Debtors' statutory committees) in all other aspects of Delphi's chapter 11 cases and each party to the UAW Settlement Agreement shall reserve all rights not expressly waived therein. <u> Further, nothing in the Motion, the UAW Settlement Agreement, this Court's approval of such agreement, the performance of any obligation thereunder, or any other document shall prejudice any right or remedy of any Debtor against any other Debtor with respect to the</u>

6

allocation of Delphi's obligations under the UAW Settlement Agreement or claims asserted against, or payments by, Delphi thereunder, all of which rights are expressly preserved.

11.    In furtherance of the UAW Settlement Agreement, as soon as reasonably practicable after the Effective Date, Delphi shall pay approximately (but in no event more than) $993,000 in cash severance and vacation payments to former UAW-represented hourly employees of Manufacturers Products Co. ("MPC"), a former distressed supplier which provided parts to Delphi pursuant to an accommodation agreement.  These MPC-related payments are to be in full satisfaction of all claims against the Debtors arising from or related to MPC, and the Debtors and their estates shall be released from any liability from MPC and its former UAW-represented employees with respect thereto.  In order to receive payment from Delphi pursuant to this paragraph, any payment recipient shall execute a complete release and discharge in favor of the Debtors, accordingly all claims filed in the Debtors' chapter 11 cases arising from or relating to the subject matter of severance and/or vacation claims by MPC employees or former employees are hereby expunged and released, including claim number 13270.

12.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and performance of this order and the UAW Settlement Agreement, and over each of the Signatories in connection therewith through the effective date of a plan of reorganization proposed by the Debtors and confirmed by this Court (and thereafter to the extent provided for in such reorganization plan); provided, however, that the Court's jurisdiction shall not extend to any bilateral agreements of the UAW and GM.

13.    Notwithstanding Rule 6004(g) of the Federal Rules of Bankruptcy Procedure or any other Bankruptcy Rule, (a) this order shall take effect immediately upon

its entry, (b) upon entry of this order, the Debtors are authorized to take any and all

necessary actions to implement the terms of the UAW Settlement Agreement, including

executing any amendments to existing collective bargaining agreements consistent in all

material respects with the UAW Settlement Agreement, and (c) the UAW Settlement

Agreement shall become effective upon entry of this order and, to the extent required,

satisfaction of the conditions set forth in the UAW Settlement Agreement.

14.     The requirement under Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York for the

service and filing of a separate memorandum of law is deemed satisfied by the Motion.


Dated: New York, New York
       July ___, 2007


                            _____
                            UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**UAW Settlement Agreement**

## **Exhibit 2**

**List of UAW-Delphi National and Local Collective Bargaining Agreements**

# EXHIBIT G

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | County |
|---------|---------|----------|----------|------|-------|-----|--------|
| Automotive Acquisition Corporation | Rudy Wilson, Chief Operating Officer | 199 Pierce Street | Suite 202 | Birmingham | MI | 48009 | |
| Capital Works/CSI | Charles F. Call, CEO | Catalytic Solutions, Inc | 1604 Fiske Place | Oxnard | CA | 93001 | |
| Capital Works/CSI | John M Mueller, President | CapitalWorks, LLC | 1111 Superior Avenue Ste 970 | Cleveland | OH | 44114 | |
| Car Sound Exhaust System Inc | Jerry Paolone President | 22961 Arroyo Vista | | Rancho Santa Margaria | CA | 92688 | |
| Frauenthal Holdings AG | Dr. Winfried Braumann, CEO | Prinz-Eugen-Strabe 30/4a | | Vienna | | A-1040 | Austria |
| Oaktree Capital Management L.P | Aaron Bendikson VP | 333 South Grand Ave | 28th Floor | Los Angeles | CA | 90017 | |
| Oaktree Capital Management L.P | Michael Harmon Managing Director | 333 South Grand Ave | 28th Floor | Los Angeles | CA | 90017 | |
| Umicore | Marc Grynberg, Executive VP | Rue du Marais 31 | | Brussels | | B-1000 | Belgium |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/24/2007 10:34 AM
New Catalyst Special Parties 070717 Overnight

Delphi Corporation
Potential Bidders Special Parties

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|------------|----------|----------|------|-------|-----|---------|
| Asia Development Capital | William Zelke - Director | 199 Pierce | Suite 202 | Birmingham | MI | 48009 | |
| Capital Works | John Mueller | 1111 Superior Ave E | | Cleveland | OH | 44101 | |
| Car Sound Exhaust | Daniel Paolone - Vice President | 22961 Arroyo Vista | | Rancho Santa Margarita | CA | 92688 | |
| Catalytic Solutions | Charles F. Call - Chief Executive Officer | 1640 Fiske Place | | Oxnard | CA | 93033 | |
| Foley & Lardner LLP | Daljit Doogal | 500 Woodward Ave. | Suite 2700 | Detroit | MI | 48226 | |
| Frauenthal Holding AG | Dr. Winfried Braumann - CEO | Prinz-Eugen-Strabe 30/4a | A-1010 | Vienna | | | Austria |
| Nanostellar, Inc. | Panjak Dhingra - President and CEO | 3696 Haven Avenue | | Redwood City | CA | 94063 | |
| Platinum Equity | Robert Loring - VP Business Development | 360 N. Crescent | | Beverly Hills | MI | 90210 | |
| Tenneco Automotive | Gregg DiSilvio - Director of Business Development | 500 North Field Drive | | Lake Forest | IL | 60045 | |
| The Jordan Company | Eion Hu - Vice President | 767 Fifth Avenue | | New York | NY | 10153 | |

# EXHIBIT H

Delphi Corporation
Special Parties

| Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| DiConza Law P.C. | Gerard DiConza, Esq. | 630 Third Avenue | New York | NY | 10017 |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee, Esq. | 333 Bridge Street, N.W.  Suite 1700 | Grand Rapids | MI | 49504 |

# EXHIBIT I

Delphi Corporation
Union Counsel List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|
| Cohen, Weiss & Simon LLP | Bruce Levine<br>Babette Ceccotti<br>Bruce Simon<br>David Hock | 330 West 42nd Street | | New York | NY | 10036 | Counsel for International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Electrical and Space Technicians | Kevin Dodd | 13144 Prairie Ave | | Hawthorne | CA | 90250 | |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| IAM & AW | Robert V Thayer | 9000 Machinists Place | | Upper Marlboro | MD | 20772 | |
| IBEW | Edwin D Hill | 900 Seventh Street NW | | Washington | DC | 20001 | |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Intl Union of Operating Engineers | Vincent J Giblin | 1125 17th St NW | | Washington | DC | 20036 | |
| IUE-CWA | James D Clark | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | |
| IUE-CWA | Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | |
| Kennedy, Jennick & Murray, P.C. | Thomas Kennedy<br>Susan Jennick | 113 University Place | 7th Floor | New York | NY | 10003 | Attorneys for the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley<br>Marianne G. Robbins<br>Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| United Auto Workers | Daniel Sherrick | 8000 E Jefferson Ave | | Detroit | MI | 48214 | |
| United Steelworkers Of America | Robert D Clark | Five Gateway Center | | Pittsburgh | PA | 15222 | |
| United Steelworkers Of America | General Counsel | Five Gateway Center | | Pittsburgh | PA | 15222 | |

In re Delphi Corporation, et al.
Case No. 05-44481.

Page 1 of 1

7/24/2007 10:34 AM
Union Counsel List 070628

Delphi Corporation
Union List

| Contact | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Al Coven | UAW Local 699 | 1191 Bagley St | | Saginaw | MI | 48601 |
| Bennie Calloway | UAW Local 2188 | 342 Perry House Rd. | | Fitzgerald | GA | 31750 |
| Bill Riddle | UAW Local 659 | 1222 Glenwood | | Flint | MI | 48502 |
| Carl Kolb, Ted Williams | IUE-CWA Local 698 | International Union of Electrical Workers | 1001 Industrial Park Dr | Clinton | MS | 39056-3211 |
| Charles Scherer | IUOE 18S | 12106 Rhodes Rd | | Wayne | OH | 43466 |
| Conference Board Chairman | IUE-CWA Automotive Conf Board | 2360 Dorothy Lane | Ste. 201 | Dayton | OH | 45439 |
| Dan Riley | IBEW - Delphi E&C | 7929 S. Howell Ave. | MC: 1-2 | Oak Creek | WI | 53154 |
| Danny Baird | IUOE 101S | 6601 Winchester | | Kansas City | MO | 64133 |
| Darel Green | UAW Local 1021 | 804 Meadowbrook Dr. | | Olathe | KS | 66062 |
| Darrell Shepard | UAW Local 2157 | 4403 City View Dr. | | Wichita Falls | TX | 76305 |
| David York | UAW Local 438 | 7435 S. Howell Ave. | | Oak Creek | WI | 53154 |
| Dennis Bingham, Gary Adams | USW Local 87 | 21 Abbey Avenue | | Dayton | OH | 45417 |
| Edwin Hill | IBEW | 900 Seventh Street NW | | Washington | DC | 20001 |
| Frank Andrews | UAW Local 686 | 524 Walnut St. | | Lockport | NY | 14094 |
| Gary Resier | IUE-CWA Local 717 | 2950 Sierra Dr. NW | | Warren | OH | 44483 |
| Jack White | UAW Local 167 | 5545 Fieldstone Ct. | | Middleville | MI | 49333 |
| James Clark | IUE-CWA Industrial Division | 501 Third Street NW | | Washington | DC | 20001-2797 |
| James Hurren | UAW Local 467 | 2104 Farmer St. | | Saginaw | MI | 48601 |
| Jeff Curry | IAM District 10 | 1650 South 38th Street | | Milwaukee | WI | 53215 |
| Joe Buckley | UAW Local 696 | 1543 Alwildy Ave | | Dayton | OH | 45408 |
| John Clark | UAW Local 2031 | 5075 Belmere Dr. | | Manitou Beach | MI | 49253 |
| John Huber | UAW Local 1097 | 221 Dewey Ave | | Rochester | NY | 14608 |
| Kizziah Polke | UAW Local 2083 | c/o Delphi T & I  Garry Gilliam | | Cottondale | AL | 35453 |
| Larry Phillips | IUE-CWA Local 711 | 4605 Airport Rd. | | Gadsden | AL | 35904 |
| Larry West | IUE-CWA Local 755 | 1675 Woodman Dr. | | Dayton | OH | 45432 |
| Lattie Slusher | UAW Local 913 | 3114 S. Hayes Ave. | | Sandusky | OH | 44870 |
| Leo W Gerard | United Steelworkers | Five Gateway Center | | Pittsburg | PA | 15222 |
| Mark Profitt | IUE-CWA Local 801 | 1250 W. Dorothy Lane | Suite 301 | Dayton | OH | 45439 |
| Mark Sweazy | UAW Local 969 | 3761 Harding Dr. | | Columbus | OH | 43228 |
| Mike Socha | IBEW - Delphi E&S | 7929 S. Howell Ave. | MC: 1B01 | Oak Creek | WI | 53154 |
| Niraj R Ganatra | International Union UAW | Associate General Counsel | Solidarity House 8000 E Jefferson Ave | Detroit | MI | 48214 |
| Randal Middleton | IBEW Local 663 | W223 S8625 Chateau Lane | | Big Bend | WI | 53103 |
| Richard Shoemaker | Vice-President GM Department | 8000 E Jefferson | | Detroit | MI | 48214 |
| Rick Zachary | UAW Local 662 | 2715 Rangeline Dr. | | Anderson | IN | 46017 |
| Rob Betts | UAW Local 2151 | 140 64th Ave. | | Coopersville | MI | 49404 |
| Robert Thayer | IAM | 9000 Machinists Place | | Upper Marlboro | MD | 20772-2687 |
| Ron Gettelfinger | UAW President | 8000 E. Jefferson | | Detroit | MI | 48214 |
| Russ Reynolds | UAW Local 651 | 3518 Robert T. Longway Blvd. | | Flint | MI | 48506 |
| Scott Painter | IUE-CWA Local 1111 | 1051 S. Rockerfeller Ave. | | Ontario | CA | 91761 |
| Skip Dziedzic | UAW Local 1866 | 7435 S. Howell Ave. | | Oak Creek | WI | 53154 |
| Sona Camp | UAW Local 292 | 1201 W. Alto Rd. | | Kokomo | IN | 46902 |
| Steve Ishee | UAW Local 2190 | 1 Thames Ave. | | Laurel | MS | 39440 |
| Terry Scruggs | UAW Local 2195 | 20564 Sandy Rd. | | Tanner | AL | 35671 |
| Thomas Charles, James N. Glathar | IUOE 832S | 3174 Brighton-Henrietta Town Line Rd. | | Rochester | NY | 14692 |
| Vincent Giblin | IUOE | 1125 17th Street NW | | Washington | DC | 20036 |
| William Humber | IUE-CWA Local 416 | 760 Jersey Avenue | | New Brunswick | NJ | 08901 |
| ZebWells | IUE-CWA Local 718 | 925 Industrial Park Rd. | | Brookhaven | MS | 39601 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

7/24/2007 10:34 AM
Union List 070628

Delphi Corporation
Special Parties

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Burr Forman LLP | Paul Burke O'Hearn | 171 17th St NW Ste 1100 | | Atlanta | GA | 30363 |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Eric Moser | 599 Lexington Ave | | New York | NY | 10022 |
| White & Case LLP | Glenn M Kurtz<br>Gerard Uzzi<br>Douglas P Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 |
| White & Case LLP | Thomas E Lauria<br>Frank L Eaton<br>Ileana A Cruz | Wachovia Financial Ctr | 200 S Biscayne Blvd | Miami | FL | 33131 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

7/24/2007 10:35 AM
Union Other Respondents List 070628

Delphi Corporation
Special Parties

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Mrs. Kellie J. Hurley | 214 Lou Ann Drive | | Depwe | NY | 14043 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

7/24/2007 10:33 AM
Addition to Union service 070718

# EXHIBIT J

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/24/2007 10:34 AM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1st Choice Heating & Cooling | Joel D Applebaum<br>Matthew T Smith | Clark Hill PLC | 500 Woodward Ave Ste 3500 | Detroit | MI | 48226-3435 |
| Lexington Insurance Company AIG Member Companies | Michael S Davis Esq<br>Anthony I Giacobbe Jr Esq | Zeichner Ellman & Krause LLP | 575 Lexington Ave | New York | NY | 10022 |
| Motion Industries Inc | William J Barrett<br>Kimberly J Robinson | Barack Ferrazzano Kirschbaum & Nagelberg LLP | 200 W Madison Ste 3900 | Chicago | IL | 60606 |
| Visteon Corporation | Howard S Sher<br>Alan J Schwartz | Jacob & Weingarten PC | 2301 W Big River Rd Ste 777 | Troy | MI | 48084 |
| Visteon Corporation | Howard S Sher<br>Alan J Schwartz | Jacob & Weingarten PC | 2301 W Big Beaver Rd Ste 777 | Troy | MI | 48084 |
| Visteon Corporation | Kenneth M Lewis | Sanford P Rosen & Associates PC | 747 Third Ave | New York | NY | 10017-2803 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/24/2007 10:33 AM
16th Omnibus Objection reply parties

# EXHIBIT K

**Hearing Date: July 19, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :
    In re                      :        Chapter 11
                        :
DELPHI CORPORATION, et al.,    :        Case No. 05-44481 (RDD)
                        :
            Debtors.    :        (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' SIXTEENTH
OMNIBUS OBJECTION (PROCEDURAL) PURSUANT TO 11 U.S.C. § 502(b)
AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR
AMENDED CLAIMS AND (B) PROTECTIVE CLAIMS

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF
SIXTEENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this omnibus reply in support of the Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271) (the "Sixteenth Omnibus Claims Objection"), and respectfully represent as follows:

1.      The Debtors filed the Sixteenth Omnibus Claims Objection on June 15, 2007, seeking to disallow and expunge certain "Claims," as that term is defined in 11 U.S.C. § 101(5), because such Claims (a) are duplicative of other Claims or have been amended or superseded by later-filed Claims and each such expunged Claim is survived by one Claim or (b) are merely protective in nature.  The Debtors sent to each claimant whose proof of claim is subject to an objection pursuant to the Sixteenth Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Sixteenth Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on July 12, 2007.

2.      As of July 17, 2007 at 12:00 p.m. (prevailing Eastern time), the Debtors had received five timely-filed formal responses to the Sixteenth Omnibus Claims Objection (the "Responses").  A chart summarizing each of the Responses by respondent is attached hereto as Exhibit A.

---

[1]      Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Sixteenth Omnibus Claims Objection.

2

3.        Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

to Claims (Docket No. 6089) entered December 6, 2006 (the "Claims Objection Procedures

Order"), the hearing with respect to each of the Claims for which a Response was filed will be

adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the

disposition of each such Claim; provided, however, that such adjournment will be without

prejudice to the Debtors' right to assert that any such Responses were untimely-filed or otherwise

deficient under the Claims Objection Procedures Order.

4.        As set forth on Exhibit A hereto, the Debtors have agreed to adjourn to a

future date the claims hearing with respect to the five Claims for which Responses were filed.

The revised proposed order, a copy of which is attached hereto as Exhibit B (the "Revised

Order"),[2] reflects the adjournment of the hearings with respect to the Claims for which

Responses were filed.

5.        Except for those Claims with respect to which a hearing has been

adjourned to a future hearing date, the Debtors believe that the Revised Order adequately

addresses the concerns of the respondents.  Thus, the Debtors request that the Court grant the

relief requested by the Debtors and enter the Revised Order.

---

[2]        Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of
proposed order that was submitted with the Sixteenth Omnibus Claims Objection.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) sustaining the Sixteenth Omnibus Claims Objection, subject to the modifications reflected in the Revised Order, (b) adjourning the hearing with respect to all Claims for which a Response was filed pursuant to the Claims Objection Procedures Order, and (c) granting the Debtors such other and further relief as is just.

Dated: New York, New York
　　　　July 18, 2007

<div style="margin-left:40%">

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By: /s/ John Wm. Butler, Jr.
　　John Wm. Butler, Jr. (JB 4711)
　　John K. Lyons (JL 4951)
　　Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700


-and-


By: /s/ Kayalyn A. Marafioti
　　Kayalyn A. Marafioti (KM 9632)
　　Thomas J. Matz (TM 5986)
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
　　Debtors and Debtors-in-Possession

</div>

4

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Sixteenth Omnibus Claims Objection*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | 1st Choice Heating and Cooling (Docket No. 8536) | 16601, 16606 | 1st Choice Heating and Cooling ("1st Choice") asserts that it originally filed proof of claim no. 15804 in the amount of $9,555.10 and proof of claim no. 15805 in the amount of $12,491,44, for a total amount of $22,046.47. The Debtors objected to proofs of claim nos. 15804 and 15805 in the Thirteenth Omnibus Claims Objection and 1st Choice filed a response. On or about May 15, 2007, 1st Choice filed an amended secured claim, proof of claim no. 16601, in the amount of $22,046.54 and attached supporting documentation, including liens, invoices, and a "Customer Open Balance Statement." 1st Choice filed a supplemental response to the Thirteenth Omnibus Claim Objection on June 7, 2007 and attached proof of claim no. 16601. 1st Choice contends that the amended claim was assigned a second claim number, proof of claim no. 16606. 1st Choice does not object to the Debtors expunging proof of claim no. 16606 if proof of claim no. 16601 is allowed. 1st Choice disagrees with the Debtors' attempt to disallow and expunge | Duplicate or amended claims | Adjourned |

---

[1] This chart reflects all Responses entered on the docket as of Tuesday, July 17, 2007 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of Tuesday, July 17, 2007 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | proof of claim no. 16601 and its designation of proof of claim no. 15805 in the amount of $12,491.44 as the surviving claim. 1st Choice asserts that there is sufficient documentation supporting the amended claim amount. | | |
| 2. | Motion Industries, Inc. (Docket No. 8543) | 10251 | Motion Industries, Inc. ("Motion Industries") asserts that it filed proof of claim no. 10251 in the amount of $835,355.82 for the repair and operation of parts. Motion Industries states that it has tentatively settled its differences with the Debtors in a settlement agreement and a joint stipulation and agreed order. Motion Industries asserts that it contemplates withdrawing its response once the joint stipulation and agreed order is entered. Motion contends that the response was filed to protect its interested in connection with the Debtors' Sixteenth Omnibus Claims Objection. | Duplicate or amended claim | Adjourned |
| 3. | Timken U.S. Co. and The Timken Company (Docket No. 8574) | 16499 | Timken U.S. Co. and The Timken Company (collectively, "Timken") asserts that it filed proofs of claim nos. 11706, 11707, 14319, 16456, and 16499. According to Timken, proofs of claim nos. 11707 and 16456 were expunged pursuant to the Debtors' First Omnibus Claims Objection and Eighth Omnibus Claims Objection, respectively. The Debtors objected to proofs of claim nos. 11706 and 14319 pursuant to the Debtors' Third Omnibus Claims Objection and the hearing with respect to those claims was adjourned because Timken filed a response. Timken disagrees with the Debtors' attempt to expunge proof of claim no. 16499 and amend and supersede it with proof of claim no. 14319. Timken asserts that proof of claim no. 16499 supersedes proof of claim no. 14319. | Duplicate or amended claim | Adjourned |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 4. | Visteon Corporation (Docket No. 8594) | 1850, 1854 | The Debtors objected to proofs of claim no. 1850 and 1854 filed by Visteon Corporation ("Visteon") on the grounds that such claims are protective claims. Visteon asserts that although its claims include potential rejection charges, they also include other components, including setoff. Visteon argues that it effectuated a setoff under Section 9(c) of Visteon's Global Terms For Productions Part And Non-Production Goods And Services. Visteon contends that, on October 7, 2005, the Debtors owed Visteon $2,360,853.21 and Visteon owed the Debtors $2,360,853.21. Visteon argues that it may have a claim in the amount of $2,360,853.21 if this Court determines that Visteon did not effectuate the setoff. Furthermore, Visteon argues that its claims should not be expunged and that the value of its claims should be preserved because of the setoff and other components asserted in the claims, including potential warranty claims, claims for defective or non-conforming product, and potential rejection damages. | Protective claims | Adjourned |
| 5. | AIG Member Companies (Docket No. 8595) | 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387 | Lexington Insurance Company, on behalf of itself and each of its related companies that provide insurance coverage to the Debtors (collectively, "AIG"), asserts that it timely filed proofs of claim nos. 1374 through 1387 for amounts owed to AIG pursuant to certain insurance policies (the "Insurance Programs"). AIG argues that the Debtors have no basis to object to their claims as protective because the obligations owed under the Insurance Programs are ongoing, and therefore unliquidated. According to AIG, unliquidated claims are resolved either through the subsequent resolution of the contingent events | Protective claims | Adjourned |

3

| Response | Proof of Claim Nos. | Summary of Response | Basis for Objection | Treatment[2] |
|---|---|---|---|---|
| | | or estimation of the claims pursuant to section 502(c) of the Bankruptcy Code. AIG further argues that its claims are not causing undue delay to the Debtors. Accordingly, AIG requests that the Objection to its claims be overruled. | | |

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
In re                           :     Chapter 11
                               :
DELPHI CORPORATION, et al.,         :     Case No. 05-44481 (RDD)
                               :
               Debtors.      :     (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS AND (B)
PROTECTIVE CLAIMS IDENTIFIED IN SIXTEENTH OMNIBUS CLAIMS OBJECTION

("SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B)

Protective Claims, dated June 15, 2007 (the "Sixteenth Omnibus Claims Objection"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on

the Sixteenth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim (as such term is defined in 11 U.S.C. § 101(5)) (as

to each, a "Claim") listed on Exhibits A and B attached hereto was properly and timely served

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Sixteenth Omnibus Claims Objection.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate. See Fed. R. Bankr. P. 7052.

with a copy of the Sixteenth Omnibus Claims Objection, a personalized Notice Of Objection To

Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007,

7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No.

6089) (the "Claims Objection Procedures Order"), the proposed order granting the Sixteenth

Omnibus Claims Objection, and the notice of the deadline for responding to the Sixteenth

Omnibus Claims Objection.  No other or further notice of the Sixteenth Omnibus Claims

Objection is necessary.

       B.     This Court has jurisdiction over the Sixteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Sixteenth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Sixteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

       C.     The Claims listed on <u>Exhibit A</u>[3] hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims.

       D.     The Claim listed on <u>Exhibit B</u> hereto was filed by a creditor to protect

against future rejection damages that could arise if the Debtors ultimately reject an executory

contract or unexpired lease pursuant to 11 U.S.C. § 365 (the "Protective Claim").

---

[3]    Certain of the addresses set forth on Exhibits <u>A</u>, <u>B</u>, <u>C-1</u>, and <u>C-2</u> may appear in abbreviated form because of the format of the exhibits.  The Debtors used the full and complete address for each claimant listed on these exhibits when they served each claimant with a copy of the Sixteenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, and a copy of the Claims Objection Procedures Order.  The Debtors shall use the same full and complete address for each claimant listed on these exhibits when they serve a notice of entry of this order.

E.    The relief requested in the Sixteenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on Exhibit A as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.    The Protective Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety, subject to the right of the affected creditor set forth on Exhibit B under paragraph 8 of the Bar Date Order to assert a Claim for rejection damages in the event of a rejection of an executory contract or an unexpired lease by the Debtors.

3.    With respect to each Claim for which a Response to the Sixteenth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits C-1 and C-2 hereto, the hearing regarding the objection to each such Claim is adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely filed or otherwise deficient under the Claims Objection Procedures Order.

4.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases, or to further object to Claims that are the subject of the Sixteenth Omnibus Claims Objection; provided, however, that

3

solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the

same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such

claimant's Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one

of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the

Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the

"Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is

asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided

in the preceding sentence, the Remaining Claims shall remain subject to further objection on any

grounds whatsoever, including, without limitation, that any such Remaining Claim is asserted

against the incorrect Debtor if the claimant did not file a Multiple Debtor Duplicative Claim

against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to

any Remaining Claim or restrict any holder of a Remaining Claim from seeking relief from this

Court for the purposes of requesting that this Court modify the Remaining Claim to assert such

Remaining Claim against a different Debtor.

     5.     Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

     6.     This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Sixteenth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

     7.     Each of the objections by the Debtors to each Claim addressed in the

Sixteenth Omnibus Claims Objection and set forth on Exhibits A, B, C-1, and C-2 hereto

constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order

shall be deemed a separate order with respect to each Claim that is the subject of the Sixteenth

Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter

which involves such Claim and shall not act to stay the applicability or finality of this order with

respect to the other contested matters covered hereby.

8.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

9.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Sixteenth Omnibus Claims

Objection.

Dated:  New York, New York
        July ___, 2007

_____
        UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Sixteenth Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

### CLAIM TO BE EXPUNGED | SURVIVING CLAIM

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| **Claim Number:** 11108  **Date Filed:** 07/26/2006<br>Creditor's Name and Address:<br>DR BERND GOTTSCHALK<br>VDA ASSOC OF THE GERMAN AUTOMOBILE<br>WESTENDSTRASSE 61<br>FRANKFURT, 60325<br>GERMANY<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $682,083.00<br>Total: $682,083.00 | **Claim Number:** 12164  **Date Filed:** 07/28/2006<br>Creditor's Name and Address:<br>DR BERND GOTTSCHALK<br>VDA ASSOC OF THE GERMAN AUTOMOBILE<br>WESTENDSTRASSE 61<br>FRANKFURT, 60325<br>GERMANY<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $682,083.00<br>Total: $682,083.00 |
| **Claim Number:** 16562  **Date Filed:** 03/05/2007<br>Creditor's Name and Address:<br>KENDALL PRINTING COMPANY<br>3331 W 29TH ST<br>GREELEY, CO 80634<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,116.75<br>Total: $2,116.75 | **Claim Number:** 5354  **Date Filed:** 05/08/2006<br>Creditor's Name and Address:<br>KENDALL PRINTING COMPANY<br>3331 WEST 29TH ST<br>GREELEY, CO 80631<br><br>**Debtor:** DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,180.25<br>Total: $2,180.25 |
| **Claim Number:** 11837  **Date Filed:** 07/28/2006<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF TREASURY<br>STATE OFFICE BLDG RM 409<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,445.00<br>Administrative:<br>Unsecured:<br>Total: $2,445.00 | **Claim Number:** 16501  **Date Filed:** 01/25/2007<br>Creditor's Name and Address:<br>STATE OF MARYLAND COMPTROLLER OF THE TREASURY<br>RM 409 STATE OFFICE BLDG<br>301 W PRESTON ST<br>BALTIMORE, MD 21201<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,492.00<br>Administrative:<br>Unsecured: $48.00<br>Total: $2,540.00 |
| **Claim Number:** 1514  **Date Filed:** 01/11/2006<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $593,000.00<br>Unsecured:<br>Total: $593,000.00 | **Claim Number:** 16546  **Date Filed:** 02/20/2007<br>Creditor's Name and Address:<br>STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,158,884.07<br>Unsecured:<br>Total: $1,158,884.07 |
| **Claim Number:** 11288  **Date Filed:** 07/27/2006<br>Creditor's Name and Address:<br>WL GORE & ASSOCIATES GMBH<br>WL GORE & ASSOCIATES INC<br>551 PAPER MILL RD<br>NEWARK, DE 19711<br><br>**Debtor:** DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,110.68<br>Total: $11,110.68 | **Claim Number:** 8385  **Date Filed:** 06/22/2006<br>Creditor's Name and Address:<br>MARTIN BRAUN BOKMITTEL<br>1200 ARLINGTON HEIGHTS RD STE 410<br>ITASCA, IL 60143<br><br>**Debtor:** DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,823.08<br>Total: $8,823.08 |

Page 1 of 2

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Sixteenth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
|  |  |

Total Claims to be Expunged:
Total Asserted Amount to be Expunged: $1,200,755.1

**In re Delphi Corporation, et al.**                                    **Sixteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - PROTECTIVE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HIGHLAND INDUSTRIES INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10963 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$0.00** | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Sixteenth Omnibus Claims Objection**

**EXHIBIT C-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| **Claim Number:** 16606<br>**Date Filed:** 05/14/2007<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>**Total:** $22,046.54 | **Claim Number:** 15805<br>**Date Filed:** 08/02/2006<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $12,491.44<br>Priority:<br>Administrative:<br>Unsecured:<br>**Total:** $12,491.44 |
| **Claim Number:** 16601<br>**Date Filed:** 05/15/2007<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>**Total:** $22,046.54 | **Claim Number:** 15805<br>**Date Filed:** 08/02/2006<br>**Creditor's Name and Address:**<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $12,491.44<br>Priority:<br>Administrative:<br>Unsecured:<br>**Total:** $12,491.44 |
| **Claim Number:** 10251<br>**Date Filed:** 07/21/2006<br>**Creditor's Name and Address:**<br>MOTION INDUSTRIES INC<br>BARACK FERRAZZANO KIRSCHBAUM<br>PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $835,355.82<br>**Total:** $835,355.82 | **Claim Number:** 16416<br>**Date Filed:** 11/09/2006<br>**Creditor's Name and Address:**<br>MOTION INDUSTRIES INC<br>BARACK FERRAZZANO KIRSCHBAUM PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured: $42,198.43<br>Priority:<br>Administrative:<br>Unsecured: $835,355.82<br>**Total:** $877,554.25 |
| **Claim Number:** 16499<br>**Date Filed:** 01/23/2007<br>**Creditor's Name and Address:**<br>THE TIMKEN COMPANY<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44706-0927<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $732,657.37<br>Priority: $1,803,986.64<br>Administrative:<br>Unsecured: $2,702,790.97<br>**Total:** $5,239,434.98 | **Claim Number:** 14319<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br>US TIMKEN CO<br>1835 DUEBER AVE<br>PO BOX 6927<br>CANTON, OH 44706-0927<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $551,667.27<br>Priority: $1,803,986.64<br>Administrative:<br>Unsecured: $2,883,781.07<br>**Total:** $5,239,434.98 |

**Total Claims to be Expunged:** 4
**Total Asserted Amount to be Expunged:** $6,118,883.88

Page 1 of 1

**In re Delphi Corporation, et al.**                                     **Sixteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - ADJOURNED PROTECTIVE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1386 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1387 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1376 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1382 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1374 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI CORPORATION (05-44481) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1378 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1383 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

In re Delphi Corporation, et al.                                            Sixteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C-2 - ADJOURNED PROTECTIVE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1379 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1380 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1385 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1381 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1375 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1377 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES DAVID A LEVIN ESQ 70 PINE ST 31ST FL NEW YORK, NY 10270 | 1384 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 12/29/2005 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**In re Delphi Corporation, <u>et al.</u>**   **Sixteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - ADJOURNED PROTECTIVE CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1850 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 02/06/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:   **16**                    **$0.00**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                             :

In re                             :       Chapter 11

                              :

DELPHI CORPORATION, <u>et al.</u>,         :       Case No. 05-44481 (RDD)

                              :

                Debtors.         :       (Jointly Administered)

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007  DISALLOWING
AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS AND (B) <u>PROTECTIVE
CLAIMS IDENTIFIED IN SIXTEENTH OMNIBUS CLAIMS OBJECTION</u>

("SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B)

Protective Claims, dated June 15, 2007 (the "Sixteenth Omnibus Claims Objection"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the

Sixteenth Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient

cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

           A.       Each holder of a claim, (as such term is defined in 11 U.S.C. §

101(5)) (as to each, a "Claim") listed on <u>Exhibits</u> <u>A</u> and <u>B</u> attached hereto was properly and

---

[1]     Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Sixteenth
Omnibus Claims Objection.

timely served with a copy of the Sixteenth Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order"), the proposed order granting the Sixteenth Omnibus Claims Objection, and the

notice of the deadline for responding to the Sixteenth Omnibus Claims Objection.  No

other or further notice of the Sixteenth Omnibus Claims Objection is necessary.

       B.      This Court has jurisdiction over the Sixteenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Sixteenth Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Sixteenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and

1409.

       C.      The Claims listed on Exhibit A[3] hereto under the column heading

"Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have

been amended or superseded by later-filed Claims.

       D.      The Claims listed on Exhibit B hereto werewas filed by creditorsa

creditor to protect against future rejection damages that could arise if the Debtors

_____

*(cont'd from previous page)*

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of
fact when appropriate.  See Fed. R. Bankr. P. 7052.

[3]    Certain of the addresses set forth on Exhibits A, B, C-1, and C-2 may appear in abbreviated form because of the
format of the exhibits.  The Debtors used the full and complete address for each claimant listed on these exhibits
when they served each claimant with a copy of the Sixteenth Omnibus Claims Objection, a personalized Notice
Of Objection To Claim, and a copy of the Claims Objection Procedures Order.  The Debtors shall use the same
full and complete address for each claimant listed on these exhibits when they serve a notice of entry of this order.

2       DeltaView comparison of pcdocs://chisr01a/551470/4 and pcdocs://chisr01a/551470/7.
Performed on 7/18/2007.

ultimately reject an executory contract or unexpired lease pursuant to 11 U.S.C. § 365 (the "Protective Claims").

E.      The relief requested in the Sixteenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on Exhibit A as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      Each The Protective Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety, subject to the right of the affected creditors set forth on Exhibit B under paragraph 8 of the Bar Date Order to assert a Claim for rejection damages in the event of a rejection of an executory contract or an unexpired lease by the Debtors.

3.      With respect to each Claim for which a Response to the Sixteenth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits C-1 and C-2 hereto, the hearing regarding the objection to each such Claim is adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely filed or otherwise deficient under the Claims Objection Procedures Order.

3       DeltaView comparison of pcdocs://chisr01a/551470/4 and pcdocs://chisr01a/551470/7. Performed on 7/18/2007.

4.    3. Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases, or to further object to Claims that are the subject of the Sixteenth Omnibus Claims Objection; provided, however, that solely to the extent that (a) a claimant filed duplicative claims against different Debtors for the same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such claimant's Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, if one of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor, the Debtors shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the "Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is asserted against the incorrect Debtor.  For the avoidance of doubt, except as expressly provided in the preceding sentence, the Remaining Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that any such Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to any Remaining Claim or restrict any holder of a Remaining Claim from seeking relief from this Court for the purposes of requesting that this Court modify the Remaining Claim to assert such Remaining Claim against a different Debtor.

5.    4. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

6.    5. This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Sixteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

7.    6. Each of the objections by the Debtors to each Claim addressed in the Sixteenth Omnibus Claims Objection and set forth on Exhibits A, B, C-1, and BC-2 hereto constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Sixteenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

8.    7. Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

9.    8. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Sixteenth Omnibus Claims

Objection.

Dated:  New York, New York
        July ___, 2007

_____
        UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Wednesday, July 18, 2007 3:15:07 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/551470/4 |
| Document 2 | pcdocs://chisr01a/551470/7 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---|
| Insertion |
| Deletion |
| <Moved from> |
| >Moved to< |
| Style change |
| Format change |
| Moved deletion |

| | |
|---|---|
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 12 |
| Deletions | 15 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 27 |

# EXHIBIT L

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

7/24/2007 10:34 AM
Response Service List 070530 Overnight

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|------|--------------------|----------|----------|----------|------|-------|-----|
| A Schulman Inc | Andrea Fischer | Olshan Grundman Frome Rosenzweig & Wolosky LLP | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 |
| A Schulman Inc | Carrie Mae Brosius | Voyrs Sater Seymour and Pease LLP | 52 E Gay St | PO Box 1008 | Columbus | OH | 43216-1008 |
| Airgas East Inc | Kathleen M Miller | Smith Katzenstein & Furlow LLP | The Corporate Plaza | 800 Delaware Ave 10Th Fl | Wilmington | DE | 19801 |
| Airgas East Inc | Kathleen M Miller | Smith Katzenstein & Furlow LLP | 800 Delaware Ave 10Th Fl | PO Box 410 | Wilmington | DE | 19899 |
| Barnes Group Canada Corp as Claimant and Longacre Master Fund Ltd as Assignee | Ilan Markus | Tyler Cooper & Alcorn LLP | 555 Long Wharf Dr 8th Fl | PO Box 1936 | New Haven | CT | 06509-0906 |
| Barnes Group Canada Corp as Claimant and Longacre Master Fund Ltd as Assignee | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | | New York | NY | 10019 |
| Benecke Kaliko AG | James M Lawniczak Nathan A Wheatley | Calfee Halter & Griswold LLP | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 |
| City of McAllen and South Texas College | Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South I H 35 78741 | PO Box 17428 | Austin | TX | 78760 |
| Cleo Inc | Anne Marie Aaronson | Pepper Hamilton LLP | 3000 Two Logan Sq | 18th and Arch Sts | Philadelphia | PA | 19103 |
| Collins & Aikman Corp | Lon J Seidman | Rosen Slome Marder LLP | 333 Earle Ovington Blvd Ste 901 | | Uniondale | NY | 11553-3622 |
| Collins & Aikman Corp | Joseph M Fischer Patrick J Kukla Kyla K Kuzmin | Carson Fischer PLC | 4111 Andover Rd W 2nd Fl | | Bloomfield Hills | MI | 48302 |
| Conestoga Rovers & Associates | Gary I Selinger | Hodgson Russ LLP | 60 E 42nd St 37th Fl | | New York | NY | 10165 |
| Contech LLC | Ronald R Peterson Andrew S Nicoll | Jenner & Block LLP | 1 IBM Plz | | Chicago | IL | 60611 |
| ContiTech Elastomer Coatings | James M Lawniczak Nathan A Wheatley | Calfee Halter & Griswold LLP | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 |
| Contrarian Funds LLC | David S Rosner Adam L Shiff Jeffrey R Gleit Daniel A Fliman | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway | | New York | NY | 10019 |
| Datwyler Rubber & Plastics Inc | Nelson Mullins Riley & Scarborough LLP | George B. Cauthen | Meridian Bldg 17Fl 1320 Main St | PO Box 11070 29211 | Columbia | SC | 29201 |
| Datwyler Rubber & Plastics Inc | George B Cauthen | Nelson Mullins Riley & Scarborough | PO Box 11070 29211 | Meridian Bldg 17Fl 1320 Main St | Columbia | SC | 29201 |
| Eaton Corporation | Stuart A Laven Jr David M Neumann | Benesch Friedlander Coplan & Aronoff LLP | 2300 BP Tower | 200 Public Sq | Cleveland | OH | 44114-2378 |
| EI du Pont de Nemours & Co | William J Brown Angela Z Miller | Phillips Lytle LLP | 437 Madison Ave 34th Fl | | New York | NY | 10022 |
| EI du Pont de Nemours & Co | William J Brown Angela Z Miller | Phillips Lytle LLP | 3400 HSBC Ctr | | Buffalo | NY | 14203 |
| Equity Corporate Housing I | Tracy L Klestadt John E Jureller Jr | Klestadt & Winters LLP | 292 Madison Ave 17th Fl | | New York | NY | 10017-6314 |
| Equity Corporate Housing I | Jonathan W Young Jeffrey L Gansberg | Wildman Harrold Allen & Dixon LLP | 225 West Wacker Dr | | Chicago | IL | 60606-1229 |
| FirstEnergy Solutions Corp Ohio Edison Co | Jessica E Price | Brouse McDowell LPA | 1001 Lakeside Ave Ste 1600 | | Cleveland | OH | 44114-1151 |
| Fraenkische USA LP | Barbara Ellis-Monro | Smith Gambrell & Russell LLP | 1230 Peachtree St NE | Ste 3100 Promenade II | Atlanta | GA | 30308 |
| Harco Brake Systems Inc | Ronald S Pretekin | Coolidge Wall Co LPA | 33 W First St Ste 600 | | Dayton | OH | 45402 |
| Henman Engineering & Machine Inc | Gregory A Huffman | DeFur Voran LLP | 201 E Jackson St Ste 400 | | Muncie | IN | 47305 |
| Holset Engineering Company | Robert A Scher | Foley & Lardner | 90 Park Ave 37th Fl | | New York | NY | 10016-1314 |
| Holset Engineering Company | Jill L Murch Emily R Haus | Foley & Lardner | 321 N Clark St Ste 2800 | | Chicago | IL | 60610-4764 |
| Hoover Precision Products Inc | James S. Carr Howard S. Steel | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

7/24/2007 10:33 AM
17th Omnibus Objection reply parties

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Knox County Trustee Fred Sisk | Hodges Doughty & Carson PLLC | Dean B Farmer | PO Box 869 | | Knoxville | TN | 37901-0869 |
| L&W Engineering Co | Ryan D Heilman | Schafer and Weiner PLLC | 40950 Woodward Ave Ste 100 | | Bloomfield Hills | MI | 48304 |
| Liquidity Solutions Inc | Dana P Kane | 1 University Plz Ste 312 | | | Hackensack | NJ | 07601 |
| Miami Dad County Tax Collector | Melinda S Thornton Murray A Greenberg RA Cuevas Jr | Stephen P Clark Ctr | 111 NW First St Ste 2810 | | Miami | FL | 33128-1993 |
| Motion Industries Inc | William J Barrett Kimberely J Robinson | Barack Ferrazzano Kirschbaum & Nagelberg LLP | 200 W Madison Ste 3900 | | Chicago | IL | 60606 |
| Motorola Inc | McDermott Will & Emery LLP | Peter A Clark Jason J DeJonker | 227 W Monroe St | | Chicago | IL | 60606 |
| Motorola Inc | McDermott Will & Emery LLP | Gary O Ravert | 340 Madison Ave | | New York | NY | 10017-1922 |
| NEC Electronics America Inc | Steve Kieselstein | Kieselstein Law Firm PLLC | 43 British American Blvd | | Latham | NY | 12110 |
| Ohio Department of Taxation | Mark Dann Victoria D Garry | Ohio Attorney General | 1600 Carew Tower | 441 Vine St | Cincinnati | OH | 45202 |
| ON Semiconductor Components Industries LLC | John J Dawson John A Harris Scott R Goldberg | Quarles & Brady LLP | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 |
| RLI Insurance Company | Michael P OConnor Esq | 10 Esquire Rd Ste 14 | | | New City | NY | 10956 |
| Rothrist Tube Inc | George B Cauthen Jody A Bedenbaugh | Nelson Mullins Riley & Scarborough LLP | Meridian Bldg 17 Fl 1320 Main St | PO Box 11070 29211 | Columbia | SC | 29201 |
| Rothrist Tube Inc | George Cauthen Jody Bedenbaugh | Nelson Mullins Riley Scarborough | PO Box 11070 29211 | Meridian Bldg 17 Fl 1320 Main St | Columbia | SC | 29201 |
| Siemens PLC A&D Division | Aaron G McCollough | McGuirewoods LLP | 1 James Ctr 901 E Cary St | | Richmond | VA | 23219 |
| SPCP Group LLC as Agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd as Assignee of Stahl Specialty Company EFT and its successor in interest ThyssenKrupp USA Inc | Paul Traub Maura I Russell Anthony B Stumbo Brett J Nizzo | Dreier LLP | 499 Park Ave 14th Fl | | New York | NY | 10022 |
| Temic Automotive of North America Inc | McDermott Will & Emery LLP | Peter A Clark Jason J DeJonker | 227 W Monroe St | | Chicago | IL | 60606 |
| Temic Automotive of North America Inc | McDermott Will & Emery LLP | Gary O Ravert | 340 Madison Ave | | New York | NY | 10017-1922 |
| Tuscaloosa County | Tuscaloosa County Tax Collector | Peyton C Cochrane | 714 Greensboro Ave Rm 124 | | Tuscaloosa | AL | 35401 |
| Tuscaloosa County | Peyton C Cochrane Tax Collector | 124 Court House | 714 Greensboro Ave | | Tuscaloosa | AL | 35401-1891 |
| United Plastics Group as Claimant and Longacre Master Fund LTD as Assignee | D Farrington Yates | Sonnenschein Nath & Rosenthal LLP | 1221 Avenue of the Americas 24th Fl | | New York | NY | 10020 |
| United Plastics Group as Claimant and Longacre Master Fund LTD as Assignee | Monika Machen | Sonnenschein Nath & Rosenthal LLP | 7800 Sears Tower | | Chicago | IL | 60606 |
| United Plastics Group as Claimant and Longacre Master Fund LTD as Assignee | Monika Machen | Sonnenschein Nath & Rosenthal LLP | 8000 Sears Tower | 233 S Wacker Dr | Chicago | IL | 60606 |
| United Plastics Group as Claimant and Longacre Master Fund LTD as Assignee | Melissa Mulrooney Vladimir Jelisavcic | Longacre Master Fund Ltd | 810 7th Ave 22nd Fl | | New York | NY | 10019 |
| USA IRS | Michael J Garcia David J Kennedy | US Attorney for the SDNY | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Vanguard Distributors Inc | Janice B Grubin | Drinker Biddle & Reath LLP | 140 Broadway 39th Fl | | New York | NY | 10005-1116 |
| Vanguard Distributors Inc | Louis G McBryan | Howick Westfall McBryan & Kaplan | 3101 Tower Creek Pkwy | Ste 600 1 Tower Creek | Atlanta | GA | 30339 |
| Viasystems | Karen L Kirshenbaum | Lynch Rowin LLP | 630 Thrid Ave 16th Fl | | New York | NY | 10017 |
| Viasystems | Wendi Alper Pressman Esq | Gallop Johnson & Neuman LC | 101 S Hanley Ste 1700 | | St Louis | MO | 63105 |
| ZF Boge Elastmetall LLC | Hunter & Schank Co LPA | John J Hunter Jr | One Canton Sq 1700 Canton Ave | | Toledo | OH | 43604 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

7/24/2007 10:33 AM
17th Omnibus Objection reply parties

# EXHIBIT M

**Hearing Date: July 19, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
      In re                       :      Chapter 11
                                           :
DELPHI CORPORATION, et al.,       :      Case No. 05-44481 (RDD)
                                         :
               Debtors.     :      (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' SEVENTEENTH OMNIBUS
OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED
ON DEBTORS' BOOKS AND RECORDS, (C) INSURANCE CLAIM NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS,
AND (E) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
AND MODIFIED CLAIMS ASSERTING RECLAMATION

("DEBTORS' OMNIBUS REPLY IN SUPPORT OF
SEVENTEENTH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby submit this omnibus reply in support of the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject to Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection"), and respectfully represent as follows:

1.      The Debtors filed the Seventeenth Omnibus Claims Objection on June 15, 2007, seeking entry of an order (a) disallowing and expunging certain "Claims," as that term is defined in 11 U.S.C. § 101(5), because they contain insufficient documentation in support of the Claims asserted, (b) disallowing and expunging certain Claims because they assert liabilities or dollar amounts that are not reflected on the Debtors' books and records, (c) disallowing and expunging one Claim, which was filed by an insurance company, because it asserts liabilities that are not reflected on the Debtors' books and records (d) disallowing and expunging certain Claims because they were untimely pursuant to the Bar Date Order, (e) disallowing and expunging one Claim because it was filed by a taxing authority and was untimely pursuant to the Bar Date Order, (f) revising the asserted amount or classification, and/or changing the identity of the alleged Debtor with respect to certain Claims, (g) revising the asserted amount or classification,

---

[1]      Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Seventeenth Omnibus Claims Objection.

and/or changing in the identity of the alleged Debtor with respect to certain Claims filed by

taxing authorities, or (h) revising the asserted amount or classification, and/or changing the

identity of the alleged Debtor with respect to certain Claims, some of which are subject to an

agreement between the claimant and the Debtors relating to the valid amount of each claimant's

reclamation demand, subject to certain reserved defenses, and some of which are held by

claimants who are deemed to have consented to the Debtors' determination of the valid amount

of the reclamation demand.

2.       The Debtors sent to each claimant whose proof of claim is subject to an

objection pursuant to the Seventeenth Omnibus Claims Objection a personalized Notice Of

Objection To Claim, which specifically identified such claimant's proof of claim that is subject to

an objection and the basis for such objection.  Responses to the Seventeenth Omnibus Claims

Objection were due by 4:00 p.m. (prevailing Eastern time) on July 12, 2007.

3.       Due to an error with the customized mail file that was provided to the

Debtors' noticing agent to generate the personalized Notices Of Objection To Claim, the

personalized Notices Of Objection To Claims that were sent to claimants whose Claims are listed

on Exhibit E-2 to the Seventeenth Omnibus Claims Objection mislabeled the claims

classification headings.  To correct this error, the Debtors sent a revised personalized Notice Of

Objection To Claim to each claimant whose Claim is listed on Exhibit E-2 to the Seventeenth

Omnibus Claims Objection, setting the hearing on the Debtors' objection to such Claim for the

August 16, 2007 omnibus hearing and extending the deadline for such claimants to respond to

the Seventeenth Omnibus Claims Objection to 4:00 p.m. (prevailing Eastern time) on August 9,

3

2007.  Accordingly, the Debtors seek to adjourn the hearing with respect to all Claims listed on

Exhibit E-2 to the Seventeenth Omnibus Claims Objection to August 16, 2007.[2]

4.    As of July 17, 2007 at 12:00 p.m. (prevailing Eastern time), the Debtors

had received 33 timely-filed and four untimely-filed formal docketed responses to the

Seventeenth Omnibus Claims Objection and five undocketed responses (collectively, the

"Responses") to the Seventeenth Omnibus Claims Objection.  In the aggregate, the Responses

cover 65 Claims.  A chart summarizing each of the Responses is attached hereto as Exhibit A.

5.    Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

to Claims (Docket No. 6089) entered December 6, 2006 (the "Claims Objection Procedures

Order"), the hearing with respect to each of the Claims for which a Response was filed will be

adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the

disposition of each such Claim.

6.    As set forth on Exhibit A hereto, the Debtors have agreed to adjourn to a

future date the claims hearing with respect to the 65 Claims for which Responses were filed.  The

revised proposed order, a copy of which is attached hereto as Exhibit B (the "Revised Order"),[3]

reflects the adjournment of the hearings with respect to the Claims for which Responses were

filed.

---

[2]    The Claims identified on Exhibit E-2 to the Seventeenth Omnibus Claims Objection are set forth on Exhibit
D-2 to the Revised Order (as hereinafter defined).

[3]    Attached hereto as Exhibit C is a copy of the Revised Order marked to show revisions to the form of
proposed order that was submitted with the Seventeenth Omnibus Claims Objection.

4

7.    The Revised Order reflects the adjournment of the hearing with respect to each of the Claims for which a Response was filed, other than Responses filed by claimants whose Claims are listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection, to a future hearing date pursuant to the Claims Objection Procedures Order, provided, however, that such adjournment will be without prejudice to the Debtors' right to assert that any of such Responses was untimely or otherwise deficient under the Claims Objection Procedures Order. The Revised Order also reflects the adjournment of the hearing with respect to each of the Claims listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection to 10:00 a.m. (prevailing Eastern time) on August 16, 2007.

8.    In addition to the Responses, the Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested with the Seventeenth Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses"). The Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

9.    Except for those Claims that have been adjourned to future hearing dates, the Debtors believe that the Revised Order adequately addresses the issues raised by the respondents. Thus, the Debtors request that the Court grant the relief requested by the Debtors and enter the Revised Order.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) sustaining the Seventeenth Omnibus Claims Objection, subject to the modifications made to the Revised Order, (b) adjourning the hearing with respect to all Claims for which a Response was filed, other than a Response filed by a claimant whose Claim is listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection, pursuant to the Claims Objection Procedures Order, (c) adjourning the hearing to August 16, 2007 with respect to all Claims listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection , and (d) granting the Debtors such other and further relief as is just.

Dated: New York, New York
     July 18, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                       John Wm. Butler, Jr. (JB 4711)
                       John K. Lyons (JL 4951)
                       Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                    - and -

                    By: /s/Kayalyn A. Marafioti
                       Kayalyn A. Marafioti (KM 9632)
                       Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York  10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                     Debtors and Debtors-in-Possession

**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Seventeenth Omnibus Claims Objection*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Hoover Precision Products, Inc. (Docket No. 8388) | 11292 | Hoover Precision Products, Inc. ("Hoover") asserts that it filed proof of claim no. 11292 against Delphi Corporation in the amount of $1,298,844.76. Hoover further asserts that its claim was later assigned to SPCP Group, LLC on January 11, 2007. Hoover states that it does not object to the Debtors' objection to modify its claim to an unsecured claim in the amount of $976,755.77 and an administrative expense priority claim in the amount of $301,625.75. | Modified claim asserting reclamation | Adjourned |

---

[1] This chart reflects all Responses entered on the docket as of Tuesday, July 17, 2007 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of Tuesday, July 17, 2007 at 12:00 p.m. (prevailing Eastern time).

| | Response | Proof of Claim Nos. | Summary of Response | Basis for Objection | Treatment[2] |
|---|---|---|---|---|---|
| 2. | Airgas East, Inc. (Docket No. 8460) | a) 14278<br>b) 14279 | Airgas East, Inc. ("Airgas") asserts that, on or about July 28, 2006, it filed proof of claim no. 14278 in the amount of $18,704.93 and proof of claim no. 14279 in the amount of $3,649.48. Airgas argues that the Debtors do not provide evidence as to the invalidity of Airgas' claims.<br><br>a) Airgas disagrees with the Debtors' modification of proof claim no. 14278 to $13,972.33. Airgas states it received payment in the amount of $2,395.36 for invoice no. 245151. Therefore, Airgas contends that proof of claim no. 14278 should be modified to $16,309.57.<br><br>b) Airgas disagrees with the Debtors' objection to disallow proof of claim no. 14279 and argues that the Debtors do not provide invoice or delivery receipts to support the objection. Airgas contends that it is owed the full amount of $3,649.48. | a) Claim subject to modification<br><br>b) Books and records | Adjourned |
| 3. | Fraenkische USA, LP (Docket No. 8473) | 16511 | Fraenkische USA, LP ("Fraenkische") asserts that it is owed $59,175.40 for goods supplied to Delphi on open accounts prior to the October 8, 2005 (the "Petition Date"). Fraenkische further asserts that it timely filed proof of claim no. 16511 on June 8, 2006 and attaches invoices to its response to demonstrate that its claim amount is liquidated, due, and owing. | Claim subject to modification | Adjourned |

2

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 4. | Motorola, Inc. (Docket No. 8482) | 2402 | Motorola, Inc. ("Motorola") asserts that it filed proof of claim no. 2402 in the amount of $2,537,751.52, comprised of an unsecured claim in the amount $1,787,025.08 and a secured claim in the amount of $750,487.44. Motorola explains that it and Delphi executed an agreement on March 21, 2001, the Additional Purchase Order Provisions Long Term Contract, which required Motorola to perform services and deliver goods to Delphi. Motorola contends that it timely filed a reclamation demand in the amount of $750,487.44, which is included in proof of claim no. 2402. Motorola stipulates that the total amount of proof of claim no. 2402 should be modified to $2,516,096.88. Motorola states that it is still discussing with the Debtors the modification of its secured claim to $39,060.00, however. Motorola argues that the Debtors have not met their burden of proof to overcome the presumed validity of Motorola's claim, and therefore request that the hearing on the Debtors' objection to this claim be adjourned. | Modified claim asserting reclamation | Adjourned |

3

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 5. | Temic Automotive of North America, Inc. (Docket No. 8483) | 8391 | Temic Automotive of North America, Inc. ("Temic") asserts that on July 2, 2006, Motorola and Temic completed a transaction which transferred certain claims filed by Motorola, including proof of claim no. 8391, to Temic. Temic asserts that proof of claim no. 8391 arises from Delphi's prepetition breach of a contract with Motorola. Temic asserts that the claimed amount of $8,385,154 includes engineering costs of $4,152,864, capital costs of $708,088, and lost profits of $3,524,201. Temic disagrees that its claim should be disallowed and expunged. Instead, Temic argues that the claim should be allowed, despite being contingent and unliquidated, because provisions in the Bankruptcy Code prohibit the disallowance of a claim due to its contingency. Furthermore, Temic argues that the Debtors have not met the burden of providing evidence to overcome the presumed validity of Temic's claim. | Books and records | Adjourned |
| 6. | Barnes Group Canada Corp., as claimant and Longacre Master Fund, Ltd., as assignee (Docket No. 8493) | 12829 | Barnes Group Canada Corp., as claimant, and Longacre Master Fund, Ltd., as assignee (collectively, "Barnes"), asserts that it filed proof of claim no. 12829 in the amount of $90,716.91. Barnes states that Debtors' proposed modification of the claimed amount is based on invoice no. 01-1793327, which the Debtors assert was paid. Barnes contends that the Debtors do not provide evidence, support, or analysis to support their objection and that Barnes needs more time to complete due diligence. | Claim subject to modification | Adjourned |

4

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 7. | Datwyler Rubber & Plastics, Inc. (Docket No. 8495) | 10907 | Datwyler Rubber & Plastics, Inc. ("Datwyler") asserts that it filed proof of claim no. 10907 against Delphi Automotive Systems LLC ("DAS LLC") in the amount of $929,544.79. Datwyler states that is willing to accept the modified amount if there is an order recognizing its claim as an allowed claim. Datwyler asserts that it has been in contact with Debtors' counsel and that the parties will likely reach a resolution. | Modified claim asserting reclamation | Adjourned |
| 8. | ZF Boge Elastmetall LLC (Docket No. 8507) | 12017 | ZF Boge Elastmetall LLC ("ZF") asserts that it timely filed proof of claim no. 12017 in the claimed amount of $99,852.32. ZF argues that its claim amount remains due and owing and that copies of invoices and other documentation attached to its proof of claim support the asserted amount. ZF also contends that the Debtors have not overcome the presumption of validity of ZF's claim under Rules 3001 and 3003 of the Federal Rules of Bankruptcy Procedure. | Claim subject to modification | Adjourned |

5

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 9. | Contrarian Funds, LLC (Docket No. 8508) | a) 10388<br><br>b) 5568, 9112, 9113, 10385, 12694,12696,15201<br><br>c) 8791, 9795, 9951, 14141 16542<br><br>d) 15201 | Contrarian Funds, LLC ("Contrarian") asserts that the Debtors do not provide legal or factual basis to overcome the presumption of validity of their claims. Contrarian also argues that there is no authority justifying the Debtors' request to reduce the claims and not allow the claims in the modified amounts.<br><br>a) Contrarian states that it consents to the modification of proof of claim no. 10388 to a $14,138.65 priority claim and a $127,536.84 unsecured claim against DAS LLC, if this Court enters an order allowing this proof of claim for those amounts.<br><br>b) and c) Contrarian disagrees with the Debtors' modification to the claim amount, classification, and asserted Debtor entity for proofs of claim nos. 5568, 9112, 9113, 10385, 12694, 12696, 14141, 15201, 8791, 9795, 9951, and 16542.  Contrarian requests that this Court enter an order allowing the claims for the amount asserted in the proofs of claim.<br><br>d) Contrarian requests that this Court enter an order finding that Contrarian beneficially owns proof of claim no. 15201 and attaches documentation to the response supporting this request. | a) Modified claim asserting reclamation<br><br>b) Modified claims asserting reclamation<br><br>c) Claims subject to modification<br><br>d) Modified claim asserting reclamation | Adjourned |

6

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 10. | Eaton Corporation (Docket No. 8509) | 12158 | Eaton Corporation ("Eaton") asserts that it filed proof of claim no. 12158 with supporting documentation in the amount of $2 million. Eaton also asserts that its proof of claim arises from out-of-pocket costs that it incurred either as a result of Delphi's breach of contract or from Eaton's good faith and detrimental reliance on Delphi's purchase order and subsequent correspondence relating to the purchase order. Eaton disagrees with the Debtors' objection, and argues that Eaton's supporting documentation, including a purchase order, affidavit of an Eaton employee, e-mails, letters, and other documents sustain the evidentiary burden. Furthermore, Eaton argues that the Debtors have not met their burden to overcome the presumptive validity of Eaton's claim. | Books and records claim | Adjourned |
| 11. | Holset Engineering Company, Ltd. (Docket No. 8512) | 11214 | Holset Engineering Company, Ltd. ("Holset") asserts that it filed proof of claim no. 11214 in the amount of $4,950.96, which represents amounts owed for a delivered item. Holset disagrees with the Debtors' objection and argues that it attached sufficient documentation to its proof of claim evidencing its asserted claim. Holset attaches documentation to its response, such as purchase order numbers and e-mails, that it asserts it also provided to Delphi representatives. Holset further states that it conveyed to Delphi that it would provide a proof of delivery slip if such information was necessary. | Insufficiently documented claim | Adjourned |

7

| | Response | Proof of Claim Nos. | Summary of Response | Basis for Objection | Treatment[2] |
|---|---|---|---|---|---|
| 12. | ON Semiconductor Components Industries LLC (Docket No. 8513) | 11566 | ON Semiconductor Components Industries LLC ("ON") asserts that it filed proof of claim no. 11566 in the amount of $5,764,040.00, which includes a reclamation claim. ON explains that it transferred all rights to receive cash and cash distributions to SPCP Group, as agent for Silver Point Capital Fund and Silver Point Capital Offshore Fund Ltd. (collectively, "Silver Point Group") and that it retained the right to prosecute or defend its claim. ON states that it and Delphi have reached an agreement to allow its claim as a general unsecured claim in the amount of $5,764,040.00 and that it will waive its right to assert any reclamation claim against the Debtors. According to ON, Silver Point Group consents to the agreement. | Modified claim asserting reclamation | Adjourned |

8

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 13. | RLI Insurance Company (Docket Nos. 8523 and 8524) | 2539 | RLI Insurance Company ("RLI") asserts that proof of claim no. 2539 is a contingent claim in the amount of $11,750,000.00. RLI asserts that it is a surety and that it issued Delphi Corporation four surety bonds. According to RLI, it is required to pay bond obligations to the U.S. Customs Service on behalf of Delphi Corporation. RLI also asserts that Delphi Corporation is contingently liable in the amount of $15,300,000.00 for all bond penal sums. RLI states that it is filing an amended proof of claim for such contingent amount. RLI argues that its priority status as a surety obligated to the U.S. Government on a U.S. Customs bond is mandated by 31 U.S.C. § 9309. However, RLI does acknowledge that it has not paid any Customs duties on behalf of Delphi Corporation because Delphi Corporation has consistently made payment. RLI requests that this Court allow it to move for an estimation of its claim, with such funds to be deposited with RLI as collateral until the termination of its liability under the bond. | Books and records insurance claim | Adjourned |

9

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 14. | City of McAllen and South Texas College (Docket No. 8530) | 16589 (City of McAllen) 16590 (South Texas College) | City of McAllen and South Texas College ("Taxing Authorities") assert that they made a *prima facie* case when they filed their proofs of claim and therefore argues that it is not necessary to file a response to the Debtors' objection. The Taxing Authorities assert that their claims have not been paid and the amounts remain due for the 2006 tax year. The Taxing Authorities further assert that they did not receive adequate notice of the Debtors' notice of filing of the chapter 11 cases and argue that they should not be held to the bar date imposed in the Debtors' cases. The Taxing Authorities further assert that their liens will survive even if the claims are disallowed as an untimely-filed claim. | Untimely books and records claims | Adjourned |
| 15. | Liquidity Solutions, Inc. d/b/a Revenue Management (Docket Nos. 8531, 8532) | 1933, 2711, 2712 | Liquidity Solutions, Inc. d/b/a Revenue Management ("Liquidity Solutions") asserts that it was assigned proof of claim no. 1933 in the amount of $161,818.99 from EST Testing Solutions, and proof of claim no. 2711 in the amount of $15,750.00 and proof of claim no. 2712 in the amount of $26,184.00 from Metal Powder Products Company. Liquidity Solutions disagrees with the Debtors' objection to modify its claims and attaches documentation to its response, including a printout from E-DACOR, Delphi's internet-based portal for providing suppliers with access to Delphi's accounts payable system, indicating amounts owed and invoices. Liquidity Solutions asserts that the Debtors provide no evidence to support their objection and to overcome the validity of Liquidity Solutions' claims. Liquidity Solutions also argues that the Debtor's objection provides no claim-specific rationale for objecting to the claims. | Claims subject to modification | Adjourned |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 16. | Equity Corporate Housing 1 (Docket No. 8538) | 2523 | Equity Corporate Housing 1 ("Equity") asserts that it timely filed its claim representing amounts due and owing on the account of services rendered to the Debtors. Equity argues that the Debtors have not provided evidence to refute the validity of Equity's claim and disagree with the Debtors' objection to reduce the amount of liability. | Claim subject to modification | Adjourned |
| 17. | Contech LLC (Docket No. 8542) | 10397 | Contech LLC ("Contech") asserts that it was assigned proof of claim no. 10397 from SPX Corporation ("SPX") in April 2007. According to Contech, SPX sent a reclamation demand to the Debtors on October 14, 2005 seeking the return of goods delivered to the Debtors. Contech asserts that the Debtors refused to permit the reclamation demand and argued that the goods were received by the Debtors after the Petition Date. Contech explains that SPX filed proof of claim no. 10397 as an administrative priority claim and attached a schedule listing goods included in the claim and information relating to the delivery and value of such goods. Contech argues that the proof of claim and attached schedule constitutes prima facie evidence of their claim, and that the Debtors have not stated any basis, legal or factual, to justify reclassifying proof of claim no. 10397 as a general unsecured claim. | Claim subject to modification | Adjourned |

11

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 18. | Motion Industries, Inc. (Docket Nos. 8545, 8546) | 10231, 10232 | Motion Industries, Inc. ("Motion Industries") asserts that it filed proof of claim no. 10231 in the amount of $6,132.75 and proof of claim no. 10232 in the amount of $108,287.35. According to Motion Industries, it and the Debtors have tentatively settled their differences related to these claims and have memorialized that agreement in a settlement agreement and a joint stipulation and agreed order. Motion contemplates withdrawing its response when the joint stipulation and agreed order is entered by this Court. | Claim subject to modification | Adjourned |
| 19. | Vanguard Distributors, Inc. (Docket No. 8547) | 9319 | Vanguard Distributors, Inc. ("Vanguard") asserts that it filed proof of claim no. 9319 in the amount of $788,321.49, which is related to purchase orders between Vanguard and the Debtors for "build to print" equipment used at the Debtors' manufacturing facilities. Vanguard asserts that the Debtors' objection does not contain any facts addressing the validity of its claim and fails to provide any grounds to expunge its claim. | Books and records claim | Adjourned |
| 20. | Rothrist Tube, Inc. (Docket No. 8552) | 2680 | Rothrist Tube, Inc. ("Rothrist") asserts that it filed proof of claim no. 2680 as an unsecured claim in the amount of $111,073.70. Rothrist contends that it has communicated with the Debtors regarding its claim and anticipates resolving its claim with the Debtors. Rothrist requests that this Court deny the Debtors' objection and enter an order reflecting its agreement with the Debtors. | Claim subject to modification | Adjourned |

12

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 21. | NEC Electronics America, Inc. (Docket No. 8553) | 16368 | NEC Electronics America, Inc. ("NEC") asserts that it and Debtors agree that the valid amount of its reclamation claim is $3,424,138.98. NEC contends that it disagrees with the Debtors as to the amount of its general unsecured claim. NEC further asserts that its claim should be allowed in the amount of $9,911,978.07, with $3,424,138.98 as a reclamation claim receiving priority treatment and the balance as a general unsecured claim. NEC states that it filed its original claim in the amount of $6,179,814.90, which the Debtors objected to in the Fourteenth Omnibus Claims Objection as duplicative of proof of claim no. 16368. Because NEC filed a response to the Fourteenth Omnibus Claims Objection, the hearing on such objection to NEC's original proof of claim is adjourned. NEC states that it continues to work with the Debtors to reconcile the claim. | Modified claim asserting reclamation | Adjourned |

13

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 22. | Cleo Inc (Docket No. 8554) | 3048 | Cleo Inc ("Cleo") states that it filed proof of claim no. 1099 as a general unsecured claim in the amount of $18,878.39.  Cleo asserts that it later filed amended proof of claim no. 3048, which included copies of unpaid invoices underlying the claim amount asserted in proof of claim no. 1099.  Cleo disagrees with the Debtors' objection that its claim is insufficiently documented.  Cleo attaches documents to the response to support its contention and argues that its claim and attached invoices detail the amounts owed.  Cleo asserts that the Debtors have not provided evidence to support the Objection.  Cleo also states that it provided additional documentation to the Debtors in the form of bills, delivery receipts, and transportation and delivery documentation. | Insufficiently documented claim | Adjourned |
| 23. | Siemens plc (A&D Division) (Docket No. 8566) | 8673 | Siemens plc (A&D Division) ("Siemens") asserts that it filed proof of claim no. 8673 in the amount of $15,307.20 and attached supporting invoices reflecting the amounts owed.  Siemens disagrees with the Debtors' objection to modify its claim to $5,674.40.  According to Siemens, the Debtors fail to provide sufficient reasons and evidence to overcome the presumption of validity of Siemens' claim.  Siemens attaches its proof of claim and supporting invoices to its response and argues that the documents constitute prima facie evidence of the validity of its claim. | Claim subject to modification | Adjourned |

14

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 24. | E.I. du Pont de Nemours and Company (Docket No. 8569) | 10597 | E.I. du Pont de Nemours and Company ("DuPont") asserts that it timely filed proof of claim no. 10597 in the amount of $2,419,203.01. DuPont asserts that it attached supporting documentation to the proof of claim, such as spreadsheets detailing invoices and copies of invoices. DuPont also asserts that it provided copies of such invoices detailing time of delivery to the Debtors on July 11, 2007. DuPont argues that the Debtors have not provided evidence to contradict the validity, amount, or classification of DuPont's claim. DuPont requests that this Court allow its claim for the full amount asserted. | Claim subject to modification | Adjourned |
| 25. | Collins & Aikman Corporation, et al. (Docket No. 8572) | 16575, 16576, 16577, 16578, 16579 | Collins & Aikman Corporation, et al. (collectively, "C&A") asserts that it filed proofs of claim nos. 16575, 16576, 16577, 16578, and 16579 against various Debtor entities for a total amount of $1,483,735.73 on March 15, 2007, to amend its original claim, proof of claim no. 15339. C&A argues that amending its original claim to identify the correct names of the claimants and proper Debtors is acceptable. C&A argues the Second Circuit two-step analysis should determine whether post-bar amendments to timely filed claims should be allowed: (1) whether there is a timely assertion of a timely claim to hold the estate liable and (2) whether amendment is equitable if the amendment does relate back to the timely filed claim. C&A argues that it meets the Second Circuit test for amended claims because the Debtors were aware of the claims before the Bar Date and the amendment would not delay the hearing or reorganization process. | Untimely claims | Adjourned |

15

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 26. | United States of America, on behalf of the Internal Revenue Service (Docket No. 8573) | 14153 | The United States of America (the "Government") asserts that the Internal Revenue Service (the "IRS") filed proof of claim no. 14153 in the amount of $2,989.09 for the unpaid penalty portion of Social Security taxes incurred by MobileAria for the tax period ending March 31, 2005. The Government opposes the Debtors' objection and attaches documentation to its response indicating the amount remains unpaid. The Government asserts that the Debtors have not met the burden to support the objection to expunge the Government's claim. Also, the Government argues that the Debtors have not overcome the presumption that the IRS's tax assessment is correct. The Government requests that this Court grant it discovery if this Court does not deny the Debtors' objection. | Books and records tax claim | Adjourned |
| 27. | Conestoga-Rovers & Associates, Inc. (Docket No. 8576) | 16604 | Conestoga-Rovers & Associates, Inc. ("CRA") asserts that it filed proof of claim no. 16604 in the amount of $140,195.09 to amend its original claim filed on July 31, 2006. CRA explains that the amended claim is for certain invoices to the Debtors which, although bearing dates in 2006 that suggest they were for postpetition services, were actually for prepetition services. CRA argues that its amended claim meets the legal standard for allowing post-bar date amendments because (1) the original claim provided notice to the Debtors that CRA was asserting a claim for prepetition services, (2) the Debtors are not prejudiced by the amended claim, and (3) CRA did not act in bad faith in filing the amended claim. Accordingly, CRA requests that this Court allow its amended claim in its entirety. | Untimely claim | Adjourned |

16

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 28. | ContiTech Elastomer Coatings (Docket No. 8577) | 9079 | ContiTech Elastomer Coatings ("ContiTech") asserts that it filed proof of claim no. 9079 in the amount of $129,383.00. ContiTech argues that the Debtors have failed to provide a justification to support their objection seeking to reduce ContiTech's claim to $11,772.00. ContiTech attaches invoices to its response indicating amounts owed and argues that the Debtors failed to provide evidence to overcome the validity of ContiTech's claim. | Claim subject to modification | Adjourned |
| 29. | Benecke-Kaliko AG (Docket No. 8578) | 9080 | Benecke-Kaliko AG ("Benecke") asserts that it filed proof of claim no. 9080 in the amount of $66,748.15. Benecke argues that the Debtors have failed to provide justification to support their objection seeking to reduce Benecke's claim to $53,024.14. Benecke attaches invoice no. 2027562, a bill of lading, a packing slip, and a proof of delivery to its response indicating amounts owed and argues that the Debtors fail to provide evidence to overcome the validity of Benecke's claim. | Claim subject to modification | Adjourned |
| 30. | Harco Brake Systems (Docket No. 8580) | 9466 | Harco Brake Systems ("Harco") asserts that it filed proof of claim no. 9466 in the amount of $2,114,936.05. Harco disagrees with the Debtors' objection seeking to reduce its claim to $2,099,080.09 and contends that it needs further information from the Debtors regarding the proposed reduction of the amount of Harco's claim. | Claim subject to modification | Adjourned |
| 31. | L&W Engineering Co. (Docket No. 8581) | 14534 | L&W Engineering Co. ("L&W") asserts that the parties, including the Debtors and APS Capital Corp. (the purchaser of L&W's claim), have been negotiating the amount of L&W's claim. L&W asserts that the parties have agreed to the terms of a settlement agreement. | Modified claim asserting reclamation | Adjourned |

17

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 32. | United Plastics Group, As Claimant, And Longacre Master Fund, Ltd., As Assignee (Docket No. 8585) | 11200 | United Plastics Group, as claimant, and Longacre Master Fund, Ltd., as assignee (collectively, "UPG"), assert that proof of claim no. 11200 was filed in the amount of $358,909.35. This claim was assigned to Longacre Master Fund, Ltd. UPG also asserts that it filed two proofs of claim asserting reclamation claims: proof of claim no. 13572 in the amount of $46,538.80 and proof of claim no. 13546 in the amount of $42,827.19. UPG asserts that its proof of claim no. 11200 does not assert a reclamation claim, and disputes the reduction of its claim to a general unsecured claim of $280,527.85 and a priority claim of $1,444.80. UPG attaches documents to its response to support its claim and argues that the Debtors have failed to provide evidence to satisfy the burden of proof to overcome the validity of UPG's claims | Modified claim asserting reclamation | Adjourned |
| 33. | A. Schulman, Inc. (Docket No. 8586) – (untimely) | 11260 | A. Schulman, Inc. ("A. Schulman") asserts that it timely filed an original proof of claim in the amount of $98,066.34 but attached invoices to the claim seeking, in aggregate, $134,297.99. A. Schulman asserts that it later filed an amended claim in the amount of $134,297.99 to reflect the correct amount due. A. Schulman disagrees with the Debtors' objection under the Books And Records Category and argues that the proof of claim with the invoices attached constitute prima facie evidence of the validity of its claims. | Books and records claim | Adjourned |

18

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 34. | Ohio Department of Taxation (Docket No. 8587) – (untimely) | 16596 | The Ohio Department of Taxation (the "Department") asserts that it filed proof of claim no. 16596. The Department responds to the Debtors' objection that its claim is untimely and asserts that the claim is a request for payment of administrative expense incurred by the Debtors postpetition. The Department further asserts that the amount owed is for 2006 taxes and that the claims bar date is inapplicable. The Department contends that the asserted amount has not been paid and is still owed. | Untimely books and records | Adjourned |
| 35. | Viasystems (Docket No. 8591) – (untimely) | 12383 | Viasystems asserts that it filed proof of claim no. 12383 in the amount of $762,104.80. Viasystems disagrees with the Debtors' objection and asserts that this amount is due and owing. | Books and records claim | Adjourned |
| 36. | SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., as assignee of Stahl Specialty Company EFT and its successor in interest, ThyssenKrupp USA, Inc. (Docket No. 8599) | 10724 | SPCP Group , L.L.C. , as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., as assignee of Stahl Specialty Company EFT and its successor in interest, ThyssenKrupp USA, Inc. ("ThyssenKrupp") (collectively, "SPCP Group") asserts that ThyssenKrupp filed proof of claim no. 10724 in the amount of $1,384,396.89.  ThyssenKrupp transferred its claim to SPCP Group and such notice of transfer is attached to SPCP Group's response. SPCP Group asserts that the Debtors' objection to reduce and/or reclassify the claim must be denied because the Debtors fail to provide a factual or legal justification supporting the modification. | Modified claim asserting reclamation | Adjourned |

19

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 37. | FirstEnergy Solutions Corp and Ohio Edison Company (Docket No. 8631) untimely | 2342, 12181 | FirstEnergy Solutions Corp and Ohio Edison Company (collectively, "FirstEnergy") assert that they filed proof of claim no. 2342 in the amount of $2,801,641.96 for amounts owed for electric services provided from a substation and proof of claim no. 12181 in the amount of $774,413.14 for amounts owed for service and maintenance of the substation. The Debtors and FirstEnergy are parties to a "Substation Lease Agreement" and "Electric Service Contract," which was revised postpetition to establish the value of FirstEnergy's prepetition claims. FirstEnergy contends that their proofs of claim constitute prima facie evidence of the validity of their claims. FirstEnergy disagrees with the Debtors' attempt to amend the amount of their claims and argues that the Debtors have failed to negate the validity of their proofs of claims. | Claim subject to modification | Adjourned |
| 38. | Zylux Acoustic Corporation (Undocketed) | 2464 | Zylux Acoustic Corporation opposes the Debtors' objection to its claim. | Claim subject to modification | Adjourned |
| 39. | Sierra Liquidity Fund, LLC as assignee of Eissman Group Automotive (Undocketed) | 14670 | Sierra Liquidity Fund, LLC as assignee of Eissman Group Automotive ("Sierra") requests that this Court allow its claim in the amount of $16,977.50, which is the full amount asserted in proof of claim no. 14670. Sierra attaches documentation in support of the claim, including invoices, purchase orders, and proof of delivery. Sierra asserts that it sees no basis for the proposed reduction in the amount of the claim. Sierra does not object to the proposed change in Debtor entity against which the claim is asserted. | Claim subject to modification | Adjourned |
| 40. | Sierra Liquidity Fund, LLC As Assignee Of K A Technologies | 14687 | Sierra Liquidity Fund, LLC as assignee of K A Technologies ("Sierra") requests that this Court allow its claim in the amount of | Claim subject to modification | Adjourned |

20

| | Response | Proof of Claim Nos. | Summary of Response | Basis for Objection | Treatment[2] |
|---|---|---|---|---|---|
| | (Undocketed) | | $15,273.82, which is the full amount asserted in proof of claim no. 14687.  Sierra attaches documentation in support of the claim, including invoices, purchase orders, and proof of delivery.  Sierra asserts that it sees no basis for the proposed reduction in the amount of the claim.  Sierra does not object to the proposed change in Debtor entity against which the claim is asserted. | | |
| 41. | Fastenal (undocketed) | 7514 | Fastenal Company ("Fastenal") asserts that it filed proof of claim no. 1 in the amount of $58,187.44.  According to Fastenal, it checked the unsecured priority claim box in error on proof of claim no. 1.  Therefore, it filed proof of claim no. 2 on the same day and attached documentation, including unpaid invoices.  Fastenal asserts that Amroc Investments LLC ("Amroc") purchased $55,180.26 of its claim.  Fastenal disagrees with the Debtors' objection to reduce its claim by (1) reducing Amroc's portion of the claim in the amount of $55,180.26 to $0.00 and (2) the balance of the claim in the amount of $3,006.46 to $1,567.26.  Fastenal asserts that it is unaware of any reason why Amroc's portion of the claim should be disallowed and expunged.  Fastenal contends that it will provide invoices and other relevant documentation to the Debtors for any invoices in dispute.  Fastenal requests, however, that if invoices are paid, the Debtors keep the pricing information confidential. | Claim subject to modification | Adjourned |
| 42. | Henman Engineering & Machine, Inc. (undocketed) | 1715 | Henman Engineering & Machine, Inc. ("Henman") asserts that it filed proof of claim no. 1715 in the amount of $127,058.35.  Henman does not object to changing the Debtor entity against which the claim is | Claim subject to modification | Adjourned |

21

| Response | Proof of Claim Nos. | Summary of Response | Basis for Objection | Treatment[2] |
|---|---|---|---|---|
| | | asserted to DAS, LLC. Henman objects to the reduction of its claim to $92,916.58 and attaches documentation to support its claim amount. Henman asserts that its claim should be allowed in the amount of $121,182.63. | | |

22

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                    :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
         Debtors.         :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
INSURANCE CLAIM NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D)
UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (E) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED
CLAIMS ASSERTING RECLAMATION IDENTIFIED IN SEVENTEENTH
<u>OMNIBUS CLAIMS OBJECTION</u>

("SEVENTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On

Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claim, And (E) Claims

Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting

Reclamation, dated June 15, 2007 (the "Seventeenth Omnibus Claims Objection"),[1] of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Seventeenth Omnibus Claims Objection.

the Seventeenth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim (as such term is defined in 11 U.S.C. § 101(5)) (as

to each, a "Claim") listed on Exhibits A-1, A-2, B-1, B-2, C, D-1, and D-3 hereto was properly

and timely served with a copy of the Seventeenth Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Seventeenth Omnibus Claims Objection, and notice of the deadline for responding

to the Seventeenth Omnibus Claims Objection.  No other or further notice of the Seventeenth

Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Seventeenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Seventeenth Omnibus Claims Objection

is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Seventeenth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A-1[3] hereto contain insufficient

documentation to support the Claims asserted (the "Insufficiently Documented Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

[3]    Certain of the addresses set forth on Exhibits A-1, A-2, B-1, B-2, C, D-1, D-3, E-1, E-2, E-3, E-4, E-5, E-6, E-7,
and E-8 may appear in abbreviated form because of the format of the exhibits.  The Debtors used the full and
complete address for each claimant listed on these exhibits when they served each claimant with a copy of the
Seventeenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, and a copy of the

*(cont'd)*

D.      The Claim listed on <u>Exhibit A-2</u> hereto contains insufficient

documentation to support the Claim asserted and was also untimely filed pursuant to the Bar

Date Order (the "Untimely Insufficiently Documented Claim").

E.      The Claims listed on <u>Exhibit B-1</u> hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records (the "Books And Records

Claims").

F.      The Claims listed on <u>Exhibit B-2</u> hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records and were also untimely filed

pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

G.      The Tax Claims listed on <u>Exhibit C</u> hereto were untimely filed pursuant to

the Bar Date Order (the "Untimely Tax Claims").

H.      The Claims listed on <u>Exhibit D-1</u> hereto (a) state the incorrect amount or

are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b)

were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or

priority status (the "Claims Subject To Modification").

I.      The Claims listed on <u>Exhibit D-3</u> hereto (a) (i) state the incorrect amount

or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid

amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the

_____

*(cont'd from previous page)*
    Claims Objection Procedures Order.  The Debtors shall use the same full and complete address for each
    claimant listed on these exhibits when they serve a notice of entry of this order.

Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

J.      The relief requested in the Seventeenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each Insufficiently Documented Claim listed on <u>Exhibit A-1</u> hereto is hereby disallowed and expunged in its entirety.

2.      The Untimely Insufficiently Documented Claim listed on <u>Exhibit A-2</u> hereto is hereby disallowed and expunged in its entirety.

3.      Each Books And Records Claim listed on <u>Exhibit B-1</u> hereto is hereby disallowed and expunged in its entirety.

4.      Each Untimely Books And Records Claim listed on <u>Exhibit B-2</u> hereto is hereby disallowed and expunged in its entirety.

5.      Each Untimely Tax Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

6.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit D-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit D-1</u> shall be entitled to (a) a recovery for any Claim Subject to Modification in an amount exceeding the dollar value listed as the

4

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-1, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.    Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to reflect the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit D-3 shall be entitled to (a) a recovery for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

8.    With respect to each Claim for which a Response to the Seventeenth Omnibus Claims Objection has been filed and served, other than a Response filed by a claimant whose Claim is listed on Exhibit E-2[4] to the Seventeenth Omnibus Claims Objection, and which has not been resolved by the parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, E-4, E-5, E-6, E-7, and E-8 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the

---

[4]    Each Claim listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection is listed on Exhibit D-2 hereto.

Claims Objection Procedures Order; provided, however, that such adjournment shall be without

prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise

deficient under the Claims Objection Procedures Order.

9.      With respect to each Claim listed on Exhibit E-2 to the Seventeenth

Omnibus Claims Objection, all of which Claims are listed on Exhibit D-2 hereto, the hearing

regarding the objection to such Claims is adjourned to August 16, 2007 at 10:00 a.m. (prevailing

Eastern time) in the United States Bankruptcy Court for the Southern District of New York and

the deadline for claimants holding such Claims to respond to the Seventeenth Omnibus Claims

Objection is extended to 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

10.     Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Seventeenth Omnibus Claims Objection.

11.     Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

12.     This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Seventeenth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

13.     Each of the objections by the Debtors to each Claim addressed in the

Seventeenth Omnibus Claims Objection and set forth on Exhibits E-1, E-2, E-3, E-4, E-5, E-6,

E-7, and E-8 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.

This order shall be deemed a separate order with respect to each Claim that is the subject of the

Seventeenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested

matter which involves such Claim and shall not act to stay the applicability or finality of this

order with respect to the other contested matters covered hereby.

14.     Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Seventeenth Omnibus Claims

Objection.

Dated: New York, New York
       July ___, 2007


_____
       UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**                                    **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CENTER MANUFACTURING INC<br>PO BOX 337<br>BYRON CENTER, MI 49315 | 594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $46,706.76<br>$46,706.76 | 11/16/2005 | DELPHI CORPORATION<br>(05-44481) |
| FORTNEY EYECARE ASSOCIATES INC<br>23469 MICHIGAN AVE<br>DEARBORN, MI 48124 | 535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $99,446.17<br>$99,446.17 | 11/14/2005 | DELPHI CORPORATION<br>(05-44481) |
| GRAYBAR ELECTRIC CO INC<br>825 8TH AVE SOUTH<br>NASHVILLE, TN 37203 | 5210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,234.49<br>$2,234.49 | 05/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| KRUPP BILSTEIN OF AMERICA EFT<br>8695 BERK BLVD<br>HAMILTON, OH 45015-2205 | 3531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $812,224.68<br>$812,224.68 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| MORI SEIKI<br>15014 MARLEBONE<br>HOUSTON, TX 77069 | 2178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,366.36<br>$13,366.36 | 03/03/2006 | DELPHI CORPORATION<br>(05-44481) |

Total:          **5**                              **$973,978.46**

**In re Delphi Corporation, et al.**                **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JEANNE FITZSIMMONS<br>120 W JACKSON AVE S<br>SAPULPA, OK 74066-5514 | 16603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/14/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$0.00** | | |

**In re Delphi Corporation, et al.**              **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ADVETECH INC<br>451 W MAIN ST<br>CANFIELD, OH 44406 | 486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,594.00<br>$3,594.00 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,450.92<br>$1,450.92 | 12/30/2005 | DELPHI CORPORATION (05-44481) |
| BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 1397 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$559.50<br>$559.50 | 12/30/2005 | DELPHI CORPORATION (05-44481) |
| DAYTON METAL FINISHING<br>2221 ARBOR BLVD<br>DAYTON, OH 45439 | 2294 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,059.71<br>$6,059.71 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| DAYTON PRECISION PUNCH INC<br>4900 WEBSTER ST<br>DAYTON, OH 45414 | 8985 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,974.50<br>$5,974.50 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| DECO ENGINEERING INC<br>4850 COOLIDGE HWY<br>ROYAL OAK, MI 48073 | 6292 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$99,471.33<br>$99,471.33 | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8.00<br>$8.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| DEK INTERNATIONAL GMBH<br>2225 RINGWOOD AVE<br>SAN JOSE, CA 95131 | 1020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$348.40<br>$348.40 | 12/05/2005 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                    **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT INC IRON MOUNTAIN INC 745 ATLANTIC AVE 10TH FL BOSTON, MA 02111 | 683 | Secured: Priority: Administrative: Unsecured: Total: | $935.80 $0.00 $935.80 | 11/17/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LEXISNEXIS A DIVISION OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2101 | Secured: Priority: Administrative: Unsecured: Total: | $21,000.00 $21,000.00 | 02/22/2006 | DELPHI CORPORATION (05-44481) |
| NALCO COMPANY 1601 W DIEHL RD NAPERVILLE, IL 60563 | 1616 | Secured: Priority: Administrative: Unsecured: Total: | $1,549.94 $1,549.94 | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| ROCKFORD PRODUCTS CORPORATION 707 HARRISON AVE ROCKFORD, IL 61104 | 4015 | Secured: Priority: Administrative: Unsecured: Total: | $30,838.79 $30,838.79 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STONEHILL INSTITUTIONAL PARTNERS LP 885 THIRD AVE 30TH FL NEW YORK, NY 10022 | 12369 | Secured: Priority: Administrative: Unsecured: Total: | $115,348.56 $115,348.56 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAYLOR WINFIELD CORPORATION PO BOX 500 BROOKFIELD, OH 44403-0500 | 12222 | Secured: Priority: Administrative: Unsecured: Total: | $48,416.80 $48,416.80 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| TYCO ADHESIVES 25 FORGE PKWY FRANKLIN, MA 02038 | 1619 | Secured: Priority: Administrative: Unsecured: Total: | $121,059.11 $121,059.11 | 01/23/2006 | DELPHI CORPORATION (05-44481) |
| | **Total:** **15** | | **$456,615.36** | | |

**In re Delphi Corporation, et al.**          **Seventeenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ORANGE COUNTY TAX COLLECTOR PO BOX 1438 SANTA ANA, CA 92702-1438 | 16548 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MARYLAND COMPTROLLER OF THE TREASURY RM 409 STATE OFFICE BLDG 301 W PRESTON ST BALTIMORE, MD 21201 | 16501 | Secured: Priority: Administrative: Unsecured: Total: | $2,492.00 $48.00 $2,540.00 | 01/25/2007 | DELPHI CORPORATION (05-44481) |
| | Total: 2 | | $2,540.00 | | |

**In re Delphi Corporation, et al.**                    **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITWOF TROW<br>(// Y BIX BEA7ER RD<br>TROW5MI 9, /, 9)(3, 9 | 6o( o2 | Scur demn<br>ydt dal n<br>Ami vs vead aPcn<br>Usecur demn<br>Tt al :n | $3, 5994.0o<br><br><br>$3, 5994.0o | / 2H( B// 4 | DELy- I CORyORATION<br>8'( )999, 6V |
| CLARK COUNTWCOLLECTOR<br>9/ 6 CLAWST<br>ARKADELy- IA5AR 46032 | 6o( 00 | Scur demn<br>ydt dal n<br>Ami vs vead aPcn<br>Usecur demn<br>Tt al :n | $665(2.39<br><br><br>$665(2.39 | / (H6B// 4 | DELy- I AUTOMOTI7E<br>SWSTEMS LLC 8'( )99o9/ V |
| ST OOSEy- COUNTWIN<br>ST OOSEy- COUNTWTREASURER<br>334 Y OEFFERSON BL7 D<br>SOUT- BEND5IN 9oo/ 6 | 6o( ( 6 | Scur demn<br>ydt dal n<br>Ami vs vead aPcn<br>Usecur demn<br>Tt al :n | $95202.09<br><br><br>$95202.09 | / 3H2B// 4 | DELy- I AUTOMOTI7E<br>SWSTEMS LLC 8'( )99o9/ V |
| Y ARREN CITWINCOME TAJ DEyT<br>yO BOJ 32/<br>Y ARREN5O- 999, 3 | 6oo/ / | Scur demn<br>ydt dal n<br>Ami vs vead aPcn<br>Usecur demn<br>Tt al :n | $62( 5 6(.(/<br><br><br>$62( 5 6(.(/ | / (H9B// 4 | DELy- I CORyORATION<br>8'( )999, 6V |

|  | **Total:** | **4** | **$179,010.64** |
|---|---|---|---|

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim Holder Name and Address | Secured | Priority | Unsecured | Docketed Total | Case Number* | Secured | Priority | Unsecured | Modified Total |
| Claim: 5501<br>Date Filed:05/10/06<br>Docketed Total: $594.67<br>Filing Creditor Name and Address<br>ACME MILLS COMPANY<br>1750 S TELEGRAPH RD STE 304<br>BLOOMFIELD HILLS MI 48302 | ACME MILLS COMPANY<br>1750 S TELEGRAPH RD STE 304<br>BLOOMFIELD HILLS MI 48302<br><br>Case Number*<br>05-44547 | | | $594.67<br><br>$594.67 | $594.67 | Case Number*<br>05-44640 | | | $594.67<br><br>$594.67 | $594.67 |
| Claim: 5117<br>Date Filed:05/08/06<br>Docketed Total: $3,990.00<br>Filing Creditor Name and Address<br>ACTION TOOL AND MACH INC<br>DOUGLAS LADEMAN<br>5976 FORD CT<br>BRIGHTON MI 48116 | ACTION TOOL AND MACH INC<br>DOUGLAS LADEMAN<br>5976 FORD CT<br>BRIGHTON MI 48116<br><br>Case Number*<br>05-44481 | | | $3,990.00<br><br>$3,990.00 | $3,990.00 | Case Number*<br>05-44640 | | | $3,990.00<br><br>$3,990.00 | $3,990.00 |
| Claim: 9050<br>Date Filed:07/06/06<br>Docketed Total: $177,673.57<br>Filing Creditor Name and Address<br>ALKEN ZIEGLER INC<br>ATTN NICHOLAS BAISE<br>ALKEN ZIEGLER<br>33855 CAPITOL<br>LIVONIA MI 48150 | ALKEN ZIEGLER INC<br>ATTN NICHOLAS BAISE<br>ALKEN ZIEGLER<br>33855 CAPITOL<br>LIVONIA MI 48150<br><br>Case Number*<br>05-44481 | | | $177,673.57<br><br>$177,673.57 | $177,673.57 | Case Number*<br>05-44640 | | | $39,244.23<br><br>$39,244.23 | $39,244.23 |
| Claim: 11431<br>Date Filed:07/27/06<br>Docketed Total: $1,130.81<br>Filing Creditor Name and Address<br>AMERICAN LABELMARK CO<br>PO BOX 46402<br>CHICAGO IL 60646-0402 | AMERICAN LABELMARK CO<br>PO BOX 46402<br>CHICAGO IL 60646-0402<br><br>Case Number*<br>05-44481 | | | $1,130.81<br><br>$1,130.81 | $1,130.81 | Case Number*<br>05-44640 | | | $804.75<br><br>$804.75 | $804.75 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | | Secured | Priority |
| | | | Docketed Total | | | Modified Total |
| Claim: 1135<br>Date Filed:12/13/05<br>Docketed Total:   $142,103.30<br>Filing Creditor Name and Address<br>AMPHENOL TUCHEL ELECTRONICS<br>6900 HAGGERTY RD STE 200<br>CANTON MI 48187 | Claim Holder Name and Address<br>AMPHENOL TUCHEL ELECTRONICS<br>6900 HAGGERTY RD STE 200<br>CANTON MI 48187 | | $142,103.30 | | | $134,837.30 |
| | Case Number*<br>05-44640 | | $142,103.30<br>$142,103.30 | Case Number*<br>05-44640 | | $134,837.30<br>$134,837.30 |
| Claim: 11195<br>Date Filed:07/26/06<br>Docketed Total:   $23,073.64<br>Filing Creditor Name and Address<br>AMROC INVESTMENTS LLC<br>AS ASSIGNEE OF BORDER STATES<br>ELECTR<br>ATTN DAVID S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>AS ASSIGNEE OF BORDER STATES<br>ELECTR<br>ATTN DAVID S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | $23,073.64 | | | $22,615.93 |
| | Case Number*<br>05-44640 | | $23,073.64<br>$23,073.64 | Case Number*<br>05-44640 | | $22,615.<br>$22,615. |
| Claim: 11196<br>Date Filed:07/26/06<br>Docketed Total:   $59,444.55<br>Filing Creditor Name and Address<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF TOMPKINS PRODUCTS<br>INC EFT<br>ATTN DAIV S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | $59,444.55 | | | $53,910.00 |
| | Case Number*<br>05-44640 | | $59,444.55<br>$59,444.55 | Case Number*<br>05-44640 | | $53,910.00<br>$53,910.07 |
| Claim: 5110<br>Date Filed:05/08/06<br>Docketed Total:   $29,559.00<br>Filing Creditor Name and Address<br>ANDERSEN ARTHUR LLP<br>33 W MONROE<br>18TH FLOOR<br>CHICAGO IL 60603 | Claim Holder Name and Address<br>ANDERSEN ARTHUR LLP<br>33 W MONROE<br>18TH FLOOR<br>CHICAGO IL 60603 | | $29,559.00 | | | $29,559.00 |
| | Case Number*<br>05-44481 | | $29,559.00<br>$29,559.00 | Case Number*<br>05-44640 | | $29,559.00<br>$29,559.00 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 11795 Date Filed: 07/28/06 Docketed Total: $178,793.00 Filing Creditor Name and Address ANXEBUSINESS CORP 2000 TOWN CTR STE 2050 SOUTHFIELD MI 48075 | Claim Holder Name and Address ANXEBUSINESS CORP 2000 TOWN CTR STE 2050 SOUTHFIELD MI 48075 Case Number* 05-44481 | Secured | Priority | Docketed Total $178,793.00 Unsecured $178,793.00 $178,793.00 | Case Number* 05-44640 | Secured | Priority | Modified Total $153,895.15 Unsecured $153,895.15 $153,895.15 |
| Claim: 10634 Date Filed: 07/25/06 Docketed Total: $729.76 Filing Creditor Name and Address APPLIED INDUSTRIAL TECHNOLOGIES CA LLC AND APPLIED INDUSTRIAL TECHNOLOGIES DIXIE INC BETH ARVAI ONE APPLIED PLAZA E 36TH ST & EUCLID AVE CLEVELAND OH 44115-5056 | Claim Holder Name and Address APPLIED INDUSTRIAL TECHNOLOGIES CA LLC AND APPLIED INDUSTRIAL TECHNOLOGIES DIXIE INC BETH ARVAI ONE APPLIED PLAZA E 36TH ST & EUCLID AVE CLEVELAND OH 44115-5056 Case Number* 05-44507 | Secured | Priority | Docketed Total $729.76 Unsecured $729.76 $729.76 | Case Number* 05-44507 05-44511 | Secured | Modified Total $729.76 Priority $183.-- $546.-- | Unsecured $729.76 |
| Claim: 1650 Date Filed: 01/24/06 Docketed Total: $257,596.00 Filing Creditor Name and Address APPLIED MATERIALS INC ATTN PAUL DELSON ESQ PO BOX 58039 3050 BOWERS AVE MS 2062 SANTA CLARA CA 95052-8039 | Claim Holder Name and Address APPLIED MATERIALS INC ATTN PAUL DELSON ESQ PO BOX 58039 3050 BOWERS AVE MS 2062 SANTA CLARA CA 95052-8039 Case Number* 05-44481 | Secured | Priority | Docketed Total $257,596.00 Unsecured $257,596.00 $257,596.00 | Case Number* 05-44640 | Secured | Priority | Modified Total $257,596.00 Unsecured $257,596.00 $257,596.00 |
| Claim: 13825 Date Filed: 07/31/06 Docketed Total: $330,238.12 Filing Creditor Name and Address ARNESES ELECTRICOS AUTOMOTRICES S A DE C V ATTN DEBORAH M BUELL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLZ NEW YORK NY 10006 | Claim Holder Name and Address ARNESES ELECTRICOS AUTOMOTRICES S A DE C V ATTN DEBORAH M BUELL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLZ NEW YORK NY 10006 Case Number* 05-44481 | Secured | Priority | Docketed Total $330,238.12 Unsecured $330,238.12 $330,238.12 | Case Number* 05-44640 | Secured | Priority | Modified Total $330,238.12 Unsecured $330,238.12 $330,238.12 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6394<br>Date Filed: 05/19/06<br>Docketed Total: $12,389.25<br>Filing Creditor Name and Address<br>ASM CAPITAL AS ASSIGNEE FOR BETA LASERMIKE<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11747 | Claim Holder Name and Address<br>ASM CAPITAL AS ASSIGNEE FOR BETA LASERMIKE<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11747<br><br>Case Number*  05-44481<br>Docketed Total  $12,389.25<br>Secured<br>Priority<br>Unsecured  $12,389.25<br>  $12,389.25 | Case Number*  05-44640<br>Modified Total  $9,106.97<br>Secured<br>Priority<br>Unsecured  $9,106.97<br>  $9,106.97 |
| Claim: 4898<br>Date Filed: 05/05/06<br>Docketed Total: $113,976.02<br>Filing Creditor Name and Address<br>ATG PRECISION PRODUCTS LLC<br>7545 N HAGGERTY RD<br>CANTON MI 48187 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*  05-44481<br>Docketed Total  $113,976.02<br>Secured<br>Priority<br>Unsecured  $113,976.02<br>  $113,976.02 | Case Number*  05-44640<br>Modified Total  $113,304.16<br>Secured<br>Priority<br>Unsecured  $113,304.16<br>  $113,304.16 |
| Claim: 5572<br>Date Filed: 05/10/06<br>Docketed Total: $10,267.92<br>Filing Creditor Name and Address<br>BELTLINE ELECTRIC MOTOR REPAIR<br>520 TRINITY LN<br>DECATUR AL 35601 | Claim Holder Name and Address<br>BELTLINE ELECTRIC MOTOR REPAIR<br>520 TRINITY LN<br>DECATUR AL 35601<br><br>Case Number*  05-44481<br>Docketed Total  $10,267.92<br>Secured<br>Priority<br>Unsecured  $10,267.92<br>  $10,267.92 | Case Number*  05-44640<br>Modified Total  $8,872.92<br>Secured<br>Priority<br>Unsecured  $8,872.92<br>  $8,872.92 |
| Claim: 9653<br>Date Filed: 07/17/06<br>Docketed Total: $177,062.67<br>Filing Creditor Name and Address<br>BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO IL 60804 | Claim Holder Name and Address<br>BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO IL 60804<br><br>Case Number*  05-44481<br>Docketed Total  $177,062.67<br>Secured  $177,062.67<br>Priority<br>Unsecured<br>  $177,062.67 | Case Number*  05-44640<br>Modified Total  $169,862.29<br>Secured<br>Priority<br>Unsecured  $169,862.29<br>  $169,862.29 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Holder Name and Address | Secured | Priority | Docketed Total | Unsecured | Claim Holder Name and Address | Secured | Priority | Modified Total | Unsecured |
| Claim: 16400<br>Date Filed:10/31/06<br>Docketed Total:  $6,400.00<br>Filing Creditor Name and Address<br>BOHL CRANE INC<br>534 W LASKEY RD<br>TOLEDO OH 43612<br><br>Case Number*<br>05-44481 | | | $6,400.00 | $6,400.00<br>$6,400.00 | BOHL CRANE INC<br>534 W LASKEY RD<br>TOLEDO OH 43612<br><br>Case Number*<br>05-44481 | | | $6,400.00 | $6,400.00<br>$6,400.00 |
| Claim: 1393<br>Date Filed:12/30/05<br>Docketed Total:   $11,465.20<br>Filing Creditor Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*<br>05-44481 | | | $11,465.20 | $11,465.20<br>$11,465.20 | BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*<br>05-44640 | | | $11,465.20 | $11,465.20<br>$11,465.20 |
| Claim: 1394<br>Date Filed:12/30/05<br>Docketed Total:   $165.06<br>Filing Creditor Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*<br>05-44481 | | | $165.06 | $165.06<br>$165.06 | BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*<br>05-44640 | | | $165.06 | $165.06<br>$165.06 |
| Claim: 1395<br>Date Filed:12/30/05<br>Docketed Total:   $5,628.29<br>Filing Creditor Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*<br>05-44481 | | | $5,628.29 | $5,628.29<br>$5,628.29 | BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401<br><br>Case Number*<br>05-44640 | | | $5,628.29 | $5,628.29<br>$5,628.29 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Docketed Total | Priority | Claim Holder Name and Address | Secured | Modified Total | Priority |
| Claim: 1396<br>Date Filed:12/30/05<br>Docketed Total: $477.47<br>Filing Creditor Name and Address<br>BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401 | BOWMAN SUPPLY COMPANY<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON OH 45401 | | $477.47 | | | | $477.47 | |
| | Case Number*<br>05-44481 | | | Unsecured<br>$477.47<br>$477.47 | Case Number*<br>05-44640 | | | Unsecured<br>$477.47<br>$477.47 |
| Claim: 11632<br>Date Filed:07/27/06<br>Docketed Total: $80,767.37<br>Filing Creditor Name and Address<br>BRANSON ULTRASONICS CORP<br>ATTN JOHN RICHERS<br>41 EAGLE RD<br>DANBURY CT 06810 | BRANSON ULTRASONICS CORP<br>ATTN JOHN RICHERS<br>41 EAGLE RD<br>DANBURY CT 06810 | | $80,767.37 | | | | $26,411.10 | |
| | Case Number*<br>05-44481 | | | Unsecured<br>$80,767.37<br>$80,767.37 | Case Number*<br>05-44612<br>05-44640 | | | Unsecured<br>$3,584.64<br>$22,826.46<br>$26,411.10 |
| Claim: 16106<br>Date Filed:08/09/06<br>Docketed Total: $2,370.34<br>Filing Creditor Name and Address<br>BRUBAKER AND ASSOCIATES INC<br>PO BOX 412000<br>ST LOUIS MO 63141-2000 | BRUBAKER AND ASSOCIATES INC<br>PO BOX 412000<br>ST LOUIS MO 63141-2000 | | $2,370.34 | | | | $2,370.34 | |
| | Case Number*<br>05-44481 | | | Unsecured<br>$2,370.34<br>$2,370.34 | Case Number*<br>05-44640 | | | Unsecured<br>$2,370.34<br>$2,370.34 |
| Claim: 2249<br>Date Filed:03/10/06<br>Docketed Total: $71,960.60<br>Filing Creditor Name and Address<br>C&E SALES INC<br>C O SCOTT A LIBERMAN<br>1 S MAIN ST STE 1700<br>DAYTON OH 45402 | C&E SALES INC<br>C O SCOTT A LIBERMAN<br>1 S MAIN ST STE 1700<br>DAYTON OH 45402 | | $71,960.60 | | | | $68,930.03 | |
| | Case Number*<br>05-44481 | | | Unsecured<br>$71,960.60<br>$71,960.60 | Case Number*<br>05-44481 | | | Unsecured<br>$68,930.03<br>$68,930.03 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9387**
Date Filed:07/11/06
Docketed Total:    $71,792.35
Filing Creditor Name and Address
CALVARY INDUSTRIES INC
C O RICHARD L FERRELL
TAFT STETTINIUS & HOLLISTER
LLP
425 WALNUT ST STE 1800
CINCINNATI OH 45202

Claim Holder Name and Address
CALVARY INDUSTRIES INC
C O RICHARD L FERRELL
TAFT STETTINIUS & HOLLISTER
LLP
425 WALNUT ST STE 1800
CINCINNATI OH 45202

| Case Number* | Secured | Priority | Docketed Total | Unsecured |
|---|---|---|---|---|
| 05-44481 | | | $71,792.35 | $71,792.35 |
| | | | | $71,792.35 |

| Case Number* | Secured | Priority | Modified Total | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | $59,826.96 | $59,826.96 |
| | | | | $59,826.96 |

**Claim: 15942**
Date Filed:08/09/06
Docketed Total:    $3,392.30
Filing Creditor Name and Address
CHEESEMAN
2200 STATE ROUTE 119
FT RECOVERY OH 45846

Claim Holder Name and Address
CHEESEMAN
2200 STATE ROUTE 119
FT RECOVERY OH 45846

| Case Number* | Secured | Priority | Docketed Total | Unsecured |
|---|---|---|---|---|
| 05-44481 | | $3,392.30 | $3,392.30 | |
| | | $3,392.30 | | |

| Case Number* | Secured | Priority | Modified Total | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | $3,392.30 | $3,392.30 |
| | | | | $3,392.30 |

**Claim: 7767**
Date Filed:06/09/06
Docketed Total:    $106,977.00
Filing Creditor Name and Address
CIRQIT
100 SOUTH JEFFERSON RD 3RD FL
WHIPPANY NJ 07981

Claim Holder Name and Address
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Docketed Total | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | $106,977.00 | $106,977.00 |
| | | | | $106,977.00 |

| Case Number* | Secured | Priority | Modified Total | Unsecured |
|---|---|---|---|---|
| 05-44612 | | | $102,054.50 | $6,769.56 |
| 05-44640 | | | | $95,284.94 |
| | | | | $102,054.50 |

**Claim: 7624**
Date Filed:06/08/06
Docketed Total:    $22,307.18
Filing Creditor Name and Address
CITY OF VANDALIA
333 JAMES E BOHANAN DR
VANDALIA OH 45377

Claim Holder Name and Address
CITY OF VANDALIA
333 JAMES E BOHANAN DR
VANDALIA OH 45377

| Case Number* | Secured | Priority | Docketed Total | Unsecured |
|---|---|---|---|---|
| 05-44481 | | $22,307.18 | $22,307.18 | |
| | | $22,307.18 | | |

| Case Number* | Secured | Priority | Modified Total | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | $22,307.18 | $22,307.18 |
| | | | | $22,307.18 |

*See Exhibit F for a listing of debtor entities by case number.

Page:    7 of 28

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2339<br>Date Filed:03/20/06<br>Docketed Total:   $63,642.38<br>Filing Creditor Name and Address<br>CONESTOGA ROVERS & ASSOCIATES INC<br>2055 NIAGARA FALLS BLVD STE 3<br>NIAGARA FALLS NY 14304 | Claim Holder Name and Address<br>CONESTOGA ROVERS & ASSOCIATES INC<br>2055 NIAGARA FALLS BLVD STE 3<br>NIAGARA FALLS NY 14304 | Docketed Total | $63,642.38 | | | Modified Total | $56,221.90 | |
| | | Secured | | | Secured | | | |
| | | Priority | | | Priority | | | |
| | Case Number*<br>05-44481 | Unsecured | $63,642.38<br>$63,642.38 | | Case Number*<br>05-44640 | Unsecured | $56,221.90<br>$56,221.90 | |
| Claim: 7507<br>Date Filed:06/05/06<br>Docketed Total:   $12,274.00<br>Filing Creditor Name and Address<br>CONTROL GAGING INC EFT<br>ADDRESS FROM CSIDS 8 95<br>5200 VENTURE DR<br>ANN ARBOR MI 48108-9561 | Claim Holder Name and Address<br>CONTROL GAGING INC EFT<br>ADDRESS FROM CSIDS 8 95<br>5200 VENTURE DR<br>ANN ARBOR MI 48108-9561 | Docketed Total | $12,274.00 | | | Modified Total | $12,274.00 | |
| | | Secured | | | Secured | | | |
| | | Priority | | | Priority | | | |
| | Case Number*<br>05-44481 | Unsecured | $12,274.00<br>$12,274.00 | | Case Number*<br>05-44640 | Unsecured | $12,274.00<br>$12,274.00 | |
| Claim: 4163<br>Date Filed:05/01/06<br>Docketed Total:   $11,353.00<br>Filing Creditor Name and Address<br>CORROSION FLUID PRODUCTS CORP<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48335-2526 | Claim Holder Name and Address<br>CORROSION FLUID PRODUCTS CORP<br>24450 INDOPLEX CIRCLE<br>FARMINGTON HILLS MI 48335-2526 | Docketed Total | $11,353.00 | | | Modified Total | $11,353.00 | |
| | | Secured | | | Secured | | | |
| | | Priority | | | Priority | | | |
| | Case Number*<br>05-44481 | Unsecured | $11,353.00<br>$11,353.00 | | Case Number*<br>05-44640 | Unsecured | $11,353.00<br>$11,353.00 | |
| Claim: 14179<br>Date Filed:07/31/06<br>Docketed Total:   $263,559.79<br>Filing Creditor Name and Address<br>COVINGTON & BURLING<br>SUSAN POWER JOHNSTON<br>1330 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | Claim Holder Name and Address<br>COVINGTON & BURLING<br>SUSAN POWER JOHNSTON<br>1330 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | Docketed Total | $263,559.79 | | | Modified Total | $263,559.79 | |
| | | Secured | | | Secured | | | |
| | | Priority | | | Priority | | | |
| | Case Number*<br>05-44481 | Unsecured | $263,559.79<br>$263,559.79 | | Case Number*<br>05-44640 | Unsecured | $263,559.79<br>$263,559.79 | |

*See Exhibit F for a listing of debtor entities by case number.

Page:   8  of  28

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1936**
Date Filed: 02/09/06
Docketed Total:    $71,393.25
Filing Creditor Name and Address
CREATIVE FOAM CORPORATION
300 N ALLOY DR
FENTON MI 48430

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Case Number*: 05-44481
Docketed Total: $71,393.25
Priority
Secured
Unsecured $71,393.25 / $71,393.25

Case Number*: 05-44640
Modified Total: $69,868.25
Priority
Secured
Unsecured $69,868.25 / $69,868.25

**Claim: 10190**
Date Filed: 07/21/06
Docketed Total:    $54,256.58
Filing Creditor Name and Address
D A INC
101 QUALITY CT
CHARLESTOWN IN 47111-114

Claim Holder Name and Address
D A INC
101 QUALITY CT
CHARLESTOWN IN 47111-114

Case Number*: 05-44481
Docketed Total: $54,256.58
Priority
Secured
Unsecured $54,256.58 / $54,256.58

Case Number*: 05-44640
Modified Total: $54,256.58
Priority
Secured
Unsecured $54,256.58 / $54,256.58

**Claim: 8984**
Date Filed: 07/05/06
Docketed Total:    $7,329.10
Filing Creditor Name and Address
DAYTON PRECISION PUNCH INC
49 N WEBSTER ST
DAYTON OH 45414

Claim Holder Name and Address
DAYTON PRECISION PUNCH INC
4900 N WEBSTER ST
DAYTON OH 45414

Case Number*: 05-44481
Docketed Total: $7,329.10
Priority
Secured
Unsecured $7,329.10 / $7,329.10

Case Number*: 05-44640
Modified Total: $7,098.10
Priority
Secured
Unsecured $7,098.10 / $7,098.10

**Claim: 1018**
Date Filed: 12/05/05
Docketed Total:    $103.24
Filing Creditor Name and Address
DEK INTERNATIONAL GMBH
ATTN RAJ LAKHOTIA
2225 RINGWOOD AVE
SAN JOSE CA 95131

Claim Holder Name and Address
DEK INTERNATIONAL GMBH
ATTN RAJ LAKHOTIA
2225 RINGWOOD AVE
SAN JOSE CA 95131

Case Number*: 05-44481
Docketed Total: $103.24
Priority
Secured
Unsecured $103.24 / $103.24

Case Number*: 05-44567
Modified Total: $103.24
Priority
Secured
Unsecured $103.24 / $103.24

*See Exhibit F for a listing of debtor entities by case number.

Page:    9  of   28

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1019<br>Date Filed:12/05/05<br>Docketed Total:    $740.57<br>Filing Creditor Name and Address<br>DEK INTERNATIONAL GMBH<br>ATTN RAJ LAKHOTIA<br>2225 RINGWOOD AVE<br>SAN JOSE CA 95131 | Claim Holder Name and Address<br>DEK INTERNATIONAL GMBH<br>ATTN RAJ LAKHOTIA<br>2225 RINGWOOD AVE<br>SAN JOSE CA 95131<br><br>Case Number*   Secured   Priority   Docketed Total<br>05-44481       Unsecured   $740.57<br>     $740.57   $740.57 | Case Number*   Secured   Priority   Modified Total<br>05-44567       Unsecured   $740.57<br>     $740.57   $740.57 |
| Claim: 7343<br>Date Filed:06/02/06<br>Docketed Total:    $59,296.80<br>Filing Creditor Name and Address<br>DOW CORNING CORP<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Claim Holder Name and Address<br>DOW CORNING CORP<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686<br><br>Case Number*   Secured   Priority   Docketed Total   $59,296.80<br>05-44640       Unsecured   $59,296.80<br>     $59,296.80 | Case Number*   Secured   Priority   Modified Total   $57,946.80<br>05-44640       Unsecured   $57,946.80<br>     $57,946.80 |
| Claim: 7341<br>Date Filed:06/02/06<br>Docketed Total:    $34,468.09<br>Filing Creditor Name and Address<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686 | Claim Holder Name and Address<br>DOW CORNING CORPORATION<br>ATTN TAMMY GROVE CO1222<br>2200 W SALZBURG RD<br>MIDLAND MI 48686<br><br>Case Number*   Secured   Priority   Docketed Total   $34,468.09<br>05-44640       Unsecured   $34,468.09<br>     $34,468.09 | Case Number*   Secured   Priority   Modified Total   $34,320.46<br>05-44640       Unsecured   $34,320.46<br>     $34,320.46 |
| Claim: 11936<br>Date Filed:07/28/06<br>Docketed Total:    $304,267.04<br>Filing Creditor Name and Address<br>DOWTY ORINGS NORTH AMERICA EFT<br>AKA DOWTY POLYMERS INC<br>PO BOX 905665<br>CHARLOTTE NC 28290-5665 | Claim Holder Name and Address<br>DOWTY ORINGS NORTH AMERICA EFT<br>AKA DOWTY POLYMERS INC<br>PO BOX 905665<br>CHARLOTTE NC 28290-5665<br><br>Case Number*   Secured   Priority   Docketed Total   $304,267.04<br>05-44640       Unsecured   $304,267.04<br>     $304,267.04 | Case Number*   Secured   Priority   Modified Total   $265,906.08<br>05-44640       Unsecured   $265,906.08<br>     $265,906.08 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBT D-1 - CLAIMS SUBJECT TO MODIFICATION

### CLAIM AS DOCKETED

| CLAIM TO BE MODIFIED | Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|---|
| Claim: 2039<br>Date Filed: 02/16/06<br>Docketed Total: $432,071.89<br>Filing Creditor Name and Address<br>DUNCAN EQUIPMENT CO<br>3450 S MACARTHUR BLVD<br>OKLAHOMA CITY OK 73179-7638 | 05-44481 | | | $432,071.89<br>$432,071.89 | $432,071.89 |
| Claim: 8376<br>Date Filed: 06/22/06<br>Docketed Total: $131,187.07<br>Filing Creditor Name and Address<br>DYNACAST CANADA INC<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND VA 23219 | 05-44481 | $3,221.49<br>$3,221.49 | | $127,965.58<br>$127,965.58 | $131,187.07 |
| Claim: 16167<br>Date Filed: 08/09/06<br>Docketed Total: $4,901.89<br>Filing Creditor Name and Address<br>ECORSE MACHINERY SLS & RBLDRS<br>75 SOUTHFIELD<br>ECORSE MI 48229-143 | 05-44481 | | | $4,901.89<br>$4,901.89 | $4,901.89 |
| Claim: 11238<br>Date Filed: 07/26/06<br>Docketed Total: $14,694.47<br>Filing Creditor Name and Address<br>ELSTON RICHARDS INC ELSTON RICHARDS<br>STORAGE CO<br>3701 PATTERSON AVE SE<br>GRAND RAPIDS MI 49512 | 05-44640 | | | $14,694.47<br>$14,694.47 | $14,694.47 |

### CLAIM AS MODIFIED

| Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | Modified Total |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | 05-44640 | | | $432,071.89<br>$432,071.89 | $432,071.89 |
| DYNACAST CANADA INC<br>C O JASON W HARBOUR ESQ<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND VA 23219 | 05-44567<br>05-44640 | | | $3,800.00<br>$115,248.56<br>$119,048.56 | $119,048.56 |
| ECORSE MACHINERY SLS & RBLDRS<br>75 SOUTHFIELD<br>ECORSE MI 48229-143 | 05-44640 | | | $2,694.50<br>$2,694.50 | $2,694.50 |
| ELSTON RICHARDS INC ELSTON<br>RICHARDS STORAGE CO<br>3701 PATTERSON AVE SE<br>GRAND RAPIDS MI 49512 | 05-44640 | | | $14,586.86<br>$14,586.86 | $14,586.86 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | $860.00 |
| Claim: 1257 | ENGEL CANADA INC | | | $6,768.18 | | | | |
| Date Filed:12/23/05 | 545 ELMIRA RD | | | | | | | |
| Docketed Total: $6,768.18 | GUELPH ON N1K1C2 | Secured | Priority | Unsecured | Secured | Priority | | |
| Filing Creditor Name and Address | CANADA | | | $6,768.18 | | $860.00 | | |
| ENGEL CANADA INC | Case Number*: 05-44481 | | | $6,768.18 | Case Number*: 05-44640 | $860.00 | | |
| 545 ELMIRA RD | | | | | | | | |
| GUELPH ON N1K1C2 | | | | | | | | |
| CANADA | | | | | | | | |
| | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | $24,171.24 |
| Claim: 16444 | EXPORT DEVELOPMENT CANADA EDC | | | | | | | |
| Date Filed:12/05/06 | EDC | | | | | | | |
| Docketed Total: $0.00 | 151 O CONNOR ST 18TH FL | Secured | Priority | Unsecured | Secured | Priority | | |
| Filing Creditor Name and Address | OTTAWA ON K1A 1K3 | | | $0.00 | | $24,171.24 | | |
| EXPORT DEVELOPMENT CANADA EDC | CANADA | | | | | $24,171.24 | | |
| EDC | Case Number*: 05-44481 | | | | Case Number*: 05-44640 | | | |
| 151 O CONNOR ST 18TH FL | | | | | | | | |
| OTTAWA ON K1A 1K3 | | | | | | | | |
| CANADA | | | | | | | | |
| | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | $5,298.94 |
| Claim: 6024 | FAUBER FREIGHTWAYS INC | | | $7,269.05 | | | | |
| Date Filed:05/16/06 | 322 KALORAMA ST | | | | | | | |
| Docketed Total: $7,269.05 | STAUNTON VA 24401 | Secured | Priority | Unsecured | Secured | Priority | | |
| Filing Creditor Name and Address | | | | $7,269.05 | | | $5,298.94 | |
| FAUBER FREIGHTWAYS INC | Case Number*: 05-44482 | | | $7,269.05 | Case Number*: 05-44482 | | $5,298.94 | |
| 322 KALORAMA ST | | | | | | | | |
| STAUNTON VA 24401 | | | | | | | | |
| | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | $358.12 |
| Claim: 9051 | FEDEX KINKOS | | | $539.62 | | | | |
| Date Filed:07/06/06 | CUSTOMER ADMINISTRATIVE | | | | | | | |
| Docketed Total: $539.62 | SERVICES | Secured | Priority | Unsecured | Secured | Priority | | |
| Filing Creditor Name and Address | PO BOX 262682 | | | $539.62 | | $358.12 | | |
| FEDEX KINKOS | PLANO TX 75026-2682 | | | $539.62 | | $358.12 | | |
| CUSTOMER ADMINISTRATIVE | Case Number*: 05-47474 | | | | Case Number*: 05-47474 | | | |
| SERVICES | | | | | | | | |
| PO BOX 262682 | | | | | | | | |
| PLANO TX 75026-2682 | | | | | | | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Docketed Total / Unsecured | | Case Number* | Secured | Priority | Modified Total / Unsecured |
| Claim: 10240 Date Filed:07/21/06 Docketed Total: $1,659.02 Filing Creditor Name and Address GE BETZ CANADA ATTN JOE HALSTEAD 4636 SOMERTON RD TREVOSE PA 19053-6783 | GE BETZ CANADA ATTN JOE HALSTEAD 4636 SOMERTON RD TREVOSE PA 19053-6783 | 05-44481 | | | $1,659.02 $1,659.02 $1,659.02 | | 05-44640 | | | $1,350.00 $1,350.00 $1,350.00 |
| Claim: 10417 Date Filed:07/24/06 Docketed Total: $156,408.67 Filing Creditor Name and Address GE BETZ INC 4636 SOMERTON RD TREVOSE PA 19053 | GE BETZ INC 4636 SOMERTON RD TREVOSE PA 19053 | 05-44481 | | | $156,408.67 $156,408.67 $156,408.67 | | 05-44640 | | | $75,775.47 $75,775.47 $75,775.47 |
| Claim: 2022 Date Filed:02/14/06 Docketed Total: $4,031.99 Filing Creditor Name and Address GRAYBAR ELECTRIC CO INC PO BOX 14368 WEST ALLIS WI 53214 | GRAYBAR ELECTRIC CO INC PO BOX 14368 WEST ALLIS WI 53214 | 05-44481 | | | $4,031.99 $4,031.99 $4,031.99 | | 05-44640 | | | $4,031.99 $4,031.99 $4,031.99 |
| Claim: 7562 Date Filed:06/06/06 Docketed Total: $136,961.01 Filing Creditor Name and Address HELLA FAHRZEUGKOMPONENTEN GMBH MR GERD GUENTHER DORTMUNDER STR 5 BREMEN 28199 GERMANY | HELLA FAHRZEUGKOMPONENTEN GMBH MR GERD GUENTHER DORTMUNDER STR 5 BREMEN 28199 GERMANY | 05-44640 | | | $136,961.01 $136,961.01 $136,961.01 | | 05-44640 | | | $107,909.88 $107,909.88 $107,909.88 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

CLAIM TO BE MODIFIED:
Claim: 9012
Date Filed: 07/05/06
Docketed Total: $17,885.47
Filing Creditor Name and Address
HELLA INC
PO BOX 2665
PEACHTREE GA 30269

CLAIM AS DOCKETED:
Claim Holder Name and Address
HELLA INC
PO BOX 2665
PEACHTREE GA 30269
Case Number*: 05-44612

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total $17,885.47 | | | $17,885.47 / $17,885.47 |

CLAIM AS MODIFIED:
Case Number*: 05-44612

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Modified Total $8,304.72 | | | $8,304.72 / $8,304.72 |

**Row 2**

CLAIM TO BE MODIFIED:
Claim: 9018
Date Filed: 07/05/06
Docketed Total: $49,357.60
Filing Creditor Name and Address
HELLA INC
201 KELLY DR
PEACHTREE CITY GA 30214-114

CLAIM AS DOCKETED:
Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601
Case Number*: 05-44481

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total $49,357.60 | | | $49,357.60 / $49,357.60 |

CLAIM AS MODIFIED:
Case Number*: 05-44640

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Modified Total $49,357.60 | | | $49,357.60 / $49,357.60 |

**Row 3**

CLAIM TO BE MODIFIED:
Claim: 1739
Date Filed: 01/31/06
Docketed Total: $12,893.76
Filing Creditor Name and Address
HELLA INNENLEUCHTEN SYSTEME GMBH
MRS MELANIE RENNER
MAIENBUHLSTRASSE 7
WEMBACH 79677
GERMANY

CLAIM AS DOCKETED:
Claim Holder Name and Address
HELLA INNENLEUCHTEN SYSTEME GMBH
MRS MELANIE RENNER
MAIENBUHLSTRASSE 7
WEMBACH 79677
GERMANY
Case Number*: 05-44481

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total $12,893.76 | | | $12,893.76 / $12,893.76 |

CLAIM AS MODIFIED:
Case Number*: 05-44640

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Modified Total $12,893.76 | | | $12,893.76 / $12,893.76 |

**Row 4**

CLAIM TO BE MODIFIED:
Claim: 1537
Date Filed: 01/13/06
Docketed Total: $64,733.76
Filing Creditor Name and Address
HELLA KGAA HUECK & CO
MR BERNHARD LICHTENAUER
RIXBECKER STR 75
LIPPSTRADT 59552
GERMANY

CLAIM AS DOCKETED:
Claim Holder Name and Address
HELLA KGAA HUECK & CO
MR BERNHARD LICHTENAUER
RIXBECKER STR 75
LIPPSTRADT 59552
GERMANY
Case Number*: 05-44481

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total $64,733.76 | | | $64,733.76 / $64,733.76 |

CLAIM AS MODIFIED:
Case Number*: 05-44640

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Modified Total $59,754.24 | | | $59,754.24 / $59,754.24 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Docketed Total | | Secured | Priority | Modified Total |
| Claim: 4584<br>Date Filed: 05/04/06<br>Docketed Total: $2,307.10<br>Filing Creditor Name and Address<br>HELM INSTRUMENT CO INC<br>361 W DUSSEL DR<br>MAUMEE OH 43537 | HELM INSTRUMENT CO INC<br>361 W DUSSEL DR<br>MAUMEE OH 43537 | | | Unsecured $2,307.10<br>$2,307.10 | | | | Unsecured $260.00<br>$260.00 |
| | Case Number*<br>05-44640 | | | $2,307.10 | Case Number*<br>05-44640 | | | $260.00 |
| Claim: 15964<br>Date Filed: 08/01/06<br>Docketed Total: $38,367.34<br>Filing Creditor Name and Address<br>HERITAGE INTERACTIVE SERVICES<br>LLC<br>MATTHEW M PRICE<br>10 W MARKET ST<br>INDIANAPOLIS IN 46204 | HERITAGE INTERACTIVE SERVICES LLC<br>MATTHEW M PRICE<br>10 W MARKET ST<br>INDIANAPOLIS IN 46204 | | | Unsecured $38,367.34<br>$38,367.34 | | | | Unsecured $36,951.86<br>$36,951.86 |
| | Case Number*<br>05-44481 | | | $38,367.34 | Case Number*<br>05-44640 | | | $36,951.86 |
| Claim: 5566<br>Date Filed: 05/10/06<br>Docketed Total: $517.25<br>Filing Creditor Name and Address<br>HOBART CORP<br>A DIVISION OF ITW FORD<br>EQUIPMENT GR<br>ATTN ANITA CLUTTER<br>701 S RIDGE AVE<br>TROY OH 45374-0001 | HOBART CORP<br>A DIVISION OF ITW FORD<br>EQUIPMENT GR<br>ATTN ANITA CLUTTER<br>701 S RIDGE AVE<br>TROY OH 45374-0001 | | | Unsecured $517.25<br>$517.25 | | | | Unsecured $517.25<br>$517.25 |
| | Case Number*<br>05-44481 | | | $517.25 | Case Number*<br>05-44640 | | | $517.25 |
| Claim: 4948<br>Date Filed: 05/05/06<br>Docketed Total: $32,826.02<br>Filing Creditor Name and Address<br>HOLT COMPANY OF OHIO INC<br>OHIO CAT<br>3993 E ROYALTON RD<br>BROADVIEW HTS OH 44147 | HOLT COMPANY OF OHIO INC<br>OHIO CAT<br>3993 E ROYALTON RD<br>BROADVIEW HTS OH 44147 | | | Unsecured $32,826.02<br>$32,826.02 | | | | Unsecured $32,826.02<br>$32,826.02 |
| | Case Number*<br>05-44481 | | | $32,826.02 | Case Number*<br>05-44640 | | | $32,826.02 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | $7,337.30 | | Modified Total | | $7,337.30 |
| Claim: 6087<br>Date Filed:05/16/06<br>Docketed Total: $7,337.30<br>Filing Creditor Name and Address<br>HOVER DAVIS INC<br>100 PARAGON DR<br>ROCHESTER NY 14624 | HOVER DAVIS INC<br>100 PARAGON DR<br>ROCHESTER NY 14624 | | | | | | | |
| | | Secured | Priority | Unsecured<br>$7,337.30<br>$7,337.30 | | Secured | Priority | Unsecured<br>$7,337.30<br>$7,337.30 |
| | Case Number*<br>05-44481 | | | | Case Number*<br>05-44640 | | | |
| | Claim Holder Name and Address | Docketed Total | | $52,428.91 | | Modified Total | | $40,505.07 |
| Claim: 2041<br>Date Filed:02/16/06<br>Docketed Total: $52,428.91<br>Filing Creditor Name and Address<br>HUSKY INJECTION MOLDING SYSTEMS<br>55 AMHERST VILLA RD<br>BUFFALO NY 14225-1432 | HUSKY INJECTION MOLDING SYSTEMS<br>55 AMHERST VILLA RD<br>BUFFALO NY 14225-1432 | | | | | | | |
| | | Secured | Priority | Unsecured<br>$52,428.91<br>$52,428.91 | | Secured | Priority | Unsecured<br>$40,505.07<br>$40,505.07 |
| | Case Number*<br>05-44481 | | | | Case Number*<br>05-44640 | | | |
| | Claim Holder Name and Address | Docketed Total | | $300,000.00 | | Modified Total | | $236,962.75 |
| Claim: 660<br>Date Filed:11/18/05<br>Docketed Total: $300,000.00<br>Filing Creditor Name and Address<br>HYUNDAI LCD AMERICA AKA<br>HYUNDAI DISPLAY TECHNOLOGY<br>3101 N FIRST ST<br>SAN JOSE CA 95134 | HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | | | | | | | |
| | | Secured | Priority | Unsecured<br>$300,000.00<br>$300,000.00 | | Secured | Priority | Unsecured<br>$236,962.75<br>$236,962.75 |
| | Case Number*<br>05-44481 | | | | Case Number*<br>05-44640 | | | |
| | Claim Holder Name and Address | Docketed Total | | $723.66 | | Modified Total | | $356.63 |
| Claim: 6927<br>Date Filed:05/26/06<br>Docketed Total: $723.66<br>Filing Creditor Name and Address<br>IBT INC<br>PO BOX 2982<br>SHAWNEE MISSION KS 66201 | IBT INC<br>PO BOX 2982<br>SHAWNEE MISSION KS 66201 | | | | | | | |
| | | Secured | Priority | Unsecured<br>$723.66<br>$723.66 | | Secured | Priority | Unsecured<br>$356.63<br>$356.63 |
| | Case Number*<br>05-44482 | | | | Case Number*<br>05-44482 | | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Docketed Total | Unsecured | Case Number* | Secured | Priority | Modified Total | Unsecured |
| Claim: 6285<br>Date Filed: 05/18/06<br>Docketed Total: $139,466.95<br>Filing Creditor Name and Address<br>IPCO SYSTEMS NA<br>ATTN CHRIS TIESMAN<br>6829 FLINTLOCK RD<br>HOUSTON TX 77040 | IPCO SYSTEMS NA<br>ATTN CHRIS TIESMAN<br>6829 FLINTLOCK RD<br>HOUSTON TX 77040 | 05-44481 | | | $139,466.95 | $139,466.95<br>$139,466.95 | 05-44640 | | | $123,393.30 | $123,393.30<br>$123,393.30 |
| Claim: 1660<br>Date Filed: 01/24/06<br>Docketed Total: $291,924.71<br>Filing Creditor Name and Address<br>IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208 | IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208 | 05-44481 | | | $291,924.71 | $291,924.71<br>$291,924.71 | 05-44640 | | | $5,306.51 | $5,306.51<br>$5,306.51 |
| Claim: 2<br>Date Filed: 10/12/05<br>Docketed Total: $70,507.34<br>Filing Creditor Name and Address<br>ITW THIELEX<br>TERRI WHITE<br>95 COMMERCE DR<br>SOMERSET NJ 08873 | ITW THIELEX<br>TERRI WHITE<br>95 COMMERCE DR<br>SOMERSET NJ 08873 | 05-44481 | $70,507.34<br>$70,507.34 | | $70,507.34 | | 05-44640 | | | $63,612.57 | $63,612.57<br>$63,612.57 |
| Claim: 8010<br>Date Filed: 06/15/06<br>Docketed Total: $48,416.72<br>Filing Creditor Name and Address<br>JAMESTOWN PLASTICS INC<br>8806 HIGHLAND AVE<br>BROCTON NY 14716 | JAMESTOWN PLASTICS INC<br>8806 HIGHLAND AVE<br>BROCTON NY 14716 | 05-44481 | $48,416.72 | | $48,416.72 | $48,416.72<br>$48,416.72 | 05-44640 | | $44,188.45 | $44,188.45 | $44,188.45<br>$44,188.45 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Docketed Total | Secured | Priority | Unsecured | Case Number* | Modified Total | Secured | Priority | Unsecured |
| Claim: 1637<br>Date Filed: 01/25/06<br>Docketed Total: $177,081.16<br>Filing Creditor Name and Address<br>JASCO TOOLS INC<br>ATTN DIANE SIMON CFO<br>1390 MOUNT READ BLVD<br>ROCHESTER NY 14606 | HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | 05-44481 | $177,081.16 | | | $177,081.16<br>$177,081.16 | 05-44640 | $159,771.16 | | | $159,771.16<br>$159,771.16 |
| Claim: 4446<br>Date Filed: 05/02/06<br>Docketed Total: $27,790.40<br>Filing Creditor Name and Address<br>KADDIS MANUFACTURING CORPORATION<br>KIMBERLY SICKLES<br>1100 BEACHAN RD<br>PO BOX 92985<br>ROCHESTER NY 14692 | KADDIS MANUFACTURING CORPORATION<br>KIMBERLY SICKLES<br>1100 BEACHAN RD<br>PO BOX 92985<br>ROCHESTER NY 14692 | 05-44481 | $27,790.40 | | | $27,790.40<br>$27,790.40 | 05-44640 | $26,411.27 | | | $26,411.27<br>$26,411.27 |
| Claim: 3329<br>Date Filed: 04/28/06<br>Docketed Total: $39,078.76<br>Filing Creditor Name and Address<br>KENTUCKY AIR TOOL<br>JIM OR RICKY<br>3600 CHAMBERLAIN LN<br>STE 616<br>LOUISVILLE KY 40241 | KENTUCKY AIR TOOL<br>JIM OR RICKY<br>3600 CHAMBERLAIN LN<br>STE 616<br>LOUISVILLE KY 40241 | 05-44481 | $39,078.76 | | | $39,078.76<br>$39,078.76 | 05-44640 | $37,155.47 | | | $37,155.47<br>$37,155.47 |
| Claim: 4670<br>Date Filed: 05/04/06<br>Docketed Total: $75.50<br>Filing Creditor Name and Address<br>KLAPEC TRUCKING CO INC<br>PO BOX 1278<br>OIL CITY PA 16301 | KLAPEC TRUCKING CO INC<br>PO BOX 1278<br>OIL CITY PA 16301 | 05-44481 | $75.50 | | | $75.50<br>$75.50 | 05-44640 | $75.50 | | | $75.50<br>$75.50 |

*See Exhibit F for a listing of debtor entities by case number.

Page: 18 of 28

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | $249,500.00 | | Modified Total | | $200,350.00 |
| Claim: 1987<br>Date Filed:02/14/06<br>Docketed Total: $249,500.00<br>Filing Creditor Name and Address<br>KOKUSAI INC<br>8102 WOODLAND DR<br>INDIANAPOLIS IN 46278 | KOKUSAI INC<br>8102 WOODLAND DR<br>INDIANAPOLIS IN 46278 | | | | | | | |
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | Case Number*<br>05-44481 | | | $249,500.00<br>$249,500.00 | Case Number*<br>05-44640 | | $200,350.00 | $200,350.00 |
| Claim: 2150<br>Date Filed:02/28/06<br>Docketed Total: $10,884.57<br>Filing Creditor Name and Address<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST NY 14228 | Claim Holder Name and Address<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST NY 14228 | Docketed Total | | $10,884.57 | | Modified Total | | $9,307.57 |
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | Case Number*<br>05-44640 | | | $10,884.57<br>$10,884.57 | Case Number*<br>05-44640 | | $9,307.57 | $9,307.57 |
| Claim: 4273<br>Date Filed:05/01/06<br>Docketed Total: $14,681.25<br>Filing Creditor Name and Address<br>KOYO MACHINERY USA INC<br>14878 GALLEON CT<br>PLYMOUTH MI 48170 | Claim Holder Name and Address<br>KOYO MACHINERY USA INC<br>14878 GALLEON CT<br>PLYMOUTH MI 48170 | Docketed Total | | $14,681.25 | | Modified Total | | $5,431.25 |
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | Case Number*<br>05-44481 | | | $14,681.25<br>$14,681.25 | Case Number*<br>05-44481 | | $5,431.25 | $5,431.25 |
| Claim: 2145<br>Date Filed:02/28/06<br>Docketed Total: $407,503.38<br>Filing Creditor Name and Address<br>KULICKE AND SOFFA INDUSTRIES<br>ROBERT F AMWEG<br>1005 VIRGINIA DR<br>FORT WASHINGTON PA 19034 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | Docketed Total | | $407,503.38 | | Modified Total | | $179,076.42 |
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | Case Number*<br>05-44481 | | | $407,503.38<br>$407,503.38 | Case Number*<br>05-44640 | | $179,076.42 | $179,076.42 |

*See Exhibit F for a listing of debtor entities by case number.

Page: 19 of 28

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15926<br>Date Filed: 07/26/06<br>Docketed Total: $404,986.61<br>Filing Creditor Name and Address<br>M A COM INC<br>PO BOX 3608 MS38 26<br>GEORGE D NAGLE JR CREDIT MGR<br>HARRISBURG PA 17105 | Claim Holder Name and Address<br>M A COM INC<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS38 26<br>HARRISBURG PA 17105<br><br>Case Number* 05-44640<br><br>Docketed Total $404,986.61<br>Secured / Priority / Unsecured $404,986.61 / $404,986.61 | Case Number* 05-44640<br><br>Modified Total $270,821.26<br>Secured / Priority / Unsecured $270,821.26 / $270,821.26 |
| Claim: 11540<br>Date Filed: 07/27/06<br>Docketed Total: $36,848.11<br>Filing Creditor Name and Address<br>MC ALPIN INDUSTRIES INC<br>255 HOLLENBECK ST<br>ROCHESTER NY 14621 | Claim Holder Name and Address<br>MC ALPIN INDUSTRIES INC<br>255 HOLLENBECK ST<br>ROCHESTER NY 14621<br><br>Case Number* 05-44640<br><br>Docketed Total $36,848.11<br>Secured / Priority / Unsecured $36,848.11 / $36,848.11 | Case Number* 05-44640<br><br>Modified Total $27,156.01<br>Secured / Priority / Unsecured $27,156.01 / $27,156.01 |
| Claim: 2709<br>Date Filed: 04/05/06<br>Docketed Total: $33,544.10<br>Filing Creditor Name and Address<br>METAL POWDER PRODUCTS COMPANY<br>STEVEN KAHN DIRECTOR OF PURCHASING<br>17005 A WESTFIELD PARK RD<br>WESTFIELD IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number* 05-44481<br><br>Docketed Total $33,544.10<br>Secured / Priority / Unsecured $33,544.10 / $33,544.10 | Case Number* 05-44640<br><br>Modified Total $33,544.10<br>Secured / Priority / Unsecured $33,544.10 / $33,544.10 |
| Claim: 15333<br>Date Filed: 07/31/06<br>Docketed Total: $34,323.80<br>Filing Creditor Name and Address<br>MILLER TOOL & DIE CO<br>LYNN M BRIMER<br>STROBL & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address<br>MILLER TOOL & DIE CO<br>LYNN M BRIMER<br>STROBL & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number* 05-44481<br><br>Docketed Total $34,323.80<br>Secured $34,323.80 / $34,323.80 | Case Number* 05-44640<br><br>Modified Total $27,103.80<br>Secured / Priority / Unsecured $27,103.80 / $27,103.80 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 3873**<br>Date Filed:05/01/06<br>Docketed Total: $1,491.09<br>Filing Creditor Name and Address<br>MOSIER AUTOMATION KOK<br>STEVE COOPER<br>9851 PK DAVIS RD<br>INDIANAPOLIS IN 46235 | MOSIER AUTOMATION KOK<br>STEVE COOPER<br>9851 PK DAVIS RD<br>INDIANAPOLIS IN 46235<br>Case Number* 05-44481 | | Docketed Total $1,491.09 | $1,491.09<br>$1,491.09 | Case Number* 05-44640 | | Modified Total $919.48 | $919.48<br>$919.48 |
| **Claim: 2643**<br>Date Filed:04/13/06<br>Docketed Total: $12,800.00<br>Filing Creditor Name and Address<br>NAGEL & SHIPPERS PRODUCTS &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | NAGEL & SHIPPERS PRODUCTS & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614<br>Case Number* 05-44481 | | Docketed Total $12,800.00 | $12,800.00<br>$12,800.00 | Case Number* 05-44640 | | Modified Total $12,800.00 | $12,800.00<br>$12,800.00 |
| **Claim: 2735**<br>Date Filed:04/24/06<br>Docketed Total: $3,702.30<br>Filing Creditor Name and Address<br>NEW ENGLAND ELECTRIC WIRE &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | NEW ENGLAND ELECTRIC WIRE & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br>Case Number* 05-44481 | | Docketed Total $3,702.30 | $3,702.30<br>$3,702.30 | Case Number* 05-44640 | | Modified Total $2,816.47 | $2,816.47<br>$2,816.47 |
| **Claim: 2097**<br>Date Filed:02/22/06<br>Docketed Total: $154,620.81<br>Filing Creditor Name and Address<br>NOVELLUS SYSTEMS INC<br>ATTN PHYLLIS MILLER<br>4000 N 1ST ST<br>SAN JOSE CA 95134 | STONEHILL INSTITUTIONAL PARTNERS LP<br>CO STONEHILL CAPITAL<br>MANAGEMENT<br>885 THIRD AVE 30TH FL<br>NEW YORK NY 10022<br>Case Number* 05-44640 | | Docketed Total $154,620.81 | $154,620.81<br>$154,620.81 | Case Number* 05-44640 | | Modified Total $73,558.50 | $73,558.50<br>$73,558.50 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16348<br>Date Filed:10/03/06<br>Docketed Total: $183,291.76<br>Filing Creditor Name and Address<br>PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124 | Claim Holder Name and Address<br>PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124<br><br>Case Number* 05-44640<br>Secured — Priority — Docketed Total $183,291.76 — Unsecured $183,291.76 / $183,291.76 | Case Number* 05-44640<br>Secured — Priority — Modified Total $181,363.52 — Unsecured $181,363.52 / $181,363.52 |
| Claim: 3302<br>Date Filed:04/28/06<br>Docketed Total: $11,133.32<br>Filing Creditor Name and Address<br>PHOENIX PASSIVE COMPONENTS INC<br>508 TWILIGHT TRAIL, STE 204<br>RICHARDSON TX 75080 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202<br><br>Case Number* 05-44640<br>Secured $11,133.32 / $11,133.32 — Priority — Docketed Total $11,133.32 — Unsecured | Case Number* 05-44640<br>Secured — Priority $8,108.51 / $8,108.51 — Modified Total $8,108.51 — Unsecured |
| Claim: 12440<br>Date Filed:07/28/06<br>Docketed Total: $24,423.64<br>Filing Creditor Name and Address<br>PLAINFIELD STAMPING TEXAS INC<br>PO BOX 265<br>PLAINFIELD IL 60544 | Claim Holder Name and Address<br>PLAINFIELD STAMPING TEXAS INC<br>PO BOX 265<br>PLAINFIELD IL 60544<br><br>Case Number* 05-44481<br>Secured — Priority — Docketed Total $24,423.64 — Unsecured $24,423.64 / $24,423.64 | Case Number* 05-44640<br>Secured — Priority — Modified Total $19,804.00 — Unsecured $19,804.00 / $19,804.00 |
| Claim: 10494<br>Date Filed:07/24/06<br>Docketed Total: $198,263.50<br>Filing Creditor Name and Address<br>SAFETY COMPONENTS FABRIC EFT TECHNOLOGIES INC<br>30 EMERY ST<br>GREENVILLE SC 29605 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number* 05-44481<br>Secured — Priority $85,477.80 / $85,477.80 — Docketed Total $198,263.50 — Unsecured $112,785.70 / $112,785.70 | Case Number* 05-44640<br>Secured — Priority — Modified Total $198,263.50 — Unsecured $198,263.50 / $198,263.50 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

## Claim: 12233

**CLAIM TO BE MODIFIED**
Claim: 12233
Date Filed: 07/28/06
Docketed Total: $1,204,932.14
Filing Creditor Name and Address:
SAIA BURGESS AUTOMOTIVE INC
303 GREGSON DR
CARY NC 27511

**CLAIM AS DOCKETED**

| Claim Holder Name and Address | Case Number* | Secured | Docketed Total | Priority | Unsecured |
|---|---|---|---|---|---|
| SAIA BURGESS AUTOMOTIVE INC 303 GREGSON DR CARY NC 27511 | 05-44640 | $175,000.00 | $175,000.00 | | |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Modified Total | Priority | Unsecured |
|---|---|---|---|---|
| 05-44640 | | $0.00 | | |

---

**CLAIM AS DOCKETED**

| Claim Holder Name and Address | Case Number* | Secured | Docketed Total | Priority | Unsecured |
|---|---|---|---|---|---|
| SPCP GROUP LLC ATTN BRIAN JARMAIN 2 GREENWICH PLZ 1ST FL GREENWICH CT 06830 | 05-44640 | | $1,029,932.14 | | $1,029,932.14 $1,029,932.14 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Modified Total | Priority | Unsecured |
|---|---|---|---|---|
| 05-44640 | | $1,029,932.14 | | $1,029,932.14 $1,029,932.14 |

---

## Claim: 112

**CLAIM TO BE MODIFIED**
Claim: 112
Date Filed: 10/25/05
Docketed Total: $57,501.00
Filing Creditor Name and Address:
SANYO ELECTRONIC DEVICE USA
VICTORIA COMUNALE
2055 SANYO AVE
SAN DIEGO CA 92154

**CLAIM AS DOCKETED**

| Claim Holder Name and Address | Case Number* | Secured | Docketed Total | Priority | Unsecured |
|---|---|---|---|---|---|
| SANYO ELECTRONIC DEVICE USA CORP VICTORIA COMUNALE 2055 SANYO AVE SAN DIEGO CA 92154 | 05-44481 | | $57,501.00 | | $57,501.00 $57,501.00 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Modified Total | Priority | Unsecured |
|---|---|---|---|---|
| 05-44640 | | $57,501.00 | | $57,501.00 $57,501.00 |

---

## Claim: 9828

**CLAIM TO BE MODIFIED**
Claim: 9828
Date Filed: 07/18/06
Docketed Total: $471,910.96
Filing Creditor Name and Address:
SECURITAS SECURITY SERVICES
USA INC
JENNIFER MATTHEW
4330 PK TERRACE DR
WESTLAKE VILLAGE CA 91361

**CLAIM AS DOCKETED**

| Claim Holder Name and Address | Case Number* | Secured | Docketed Total | Priority | Unsecured |
|---|---|---|---|---|---|
| SECURITAS SECURITY SERVICES USA INC JENNIFER MATTHEW 4330 PK TERRACE DR WESTLAKE VILLAGE CA 91361 | 05-44481 | | $471,910.96 | | $471,910.96 $471,910.96 |

**CLAIM AS MODIFIED**

| Case Number* | Secured | Modified Total | Priority | Unsecured |
|---|---|---|---|---|
| 05-44482 | | $470,974.96 | $31,258.54 | $470,974.96 |
| 05-44640 | | | | $439,716.42 $470,974.96 |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Docketed Total | Unsecured | | Secured | Priority | Modified Total | Unsecured |
| Claim: 1471<br>Date Filed: 01/09/06<br>Docketed Total: $17,311.48<br>Filing Creditor Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115 | SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND OH 44115<br>Case Number*<br>05-44481 | | | $17,311.48 | $17,311.48<br>$17,311.48 | Case Number*<br>05-44640 | | | $9,166.83 | $9,166.83<br>$9,166.83 |
| Claim: 9946<br>Date Filed: 07/19/06<br>Docketed Total: $167,205.47<br>Filing Creditor Name and Address<br>STUART IRBY CO<br>144 WOODALL RD<br>DECATUR AL 35601 | STUART IRBY CO<br>144 WOODALL RD<br>DECATUR AL 35601<br>Case Number*<br>05-44481 | | $167,205.47 | | $167,205.47<br>$167,205.47 | Case Number*<br>05-44640 | | $145,491.87 | | $145,491.87<br>$145,491.87 |
| Claim: 849<br>Date Filed: 11/28/05<br>Docketed Total: $91,766.83<br>Filing Creditor Name and Address<br>TEAM PACIFIC CORPORATION DBA<br>TEAM GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316<br>Case Number*<br>05-44481 | | | $91,766.83 | $91,766.83<br>$91,766.83 | Case Number*<br>05-44640 | | | $91,766.83 | $91,766.83<br>$91,766.83 |
| Claim: 850<br>Date Filed: 11/28/05<br>Docketed Total: $84,709.66<br>Filing Creditor Name and Address<br>TEAM PACIFIC CORPORATION DBA<br>TEAM GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316<br>Case Number*<br>05-44481 | | | $84,709.66 | $84,709.66<br>$84,709.66 | Case Number*<br>05-44640 | | | $84,709.66 | $84,709.66<br>$84,709.66 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 851<br>Date Filed:11/28/05<br>Docketed Total: $175,658.02<br>Filing Creditor Name and Address<br>TEAM PACIFIC CORPORATION DBA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | TEAM PACIFIC CORPORATION DBA TEAM<br>GOLDEN LINK AMERICA<br>TEAM GOLDEN LINK AMERICA<br>CORPORATIO<br>1799 OLD BAYSHORE HWY STE 135<br>BURLINGAME CA 94010-1316 | | | Docketed Total $175,658.02 | | | Modified Total $163,447.77 | |
| | Case Number*<br>05-44481 | | Priority | Unsecured<br>$175,658.02<br>$175,658.02 | Case Number*<br>05-44640 | | Priority | Unsecured<br>$163,447.77<br>$163,447.77 |
| Claim: 16095<br>Date Filed:08/09/06<br>Docketed Total: $44.85<br>Filing Creditor Name and Address<br>TECHNO INDUSTRIAL PRODUCT<br>CINDY<br>1190 RICHARDS ROAD UNIT 5<br>HARTLAND WI 53029 | TECHNO INDUSTRIAL PRODUCT<br>CINDY<br>1190 RICHARDS ROAD UNIT 5<br>HARTLAND WI 53029 | | | Docketed Total $44.85 | | | Modified Total $44.85 | |
| | Case Number*<br>05-44481 | | Priority | Unsecured<br>$44.85<br>$44.85 | Case Number*<br>05-44640 | | Priority | Unsecured<br>$44.85<br>$44.85 |
| Claim: 1364<br>Date Filed:12/29/05<br>Docketed Total: $1,558,603.56<br>Filing Creditor Name and Address<br>TELELOGIC NORTH AMERICA INC<br>9401 JERONIMO RD<br>IRVINE CA 92618 | TELELOGIC NORTH AMERICA INC<br>9401 JERONIMO RD<br>IRVINE CA 92618 | | | Docketed Total $1,558,603.56 | | | Modified Total $245,793.00 | |
| | Case Number*<br>05-44547 | | Priority<br>$1,558,603.56<br>$1,558,603.56 | Unsecured | Case Number*<br>05-44640 | | Priority | Unsecured<br>$245,793.00<br>$245,793.00 |
| Claim: 5974<br>Date Filed:05/16/06<br>Docketed Total: $128,492.85<br>Filing Creditor Name and Address<br>THERMAX CDT<br>THERMAX WIRE L P<br>8946 WINNETKA AVE<br>NORTHRIDGE CA 91324 | THERMAX CDT<br>THERMAX WIRE L P<br>8946 WINNETKA AVE<br>NORTHRIDGE CA 91324 | | | Docketed Total $128,492.85 | | | Modified Total $79,139.71 | |
| | Case Number*<br>05-44481 | | Priority | Unsecured<br>$128,492.85<br>$128,492.85 | Case Number*<br>05-44640 | | Priority | Unsecured<br>$79,139.71<br>$79,139.71 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 11537<br>Date Filed:07/27/06<br>Docketed Total:  $42,065.81<br>Filing Creditor Name and Address<br>THI INC THIERICA INC<br>900 CLANCY AVE N E<br>GRAND RAPIDS MI 49503 | THI INC THIERICA INC<br>900 CLANCY AVE N E<br>GRAND RAPIDS MI 49503 | Docketed Total | | $42,065.81 | Modified Total | | | $15,016.23 |
| | Case Number*<br>05-44640 | | | Unsecured<br>$42,065.81<br>$42,065.81 | Case Number*<br>05-44640 | | | Unsecured<br>$15,016.23<br>$15,016.23 |
| Claim: 1574<br>Date Filed:01/17/06<br>Docketed Total:  $221,415.22<br>Filing Creditor Name and Address<br>TRANSFREIGHT INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA | TRANSFREIGHT INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA | Docketed Total | | $221,415.22 | Modified Total | | | $30,264.35 |
| | Case Number*<br>05-44481 | | | Unsecured<br>$221,415.22<br>$221,415.22 | Case Number*<br>05-44640 | | | Unsecured<br>$30,264.35<br>$30,264.35 |
| Claim: 1573<br>Date Filed:01/17/06<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address<br>TRANSFREIGHT INTEGRATED<br>LOGISTICS INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA | TRANSFREIGHT INTEGRATED LOGISTICS<br>INC<br>125 MAPLE GROVE RD<br>CAMBRIDGE ON N3H 4R7<br>CANADA | Docketed Total | | $0.00 | Modified Total | | | $1,135.41 |
| | Case Number*<br>05-44481 | | | Unsecured<br>$0.00 | Case Number*<br>05-44640 | | | Unsecured<br>$1,135.41<br>$1,135.41 |
| Claim: 12378<br>Date Filed:07/28/06<br>Docketed Total:  $33,320.75<br>Filing Creditor Name and Address<br>TROSTEL LIMITED<br>ATTN TIM BAKER<br>901 MAXWELL ST<br>LAKE GENEVA WI 53147 | TROSTEL LIMITED<br>ATTN TIM BAKER<br>901 MAXWELL ST<br>LAKE GENEVA WI 53147 | Docketed Total | | $33,320.75 | Modified Total | | | $25,354.57 |
| | Case Number*<br>05-44481 | | | Unsecured<br>$33,320.75<br>$33,320.75 | Case Number*<br>05-44640 | | | Unsecured<br>$25,354.57<br>$25,354.57 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim:** 11034
**Date Filed:** 07/26/06
**Docketed Total:** $6,610.83
**Filing Creditor Name and Address**
VECTREN ENERGY DELIVERY
ATTN SHARON ARMSTRONG
PO BOX 209
EVANSVILLE IN 47702

CLAIM AS DOCKETED — Case Number*: 05-44481
Docketed Total $6,610.83 — Secured / Priority / Unsecured $6,610.83 / $6,610.83

CLAIM AS MODIFIED — Case Number*: 05-44640
Modified Total $6,610.83 — Secured / Priority / Unsecured $6,610.83 / $6,610.83

**Claim:** 93
**Date Filed:** 10/24/05
**Docketed Total:** $7,115.17
**Filing Creditor Name and Address**
VIDEOJET TECHNOLOGIES INC
1500 MITTEL BLVD
WOOD DALE IL 60191

CLAIM AS DOCKETED — Case Number*: 05-44481
Docketed Total $7,115.17 — Secured / Priority / Unsecured $7,115.17 / $7,115.17

CLAIM AS MODIFIED — Case Number*: 05-44640
Modified Total $1,565.67 — Secured / Priority / Unsecured $1,565.67 / $1,565.67

**Claim:** 1607
**Date Filed:** 01/18/06
**Docketed Total:** $32,666.89
**Filing Creditor Name and Address**
WHEELABRATOR GROUP
1606 EXECUTIVE DRIVE
LAGRANGE GA 30240

CLAIM AS DOCKETED — Case Number*: 05-44481
Docketed Total $32,666.89 — Secured / Priority / Unsecured $32,666.89 / $32,666.89

CLAIM AS MODIFIED — Case Number*: 05-44640
Modified Total $32,666.89 — Secured / Priority / Unsecured $32,666.89 / $32,666.89

**Claim:** 8730
**Date Filed:** 06/28/06
**Docketed Total:** $0.00
**Filing Creditor Name and Address**
XPRESS IMPRESORES SA DE CV EFT
PERIF LUIS ECHEVERRIA 1800 PTE
ZONA INDUSTRIAL CP 25290
SALTILLO COAH
MEXICO

CLAIM AS DOCKETED — Case Number*: 05-44481
Docketed Total — Secured / Priority / Unsecured $0.00

CLAIM AS MODIFIED — Case Number*: 05-44640
Modified Total $1,043.63 — Secured / Priority / Unsecured $1,043.63 / $1,043.63

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|
| **CLAIM AS DOCKETED** | | | **CLAIM AS MODIFIED** | | |
| Claim Holder Name and Address<br>YODER INDUSTRIES INC<br>2520 NEEDMORE RD<br>DAYTON OH 45414 | Docketed Total | $724,027.12 | | Modified Total | $39,537.07 |
| | Secured | Unsecured<br>$724,027.12<br>$724,027.12 | | Secured | Unsecured<br>$39,537.07<br>$39,537.07 |
| | **Priority** | | | **Priority** | |
| **Case Number\***<br>05-44481 | | | **Case Number\***<br>05-44640 | | |

Claim: 77
Date Filed:10/24/05
Docketed Total:    $724,027.12
Filing Creditor Name and Address
YODER INDUSTRIES INC
2520 NEEDMORE RD
DAYTON OH 45414

Total Count of Claims:  108
Total Amount as Docketed:      $11,862,578.70
Total Amount as Modified:       $7,987,925.06

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim: 2234**<br>Date Filed:03/09/06<br>Docketed Total: $1,013.04<br>Filing Creditor Name and Address<br>BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER CO 80306 | BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>PO BOX 471<br>BOULDER CO 80306<br><br>Case Number*: 05-44481 | Docketed Total: $1,013.04 | Secured: $1,013.04 / $1,013.04 | | | Modified Total: $777.13 | Case Number*: 05-44640 | Secured: $777.13 / $777.13 | | |
| **Claim: 671**<br>Date Filed:11/18/05<br>Docketed Total: $37.00<br>Filing Creditor Name and Address<br>DYER COUNTY TRUSTEE<br>C O J MICHAEL GAULDIN<br>PO BOX 220<br>DYERSBURG TN 38025 | DYER COUNTY TRUSTEE<br>C O J MICHAEL GAULDIN<br>PO BOX 220<br>DYERSBURG TN 38025<br><br>Case Number*: 05-44481 | Docketed Total: $37.00 | Secured: $37.00 / $37.00 | | | Modified Total: $28.38 | Case Number*: 05-44640 | Secured: $28.38 / $28.38 | | |
| **Claim: 11372**<br>Date Filed:07/27/06<br>Docketed Total: $218,106.97<br>Filing Creditor Name and Address<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY OH 44870 | ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY OH 44870<br><br>Case Number*: 05-44481 | Docketed Total: $218,106.97 | Secured: $218,106.97 / $218,106.97 | | | Modified Total: $188,837.20 | Case Number*: 05-44640 | Secured: $188,837.20 / $188,837.20 | | |
| **Claim: 7182**<br>Date Filed:05/31/06<br>Docketed Total: $359.23<br>Filing Creditor Name and Address<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI TN 38478 | GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI TN 38478<br><br>Case Number*: 05-44481 | Docketed Total: $359.23 | Secured: $359.23 / $359.23 | | | Modified Total: $268.49 | Case Number*: 05-44640 | Secured: $268.49 / $268.49 | | |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

Page:    1 of 11

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | Docketed Total | Case Number* | Secured | Priority | Unsecured | Modified Total |
| Claim: 3655<br>Date Filed:05/01/06<br>Docketed Total: $8.75<br>Filing Creditor Name and Address<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE TN 38012 | HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE TN 38012 | | $0.17<br>$0.17 | $8.75 | $8.58<br>$8.58 | Case Number*<br>05-44640 | | $8.58<br>$8.58 | | $8.58 |
| Claim: 197<br>Date Filed:10/28/05<br>Docketed Total: $23,130.99<br>Filing Creditor Name and Address<br>MIKE LOWE KNOX CO TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE TN 37901-0869 | KNOX COUNTY TRUSTEE<br>MIKE LOWE KNOX CO TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE TN 37901-0869 | | $23,130.99<br>$23,130.99 | $23,130.99 | $23,130.99 | Case Number*<br>05-44640 | | $17,744.32<br>$17,744.32 | | $17,744.32 |
| Claim: 16116<br>Date Filed:08/09/06<br>Docketed Total: $22.25<br>Filing Creditor Name and Address<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE IN 46360-3491 | LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE IN 46360-3491 | | $22.25<br>$22.25 | $22.25 | $22.25 | Case Number*<br>05-44640 | | $20.23<br>$20.23 | | $20.23 |
| Claim: 1108<br>Date Filed:12/12/05<br>Docketed Total: $17,534.38<br>Filing Creditor Name and Address<br>MIAMI DADE COUNTY TAX COLLECTOR<br>C O METRO DADE COUNTY<br>PARALEGAL UNI<br>140 W FLAGLER ST STE 1403<br>MIAMI FL 33130 | MIAMI DADE COUNTY TAX COLLECTOR<br>C O METRO DADE COUNTY<br>PARALEGAL UNI<br>140 W FLAGLER ST STE 1403<br>MIAMI FL 33130 | $17,534.38<br>$17,534.38 | | | $17,534.38 | Case Number*<br>05-44640 | $13,297.02<br>$13,297.02 | | | $13,297.02 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim Holder Name and Address | Secured | Priority | Unsecured | Docketed Total | Claim Holder Name and Address | Secured | Priority | Unsecured | Modified Total |
| Claim: 8415<br>Date Filed: 06/23/06<br>Docketed Total: $455.00<br>Filing Creditor Name and Address<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE TN 37041 | MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE TN 37041<br>Case Number*: 05-44640 | | $455.00<br>$455.00 | | $455.00 | Case Number*: 05-44640 | | $422.68<br>$422.68 | | $422.68 |
| Claim: 8535<br>Date Filed: 06/26/06<br>Docketed Total: $9,984.48<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Case Number*: 05-44481 | $9,984.48<br>$9,984.48 | | | $9,984.48 | Case Number*: 05-44640 | $3,600.61<br>$3,600.61 | | | $3,600.61 |
| Claim: 8537<br>Date Filed: 06/26/06<br>Docketed Total: $13,321.05<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON OH 45481 | Case Number*: 05-44640 | $13,321.05<br>$13,321.05 | | | $13,321.05 | Case Number*: 05-44640 | $4,787.82<br>$4,787.82 | | | $4,787.82 |
| Claim: 8540<br>Date Filed: 06/26/06<br>Docketed Total: $55.96<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Case Number*: 05-44481 | $55.96<br>$55.96 | | | $55.96 | Case Number*: 05-44640 | $13.71<br>$13.71 | | | $13.71 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit B-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|

**Claim: 8541**
Date Filed: 06/26/06
Docketed Total: $583,848.54
Filing Creditor Name and Address
MONTGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON OH 45422-0476

CLAIM AS DOCKETED
Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

| Case Number* | Secured | Docketed Total |
|---|---|---|
| 05-44481 | $583,848.54 / $583,848.54 | $583,848.54 |

| Priority | Unsecured |
|---|---|

CLAIM AS MODIFIED

| Case Number* | Secured | Modified Total |
|---|---|---|
| 05-44640 | $209,844.35 / $209,844.35 | $209,844.35 |

| Priority | Unsecured |
|---|---|

---

**Claim: 8542**
Date Filed: 06/26/06
Docketed Total: $4,329.83
Filing Creditor Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

| Case Number* | Secured | Docketed Total |
|---|---|---|
| 05-44481 | $4,329.83 / $4,329.83 | $4,329.83 |

| Priority | Unsecured |
|---|---|

| Case Number* | Secured | Modified Total |
|---|---|---|
| 05-44640 | $1,059.72 / $1,059.72 | $1,059.72 |

| Priority | Unsecured |
|---|---|

---

**Claim: 8543**
Date Filed: 06/26/06
Docketed Total: $9,370.62
Filing Creditor Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
PO BOX 972
DAYTON OH 45422-0475

| Case Number* | Secured | Docketed Total |
|---|---|---|
| 05-44481 | $9,370.62 / $9,370.62 | $9,370.62 |

| Priority | Unsecured |
|---|---|

| Case Number* | Secured | Modified Total |
|---|---|---|
| 05-44640 | $3,367.94 / $3,367.94 | $3,367.94 |

| Priority | Unsecured |
|---|---|

---

**Claim: 8545**
Date Filed: 06/26/06
Docketed Total: $182,850.01
Filing Creditor Name and Address
MONTGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON OH 45422-0476

Claim Holder Name and Address
MONTGOMERY COUNTY TREASURER
451 W THIRD ST
DAYTON OH 45422-0476

| Case Number* | Secured | Docketed Total |
|---|---|---|
| 05-44481 | $182,850.01 / $182,850.01 | $182,850.01 |

| Priority | Unsecured |
|---|---|

| Case Number* | Secured | Modified Total |
|---|---|---|
| 05-44640 | $65,719.34 / $65,719.34 | $65,719.34 |

| Priority | Unsecured |
|---|---|

---

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit B-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for
claimants to respond to the Debtors objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

Page:    4  of   11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8546<br>Date Filed:06/26/06<br>Docketed Total: $2,628.90<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | $2,628.90 | | | Modified Total | $944.88 | |
| | Case Number*<br>05-44481 | Secured<br>$2,628.90<br>$2,628.90 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$944.88<br>$944.88 | Priority | Unsecured |
| Claim: 8547<br>Date Filed:06/26/06<br>Docketed Total: $578,440.64<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | $578,440.64 | | | Modified Total | $207,900.92 | |
| | Case Number*<br>05-44481 | Secured<br>$578,440.64<br>$578,440.64 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$207,900.92<br>$207,900.92 | Priority | Unsecured |
| Claim: 8548<br>Date Filed:06/26/06<br>Docketed Total: $35,659.30<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Docketed Total | $35,659.30 | | | Modified Total | $12,816.60 | |
| | Case Number*<br>05-44481 | Secured<br>$35,659.30<br>$35,659.30 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$12,816.60<br>$12,816.60 | Priority | Unsecured |
| Claim: 8549<br>Date Filed:06/26/06<br>Docketed Total: $1,179,183.93<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST<br>DAYTON OH 45422-0476 | Docketed Total | $1,179,183.93 | | | Modified Total | $444,646.98 | |
| | Case Number*<br>05-44481 | Secured<br>$1,179,183.93<br>$1,179,183.93 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$444,646.98<br>$444,646.98 | Priority | Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit B-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for
claimants to respond to the Debtors objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

Page: 5 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8550<br>Date Filed: 06/26/06<br>Docketed Total: $78,139.90<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*: 05-44481<br>Secured: $78,139.90 / $78,139.90<br>Docketed Total: $78,139.90<br>Priority<br>Unsecured | Case Number*: 05-44640<br>Secured: $28,084.71 / $28,084.71<br>Modified Total: $28,084.71<br>Priority<br>Unsecured |
| Claim: 8551<br>Date Filed: 06/26/06<br>Docketed Total: $1,089.88<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*: 05-44481<br>Secured: $1,089.88 / $1,089.88<br>Docketed Total: $1,089.88<br>Priority<br>Unsecured | Case Number*: 05-44640<br>Secured: $391.74 / $391.74<br>Modified Total: $391.74<br>Priority<br>Unsecured |
| Claim: 8552<br>Date Filed: 06/26/06<br>Docketed Total: $938.16<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*: 05-44481<br>Secured: $938.16 / $938.16<br>Docketed Total: $938.16<br>Priority<br>Unsecured | Case Number*: 05-44640<br>Secured: $337.21 / $337.21<br>Modified Total: $337.21<br>Priority<br>Unsecured |
| Claim: 8553<br>Date Filed: 06/26/06<br>Docketed Total: $72,963.37<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*: 05-44481<br>Secured: $72,963.37 / $72,963.37<br>Docketed Total: $72,963.37<br>Priority<br>Unsecured | Case Number*: 05-44640<br>Secured: $26,224.18 / $26,224.18<br>Modified Total: $26,224.18<br>Priority<br>Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit B-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 8554<br>Date Filed: 06/26/06<br>Docketed Total: $32,104.56<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*<br>05-44481 | Secured<br>$32,104.56<br>$32,104.56 | Docketed Total<br>Priority | $32,104.56<br>Unsecured | Case Number*<br>05-44640 | Secured<br>$23,129.72<br>$23,129.72 | Modified Total<br>Priority | $23,129.72<br>Unsecured |
| Claim: 8555<br>Date Filed: 06/26/06<br>Docketed Total: $237.40<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*<br>05-44481 | Secured<br>$237.40<br>$237.40 | Docketed Total<br>Priority | $237.40<br>Unsecured | Case Number*<br>05-44640 | Secured<br>$85.35<br>$85.35 | Modified Total<br>Priority | $85.35<br>Unsecured |
| Claim: 8557<br>Date Filed: 06/26/06<br>Docketed Total: $1,516.63<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON OH 45422-0476<br><br>Case Number*<br>05-44481 | Secured<br>$1,516.63<br>$1,516.63 | Docketed Total<br>Priority | $1,516.63<br>Unsecured | Case Number*<br>05-44640 | Secured<br>$549.17<br>$549.17 | Modified Total<br>Priority | $549.17<br>Unsecured |
| Claim: 8558<br>Date Filed: 06/26/06<br>Docketed Total: $882.12<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475<br><br>Case Number*<br>05-44481 | Secured<br>$882.12<br>$882.12 | Docketed Total<br>Priority | $882.12<br>Unsecured | Case Number*<br>05-44640 | Secured<br>$319.10<br>$319.10 | Modified Total<br>Priority | $319.10<br>Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for
claimants to respond to the Debtors objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

Page:   7 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 8559<br>Date Filed: 06/26/06<br>Docketed Total: $1,165.11<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Case Number*<br>05-44481 | $1,165.11<br>$1,165.11 | | | Case Number*<br>05-44640 | $285.63<br>$285.63 | | |
| | Docketed Total | | | $1,165.11 | Modified Total | | | $285.63 |
| Claim: 8560<br>Date Filed: 06/26/06<br>Docketed Total: $492.69<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Case Number*<br>05-44481 | $492.69<br>$492.69 | | | Case Number*<br>05-44640 | $343.59<br>$343.59 | | |
| | Docketed Total | | | $492.69 | Modified Total | | | $343.59 |
| Claim: 8561<br>Date Filed: 06/26/06<br>Docketed Total: $26,607.06<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Case Number*<br>05-44481 | $26,607.06<br>$26,607.06 | | | Case Number*<br>05-44640 | $9,820.72<br>$9,820.72 | | |
| | Docketed Total | | | $26,607.06 | Modified Total | | | $9,820.72 |
| Claim: 8562<br>Date Filed: 06/26/06<br>Docketed Total: $97.46<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON OH 45422-0475 | Case Number*<br>05-44481 | $97.46<br>$97.46 | | | Case Number*<br>05-44640 | $35.13<br>$35.13 | | |
| | Docketed Total | | | $97.46 | Modified Total | | | $35.13 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for
claimants to respond to the Debtors objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 8563<br>Date Filed: 06/26/06<br>Docketed Total: $279,130.73<br>Filing Creditor Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON OH 45422-0476 | Case Number*<br>05-44481 | $279,130.73<br>$279,130.73 | | Docketed Total $279,130.73 | Case Number*<br>05-44640 | $100,363.00<br>$100,363.00 | | Modified Total $100,363.00 |
| Claim: 1681<br>Date Filed: 01/26/06<br>Docketed Total: $1,290.10<br>Filing Creditor Name and Address<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH FL 33402-3715 | Case Number*<br>05-44640 | $1,290.10<br>$1,290.10 | | Docketed Total $1,290.10 | Case Number*<br>05-44640 | $989.67<br>$989.67 | | Modified Total $989.67 |
| Claim: 2661<br>Date Filed: 04/17/06<br>Docketed Total: $22,464.47<br>Filing Creditor Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401 | Case Number*<br>05-44640 | $22,464.47<br>$22,464.47 | | Docketed Total $22,464.47 | Case Number*<br>05-44640 | $21,600.45<br>$21,600.45 | | Modified Total $21,600.45 |
| Claim: 8661<br>Date Filed: 06/27/06<br>Docketed Total: $47,271.82<br>Filing Creditor Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA AL 35401 | Case Number*<br>05-44640 | $47,271.82<br>$47,271.82 | | Docketed Total $47,271.82 | Case Number*<br>05-44640 | $906.59<br>$906.59 | | Modified Total $906.59 |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit B-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

Page: 9 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | | Case Number* | Secured | Priority |
| | | | Docketed Total | Unsecured | | | Modified Total | Unsecured |
| Claim: 1783<br>Date Filed: 02/06/06<br>Docketed Total: $569.53<br>Filing Creditor Name and Address<br>PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729 | PINAL COUNTY TREASURER<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE AZ 85232-0729 | 05-44640 | $569.53<br>$569.53 | | | 05-44640 | $557.21<br>$557.21 | |
| | | | $569.53 | | | | $557.21 | |
| Claim: 559<br>Date Filed: 11/14/05<br>Docketed Total: $502.98<br>Filing Creditor Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | 05-44640 | $502.98<br>$502.98 | | | 05-44640 | $385.85<br>$385.85 | |
| | | | $502.98 | | | | $385.85 | |
| Claim: 560<br>Date Filed: 11/14/05<br>Docketed Total: $153.92<br>Filing Creditor Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS TN 38101-2751 | 05-44640 | $153.92<br>$153.92 | | | 05-44640 | $118.08<br>$118.08 | |
| | | | $153.92 | | | | $118.08 | |
| Claim: 9302<br>Date Filed: 07/11/06<br>Docketed Total: $761,504.21<br>Filing Creditor Name and Address<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090 | TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN OH 44481-1090 | 05-44481 | $761,504.21<br>$761,504.21 | | | 05-44640 | $661,150.94<br>$661,150.94 | |
| | | | $761,504.21 | | | | $661,150.94 | |

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2 to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time). The deadline for claimants to respond to the Debtors objection to such Claims is 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | | | Modified Total | | |
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 13581<br>Date Filed:07/31/06<br>Docketed Total:  $1,058.87<br>Filing Creditor Name and Address<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO MS 39194 | YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO MS 39194 | | $1,058.87<br>$1,058.87 | $1,058.87 | | | $998.94<br>$998.94 | $998.94 |
| | Case Number* <br>05-44640 | | | | Case Number* <br>05-44640 | | | |

Total Count of Claims:  41
Total Amount as Docketed:      $4,190,521.84
Total Amount as Modified:      $2,052,783.88

*See Exhibit F for a listing of debtor entities by case number.

The hearing with respect to the Debtors' Seventeenth Omnibus Claims Objection to
the Claims identified in this Exhibit D-2, previously identified as Exhibit E-2
to the Debtors' Seventeenth Omnibus Claims Objection, has been adjourned to
August 16, 2007 at 10:00 a.m. (prevailing Eastern time).  The deadline for
claimants to respond to the Debtors objection to such Claims is 4:00 p.m.
(prevailing Eastern time) on August 9, 2007.

Page:    11 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16321<br>Date Filed:09/18/06<br>Docketed Total: $92,205.51<br>Filing Creditor Name and Address<br>AMERICAN & EFIRD INC<br>DAVID M GROGAN ESQ<br>SHUMAKER LOOP & KENDRICK LLP<br>128 S TRYON STE 1800<br>CHARLOTTE NC 28202 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number* 05-44640<br>Secured<br>Priority $8,323.61 / $8,323.61<br>Unsecured $83,881.90 / $83,881.90<br>Docketed Total $92,205.51 | Case Number* 05-44640<br>Secured<br>Priority $8,323.61 / $8,323.61<br>Unsecured $82,665.56 / $82,665.56<br>Modified Total $90,989.17 |
| Claim: 7996<br>Date Filed:06/14/06<br>Docketed Total: $19,963.33<br>Filing Creditor Name and Address<br>AMROC INVESTMENTS LLC AS ASSIGNEE<br>OF FEINTOOL NEW YORK INC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Case Number* 05-44640<br>Secured<br>Priority $1,795.90 / $1,795.90<br>Unsecured $18,167.43 / $18,167.43<br>Docketed Total $19,963.33 | Case Number* 05-44640<br>Secured<br>Priority $1,775.91 / $1,775.91<br>Unsecured $13,177.__ / $13,177.__<br>Modified Total $14,953.20 |
| Claim: 2545<br>Date Filed:04/04/06<br>Docketed Total: $339,670.20<br>Filing Creditor Name and Address<br>EAGLEPICHER AUTOMOTIVE INC<br>HILLSDALE DIVISION<br>COLLEEN HITCHINS<br>2424 JOHN DALY<br>INKSTER MI 48141 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number* 05-44481<br>Secured<br>Priority $314,810.19 / $314,810.19<br>Unsecured $24,860.01 / $24,860.01<br>Docketed Total $339,670.20 | Case Number* 05-44640<br>Secured<br>Priority $20,001.80 / $20,001.80<br>Unsecured $313,108.64 / $313,108.64<br>Modified Total $333,110.44 |
| Claim: 2544<br>Date Filed:04/04/06<br>Docketed Total: $56,938.30<br>Filing Creditor Name and Address<br>EAGLEPICHER INC WOLVERINE<br>GASKET DIV<br>COLLEEN HITCHINS<br>2424 JOHN DALY<br>INKSTER MI 48141 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number* 05-44481<br>Secured<br>Priority $7,994.48 / $7,994.48<br>Unsecured $48,943.82 / $48,943.82<br>Docketed Total $56,938.30 | Case Number* 05-44640<br>Secured<br>Priority $7,994.48 / $7,994.48<br>Unsecured $48,943.82 / $48,943.82<br>Modified Total $56,938.30 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9574<br>Date Filed:07/17/06<br>Docketed Total:  $106,700.48<br>Filing Creditor Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND MI 49464 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND MI 49464<br><br>Case Number*  05-44481<br>Docketed Total  $106,700.48<br>Secured<br>Priority  $102,936.28 / $102,936.28<br>Unsecured  $3,764.20 / $3,764.20 | Case Number*  05-44640<br>Modified Total  $106,353.64<br>Secured<br>Priority  $29,054.71 / $29,054.71<br>Unsecured  $77,298.93 / $77,298.93 |
| Claim: 9575<br>Date Filed:07/17/06<br>Docketed Total:  $49,713.99<br>Filing Creditor Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED COMPONEN<br>8450 W 185TH ST<br>TINLEY PK IL 60477 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED COMPONEN<br>8450 W 185TH ST<br>TINLEY PK IL 60477<br><br>Case Number*  05-44481<br>Docketed Total  $49,713.99<br>Secured<br>Priority  $49,713.99 / $49,713.99<br>Unsecured | Case Number*  05-44640<br>Modified Total  $49,713.99<br>Secured<br>Priority  $7,998.74 / $7,998.74<br>Unsecured  $41,715.67 / $41,715.67 |
| Claim: 2181<br>Date Filed:03/03/06<br>Docketed Total:  $152,447.45<br>Filing Creditor Name and Address<br>INTEGRATED CABLE SYSTEMS INC<br>ATTN CURT EVEN<br>504 2ND ST<br>BERTHOUD CO 80513 | Claim Holder Name and Address<br>INTEGRATED CABLE SYSTEMS INC<br>ATTN CURT EVEN<br>504 2ND ST<br>BERTHOUD CO 80513<br><br>Case Number*  05-44507<br>Docketed Total  $152,447.45<br>Secured<br>Priority<br>Unsecured  $152,447.45 / $152,447.45 | Case Number*  05-44507<br>Modified Total  $147,225.69<br>Secured<br>Priority  $28,105.36 / $28,105.36<br>Unsecured  $119,120.33 / $119,120.33 |
| Claim: 6655<br>Date Filed:05/23/06<br>Docketed Total:  $355,445.11<br>Filing Creditor Name and Address<br>KENDALL ELECTRIC INC<br>VERN STEFFEL OR J GATES<br>131 GRAND TRUNK AVE<br>BATTLE CREEK MI 49016 | Claim Holder Name and Address<br>KENDALL ELECTRIC INC<br>VERN STEFFEL OR J GATES<br>131 GRAND TRUNK AVE<br>BATTLE CREEK MI 49016<br><br>Case Number*  05-44640<br>Docketed Total<br>Secured<br>Priority  $0.00 | Case Number*  05-44507<br>Modified Total  $0.00<br>Secured<br>Priority<br>Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 6655 (Continued) | MIDTOWN CLAIMS LLC<br>ATTN MEGHAN SLOW<br>65 E 55TH ST 19TH FL<br>NEW YORK NY 10022 | Docketed Total | | $355,445.11 | | Modified Total | | $331,263.95 |
| | | | $97,429.07<br>$97,429.07 | $258,016.04<br>$258,016.04 | | | $97,429.07<br>$97,429.07 | $233,834.88<br>$233,834.88 |
| | Case Number*<br>05-44640 | | | | Case Number*<br>05-44640 | | | |
| Claim: 10755<br>Date Filed:07/25/06<br>Docketed Total:    $1,007,764.22<br>Filing Creditor Name and Address<br>MAXIM INTEGRATED PRODUCTS INC<br>DAVID B DRAPER ESQ<br>TERRA LAW LLP<br>177 PARK AVE 3RD FL<br>SAN JOSE CA 95113 | MAXIM INTEGRATED PRODUCTS INC<br>DAVID B DRAPER ESQ<br>TERRA LAW LLP<br>177 PARK AVE 3RD FL<br>SAN JOSE CA 95113 | Docketed Total | | $1,007,764.22 | | Modified Total | | $801,350.00 |
| | | | $457,900.00<br>$457,900.00 | $549,864.22<br>$549,864.22 | | | $22,730.81<br>$22,730.81 | $778,619.-<br>$778,619.- |
| | Case Number*<br>05-44640 | | | | Case Number*<br>05-44640 | | | |
| Claim: 2708<br>Date Filed:04/05/06<br>Docketed Total:    $3,014.55<br>Filing Creditor Name and Address<br>METAL POWDER PRODUCTS COMPANY<br>STEVEN KAHN DIRECTOR OF<br>PURCHASING<br>17005 A WESTFIELD PARK RD<br>WESTFIELD IN 46074-9373 | LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $3,014.55 | | Modified Total | | $3,014.55 |
| | | | | $3,014.55<br>$3,014.55 | | | $459.77<br>$459.77 | $2,554.78<br>$2,554.78 |
| | Case Number*<br>05-44481 | | | | Case Number*<br>05-44640 | | | |
| Claim: 8564<br>Date Filed:06/26/06<br>Docketed Total:    $138,773.28<br>Filing Creditor Name and Address<br>ROHM AND HAAS CO<br>ATTN C RANKIN<br>100 INDEPENDENCE MALL W<br>PHILADELPHIA PA 19106 | ROHM AND HAAS CO<br>ATTN C RANKIN<br>100 INDEPENDENCE MALL W<br>PHILADELPHIA PA 19106 | Docketed Total | | $138,773.28 | | Modified Total | | $66,192.24 |
| | | | | $138,773.28<br>$138,773.28 | | | $25,117.91<br>$25,117.91 | $41,074.33<br>$41,074.33 |
| | Case Number*<br>05-44481 | | | | Case Number*<br>05-44481 | | | |

*See Exhibit F for a listing of debtor entities by case number.

Page:    3  of   5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | Claim Holder Name and Address | Secured | Priority | Unsecured |
| Claim: 9315<br>Date Filed:07/11/06<br>Docketed Total: $47,062.62<br>Filing Creditor Name and Address<br>SIEMENS VDO AUTOMOTIVE<br>CORPORATION ASSIGNEE OF<br>AMERICAN ELECTRONIC COMPONENTS<br>INC<br>CHARLES P SCHULMAN<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO IL 60606 | SIEMENS VDO AUTOMOTIVE CORPORATION<br>ASSIGNEE OF AMERICAN ELECTRONIC<br>COMPONENTS INC<br>CHARLES P SCHULMAN<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO IL 60606<br><br>Case Number*: 05-44640 | | | Docketed Total $47,062.62<br><br>$47,062.62<br>$47,062.62 | Case Number*: 05-44640 | | $11,006.25<br><br>$11,006.25 | Modified Total $47,062.62<br><br>$36,056.37<br>$36,056.37 |
| Claim: 14886<br>Date Filed:07/31/06<br>Docketed Total: $205,971.42<br>Filing Creditor Name and Address<br>TECH TOOL & MOLD INC EFT<br>1045 FRENCH ST<br>MEADVILLE PA 16335 | TECH TOOL & MOLD INC EFT<br>1045 FRENCH ST<br>MEADVILLE PA 16335<br><br>Case Number*: 05-44640 | $205,971.42<br>$205,971.42 | | Docketed Total $205,971.42 | Case Number*: 05-44640 | $45,859.51<br>$45,859.51 | | Modified Total $200,530.15<br><br>$154,670.64<br>$154,670.64 |
| Claim: 16671<br>Date Filed:05/23/06<br>Docketed Total: $130,235.05<br>Filing Creditor Name and Address<br>THALER MACHINE COMPANY<br>DAYTON FACILITY<br>257 HOPELAND ST<br>DAYTON OH 45408 | LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*: 05-44640 | | | Docketed Total $130,235.05<br><br>$130,235.05<br>$130,235.05 | Case Number*: 05-44640 | | $31,412.25<br><br>$31,412.25 | Modified Total $130,235.05<br><br>$98,822.80<br>$98,822.80 |
| Claim: 9940<br>Date Filed:07/19/06<br>Docketed Total: $6,678,072.11<br>Filing Creditor Name and Address<br>THYSSEN KRUPP WAUPACA INC<br>LOCK BOX 68 9343<br>MILWAUKEE WI 53268-9343 | SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*: 05-44640 | | | Docketed Total $6,678,072.11<br><br>$6,678,072.11<br>$6,678,072.11 | Case Number*: 05-44640 | | $79,710.92<br><br>$79,710.92 | Modified Total $6,675,684.36<br><br>$6,595,973.44<br>$6,595,973.44 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1787**
Date Filed: 02/06/06
Docketed Total: $596,771.49
Filing Creditor Name and Address
UNIVERSAL BEARINGS INC
PO BOX 38
BREMEN IN 46506

| | | | |
|---|---|---|---|
| Claim Holder Name and Address | | Docketed Total | $464,157.46 |
| GOLDMAN SACHS CREDIT PARTNERS LP | | | |
| ATTN PEDRO RAMIREZ | | | |
| C O GOLDMAN SACHS & CO | | | |
| 30 HUDSON 17TH FL | | | |
| JERSEY CITY NJ 07302 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $464,157.46 |
| | | | $464,157.46 |

| | | | |
|---|---|---|---|
| Claim Holder Name and Address | | Docketed Total | $132,614.03 |
| MADISON NICHE OPPORTUNITIES LLC | | | |
| 6310 LAMAR AVE STE 120 | | | |
| OVERLAND PARK KS 66202 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $132,614.03 | $0.00 |
| | | $132,614.03 | |

CLAIM AS MODIFIED

| | | | |
|---|---|---|---|
| | | Modified Total | $455,719.44 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $455,719.44 |
| | | | $455,719.44 |

| | | | |
|---|---|---|---|
| | | Modified Total | $132,614.03 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,391.72 | $131,222. |
| | | $1,391.72 | $131,222. |

Total Count of Claims: 16
Total Amount as Docketed:        $9,980,749.11
Total Amount as Modified:        $9,642,950.82

*See Exhibit F for a listing of debtor entities by case number.

Page:    5  of   5

**In re Delphi Corporation, et al.**          **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLEO INC<br>4025 VISCOUNT<br>MEMPHIS, TN 38118 | 3048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$18,878.39<br>$18,878.39 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| HOLSET ENGINEERING COMPANY LTD CO CUMMINS BUSINESS SERVICES<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | 11214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,950.96<br>$4,950.96 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$23,829.35** | | |

In re Delphi Corporation, et al.                                    Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CENTER<br>1375 NINTH STREET<br>CLEVELAND, OH 44114 | 11260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $98,066.34<br>$98,066.34 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| AIRGAS EAST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR, PA 19087 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EATON BI STATE VALVE CLAIM<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 12158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,000,000.00<br>$2,000,000.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TEMIC AUTOMOTIVE OF NORTH AMERIC INC<br>CONTINENTAL AUTOMOTIVE SYSTEMS<br>21440 W LAKE COOK RD<br>DEER PARK, IL 60010 | 8391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,385,154.00<br>$8,385,154.00 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VANGUARD DISTRIBUTORS INC<br>PO BOX 608<br>SAVANNAH, GA 31402 | 9319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $788,321.49<br>$788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | 12383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $762,104.80<br>$762,104.80 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 6 | | $12,037,296.11 | | |

**In re Delphi Corporation, et al.**    **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-3 - ADJOURNED BOOKS AND RECORDS TAX CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICES 290 BROADWAY 5TH FL NEW YORK, NY 10007 | 14153 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $2,989.09 $2,989.09 | 06/05/2006 | MOBILEARIA, INC. (05-47474) |
| **Total:** | **1** | | **$2,989.09** | | |

**In re Delphi Corporation, et al.**          **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF MCALLEN<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,696.46<br><br>$3,696.46 | 03/28/2007 | DELPHI CORPORATION<br>(05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,976.58<br><br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION<br>(05-44481) |
| SOUTH TEXAS COLLEGE<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16590 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,257.82<br>$1,257.82 | 03/28/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **3** | | **$7,930.86** | | |

**In re Delphi Corporation, et al.**                    **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-5 - ADJOURNED BOOKS AND RECORDS INSURANCE CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 2539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,750,000.00<br><br><br>$11,750,000.00 | 04/03/2006 | DELPHI CORPORATION<br>(05-44481) |
| | **Total:    1** | | **$11,750,000.00** | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Seventeenth Omnibus Claims Objection

## EXHIBIT E-6 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS Y AIKMAN AUTOMOTI7 E CANADA CO o2533 E7 ERXREEN SOUT8 FIELD6MI 1V. 92 | , 2592 | Scur demm ydt de0n Ami vs ead aPcn Usecur demm Tt al :n | $3, 693. 4o $3, 693. 4o | .3/, 2/o. . 9 | DELy8 I AUTOMOTI7 E SHSTEMS LLC (. 5-1121. ) |
| COLLINS Y AIKMAN AUTOMOTI7 E EGTERIORS INC o2533 E7 ERXREEN SOUT8 FIELD6MI 1V. 92 | , 2599 | Scur demm ydt de0n Ami vs ead aPcn Usecur demm Tt al :n | $,. 6 3o91 $,. 6 3o91 | .3/, 2/o. . 9 | DELy8 I MEC8 ATRONIC SHSTEMS6INC (. 5-11529) |
| COLLINS Y AIKMAN AUTOMOTI7 E EGTERIORS INC o2533 E7 ERXREEN SOUT8 FIELD6MI 1V. 92 | , 259V | Scur demm ydt de0n Ami vs ead aPcn Usecur demm Tt al :n | $9216o53-99 $9216o53-99 | .3/, 2/o. . 9 | DELy8 I AUTOMOTI7 E SHSTEMS LLC (. 5-1121. ) |
| COLLINS Y AIKMAN AUTOMOTI7 E INTERIORS INC o2533 E7 ERXREEN SOUT8 FIELD6MI 1V. 92 | , 2595 | Scur demm $25&6823-51 ydt de0n Ami vs ead aPcn Usecur demm Tt al :n | $25&6823-51 | .3/, 2/o. . 9 | DELy8 I AUTOMOTI7 E SHSTEMS LLC (. 5-1121. ) |
| COLLINS Y AIKMAN AUTOMOTI7 E INTERIORS INC o2533 E7 ERXREEN SOUT8 FIELD6MI 1V. 92 | , 259& | Scur demm $, 96 51482 ydt de0n Ami vs ead aPcn Usecur demm Tt al :n | $, 96 51482 | .3/, 2/o. . 9 | DELy8 I MEC8 ATRONIC SHSTEMS6INC (. 5-11529) |
| CONESTOXA RO7 ERS Y ASSOCIATES INC o. 55 NIAXARA FALLS BL7 D STE 3 NIAXARA FALLS6NH , 13. 1 | , 22. 1 | Scur demm ydt de0n Ami vs ead aPcn Usecur demm Tt al :n | $,1. 6 &54 & $,1. 6 &54 & | .5/o, /o. . 9 | DELy8 I CORyORATION (. 5-111V, ) |

|  | **Total:** | **6** | **$1,623,930.82** |  |  |

Seventeenth Omnibus Claims Objection

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

# EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | Secured | Priority | Unsecured | Claim Holder Name and Address | Modified Total | Secured | Priority | Unsecured |
| Claim: 14278<br>Date Filed: 07/31/06<br>Docketed Total: $18,704.93<br>Filing Creditor Name and Address<br>AIRGAS EAST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR PA 19087 | AIRGAS EAST INC<br>ATTN D BOYLE<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD STE 100<br>RADNOR PA 19087<br>Case Number*: 05-44554 | $18,704.93 | | | $18,704.93<br>$18,704.93 | Case Number*: 05-44640 | $13,927.33 | | | $13,927.33<br>$13,927.33 |
| Claim: 7514<br>Date Filed: 06/06/06<br>Docketed Total: $58,187.44<br>Filing Creditor Name and Address<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA MN 55987-0978 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br>Case Number*: 05-44481 | $55,180.98 | | | $55,180.98<br>$55,180.98 | Case Number*: 05-44640 | $0.00 | | | |
| | FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA MN 55987-0978<br>Case Number*: 05-44481 | $3,006.46 | | | $3,006.46<br>$3,006.46 | Case Number*: 05-44640 | $1,567.26 | | | $1,567.26<br>$1,567.26 |
| Claim: 12829<br>Date Filed: 07/28/06<br>Docketed Total: $90,716.91<br>Filing Creditor Name and Address<br>BARNES GROUP CANADA CORP<br>W JOE WILSON ESQ<br>TYLER COOPER & ALCORN LLP<br>185 ASYLUM ST CITYPLACE I 35TH FL<br>HARTFORD CT 06103-3488 | LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br>Case Number*: 05-44640 | $90,716.91 | | | $90,716.91<br>$90,716.91 | Case Number*: 05-44640 | $88,440.43 | | | $88,440.43<br>$88,440.43 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9080<br>Date Filed: 07/06/06<br>Docketed Total: $66,748.15<br>Filing Creditor Name and Address<br>BENECKE KALIKO AG<br>DANIEL FELDEN<br>CONTINENTAL AG<br>STRAWINSKYLAAN 3111 6TH FL<br>AMSTERDAM 1077ZX<br>NETHERLANDS | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number* 05-44640   Secured   Priority   Docketed Total $66,748.15<br>Unsecured $66,748.15<br>$66,748.15 | Case Number* 05-44640   Secured   Priority   Modified Total $53,024.14<br>Unsecured $53,024.14<br>$53,024.14 |
| Claim: 16542<br>Date Filed: 02/13/07<br>Docketed Total: $50,118.34<br>Filing Creditor Name and Address<br>CENTRAL CAROLINA PRODUCTS INC<br>3250 N BIG BEAVER STE 429<br>TROY MI 48084 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number* 05-44640   Secured   Priority   Docketed Total $50,118.34<br>Unsecured $50,118.34<br>$50,118.34 | Case Number* 05-44640   Secured   Priority   Modified Total $43,473.60<br>Unsecured $43,473.<br>$43,473. |
| Claim: 9079<br>Date Filed: 07/06/06<br>Docketed Total: $129,383.00<br>Filing Creditor Name and Address<br>CONTI TECH ELASTOMER COATINGS<br>DANIEL FELDEN<br>CONTINENTAL AG<br>STRAWINSKYLAAN 3111 6TH FL<br>AMSTERDAM 1077ZX<br>NETHERLANDS | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number* 05-44640   Secured   Priority   Docketed Total $129,383.00<br>Unsecured $129,383.00<br>$129,383.00 | Case Number* 05-44640   Secured   Priority   Modified Total $117,611.00<br>Unsecured $117,611.00<br>$117,611.00 |
| Claim: 9795<br>Date Filed: 07/18/06<br>Docketed Total: $134,225.00<br>Filing Creditor Name and Address<br>ASSIGNEE OF KARDEX SYSTEMS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>KARDEX SYSTEMS INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number* 05-44640   Secured   Priority   Docketed Total $134,225.00<br>Unsecured $134,225.00<br>$134,225.00 | Case Number* 05-44640   Secured   Priority   Modified Total $118,225.00<br>Unsecured $118,225.00<br>$118,225.00 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | | | | Modified Total | | | |
| Claim: 10597<br>Date Filed:07/25/06<br>Docketed Total: $2,419,203.01<br>Filing Creditor Name and Address<br>E I DU PONT DE NEMOURS AND<br>COMPANY DUPONT<br>ATTN SUSAN F HERR<br>DUPONT LEGAL D 4026<br>1007 MARKET ST<br>WILMINGTON DE 19898 | LATIGO MASTER FUND LTD<br>ATTN PAUL MALEK<br>590 MADISON AVE 9TH FL<br>NEW YORK NY 10022 | | | | $2,419,203.01 | | | | | $2,000,792.55 |
| | | | | | | | | | | |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| | Case Number*<br>05-44640 | | | $2,419,203.01 | | Case Number*<br>05-44640 | | | $2,000,792.55 | |
| | | | | $2,419,203.01 | | | | | $2,000,792.55 | |
| Claim: 2523<br>Date Filed:04/03/06<br>Docketed Total: $179,246.02<br>Filing Creditor Name and Address<br>EQUITY CORPORATE HOUSING<br>JONATHAN W YOUNG & JEFFREY L<br>GANSBE<br>WILDMAN HARROLD ALLEN & DIXON<br>LLP<br>225 W WACKER DR STE 3000<br>CHICAGO IL 60606 | EQUITY CORPORATE HOUSING<br>JONATHAN W YOUNG & JEFFREY L<br>GANSBE<br>WILDMAN HARROLD ALLEN & DIXON<br>LLP<br>225 W WACKER DR STE 3000<br>CHICAGO IL 60606 | | | | $179,246.02 | | | | | $154,582.23 |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| | Case Number*<br>05-44640 | $179,246.02 | | | | Case Number*<br>05-44640 | | | $154,582.23 | |
| | | $179,246.02 | | | | | | | $154,582.23 | |
| Claim: 1913<br>Date Filed:02/09/06<br>Docketed Total: $161,818.99<br>Filing Creditor Name and Address<br>EST TESTING SOLUTIONS<br>STEPHEN B GROW<br>WARNER NORCROSS & JUDD LLP<br>111 LYON ST NW STE 900<br>GRAND RAPIDS MI 49503 | LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | $161,818.99 | | | | | $138,463.99 |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| | Case Number*<br>05-44640 | | | $161,818.99 | | Case Number*<br>05-44640 | | | $138,463.99 | |
| | | | | $161,818.99 | | | | | $138,463.99 | |

*See Exhibit F for a listing of debtor entities by case number.

Page: 3 of 9

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

# EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9951<br>Date Filed: 07/19/06<br>Docketed Total: $79,244.79<br>Filing Creditor Name and Address<br>FERRO ELECTRONIC MATERIALS<br>FERRO CORPORATION<br>1000 LAKESIDE AVE<br>CLEVELAND OH 44114<br><br>Case Number*<br>05-44481 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE S 225<br>GREENWICH CT 06830<br><br>Case Number*  Docketed Total  $79,244.79<br>05-44481<br>Secured  Priority<br>Unsecured  $79,244.79<br>$79,244.79 | Case Number*  Modified Total  $59,881.66<br>05-44640<br>Secured  Priority<br>Unsecured  $59,881.66<br>$59,881.66 |
| Claim: 2342<br>Date Filed: 03/20/06<br>Docketed Total: $2,801,641.96<br>Filing Creditor Name and Address<br>FIRSTENERGY SOLUTIONS CORP<br>BANKRUPTCY ANALYST<br>395 GHENT RD<br>AKRON OH 44333<br><br>Case Number*<br>05-44481 | Claim Holder Name and Address<br>FIRSTENERGY SOLUTIONS CORP<br>BANKRUPTCY ANALYST<br>395 GHENT RD<br>AKRON OH 44333<br><br>Case Number*  Docketed Total  $2,801,641.96<br>05-44481<br>Secured  Priority<br>Unsecured  $2,801,641.96<br>$2,801,641.96 | Case Number*  Modified Total  $508,267.41<br>05-44640<br>Secured  Priority<br>Unsecured  $508,267.41<br>$508,267.41 |
| Claim: 16511<br>Date Filed: 06/08/06<br>Docketed Total: $59,175.40<br>Filing Creditor Name and Address<br>FRAENKISCHE USA LP<br>ATTN SIMONE KRAUS<br>SMITH GAMBRELL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA GA 30309<br><br>Case Number*<br>05-44640 | Claim Holder Name and Address<br>FRAENKISCHE USA LP<br>ATTN SIMONE KRAUS<br>SMITH GAMBRELL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA GA 30309<br><br>Case Number*  Docketed Total  $59,175.40<br>05-44640<br>Secured  Priority<br>Unsecured  $59,175.40<br>$59,175.40 | Case Number*  Modified Total  $159.89<br>05-44640<br>Secured  Priority<br>Unsecured  $159.89<br>$159.89 |
| Claim: 9466<br>Date Filed: 07/13/06<br>Docketed Total: $2,114,936.05<br>Filing Creditor Name and Address<br>HARCO BRAKE SYSTEMS INC<br>PO BOX 326<br>ENGLEWOOD OH 45322<br><br>Case Number*<br>05-44640 | Claim Holder Name and Address<br>HARCO BRAKE SYSTEMS INC<br>PO BOX 326<br>ENGLEWOOD OH 45322<br><br>Case Number*  Docketed Total  $2,114,936.05<br>05-44640<br>Secured  Priority<br>Unsecured  $2,114,936.05<br>$2,114,936.05 | Case Number*  Modified Total  $2,099,080.09<br>05-44640<br>Secured  Priority<br>Unsecured  $2,099,080.09<br>$2,099,080.09 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | Docketed Total | | Secured | Priority | Unsecured | Modified Total |
| Claim: 1715<br>Date Filed: 01/30/06<br>Docketed Total: $127,058.35<br>Filing Creditor Name and Address<br>HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307 | HENMAN ENGINEERING & MACHINE INC<br>THOMAS HENMAN PRESIDENT<br>3301 MT PLEASANT BLVD<br>PO BOX 2633<br>MUNCIE IN 47307<br><br>Case Number*<br>05-44596 | | | $127,058.35<br>$127,058.35 | $127,058.35 | Case Number*<br>05-44596 | | | $92,916.58<br>$92,916.58 | $92,916.58 |
| Claim: 8791<br>Date Filed: 06/30/06<br>Docketed Total: $9,790.00<br>Filing Creditor Name and Address<br>MASTERS TOOL & DIE INC<br>4485 MARLEA DR<br>SAGINAW MI 48601-7230 | CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*<br>05-44481 | | | $9,790.00<br>$9,790.00 | $9,790.00 | Case Number*<br>05-44640 | | | $6,290.00<br>$6,290.00 | $6,290.00 |
| Claim: 2711<br>Date Filed: 04/05/06<br>Docketed Total: $15,750.00<br>Filing Creditor Name and Address<br>METAL POWDER PRODUCTS COMPANY<br>STEVEN KAHN DIRECTOR OF PURCHASING<br>17005 A WESTFIELD PARK RD<br>WESTFIELD IN 46074-9373 | LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*<br>05-44481 | | | $15,750.00<br>$15,750.00 | $15,750.00 | Case Number*<br>05-44640 | | | $14,070.00<br>$14,070.00 | $14,070.00 |
| Claim: 2712<br>Date Filed: 04/05/06<br>Docketed Total: $26,184.00<br>Filing Creditor Name and Address<br>METAL POWDER PRODUCTS COMPANY<br>STEVEN KAHN DIRECTOR OF PURCHASING<br>17005 A WESTFIELD PARK RD<br>WESTFIELD IN 46074-9373 | LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*<br>05-44481 | | | $26,184.00<br>$26,184.00 | $26,184.00 | Case Number*<br>05-44640 | | | $20,104.03<br>$20,104.03 | $20,104.03 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | Secured | Priority / Unsecured | | Modified Total | Secured | Priority / Unsecured |
| Claim: 10231<br>Date Filed:07/21/06<br>Docketed Total:    $6,132.75<br>Filing Creditor Name and Address<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM<br>PERIM<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227 | MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM<br>PERLMA<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227<br>Case Number* 05-44624 | $6,132.75 | | Unsecured $6,132.75<br>$6,132.75 | Case Number* 05-44624 | $6,132.75 | | Unsecured $6,132.75<br>$6,132.75 |
| Claim: 10232<br>Date Filed:07/21/06<br>Docketed Total:    $108,287.35<br>Filing Creditor Name and Address<br>MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM<br>PERIM<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227 | MOTION INDUSTRIES INC<br>KIMBERLY J ROBINSON<br>BARRACK FERRAZZANO KIRSCHBAUM<br>PERIM<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-1227<br>Case Number* 05-44507 | $108,287.35 | | Unsecured $108,287.35<br>$108,287.35 | Case Number* 05-44507 | $108,287.35 | | Unsecured $108,287.35<br>$108,287.35 |
| Claim: 12181<br>Date Filed:07/28/06<br>Docketed Total:    $774,413.31<br>Filing Creditor Name and Address<br>OHIO EDISON COMPANY<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILLE OH 44141 | OHIO EDISON COMPANY<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILLE OH 44141<br>Case Number* 05-44481 | $774,413.31 | | Unsecured $774,413.31<br>$774,413.31 | Case Number* 05-44640 | $589,907.31 | | Unsecured $589,907.30<br>$589,907.30 |
| Claim: 2680<br>Date Filed:04/18/06<br>Docketed Total:    $111,073.70<br>Filing Creditor Name and Address<br>ROTHRIST TUBE INC<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070 | ROTHRIST TUBE INC<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070<br>Case Number* 05-44640 | $111,073.70 | | Unsecured $111,073.70<br>$111,073.70 | Case Number* 05-44640 | $100,896.19 | | Unsecured $100,896.19<br>$100,896.19 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| Claim: 8673<br>Date Filed: 06/27/06<br>Docketed Total: $15,307.20<br>Filing Creditor Name and Address<br>SIEMENS PLC A&D DIVISION<br>C O ELIZABETH GUNN ESQ MCGUIRE WOOD<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219 | Claim Holder Name and Address<br>SIEMENS PLC A&D DIVISION<br>C O ELIZABETH GUNN ESQ MCGUIRE WOOD<br>ONE JAMES CENTER<br>901 EAST CARY ST<br>RICHMOND VA 23219 | Docketed Total $15,307.20 | | | | | Modified Total $5,674.40 | | | |
| | Case Number*<br>05-44610 | | | | Unsecured<br>$15,307.20<br>$15,307.20 | Case Number*<br>05-44610 | | | | Unsecured<br>$5,674.40<br>$5,674.40 |
| Claim: 14670<br>Date Filed: 07/31/06<br>Docketed Total: $16,977.50<br>Filing Creditor Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE EISSMANN GROUP AUTOMOTIVE ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>EISSMANN GROUP AUTOMOTIVE ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total $16,977.50 | | | | | Modified Total $11,624.82 | | | |
| | Case Number*<br>05-44640 | | | | Unsecured<br>$16,977.50<br>$16,977.50 | Case Number*<br>05-44640 | | | | Unsecured<br>$11,624.82<br>$11,624.82 |
| Claim: 14687<br>Date Filed: 07/31/06<br>Docketed Total: $15,273.82<br>Filing Creditor Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE K A TECHNOLOGIES ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>K A TECHNOLOGIES ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total $15,273.82 | | | | | Modified Total $13,977.06 | | | |
| | Case Number*<br>05-44640 | | | | Unsecured<br>$15,273.82<br>$15,273.82 | Case Number*<br>05-44640 | | | | Unsecured<br>$13,977.06<br>$13,977.06 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 10397<br>Date Filed:07/24/06<br>Docketed Total:  $59,289.47<br>Filing Creditor Name and Address<br>SPX CORPORATION CONTECH<br>DIVISION<br>C O RONALD R PETERSON<br>ONE IBM PLAZA<br>CHICAGO IL 60611 | SPX CORPORATION CONTECH DIVISION<br>C O RONALD R PETERSON<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO IL 60611 | | Docketed Total | $59,289.47 | | | Modified Total | $59,289.47 |
| | Case Number*<br>05-44640 | | Priority<br>$59,289.47 | Unsecured | | | Priority<br>$59,289.47 | Unsecured<br>$59,289.47 |
| | | | $59,289.47 | | | | | $59,289.47 |
| Claim: 10707<br>Date Filed:07/26/06<br>Docketed Total:  $12,731,160.31<br>Filing Creditor Name and Address<br>TYCO ELECTRONICS CORPORATION<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 3826<br>HARRISBURG PA 17105-3608 | TYCO ELECTRONICS CORPORATION<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 3826<br>HARRISBURG PA 17105-3608 | | Docketed Total | $12,731,160.31 | | | Modified Total | $1,892,948.59 |
| | Case Number*<br>05-44481 | | Priority | Unsecured<br>$12,731,160.31 | | Case Number*<br>05-44507<br>05-44511<br>05-44624<br>05-44640 | | Priority | Unsecured<br>$1,917.—<br>$9,300.—<br>$34,332.—<br>$1,847,397.—<br>$1,892,948.— |
| | | | | $12,731,160.31 | | | | | |
| Claim: 12017<br>Date Filed:07/28/06<br>Docketed Total:  $99,852.32<br>Filing Creditor Name and Address<br>ZF BOGE ELASTMETALL LLC<br>JOHN J HUNTER ATTORNEY<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO OH 43604 | ZF BOGE ELASTMETALL LLC<br>JOHN J HUNTER ATTORNEY<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO OH 43604 | | Docketed Total | $99,852.32 | | | Modified Total | $74,932.82 |
| | Case Number*<br>05-44640 | | Priority | Unsecured<br>$99,852.32 | | Case Number*<br>05-44640 | | Priority | Unsecured<br>$74,932.82 |
| | | | | $99,852.32 | | | | | $74,932.82 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | $415,801.69 | | Modified Total | | $75,000.00 |
| Claim: 2464 | ZYLUX ACOUSTIC CORP | | | | | | | |
| Date Filed:03/31/06 | ZYLUX AMERICA INC | | | | | | | |
| Docketed Total: $415,801.69 | 100 EMERSON LN STE 1513 | | | | | | | |
| Filing Creditor Name and Address | BRIDGEVILLE PA 15017 | | | | | | | |
| ZYLUX ACOUSTIC CORP | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| ZYLUX AMERICA INC | Case Number** | | | $415,801.69 | Case Number** | | | $75,000.00 |
| 100 EMERSON LN STE 1513 | 05-44481 | | | $415,801.69 | 05-44640 | | | $75,000.00 |
| BRIDGEVILLE PA 15017 | | | | | | | | |

Total Count of Claims: 29
Total Amount as Docketed:    $22,895,701.76
Total Amount as Modified:     $8,469,547.94

*See Exhibit F for a listing of debtor entities by case number.

Page:    9 of  9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15201<br>Date Filed: 07/31/06<br>Docketed Total: $123,166.50<br>Filing Creditor Name and Address<br>ASI<br>ASI PREPETITION<br>6285 GARFIELD AVE<br>CASS CITY MI 48726 | Claim Holder Name and Address<br>ASI<br>ASI PREPETITION<br>6285 GARFIELD AVE<br>CASS CITY MI 48726<br><br>Docketed Total $123,166.50<br>Secured   Priority   Unsecured $123,166.50<br>Case Number* 05-44481<br>$123,166.50 | Modified Total $35,107.98<br>Secured   Priority $325.80   Unsecured $34,782.18<br>Case Number* 05-44640<br>$325.80   $34,782.18 |
| Claim: 9112<br>Date Filed: 07/07/06<br>Docketed Total: $135,377.75<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH CT 06830 | Docketed Total $135,377.75<br>Secured   Priority $29,610.00   Unsecured $105,767.75<br>Case Number* 05-44640<br>$29,610.00   $105,767.75 | Modified Total $127,078.50<br>Secured   Priority $29,610.00   Unsecured $97,468.50<br>Case Number* 05-44640<br>$29,610.00   $97,468.50 |
| Claim: 10388<br>Date Filed: 07/24/06<br>Docketed Total: $141,675.49<br>Filing Creditor Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total $141,675.49<br>Secured   Priority   Unsecured $141,675.49<br>Case Number* 05-44640<br>$141,675.49 | Modified Total $141,675.49<br>Secured   Priority $14,138.65   Unsecured $127,536.84<br>Case Number* 05-44640<br>$14,138.65   $127,536.84 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9113**
Date Filed: 07/07/06
Docketed Total: $116,590.48
Filing Creditor Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PRESTOLITE WIRE
CORPORATION
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CLAIM AS DOCKETED:
Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
PRESTOLITE WIRE CORPORATION
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| | Docketed Total | $116,590.48 |
|---|---|---|
| Case Number*: 05-44640 | | |
| Secured | Priority | Unsecured |
| | $16,141.07 | $100,449.41 |
| | $16,141.07 | $100,449.41 |

CLAIM AS MODIFIED:

| | Modified Total | $103,372.28 |
|---|---|---|
| Case Number*: 05-44640 | | |
| Secured | Priority | Unsecured |
| | $16,141.07 | $87,231.21 |
| | $16,141.07 | $87,231.21 |

**Claim: 10385**
Date Filed: 07/24/06
Docketed Total: $102,464.27
Filing Creditor Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SIERRA PLASTICS
INC AKA SIERRA EL PASO
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CLAIM AS DOCKETED:
Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
SIERRA PLASTICS INC AKA SIERRA EL
PASO
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| | Docketed Total | $102,464.27 |
|---|---|---|
| Case Number*: 05-44640 | | |
| Secured | Priority | Unsecured |
| | | $102,464.27 |
| | | $102,464.27 |

CLAIM AS MODIFIED:

| | Modified Total | $100,918.82 |
|---|---|---|
| Case Number*: 05-44640 | | |
| Secured | Priority | Unsecured |
| | $12,586.47 | $88,332.47 |
| | $12,586.47 | $88,332.47 |

**Claim: 12696**
Date Filed: 07/28/06
Docketed Total: $109,002.60
Filing Creditor Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH INC
ATTN ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CLAIM AS DOCKETED:
Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF
TRELLEBORG YSH INC
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| | Docketed Total | $109,002.60 |
|---|---|---|
| Case Number*: 05-44640 | | |
| Secured | Priority | Unsecured |
| | $15,865.76 | $93,136.84 |
| | $15,865.76 | $93,136.84 |

CLAIM AS MODIFIED:

| | Modified Total | $89,520.40 |
|---|---|---|
| Case Number*: 05-44640 | | |
| Secured | Priority | Unsecured |
| | $1,445.02 | $88,075.38 |
| | $1,445.02 | $88,075.38 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

### CLAIM TO BE MODIFIED / CLAIM AS DOCKETED

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | |
|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | | $91,243.71 |
| Claim: 12694 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF | | | | |
| Date Filed: 07/28/06 | TRELLEBORG YSH SA DE CV | | | | |
| Docketed Total: $91,243.71 | ALPA JIMENEZ | | | | |
| Filing Creditor Name and Address | CONTRARIAN FUNDS LLC | | | | |
| CONTRARIAN FUNDS LLC AS | 411 W PUTNAM AVE STE 225 | | | | |
| ASSIGNEE OF TRELLEBORG YSH SA | GREENWICH CT 06830 | | | | |
| DE CV | | Secured | Priority | | Unsecured |
| ALPA JIMENEZ | Case Number*: | | | | $91,243.71 |
| CONTRARIAN FUNDS LLC | 05-44640 | | | | |
| 411 W PUTNAM AVE STE 225 | | | | | $91,243.71 |
| GREENWICH CT 06830 | | | | | |
| | | | | | |
| Claim: 10907 | Claim Holder Name and Address | Docketed Total | | | $929,544.79 |
| Date Filed: 07/25/06 | DATWYLER RUBBER & PLASTICS | | | | |
| Docketed Total: $929,544.79 | ATTN LINDA BARR | | | | |
| Filing Creditor Name and Address | NELSON MULLINS RILEY & | | | | |
| DATWYLER RUBBER & PLASTICS | SCARBOROUGH | | | | |
| ATTN LINDA BARR | PO BOX 11070 | | | | |
| NELSON MULLINS RILEY & | COLUMBIA SC 29211-1070 | | | | |
| SCARBOROUGH | | Secured | Priority | | Unsecured |
| PO BOX 11070 | Case Number*: | | | | $929,544.79 |
| COLUMBIA SC 29211-1070 | 05-44640 | | | | |
| | | | | | $929,544.79 |
| | | | | | |
| Claim: 5568 | Claim Holder Name and Address | Docketed Total | | | $307,574.95 |
| Date Filed: 05/10/06 | CONTRARIAN FUNDS LLC | | | | |
| Docketed Total: $307,574.95 | ATTN ALISA MOMOLA | | | | |
| Filing Creditor Name and Address | 411 W PUTNAM AVE S 225 | | | | |
| FOSTER ELECTRIC USA INC | GREENWICH CT 06830 | | | | |
| C O MASUDA FUNAI EIFERT & | | Secured | Priority | | Unsecured |
| MITCHELL | Case Number*: | | | | $307,574.95 |
| 203 N LASALLE ST STE 2500 | 05-44640 | | | | |
| CHICAGO IL 60601-1262 | | | | | $307,574.95 |

### CLAIM AS MODIFIED

| CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|
| Modified Total | | | | $82,066.88 |
| Secured | Priority | | | Unsecured |
| | $14,420.74 | | | $67,646.14 |
| Case Number*: 05-44640 | | | | |
| | $14,420.74 | | | $67,646.14 |
| | | | | |
| Modified Total | | | | $902,131.56 |
| Secured | Priority | | | Unsecured |
| | $2,430.09 | | | $899,701.47 |
| Case Number*: 05-44640 | | | | |
| | $2,430.09 | | | $899,701.47 |
| | | | | |
| Modified Total | | | | $306,445.51 |
| Secured | Priority | | | Unsecured |
| | $433.60 | | | $306,011.91 |
| Case Number*: 05-44640 | | | | |
| | $433.60 | | | $306,011.91 |

Page: 3 of 6

*See Exhibit F for a listing of debtor entities by case number.

Seventeenth Omnibus Claims Objection

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

# EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number* | Secured | Priority | Unsecured | Docketed Total | Case Number* | Secured | Priority | Unsecured | Modified Total |
| Claim: 11292<br>Date Filed: 07/27/06<br>Docketed Total: $1,298,844.76<br>Filing Creditor Name and Address<br>HOOVER PRECISION PRODUCTS INC & SUBSIDIARIES<br>HOOVER PRECISION<br>PO BOX 899<br>CUMMING GA 30028 | HOOVER PRECISION PRODUCTS INC & SUBSIDIARIES<br>HOOVER PRECISION<br>PO BOX 899<br>CUMMING GA 30028<br>05-44481 | | | | $1,298,844.76<br>$1,298,844.76 | $1,298,844.76 | 05-44640 | | $301,625.75<br>$301,625.75 | $976,755.77<br>$976,755.77 | $1,278,381.52 |
| Claim: 14534<br>Date Filed: 07/31/06<br>Docketed Total: $3,629,694.59<br>Filing Creditor Name and Address<br>L&W ENGINEERING CO<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304 | L&W ENGINEERING CO<br>RYAN D HEILMAN ESQ<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS MI 48304<br>05-44640 | | $3,629,694.59<br>$3,629,694.59 | | $3,629,694.59 | $3,629,694.59 | 05-44640 | | $1,376.54<br>$1,376.54 | $437,879.54<br>$437,879.54 | $439,255.68 |
| Claim: 2402<br>Date Filed: 03/24/06<br>Docketed Total: $2,537,512.52<br>Filing Creditor Name and Address<br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019 | MOTOROLA INC AKA MOTOROLA AIEG<br>MOTOROLA INC AKA MOTOROLA AIEG<br>PETER A CLARK & THOMAS J AUGSPURGER<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO IL 60606<br>05-44640 | | $750,487.44<br>$750,487.44 | | $1,787,025.08<br>$1,787,025.08 | $2,537,512.52 | 05-44640 | | $39,060.00<br>$39,060.00 | $2,477,036.88<br>$2,477,036.88 | $2,516,096.88 |
| Claim: 16368<br>Date Filed: 10/16/06<br>Docketed Total: $9,911,978.07<br>Filing Creditor Name and Address<br>NEC ELECTRONICS AMERICA INC<br>ATTN DENNIS BALANESI<br>2880 SCOTT BLVD<br>SANTA CLARA CA 95052-8062 | NEC ELECTRONICS AMERICA INC<br>ATTN DENNIS BALANESI<br>2880 SCOTT BLVD<br>SANTA CLARA CA 95052-8062<br>05-44481 | | $308,024.19<br>$308,024.19 | $3,424,138.98<br>$3,424,138.98 | $6,179,814.90<br>$6,179,814.90 | $9,911,978.07 | 05-44640 | | $3,424,138.98<br>$3,424,138.98 | $6,172,133.12<br>$6,172,133.12 | $9,596,272.10 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Seventeenth Omnibus Claims Objection

## EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 11566 Date Filed:07/27/06 Docketed Total: $5,764,040.00 Filing Creditor Name and Address ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC QUARLES & BRADY STREICH LANG LLP ONE RENAISSANCE SQUARE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH CT 06830 **Docketed Total** $5,764,040.00 | | | | **Modified Total** $5,764,040.00 | | | |
| | **Case Number\*** 05-44640 | | | $5,764,040.00 | **Case Number\*** 05-44640 | | $118,885.06 | $5,645,154.94 |
| | | | | $5,764,040.00 | | | $118,885.06 | $5,645,154.94 |
| Claim: 14141 Date Filed:07/31/06 Docketed Total: $2,565,472.27 Filing Creditor Name and Address SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION ATTN BRIAN JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH CT 06830 | CONTRARIAN FUNDS LLC ATTN ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 **Docketed Total** $2,492,426.58 | | | | **Modified Total** $2,243,971.67 | | | |
| | **Case Number\*** 05-44640 | | | $2,492,426.58 | **Case Number\*** 05-44507 | | | $24,324.xx |
| | | | | | 05-44640 | | | $2,219,647.xx |
| | | | | $2,492,426.58 | | | | $2,243,971.67 |
| | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION ATTN BRIAN JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH CT 06830 **Docketed Total** $73,045.69 | | | | **Modified Total** $121,842.03 | | | |
| | **Case Number\*** 05-44640 | | $73,045.69 | | **Case Number\*** 05-44507 | | $386.01 | |
| | | | | | 05-44640 | | $121,456.02 | |
| | | | $73,045.69 | | | | $121,842.03 | |

Page:  5  of  6

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.                                                                 Seventeenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14141 (Continued)**

Claim: 10724
Date Filed: 07/25/06
Docketed Total:    $1,384,396.89
Filing Creditor Name and Address
STAHL SPECIALTY COMPANY EFT
ATTN GUY TODD
3155 W BIG BEAVER RD
PO BOX 2601
TROY MI 48007-2601

Claim Holder Name and Address
SPCP GROUP LLC
ATTN BRIAN JARMAIN
2 GREENWICH PLZ 1ST FL
GREENWICH CT 06830

Docketed Total    $1,384,396.89

Modified Total    $1,328,444.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,384,396.89 | 05-44640 | | $269,578.01 | $1,058,866.91 |
| | | | $1,384,396.89 | | | $269,578.01 | $1,058,866.91 |

Claim: 11200
Date Filed: 07/26/06
Docketed Total:    $358,909.35
Filing Creditor Name and Address
UNITED PLASTICS GROUP INC
WILLIAM HOLBROOK DIRECTOR OF
FINANC
1420 KENSINGTON RD STE 209
OAK BROOK IL 60523

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Docketed Total    $358,909.35

Modified Total    $281,972.65

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $358,909.35 | 05-44640 | | $1,444.80 | $280,527.85 |
| | | | $358,909.35 | | | $1,444.80 | $280,527.85 |

Total Count of Claims:  17
Total Amount as Docketed:      $29,507,488.99
Total Amount as Modified:      $25,458,594.87

*See Exhibit F for a listing of debtor entities by case number.                                    Page:    6 of  6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                Debtors.                  :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
INSURANCE CLAIM NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D)
UNTIMELY CLAIMS AND UNTIMELY TAX CLAIMS, AND (E) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS
ASSERTING RECLAMATION IDENTIFIED IN SEVENTEENTH
OMNIBUS CLAIMS OBJECTION

("SEVENTEENTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors'

Books And Records, (D) Untimely Claims And Untimely Tax Claim, And (E) Claims Subject To

Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation,

dated June 15, 2007 (the "Seventeenth Omnibus Claims Objection"),[1] of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"); and upon the record of the hearing held on the Seventeenth

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
       Seventeenth Omnibus Claims Objection.

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

    A.    Each holder of a claim, (as such term is defined in 11 U.S.C. §

101(5)) (as to each, a "Claim") listed on Exhibits A-1, A-2, B-1, B-2, B-3, C, D-1, D-2, E-1,

E-2, and ED-3 hereto was properly and timely served with a copy of the Seventeenth

Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the

Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,

9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket

No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the

Seventeenth Omnibus Claims Objection, and notice of the deadline for responding to the

Seventeenth Omnibus Claims Objection.  No other or further notice of the Seventeenth

Omnibus Claims Objection is necessary.

    B.    This Court has jurisdiction over the Seventeenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Seventeenth Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Seventeenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408

and 1409.

    C.    The Claims listed on Exhibit A-1[3] hereto contain insufficient

documentation to support the Claims asserted (the "Insufficiently Documented Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2    DeltaView comparison of pcdocs://chisr01a/551473/4 and pcdocs://chisr01a/551473/8. Performed on 7/18/2007.

D.      The Claim listed on <u>Exhibit A-2</u> hereto contains insufficient documentation to support the Claim asserted and was also untimely filed pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

E.      The Claims listed on <u>Exhibit B-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

~~F.      The Claim listed on Exhibit B-2 hereto, which was filed by a taxing authority, contains liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Tax Claim").~~

F.      ~~G.~~ The Claims listed on <u>Exhibit B-~~3~~2</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

~~H.      The Claim listed on Exhibit C hereto contains liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Insurance Claim").~~

~~I.      The Claims listed on Exhibit D-1 hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").~~

---

*(cont'd from previous page)*

3       Certain of the addresses set forth on Exhibits A-1, A-2, B-1, B-2, C, D-1, D-3, E-1, E-2, E-3, E-4, E-5, E-6, E-7, and E-8 may appear in abbreviated form because of the format of the exhibits.  The Debtors used the full and complete address for each claimant listed on these exhibits when they served each claimant with a copy of the Seventeenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, and a copy of the Claims Objection Procedures Order.  The Debtors shall use the same full and complete address for each claimant listed on these exhibits when they serve a notice of entry of this order.

3       DeltaView comparison of pcdocs://chisr01a/551473/4 and pcdocs://chisr01a/551473/8. Performed on 7/18/2007.

G.    ~~J.~~ The Tax Claims listed on Exhibit ~~D-2~~C hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims").

H.    ~~K.~~ The Claims listed on Exhibit ~~E~~D-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

~~L.    The Tax Claims listed on Exhibit E-2 hereto (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (the "Tax Claims Subject To Modification").~~

I.    ~~M.~~ The Claims listed on Exhibit ~~E~~D-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

J.    ~~N.~~ The relief requested in the Seventeenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each Insufficiently Documented Claim listed on Exhibit A-1 hereto is hereby disallowed and expunged in its entirety.

2.      The Untimely Insufficiently Documented Claim listed on Exhibit A-2 hereto is hereby disallowed and expunged in its entirety.

3.      Each Books And Records Claim listed on Exhibit B-1 hereto is hereby disallowed and expunged in its entirety.

4.      The Books And Records Tax Claim listed on Exhibit B-2 hereto is hereby disallowed and expunged in its entirety.

5.      Each Untimely Books And Records Claim listed on Exhibit B-3 hereto is hereby disallowed and expunged in its entirety.

6.      The Books And Records Insurance Claim listed on Exhibit C hereto is hereby disallowed and expunged in its entirety.

4.      7. Each Untimely Claim listed on Exhibit D-1Each Untimely Books And Records Claim listed on Exhibit B-2 hereto is hereby disallowed and expunged in its entirety.

5.      8. Each Untimely Tax Claim listed on Exhibit D-2C hereto is hereby disallowed and expunged in its entirety.

6.      9. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit ED-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit ED-1 shall be entitled to (a) a recovery for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit ED-1, subject to the Debtors' right to further

5       DeltaView comparison of pcdocs://chisr01a/551473/4 and pcdocs://chisr01a/551473/8. Performed on 7/18/2007.

object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.    Each "Claim As Docketed" amount and Debtor listed on Exhibit E-2 hereto is hereby revised to reflect the amount and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit E-2 shall be entitled to (a) a recovery for any Tax Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit E-2, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit E-2, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.    11. Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit ED-3 hereto is hereby revised to reflect the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit ED-3 shall be entitled to (a) a recovery for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit ED-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit ED-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6    DeltaView comparison of pcdocs://chisr01a/551473/4 and pcdocs://chisr01a/551473/8. Performed on 7/18/2007.

8.      With respect to each Claim for which a Response to the Seventeenth Omnibus Claims Objection has been filed and served, other than a Response filed by a claimant whose Claim is listed on Exhibit E-2[4] to the Seventeenth Omnibus Claims Objection, and which has not been resolved by the parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, E-4, E-5, E-6, E-7, and E-8 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

9.      With respect to each Claim listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection, all of which Claims are listed on Exhibit D-2 hereto, the hearing regarding the objection to such Claims is adjourned to August 16, 2007 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York and the deadline for claimants holding such Claims to respond to the Seventeenth Omnibus Claims Objection is extended to 4:00 p.m. (prevailing Eastern time) on August 9, 2007.

10.      12. Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Seventeenth Omnibus Claims Objection.

11.      13. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

---

[4]      Each Claim listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection is listed on Exhibit D-2 hereto.

7      DeltaView comparison of pcdocs://chisr01a/551473/4 and pcdocs://chisr01a/551473/8. Performed on 7/18/2007.

12. ~~14.~~ This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Seventeenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

13. ~~15.~~ Each of the objections by the Debtors to each Claim addressed in the Seventeenth Omnibus Claims Objection ~~attached hereto as~~and set forth on Exhibits ~~A-1, A-2, B-1, B-2, B-3~~ ~~C,~~ ~~D-1, D-2,~~ E-1, E-2, E-3, E-4, E-5, E-6, E-7, and E-3̲8 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Seventeenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

14. ~~16.~~ Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

15. ~~17.~~ The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Seventeenth Omnibus Claims Objection.

Dated: New York, New York
      July ___, 2007

_____
    UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Wednesday, July 18, 2007 3:40:16 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/551473/4 |
| Document 2 | pcdocs://chisr01a/551473/8 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---|
| Insertion |
| Deletion |
| <Moved from> |
| >Moved to< |
| Style change |
| Format change |
| Moved deletion |

| | |
|---|---|
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 28 |
| Deletions | 42 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 70 |