EXHIBIT 1

## Causes of Overpayment

| Wire And Supporting Invoice Numbers | Amt Paid by Both Wire and Dacor | Dacor Pay Date | Check Number |
|---|---|---|---|
| Wire AFC22849 9/30/05 | | | |
| Invoice 1651255 | 60,370.08 | 10/7/2005 | 676791 |
| Invoice 1651262 | 937.76 | 10/7/2005 | 676791 |
| Invoice 1651256 | 114,445.66 | 10/7/2005 | 676791 |
| Invoice 1651270 | 1,182.02 | 10/7/2005 | 676791 |
| Invoice 1651275 | 1,772.36 | 10/7/2005 | 676791 |
| Invoice 1651276 | 1,598.53 | 10/7/2005 | 676791 |
| Invoice 1651277 | 1,542.04 | 10/7/2005 | 676791 |
| Invoice 1651845 | 1,507.99 | 10/7/2005 | 676791 |
| Invoice 1651846 | 1,541.95 | 10/7/2005 | 676791 |
| Invoice 1651847 | 137.21 | 10/7/2005 | 676791 |
| Invoice 1651848 | 113.16 | 10/7/2005 | 676791 |
| Invoice 1651849 | 81.83 | 10/7/2005 | 676791 |
| Invoice 1646929 | 63,569.99 | 10/7/2005 | 676791 |
| Invoice 1651027 | 105,682.57 | 10/7/2005 | 676791 |
| Total Wire AFC22849 9/30/05 | 354,483.15 | | |