EXHIBIT 2

MSX — Unpaid Post Petition Invoices — As of 7/31/2007

| DUNS # | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Status | Due Date |
|---|---|---|---|---|---|---|---|
| RD 044012222 | 'ACM1750633 | 2/22/2006 | $916.00 | 1750633 | | Ready To Pay | 7/26/2007 |
| RD 044012222 | '5204782878001 | 2/26/2006 | $1,550.25 | 1754625 | D0450161348 | Ready To Pay | 4/2/2006 |
| RD 044012222 | '5204823902001 | 3/15/2006 | $11,760.00 | 1766013 | D0450213750 | Ready To Pay | 5/2/2006 |
| RD 044012222 | '5205385827001 | 3/31/2006 | $2,520.00 | 1775242 | D0450161348 | Ready To Pay | 6/9/2006 |
| RD 044012222 | '5205104717001 | 4/24/2006 | $3,450.00 | 48547 | D0450271100 | Ready To Pay | 6/2/2006 |
| RD 044012222 | '5205128526001 | 4/28/2006 | $4,700.00 | 49271 | D0450217530 | Ready To Pay | 6/2/2006 |
| RD 044012222 | '5205233640001 | 4/28/2006 | $10,800.00 | 1790199 | D0450230881 | Ready To Pay | 6/2/2006 |
| RD 044012222 | '5205567815001 | 4/28/2006 | $2,649.99 | 1202 | D0450270441 | Ready To Pay | 7/10/2006 |
| RD 044012222 | '5205385826001 | 4/30/2006 | $2,070.00 | 1791183 | D0450161348 | Ready To Pay | 6/9/2006 |
| RD 044012222 | '5205590661001 | 5/26/2006 | $4,560.00 | 1803641 | D0450288018 | Ready To Pay | 7/14/2006 |
| RD 044012222 | '5205470210001 | 5/28/2006 | $3,645.00 | 1805818 | D0450161348 | Ready To Pay | 7/2/2006 |
| RD 044012222 | '5205481937001 | 6/15/2006 | $8,844.00 | 48903 | D0450290439 | Ready To Pay | 8/2/2006 |
| RD 044012222 | '5205481941001 | 6/15/2006 | $4,048.00 | 48904 | D0450293868 | Ready To Pay | 8/2/2006 |
| RD 044012222 | '5205861726001 | 6/30/2006 | $1,350.00 | 1825869 | D0450161348 | Ready To Pay | 8/24/2006 |
| RD 044012222 | '5205760986001 | 7/28/2006 | $6,000.00 | 1837559 | D0450315519 | Ready To Pay | 9/2/2006 |
| RD 044012222 | '5205785438001 | 7/30/2006 | $517.50 | 1838538 | D0450161348 | Ready To Pay | 9/2/2006 |
| RD 044012222 | '5205786001001 | 8/8/2006 | $10,700.00 | 1842550 | D0450218249 | Ready To Pay | 10/2/2006 |
| RD 044012222 | '5206032222001 | 8/27/2006 | $832.50 | 1854701 | D0450161348 | Ready To Pay | 10/2/2006 |
| RD 044012222 | '5206140158001 | 9/20/2006 | $4,850.00 | 105237 | D0450360670 | Ready To Pay | 11/2/2006 |
| RD 044012222 | '5206196024001 | 10/1/2006 | $495.00 | 1875005 | D0450161348 | Ready To Pay | 12/2/2006 |
| RD 044012222 | '5206401527001 | 10/29/2006 | $427.50 | 1892090 | D0450161348 | Ready To Pay | 12/2/2006 |
| RD 044012222 | '5206618886001 | 11/26/2006 | $517.50 | 1908117 | D0450161348 | Ready To Pay | 1/2/2007 |
| RD 044012222 | '5206787389001 | 12/31/2006 | $337.50 | 1916683 | D0450161348 | Ready To Pay | 2/2/2007 |
| RD 044012222 | '5207186031001 | 1/28/2007 | $585.00 | 1923126 | D0450161348 | Ready To Pay | 3/15/2007 |
| RD 044012222 | '5207186026001 | 2/25/2007 | $877.50 | 1931666 | D0450161348 | Ready To Pay | 4/2/2007 |
| RD 044012222 | '5207420543001 | 3/30/2007 | $3,172.50 | 1940584 | D0450161348 | Ready To Pay | 5/2/2007 |
| RD 044012222 | '5207579537001 | 4/29/2007 | $450.00 | 1948432 | D0450161348 | Ready To Pay | 6/2/2007 |
| RD 044012222 | '5207785015001 | 5/27/2007 | $202.50 | 1955781 | D0450161348 | Ready To Pay | 7/2/2007 |
| | | | $92,828.24 | | | | |