**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION,  et al., | Jointly Administered |
| Debtors | |

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Patrick J. Kukla, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Patrick J. Kukla, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 2, 2007
         New York, New York

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE