Delphi Legal Information Hotline:
Toll Free:      (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u><br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>**Hearing Date:**　**October 25, 2007**<br>**Time:**　　　　　**10:00 a.m.**<br>**Objection Deadline: October 18, 2007**<br>　　　　　　　　**4:00 p.m.**<br>　　　　　　　　(Prevailing Eastern Time) |

**FIFTH INTERIM FEE APPLICATION OF**
**BLAKE, CASSELS & GRAYDON LLP AS CANADIAN COUNSEL FOR**
**DEBTORS FOR ALLOWANCE AND PAYMENT OF INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER**
**11 U.S.C. §§330 AND 331**

| | |
|---|---|
| Name of Applicant: | Blake, Cassels & Graydon LLP |
| Authorized to Provide Professional Services to: | Delphi Corporation and Affiliated Debtors |
| Date of Retention Order: | May 15, 2006 effective *nunc pro tunc* to January 9, 2006 |
| Period for Which Compensation and Reimbursement are Sought: | February 1, 2007 to May 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | Cdn$42,429.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | Cdn$2,361.89 |
| Prior Amounts Requested and/or Paid to Date: | Cdn$4,984.71 |

Delphi Legal Information Hotline:
Toll Free:        (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, <u>et al.</u> | (Jointly Administered) |
| Debtors. | **Hearing Date:     October 25, 2007** |
| | **Time:               10:00 a.m.** |
| | **Objection Deadline: October 18, 2007** |
| | **4:00 p.m.** |
| | (Prevailing Eastern Time) |

## FIFTH INTERIM FEE APPLICATION OF
## BLAKE, CASSELS & GRAYDON LLP AS CANADIAN COUNSEL FOR
## DEBTORS FOR ALLOWANCE AND PAYMENT OF INTERIM
## COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER
## 11 U.S.C. §§330 AND 331

Blake, Cassels & Graydon LLP ("Blakes"), Canadian counsel for Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), submits this fifth interim fee application (the

"Fee Application"), pursuant to 11 U.S.C. §§330 and 331, seeking interim allowance and

payment of compensation for professional services rendered by Blakes for the period from

February 1, 2007 to May 31, 2007 (the "Compensation Period"), and for reimbursement of actual

and necessary expenses incurred in connection with such services during the Compensation

Period.  In support of this Fee Application, Blakes represents as follows:

### <u>Background</u>

1.        On October 8, 2005 (the "Petition Date"), Delphi and certain of its U.S.

subsidiaries and affiliates filed voluntary petitions in this Court for reorganization relief under

chapter 11 of title 11 of the United States Code, 11 U.S.A. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. This Court entered orders directing the joint administration of the Debtors' chapter 11 cases.

2.      On October 17, 2005, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee"). No trustee or examiner has been appointed in the Debtors' cases.

3.      The Court has jurisdiction over this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief requested herein are Sections 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## Retention of Blakes

5.      On April 21, 2006, the Debtors applied to this Court for an order approving the retention of Blakes as Canadian counsel, effective *nunc pro tunc* to January 9, 2006 (the "Retention Application").

6.      On May 15, 2006, this Court entered an order (the "Retention Order"), authorizing the Debtors to employ Blakes as their Canadian counsel under the terms set forth in the Retention Application.

7.      In the Retention Application, the Debtors disclosed that Blakes' fees for professional services are based on its standard hourly rates, which are subject to periodic increases in the normal course of Blakes' business, and reimbursement of charges and disbursements.

## Summary of Requested Professional Compensation and Reimbursement of Expenses

8.      This Fee Application has been prepared in accordance with (a) the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New

York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"); (b) the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines"); and (c) the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005, as amended, (collectively, the "Interim Compensation Order", collectively with the Local Guidelines and the UST Guidelines, the "Guidelines"). Pursuant to the Local Guidelines, a certification regarding compliance with same is attached hereto as **Exhibit A**.

9.       By this Fee Application, Blakes respectfully requests interim allowance for professional services rendered to the Debtors during the Compensation Period, in the amount of Cdn$42,429.00, and reimbursement of necessary expenses incurred in connection with the rendering of such services, in the amount of Cdn$2,361.89.

10.       Blakes believes that the services rendered have conferred significant benefit on the bankruptcy estates. Further, Blakes believes that its billing rates are reasonable and are consistent with customary rates charged by similar firms.

11.       Pursuant to the Guidelines, annexed hereto as **Exhibit B** is a schedule setting forth all of Blakes' timekeepers who have performed services in these Chapter 11 cases during the Compensation Period, the hourly billing rate charged for services performed by each such timekeeper, the aggregate number of hours and the fees billed therefor, and the year of call for each partner or associate. Exhibit B includes certain timekeepers who have billed less than 10 hours during the Compensation Period. These timekeepers were consulted for their particular expertise in connection with an issue raised and the Debtors' estates benefited from that expertise.

12.       Pursuant to the Guidelines, annexed hereto as **Exhibit C** is a schedule specifying the categories of expenses for which Blakes is seeking reimbursement and the total amount for each such expense category. The rate charged for duplicating or photocopying is Cdn$.10 per page.

13.    Blakes has no agreement of any kind, express or implied, to divide with any other person or entity any portion of the compensation sought or to be received by it in these cases.

## Services Performed

14.    During the Compensation Period, Blakes has worked closely with the Debtors and their advisors in, among other things, monitoring the dispute and arbitration proceedings between a key Canadian parts supplier and the former owner of the business and responding to a notice served on Blakes to attend the arbitration and produce documents relating to the negotiation of the arrangements between Delphi and the supplier.

15.    Blakes has created three different matter numbers to which its professionals assigned the time billed by them in connection with the services provided to the Debtors.  These matters are titled "Supplier Matters", "Litigation" and "Fee Applications".  All of Blakes' professionals keep a detailed record of the time spent rendering such services and separated tasks in billing increments of one-tenth of an hour.  All matters are billed based upon the actual hours worked and the applicable hourly rates.

16.    No services were required or provided during the Compensation Period for Litigation.

17.    The services provided during the Compensation Period for Supplier Matters include providing advice with respect to disputes raised by a key supplier; finalizing the record books for a transaction for the continued uninterrupted supply of critical parts from a troubled supplier of the Debtors; monitoring arbitration proceedings between the shareholders of the supplier; and reviewing materials and discussions with the supplier regarding a new investor. The detailed time entries for these services are included in the invoices for Supplier Matters attached as **Exhibit D**.  For this matter, Blakes professionals expended 6.0 hours during the Compensation Period for which Blakes seeks compensation of Cdn$2,686.00.

18.    The services provided during the Compensation Period for Litigation include reviewing notice to attend at arbitration and produce documents and researching appropriate responses by Delphi and Blakes to the notice; considering impact of production of

documents under compulsion; negotiating the terms on which certain documents would be produced; assembling requested documents and reviewing them for privilege and confidentiality; and consultation with Delphi on all of these matters. The detailed time entries for these services are included in the invoices for Litigation attached as **Exhibit E**. Blakes professionals expended 73.7 hours during the Compensation Period for which Blakes seeks compensation of Cdn$36,380.50.

19.     Blakes is also seeking compensation for the time spent during the Compensation Period in preparing the monthly fee statements and the fourth interim fee application; preparing and submitting data files; and preparing and submitting a budget. The detailed time entries for these services are included in the invoices for Fee Applications attached as **Exhibit F**. Blakes professionals expended a total of 12.3 hours during the Compensation Period for which Blakes seeks compensation of Cdn$3,362.50.

20.     Blakes has served its monthly fee statements for each of the above-noted matters on (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n: General Counsel, (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Att'n: John Wm. Butler, Jr., Esq., (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10044, Att'n: Alicia M. Leonhard, Esq., (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-4802, Att'n: Robert J. Rosenberg Esq., (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Att'n: Marissa Wesley, Esq., and (vi) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017, Att'n: Marlane Melican, Esq. In addition, the fee statements were also served on the following members of the Fee Committee not included above: i) John D. Sheehan, Vice President and Chief Restructuring Officer, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098; and ii) Valeria Venable, Credit Manager, GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, North Carolina 28078. As of the date of this Fee Application, no objections to the monthly fee statements have been raised.

21.     To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Fee Application or did not appear in the monthly statements annexed as Exhibits D, E or F, Blakes reserves the right to request additional compensation for such services and reimbursement for such expenses in future fee applications.

### Statutory Basis for Relief Sought

22.     Blakes seeks compensation for actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of the Debtors during the Compensation Period.  Section 330(a)(1) of the Bankruptcy Code provides that the Bankruptcy Court may award (a) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person; and (b) reimbursement for actual, necessary expenses.  Section 330(a)(3)(A) provides as follows:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

23.     Section 331 governs the allowance of interim compensation to professionals and provides:

> ... any professional person employed under section 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for

expenses incurred before such date as is provided under section
330 of this title.  After notice and a hearing, the court may allow
and disburse to such applicant such compensation or
reimbursement.

24.    The services for which Blakes seeks compensation and the expenses for
which Blakes seeks reimbursement in this Fee Application were necessary for and beneficial to
the Debtors' estates and their rehabilitation and reorganization efforts.  The compensation
requested is reasonable in light of the nature, extent and value of such services to the Debtors,
their estates and all parties in interest.  As a result, approval of the compensation for professional
services and reimbursement of expenses sought herein is warranted.

WHEREFORE, Blakes respectfully requests that the Court enter an order
(a) approving and allowing Blakes' Fee Application for professional services rendered as
Canadian counsel for the Debtors during the Compensation Period in the amount of
Cdn$42,429.00, plus reimbursement of actual and necessary expenses incurred in the amount of
Cdn$2,361.89; (b) authorizing and directing the Debtors to pay to Blakes the total amount of
Cdn$44,790.89, or the difference between the amount allowed herein and the amounts
previously paid to Blakes; and (c) granting such other and further relief as is just and/or proper.

Dated:      Toronto, Ontario, Canada
            July 26, 2007

**BLAKE, CASSELS & GRAYDON LLP**
Canadian Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession

Per:    _S Grundy_____
Name: Susan M. Grundy
        Box 25, Commerce Court West
        199 Bay Street
        Toronto, Ontario  M5L 1A9
        Telephone:     416-863-2572
        Facsimile:     416-863-2563
        Email:         susan.grundy@blakes.com

## EXHIBIT A

Delphi Legal Information Hotline:
Toll Free:    (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u><br><br><div align="right">Debtors.</div> | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>**Hearing Date:**     **October 25, 2007**<br>**Time:**     **10:00 a.m.**<br>**Objection Deadline: October 18, 2007**<br>    **4:00 p.m.**<br>(Prevailing Eastern Time) |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIFTH INTERIM FEE APPLICATION OF BLAKE, CASSELS & GRAYDON LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Susan M. Grundy, hereby certify that:

1.      I am a Partner of Blake, Cassels & Graydon LLP ("Blakes") with responsibility for the chapter 11 cases of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and in respect of compliance with (a) the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"); (b) the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines"); and (c) the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals dated November 4, 2005, as amended, (collectively, the "Interim Compensation Order", collectively with the Local Guidelines and the UST Guidelines, the "Guidelines").

2.      This certification is made in respect of Blakes' Fifth Interim Fee Application, dated July 26, 2007 (the "Fee Application"), for allowance of interim compensation and reimbursement of expenses for the period commencing February 1, 2007 through to and including May 31, 2007, in accordance with the Guidelines.

3.      I have read the Fee Application and have approved it for service and filing with the Court.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Fee Application fall with the Local Guidelines.

5.      The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Blakes and generally accepted by Blakes' clients.

6.      Blakes has complied with the provisions of the Local Guidelines and the Interim Compensation Order by providing monthly statements of Blakes' fees and disbursements accrued during the previous month to (i) the Debtors; (ii) Skadden, Arps, Slate, Meagher & Flom LLP; (iii) the Office of the United States Trustee for the Southern District of New York; (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP; (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP; (vi) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell; and (vii) members of the Fee Committee not included above.

7.      In accordance with the Local Guidelines and the Interim Compensation Order, a copy of the Fee Application is being provided to (i) the Debtors; (ii) Skadden, Arps, Slate, Meagher & Flom LLP; (iii) the Office of the United States Trustee for the Southern District of New York; (iv) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP; (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson

12126422.2                                    - 2 -

Thacher & Bartlett LLP; (vi) counsel for the agent under the Debtors' postpetition credit facility,

Davis Polk & Wardell; and (vii) members of the Fee Committee not included above. Notice of

the filing of the Fee Application is also being sent to those parties listed on the "Master Service

List" and the "2002 List" found on the Delphi legal information website

(www.delphidocket.com).


Dated:        Toronto, Ontario, Canada
              July 26, 2007

                              _____
                              Susan M. Grundy
                              **BLAKE, CASSELS & GRAYDON LLP**
                              Barristers and Solicitors
                              Box 25, Commerce Court West
                              199 Bay Street
                              Toronto, Ontario  M5L 1A9
                              Telephone:    416-863-2572
                              Facsimile:    416-863-2563
                              Email:        susan.grundy@blakes.com

**EXHIBIT B**

### SUMMARY OF TIMEKEEPERS, HOURS AND HOURLY RATES
### (February 1, 2007 to May 31, 2007)

| Timekeeper | Title | Yr. of Call | Hrly Rate (Cdn) | # of Hours | Fees Billed (Cdn) |
|---|---|---|---|---|---|
| Dube, Jim | Partner | 1969 | $725.00 | .3 | $217.50 |
| Flynn, Marc | Associate | 2006 | $300.00 | 4.9 | $1,470.00 |
| Grundy, Susan | Partner | 1980 | $820.00 | .6 | $492.00 |
| Grundy, Susan | Partner | 1980 | $760.00 | 26.3 | $19,988.00 |
| Thompson, Nancy | Paralegal | N/A | $255.00 | 44.1 | $11,245.50 |
| Wong, Sharon | Partner | 1988 | $570.00 | 15.4 | $8,778.00 |
| Woods, Seumas | Partner | 1989 | $595.00 | .4 | $238.00 |
| **TOTALS:** | | | | **92.0** | **$42,429.00** |

## EXHIBIT C

### SUMMARY OF EXPENSES
### (February 1, 2007 to May 31, 2007)

| Category | Amount |
|---|---|
| Courier | $1,252.13 |
| Duplicating (Cdn$.10 per page) | 1,069.53 |
| Telephone/Facsimile | 12.85 |
| Provincial Tax on Disbursements: | 27.38 |
| **Total** | **$2,361.89** |

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

**EXHIBIT D**

Page: 1

March 21, 2007

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI 48098
U.S.A.

| | |
|---|---|
| Invoice: | 1277947 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000002 |

Attention: Charles E. Brown

**Re: Supplier Matters**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended February 28, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 1,364.00 |
| **Total Disbursements** | 738.18 |
| **Total Due in Canadian Currency** | $ 2,102.18 CAD |

## This invoice may be paid in U.S. Currency: $ 1,893.86 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1277947 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1277947 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date: March 21, 2007
Invoice No.: 1277947

Re: 000002. Supplier Matters

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/05/07 | Flynn, Marc | E-mail correspondence with C. Brown (1.). | 0.1 | 300.00 | $ 30.00 |
| 02/06/07 | Flynn, Marc | Preparation of record books (.8). | 0.8 | 300.00 | 240.00 |
| 02/07/07 | Flynn, Marc | Review of record books (.6). | 0.6 | 300.00 | 180.00 |
| 02/08/07 | Flynn, Marc | Compiling and reviewing Delphi record books (2.0). | 2.0 | 300.00 | 600.00 |
| 02/09/07 | Flynn, Marc | Review of record books (.2). | 0.2 | 300.00 | 60.00 |
| 02/12/07 | Flynn, Marc | E-mail from S. Grundy (.1). | 0.1 | 300.00 | 30.00 |
| 02/13/07 | Flynn, Marc | Sending record books to various parties (.2). | 0.2 | 300.00 | 60.00 |
| 02/23/07 | Grundy, Susan | Telephone call to C. Brown regarding fee budget (.2). | 0.2 | 820.00 | 164.00 |

Total Fees for this Matter     $ 1,364.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Flynn, Marc | FLY | 4.0 | $ 300.00 | $ 1,200.00 |
| Grundy, Susan | SMG | 0.2 | 820.00 | 164.00 |
| Total | | 4.2 | | $ 1,364.00 |

### Disbursements

| | | |
|---|---|---|
| Courier | $ 240.38 | |
| Duplicating | 497.60 | |
| Telephone/Facsimile | 0.20 | $ 738.18 |

Total Due for this Matter in Canadian Currency     $ 2,102.18 CAD

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

Attention:  Charles E. Brown

May 28, 2007

| | |
|---|---|
| Invoice: | 1289235 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000002 |

**Re: Supplier Matters**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended April 30, 2007, as follows:

| | |
|---|---|
| **Total Fees** | $ 942.00 |

| | |
|---|---|
| **Total Due in Canadian Currency** | $ 942.00  CAD |

## This invoice may be paid in U.S. Currency: $ 897.14 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1289235 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1289235 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

| | |
|---|---|
| Invoice Date: | May 28, 2007 |
| Invoice No.: | 1289235 |

Re: 000002. Supplier Matters

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/07 | Flynn, Marc | Responding to query of S. Grundy regarding Delphi documentation (1.). | 0.1 | 300.00 | $ 30.00 |
| 04/26/07 | Grundy, Susan | Telephone call from S. Goldman (.1); reviewing agreements (.2); telephone call to C. Brown (.1); emails with S. Goldman regarding requested information (.1) | 0.5 | 760.00 | 380.00 |
| 04/27/07 | Grundy, Susan | Emails with J. Dube (.2); email to C. Brown regarding requested productions (.3); telephone call from M. Solmon and reporting to C. Brown (.2). | 0.7 | 760.00 | 532.00 |
| | | **Total Fees for this Matter** | | | $ 942.00 |

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---|---|---|---|---|
| Flynn, Marc | FLY | 0.1 | $ 300.00 | $ 30.00 |
| Grundy, Susan | SMG | 1.2 | 760.00 | 912.00 |
| **Total** | | 1.3 | | $ 942.00 |

**Total Due for this Matter in Canadian Currency**                    $ 942.00   CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

INVOICE

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

June 27, 2007

| | |
|---|---|
| Invoice: | 1294084 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000002 |

Attention:  Charles E. Brown

Re: Supplier Matters

FOR PROFESSIONAL SERVICES RENDERED
during the period ended May 31, 2007, as follows:

Total Fees                                              $ 380.00

Total Due in Canadian Currency                          $ 380.00  CAD

## This invoice may be paid in U.S. Currency: $ 372.55 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1294084 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1294084 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

Invoice Date:   June 27, 2007
Invoice No.:    1294084

Re: 000002. Supplier Matters

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/17/07 | Grundy, Susan | Reviewing materials regarding latest discussions with Butch Carter regarding proposed new investor (.1). | 0.1 | 760.00 | $ 76.00 |
| 05/24/07 | Grundy, Susan | Reviewing materials regarding proposed arrangements (.4). | 0.4 | 760.00 | 304.00 |

Total Fees for this Matter                                    $ 380.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Grundy, Susan | SMG | 0.5 | $ 760.00 | $ 380.00 |
| Total | | 0.5 | | $ 380.00 |

Total Due for this Matter in Canadian Currency               $ 380.00  CAD

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**
Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

**EXHIBIT E**

Page: 1

June 27, 2007

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

| | |
|---|---|
| Invoice: | 1294086 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000004 |

Attention:  Charles E. Brown

Re: Litigation

FOR PROFESSIONAL SERVICES RENDERED
during the period ended May 31, 2007, as follows:

| | |
|---|---|
| Total Fees | $ 36,380.50 |
| Total Disbursements | 472.26 |
| Total Due in Canadian Currency | $ 36,852.76  CAD |

## This invoice may be paid in U.S. Currency: $ 36,130.16 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1294086 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1294086 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

Case 1:07-cv-03884 Filed 08/02/07 Entered 08/02/07 10:57:34

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Invoice Date: | June 27, 2007 | |
| | | | | Invoice No.: | 1294086 | |

Re: 000004. Litigation

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/07 | Grundy, Susan | Telephone call from S. Goldman (.1); email to C. Brown re confidentiality agreement (.1); reviewing confidentiality agreement (.1). | 0.3 | 760.00 | $ 228.00 |
| 05/02/07 | Grundy, Susan | Email to C. Brown (.2); reviewing documents from C. Brown and considering production request (.3). | 0.5 | 760.00 | 380.00 |
| 05/04/07 | Grundy, Susan | Email from S. Goldman (.1); telephone call to M. Solmon (.2); telephone call to C. Brown (.2); email responses (.1). | 0.6 | 760.00 | 456.00 |
| 05/06/07 | Grundy, Susan | Emails with G. Leslie (.3). | 0.3 | 760.00 | 228.00 |
| 05/07/07 | Grundy, Susan | Telephone call to G. Leslie (.6); discussions with C. Brown (.4); instructions to N. Thompson (.5). | 1.5 | 760.00 | 1,140.00 |
| 05/07/07 | Thompson, Nancy | Discussion with S. Grundy regarding request for production of documents in arbitration matter (.2). | 0.2 | 255.00 | 51.00 |
| 05/08/07 | Grundy, Susan | Telephone call to G. Leslie (.3); email to C. Brown (.2); email to S. Goldman (.2); meeting with N. Thompson (.1). | 0.8 | 760.00 | 608.00 |
| 05/08/07 | Thompson, Nancy | Reviewing e-mail message from S. Grundy (.1); reviewing files for information requested in connection with arbitration (3.9). | 4.0 | 255.00 | 1,020.00 |
| 05/09/07 | Thompson, Nancy | Reviewing files for information requested in connection with arbitration (3.6). | 3.6 | 255.00 | 918.00 |

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date: June 27, 2007
Invoice No.: 1294086

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/14/07 | Grundy, Susan | Email from S. Goldman (.8). | 0.8 | 760.00 | 608.00 |
| 05/15/07 | Grundy, Susan | Telephone call from S. Goldman (.3); meeting with N. Thompson (.2); reviewing files regarding requested productions (2.3); telephone call to C. Brown (.3); instructions to C. Griffin regarding emails (.1). | 3.2 | 760.00 | 2,432.00 |
| 05/15/07 | Thompson, Nancy | Discussion with S. Grundy regarding documents to be produced (.2). | 0.2 | 255.00 | 51.00 |
| 05/16/07 | Flynn, Marc | Review of file regarding arbitration subpoena (.8). | 0.8 | 300.00 | 240.00 |
| 05/16/07 | Grundy, Susan | Reporting to G. Leslie regarding notice from S. Goldman and proposed response (.4); discussion with S. Woods (.1); reporting to C. Brown (.3); considering issues and reviewing file (.5); letter to S. Goldman (.6); various emails with C. Brown (.4). | 2.3 | 760.00 | 1,748.00 |
| 05/16/07 | Thompson, Nancy | Discussions with S. Grundy (.2); reviewing summons to witness (.1); reviewing files and identifying documents required in summons to witness (4.7). | 5.0 | 255.00 | 1,275.00 |
| 05/16/07 | Woods, Seumas | Discussions with S. Grundy regarding summons to attend at arbitration (.1); reviewing correspondence and summons (.3). | 0.4 | 595.00 | 238.00 |
| 05/17/07 | Grundy, Susan | Reviewing and discussing response from S. Goldman (.4); telephone call from M. Solmon (.1); briefing S. Wong (.4); reviewing Murtagh affidavit (.1); reviewing and commenting on proposed letter to arbitrator (.2); email to M. | 1.3 | 760.00 | 988.00 |

Invoice Date: June 27, 2007
Invoice No.: 1294086

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Solmon regarding Carter consent (.1). | | | |
| 05/17/07 | Thompson, Nancy | Reviewing files for documents requested in connection with arbitration (8.2); various discussions with S. Grundy regarding same (.2); memorandum to S. Grundy (.2). | 8.6 | 255.00 | 2,193.00 |
| 05/17/07 | Wong, Sharon | Legal research regarding test to be applied to quash subpoena to S. Grundy (1.7); discussion with S. Grundy regarding facts of the case (.8); drafting letter to Arbitrator setting out reasons for motion to quash subpoena (1.0). | 3.5 | 570.00 | 1,995.00 |
| 05/18/07 | Grundy, Susan | Discussions with C. Brown and S. Wong (1.0); telephone call to M. Solmon (.1); reviewing file (4.5). | 5.6 | 760.00 | 4,256.00 |
| 05/18/07 | Wong, Sharon | Legal research regarding implied undertaking rule relating to documents produced under compulsion (3.5); revising letter to Arbitrator in response to subpoena to S. Grundy (1.0), telephone discussions with C. Brown of Delphi to get instructions (.5); telephone discussions with S. Goldman to discuss why he wants the documents (.8); drafting settlement offer to Goldman (1.5). | 7.3 | 570.00 | 4,161.00 |
| 05/22/07 | Dube, Jim | Office conference with S. Grundy regarding current arbitration proceeding and subpoena for file materials (.3). | 0.3 | 725.00 | 217.50 |
| 05/22/07 | Grundy, Susan | Discussions with S. Wong and C. Brown (.2); review of proposed documents to be | 3.4 | 760.00 | 2,584.00 |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date: June 27, 2007
Invoice No.: 1294086

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | disclosed (2.9); email certain documents to C. Brown (.3). | | | |
| 05/22/07 | Thompson, Nancy | Receiving instructions from S. Grundy (.2); reviewing files for copy of initial draft agreements (.7). | 0.9 | 255.00 | 229.50 |
| 05/22/07 | Wong, Sharon | Telephone discussion with C. Brown regarding terms on which Delphi will agree to produce documents (.3) and revising letter to S. Goldman and e-mailing same to M. Solmon, lawyer for Carter, for comment (.3). | 0.6 | 570.00 | 342.00 |
| 05/23/07 | Grundy, Susan | Emails and discussions with C. Brown and S. Wong regarding production issues (1.2); telephone call to Solmon (.1); reviewing proposed correspondence (.2); reviewing blacklined supply agreement (.3); reviewing documents (1.1). | 2.9 | 760.00 | 2,204.00 |
| 05/23/07 | Thompson, Nancy | Reviewing files and identifying materials marked without prejudice, privileged, confidential, etc. (2.4); various discussions with S. Grundy (.3); reviewing various e-mail messages (.2); discussion with S. Wong regarding production of documents (.2); reviewing documents and redacting sensitive/proprietary information (3.2); arranging for documents to be scanned and copied to disk (.1). | 6.4 | 255.00 | 1,632.00 |
| 05/23/07 | Wong, Sharon | E-mail from M. Solmon (.1); responding to S. Grundy regarding questions relating to privilege and procedure for production of documents (1.2); e-mails with C. Brown regarding terms for production | 2.6 | 570.00 | 1,482.00 |

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:    June 27, 2007
Invoice No.:    1294086

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | to be included in letter to S. Goldman and revising letter to Goldman accordingly (1.3) | | | |
| 05/24/07 | Grundy, Susan | Emails and telephone call to S. Wong and C. Brown regarding discussion with M. Solmon (.3). | 0.3 | 760.00 | 228.00 |
| 05/24/07 | Thompson, Nancy | Reviewing documents for missing attachments and arranging for productions to be scanned and copied to disk (1.7); reviewing various attachments to preserve confidentiality or privilege (.6); co-ordinating delivery of scanned documents to C. Brown and e-mail message to C. Brown regarding same (.2); various discussions with S. Wong and S. Grundy regarding productions (.3). | 2.8 | 255.00 | 714.00 |
| 05/24/07 | Wong, Sharon | Completing letter to S. Goldman and e-mail to M. Solmon regarding production of documents (.5); telephone from S. Goldman and reporting to C. Brown at Delphi (.5). | 1.0 | 570.00 | 570.00 |
| 05/25/07 | Grundy, Susan | Emails from S. Wong and C. Brown (.1); telephone call from S. Wong (.2); conference call with C. Brown (.4). | 0.7 | 760.00 | 532.00 |
| 05/25/07 | Wong, Sharon | Telephone discussion with C. Brown and S. Grundy regarding documents to be produced (.4). | 0.4 | 570.00 | 228.00 |
| 05/28/07 | Grundy, Susan | Discussion with N. Thompson regarding redacting documents (.1). | 0.1 | 760.00 | 76.00 |
| 05/28/07 | Thompson, Nancy | Receiving instructions from S. Grundy regarding revisions to be made to productions and arranging for same (.2). | 0.2 | 255.00 | 51.00 |

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

Invoice Date:  June 27, 2007
Invoice No.:   1294086

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/30/07 | Thompson, Nancy | Discussion with S. Grundy (.1); finalizing cd of documents to be produced in connection with the arbitration (.2). | 0.3 | 255.00 | 76.50 |

**Total Fees for this Matter**  $ 36,380.50

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Dube, Jim | JPD | 0.3 | $ 725.00 | $ 217.50 |
| Flynn, Marc | FLY | 0.8 | 300.00 | 240.00 |
| Grundy, Susan | SMG | 24.6 | 760.00 | 18,696.00 |
| Thompson, Nancy | NAB | 32.2 | 255.00 | 8,211.00 |
| Wong, Sharon | SW | 15.4 | 570.00 | 8,778.00 |
| Woods, Seumas | RSMW | 0.4 | 595.00 | 238.00 |
| Total | | 73.7 | | $ 36,380.50 |

**Disbursements**

| | |
|---|---|
| Duplicating | $ 433.23 |
| Provincial Tax on Disbursements | 27.38 |
| Telephone/Facsimile | 11.65 |
| | $ 472.26 |

**Total Due for this Matter in Canadian Currency**  $ 36,852.76  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

**EXHIBIT F**

Page: 1

March 21, 2007

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

| | |
|---|---|
| Invoice: | 1277948 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Attention:  Charles E. Brown

Re: Fee Applications

FOR PROFESSIONAL SERVICES RENDERED
during the period ended February 28, 2007, as
follows:

| | |
|---|---|
| Total Fees | $ 521.00 |
| Total Disbursements | 289.28 |
| Total Due in Canadian Currency | $ 810.28  CAD |

## This invoice may be paid in U.S. Currency: $ 729.98 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1277948 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1277948 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:  March 21, 2007
Invoice No.:   1277948

Re: 000003. Fee Applications

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 02/01/07 | Thompson, Nancy | E-mail message to A. Zsoldos advising of no objections to November fee statement (.1); preparing data file for December fee statement and submitting same (.3). | 0.4 | 255.00 | $ 102.00 |
| 02/21/07 | Grundy, Susan | Telephone call to C. Brown regarding fee budget (.1). | 0.1 | 820.00 | 82.00 |
| 02/21/07 | Thompson, Nancy | Reviewing e-mail message from A. Zsoldos and forwarding to S. Grundy (.1); e-mail message to A. Zsoldos advising that no objections received for December fee statement (.1). | 0.2 | 255.00 | 51.00 |
| 02/27/07 | Grundy, Susan | Reviewing draft budget (.1). | 0.1 | 820.00 | 82.00 |
| 02/27/07 | Thompson, Nancy | Drafting budget for period from February 1 to May 31, 2007 (.2); e-mail messages to and from S. Grundy regarding same (.1); finalizing budget and submitting to the Fee Committee (.1); preparing monthly fee statement (.2); letter to notice parties serving monthly fee statement (.2). | 0.8 | 255.00 | 204.00 |

**Total Fees for this Matter**                           $ 521.00

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:    March 21, 2007
Invoice No.:    1277948

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---|---|---|---|---|
| Grundy, Susan | SMG | 0.2 | $ 820.00 | $ 164.00 |
| Thompson, Nancy | NAB | 1.4 | 255.00 | 357.00 |
| Total | | 1.6 | | $ 521.00 |

**Disbursements**

| | | |
|---|---|---|
| Courier | $ 281.08 | |
| Duplicating | 7.20 | |
| Telephone/Facsimile | 1.00 | |
| | | $ 289.28 |

Total Due for this Matter in Canadian Currency                    $ 810.28  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**
Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

April 17, 2007

| | |
|---|---|
| Invoice: | 1282498 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Attention:  Charles E. Brown

**Re: Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended March 31, 2007, as
follows:

| | |
|---|---|
| **Total Fees** | $ 2,306.00 |
| **Total Disbursements** | 604.45 |
| **Total Due in Canadian Currency** | $ 2,910.45  CAD |

## This invoice may be paid in U.S. Currency: $ 2,622.03 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1282498 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1282498 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |

If you wish further instructions please contact Pat Carrano at 416.863.4346.

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:    April 17, 2007
Invoice No.:    1282498

## Re: 000003. Fee Applications

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 03/12/07 | Thompson, Nancy | Reviewing prebills for preparation of monthly fee statement (.1). | 0.1 | 255.00 | $ 25.50 |
| 03/13/07 | Thompson, Nancy | Preparing data file for January monthly statement and submitting same to Legal Cost Control (.4); obtaining copies of fee application approval orders (.2). | 0.6 | 255.00 | 153.00 |
| 03/20/07 | Thompson, Nancy | Initial drafting of fee application (.4). | 0.4 | 255.00 | 102.00 |
| 03/21/07 | Thompson, Nancy | Preparing monthly fee statement (.2). | 0.2 | 255.00 | 51.00 |
| 03/22/07 | Thompson, Nancy | E-mail message to K. Craft forwarding copy of February fee statement (.1); drafting interim fee application (.9). | 1.0 | 255.00 | 255.00 |
| 03/26/07 | Thompson, Nancy | Reviewing letter from D. Sherbin of Delphi regarding final payment for First, Second and Third Fee Applications (.2). | 0.2 | 255.00 | 51.00 |
| 03/28/07 | Thompson, Nancy | Drafting fourth interim fee application (1.8); drafting notice of filing and certificate of service (.7); memorandum to S. Grundy (.1). | 2.6 | 255.00 | 663.00 |
| 03/29/07 | Grundy, Susan | Reviewing and commenting on fee application materials. | 0.2 | 820.00 | 164.00 |
| 03/29/07 | Thompson, Nancy | Finalizing fourth interim fee application and arranging for same to be executed (1.0); Reviewing notice lists and updating e-mail distribution lists (.7); letter to notice parties | 3.3 | 255.00 | 841.50 |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   April 17, 2007
Invoice No.:    1282498

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | serving fourth interim fee application (.6); letter to Court filing same (.3); letter to Drain, J. providing copy of application (.2); letter to service list by mail serving notice of filing of fourth interim fee application (.5). | | | |

**Total Fees for this Matter**                                                                 $ 2,306.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Grundy, Susan | SMG | 0.2 | $ 820.00 | $ 164.00 |
| Thompson, Nancy | NAB | 8.4 | 255.00 | 2,142.00 |
| **Total** | | 8.6 | | $ 2,306.00 |

### Disbursements

| | | |
|---|---|---|
| Courier | $ 483.55 | |
| Duplicating | 120.90 | |
| | | $ 604.45 |

**Total Due for this Matter in Canadian Currency**                                        $ 2,910.45  CAD

# BLAKE, CASSELS & GRAYDON LLP Pg 37 of 41

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**
Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

May 28, 2007

| | |
|---|---|
| Invoice: | 1289236 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Attention:  Charles E. Brown

**Re: Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended April 30, 2007, as follows:

|  |  |
|---|---|
| **Total Fees** | $ 382.50 |
| **Total Due in Canadian Currency** | $ 382.50  CAD |

## This invoice may be paid in U.S. Currency: <u>$ 364.29 USD</u>

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1289236 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1289236 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

| | |
|---|---|
| Invoice Date: | May 28, 2007 |
| Invoice No.: | 1289236 |

## Re: 000003. Fee Applications

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/07 | Thompson, Nancy | Preparing data file for February invoices and submitting same (.3); reviewing letter from Delphi regarding amount for final payment of first three fee periods and comparing to our records (.4); e-mail message to S. Grundy (.1). | 0.8 | 255.00 | $ 204.00 |
| 04/12/07 | Thompson, Nancy | Letter to M. Piscitelli confirming amount of final payment for first three fee periods (.2). | 0.2 | 255.00 | 51.00 |
| 04/16/07 | Thompson, Nancy | Reviewing Audit Report for Fourth Interim Fee Application and supporting details (.1); e-mail message to S. Grundy (.1); reviewing prebills for preparation of monthly fee statement (.1). | 0.3 | 255.00 | 76.50 |
| 04/18/07 | Thompson, Nancy | Preparing monthly fee statement (.1); letter to notice parties forwarding fee statement (.1). | 0.2 | 255.00 | 51.00 |

**Total Fees for this Matter** $ 382.50

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---|---|---|---|---|
| Thompson, Nancy | NAB | 1.5 | $ 255.00 | $ 382.50 |
| **Total** | | 1.5 | | $ 382.50 |

**Total Due for this Matter in Canadian Currency** $ 382.50  CAD

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

# BLAKE, CASSELS & GRAYDON LLP

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

**INVOICE**

Please write invoice
number(s) on cheque.

Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, Canada
M5L 1A9
Telephone: 416.863.2400
Facsimile: 416.863.2653

Page: 1

Delphi Corporation
5825 Delphi Drive
Mail Code - 480 410 254
Troy, MI  48098
U.S.A.

Attention:  Charles E. Brown

June 27, 2007

| | |
|---|---|
| Invoice: | 1294085 |
| Billing Lawyer: | Grundy, Susan |
| GST No.: | R119396778 |
| Client: | 00070528 |
| Matter: | 000003 |

Re: Fee Applications

FOR PROFESSIONAL SERVICES RENDERED
during the period ended May 31, 2007, as follows:

| | |
|---|---|
| Total Fees | $ 153.00 |
| Total Disbursements | 257.72 |
| Total Due in Canadian Currency | $ 410.72  CAD |

## This invoice may be paid in U.S. Currency: $ 402.67 USD

| CAD Wiring Instructions: | USD Wiring Instructions: | |
|---|---|---|
| Canadian Imperial Bank of Commerce | Bank of America NT & SA | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | 100 West 33rd Street | Transit No. 00002 |
| Toronto, Ontario M5L 1A2 | New York, NY 10001 | Final Beneficiary: Blake Cassels & Graydon LLP |
| Transit No. 00002 | Swiftcode: BOFAUS3N | Account No. 000021602012 |
| Swiftcode: CIBCCATT | ABA No. 026009593 | Reference: Invoice No. 1294085 |
| Beneficiary: Blake Cassels & Graydon LLP | For Further Credit to: | |
| Account No. 000021602012 | Canadian Imperial Bank of Commerce | |
| Reference: Invoice No. 1294085 | Main Branch, Commerce Court West | |
| | Toronto, Ontario M5L 1A2 | |
| If you wish further instructions please contact Pat Carrano at 416.863.4346. | | |

Terms: Due upon receipt.  Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

BARRISTERS & SOLICITORS | PATENT & TRADE-MARK AGENTS

Invoice Date:   June 27, 2007
Invoice No.:    1294085

Re: 000003. Fee Applications

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/03/07 | Thompson, Nancy | Arranging for data file for March invoice (.1); preparing data file and submitting same (.2). | 0.3 | 255.00 | $ 76.50 |
| 05/29/07 | Thompson, Nancy | Preparing April fee statement (.2); letter to notice parties serving same (.1). | 0.3 | 255.00 | 76.50 |

Total Fees for this Matter          $ 153.00

| Matter Timekeeper Summary | ID | Hours | Rate | Amount |
|---------------------------|-----|-------|------|--------|
| Thompson, Nancy | NAB | 0.6 | $ 255.00 | $ 153.00 |
| Total | | 0.6 | | $ 153.00 |

Disbursements

| | | |
|---|---|---|
| Courier | $ 247.12 | |
| Duplicating | 10.60 | |
| | | $ 257.72 |

Total Due for this Matter in Canadian Currency          $ 410.72  CAD

Terms: Due upon receipt. Interest at the rate of 6.0% per annum will be charged on all amounts not paid within one month of delivery of this invoice.