| | |
|---|---|
| **LINEBARGER GOGGAN** | Hearing Date: August 16, 2007 |
| **BLAIR & SAMPSON, LLP** | Hearing Time: 10:00 a.m. |
| Attorneys for Angelina County, Bexar County, | |
| Cameron County, City of El Paso, City of Harlingen, | |
| City of San Marcos, Cypress-Fairbanks ISD, Dallas County, | |
| Harlingen CISD, Harris County/City of Houston, Hidalgo County, | |
| Montague County, Montgomery County, Nueces County, | |
| San Marcos CISD and Tarrant County | |
| 1949 South I.H. 35 (78741) | |
| P.O. Box 17428 | |
| Austin, Texas 78760 | |
| (512) 447-6675 (Telephone) | |
| (512) 443-5114 (Facsimile) | |
| Diane W. Sanders, Esq. | |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 05-44481(RDD) |
| **DELPHI CORPORATION, et al.,** | § | |
| | § | |
| Debtors | § | CHAPTER 11 |
| | § | |

**RESPONSE OF ANGELINA COUNTY, BEXAR COUNTY, CAMERON COUNTY, CITY OF EL PASO, CITY OF HARLINGEN, CITY OF SAN MARCOS, CYPRESS-FAIRBANKS ISD, DALLAS COUNTY, HARLINGEN CISD, HARRIS COUNTY/CITY OF HOUSTON, HIDALGO COUNTY, MONTAGUE COUNTY, MONTGOMERY COUNTY, NUECES COUNTY, SAN MARCOS CISD & TARRANT COUNTY TO DEBTOR'S NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTOR'S BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Angelina County, Bexar County, Cameron County, City of El Paso, City of Harlingen, City of San Marcos, Cypress-Fairbanks ISD, Dallas County, Harlingen CISD, Harris County/City of Houston, Hidalgo County, Montague County, Montgomery County, Nueces County, San Marcos CISD and Tarrant County, ("Taxing Authorities") Respondents and tax claimants herein, and files this Response to the Debtor's Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims not Reflected on Debtor's Books and Records, (C)Untimely Claim, And (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation and Consensually Modified and Reduced Claims and Granting Related Relief, and would show the Court as follows:

1. Respondents assert that it is not necessary for it to file any responses to the Objection to Claim, as the filing of a claim is tantamount to the filing of a complaint in a civil action and the filing of an objection is tantamount to an answer. *In re Simmons,* 765 F.2d 547, 552 (5th Cir. 1985). Respondents made a *prima facie* case when it filed its Proof of Claims, and the burden is now on the Debtor to rebut it. *In re WHET, Inc.,* 33 B.R. 424, 437 (D. Mass 1983).

2. Nevertheless, out of an abundance of caution Respondents hereby reassert its secured claims against Debtor's estate as fully as if that Proof of Claim were repeated verbatim.

WHEREFORE, PREMISES CONSIDERED, Taxing Authorities pray that upon hearing of the Debtor's Nineteenth Omnibus Objection to Claims, the Court admit its claims, deny the objection and award it such other and further relief as to which it may show itself justly entitled.

Dated: August 2, 2007

Respectfully Submitted,

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: /s/Diane W. Sanders
    DIANE W. SANDERS
    State Bar No. 16415500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Debtor's Nineteenth Omnibus Objection to Claims has been served on the parties listed below on this 2nd day of August, 2007.

**DEBTOR**
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

**ATTORNEY FOR DEBTOR**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
John K. Lyons and
Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

/s/Diane W. Sanders
DIANE W. SANDERS