**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

| | |
|---|---|
| In re: | In Proceedings For A Reorganization Under |
| **DELPHI CORPORATION, et al,** | Chapter 11 |
| | Case No.: 05-44481 |
| | Jointly Administered |
| Delphi Diesel Systems Corp. | |
| Debtors. | Case No.: 05-44612 |

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

> Amroc Investments, LLC
> 535 Madison Avenue, 15th Floor
> New York, New York 10022
> Attention: David S. Leinwand, Esq.

A transfer in the amount of **$13,964.33** from:

> CWA MANUFACTURING CO. (Transferor)
> P.O. BOX 10
> MT. MORRIS, MI  48454
> ATTN:  GARY ANDERSON

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

_____
Deputy Clerk