UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION,   et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>CERTIFICATE OF SERVICE</u>

State of New York     )
                                    )        ss.:
County of New York  )

        I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that

on July 31, 2007, I caused to be served a true and correct copy of the document(s) listed

below (i) upon the parties listed on Exhibit A hereto via hand delivery or overnight

courier, as indicated:

> ➢ Fourth Interim Fee Application of Fried, Frank, Harris, Shriver &
> Jacobson LLP, Counsel for the Official Committee of Equity
> Security Holders, for Compensation for Professional Services
> Rendered and Reimbursement of Expenses Incurred and Posted
> During the Period from February 1, 2007 through May 31, 2007,
> *together with electronic filing receipt*; and

> ➢ Third Interim Application of Houlihan Lokey Howard & Zukin
> Capital for Allowance of Compensation and Reimbursement of
> Expenses, *together with electronic filing receipt*

        In addition, on July 31, 2007, I caused to be served a true and correct copy of the
document(s) listed below (i) upon the parties listed on Exhibit B hereto via electronic
mail and (ii) upon the parties listed on Exhibit C hereto via overnight courier:

> ➢ Notice of Fourth Interim Fee Application of Fried, Frank, Harris,
> Shriver & Jacobson LLP, Counsel for the Official Committee of
> Equity Security Holders, for Compensation for Professional

Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from February 1, 2007 through May 31, 2007, *together with electronic filing receipt;* and

➢ Notice of Third Interim Fee Application of Houlihan Lokey Howard & Zukin Capital for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from February 1, 2007 through May 31, 2007, *together with electronic filing receipt*

Dated:  August 2, 2007
     New York, New York

                        /s/ Laura Guido
                        Laura Guido

# Exhibit A

**Served by Hand Delivery**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn:    Chambers of Hon. Robert Drain

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:    Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Attn:    Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue,
New York, New York 10017
Attn:    Marissa Wesley, Esq.

Davis Polk & Wardwell
450 Lexington Avenue,
New York, New York 10017
Attn:    Donald Bernstein, Esq.
         Brian Resnick, Esq.

**Served by Overnight Courier**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
At'n:    David Sherbin, Esq.
         John D. Sheehan

Skadden, Arps, Slate & Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn.:   John Wm. Butler Jr.

Legal Cost Control Inc.
255 Kings Highway East
Haddonfield, NJ  08033,
Attn:    Susan Trevejo

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

# Exhibit B

david.boyle@airgas.com; tajamie@ajamie.com; aswiech@akebono-usa.com;
pgurfein@akingump.com; mgreger@allenmatkins.com; dconnolly@alston.com;
dwender@alston.com; craig.freeman@alston.com; rjones@ambrake.com;
steven.keyes@aam.com; mblacker@andrewskurth.com; gogimalik@andrewskurth.com;
lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@ampn.com;
Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; joel_gross@aporter.com;
cgalloway@atsautomation.com; william.barrett@bfkpn.com; kim.robinson@bfkpn.com;
john.gregg@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com;
alan.mills@btlaw.com; wendy.brewer@btlaw.com; mark.owens@btlaw.com;
ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; wallace@blbglaw.com;
sean@blbglaw.com; hannah@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com;
lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com;
mrichards@blankrome.com; rmcdowell@bodmanllp.com; sdonato@bsk.com; chill@bsk.com;
csullivan@bsk.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com;
dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com;
sabelman@cagewilliams.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com;
driggio@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; sdeeby@clarkhill.com;
japplebaum@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com;
maofiling@cgsh.com; swalsh@chglaw.com; tmaxson@cohenlaw.com; jvitale@cwsny.com;
srosen@cb-shea.com; amalone@colwinlaw.com; Elliott@cmplaw.com; jwisler@cblh.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com;
derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; rsz@curtinheefner.com;
dpm@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com;
wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com;
amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com;
richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com;
dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com;
mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com;
dfreedman@ermanteicher.com; gettelman@e-hlaw.com; ggreen@fagelhaber.com;
lnewman@fagelhaber.com; charles@filardi-law.com; tdonovan@finkgold.com;
jmurch@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com;
ftrikkers@rikkerslaw.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com;
dcrapo@gibbonslaw.com; mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com;
cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com;
jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com; mrr@previant.com;
tch@previant.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com;
herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net;
jdyas@halperinlaw.net; hleinwand@aol.com; prubin@herrick.com; anne.kennelly@hp.com;
ken.higman@hp.com; sharon.petrosino@hp.com; echarlton@hiscockbarclay.com;
jkreher@hodgsonruss.com; sgross@hodgsonruss.com; sagolden@hhlaw.com;
ecdolan@hhlaw.com; amoog@hhlaw.com; elizabeth.flaagan@hro.com; dbaty@honigman.com;
tsable@honigman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com;
mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com;
Ben.Caughey@icemiller.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com;
rgriffin@iuoe.org; pbarr@jaffelaw.com; ; rpeterson@jenner.com; gerdekomarek@bellsouth.net;
sjfriedman@jonesday.com; john.sieger@kattenlaw.com; kcookson@keglerbrown.com;

lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com; eriley@kellerrohrback.com;
ggotto@kellerrohrback.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com;
tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com;
gsouth@kslaw.com; afeldman@kslaw.com; grichards@kirkland.com; efox@klng.com;
schnabel@klettrooney.com; dbrown@klettrooney.com; sosimmerman@kwgd.com;
ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com;
mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com; john.weiss@lw.com;
michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com;
jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;
houston_bankruptcy@publicans.com; whawkins@loeb.com; gschwed@loeb.com;
tmcfadden@lordbissell.com; tbrink@lordbissell.com; kwalsh@lordbissell.com;
rcovino@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com;
krosen@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com;
bnathan@lowenstein.com; egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com;
jml@ml-legal.com; lmc@ml-legal.com; vmastromar@aol.com; rdaversa@mayerbrown.com;
jgtougas@mayerbrownrowe.com; dadler@mccarter.com; jsalmas@mccarthy.ca;
lsalzman@mccarthy.ca; jmsullivan@mwe.com; sselbst@mwe.com;
jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com;
sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; egunn@mcguirewoods.com;
lpeterson@msek.com; hkolko@msek.com; rrosenbaum@mrrlaw.net; emeyers@mrrlaw.net;
aburch@miamidade.gov; miag@michigan.gov; raterinkd@michigan.gov; miag@michigan.gov;
trenda@milesstockbridge.com; khopkins@milesstockbridge.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; fusco@millercanfield.com; greenj@millercanfield.com;
pjricotta@mintz.com; skhoos@mintz.com; Jeff.Ott@molex.com ; resterkin@morganlewis.com;
agottfried@morganlewis.com; mzelmanovitz@morganlewis.com; lberkoff@moritthock.com;
mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com;
sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com;
george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; eabdelmasieh@nmmlaw.com;
dgheiman@jonesday.com; mmharner@jonesday.com; cahope@chapter13macon.com;
jay.hurst@oag.state.tx.us; michaelz@orbotech.com; mmoody@okmlaw.com;
aenglund@orrick.com; aprinci@orrick.com; tkent@orrick.com; fholden@orrick.com;
rwyron@orrick.com; jguy@orrick.com; mcheney@orrick.com; shazan@oshr.com;
mhager@oshr.com; sshimshak@paulweiss.com; cweidler@paulweiss.com;
ddavis@paulweiss.com; emccolm@paulweiss.com; housnerp@michigan.gov;
lawallf@pepperlaw.com; aaronsona@pepperlaw.com; caseyl@pepperlaw.com;
jaffeh@pepperlaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com;
mark.houle@pillsburylaw.com; karen.dine@pillsburylaw.com;
richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com;
margot.erlich@pillsburylaw.com; rbeacher@pitneyhardin.com; rmeth@pitneyhardin.com;
bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com;
jkp@qad.com; andrew.herenstein@quadranglegroup.com;
patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com;
knye@quarles.com; elazarou@reedsmith.com; rnorton@reedsmith.com;
jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; mscott@riemerlaw.com;
holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com;
gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com;
rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com;
pbosswick@ssbb.com; hborin@schaferandweiner.com; mnewman@schaferandweiner.com;
rheilman@schaferandweiner.com; dweiner@schaferandweiner.com; wkohn@schiffhardin.com;

6

myetnikoff@schiffhardin.com ; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com;
michael.cook@srz.com; james.bentley@srz.com; carol.weiner.levy@srz.com;
pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; lawtoll@comcast.net;
rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com;
asherman@sillscummis.com; jzackin@sillscummis.com ; cfortgang@silverpointcapital.com;
bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; fyates@sonnenschein.com;
rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com;
pabutler@ssd.com; emarcks@ssd.com; hwangr@michigan.gov;
jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com;
jposta@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com;
mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; massimiliano_cini@brembo.it;
madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com;
jminias@stroock.com; rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com; miller@taftlaw.com;
marvin.clements@state.tn.us; ddraper@terra-law.com; jforstot@tpw.com; lcurcio@tpw.com;
niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com; dlowenthal@thelenreid.com;
dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; john.brannon@tklaw.com;
ira.herman@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com;
bmcdonough@teamtogut.com; DBR@tbfesq.com; jwilson@tylercooper.com;
hzamboni@underbergkessler.com; mkilgore@UP.com; djury@steelworkers-usw.org;
msmcelwee@varnumlaw.com; rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com;
EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com;
gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com; bankruptcy@warnerstevens.com;
lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com;
jcunningham@whitecase.com; mmesonesmori@whitecase.com; barnold@whdlaw.com;
bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com;
skrause@zeklaw.com; pjanovsky@zeklaw.com; sarah.morrison@doj.ca.gov; pclark@mwe.com;
jdejonker@mwe.com; msternstein@sheppardmullin.com; twardle@sheppardmullin.com;
ewaters@sheppardmullin.com; tcohen@sheppardmullin.com; dludman@brownconnery.com;
bharwood@sheehan.com; neal.mann@oag.state.ny.us; JRS@parmenterlaw.com;
rjclark@hancocklaw.com; rsmolev@kayescholer.com; heather@implaytechnologies.com;
kmayhew@pepehazard.com; mseidl@pszyjw.com; wweintraub@pszyjw.com;
sdabney@kslaw.com; bdimos@kslaw.com; jsimon@foley.com; mrichman@foley.com;
mkohayer@aol.com; gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com;
Judith.Elkin@haynesboone.com; Lenard.Parkins@haynesboone.com;
Kenric.Kattner@haynesboone.com; arosenberg@paulweiss.com; jbrass@paulweiss.com;
maofiling@cgsh.com; DDeutsch@chadbourne.com; DiConzaM@gtlaw.com;
HeyenS@gtlaw.com; eglas@mccarter.com; mparker@fulbright.com;
drosenzweig@fulbright.com; ddragich@foley.com; amiller@intermet.com;
lgretchko@howardandhoward.com; jspecf@sternslaw.com; axs@maddinhauser.com;
tracy.richardson@dol.lps.state.nj.us; mmachen@sonnenschein.com; jeannine.damico@cwt.com;
janice.grubin@dbr.com; LMcBryan@hwmklaw.com; sdrucker@honigman.com

# Exhibit C

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA  92103
Attn:    Ted Kim

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036
Attn:    Robert J. Stark

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY  10036
Attn:    Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Attn:    Steven J. Reisman

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:    Brian Resnick
            Donald Bernstein

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY  10022
Attn:    Douglas L. Dethy

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:    Sean Corcoran
            Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098
Attn:    Michael Nefkens

Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021
Attn:    Carrie L. Schiff

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131
Attn:    Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735
Attn:    Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036
Attn:    Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC  28078
Attn:    Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Attn:    Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019
Attn:    Stephen H. Gross

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:    Frank L. Gorman, Esq.

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:    Robert B. Weiss, Esq.

Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007
Attn:    Insolvency Department,
            Maria Valerio

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226
Attn:    Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439
Attn:    Henry Reichard

James E. Bishop Sr.
502 Shiloh Dr.
No. 9
Laredo, TX  78045

James H. Kelly
517 Lost Angel Road
Boulder, CO  80302

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY  10022
Attn:    William Q. Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:    Thomas F. Maher
            Richard Duker
            Gianni Russello

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:    Vilma Francis

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:    Gordon Z. Novod

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:    Thomas Moers Mayer

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA  90066
Attn:    James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:    Robert J. Rosenberg

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:    Patrick J. Healy

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:    Daniel R. Fisher

Luqman Yacub
P.O. Box 1026
Hartville, OH  44632

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:    David D. Cleary

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:    Mohsin N. Khambati

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:    J. Brian McTigue

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:    Cornish F. Hitchcock

Mesirow Financial
666 Third Ave.
21st Floor
New York, NY  10017
Attn:    Leon Szlezinger

Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Attn:    Joseph T. Moldovan, Esq.

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281
Attn:    Mark Schonfeld, Regional Director

Office of New York State
120 Broadway
New York, NY  10271
Attn:    Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071
Attn:    Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006
Attn:    Tom A. Jerman
         Rachel Janger

Pardus European Special Opportunities
Master Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018
Attn:    Joseph R. Thornton

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026
Attn:    Ralph L. Landy

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005
Attn:    Jeffrey Cohen

Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
Attn:    Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
Attn:    David L. Resnick

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York NY 10020-1801
Attn:    Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:    Douglas Bartner
         Jill Frizzley

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:    Kenneth S. Ziman
         Robert H. Trust
         William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606
Attn:   John Wm. Butler
        John K. Lyons
        Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:   Daniel D. Doyle

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:   Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022
Attn:   Chester B. Salomon
        Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119
Attn:   Albert Togut

Trustee of the Koury Family Trust
410 Reposado Dr.
La Habra Heights, CA  90631
Attn:   James N. Koury

Tyco Electronics Corporation
 60 Columbia Road
Morristown, NJ  7960
Attn:   MaryAnn Brereton,
        Assistant General Counsel

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112
Attn:   Alicia M. Leonhard

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102
Attn:   Michael D. Warner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Jeffrey L. Tanenbaum, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Martin J. Bienenstock, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Michael P. Kessler, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
Attn:   Steven M. Cimalore