DYKEMA GOSSETT PLLC
Attorneys for Tremont City Barrel Fill PRP Group
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 840-0523
Facsimile: (248) 850-0763
Brendan G. Best (MI 66370)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION, *et. al.*,** | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF APPEARANCE OF AND REPRESENTATION BY**
**COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned is proposed counsel for Tremont City Barrel Fill PRP Group in the captioned case, and pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, request that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

> Brendan G. Best, Esq. (P66370)
> Dykema Gossett PLLC
> 39577 Woodward Avenue, Suite 300
> Bloomfield Hills, Michigan 48304
> Telephone: (248) 203-0523
> Facsimile: (248) 203-0763

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects Tremont City Barrel Fill PRP Group.

      Respectfully submitted,

      DYKEMA GOSSETT PLLC

      By:/s/ Brendan G. Best
      Brendan G. Best (MI 66370)
      Attorneys for Tremont City Barrel Fill PRP Group
      Suite 300, 39577 Woodward Avenue

Dated: August 2, 2007      Bloomfield Hills, Michigan 48304
      (248) 203-0523

BH01\779863.1
ID\BGB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243