David W. Dykhouse (DD 3055)
Phyllis S. Wallitt (PW 3958)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
dwdykhouse@pbwt.com

Attorneys for Fry's Metals Inc. and Specialty Coatings
Systems Eft.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :   Chapter 11
DELPHI CORPORATION, et al.,                                  :   Case No. 05-44481 (RDD)
                                                             :
                                                             :   (Jointly Administered)
                                                             :
                        Debtors.                             :
                                                             :
-------------------------------------------------------------x

## REQUEST FOR ALL NOTICES AND
## DEMAND FOR SERVICE OF PAPERS

Fry's Metals Inc. and Specialty Coatings Systems Eft, parties in interest in this case, hereby request notice of all hearings and conferences and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to their attorneys at the addresses set forth below.

Neither this Request nor its filing and service shall constitute (1) the consent of Fry's Metals Inc. and Specialty Coatings Systems Eft to the jurisdiction of this Court over them for any purpose or (2) a waiver by Fry's Metals Inc. and Specialty Coatings Systems Eft of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which Fry's Metals Inc. and Specialty Coatings Systems Eft reserve to the full extent of the law.

Dated: New York, New York
August 3, 2007

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
David W. Dykhouse (DD 3055)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
dwdykhouse@pbwt.com

ADLER POLLOCK & SHEEHAN P.C.
Joseph Avanzato
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Telephone (401) 274-7200
Fax: (401) 751-0604
javanzato@apslaw.com

Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft

TO:   SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM LLP
      333 West Wacker Drive, Suite 2100
      Chicago, Illinois 60606

      SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM LLP
      Four Times Square
      New York, New York 10036

      Attorneys for Delphi Corporation, *et. al.*,
         Debtors and Debtors-in-Possession

1387169v1