David W. Dykhouse (DD-3055)
Phyllis S. Wallitt (PW-3958)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212)336-2000
Fax: (212)336-2222
Email: dwdykhouse@pbwt.com,

Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft.

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                      :
                                                            :   Case No. 05-44481(RDD)
                                                            :
DELPHI CORPORATION., *et al*                                :
                                                            :   **AFFIDAVIT OF SERVICE**
                                                            :
                                                            :   Jointly Administered
                                                            :
-----------------------------------------------------------x

STATE OF NEW YORK        )
                         :ss.:
COUNTY OF NEW YORK       )

       SYLVIA ANDREEV, being duly sworn, deposes and says:

       1.      I am over 18 years of age, not a party to this action, and am employed with the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

       2.      On August 3, 2007, I served a true copy of the foregoing REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS upon the following by depositing a true copy of same enclosed in a postpaid wrapper in a mail depository maintained

by the U.S. Postal Service at 1133 Avenue of the Americas, New York, New York, directed to them at the addresses below:

> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
>
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> Four Times Square
> New York, New York 10036

_____
SYLVIA ANDREEV

Sworn to before me this
3rd day of August, 2007

_____
Notary Public

NICHOLAS J. LAFORGE
Notary Public, State of New York
No. 01LA6150533
Qualified in Kings County
Certificate Filed in New York County
Commission Expires July 31, 2010

1386720v1