| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>ASEC MANUFACTURING GENERAL PARTNERSHIP | Case Number<br>05-44482 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
CONTRARIAN FUNDS, LLC as Assignee of ARAMARK Uniform & Career Apparel, Inc. dba ARAMARK Uniform Services AND ARAMARK c/o Star Source Management Services

Name and address where notices should be sent:
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVENUE, STE. 225
GREENWICH, CT 06830
Telephone number: 203-862-8200  ATTN: ALPA JIMENEZ

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

FILE COPY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces / ☐ amends if this claim _____ a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed / Leased Uniforms
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)           (date)

**2. Date debt was incurred:**
6/1/05 through 10/4/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 11,532.14 _____ _____ $11,532.14
(unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 11,532.14

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority  $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>7/18/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>MICHAEL J. RESTIFO   CFO/MEMBER |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO AMENDED PROOF OF CLAIM

## OF ARAMARK UNIFORM & CAREER APPAREL, INC. – CLAIM NO. 1571

## ASEC MANUFACTURING GENERAL PARTNERSHIP – CASE NO. 05-44482

Attached hereto as Exhibit A is an itemization of unpaid invoices and amounts owed to ARAMARK c/o Star Source Management Services, Inc. from ASEC Manufacturing General Partnership in the above referenced bankruptcy in the sum of $11,532.14. The unpaid invoices have been assigned to ARAMARK Uniform & Career Apparel, Inc. pursuant to the Assignment of Delphi Receivables also attached hereto as Exhibit A.

# EXHIBIT A

41861.0071 884008 1

## ASSIGNMENT OF DELPHI RECEIVABLES

This Assignment is dated as of December 8, 2005, between Star Source Management Services, Inc. ("Star Source") and ARAMARK Uniform & Career Apparel, Inc. ("Subcontractor") and is being entered into pursuant to Section 2 of that certain Subcontract Agreement effective October 30, 1999, as amended and restated by that certain Amended and Restated Subcontract Agreement also effective October 30, 1999 (the "Agreement").

Pursuant to the Agreement, Subcontractor provides service to various Delphi Corporation locations and related divisions and subsidiaries ("Delphi") as a subcontractor for Star Source. On October 8, 2005, Delphi filed for bankruptcy protection.

Listed on Schedule I attached hereto are the unpaid invoices of Star Source issued to Delphi for merchandise and services that were provided by Subcontractor to Delphi, totaling $275,774.96 (the "Claim").

Pursuant to Section 2 of the Agreement, Star Source hereby assigns the Claim to Subcontractor free and clear of all liens and subject to no liabilities.

Star Source Management Services, Inc. Inc.

By: /s/ Melvin Brown
Title: President
Date: December 8, 2005

Aramark Uniform & Career Apparel,

By: /s/
Title: Vice President
Date: December 8, 2005

| AR# | Date | MC | Invoice Number | Remaining |
|---|---|---|---|---|
| 92877014 | 09/01/05 | 551 | 0551-8076967 | $ 861.33 |
| 92877014 | 09/01/05 | 551 | 0551-8076968 | $ 18.72 |
| 92877014 | 09/01/05 | 551 | 0551-8076969 | $ 77.12 |
| 92877014 | 09/01/05 | 551 | 0551-8076970 | $ 6.59 |
| 92877014 | 09/01/05 | 551 | 0551-8076971 | $ 88.92 |
| 92877014 | 09/01/05 | 551 | 0551-8076972 | $ 123.99 |
| 92877014 | 09/01/05 | 551 | 0551-8076973 | $ 111.12 |
| 92877014 | 09/01/05 | 551 | 0551-8076974 | $ 113.43 |
| 92877014 | 09/01/05 | 551 | 0551-8076975 | $ 40.53 |
| 92877014 | 09/01/05 | 551 | 0551-8076976 | $ 22.02 |
| 92877014 | 09/01/05 | 551 | 0551-8076977 | $ 74.57 |
| 92877014 | 09/01/05 | 551 | 0551-8076978 | $ 16.07 |
| 92877014 | 09/01/05 | 551 | 0551-8076979 | $ 8.46 |
| 92877014 | 09/01/05 | 551 | 0551-8076980 | $ 6.23 |
| 92877014 | 09/01/05 | 551 | 0551-8076981 | $ 124.81 |
| 92877014 | 09/01/05 | 551 | 0551-8076982 | $ 8.46 |
| 92877014 | 09/01/05 | 551 | 0551-8076983 | $ 6.87 |
| 92877014 | 09/01/05 | 551 | 0551-8076984 | $ 37.65 |
| 92877035 | 09/01/05 | 551 | 0551-8076985 | $ 154.88 |
| 92877014 | 09/01/05 | 551 | 0551-8076986 | $ 35.50 |
| 92877014 | 09/08/05 | 551 | 0551-8088185 | $ 823.83 |
| 92877014 | 09/08/05 | 551 | 0551-8088186 | $ 18.72 |
| 92877014 | 09/08/05 | 551 | 0551-8088187 | $ 77.12 |
| 92877014 | 09/08/05 | 551 | 0551-8088188 | $ 6.59 |
| 92877014 | 09/08/05 | 551 | 0551-8088189 | $ 88.92 |
| 92877014 | 09/08/05 | 551 | 0551-8088190 | $ 116.49 |
| 92877014 | 09/08/05 | 551 | 0551-8088191 | $ 111.12 |
| 92877014 | 09/08/05 | 551 | 0551-8088192 | $ 113.43 |
| 92877014 | 09/08/05 | 551 | 0551-8088193 | $ 40.53 |
| 92877014 | 09/08/05 | 551 | 0551-8088194 | $ 22.02 |
| 92877014 | 09/08/05 | 551 | 0551-8088195 | $ 74.57 |
| 92877014 | 09/08/05 | 551 | 0551-8088196 | $ 16.07 |
| 92877014 | 09/08/05 | 551 | 0551-8088197 | $ 8.46 |
| 92877014 | 09/08/05 | 551 | 0551-8088198 | $ 6.23 |
| 92877014 | 09/08/05 | 551 | 0551-8088199 | $ 124.81 |
| 92877014 | 09/08/05 | 551 | 0551-8088200 | $ 8.46 |
| 92877014 | 09/08/05 | 551 | 0551-8088201 | $ 6.87 |
| 92877035 | 09/08/05 | 551 | 0551-8088202 | $ 154.88 |
| 92877014 | 09/08/05 | 551 | 0551-8088203 | $ 38.50 |
| 92877014 | 09/15/05 | 551 | 0551-8099625 | $ 822.33 |
| 92877014 | 09/15/05 | 551 | 0551-8099626 | $ 18.72 |
| 92877014 | 09/15/05 | 551 | 0551-8099627 | $ 77.12 |
| 92877014 | 09/15/05 | 551 | 0551-8099628 | $ 6.59 |
| 92877014 | 09/15/05 | 551 | 0551-8099629 | $ 88.92 |
| 92877014 | 09/15/05 | 551 | 0551-8099630 | $ 135.56 |
| 92877014 | 09/15/05 | 551 | 0551-8099631 | $ 111.12 |
| 92877014 | 09/15/05 | 551 | 0551-8099632 | $ 113.43 |
| 92877014 | 09/15/05 | 551 | 0551-8099633 | $ 40.53 |
| 92877014 | 09/15/05 | 551 | 0551-8099634 | $ 22.02 |
| 92877014 | 09/15/05 | 551 | 0551-8099635 | $ 74.57 |

Pg 6 of 7

| | | | | | |
|---|---|---|---|---|---|
| 92877014 | 09/15/05 | 551 | 0551-8099636 | $ | 32.70 |
| 92877014 | 09/15/05 | 551 | 0551-8099637 | $ | 8.46 |
| 92877014 | 09/15/05 | 551 | 0551-8099638 | $ | 6.23 |
| 92877014 | 09/15/05 | 551 | 0551-8099639 | $ | 176.67 |
| 92877014 | 09/15/05 | 551 | 0551-8099640 | $ | 8.46 |
| 92877014 | 09/15/05 | 551 | 0551-8099641 | $ | 6.87 |
| 92877014 | 09/15/05 | 551 | 0551-8099642 | $ | 37.65 |
| 92877035 | 09/15/05 | 551 | 0551-8099643 | $ | 154.88 |
| 92877014 | 09/15/05 | 551 | 0551-8099644 | $ | 35.50 |
| 92877014 | 09/22/05 | 551 | 0551-8110987 | $ | 827.33 |
| 92877014 | 09/22/05 | 551 | 0551-8110988 | $ | 18.72 |
| 92877014 | 09/22/05 | 551 | 0551-8110989 | $ | 77.12 |
| 92877014 | 09/22/05 | 551 | 0551-8110990 | $ | 6.59 |
| 92877014 | 09/22/05 | 551 | 0551-8110991 | $ | 88.92 |
| 92877014 | 09/22/05 | 551 | 0551-8110992 | $ | 115.56 |
| 92877014 | 09/22/05 | 551 | 0551-8110993 | $ | 111.12 |
| 92877014 | 09/22/05 | 551 | 0551-8110994 | $ | 113.43 |
| 92877014 | 09/22/05 | 551 | 0551-8110995 | $ | 40.53 |
| 92877014 | 09/22/05 | 551 | 0551-8110996 | $ | 22.02 |
| 92877014 | 09/22/05 | 551 | 0551-8110997 | $ | 74.57 |
| 92877014 | 09/22/05 | 551 | 0551-8110998 | $ | 15.45 |
| 92877014 | 09/22/05 | 551 | 0551-8110999 | $ | 8.46 |
| 92877014 | 09/22/05 | 551 | 0551-8111000 | $ | 6.23 |
| 92877014 | 09/22/05 | 551 | 0551-8111001 | $ | 134.17 |
| 92877014 | 09/22/05 | 551 | 0551-8111002 | $ | 8.46 |
| 92877014 | 09/22/05 | 551 | 0551-8111003 | $ | 6.87 |
| 92877035 | 09/22/05 | 551 | 0551-8111004 | $ | 154.88 |
| 92877014 | 09/22/05 | 551 | 0551-8111005 | $ | 35.50 |
| 92877014 | 09/29/05 | 551 | 0551-8122320 | $ | 851.42 |
| 92877014 | 09/29/05 | 551 | 0551-8122321 | $ | 18.72 |
| 92877014 | 09/29/05 | 551 | 0551-8122322 | $ | 77.12 |
| 92877014 | 09/29/05 | 551 | 0551-8122323 | $ | 6.59 |
| 92877014 | 09/29/05 | 551 | 0551-8122324 | $ | 88.92 |
| 92877014 | 09/29/05 | 551 | 0551-8122325 | $ | 158.88 |
| 92877014 | 09/29/05 | 551 | 0551-8122326 | $ | 111.12 |
| 92877014 | 09/29/05 | 551 | 0551-8122327 | $ | 113.43 |
| 92877014 | 09/29/05 | 551 | 0551-8122328 | $ | 40.53 |
| 92877014 | 09/29/05 | 551 | 0551-8122329 | $ | 22.02 |
| 92877014 | 09/29/05 | 551 | 0551-8122330 | $ | 74.57 |
| 92877014 | 09/29/05 | 551 | 0551-8122331 | $ | 15.45 |
| 92877014 | 09/29/05 | 551 | 0551-8122332 | $ | 8.46 |
| 92877014 | 09/29/05 | 551 | 0551-8122333 | $ | 6.23 |
| 92877014 | 09/29/05 | 551 | 0551-8122334 | $ | 169.48 |
| 92877014 | 09/29/05 | 551 | 0551-8122335 | $ | 8.46 |
| 92877014 | 09/29/05 | 551 | 0551-8122336 | $ | 6.87 |
| 92877014 | 09/29/05 | 551 | 0551-8122337 | $ | 37.65 |
| 92877035 | 09/29/05 | 551 | 0551-8122338 | $ | 154.88 |
| 92877014 | 09/29/05 | 551 | 0551-8122339 | $ | 40.00 |
| 92877014 | 10/06/05 | 551 | 0551-8133536 | $ | 814.92 |
| 92877014 | 10/06/05 | 551 | 0551-8133537 | $ | 14.22 |
| 92877014 | 10/06/05 | 551 | 0551-8133538 | $ | 77.12 |

| | | | | | |
|---|---|---|---|---|---:|
| 92877014 | 10/06/05 | 551 | 0551-8133539 | $ | 6.59 |
| 92877014 | 10/06/05 | 551 | 0551-8133540 | $ | 88.92 |
| 92877014 | 10/06/05 | 551 | 0551-8133541 | $ | 113.37 |
| 92877014 | 10/06/05 | 551 | 0551-8133542 | $ | 111.12 |
| 92877014 | 10/06/05 | 551 | 0551-8133543 | $ | 115.93 |
| 92877014 | 10/06/05 | 551 | 0551-8133544 | $ | 40.53 |
| 92877014 | 10/06/05 | 551 | 0551-8133545 | $ | 22.02 |
| 92877014 | 10/06/05 | 551 | 0551-8133546 | $ | 74.57 |
| 92877014 | 10/06/05 | 551 | 0551-8133547 | $ | 15.45 |
| 92877014 | 10/06/05 | 551 | 0551-8133548 | $ | 8.46 |
| 92877014 | 10/06/05 | 551 | 0551-8133549 | $ | 6.23 |
| 92877014 | 10/06/05 | 551 | 0551-8133550 | $ | 156.98 |
| 92877014 | 10/06/05 | 551 | 0551-8133551 | $ | 8.46 |
| 92877014 | 10/06/05 | 551 | 0551-8133552 | $ | 6.87 |
| 92877035 | 10/06/05 | 551 | 0551-8133553 | $ | 164.93 |
| 92877014 | 10/06/05 | 551 | 0551-8133554 | $ | 35.50 |
| | | | | **$** | **11,532.14** |