TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

HEARING DATE: August 17, 2007
AT 10:00 AM

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                :
  In re                         :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                     Debtors.   :   (Jointly Administered)
                                :
------------------------------ x

**NOTICE OF PRESENTMENT OF JOINT SETTLEMENT AGREEMENT, STIPULATION AND AGREED ORDER TO PERMIT SETOFF OF OBLIGATIONS BETWEEN DELPHI AUTOMOTIVE SYSTEMS, DELPHI MECHATRONICS SYSTEMS, INC. AND MURATA ELECTRONICS NORTH AMERICA, INC AND TO RESOLVE OBJECTIONS TO AND REDUCE CLAIM NUMBERS 11052 AND 11053**

PLEASE TAKE NOTICE that on April 27, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbered 11052 and 11053 (the "Proofs of Claim" or the "Claims") filed by Murata Electronics North America, Inc. (the "Claimant") pursuant to Debtors' (i) Thirteen Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, And (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f)

Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825 ) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to permit the setoff of obligations between the Debtors and Claimant and to resolve the Objection regarding the Proofs of Claim and have executed a Joint Settlement Agreement, Stipulation and Agreed Order to Permit Setoff Of Obligations Between Delphi Automotive Systems, Delphi Mechatronics Systems, Inc. And Murata Electronics North America, Inc. And To Resolve The Objections To And Reduce Claim Numbers 11052 And 11053 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for August 17, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York           DELPHI CORPORATION, *et al.*
        August 3, 2007                    By their attorneys,
                                                       TOGUT, SEGAL & SEGAL LLP
                                                       By:

                                                       /s/ Neil Berger
                                                       NEIL BERGER (NB-3599)
                                                       A Member of the Firm
                                                       One Penn Plaza
                                                       New York, New York 10119
                                                       (212) 594-5000