# EXHIBIT B

# Exhibit B

TOTAL PROFESSIONAL COMPENSATION REQUESTED           $258,982.50
TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY REQUESTED    $842,316.39

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE FOURTH FEE PERIOD

| Attorney Name | Initials | Title | Date Admitted | Old Billing Rate | Hours At Old Rate | Total Old Rate | New Billing Rate | Hours At New Rate | Total New Rate |
|---|---|---|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attorney | Jun-91 | $385.00 | 1.50 | $577.50 | | | |
| Keith Murphy | KJM | Attorney | Jan-94 | $330.00 | 23.60 | $7,788.00 | | | |
| Pamela Curbelo | PJC | Attorney | Dec-91 | $325.00 | 30.50 | $9,912.50 | | | |
| Peter Hagerty | PRH | Attorney | Dec-94 | $300.00 | 1.00 | $300.00 | | | |
| Christopher Boehm | CCB | Attorney | Apr-98 | $320.00 | 457.10 | $146,272.00 | | | |
| Sean Sullivan | SFS | Attorney | Dec-93 | $280.00 | 4.00 | $1,120.00 | | | |
| Jennifer Medlin | JPM | Attorney | Aug-97 | $280.00 | 3.00 | $840.00 | | | |
| Mary Golota | MEG | Attorney | Nov-91 | $275.00 | 18.00 | $4,950.00 | | | |
| John Buckert | JFB | Attorney | May-98 | $250.00 | 350.30 | $87,575.00 | | | |
| Daniel Bruso | DEB | Attorney | Jun-96 | $260.00 | 12.00 | $3,120.00 | | | |
| Greg O'Bradovich | GJO | Attorney | May-99 | $255.00 | 94.00 | $23,970.00 | | | |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $245.00 | 9.00 | $2,205.00 | | | |
| Duane Minley | DPM | Attorney | Feb-05 | $220.00 | 52.60 | $11,572.00 | $215.00 | $5.50 | $1,182.50 |
| Vincent Ilagen | VCI | Attorney | May-02 | $205.00 | 105.50 | $21,627.50 | | | |
| Michelle Henderson | MLH | Attorney | Dec-01 | $220.00 | 18.60 | $4,092.00 | $230.00 | 26.7 | $6,141.00 |
| John Young | JLY | Attorney | May-97 | $205.00 | 0.00 | $0.00 | $215.00 | 10 | $2,150.00 |
| Daniel Gibson | DRG | Attorney | Dec-04 | $190.00 | 2.60 | $494.00 | | | |
| MaryAnn Carreon | MCC | Attorney | May-06 | $185.00 | 64.70 | $11,969.50 | | | |
| Nicholas Trenkle | NBT | Agent | Jun-03 | $185.00 | 347.30 | $64,250.50 | | | |
| Michael Jones | MDJ | Attorney | Jan-04 | $170.00 | 105.00 | $17,850.00 | | | |
| Daniel Gilmour | DG | Agent | Aug-06 | $145.00 | 13.90 | $2,015.50 | | | |
| John Sweet | JRS | Agent | Dec-06 | $145.00 | 5.20 | $754.00 | | | |
| Eric Baron | EJB | Agent | Apr-05 | $155.00 | 0.50 | $77.50 | | | |
| Cynthia Barrett | CWB | Agent | Jul-03 | $130.00 | 18.00 | $2,340.00 | | | |

| Attorney Name | Initials | Title | Date Admitted | Old Billing Rate | Hours At Old Rate | Total Old Rate | New Billing Rate | Hours At New Rate | Total New Rate |
|---|---|---|---|---|---|---|---|---|---|
| Michelle Ciotola | MPC | Attorney | Oct-06 | $130.00 | 0.80 | $104.00 | | | |
| James Wimpe | JEW | Attorney | Jan-07 | $130.00 | 21.50 | $2,795.00 | | | |
| Karey Congdon | KCL | Para. | n/a | $70.00 | 2.10 | $147.00 | | | |
| Dana Davis | DJD | Para. | n/a | $70.00 | 3 | $210.00 | | | |

Total Old Rate    $428,928.50
Total New Rate    $9,473.50
Total Fees    $438,402.00
Adjustment    ($179,419.50)
Total Services from Oct. 2006 thru Jan. 2007    $258,982.50
Total Disbursements    $48,795.39
Total Services and Disbursements    $307,777.89

Total Professional Hours Old Rate    1760.20
Total Professional Hours New Rate    42.2
Total Professional Hours    1802.4
Blended Professional Hourly Rate    $143.69

Total Technical Expert and Paraprofessional Hours    5.10

Total Hours    1807.50