# EXHIBIT C

# Exhibit C

| Debtor's Reference | CCLLP Reference | Fees | Expenses |
|---|---|---|---|
| **CATEGORY 7 (FEE/EMPLOYMENT APPLICATIONS)** | | | |
| Post-Petition Services | D200002GA | $3,224.00 | $665.11 |
| **SUB-TOTAL CATEGORY 7 (FEE/EMPLOYMENT APPLICATIONS)** | | **$3,224.00** | **$665.11** |
| **CATEGORY 3 (BUSINESS OPERATIONS)** | | | |
| DP-312329 | D210002US | $1,480.00 | |
| DP-312733 | D210004US | $1,140.00 | $1,100.00 |
| DP-312733 | D210004USC | $960.00 | |
| DP-312727 | D210009US | $1,225.00 | $150.00 |
| DP-312727 | D210011US | $800.00 | $0.39 |
| DP-312723 | D210013US | $5,000.00 | $5.20 |
| DP-316240 | D220002US | $250.00 | $0.39 |
| DP-314951 | DE10113USD | $1,280.00 | |
| DP-305677 | DE30064US | $147.00 | |
| H-202042 | DE30155USC | $35.00 | |
| DP-302055 | DE30248US | $1,485.00 | $0.87 |
| DP-305592 | DE30269US | $1,357.50 | $4.91 |
| DP-305829 | DE30274US2 | $1,044.00 | $3.47 |
| DP-306725 | DE30276US | $1,950.00 | $1,501.11 |
| DP-307007 | DE30284US | $1,120.00 | $840.00 |
| DP-306904 | DE30302US | $1,750.00 | $1.89 |
| DP-308346 | DE30327US | $2,144.00 | $790.00 |
| DP-308248 | DE30335US | $676.50 | |
| DP-310838 | DE30347US | $1,942.50 | $31.95 |
| DP-311829 | DE30368US | $1,650.00 | $30.80 |
| DP313325/DP307433CIP | DE30375US2 | $1,650.00 | |
| DP312657 | DE30377US2 | $0.00 | |
| DP-314869 | DE30383US | $80.00 | |
| DP-315551 | DE30391US | $3,187.50 | $1,060.07 |
| DP-315943 | DE30392US | $3,540.00 | $1,580.07 |

| | | | |
|---|---|---|---|
| DP-315983 | DE3093US | $1,225.00 | $1,641.59 |
| DP-316080 | DE3094US | $35.00 | |
| DP-305550 | DE3095US | $800.00 | $1.98 |
| DP-315945 | DE3096US | $5,000.00 | $22.17 |
| DP-316308 | DE3097US | $4,113.00 | $221.77 |
| DP-316370 | DE3098US | $5,000.00 | $54.77 |
| DP-316263 | DE3099US | $4,924.50 | $254.95 |
| DP-316518 | DE30400US | $3,389.00 | |
| DP-315580 | DE30401US | $5,000.00 | |
| DP-316264 | DE30402US | $165.00 | $246.55 |
| DP-316421 | DE30403US | $165.00 | $20.00 |
| DP-308264 | DE4012USD | $256.00 | $1,302.79 |
| DP-310230 | DE4006US | $1,490.00 | |
| DP-311588 | DE4008US | $1,650.00 | |
| DP-311864 | DE4009US | $1,280.00 | |
| DP-313710 | DE40129USP | $2,521.50 | |
| DP-314400 | DE40150F | | $140.00 |
| DP-315148 | DE40168US | $2,931.50 | |
| DP-315607 | DE40175US | $0.00 | $1,273.31 |
| DP-315606 | DE40176US | $1,300.00 | |
| DP-315714 | DE40177US | $35.00 | |
| DP-315715 | DE40178US | $1,096.00 | |
| DP-310113 | DE50003US | $1,746.00 | $0.63 |
| DP-314167 | DE50006US | $0.00 | |
| DP-314779 | DE50008US | $0.00 | |
| DP-315086 | DE50011US | $1,984.00 | $1,849.63 |
| DP-315086 | DE50011F | $480.00 | $112.17 |
| DP-315483 | DE50014US | $0.00 | |
| DP-315630 | DE50016US | $800.00 | |
| DP-315536 | DE50019US | $5,000.00 | |
| DP-315204 | DE50020US | $4,122.00 | $800.00 |
| DP-315204 | DE50020F | $960.00 | $3,661.94 |
| DP-315833 | DE50021US | $1,045.00 | |
| DP-315833 | DE50022PCTP | $750.00 | $1,794.00 |
| DP-315536 | DE50022USP | $3,675.00 | $1.20 |
| Detent/Actuator Geometry | DE50023US | $96.00 | |
| DP-310842 | DE8001US | $3,667.00 | $911.02 |

| DP Number | DE Number | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|
| DP-315370 | DE80026US | $0.00 | | $1,249.07 |
| DP-316438 | DE80028US | $0.00 | | |
| DP-316608 | DE80031US | $4,411.00 | | |
| DP-310135 | DE80034US | $1,650.00 | | |
| DP-315718 | DE80039US | $0.00 | | |
| DP-315738 | DE80040US | $1,518.00 | | |
| DP-315763 | DE80041US | $0.00 | | |
| DP-316051 | DE80044US | $4,296.00 | $493.55 | |
| DP-315051-2 | DE80044US2 | $5,000.00 | $817.03 | |
| DP-311313 | DE90001US | $162.50 | | |
| DP-312568 | DE90029US | $1,330.00 | | |
| DP-313340 | DE90043US | $1,625.00 | $0.87 | |
| DP-313643 | DE90053US | $35.00 | $320.00 | |
| DP-313898 | DE90070US | $256.00 | $1,220.00 | |
| DP-314520 | DE90073US | $250.00 | $1,254.20 | |
| DP-314452 | DE90074US | | $1,230.00 | |
| DP-314600 | DE90075US | | $42.79 | |
| DP-314995 | DE90078US | | $40.00 | |
| DP-314511 | DE90080US | $0.00 | | |
| DP-314512 | DE90081US | $1,137.50 | | |
| DP-315278 | DE90086US | $0.00 | | |
| DP-315461 | DE90089US | $2,530.00 | $1,441.20 | |
| DP-315082 | DE90091US | $2,658.00 | $1,381.60 | |
| DP-315711 | DE90093USP | $125.00 | $2,411.00 | |
| DP-315528 | DE90094US | $4,535.00 | $1,868.55 | |
| DP-315529 | DE90095US | $1,660.50 | $1,818.31 | |
| DP-315899 | DE90096US | $0.00 | $1,821.60 | |
| DP-313533 | DE90097US | $0.00 | | |
| DP-315190 | DE90098US | $0.00 | | |
| DP-315721 | DE90099US | $0.00 | $1,046.40 | |
| DP-315379 | DE90101US | $0.00 | $1,369.51 | |
| DP-315930 | DE90102US | $0.00 | $17.62 | |
| DP-316056 | DE90103US | | | |
| DP-316078 | DE90104US | $0.00 | $1,292.46 | |
| DP-316083 | DE90105US | $3,808.00 | $1,642.79 | |
| DP-315987 | DE90106US | $162.50 | $1,046.39 | |
| DP-316479 | DE90107US | $3,150.00 | | |

| Description | Code | Fees | Expenses |
|---|---|---|---|
| DP-316458 | DE9010800US | $5,000.00 | |
| DP-316068 | DE9010900US | $2,302.50 | |
| DP-316643 | DE9011000US | $3,310.00 | |
| DP-316658 | DE9011200US | $64.00 | |
| DP-315579 | DE9011300US | $162.50 | $1,204.50 |
| DP-305003 | DEP0210US | $1,650.00 | |
| DP-306634 | DEP0287US | $1,650.00 | |
| DP-308685 | DEP0327US | $1,650.00 | |
| DP-309220 | DEP0340US | $162.50 | $359.96 |
| REDACTED Impeller Design for a REDACTED Turbine | DEP0350USR | $975.00 | $0.58 |
| DP-309610 | DEP0359US | $1,666.00 | $950.39 |
| Analysis of REDACTED Instrument Panels in View of REDACTED | DE40161AN | $15,622.50 | |
| Analysis of USPN REDACTED | DE40169AN | $2,297.50 | |
| Analysis of Various Patents | DE40179AN | $224.00 | |
| Analysis of Emergency System Using BT | DE40180AN | $256.00 | |
| Analysis of USPN's REDACTED, REDACTED REDACTED, REDACTED, REDACTED, REDACTED | DE80025AN | $13,088.00 | $232.78 |
| REDACTED, REDACTED, REDACTED, REDACTED REDACTED Patent Assertion | DE80042AN | $64,512.50 | $145.54 |
| **SUB-TOTAL CATEGORY 3 (BUSINESS OPERATIONS)** | | **$255,758.50** | **$48,130.28** |
| **TOTAL ALL CATEGORIES** | | **$258,982.50** | **$48,795.39** |
| **TOTAL FEES AND EXPENSES** | | **$307,777.89** | |