```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                            March  5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Chuck Veenstra



Services Thru: 02/28/07

Our Reference DE4-0161AN   Analysis of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                           ▓▓▓▓▓▓▓▓▓▓▓▓▓
```

| Professional Services | Hours | Amount |
|---|---|---|
| 02/01/2007 CCB Review file wrappers and art concerning ▓▓▓▓▓▓▓▓; telephone conference with ▓▓▓▓▓▓▓ re: same ( $320.00/Hr) | 3.00 | 960.00 |
| 02/02/2007 CCB Review file wrappers and art concerning ▓▓▓▓▓▓▓ ( $320.00/Hr) | 1.30 | 416.00 |
| 02/08/2007 CCB Review new information from ▓▓▓▓▓▓ ( $320.00/Hr) | .30 | 96.00 |
| 02/20/2007 CCB Telephone conference with ▓▓▓▓ ▓▓▓▓▓ re: ▓▓▓▓▓▓▓ ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . . | $1,536.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . | | $1,536.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         March 5, 2007

  Delphi Technologies, Inc.
  Legal Staff M/C 480-410-202
  P.O. Box 5052
  Troy, Michigan 48007-5052
  Chuck Veenstra
```

Services Thru: 02/28/07

Our Reference DE4-0169AN   Analysis of USPN ▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 02/06/2007 CCB Prepare opinion ( $320.00/Hr) | 2.00 | 640.00 |
| 02/07/2007 NBT Legal research on claim construction ( $185.00/Hr) | 3.00 | 555.00 |
| 02/08/2007 NBT Legal research on claim construction ( $185.00/Hr) | 2.50 | 462.50 |
| 02/28/2007 CCB Revise opinion ( $320.00/Hr) | .80 | 256.00 |
| Total Professional Services . . . . . . . . . . . . | $1,913.50 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . . | | $1,913.50 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 02/28/07

Our Reference DE4-0179AN   Analysis of Various Patents

| Professional Services | Hours | Amount |
|---|---|---|
| 02/21/2007 CCB Patent Search for ▓▓▓ Automotive ( $320.00/Hr) | .50 | 160.00 |
| 02/22/2007 CCB Patent Search for ▓▓▓ Automotive ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . . . | $224.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $224.00 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929

                               March 5, 2007

     Delphi Technologies, Inc.
     P.O. Box 5052
     Troy, MI 48007
     Attn: Jimmy L. Funke

Services Thru: 02/28/07

Our Reference DE8-0025AN  Analysis of USPN's ████████████████
                          ██████████████████;


     Professional Services                              Hours            Amount

     02/09/2007 CCB Review new information from ████
                    ████, ██████, and telephone
                    conference with Jim █████, Doug
                    █████, and Todd █████ regarding
                    patents assigned to ████████ and
                    ████████ ( $320.00/Hr)               2.50             800.00
     02/12/2007 CCB Telephone conference with Doug
                    █████ regarding ████████████
                    ( $320.00/Hr)                         .80             256.00
     02/16/2007 CCB Meet with Doug █████ regarding
                    ████████ and prep therefore
                    ( $320.00/Hr)                        3.50           1,120.00
     02/16/2007 CCB Telephone conference with Todd
                    █████ regarding patents assigned to
                    ████████ ( $320.00/Hr)                .80             256.00
     02/16/2007 CCB Conduct patent search for patents
                    issued to ████████ and ████████
                    and report results to client
                    ( $320.00/Hr)                         .80             256.00
     02/19/2007 CCB Conduct patent search for patents
                    issued to ████████ and ████████
                    and report the results to client
                    ( $320.00/Hr)                        3.00             960.00
     02/20/2007 CCB Conduct patent search for patents
                    issued to ████████ and ████████
                    and report the results to client
                    ( $320.00/Hr)                        2.00             640.00
     02/21/2007 CCB Conduct patent search for patents
                    issued to ████████ and ████████
                    and report results to client
                    ( $320.00/Hr)                        2.00             640.00
     02/22/2007 CCB Conduct patent search for patents
                    issued to ████████ and ████████
                    and report the results to client
                    ( $320.00/Hr)                         .40             128.00
```

05-44481-rdd    Doc 8883-4    Filed 08/03/07    Entered 08/03/07 16:53:14    Exhibit D part 1    Pg 5 of 15

```
Total Professional Services . . . . . . . . . . . .    $5,056.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $5,056.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              March 5, 2007

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke
```

Services Thru: 02/28/07

Our Reference DE8-0042AN ▓▓▓▓ Patent Assertion

| Professional Services | Hours | Amount |
|---|---|---|
| 02/01/2007 CCB Telephone conference with ▓▓▓▓ to review file wrappers and prepare claim charts ( $320.00/Hr) | 3.00 | 960.00 |
| 02/02/2007 CCB Review file wrappers and prepare claim charts ( $320.00/Hr) | 1.00 | 320.00 |
| 02/05/2007 CCB Review file wrappers and prepare claim charts ( $320.00/Hr) | 1.00 | 320.00 |
| 02/06/2007 CCB Review file wrappers and prepare claim charts ( $320.00/Hr) | 2.00 | 640.00 |
| 02/07/2007 CCB Review file wrappers and prepare claim charts ( $320.00/Hr) | 2.00 | 640.00 |
| 02/08/2007 CCB Review file wrappers and prepare claim charts ( $320.00/Hr) | 2.00 | 640.00 |
| 02/09/2007 CCB Telephone conference with ▓▓▓▓ to review prior art ( $320.00/Hr) | 2.00 | 640.00 |
| 02/09/2007 CCB Telephone conference with ▓▓▓▓ concerning ▓▓▓▓ Assertion ( $320.00/Hr) | .40 | 128.00 |
| 02/10/2007 CCB Review file wrappers, prior art and documents provided by ▓▓▓▓ ▓▓▓▓ ( $320.00/Hr) | 2.00 | 640.00 |
| 02/11/2007 CCB Review file wrappers, prior art and documents provided by ▓▓▓▓ ▓▓▓▓ ( $320.00/Hr) | 3.00 | 960.00 |
| 02/12/2007 CCB Review file wrapper regarding claim construction ( $320.00/Hr) | 3.00 | 960.00 |
| 02/13/2007 CCB Telephone conference with ▓▓▓▓ re: file wrapper ( $320.00/Hr) | 3.00 | 960.00 |
| 02/14/2007 CCB Telephone conference with ▓▓▓▓ re: file wrappers; review file wrappers and prepare claim constructions for meeting ( $320.00/Hr) | 7.00 | 2,240.00 |

DE8-0042AN                                                                  Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/2007 | JFB | Examine U.S. Patent No. ▓▓▓▓▓; develop a claim chart for U.S. Patent No. ▓▓▓▓▓ ( $250.00/Hr) | 4.80 | 1,200.00 |
| 02/14/2007 | NBT | Prepare supporting documentation on claim charts ( $185.00/Hr) | 4.50 | 832.50 |
| 02/15/2007 | CCB | Telephone conference with Jim ▓▓▓ re: file wrappers; review file wrappers, and prepare claim constructions for meeting ( $320.00/Hr) | 7.00 | 2,240.00 |
| 02/15/2007 | JFB | Develop a claim chart for U.S. Patent No. ▓▓▓▓▓ ( $250.00/Hr) | 2.30 | 575.00 |
| 02/15/2007 | NBT | Prepare supporting documentation on claim charts ( $185.00/Hr) | 1.50 | 277.50 |
| 02/16/2007 | CCB | Review ▓▓▓ patent and prior art search ( $320.00/Hr) | 2.20 | 704.00 |
| 02/18/2007 | CCB | Review ▓▓▓ patent and prior art search ( $320.00/Hr) | 1.00 | 320.00 |
| 02/19/2007 | CCB | Review prior art regarding ▓▓▓ patent ( $320.00/Hr) | 2.40 | 768.00 |
| 02/22/2007 | CCB | Review U.S. patent number ▓▓▓▓▓ and new information provided by ▓▓▓▓▓ ( $320.00/Hr) | .30 | 96.00 |
| 02/22/2007 | CCB | Telephone conference with ▓▓▓▓▓ re: research examiner's reasons for allowance ( $320.00/Hr) | 1.70 | 544.00 |
| 02/22/2007 | NBT | Legal research on examiner's reason for allowance ( $185.00/Hr) | 1.70 | 314.50 |
| 02/23/2007 | CCB | Review U.S. patent number ▓▓▓▓▓ ( $320.00/Hr) | 5.00 | 1,600.00 |
| 02/23/2007 | NBT | Legal research on examiner's reasons for allowance ( $185.00/Hr) | 4.00 | 740.00 |
| 02/26/2007 | NBT | Legal research on examiner's reasons for allowance ( $185.00/Hr) | 1.00 | 185.00 |
| 02/27/2007 | CCB | Review art from foreign associate and algorithm from ▓▓▓▓▓ ( $320.00/Hr) | 2.50 | 800.00 |
| 02/27/2007 | NBT | Legal research on examiner's reasons for allowance ( $185.00/Hr) | 4.00 | 740.00 |
| 02/28/2007 | CCB | Review additional information provided by ▓▓▓▓▓ ( $320.00/Hr) | .50 | 160.00 |

Total Professional Services . . . . . . . . . . .    $22,144.50

DE8-0042AN                                                                      Page 3

Disbursements

        Federal Express                                                          56.16

Total Disbursements . . . . . . . . . . . . . . . .         $56.16

Total This Bill . . . . . . . . . . . . . . . . . . . . . .      $22,200.66

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         March 5, 2007

Delphi Technologies, Inc.
Attn: David P. Wood
P.O. Box 5052
Troy, MI  48007
```

Services Thru: 02/28/07

Our Reference D22-0002       DP-█████, Method for ████████ 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/12/2007 JFB Prepare reply document in response to Interview Summary received from USPTO. ( $250.00/Hr) | 1.00 | 250.00 |
| Total Professional Services . . . . . . . . . . . | | $250.00 |

Disbursements

| | | |
|---|---|---|
| Postage | | .39 |
| Total Disbursements . . . . . . . . . . . . . . . . | | $ .39 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $250.39 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0155C    DP-▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in
an ▓▓▓▓▓ Power

| Professional Services | Hours | Amount |
|---|---|---|
| 02/16/2007 DJD Docket records and report filing information ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . . | $35.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $35.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                       March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 02/28/07

Our Reference DE3-0269    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/09/2007 GJO Prepare Response to Office Action ( $255.00/Hr) | 2.00 | 510.00 |
| 02/12/2007 GJO Prepare Office Action Response ( $255.00/Hr) | 2.50 | 637.50 |
| 02/14/2007 GJO Prepare Office Action Response ( $255.00/Hr) | .70 | 178.50 |

Total Professional Services . . . . . . . . . . . .  $1,326.00

Adjustment . . . . . . . . . . . . . . . . . . . .  ($96.00)

Total Professional Services . . . . . . . . . . . .  $1,230.00

Disbursements

       Photocopies                                3.80
       Postage                                    1.11

Total Disbursements . . . . . . . . . . . . . . . .  $4.91

Total This Bill . . . . . . . . . . . . . . . . . .  $1,234.91

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0274   DP-▮▮▮▮▮: 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/09/2007 GJO Prepare Response to Office Action ( $255.00/Hr) | 1.00 | 255.00 |
| Total Professional Services . . . . . . . . . . . . | | $255.00 |

Disbursements

| | |
|---|---|
| Photocopies | 2.60 |
| Postage | .87 |

Total Disbursements . . . . . . . . . . . . . . . .   $3.47

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $258.47

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         March 5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 02/28/07

Our Reference DE3-0276    DP- for the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 02/06/2007 MJD Prepare response to office action ( $245.00/Hr) | 4.50 | 1,102.50 |
| 02/07/2007 MJD Prepare response to office action ( $245.00/Hr) | 3.00 | 735.00 |
| 02/08/2007 MJD Prepare response to Office Action ( $245.00/Hr) | .10 | 24.50 |
| 02/08/2007 MJD Prepare Petition to Revive (unintentional abandonment) ( $245.00/Hr) | 1.20 | 294.00 |
| Total Professional Services | | $2,156.00 |
| Adjustment | | ($206.00) |
| Total Professional Services | | $1,950.00 |

Disbursements

| 02/08/2007 | Government Fee for Filing | 1,500.00 |
| | Postage | 1.11 |
| Total Disbursements | | $1,501.11 |
| Total This Bill | | $3,451.11 |

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                  March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 02/28/07

Our Reference DE3-0284    DP-▓▓▓▓: 
                          with Reduced ▓▓▓▓ and …

| Professional Services | Hours | Amount |
|---|---|---|
| 02/14/2007 SFS Prepare Amendment ( $280.00/Hr) | 4.00 | 1,120.00 |
| Total Professional Services . . . . . . . . . . . | $1,120.00 | |

Disbursements

| | | |
|---|---|---|
| 02/15/2007 | Government Fee for Filing | 50.00 |
| 02/15/2007 | Government Fee for Filing | 790.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $840.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $1,960.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                      March  5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 02/28/07

Our Reference DE3-0347    DP-█████ : █████ and █████████████████ 
█████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/13/2007 KJM Review office action ( $330.00/Hr) | .50 | 165.00 |
| 02/20/2007 GJO Review office action ( $255.00/Hr) | .50 | 127.50 |
| 02/21/2007 GJO Prepare response to office action ( $255.00/Hr) | .50 | 127.50 |
| 02/27/2007 GJO Prepare response to office action ( $255.00/Hr) | 4.50 | 1,147.50 |
| 02/28/2007 GJO Prepare office action response ( $255.00/Hr) | 2.00 | 510.00 |

Total Professional Services . . . . . . . . . . .    $2,077.50

Adjustment . . . . . . . . . . . . . . . . . . .    ($427.50)

Total Professional Services . . . . . . . . . . .    $1,650.00

Disbursements

        Federal Express                                28.75
        Photocopies                                     3.20

Total Disbursements . . . . . . . . . . . . . .     $31.95

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,681.95