CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860) 286-2929

March  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0383    DP-████████ ████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/07/2007 EJB Revise formal drawings ( $155.00/Hr) | .50 | 77.50 |
| Total Professional Services . . . . . . . . . . . . | | $77.50 |
| Adjustment . . . . . . . . . . . . . . . . . . . . | | ($77.50) |
| Total Professional Services . . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929
```

March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0391     DP-█████ : ████████████ and 
████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/08/2007 GJO Prepare Application ( $255.00/Hr) | 1.00 | 255.00 |
| 02/22/2007 GJO Prepare Application ( $255.00/Hr) | 1.00 | 255.00 |
| 02/23/2007 GJO Prepare Application ( $255.00/Hr) | 1.00 | 255.00 |
| 02/26/2007 GJO Prepare Application ( $255.00/Hr) | 4.00 | 1,020.00 |
| 02/27/2007 GJO Prepare Application ( $255.00/Hr) | 1.00 | 255.00 |

Total Professional Services . . . . . . . . . . .    $2,040.00

Total This Bill . . . . . . . . . . . . . . . . . .    $2,040.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 02/28/07

Our Reference DE3-0392    DP- 
                          for ██████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/05/2007 JFB Prepare Application ( $250.00/Hr) | 1.00 | 250.00 |
| 02/06/2007 JFB Prepare Application ( $250.00/Hr) | 3.70 | 925.00 |
| 02/07/2007 JFB Prepare Application ( $250.00/Hr) | 2.00 | 500.00 |
| 02/28/2007 JFB Prepare Application ( $250.00/Hr) | .40 | 100.00 |

Total Professional Services . . . . . . . . . . . .    $1,775.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,775.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0393    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/09/2007 DJD Docket records and report filing information ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . . . | $35.00 | |
| Disbursements | | |
| Photocopies | | 1.20 |
| Postage | | .39 |
| Total Disbursements . . . . . . . . . . . . . . . . | $1.59 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $36.59 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0394    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/09/2007 DJD Docket records and report filing information ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services | | $35.00 |
| Total This Bill | | $35.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 02/28/07

Our Reference DE3-0396     DP-█████: ████████████████ and
                           Response

| Professional Services | Hours | Amount |
|---|---|---|
| 02/12/2007 KJM Revise Application ( $330.00/Hr) | .50 | 165.00 |
| 02/16/2007 GJO Prepare Application ( $255.00/Hr) | 4.00 | 1,020.00 |
| Total Professional Services . . . . . . . . . . . | $1,185.00 | |

Disbursements

       Federal Express                                              22.17

Total Disbursements . . . . . . . . . . . . . . .     $22.17

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,207.17

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 02/28/07

Our Reference DE4-0065    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/27/2007 NBT Prepare Amendment ( $185.00/Hr) | 2.00 | 370.00 |
| 02/28/2007 CCB Prepare Amendment ( $320.00/Hr) | .30 | 96.00 |
| 02/28/2007 NBT Prepare Amendment ( $185.00/Hr) | 9.50 | 1,757.50 |

Total Professional Services . . . . . . . . . . .   $2,223.50

Adjustment . . . . . . . . . . . . . . . . . . .   ($733.50)

Total Professional Services . . . . . . . . . . .   $1,490.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,490.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 02/28/07

Our Reference DE4-0089    DP-█████: ████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/28/2007 CCB Prepare Amendment ( $320.00/Hr) | 4.00 | 1,280.00 |
| Total Professional Services . . . . . . . . . . . . | | $1,280.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $1,280.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         March 5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra
```

Services Thru: 02/28/07

Our Reference DE4-0150F    DP- 

Disbursements

```
02/13/2007      Government Fee for Filing                    20.00
02/13/2007      Government Fee for Filing                   120.00

Total Disbursements . . . . . . . . . . . . . . $140.00

Total This Bill . . . . . . . . . . . . . . . . . . . . $140.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 02/28/07

Our Reference DE4-0175      DP- Via

| Professional Services | Hours | Amount |
|---|---|---|
| 02/05/2007 JFB Prepare Application ( $250.00/Hr) | .40 | 100.00 |
| 02/07/2007 JFB Prepare Application ( $250.00/Hr) | .50 | 125.00 |
| 02/08/2007 JFB Prepare Application ( $250.00/Hr) | .70 | 175.00 |

Total Professional Services . . . . . . . . . . . .      $400.00

Adjustment . . . . . . . . . . . . . . . . . . . .     ($400.00)

Total Professional Services . . . . . . . . . . . .        $0.00

Disbursements

| 02/10/2007 | Drawings | 230.00 |
|---|---|---|
| 02/15/2007 | Government Fee for Filing | 1,000.00 |
| 02/15/2007 | Government Fee for Filing | 40.00 |
| | Photocopies | 1.00 |
| | Postage | 2.31 |

Total Disbursements . . . . . . . . . . . . . . .    $1,273.31

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $1,273.31