```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         March 5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra
```

Services Thru: 02/28/07

Our Reference DE4-0176     DP-▓▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 
                           ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 02/09/2007 JFB Prepare Application ( $250.00/Hr) | 5.20 | 1,300.00 |
| Total Professional Services . . . . . . . . . . . | | $1,300.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $1,300.00 |

```
                      CANTOR COLBURN LLP
                      55 GRIFFIN ROAD SOUTH
                      BLOOMFIELD, CT 06002
                      PHONE: (860)286-2929


                         March 5, 2007
```

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 02/28/07

Our Reference DE4-0177    DP-

| Professional Services | Hours | Amount |
|---|---|---|
| 02/09/2007 DJD Docket records and report filing information ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . . | | $35.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $35.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 02/28/07

Our Reference DE4-0178    DP-███████: FM ███████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/20/2007 CCB Prepare Application ( $320.00/Hr) | .30 | 96.00 |
| Total Professional Services . . . . . . . . . . . | | $96.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $96.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 02/28/07

Our Reference DE5-0006   DP-▓▓▓ ▓▓▓ with ▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 02/16/2007 MEG Prepare Application ( $275.00/Hr) | 2.00 | 550.00 |
| 02/21/2007 MEG Prepare Application ( $275.00/Hr) | 1.00 | 275.00 |
| Total Professional Services . . . . . . . . . . . | | $825.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . | | ($825.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $0.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 02/28/07

Our Reference DE5-0011      DP-███████: ██████ ████████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/05/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 02/08/2007 CCB Prepare Application ( $320.00/Hr) | 3.00 | 960.00 |
| 02/09/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |

Total Professional Services . . . . . . . . . . .    $1,600.00

Disbursements

| 02/10/2007 | Drawings | 500.00 |
| 02/20/2007 | Government Fee for Filing | 80.00 |
|  | Postage | 3.09 |

Total Disbursements . . . . . . . . . . . . . . .    $583.09

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $2,183.09

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         March 5, 2007

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007
   Attn: Patrick M. Griffin
```

Services Thru: 02/28/07

Our Reference DE5-0011F    DP-███████: ███████ ██████████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/20/2007 CCB Prepare Application for filing in Taiwan ( $320.00/Hr) | 1.50 | 480.00 |
| Total Professional Services . . . . . . . . . . . . | | $480.00 |

Disbursements

| | | |
|---|---|---|
| Postage | | 2.61 |
| Total Disbursements . . . . . . . . . . . . . . . . | | $2.61 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $482.61 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                      March 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin
```

Services Thru: 02/28/07

Our Reference DE5-0021    DP-██████: ████████████████████████████
                          Having Improved ████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/16/2007 MEG Prepare Application ( $275.00/Hr) | 2.00 | 550.00 |
| 02/21/2007 MEG Prepare Application ( $275.00/Hr) | 1.00 | 275.00 |
| Total Professional Services . . . . . . . . . . . | | $825.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $825.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                       March 5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke
```

Services Thru: 02/28/07

Our Reference DE8-0026   DP-███████: Seat Belt ███████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/05/2007 JFB Prepare Application ( $250.00/Hr) | .40 | 100.00 |
| 02/06/2007 JFB Prepare Application ( $250.00/Hr) | .70 | 175.00 |
| Total Professional Services . . . . . . . . . . . |  | $275.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . |  | ($275.00) |
| Total Professional Services . . . . . . . . . . . |  | $0.00 |

Disbursements

| Date | Item | Amount |
|---|---|---|
| 02/10/2006 | Drawings | 200.00 |
| 02/09/2007 | Government Fee for Filing | 40.00 |
| 02/09/2007 | Government Fee for Filing | 1,000.00 |
|  | Photocopies | 7.00 |
|  | Postage | 2.07 |

Total Disbursements . . . . . . . . . . . . . . . .   $1,249.07

Total This Bill . . . . . . . . . . . . . . . . . .   $1,249.07

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          March 5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke



Services Thru: 02/28/07

Our Reference DE8-0028    DP-▓▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

| Professional Services | Hours | Amount |
|---|---|---|
| 02/20/2007 CCB Prepare Application ( $320.00/Hr) | .20 | 64.00 |
| 02/27/2007 MDJ Prepare Application ( $170.00/Hr) | 7.00 | 1,190.00 |
| 02/28/2007 MDJ Prepare Application ( $170.00/Hr) | 7.00 | 1,190.00 |
| Total Professional Services . . . . . . . . . . . | | $2,444.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . | | ($2,444.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        March 5, 2007

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke
```

Services Thru: 02/28/07

Our Reference DE8-0039    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 02/02/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| Total Professional Services . . . . . . . . . . . | | $320.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . | | ($320.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . | | $0.00 |