CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March  5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 02/28/07

Our Reference DE8-0040   DP- ▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 02/20/2007 NBT Prepare Application ( $185.00/Hr) | 7.00 | 1,295.00 |
| 02/21/2007 NBT Prepare Application ( $185.00/Hr) | 3.00 | 555.00 |
| Total Professional Services . . . . . . . . . . . | $1,850.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . | ($332.00) | |
| Total Professional Services . . . . . . . . . . . | $1,518.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . . | | $1,518.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007


Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke


Services Thru: 02/28/07

Our Reference DE8-0044    DP-██████: Mechanical ██████████████
██████████████ with


| Professional Services | Hours | Amount |
|---|---|---|
| 02/13/2007 CCB Prepare Application ( $320.00/Hr) | 7.40 | 2,368.00 |
| 02/23/2007 CCB Prepare Application ( $320.00/Hr) | 3.00 | 960.00 |
| 02/26/2007 CCB Prepare Application ( $320.00/Hr) | 3.50 | 1,120.00 |
| 02/27/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |

Total Professional Services . . . . . . . . . . .        $4,768.00

Adjustment . . . . . . . . . . . . . . . . . . .        ($472.00)

Total Professional Services . . . . . . . . . . .        $4,296.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .        $4,296.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0029     DP-███████: ████████████████████


| Professional Services | Hours | Amount |
|---|---|---|
| 02/05/2007 CCB Prepare Amendment ( $320.00/Hr) | 1.00 | 320.00 |
| 02/07/2007 CCB Prepare Amendment ( $320.00/Hr) | 2.00 | 640.00 |
| 02/08/2007 CCB Prepare Amendment ( $320.00/Hr) | 2.00 | 640.00 |

Total Professional Services . . . . . . . . . . .        $1,600.00

Adjustment . . . . . . . . . . . . . . . . . . .        ($270.00)

Total Professional Services . . . . . . . . . . .        $1,330.00

Disbursements

            Postage                                                    .87

Total Disbursements . . . . . . . . . . . . . . .        $ .87

Total This Bill . . . . . . . . . . . . . . . . . . . .        $1,330.87

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 02/28/07

Our Reference DE9-0075    DP-██████: ██████████████████████████
Sensor Mount

Disbursements

| | | |
|---|---|---:|
| 02/06/2007 | Government Fee for Filing | 40.00 |
| | Postage | 2.79 |

Total Disbursements . . . . . . . . . . . . . . .    $42.79

Total This Bill . . . . . . . . . . . . . . . . . . . .    $42.79

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0078      DP-■■■■■: ■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■



   Disbursements

   02/06/2007      Government Fee for Filing                                40.00

   Total Disbursements . . . . . . . . . . . . . . . .        $40.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .        $40.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0080   DP-▓▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓



| Professional Services | Hours | Amount |
|---|---|---|
| 02/28/2007 PJC Telephone conference with the inventor re: application ( $325.00/Hr) | .50 | 162.50 |
| Total Professional Services . . . . . . . . . . . | $162.50 | |
| Adjustment . . . . . . . . . . .. . . . . . . . | ($162.50) | |
| Total Professional Services . . . . . . . . . . | $0.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0086     DP-███████: ████████████████████████████
                           Support Systems


| Professional Services | Hours | Amount |
|---|---|---|
| 02/02/2007 NBT Prepare Application ( $185.00/Hr) | 2.50 | 462.50 |
| 02/09/2007 NBT Prepare Application ( $185.00/Hr) | .50 | 92.50 |
| Total Professional Services . . . . . . . . . . . | | $555.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . | | ($555.00) |
| Total Professional Services . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 5, 2007


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0089    DP-████████: ██████████ ████████ ████ ████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/05/2007 NBT Prepare Application ( $185.00/Hr) | .50 | 92.50 |
| 02/06/2007 NBT Prepare Application ( $185.00/Hr) | .50 | 92.50 |
| Total Professional Services . . . . . . . . . . . | $185.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . | ($185.00) | |
| Total Professional Services . . . . . . . . . . | $0.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0091     DP-███████: An ███████████████r for
███████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 02/13/2007 JFB Prepare Application ( $250.00/Hr) | 6.00 | 1,500.00 |
| 02/14/2007 JFB Prepare Application ( $250.00/Hr) | 1.20 | 300.00 |
| 02/15/2007 JFB Prepare Application ( $250.00/Hr) | 1.10 | 275.00 |
| 02/16/2007 JFB Prepare Application ( $250.00/Hr) | 5.30 | 1,325.00 |
| 02/19/2007 JFB Prepare Application ( $250.00/Hr) | 1.50 | 375.00 |

Total Professional Services . . . . . . . . . . .      $3,775.00

Adjustment . . . . . . . . . . . . . . . . . . .      ($1,117.00)

Total Professional Services . . . . . . . . . . .      $2,658.00

Total This Bill . . . . . . . . . . . . . . . . . .      $2,658.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 02/28/07

Our Reference DE9-0094     DP-▮▮▮▮▮: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                           Design


| Professional Services | Hours | Amount |
|---|---|---|
| 02/01/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 02/05/2007 CCB Prepare Application ( $320.00/Hr) | .50 | 160.00 |
| 02/16/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 02/19/2007 CCB Prepare Application ( $320.00/Hr) | 2.30 | 736.00 |
| 02/20/2007 CCB Prepare Application ( $320.00/Hr) | 3.00 | 960.00 |
| 02/26/2007 CCB Prepare Application ( $320.00/Hr) | 3.00 | 960.00 |
| 02/27/2007 CCB Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 02/28/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |

Total Professional Services . . . . . . . . . . .     $5,696.00

Adjustment . . . . . . . . . . . . . . . . . . . .     ($1,161.00)

Total Professional Services . . . . . . . . . . .     $4,535.00

Disbursements

02/28/2007      Government Fee for Filing                           1,150.00

Total Disbursements . . . . . . . . . . . . . . .     $1,150.00

Total This Bill . . . . . . . : . . . . . . . . . . . . . . .     $5,685.00