```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          April  5, 2007

   Delphi
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, MI 48007-5052
   Attn: Thomas Twomey



Services Thru: 03/31/07

Our Reference D20-0002GA   Post-Petition Services
```

| Professional Services | Hours | Amount |
|---|---|---|
| 03/29/2007 DEB Draft Fourth Fee Application ( $260.00/Hr) | 4.50 | 1,170.00 |
| 03/30/2007 DEB Draft Fourth Fee Application; edit same; prepare exhibits ( $260.00/Hr) | 5.00 | 1,300.00 |
| 03/30/2007 MPC Assisted in preparing exhibits to fourth fee application ( $130.00/Hr) | .80 | 104.00 |
| Total Professional Services . . . . . . . . . . . | $2,574.00 | |
| Disbursements | | |
| Federal Express | | 226.34 |
| Total Disbursements . . . . . . . . . . . . . . . | $226.34 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $2,800.34 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                            April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Chuck Veenstra



Services Thru: 03/31/07

Our Reference DE4-0161AN   Analysis of ████████████████████ in View
                           of ████████████
```

| Professional Services | Hours | Amount |
|---|---|---|
| 03/05/2007 CCB Prepare for meeting ( $320.00/Hr) | 1.00 | 320.00 |
| 03/15/2007 CCB Review Tip letter from ████ ████████ and prior art ( $320.00/Hr) | 4.00 | 1,280.00 |
| 03/19/2007 CCB Review prior art in preparation for meeting ( $320.00/Hr) | 3.50 | 1,120.00 |
| 03/20/2007 CCB Prepare for meeting with ████ ████████ ( $320.00/Hr) | 1.00 | 320.00 |
| 03/20/2007 CCB Meet with ████████████ regarding patent assertion ( $320.00/Hr) | 3.00 | 960.00 |
| 03/21/2007 CCB ████████████, prepare letter concerning ████████████ ████████ ( $320.00/Hr) | .50 | 160.00 |
| 03/29/2007 CCB Review new documentation and ████ ████████ ( $320.00/Hr) | 3.50 | 1,120.00 |
| Total Professional Services . . . . . . . . . . . | $5,280.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $5,280.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

  Delphi Technologies, Inc.
  P.O. Box 5052
  Troy, MI 48007
  Attn: Jimmy L. Funke
```

Services Thru: 03/31/07

Our Reference DE8-0025AN   Analysis of USPN's ▓▓▓▓▓; ▓▓▓▓▓; ▓▓▓▓▓; ▓▓▓▓▓;

| Professional Services | Hours | Amount |
|---|---:|---:|
| 03/02/2007 CCB Clearance search; review new patent and proposed designs; telephone conference with ▓▓▓▓▓ regarding patent search ( $320.00/Hr) | 1.00 | 320.00 |
| 03/05/2007 CCB Clearance search; review new patent and proposed designs; telephone conference with ▓▓▓▓▓ regarding patent search ( $320.00/Hr) | 3.00 | 960.00 |
| 03/06/2007 CCB Review art on ▓▓▓▓▓ ( $320.00/Hr) | 2.00 | 640.00 |
| 03/07/2007 CCB Review art on ▓▓▓▓▓ ( $320.00/Hr) | .50 | 160.00 |
| 03/08/2007 CCB Review art on ▓▓▓▓▓ ( $320.00/Hr) | .80 | 256.00 |
| 03/12/2007 CCB Review additional information ( $320.00/Hr) | 1.00 | 320.00 |
| 03/13/2007 CCB Follow up with ▓▓▓▓▓ regarding patent search ( $320.00/Hr) | .20 | 64.00 |
| 03/26/2007 CCB Telephone conference with ▓▓▓▓▓ to review patent list pertaining to current seat belt design ( $320.00/Hr) | 2.00 | 640.00 |
| 03/30/2007 CCB Review patent flagged by ▓▓▓▓▓; provide Japanese translations ( $320.00/Hr) | 2.70 | 864.00 |

Total Professional Services . . . . . . . . . . . .   $4,224.00

Disbursements

03/06/2007    File History                                232.78

Total Disbursements . . . . . . . . . . . . . . . .   $232.78

Total This Bill . . . . . . . . . . . . . . . . . .   $4,456.78

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                         April 5, 2007

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke



Services Thru: 03/31/07

Our Reference DE8-0042AN    ▮▮▮▮ Patent Assertion


    Professional Services                              Hours         Amount

    03/02/2007  CCB  Review ▮▮▮▮ patents ( $320.00/Hr)  1.30         416.00
    03/05/2007  CCB  Telephone conference with ▮▮▮▮
                     ▮▮▮▮ to review algorithm from
                     Europe ( $320.00/Hr)               3.00         960.00
    03/06/2007  CCB  Review documentation provided for
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                     ( $320.00/Hr)                      2.00         640.00
    03/07/2007  CCB  Review ▮▮▮▮ assertion
                     ( $320.00/Hr)                      5.00       1,600.00
    03/08/2007  CCB  Review ▮▮▮▮ assertion
                     ( $320.00/Hr)                      6.80       2,176.00
    03/12/2007  CCB  Meet with ▮▮▮▮, ▮▮▮▮,
                     ▮▮▮▮, and telephone
                     conference with ▮▮▮▮,
                     ▮▮▮▮, ▮▮▮▮, ▮▮▮▮
                     ▮▮▮▮ regarding ▮▮▮▮
                     assertion; review of files and
                     preparation therefore
                     ( $320.00/Hr)                      7.50       2,400.00
    03/13/2007  CCB  Telephone conference with ▮▮▮▮
                     review regarding ▮▮▮▮
                     ( $320.00/Hr)                      1.00         320.00
    03/15/2007  CCB  Review product definition documents
                     ( $320.00/Hr)                      1.00         320.00
    03/16/2007  CCB  Review documentation on ▮▮▮▮
                     correspondence with ▮▮▮▮
                     and ▮▮▮▮ re: same
                     ( $320.00/Hr)                      2.00         640.00
    03/19/2007  CCB  Review documentation of
                     ▮▮▮▮ ( $320.00/Hr)                 1.50         480.00
    03/21/2007  CCB  Telephone conference with ▮▮▮▮
                     ▮▮▮▮, and ▮▮▮▮ to review
                     documentation on ▮▮▮▮ products
                     ( $320.00/Hr)                      2.00         640.00
```

```
DE8-0042AN                                                    Page    2


03/22/2007 CCB Telephone conference with ▓▓▓▓
               ▓▓▓▓▓ and ▓▓▓▓▓ to review
               documentation ▓▓▓▓▓▓ and ▓▓▓▓
               on ▓▓▓▓▓▓▓▓ ( $320.00/Hr)         2.00              640.00
03/23/2007 CCB Telephone conference with ▓▓▓▓
               ▓▓▓▓▓ and ▓▓▓▓▓ to review
               documentation on ▓▓▓▓▓▓▓ and
               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
               ( $320.00/Hr)                     2.00              640.00
03/27/2007 CCB Telephone conference with ▓▓▓▓
               ▓▓▓▓▓ to review documentation on
               ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓
               ▓▓▓▓▓▓▓▓▓ ( $320.00/Hr)           5.00            1,600.00

Total Professional Services . . . . . . . . . . .     $13,472.00

Total This Bill . . . . . . . . . . . . . . . . . . .  $13,472.00
```

```
               CANTOR COLBURN LLP
               55 GRIFFIN ROAD SOUTH
               BLOOMFIELD, CT 06002
               PHONE: (860)286-2929
```

April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007
Attn: Douglas Fekete


Services Thru: 03/31/07

Our Reference D21-0009    DP-███████: Integration of ███████████ 
███████████████████


| Professional Services | Hours | Amount |
|---|---|---|
| 03/19/2007 JFB Prepare response to Office Action from USPTO ( $250.00/Hr) | 4.90 | 1,225.00 |
| Total Professional Services . . . . . . . . . . . . | $1,225.00 | |
| Disbursements | | |
| 03/19/2007    Government Fee for Filing | | 150.00 |
| Total Disbursements . . . . . . . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $1,375.00 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                           April 5, 2007

    Delphi Technologies, Inc
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Kathryn A. Marra, Esq.
```

Services Thru: 03/31/07

Our Reference DE1-0113D    DP-▓▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓▓▓▓ and Method of Making

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 CCB Prepare amendment ( $320.00/Hr) | 4.00 | 1,280.00 |
| Total Professional Services . . . . . . . . . . . | $1,280.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $1,280.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0054      H-████████  ████████████████████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/15/2007 KC  Proofread patent ( $70.00/Hr) | 2.10 | 147.00 |
| Total Professional Services . . . . . . . . . . . . |  | $147.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . |  | $147.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff - M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0155C   DP-▆▆▆▆▆: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ in an ▆▆▆▆▆▆▆▆▆

| Professional Services | Hours | Amount |
|---|---|---|
| 03/22/2007 KJM Review application ( $330.00/Hr) | 2.00 | 660.00 |
| Total Professional Services . . . . . . . . . . . . | | $660.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . | | ($660.00) |
| Total Professional Services . . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0269      DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/13/2007 GJO Review status of claims ( $255.00/Hr) | .50 | 127.50 |
| Total Professional Services | | $127.50 |
| Total This Bill | | $127.50 |