CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 03/31/07

Our Reference DE3-0274    DP-: ▓▓▓▓▓▓▓▓▓▓▓ of ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 03/20/2007 KJM Review office action ( $330.00/Hr) | .50 | 165.00 |
| 03/20/2007 GJO Review office action and prior office action response ( $255.00/Hr) | .50 | 127.50 |
| 03/26/2007 GJO Formulate response strategies ( $255.00/Hr) | .30 | 76.50 |
| Total Professional Services . . . . . . . . . . . | $369.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $369.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 03/31/07

Our Reference DE3-0302    DP-███████  ████████████████████████████
                          Processing

| Professional Services | Hours | Amount |
|---|---|---|
| 03/19/2007 JFB Examine Office Action from USPTO and prepare response to Office Action ( $250.00/Hr) | 2.00 | 500.00 |
| 03/20/2007 JFB Prepare response to office action from USPTO ( $250.00/Hr) | 6.10 | 1,525.00 |

Total Professional Services . . . . . . . . . . . .   $2,025.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($375.00)

Total Professional Services . . . . . . . . . . . .   $1,650.00

Disbursements

        Postage                                                1.26

Total Disbursements . . . . . . . . . . . . . . . .   $1.26

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $1,651.26

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff - M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0368      DP-████-████ & ██████:██████ 
                            by ████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/12/2007 KJM Review Office Action ( $330.00/Hr) | .50 | 165.00 |
| Total Professional Services . . . . . . . . . . . | $165.00 | |

Disbursements

| | |
|---|---|
| Federal Express | 26.60 |
| Photocopies | 4.20 |
| Total Disbursements . . . . . . . . . . . . . . . $30.80 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $195.80 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0391     DP-███████: ████████████, and ████████████████████ 
████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 GJO Prepare Application ( $255.00/Hr) | 1.50 | 382.50 |
| 03/05/2007 GJO Prepare Application and patent search ( $255.00/Hr) | 1.50 | 382.50 |
| Total Professional Services . . . . . . . . . . . | $765.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | $765.00 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 03/31/07

Our Reference DE3-0392    DP- 
                          for

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 JFB Prepare Application ( $250.00/Hr) | 1.20 | 300.00 |
| 03/02/2007 JFB Prepare Application ( $250.00/Hr) | 8.00 | 2,000.00 |
| 03/05/2007 JFB Prepare Application ( $250.00/Hr) | 2.80 | 700.00 |
| 03/21/2007 JFB Prepare Application ( $250.00/Hr) | 1.70 | 425.00 |

Total Professional Services . . . . . . . . . . .    $3,425.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($1,660.00)

Total Professional Services . . . . . . . . . . .    $1,765.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,765.00

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                      April 5, 2007

   Delphi Technologies, Inc.
   Legal Staff - M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007-5052
   Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0395      DP-███████ : ███████████████ and ███████████ 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 GJO Prepare Application ( $255.00/Hr) | 1.00 | 255.00 |
| Total Professional Services . . . . . . . . . . . | | $255.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $255.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 03/31/07

Our Reference DE3-0397      DP-████████: ████████████████████


Professional Services                               Hours          Amount

03/22/2007 KJM Review disclosure ( $330.00/Hr)        .50          165.00
03/26/2007 KJM Review disclosure ( $330.00/Hr)        .80          264.00
03/29/2007 KJM Review application ( $330.00/Hr)       .50          165.00
03/29/2007 GJO Review Disclosure  ( $255.00/Hr)       .50          127.50

Total Professional Services . . . . . . . . . .     $721.50

Disbursements

          Federal Express                                           21.77

Total Disbursements . . . . . . . . . . . . . .      $21.77

Total This Bill . . . . . . . . . . . . . . . . . .                $743.27
```

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                        April  5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 03/31/07

Our Reference DE3-0398        DP- ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for ▮▮▮ 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/26/2007 KJM Review disclosure ( $330.00/Hr) | .50 | 165.00 |
| 03/26/2007 JPM Discuss new application with D. Minley and K. Murphy ( $280.00/Hr) | .30 | 84.00 |
| 03/27/2007 DPM Prepare Application ( $220.00/Hr) | 7.00 | 1,540.00 |
| 03/28/2007 DPM Prepare Application ( $220.00/Hr) | 5.80 | 1,276.00 |

Total Professional Services . . . . . . . . . . . .    $3,065.00

Disbursements

       Federal Express                                      21.77

Total Disbursements . . . . . . . . . . . . . . .     $21.77

Total This Bill . . . . . . . . . . . . . . . . . . . .    $3,086.77

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith


Services Thru: 03/31/07

Our Reference DE3-0399    DP-
```

```
                                for …


    Professional Services                          Hours        Amount

    03/29/2007 KJM Review disclosure ( $330.00/Hr)   .50         165.00

    Total Professional Services . . . . . . . . .  $165.00

    Disbursements

              Federal Express                                    22.00

    Total Disbursements . . . . . . . . . . . . .  $22.00

    Total This Bill . . . . . . . . . . . . . . . . . . . .     $187.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra
```

Services Thru: 03/31/07

Our Reference DE4-0012D    DP-▒▒▒▒▒: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
                           and Method

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 CCB Prepare Missing Parts for filing in U.S. Patent and Trademark Office ( $320.00/Hr) | .80 | 256.00 |
| Total Professional Services . . . . . . . . . . . | | $256.00 |

Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/01/2007 | Government Fee for Filing | 1,000.00 |
| 03/01/2007 | Government Fee for Filing | 120.00 |
| 03/01/2007 | Government Fee for Filing | 130.00 |
| 03/01/2007 | Government Fee for Filing | 50.00 |
|  | Postage | 2.79 |

Total Disbursements . . . . . . . . . . . . . . . . $1,302.79

Total This Bill . . . . . . . . . . . . . . . . . . . . $1,558.79