```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

        Delphi Technologies, Inc.
        Legal Staff M/C 480-410-202
        P.O. Box 5052
        Troy, Michigan 48007-5052
        Chuck Veenstra



Services Thru: 03/31/07

Our Reference DE4-0178       DP-████: ████████████████████████████
```

| Professional Services | Hours | Amount |
|---|---|---|
| 03/22/2007 NBT Prepare Application ( $185.00/Hr) | 1.50 | 277.50 |
| 03/23/2007 NBT Prepare Application ( $185.00/Hr) | 1.70 | 314.50 |
| 03/26/2007 NBT Prepare Application ( $185.00/Hr) | 6.50 | 1,202.50 |
| 03/27/2007 NBT Prepare Application ( $185.00/Hr) | 7.50 | 1,387.50 |
| 03/28/2007 NBT Prepare Application ( $185.00/Hr) | 5.50 | 1,017.50 |
| 03/31/2007 NBT Prepare Application ( $185.00/Hr) | 5.00 | 925.00 |
| Total Professional Services . . . . . . . . . . . | | $5,124.50 |
| Adjustment . . . . . . . . . . . . . . . . . . . . | | ($4,124.50) |
| Total Professional Services . . . . . . . . . . . | | $1,000.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $1,000.00 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                           April  5, 2007

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007
   Attn: Patrick M. Griffin



Services Thru: 03/31/07

Our Reference DE5-0011F    DP-███████  ████████████████████████████



   Disbursements

              Federal Express                                      51.56

   Total Disbursements . . . . . . . . . . . . . . .     $51.56

   Total This Bill . . . . . . . . . . . . . . . . . . .           $51.56
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin



Services Thru: 03/31/07
```

Our Reference DE5-0016    DP-

```
    Professional Services                               Hours        Amount

    03/02/2007 CCB Prepare Application ( $320.00/Hr)     1.00        320.00

    Total Professional Services . . . . . . . . . . .   $320.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . . .     $320.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                              April  5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007
     Attn: Patrick M. Griffin
```

Services Thru: 03/31/07

Our Reference DE5-0019    DP-█████: ████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/29/2007 VCI Review file and prepare patent application ( $205.00/Hr) | 7.10 | 1,455.50 |
| 03/30/2007 VCI Review file and prepare patent application ( $205.00/Hr) | 7.70 | 1,578.50 |
| Total Professional Services . . . . . . . . . . . . | | $3,034.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $3,034.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 03/31/07

Our Reference DE5-0020     DP- 
                           &

| Professional Services | Hours | Amount |
|---|---|---|
| 03/02/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 03/05/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 03/09/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 03/11/2007 CCB Prepare Application ( $320.00/Hr) | 4.50 | 1,440.00 |
| 03/12/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 03/13/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 03/14/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 03/15/2007 CCB Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 03/16/2007 CCB Prepare Application ( $320.00/Hr) | 3.00 | 960.00 |
| 03/20/2007 CCB Prepare Application ( $320.00/Hr) | 2.50 | 800.00 |

Total Professional Services . . . . . . . . . . . .     $7,680.00

Adjustment . . . . . . . . . . . . . . . . . . . .     ($3,558.00)

Total Professional Services . . . . . . . . . . . .     $4,122.00

Disbursements

03/19/2007     Drawings                                              800.00

Total Disbursements . . . . . . . . . . . . . . . .     $800.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . . .     $4,922.00

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                   April 5, 2007

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007
   Attn: Patrick M. Griffin
```

Services Thru: 03/31/07

Our Reference DE5-0020F    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/19/2007 CCB Prepare Application ( $320.00/Hr) | .50 | 160.00 |
| 03/20/2007 CCB Prepare Application and draft PCT claims in view of published patent application ( $320.00/Hr) | 1.50 | 480.00 |
| 03/21/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| Total Professional Services . . . . . . . . . . . . | | $960.00 |

Disbursements

| 03/21/2007 | Government Fee for Filing | 3,621.00 |
| | Photocopies | 35.60 |
| | Postage | 5.34 |

Total Disbursements . . . . . . . . . . . . . . . . .   $3,661.94

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $4,621.94

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                            April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007
     Attn: Patrick M. Griffin


Services Thru: 03/31/07

Our Reference DE5-0021    DP-██████: ████████████████████████████
                          Having ████████████
```



```
     Professional Services                         Hours         Amount

     03/30/2007 MEG Prepare Application ( $275.00/Hr)    .30       82.50

     Total Professional Services . . . . . . . . . .   $82.50

     Total This Bill . . . . . . . . . . . . . . . . . . . .      $82.50
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

  Delphi Technologies, Inc.
  P.O. Box 5052
  Troy, MI 48007
  Attn: Jimmy L. Funke
```

Services Thru: 03/31/07

Our Reference DE8-0011    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/29/2007 NBT Prepare Amendment ( $185.00/Hr) | 5.50 | 1,017.50 |
| 03/30/2007 CCB Prepare preliminary amendment ( $320.00/Hr) | .30 | 96.00 |
| 03/30/2007 NBT Prepare Amendment ( $185.00/Hr) | 4.50 | 832.50 |

Total Professional Services . . . . . . . . . . . .   $1,946.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($296.00)

Total Professional Services . . . . . . . . . . .   $1,650.00

Disbursements

        Postage                   .39

Total Disbursements . . . . . . . . . . . . . . .   $ .39

Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,650.39

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                           April 5, 2007

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke




Services Thru: 03/31/07

Our Reference DE8-0034      DP-██████  ████████████ Assembly




    Professional Services                         Hours          Amount

    03/13/2007 CCB Prepare amendment ( $320.00/Hr)  1.00           320.00
    03/13/2007 NBT Prepare Amendment ( $185.00/Hr) 12.00         2,220.00

    Total Professional Services . . . . . . . . . . .  $2,540.00

    Adjustment . . . . . . . . . . . . . . . . . . .    ($890.00)

    Total Professional Services . . . . . . . . . . .  $1,650.00

    Total This Bill . . . . . . . . . . . . . . . . . . . .   $1,650.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                             April 5, 2007

     Delphi Technologies, Inc.
     P.O. Box 5052
     Troy, MI 48007
     Attn: Jimmy L. Funke




Services Thru: 03/31/07

Our Reference DE8-0040       DP-▓▓▓▓▓ : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓




     Professional Services                                Hours          Amount

     03/01/2007 NBT Prepare Application ( $185.00/Hr)      5.00          925.00
     03/02/2007 NBT Prepare Application ( $185.00/Hr)      5.00          925.00
     03/05/2007 NBT Prepare Application ( $185.00/Hr)      7.00        1,295.00
     03/06/2007 NBT Prepare Application ( $185.00/Hr)      8.50        1,572.50
     03/07/2007 NBT Prepare Application ( $185.00/Hr)      9.70        1,794.50
     03/14/2007 JFB Prepare Application ( $250.00/Hr)      2.30          575.00
     03/22/2007 JFB Prepare Application ( $250.00/Hr)      2.20          550.00
     03/22/2007 JFB Prepare Application ( $250.00/Hr)       .50          125.00
     03/22/2007 NBT Prepare Application ( $185.00/Hr)      1.00          185.00
     03/23/2007 NBT Prepare Application ( $185.00/Hr)      5.00          925.00
     03/25/2007 NBT Prepare Application ( $185.00/Hr)      1.50          277.50
     03/26/2007 JFB Prepare Application ( $250.00/Hr)      1.10          275.00
     03/26/2007 NBT Prepare Application ( $185.00/Hr)      2.00          370.00
     03/28/2007 JFB Prepare Application ( $250.00/Hr)       .70          175.00
     03/28/2007 NBT Prepare Application ( $185.00/Hr)      1.50          277.50

     Total Professional Services . . . . . . . . . . .  $10,247.00

     Adjustment . . . . . . . . . . . . . . . . . . .  ($10,247.00)

     Total Professional Services . . . . . . . . . .       $0.00

     Total This Bill . . . . . . . . . . . . . . . . . . . .           $0.00
```