CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 03/31/07

Our Reference DE8-00442    DP-███████: Apparatus and Method ███
████████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/07/2007 CCB Prepare Application ( $320.00/Hr) | 5.00 | 1,600.00 |
| 03/13/2007 CCB Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 03/14/2007 CCB Prepare Application ( $320.00/Hr) | 1.40 | 448.00 |
| 03/28/2007 CCB Prepare Application ( $320.00/Hr) | 1.00 | 320.00 |
| 03/29/2007 CCB Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |
| 03/30/2007 CCB Prepare Application ( $320.00/Hr) | 6.00 | 1,920.00 |

Total Professional Services . . . . . . . . . . . .    $6,848.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($1,848.00)

Total Professional Services . . . . . . . . . . .    $5,000.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 03/31/07

Our Reference DE9-0053    DP-█████ : ███████████████████████████████
████████████ for Application

| Professional Services | Hours | Amount |
|---|---|---|
| 03/15/2007 DJD Prepare Filing Receipt corrections for filing at USPTO ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . . | | $35.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $35.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April  5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall
```

Services Thru: 03/31/07

Our Reference DE9-0070    DP-    for

| Professional Services | Hours | Amount |
|---|---|---|
| 03/12/2007 CCB Missing Parts ( $320.00/Hr) | .80 | 256.00 |
| Total Professional Services | | $256.00 |

Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/12/2007 | Government Fee for Filing | 300.00 |
| 03/12/2007 | Government Fee for Filing | 500.00 |
| 03/12/2007 | Government Fee for Filing | 200.00 |
| 03/12/2007 | Government Fee for Filing | 130.00 |
| 03/16/2007 | Government Fee for Filing | 40.00 |
| 03/19/2007 | Drawings | 50.00 |

Total Disbursements . . . . . . . . . . . . . . . . $1,220.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . $1,476.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 03/31/07

Our Reference DE9-0073     DP-██████: ████████████████████
```

| Professional Services | Hours | Amount |
|---|---|---|
| 03/26/2007 JFB Prepare Missing Parts for filing in the U.S. Patent and Trademark Office ( $250.00/Hr) | 1.00 | 250.00 |
| Total Professional Services . . . . . . . . . . . | $250.00 | |

Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/26/2007 | Government Fee for Filing | 300.00 |
| 03/26/2007 | Government Fee for Filing | 500.00 |
| 03/26/2007 | Government Fee for Filing | 200.00 |
| 03/26/2007 | Government Fee for Filing | 130.00 |
| 03/26/2007 | Government Fee for Filing | 120.00 |
| | Postage | 4.20 |

Total Disbursements . . . . . . . . . . . . . . . . $1,254.20

Total This Bill . . . . . . . . . . . . . . . . . . . . . $1,504.20

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 03/31/07

Our Reference DE9-0086    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 CCB Prepare Application ( $320.00/Hr) | .50 | 160.00 |
| 03/01/2007 NBT Prepare Application ( $185.00/Hr) | .50 | 92.50 |
| 03/14/2007 NBT Prepare Application ( $185.00/Hr) | .50 | 92.50 |

Total Professional Services . . . . . . . . . . .    $345.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($345.00)

Total Professional Services . . . . . . . . . . .      $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $0.00

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                              April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall



Services Thru: 03/31/07

Our Reference DE9-0089     DP-▓▓▓▓▓ : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

| Professional Services | Hours | Amount |
|---|---:|---:|
| 03/01/2007 CCB Prepare Application ( $320.00/Hr) | .50 | 160.00 |
| 03/01/2007 NBT Prepare Application ( $185.00/Hr) | .50 | 92.50 |
| 03/13/2007 JFB Prepare Application ( $250.00/Hr) | 2.00 | 500.00 |
| 03/14/2007 JFB Prepare Application ( $250.00/Hr) | 2.80 | 700.00 |
| 03/14/2007 NBT Prepare Application ( $185.00/Hr) | 1.00 | 185.00 |
| 03/21/2007 NBT Prepare Application ( $185.00/Hr) | 3.50 | 647.50 |
| 03/22/2007 NBT Prepare Application ( $185.00/Hr) | 1.50 | 277.50 |
| 03/23/2007 NBT Prepare Application ( $185.00/Hr) | 1.00 | 185.00 |
| 03/28/2007 NBT Prepare Application ( $185.00/Hr) | 1.50 | 277.50 |
| 03/29/2007 NBT Prepare Application ( $185.00/Hr) | 2.00 | 370.00 |
| 03/30/2007 CCB Prepare Application ( $320.00/Hr) | 5.00 | 1,600.00 |
| 03/30/2007 NBT Prepare Application ( $185.00/Hr) | 2.00 | 370.00 |

Total Professional Services . . . . . . . . . . . .     $5,365.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($5,365.00)

Total Professional Services . . . . . . . . . . .         $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . .   $0.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 03/31/07

Our Reference DE9-0091      DP-███████ An███████████████ for 
███████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/06/2007 JFB Prepare Application ( $250.00/Hr) | .70 | 175.00 |
| 03/07/2007 JFB Prepare Application ( $250.00/Hr) | 2.00 | 500.00 |
| 03/19/2007 JFB Prepare Application ( $250.00/Hr) | .20 | 50.00 |
| 03/22/2007 JFB Prepare Application ( $250.00/Hr) | .50 | 125.00 |

Total Professional Services . . . . . . . . . . . .    $850.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($850.00)

Total Professional Services . . . . . . . . . . .      $0.00

Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/11/2007 | Drawings | 300.00 |
| 03/22/2007 | Government Fee for Filing | 1,000.00 |
| 03/22/2007 | Government Fee for Filing | 40.00 |
|  | Photocopies | 41.60 |

Total Disbursements . . . . . . . . . . . . . . .    $1,381.60

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,381.60

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April 5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall


Services Thru: 03/31/07
```

Our Reference DE9-0093P    DP-  for

```
    Professional Services                              Hours        Amount

    03/14/2007 NBT Prepare Application ( $185.00/Hr)    6.00      1,110.00
    03/15/2007 CCB Prepare Application ( $320.00/Hr)    1.00        320.00
    03/20/2007 NBT Prepare Application ( $185.00/Hr)    7.00      1,295.00
    03/20/2007 NBT Prepare Application ( $185.00/Hr)     .50         92.50
    03/21/2007 NBT Prepare Application ( $185.00/Hr)    4.00        740.00
    03/28/2007 JFB Prepare Application ( $250.00/Hr)    5.50      1,375.00
    03/29/2007 JFB Prepare Application ( $250.00/Hr)    2.20        550.00
    03/29/2007 NBT Prepare Application ( $185.00/Hr)    1.00        185.00

    Total Professional Services . . . . . . . . . .   $5,667.50

    Adjustment . . . . . . . . . . . . . . . . . .   ($5,667.50)

    Total Professional Services . . . . . . . . .         $0.00

    Total This Bill . . . . . . . . . . . . . . . . . . . .           $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                       April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall



Services Thru: 03/31/07

Our Reference DE9-0094     DP-███████ ████████████████████████
                           Design



    Disbursements

    03/01/2007    Government Fee for Filing              40.00
    03/02/2007    Drawings                              675.00
                  Postage                                 3.55

    Total Disbursements . . . . . . . . . . . . . .  $718.55

    Total This Bill . . . . . . . . . . . . . . . .  $718.55
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 03/31/07

Our Reference DE9-0095    DP- 

Disbursements

| | | |
|---|---|---|
| 03/01/2007 | Government Fee for Filing | 40.00 |
| 03/02/2007 | Drawings | 275.00 |
| | Postage | 3.31 |

Total Disbursements . . . . . . . . . . . . . . .   $318.31

Total This Bill . . . . . . . . . . . . . . . . . . . .   $318.31