CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 03/31/07

Our Reference DE9-0096    DP-██████: ████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/01/2007 JFB Prepare Application ( $250.00/Hr) | 3.50 | 875.00 |
| 03/07/2007 JFB Prepare Application ( $250.00/Hr) | 3.00 | 750.00 |
| 03/13/2007 JFB Prepare Application ( $250.00/Hr) | 2.50 | 625.00 |
| Total Professional Services . . . . . . . . . . . . | | $2,250.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . | | ($2,250.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                             April  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 03/31/07

Our Reference DE9-0097        DP-
```



```
        Professional Services                       Hours              Amount

        03/05/2007 JPM Review draft application
                   ( $280.00/Hr)                     .20                56.00
        03/05/2007 DPM Prepare Application ( $220.00/Hr)   2.00         440.00

        Total Professional Services . . . . . . . . . .    $496.00

        Adjustment . . . . . . . . . . . . . . . . . .    ($496.00)

        Total Professional Services . . . . . . . . .      $0.00

        Total This Bill . . . . . . . . . . . . . . . . . . . .        $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                          April 5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall
```

Services Thru: 03/31/07

Our Reference DE9-0098    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/07/2007 JFB Prepare Application ( $250.00/Hr) | 1.00 | 250.00 |
| 03/08/2007 JFB Prepare Application ( $250.00/Hr) | 9.00 | 2,250.00 |
| 03/09/2007 JFB Prepare Application ( $250.00/Hr) | 8.00 | 2,000.00 |
| 03/13/2007 JFB Prepare Application ( $250.00/Hr) | .70 | 175.00 |
| 03/29/2007 JFB Prepare Application ( $250.00/Hr) | 1.10 | 275.00 |

Total Professional Services . . . . . . . . . . .    $4,950.00

Adjustment . . . . . . . . . . . . . . . . . . . .   ($4,950.00)

Total Professional Services . . . . . . . . . . .       $0.00

Disbursements

| | | |
|---|---|---|
| 03/30/2007 | Government Fee for Filing | 40.00 |
| 03/30/2007 | Government Fee for Filing | 1,000.00 |
| | Photocopies | 6.40 |

Total Disbursements . . . . . . . . . . . . . .    $1,046.40

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,046.40

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                              April  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 03/31/07

Our Reference DE9-0099     DP-███████: Method and Apparatus ███████████
                           ███████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 03/07/2007 JFB Prepare Application ( $250.00/Hr) | 3.00 | 750.00 |
| 03/20/2007 JFB Telephone conference with inventors re: application ( $250.00/Hr) | .50 | 125.00 |
| 03/26/2007 JFB Prepare Application ( $250.00/Hr) | 3.00 | 750.00 |
| 03/30/2007 JFB Prepare Application ( $250.00/Hr) | 1.00 | 250.00 |
| Total Professional Services . . . . . . . . . . . . | $1,875.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . . | ($1,875.00) | |
| Total Professional Services . . . . . . . . . . . | $0.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         April  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall
```

Services Thru: 03/31/07

Our Reference DE9-0101       DP-████████ ████████████████████████
                             Temperature by

```
   Professional Services                              Hours         Amount

   03/06/2007 JFB Prepare Application ( $250.00/Hr)    1.00          250.00
   03/07/2007 JFB Prepare Application ( $250.00/Hr)    1.10          275.00
   03/12/2007 JFB Prepare Application ( $250.00/Hr)   10.00        2,500.00

   Total Professional Services . . . . . . . . . . .             $3,025.00

   Adjustment . . . . . . . . . . . . . . . . . . .             ($3,025.00)

   Total Professional Services . . . . . . . . . . .                 $0.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . . .       $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                            April  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall


Services Thru: 03/31/07

Our Reference DE9-0102    DP-████████████████████████████



    Professional Services                          Hours            Amount

    03/01/2007 MLH Revise application based on
               inventors comments ( $220.00/Hr)     2.00            440.00
    03/06/2007 MLH Revise Application ( $220.00/Hr)  .20             44.00
    03/07/2007 MLH Review application based on
               inventors comments ( $220.00/Hr)     1.00            220.00
    03/09/2007 MLH Revise Application ( $220.00/Hr)  .50            110.00
    03/13/2007 MLH Prepare Application ( $220.00/Hr) .70            154.00
    03/14/2007 JFB Prepare Application ( $250.00/Hr) .50            125.00
    03/15/2007 MLH Prepare Application ( $220.00/Hr) .20             44.00

    Total Professional Services . . . . . . . . .   $1,137.00

    Adjustment . . . . . . . . . . . . . . . . .    ($1,137.00)

    Total Professional Services . . . . . . . . .   $0.00

    Total This Bill . . . . . . . . . . . . . . . . . . . .         $0.00
```

```
                          CANTOR COLBURN LLP
                          55 GRIFFIN ROAD SOUTH
                          BLOOMFIELD, CT 06002
                          PHONE: (860)286-2929


                              April  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall



Services Thru: 03/31/07

Our Reference DE9-0103    DP-██████  ██████  ██████████



  Professional Services                             Hours          Amount

  03/01/2007 JFB Prepare Application ( $250.00/Hr)    .70          175.00
  03/02/2007 JFB Prepare Application ( $250.00/Hr)    .70          175.00
  03/06/2007 JFB Prepare Application ( $250.00/Hr)   1.00          250.00
  03/07/2007 JFB Prepare Application ( $250.00/Hr)    .20           50.00

  Total Professional Services . . . . . . . . . .   $650.00

  Adjustment . . . . . . . . . . . . . . . . . .   ($650.00)

  Total Professional Services . . . . . . . . .      $0.00

  Disbursements

  03/02/2007      Drawings                                         150.00
  03/07/2007      Government Fee for Filing                        300.00
  03/07/2007      Government Fee for Filing                        500.00
  03/07/2007      Government Fee for Filing                        200.00
  03/07/2007      Government Fee for Filing                        100.00
  03/07/2007      Government Fee for Filing                         40.00
                  Postage                                            2.46

  Total Disbursements . . . . . . . . . . . . .   $1,292.46

  Total This Bill . . . . . . . . . . . . . . . . . . . .      $1,292.46
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

April 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 03/31/07

Our Reference DE9-0105    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 03/29/2007 JFB Prepare Application ( $250.00/Hr) | .30 | 75.00 |
| Total Professional Services | | $75.00 |
| Adjustment | | ($75.00) |
| Total Professional Services | | $0.00 |
| Total This Bill | | $0.00 |