```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

    Delphi
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, MI 48007-5052
    Attn: Thomas Twomey
```

Services Thru: 04/30/07

Our Reference D20-0002GA    Post-Petition Services

| Professional Services | Hours | Amount |
|---|---|---|
| 04/27/2007 DEB Telephone conference with ▓▓▓▓ ▓▓▓▓i (Delphi) regarding invoices; investigate regarding same ( $260.00/Hr) | .50 | 130.00 |
| Total Professional Services . . . . . . . . . . . | $130.00 | |

Disbursements

| 04/02/2007 | Disbursement to Database | | 210.00 |
| | Federal Express | | 107.77 |
| Total Disbursements . . . . . . . . . . . . . . . | $317.77 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $447.77 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929

                         May 5, 2007
     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Chuck Veenstra
```

Services Thru: 04/30/07

Our Reference DE4-0161AN    Analysis of ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                            of ▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 04/05/2007 CCB Review ▓▓▓ patents and opinions ( $320.00/Hr) | 5.30 | 1,696.00 |
| 04/12/2007 CCB Legal research on multiple divisional applications on file wrapper ( $320.00/Hr) | 1.60 | 512.00 |
| 04/13/2007 CCB Legal research on multiple divisional applications on file wrapper ( $320.00/Hr) | 2.50 | 800.00 |
| 04/16/2007 CCB Review new letter and telephone conference with ▓▓▓▓▓ re: same ( $320.00/Hr) | 2.00 | 640.00 |
| 04/17/2007 CCB Review new letter and telephone conference with ▓▓▓▓▓ re: same ( $320.00/Hr) | .50 | 160.00 |
| 04/18/2007 CCB Review ▓▓▓ and ▓▓▓ patents ( $320.00/Hr) | 1.50 | 480.00 |
| 04/19/2007 NBT Legal research on multiple divisional applications on file wrapper ( $185.00/Hr) | 1.30 | 240.50 |
| 04/19/2007 NBT Legal research on multiple divisional applications on file wrapper ( $185.00/Hr) | 2.80 | 518.00 |
| 04/20/2007 NBT Legal research on multiple divisional applications on file wrapper ( $185.00/Hr) | 2.50 | 462.50 |
| 04/23/2007 CCB Review ▓▓▓ legal research ( $320.00/Hr) | .50 | 160.00 |
| 04/23/2007 NBT Legal Research on multiple divisional applications on file wrapper ( $185.00/Hr) | 3.00 | 555.00 |
| 04/30/2007 NBT Legal research on multiple divisional applications on file wrapper ( $185.00/Hr) | 4.00 | 740.00 |

Total Professional Services . . . . . . . . . . . .    $6,964.00

Total This Bill . . . . . . . . . . . . . . . . . . .    $6,964.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Chuck Veenstra



Services Thru: 04/30/07

Our Reference DE4-0169AN   Analysis of USPN ▬▬▬▬▬



    Professional Services                        Hours        Amount

    04/02/2007 CCB Revise opinion ( $320.00/Hr)    .50        160.00
    04/09/2007 CCB Revise opinion ( $320.00/Hr)    .70        224.00

    Total Professional Services . . . . . . . . . . .    $384.00

    Total This Bill . . . . . . . . . . . . . . . . . . .         $384.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 04/30/07

Our Reference DE8-0025AN    Analysis of USPN's ▮▮▮▮, ▮▮▮▮; ▮▮▮▮; ▮▮▮▮;

| Professional Services | Hours | Amount |
|---|---|---|
| 04/03/2007 CCB Review patents identified from patent search ( $320.00/Hr) | 3.00 | 960.00 |
| 04/25/2007 CCB Telephone conference with ▮▮▮▮ regarding trip to ▮▮▮▮ and regarding ▮▮▮▮ and ▮▮▮▮ ( $320.00/Hr) | 1.00 | 320.00 |
| 04/30/2007 CCB Meet with ▮▮▮▮ and ▮▮▮▮ and discuss patents identified from patent search ( $320.00/Hr) | 2.40 | 768.00 |
| Total Professional Services . . . . . . . . . . . | | $2,048.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $2,048.00 |

```
               CANTOR COLBURN LLP
               55 GRIFFIN ROAD SOUTH
               BLOOMFIELD, CT 06002
               PHONE: (860)286-2929


                   May 5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke


Services Thru: 04/30/07

Our Reference DE8-0042AN    ██████ Patent Assertion
```

| Professional Services | Hours | Amount |
|---|---|---|
| 04/04/2007 CCB Telephone conference with ████ ████ regarding supporting documentation ( $320.00/Hr) | 4.50 | 1,440.00 |
| 04/05/2007 CCB Review prior art on US ████████ ( $320.00/Hr) | 1.50 | 480.00 |
| 04/09/2007 CCB Follow up on documentation of ████████████ ( $320.00/Hr) | .50 | 160.00 |
| 04/11/2007 CCB Follow up on documentation of ████████████ ( $320.00/Hr) | 1.40 | 448.00 |
| 04/12/2007 CCB Follow up on documentation of ████████████ ( $320.00/Hr) | 3.10 | 992.00 |
| 04/13/2007 CCB Follow up on documentation of ████████████ ( $320.00/Hr) | 1.20 | 384.00 |
| 04/15/2007 CCB Review U.S. Patent number ████████ ( $320.00/Hr) | 2.00 | 640.00 |
| 04/16/2007 CCB Review U.S. Patent number ████████ ( $320.00/Hr) | 12.00 | 3,840.00 |
| 04/17/2007 CCB Follow up on documentation of ████████████ ( $320.00/Hr) | 4.50 | 1,440.00 |
| 04/18/2007 CCB Review file wrapper of ████ prior art cited in other ██████ cases and at European patent office, review documentation provided by Delphi to ████████████████ ████████████ and telephone conference with ████████ re: same ( $320.00/Hr) | 10.50 | 3,360.00 |
| 04/19/2007 CCB Review file wrapper of ████ prior art cited in other ██████ cases and at European patent office, review documentation provided by Delphi to ████████████████ ████████████ and telephone conference with ████████ re: same ( $320.00/Hr) | 3.50 | 1,120.00 |

DE8-0042AN                                                                          Page    2

```
04/20/2007 CCB Meeting at Delphi with ▓▓▓▓▓▓
               and ▓▓▓▓▓▓ re: ▓▓▓▓ patents
               assertion ( $320.00/Hr)                10.00           3,200.00
04/22/2007 CCB Telephone conference with ▓▓▓▓▓▓
               and ▓▓▓▓▓▓ and preparation
               therefore re: ▓▓▓▓ patent
               assertion ( $320.00/Hr)                  .60             192.00
04/23/2007 CCB Telephone conference with ▓▓▓▓
               ▓▓▓▓, and ▓▓▓▓▓▓ to review
               documentation on ▓▓▓▓
               ( $320.00/Hr)                            .40             128.00

Total Professional Services . . . . . . . . . . .   $17,824.00

Total This Bill . . . . . . . . . . . . . . . . . . . .          $17,824.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, MI 48007
    Attn: Douglas Fekete



Services Thru: 04/30/07

Our Reference D21-0013     DP-▓▓▓▓▓: ▓▓▓▓▓▓▓▓▓▓



    Professional Services                              Hours           Amount

    04/09/2007  CCB Prepare Application ( $320.00/Hr)    .20             64.00
    04/10/2007  CCB Prepare Application ( $320.00/Hr)   2.00            640.00
    04/19/2007  CCB Prepare Application ( $320.00/Hr)   1.50            480.00
    04/24/2007  CCB Prepare Application ( $320.00/Hr)   1.50            480.00

    Total Professional Services . . . . . . . . . .   $1,664.00

    Total This Bill . . . . . . . . . . . . . . . . . . . . .       $1,664.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929



                    May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff - M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007-5052
    Michael D. Smith
```

Services Thru: 04/30/07

Our Reference DE3-0248     DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/04/2007 KJM Review Office Action ( $330.00/Hr) | .20 | 66.00 |
| 04/05/2007 GJO Prepare Response to Office Action ( $255.00/Hr) | 5.00 | 1,275.00 |
| 04/06/2007 MJD Review and revise office action response prepared by G. O'Bradovich ( $245.00/Hr) | .20 | 49.00 |
| 04/06/2007 GJO Prepare Office Action Response ( $255.00/Hr) | 2.00 | 510.00 |

Total Professional Services . . . . . . . . . . .    $1,900.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($415.00)

Total Professional Services . . . . . . . . . . .    $1,485.00

Disbursements

        Postage                                                  .87

Total Disbursements . . . . . . . . . . . . . . .    $ .87

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,485.87

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith
```

Services Thru: 04/30/07

Our Reference DE3-0302      DP-

| Professional Services | Hours | Amount |
|---|---|---|
| 04/25/2007 JFB Pursuant to Delphi guidelines, examine a Notice of Allowance for accuracy; correspondence to Delphi attorney re: Notice of Allowance ( $250.00/Hr) | .40 | 100.00 |
| Total Professional Services . . . . . . . . . . . | $100.00 | |
| Disbursements | | |
| Postage | | .63 |
| Total Disbursements . . . . . . . . . . . . . . | $ .63 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $100.63 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929
```

May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 04/30/07

Our Reference DE3-0327    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/24/2007 KJM Review Office Action ( $330.00/Hr) | .70 | 231.00 |
| 04/24/2007 DG  Prepare Response to Office Action ( $145.00/Hr) | 6.70 | 971.50 |
| 04/25/2007 DG  Prepare Response to Office Action ( $145.00/Hr) | 4.50 | 652.50 |
| 04/26/2007 KJM Review response ( $330.00/Hr) | .50 | 165.00 |
| 04/26/2007 DG  Prepare Response to Office Action ( $145.00/Hr) | 2.70 | 391.50 |

Total Professional Services . . . . . . . . . . . . $2,411.50

Adjustment . . . . . . . . . . . . . . . . . . . . . . ($761.50)

Total Professional Services . . . . . . . . . . . . $1,650.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . $1,650.00