CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 04/30/07

Our Reference DE3-0347        DP-██████:  ████████████████████████████████████
                              Sensor

| Professional Services | Hours | Amount |
|---|---|---|
| 04/04/2007 KJM Review Office Action ( $330.00/Hr) | .50 | 165.00 |
| Total Professional Services . . . . . . . . . . | $165.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $165.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0368    DP-█████████ & ████████: ████████████
by ████████



| Professional Services | Hours | Amount |
|---|---|---|
| 04/16/2007 KJM Review response ( $330.00/Hr) | .50 | 165.00 |
| 04/16/2007 GJO Prepare Office Action Response ( $255.00/Hr) | 2.00 | 510.00 |
| 04/16/2007 JLY Research priority claims ( $215.00/Hr) | 2.50 | 537.50 |
| 04/17/2007 GJO Research priority claims ( $255.00/Hr) | 1.00 | 255.00 |
| 04/17/2007 JLY Research priority claims ( $215.00/Hr) | .50 | 107.50 |
| 04/18/2007 JRS Review office action, cited references, and subject invention; prepare arguments and amendments for office action response ( $145.00/Hr) | 5.20 | 754.00 |
| 04/24/2007 GJO Research 103(c) ( $255.00/Hr) | .50 | 127.50 |
| 04/26/2007 GJO Prepare Office Action Response ( $255.00/Hr) | 1.50 | 382.50 |

Total Professional Services . . . . . . . . . . .  $2,839.00

Adjustment . . . . . . . . . . . . . . . . . . .  ($1,354.00)

Total Professional Services . . . . . . . . . . .  $1,485.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .  $1,485.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0391    DP-████: ███████████████████████ 
████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/05/2007 GJO Prepare Application ( $255.00/Hr) | .50 | 127.50 |
| Total Professional Services . . . . . . . . . . | $127.50 | |

Disbursements

| 04/05/2007 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 04/05/2007 | Government Fee for Filing | 40.00 |
| | Photocopies | 18.00 |
| | Postage | 2.07 |
| Total Disbursements . . . . . . . . . . . . . . | | $1,060.07 |

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,187.57

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 04/30/07

Our Reference DE3-0392        DP-� ▉▉▉▉: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
                              for ▉▉▉▉▉▉▉▉▉▉▉▉▉

| Professional Services | Hours | Amount |
|---|---|---|
| 04/04/2007 JFB Prepare Application ( $250.00/Hr) | 3.60 | 900.00 |
| 04/23/2007 JFB Prepare Application ( $250.00/Hr) | 1.20 | 300.00 |
| Total Professional Services . . . . . . . . . . | $1,200.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . | ($1,200.00) | |
| Total Professional Services . . . . . . . . . . | $0.00 | |

Disbursements

| 04/25/2007 | Government Fee for Filing | | 1,200.00 |
|---|---|---|---|
| 04/25/2007 | Government Fee for Filing | | 40.00 |
| 04/30/2007 | Drawings | | 325.00 |
| | Photocopies | | 11.80 |
| | Postage | | 3.27 |
| Total Disbursements . . . . . . . . . . . . . . | $1,580.07 | | |

Total This Bill . . . . . . . . . . . . . . . . . . . .        $1,580.07

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0393    DP-█████: ███████████████████████████
███████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/30/2007 KJM Review client instructions<br>( $330.00/Hr) | .50 | 165.00 |
| Total Professional Services . . . . . . . . . . | $165.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $165.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 04/30/07

Our Reference DE3-0397    DP▓▓▓▓▓: ▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 04/02/2007 MLH Prepare Application ( $230.00/Hr) | .50 | 115.00 |
| 04/03/2007 KJM Review application ( $330.00/Hr) | .20 | 66.00 |
| 04/03/2007 GJO Assist Michelle Henderson with claims ( $255.00/Hr) | .50 | 127.50 |
| 04/03/2007 MLH Prepare Application ( $230.00/Hr) | 7.00 | 1,610.00 |
| 04/05/2007 KJM Review application ( $330.00/Hr) | 1.30 | 429.00 |
| 04/05/2007 GJO Review application for Michelle Henderson ( $255.00/Hr) | .50 | 127.50 |
| 04/05/2007 MLH Revise Application ( $230.00/Hr) | 1.00 | 230.00 |
| 04/06/2007 KJM Review application ( $330.00/Hr) | .30 | 99.00 |
| 04/06/2007 MLH Revise Application ( $230.00/Hr) | 1.00 | 230.00 |
| 04/10/2007 MLH Revise application based on inventor's comments ( $230.00/Hr) | .50 | 115.00 |
| 04/12/2007 MLH Revise application ( $230.00/Hr) | .50 | 115.00 |
| 04/16/2007 GJO Prepare application ( $255.00/Hr) | .50 | 127.50 |

Total Professional Services . . . . . . . . . . .    $3,391.50

Disbursements

04/16/2007    Government Fee for Filing    200.00

Total Disbursements . . . . . . . . . . . . . . .    $200.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $3,591.50

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0398    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/02/2007 DPM Prepare Application ( $215.00/Hr) | 3.50 | 752.50 |
| 04/03/2007 DPM Prepare Application ( $215.00/Hr) | 2.00 | 430.00 |
| 04/05/2007 MLH Prepare Application ( $230.00/Hr) | 3.00 | 690.00 |
| 04/06/2007 MLH Prepare Application ( $230.00/Hr) | 6.50 | 1,495.00 |
| 04/10/2007 MLH Prepare Application ( $230.00/Hr) | 2.50 | 575.00 |
| 04/12/2007 KJM Review application and disclosure materials; revise application ( $330.00/Hr) | 2.20 | 726.00 |
| 04/17/2007 KJM Review application  ( $330.00/Hr) | 1.00 | 330.00 |
| 04/18/2007 KJM Review disclosure material against application; further comments ( $330.00/Hr) | 1.00 | 330.00 |
| 04/24/2007 KJM Revise application ( $330.00/Hr) | .50 | 165.00 |
| 04/24/2007 MLH Revise Application ( $230.00/Hr) | 1.70 | 391.00 |

Total Professional Services . . . . . . . . . .     $5,884.50

Adjustment . . . . . . . . . . . . . . . . . . .     ($3,949.50)

Total Professional Services . . . . . . . . . .     $1,935.00

Total This Bill . . . . . . . . . . . . . . . . . . . .     $1,935.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May  5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0399      DP-:         
                            n for


| Professional Services | Hours | Amount |
|---|---|---|
| 04/03/2007 KJM Review application ( $330.00/Hr) | .20 | 66.00 |
| 04/03/2007 GJO Prepare Application ( $255.00/Hr) | .50 | 127.50 |
| 04/20/2007 GJO Prepare Application ( $255.00/Hr) | 4.00 | 1,020.00 |
| 04/23/2007 GJO Prepare Application ( $255.00/Hr) | 1.00 | 255.00 |
| 04/24/2007 GJO Prepare Application ( $255.00/Hr) | 6.00 | 1,530.00 |
| 04/25/2007 KJM Review application  ( $330.00/Hr) | .50 | 165.00 |
| 04/25/2007 GJO Prepare Application ( $255.00/Hr) | 2.00 | 510.00 |
| 04/30/2007 KJM Review application ( $330.00/Hr) | .20 | 66.00 |

Total Professional Services . . . . . . . . . . .      $3,739.50

Total This Bill . . . . . . . . . . . . . . . . . . . .      $3,739.50

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0400    DP-▨▨▨▨▨    

| Professional Services | Hours | Amount |
|---|---|---|
| 04/16/2007 KJM Review application disclosure ( $330.00/Hr) | .50 | 165.00 |
| Total Professional Services . . . . . . . . . . . | $165.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $165.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


May 5, 2007

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 04/30/07

Our Reference DE3-0401    DP-▮▮▮▮▮: Method Of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ...


| Professional Services | Hours | Amount |
|---|---|---|
| 04/25/2007 KJM Review disclosures ( $330.00/Hr) | 1.00 | 330.00 |
| Total Professional Services . . . . . . . . . . | $330.00 | |

Disbursements

| | | |
|---|---|---|
| Federal Express | | 22.11 |
| Total Disbursements . . . . . . . . . . . . . . | $22.11 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $352.11 |