CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 04/30/07

Our Reference DE4-0129P   DP-▇▇▇▇ : ▇▇▇▇▇▇   ▇▇▇▇▇

| Professional Services | Hours | Amount |
|---|---|---|
| 04/29/2007 VCI Review application and prior art ( $205.00/Hr) | 2.10 | 430.50 |
| 04/30/2007 VCI Review application and prior art; preparation of application with attention to claims, drawings and description ( $205.00/Hr) | 7.10 | 1,455.50 |
| Total Professional Services . . . . . . . . . . . | $1,886.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $1,886.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 04/30/07

Our Reference DE4-0168    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/26/2007 VCI Review application and prior art; preparation of application with attention to claims, drawings and description ( $205.00/Hr) | 7.30 | 1,496.50 |
| 04/27/2007 VCI Prepare Application ( $205.00/Hr) | 7.00 | 1,435.00 |
| Total Professional Services . . . . . . . . . . . | $2,931.50 | |
| Total This Bill . . . . . . . . . . . . . . . . . . | | $2,931.50 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O. Box 5052
     Troy, Michigan 48007-5052
     Chuck Veenstra



Services Thru: 04/30/07

Our Reference DE4-0178     DP-███████ ████████████████████████████



     Professional Services                          Hours            Amount

     04/02/2007 NBT Prepare Application ( $185.00/Hr)   6.20         1,147.00
     04/05/2007 NBT Prepare Application ( $185.00/Hr)   4.00           740.00
     04/11/2007 JFB Prepare Application ( $250.00/Hr)    .60           150.00
     04/16/2007 NBT Prepare Application ( $185.00/Hr)   1.00           185.00

     Total Professional Services . . . . . . . . . .  $2,222.00

     Adjustment . . . . . . . . . . . . . . . . . .  ($2,222.00)

     Total Professional Services . . . . . . . . .        $0.00

     Total This Bill . . . . . . . . . . . . . . . . . . . . .        $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin
```

Services Thru: 04/30/07

Our Reference DE5-0003    DP-██████ ████████████████ and ██████ 
████████████████

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 04/12/2007 MCC Prepare Amendment ( $185.00/Hr) | | 2.00 | 370.00 |
| 04/13/2007 MCC Prepare Amendment ( $185.00/Hr) | | 6.00 | 1,110.00 |
| 04/25/2007 CCB Prepare Amendment ( $320.00/Hr) | | 1.00 | 320.00 |
| 04/25/2007 MCC Review Response to Office Action ( $185.00/Hr) | | .50 | 92.50 |
| Total Professional Services | | $1,892.50 | |
| Adjustment | | ($242.50) | |
| Total Professional Services | | $1,650.00 | |

Disbursements

| Postage | | | .63 |
|---|---|---|---|
| Total Disbursements | | $ .63 | |
| Total This Bill | | | $1,650.63 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 04/30/07

Our Reference DE5-0011    DP-███████: ███████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/23/2007 CCB Prepare missing parts ( $320.00/Hr) | .70 | 224.00 |
| Total Professional Services . . . . . . . . . . . . | | $224.00 |

Disbursements

| | | |
|---|---|---|
| 04/10/2007 | File History | 45.00 |
| 04/11/2007 | Government Fee for Filing Patent Copy Fee | 20.00 |
| 04/23/2007 | Government Fee for Filing | 1,130.00 |
| | Federal Express | 28.06 |
| | Postage | 2.31 |

Total Disbursements . . . . . . . . . . . . . . . . .    $1,225.37

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,449.37

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                        May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin
```

Services Thru: 04/30/07

Our Reference DE5-0011F    DP-█████: ████████████████████████

Disbursements

| | | |
|---|---|---:|
| 04/21/2007 | DHL Express | 58.00 |
| Total Disbursements . . . . . . . . . . . . . . . . . | $58.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $58.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin
```

Services Thru: 04/30/07

Our Reference DE5-0016    DP-███████: ███████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/19/2007 CCB Prepare Application ( $320.00/Hr) | 1.50 | 480.00 |
| Total Professional Services . . . . . . . . . . . | $480.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $480.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O. Box 5052
   Troy, Michigan 48007
   Attn: Patrick M. Griffin
```

Services Thru: 04/30/07

Our Reference DE5-0019    DP-

| Professional Services | Hours | Amount |
|---|---|---|
| 04/02/2007 VCI Prepare Application ( $205.00/Hr) | 7.10 | 1,455.50 |
| 04/03/2007 VCI Prepare Application ( $205.00/Hr) | 4.10 | 840.50 |
| 04/06/2007 VCI Prepare Application ( $205.00/Hr) | 6.10 | 1,250.50 |
| 04/10/2007 CCB Prepare Application ( $320.00/Hr) | .50 | 160.00 |
| 04/23/2007 CCB Prepare Application ( $320.00/Hr) | .40 | 128.00 |
| 04/26/2007 CCB Prepare Application ( $320.00/Hr) | .40 | 128.00 |

Total Professional Services . . . . . . . . . . .    $3,962.50

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,996.50)

Total Professional Services . . . . . . . . . . .    $1,966.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,966.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    Attn: Patrick M. Griffin
```

Services Thru: 04/30/07

Our Reference DE5-0021    DP-
                          Having ▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 04/19/2007 MEG Prepare Application ( $275.00/Hr) | .50 | 137.50 |
| Total Professional Services . . . . . . . . . . . | | $137.50 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $137.50 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        May 5, 2007

    Delphi Technologies, Inc.
    P.O. Box 5052
    Troy, MI 48007
    Attn: Jimmy L. Funke



Services Thru: 04/30/07

Our Reference DE8-0011    DP-
```


```
    Professional Services                          Hours           Amount

    04/23/2007 NBT Prepare Amendment ( $185.00/Hr)  4.50           832.50
    04/25/2007 NBT Prepare Amendment ( $185.00/Hr)  3.50           647.50
    04/30/2007 CCB Prepare Amendment ( $320.00/Hr)   .30            96.00

    Total Professional Services . . . . . . . . .  $1,576.00

    Disbursements

               Postage                                                .63

    Total Disbursements . . . . . . . . . . . . .  $ .63

    Total This Bill . . . . . . . . . . . . . . . . . . . .      $1,576.63
```