```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                        May  5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke
```

Services Thru: 04/30/07

Our Reference DE8-0031    DP-: 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/16/2007 MCC Prepare Application ( $185.00/Hr) | 7.10 | 1,313.50 |
| 04/17/2007 MCC Prepare Application ( $185.00/Hr) | 6.80 | 1,258.00 |
| 04/18/2007 MCC Prepare Application ( $185.00/Hr) | 7.00 | 1,295.00 |
| 04/19/2007 MCC Prepare Application ( $185.00/Hr) | 8.10 | 1,498.50 |
| 04/23/2007 MCC Prepare Application ( $185.00/Hr) | 7.10 | 1,313.50 |

Total Professional Services . . . . . . . . . . . .    $6,678.50

Adjustment . . . . . . . . . . . . . . . . . . . .    ($2,267.50)

Total Professional Services . . . . . . . . . . . .    $4,411.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $4,411.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929



                         May  5, 2007

     Delphi Technologies, Inc.
     P.O. Box 5052
     Troy, MI 48007
     Attn: Jimmy L. Funke




Services Thru: 04/30/07

Our Reference DE8-0039    DP-███████: ████████████████████████
                          Assembly
```

| Professional Services | Hours | Amount |
|---|---|---|
| 04/09/2007 CCB Prepare Application ( $320.00/Hr) | 3.50 | 1,120.00 |
| 04/10/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| Total Professional Services . . . . . . . . . . . | | $1,760.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . | | ($1,760.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $0.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke
```

Services Thru: 04/30/07

Our Reference DE8-0044    DP-█████: ████████████████████ 
████████████with

| Professional Services | Hours | Amount |
|---|---|---|
| 04/03/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| Total Professional Services . . . . . . . . . . . | $640.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . | ($640.00) | |
| Total Professional Services . . . . . . . . . . | $0.00 | |

Disbursements

| | | |
|---|---|---|
| 04/04/2007 | Government Fee for Filing | 200.00 |
| 04/13/2007 | Drawings | 280.00 |
| | Postage | 2.55 |
| | Photocopies | 11.00 |

Total Disbursements . . . . . . . . . . . . . . . . $493.55

Total This Bill . . . . . . . . . . . . . . . . . . . . $493.55

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                         May  5, 2007

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke



Services Thru: 04/30/07

Our Reference DE8-00442     DP-█████████: Apparatus and Method for
                            ████████████████████


  Professional Services                             Hours         Amount

  04/02/2007 CCB Prepare Application ( $320.00/Hr)    .30           96.00
  04/03/2007 CCB Prepare Application ( $320.00/Hr)   2.00          640.00

  Total Professional Services . . . . . . . . . .   $736.00

  Adjustment . . . . . . . . . . . . . . . . . .   ($736.00)

  Total Professional Services . . . . . . . . .      $0.00

  Disbursements

  04/04/2007      Government Fee for Filing                        200.00
  04/13/2007      Drawings                                         600.00
                  Postage                                            3.03
                  Photocopies                                       14.00

  Total Disbursements . . . . . . . . . . . . .    $817.03

  Total This Bill . . . . . . . . . . . . . . . . . . .           $817.03
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 04/30/07

Our Reference DE9-0001       DP-██████: Preparation of ██████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/17/2007 PJC Review Restriction Requirement; Contact Delphi ( $325.00/Hr) | .50 | 162.50 |
| Total Professional Services . . . . . . . . . . . . | | $162.50 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $162.50 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

   Delphi Technologies, Inc.
   Legal Staff M/C 480-410-202
   P.O Box 5052
   Troy, MI 48007
   Attn: Paul Marshall



Services Thru: 04/30/07

Our Reference DE9-0080    DP-
```



```
  Professional Services                           Hours           Amount

  04/18/2007 PJC Prepare Application ( $325.00/Hr)  7.00          2,275.00

  Total Professional Services . . . . . . . . . . .  $2,275.00

  Adjustment . . . . . . . . . . . . . . . . . . . . ($2,275.00)

  Total Professional Services . . . . . . . . . . .      $0.00

  Total This Bill . . . . . . . . . . . . . . . . . . .            $0.00
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall



Services Thru: 04/30/07

Our Reference DE9-0086      DP-
```


```
   Professional Services                                    Hours            Amount

   04/02/2007 NBT Prepare Application ( $185.00/Hr)          1.00              185.00
   04/03/2007 NBT Prepare Application ( $185.00/Hr)          8.50            1,572.50
   04/04/2007 NBT Prepare Application ( $185.00/Hr)          6.00            1,110.00
   04/10/2007 NBT Prepare Application ( $185.00/Hr)           .50               92.50
   04/26/2007 CCB Prepare Application ( $320.00/Hr)           .30               96.00
   04/26/2007 NBT Prepare Application ( $185.00/Hr)          1.50              277.50
   04/27/2007 NBT Prepare Application ( $185.00/Hr)          1.20              222.00

   Total Professional Services . . . . . . . . . . .      $3,555.50

   Adjustment . . . . . . . . . . . . . . . . . . . .    ($3,555.50)

   Total Professional Services . . . . . . . . . .           $0.00

   Total This Bill . . . . . . . . . . . . . . . . . . . . .              $0.00
```

```
                        CANTOR COLBURN LLP
                        55 GRIFFIN ROAD SOUTH
                        BLOOMFIELD, CT 06002
                        PHONE: (860)286-2929


                           May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 04/30/07

Our Reference DE9-0089      DP-██████: ████████████████████████████



    Professional Services                              Hours          Amount

    04/02/2007 CCB Prepare Application ( $320.00/Hr)    .20             64.00
    04/03/2007 CCB Prepare Application ( $320.00/Hr)    .50            160.00
    04/04/2007 CCB Prepare Application ( $320.00/Hr)    .50            160.00
    04/04/2007 NBT Prepare Application ( $185.00/Hr)    .70            129.50
    04/18/2007 NBT Prepare Application ( $185.00/Hr)    .50             92.50
    04/23/2007 CCB Prepare Application ( $320.00/Hr)    .30             96.00
    04/26/2007 NBT Prepare Application ( $185.00/Hr)   2.00            370.00
    04/27/2007 NBT Prepare Application ( $185.00/Hr)    .50             92.50

    Total Professional Services . . . . . . . . . .   $1,164.50

    Total This Bill . . . . . . . . . . . . . . . . . . . . .        $1,164.50
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929



                         May  5, 2007

    Delphi Technologies, Inc.
    Legal Staff M/C 480-410-202
    P.O Box 5052
    Troy, MI 48007
    Attn: Paul Marshall



Services Thru: 04/30/07

Our Reference DE9-0093P    DP-
```


```
    Professional Services                           Hours          Amount

    04/04/2007 JFB Prepare Application ( $250.00/Hr)  2.00          500.00
    04/12/2007 CCB Prepare Application ( $320.00/Hr)   .20           64.00
    04/12/2007 JFB Prepare Application ( $250.00/Hr)  2.20          550.00
    04/13/2007 JFB Prepare Application ( $250.00/Hr)  3.70          925.00
    04/18/2007 JFB Prepare Application ( $250.00/Hr)  1.00          250.00
    04/19/2007 JFB Prepare patent application
                 ( $250.00/Hr)                         .50          125.00

    Total Professional Services . . . . . . . . .   $2,414.00

    Adjustment . . . . . . . . . . . . . . . . . .  ($2,414.00)

    Total Professional Services . . . . . . . . .       $0.00

    Disbursements

    04/19/2007      Government Fee for Filing                     1,020.00
                    Photocopies                                      16.40

    Total Disbursements . . . . . . . . . . . . .   $1,036.40

    Total This Bill . . . . . . . . . . . . . . . . . . . . .   $1,036.40
```

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929



                         May  5, 2007

     Delphi Technologies, Inc.
     Legal Staff M/C 480-410-202
     P.O Box 5052
     Troy, MI 48007
     Attn: Paul Marshall


Services Thru: 04/30/07

Our Reference DE9-0096     DP-████████ ███████e          ████████████
```

| Professional Services | Hours | Amount |
|---|---|---|
| 04/18/2007 JFB Prepare Application ( $250.00/Hr) | 3.40 | 850.00 |
| 04/19/2007 JFB Prepare Application ( $250.00/Hr) | 8.00 | 2,000.00 |
| 04/20/2007 JFB Prepare Application ( $250.00/Hr) | 3.00 | 750.00 |
| 04/26/2007 JFB Prepare Application ( $250.00/Hr) | 2.80 | 700.00 |
| Total Professional Services . . . . . . . . . . . . | $4,300.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . . | ($4,300.00) | |
| Total Professional Services . . . . . . . . . . . | $0.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |