CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 04/30/07

Our Reference DE9-0097      DP-██████ : 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/11/2007 JFB Prepare Application ( $250.00/Hr) | 2.10 | 525.00 |
| 04/12/2007 JFB Prepare Application ( $250.00/Hr) | 1.20 | 300.00 |
| 04/20/2007 JFB Prepare Application ( $250.00/Hr) | 3.00 | 750.00 |
| Total Professional Services . . . . . . . . . . . . | $1,575.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . | ($1,575.00) | |
| Total Professional Services . . . . . . . . . . . | $0.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $0.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 04/30/07

Our Reference DE9-0099        DP-█████: Method and Apparatus ██████████
                              ██████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/02/2007 JFB Prepare Application ( $250.00/Hr) | 6.00 | 1,500.00 |
| Total Professional Services . . . . . . . . . . . . | | $1,500.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . . | | ($1,500.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |

Disbursements

| | | |
|---|---|---|
| 04/05/2007 | Drawings | 160.00 |
| 04/16/2007 | Government Fee for Filing | 1,200.00 |
| | Photocopies | 7.20 |
| | Postage | 2.31 |
| Total Disbursements . . . . . . . . . . . . . . . . | | $1,369.51 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $1,369.51 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 04/30/07

Our Reference DE9-0101     DP-
```

```
                                     by



    Disbursements

              Federal Express                                               17.62

    Total Disbursements . . . . . . . . . . . . . . .       $17.62

    Total This Bill . . . . . . . . . . . . . . . . . . . .                $17.62
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 04/30/07

Our Reference DE9-0102    DP-█████, ████████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/04/2007 JFB Prepare Application ( $250.00/Hr) | 2.40 | 600.00 |
| 04/13/2007 JFB Prepare Application ( $250.00/Hr) | 2.70 | 675.00 |
| 04/23/2007 JFB Prepare Application ( $250.00/Hr) | .20 | 50.00 |
| 04/24/2007 JFB Prepare Application ( $250.00/Hr) | .80 | 200.00 |
| 04/25/2007 JFB Prepare Application ( $250.00/Hr) | 2.00 | 500.00 |
| 04/26/2007 JFB Prepare Application ( $250.00/Hr) | 1.60 | 400.00 |

Total Professional Services . . . . . . . . . . .    $2,425.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($2,425.00)

Total Professional Services . . . . . . . . . . .    $0.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $0.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall
```

Services Thru: 04/30/07

Our Reference DE9-0105        DP-▓▓▓▓ Automatic ▓▓▓▓▓▓▓▓▓▓▓▓ 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/10/2007 JFB Prepare patent application ( $250.00/Hr) | .50 | 125.00 |
| Total Professional Services . . . . . . . . . . . . | | $125.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . . | | ($125.00) |
| Total Professional Services . . . . . . . . . . . | | $0.00 |

Disbursements

| | | |
|---|---|---|
| 04/10/2007 | Government Fee for Filing | 1,000.00 |
| 04/10/2007 | Government Fee for Filing | 40.00 |
| | Photocopies | 6.00 |
| | Postage | .39 |
| Total Disbursements . . . . . . . . . . . . . . . . | $1,046.39 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $1,046.39 |

```
                CANTOR COLBURN LLP
                55 GRIFFIN ROAD SOUTH
                BLOOMFIELD, CT 06002
                PHONE: (860)286-2929
```

May 5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 04/30/07

Our Reference DE9-0108    DP- 

| Professional Services | Hours | Amount |
|---|---|---|
| 04/13/2007 CCB Prepare Application ( $320.00/Hr) | 1.80 | 576.00 |
| 04/19/2007 CCB Prepare Application ( $320.00/Hr) | 1.50 | 480.00 |
| 04/23/2007 CCB Prepare Application ( $320.00/Hr) | 1.50 | 480.00 |
| 04/24/2007 CCB Prepare Application ( $320.00/Hr) | 6.50 | 2,080.00 |
| 04/26/2007 CCB Prepare Application ( $320.00/Hr) | 2.00 | 640.00 |
| 04/30/2007 CCB Prepare Application ( $320.00/Hr) | 4.00 | 1,280.00 |

Total Professional Services . . . . . . . . . . . .  $5,536.00

Adjustment . . . . . . . . . . . . . . . . . . . . .  ($536.00)

Total Professional Services . . . . . . . . . . . .  $5,000.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .  $5,000.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                    May  5, 2007

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall
```

Services Thru: 04/30/07

Our Reference DE9-0109    DP-████: ████████████████████
                          and ████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 04/25/2007 MCC Telephone conference with ████████ ████████ discussing the particulars of the proposed invention. ( $185.00/Hr) | .50 | 92.50 |
| 04/27/2007 MCC Telephone conference with ████████ ████████ discussing the sketches illustrating the proposed invention and illustrations of the prior art. ( $185.00/Hr) | 1.00 | 185.00 |
| Total Professional Services . . . . . . . . . . . | $277.50 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $277.50 |

```
              CANTOR COLBURN LLP
              55 GRIFFIN ROAD SOUTH
              BLOOMFIELD, CT 06002
              PHONE: (860)286-2929


                   May  5, 2007

    Delphi Technologies Inc.
    Legal Staff-M/C 480-410-202
    P.O. Box 5052
    Troy, Michigan 48007
    AttN: James L. Funke
    (Cichosz)
```

Services Thru: 04/30/07

Our Reference DEP-0327    DP-████: ████████████ with ████████  ████████ and

| Professional Services | Hours | Amount |
|---|---|---|
| 04/03/2007 PJC Review Office Action and art ( $325.00/Hr) | .50 | 162.50 |
| 04/23/2007 CWB Prepare Amendment ( $130.00/Hr) | 3.00 | 390.00 |
| 04/26/2007 CWB Prepare Amendment ( $130.00/Hr) | 3.00 | 390.00 |
| 04/27/2007 CWB Prepare Amendment ( $130.00/Hr) | 4.50 | 585.00 |
| 04/29/2007 CWB Prepare Amendment ( $130.00/Hr) | 2.00 | 260.00 |
| 04/30/2007 CWB Prepare Amendment ( $130.00/Hr) | 1.50 | 195.00 |

Total Professional Services . . . . . . . . . . . .   $1,982.50

Adjustment . . . . . . . . . . . . . . . . . . . .    ($332.50)

Total Professional Services . . . . . . . . . . .    $1,650.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $1,650.00

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929
```

May  5, 2007

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 04/30/07

Our Reference DEP-0350R     for a ▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 04/17/2007 PJC Telephone conference with Examiner Edgar re: reissue Declaration; prepare updated Reissue Declaration; Contact inventors ( $325.00/Hr) | 1.50 | 487.50 |
| 04/23/2007 PJC Telephone conference with the inventor regarding the Reissue Declaration ( $325.00/Hr) | .50 | 162.50 |
| Total Professional Services . . . . . . . . . . . . | $650.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $650.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

May 5, 2007

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 04/30/07

Our Reference DEP-0359    DP-▓▓▓▓ : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Amount |
|---|---|---|
| 04/30/2007 CCB Prepare Notice of Appeal ( $320.00/Hr) | 1.00 | 320.00 |
| Total Professional Services | | $320.00 |

Disbursements

| | | |
|---|---|---|
| 04/30/2007 | Government Fee for Filing | 500.00 |
| 04/30/2007 | Government Fee for Filing | 450.00 |
| Total Disbursements | | $950.00 |

Total This Bill . . . . . . . . . . . . . . . . . . . . . . $1,270.00