

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

June 29, 2007  
**Invoice No. 301789**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D200002GA  
      Post-Petition Services

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/07 | DEB | Prepare Fifth Fee Application | 260.00 | 2.00 | 520.00 |
| **Total Professional Services** | | | | **2.00** | **$520.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 121.00 |
| **Total Disbursements** | **$121.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$641.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

June 29, 2007  
**Invoice No. 301752**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE40161AN  
         Analysis of ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ in View of ▓▓▓▓▓▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | NBT | Revise letter and review file histories of U.S. Patent Nos. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓; and ▓▓▓▓▓▓▓ | 185.00 | 6.50 | 1,202.50 |
| 05/31/07 | CCB | Prepare letter; telephone conference with ▓▓▓▓▓▓▓ and prep therefore | 320.00 | 2.00 | 640.00 |
| **Total Professional Services** | | | | 8.50 | **$1,842.50** |

**Total Amount Due This Invoice**                                              $1,842.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

June 29, 2007  
**Invoice No. 301757**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40180AN  
~~Analysis of Energetic~~  
~~System Using BJ~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/07 | CCB | Review invention disclosure and U.S. Patent | 320.00 | 0.30 | 96.00 |
| 05/11/07 | CCB | Telephone conference with ~~inventor~~ to review disclosure | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **0.80** | **$256.00** |

| **Total Amount Due This Invoice** | **$256.00** |
|---|---|

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301766**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80025AN  
Analysis of USPN's  
█████████████  
█████████████  
█████████ ...

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/07 | CCB | Telephone conference with ███ ███ to review ███████ patent families | 320.00 | 0.80 | 256.00 |
| 05/11/07 | CCB | Review list of identified patents, request from ███████ to confirm identified patent assigned to ███ with ███ ███ | 320.00 | 1.50 | 480.00 |
| 05/14/07 | CCB | Review list of identified patents, request from ███████; confirm identified patent assigned to ███ with ███ ███ | 320.00 | 1.00 | 320.00 |
| 05/15/07 | CCB | Telephone conference with ███ ███ regarding ███████, also telephone conference with ███████ | 320.00 | 0.30 | 96.00 |
| 05/16/07 | CCB | Telephone conference with ███ ███ regarding ███████ | 320.00 | 0.20 | 64.00 |
| 05/21/07 | CCB | Follow up on new matters | 320.00 | 0.50 | 160.00 |
| 05/22/07 | CCB | Telephone conference with ███ ███, review infromation from Korean affiliate | 320.00 | 1.20 | 384.00 |
| **Total Professional Services** | | | | **5.50** | **$1,760.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301766**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                              $1,760.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301712**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE80042AN  
████Patent Assertion

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | CCB | Meet with Delphi concerning ███ assertion | 320.00 | 2.00 | 640.00 |
| 05/02/07 | CCB | Review U.S. patent ███ in view of comments from ███ | 320.00 | 1.50 | 480.00 |
| 05/03/07 | CCB | Telephone conference with ███ to review searches and ███ prior art | 320.00 | 1.00 | 320.00 |
| 05/03/07 | CCB | Review U.S. patent number ███ as prior art to ███ patent | 320.00 | 1.00 | 320.00 |
| 05/03/07 | CCB | Review U.S. patent numbers ███ ███ and ███ as prior art for U.S. ███ | 320.00 | 2.00 | 640.00 |
| 05/07/07 | CCB | Perform additional search and provide prior Delphi patents to ███ in ███ | 320.00 | 1.00 | 320.00 |
| 05/10/07 | CCB | Review patents and conduct prior art search | 320.00 | 2.00 | 640.00 |
| 05/11/07 | CCB | Prior art search | 320.00 | 4.70 | 1,504.00 |
| 05/14/07 | CCB | Meet with Delphi and prep therefore, review prior art and Delphi product designs | 320.00 | 4.00 | 1,280.00 |
| 05/16/07 | CCB | Telephone conference with ███ regarding ███, assertion search RE ███, review information from ███ ███ regarding ███ and ███. Review prior art on ███ | 320.00 | 2.20 | 704.00 |
| 05/16/07 | CCB | Prior art search | 320.00 | 4.00 | 1,280.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301712**

CLIENT   Delphi Technologies Inc.  
**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/07 | CCB | Meet with Delphi regarding ▓▓▓ assertion; prior art search | 320.00 | 4.00 | 1,280.00 |
| 05/18/07 | CCB | Telephone conference with ▓▓▓ ▓▓▓ regarding prior art and ▓▓▓ response | 320.00 | 0.40 | 128.00 |
| 05/18/07 | CCB | Prepare proposed response | 320.00 | 1.60 | 512.00 |
| 05/21/07 | CCB | Prior art search | 320.00 | 0.50 | 160.00 |
| 05/22/07 | CCB | Review submission back to ▓▓▓ | 320.00 | 0.50 | 160.00 |
| 05/23/07 | CCB | Telephone conference with ▓▓▓ and ▓▓▓ re: ▓▓▓ assertion | 320.00 | 1.00 | 320.00 |
| 05/30/07 | CCB | Telephone conference with ▓▓▓ regarding ▓▓▓ matter | 320.00 | 0.20 | 64.00 |
| 05/31/07 | CCB | Prepare for meeting; review file wrappers and prior art | 320.00 | 1.00 | 320.00 |

**Total Professional Services**                                34.60   $11,072.00

**Disbursements**

Federal Express                                                         89.38  
**Total Disbursements**                                              $89.38  

**Total Amount Due This Invoice**                             $11,161.38

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301747**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-D210002US  
██████████ and Method ████████████████████  
System  
Type: PRV  
Serial: ████████  
File Date: 06/07/2004  
Client Ref 1: ████████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/29/07 | MCC | Prepare Amendment | 185.00 | 2.30 | 425.50 |
| 05/30/07 | MCC | Prepare Amendment | 185.00 | 5.70 | 1,054.50 |
| **Total Professional Services** | | | | 8.00 | **$1,480.00** |

**Total Amount Due This Invoice**  $1,480.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301748**

For Legal Services Rendered through 05/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210004US  
~~Intake Seal and Monitoring System~~  
Type: UTL  
Serial: ~~[redacted]~~  
File Date: 06/06/2005  
Client Ref 1: DP-~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/29/07 | JFB | Prepare Petition to Withdraw Patent Application from Issuance, a Request for Continued Examination and an IDS citing references in a related patent application | 250.00 | 2.00 | 500.00 |
| 05/30/07 | CCB | Review options on reexamination | 320.00 | 2.00 | 640.00 |
| **Total Professional Services** | | | | **4.00** | **$1,140.00** |

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing | 130.00 |
| Government Fee for Filing | 790.00 |
| Government Fee for Filing | 180.00 |
| **Total Disbursements** | **$1,100.00** |
| | |
| **Total Amount Due This Invoice** | **$2,240.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

June 29, 2007  
**Invoice No. 301790**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210004USC  
~~Child Seat and Monitoring System~~ Client Ref 1: DP-~~████~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/29/07 | CCB | Review issued case; prepare continuation application | 320.00 | 3.00 | 960.00 |
| **Total Professional Services** | | | | 3.00 | **$960.00** |

**Total Amount Due This Invoice**  $960.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929