

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301749**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210011US  
      ~~Child Restraint System with In-Motion Belt Status Monitoring~~  
      Type: UTL  
      Serial: ▓▓▓▓▓▓▓  
      File Date: 09/08/2005  
      Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/06/07 | CCB | Prepare Amendment | 320.00 | 2.00 | 640.00 |
| 05/07/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **2.50** | **$800.00** |

**Disbursements**

| | |
|---|---|
| Postage | 0.39 |
| **Total Disbursements** | **$0.39** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$800.39** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301694**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210013US  
　　　~~Emblem Hole~~  
　　　Type: UTL  
　　　Client Ref 1: DP-~~5162~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/07 | VCI | Prepare Application | 205.00 | 6.10 | 1,250.50 |
| 05/04/07 | VCI | Prepare Application | 205.00 | 1.10 | 225.50 |
| 05/07/07 | VCI | Prepare Application | 205.00 | 5.70 | 1,168.50 |
| 05/08/07 | VCI | Prepare Application | 205.00 | 6.10 | 1,250.50 |
| 05/09/07 | VCI | Prepare Application | 205.00 | 5.80 | 1,189.00 |
| 05/10/07 | VCI | Prepare Application | 205.00 | 5.80 | 1,189.00 |
| 05/14/07 | VCI | Prepare Application | 205.00 | 5.80 | 1,189.00 |
| 05/23/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |

**Total Professional Services**　　　　　　　　　　　　　　　　　　　　　　7,558.00

**Adjustment**　　　　　　　　　　　　　　　　　　　　　　　　　　　(4,222.00)  
**Total Professional Services**　　　　　　　　　　　　　36.70　　$3,336.00

**Disbursements**

Photocopies　　　　　　　　　　　　　　　　　　　　　　　　　　　　5.20  
**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　**$5.20**

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　**$3,341.20**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

June 29, 2007  
**Invoice No. 301707**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE30274US2  
Method for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
Type: UTL  
Serial: ▓▓▓▓▓▓▓  
File Date: 02/05/2003  
Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/07 | GJO | Prepare Office Action Response | 255.00 | 0.50 | 127.50 |
| 05/07/07 | KJM | Prepare Office Action Response | 330.00 | 0.50 | 165.00 |
| 05/07/07 | GJO | Prepare Office Action Response | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | **1.50** | **$420.00** |

**Total Amount Due This Invoice**        $420.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301719**

For Legal Services Rendered through 05/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30327US  
       Vehicle Steering Device and Method  
       Type: UTL  
       Serial: ▓▓▓▓▓▓▓  
       File Date: 06/29/2004  
       Client Ref 1: DP-▓▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/16/07 | DRG | Prepare RCE | 190.00 | 2.60 | 494.00 |
| **Total Professional Services** | | | | **2.60** | **$494.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 790.00 |
| **Total Disbursements** | **$790.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,284.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301720**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30335US  
Horizontal Modeling Vertical to Horizontal Conversion Process  
Type: UTL  
Serial: 10/806925  
File Date: 03/22/2004  
Client Ref 1: DP-310868

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/07 | KJM | Review office action | 330.00 | 0.30 | 99.00 |
| 05/23/07 | PHC | Review file and final Office Action; prepare recommendation regarding response to final and forward | 385.00 | 1.50 | 577.50 |
| **Total Professional Services** | | | | **1.80** | **$676.50** |
| **Total Amount Due This Invoice** | | | | | **$676.50** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301792**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30347US  
~~Simple and Low Cost Motor Position Sensor~~  
Type: UTL  
Serial: ~~10/971241~~  
File Date: 10/22/2004  
Client Ref 1: DP-~~311825~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/09/07 | GJO | Prepare Office Action Response | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | 0.50 | **$127.50** |

**Total Amount Due This Invoice**                                                       $127.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301708**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30368USP  
    Type: UTL  
    Serial:  
    File Date: 02/08/2006  
    Client Ref 1: DP         /DP         CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/07 | KJM | Review office action response | 330.00 | 0.50 | 165.00 |
| 05/09/07 | KJM | Review office action response. | 330.00 | 0.20 | 66.00 |
| 05/09/07 | GJO | Prepare Office Action Response | 255.00 | 2.00 | 510.00 |
| 05/15/07 | GJO | Prepare Office Action Response | 255.00 | 1.00 | 255.00 |

Total Professional Services                                996.00

**Adjustment**                                             (996.00)
Total Professional Services                    3.70        $0.00

**Total Amount Due This Invoice**                          $0.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

June 29, 2007  
**Invoice No. 301709**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30375US2  
      [redacted]  
      Type: UTL  
      Serial: [redacted]  
      File Date: 09/12/2005  
      Client Ref 1: DP-[redacted]

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/07 | GJO | Prepare Office Action Response | 255.00 | 0.50 | 127.50 |
| 05/17/07 | GJO | Prepare Office Action Response; Conference With [redacted] Regarding Response Strategy | 255.00 | 3.00 | 765.00 |
| 05/18/07 | GJO | Conference with [redacted] Regarding Office Action | 255.00 | 0.50 | 127.50 |
| 05/21/07 | JLY | Prepare Amendment | 215.00 | 4.00 | 860.00 |
| 05/23/07 | JLY | Prepare Amendment | 215.00 | 3.00 | 645.00 |

**Total Professional Services**                                                              2,525.00

**Adjustment**                                                                                      (875.00)  
**Total Professional Services**                                                    11.00    $1,650.00

**Total Amount Due This Invoice**                                                        $1,650.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301710**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30391US2  
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
Type: UTL  
Serial: ▓▓▓▓▓▓  
File Date: 04/05/2007  
Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/09/07 | GJO | Prepare Foreign Claims | 255.00 | 1.00 | 255.00 |
| **Total Professional Services** | | | | **1.00** | **$255.00** |

**Total Amount Due This Invoice**                                                                           $255.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

June 29, 2007  
**Invoice No. 301725**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30393US  
          Type: PRV  
          Serial:  
          File Date: 11/30/2006  
          Client Ref 1: DP-

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/16/07 | JFB | Prepare Application | 250.00 | 0.60 | 150.00 |
| 05/21/07 | JFB | Prepare non-provisional patent application | 250.00 | 3.00 | 750.00 |
| 05/31/07 | JFB | Prepare non-provisional patent application | 250.00 | 0.50 | 125.00 |
| **Total Professional Services** | | | | **4.10** | **$1,025.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Application | 1,000.00 |
| Government Fee for Filing 3 Independant claims | 600.00 |
| Government Fee for Filing Assignment Fee | 40.00 |
| **Total Disbursements** | **$1,640.00** |

**Total Amount Due This Invoice**                $2,665.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929