

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301726**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE30395US  
~~Lane Change Direction and Handling of Lane Keeping Torque~~  
Type: PRV  
Serial: ▓▓▓▓▓▓  
File Date: 01/26/2007  
Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/04/07 | DJD | Docket records and report filing information | 70.00 | 0.50 | 35.00 |
| 05/08/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| 05/22/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| **Total Professional Services** | | | | **2.50** | **$545.00** |

**Disbursements**

| | |
|---|---:|
| Photocopies | 1.40 |
| Postage | 0.58 |
| **Total Disbursements** | **$1.98** |

| | |
|---|---:|
| **Total Amount Due This Invoice** | **$546.98** |



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

June 29, 2007  
**Invoice No. 301727**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30396US  
      ~~Drowsy Driver Detection and Response~~  
      Type: UTL  
      Client Ref 1: DP-■■■■■

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| 05/09/07 | GJO | Prepare Application | 255.00 | 1.50 | 382.50 |
| 05/11/07 | GJO | Prepare Application | 255.00 | 2.50 | 637.50 |
| 05/15/07 | GJO | Prepare Application | 255.00 | 2.00 | 510.00 |
| 05/16/07 | GJO | Prepare Application | 255.00 | 3.50 | 892.50 |
| 05/21/07 | GJO | Prepare Application | 255.00 | 7.00 | 1,785.00 |
| 05/22/07 | GJO | Prepare Application And Search Patents | 255.00 | 2.00 | 510.00 |

**Total Professional Services**                                4,972.50

**Adjustment**                                                (1,157.50)
**Total Professional Services**                   19.50        $3,815.00

**Total Amount Due This Invoice**                              $3,815.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301729**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30398US  
          ~~Design Methodologies for VFS Actuator~~  
          Type: UTL  
          Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/07 | MLH | Review emails from in-house attorney. Request more formal drawings from inventors. | 230.00 | 0.20 | 46.00 |
| 05/15/07 | KJM | Review file; office conference regarding the same. | 330.00 | 0.50 | 165.00 |
| 05/15/07 | MLH | Revise based on inventors' comments. | 230.00 | 2.30 | 529.00 |
| **Total Professional Services** | | | | | **740.00** |
| **Adjustment** | | | | | **(740.00)** |
| **Total Professional Services** | | | | 3.00 | **$0.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 33.00 |
| **Total Disbursements** | **$33.00** |

**Total Amount Due This Invoice**                                                   **$33.00**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301730**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30399US  
~~Steering Travel Limit Determination for Electric Power Steering~~  
Type: PRV  
Serial: ████████  
File Date: 05/07/2007  
Client Ref 1: DP-████████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/07 | GJO | Prepare Application | 255.00 | 2.00 | 510.00 |
| 05/07/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| 05/22/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| **Total Professional Services** | | | | **4.00** | **$1,020.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 200.00 |
| Photocopies | 9.60 |
| Federal Express | 22.00 |
| Postage | 1.35 |
| **Total Disbursements** | **$232.95** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,252.95** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301731**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE30400US  
~~Steering Cues for a Parking Assist System~~  
Type: PRV  
Client Ref 1: DP-■■■■■

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/21/07 | KJM | Review Application | 330.00 | 0.20 | 66.00 |
| 05/22/07 | JEW | Prepare Application | 130.00 | 8.00 | 1,040.00 |
| 05/23/07 | JEW | Prepare Application | 130.00 | 7.50 | 975.00 |
| 05/24/07 | JEW | Prepare Application | 130.00 | 5.00 | 650.00 |
| 05/29/07 | KJM | Prepare Application | 330.00 | 0.80 | 264.00 |
| 05/29/07 | JEW | Prepare Application | 130.00 | 1.00 | 130.00 |
| 05/30/07 | KJM | Prepare Application | 330.00 | 0.30 | 99.00 |
| **Total Professional Services** | | | | 22.80 | $3,224.00 |

**Total Amount Due This Invoice**     $3,224.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

June 29, 2007  
**Invoice No. 301732**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30401US  
~~Method of Learning Absolute Position From a Relative Sensor (Auto-Center)~~  
Type: PRV  
Serial: ~~[redacted]~~  
File Date: 05/18/2007  
Client Ref 1: DP-~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/01/07 | JFB | Examine three invention disclosures; Telephone conference with inventor to discuss one of the inventions. | 250.00 | 3.00 | 750.00 |
| 05/04/07 | JFB | Telephone conference with inventor to discuss two additional inventions. | 250.00 | 1.50 | 375.00 |
| 05/07/07 | KJM | Prepare Application | 330.00 | 0.20 | 66.00 |
| 05/07/07 | JFB | Telephone conference with inventor to discuss three additional inventors. | 250.00 | 2.50 | 625.00 |
| 05/09/07 | KJM | Telephone conference with client regarding application | 330.00 | 0.50 | 165.00 |
| 05/10/07 | JFB | Prepare Application | 250.00 | 5.20 | 1,300.00 |
| 05/11/07 | JFB | Prepare Application and Telephone conference with inventor regarding application | 250.00 | 0.20 | 50.00 |
| 05/14/07 | JFB | Prepare Application | 250.00 | 8.50 | 2,125.00 |
| 05/15/07 | JFB | Prepare Application | 250.00 | 1.80 | 450.00 |
| 05/17/07 | JFB | Prepare Application | 250.00 | 3.30 | 825.00 |
| 05/18/07 | JFB | Prepare patent application | 250.00 | 0.90 | 225.00 |

**Total Professional Services**                                                                 6,956.00

**Adjustment**                                                                                   (2,286.00)

**Total Professional Services**                                                    27.60   $4,670.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301732**

CLIENT    Delphi Technologies Inc.

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing | 200.00 |
| Federal Express | 22.11 |
| Postage | 2.33 |
| **Total Disbursements** | **$224.44** |
| | |
| **Total Amount Due This Invoice** | **$4,894.44** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

June 29, 2007  
**Invoice No. 301733**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30402US  
~~Handwheel Torque Based Center Determination for Electric Power Steering~~  
Type: UTL  
Client Ref 1: DP--▓▓▓▓

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | KJM | Review disclosure | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **0.50** | **$165.00** |

## Disbursements

| | |
|---|---|
| Federal Express | 20.00 |
| **Total Disbursements** | **$20.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$185.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.　　　　　　　　　　　　　　　　　　　　　　　June 29, 2007
Legal Staff - M/C 480-410-202　　　　　　　　　　　　　　　　　　　　**Invoice No. 301734**
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

For Legal Services Rendered through 05/31/07

CLIENT:　DEP - Delphi Technologies Inc.

Re:　　　DEP-DE30403US
　　　　　<s>Method of Making Torque Overlay Actuators</s>
　　　　　Type: PRV
　　　　　Client Ref 1: DP-■■■■■

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | KJM | Review disclosure | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | **$165.00** |

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　　　　　　　$165.00



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

June 29, 2007  
**Invoice No. 301750**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40085US  
Method And Apparatus ████████████████████ And ████████  
Type: PRV  
Serial: ████████  
File Date: 02/25/2004  
Client Ref 1: DP-████  

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/07 | NBT | Prepare office action response | 185.00 | 1.50 | 277.50 |
| 05/09/07 | NBT | Prepare office action response | 185.00 | 4.00 | 740.00 |
| 05/10/07 | NBT | Prepare office action response | 185.00 | 5.50 | 1,017.50 |
| 05/24/07 | JFB | Prepare Amendment | 250.00 | 0.60 | 150.00 |
| 05/29/07 | JFB | Review Office Action | 250.00 | 1.00 | 250.00 |
| 05/29/07 | NBT | Prepare Amendment | 185.00 | 1.00 | 185.00 |

**Total Professional Services**                                              2,620.00

**Adjustment**                                                                  (970.00)

**Total Professional Services**                          13.60          $1,650.00

**Total Amount Due This Invoice**                                      $1,650.00