

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

June 29, 2007  
**Invoice No. 301751**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40129USP  
      ~~Seat Belt Buckle~~  
      Type: PRV  
      Serial: ▓▓▓▓▓▓  
      File Date: 08/15/2006  
      Client Ref 1: DP▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | VCI | Prepare Application | 205.00 | 2.10 | 430.50 |
| 05/02/07 | VCI | Prepare Application | 205.00 | 1.00 | 205.00 |

**Total Professional Services**      635.50  
**Total Professional Services**      3.10     $635.50

**Total Amount Due This Invoice**      $635.50



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

June 29, 2007  
**Invoice No. 301756**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40178US  
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  
Type: UTL  
Client Ref 1: DP-▬▬▬

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/07 | JFB | Prepare Application | 250.00 | 0.70 | 175.00 |
| 05/11/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 05/11/07 | NBT | Prepare Application | 185.00 | 2.50 | 462.50 |
| 05/14/07 | NBT | Prepare Application | 185.00 | 1.70 | 314.50 |
| 05/18/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,294.50 |
| **Adjustment** | | (1,294.50) |
| **Total Professional Services** | 6.40 | $0.00 |

**Total Amount Due This Invoice**  $0.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

June 29, 2007  
**Invoice No. 301758**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE50003US  
~~Solid Oxide Fuel Cell And Thermo Photovoltaic Converter Based Power Generation~~ System  
Type: UTL  
Serial: ▓▓▓▓▓▓▓  
File Date: 10/01/2003  
Client Ref 1: DP-▓▓▓▓▓

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | CCB | Follow up on Final rejection and Advisory Action | 320.00 | 0.30 | 96.00 |
| **Total Professional Services** | | | | 0.30 | **$96.00** |

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　　　$96.00



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

June 29, 2007  
**Invoice No. 301759**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50008US  
      Process for ~~Fabricating a non visible Tear Seam in an Inflatable Restraint Cover~~  
      Type: UTL  
      Client Ref 1: DP~~-------~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 05/07/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 05/08/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 800.00 |
| **Adjustment** | | (800.00) |
| **Total Professional Services** | 2.50 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007  

June 29, 2007  
**Invoice No. 301760**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE50011US  
Apparatus and Method for ▓▓▓▓▓▓▓▓▓▓  
Type: PRV  
Serial: ▓▓▓▓▓▓  
File Date: 08/25/2006  
Client Ref 1: DP-▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/07 | CCB | Follow up on assignment for China and Taiwan | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **0.50** | **$160.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 40.00 |
| Postage | 1.17 |
| **Total Disbursements** | **$41.17** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$201.17** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

June 29, 2007  
**Invoice No. 301761**

For Legal Services Rendered through 05/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50014US  
~~Single Step Blow Molding Process for Interior Parts~~  
Type: UTL  
Client Ref 1: DP-███████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/30/07 | VCI | Prepare Application | 205.00 | 3.20 | 656.00 |
| 05/31/07 | MEG | Prepare Application | 275.00 | 0.20 | 55.00 |
| 05/31/07 | VCI | Prepare Application | 205.00 | 7.20 | 1,476.00 |

**Total Professional Services**                                      2,187.00

**Adjustment**                                                           (2,187.00)  
**Total Professional Services**                           10.60    $0.00

**Total Amount Due This Invoice**                                    $0.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

June 29, 2007  
**Invoice No. 301762**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE50019US  
Apparatus and Method for ▓▓▓▓▓▓▓▓  
Type: PRV  
Serial: ▓▓▓▓▓▓▓  
File Date: 09/11/2006  
Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/22/07 | CCB | Telephone conference with ▓▓▓▓▓ re application | 320.00 | 0.20 | 64.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 64.00 |
| **Adjustment** | | (64.00) |
| **Total Professional Services** | 0.20 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

June 29, 2007  
**Invoice No. 301763**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50022PCTP  
~~Motor Speed Sensor Assembly~~  
Type: UTL  
Client Ref 1: DP-~~████~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/09/07 | JFB | Prepare Application | 250.00 | 3.00 | 750.00 |
| **Total Professional Services** | | | | **3.00** | **$750.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 60.00 |
| Government Fee for Filing | 1,110.00 |
| Government Fee for Filing | 600.00 |
| Photocopies | 7.80 |
| Express Mail | 15.00 |
| Postage | 1.20 |
| **Total Disbursements** | **$1,794.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$2,544.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007  

June 29, 2007  
**Invoice No. 301764**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50022USP  
  <span style="text-decoration:line-through">Motor Speed Sensor Assembly</span>  
  Type: UTL  
  Serial: ▓▓▓▓▓▓▓  
  File Date: 05/09/2007  
  Client Ref 1: DP-▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/02/07 | JFB | Prepare Application | 250.00 | 7.10 | 1,775.00 |
| 05/03/07 | JFB | Prepare Application | 250.00 | 3.80 | 950.00 |
| 05/07/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 05/08/07 | JFB | Prepare Application | 250.00 | 1.80 | 450.00 |
| 05/09/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| **Total Professional Services** | | | | **14.70** | **$3,675.00** |

**Disbursements**

| | |
|---|---:|
| Postage | 1.20 |
| **Total Disbursements** | **$1.20** |

| | |
|---|---:|
| **Total Amount Due This Invoice** | **$3,676.20** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

June 29, 2007  
**Invoice No. 301765**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50023US

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/31/07 | CCB | Revise Application | 320.00 | 0.30 | 96.00 |
| **Total Professional Services** | | | | 0.30 | **$96.00** |

**Total Amount Due This Invoice**                                                                $96.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929