

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301736**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80011US  
~~Variable Area Nozzle With Colliding Spray~~  
Type: UTL  
Serial: ~~[redacted]~~  
File Date: 04/07/2004  
Client Ref 1: DP-~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | CCB | Prepare Amendment | 320.00 | 0.30 | 96.00 |
| 05/29/07 | NBT | Prepare Amendment | 185.00 | 0.50 | 92.50 |
| 05/30/07 | CCB | Review file wrapper; prepare Preliminary Amendment and Request for Continued Examination | 320.00 | 0.50 | 160.00 |
| 05/30/07 | NBT | Prepare Amendment | 185.00 | 0.50 | 92.50 |
| **Total Professional Services** | | | | **1.80** | **$441.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 790.00 |
| Government Fee for Filing | 120.00 |
| **Total Disbursements** | **$910.00** |

**Total Amount Due This Invoice**   $1,351.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301768**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80028US  
~~Gas Efficient Passenger Airbag Design~~  
Type: UTL  
Client Ref 1: DP-██████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | **64.00** |
| **Adjustment** | | **(64.00)** |
| **Total Professional Services** | 0.20 | **$0.00** |
| **Total Amount Due This Invoice** | | **$0.00** |



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301770**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE80031US  
~~Curtain Airbag with Shoulder Protection~~  
Type: UTL  
Client Ref 1: DP-█████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | | **64.00** |
| **Adjustment** | | | | | **(64.00)** |
| **Total Professional Services** | | | | 0.20 | **$0.00** |

**Total Amount Due This Invoice**                                $0.00



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301771**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80039US  
~~Assembled Then Formed SW Molding Assembly~~  
      Type: UTL  
      Client Ref 1: DP███████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 05/31/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |

| | |
|---|---|
| Total Professional Services | 640.00 |
| **Adjustment** | (640.00) |
| **Total Professional Services**    2.00 | $0.00 |
| **Total Amount Due This Invoice** | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

June 29, 2007
**Invoice No. 301772**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE80040US
       ~~[redacted]~~
       Type: UTL
       Client Ref 1: DP-~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/07 | NBT | Prepare Application | 185.00 | 0.20 | 37.00 |
| 05/30/07 | NBT | Prepare Application | 185.00 | 1.20 | 222.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 259.00 |
| **Adjustment** | | (259.00) |
| **Total Professional Services** | 1.40 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301791**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE80041US  
~~Occupant Sensing Algorithm for Use with Low Risk Deployment Airbag System~~  
Type: UTL  
Client Ref 1: DP-■■■■■

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/08/07 | JFB | Prepare Application | 250.00 | 2.50 | 625.00 |
| 05/09/07 | JFB | Prepare Application | 250.00 | 4.00 | 1,000.00 |
| 05/16/07 | JFB | Prepare Application | 250.00 | 1.50 | 375.00 |
| 05/21/07 | JFB | Prepare patent application | 250.00 | 2.00 | 500.00 |
| 05/22/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 05/23/07 | JFB | Prepare Application | 250.00 | 9.00 | 2,250.00 |

**Total Professional Services**                                         5,000.00

**Adjustment**                                                          (5,000.00)

**Total Professional Services**                            20.00            $0.00

**Total Amount Due This Invoice**                                           $0.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301738**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90043US  
~~[redacted]~~  
Type: UTL  
Serial: ~~[redacted]~~  
File Date: 11/09/2005  
Client Ref 1: DP-~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/07 | PJC | Prepare Amendment | 325.00 | 5.00 | 1,625.00 |
| **Total Professional Services** | | | | **5.00** | **$1,625.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 120.00 |
| Government Fee for Filing | 200.00 |
| **Total Disbursements** | **$320.00** |

**Total Amount Due This Invoice**     **$1,945.00**



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301776**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90074US  
Method of and Apparatus of a ▓▓▓▓▓▓▓▓▓▓  
Type: UTL  
Serial: ▓▓▓▓▓▓  
File Date: 09/13/2006  
Client Ref 1: DP-▓▓▓▓▓

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing | 130.00 |
| Government Fee for Filing | 1,000.00 |
| Government Fee for Filing | 100.00 |
| **Total Disbursements** | **$1,230.00** |
| | |
| **Total Amount Due This Invoice** | **$1,230.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301740**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90080US  
~~Combined SCRs with NOx Adsorber for DNT/BCPT/DNR Applications~~  
Type: UTL  
Client Ref 1: DP-████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | PJC | Prepare Application | 325.00 | 3.50 | 1,137.50 |
| 05/03/07 | PJC | Prepare Application | 325.00 | 2.00 | 650.00 |
| 05/08/07 | PJC | Prepare Application | 325.00 | 0.50 | 162.50 |
| 05/22/07 | PJC | Prepare Application | 325.00 | 2.00 | 650.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 2,600.00 |
| **Adjustment** | | (2,600.00) |
| **Total Professional Services** | 8.00 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301741**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90081US  
~~[redacted]~~  
Type: UTL  
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/07 | PJC | Prepare Application | 325.00 | 2.00 | 650.00 |
| 05/07/07 | PJC | Telephone conference with the inventor re application | 325.00 | 0.50 | 162.50 |
| 05/11/07 | PJC | Prepare Application | 325.00 | 0.50 | 162.50 |
| 05/23/07 | PJC | Prepare Application | 325.00 | 0.50 | 162.50 |
| **Total Professional Services** | | | | 3.50 | $1,137.50 |

**Total Amount Due This Invoice**                                             $1,137.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929