

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301777**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90086US  
~~Independent Convener Catalyst Support Systems~~  
Type: UTL  
Client Ref 1: DP-█████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/07 | NBT | Prepare Application | 185.00 | 0.80 | 148.00 |
| 05/03/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 05/04/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 05/04/07 | NBT | Prepare Application | 185.00 | 1.00 | 185.00 |
| 05/07/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 05/07/07 | NBT | Prepare Application | 185.00 | 1.00 | 185.00 |
| 05/08/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 05/08/07 | NBT | Prepare Application | 185.00 | 2.50 | 462.50 |
| 05/09/07 | NBT | Prepare Application | 185.00 | 1.00 | 185.00 |

| | |
|---|---|
| Total Professional Services | 1,798.50 |
| **Adjustment** | (1,798.50) |
| Total Professional Services   8.70 | $0.00 |
| **Total Amount Due This Invoice** | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301778**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90089US  
~~Exhaust Tube Interface for an Exhaust Treatment Device~~  
        Type: UTL  
        Serial: ███████  
        File Date: 03/30/2007  
        Client Ref 1: DP-██████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 05/04/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 05/04/07 | NBT | Prepare Application | 185.00 | 1.00 | 185.00 |
| 05/07/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 05/23/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| **Total Professional Services** | | | | 4.90 | **$1,365.50** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 400.00 |
| Government Fee for Filing | 40.00 |
| Government Fee for Filing | 1,000.00 |
| Postage | 1.20 |
| **Total Disbursements** | **$1,441.20** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$2,806.70** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301780**

For Legal Services Rendered through 05/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90093USP  
　　　　Sealed Fuel Level Sensors  
　　　　Type: UTL  
　　　　Serial: [redacted]  
　　　　File Date: 04/19/2007  
　　　　Client Ref 1: DP-[redacted]

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/30/07 | JFB | Responding to Missing Parts | 250.00 | 0.50 | 125.00 |
| **Total Professional Services** | | | | **0.50** | **$125.00** |

## Disbursements

| | |
|---|---|
| Government Fee for Filing | 1,000.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 130.00 |
| Government Fee for Filing | 40.00 |
| Postage | 4.60 |
| **Total Disbursements** | **$1,374.60** |

**Total Amount Due This Invoice** ............ **$1,499.60**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301781**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE90096US  
          ▓▓▓▓▓▓▓▓▓▓▓▓  
          Type: UTL  
          Serial: ▓▓▓▓▓▓▓  
          File Date: 05/16/2007  
          Client Ref 1: DP▓▓▓▓▓

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 05/02/07 | JFB | Prepare Application | 250.00 | 0.20 | 50.00 |
| 05/04/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |
| 05/16/07 | JFB | Prepare Application | 250.00 | 2.20 | 550.00 |

**Total Professional Services**                                              975.00

**Adjustment**                                                              (975.00)
**Total Professional Services**                        3.90            $0.00

**Disbursements**

| | |
|---|---|
| Drawings | 150.00 |
| Government Fee for Filing | 1,000.00 |
| Government Fee for Filing | 600.00 |
| Government Fee for Filing | 40.00 |
| Photocopies | 27.00 |
| Postage | 4.60 |

**Total Disbursements**                                                  $1,821.60

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301781**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                                                $1,821.60



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301782**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE90097US  
~~Systematic Approach to Enhance Conventional and SSA Systems~~  
Type: UTL  
Client Ref 1: DP-■■■■■

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/15/07 | JFB | Prepare Application | 250.00 | 4.10 | 1,025.00 |
| 05/16/07 | JFB | Prepare Application | 250.00 | 5.20 | 1,300.00 |
| 05/18/07 | JFB | Prepare Application | 250.00 | 2.20 | 550.00 |

**Total Professional Services**                                                   2,875.00

**Adjustment**                                                                    (2,875.00)  
**Total Professional Services**                                   11.50           $0.00

**Total Amount Due This Invoice**                                                 $0.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.　　　　　　　　　　　　　　　　　　June 29, 2007
Attn: Paul Marshall　　　　　　　　　　　　　　　　　　**Invoice No. 301783**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered through 05/31/07

CLIENT:　DEP - Delphi Technologies Inc.

Re:　DEP-DE90102US
　　　~~[redacted]~~
　　　Type: UTL
　　　Client Ref 1: DP~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/07 | JFB | Prepare Application | 250.00 | 1.60 | 400.00 |
| 05/25/07 | JFB | Prepare Application | 250.00 | 9.50 | 2,375.00 |
| 05/31/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |

**Total Professional Services**　　　　　　　　　　　　　　　　　　　2,900.00

**Adjustment**　　　　　　　　　　　　　　　　　　　　　　　　　　(2,900.00)
**Total Professional Services**　　　　　　　　　　　　　11.60　　　$0.00

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　　　$0.00

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

June 29, 2007  
**Invoice No. 301784**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90107US  
     Method & Device for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
     ▮▮▮▮▮▮  
     Type: UTL  
     Client Ref 1: DP-▮▮▮▮▮

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/07 | JFB | Examined two invention disclosures | 250.00 | 3.60 | 900.00 |
| 05/29/07 | JFB | Prepare Application | 250.00 | 3.00 | 750.00 |
| 05/30/07 | JFB | Prepare Application | 250.00 | 3.00 | 750.00 |
| 05/31/07 | JFB | Prepare Application | 250.00 | 3.00 | 750.00 |
| **Total Professional Services** | | | | **12.60** | **$3,150.00** |

**Total Amount Due This Invoice**               $3,150.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301785**

For Legal Services Rendered through 05/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE90108US  
        [redacted]  
        Type: UTL  
        Serial: [redacted]  
        File Date: 05/18/2007  
        Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/07 | CCB | Prepare Application | 320.00 | 2.50 | 800.00 |
| 05/18/07 | CCB | Prepare Application | 320.00 | 5.70 | 1,824.00 |

**Total Professional Services**                          2,624.00

**Adjustment**                                           (2,624.00)  
**Total Professional Services**            8.20          $0.00

**Disbursements**

| | |
|---|---|
| Drawings | 150.00 |
| Government Fee for Filing | 1,000.00 |
| Government Fee for Filing | 40.00 |
| Photocopies | 12.00 |
| Postage | 2.50 |

**Total Disbursements**                                  $1,204.50

**Total Amount Due This Invoice**                        $1,204.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

June 29, 2007  
**Invoice No. 301786**

For Legal Services Rendered through 05/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90109US  
~~Dimensional Tolerance Stack Component and Assembly Compliance Design~~  
Type: UTL  
Client Ref 1: DP-█████

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/07 | MCC | Prepare Application | 185.00 | 6.10 | 1,128.50 |
| 05/21/07 | MCC | Prepare Application | 185.00 | 1.30 | 240.50 |
| 05/22/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 05/22/07 | MCC | Prepare Application | 185.00 | 2.10 | 388.50 |
| 05/25/07 | MCC | Prepare Application | 185.00 | 1.10 | 203.50 |
| **Total Professional Services** | | | | **10.80** | **$2,025.00** |

**Total Amount Due This Invoice**                                           $2,025.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929