

Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

June 29, 2007
**Invoice No. 301787**

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90110US
[redacted]
Type: UTL
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/22/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 05/25/07 | MEG | Prepare Application | 275.00 | 3.00 | 825.00 |
| 05/29/07 | MEG | Prepare Application | 275.00 | 4.00 | 1,100.00 |
| 05/30/07 | MEG | Prepare Application | 275.00 | 4.00 | 1,100.00 |
| 05/31/07 | CCB | Review Invention Disclosure | 320.00 | 0.30 | 96.00 |
| 05/31/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |
| **Total Professional Services** | | | | **12.00** | **$3,310.00** |

**Total Amount Due This Invoice** **$3,310.00**

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



Intellectual Property Attorneys

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

June 29, 2007
**Invoice No. 301788**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90112US
[redacted]
Type: UTL
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | **0.20** | **$64.00** |

**Total Amount Due This Invoice** **$64.00**

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

June 29, 2007
**Invoice No. 301742**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90113US
[redacted]
Type: UTL
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | PJC | Review Record of Invention | 325.00 | 0.50 | 162.50 |
| **Total Professional Services** | | | | **0.50** | **$162.50** |

**Total Amount Due This Invoice** **$162.50**

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.
Attn: James L. Funke (Cichosz)
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

June 29, 2007
**Invoice No. 301743**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DEP0210US
[redacted]
Type: UTL
Serial: [redacted]
File Date: 07/12/2001
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/11/07 | NBT | Prepare response to office action | 185.00 | 0.50 | 92.50 |
| 05/14/07 | NBT | Prepare response to office action | 185.00 | 7.00 | 1,295.00 |
| 05/16/07 | CCB | Prepare Amendment | 320.00 | 0.40 | 128.00 |
| 05/16/07 | NBT | Prepare Amendment | 185.00 | 1.70 | 314.50 |
| 05/17/07 | NBT | Prepare Amendment | 185.00 | 0.50 | 92.50 |
| 05/18/07 | NBT | Prepare Amendment | 185.00 | 0.70 | 129.50 |
| 05/21/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| 05/21/07 | NBT | Prepare Amendment | 185.00 | 1.00 | 185.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | **2,397.00** |
| **Adjustment** | | **(747.00)** |
| **Total Professional Services** | **12.30** | **$1,650.00** |
| **Total Amount Due This Invoice** | | **$1,650.00** |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.
Attn: James L. Funke (Cichosz)
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

June 29, 2007
**Invoice No. 301744**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DEP0327US
[redacted]
Type: UTL
Serial: [redacted]
File Date: 03/24/2003
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/07 | PJC | Review Response to Office Action | 325.00 | 1.00 | 325.00 |
| 05/10/07 | CWB | Prepare Amendment | 130.00 | 4.00 | 520.00 |
| **Total Professional Services** | | | | | **845.00** |
| **Adjustment** | | | | | **(845.00)** |
| **Total Professional Services** | | | | **5.00** | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929


Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.
Attn: James L. Funke (Cichosz)
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

June 29, 2007
**Invoice No. 301745**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DEP0340US
[redacted]
Type: UTL
Serial: [redacted]
File Date: 04/20/2004
Client Ref 1: DP[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/07 | PJC | Review application; Contact Delphi with suggested response | 325.00 | 0.50 | 162.50 |
| **Total Professional Services** | | | | **0.50** | **$162.50** |

**Total Amount Due This Invoice** **$162.50**

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.
Attn: James L. Funke (Cichosz)
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

June 29, 2007
**Invoice No. 301713**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DEP0350USR
[redacted]
Type: UTL
Serial: [redacted]
File Date: 04/08/2004

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/07 | PJC | Review Office Action; prepare updated Declaration with the United States Patent and Trademark Office | 325.00 | 1.00 | 325.00 |
| **Total Professional Services** | | | | **1.00** | **$325.00** |

**Disbursements**

| | |
|---|---|
| Postage | 0.58 |
| **Total Disbursements** | **$0.58** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$325.58** |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.
Attn: James L. Funke (Cichosz)
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

June 29, 2007
**Invoice No. 301746**

For Legal Services Rendered through 05/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DEP0359US
[redacted]
Type: UTL
Serial: [redacted]
File Date: 08/28/2003
Client Ref 1: DP-[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/07 | CCB | Prepare Appeal | 320.00 | 0.30 | 96.00 |
| **Total Professional Services** | | | | **0.30** | **$96.00** |

**Disbursements**

| | |
|---|---|
| Postage | 0.39 |
| **Total Disbursements** | **$0.39** |
| **Total Amount Due This Invoice** | **$96.39** |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929