B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**                    Case No. **05-44481**
                                           (Jointly Administered)
                                           Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Name of Transferee | The Timken Company and Timken U.S. Co.<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 5,239,434.98** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Irene Wu | Name and Current Address of transferor<br><br>**The Timken Company and Timken U.S. Co.**<br>1835 Dueber Ave., SW, BIC-08<br>Canton, OH 44706-0927<br>Attn: Robert Morris |
| Phone: 203-542-4061<br>       203-542-4161 | Phone: 330-471-4589 |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Proof of Claim #16499<br>Date Claim Filed: 1/23/2007 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: **August 3, 2007**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____     _____
                                 CLERK OF THE COURT

{00241647.DOC;}

330+4714034          IT SERVICES                    02:36:36 p.m.    07-31-2007         5 /5

EXHIBIT A TO
FIRST AMENDMENT TO ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, THE TIMKEN COMPANY and TIMKEN U.S. CO. (collectively, "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, Claim Nos. 11706, 14319 and 16499 (collectively, the "Assigned Claim"), against Delphi Automotive Systems, LLC and/or Delphi Corporation ("Debtor"), the debtor-in-possession in jointly administered Case No. 05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 31, 2007.

THE TIMKEN COMPANY
By: _Robert E. Morris_
Name: ROBERT E. MORRIS
Title: MANAGER, GENERAL CREDIT

TIMKEN U.S. CO.
By: _Robert E. Morris_
Name: ROBERT E. MORRIS
Title: MANAGER, GENERAL CREDIT

NYK 1113334-2.064980.0022                    - 4 -

FORM B10 (Official Form 10) (4/04)

| United States Bankruptcy Court Southern District of New York | | PROOF OF CLAIM |
|---|---|---|
| In re (Name of Debtor): **Delphi Corporation, et al.** | Case Number: **05-44481** | |

| Name of Debtor Against Which Claim is Held: See attached. | Case No. of Debtor: See attached. |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor: **U.S. Timken Co.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent:

U.S. Timken Co.
Attn: Robert Morris
1835 Dueber Avenue S.W.
P.O. Box 6927
Canton, OH 44706-0927
and
McDermott Will & Emery LLP
Attn: James M. Sullivan, Esq.
340 Madison Avenue
New York, NY 10017
Telephone Number: 212-547-5400
Facsimile Number: 212-547-5444

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces   ☒ amends   claim no. 14319 dated July 31, 2006

1. BASIS FOR CLAIM:
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other: _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensations (Fill out below)
   Last Four Digits of your SS# _____
   Unpaid compensations for services performed
   from _____ to _____
       (date)                    (date)

2. DATE DEBT WAS INCURRED: See attached.
3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:  $ 2,702,790.97    $ 732,657.37    $ 1,803,986.64    $5,239,434.98 plus interest & attorneys fees
   (unsecured)         (secured)      (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☒ Check this box if claim includes interest or other charges in addition to the principle amount of the claim. Attach itemized statement of all interest or additional charges.

5. SECURED CLAIM
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☒ Other _right of setoff
   Value of Collateral: $732,657.37
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. UNSECURED NONPRIORITY CLAIM
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. UNSECURED PRIORITY CLAIM
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority: $ 1,803,986.64
   Specify the priority of the claim.
   ☐ Wages, salaries, or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan-- 11 U.S.C. § 507(a)(4)
   ☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☒ Other-- Specify applicable paragraph of 11 U.S.C. §§ 507(a)(2)

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: December 15, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
McDermott Will & Emery LLP
By: _[signature]_
James M. Sullivan, Esq.
Attorneys for U.S. Timken Co.

*PENALTY FOR PRESENTING FRAUDULENT CLAIM: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

NYK 1071105-1.064980.0022