Hearing Date and Time: October 25, 2007, 10:00 a.m.
Objection Deadline: October 18, 2007, 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
:
In re                         :   Chapter 11
:
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
:
Debtors.     :   (Jointly Administered)
:
------------------------------ x

## CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 3rd day of August, 2007, I served a true and accurate copy of Cantor Colburn LLP's NOTICE OF FILING OF FIFTH INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331, via electronic mail, upon all of the persons identified

the Delphi Corporation Master Service List or the Delphi Corporation 2002 List, as they existed on August 3, 2007 on www.delphidocket.com.

Dated: August 3, 2007

>RESPECTFULLY SUBMITTED,
>CANTOR COLBURN LLP
>
>By: /s/Daniel E. Bruso
>  Daniel E. Bruso (DB-5232)
>  Cantor Colburn LLP
>  55 Griffin Road South
>  Bloomfield, CT  06002
>  (860) 286-2929 (Telephone)
>  (860) 2986-0115 (Facsimile)
>  Dbruso@cantorcolburn.com (e-mail)
>
>  Patent Counsel to Delphi Corporation *et al.*,
>  Debtors and Debtors-in-Possession