Hearing Date and Time: October 25, 2007, 10:00 a.m.
Objection Deadline: October 18, 2007, 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                                     :
    In re                            :  Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :  Case No. 05-44481 (RDD)
                                     :
                         Debtors.    :  (Jointly Administered)
                                     :
------------------------------------ x

**CERTIFICATE OF SERVICE UPON NOTICE PARTIES**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 3rd day of August, 2007, I served a true and accurate copy of the:

A.   FIFTH INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

B. NOTICE OF FILING OF FIFTH INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

C. PROPOSED ORDER ALLOWING THE FIFTH INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

D. CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST; and

E. CERTIFICATE OF SERVICE UPON NOTICE PARTIES,

via Federal Express, upon:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Att'n: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York
10022-4802
Att'n: Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York, 10017
Att'n: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York, 10017
Att'n: Marlane Melican, Esq.


Dated: August 3, 2007

                    RESPECTFULLY SUBMITTED,
                    CANTOR COLBURN LLP


                    By: /s/Daniel E. Bruso
                        Daniel E. Bruso (DB-5232)
                        Cantor Colburn LLP
                        55 Griffin Road South
                        Bloomfield, CT 06002
                        (860) 286-2929 (Telephone)
                        (860) 2986-0115 (Facsimile)
                        Dbruso@cantorcolburn.com (e-mail)

                    Patent Counsel to Delphi Corporation *et al.*,
                    Debtors and Debtors-in-Possession