**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                          In Proceedings For A
                                                                                                    Reorganization Under
        **DELPHI CORPORATION, et al,**                   Chapter 11
                                                                                                    Case No.: 05-44481
                                                                                                    Jointly Administered

        Delphi Automotive Systems LLC
                Debtors.                                  Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$10,039.20** from:

        M RON CORP. (Transferor)
        6050 N. 52ND AVE.
        GLENDALE, AZ 85301
        ATTN: JAMES R. MITCHELL

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                             Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy: Debtor's Attorney _____

Claims Agent _____

                                                                             Deputy Clerk