HODGES, DOUGHTY & CARSON, PLLC
P.O. Box 869
Knoxville, TN 37901-0869
Dean B. Farmer

Attorney for Knox County Trustee, Fred Sisk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :    Case No. 05-4481 (RDD)
                                                         :
           Debtors,                                      :    (Jointly Administered)
-------------------------------------------------------- x

## RESPONSE TO SEVENTEENTH OMNIBUS CLAIMS OBJECTION BY KNOX COUNTY TRUSTEE SCHEDULED EXHIBIT D-2

Fred Sisk, Knox County Trustee, now substituted for Mike Lowe, Knox County Trustee, by and through counsel, responds to the Seventeenth Omnibus Tax Claim Subject to Modification as follows:

1.  The Debtor has scheduled the Knox County tax claim filed in the amount of $23,130.99 under Exhibit D-2. A copy of the aforesaid proof of claim is attached hereto as <u>Exhibit 1</u>. The tax claim shows that there were three tax identification numbers for personal property owed to Knox County. These claims arise against the Debtor as of January 1, 2005, and are, therefore, pre-petition priority tax claims. Further, the proof of claim does not assert a claim for any interest or penalty. The Debtor owes for 2005 taxes $23,130.99. As of the date of the petition there is no basis for modification or change to that claim. It should be paid in full as a priority claim.

2.  Certain taxes were paid by the Debtor post-petition for 2006 tax. The Debtor did not send a transmittal directive indicating that these were to be for post-petition taxes. The Knox County Trustee has corrected the application of the post-petition payment for 2006 taxes, but that leaves the 2005 taxes unpaid and no 2006 post-petition tax is currently due.

RESPECTFULLY SUBMITTED,

/s/ Dean B. Farmer
DEAN B. FARMER (#006851)
*Attorney for Fred Sisk, Knox County Trustee*
HODGES, DOUGHTY & CARSON, PLLC
P. O. Box 869
Knoxville, TN 37901-0869
(865) 292-2307
(865) 292-2252 [facsimile]
dfarmer@hdclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, a copy of the foregoing *Response To Seventeenth Omnibus Claims Objection By Knox County Trustee Scheduled Exhibit D-2* was filed by first-class mail, properly addressed as follows and proper postage prepaid.

> John Wm. Butler, Jr.
> John K. Lyons
> Joseph N. Wharton
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL 60606
>
> Kayalyn A. Marafioti
> Thomas J. Matz
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> Four Times square
> New York, New York 10036

/s/*Dean B. Farmer*
Dean B. Farmer

Q:\Karen D\Knox County Trustee\A - M\Delphi\Response to 17th Objection.doc

FORM B10 (Official Form 10) (04/01)

| United States Bankruptcy Court SOUTHERN District of NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor Delphi Corporation, et al | Case Number 05-44481 (RDD) | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **KNOX COUNTY TRUSTEE** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attached copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: **MIKE LOWE KNOX CO TRUSTEE** c/o Attorney Dean B. Farmer Hodges Doughty Carson PLLC P.O. Box 869, Knoxville, Tn 37901-0869 Telephone Number: (865)215-2305 | X Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |

Account or other number by which creditor identifies debtor: 1329584, 1329586 1329587

Check here ☐ replaces if this claim amends a previously filed claim, dated:

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - X Taxes - Personal Property Chapter 11
   * INTEREST ON PRE PETITION TAX ACCRUES AT RATE OF 12% BASE TAX
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
   - ☐ Wages, salaries, and compensation (fill out below) Your SS#
   - Upon compensation for services performed from    to   (date)   (date)

2. **Date debt was incurred:**
3. **If court judgment, date obtained:**
4. **Total Amount of Claim at Time Case Filed:** ** $23,130.99 INCLUDES 2005 TAX YEAR
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attached itemized statement of all interest or additional charges.

5. **Secured Claim.**
   X Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other
   Value of Collateral: $_____
   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $

6. **Unsecured Priority Claim.**
   X Check this box if you have an priority claim
   Amount entitled to priority: $
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
   X Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   X Other – Specify applicable paragraph of 11 U.S.C. § 1 *amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date 10-25-05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attached copy of power of attorney, if any): /s/ Mike Lowe, Knox County Trustee P.O. BOX 70, KNOXVILLE, TN 37901 |
|---|---|

**EXHIBIT 1**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR COMPLETING PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## -- DEFINITIONS --

### Debtor
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

### Creditor
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date the bankruptcy case was filed.

### Proof of Claim
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim).

### Secured Claim
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*).

### Unsecured Claim
If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**NAME OF DEBTOR AND CASE NUMBER:**
You MUST fill in the specific debtor against which your claim is being asserted. If you are asserting claims against more than one debtor, you MUST file a separate proof of claim for each debtor.

**INFORMATION ABOUT CREDITOR:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices about this case, if your address differs from that to which notice was sent, or if this proof of claim replaces or amends a proof of claim that was already filed, check the appropriate box on the form.

**1. BASIS FOR CLAIM:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. DATE DEBT INCURRED:**
Fill in the date when the debt first was owed by the debtor.

**3. COURT JUDGMENTS:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. SECURED CLAIM**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. UNSECURED PRIORITY CLAIM**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**7. CREDITS**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**8. SUPPORTING DOCUMENTS**
You must attach to this proof of claim copies of documents that show the debtor owes the amount claimed or, if the documents are too lengthy, a summary of these documents. If documents are not available, you must attach an explanation.

```
DISPLAY:    MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY
MIKE LOWE, KNOX COUNTY TRUSTEE---------------------------------------10/31/2005
    PROPERTY ID   1329584              PRIOR ID
    TOTAL DUE         18626.96
    OWNER L/F     DELPHI AUTOMOTIVE SYS., L
    PROPERTY ADDRESS                   BILLING ADDRESS
    10215       CANEEL DR              P.O. BOX 5082

                              TN       TROY
                                       MI    48007-5082
                                  CURR APPRAISAL  2308172
    WARD/DISTRICT      P2          CURR ASSMT       692452
    LOT                            OTA NUMBER
    BLOCK                          TAX RELIEF 2004
    SUBDIV    7389 BUSINESS SERVICES OT DEED/CALC ACRES 0.00     0.00
    MORTGAGE                       LOT SIZE
    MORTGAGE ACCT                  PROPERTY CLASS   P2
    DEED BOOK            PAGE      OTA REFERENCE
    PLAT BOOK            PAGE      CASHIER NOTES
    STATUS    A                    NOTES
```

```
DISPLAY:   MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

MIKE LOWE, KNOX COUNTY TRUSTEE-----------------------------------10/31/2005

PROPERTY ID   1329584              10215  CANEEL DR
YEAR DISTRICT      TAX DUE DISCNT/CHRG     PAYMENT   DATE PAID  BALANCE
2005 COUNTY        18626.96      0.00         0.00                18626.96
2004 COUNTY        20804.98      0.00     20804.98 02/15/2005         0.00
2003 COUNTY        25770.97      0.00     25770.97 02/06/2004         0.00
2002 COUNTY        39828.16      0.00     39828.16 02/07/2003         0.00
2001 COUNTY        37556.57      0.00     37556.57 02/19/2002         0.00
2000 COUNTY        73016.39      0.00     73016.39 12/17/2001         0.00
1999 COUNTY        87955.66      0.00     87955.66 12/17/2001         0.00


                    PRESS ESCAPE TO END DISPLAY
```

```
DISPLAY:   MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

MIKE LOWE, KNOX COUNTY TRUSTEE-----------------------------------10/31/2005
  PROPERTY ID   1329586              PRIOR ID
  TOTAL DUE         3091.05
  OWNER L/F    DELPHI AUTOMOTIVE SYS., L
  PROPERTY ADDRESS                    BILLING ADDRESS
  10215      CANEEL DR                P.O. BOX 5082

                              TN      TROY
                                      MI    48007-5082
                                 CURR APPRAISAL   383031
  WARD/DISTRICT       P2          CURR ASSMT        114909
  LOT                             OTA NUMBER
  BLOCK                           TAX RELIEF 2004
  SUBDIV    7389 BUSINESS SERVICES OT  DEED/CALC ACRES 0.00       0.00
  MORTGAGE                        LOT SIZE
  MORTGAGE ACCT                   PROPERTY CLASS  P2
  DEED BOOK            PAGE       OTA REFERENCE
  PLAT BOOK            PAGE       CASHIER NOTES
  STATUS    A                     NOTES
```

```
DISPLAY:  MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

MIKE LOWE, KNOX COUNTY TRUSTEE------------------------------------10/31/2005

PROPERTY ID   1329586                  10215  CANEEL DR
YEAR DISTRICT      TAX DUE DISCNT/CHRG      PAYMENT   DATE PAID  BALANCE
2005 COUNTY        3091.05       0.00          0.00                3091.05
2004 COUNTY        5385.93       0.00       5385.93 02/15/2005        0.00
2003 COUNTY        7583.85       0.00       7583.85 02/06/2004        0.00
2002 COUNTY        1297.46       0.00       1297.46 02/07/2003        0.00
2001 COUNTY        2594.88       0.00       2594.88 02/19/2002        0.00
2000 COUNTY        4064.51       0.00       4064.51 02/23/2001        0.00




                        PRESS ESCAPE TO END DISPLAY
```

```
DISPLAY:  MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

MIKE LOWE, KNOX COUNTY TRUSTEE------------------------------------10/31/2005
   PROPERTY ID   1329587              PRIOR ID
   TOTAL DUE         1412.98
   OWNER L/F     DELPHI AUTOMOTIVE SYS., L
   PROPERTY ADDRESS                   BILLING ADDRESS
   10215       CANEEL DR              P.O. BOX 5082

                                 TN   TROY
                                      MI    48007-5082
                                      CURR APPRAISAL   175090
   WARD/DISTRICT      P2              CURR ASSMT        52527
   LOT                                OTA NUMBER
   BLOCK                              TAX RELIEF 2004
   SUBDIV    7389 BUSINESS SERVICES OT  DEED/CALC ACRES 0.00      0.00
   MORTGAGE                           LOT SIZE
   MORTGAGE ACCT                      PROPERTY CLASS  P2
   DEED BOOK              PAGE        OTA REFERENCE
   PLAT BOOK              PAGE        CASHIER NOTES
   STATUS   A                         NOTES
```

```
DISPLAY:   MORE  DATE  STATEMENT  END
DISPLAY MORE INFORMATION FOR CURRENT RECORD IN QUERY

MIKE LOWE, KNOX COUNTY TRUSTEE----------------------------------------10/31/2005

PROPERTY ID   1329587                 10215  CANEEL DR
  YEAR DISTRICT      TAX DUE DISCNT/CHRG     PAYMENT   DATE PAID  BALANCE
  2005 COUNTY        1412.98      0.00          0.00                1412.98
  2004 COUNTY        1445.96      0.00       1445.96 02/15/2005        0.00
  2003 COUNTY        1445.96      0.00       1445.96 02/06/2004        0.00
  2002 COUNTY        1918.52      0.00       1918.52 02/07/2003        0.00
  2001 COUNTY        4440.00      0.00       4440.00 02/19/2002        0.00
  2000 COUNTY        6954.57      0.00       6954.57 12/17/2001        0.00




                        PRESS ESCAPE TO END DISPLAY
```

## PART 21 — TAX LIEN — GENERALLY

**67-5-2101. Taxes on which lien based.** — (a) The taxes assessed by the state of Tennessee, a county, or municipality, taxing district, or other local governmental entity, upon any property of whatever kind, and all penalties, interest, and costs accruing thereon, shall become and remain a first lien upon such property from January 1 of the year for which such taxes are assessed.

(b) In addition to the lien on property, property taxes are a personal debt of the property owner or property owners as of January 1, and, when delinquent, may be collected by suit as any other personal debt. In any lawsuit for collection of property taxes, the same penalties and attorney fees shall apply as set forth in § 67-5-2410, for suits to enforce liens for property taxes. The claim for the debt and the claim for enforcement of the lien may be joined in the same complaint. [Acts 1907, ch. 602, § 31; Shan., § 757; mod. Code 1932, § 1329; Acts 1974, ch. 644, § 1; 1974, ch. 771, § 13; T.C.A., § 67-1801; Acts 1993, ch. 315, § 22.]

Section to Section References. This section is referred to in § 67-5-2003.
Textbooks. Gibson's Suits in Chancery (7th ed., Inman), § 8.
Tennessee Jurisprudence, 18 Tenn. Juris., Liens, § 11; 19 Tenn. Juris., Municipal Corporations, § 94; 23 Tenn. Juris., Taxation, § 44.
Cited: Moore v. City of Chattanooga, 52 Tenn. App. 76, 371 S.W.2d 815 (1963); In re Tennessee Cent. Ry., 316 F. Supp. 1103 (M.D. Tenn. 1970); Marlowe v. Kingdom Hall of Jehovah's Witnesses, 541 S.W.2d 121 (Tenn. 1976).