UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :

In re                          :         Chapter 11
                               :

DELPHI CORPORATION, et al.,      :         Case No. 05-44481 (RDD)
                               :

               Debtors.   :         (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SCHEDULING NON-OMNIBUS HEARING ON
DEBTORS' MOTION TO APPROVE SOLICITATION PROCEDURES AND
DISCLOSURE STATEMENT

Upon the above-captioned Debtors' oral motion of August 2, 2007 for an

order (i) shortening the notice period, pursuant to Fed. R. Bankr. P. 2002(b), to twenty-

two days for filing objections to the approval of a disclosure statement and (ii) scheduling

a non-omnibus hearing date for the Debtors' motion to approve solicitation procedures

and the disclosure statement (the "Solicitation Procedures And Disclosure Statement

Approval Motion"); and after due deliberation thereon, and sufficient cause appearing

therefor, it is hereby

ORDERED that if the Debtors file the Debtors' disclosure statement for

the Debtors' plan of reorganization (the "Disclosure Statement") and the Solicitation

Procedures And Disclosure Statement Approval Motion no later than September 6, 2007,

and serve the Disclosure Statement and the Solicitation Procedures And Disclosure

Statement Approval Motion in accordance with the Supplemental Order Under 11 U.S.C.

§§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing

Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative

Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order")

and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And

Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates

And Certain Notice, Case Management, And Administrative Procedures, entered October

26, 2006 (Docket No. 5418) (the "Amended Eighth Supplemental Order"), then:

(a)      the hearing on the Disclosure Statement and the Solicitation

Procedures And Disclosure Statement Approval Motion shall be held on October 3, 2007

at 10:00 a.m. (prevailing Eastern time);

(b)      the objection deadline for the Disclosure Statement and the

Solicitation Procedures And Disclosure Statement Approval Motion shall be 4:00 p.m.

(prevailing Eastern time) on September 28, 2007  and the reply deadline shall be 4:00

p.m. (prevailing Eastern time) on October 2, 2007;

(c)      any party-in-interest filing an objection to the Disclosure

Statement and/or the Solicitation Procedures And Disclosure Statement Approval Motion

shall make a good faith effort to include language in its objection which would satisfy

such objection;

(d)      any objections or replies with respect to the Disclosure

Statement and the Solicitation Procedures And Disclosure Statement Approval Motion

shall be filed with this Court and served in accordance with the Case Management Order

and the Amended Eighth Supplemental Order;

(e)      any parties-in-interest objecting to the Disclosure Statement

and/or the Solicitation Procedures And Disclosure Statement Approval Motion and the

Debtors shall conduct a meet and confer conference at the offices of Skadden, Arps, Slate,

Meagher & Flom LLP, Four Times Square, New York, New York 10036 on October 1,

2

2007 at 8:30 a.m. (prevailing Eastern time), consistent with Paragraph 5 of the Case

Management Order, to discuss a possible resolution of any such objection(s) and the

process of identifying the proposed evidence to be introduced and the witnesses to be

called so that the hearing can be conducted in an orderly manner; and it is further

ORDERED that service of this order shall be made in accordance with the

Case Management Order and the Amended Eighth Supplemental Order.


Dated:    New York, New York
          August 6, 2007


/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE