IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation, et al.,

    Debtors.

Case No. 05-44481

Judge Robert D. Drain

### NOTICE OF WITHDRAWAL OF RESPONSE

Claimant, G. P. Reeves, Inc., hereby provides notice to the Court that they are hereby withdrawing their response identified as Response Number 6906, with prejudice.

Respectfully submitted,

/s/ Tammy DeVree

Tammy DeVree
G. P. REEVES, INC.
12764 Greenly Street
Holland, MI 49424
616-399-8893