UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 <br> ) Case No. 05-44481 (RDD) <br> ) |
| DELPHI CORPORATION, *et al.*, | ) (Jointly Administered) <br> ) |
| Debtors. | ) **AFFIDAVIT OF SERVICE** <br> ) |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JUDITH ST. CLAIR, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

2. On August 6, 2007, I caused a true copy of the within Limited Objection By Denso International America, Inc. To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Qualified Bidder In Connection With Sale of Catalyst Business via Federal Express upon the following:

Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098
Att'n:  Legal Staff

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n:  Deputy General Counsel
Transactional & Restructuring

Skadden, Arps, Slate, Meagher
 & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John K. Lyons and Brian M. Fern

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n:  Donald Bernstein and
Brian Resnick

Latham & Watkins LLP
885 Third avenue
New York, New York 10022
Att'n:  Robert J. Rosenberg and
    Mark A. Broude

Fried, Frank, Harris, Shriver &
    Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n:  Bonnie Steingart

-2-

Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001
Att'n:  J. Hovey Kemp

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall street, Suite 2100
New York, New York 10004
Att'n:  Alicia M. Leonhard

_____
JUDITH ST. CLAIR

Sworn to before me this
6th day of August, 2007.

_____
Notary Public

REGINA B. KIERNAN
Notary Public - State of New York
No. 01KI4899064
Qualified in Queens County
My Comm. Expires Jun. 22, 20__

-2-