**EXHIBIT A**

```
                                            Contract Order        50084
                                                                  Rev:
                                               DUPLICATE
                                                           10/14/02 14:56:33

                                                                       PAGE
                                                                          1

                                            Ship To:
                                              ASEC MANUFACTURING
                                              1301 MAIN PARKWAY
                                              CATOOSA, OK      74015


11483              T-UL                     Invoice To:
DENSO INTERNATIONAL AMERICA INC               ASEC MANUFACTURING
PO BOX 5133                                   P.O. BOX 1679
SOUTHFIELD MI 48086-5133                      CATOOSA, OK  74015


Contact

Buy Language:                         Currency:  USD
  Placed: 10/14/02   Buyer            Start Date: 10/14/02  Expiration Date: 12/31/06
  Case   :           NILE B BANKES    Total Auth. Amount: $   10550208.00
Acknowledgement     Terms             Delivery Terms   Carrier
Please Acknowledge  MNS-2 MULTI-NETTING SYSTEM    DestFA     COMMON CARRIER
-------------------------------------------------------------------------------
LINE Item/Description/Vendor Item  Rev  UM  Est Total Qty Rel Start Dt End Date   Price    Cntry Org/Dispatch
-------------------------------------------------------------------------------

  Comment:
    DWG:52128903AA DCX, REV. 8-27-02
    93.01 X 93.01 X 132  400/4.5

001-1009CH                          EA   1555000.0000 -  10/14/02 12/31/02   6.7847   US /US
   3.66" DIA X 5.20" CERAMIC, 400 CPSI, 4.5 MIL         01/01/03 12/31/03   6.7847
                                                        01/01/04 12/31/04   6.7847
                                                        01/01/05 12/31/05   6.7847
                                                        01/01/06 12/31/06   6.7847

  Comment:
    All shipments are to be tagged with Contract Number, Delivery Date,
    and ASEC part number. All prices and terms are in accordance with
    Delphi's price quote. The total quantity and total authorized amount
    stated above is an estimate only and not a commitment to Purchase.
    These figures are derived from the Automakers forecasted requirements.
    Actual quantites will be committed to you releases from the P C & L
    Dept against this Contract Order
```

Acknowledgment Copy
Please Sign & Return

**SETTLEMENT AGREEMENT NOT BEING FILED DUE TO CONFIDENTIAL INFORMATION CONTAINED THEREIN**

**EXHIBIT B**

**EXHIBIT C**

# UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York — PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| ASEC Manufacturing General Partnership | 05-44482 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

The Debtor has listed your claim Disputed on Schedule F as a General Unsecured claim in the amount of $221,147.31. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

Master Code: 10405330

Note: Scheduled Liability filed on consolidated basis with cases ASEC Sales General Partnership (05-44484), Environmental Catalysts, LCC (05-44503) and Exhaust Systems Corporation (04-44573).

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): Denso International America Inc

**Name and address where notices should be sent:**
Attn: Carol Sowa
Denso International America Inc
24777 Denso Dr
Southfield MI 48033

Telephone number: (248) 372-8531

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☒ Check box if the address differs from the address on the envelope sent to you by the court

**Account or other number by which creditor identifies debtor:**
DUNS #151369881

Check here ☐ replaces ☐ amends a previously filed claim, dated:___

### 1. Basis for Claim
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other ___

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ___
Unpaid compensation for services performed from ___ to ___

### 2. Date debt was incurred:
See attached schedule

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed
$___ (unsecured)   $223,895.11 (secured)   ___ (priority)   ___ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other Right of setoff

Value of Collateral: $5,910,212.55

Amount of arrearage and other charges at time case filed included in secured claim, if any: $___

### 6. Unsecured Nonpriority Claim $___

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

### 7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $___
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

### 8. Credits: 
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 9. Supporting Documents:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 10. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 7/24/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] RONALD P. CLOGG, DIRECTOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

054448206041814565600387

## SCHEDULE
## IN SUPPORT OF PROOF OF CLAIM

United States Bankruptcy Court Southern District of New York

**Name of Debtor Against Which Claim is Filed:**    ASEC Manufacturing General Partnership
a/k/a Delphi Catalyst

**Case No. of Debtor:**    05-44482

Creditor believes that the parties responsible for payment of the amount claimed herein are ASEC Manufacturing General Partnership and/or its affiliates, ASEC Sales General Partnership and/or Environmental Catalysts, LLC and/or Exhaust Systems Corporation. All four of these debtors have scheduled their liability on a consolidated basis with each other. For these reasons, Creditor is filing a claim for this same amount in the following cases: ASEC Sales General Partnership (Case # 05-44484); Environmental Catalysts, LLC (Case # 05-44503); and Exhaust Systems Corporation (Case # 05-44573); however, Creditor seeks only one recovery, from whichever Debtor the Court may determine to be responsible to Creditor for the amount claimed

**Name of Creditor:**    DENSO International America, Inc.
24777 Denso Drive
PO Box 5047
Southfield MI 48086-5047
Attn: Carol Sowa

Please send copies of notices to the attorneys for the Creditor:

| Marc E Richards | and | Douglas C Bernstein (MI-P 33833) |
| Blank Rome | | Plunkett & Cooney, P. C |
| The Chrysler Building | | 38505 Woodward Avenue |
| 405 Lexington Avenue | | Suite 2000 |
| New York, NY 10174-0208 | | Bloomfield Hills, MI 48304 |

DENSO International America, Inc. files this Proof of Claim for goods it sold to Debtor. The goods were manufactured by, and shipped to Debtor from, this Creditor's subsidiary corporation named below DENSO International America, Inc, makes this Claim on behalf of itself and on behalf of that subsidiary corporation:

| Creditor's subsidiary: | Location: | Amount Invoiced for shipments to Debtor: |
|---|---|---|
| Denso Manufacturing Athens Tennessee, Inc. | 2400 Denso Drive Athens, TN 37303 | $ 223,895 11 |

9  **Supporting Documents:** A detailed schedule follows

| ASN # | AFF. Code | Invoice | Customer | Invoice Date | Original Amount | Open Amount |
|---|---|---|---|---|---|---|
| 5083049756 | DX/ Athens ASEC | 562038 | 11001201 | 08/31/05 | $2,747.80 | $2,747.80 |
| 5091951171 | DX/ Athens ASEC | 584103 | 11001201 | 09/20/05 | $7,429.25 | $7,429.25 |
| 5091951172 | DX/ Athens ASEC | 584104 | 11001201 | 09/20/05 | $85,487.22 | $85,487.22 |
| 5092351709 | DX/ Athens ASEC | 592868 | 11001201 | 09/27/05 | $64,115.42 | $64,115.42 |
| 5093052264 | DX/ Athens ASEC | 602043 | 11001201 | 10/04/05 | $64,115.42 | $64,115.42 |
|  |  |  |  |  |  | $223,895.11 |