UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

I, Timothy J. Hurley, am a member in good standing of the bars in the State of Ohio and the United States District Court for the Southern Districts of Ohio. I have never been suspended, disbarred or otherwise disciplined by any court. I respectfully request admission pro hac vice before the Honorable Robert D. Drain to represent United States Steel Corporation ("US Steel") in these cases. My contact information is as follows:

>Timothy J. Hurley (OH Bar #0006458)
>Taft Stettinius & Hollister LLP
>425 Walnut Street, Suite 1800
>Cincinnati, Ohio 45202
>(513) 381-2838 (Telephone)
>(513) 381-0205 (Fax)
>hurley@taftlaw.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice in these cases.

{W1046792.1}

Dated: August 7, 2007
Cincinnati, Ohio

                    Respectfully submitted,

                    /s/Timothy J. Hurley
                    Timothy J. Hurley (OH Bar #0006458)
                    Taft Stettinius & Hollister LLP
                    425 Walnut Street, Suite 1800
                    Cincinnati, Ohio 45202
                    (513) 381-2838 (Telephone)
                    (513) 381-0205 (Fax)
                    hurley@taftlaw.com
                    Attorney for United States Steel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

## ORDER OF ADMISSION PRO HAC VICE

It is hereby ORDERED that Timothy J. Hurley is admitted to practice pro hac vice as counsel for United States Steel Corporation in the above-referenced cases before the United States Bankruptcy Court for the Southern District of New York subject to the payment of the filing fee.

Dated: _____          _____
New York, New York                                         United States Bankruptcy Judge