UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Richard L. Ferrell, am a member in good standing of the bars of the State of Ohio, since 1994 and the Commonwealth of Kentucky, since 2004, and the United States District Courts for the Northern and Southern Districts of Ohio and the Eastern and Western Districts of Kentucky. I have never been suspended, disbarred or otherwise disciplined by any court. I respectfully request admission pro hac vice before the Honorable Robert D. Drain to represent United States Steel Corporation ("US Steel") in these cases. My contact information is as follows:

>Richard L. Ferrell (OH Bar #00063176)
>Taft Stettinius & Hollister LLP
>425 Walnut Street, Suite 1800
>Cincinnati, Ohio 45202
>(513) 381-2838 (Telephone)
>(513) 381-0205 (Fax)
>ferrell@taftlaw.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice in these cases.

{W1047226.1}

Dated:  August 7, 2007
Cincinnati, Ohio

        Respectfully submitted,

        /s/Richard L. Ferrell
        Richard L. Ferrell (OH Bar #0063176)
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202
        (513) 381-2838 (Telephone)
        (513) 381-0205 (Fax)
        ferrell@taftlaw.com
        Attorney for United States Steel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

**ORDER OF ADMISSION PRO HAC VICE**

It is hereby ORDERED that Richard L. Ferrell is admitted to practice pro hac vice as counsel for United States Steel Corporation in the above-referenced cases before the United States Bankruptcy Court for the Southern District of New York subject to the payment of the filing fee.

Dated: _____           _____
New York, New York                                        United States Bankruptcy Judge

{W1047226.1}