BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE**



July 28, 2007

New York (Man) U.S. Bankruptcy Court
Southern District
Clerk's Office
1 Bowling Green-5th Floor
N.Y., NY 10004-1408



Dear Clerk:

    Re:              SPECIALTY ELECTRONICS, INC.
    Bankruptcy No:   0544539
    EIN:           570755068
    SSN:

On May 19, 2006, we furnished you with a Proof of Claim in the amount of $1,844.02.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

Sincerely,

/s/ James Foster, Chief
Bankruptcy Division
Telephone: 717-772-2981

cc: