UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

## AFFIDAVIT OF SERVICE

VERONICA CRABTREE, an employee of Foley & Lardner LLP, hereby certifies that, she caused to be served copies of the Fifth Interim Application of Ernst & Young LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From February 3, 2007 through June 1, 2007, by Federal Express, on the parties listed on attached Exhibit A on August 2, 2007.

Dated: August 7, 2007

By: _____/s/ Veronica L. Crabtree_____
    Veronica L. Crabtree

## Exhibit A

### VIA FEDERAL EXPRESS

Mr. David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Mr. John D. Sheehan
Vice President & CRO
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Mr. Joseph Papelian, Esq.
Deputy General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Alicia M. Leonhard, Esq.
United States Trustee
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Dolores De Elizalde, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Donald S. Bernstein, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Silvinski
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON
One New York Plaza
New York, New York 10004

Valerie Venable
Credit Manager
GE Plastics, Americas|
9930 Kincey Avenue
Huntersville, NC 28078

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

Sean Corcoran
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098