**EXHIBIT B**

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI ELECTRONICS (HOLDING) LLC | Case Number: 05-44547 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>QUALITY SYNTHETIC RUBBER, INC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | RECEIVED<br>AUG 1 1 2006<br>KURTZMAN CARSON |
|---|---|---|
| Name and addresses where notices should be sent:<br><br>c/o Patrick J. Keating, Esq.<br>Buckingham, Doolittle & Burroughs, LLP<br>P.O. Box 1500<br>Akron, Ohio 44309-1500<br>Telephone No. (330) 376-5300 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | ☒ Date Stamped Copy Returned<br>☐ No self addressed stamped envelope<br>☐ No copy to return<br><br>THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim: ☐ amends    a previously filed claim, dated:_____ | |

**1. Basis for Claim:**
- X Goods Sold
- X Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your social security number:
  Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

**2. Date debt was incurred:** Various

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $614,058.16
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $614,058.16
X Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4650),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)-11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan-U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of government units-11 U.S.C. § 507 (a)(8).
X Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(2)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 31 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date:<br>July 28, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Patrick J. Keating, Attorney | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*ALL OPEN INVOICES - AGED AS OF: 10/07/05*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 45 DAYS | 60 DAYS | 90 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0064500 | DELPHI DELCO ELECTRONICS SYST | | | CONTACT: | | | PHONE: | EXT: | | CR LMT: | |
| 04/18/05 | 0433220 - IN | 05/18/05 | | .00 | 1,647.00- | | | | | | .00 |
| 08/18/05 | 0444737 - IN | 09/17/05 | | .00 | 612.50 | | | | | 1,647.00- | |
| 08/30/05 | 0445803 - IN | 09/29/05 | | .00 | 1,225.00 | | | 612.50 | | | 20 |
| 08/31/05 | 0445898 - IN | 09/30/05 | | .00 | 1,240.00 | | 1,225.00 | | | | 8 |
| 08/31/05 | 0445899 - IN | 09/30/05 | | .00 | 8,470.00 | | 1,240.00 | | | | 7 |
| 08/31/05 | 0445932 - IN | 09/30/05 | | .00 | 612.50 | | 8,470.00 | | | | 7 |
| 08/31/05 | 0445944 - IN | 09/30/05 | | .00 | 2,422.40 | | 612.50 | | | | 7 |
| 08/31/05 | 0445945 - IN | 09/30/05 | | .00 | 2,675.00 | | 2,422.40 | | | | 7 |
| 08/31/05 | 0445946 - IN | 09/30/05 | | .00 | 155.00 | | 2,675.00 | | | | 7 |
| 08/31/05 | 0446030 - IN | 09/30/05 | | .00 | 480.00 | | 155.00 | | | | 7 |
| 09/01/05 | 0446068 - IN | 10/01/05 | | .00 | 1,550.00 | | 480.00 | | | | 7 |
| 09/01/05 | 0446069 - IN | 10/01/05 | | .00 | 8,470.00 | | 1,550.00 | | | | 7 |
| 09/01/05 | 0446070 - IN | 10/01/05 | | .00 | 2,422.40 | | 8,470.00 | | | | 6 |
| 09/01/05 | 0446071 - IN | 10/01/05 | | .00 | 1,085.00 | | 2,422.40 | | | | 6 |
| 09/02/05 | 0446172 - IN | 10/02/05 | | .00 | 1,240.00 | | 1,085.00 | | | | 6 |
| 09/02/05 | 0446173 - IN | 10/02/05 | | .00 | 8,470.00 | | 1,240.00 | | | | 6 |
| 09/02/05 | 0446206 - IN | 10/02/05 | | .00 | 480.00 | | 8,470.00 | | | | 5 |
| 09/02/05 | 0446207 - IN | 10/02/05 | | .00 | 3,633.60 | | 480.00 | | | | 5 |
| 09/06/05 | 0446325 - IN | 10/06/05 | | .00 | 480.00 | | 3,633.60 | | | | 5 |
| 09/06/05 | 0446326 - IN | 10/06/05 | | .00 | 2,422.40 | | 480.00 | | | | 5 |
| 09/06/05 | 0446327 - IN | 10/06/05 | | .00 | 3,633.60 | | 2,422.40 | | | | 1 |
| 09/06/05 | 0446328 - IN | 10/06/05 | | .00 | 1,225.00 | | 3,633.60 | | | | 1 |
| 09/06/05 | 0446336 - IN | 10/06/05 | | .00 | 1,240.00 | | 1,225.00 | | | | 1 |
| 09/06/05 | 0446337 - IN | 10/06/05 | | .00 | 16,060.00 | | 1,240.00 | | | | 1 |
| 09/07/05 | 0446459 - IN | 10/07/05 | | .00 | 620.00 | | 16,060.00 | | | | 1 |
| 09/07/05 | 0446460 - IN | 10/07/05 | | .00 | 10,010.00 | | 620.00 | | | | 1 |
| 09/07/05 | 0446500 - IN | 10/07/05 | | .00 | 4,844.80 | | 10,010.00 | | | | |
| 09/08/05 | 0446601 - IN | 10/08/05 | | .00 | 738.00 | 738.00 | 4,844.80 | | | | |
| 09/08/05 | 0446604 - IN | 10/08/05 | | .00 | 10,010.00 | 10,010.00 | | | | | |
| 09/08/05 | 0446622 - IN | 10/08/05 | | .00 | 1,225.00 | 1,225.00 | | | | | |
| 09/08/05 | 0446636 - IN | 10/08/05 | | .00 | 600.00 | 600.00 | | | | | |
| 09/08/05 | 0446637 - IN | 10/08/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/08/05 | 0446638 - IN | 10/08/05 | | .00 | 232.50 | 232.50 | | | | | |
| 09/09/05 | 0446709 - IN | 10/09/05 | | .00 | 9,460.00 | 9,460.00 | | | | | |
| 09/09/05 | 0446847 - IN | 10/09/05 | | .00 | 3,633.60 | 3,633.60 | | | | | |
| 09/09/05 | 0446848 - IN | 10/09/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/12/05 | 0446898 - IN | 10/12/05 | | .00 | 9,570.00 | 9,570.00 | | | | | |
| 09/12/05 | 0446998 - IN | 10/12/05 | | .00 | 3,633.60 | 3,633.60 | | | | | |
| 09/12/05 | 0446999 - IN | 10/12/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/13/05 | 0447042 - IN | 10/13/05 | | .00 | 9,460.00 | 9,460.00 | | | | | |
| 09/13/05 | 0447043 - IN | 10/13/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/13/05 | 0447044 - IN | 10/13/05 | | .00 | 232.50 | 232.50 | | | | | |
| 09/13/05 | 0447045 - IN | 10/13/05 | | .00 | 1,837.50 | 1,837.50 | | | | | |
| 09/13/05 | 0447055 - IN | 10/13/05 | | .00 | 1,020.00 | 1,020.00 | | | | | |
| 09/13/05 | 0447095 - IN | 10/13/05 | | .00 | 300.00 | 300.00 | | | | | |
| 09/14/05 | 0447138 - IN | 10/14/05 | | .00 | 9,570.00 | 9,570.00 | | | | | |
| 09/14/05 | 0447143 - IN | 10/14/05 | | .00 | 676.86 | 676.86 | | | | | |
| 09/14/05 | 0447144 - IN | 10/14/05 | | .00 | 738.00 | 738.00 | | | | | |
| 09/14/05 | 0447198 - IN | 10/14/05 | | .00 | 420.00 | 420.00 | | | | | |
| 09/14/05 | 0447199 - IN | 10/14/05 | | .00 | 4,844.80 | 4,844.80 | | | | | |
| 09/14/05 | 0447200 - IN | 10/14/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/15/05 | 0447240 - IN | 10/15/05 | | .00 | 120.00 | 120.00 | | | | | |
| 09/15/05 | 0447241 - IN | 10/15/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/15/05 | 0447242 - IN | 10/15/05 | | .00 | 232.50 | 232.50 | | | | | |
| 09/15/05 | 0447248 - IN | 10/15/05 | | .00 | 10,560.00 | 10,560.00 | | | | | |
| 09/16/05 | 0447386 - IN | 10/16/05 | | .00 | 10,560.00 | 10,560.00 | | | | | |
| 09/16/05 | 0447470 - IN | 10/16/05 | | .00 | 3,633.60 | 3,633.60 | | | | | |
| 09/16/05 | 0447471 - IN | 10/16/05 | | .00 | 2,675.00 | 2,675.00 | | | | | |
| 09/16/05 | 0447472 - IN | 10/16/05 | | .00 | 387.50 | 387.50 | | | | | |
| 09/19/05 | 0447536 - IN | 10/19/05 | | .00 | 930.00 | 930.00 | | | | | |
| 09/19/05 | 0447537 - IN | 10/19/05 | | .00 | 10,560.00 | 10,560.00 | | | | | |
| 09/19/05 | 0447587 - IN | 10/19/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/19/05 | 0447588 - IN | 10/19/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/20/05 | 0447720 - IN | 10/20/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 09/20/05 | 0447721 - IN | 10/20/05 | | .00 | 10,560.00 | 10,560.00 | | | | | |
| 09/20/05 | 0447722 - IN | 10/20/05 | | .00 | 676.86 | 676.86 | | | | | |
| 09/20/05 | 0447723 - IN | 10/20/05 | | .00 | 738.00 | 738.00 | | | | | |
| 09/20/05 | 0447808 - IN | 10/20/05 | | .00 | 1,225.00 | 1,225.00 | | | | | |
| 09/20/05 | 0447819 - IN | 10/20/05 | | .00 | 60.00 | 60.00 | | | | | |
| 09/20/05 | 0447820 - IN | 10/20/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/20/05 | 0447821 - IN | 10/20/05 | | .00 | 465.00 | 465.00 | | | | | |
| 09/21/05 | 0447828 - IN | 10/21/05 | | .00 | 1,225.00 | 1,225.00 | | | | | |
| 09/21/05 | 0447829 - IN | 10/21/05 | | .00 | 551.82 | 551.82 | | | | | |
| 09/21/05 | 0447853 - IN | 10/21/05 | | .00 | 930.00 | 930.00 | | | | | |
| 09/21/05 | 0447854 - IN | 10/21/05 | | .00 | 10,560.00 | 10,560.00 | | | | | |

JUN-30-2006 04:59 05-44481-rdd Doc 8917-2 Filed 08/07/07 Entered 08/07/07 16:21:12 Exhibit B Pg 4 of 6 P.18
QUALITY SYNTHETIC RUBBER, INC
ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 10/07/05*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 45 DAYS | 60 DAYS | 90 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/05 | 0447855 - IN | 10/21/05 | | .00 | 240.00 | 240.00 | | | | | |
| 09/21/05 | 0447856 - IN | 10/21/05 | | .00 | 4,844.80 | 4,844.80 | | | | | |
| 09/21/05 | 0447857 - IN | 10/21/05 | | .00 | 2,675.00 | 2,675.00 | | | | | |
| 09/21/05 | 0447858 - IN | 10/21/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/22/05 | 0447951 - IN | 10/22/05 | | .00 | 930.00 | 930.00 | | | | | |
| 09/22/05 | 0447952 - IN | 10/22/05 | | .00 | 10,450.00 | 10,450.00 | | | | | |
| 09/22/05 | 0447965 - IN | 10/22/05 | | .00 | 576.06 | 576.06 | | | | | |
| 09/22/05 | 0448001 - IN | 10/22/05 | | .00 | 180.00 | 180.00 | | | | | |
| 09/22/05 | 0448002 - IN | 10/22/05 | | .00 | 1,211.20 | 1,211.20 | | | | | |
| 09/22/05 | 0448003 - IN | 10/22/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/22/05 | 0448004 - IN | 10/22/05 | | .00 | 77.50 | 77.50 | | | | | |
| 09/22/05 | 0448005 - IN | 10/22/05 | | .00 | 542.50 | 542.50 | | | | | |
| 09/23/05 | 0448087 - IN | 10/23/05 | | .00 | 930.00 | 930.00 | | | | | |
| 09/23/05 | 0448088 - IN | 10/23/05 | | .00 | 10,450.00 | 10,450.00 | | | | | |
| 09/23/05 | 0448113 - IN | 10/23/05 | | .00 | 3,633.60 | 3,633.60 | | | | | |
| 09/23/05 | 0448114 - IN | 10/23/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/25/05 | 0448220 - IN | 10/25/05 | | .00 | 420.00 | 420.00 | | | | | |
| 09/26/05 | 0448246 - IN | 10/26/05 | | .00 | 930.00 | 930.00 | | | | | |
| 09/26/05 | 0448247 - IN | 10/26/05 | | .00 | 10,340.00 | 10,340.00 | | | | | |
| 09/26/05 | 0448422 - IN | 10/26/05 | | .00 | 600.00 | 600.00 | | | | | |
| 09/26/05 | 0448423 - IN | 10/26/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/26/05 | 0448424 - IN | 10/26/05 | | .00 | 232.50 | 232.50 | | | | | |
| 09/27/05 | 0448444 - IN | 10/27/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 09/27/05 | 0448456 - IN | 10/27/05 | | .00 | 2,450.00 | 2,450.00 | | | | | |
| 09/27/05 | 0448457 - IN | 10/27/05 | | .00 | 551.82 | 551.82 | | | | | |
| 09/27/05 | 0448458 - IN | 10/27/05 | | .00 | 738.00 | 738.00 | | | | | |
| 09/27/05 | 0448513 - IN | 10/27/05 | | .00 | 960.00 | 960.00 | | | | | |
| 09/27/05 | 0448514 - IN | 10/27/05 | | .00 | 180.00 | 180.00 | | | | | |
| 09/27/05 | 0448515 - IN | 10/27/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/27/05 | 0448516 - IN | 10/27/05 | | .00 | 542.50 | 542.50 | | | | | |
| 09/28/05 | 0448560 - IN | 10/28/05 | | .00 | 612.50 | 612.50 | | | | | |
| 09/28/05 | 0448570 - IN | 10/28/05 | | .00 | 300.00 | 300.00 | | | | | |
| 09/28/05 | 0448571 - IN | 10/28/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/28/05 | 0448572 - IN | 10/28/05 | | .00 | 232.50 | 232.50 | | | | | |
| 09/28/05 | 0448575 - IN | 10/28/05 | | .00 | 930.00 | 930.00 | | | | | |
| 09/28/05 | 0448576 - IN | 10/28/05 | | .00 | 2,970.00 | 2,970.00 | | | | | |
| 09/29/05 | 0448680 - IN | 10/29/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 09/29/05 | 0448681 - IN | 10/29/05 | | .00 | 9,460.00 | 9,460.00 | | | | | |
| 09/29/05 | 0448682 - IN | 10/29/05 | | .00 | 551.82 | 551.82 | | | | | |
| 09/29/05 | 0448764 - IN | 10/29/05 | | .00 | 2,640.00 | 2,640.00 | | | | | |
| 09/29/05 | 0448765 - IN | 10/29/05 | | .00 | 4,844.80 | 4,844.80 | | | | | |
| 09/29/05 | 0448766 - IN | 10/29/05 | | .00 | 620.00 | 620.00 | | | | | |
| 09/30/05 | 0448814 - IN | 10/30/05 | | .00 | 1,550.00 | 1,550.00 | | | | | |
| 09/30/05 | 0448815 - IN | 10/30/05 | | .00 | 9,350.00 | 9,350.00 | | | | | |
| 09/30/05 | 0448868 - IN | 10/30/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 09/30/05 | 0448869 - IN | 10/30/05 | | .00 | 310.00 | 310.00 | | | | | |
| 09/30/05 | 0448870 - IN | 10/30/05 | | .00 | 612.50 | 612.50 | | | | | |
| 10/03/05 | 0448976 - IN | 11/02/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 10/03/05 | 0448977 - IN | 11/02/05 | | .00 | 9,350.00 | 9,350.00 | | | | | |
| 10/03/05 | 0449071 - IN | 11/02/05 | | .00 | 1,800.00 | 1,800.00 | | | | | |
| 10/03/05 | 0449072 - IN | 11/02/05 | | .00 | 1,211.20 | 1,211.20 | | | | | |
| 10/03/05 | 0449073 - IN | 11/02/05 | | .00 | 2,675.00 | 2,675.00 | | | | | |
| 10/03/05 | 0449074 - IN | 11/02/05 | | .00 | 310.00 | 310.00 | | | | | |
| 10/04/05 | 0449103 - IN | 11/03/05 | | .00 | 310.00 | 310.00 | | | | | |
| 10/04/05 | 0449104 - IN | 11/03/05 | | .00 | 8,250.00 | 8,250.00 | | | | | |
| 10/04/05 | 0449131 - IN | 11/03/05 | | .00 | 612.50 | 612.50 | | | | | |
| 10/04/05 | 0449163 - IN | 11/03/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 10/04/05 | 0449164 - IN | 11/03/05 | | .00 | 2,675.00 | 2,675.00 | | | | | |
| 10/04/05 | 0449165 - IN | 11/03/05 | | .00 | 310.00 | 310.00 | | | | | |
| 10/05/05 | 0449247 - IN | 11/04/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 10/05/05 | 0449248 - IN | 11/04/05 | | .00 | 7,810.00 | 7,810.00 | | | | | |
| 10/05/05 | 0449322 - IN | 11/04/05 | | .00 | 1,680.00 | 1,680.00 | | | | | |
| 10/05/05 | 0449323 - IN | 11/04/05 | | .00 | 3,633.60 | 3,633.60 | | | | | |
| 10/05/05 | 0449324 - IN | 11/04/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 10/05/05 | 0449325 - IN | 11/04/05 | | .00 | 232.50 | 232.50 | | | | | |
| 10/06/05 | 0449348 - IN | 11/05/05 | | .00 | 551.82 | 551.82 | | | | | |
| 10/06/05 | 0449389 - IN | 11/05/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 10/06/05 | 0449390 - IN | 11/05/05 | | .00 | 11,770.00 | 11,770.00 | | | | | |
| 10/06/05 | 0449464 - IN | 11/05/05 | | .00 | 2,422.40 | 2,422.40 | | | | | |
| 10/06/05 | 0449465 - IN | 11/05/05 | | .00 | 2,675.00 | 2,675.00 | | | | | |
| 10/06/05 | 0449466 - IN | 11/05/05 | | .00 | 775.00 | 775.00 | | | | | |
| 10/07/05 | 0449470 - IN | 11/06/05 | | .00 | 3,304.80 | 3,304.80 | | | | | |
| 10/07/05 | 0449501 - IN | 11/06/05 | | .00 | 1,240.00 | 1,240.00 | | | | | |
| 10/07/05 | 0449502 - IN | 11/06/05 | | .00 | 10,780.00 | 10,780.00 | | | | | |
| 10/07/05 | 0449546 - IN | 11/06/05 | | .00 | 3,633.60 | 3,633.60 | | | | | |
| 10/07/05 | 0449547 - IN | 11/06/05 | | .00 | 310.00 | 310.00 | | | | | |

ACCOUNTS RECEIVABLE AGED INVOICE REPORT                                                  QUALITY SYNTHETIC RUBBER, INC.

*ALL OPEN INVOICES - AGED AS OF: 10/07/05*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 45 DAYS | 60 DAYS | 90 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER 0064500 TOTALS: | | | | .00 | 425,345.66 | 341,213.46 | 85,166.70 | 612.50 | .00 | 1,647.00- | |
| REPORT TOTALS: NUMBER OF CUSTOMERS: 1 | | | | .00 | 425,345.66 | 341,213.46 | 85,166.70 | 612.50 | .00 | 1,647.00- | |

_ALL OPEN INVOICES - AGED AS OF: 10/07/05_

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 45 DAYS | 60 DAYS | 90 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0064508 | DELPHI DELCO ELECTRONICS SYST. | | | CONTACT: | | PHONE: - - | | EXT: | CR LMT: | | .00 |
| 02/02/04 | 0390884 - IN | 03/03/04 | | .00 | 312.50 | | | | | 312.50 | 583 |
| 09/26/05 | 0448332 - IN | 10/26/05 | | .00 | 130,000.00 | 130,000.00 | | | | | |
| 09/28/05 | 0448568 - IN | 10/28/05 | | .00 | 29,200.00 | 29,200.00 | | | | | |
| 09/28/05 | 0448569 - IN | 10/28/05 | | .00 | 29,200.00 | 29,200.00 | | | | | |
| | CUSTOMER 0064508 TOTALS: | | | .00 | 188,712.50 | 188,400.00 | .00 | .00 | .00 | 312.50 | |
| | REPORT TOTALS: | | | .00 | 188,712.50 | 188,400.00 | .00 | .00 | .00 | 312.50 | |
| | NUMBER OF CUSTOMERS: | 1 | | | | | | | | | |

System Date: 12/21/2005 / 2:25 pm
Application Date: 10/07/2005

Page: 1

TOTAL P.22