Hearing Date and Time: August 16, 2007 at 10:00 a.m.
Response Date and Time: August 9, 2007 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Francis J. Lawall
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Sierra International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |

## RESPONSE OF SIERRA INC. TO DEBTORS'
## NINETEENTH OMNIBUS OBJECTION TO CLAIMS

Sierra International, Inc. ("Sierra"), by and through its undersigned counsel,

responds to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr.P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims

not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to

Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and

Consensually Modified and Reduced Claims (the "Objection").  With respect to Sierra's claim,

the claim is designated in Exhibit D-1 of the Objection as being a claim subject to modification.

In the Objection, the Debtors seek to modify Sierra's claim from the filed amount of $5,849.70

(which amount includes a secured portion in the amount of $629 and an unsecured portion in the

amount of $5,220.70) to an unsecured claim in the total amount of $3,333.70.  In support of the

full amount of its claim, Sierra states as follows:

#8778457 v1

1.      The Debtors commenced these Chapter 11 cases on October 8, 2005 (the "Petition Date").

2.      Prior to the Petition Date, Sierra sold and delivered goods (the "Goods") on credit to the Debtors.  The indebtedness owed by the Debtors for the Goods as of the Petition Date was $5,849.70, including goods in the total amount of $629 as to which Sierra timely served a notice of reclamation and which amount is subject to a state law vendor's lien (the "Indebtedness").

3.      On or about January 31, 2006, Sierra filed a timely proof of claim, designated as Claim No. 1726, asserting a claim in the total amount of the Indebtedness. Attached to the proof of claim were copies all unpaid invoices.

## ARGUMENT

4.      A proof of claim executed and filed according to the requirements of Bankruptcy Rule 3001(f) constitutes *prima facie* evidence of the validity and amount of the claim.  Fed.R.Bankr.P. 3001(f).  "The interposition of an objection does not deprive the proof of claim of presumptive validity unless the objection is supported by *substantial evidence*." In re Hemingway Transport, Inc., 993 F.2d 915, 925 (1st Cir.1993).

5.      Rule 3001(a) requires that the proof of claim be a written statement setting forth a creditor's claim, in a form substantially conforming to the appropriate Official Form. Rule 3001(c) requires that a claim based on a writing include a copy of the writing thereto.

6.      Claim No. 1726 substantially conforms to the Official Form, is signed by a representative of Sierra, and sets forth the exact dollar amount owed as of the Petition Date.  All invoices upon which the claim is based are attached thereto.

-2-

#8778457 v1

7.      Having satisfied the requirements of Bankruptcy Rule 3001, Claim No.
1726 constitutes *prima facie* evidence of the validity and amount of the claim.

8.      The Debtors have provided no evidence, let alone substantial evidence, to
support the Objection; therefore, the Objection should be overruled and Sierra's claim should be
allowed as filed.

9.      Any reply by the Debtors to this Response should be delivered to the
undersigned counsel for Sierra.  The following person has ultimate authority to reconcile, settle
or otherwise resolve Claim No. 1726 on behalf of Sierra:

> Anne Marie Aaronson
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000

WHEREFORE, Sierra International, Inc. respectfully requests that the Court
overrule the Objection and grant all other proper relief.

**PEPPER HAMILTON LLP**

/s/ Anne Marie Aaronson
Francis J. Lawall
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Attorneys for Sierra International, Inc.

#8778457 v1

Hearing Date and Time: August 16, 2007 at 10:00 a.m.
Response Date and Time:  August 9, 2007 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Sierra International, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| **DELPHI CORPORATION**, *et al.,* ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 8, 2007, copies of the Response

of Sierra International, Inc. To Debtors' Nineteenth Omnibus Objection To Claims were served

on the following individuals in the manner specified.


Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel
(Via Overnight Courier)

Skadden, Arps, Slate, Meagher
& Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton
(Via Overnight Courier)

**PEPPER HAMILTON LLP**

/s/ Anne Marie Aaronson
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Attorneys for Sierra International, Inc.

Dated:  August 8, 2007

-2-