# EXHIBIT A

FORM B10 (Official Form 10) (10/05)    ANY ATTACHMENTS MUST BE 8-1/2 x 11"

| UNITED STATES BANKRUPTCY COURT    Southern    DISTRICT OF    New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | Claim #08674<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Siemens Energy & Automation, Inc. successor by way of merger to Siemens Logistics & Assembly Systems, Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **Received**<br>JUN 28 2006<br>**Kurtzman Carson**<br>THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br>c/o Elizabeth L. Gunn, Esq., McGuireWoods LLP<br>One James Center, 901 East Cary Street<br>Richmond, Virginia 23219<br>Telephone number: 804-775-1147 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated:_____ | |

| 1. Basis for Claim<br>☒ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS #: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)              (date) |
|---|---|
| 2. Date debt was incurred:<br>Pre-Petition | 3. If court judgment, date obtained: |

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations.

| Unsecured Nonpriority Claim $ $416,511.60<br>☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____<br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ |
|---|---|
| **Unsecured Priority Claim**<br>☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.<br><br>Amount entitled to priority  $_____<br><br>Specify the priority of the claim:<br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)<br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). | ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)___).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| 5. Total Amount of Claim at Time Case Filed: | $ $416,511.60 | | | $416,511.60 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br><br>7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>JUN _____<br>CLAIMS PROC_____<br>USB_____ |
|---|---|

| Date<br><br>05/02/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*[signature]*    Isabel Witte<br>Vice President<br>and Corporate Controller | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0544640060627000000000004

**EXHIBIT A**


**In re Delphi Automotive Systems LLC**
**Case No. 05-44640**

Siemens Energy & Automation, Inc., successor by way of merger to Siemens Logistics &
Assembly Systems, Inc. ("Siemens"), reserves the right to amend, revise or supplement
this proof of claim as it deems necessary and appropriate.  Siemens also expressly
reserves its right to a jury trial with regard to all matters arising under the Bankruptcy
Code or arising in or related to this chapter 11 case or any successor case. Further,
Siemens files this claim without prejudice to, and in full reservation of, its right to object
to the jurisdiction of the Bankruptcy Court with respect to any matters relating to
Siemens and the debtor.  Siemens files this proof of claim in full reservation of, and
without prejudice to, its right to assert that any of the claims listed herein are entitled to
priority status in this chapter 11 case.

Active\3662457.2

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90363850

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58N02742
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| General Information: | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 186854 |
| Sales Order Date: | 01/08/2004 |
| Delivery: | 80328112 |
| Customer No: | 20999 |
| Customer P.O. No: | 58N02742 |
| P.O. Date: | 01/08/2004 |
| Orig. Inv. Date: | 02/16/2004 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB644499718507

**Currency:**    USD

**Terms of delivery:**    FCA Free carrier FDX P1

**Terms of payment:**    100% payment at 2nd day of 2nd
Up to 04/02/2004 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00337597-04 COMPONENT S TABLE LOCK 1/3 | 1 EA | 390.70 | 390.70 | | 390.70 |
| | Customer no: 13026751 | | | | | |
| | ALNR:  N    ECCN: EAR99 | | | | | |
| | **Commodity code:** 84799096 | | | | | |
| | **Country of origin:** DE | | | | | |
| | **Region of origin:** 08 | | | | | |
| | **Net Weight:** 0.160 KG | | | | | |
| | COMPONENT'S TABLE LOCK 1/3 | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90363850**

Page: 2 /   6

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000020 | 00357143-01 | 1 SET | 5,893.07 | 5,893.07 | | 5,893.07 |
| (0020) | Retrofit kit, motor secondary sec. HS50 | | | | | |

Customer no: 13027009
ALNR: N     ECCN: EAR99
Commodity code: 85030099
Country of origin: DE
Region of origin: 09
Net Weight: 1.807 KG
Retrofit kit motor secondary sec. HS 50
**substitute for   335627-02***

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000030 | 00353121-01 | 1 EA | 66.20 | 66.20 | | 66.20 |
| (0030) | DISTRIBUTOR BOARD FUNCT. CHECKED 24/32MM | | | | | |

Customer no: 13027054
ALNR: N     ECCN: EAR99
Commodity code: 85340019
Country of origin: DE
Region of origin: 09
Net Weight: 55.000 G
DISTRIBUTOR BOARD FUNCTIONELLY CHECKED FOR 24/32 MM TAPE MODUL

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000040 | 00353080-01 | 2 EA | 66.20 | 132.40 | | 132.40 |
| (0040) | DISTRIBUTOR BOARD FUNCT.CHECKED 12/16MM | | | | | |

Customer no: 13027056
ALNR: N     ECCN: EAR99
Commodity code: 85340019
Country of origin: DE
Region of origin: 09
Net Weight: 126.000 G
DISTRIBUTOR BOARD FUNCTIONELLY CHECKED FOR 12/16 MM TAPE MODUL

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000050 | 00326085-01 | 1 PAC | 55.35 | 55.35 | | 55.35 |
| (0050) | ADJUSTING GAUGE | | | | | |

Customer no: 13027057
ALNR: N     ECCN: EAR99
                    (Total Qty:        5 EA)
Commodity code: 90173090
Country of origin: DE
Net Weight: 0.015 KG
ADJUSTMENT GAUGE

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90363850**

Page: 3 /   6

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000070 | 00326017-03 | 2 EA | 57.52 | 115.04 | | 115.04 |
| (0070) | BERO POSITION WIDTH 1 | | | | | |

Customer no: 13027836
ALNR: N    ECCN: EAR99
Commodity code: 85365080
Country of origin: DE
Region of origin: 08
Net Weight: 0.052 KG
BERO POSITION WIDTH 1

| 000080 | 00326035-02 | 2 EA | 79.23 | 158.46 | | 158.46 |
| (0080) | Bero Position Width 2 | | | | | |

Customer no: 13027837
ALNR: N    ECCN: EAR99
Commodity code: 85365080
Country of origin: DE
Region of origin: 08
Net Weight: 58.000 G
Bero Position Width 2

| 000090 | 00313993-07 | 86 PAC | 16.28 | 1,400.08 | | 1,400.08 |
| (0090) | NOZZLE TYPE 618 PLASTIC | | | | | |

Customer no: MRX00007895 PKG 12
ALNR: N    ECCN: EAR99
                    (Total Qty:      1,032 EA)
Commodity code: 84799096
Country of origin: DE
Region of origin: 09
Net Weight: 1.032 KG
NOZZLE TYPE 618 VECTRA C130

| 000100 | 00353134-01 | 19 EA | 13.02 | 247.38 | | 247.38 |
| (0100) | VACUUM PLATE COMPLETE DLM 1 | | | | | |

Customer no: MRX00010889  SUB FOR 322018
ALNR: N    ECCN: EAR99
Commodity code: 40169991
Country of origin: DE
Region of origin: 09
Net Weight: 20.140 G
VACUUM PLATE COMPLETE DLM 1

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90363850

Page: 4 /  6

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000110 | 00321861-06 | 77 PAC | 41.24 | 3,175.48 | | 3,175.48 |
| (0110) | VACUUM NOZZLE TYPE 714/914 VECTRA A230 | | | | | |
| | Customer no: MRX00010941 | | | | | |
| | ALNR: N      ECCN: EAR99 | | | | | |
| | (Total Qty:      4,620 EA) | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 9,240.000 G | | | | | |
| | VACUUM NOZZLE TYPE 714/914 VECTRA A230 | | | | | |
| 000130 | 00323190S01 | 1 EA | 162.79 | 162.79 | | 162.79 |
| (0130) | DC-MOTOR COMPLETE | | | | | |
| | Customer no: MRX00011319 | | | | | |
| | ALNR: N      ECCN: EAR99 | | | | | |
| | Commodity code: 85011091 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.072 KG | | | | | |
| | MOTOR DC-COMPLETE | | | | | |
| 000140 | 00301388-02 | 2 EA | 96.59 | 193.18 | | 193.18 |
| (0140) | LIGHT CONTROL PCB-CAMERA | | | | | |
| | Customer no: MRX00011330 | | | | | |
| | ALNR: N      ECCN: EAR99 | | | | | |
| | Commodity code: 85389091 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.024 KG | | | | | |
| | LIGHT CONTROL PCB-CAMERA | | | | | |
| 000150 | 00306920-07 | 1 EA | 1,389.16 | 1,389.16 | | 1,389.16 |
| (0150) | CONVERSION PC-BOARD SMALL AXIS | | | | | |
| | Customer no: MRX00011333 | | | | | |
| | ALNR: N      ECCN: EAR99 | | | | | |
| | Commodity code: 85389091 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.800 KG | | | | | |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90363850**

Page: 5 /   6

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| | CONVERSION-BOARD SMALL AXIS | | | | | |
| 000160 | 00306383S02 | 1 EA | 531.79 | 531.79 | | 531.79 |
| (0160) | Motor tacho dr-axis | | | | | |
| | Customer no: MRX00011341 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 85013100 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.340 KG | | | | | |
| Motor-tacho dr-axis | | | | | | |
| 000170 | 00200333-01 | 1 EA | 5.64 | 5.64 | | 5.64 |
| (0170) | TOOTHED BELT SYNCHROFLEX 6 T2,5/245 | | | | | |
| | Customer no: MRX00012034 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 39269098 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.004 KG | | | | | |
| TOOTHED-SYNCHROFLEX BELT | | | | | | |
| CONTINUOUS 6 T2,5/245 | | | | | | |
| 000180 | 00303547S01 | 11 PAC | 21.71 | 238.81 | | 238.81 |
| (0180) | O-RING 9,5x1,78 VMQ RED | | | | | |
| | Customer no: MRX00012492 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | (Total Qty:         165 EA) | | | | | |
| | Commodity code: 40169300 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.165 KG | | | | | |
| O-Ring 9,5 x 1,78 VMQ Red | | | | | | |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90363850

Page: 6 /    6

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000190 | 00356343-02 | 7 PAC | 222.48 | 1,557.36 | | 1,557.36 |
| (0190) | SMD TAPE CONNECTOR 0,005*48*4,3mm | | | | | |

Customer no: MRX00012496 SUB FOR 318431-01
ALNR: N    ECCN: EAR99
(Total Qty:    28,000 EA)
Commodity code: 39199010
Country of origin: US
Net Weight: 1,400.000 G
SMD TAPE CONNECTOR 0,056*48*4,3mm (4000 Pc.)

| | | | | | | |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000200 | 00310514S01 | 2 EA | 54.26 | 108.52 | | 108.52 |
| (0200) | HOSE PVC-1,86 length 1,1m | | | | | |

Customer no: MRX00012513
ALNR: N    ECCN: EAR99
Commodity code: 39173235
Country of origin: DE
Region of origin: 09
Net Weight: 0.016 KG
HOSE PVC-1,86 length 1m

| | | | | | | |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000210 | 00313251-01 | 4 EA | 8.36 | 33.44 | | 33.44 |
| (0210) | VACUUM NOZZLE COMPLETE | | | | | |

Customer no: MRX00012517
ALNR: N    ECCN: EAR99
Commodity code: 84149000
Country of origin: DE
Region of origin: 09
Net Weight: 0.016 KG
VACUUM NOZZLE COMPLETE

| | |
|---|---|
| **Sub Total:** | **15,854.85** |
| Freight | 200.50 |
| **Final Amount:** | **16,055.35** |

# SIEMENS

## Siemens ENERGY & AUTOMATION, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90364068

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58N02742
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 186854 |
| Sales Order Date: | 01/08/2004 |
| Delivery: | 80328335 |
| Customer No: | 20999 |
| Customer P.O. No: | 58N02742 |
| P.O. Date: | 01/08/2004 |
| Orig. Inv. Date: | 02/17/2004 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB802-519-384- BAX

**Currency:**    USD

**Terms of delivery:**   FCA Free carrier FDX P1

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 04/02/2004 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 | 00357143-01 | 1 SET | 5,893.07 | 5,893.07 | | 5,893.07 |
| (0020) | Retrofit kit, motor secondary sec. HS50 | | | | | |
| | Customer no: 13027009 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 85030099 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: O9 | | | | | |
| | Net Weight: 1.807 KG | | | | | |
| | Retrofit kit motor secondary sec. HS 50 | | | | | |
| | **substitute for  335627-02*** | | | | | |

*These commodities, technology or software items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90364068**

Page: 2 /   2

Date: 02/13/2006

| | |
|---|---:|
| **Sub Total:** | **5,893.07** |
| Freight | 6.50 |
| **Final Amount:** | **5,899.57** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

## Invoice # 90432113

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA 15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX 79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.   75N05593
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

### General information:

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 225973 |
| Sales Order Date: | 12/20/2004 |
| Customer No: | 20999 |
| Customer P.O. No: | 75N05593 |
| P.O. Date: | 12/20/2004 |
| Orig. Inv. Date: | 02/10/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**    USD

**Terms of delivery:**   FCA Free carrier FDX P2 1230-70186

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 04/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000050 (0050) | 00116226-01 Changeover table,mobile,F5HM,S27-HM | 1 EA | 7,088.00 | 7,088.00 | | 7,088.00 |

ALNR: N     ECCN: EAR99
**Commodity code: 84799096**
**Country of origin: PL**
**Net Weight: 113.000 KG**
Component feeder changeover table, height 830-950mm, with integrated reel container. For SIPLACE
F5 HM, S-27 HM and Compact, both sides of the placement station. With integrated lifting device
and wheels for minimization of setup times. Component feeder capacity 20 slots for 59 8mm tapes,
when using 3x8mm feeder. Version 230V/110V. In order to avoid head crash, caused by non
correctly fixed component feeders, it is recommended to use the item no.:116225 (Feeder fastening
attachement).

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90432113

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|-----------|-------------|-------|-----------|
| 000080 (0080) | SOPOS01 | 3 EA | 5,306.00 | 15,918.00 | | 15,918.00 |
| | BE-Wechseltisch SIPLACE HS-xx, 830-950mm | | | | | |
| | Customer no: 1674465 | | | | | |
| | ALNR: N    ECCN: EAR99S | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.000 KG | | | | | |
| | change over table 00119022-01 | | | | | |
| 000100 (0100) | 00365263S01 | 5 SET | 672.60 | 3,363.00 | | 3,363.00 |
| | GUIDE RAIL HS50 | | | | | |
| | Customer no: 1854374 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 39.250 KG | | | | | |
| | GUIDE RAIL HS50 | | | | | |

**Sub Total:**                                                    26,369.00

**Final Amount:**                                                 26,369.00

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

### Invoice # 90446344

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  75N05989
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| General Information: | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 235315 |
| Sales Order Date: | 03/21/2005 |
| Delivery: | 80404148 |
| Customer No: | 20999 |
| Customer P.O. No: | 75n05989 |
| P.O. Date: | 03/21/2005 |
| Orig. Inv. Date: | 04/27/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**       USD

**Terms of delivery:**  FCA Free carrier fdx p1

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 06/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 (0020) | 00348264-02 Headboard HS60 ALNR: N    ECCN: EAR99 Commodity code: 85389091 Country of origin: DE Net Weight: 439.000 G PC Board for Head cpl. HS50 | 1 EA | 1,569.40 | 1,569.40 | | 1,569.40 |

| | |
|---|---|
| **Sub Total:** | **1,569.40** |
| **Final Amount:** | **1,569.40** |

These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90465258

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58r06129
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 246960 |
| Sales Order Date: | 06/27/2005 |
| Delivery: | 80421963 |
| Customer No: | 20999 |
| Customer P.O. No: | 58r06129 |
| P.O. Date: | 06/27/2005 |
| Orig. Inv. Date: | 08/04/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB 675282642724

**Currency:**    USD

**Terms of delivery:**    FCA Free carrier fdx p1

**Terms of payment:**    100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000070 | 00322602-05 | 40 PAC | 165.20 | 6,608.00 | | 6,608.00 |
| (0070) | Pipette Typ 704/904 Vectra-Keramik | | | | | |

Customer no: 13022673
ALNR:  N     ECCN:  EAR99
(Total Qty:     240 EA)
**Commodity code:** 84799096
**Country of origin:** DE
**Net Weight:** 96.000 G
NOZZLE TYPE 704/904 VECTRA-CERAMIC

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90465258**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 6,608.00 |
| Final Amount: | 6,608.00 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Credit Memo # 90470529

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.   75N05593
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 60086864 |
| Sales Order Date: | 08/09/2005 |
| Customer No: | 20999 |
| Customer P.O. No: | 75N05593 |
| P.O. Date: | 08/09/2005 |
| Orig. Inv. Date: | 08/09/2005 |
| Reprint Date: | 02/13/2006 |

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00365263S01 | 1 SET | 672.60 | 672.60 | | 672.60 |
| (0010) | GUIDE RAIL HS50 | | | | | |
| | ALNR: N   ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 7.850 KG | | | | | |
| | GUIDE RAIL HS50 | | | | | |

**Sub Total:**                                                                      672.60

**Credit Amount:**                                                                 672.60

"These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90469889

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  FILEMON OLI
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 70001942 |
| Sales Order Date: | 08/23/2005 |
| Customer No: | 20999 |
| Customer P.O. No: | S/N 1363-12017308 |
| P.O. Date: | 08/23/2005 |
| Orig. Inv. Date: | 08/23/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**        USD

**Terms of delivery:**   FCA Free carrier FDX P1

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00330037-05 | 4 EA | 1,652.00 | 6,608.00 | | 6,608.00 |
| (0010) | Comm. Unit f. Change-Over Table HS50 | | | | | |
| | ALNR: N      ECCN:  EAR99 | | | | | |
| | Commodity code: 85371099 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 08 | | | | | |
| | Net Weight: 7.040 KG | | | | | |
| | Communication  unit f. mobile change-over table (12 units) | | | | | |

| | |
|---|---|
| **Sub Total:** | **6,608.00** |

| | |
|---|---|
| **Final Amount:** | **6,608.00** |

These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90469232**

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

| General Information: | |
| --- | --- |
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 254276 |
| Sales Order Date: | 08/24/2005 |
| Delivery: | 80425751 |
| Customer No: | 20999 |
| Customer P.O. No: | 58r06655 |
| P.O. Date: | 08/24/2005 |
| Orig. Inv. Date: | 08/25/2005 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58R06655
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**Tracking Info:**       AWB213580280008023

**Currency:**            USD

**Terms of delivery:**   FCA Free carrier ups

**Terms of payment:**    100% payment at 2nd day of 2nd
                         Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
| --- | --- | --- | --- | --- | --- | --- |
| 000090 | 00333491-01 | 1 EA | 38.94 | 38.94 | | 38.94 |
| (0090) | CONTROL CABLE SP6/12 dig.--S50 | | | | | |
| | Customer no: MRX00052344 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 85444190 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 70.000 G | | | | | |
| | CONTROL CABLE SP6/12 dig.->S50 | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90469232**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 38.94 |
| Final Amount: | 38.94 |

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

### Invoice # 90469436

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**REPEAT PRINTOUT**

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58R06655
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| | |
| Sales Order: | 254276 |
| Sales Order Date: | 08/24/2005 |
| Delivery: | 80426241 |
| | |
| Customer No: | 20999 |
| Customer P.O. No: | 58r06655 |
| P.O. Date: | 08/24/2005 |
| | |
| Orig. Inv. Date: | 08/26/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**        USD

**Terms of delivery:**   FCA Free carrier ups

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000030 | 00310945-01 | 1 EA | 979.40 | 979.40 | | 979.40 |
| (0030) | SCANNER HEAD X-AXIS | | | | | |
| | Customer no: MRX00016774 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 90318091 | | | | | |
| | Country of origin: AT | | | | | |
| | Net Weight: 0.170 KG | | | | | |
| SCANNER HEAD X-AXLE | | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90469436**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000040 (0040) | 00310946-03 SCANNER HEAD Y-AXIS | 1 EA | 1,014.80 | 1,014.80 | | 1,014.80 |
| | Customer no: MRX00016775 | | | | | |
| | ALNR:  N     ECCN:  EAR99 | | | | | |
| | Commodity code: 90318091 | | | | | |
| | Country of origin: AT | | | | | |
| | Net Weight: 65.000 G | | | | | |
| SCANNER HEAD Y-AXLE | | | | | | |

| | |
|---|---|
| Sub Total: | 1,994.20 |

| | |
|---|---|
| Final Amount: | 1,994.20 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90470518

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58R06772
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| General Information: | |
| --- | --- |
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 255106 |
| Sales Order Date: | 08/31/2005 |
| Delivery: | 80426932 |
| Customer No: | 20999 |
| Customer P.O. No: | 58R06772 |
| P.O. Date: | 08/31/2005 |
| Orig. Inv. Date: | 08/31/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**     AWB213580280008566     AWB213580280008566

**Currency:**     USD

**Terms of delivery:**   FCA Free carrier UPS

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
| --- | --- | --- | --- | --- | --- | --- |
| 000010 | 00322603-05 | 46 PAC | 165.20 | 7,599.20 | | 7,599.20 |
| (0010) | Pipette Typ 701/901 Vectra-Keramik | | | | | |
| | Customer no: 13022800 | | | | | |
| | ALNR:  N     ECCN:  EAR99 | | | | | |
| | (Total Qty: | 276 EA) | | | | |
| | **Commodity code: 84799096** | | | | | |
| | **Country of origin: DE** | | | | | |
| | **Net Weight: 499.560 G** | | | | | |
| | NOZZLE  Type 701/901 Vectra-Ceramic | | | | | |

*These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90470518**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000060 | 00325972-09 | 32 PAC | 9.09 | 290.88 | | 290.88 |
| (0060) | Pipette TYP 7/920 kpl. | | | | | |

Customer no: MRX00068475
ALNR:  N        ECCN:  EAR99
(Total Qty:        192 EA)
**Commodity code:** 84799096
**Country of origin:** DE
**Net Weight:** 1,920.000 G
NOZZLE TYPE 720/920 COMPLETE

| | | |
|---|---|---|
| **Sub Total:** | | **7,890.08** |

| | | |
|---|---|---|
| **Final Amount:** | | **7,890.08** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90476896

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS DE MEXICO
S.A.DE C.V.
ATTN: ACCOUNTS PAYABLE
PO Box 981012
EL PASO TX  79998-1012

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  58R07062
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**REPEAT PRINTOUT**

| General Information: | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 259064 |
| Sales Order Date: | 09/29/2005 |
| Delivery: | 80433212 |
| Customer No: | 20999 |
| Customer P.O. No: | 58R07062 |
| P.O. Date: | 09/29/2005 |
| Orig. Inv. Date: | 09/30/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB213580280010361    AWB213580280010361    AWB213580280010361
AWB213580280010361    AWB213580280010361    AWB213580280010361
AWB213580280010361    AWB213580280010361    AWB213580280010361

**Currency:**    USD

**Terms of delivery:**   FCA Free carrier ups

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00346524-03 | 5 PAC | 14.51 | 72.55 | | 72.55 |
| (0010) | Pipette Typ 735/935 kpl. | | | | | |
| | Customer no: 13022812 | | | | | |
| | ALNR:  N     ECCN: EAR99 | | | | | |
| | (Total Qty) | | 30 EA) | | | |
| | **Commodity code:** 84799096 | | | | | |
| | **Country of origin:** DE | | | | | |
| | **Net Weight:** 60.000 G | | | | | |
| | NOZZLE TYPE 735/935 | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90476896**

Page: 2 /    4

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000020 (0020) | 00320041S01 | 1 EA | 17.94 | 17.94 | | 17.94 |
| | Toothed belt synchroflex 2,5 T2/90 | | | | | |
| | Customer no: MRX00010883 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 39269098 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: O9 | | | | | |
| | Net Weight: 2.000 G | | | | | |
| Toothed belt synchroflex 2,5 T2/90 | | | | | | |
| 000040 (0040) | 00316602-01 | 1 EA | 40.12 | 40.12 | | 40.12 |
| | TOOTHED BELT Breco 10 AT 3/1500 | | | | | |
| | Customer no: MRX00030932 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 39269098 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: O9 | | | | | |
| | Net Weight: 0.038 KG | | | | | |
| TOOTHED BELT SYNCHROFLEX 10 AT3 | | | | | | |
| 000050 (0050) | 00318671-01 | 5 PAC | 93.22 | 466.10 | | 466.10 |
| | SPLICE STRIP | | | | | |
| | Customer no: MRX0031687 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 74101200 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: O9 | | | | | |
| | Net Weight: 1.225 KG | | | | | |
| SPLICE STRIP | | | | | | |
| 000060 (0060) | 00313885-08 | 2 EA | 1,026.60 | 2,053.20 | | 2,053.20 |
| | STOPPER BASE UNIT | | | | | |
| | Customer no: MRX0032428 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: CZ | | | | | |
| | Net Weight: 1.256 KG | | | | | |
| | PLUG BASE UNIT | | | | | |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90476896**

Page: 3 /  4

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000070 (0070) | 00316081-03 CALIBRATING UNIT VISION VERSION II Customer no: MRX00050192 ALNR: N    ECCN: EAR99 Commodity code: 90173090 Country of origin: DE Region of origin: 09 Net Weight: 8.000 G CALIBRATING UNIT VISION VERSION II | 2 EA | 50.74 | 101.48 | | 101.48 |
| 000090 (0090) | 00328149S01 SOKO Nozzle 7xx for Diode 1,8 Customer no: MRX00032428 ALNR: N    ECCN: EAR99 Commodity code: 84799096 Country of origin: DE Region of origin: 09 Net Weight: 2.000 G Nozzle 7xx for Diode 1,8 | 2 EA | 141.60 | 283.20 | | 283.20 |
| 000100 (0100) | 00315948S01 PNEUMATIC SYSTEM S/F Customer no: MRX00051322 ALNR: N    ECCN: EAR99 Commodity code: 84799096 Country of origin: DE Region of origin: 05 Net Weight: 5.700 KG PNEUMATIC SYSTEM S/F | 1 EA | 2,584.20 | 2,584.20 | | 2,584.20 |
| 000110 (0110) | 00331581-02 VALVE UNIT PCB-STOPPER S50 Customer no: MRX00052343 ALNR: N    ECCN: EAR99 Commodity code: 84819000 Country of origin: DE Net Weight: 46.000 G VALVE UNIT PCB-STOPPER S50 | 2 EA | 324.50 | 649.00 | | 649.00 |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90476896**

Page: 4 /   4

Date: 02/13/2006

| | |
|---|---|
| **Sub Total:** | **6,267.79** |
| **Final Amount:** | **6,267.79** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90276173

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411 - AES21315
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 143349 |
| Sales Order Date: | 10/10/2002 |
| Delivery: | 80248517 |
| Customer No: | 21131 |
| Customer P.O. No: | AES21315 |
| P.O. Date: | 10/10/2002 |
| Orig. Inv. Date: | 10/14/2002 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**   AWB826373028070

**Currency:**   USD

**Terms of delivery:**   FCA Free carrier FED EX P1

**Terms of payment:**   Payable Net 30 days
Up to 11/13/2002 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00346401S01 EXCHANGE POWER SUPPLY UNIT MML600-SV S23 ALNR: N   ECCN: EAR99 Commodity code: 85043121 Country of origin: DE Region of origin: 09 Net Weight: 6.600 KG Exchange Package POWER SUPPLY UNIT MML600 - SV S23 | 1 EA | 3,519.00 | 3,519.00 | | 3,519.00 |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90276173

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---:|
| Sub Total: | 3,519.00 |
| Freight | 19.50 |
| **Final Amount:** | **3,538.50** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90303964

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 158777 |
| Sales Order Date: | 03/21/2003 |
| Delivery: | 80274253 |
| Customer No: | 21131 |
| Customer P.O. No: | AES21880 |
| P.O. Date: | 03/21/2003 |
| Orig. Inv. Date: | 03/21/2003 |
| Reprint Date: | 02/13/2006 |

**Currency:**          USD

**Terms of delivery:**  FCA Free carrier ATLANTA

**Terms of payment:**  Payable Net 30 days
                       Up to 04/20/2003 without deduction

**Document Text:**

SERVICE CALL 11/18/02 - 11/22/02
SR # 2922-3302
RON NISSEN
MARK HARRIS 810-257-7932

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | LABOR1 | 27.50 EA | 125.00 | 3,437.50 | | 3,437.50 |
| (0010) | LABOR HOURS (NORMAL) | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90303964**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | **3,437.50** |
| Final Amount: | **3,437.50** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90304804

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
SUSAN WENDEL
AES22149
1996 MILES ROAD
LAPEER MI  48446

### General Information:

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 148013 |
| Sales Order Date: | 11/22/2002 |
| Customer No: | 21131 |
| Customer P.O. No: | AES22149 |
| P.O. Date: | 11/22/2002 |
| Orig. Inv. Date: | 03/26/2003 |
| Reprint Date: | 02/13/2006 |

**Currency:**          USD

**Terms of delivery:**  FCA Free carrier UPS RED

**Terms of payment:**  Payable Net 30 days
Up to 04/25/2003 without deduction

**Document Text:**

MATERIAL FROM MUNICH SHIPPING TO SUSAN WENDEL'S HOME ADDRESS AS INSTRUCTED BY SUSAN
WENDEL ON 11/25/02.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00337389-04 | 2 EA | 477.90 | 955.80 | | 955.80 |
| (0010) | BRECOFLEX TOOTHED BELT Y-AXIS S23/25 S+Z | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 39269098 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 08 | | | | | |
| | Net Weight: 1.160 KG | | | | | |
| | BRECOFLEX TOOTHED BELT Y-AXIS S23  SZ | | | | | |

These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90304804**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---:|
| **Sub Total:** | 955.80 |
| Freight | 4.00 |
| **Final Amount:** | 959.80 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90309068

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411 PO: AES24253
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 160377 |
| Sales Order Date: | 04/07/2003 |
| Delivery: | 80278923 |
| Customer No: | 21131 |
| Customer P.O. No: | AES24253 |
| P.O. Date: | 04/07/2003 |
| Orig. Inv. Date: | 04/18/2003 |
| Reprint Date: | 02/13/2006 |

| | |
|---|---|
| **Tracking Info:** | AWB213580230004693 |
| **Currency:** | USD |
| **Terms of delivery:** | FCA Free carrier fdx ground |
| **Terms of payment:** | Payable Net 30 days |
| | Up to 05/18/2003 without deduction |

**Document Text:**

DELPHI DISCOUNT APPLIED

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000010 | 00305897-02 | 2 EA | 60.18 | 120.36 | | 120.36 |
| (0010) | Segment Removal Tool | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.050 KG | | | | | |
| Segment remove tool | | | | | | |

*These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90309068**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 120.36 |
| Freight | 3.33 |
| **Final Amount:** | **123.69** |

# SIEMENS

## Invoice # 90302504

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411
URGENT!    ATTN: SUE WENDEL
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 157954 |
| Sales Order Date: | 03/13/2003 |
| Delivery: | 80272968 |
| Customer No: | 21131 |
| Customer P.O. No: | AES24174 |
| P.O. Date: | 03/13/2003 |
| Orig. Inv. Date: | 03/13/2003 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB 31540169566

**Currency:**    USD

**Terms of delivery:**   FCA Free carrier UPS RED EARLY A.M.

**Terms of payment:**  Payable Net 30 days
Up to 04/12/2003 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00320833S01 | 1 EA | 19,116.00 | 19,116.00 | | 19,116.00 |

(0010) Revolver head S15 (booster compatible)
ALNR: N    ECCN: EAR99
Commodity code: 84799096
Country of origin: DE
Region of origin: 09
Net Weight: 4.730 KG
COLLECT & PLACE HEAD S15 (booster comp)

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90302504**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---:|
| **Sub Total:** | **19,116.00** |
| Freight | 15.00 |
| **Final Amount:** | **19,131.00** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90312344

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411    AES25014
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 162601 |
| Sales Order Date: | 05/01/2003 |
| Delivery: | 80280793 |
| Customer No: | 21131 |
| Customer P.O. No: | AES25014 |
| P.O. Date: | 05/01/2003 |
| Orig. Inv. Date: | 05/07/2003 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB626373068956

**Currency:**    USD

**Terms of delivery:**    FCA Free carrier UPS RED

**Terms of payment:**    Payable Net 30 days
Up to 06/06/2003 without deduction

**Document Text:**

***LI NE  DOWN PLEASE DELIVERY AS EARLY AS POSS***

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|

*These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90312344**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|-----------|-------------|-------|-----------|
| 000010 | 00344771S01 | 1 EA | 2,714.00 | 2,714.00 | | 2,714.00 |
| (0010) | POWER SUPPLY S23/F5HM | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 85043121 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 4.500 KG | | | | | |
| | POWER SUPPLY UNIT | | | | | |

| | |
|---|---|
| **Sub Total:** | **2,714.00** |
| Freight | 15.00 |
| **Final Amount:** | **2,729.00** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90317386

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411 AES25271
2926 DAVISON ROAD
FLINT MI  48556

**REPEAT PRINTOUT**

**General Information**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 165744 |
| Sales Order Date: | 06/03/2003 |
| Delivery: | 80285814 |
| Customer No: | 21131 |
| Customer P.O. No: | AES25271 |
| P.O. Date: | 06/03/2003 |
| Orig. Inv. Date: | 06/06/2003 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**   AWB626373074594

**Currency:**   USD

**Terms of delivery:**   FCA Free carrier FDX P1

**Terms of payment:**   Payable Net 30 days
Up to 07/06/2003 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000010 | 00308469-01 | 2 EA | 48.38 | 96.76 | | 96.76 |
| (0010) | TOOTHED BELT SYNCHROFLEX 10 AT 3/1500 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Commodity code: 40103500 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.060 KG | | | | | |

TOOTHED BELT SYNCHROFLEX
10 AT3/1500 ENDLESS

"These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90317386**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 96.76 |
| Freight | 10.00 |
| **Final Amount:** | **106.76** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90277351

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 144265 |
| Sales Order Date: | 10/17/2002 |
| Delivery: | 80249918 |
| Customer No: | 21131 |
| Customer P.O. No: | AES21357 |
| P.O. Date: | 10/17/2002 |
| Orig. Inv. Date: | 10/21/2002 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411
ATTN: SUE WENDELL 7-7159
PO# AES21357
2926 DAVISON ROAD
FLINT MI  48556

**Currency:**    USD

**Terms of delivery:**  FCA Free carrier ATLANTA

**Terms of payment:**  Payable Net 30 days
Up to 11/20/2002 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00116110S02 | 2 SET | 9,265.19 | 18,530.38 | | 18,530.38 |
| (0010) | SET PLACEM. HEAD SEGMENTS SIPLACE80 V.II | | | | | |
| | Customer no: PRA16096 001 | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 4.000 KG | | | | | |

SET PLACEMENT HEAD SEGMENTS SIP
LACE
VERSION II

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90277351**

**Page: 2 /    2**

**Date: 02/13/2006**

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000020 | 00116110S02 | 2 SET | 9,265.19 | 18,530.38 | | 18,530.38 |
| (0020) | SET PLACEM. HEAD SEGMENTS SIPLACE80 V.II | | | | | |

       Customer no: PRA16098 001
       ALNR:  N      ECCN:  EAR99
       **Commodity code:** 84799096
       **Country of origin:** DE
       **Region of origin:** 09
       **Net Weight:** 4.000 KG
SET PLACEMENT HEAD SEGMENTS SIP
LACE
VERSION II

| | | |
|---|---|---|
| **Sub Total:** | | 37,060.76 |
| Freight | | 11.22 |
| **Final Amount:** | | 37,071.98 |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Credit Memo # 90400393

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411
ATTN: DAVE PRINCE
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 60073947 |
| Sales Order Date: | 07/26/2004 |
| Delivery: | 84057234 |
| Customer No: | 21131 |
| Customer P.O. No: | AES31540 |
| P.O. Date: | 07/26/2004 |
| Orig. Inv. Date: | 08/24/2004 |
| Reprint Date: | 02/13/2006 |

**Document Text:**

810-257-7492

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 | 00309751S02 | 1 EA | 6,844.00 | 6,844.00 | -50.0% | 3,422.00 |
| (0020) | OPTICAL SYSTEM FOR COMPONENTS | | | | | |
| | ALNR:  N     ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 1.000 KG | | | | | |
| OPTICAL SYSTEM 19x25 | | | | | | |

**Sub Total:**                                                                             3,422.00

**Credit Amount:**                                                                       3,422.00

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90403854

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI EEMS E FLINT #31005
RECEIVING AREA 411
AES32343
2926 DAVISON ROAD
FLINT MI  48556

**General Information**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 214193 |
| Sales Order Date: | 09/10/2004 |
| Delivery: | 80364974 |
| Customer No: | 21131 |
| Customer P.O. No: | AES32343 |
| P.O. Date: | 09/10/2004 |
| Orig. Inv. Date: | 09/13/2004 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**     AWB 30143446125     AWB 30143446125

**Currency:**     USD

**Terms of delivery:**  FCA Free carrier UPS RED CONSIGNEE

**Terms of payment:** 100% payment at 2nd day of 2nd
Up to 11/02/2004 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00318429-01 AXLE | 1 EA | 38.94 | 38.94 | | 38.94 |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84839089 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.015 KG | | | | | |
| AXLE | | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90403854

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000030 | 00304070S01 | 2 EA | 6.37 | 12.74 | | 12.74 |
| (0030) | MINIATURE BALL BEARING 6*13*5 686 ZZS | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84821010 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 0.010 KG | | | | | |

MINIATURE BALL BEARING
6*13*5

| | |
|---|---|
| **Sub Total:** | **51.68** |
| Freight | 20.00 |
| **Final Amount:** | **71.68** |

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90394386

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

REPEAT PRINTOUT

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 208889 |
| Sales Order Date: | 07/22/2004 |
| Delivery: | 80356114 |
| Customer No: | 21131 |
| Customer P.O. No: | AES31485 |
| P.O. Date: | 07/22/2004 |
| Orig. Inv. Date: | 07/23/2004 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411
ATTN: DAVE PRINCE
2926 DAVISON ROAD
FLINT MI  48556

**Tracking Info:**     AWB30145923409

**Currency:**          USD

**Terms of delivery:**  FCA Free carrier UPS RED

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 09/02/2004 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00309751S02 | 1 EA | 12,036.00 | 12,036.00 | | 12,036.00 |
| (0010) | OPTICAL SYSTEM FOR COMPONENTS | | | | | |
| | ALNR: N     ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 1.000 KG | | | | | |
| OPTICAL SYSTEM 19x25 | | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90394386**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 12,036.00 |
| Final Amount: | 12,036.00 |

# SIEMENS

### Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

## Credit Memo # 90430310

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI-FLINT EAST
RECEIVING AREA 411
ATTN: DAVE PRINCE
2926 DAVISON ROAD
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 60078534 |
| Sales Order Date: | 12/10/2004 |
| Delivery: | 84060915 |
| Customer No: | 21131 |
| Customer P.O. No: | AE533926 |
| P.O. Date: | 12/10/2004 |
| Orig. Inv. Date: | 01/31/2005 |
| Reprint Date: | 02/13/2006 |

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00309751S02 | 1 EA | 12,036.00 | 12,036.00 | -30.0% | 8,425.20 |
| (0010) | OPTICAL SYSTEM FOR COMPONENTS | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 1.000 KG | | | | | |
| OPTICAL SYSTEM 19x25 | | | | | | |

**Sub Total:**                                                                                          8,425.20

**Credit Amount:**                                                                                      8,425.20

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90469020

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI  48556

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 8 RECEIVING DOCK
2100 EAST LINCOLN ROAD
KOKOMO IN  46902

### General Information

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 253393 |
| Sales Order Date: | 08/17/2005 |
| Delivery: | 80424528 |
| Customer No: | 21131 |
| Customer P.O. No: | 450111291 |
| P.O. Date: | 08/17/2005 |
| Orig. Inv. Date: | 08/24/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**          USD

**Terms of delivery:**  FCA Free carrier ATLANTA

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | LABOR2 | 1 EA | 288.38 | 288.38 | | 288.38 |
| (0010) | LABOR HOURS (OVERTIME) | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |

| | |
|---|---|
| **Sub Total:** | **288.38** |

| | |
|---|---|
| **Final Amount:** | **288.38** |

*These commodities, technology or software items were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

## Invoice # 90469021

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA 15251-7600

**REPEAT PRINTOUT**

**Sold-To:**
DELPHI-FLINT EAST
ACCOUNTING DEPARTMENT
2926 DAVISON ROAD
FLINT MI 48556

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 8 RECEIVING DOCK
2100 EAST LINCOLN ROAD
KOKOMO IN 46902

**General Information:**

| | |
|---|---|
| Name: | DELPHI-FLINT EAST |
| Sales Order: | 253393 |
| Sales Order Date: | 08/17/2005 |
| Delivery: | 80424528 |
| Customer No: | 21131 |
| Customer P.O. No: | 450111291 |
| P.O. Date: | 08/17/2005 |
| Orig. Inv. Date: | 08/24/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:** USD

**Terms of delivery:** FCA Free carrier ATLANTA

**Terms of payment:** 100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000020 | LABOR1 | 1 EA | 250.00 | 250.00 | | 250.00 |
| (0020) | ZONE ESPENSES | | | | | |
| | ALNR: N  ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |

**Sub Total:** 250.00

**Final Amount:** 250.00

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90309094

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS
PLANTS 1  AND  2
ATTN: GUSTAVO GALLARDO 956/228-3520
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS  78567

**General information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7630 |
| Sales Order: | 30001387 |
| Sales Order Date: | 04/21/2003 |
| Delivery: | 80279042 |
| Customer No: | 21133 |
| Customer P.O. No: | EKS41207 |
| P.O. Date: | 04/16/2003 |
| Orig. Inv. Date: | 04/21/2003 |
| Reprint Date: | 02/13/2006 |

**Currency:**        USD

**Terms of delivery:**  EXW Ex works COLLECT - SEE INSTRUCTS.

**Terms of payment:**  Payable Net 60 days
Up to 06/20/2003 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000980 | 22501 | 1 EA | 20,500.00 | 20,500.00 | | 20,500.00 |
| (0980) | 82.113.000 - AES03D MAGAZINE LOADER | | | | | |
| | ALNR: N    ECCN:  EAR99 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 1.000 KG | | | | | |
| | ITEM ID NO. PRX36516  001 | | | | | |
| | WHO ORDERED:  GRICELDA LARA | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90309094

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 001070 (1070) | 22681 83.113.000-UNLOADER AMS 03 D ALNR: N    ECCN: EAR99 Commodity code: 84313990 Country of origin: DE Region of origin: 09 Net Weight: 1.000 KG ITEM ID NO.  PRX36517  005 WHO ORDERED:  GRICELDA LARA | 1 EA | 27,520.00 | 27,520.00 | | 27,520.00 |

| | | |
|---|---|---|
| **Sub Total:** | | 48,020.00 |

| | | |
|---|---|---|
| **Final Amount:** | | 48,020.00 |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Credit Memo # 90470503

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: GRICELDA LARA / PLANT 6
WARRANTY EXCHANGE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**REPEAT PRINTOUT**

### General Information:

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 60085726 |
| Sales Order Date: | 07/12/2005 |
| Delivery: | 84067672 |
| Customer No: | 21133 |
| Customer P.O. No: | FEEDER REPAIR CONTRA |
| P.O. Date: | 07/12/2005 |
| Orig. Inv. Date: | 08/31/2005 |
| Reprint Date: | 02/13/2006 |

**Document Text:**

EXCHANGE PER PAUL TARTAGLIA:

RMA # for the return of 83 2x8mm feeders to be swapped  for 8 3x8mm feeders.  This is for Delnosa Plt 6.  Value of returned feeders is $17,300.  Delphi cost for 3x8mm is $2,066 each.  Credit balance will be $772.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000020 | 54141096-XX | 109 EA | 7.71 | 840.39 | | 840.39 |
| (0020) | USED:  TAPE FEEDER MODULE 2X8MM SII SIPL | | | | | |
| | ALNR:  N     ECCN:  EAR99 | | | | | |
| | Net Weight: 10.000 KG | | | | | |

"These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Credit Memo # 90470503**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 840.39 |
| Credit Amount: | 840.39 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

### Invoice # 90459679

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: FILEMON OLVERA
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 246678 |
| Sales Order Date: | 06/23/2005 |
| Delivery: | 80416467 |
| Customer No: | 21133 |
| Customer P.O. No: | 450110461 |
| P.O. Date: | 06/23/2005 |
| Orig. Inv. Date: | 07/07/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**      AWB 213580280005527

**Currency:**      USD

**Terms of delivery:**  FCA Free carrier UPG CONSIGNEE

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 09/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00343996S04 Drive compl. | 2 EA | 1,781.80 | 3,563.60 | | 3,563.60 |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 2.280 KG | | | | | |
| | DRIVE COMPLETE | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90459679**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 3,563.60 |
| Final Amount: | 3,563.60 |

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90460569

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 241709 |
| Sales Order Date: | 05/16/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450110383 |
| P.O. Date: | 05/16/2005 |
| Orig. Inv. Date: | 07/12/2005 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**Currency:**          USD

**Terms of delivery:**   EXW Ex works PANALPINA FROM MUNICH

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 09/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000140 | 00370750-04 | 1 EA | 419.00 | 419.00 | | 419.00 |
| (0140) | SIPLACE line utility transceiver + cable | | | | | |

ALNR: N      ECCN: EAR99
Commodity code: 85444190
Country of origin: DE
Region of origin: 09
Net Weight: 0.910 G
SIPLACE line utility transceiver + cable
DELPHI ITEM IDENTIFICATION NO.  PR10174398  00030
WHO ORDERED:  EVANS,D

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90460569**

Page: 2 /   3

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000150 (0150) | 00367216-04 SIPLACE line utility box (10/2004) | 1 EA | 261.00 | 261.00 | | 261.00 |

ALNR: N    ECCN: EAR99
Commodity code: 85231100
Country of origin: DE
Region of origin: 09
Net Weight: 3.100 KG
DELPHI ITEM IDENTIFICATION NO.  PR10174398  00040
WHO ORDERED:  EVANS,D

| | | | | | | |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000180 (0180) | 00141272-02 Tape Feeder Module 16mm X | 1 EA | 1,069.25 | 1,069.25 | | 1,069.25 |

ALNR: N    ECCN: EAR99
Commodity code: 84798997
Country of origin: DE
Region of origin: 09
Net Weight: 3.750 KG
Tape Feeder Module 16mm X for 1 x 16mm component tape, motorized drive, cover foil storage and unique feeder ID for SIPLACE X-Series. Feeder pitch sent automatically from the programming system or set at feeder control panel.
DELPHI ITEM IDENTIFICATION NO.  PR10174398  00070
WHO ORDERED:  EVANS,D

| | | | | | | |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000190 (0190) | 00141273-02 Tape Feeder Module 24mm X | 1 EA | 1,346.34 | 1,346.34 | | 1,346.34 |

ALNR: N    ECCN: EAR99
Commodity code: 84798997
Country of origin: DE
Region of origin: 09
Net Weight: 3.700 KG
Tape Feeder Module 24mm X for 1 x 24mm component tape, motorized drive, cover foil storage and unique feeder ID for SIPLACE X-Series. Feeder pitch sent automatically from the programming system or set at feeder control panel.
DELPHI ITEM IDENTIFICATION NO.  PR10174398  00080
WHO ORDERED:  EVANS,D

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90460569**

Page: 3 /    3

Date: 02/13/2006

| | |
|---|---|
| **Sub Total:** | **3,095.59** |
| **Final Amount:** | **3,095.59** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90464683

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
1101 N. CENTER ROAD,DOCK 44
FLINT MI  48556

| General Information | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000166 |
| Sales Order Date: | 06/03/2004 |
| Customer No: | 21133 |
| Customer P.O. No: | 450060552 |
| P.O. Date: | 06/03/2004 |
| Orig. Inv. Date: | 08/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 10/01/2003 to 12/31/2006 |

**Currency:**      USD

**Terms of delivery:**  FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22030 | 1 EA | 10,625.00 | 10,625.00 | | 10,625.00 |
| (0010) | Svc Agreement, Premium Onsite HS50, HS60 | | | | | |
| | Invoicing Monthly on Last of Month | | | | | |
| | from    09/30/2003 | | | | | |
| | to      10/31/2005 | | | | | |
| | ALNR:  N      ECCN:  EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90464683**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|-----------|-------------|-------|-----------|

Includes daily visits by Service Engineer.
    Up to 40 hours labor per week (normal working hours).
    Includes all non-consumable repair parts, labor, shipping, and software updates.
    Refurbished parts will be used where applicable.
    Includes free upgrades when required.
    Operator maintenance training (Two (2) days per year).
    Priority service and support with after-hours and weekend response time of 2 hours.
    (This is billable at normal rates if 40 hours has been met).
    Invoice monthly upon acceptance of contract. Payment terms net 30 days.

**Sub Total:**          10,625.00

**Final Amount:**          10,625.00

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90464684

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000193 |
| Sales Order Date: | 01/25/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450088663 |
| P.O. Date: | 01/25/2005 |
| Orig. Inv. Date: | 08/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 01/01/2005 to 12/31/2005 |

**Currency:**        USD

**Terms of delivery:**   FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22033 | 1 EA | 4,929.16 | 4,929.16 | | 4,929.16 |
| (0010) | Service Agreement, Labor Only HS50, HS60 | | | | | |

Customer no: PR10143098  00010 - DEPT 801
Invoicing Monthly on Last of Month
    from    12/31/2004
    to    11/30/2005
ALNR:  N    ECCN: EAR99
**Net Weight:** 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

*These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90464684

Page: 2 /    4

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000020 (0020) | 22033 | 1 EA | 4,550.00 | 4,550.00 | | 4,550.00 |

(0020) Service Agreement, Labor Only HS50, HS60
Customer no: PR10143098  00020 - DEPT 802
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000030 (0030) | 22033 | 1 EA | 6,825.00 | 6,825.00 | | 6,825.00 |

(0030) Service Agreement, Labor Only HS50, HS60
Customer no: PR10143098  00030 - DEPT 811
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000040 (0040) | 22033 | 1 EA | 3,412.50 | 3,412.50 | | 3,412.50 |

(0040) Service Agreement, Labor Only HS50, HS60
Customer no: PR10143098  00040 - DEPT 812
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR: N    ECCN: EAR99
Net Weight: 0.000 KG

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90464684

Page: 3 /   4

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|------------|-------------|-------|-----------|
| | Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. | | | | | |
| | Response times of less than 24 hours | | | | | |
| | **(Upgradeable to a Response time of 8 or 6 hours). | | | | | |
| | Priority service and support response. | | | | | |
| | Invoice monthly upon acceptance of contract. Payment terms net 30 days. | | | | | |
| 000050 (0050) | 22033 Service Agreement, Labor Only HS50, HS60 | 1 EA | 11,787.50 | 11,787.50 | | 11,787.50 |
| | Customer no: PR10143098  00050 - DEPT 813 | | | | | |
| | Invoicing Monthly on Last of Month | | | | | |
| | from    12/31/2004 | | | | | |
| | to      11/30/2005 | | | | | |
| | ALNR: N     ECCN: EAR99 | | | | | |
| | **Net Weight:** 0.000 KG | | | | | |
| | Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. | | | | | |
| | Response times of less than 24 hours | | | | | |
| | **(Upgradeable to a Response time of 8 or 6 hours). | | | | | |
| | Priority service and support response. | | | | | |
| | Invoice monthly upon acceptance of contract. Payment terms net 30 days. | | | | | |
| 000060 (0060) | 22033 Service Agreement, Labor Only HS50, HS60 | 1 EA | 3,412.50 | 3,412.50 | | 3,412.50 |
| | Customer no: PR10143098  00060 - DEPT 821 | | | | | |
| | Invoicing Monthly on Last of Month | | | | | |
| | from    12/31/2004 | | | | | |
| | to      11/30/2005 | | | | | |
| | ALNR: N     ECCN: EAR99 | | | | | |
| | **Net Weight:** 0.000 KG | | | | | |
| | Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. | | | | | |
| | Response times of less than 24 hours | | | | | |
| | **(Upgradeable to a Response time of 8 or 6 hours). | | | | | |
| | Priority service and support response. | | | | | |
| | Invoice monthly upon acceptance of contract. Payment terms net 30 days. | | | | | |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90464684**

Page: 4 /    4

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 34,916.66 |
| Final Amount: | 34,916.66 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90464685

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**REPEAT PRINTOUT**

### General Information:

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000194 |
| Sales Order Date: | 01/25/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450089139 |
| Orig. Inv. Date: | 08/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 01/01/2005 to 12/31/2005 |

**Currency:**    USD

**Terms of delivery:**  FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22033 | 1 EA | 7,583.33 | 7,583.33 | | 7,583.33 |
| (0010) | Service Agreement, Labor Only HS50, HS60 | | | | | |

Customer no: PR10145515  00010 - PLANT 6
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR:  N    ECCN:  EAR99
**Net Weight:** 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

*These commodities, technology or software items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90464685**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | **7,583.33** |

| | |
|---|---|
| Final Amount: | **7,583.33** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90464673

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 9 RECEIVING
2033 EAST BOULEVARD
KOKOMO IN  46902

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 251269 |
| Sales Order Date: | 08/01/2005 |
| Delivery: | 80421469 |
| Customer No: | 21133 |
| Customer P.O. No: | 450114054 |
| P.O. Date: | 07/29/2005 |
| Orig. Inv. Date: | 08/01/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**       USD

**Terms of delivery:**  FCA Free carrier N/A

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | LABOR1 | 6.50 EA | 150.00 | 975.00 | | 975.00 |
| (0010) | LABOR HOURS (NORMAL) | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |
| 000020 | 22060 | 1 EA | 250.00 | 250.00 | | 250.00 |
| (0020) | Travel Zone 1 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |
| 0-25 Miles Travel Expense | | | | | | |

*These commodities, technology or software items were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90464673**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 1,225.00 |
| Final Amount: | 1,225.00 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90466143

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**REPEAT PRINTOUT**

**Sold-To:**
Company
DELPHI DELCO ELECTRONICS SYSTEMS
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS
DE MEXICO, S.A DE C.V.  450117753
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS DE MEXICO |
| Department: | S.A.DE C.V. |
| Telephone: | 210-618-7861 |
| Fax: | 210-618-7913 |
| Sales Order: | 252526 |
| Sales Order Date: | 08/10/2005 |
| Delivery: | 80423205 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117753 |
| P.O. Date: | 08/10/2005 |
| Orig. Inv. Date: | 08/10/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**          USD

**Terms of delivery:**   FCA Free carrier fdx p1

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000020 | 00337375S05 | 1 EA | 1,652.00 | 1,652.00 | | 1,652.00 |
| (0020) | STATION COMPUTER HS50 | | | | | |
| | ALNR:  N  ECCN:  5D992B1 | | | | | |
| | Commodity code: 84715000 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 08 | | | | | |
| | Net Weight: 16.300 KG | | | | | |
| | STATION COMPUTER HS50 with graphikboard | | | | | |

**Sub Total:**                                                          1,652.00

**Final Amount:**                                                       1,652.00

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Invoice # 90467441**

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 236707 |
| Sales Order Date: | 04/04/2005 |
| Delivery: | 80423818 |
| Customer No: | 21133 |
| Customer P.O. No: | 450097983 |
| P.O. Date: | 04/04/2005 |
| Orig. Inv. Date: | 08/17/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**  AWB810594901

**Currency:**  USD

**Terms of delivery:**  FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

**Document Text:**

**PO: 450097983***

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000040 | 00367241-02 | 1 EA | 165.20 | 165.20 | | 165.20 |
| (0040) | Cable HS50: Compon. flap sect. 1 and 3 | | | | | |
| | Customer no: SUB FOR 337052-01 | | | | | |
| | ALNR: N     ECCN: EAR99 | | | | | |
| | Commodity code: 85444190 | | | | | |
| | Country of origin: DE | | | | | |
| | Net Weight: 130.000 G | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90467441**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
|      | CABLE HS50: COMP.BELT FLAP SECTOR 1 and 3 | | | | | |

| | | |
|---|---|---|
| **Sub Total:** | | **165.20** |

| | | |
|---|---|---|
| **Final Amount:** | | **165.20** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA 30071

## Invoice # 90469026

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA 15251-7600

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252179 |
| Sales Order Date: | 08/08/2005 |
| Delivery: | 80425755 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117287 |
| P.O. Date: | 08/08/2005 |
| Orig. Inv. Date: | 08/24/2005 |
| Reprint Date: | 03/28/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: FRANCISCO MEZA 956-228-2751
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**Tracking Info:**   AWB381-340513-1   AWB381-340513-1

**Currency:**   USD

**Terms of delivery:**   FCA Free carrier CENTRAL TRANSPORT

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000010 (0010) | 00141098S07  Tape feeder 3x8mm | 17 EA | 2,066.00 | 35,122.00 | | 35,122.00 |
| | ALNR: N       ECCN: EAR99 | | | | | |
| | Commodity code: 84798997 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 56.100 KG | | | | | |
| | Feeder 3x8mm S | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration
Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear,
chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90469026**

Page: 2 /  2

Date: 03/28/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000020 (0020) | 00141092S05 Tape feeder module 12/16mm S SIPLACE | 10 EA | 998.00 | 9,980.00 | | 9,980.00 |

ALNR: N        ECCN: EAR99
**Commodity code: 84798997**
**Country of origin: DE**
**Region of origin: 09**
**Net Weight: 30.900 KG**
Feeder module for 1 x 12mm or 1 x 16mm tape (reconfigurable),
4mm - 16mm feeding pitch with motorized drive and integrated cover foil removal for SIPLACE 80S-15/20/F/F4,
1 feeder location required per module From SW version 402.03 ( S-20/F4) or 9.02

| | | |
|---|---|---|
| **Sub Total:** | | 45,102.00 |

| | | |
|---|---|---|
| **Final Amount:** | | 45,102.00 |

# SIEMENS

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90470501

**Remit-To:**
Siemens Logistics and Assembly
Systems Inc.
P.O. Box 371600
Pittsburgh PA  15251-7600

**REPEAT PRINTOUT**

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: FRANCISCO MEZA 956-228-2751
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| | |
| Sales Order: | 262179 |
| Sales Order Date: | 08/08/2005 |
| Delivery: | 80428711 |
| | |
| Customer No: | 21133 |
| Customer P.O. No: | 450117287 |
| P.O. Date: | 08/08/2005 |
| | |
| Orig. Inv. Date: | 08/31/2005 |
| Reprint Date: | 10/28/2005 |

**Tracking Info:**   AWB 381-340516-4   AWB 381-340516-4

**Currency:**   USD

**Terms of delivery:**   FCA Free carrier CENTRAL TRANSPORT

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 10/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 00141098S07 Tape feeder 3x8mm<br>ALNR:  N    ECCN:  EAR99<br>Commodity code: 84798998<br>Country of origin: DE<br>Region of origin: 09<br>Net Weight: 13.200 KG<br>Feeder 3x8mm S | 4 EA | 2,066.00 | 8,264.00 | | 8,264.00 |

*These commodities, technology or software items were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-769-4357)

# SIEMENS

**Invoice # 90470501**

**Siemens Logistics and Assembly Systems Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

Page: 2 /    2

Date: 10/28/2005

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000030 (0030) | 00116226-01 Changeover table,mobile,F5HM,S27-HM | 1 EA | 7,088.00 | 7,088.00 | | 7,088.00 |

ALNR: N      ECCN: EAR99
Commodity code: 84799097
Country of origin: DE
Region of origin: 09
Net Weight: 113.000 KG
Component feeder changeover table, height 830-950mm, with integrated reel container. For SIPLACE F5 HM, S-27 HM and Compact, both sides of the placement station. With integrated lifting device and wheels for minimization of setup times. Component feeder capacity 20 slots for 59 8mm tapes, when using 3x8mm feeder. Version 230V/110V. In order to avoid head crash, caused by non correctly fixed component feeders, it is recommended to use the item no.:116225 (Feeder fastening attachement).

**Sub Total:**                                                                      15,352.00

**Final Amount:**                                                                   15,352.00

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90471971

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
1101 N. CENTER ROAD,DOCK 44
FLINT MI  48556

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000166 |
| Sales Order Date: | 06/03/2004 |
| Customer No: | 21133 |
| Customer P.O. No: | 450060552 |
| P.O. Date: | 06/03/2004 |
| Orig. Inv. Date: | 09/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 10/01/2003 to 12/31/2006 |

**Currency:**         USD

**Terms of delivery:**   FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22030 | 1 EA | 10,625.00 | 10,625.00 | | 10,625.00 |
| (0010) | Svc Agreement, Premium Onsite HS50, HS60 | | | | | |
| | Invoicing Monthly on Last of Month | | | | | |
| | from    09/30/2003 | | | | | |
| | to      10/31/2005 | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471971**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|

Includes daily visits by Service Engineer.
      Up to 40 hours labor per week (normal working hours).
      Includes all non-consumable repair parts, labor, shipping, and software updates.
      Refurbished parts will be used where applicable.
      Includes free upgrades when required.
      Operator maintenance training (Two (2) days per year).
      Priority service and support with after-hours and weekend response time of 2 hours.
      (This is billable at normal rates if 40 hours has been met).
      Invoice monthly upon acceptance of contract. Payment terms net 30 days.

**Sub Total:**             **10,625.00**

**Final Amount:**          **10,625.00**

# SIEMENS

**Invoice # 90471972**

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC   MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000193 |
| Sales Order Date: | 01/25/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450088653 |
| P.O. Date: | 01/25/2005 |
| Orig. Inv. Date: | 09/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 01/01/2005 to 12/31/2005 |

**Currency:**        USD

**Terms of delivery:**   FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22033 | 1 EA | 4,929.16 | 4,929.16 | | 4,929.16 |
| (0010) | Service Agreement, Labor Only HS50, HS60 | | | | | |

Customer no: PR10143098  00010 - DEPT 801
Invoicing Monthly on Last of Month
    from    12/31/2004
    to      11/30/2005
ALNR:  N    ECCN:  EAR99
**Net Weight:** 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471972**

Page: 2 /   4

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000020 (0020) | 22033 Service Agreement, Labor Only HS50, HS60 | 1 EA | 4,550.00 | 4,550.00 | | 4,550.00 |

Customer no: PR10143098  00020 - DEPT 802
Invoicing Monthly on Last of Month
    from     12/31/2004
    to       11/30/2005
ALNR:  N      ECCN:  EAR99
**Net Weight:** 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000030 (0030) | 22033 Service Agreement, Labor Only HS50, HS60 | 1 EA | 6,825.00 | 6,825.00 | | 6,825.00 |

Customer no: PR10143098  00030 - DEPT 811
Invoicing Monthly on Last of Month
    from     12/31/2004
    to       11/30/2005
ALNR:  N      ECCN:  EAR99
**Net Weight:** 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|
| 000040 (0040) | 22033 Service Agreement, Labor Only HS50, HS60 | 1 EA | 3,412.50 | 3,412.50 | | 3,412.50 |

Customer no: PR10143098  00040 - DEPT 812
Invoicing Monthly on Last of Month
    from     12/31/2004
    to       11/30/2005
ALNR:  N      ECCN:  EAR99
**Net Weight:** 0.000 KG

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471972**

Page: 3 /   4

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| | Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. Response times of less than 24 hours **(Upgradeable to a Response time of 8 or 6 hours). Priority service and support response. Invoice monthly upon acceptance of contract. Payment terms net 30 days. | | | | | |
| 000050 (0050) | 22033 Service Agreement, Labor Only HS50, HS60 Customer no: PR10143098  00050 - DEPT 813 Invoicing Monthly on Last of Month     from    12/31/2004     to      11/30/2005 ALNR: N    ECCN: EAR99 Net Weight: 0.000 KG Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. Response times of less than 24 hours **(Upgradeable to a Response time of 8 or 6 hours). Priority service and support response. Invoice monthly upon acceptance of contract. Payment terms net 30 days. | 1 EA | 11,787.50 | 11,787.50 | | 11,787.50 |
| 000060 (0060) | 22033 Service Agreement, Labor Only HS50, HS60 Customer no: PR10143098  00060 - DEPT 821 Invoicing Monthly on Last of Month     from    12/31/2004     to      11/30/2005 ALNR: N    ECCN: EAR99 Net Weight: 0.000 KG Includes all labor and travel charges related to support and corrective maintenance of your Siemens SMT equipment. Response times of less than 24 hours **(Upgradeable to a Response time of 8 or 6 hours). Priority service and support response. Invoice monthly upon acceptance of contract. Payment terms net 30 days. | 1 EA | 3,412.50 | 3,412.50 | | 3,412.50 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471972**

Page: 4 /    4

Date: 02/13/2006

| | |
|---|---|
| **Sub Total:** | **34,916.66** |
| **Final Amount:** | **34,916.66** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90471973

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

### General Information:

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7630 |
| Sales Order: | 40000194 |
| Sales Order Date: | 01/25/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450089139 |
| Orig. Inv. Date: | 09/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 01/01/2005 to 12/31/2005 |

**Currency:**      USD

**Terms of delivery:**   FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22033 | 1 EA | 7,583.33 | 7,583.33 | | 7,583.33 |
| (0010) | Service Agreement, Labor Only HS50, HS60 | | | | | |

Customer no: PR10145515  00010 - PLANT 6
Invoicing Monthly on Last of Month
   from    12/31/2004
   to      11/30/2005
ALNR:  N    ECCN: EAR99
**Net Weight:** 0.000 KG
Includes all labor and travel charges related to support and corrective maintenance of your Siemens
SMT equipment.
Response times of less than 24 hours
**(Upgradeable to a Response time of 8 or 6 hours).
Priority service and support response.
Invoice monthly upon acceptance of contract. Payment terms net 30 days.

These commodities, technology or software items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471973**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| **Sub Total:** | **7,583.33** |

| | |
|---|---|
| **Final Amount:** | **7,583.33** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90470742**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:VICENCIO R / DORA GONZALEZ
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

**REPEAT PRINTOUT**

**General Information**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252313 |
| Sales Order Date: | 08/09/2005 |
| Delivery: | 80427177 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117493 |
| P.O. Date: | 08/09/2005 |
| Orig. Inv. Date: | 09/02/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**     AWB213580280008627

**Currency:**     USD

**Terms of delivery:**   FCA Free carrier UPG

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

**Document Text:**

PO: 450117493

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000010 | 00141099-04 | 9 EA | 2,368.00 | 21,312.00 | | 21,312.00 |
| (0010) | Tape feeder module 3x8mm 0201/0402 Comp. | | | | | |

ALNR: N     ECCN: EAR99
**Commodity code: 84798997**
**Country of origin: DE**
**Region of origin: 09**
**Net Weight: 29.250 KG**

These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90470742**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|

Tape feeder module 3x8mm S-feeder exclusively for 0201/0402 components for SIPLACE S/F/HS-xx/HF/X-Series.
If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are in operation an additional adapter device per changeover table is required:
Adapter device HS-xx          item number: 119011
Adapter device HF/X-Series      item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an additional adapter device per changeover table is required:
Adapter device for tables with wheels     item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required, item number: 141204.

| | | |
|---|---|---|
| **Sub Total:** | | **21,312.00** |

| | | |
|---|---|---|
| **Final Amount:** | | **21,312.00** |

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

### Invoice # 90471169

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:VICENCIO R / DORA GONZALEZ
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

| General Information | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252313 |
| Sales Order Date: | 08/09/2005 |
| Delivery: | 80427449 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117493 |
| P.O. Date: | 08/09/2005 |
| Orig. Inv. Date: | 09/05/2005 |
| Reprint Date: | 02/13/2006 |

| | |
|---|---|
| **Tracking Info:** | AWB810-594-713-BAX-    AWB810-594-713-BAX- |
| **Currency:** | USD |
| **Terms of delivery:** | FCA Free carrier BAX OVERNIGHT |
| **Terms of payment:** | 100% payment at 2nd day of 2nd<br>Up to 11/02/2005 without deduction |

**Document Text:**

PO: 450117493

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000040 | 00141092-05 | 1 EA | 998.00 | 998.00 | | 998.00 |
| (0040) | Tape feeder module 12/16mm S SIPLACE | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Commodity code: 84798997 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: O9 | | | | | |
| | Net Weight: 3.090 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471169**

Page: 2 /   2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| | Feeder module for 1 x 12mm or 1 x 16mm tape (reconfigurable), 4mm/24mm feeding pitch, with motorized drive and integrated cover foil removal for SIPLACE. | | | | | |
| | 1 feeder location required per module. From SW version 402.03. | | | | | |
| 000050 (0050) | 00141093-05 | 2 EA | 1,331.00 | 2,662.00 | | 2,662.00 |
| | Tape feeder module 24/32mm S SIPLACE | | | | | |
| | ALNR:  N      ECCN:  EAR99 | | | | | |
| | Commodity code: 84799096 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: O9 | | | | | |
| | Net Weight: 6.600 KG | | | | | |
| | Feeder module for 1 x 24mm or 1 x 32mm tape (reconfigurable), 4mm/40mm feeding pitch, with motorized drive and integrated cover foil removal, for SIPLACE. | | | | | |
| | 1.5 feeder locations required per module. From SW version 402.03. | | | | | |

**Sub Total:**          3,660.00

**Final Amount:**          3,660.00

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90471433

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 9 RECEIVING
2033 EAST BOULEVARD
KOKOMO IN  46902

### General Information:

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 255866 |
| Sales Order Date: | 09/06/2005 |
| Delivery: | 80428058 |
| Customer No: | 21133 |
| Customer P.O. No: | 450121604 |
| P.O. Date: | 09/06/2005 |
| Orig. Inv. Date: | 09/07/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**  USD

**Terms of delivery:**  FCA Free carrier n/a

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000020 | 23172 | 1 EA | 3,000.00 | 3,000.00 | | 3,000.00 |
| (0020) | SIPLACE Pro Integration Service Level 2 | | | | | |

ALNR:  N   ECCN:  5D992B2
**Country of origin:** DE
**Net Weight:** 0.000 KG
SIPLACE Pro Intergration Service for Level 2 Intergration (Standard
Network Configuration) without accomodation and travel expenses. For a
maximum of 3 days. The SIPLACE Pro Router Item No. 116340 or a Windows
PC with 2 Network Cards is required.

"These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90471433**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 3,000.00 |
| Final Amount: | 3,000.00 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90471900

REPEAT PRINTOUT

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

General Information:

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252313 |
| Sales Order Date: | 08/09/2005 |
| Delivery: | 80428224 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117493 |
| P.O. Date: | 08/09/2005 |
| Orig. Inv. Date: | 09/08/2005 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:VICENCIO R / DORA GONZALEZ
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

**Tracking Info:**    AWB 810594573

**Currency:**    USD

**Terms of delivery:**    FCA Free carrier BAX OVERNIGHT

**Terms of payment:**    100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

**Document Text:**

PO: 450117493

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00141099-04 | 9 EA | 2,368.00 | 21,312.00 | | 21,312.00 |
| (0010) | Tape feeder module 3x8mm 0201/0402 Comp. | | | | | |
| | ALNR: N   ECCN: EAR99 | | | | | |
| | Commodity code: 84798997 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 29.250 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90471900

Page: 2 /   2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| | Tape feeder module 3x8mm S-feeder exclusively for 0201/0402 components for SIPLACE S/F/HS-xx/HF/X-Series. | | | | | |

If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are in operation an additional adapter device per changeover table is required:
Adapter device HS-xx              item number: 119011
Adapter device HF/X-Series        item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an additional adapter device per changeover table is required:
Adapter device for tables with wheels     item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required, item number: 141204.

**Sub Total:** 21,312.00

**Final Amount:** 21,312.00

# SIEMENS

### Invoice # 90472230

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: DORA GONZALEZ/ALONSO HINOJOSA
PLANT 1-4  /  PO 450117179
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| General Information | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 251924 |
| Sales Order Date: | 08/05/2005 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117179 |
| P.O. Date: | 08/05/2005 |
| Orig. Inv. Date: | 09/09/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**         USD

**Terms of delivery:**   FCA Free carrier UPG CONSIGNEE

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00117261-03 | 1 EA | 33,342.00 | 33,342.00 | | 33,342.00 |
| (0010) | 6-Segment C+P Head Re-Configuration Kit | | | | | |

Customer no: PR10186591 00010
ALNR: N    ECCN: EAR99
Commodity code: 84799096
Country of origin: DE
Region of origin: 09
Net Weight: 12.000 KG
The Head Re-Configuration Kit is necessary to exchange the Collect and Place Head of SIPLACE placement station with Head Modularity, SIPLACE F5 HM (117500), in a 6-Segment Collect and Place Head. The Kit includes: 6-Segment Collect and Place Head, Set Nozzles, Set Sleeves, Cover, Tools for Head exchange, Box for replaced Head, Technical Manuel. With this kit the Head exchange can be performed by trained service personnel at customer side within 8 hours. If required the automatic nozzle changer for the 6-Segment Collect and Place Head has to be ordered separately.

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90472230**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 33,342.00 |
| Final Amount: | 33,342.00 |

# SIEMENS

**Invoice # 90473889**

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: FRANCISCO MEZA 956-228-2751
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252179 |
| Sales Order Date: | 08/08/2005 |
| Delivery: | 80428830 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117287 |
| P.O. Date: | 08/08/2005 |
| Orig. Inv. Date: | 09/20/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**     AWB 810-594-610

**Currency:**     USD

**Terms of delivery:**  FCA Free carrier BAX OVERNIGHT

**Terms of payment:** 100% payment at 2nd day of 2nd
                      Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000040 (0040) | 00141098-07 Tape feeder module 3x8mm S SIPLACE | 16 EA | 2,066.00 | 33,056.00 | | 33,056.00 |

ALNR:  N      ECCN:  EAR99
Commodity code: 84798997
Country of origin: DE
Region of origin: 09
Net Weight: 52.000 KG

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90473889

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|

Tape feeder 3x8mm S-feeder for SIPLACE S/F/HS-xx/HF/X-Series.
If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are in operation an additional adapter device per changeover table is required:
Adapter device HS-xx              item number: 119011
Adapter device HF/X-Series      item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an additional adapter device per changeover table is required:
Adapter device for tables with wheels      item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required, item number: 141204.

| | |
|---|---|
| **Sub Total:** | **33,056.00** |
| **Final Amount:** | **33,056.00** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90473890

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
LIDC REC'G WAREHOUSE
ATTN: FILEMON OLVERA
PO 450134895
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**REPEAT PRINTOUT**

**General Information**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 266408 |
| Sales Order Date: | 09/09/2005 |
| Delivery: | 80428838 |
| Customer No: | 21133 |
| Customer P.O. No: | 450134895 |
| P.O. Date: | 09/09/2005 |
| Orig. Inv. Date: | 09/20/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB810-594-643-BAX-

**Currency:**    USD

**Terms of delivery:**  FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 (0010) | 03027571S01 SIPLACE Compact Server 3 | 2 EA | 2,714.00 | 5,428.00 | | 5,428.00 |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Commodity code: 84715000 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 25.400 KG | | | | | |
| | SIPLACE Compact Server 3 | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90473890**

Page: 2 /   2

Date: 02/13/2006

| | |
|---|---|
| **Sub Total:** | **5,428.00** |
| **Final Amount:** | **5,428.00** |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90473891

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: FRANCISCO MEZA 956-228-2751
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| General Information: | |
| --- | --- |
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252179 |
| Sales Order Date: | 08/08/2005 |
| Delivery: | 80430446 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117287 |
| P.O. Date: | 08/08/2005 |
| Orig. Inv. Date: | 09/20/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB 810-594-691

**Currency:**    USD

**Terms of delivery:**  FCA Free carrier BAX OVERNIGHT

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
| --- | --- | --- | --- | --- | --- | --- |
| 000040 (0040) | 00141098-07 Tape feeder module 3x8mm S SIPLACE ALNR:  N    ECCN:  EAR99 Commodity code: 84798997 Country of origin: DE Region of origin: 09 Net Weight: 13.000 KG | 4 EA | 2,066.00 | 8,264.00 | | 8,264.00 |

"These commodities, technology or software items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90473891**

Page: 2 /   2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|

Tape feeder 3x8mm S-feeder for SIPLACE S/F/HS-xx/HF/X-Series.
If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are
in operation an additional adapter device per changeover table is required:
Adapter device HS-xx          item number: 119011
Adapter device HF/X-Series     item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an
additional adapter device per changeover table is required:
Adapter device for tables with wheels     item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required,
item number: 141204.

**Sub Total:**                                                                                      8,264.00

**Final Amount:**                                                                                   8,264.00

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90474459

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:HINOJOSA A / DORA GONZALEZ
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

**General Information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252314 |
| Sales Order Date: | 08/09/2005 |
| Delivery: | 80431045 |
| Customer No: | 21133 |
| Customer P.O. No: | 450117483 |
| P.O. Date: | 08/09/2005 |
| Orig. Inv. Date: | 09/22/2005 |
| Reprint Date: | 02/13/2006 |

**Tracking Info:**    AWB 810594735

**Currency:**    USD

**Terms of delivery:**  FCA Free carrier BAX OVERNIGHT

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000040 (0040) | 00141098-07 Tape feeder module 3x8mm S SIPLACE ALNR: N    ECCN: EAR99 Commodity code: 84798997 Country of origin: DE Region of origin: 09 Net Weight: 35.750 KG | 11 EA | 2,066.00 | 22,726.00 | | 22,726.00 |

These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90474459**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|----------------------|-----|------------|-------------|-------|-----------|

Tape feeder 3x8mm S-feeder for SIPLACE S/F/HS-xx/HF/X-Series.
If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are
in operation an additional adapter device per changeover table is required:
Adapter device HS-xx          item number: 119011
Adapter device HF/X-Series     item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an
additional adapter device per changeover table is required:
Adapter device for tables with wheels      item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required,
item number: 141204.

**Sub Total:**                                                                                    22,726.00

**Final Amount:**                                                                                 22,726.00

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90474838

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

| General Information: | |
| --- | --- |
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 258233 |
| Sales Order Date: | 09/23/2005 |
| Delivery: | 80431577 |
| Customer No: | 21133 |
| Customer P.O. No: | 450111917 |
| P.O. Date: | 09/23/2005 |
| Orig. Inv. Date: | 09/23/2005 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 9 RECEIVING
2033 EAST BOULEVARD
KOKOMO IN  46902

**Currency:**        USD

**Terms of delivery:**  FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
| --- | --- | --- | --- | --- | --- | --- |
| 000010 | LABOR1 | 7 EA | 150.00 | 1,050.00 | | 1,050.00 |
| (0010) | LABOR HOURS (NORMAL) | | | | | |
| | Customer no: SR 7776-12   B. BUSH | | | | | |
| | ALNR:  N     ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |
| 000020 | 22060 | 1 EA | 250.00 | 250.00 | | 250.00 |
| (0020) | Travel Zone 1 | | | | | |
| | ALNR:  N     ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |
| 0-25 Miles Travel Expense | | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90474838**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| Sub Total: | 1,300.00 |
| Final Amount: | 1,300.00 |

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

## Invoice # 90474837

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA   15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC   MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN   46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
PLANT 9 RECEIVING
2033 EAST BOULEVARD
KOKOMO IN   46902

**REPEAT PRINTOUT**

**General information:**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 258232 |
| Sales Order Date: | 09/23/2005 |
| Delivery: | 80431576 |
| Customer No: | 21133 |
| Customer P.O. No: | 450116424 |
| P.O. Date: | 09/23/2005 |
| Orig. Inv. Date: | 09/23/2005 |
| Reprint Date: | 02/13/2006 |

**Currency:**        USD

**Terms of delivery:**   FCA Free carrier N/A

**Terms of payment:**   100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | LABOR1 | 3.50 EA | 150.00 | 525.00 | | 525.00 |
| (0010) | LABOR HOURS (NORMAL) | | | | | |
| | Customer no: SR 7776-725  B. BUSH | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |
| 000020 | LABOR1 | 2.50 EA | 172.50 | 431.25 | | 431.25 |
| (0020) | LABOR HOURS (NORMAL) | | | | | |
| | ALNR: N    ECCN: EAR99 | | | | | |
| | Net Weight: 0.000 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA   30071

**Invoice # 90474837**

Page: 2 /    2

Date: 02/13/2006

| | |
|---|---|
| **Sub Total:** | **956.25** |
| **Final Amount:** | **956.25** |

# SIEMENS

### Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90475724

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:MARGARITO ROMAN 956/228-3706
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78567

| General Information: | | |
|---|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS | |
| Telephone: | 765-451-7630 | |
| Sales Order: | 241709 | |
| Sales Order Date: | 05/16/2005 | |
| Customer No: | 21133 | |
| Customer P.O. No: | 450110383 | |
| P.O. Date: | 05/16/2005 | |
| Orig. Inv. Date: | 09/27/2005 | |
| Reprint Date: | 02/13/2006 | |

**Currency:**        USD

**Terms of delivery:**  EXW Ex works PANALPINA FROM MUNICH

**Terms of payment:** 100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000170 | 00141271-03 | 5 EA | 1,029.62 | 5,148.10 | | 5,148.10 |
| (0170) | Tape Feeder Module 12mm X | | | | | |

ALNR: N     ECCN: EAR99
Commodity code: 84798997
Country of origin: DE
Region of origin: 09
Net Weight: 15.000 KG
Tape Feeder Module 12mm X for 1 x 12mm component tape, motorized drive, cover foil storage
and unique feeder ID for SIPLACE X-Series. Feeder pitch sent automatically from the programming
system or set at feeder control panel.
DELPHI ITEM IDENTIFICATION NO.  PR10174398  00060
WHO ORDERED:  EVANS,D

---

*These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities.

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90475724

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|
| 000220 (0220) | 00141273-03 Tape Feeder Module 24mm X | 2 EA | 1,346.34 | 2,692.68 | | 2,692.68 |

ALNR:  N      ECCN: EAR99
Commodity code: 84798997
Country of origin: DE
Region of origin: 09
Net Weight: 7.400 KG
Tape Feeder Module 24mm X for 1 x 24mm component tape, motorized drive, cover foil storage and unique feeder ID for SIPLACE X-Series. Feeder pitch sent automatically from the programming system or set at feeder control panel.

| | |
|---|---|
| **Sub Total:** | **7,840.78** |

| | |
|---|---|
| **Final Amount:** | **7,840.78** |

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

## Siemens Energy & Automation, Inc.
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477379**

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

| General Information: | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 40000166 |
| Sales Order Date: | 06/03/2004 |
| Customer No: | 21133 |
| Customer P.O. No: | 450060552 |
| P.O. Date: | 06/03/2004 |
| Orig. Inv. Date: | 10/01/2005 |
| Reprint Date: | 02/13/2006 |
| Validity period: | 10/01/2003 to 12/31/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
1101 N. CENTER ROAD,DOCK 44
FLINT MI  48556

**Currency:**       USD

**Terms of delivery:**  FCA Free carrier BAX 2 DAY ACCT#152696891

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 12/02/2005 without deduction

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 22030 | 1 EA | 10,625.00 | 10,625.00 | | 10,625.00 |
| (0010) | Svc Agreement, Premium Onsite HS50, HS60 | | | | | |
| | Invoicing Monthly on Last of Month | | | | | |
| | from    09/30/2003 | | | | | |
| | to       10/31/2005 | | | | | |
| | ALNR:  N     ECCN:  EAR99 | | | | | |
| | **Net Weight:** 0.000 KG | | | | | |

*These commodities, technology or software (items) were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law is prohibited.  These items are not to be used, directly or indirectly, in prohibited nuclear, chemical/biological or missile weapons activities.*

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90477379**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|---------------------|-----|-----------|-------------|-------|-----------|

Includes daily visits by Service Engineer.
      Up to 40 hours labor per week (normal working hours).
      Includes all non-consumable repair parts, labor, shipping, and software updates.
      Refurbished parts will be used where applicable.
      Includes free upgrades when required.
      Operator maintenance training (Two (2) days per year).
      Priority service and support with after-hours and weekend response time of 2 hours.
      (This is billable at normal rates if 40 hours has been met).
      Invoice monthly upon acceptance of contract. Payment terms net 30 days.

**Sub Total:**                             **10,625.00**

**Final Amount:**                     **10,625.00**

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

## Invoice # 90474783

**REPEAT PRINTOUT**

**Remit-To:**
Siemens Energy & Automation, Inc.
Electronics Assembly
P.O. Box 371600
Pittsburgh PA  15251-7600

**General Information**

| | |
|---|---|
| Name: | DELPHI DELCO ELECTRONICS SYSTEMS |
| Telephone: | 765-451-7530 |
| Sales Order: | 252313 |
| Sales Order Date: | 08/09/2005 |
| Delivery: | 80431016 |
| Customer No: | 21133 |
| Customer P.O. No: | **450117493** |
| P.O. Date: | 08/09/2005 |
| Orig. Inv. Date: | 09/23/2005 |
| Reprint Date: | 02/13/2006 |

**Sold-To:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN MANUAL RECEIPTS PROC  MS-9A241
ONE CORPORATE CENTER
PO Box 9005
KOKOMO IN  46904-9005

**Ship-to:**
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN:VICENCIO R / DORA GONZALEZ
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

**Tracking Info:**     AWB 654920350      AWB 654920350      AWB 654920350

**Currency:**          USD

**Terms of delivery:**  FCA Free carrier BAX OVERNIGHT

**Terms of payment:**  100% payment at 2nd day of 2nd
Up to 11/02/2005 without deduction

**Document Text:**

PO: 450117493

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|---|---|---|---|---|---|---|
| 000010 | 00141099-04 | 7 EA | 2,368.00 | 16,576.00 | | 16,576.00 |
| (0010) | Tape feeder module 3x8mm 0201/0402 Comp. | | | | | |
| | ALNR:  N    ECCN:  EAR99 | | | | | |
| | Commodity code: 84798997 | | | | | |
| | Country of origin: DE | | | | | |
| | Region of origin: 09 | | | | | |
| | Net Weight: 22.750 KG | | | | | |

"These commodities, technology or software (items) were exported from the United States in accordance with the Export
Administration Regulations. Diversion contrary to U.S. law is prohibited. These items are not to be used, directly or indirectly,
in prohibited nuclear, chemical/biological or missile weapons activities."

For Questions Concerning this Document, Please Contact: 1-888-SMT-HELP(1-888-768-4357)

# SIEMENS

**Siemens Energy & Automation, Inc.**
3140 Northwoods Parkway, Suite 300
Norcross, GA  30071

**Invoice # 90474783**

Page: 2 /    2

Date: 02/13/2006

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| | Tape feeder module 3x8mm S-feeder exclusively for 0201/0402 components for SIPLACE S/F/HS-xx/HF/X-Series. | | | | | |

If more than two 3x8mm S-feeder per HS-xx or HF/X-Series changeover table (119622,119755) are in operation an additional adapter device per changeover table is required:
Adapter device HS-xx            item number: 119011
Adapter device HF/X-Series      item number: 119643
Shortened guide piece HF/X-Series track 1: 141215.
If more than four 3x8mm S-feeder per SIPLACE S or F changeover table are in operation an additional adapter device per changeover table is required:
Adapter device for tables with wheels     item no.: 118101
Adapter device for tables without wheels item no.: 116220.
In combination with the adapter device a reel holder for always two 3x8mm-S feeder is required, item number: 141204.

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000020 (0020) | 00141094S05 Tape feeder mod. 44mm S SIPLACE F4/F5 HM | 1 EA | 998.00 | 998.00 | | 998.00 |

ALNR:  N     ECCN:  EAR99
**Commodity code:** 84798997
**Country of origin:** DE
**Region of origin:** 09
**Net Weight:** 3.650 KG
Feeder module for 1 x 44mm tape 4 - 44mm feeding pitch with mo- torized drive and integrated cover foil removal for SIPLACE 80F/F4. 2 feeder locations re- quired per module. From SW version 402.03 or 9.02

| Item | Material/Description | Qty | Price/Unit | Gross Price | Disc. | Net Price |
|------|--------------------|-----|-----------|-------------|-------|-----------|
| 000040 (0040) | 00141092-05 Tape feeder module 12/16mm S SIPLACE | 14 EA | 998.00 | 13,972.00 | | 13,972.00 |

ALNR:  N     ECCN:  EAR99
**Commodity code:** 84798997
**Country of origin:** DE
**Region of origin:** 09
**Net Weight:** 43.260 KG
Feeder module for 1 x 12mm or 1 x 16mm tape (reconfigurable), 4mm/24mm feeding pitch, with motorized drive and integrated cover foil removal for SIPLACE.
1 feeder location required per module. From SW version 402.03.

**Sub Total:**                                                                                    **31,546.00**

**Final Amount:**                                                                                 **31,546.00**

FORM B10 (Official Form 10) (10/05)   **ANY ATTACHMENTS MUST BE 8-1/2 x 11"**

| UNITED STATES BANKRUPTCY COURT   Southern   DISTRICT OF   New York | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor:<br>Delco Electronics Overseas Corporation | Case Number:<br>05-44610 | Claim #08673<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD) |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Siemens plc (A&D division)<br><br>Name and address where notices should be sent:<br>c/o Elizabeth Gunn, Esq., McGuireWoods LLP<br>One James Center, 901 East Cary Street<br>Richmond, Virginia 23219<br>Telephone number: 804-775-1147 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **Received**<br><br>JUN 28 2006<br><br>Kurtzman Carson<br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor: Customer Number 700025 | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** Pre-Petition

**3. If court judgment, date obtained:** _____

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 15,307.20
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 15,307.20 _____ _____ 15,307.20
(unsecured)   (secured)   (priority)   (Total)
- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

JUN 2 2005
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date<br>3/6/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>K. HORSFIELD  FINANCE MANAGER |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



05446100606272000000000001

**EXHIBIT A**

**In re Delco Electronics Overseas Corporation**
**Case No. 05-44610**

Siemens plc (A&D division) f/k/a Siemens Logistics and Assembly Systems Limited ("Siemens") reserves the right to amend, revise or supplement this proof of claim as it deems necessary and appropriate. Siemens also expressly reserves its right to a jury trial with regard to all matters arising under the Bankruptcy Code or arising in or related to this chapter 11 case or any successor case. Further, Siemens files this claim without prejudice to, and in full reservation of, its right to object to the jurisdiction of the Bankruptcy Court with respect to any matters relating to Siemens and the debtor. Siemens files this proof of claim in full reservation of, and without prejudice to, its right to assert that any of the claims listed herein are entitled to priority status in this chapter 11 case.

\3662439.2

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| | |
|---|---|
| **Invoice No.** | **708032** |
| **Customer No.** | **700035** |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 12.07.2005 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5288 |
| | |
| Our V.A.T. no.: | GB479985760 |
| | |
| Our order no. | 0001304057 / |

| | |
|---|---|
| Your order dated: | 30.06.2005 |
| Your order no.: | LB104879 |
| Your VAT no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 40 | 1 UN Courier | CHARGE_ZH | 110.00 | 110.00 |
| | Country of Origin: DE  Pref. N: ALL AL:   ECCN: | | | |

| | |
|---|---|
| Total value: | 110.00 |
| VAT (17.50 %): | 19.25 |
| Total | 129.25 |

| Exchange rate : | 67.71000 | VAT at day of issue: | 13.03 GBP |
|---|---|---|---|

Commercial Information:

| | |
|---|---|
| Price basis: | Ex works |
| Terms of Payment: | Nett cash payable within 30 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account. |
| Delivery: | Direct Shipment |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL, N" or "ECCN:N" export licenses may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.    Princess Road    Midland Bank plc.    Euro bank account    Manchester    branch 20-71-00    BLZ 700 700 10    M20 2UR    account 79037847    ACCOUNT NO. 3089000C    Tel: 0161 446 5285    SWIFT: DEUT DE MM    Fax: 0161 446 5288    VAT Reg No. GB479985760    ACCOUNT NAME  SIEMENS AG    ( QUOTE ABC BYCA65 )

Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12 8FZ.  Registered No. 6116055 England

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706066 |
| Customer No. | 700025 |

| | |
|---|---|
| Document date | 18.07.2005 |
| Contact | |
| Telephone | |
| Telefax | |

| | |
|---|---|
| Our V.A.T. no.: | GB479995260 |

| | |
|---|---|
| Our order no. | 0001200426 / |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 7b
60 WINDMILL ROAD
LUTON. BEDS
LU1 3YU

| | |
|---|---|
| Your order dated: | 01.12.2004 |
| Your order no. | LE104622 |
| Your VAT no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price GBP | Total price GBP |
|---|---|---|---|---|
| 10 | 1 UN FLOPPY / WINCHESTER KSP M361 | A1D00336426603 | 666.85 | 666.85 |
| | Comm. code no.:84717053 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL: N  ECCN: N | | | |

| | | |
|---|---|---|
| Total value: | | 666.85 |
| VAT (17.50 %): | | 116.52 |
| Total | | 782.37 |

**Commercial information:**

| | |
|---|---|
| Price basis: | Ex works |
| Terms of Payment: | Nett cash 30 days. |
| | Baseline date on End of the month. |
| Delivery: | Direct Shipment |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licenses may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd       Princess Road       Barclays Bank Plc       SUO BANK SECTION       Manchester       BL9 SOG PCB 18
Manchester       M20 2LS       BH4: 20-71-36       ACCOUNT NO: 36320000
Tel: 0161 446 5282       ACC: IB 20027847       SWIFT: GIFF DEVXX
Fax: 0161 441 8283       VAT Rep No: 68179965260       ACCOUNT NAME: SIEMENS AG
                                   ( QUOTE ARE 5' 0464 )
Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12872   Registered No 4113058 England

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706100 |
| Customer No. | 200025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YJ

Document date       22.07.2005
Contact              Mr Dave Aughton / SD EA
Telephone            0161 446-6129
Telefax              0161 446-5289

Our V.A.T. no :      GB478985260

Our order no.        C001304158 /

Your order dated:        21.07.2005
Your order no :          LE104802
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UN  REVOLVER HEAD DLM1 | A1000335990-01 | 8,128.64 | 8,128.64 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin:  Pref. N: ALL | | | |
| | AL: N  ECCN: N | | | |

|  |  |
|---|---|
| Total value: | 8,128.64 |
| VAT (17.5C %): | 1,072.51 |
| Total | 7,201.15 |

Exchange rate :    67.42000        VAT at day of issue.        723.09  GBP

Commercial information:

Price basis:            Ex works

Terms of Payment:       Nett cash payable within 60 days from date of our invoice. Goods will be
                        released for despatch subject to payment of any overdue account.

Delivery:               Direct Shipment

Goods coded with 'AL' not equal to N' are subject to European or UK export authorization when being exported outside of the
EU. Goods coded with 'ECCN' not equal to N' are subject to US re-export authorization. Even without any code, or with code
'AL  N' or 'ECCN:N' export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.       Princess Road       Lanarct Bank plc       Euro bank account
                                                                                                SRZ 293 NO 13

Page 1 of 1

# SIEMENS

Logistics and Assembly Systems

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706451 |
| Customer No. | 700035 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
80 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 19.09.2005 |
| Contact: | Mr. Steve Bennett / SD FA |
| Telephone | 0161 446-6723 |
| Telefax | 0161 446-5289 |
| Our V.A.T no.: | GB479985260 |
| Our order no. | 00001304398 / |

| | |
|---|---|
| Your order dated: | 19.09.2005 |
| Your order no.: | 450138427 |
| Your VAT-no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 20 PAC VALVE PLUNGER COMPLETE 8P12 (PLASTIC) | A1D00351468-03 | 38.30 | 766.00 |
| | Comm. code no.:84819000 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL:      ECCN: | | | |
| 20 | 10 PAC NOZZLE TYPE 720/820 COMPLETE | A1D00325972-09 | 6.65 | 66.50 |
| | Comm. code no.:84789097 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL:      ECCN: | | | |

| | | |
|---|---|---|
| | Total value: | 831.50 |
| | VAT (17.50 %): | 145.51 |
| | Total | 977.01 |

Exchange rate    65.25000    VAT at day of issue:    99.37 GBP

Commercial information:

Price base:    Ex works

Terms of Payment:    Nett cash payable within 60 days from date of our invoice. Goods will be
released for despatch subject to payment of any overdue account.

Delivery:    Direct Shipment

Siemens Logistics and Assembly Systems Ltd.

Page 1 of 2

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON BEDS
LU1 3YJ

| Invoice No. | 706455 |
|---|---|
| Customer No. | 700025 |

Document date            20.09.2005
Contact:                 Mr. Dave Aughton / SD EA
Telephone                0161 446-6126
Telefax                  0181 446 6289

Our V.A.T. no.:          GB47998529U

Our order no.            0001304400 /

Your order dated:        15.09.2005
Your order no.:          450134537
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods-services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 6 PAC NOZZLE TYPE 735/835 | A1000346624-03 | 10.47 | 62.82 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin:  Pref. N: ALL | | | |
| | AL:    ECCN: | | | |

|  |  |
|---|---|
| Total value: | 62.82 |
| VAT (17.50 %): | 10.99 |
| Total | 73.81 |

Exchange rate :    66.29000        VAT at day of issue:        7.51  GBP

**Commercial information:**

Price basis:             Ex works

Terms of Payment:        Nett cash payable within 60 days from date of our invoice. Goods will be
                         released for despatch subject to payment of any overdue account.

Delivery:                Direct Shipment

Goods issued with 'AL' not equal to 'N' are subject to European / UK export authorisation when being exported outside of the
EU. Goods issued with 'ECCN' not equal to 'N'  are subject to US re-export authorization. Even without any code, or with code
'AL N' or 'ECCN N' export licences may be required due to the end user and/or the end use of the goods.

Siemens Logistics and Assembly Systems Ltd.

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 708515 |
| Customer No. | 700025 |

DELPH AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YJ

| | |
|---|---|
| Document date | 27.09.2006 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-8129 |
| Telefax | 0161 446-8288 |
| Our V.A.T. no : | GB479385260 |
| Our order no. | 0001304331 / |

| | |
|---|---|
| Your order dated: | 31.08.2006 |
| Your order no.. | 450103162 |
| Your VAT-no : | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty Unit Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UN TURNING SYSTEM DLM1 | A1D0034178D5D4 | 629.89 | 629.89 |
| | Comm. code no.:84799097 | | | |
| | Country of Origin:  Perf. N: ALL | | | |
| | AL: N  ECCN: N | | | |

| | | |
|---|---|---|
| | Total value: | 629.89 |
| | VAT (17.50 %): | 110.23 |
| | Total | 740.12 |

Exchange rate    68.29000    VAT at day of issue:    75.78  GBP

Commercial information:

| | |
|---|---|
| Price basis: | Ex works |
| Terms of Payment: | Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account. |
| Delivery | Direct Shipment |

Goods coded with 'AL not equal to N" are subject to European or UK export authorization when being exported outside of the E.U.  Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licence may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 700522 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 27.06.2005 |
| Contact | Mr. Dave Aughian / SD EA |
| Telephone | 0161 446-6129 |
| Teefax | 0161 446-5289 |
| Our V.A.T. no.: | 384799252GC |
| Our order no. | 0003304415 / |

Your order dated:         20.06.2005
Your order no.:           450103151
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty | UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|---|
| 20 | 20 | UN | Hose, Vacuum Placement Circuit (Head) | A1D00342867503 | 2.98 | 59.60 |
| | | | Comm. code no.:40091000 Country of Origin: DE  Pref. N: ALL ALI:    ECCN: | | | |
| 30 | 20 | UN | Hose, Vacuum Placement Circuit (Head) | A1D00342864503 | 2.98 | 59.60 |
| | | | Comm. code no.:40091000 Country of Origin: DE  Pref. N: ALL ALI:    ECCN: | | | |
| 45 | 20 | UN | Hose, Query Stop Circuit (head) | A1D00342855503 | 2.45 | 49.00 |
| | | | Comm. code no.:40091000 Country of Origin: DE  Pref. N: ALL ALI:    ECCN: | | | |

| | |
|---|---|
| Total value: | 168.60 |
| VAT (17.50 %): | 29.54 |
| Total: | 198.34 |

Exchange rate        66.29000        VAT at day of issue:        20.17  GBP

Commercial information:

Price basis:              Ex works

Siemens Logistics and Assembly Systems Ltd.        Per your Ref.        Barclays Bank plc.        Euro bank account
Manchester                                          Branch 20-71-08        BLZ 300 108 10
M23 9QR                                             Account 30317847       ACCOUNT REF: 30878000X
Tel 0161 446 6392                                                          SWIFT: DELT GB2H0
Fax 0151 448 6289                                  VAT Reg No. GB479825260  ACCOUNT NAME: Siemens AG
                                                                            I QUOTE ARE 516464 1
Registered Office Siemens House, Oldbury, Bracknell, Berkshire RG12 8FZ  Registration No 4118095 England

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

| Invoice No. | 706523 |
|---|---|
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 76
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

Document date      27.09.2005
Contact          Mr Dave Atkinsor / SD FA
Telephone        0161 446-6129
Telefax          0161 446-6289

Our V.A.T. no.:    GB479985260

Our order no.      0001304426 ?

Your order dated:      26.09.2005
Your order no.:        450103152
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty | UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 1 | UN | TURNING SYSTEM DLM3 | A1D00341780604 | 629.89 | 629.89 |

Comm. code no.:84789087
Country of Origin:    Pref. N: ALL
AL: N  ECCN: N

|  |  |
|---|---|
| Total value: | 629.89 |
| VAT (17.50 %): | 110.23 |
| Total | 740.12 |

Exchange rate :      68.29000          VAT as day of issue:      75.28  GBP

Commercial information:

Price basis:          Ex works

Terms of Payment:     Nett cash payable within 60 days from date of our invoice. Goods will be
                      released for despatch subject to payment of any overdue account.

Delivery:             Direct Shipment

Goods traded with "AL not equal to N" are subject to European or UK export authorisation when being exported outside of the
EU. Goods traded with "ECCN not equal to N" are subject to US re-export authorisation. Even without any code, or with code
"AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.     Princess Road     Service Bank plc     Quo Bank Account
                                                 Manchester          Sort.: 20-71-09      BLZ 700 700 10
                                                 M20 2JN             Acco.: 20023647      SCODE:06 00 10170000
                                                 Tel 0161 446 6262                         GIRO: DEUT DEMM
                                                 Fax: 0161 446 6289   VAT Reg No  GB479985260   ACCOUNT NAME: SIEMENS AG
                                                                                                QUOTE ARE 910484 1

Registered Office : Faraday House, Oldbury Bracknell, Berkshire RG126FZ · Registered No.  4115258 England

Page 1 of 1

# SIEMENS

## Logistics and Assembly Systems

## Invoice

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706836 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 28.09.2005 |
| Contact | Mr. Dave Aughton / 50 FA |
| Telephone | 0161 446-5129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479985260 |
| Our order no. | 0001304444 / |

Your order dated:      28.09.2005
Your order no.:        450103152
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UN  SCANNER HEAD Y-AXLE | A1D00310648-03 | 732.03 | 732.03 |
| | Comm. code no.:90319081 | | | |
| | Country of Origin:  Pref. N: ALL | | | |
| | AL: N  ECCN: N | | | |

| | | |
|---|---|---|
| Total value: | | 732.03 |
| VAT (17.50 %): | | 128.11 |
| Total | | 860.14 |

Exchange rate      68.29000          VAT at day of issue:          87.43  GBP

Commercial information:

Price basis:          Ex works

Terms of Payment:     Nett cost, payable within 60 days from date of our invoice. Goods will be
                      released for despatch subject to payment of any overdue account.

Delivery              Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorisation when being exported outside of the
EU.  Goods coded with "ECCN not equal to N" are subject to US re export authorisation. Even without any code, or with code
"AL: N" or "ECCN:N" export licenses may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.          Purchase Host

Registered Office Siemens House, Oldbury, Bracknell  RG12 8FZ - Registered No 1115069 England

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 700546 |
| Customer No. | 700026 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 76
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 29.09.2005 |
| Contact | Ms. Suzanne Harnett / SO kA |
| Telephone | 0161 446-5285 |
| Telefax | 0161 446-5214 |
| Our V.A.T no.: | GB479985260 |
| Our order no. | 0001200469 / SER |

| | |
|---|---|
| Your order dated. | 27.09.2005 |
| Your order no.: | LE105174 |
| Your VAT-no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price GBP | Total price GBP |
|---|---|---|---|---|
| 10 | 2.000 H   Labour out of hours | 2010 | 104.00 | 208.00 |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL:   ECCN: | | | |

| | |
|---|---|
| Total value: | 208.00 |
| VAT (17.50 %): | 36.40 |
| Total | 244.40 |

Commercial information:

Price basis:          Ex works

Terms of Payment:     Nett cash payable within 60 days from date of our invoice. Goods will be
                      released for despatch subject to payment of any overdue account.

Delivery:             Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorisation when being exported outside of the
EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorisation. Even without any code, or with code
"AL- N" or "ECCN N" export licences may be required due to the end user and/or the end user of the goods.

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

| | |
|---|---|
| Invoice No. | 706663 |
| Customer No. | 700026 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
80 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 30.09.2006 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-5129 |
| Telefax | 0161 446 5289 |
| Our V.A.T. no... | GB479985260 |
| Our order no. | DOG1304429 |

| | |
|---|---|
| Your order dated: | 23.09.2006 |
| Your order no. | 450103153 |
| Your VAT no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 4 UN CABLE HSSG COMPONENT ILLUM. CONTROL | A1D00341220-01 | 13.41 | 53.64 |
| | Comm. code no.:85444190 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL: N  ECCN:  N | | | |
| 20 | 40 PAC NOZZLE TYPE 721/821 COMPLETE | A1D00328870-04 | 6.55 | 262.00 |
| | Comm. code no.:84799087 | | | |
| | Country of Origin:   Pref. N: ALL | | | |
| | AL: N  ECCN:  N | | | |
| | | Total value: | | 315.64 |
| | | VAT (17.50 %): | | 55.24 |
| | | Total | | 370.88 |

Exchange rate    66.29000       VAT at day of issue:       37.72  GBP

Commercial information:

Price basis:         Ex works

Terms of Payment:    Nett cash payable within 60 days from date of our invoice. Goods will be
                     released for despatch subject to payment of any overdue account.

Delivery:            Direct Shipment

Siemens Logistics and Assembly Systems Ltd.

Page 1 of 2

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

| Invoice No. | 706675 |
|---|---|
| Customer No. | 700026 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 04.10.2006 |
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479986260 |
| Our order no. | 0001304472 / |

Your order dated:        04.10.2006
Your order no.:          450103152
Your VAT-no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|
| 10 | 1 UM  VALVE DRIVE, PLACEMENT SECTION | A1D00349433801 | 280.90 | 280.90 |
| | Comm. code no.:84799067 | | | |
| | Country of Origin:  Pref. N: ALL | | | |
| | AL: N  ECCN: N | | | |

| | | |
|---|---|---|
| Total value: | | 280.90 |
| VAT (17.50 %): | | 49.16 |
| Total | | 330.06 |

Exchange rate:    88.19500        VAT at day of issue:        33.52  GBP

Commercial information:

Price basis:              Ex works

Terms of Payment:         Nett cash payable within 60 days from date of our invoice. Goods will be
                          released for despatch subject to payment of any overdue account.

Delivery:                 Direct Shipment

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside the
EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code
"AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.    Princess Road    Sort no. bank plc    Euro bank account
Manchester    Branch 20-71-09    8LZ 700 700 10
M20 2UR    Account 10031641    ACCOUNT NO. 20370000
Tel: 0161 446 6200    BANT: DEUT DEFF
Fax: 0161 446 5289    VAT reg No. GB479985260    ACCOUNT NAME: SIEMENS AG
I QUOTE: ARE 930464 I

Registered Office: Siemens House Oldbury, Bracknell, Berkshire RG12BF2    Registered No. 4115096 England

Page 1 of 1

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

| Invoice No. | 708578 |
|---|---|
| Customer No. | 700026 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| Document date | 05.10.2005 |
|---|---|
| Contact | Mr. Dave Aughton / SD EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-6289 |

Our V.A.T no :    GB479385290

Our order no.    00D13C447E /

Your order dated:    05.10.2005
Your order no :    480103152
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

| Item | Qty | UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 2 | UN | SENSOR Z-AXIS BOTTOM | A1000321524805 | 34.90 | 69.80 |
|  |  |  | Comm. code no.85365019 |  |  |  |
|  |  |  | Country of Origin:   Pref. N: ALL |  |  |  |
|  |  |  | AL: N  ECCN: N |  |  |  |
| 20 | 1 | UN | TURNING SYSTEM DLM1 | A1000341780504 | 629.89 | 629.89 |
|  |  |  | Comm. code no.84795097 |  |  |  |
|  |  |  | Country of Origin:   Pref. N: ALL |  |  |  |
|  |  |  | AL: N  ECCN: N |  |  |  |

|  |  |
|---|---|
| Total value: | 699.69 |
| VAT (17.50 %): | 122.45 |
| Total | 822.14 |

Exchange rate    68.79500    VAT at day of issue:    83.50 GBP

Commercial information:

Price basis:    Ex works

Terms of Payment:    Nett cash payable within 60 days from date of our invoice. Goods will be
released for despatch subject to payment of any overdue account.

Delivery:    Direct Shipment

Siemens Logistic and Assembly Systems Ltd.

# SIEMENS

**Logistics and Assembly Systems**

**Invoice**

Please quote on all correspondence

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
80 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Invoice No. | 705596 |
| Customer No. | 700926 |

| | |
|---|---|
| Document date | 10.10.2005 |
| Contact | Mr. Dave Aughton / SD FA |
| Telephone | 0151 446-5129 |
| Telefax | 0151 446-5289 |
| Our V.A.T. no.: | GB479985260 |
| Our order no. | 0001304480 / |

| | |
|---|---|
| Your order dated: | 29.09.2005 |
| Your order no.: | 450103152 |
| Your VAT no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty | UM | Description | Material | Unit price EUR | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 2 | UN | BLISTER UNIT / DLM1 | A1D00335984905 | 234.08 | 468.16 |

Comm. code no.:84813090
Country of Origin:    Pref. N: ALL
AL:    ECCN:

*Delivered. 7/10.*

| | |
|---|---|
| Total value: | 468.16 |
| VAT (17.50 %): | 81.93 |
| Total | 550.09 |

Exchange rate :    68.195DC        VAT at day of issue:        55.87 GBP

Commercial information:

| | |
|---|---|
| Price basis: | Ex works |
| Terms of Payment: | Nett cash payable within 60 days from date of our invoice. Goods will be released for despatch subject to payment of any overdue account. |
| Delivery: | Direct Shipment |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL N" or "ECCN N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.    Princess Road
Manchester
M20 2UR
Tel: 0161 446 5262
Fax: 0161 446 5289    Barclays Bank plc
Sort A 20-71-64
Account 30321547
VAT Reg No. GB479985260    Lloyds Bank plc
P O BOX AUG YO
ACCOUNT NO. 80370000
SWIFT/ DRFT OFAM
ACCOUNT NAMED SIEMENS AG
( QUOTE ARE N°0464 )
Registered Office: Siemens House, Oldbury, Bracknell, Berks : 4B12RZ. Registered No 4115088 England

Page 1 of 1

# SIEMENS

## Logistics and Assembly Systems

## Credit Note

Please quote on all correspondence

| | |
|---|---|
| Credit Note No. | 730612 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 27.09.2005 |
| Contact | Mr. Dave Aughton / EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5289 |
| Our V.A.T. no.: | GB479965260 |
| Reference document no. | 706396 |
| Our order no. | 0001304331 / |

Your order dated:          31.08.2005
Your order no.:            450103152
Your VAT-no.:
Contact in your company:

We credit you for the supply of goods/services as follows:

To credit in full invoice 706396, incorrect value charged
invoice with correct value to follow

|  | Total price |
|---|---|
|  | EUR |
| Total value: | 440.92 |
| VAT (17.50 %): | 77.16 |
| Total | 518.08 |

Exchange rate :    68.29000          VAT at day of issue:      52.69  GBP
Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the
EU.  Goods coded with "ECCN not equal to N"  are subject to US re-export authorization. Even without any code, or with code
"AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.          Princess Road          Barclays Bank plc.          Euro bank account
                                                      Manchester.             Branch 20-71-09             BLZ 700 700 10
                                                      M30 2UR                 Account 20027847            ACCOUNT NO: 30370000
                                                      Tel: 0161 446 5292                                 SWIFT: DEUT DEMM
                                                      Fax: 0161 446 5289      VAT Reg No. GB479965260     ACCOUNT NAME SIEMENS AG
                                                                                                          [ QUOTE ARE 610A64 ]
Registered Offices: Siemens House, Oldbury, Bracknell, Berkshire RG12BFZ - Registered No. 4115056 England

# SIEMENS

## Logistics and Assembly Systems

### Credit note

Please quote on all correspondence

| Credit Note No. | 730649 |
|---|---|
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 27.01.2006 |
| Contact | Ms. Suzanne Hartnett / EA |
| Telephone | 0161 446-5285 |
| Telefax | 0161 446-5214 |
| Our V.A.T. no.: | GB479985280 |
| Reference document no. | |
| Our order no. | 0001600065 / |

| | |
|---|---|
| Your order dated: | 27.01.2006 |
| Your order no.: | Re Deb note |
| Your VAT-no.: | |
| Contact in your company: | |

We invoice you for the supply of goods/services as follows:

| Item | Qty UM Description | Material | Unit price GBP | Total price GBP |
|---|---|---|---|---|
| 10 | 1 UN  See e-mail incorrect price given on quot | CHARGE_ZH | 17.97 | 17.97 |
| | Country of Origin: DE  Pref. N: ALL | | | |
| | AL:       ECCN: | | | |

| | |
|---|---|
| Total value: | 17.97 |
| Total | 17.97 |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the
EU.  Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code
"AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.       Princess Road        Barclays Bank plc.        Euro bank account
                                                  Manchester.          Branch 20-71-06          BLZ 700 700 10
                                                  M30 2LR              Account 20027847         ACCOUNT NO: 20270000
                                                  Tel: 0161 446 5222                            SWIFT: DEUT DBMM
                                                  Fax: 0161 446 5289   VAT Reg No. GB479985280  ACCOUNT NAME: SIEMENS AG
                                                                                                ( QUOTE ARE 810A84 )

Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12 8FZ · Registered No. 4116088 England

# SIEMENS

**Logistics and Assembly Systems**

## Credit Note

Please quote on all correspondence

| | |
|---|---|
| Credit Note No. | 730832 |
| Customer No. | 700025 |

DELPHI AUTOMOTIVE SYSTEMS UK LTD
PO BOX 75
60 WINDMILL ROAD
LUTON, BEDS
LU1 3YU

| | |
|---|---|
| Document date | 20.06.2005 |
| Contact | Mr. Dave Aughton / EA |
| Telephone | 0161 446-6129 |
| Telefax | 0161 446-5299 |
| Our V.A.T. no.: | GB479985260 |
| Reference document no. | 705710 |
| Our order no. | 0001303880 / |

Your order dated:          19.05.2005
Your order no.:            450103152
Your VAT no.:
Contact in your company:

We invoice you for the supply of goods/services as follows:

Total price
GBP

| | |
|---|---|
| Total value: | 459.65 |
| VAT (17.50 %): | 80.44 |
| Total | 540.09 |

Goods coded with "AL not equal to N" are subject to European or UK export authorization when being exported outside of the EU. Goods coded with "ECCN not equal to N" are subject to US re-export authorization. Even without any code, or with code "AL: N" or "ECCN:N" export licences may be required due to the end user and/or the end user of the goods.

Siemens Logistics and Assembly Systems Ltd.        Princess Road        Barclays Bank plc.                    Euro bank account
                                                  Manchester            Branch: 20-71-01                      BLZ 700 700 10
                                                  M30 3UR               Account 30027147                     ACCOUNT NO. 30270000
                                                  Tel 0161 446 5282                                          SWIFT: DEUT DEMM
                                                  Fax 0161 446 5269     VAT Reg No. GB479985260              ACCOUNT NAME SIEMENS AG
                                                                                                            ACCOUNT ( QUOTE AF§ 510A24 )
Registered Office: Siemens House, Oldbury, Bracknell, Berkshire RG12 8FZ · Registered No. 4115006 England