# EXHIBIT B

☐ Date Stamped Copy Returned
☒ No self addressed stamped envelope
☒ No copy to return

FORM B10 (Official Form 10) (10/05)    ANY ATTACHMENTS MUST BE 8-1/2 x 11"

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Automotive Systems LLC | Case Number: 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Claim #08675
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Siemens Energy & Automation, Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: c/o Elizabeth L. Gunn, Esq., McGuireWoods LLP One James Center, 901 East Cary Street Richmond, Virginia 23219 Telephone number: 804-775-1147 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:_____ |

**Received**
JUN 28 2006
Kurtzman Carson
THIS SPACE IS FOR COURT USE ONLY

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. Date debt was incurred: Pre-Petition

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $__12,639.39__
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed:   $ __$12,639.39__    _____    _____    __$12,639.39__
                                                  (unsecured)   (secured)   (priority)   (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY



| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 05/12/06 | /s/ Isabel Witte, Vice President and Corporate Controller |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060627000000000005

## EXHIBIT A

### In re Delphi Automotive Systems LLC
### Case No. 05-44640

Siemens Energy & Automation, Inc. ("Siemens") reserves the right to amend, revise or supplement this proof of claim as it deems necessary and appropriate. Siemens also expressly reserves its right to a jury trial with regard to all matters arising under the Bankruptcy Code or arising in or related to this chapter 11 case or any successor case. Further, Siemens files this claim without prejudice to, and in full reservation of, its right to object to the jurisdiction of the Bankruptcy Court with respect to any matters relating to Siemens and the debtor. Siemens files this proof of claim in full reservation of, and without prejudice to, its right to assert that any of the claims listed herein are entitled to priority status in this chapter 11 case.

Active\3662448.1

# SIEMENS

500 Hunt Valley Drive
New Kensington, PA 15068
Phone: 724.339.9500
Fax: 724.339.9562
automation.usa.siemens.com

**NEW REMIT TO ADDRESS**
** DUPLICATE **
PLEASE REMIT TO

Siemens Energy & Automation
Dept. CH 14085
Palatine, IL 60055-4085

**ORIGINAL INVOICE**

| Invoice | | |
|---|---|---|
| DATE | NUMBER | PAGE |
| 10/06/05 | HR340595 | 1 |
| CURRENCY | | |
| 1 - USA | | |

SOLD TO:
DE80
DELPHI FLINT EAST PLANT 3
2926 DAVISON ROAD DOCK 411
FLINT MI 48556
USA

SHIP TO:
DE80A   DELPHI FLINT EAST PLANT 3
DELPHI AUTOMOTIVE SYSTEMS
2926 DAVISON ROAD DOCK 411
FLINT    MI
48556
USA

Attention: R. SCHACHER
810-257-6371

| CUSTOMER P.O. NUMBER | SALES ORDER | QUOTE | EXPORT PERMIT NUMBER | FREIGHT | |
|---|---|---|---|---|---|
| E041444 | HR9RR26601 | | | PREPAID & ADD TO | |
| SHIP VIA | TERMS | | SALES REP. | TERR. | DIV. |
| Best Way | 0.00%-0,Net30 | 0254 | AEM | 7700 | 4000 |

| LINE | ON ORDER | SHIPPED | TO BE SHIPPED | UNIT PRICE | DISC | EXT. PRICE |
|---|---|---|---|---|---|---|

ITEMS 1 & 2 WERE REPAIRED AND
RETESTED TO FACTORY SPECS.

| 001 | | | PART: NWRR-R | | REV: | UoS:EA | |
| | | | DESC: 1PCI 48180 | | | | |
| .001 | 1.000 | 1.000 | | 450.0000 | | | 450.00 |

| 002 | | | PART: NWRR-R | | .REV: | UoS:EA | |
| | | | DESC: 1PCI 48225 | | | | |
| .001 | 1.000 | 1.000 | | 450.0000 | | | 450.00 |

POINT OF SHIPMENT    Ship Date: 10/05/05    SALE AMOUNT    900.00

Past Due Invoice payments are subject to late charges of 1.5% per month (18.0% p.a.)

Tax Exempt: ME-0900440

Sales Tax
Freight    15.42

Date Due  11/05/05    Total    915.42

# SIEMENS

**Siemens Energy & Automation, Inc.**
Machine Tool Business Unit

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A. (847) 640-1595 Fax: (847) 228-5490

# Credit Memo

No. 271415 RI
6/15/2004     LEB
Page 1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| Siemens<br>P.O. Box 91433<br>Chicago, IL 60693 | REP | | Receivables - Credit Card | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 389071 SR | | CREDIT CARD | 70004280  115970MB |
| | Customer Name | | DELPHI | Pmt Due Date  6/15/2004 |

| Invoice To: 70004280 | Shipped To: 217812 |
|---|---|
| DELPHI<br>1300 NORTH DORT<br>FLINT MI 48556 | RICHARD DAHL<br>6339 COVEREDWAGON TRAIL<br>FLINT MI 48532 |

| Ref. # | Item #/Description | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | THIS IS AN EXCHANGE ORDER | | | | |
| | DEFECTIVE UNITS ARE TO BE RETURNED WITHIN TWENTY (20) DAYS TO:<br>SIEMENS ENERGY & AUTOMATION, INC.<br>MOTION CONTROL SYSTEMS<br>1151 W. MASON MORROW RD.<br>LEBANON, OH 45036 | | | | |
| | A CREDIT WILL BE ISSUED UPON RECEIPT & INSPECTION OF THE DEFECTIVE UNIT.<br>(IF IT IS REPAIRABLE AND IDENTICAL PART NUMBER AS THE PART(S) SENT.)<br>NO CREDIT WILL BE ISSUED IF RETURNED LATER THAN 3 MONTHS.<br>A LATE FEE OF $250.00 WILL APPLY AFTER 30 DAYS | | | | |
| | RGA NUMBER MUST BE REFERENCED ON ALL PAPERWORK AND OUTSIDE OF THE BOX TO INSURE PROPER CREDIT.<br>ALL RETURN SHIPMENTS MUST BE PREPAID BY SHIPPER, INCLUDING ANY BROKERAGE,IF APPLICABLE. | | | | |
| 1 | 1-635-0170    PWR SUP SW 225W MULT | EA | 1- | 1,045.00 | 1,045.00- |
| | | | | Sub Total: | 1,045.00- |
| | | | | Tax: | |
| | | | | Shipping: | |

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:** $1,045.00-

**Copy**

# SIEMENS

# Invoice

| Cust PO No | Cust PO Date | Quotation No | Invoice No | Date |
|---|---|---|---|---|
| AIM09701 | 05/19/2005 | | 5560099285 | 05/25/2005 |
| Sales Order No | Sales Ord Date | Lock Box No | Customer No | |
| 3500013148 | 05/19/2005 | 0091433 | 30006578 | Page 1 of 3 |

**Bill To:**
Delphi Automotive Systems
2100 Burlingame S.W.
Grand Rapids MI 49509

**Ship To:**
Delphi E&C
2100 Burlingame S.W.
Grand Rapids MI 49509

**Remit To:**
Siemens Energy & Automation
PO Box 91433
Chicago IL 60693

**Sold To:**
Delphi Automotive Systems
David B. Milewski
2100 Burlingame S.W.
Grand Rapids MI 49509

Delivery#: 4000103703    Ship Pt: Elk Grove Regular Shipments,US    Ship Date: 05/25/2005
Freight Terms: Prepaid & Allow    Carrier/Route: UPS Ground    Tracking No: 1Z6087270360103475

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| 1020 | 6SN1118DH230AA1    ****Refurbished Material**** <br> 611-D PERFORMANCE BOARD 2-AXIS <br><br> Notes: | PC | 1 | 3,378.00 | 3,378.00 |

# SIEMENS

# Invoice

| Cust PO No | Cust PO Date | Quotation No | Invoice No | Date |
|---|---|---|---|---|
| AIM09701 | 05/19/2005 | | 5560099285 | 05/25/2005 |

| Sales Order No | Sales Ord Date | Lock Box No | Customer No | |
|---|---|---|---|---|
| 3500013148 | 05/19/2005 | 0091433 | 30006578 | Page 2 of 3 |

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| | THIS IS A WARRANTY REPLACEMENT | | | | |
| | DEFECTIVE UNIT(S) MUST BE SAME PART NUMBER AND IN REPAIRABLE CONDITION | | | | |
| | PARTS ARE TO BE RETURNED WITHIN 20 DAYS TO: | | | | |
| | SIEMENS ENERGY & AUTOMATION, INC.<br>MOTION CONTROL SYSTEMS<br>1151 W. MASON MORROW RD.<br>LEBANON, OH 45036 | | | | |
| | RMA NUMBER MUST BE REFERENCED ON ALL PAPERWORK AND OUTSIDE OF THE BOX TO INSURE PROPER CREDIT. | | | | |
| | CREDIT WILL BE ISSUED UPON RECEIPT & INSPECTION OF THE DEFECTIVE UNIT. | | | | |
| | NO CREDIT WILL BE ISSUED IF RETURNED LATER THAN 3 MONTHS FROM ORIGINAL SHIP DATE FROM SIEMENS.<br>A LATE FEE OF $250.00 WILL BE APPLIED AFTER 20 DAYS. | | | | |
| | ALL RETURN SHIPMENTS MUST BE PREPAID BY SHIPPER, INCLUDING ANY BROKERAGE, IF APPLICABLE. | | | | |
| | WARRANTY PER RSC#42515219 | | | | |
| | State Taxes | | | | $0.00 |
| | Total Tax | | | | $0.00 |

Contact:
Siemens Energy & Automation, Inc.
390 Kent Avenue
ELK GROVE VILLAGE IL 60007
Phone: (800) 879-8079 Fax: (847) 981-9583

Order Status: Shipped Complete    Currency: USD    Invoice Total: 3,378.00

Payment Terms: Net Due 30 Days    If Paid By: 06/24/2005

Thank you for your order, described above. Your request continues a definite and reasonable expression of acceptance of our Proposal, including the Standard Terms and Conditions of Sale attached to this document. Any additional or different terms set forth in your order or any other document are hereby objected to and shall not become a part of our contract unless specifically assented to by us in this document. The material included in this document was produced in accordance with the applicable provisions of the "Fair Labor Standards Act of 1938" as amended. Do not take cash discount on transportation charge. See reverse side for the applicable Terms and Conditions of Sale.

These commodities are sold for domestic consumption. Any export of these commodities must be made in compliance with applicable U.S. laws.

# SIEMENS

# Invoice

| Cust PO No | Cust PO Date | Quotation No | Invoice No | Date |
|---|---|---|---|---|
| AIM09701 | 05/19/2005 | | 5560107213 | 06/13/2005 |
| Sales Order No | Sales Ord Date | Lock Box No | Customer No | |
| 3500013148 | 05/19/2005 | 0091433 | 30006578 | Page 1 of 3 |

**Bill To:**
Delphi Automotive Systems
2100 Burlingame S.W.
Grand Rapids MI 49509

**Ship To:**
Delphi E&C
2100 Burlingame S.W.
Grand Rapids MI 49509

**Remit To:**
Siemens Energy & Automation
PO Box 91433
Chicago IL 60693

**Sold To:**
Delphi Automotive Systems
David B. Milewski
2100 Burlingame S.W.
Grand Rapids MI 49509

Delivery#: 4000112163    Ship Pt: South Lebanon Reg. Shipments,US    Ship Date: 06/13/2005
Freight Terms: Prepaid & Allow    Carrier/Route: UPS Ground    Tracking No: 1Z4691110360114378

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| 2020 | 6SN11241AB000CA1        ****Refurbished Material**** | PC | 1 | 2,363.00 | 2,363.00 |
| | 611U PWR MOD,2AXIS,EXT,18A | | | | |
| | Notes: | | | | |

# SIEMENS

# Invoice

| Cust PO No | Cust PO Date | Quotation No | Invoice No | Date |
|---|---|---|---|---|
| AIM09701 | 05/19/2005 | | 5560107213 | 06/13/2005 |
| Sales Order No | Sales Ord Date | Lock Box No | Customer No | |
| 3500013148 | 05/19/2005 | 0091433 | 30006578 | Page 2 of 3 |

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| | THIS IS A WARRANTY REPLACEMENT | | | | |
| | DEFECTIVE UNIT(S) MUST BE SAME PART NUMBER AND IN REPAIRABLE CONDITION | | | | |
| | PARTS ARE TO BE RETURNED WITHIN 20 DAYS TO: | | | | |
| | SIEMENS ENERGY & AUTOMATION, INC.<br>MOTION CONTROL SYSTEMS<br>1151 W. MASON MORROW RD.<br>LEBANON, OH 45036 | | | | |
| | RMA NUMBER MUST BE REFERENCED ON ALL PAPERWORK AND OUTSIDE OF THE BOX TO INSURE PROPER CREDIT. | | | | |
| | CREDIT WILL BE ISSUED UPON RECEIPT & INSPECTION OF THE DEFECTIVE UNIT. | | | | |
| | NO CREDIT WILL BE ISSUED IF RETURNED LATER THAN 3 MONTHS FROM ORIGINAL SHIP DATE FROM SIEMENS.<br>A LATE FEE OF $250.00 WILL BE APPLIED AFTER 20 DAYS. | | | | |
| | ALL RETURN SHIPMENTS MUST BE PREPAID BY SHIPPER, INCLUDING ANY BROKERAGE, IF APPLICABLE. | | | | |
| | WARRANTY PER RSC#42515219 | | | | |
| | State Taxes | | | | $0.00 |
| | Total Tax | | | | $0.00 |
| | Contact:<br>Siemens Energy & Automation, Inc.<br>390 Kent Avenue<br>ELK GROVE VILLAGE IL 60007<br>Phone: (800) 879-8079 Fax: (847) 981-9583 | | | | |

Order Status: Shipped Complete     Currency: USD     Invoice Total:     2,363.00

Payment Terms: Net Due 30 Days     If Paid By: 07/13/2005

Thank you for your order, described above. Your request constitutes a definite and reasonable expression of acceptance of our Proposal, including the Standard Terms and Conditions of Sale attached to this document. Any additional or different terms set forth in your order or any other document are hereby objected to and shall not become a part of our contract unless specifically assented to by us in this document. The amount indicated in this document was produced in accordance with the applicable provisions of the "Fair Labor Standards Act of 1938" as amended. Do not take cash discount on transportation charge. See reverse side for the applicable Terms and Conditions of Sale.

These commodities are sold for domestic consumption. Any export of these commodities must be made in compliance with applicable U.S. laws.

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A. (847) 640-1595 Fax: (847) 228-5490

# Credit Memo

No. 262835  RI
4/23/2004          LEB
Page  1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| Siemens P.O. Box 91433 Chicago, IL 60693 | REP | | Receivables - Net 30 | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 384835  SR | | 13N03929 | 60080162 / 115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS | Pmt Due Date  5/23/2004 |

**Invoice To:** 60080162
DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES BLVD
P.O. BOX 981012
EL PASO TX 79998-1012

**Shipped To:** 66004063
DELPHI AUTOMOTIVE SYSTEMS
EQUIPMENT & TOOLING
48 WALTER JONES, BLDG B
DOCKS 87 & 88
EL PASO TX 79906

| Ref. # | Item #/Description | | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | THIS IS AN EXCHANGE ORDER | | | | | |
| | DEFECTIVE UNITS ARE TO BE RETURNED WITHIN TWENTY (20) DAYS TO: SIEMENS ENERGY & AUTOMATION, INC. MOTION CONTROL SYSTEMS 1151 W. MASON MORROW RD. LEBANON, OH 45036 | | | | | |
| | A CREDIT WILL BE ISSUED UPON RECEIPT & INSPECTION OF THE DEFECTIVE UNIT. (IF IT IS REPAIRABLE AND IDENTICAL PART NUMBER AS THE PART(S) SENT.) NO CREDIT WILL BE ISSUED IF RETURNED LATER THAN 3 MONTHS. A LATE FEE OF $250.00 WILL APPLY AFTER 30 DAYS | | | | | |
| | RGA NUMBER MUST BE REFERENCED ON ALL PAPERWORK AND OUTSIDE OF THE BOX TO INSURE PROPER CREDIT. ALL RETURN SHIPMENTS MUST BE PREPAID BY SHIPPER, INCLUDING ANY BROKERAGE,IF APPLICABLE. | | | | | |
| | CONTROL S/N:51A21001Y-1783 MACHINE S/N:7042-A00-96-1074 SOFTWARE#7-000-5669 NT4.0 | | | | | |
| 1 | 3-424-2174A021 | ASS'Y.-3.5IN.H.D.(1.6GB) SHOCK/VIBR. MOUNT,A2100 | EA | 1- | 151.00 | 151.00- |

Sub Total : 151.00-
Tax :
Shipping :

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:** $ 151.00-

**Copy**

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A.   (847) 640-1595   Fax: (847) 228-5490

# Invoice

No. 263374   RI   LEB
4/27/2004
Page   1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| **Siemens**<br>**P.O. Box 91433**<br>**Chicago, IL 60693** | SPN | | Receivables - Net 30 | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 388387  SG | | JMS37596 | 60080162   115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS | Pmt Due Date   5/27/2004 |

| Invoice To:                                60080162 | Shipped To:                                60080162 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>48 WALTER JONES BLVD<br>P.O. BOX 981012<br>EL PASO TX 79998-1012 | DELPHI AUTOMOTIVE SYSTEMS<br>48 WALTER JONES BLVD<br>P.O. BOX 981012<br>EL PASO TX 79998-1012 |

| Ref. # | Item #/Description | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|
|   | CONTROL S/N: 51A21001Y-0542<br>MACHINE S/N: 7043A00-95-0414<br>ORIGINAL S/O: 667M500<br><br>OPTIONS ONLY ACTIVATED FROM SIEMENS CUSTOMER SERVICE.<br>AUTHORIZATION CODE FAXED: | | | | |
| 1 | 7-000-5004002             MAXIMUM PROGRAM STORAGE | EA | 1 | 1,875.00 | 1,875.00 |

Sub Total :   1,875.00
Tax :
Shipping :

**Total:**   $ 1,875.00

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Copy**

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A. (847) 640-1595 Fax: (847) 228-5490

# Invoice

No. 257848 RI
3/24/2004         LEB
Page  1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| Siemens<br>P.O. Box 91433<br>Chicago, IL 60693 | SPN | | Receivables - Net 30 | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 384968  SG | | 13N03929 | 60080162 | 115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS | Pmt Due Date | 4/23/2004 |

| Invoice To: 60080162 | Shipped To: 65004063 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>48 WALTER JONES BLVD<br>P.O. BOX 981012<br>EL PASO TX 79998-1012 | DELPHI AUTOMOTIVE SYSTEMS<br>EQUIPMENT & TOOLING<br>48 WALTER JONES, BLDG B<br>DOCKS 87 & 88<br>EL PASO TX 79906 |

| Ref. # | Item #/Description | | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | **OUTRIGHT PURCHASE - NO EXCHANGE**<br><br>CONTROL S/N:51A21001Y-1946 MACHINE S/N 7042-A00-96-1082<br>.SOFTWARE#7-000-5669<br>.NT4.0 | | | | | |
| 1 | 3-424-2383A02 | ASS'Y.-3.5IN.H.D(10.2GB)<br>SHOCK/VIBR.MOUNT(MAXTOR) | EA | 1 | 737.00 | 737.00 |
| 2 | PROGRAM CHARGE | PROGRAM CHARGE | EA | 1 | 200.00 | 200.00 |
| | UPS | Freight | | | | |
| | 1Z46911101504 15842 | Freight | | | | |
| | 5# | Freight | | | | |

|  | Sub Total : | 937.00 |
|---|---|---|
|  | Tax : |  |
|  | Shipping : |  |

Thank you for your order. This transaction continues a definite and reasonable expression
of our agreement to provide the goods and/or services indicated above, in conjunction
with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:**  $ 937.00

**Copy**

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A.    (847) 640-1595   Fax: (847) 228-5490

# Invoice

No. 257847  RI  LEB
3/24/2004
Page 1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| **Siemens**<br>P.O. Box 91433<br>Chicago, IL 60693 | REP | | Receivables - Net 30 | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 384835  SR | | 13N03929 | 60080162    115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS | Pmt Due Date    4/23/2004 |

| Invoice To: 60080162 | Shipped To: 66004063 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>48 WALTER JONES BLVD<br>P.O. BOX 981012<br>EL PASO TX 79998-1012 | DELPHI AUTOMOTIVE SYSTEMS<br>EQUIPMENT & TOOLING<br>48 WALTER JONES, BLDG B<br>DOCKS 87 & 88<br>EL PASO TX 79906 |

| Ref. # | Item #/Description | | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | THIS IS AN EXCHANGE ORDER | | | | | |
| | DEFECTIVE UNITS ARE TO BE RETURNED WITHIN TWENTY (20) DAYS TO:<br>SIEMENS ENERGY & AUTOMATION, INC.<br>MOTION CONTROL SYSTEMS<br>1151 W. MASON MORROW RD.<br>LEBANON, OH 45036 | | | | | |
| | A CREDIT WILL BE ISSUED UPON RECEIPT & INSPECTION OF THE DEFECTIVE UNIT.<br>(IF IT IS REPAIRABLE AND IDENTICAL PART NUMBER AS THE PART(S) SENT.)<br>NO CREDIT WILL BE ISSUED IF RETURNED LATER THAN 3 MONTHS.<br>A LATE FEE OF $250.00 WILL APPLY AFTER 30 DAYS | | | | | |
| | RGA NUMBER MUST BE REFERENCED ON ALL PAPERWORK AND OUTSIDE OF THE BOX TO INSURE PROPER CREDIT.<br>ALL RETURN SHIPMENTS MUST BE PREPAID BY SHIPPER, INCLUDING ANY BROKERAGE, IF APPLICABLE. | | | | | |
| | CONTROL S/N:51A21001Y-1783<br>MACHINE S/N:7042-A00-96-1074<br>SOFTWARE#7-000-5669<br>NT4.0 | | | | | |
| 1 | 3-424-2383A02 | ASS'Y.-3.5IN.H.D(10.2GB)<br>SHOCK/VIBR.MOUNT(MAXTOR) | EA | 1 | 737.00 | 737.00 |
| 2 | PROGRAM CHARGE | PROGRAM CHARGE | EA | 1 | 200.00 | 200.00 |
| | UPS | Freight | | | | |
| | 1Z46911101523118834 | Freight | | | | |
| | 5# | Freight | | | | |

Sub Total: 937.00
Tax:
Shipping:

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:** $ 937.00

**Copy**

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A.  (847) 640-1595  Fax: (847) 228-5490

# Invoice

No. 248722  RI
1/29/2004          LEB
Page   1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| Siemens<br>P.O. Box 91433<br>Chicago, IL 60693 | SPN | | Receivables - Net 30 | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 379380  SG | | 13N03821 | 60080162  115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS | Pmt Due Date  2/28/2004 |

| Invoice To: 60080162 | Shipped To: 65004063 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>48 WALTER JONES BLVD<br>P.O. BOX 981012<br>EL PASO TX 79998-1012 | DELPHI AUTOMOTIVE SYSTEMS<br>EQUIPMENT & TOOLING<br>48 WALTER JONES, BLDG B<br>DOCKS 87 & 88<br>EL PASO TX 79906 |

| Ref. # | Item #/Description | | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | OUTRIGHT PURCHASE - NO EXCHANGE | | | | | |
| | ITEM MUST BE PROGRAMMED BEFORE SHIPPING | | | | | |
| | CONTROL S/N: 51A21001Y1799<br>MACHINE S/N: 7042A00961073<br>SOFTWARE #7-000-5669<br>NT 4.0 | | | | | |
| 1 | 3-424-2383A02 | ASS'Y.-3.5IN.H.D(10.2GB) SHOCK/VIBR.MOUNT(MAXTOR) | EA | 1 | 737.00 | 737.00 |
| 2 | PROGRAM CHARGE | PROGRAM CHARGE | EA | 1 | 200.00 | 200.00 |
| | BAX | Freight | | | | |
| | AWB #289719430 | Freight | | | | |
| | 5# | Freight | | | | |

Sub Total : 937.00
Tax :
Shipping :

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:** $ 937.00

**Copy**

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A. (847) 640-1595 Fax: (847) 228-5490

# Invoice

No. 234564 RI LEB
10/28/2003
Page 1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB |
|---|---|---|---|---|
| Siemens<br>P.O. Box 91433<br>Chicago, IL 60693 | SPN | | Receivables - Net 30 | See Terms (Reverse Side) |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# |
| | 366641 SG | | 13N03568 | 60080162  115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS | Pmt Due Date  11/27/2003 |

**Invoice To:** 60080162
DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES BLVD
P.O. BOX 981012
EL PASO TX 79998-1012

**Shipped To:** 66004063
DELPHI AUTOMOTIVE SYSTEMS
EQUIPMENT & TOOLING
48 WALTER JONES, BLDG B
DOCKS 87 & 88
JAVIER PARRAS
EL PASO TX 79906

| Ref. # | Item #/Description | | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | OUTRIGHT PURCHASE - NO EXCHANGE | | | | | |
| | .THESE COMMODITIES MAY REQUIRE U.S. GOVERNMENT LICENSING PRIOR TO EXPORTATION, AND IS THE RESPONSIBILITY OF THE CONSIGNEE. PART IS NOT U.S. ORIGIN/NO NAFTA REQUIRED.. ITEM MUST BE PROGRAMMED BEFORE SHIPPING | | | | | |
| | CONTROL S/N:51-A21001Y-1436<br>MACHINE S/N:7042A0096-976<br>SOFTWARE #7-000-5669 CTL. SOFTWARE ONLY<br>MAI HAS TO BE LOADED BY CUSTOMER | | | | | |
| 1 | 3-424-2383A02 | ASS'Y.-3.5IN.H.D(10.2GB) SHOCK/VIBR.MOUNT(MAXTOR) | EA | 1 | 567.00 | 567.00 |
| 2 | PROGRAM CHARGE | PROGRAM CHARGE | EA | 1 | 200.00 | 200.00 |
| | BAX | Freight | | | | |
| | AWB 289938235 | Freight | | | | |
| | 5# | Freight | | | | |

Sub Total : 767.00
Tax :
Shipping :

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:** $ 767.00

**Copy**

# SIEMENS

**Siemens Energy & Automation, Inc.**
**Machine Tool Business Unit**

390 Kent Avenue, Elk Grove Village, IL 60007-1902 U.S.A.  (847) 640-1595  Fax: (847) 228-5490

# Invoice

No. 249894 RI  LEB
2/5/2004
Page 1 of 1

| Remit To: | Branch | Salesperson | Payment Terms | FOB | |
|---|---|---|---|---|---|
| Siemens<br>P.O. Box 91433<br>Chicago, IL 60693 | REP | | Receivables - Net 30 | See Terms (Reverse Side) | |
| | Sales Order # | | Customer PO # | Customer Acct# / CARMS# | |
| | 380230 SR | | JMS36238 | 3722002 | 115980MB |
| | Customer Name | | DELPHI AUTOMOTIVE SYSTEMS SG | Pmt Due Date | 3/6/2004 |

| Invoice To: 3722002 | Shipped To: 171612 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS SG<br>32 CELERITY WAGON<br>EL PASO TX 79906 | RIO BRAVO ELECTRICOS S.A. DE CV RBE 10<br>46 WALTER JONES BLVD.<br>BLDG B DOCK 87 & 88<br>ATTN: GARY MATTINGLY 915-612-2817<br>EL PASO TX 79906 |

| Ref. # | Item #/Description | | UM | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | THIS IS AN EXCHANGE ORDER | | | | | |
| | DEFECTIVE UNITS ARE TO BE RETURNED WITHIN TWENTY (20) DAYS TO:<br>SIEMENS ENERGY & AUTOMATION, INC.<br>MOTION CONTROL SYSTEMS<br>1151 W. MASON MORROW RD.<br>LEBANON, OH 45036 | | | | | |
| | A CREDIT WILL BE ISSUED UPON RECEIPT & INSPECTION OF THE DEFECTIVE UNIT.<br>(IF IT IS REPAIRABLE AND IDENTICAL PART NUMBER AS THE PART(S) SENT.)<br>NO CREDIT WILL BE ISSUED IF RETURNED LATER THAN 3 MONTHS.<br>A LATE FEE OF $250.00 WILL APPLY AFTER 30 DAYS | | | | | |
| | RGA NUMBER MUST BE REFERENCED ON ALL PAPERWORK AND OUTSIDE OF THE BOX TO INSURE PROPER CREDIT.<br>ALL RETURN SHIPMENTS MUST BE PREPAID BY SHIPPER, INCLUDING ANY BROKERAGE,IF APPLICABLE. | | | | | |
| 1 | 3-542-1276A | PCB-FIVE CHAN SERVO DV5<br>USE 1340A | EA | 1 | 1,270.00 | 1,270.00 |
| | UPS RED | Freight | | | | |
| | BOL 1Z46911101509999598 | Freight | | | | |
| | 3# | Freight | | | | |

| | | |
|---|---|---|
| | Sub Total : | 1,270.00 |
| | Tax : | |
| | Shipping : | 31.75 |

Thank you for your order. This transaction continues a definite and reasonable expression of our agreement to provide the goods and/or services indicated above, in conjunction with the Standard Terms and Conditions of Sale on the reverse side of this document.

**Total:** $1,301.75

**Copy**

# SIEMENS

# Invoice

| Cust PO No | Cust PO Date | Quotation No | Invoice No | Date |
|---|---|---|---|---|
| RPS47649 | 08/26/2005 | | 5560148590 | 08/31/2005 |

| Sales Order No | Sales Ord Date | Lock Box No | Customer No | |
|---|---|---|---|---|
| 3000104420 | 08/26/2005 | 0371034 | 30034738 | Page 1 of 2 |

**Bill To:**
Delphi Auto Systems
Rochester Operations
PO Box 92700
ROCHESTER NY 14692-8800

**Ship To:**
Delphi Auto Systems
Rochester Operations
1000 Lexington Ave
PO# RPS47649
ROCHESTER NY 14606

**Remit To:**
Siemens Energy & Automation
PO Box 371-034
Pittsburgh PA 15251-7034

**Sold To:**
Delphi Auto Systems
Rochester Operations
PO Box 92700
ROCHESTER NY 14692-8800

Delivery#: 4000152802    Ship Pt: Spring House Regular Shipments,US    Ship Date: 08/31/2005
Freight Terms: Collect    Carrier/Route: BAX Std. 2nd Day US    Tracking No: 668265566

| Line Item | Material Number/Description | U/M | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| 10 | 40-30<br>PRESSURE REGULATOR<br>HTS: 9032810060    ECCN: EAR99  Country Of Origin: US<br>NLR<br>Customer PO item #: 000010 | PC | 1 | 202.00 | 202.00 |
| 20 | 40-200<br>PRESSURE REGULATOR<br>HTS: 9032810060    ECCN: EAR99  Country Of Origin: US<br>NLR<br>Customer PO Item #: 000020 | PC | 1 | 244.00 | 244.00 |
| | Notes:<br>SHIP BAX GLOBAL COLLECT - BAX DRIVER WILL KNOW COLLECT#<br>BY SHIPPING ADDRESS WHEN PICKED UP. | | | | |
| | State Taxes | | | | $0.00 |
| | Total Tax | | | | $0.00 |
| | | | | Invoice Total: | 446.00 |

Order Status: Shipped Complete    Currency: USD

Payment Terms: Net Due 30 Days    Net Due By: 09/30/2005

Thank you for your order, described above. Your request constitutes a definite and reasonable expression of acceptance of our Proposal, including the Standard Terms and Conditions of Sale attached to this document. Any additional or different terms set forth in your order or any other document are hereby objected to and shall not become a part of our contract, unless specifically assented to by us in this document. The material included in this document was produced in accordance with the applicable provisions of the "Fair Labor Standards Act of 1938" as amended. Do not take cash discount on transportation charge. See reverse side for the applicable Terms and Conditions of Sale.

These commodities are sold for domestic consumption. Any export of these commodities must be made in compliance with applicable U.S. laws.

Fm:Siemens Applied Automation    To:Leigh-Anne (16782976245)                         11:22 02/27/06 EST Pg 2-3

## Siemens Applied Automation

A business of Siemens Energy & Automation, Inc.
02/27/2006
10:19:15

Customer Copy

## Invoice

| Invoice No. | Invoice Date | Sales Div. |
|---|---|---|
| 78155041 | 06/16/2004 | 21 / 4000 |

Bill-to: 1022775

    Bill-to: 1022775
    Delphi E & E Flint East
    Delphi Automatiive Systems
    Attn: Frank Hu, Dept 45-13
    1601 Nort Averill Road
    FLINT MI  48556

| Customer PO Number | Purch. Date |
|---|---|
| AES28524 | 12/17/2004 |

| Delivery Note No. | Date |
|---|---|
| 2500164947 | 01/31/2004 |

| Sales Order No. | Date |
|---|---|
| 505913 | 01/08/2004 |

Ship-to: 1022775
Delphi E & E Flint East
Delphi Automatiive Systems
Attn: Frank Hu, Dept 45-13
1601 Nort Averill Road
FLINT MI  48556

Please Send Remittance To:
Siemens Applied Automation
A business of Siemens Energy & Automation, Inc.
PO Box 91433
Chicago, IL 60693
Direct Inquiries to 918-662-7000

Please Remit Wire Transfers To:
Siemens Energy & Automation, Inc.
Bank: Bank of America
   6000 Feldwood Road
   College Park, GA 30349
   Acct# 3751510723
   Transit Routing #111000012
   Swift Code #BOFAAUS3N

Conditions    Currency USD
Terms of payment  Net Due 30 Days

Terms of delivery  Ex Works
                GOTTENBERG, SWEDEN
Weight (gross/net) - volume - check mark

Our Federal Tax ID #39-1280256

| Item | Material | Qty | Description / Price | Price unit | Value |
|---|---|---|---|---|---|
| 000004 | FREIGHT-CA | 1 EA | Freight Charges<br>554.00  USD | 1 EA | 554.00 |
| | | | Freight from Siemens Laser Analytics billed separately for items previously sent and billed on invoice 78150662. tlp | | |

Item Subtotal            554.00

**Tax Amounts**
State Tax      6.000 %                                                                    0.00

**Total Amount**                                                                         554.00

      CONTACT:  THOMAS L OHLEMACHER
      PHONE:  419 627 7117

Fm:Siemens Applied Automation   To:Leigh-Anne (16782978245)                              11:22 02/27/06 EST Pg 3-3

Siemens Applied Automation
500 West Highway 60
Bartlesville, OK 74003

A business of Siemens Energy & Automation, Inc.

Page    Invoice Date
2    06/16/2004

Bill-to: 1022775
Delphi E & E Flint East
Delphi Automatiive Systems
Attn: Frank Hu, Dept 45-13
1601 Nort Averill Road
FLINT MI 48556

    FAX: 419 627 7126
    EMAIL: THOMAS.L.OHLEMACHER@DELPHI.COM
    SLT
    SalesRep: Hal Wade   Phone: 216-892-4664

Invoice No. 78155041
Order No.  505913



# SIEMENS
SIEMENS ENERGY & AUTOMATION

## INVOICE

| Order Date | Invoice Date | Customer No. | Salesman | Siemens Order No. | P.O. Number | Invoice Number |
|---|---|---|---|---|---|---|
| 07/30/04 | 07/21/05 | 14064W AA | 653470 | P2543132 | HBRRQ22 | BR3057 |

| Contract Number | Page No. |
|---|---|
| HBRRQ22 | 001 |

**SHIP TO:**
DELPHI PACKARD
1001 INDUSTRIAL DR
CLINTON    MS 39056

**INVOICE TO:**
DELPHI PACKARD
PO BOX 260
CLINTON    MS 39056

**SOLD TO:** (770) 740-3535

**REMIT TO:**
Siemens Energy & Automation
P. O. Box 371034
Pittsburgh, PA    15251    USA

GARY FREEZE Ph: (601) 925-2515

| Special Markings/Instructions | Shipping Point | VIA | Bill of Lading No. | Date Shipped | Freight Terms |
|---|---|---|---|---|---|

| Line No. | Product Number / Product Description | Tax | Quantity Ordered | Quantity B.O. | Quantity Shipped | Qty. U/M | Unit Net Price | Amount (Net) |
|---|---|---|---|---|---|---|---|---|
| A. | DELPHI PACKARD - CLINTON, MS | | | | | | | |
| B. | DELPHI PACKARD P.O.:P2543132 | | | | | | | |
| C. | SIEMENS ISD JOB NO:HBRRQ22 | | | | | | | |
| D. | STUDY WAS RECEIVED ON 07/20/05. | | | | 1.0 | | 12575.44 | 12,575.44 |
| | SIEMENS ISD TO PROVIDE POWER SYSTEM STUDY PER QUOTED PRICE STUDY WAS RECEIVED ON 07/20/05. | | | | | | | |

| | CITY TAX | COUNTY TAX | STATE TAX | Sub Total → | 12,575.44 |
|---|---|---|---|---|---|

**COMMENTS:** MS Tax Exempt Number 125-07074-8

We hereby certify that these goods were produced in compliance with all applicable requirements of Sect. 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended, and the applicable regulation and orders issued by the U.S. Dept of Labor under the Act

| | FREIGHT | TOTAL → | 12,575.44 |
|---|---|---|---|
| | | .00 | |

| PAY DATE DUE DATE | 08/22/05 |
|---|---|
| PAY TERMS | Net 30 Days |

E