Michael Handler (MH 2538)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re:                                    :          Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :          Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :          (Jointly Administered)
---------------------------------------------------------------x

### RESPONSE OF LIQUIDITY SOLUTIONS, INC., AS ASSIGNEE, TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS

Liquidity Solutions, Inc. d/b/a Revenue Management ("LSI"), as assignee of

certain original creditors, hereby files its response ("Response") to the Debtors' Nineteenth

Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to

Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and

Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to

Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced

Claims ("Nineteenth Omnibus Objection").[1]  In further support of its Response, LSI respectfully

states as follows:

## BACKGROUND

1.      On October 8 and 14, 2005, Delphi Corporation ("Delphi"), Delphi

Automotive Systems LLC ("Automotive") and certain of Delphi's U.S. subsidiaries and affiliates

(collectively, "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the

United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern

District of New York ("Court").

2.      On various dates during the pendency of these chapter 11 cases, LSI

entered into agreements with certain original creditors (each, an "Assignor") for assignment of

certain claims against the Debtors (each, an "Assigned Claim" and collectively, the "LSI

Assigned Claims"), and LSI duly filed notices of transfer of claim pursuant to Rule 3001(e) of

the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as follows:

| Original Creditor | Claim No. | Claim Amount | Date of Transfer | Transfer Docket No. |
|---|---|---|---|---|
| Elkhart Products Corporation ("Elkhart") | 432 | $155,995.20 | 9/1/2006 | 5067 |
| Metal Powder Products Company ("Metal Powder") | 2710 | $149,746.96 | 12/22/2006 | 6268 |
| Michigan Rubber Products Inc. ("Michigan Rubber") | 1748 | $72,097.93 | 6/23/2006 | 4341 |

3.      On or about July 13, 2007, the Debtors filed the Nineteenth Omnibus

Objection, objecting to, among other claims, each of the above-listed LSI Assigned Claims, as

follows:

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the
Nineteenth Omnibus Objection.

| Assigned Claim | Claim No. | Filed Claim Amt. | Proposed Treatment Per Objection[2] | Purported Basis for Objection |
|---|---|---|---|---|
| Elkhart Products Corporation | 432 | $155,995.20 | Reclassify and reduce to $138,545.28 unsecured claim | Claim Subject to Modification |
| Metal Powder Products Company | 2710 | $149,746.96 | Reclassify and reduce to a $1,498.18 priority claim and a $143,824.89 unsecured claim | Claim Subject to Modification and Reclamation Agreement |
| Michigan Rubber Products Inc. | 1748 | $72,097.93 | Reclassify and reduce to $48,704.49 unsecured claim | Claim Subject to Modification |

In each case where the Debtors object to a claim in the Nineteenth Omnibus Objection and allege it to be a "Claim Subject to Modification" or a "Claim Subject to Modification and Reclamation Agreement," the Debtors list myriad reasons why that claim might appear on the related exhibit, but offer nothing specific regarding what is actually objectionable about that particular claim, leaving the holder of each claim to merely speculate as to the basis of the objection.[3]

## RESPONSE

4.      The Bankruptcy Rules are clear that "[a] proof of claim executed and filed in accordance with [the Bankruptcy Rules] shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f). Once a proof of claim is properly filed, the creditor (or its assignee) is afforded the presumption of validity arising under Bankruptcy Rule

---

[2] LSI does not object to the proposed reclassification of the LSI Assigned Claims as claims against Automotive.

[3] For instance, the Nineteenth Omnibus Objection provides that:

> The bases for placing a Claim in the Claims Subject to Modification category of objection include, but are not limited to, the following: the asserted Claim (a) does not account for amounts that may have been paid or credited against such Claim prior to the commencement of these cases, (b) may include postpetition liabilities, (c) does not account for amounts that may have been paid or credited against such Claim following the commencement of these cases, (d) was docketed and filed against the wrong Debtor entity, and/or (e) is misclassified as a priority or secured claim.

Nineteenth Omnibus Objection at ¶ 31.

3001(f), and the objecting party then "bears the burden of producing sufficient evidence to refute

the claim." In re Camellia Food Stores, Inc., 287 B.R. 52, 56 (Bankr. E.D. Va. 2002); see also,

Waterman S.S. Corp. v. Aguiar, 200 B.R. 770, 774-75 (Bankr. S.D.N.Y. 1996) ("In many

instances, the mere filing of a proof of claim is sufficient to carry the day. The burden of going

forward then shifts to the objector to produce evidence negating the *prima facie* validity of the

filed claim.").

        5.      While the LSI Assigned Claims are entitled to a presumption of validity

under applicable bankruptcy law, documentation supplied to LSI by Elkhart, Metal Powder and

Michigan Rubber (and attached hereto) provides further support for each of the LSI Assigned

Claims subject to the Nineteenth Omnibus Objection. Exhibit A hereto includes an invoice

summary and supporting invoices (including relevant product information, shipping dates and

price information) which provide support for the Elkhart Assigned Claim. Exhibit B hereto

includes an invoice summary (including invoice numbers and dates and price information)

showing amounts owed to Michigan Rubber. The invoice summary lists invoices in the

aggregate amount of $59,715.02 (an amount less than the $72,097.93 claim filed by Michigan

Rubber). LSI is advised that Michigan Rubber's records show that the difference of $12,382.91

relates to amounts which, since its filing of the proof of claim, Michigan Rubber has recognized

as not being owed (because they were paid or otherwise). Accordingly, and based upon

Michigan Rubber's reconciliation, LSI will consent to reduction and allowance of the Michigan

Rubber Assigned Claim as a general unsecured claim in the amount of $59,715.02 (the amount

supported by the invoice summary). Attached hereto as Exhibit C is an invoice summary[4]

(including information such as applicable invoice numbers, invoice dates, invoice amounts, and

---

[4] LSI understands that this summary was included as an exhibit to Metal Powder's filed Claim No. 2710.

4

the Debtors' purchase order numbers) relating to the amounts comprising the Metal Powder
Assigned Claim.[5]

6.      The documentation included herewith amply supports the LSI Assigned
Claims.  By contrast, in the Nineteenth Omnibus Objection, the Debtors have provided no
evidence, support or analysis to refute the presumptive validity of the LSI Assigned Claims or
credibly dispute any of the invoices or other supporting documentation underlying the claims.
Indeed, as noted above, the Nineteenth Omnibus Objection offers no claim-specific reason as to
why the Debtors dispute the filed amount of the LSI Assigned Claims.  Rather, the Debtors rely
on a laundry list of alternative bases that might apply to any of the hundreds of claims being
challenged in the Nineteenth Omnibus Objection.

7.      Under the Bankruptcy Rules, the Debtors have a duty to "produc[e]
sufficient evidence to refute the claim," In re Camellia Food Stores, Inc., 287 B.R at 56, but here,
the Debtors' objection can be distilled down to little more than a bare statement that "we don't
agree with the proof of claim," which falls far short of the Debtors' burden under Bankruptcy
Rule 3001(f) and associated case law.  See, e.g., Riverbank, Inc. v. Make Meat Corp. (In re Make
Meat Corp.), No. 98 CIV. 4990(HB), 1999 WL 178788 at *3-4 (S.D.N.Y. March 31, 1999) ("A
mere objection by the debtor, therefore, does not end the inquiry.... The case law is clear.  To
prevail, the objector must affirmatively *produce* evidence to counter the creditor's claim")
(emphasis in original); In re White, 168 B.R. 825, 828-29 (Bankr. D. Conn. 1994) (stating that
the objecting party may not rebut a claim's prima facie validity of a proof of claim merely by
stating that amount of claim is incorrect, but rather must produce some evidence to support its
argument; chapter 13 case).  Because the Debtors have not carried their burden of proof, and

---

[5]  To the extent the Debtors wish to review copies of the invoices underlying the Metal Powder Assigned Claim and
the Michigan Rubber Assigned Claim, LSI will endeavor to procure that documentation from the Assignors of those
claims.

especially in light of the documentation attached hereto as Exhibits A, B and C, the Nineteenth

Omnibus Objection should be overruled and each of the LSI Assigned Claims allowed in the

amounts supported by the attached documentation.

        8.     The Debtors have stated that, with respect to the claims listed on Exhibit

D-1 to the Nineteenth Omnibus Objection, "[t]he inclusion of the Claims Subject to Modification

... does not reflect the Debtors' view as to the ultimate validity of any such Claim," and, as such,

the Debtors have reserved "their rights to further object to any [of these claims] at a later date on

any basis whatsoever. Nineteenth Omnibus Objection at ¶ 35.[6] Due to the inefficiency and

expense of responding to multiple objections to the same claims, LSI respectfully submits that

once the Nineteenth Omnibus Objection is addressed as to the LSI Assigned Claims, those

claims should be allowed at the resolved classification and amount without being subject to

further modification or objection.

---

[6] It is unclear whether a similar reservation of rights applies to the Claims Subject to Modification and Reclamation
Agreement (claims listed on Exhibit D-3 to the Nineteenth Omnibus Objection).

## **CONCLUSION**

WHEREFORE, LSI respectfully requests that the Court enter an order overruling

(other than with respect to reclassification) the Nineteenth Omnibus Objection as to each of the

LSI Assigned Claims, allowing the Elkhart Assigned Claim and the Metal Powder Assigned

Claim in their full filed amounts, allowing the Michigan Rubber Assigned Claim in the amount

of $59,715.02, and granting such other and further relief as may be just or proper.

Dated: August 8, 2007

Respectfully submitted,

LIQUIDITY SOLUTIONS, INC.

By: _____

Michael Handler (MH 2538)
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

# Exhibit A

ELKHART PRODUCTS CORPORATION
1255 OAK STREET
P.O. BOX 1008
ELKHART, IN 46515
SUPPLIER DUNS 0005365864

STATEMENT

DELPHI CORPORATION
DELPHI AUTOMOTIVE SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE , OH        45439-1410

| Customer | Doc # | ASN # | Invoice Date | Open Amount | Reference |
|---|---|---|---|---|---|
| 114687 | 574600 | 844360 | 9/26/2005 | 17,392.32 | 550071846 |
| 114687 | 575231 | 844819 | 9/27/2005 | 17,392.32 | 550071846 |
| 114687 | 575842 | 844932 | 9/28/2005 | 17,392.32 | 550071846 |
| 114687 | 576223 | 845099 | 9/29/2005 | 17,392.32 | 550071846 |
| 114687 | 576781 | 845220 | 9/30/2005 | 34,352.64 | 550071846 |
| 114687 | 578036 | 845445 | 10/4/2005 | 17,357.76 | 550071846 |
| 114687 | 579261 | 845536 | 10/5/2005 | 17,357.76 | 550071846 |
| 114687 | 579689 | 845653 | 10/6/2005 | 17,357.76 | 550071846 |
| | | | | 155,995.20 | |

# EPC | **Elkhart Products Corporation**

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740   (260) 368-7246  Fax (260) 368-7889

INVOICE REPRINT

Page 1 of 1

| INVOICE NO. |
| --- |
| 574600 RI |
| **INVOICE DATE** |
| 09/26/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
| --- | --- | --- | --- | --- |
| 550071846 | | 307113  SG | 03/24/05 | 09/26/05 |

| SHIP LOC | SHIP ID | SALES REP | |
| --- | --- | --- | --- |
| 300 | 844360 | 300 | |

| LINE / C.O.O. | EPC ITEM NUMBER / VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 32.000 US | 30031793 6562486 shipped tv minority  ps-844669  B/L#G121621  m/l#156312  156361  156410 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0130 | 0.0000 | 17,392.32 |

**Please Remit To**

ELKHART PRODUCTS CORP.
1201 PAYSPHERE CIRCLE
CHICAGO, IL  60674

| TERMS | DUE DATE |
| --- | --- |
| NET 30 DAYS | 10/26/05 |

| Tax  0 % | |
| --- | --- |
| TOTAL BILLING | 17,392.32 |
| MISC. CHARGES | |
| FREIGHT | |
| **TOTAL** | 17,392.32 |

REUSEP

# EPC | Elkhart Products Corporation

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740   (26C) 368-7246  Fax (260) 368-7889

INVOICE REPRINT

| Page 1 of 1 |
| --- |

| INVOICE NO. |
| --- |
| 575231 RI |
| INVOICE DATE |
| 09/27/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
| --- | --- | --- | --- | --- |
| 550071846 | | 307113  SG | 03/24/05 | 09/27/05 |

| SHIP LOC | SHIP ID | SALES REP | |
| --- | --- | --- | --- |
| 300 | 844819 | 300 | |

| LINE / C.O.O. | EPC ITEM NUMBER / VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 32.001 US | 30031793 6562486 shipped tv minority ps-844819 B/L#G121631 M/L# 156459  156508  156557 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0130 | 0.0000 | 17,392.32 |

| Please Remit To | | | Tax   0 % | |
| --- | --- | --- | --- | --- |
| ELKHART PRODUCTS CORP. 1201 PAYSPHERE CIRCLE CHICAGO, IL  60674 | TERMS | DUE DATE | TOTAL BILLING MISC. CHARGES FREIGHT | 17,392.32 |
| | NET 30 DAYS | 10/27/05 | TOTAL | 17,392.32 |

REUSER

**EPC** | *Elkhart Products Corporation*

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740  (260) 368-7246  Fax (260) 368-7889

INVOICE REPRINT

Page 1 of 1

| INVOICE NO. |
|---|
| 575842 RI |
| **INVOICE DATE** |
| 09/28/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| 550071846 | | 307113  SG | 03/24/05 | 09/28/05 |

| SHIP LOC | SHIP ID | SALES REP | | |
|---|---|---|---|---|
| 300 | 844932 | 300 | | |

| LINE / C.O.O. | EPC ITEM NUMBER VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
|---|---|---|---|---|---|---|---|
| 32.002 US | 30031793 6562486 shipped tv minority ps-844932 B/L#G121637 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0130 | 0.0000 | 17,392.32 |

**Please Remit To**

ELKHART PRODUCTS CORP.
1201 PAYSPHERE CIRCLE
CHICAGO. IL  60674

| | TERMS | DUE DATE |
|---|---|---|
| | NET 30 DAYS | 10/28/05 |

| Tax  0 % | |
|---|---|
| TOTAL BILLING | 17,392.32 |
| MISC. CHARGES FREIGHT | |
| **TOTAL** | 17,392.32 |

REUSER

**EPC** | ***Elkhart Products Corporation***

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740  (260) 368-7246  Fax (260) 368-7889

I N V O I C E   R E P R I N T

Page 1 of 1

| INVOICE NO. |
|---|
| 576223 RI |
| **INVOICE DATE** |
| 09/29/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | | EPC ORDER | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 550071846 | | | 307113  SG | 03/24/05 | 09/29/05 |

| SHIP LOC | SHIP ID | SALES REP | |
|---|---|---|---|
| 300 | 845099 | 300 | |

| LINE / C.O.O. | EPC ITEM NUMBER / VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
|---|---|---|---|---|---|---|---|
| 32.003 US | 30031793 6562486 shipped tv minority  ps-845099  B/L#G121647  M/L#156753  156802  156851 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0130 | 0.0000 | 17,392.32 |

**Please Remit To**

ELKHART PRODUCTS CORP.
1201 PAYSPHERE CIRCLE
CHICAGO, IL  60674

| TERMS | DUE DATE |
|---|---|
| NET 30 DAYS | 10/29/05 |

| Tax  0 % | |
|---|---|
| TOTAL BILLING | 17,392.32 |
| MISC. CHARGES | |
| FREIGHT | |
| **TOTAL** | 17,392.32 |

REUSER

# EPC | **Elkhart Products Corporation**

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740  (260) 368-7246  Fax (260) 368-7889

I N V O I C E   R E P R I N T

| | |
|---|---|
| Page 1 of 1 | |
| **INVOICE NO.** | 576781 RI |
| **INVOICE DATE** | 09/30/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| 550071846 | | 307113  SG | 03/24/05 | 09/30/05 |

| SHIP LOC | SHIP ID | SALES REP | |
|---|---|---|---|
| 300 | 845220 | 300 | |

| LINE / C.O.O. | EPC ITEM NUMBER VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
|---|---|---|---|---|---|---|---|
| 32.004 US | 30031793 6562486 shipped tv minority  ps-845220  B/L#G121657  M/L#156900  156949  156998 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0130 | 0.0000 | 17,392.32 |
| 33.000 US | 30031793 6562486 shipped tv minority  ps-845298  B/L#G121669  M/L#157047  157096  157145 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 1.9630 | 0.0000 | 16,960.32 |

| Please Remit To | | | | Tax  0 % | | |
|---|---|---|---|---|---|---|
| ELKHART PRODUCTS CORP. 1201 PAYSPHERE CIRCLE CHICAGO, IL  60674 | | **TERMS** | **DUE DATE** | TOTAL BILLING MISC. CHARGES FREIGHT | | 34,352.64 |
| | | NET 30 DAYS | 10/30/05 | | **TOTAL** | 34,352.64 |

REUSER

**EPC**  | ***Elkhart Products Corporation***

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740  (260) 368-7246  Fax (260) 368-7889

## I N V O I C E   R E P R I N T

Page 1 of 1

| INVOICE NO. |
| --- |
| 578036 RI |
| **INVOICE DATE** |
| 10/04/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
| --- | --- | --- | --- | --- |
| 550071846 | | 307113  SG | 03/24/05 | 10/04/05 |

| SHIP LOC | SHIP ID | SALES REP | | |
| --- | --- | --- | --- | --- |
| 300 | 845445 | 300 | | |

| LINE / C.O.O. | EPC ITEM NUMBER / VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 33.001 US | 30031793 6562486 shipped tv minority ps-845445 B/L#G121683 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0090 | 0.0000 | 17,357.76 |

| Please Remit To | | | Tax  0 % | |
| --- | --- | --- | --- | --- |
| ELKHART PRODUCTS CORP. 1201 PAYSPHERE CIRCLE CHICAGO, IL  60674 | | | TOTAL BILLING MISC. CHARGES FREIGHT | 17,357.76 |
| | **TERMS** | **DUE DATE** | | |
| | NET 30 DAYS | 11/03/05 | **TOTAL** | 17,357.76 |

REMSER

# Elkhart Products Corporation

### EPC

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740  (260) 368-7246  Fax (260) 368-7889

## I N V O I C E   R E P R I N T

| | |
|---|---|
| Page 1 of 1 | |

| INVOICE NO. |
|---|
| 579261 RI |
| INVOICE DATE |
| 10/05/05 |

**114687**
SOLD TO
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**114687**
SHIP TO
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| 550071846 | | 307113  SG | 03/24/05 | 10/05/05 |

| SHIP LOC | SHIP ID | SALES REP | | |
|---|---|---|---|---|
| 300 | 845536 | 300 | | |

| LINE / C.O.O. | EPC ITEM NUMBER / VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
|---|---|---|---|---|---|---|---|
| 33.002 US | 30031793 6562486 shipped tv minority | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0090 | 0.0000 | 17,357.76 |
| | ps-845536 | | | | | | |
| | B/L#G121691 | | | | | | |
| | M/L#157341  157390  157439 | | | | | | |

| Please Remit To | | | | Tax  0 % | | |
|---|---|---|---|---|---|---|
| ELKHART PRODUCTS CORP. 1201 PAYSPHERE CIRCLE CHICAGO, IL  60674 | | TERMS | DUE DATE | TOTAL BILLING MISC. CHARGES FREIGHT | | 17,357.76 |
| | | NET 30 DAYS | 11/04/05 | | TOTAL | 17,357.76 |

REUSER

**Elkhart Products Corporation**

EPC

700 Rainbow Road, P.O. Box 740  Geneva IN 46740-0740  (260) 368-7246  Fax (260) 368-7889

I N V O I C E   R E P R I N T

Page 1 of 1

| INVOICE NO. |
|---|
| 579689 RI |
| **INVOICE DATE** |
| 10/06/05 |

**SOLD TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

**SHIP TO**
114687
DELPHI HARRISON OHIO
THERMAL SYSTEMS
3535 SOUTH KETTERING BLVD
MORAINE OH 45439-1410

| CUSTOMER ORDER | | EPC ORDER | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| 550071846 | | 307113  SG | 03/24/05 | 10/06/05 |

| SHIP LOC | SHIP ID | SALES REP | | |
|---|---|---|---|---|
| 300 | 845653 | 300 | | |

| LINE / C.O.O. | EPC ITEM NUMBER VENDOR NUMBER | DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | DISC/ ADJUSTMENT | PRICE EXTENSION |
|---|---|---|---|---|---|---|---|
| 33.003 US | 30031793 6562486 | PISTON PLATTER ASSY - DELPHI 1.480 WIDE X .487 THICK AL | 8,640 | EA | 2.0090 | 0.0000 | 17,357.76 |
| | shipped tv minority | | | | | | |
| | ps-845653 | | | | | | |
| | B/L#G121700 | | | | | | |
| | m/l 157488  157537157586 | | | | | | |

**Please Remit To**

ELKHART PRODUCTS CORP.
1201 PAYSPHERE CIRCLE
CHICAGO, IL  60674

| TERMS | DUE DATE |
|---|---|
| NET 30 DAYS | 11/05/05 |

| Tax  0 % | |
|---|---|
| TOTAL BILLING | 17,357.76 |
| MISC. CHARGES FREIGHT | |
| **TOTAL** | 17,357.76 |

REUSER

# Exhibit B

Michigan Rubber Products Inc
Delphi Automotive
Bankruptcy Claim  Updated 8-7-07

| Customer Invoice | Invoice Number | Invoice Date | Trans. Type | | Over 150 |
|---|---|---|---|---|---|
| **DE0011** | **DELPHI AUTOMOTIVE SYSTEMS** | | | | |
| 146679 | 146679 | 6/22/2004 | INV | US | 168.00 |
| 158239 | 158239 | 12/21/2004 | INV | US | 22.92 |
| 166239 | 166239 | 5/4/2005 | INV | US | 168.00 |
| 170755 | 170755 | 7/14/2005 | INV | US | 174.00 |
| 171129 | 171129 | 7/20/2005 | INV | US | 2,165.76 |
| 171658 | 171658 | 7/29/2005 | INV | US | 63.83 |
| 172657 | 172657 | 8/15/2005 | INV | US | 1,305.00 |
| 173349 | 173349 | 8/24/2005 | INV | US | 471.24 |
| 173350 | 173350 | 8/24/2005 | INV | US | 588.00 |
| 173768 | 173768 | 8/30/2005 | INV | US | 875.16 |
| 173817 | 173817 | 8/31/2005 | INV | US | 5,991.61 |
| 173818 | 173818 | 8/31/2005 | INV | US | 588.00 |
| 173903 | 173903 | 9/1/2005 | INV | US | 259.94 |
| 174005 | 174005 | 9/2/2005 | INV | US | 1,708.38 |
| 174193 | 174193 | 9/7/2005 | INV | US | 1,456.63 |
| 174194 | 174194 | 9/7/2005 | INV | US | 538.56 |
| 174294 | 174294 | 9/8/2005 | INV | US | 519.88 |
| 174507 | 174507 | 9/12/2005 | INV | US | 1,456.63 |
| 174608 | 174608 | 9/13/2005 | INV | US | 1,543.27 |
| 174699 | 174699 | 9/14/2005 | INV | US | 2,756.34 |
| 174700 | 174700 | 9/14/2005 | INV | US | 336.00 |
| 174701 | 174701 | 9/14/2005 | INV | US | 471.24 |
| 174798 | 174798 | 9/15/2005 | INV | US | 4,794.92 |
| 174883 | 174883 | 9/16/2005 | INV | US | 944.93 |
| 175077 | 175077 | 9/19/2005 | INV | US | 1,889.86 |
| 175105 | 175105 | 9/20/2005 | INV | US | 858.28 |
| 175194 | 175194 | 9/21/2005 | INV | US | 2,149.80 |
| 175195 | 175195 | 9/21/2005 | INV | US | 756.00 |
| 175196 | 175196 | 9/21/2005 | INV | US | 538.56 |
| 175284 | 175284 | 9/22/2005 | INV | US | 606.53 |
| 175361 | 175361 | 9/23/2005 | INV | US | 2,063.16 |
| 175484 | 175484 | 9/26/2005 | INV | US | 944.93 |
| 175485 | 175485 | 9/26/2005 | INV | US | 756.00 |
| 175574 | 175574 | 9/27/2005 | INV | US | 2,314.91 |
| 175662 | 175662 | 9/28/2005 | INV | US | 2,913.25 |
| 175663 | 175663 | 9/28/2005 | INV | US | 471.24 |
| 175664 | 175664 | 9/28/2005 | INV | US | 504.00 |
| 175773 | 175773 | 9/29/2005 | INV | US | 86.65 |
| 175890 | 175890 | 9/30/2005 | INV | US | 2,063.16 |
| 176002 | 176002 | 10/3/2005 | INV | US | 1,031.58 |
| 176099 | 176099 | 10/4/2005 | INV | US | 693.18 |
| 176165 | 176165 | 10/5/2005 | INV | US | 2,331.29 |
| 176166 | 176166 | 10/5/2005 | INV | US | 538.56 |
| 176167 | 176167 | 10/5/2005 | INV | US | 840.00 |
| 171581 | 171581 | 7/27/2005 | INV | US | 33.84 |
| 171631 | 171631 | 7/28/2005 | INV | US | 1,650.00 |
| 175119 | 175119 | 9/19/2005 | INV | US | 750.00 |
| **DE0014** | **DELPHI ENERGY AND CHASSIS** | | | | |
| 174006 | 174006 | 9/2/2005 | INV | US | 822.00 |
| 174508 | 174508 | 9/12/2005 | INV | US | 822.00 |
| 175079 | 175079 | 9/19/2005 | INV | US | 822.00 |
| 175486 | 175486 | 9/26/2005 | INV | US | 822.00 |
| 176004 | 176004 | 10/3/2005 | INV | US | 274.00 |
| | | **TOTAL CLAIM** | | | 59,715.02 |

# Exhibit C

4/14/2006

**Metal Powder Products**
**Proof of Claims**
**Delphi Case # 0544481**

## DELPHI CHASSIS SYSTEMS

| Ship From | Invoice # | Due Date-s/b Invo Invoice Amount | Claim Type | Ship to | Delphi PO # |
|---|---|---|---|---|---|
| MPP MEXICO, S. DE | 8371 | 14-Nov-04 | 3674.80 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10167 | 23-Sep-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10361 | 23-Sep-05 | 749.09 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10549 | 23-Sep-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10829 | 24-Sep-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10850 | 26-Sep-05 | 6741.79 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10893 | 29-Sep-05 | 5992.70 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10905 | 1-Oct-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10917 | 2-Oct-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10931 | 3-Oct-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10939 | 4-Oct-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10954 | 7-Oct-05 | 8239.97 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10963 | 8-Oct-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10972 | 9-Oct-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10985 | 10-Oct-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 10993 | 11-Oct-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11021 | 14-Oct-05 | 7490.88 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11032 | 15-Oct-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11037 | 16-Oct-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11050 | 17-Oct-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11056 | 18-Oct-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11076 | 21-Oct-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11087 | 22-Oct-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11091 | 23-Oct-05 | 749.09 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11103 | 24-Oct-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11117 | 25-Oct-05 | 3745.44 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11143 | 28-Oct-05 | 3745.44 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11150 | 29-Oct-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11167 | 30-Oct-05 | 4494.53 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11196 | 31-Oct-05 | 4494.53 | Proof of Claim | Dayton | 550025954 |

4/4/2006

## Metal Powder Products
## Proof of Claims
## Delphi Case # 0544481

| | | | | | | |
|---|---|---|---|---|---|---|
| MPP MEXICO, S. DE | 11199 | 1-Nov-05 | 6741.79 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11217 | 4-Nov-05 | 4494.53 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11218 | 4-Nov-05 | 749.09 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11232 | 5-Nov-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11242 | 6-Nov-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11252 | 7-Nov-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11257 | 8-Nov-05 | 3745.44 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11275 | 11-Nov-05 | 5243.62 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11291 | 12-Nov-05 | 3745.44 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11305 | 13-Nov-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11316 | 14-Nov-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11334 | 18-Nov-05 | 5243.62 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11342 | 19-Nov-05 | 1498.18 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11346 | 20-Nov-05 | 4494.53 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11358 | 21-Nov-05 | 2996.35 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11369 | 22-Nov-05 | 2247.26 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11384 | 25-Nov-05 | 4494.53 | Proof of Claim | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11396 | 27-Sep-05 | 749.09 | reclamation claim # 573 | Dayton | 550025954 |
| MPP MEXICO, S. DE | 11407 | 28-Sep-06 | 749.09 | reclamation claim # 573 | Dayton | 550025954 |
| Total Delphi Chassis Systems | | | 149,746.96 | | | |