**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Lansing R. Palmer, Esq. (LP 4719)
Email: lansing.palmer@akerman.com

-and-

**AKERMAN SENTERFITT**
SunTrust Financial Centre, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
Edmund S. Whitson, III, Esq.
Email: edmund.whitson@akerman.com

*Attorneys for Oetiker, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :    Case No. 05-44481 (RDD)
                                                       :
                    Debtors.                           :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF RESPONSE
OF OETIKER, INC. TO DEBTORS' FIFTH
OMNIBUS OBJECTION (SUBSTANTIVE)**

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of

Claim Number 722 [Docket No. 8158], Oetiker, Inc. hereby withdraws its Response [Docket

{NY017037;1}

No. 6394] to Debtors' Fifth Omnibus Objection (Substantive) [Docket No. 6100].

DATED this 8th day of August, 2007.

/s/ *Lansing R. Palmer*
Lansing R. Palmer, Esq. (LP 4719)
**AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email: lansing.palmer@akerman.com

-and-

Edmund S. Whitson, III, Esq.
**AKERMAN SENTERFITT**
SunTrust Financial Centre, Suite 1700
401 E. Jackson Street
Tampa, Florida (33602)
Post Office Box 3273 (33601-3273)
Phone: (813) 223-7333
Fax: (813) 223-2837
Email: edmund.whitson@akerman.com

*Attorneys for Oetiker, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all parties receiving electronic means.

I further certify that on August 8, 2007, the foregoing was served by overnight delivery to the following:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

-and-

-2-

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n:  John Wm. Butler, Jr.
        John K. Lyons
        Randall G. Reese

/s/ *Lansing R. Palmer*
*Attorneys for Oetiker, Inc.*