# EXHIBIT B

05-44481-rdd    Doc 8935-2    Filed 08/08/07    Entered 08/08/07 16:11:45    Exhibit B
Pg 1 of 2

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Objection

## EXHIBIT D-3 - CLAIMS SUBJECT TO MODIFICATION AND RECLAMATION AGREEMENT

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Docketed Total | | $360,413.11 | Claim Holder Name and Address | Modified Total | | $345,973.33 |
| Claim: 2229<br>Date Filed: 03/09/06<br>Docketed Total: $360,413.11<br>Filing Creditor Name and Address<br>NICHICON AMERICA CORPORATION<br>MASUDA FUNAI ET AL<br>C/O GARY D SANTELLA<br>203 N LASALLE ST STE 2500<br>CHICAGO IL 60601 | SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830 | | | | | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$360,413.11 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$11,497.88 |
| | | | | $360,413.11 | 05-44640 | | $5,052.44 | $329,423.01 |
| | | | | | | | $5,052.44 | $340,920.89 |
| | Claim Holder Name and Address | Docketed Total | | $187,374.96 | Claim Holder Name and Address | Modified Total | | $109,722.72 |
| Claim: 13929<br>Date Filed: 07/31/06<br>Docketed Total: $187,374.96<br>Filing Creditor Name and Address<br>PARKVIEW METAL PRODUCTS<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | PARKVIEW METAL PRODUCTS<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS MI 49501-0306 | | | | | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$187,374.96 | Case Number*<br>05-44640 | Secured | Priority<br>$17,050.64 | Unsecured<br>$92,672.08 |
| | | | | $187,374.96 | | | $17,050.64 | $92,672.08 |
| | Claim Holder Name and Address | Docketed Total | | $5,486,881.18 | Claim Holder Name and Address | Modified Total | | $5,171,725.92 |
| Claim: 14347<br>Date Filed: 07/31/06<br>Docketed Total: $5,486,881.18<br>Filing Creditor Name and Address<br>PHILIPS SEMICONDUCTORS INC<br>C/O ROBERT N MICHAELSON ESQ<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GR<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | NXP SEMICONDUCTORS USA INC<br>1109 MCKAY DR<br>SAN JOSE CA 95131 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,486,881.18 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$34,544.50 |
| | | | | $5,486,881.18 | 05-44640 | | $194,274.52 | $4,942,906.90 |
| | | | | | | | $194,274.52 | $4,977,451.40 |

*See Exhibit E for a listing of debtor entities by case number.

Page: 5 of 9