Vincent A. D'Agostino (VD-0120)
Erin H. Horn (EH-2020)
LOWENSTEIN SANDLER PC
65 Livingston Ave.
Roseland, New Jersey 07068
Tel.: 973.597.2500
Fax.: 973.597.2400

And

1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.262.6700

*Counsel to Cingular Wireless n/k/a AT&T Mobility, LLC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Delphi Corporation, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

MARK ENGELBART, being duly sworn on his oath according to law, deposes and says:

    1.    I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to Cingular Wireless n/k/a AT&T Mobility, LLC., in the above captioned matter.

    2.    I certify that on August 8, 2007, in accordance with the procedures for filing and services of responses as indicated in the *Debtors' Nineteenth Omnibus Objection (substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficient Documented Claims, (B) Claims no reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims*, I caused to be filed with the Court and served upon the parties on the attached service list, via Federal Express, the following document:

   *a.* *Response of Cingular Wireless n/k/a AT&T Mobility, LLC. to Debtors' Nineteenth Omnibus Objection (substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficient Documented Claims, (B) Claims no reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims.*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 8, 2007   /s/ Mark Engelbart
            Mark Engelbart

Sworn to before me this
8th day of August, 2007

/s/ Elizabeth Lawler
Notary Public
State of New Jersey
My commission expires 4/21/2011

-3-

**SERVICE LIST**

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 632
New York, New York  10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
*Counsel to the Debtors*