**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

In re:

DELPHI CORP., et al.

                Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

———————————————————————— x

# MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE*

      I, Jay L. Welford, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Microsys Technologies, Inc. and DC Coaters, Inc., in the above referenced case.

My:    Address is    27777 Franklin Road, Suite 2500,
                              Southfield, MI 48034-8214

        E-mail address is jwelford@jaffelaw.com

        Telephone number is 248-351-3000

        Facsimile is 248-351-3082

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

                                          JAFFE RAITT HEUER & WEISS, P.C.

Dated: August 8, 2007               By:  /s/ Jay L. Welford
                                                    Attorney Bar No. P34471 (MI)
                                                    Counsel for Microsys Technologies, Inc. and
                                                    DC Coaters, Inc.
                                                    27777 Franklin Road, Suite 2500
                                                    Southfield, MI 48034
                                                    Telephone: (248) 351-3000
                                                    Facsimile: (248) 351-3082
                                                    Email: jwelford@jaffelaw.com

1424018.01