| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Dc Coaters Inc

Name and address where notices should be sent:

Dc Coaters Inc
550 W Industrial Dr
Tipton IN 46072

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
DEL001

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated: _____

1. Basis for Claim
☑ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
  (date)    (date)

2. Date debt was incurred:
5/21/04 thru 1/25/06

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 11,422.93
(unsecured)    (secured)    (priority)    (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

THIS SPACE IS FOR COURT USE ONLY

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date<br>5-8-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>_[signature]_ MAX K. McNeal, CFO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
05444810604101914160471413

# DC Coaters, Inc.
## Claims against Delphi Automotive Systems

| Invoice Number | Date of Invoice | Original Invoice Amt | Amount Due |
|---|---|---|---|
| 19930 | 05/21/04 | $ 230.40 | $ 230.40 |
| 19980 | 05/26/04 | 962.86 | 962.86 |
| 713 | 10/01/04 | 169.38 | 67.82 |
| 1521 | 01/21/05 | 100.00 | 100.00 |
| 2117 | 04/14/05 | 336.42 | 129.71 |
| 2166 | 04/21/05 | 689.04 | 265.66 |
| 2212 | 04/27/05 | 1,126.98 | 434.51 |
| 2285 | 05/06/05 | 169.38 | 169.38 |
| 2511 | 06/07/05 | 2,420.82 | 933.36 |
| 3016 | 08/30/05 | 169.38 | 169.38 |
| 3018 | 08/30/05 | 163.20 | 163.20 |
| 3036 | 09/01/05 | 163.20 | 163.20 |
| 3037 | 09/01/05 | 169.38 | 169.38 |
| 3058 | 09/06/05 | 169.38 | 169.38 |
| 3063 | 09/07/05 | 163.20 | 163.20 |
| 3064 | 09/07/05 | 169.38 | 169.38 |
| 3086 | 09/09/05 | 169.38 | 169.38 |
| 3156 | 09/19/05 | 169.38 | 169.38 |
| 3176 | 09/21/05 | 163.20 | 163.20 |
| 3184 | 09/21/05 | 169.38 | 169.38 |
| 3189 | 09/22/05 | 169.38 | 169.38 |
| 3198 | 09/23/05 | 169.38 | 169.38 |
| 3210 | 09/26/05 | 163.20 | 163.20 |
| 3219 | 09/27/05 | 169.38 | 169.38 |
| 3237 | 09/28/05 | 163.20 | 163.20 |
| 3246 | 09/29/05 | 169.38 | 169.38 |
| 3270 | 10/03/05 | 579.28 | 579.28 |
| 3271 | 10/03/05 | 332.93 | 332.93 |
|  |  | $ 9,959.87 | $ 7,048.29 |

# INVOICE

DC Coaters, Inc
550 West Industrial Drive
Tipton, IN  46072

| | | |
|---|---|---|
| INVOICE # | : | 19930 |
| DATE | : | 05/21/2004 |
| DUE DATE | : | 05/21/2004 |
| TOTAL AMOUNT : | | $230.40 |
| TOTAL DUE | : | $230.40 |

Bill to:  Delphi-E
         Attn: Delphi-E

         USA

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| | 230.40 |
| **TOTAL AMOUNT:** | **$230.40** |

---

DC Coaters, Inc
550 West Industrial Drive
Tipton, IN  46072
United States

Customer Id:  DEL001
Invoice #:19930

Bill to:  Delphi-E
         Attn: Delphi-E

         USA

TOTAL DUE:                  $230.40

AMOUNT ENCLOSED:

Remit to:  DC Coaters, Inc
           550 West Industrial Drive
           Tipton, IN  46072
           United States

| DATE: | 05/21/2004 | TERMS: Net 30 | DUE DATE: | 05/21/2004 | PAGE 1 |
|---|---|---|---|---|---|

# INVOICE

DC Coaters, Inc
550 West Industrial Drive
Tipton, IN  46072

| | | |
|---|---|---|
| INVOICE # | : | 19980 |
| DATE | : | 05/26/2004 |
| DUE DATE | : | 05/26/2004 |
| TOTAL AMOUNT | : | $962.86 |
| TOTAL DUE | : | $962.86 |

Bill to:  Delphi-E
         Attn: Delphi-E

         USA

**DESCRIPTION / MEMO**                                                                                    **AMOUNT**

                                                                                                          962.86




                                                                          TOTAL AMOUNT:          $962.86


DC Coaters, Inc
550 West Industrial Drive
Tipton, IN  46072
United States

                                                                          TOTAL DUE:             $962.86

Customer Id:  DEL.001                                                     AMOUNT ENCLOSED:
Invoice #:19980

Bill to:  Delphi-E
         Attn: Delphi-E

         USA
                                                                          DC Coaters, Inc
                                                              Remit to:   550 West Industrial Drive
                                                                          Tipton, IN  46072
                                                                          United States

DATE:     05/26/2004        TERMS:  Net 30                     DUE DATE:   05/26/2004        PAGE 1

**DC Coaters, Inc**
550 West Industrial Drive
Tipton IN 46072

# Invoice

Invoice # : 0000713
Invoice Date : 10/01/2004
Due Date : 10/31/2004

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 9690-550014535          Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | | SUBTOTAL | $169.38 |
| | | | | TOTAL | $169.38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

**Invoice**

Invoice # : 0001521
Invoice Date : 01/21/2005
Due Date : 02/20/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 10383                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|------------|--------|
| TLOT | Tipton Lot Charge 50 pcs 10482897 | Each | 1 | $100.0000 | $100.00 |
|      |             |      | SUBTOTAL |            | $100.00 |
|      |             |      | TOTAL    |            | $100.00 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

# Invoice

Invoice # : 0002117
Invoice Date : 04/14/2005
Due Date : 05/14/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 10985          Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_10482891 | Bracket Coill | Each | 1869 | $0.1800 | $336.42 |
| | | | | SUBTOTAL | $336.42 |
| | | | | TOTAL | $336.42 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton IN 46072

**Invoice**

Invoice # : 0002166
Invoice Date : 04/21/2005
Due Date : 05/21/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 11032          Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_10482891 | Bracket Coill | Each | 3828 | $0.1800 | $689.04 |
|  |  |  |  | SUBTOTAL | $689.04 |
|  |  |  |  | TOTAL | $689.04 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable for its reasonable attorney's fees, court costs and other costs of colection

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

**Invoice**

Invoice # : 0002212
Invoice Date : 04/27/2005
Due Date : 05/27/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 11077                Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_10482891 | Bracket Coill | Each | 6261 | $0.1800 | $1,126.98 |
| | | | | SUBTOTAL | $1,126.98 |
| | | | | TOTAL | $1,126.98 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date   The equals 18% annually.
If account becomes past due and DC Coaters, Inc  must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

# Invoice

Invoice # : 0002285
Invoice Date : 05/06/2005
Due Date : 06/05/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 11153                Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | | SUBTOTAL | $169.38 |
| | | | | TOTAL | $169.38 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

**Invoice**

Invoice # : 0002511
Invoice Date : 06/07/2005
Due Date : 07/07/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 11386                     Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_10482891 | Bracket Coill | Each | 13449 | $0.1800 | $2,420.82 |
| | | | | SUBTOTAL | $2,420.82 |
| | | | | TOTAL | $2,420.82 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer shall be liable for its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton IN 46072

# Invoice

Invoice # : 0003016
Invoice Date : 08/30/2005
Due Date : 09/29/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 1968083005       Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | | SUBTOTAL | $169.38 |
| | | | | TOTAL | $169.38 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

**Invoice**

Invoice # : 0003018
Invoice Date : 08/30/2005
Due Date : 09/29/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 1970083005            Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_19053453 | Bracket coil | Each | 3200 | $0.0510 | $163.20 |
|  |  |  |  | SUBTOTAL | $163.20 |
|  |  |  |  | TOTAL | $163.20 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection