**DC Coaters, Inc**
550 West Industrial Drive
Tipton  IN 46072

## Invoice

Invoice # : 0003036
Invoice Date : 09/01/2005
Due Date : 10/01/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 11888                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DEL_19053453 | Bracket coil | Each | 3200 | $0 0510 | $163 20 |
| | | | SUBTOTAL | | $163 20 |
| | | | TOTAL | | $163 20 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually.
If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003037
Invoice Date : 09/01/2005
Due Date : 10/01/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 11889                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|------------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | SUBTOTAL | | $169.38 |
| | | | TOTAL | | $169.38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

Invoice Date : 09/01/2005      Terms : Net 30      Due Date : 10/01/2005      Customer Id : DEL001                    Page 1

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003058
Invoice Date : 09/06/2005
Due Date : 10/06/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 11940                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|------------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | SUBTOTAL | | $169.38 |
| | | | TOTAL | | $169.38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually.
If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003063
Invoice Date : 09/07/2005
Due Date : 10/07/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 11945                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053453 | Bracket coil | Each | 3200 | $0.0510 | $163.20 |
| | | | SUBTOTAL | | $163.20 |
| | | | TOTAL | | $163.20 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually.
If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

### Invoice

Invoice # : 0003064
Invoice Date : 09/07/2005
Due Date : 10/07/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 11946                      Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|------------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | SUBTOTAL | | $169.38 |
| | | | TOTAL | | $169.38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003086
Invoice Date : 09/09/2005
Due Date : 10/09/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 11969                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | | SUBTOTAL | $169.38 |
| | | | | TOTAL | $169.38 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually.
If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it. the customer
shall be liable for its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003156
Invoice Date : 09/19/2005
Due Date : 10/19/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 12043                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|------------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169 38 |
| | | | | SUBTOTAL | $169 38 |
| | | | | TOTAL | $169 38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date.  The equals 18% annually.
If account becomes past due and DC Coaters, Inc  must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003176
Invoice Date : 09/21/2005
Due Date : 10/21/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12064                           Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053453 | Bracket coil | Each | 3200 | $0.0510 | $163.20 |
| | | | | SUBTOTAL | $163.20 |
| | | | | TOTAL | $163.20 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton  IN 46072

**Invoice**

Invoice # : 0003184
Invoice Date : 09/21/2005
Due Date : 10/21/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 12065                     Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0 0941 | $169 38 |
| | | | SUBTOTAL | | $169 38 |
| | | | TOTAL | | $169 38 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually.
If account becomes past due and DC Coaters, Inc  must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003189
Invoice Date : 09/22/2005
Due Date : 10/22/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12077                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | SUBTOTAL | | $169.38 |
| | | | TOTAL | | $169.38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003198
Invoice Date : 09/23/2005
Due Date : 10/23/2005

**Bill to :**
Delphl-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12088                Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0.0941 | $169.38 |
| | | | | SUBTOTAL | $169.38 |
| | | | | TOTAL | $169.38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date  The equals 18% annually.
If account becomes past due and DC Coaters, Inc  must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003210
Invoice Date : 09/26/2005
Due Date : 10/26/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 12102                     Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053453 | Bracket coil | Each | 3200 | $0.0510 | $163.20 |
| | | | SUBTOTAL | | $163.20 |
| | | | TOTAL | | $163.20 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually. If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton  IN 46072

## Invoice

Invoice # : 0003219
Invoice Date : 09/27/2005
Due Date : 10/27/2005

Bill to :
Delphi-E
USA

Ship to :
Delphi-E
USA

Reference # : 12110                Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0 0941 | $169 38 |
|  |  |  | SUBTOTAL |  | $169 38 |
|  |  |  | TOTAL |  | $169 38 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually
If account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it  the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

## DC Coaters, Inc
550 West Industrial Drive
Tipton, IN 46072

### Invoice

Invoice # : 0003237
Invoice Date : 09/28/2005
Due Date : 10/28/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12125      Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053453 | Bracket coil | Each | 3200 | $0.0510 | $163.20 |
| | | | SUBTOTAL | | $163.20 |
| | | | TOTAL | | $163.20 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually
If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection

## DC Coaters, Inc
550 West Industrial Drive
Tipton, IN 46072

### Invoice

Invoice # : 0003246
Invoice Date : 09/29/2005
Due Date : 10/29/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12134                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053452 | Bracket coil | Each | 1800 | $0 0941 | $169 38 |
| | | | | SUBTOTAL | $169 38 |
| | | | | TOTAL | $169 38 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually
if account becomes past due and DC Coaters, Inc. must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003270
Invoice Date : 10/03/2005
Due Date : 11/02/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12160                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|------------|--------|
| DEL_19053452 | Bracket coil | Each | 6156 | $0.0941 | $579.28 |
| | | | | SUBTOTAL | $579.28 |
| | | | | TOTAL | $579.28 |

A 1 5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually
If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees court costs and other costs of colection.

**DC Coaters, Inc**
550 West Industrial Drive
Tipton, IN 46072

## Invoice

Invoice # : 0003271
Invoice Date : 10/03/2005
Due Date : 11/02/2005

**Bill to :**
Delphi-E
USA

**Ship to :**
Delphi-E
USA

Reference # : 12161                    Terms : Net 30

| Item | Description | Unit | Quantity | Unit Price | Amount |
|------|-------------|------|----------|-----------|--------|
| DEL_19053453 | Bracket coil | Each | 6528 | $0.0510 | $332.93 |
| | | | SUBTOTAL | | $332.93 |
| | | | TOTAL | | $332.93 |

A 1.5% per Month Finance Charge will be added to all Accounts 30 days past agreed due date. The equals 18% annually
If account becomes past due and DC Coaters, Inc must take legal action to collect the amount owed to it, the customer
shall be liable fot its reasonable attorney's fees, court costs and other costs of colection

Invoice Date : 10/03/2005    Terms : Net 30    Due Date : 11/02/2005    Customer Id : DEL001                    Page 1