# Creditor Data for Claim Number 5723

| Creditor Name: Dc Coaters Inc<br>Creditor Notice Name: | Date Claim Filed: 5/12/2006<br>Delphi Claim #: 5723<br>Court Claim #: 5723<br>Amend/Replace? No | | |
|---|---|---|---|
| Debtor Name: Delphi Corporation<br>Case Number: 05-44481 | | | |
| Claim Nature: General Unsecured<br>Amount of Claim: $11,422.93 | Creditor Info Altered? N<br>Objection Filed? Y  Basis: Books and Records;Wrong Debtor  Total Amount: $7,168.56<br>Objection History | | |
| Schedule:<br>Schedule Amt: | Basis | Status | Notes |
| | Wrong Debtor | Not resolved yet | |
| | Books and Records | Not resolved yet | |