Hearing Date and Time: August 16, 2007 at 10:00 a.m.
Response Date and Time: August 9, 2007 at 4:00 p.m.

**FOLEY & LARDNER LLP**
Lori V. Vaughan (LV 4555)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

David G. Dragich (Michigan Bar No. 63234)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           )
In re:                                                     )
                                                           )    Chapter 11
DELPHI CORPORATION, et al.,                                )    Case No. 05-44481 (RDD)
                                                           )    Jointly Administered
            Debtors.                                       )
-----------------------------------------------------------x

**RESPONSE OF PBR AUSTRALIA PARTY LTD. TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

PBR Australia Pty. Ltd. ("PBR") by its attorneys Foley & Lardner LLP, hereby submits this Response (the "Response") to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (c) Untimely Claim, and (d) Claims Subject to Modification, Tax Claims Subject to Modification, Modified

Claims Asserting Reclamation, and Consensually Modified and Reduced Claim (the "Nineteenth Omnibus Claims Objection"). In support of its Response, PBR respectfully represents as follows:

1. The Nineteenth Omnibus Claims Objection addresses Claim Number 2548 filed by PBR (the "Claim"). The Claim was filed against Delphi Automotive Systems LLC, case number 05-44640. The Claim asserts an unsecured claim against the Debtors in the amount of $562,192.18. A substantially similar claim for the same amount was filed against Delphi Corporation, case number 05-44481. Two claims were filed out of an abundance of caution because PBR was uncertain against which Debtor the claims are properly asserted.

2. The Debtors' Nineteenth Omnibus Claims Objection seeks to modify and reduce the Claim to $39,766.37. According to the Debtors, they have determined that the Claim (a) states the incorrect amount or is overstated, and/or (b) was filed and docketed against the wrong Debtor, and/or (c) incorrectly asserts secured or priority status. The Debtors provide no basis or details to support the Nineteenth Omnibus Claims Objection as it relates to the Claim specifically.

3. Section 502(a) of the Bankruptcy Code and Bankruptcy Rule 3001(f) provide that a properly filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim, unless a party objects. The party objecting to the claim has the burden of going forward and of introducing evidence sufficient to rebut the presumption of validity. In re Wells, 51 B.R. 563 (D. Colo. 1985); Matter of Unimet Corp., 74 B.R. 156 (Bankr. N.D. Ohio 1987). The Debtors have set forth no such evidence. Other than generic and vague representations, the Debtors offer neither evidence nor specific bases to object to the Claim. The Debtors fail to provide any supporting materials to support the Nineteenth Omnibus Claims Objection.

4. PBR, on the other hand, reiterates its position that the Claim is due and owing by the Debtors in the amounts set forth in the Claim. The documents supporting the Claim were annexed as exhibits previously filed and submitted. For ease of reference, PBR re-attaches hereto as **Exhibit A**, the Claim, with supporting documents, along with the claim filed against Delphi Corporation. Consistent with the Court's prior orders, PBR will continue to work with the Debtors in an effort to resolve the Claim.

WHEREFORE, PBR respectfully requests that the Court enter an order denying the Debtors' Nineteenth Omnibus Claims Objection with respect to its claim and award such other and further relief as may be just and proper.

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Lori V. Vaughan
Lori V. Vaughan (LV 4555)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

David G. Dragich (Michigan Bar. No. 63234)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for PBR Australia Pty. Ltd.

Dated: August 8, 2007

DETR_423154.2