UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DELPHI CORPORATION,

                                                            In Re: Case No. 05-44481
                                                             Chapter 11
                        Debtor.             Honorable Robert D. Drain

------------------------------------------------------------x

**RESPONSE OF ARNOLD CENTER, INC. TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTS CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX, CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

    Claimant Arnold Center, Inc. ("Arnold Center"), makes this response with respect to the Debtors' Objection to the Arnold Center's claim #12197 in the amount of $135,298.72.

1. The Arnold Center delivered goods and services to the Debtors with an invoice value of $135,298.72 which remains unpaid.

2. Until the Debtors' objection, the Arnold Center was unaware that the Debtors challenged the value or quality of any of the invoiced goods.

3. Although it is unclear, it appears that the Debtors have requested the Court to disallow the last invoice in the amount of $59,905.57.

4. It is unclear why for the Debtors assert that the full amount of its claim in the amount of $135,298.72 is still due and owing and that there are no defenses to the claim.

5. Arnold Center's claim outlines in detail by invoice, invoice number, date of invoice, purchase order and part number, which gives rise to each account.

    Wherefore, Arnold Center requests this Court dismiss the Debtors' Objection and all the Arnold Center's claim in the full amount of $135,298.72.

                                              LAMBERT, LESER, ISACKSON,
                                              COOK & GIUNTA, P.C.

                                              /s/ Susan M. Cook

Date: August 8, 2007.        By:  _____
                                              SUSAN M. COOK (P31514)
                                              Attorneys for Creditor Arnold Center, Inc.
                                              916 Washington Avenue, Suite 309
                                              Bay City, Michigan 48708
                                              Telephone: (989) 893-3518
                                              scook@lambertleser.com