TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
   :
In re: :
   : Chapter 11
DELPHI CORPORATION, et al., : Case No. 05-44481 [RDD]
   :
                    Debtors. : Jointly Administered
   :
-----------------------------------------------------------------x

**NOTICE OF SUFFICIENCY HEARING
WITH RESPECT TO DEBTORS' OBJECTION
TO PROOF OF CLAIM NOS. 11317, 11470 AND 11457
(BANK OF AMERICA, N.A.)**

**PLEASE TAKE NOTICE** that on May 22, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim numbers 11317, 11470 and 11457 (the "Proofs of Claim") filed by Bank of America, N.A. (the "Claimant") pursuant to the Debtors' (i) Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims and Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the

"Fifteenth Omnibus Claims Objection").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objection To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Order"), entered December 6, 2006, a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proofs of Claim and whether the Proofs of Claim state a colorable claim against the asserted Debtor is hereby scheduled for September 6, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

**[Concluded on the following page]**

**PLEASE TAKE FURTHER NOTICE** that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proofs of Claim. A copy of the Order is attached hereto for your convenience.

**PLEASE TAKE FURTHER NOTICE** that the Debtors may further adjourn the Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimants.

Dated:  New York, New York  
        August 8, 2007

DELPHI CORPORATION, *et al.*  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:  
/s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000