UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DELPHI CORPORATION,

                                                               In Re: Case No. 05-44481
                                                               Chapter 11
                           Debtor.       Honorable Robert D. Drain

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2007, I electronically filed the foregoing Response to Debtors' Nineteenth Omnibus Claims Objection with the Clerk of the Court using the ECF system and on August 8, 2007, I sent notification of such filing to the following:

jbutler@skaddenc.om; jalyonslaw@sbcglobal.net

and I hereby certify that I have mailed by UPS overnight mail the Response to Nineteenth Omnibus Claims Objection to the following non-ECF participants on August 8, 2007:

| | |
|---|---|
| Honorable Robert D. Drain | Delphi Corporation |
| United States Bankruptcy Judge | Attn: General Counsel |
| United States Bankruptcy Court | 5725 Delphi Drive |
| for the Southern District of New York | Troy, Michigan 48098 |
| One Bowling Green, Room 632 | |
| New York, New York 10004 | Skadden, Arps, Slate, Meagher & Flom, LLP |
| | Attn:  John Wm. Butler, Jr. |
| |         John K. Lyons |
| |         Joseph N. Wharton |
| | 333 West Wacker Drive, Suite 2100 |
| | Chicago, Illinois 60606 |

Respectfully submitted,

LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.

Dated: August 8, 2007.      By:    /s/ Susan M. Cook
                                                     SUSAN M. COOK (-31514)
                                                     Attorneys for Creditor Arnold Center, Inc.
                                                     916 Washington Avenue, Suite 309
                                                     P.O. Box 835
                                                     Bay City, Michigan 48707
                                                     Telephone: (989) 893-3518, Fax: (989) 894-2232
                                                     scook@lambertleser.com