UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )    Chapter 11
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
             Debtors.                                       )
------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, an employee of Foley & Lardner LLP, states that she caused a copy of the **Response of PBR Australia Party LTD. to Debtors' Nineteenth Omnibus Objection (SUBSTANTIVE) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims**, along with this Certificate of Service, to be served on August 8, 2007 upon the following parties by placing copies of same in a U.S. Mail depository, postage prepaid and clearly addressed on the date within stated, and by electronic mail, where indicated:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attn:  General Counsel

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606
jwharton@skadden.com

        */s/ Kathy Rose*
KATHY ROSE
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Dated: August 8, 2007

2