# PROOF OF CLAIM

**United States Bankruptcy Court _____ District Of _____**

This Space For Court Use Only

**Name of Debtor:** DELPHI CORPORATION

**Case Number:** 05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

MICROSYS TECHNOLOGIES INC.

**Name and Address where notices should be sent:**

MICROSYS TECHNOLOGIES INC
3710 NASHUA DRIVE, UNIT 1
MISSISSAUGA, ON L4V 1M5
CANADA

**Telephone Number:** 1 (905) 678-3288

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Last four digits of account or other number by which creditor identifies debtor:** 9813

Check here ☐ replaces ☐ amends a previously filed claim dated: _____
if this claim

### 1. Basis for Claim
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

### 2. Date debt was incurred:
13 SEP 2005

### 3. If court judgment, date obtained:

### 4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 5,836.37 CAD

✓ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

### 5. Total Amount of Claim at Time Case Filed: $ 5,836.37 CAD _____ _____ _____ CAD 5,836.37
(Unsecured)      (Secured)      (Priority)      (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

RECEIVED
J 17 2006
CLAIMS PROCESSING CENTER
USBC SDNY

**Date:** 13 Jan 2006

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):**
_signature_ JANE GOODYEAR, OFFICE MANAGER

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



Microsys Technologies Inc.
3710 Nashua Drive, Unit 1
Mississauga, ON  L4V 1M5
Canada
Tel: 1 (905) 678-3288
Fax: 1 (905) 678-3319

| SALES INVOICE | |
|---|---|
| SI-10247 | 9/13/2005 |

| Customer | Contact | Ship To |
|---|---|---|
| Delphi Safety & Interior Systems<br>250 Northwoods Blvd<br>PO Box 5051<br>Vandalia  OH 45377<br>UNITED STATES | Delphi Safety & Interior Systems<br>Delois Patrick<br>250 Northwoods Blvd<br>M/C 150<br>Vandalia, OH 45377<br>UNITED STATES<br>Tel: (937) 356-2657 | Delphi - T&I - Gadsden Plant<br>Delphi Corporation<br>4605 Airport Road<br>GADSDEN, AL 35904<br>UNITED STATES |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 1434 | NET 30 DAYS | 10/13/2005 | Corey Miller | 8/26/2005 |

| Sales Order | PO # | Reference | Ship Via | Page |
|---|---|---|---|---|
| SO-50182 | IVS64494 004 | | BEST WAY | 1 |

| L | Item | Description | Order | Ship | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | MS8990-001A | SureFire Upgrade - Special Order | 1 | 1 | $5,836.37 | EA | | $5,836.37 |
| 2 | | Modifications (as described in the attached spreadsheet titled "LAT Data collection proposal.xls" provided to Microsys by Dick Merrifield on November 11 2004) to the portion of the SureFire user interface that is responsible for generating data output for MAN-IT | | | | | | |
| 3 | | Includes software development, coordination of MAN-IT upgrade schedule with VIA, generation of updated SureFire software  delivery of software using telephone or internet connection  testing | | | | | | |
| 4 | | Delphi Alabama contact:  Claudia Allen | | | | | | |

GST Reg No 103678744RT
For information call +1 (905) 678-3288

Tax Details
EXEMPT $0 000

Payment Details

Amount Shown in CAD

| | |
|---|---|
| Taxable | $0 00 |
| Total Tax | $0 00 |
| Exempt | $5 836 37 |
| Total | $5 836 37 |
| Payment Disc | $0 00 |
| Paid | $0 00 |
| Balance | $5 836 37 |

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: DELPHI CORPORATION
Case Number: 05-44481 (RDD)

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
MICROSYS TECHNOLOGIES INC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and Address where notices should be sent:
MICROSYS TECHNOLOGIES INC
3710 NASHUA DRIVE, UNIT 1
MISSISSAUGA, ON L4V1M5
CANADA

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone Number: 1 (905) 678-3288

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor: 9813

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** 31 MAY 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 1775.00 USD
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5. Total Amount of Claim at Time Case Filed:** $ 1775.00 USD _____ _____ USD 1775.00
(Unsecured)  (Secured)  (Priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

RECEIVED FEB 17 2006 CLAIMS PROCESSING CENTER SDNY

Date: 13 Jan 2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
JANE GOODYEAR, OFFICE MANAGER

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

 Microsys Technologies Inc
3710 Nashua Drive, Unit 1
Mississauga, ON L4V 1M5
Canada
Tel: 1 (905) 678-3288
Fax: 1 (905) 678-3319

**SALES INVOICE**

| SI-10215 | 31-May-2005 |

| Customer | Contact | Ship To |
|---|---|---|
| Delphi Delco Electronics Corp<br>Attn: Manual Receipts<br>Processing MS-9A241<br>PO Box 9005<br>KOKOMO, IN 46904<br>UNITED STATES | Delphi E & S<br>Tony McCauley<br>One Corporate Center<br>MS:CTLLM<br>KOKOMO, IN 46902<br>UNITED STATES<br>Tel: (765) 451-2611<br>Fax: (765) 451-5750 | Delphi E&S Rimir<br>LIDC Receiving Warehouse<br>702 Joaquin Cavazos Road<br>LOS INDIOS TX 78567<br>UNITED STATES |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 2048 | NET 30 DAYS | 30-Jun-2005 | Agustin Leyva-vargas | 03-May-2005 |

| Sales Order | PO # | Reference | Ship Via | Page |
|---|---|---|---|---|
| SO-50223 | 450103271 |  | BEST WAY | 1 |

| L | Item | Description | Order | Ship | Price | M | Discount | Amount USD |
|---|---|---|---|---|---|---|---|---|
| 1 | MS8990-002A | SureFire Upgrade - Special Order | 1 | 1 | 1 775 00 | EA |  | 1 775 00 |
| 2 |  | Modifications to SureFire CAB test system to allow testing of new modules |  |  |  |  |  |  |
| 3 |  | Specifics: Add the 'DF' mask to the current 'AQ' mask  Add the "DG" mask to the 'AP" mask. All 4 of these masks will be active  Either the "AQ' or 'DF' mask will trigger the system to act like an AQ' currently does  Either the 'AP' or "DG' mask will trigger the system to act like an 'AP'' currently does |  |  |  |  |  |  |
| 4 |  | A remote installation is planned  The support of Rimir personnel for about 1/2 day will be required |  |  |  |  |  |  |

GST Reg No 103678744RT
For information call +1 (905) 678-3288

Tax Details

Payment Details
30-Nov-2005
WIRE_VEND_US
-1,775 00
30-Nov-2005 CK_USD
900521893 1 775 00

Amount Shown in USD

| Taxable | 0 00 |
|---|---|
| Total Tax | 0 00 |
| Exempt | 1 775 00 |
| Total | 1 775 00 |
| Payment Disc | 0 00 |
| Paid | 0 00 |
| Balance | 1 775 00 |