EXHIBIT A



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 314655 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 07/18/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



**SHIP TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| IVS60908 | SM02508 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 72.000 | 60.000 | 0.000 | 5.96000 | 357.60 |

CI: 16870588
Item: 10-DPH588-A

Description: 16770588 REV 2 HOUSING ASSEMBLY
U/M: EA
Date Shipped: 07/18/03

| 2 | 72.000 | 60.000 | 0.000 | 5.83000 | 349.80 |

CI: 16870566
Item: 10-DPH566-A

Description: 16870566 REV 2, HOUSING ASSEMBLY
U/M: EA
Date Shipped: 07/18/03

| 3 | 150.000 | 54.000 | 0.000 | 2.01000 | 108.54 |

CI: 16870583
Item: 10-DPH583-A

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 07/18/03

*Buyer
Bassam K houdari
(P) 248 655 8811*

Shipped on Packing Slip #:   14492

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 815.94 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 815.94 |

```
                    Packing Slip                                          Page:      1
                    From Warehouse: MAIN           Packing Slip:       14492

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                        Ship To: (0)
DELPHI S&I VANDALIA PLANT               DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION                      DELPHI CORPORATION
250 NORTHWOODS BLVD                     250 NORTHWOODS BLVD
PO BOX 5051 - MC #146                   PO BOX 5051 - MC #146
VANDALIA OH 45377-5051                  VANDALIA OH 45377-5051


Order Contact:
=====================================================================================
Pack Date  Order #   Cust PO           Ship Via               Weight Pkgs #
---------  -------   -------           --------               ------ ------
07/18/03   SM02508   IV860908          CENTRAL                689.00     3

=====================================================================================
Line/Rel   Item                  U/M   Qty Ordered   Qty Packed
--------   ----                  ---   -----------   ----------

1          10-DPH588-A            EA        72.000        60.000
           16770588 REV 2 HOUSING ASSEMBLY

           C/I: 16870588

2          10-DPH566-A            EA        72.000        60.000
           16870566 REV 2, HOUSING ASSEMBLY

           C/I: 16870566

3          10-DPH583-A            EA       150.000        54.000
           16870583 REV 2 CUSHION RETAINER ASM

           C/I: 16870583
```

# PTP Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:   1 of  1
DATE: 07/18/03

BOL NUM: B007070
PRO. NUM:
CARRIER: CENTRAL TRANSPORT INTERNATION
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
OMEGA AUTOMATION INC.
2850 NEEDMORE ROAD
DAYTON OH 45414

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 3 | PALLET | P/N 16770588 | 689.0 | LB | | 14492 | |
| | | P/N 16870566 | | | | | |
| 0 | | P/N 16870583 | 0.0 | | | | |
| | | PO IVS60908 | | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC 104500 CLASS 50 S-3

Order Value:
Shipper Per:

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight
**S782-105407-1**

(collect)

Total Weight:        689.0       Freight Charges
Total # Packages:   3            COD Fee

| COD Amt : | 0.00 | Total Charges: | 0.00 |
|---|---|---|---|

| Carrier: Per: | CENTRAL TRANSPORT INTERNATION | Carrier Signature: | Central Transport |
|---|---|---|---|
| Date: 07/18/03 | | Date: 7/18/03  Aneoray LCT 7823 ¢ | |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

7/18/03
(Signature Date)





TTL PIECES
3

TTL WEIGHT
599

Pieces Received ___3___

Driver _____ Date 7-32-3

**Central Transport**
**Delivery Receipt**



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 315999 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/15/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025599 | SM02650 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 2,421.000 | 2,421.000 | 0.000 | 0.55000 | 1,331.55 |

Item: 20-PM119

Description: 3M ACRYLIC FOAM DMC/MSCH59 1 3/4 X 5 3/4
U/M: EA
Date Shipped: 10/15/03
PER EMAIL FROM IVAN SALAZAR TO JUAN
ACOSTA DATED 10/14/03.
LINE ADDITION TO CUSTOMER ORDER FOR TAPE
SOLD BY PARKVIEW METAL PRODUCTS TO
DELPHI.

Shipped on Packing Slip #:   15838

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 1,331.55 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,331.55 |

# PMP Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639   PH (773) 622-8414   Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666   PH (512) 754-0200   Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106   PH (773) 622-8414   Fax 773-804-3050

ORDER VERIFICATION

PAGE:    1

SALESPERSON:   J.R. BRIGHT AGENCY

Fed ID: Tax ID 1:  36-2162183

**ROUTE TO**
C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Fed ID:  Tax ID 1:

## INVOICE 315999

Cust Curr: USD US DOLLAR

| ORDER# | CUST P.O. NUMBER | SHIP VIA | PK | PP | DATE ORDERED | TERMS | VER DATE |
|--------|------------------|----------|-----|-----|--------------|-------|----------|
| SM02650 | 550025599 | | | | 10/15/03 | | 10/15/03 |

| LINE/REL | DUE DATE | QTY ORDERED | ITEM | UNIT PRICE/NET AMOUNT |
|----------|----------|-------------|------|------------------------|
| 1 | | 2,421.000 | 20-PM119 | 0.55000 |
| | 10/15/03 EA | | | 1,331.55 |

3M ACRYLIC FOAM DMC/MSCH59 1 3/4 X 5 3/4

PER EMAIL FROM IVAN SALAZAR TO JUAN
ACOSTA DATED 10/14/03.
LINE ADDITION TO CUSTOMER ORDER FOR TAPE
SOLD BY PARKVIEW METAL PRODUCTS TO
DELPHI.

|  |  |
|---|---|
| Sale Amount: | 1,331.55 |
| Order Disc (   0.0000%): | 0.00 |
| Sales Tax: | 0.00 |
| | 0.00 |
| Fr: | 0.00 |
| MC: | 0.00 |
| Total: | 1,331.55 |

PLEASE REMIT TO: PO BOX 72047
CHICAGO, IL 60678-2047

PARKVIEW METAL PRODUCTS, Inc.

By

MATERIALS MANAGER

Packing Slip                                        Page:          1
From Warehouse: MAIN              Packing Slip:   15838

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000495                      Ship To: (3)
DELPHI S&I VANDALIA PLANT             DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                    DELPHI CORPORATION
250 NORTHWOODS BLVD                   1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                 DOCK 1&2
VANDALIA OH 45377-5051                BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 10/15/03 | SM02650 | 550025599 | FEDERAL EXPRESS | 100.00 | 5 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1 | 20-FM119<br>3M ACRYLIC FOAM DMC/MSCH59 1 3/4 X 5 3/4 | EA | 2,421.000 | 2,421.000 |

PER EMAIL FROM IVAN SALAZAR TO JUAN
ACOSTA DATED 10/14/03.
LINE ADDITION TO CUSTOMER ORDER FOR TAPE
SOLD BY PARKVIEW METAL PRODUCTS TO
DELPHI.

Invoice
315999

# Juan Acosta

| | |
|---|---|
| From: | dalila.garza [dalila.garza@delphi.com] |
| Sent: | Tuesday, October 14, 2003 5:43 PM |
| To: | JuanA@parkv.com; Jaso, Maria ; Salazar, Pedro I; Torres, Juan Carlos. |
| Subject: | FW: Tape |

Importance:          High


JUAN ;
PLEASE PROVIDE THE ADDITIONAL CHARGES THAT THIS IS GOING TO BRING AND LET ME KNOW

JUAN CARLOS ;
YOU NEED TO PROVIDE ME A W.O IN ORDER TO CHARGE THIS INTO LOE ACCOUNT

THANKS

Dalila Garza
ProductivePC&L Supervisor
Delphi Autmotive System
* Email:dalila.garza@delphi.com
* MX [868] 811.3500  Ext. 1213  Telephone
* US [956] 228.1213                    Telephone
* US (956) 768-5005 @my2way.com Pager
* US [956] 228.1393                    Fax

*INVOICE 315999* (handwritten)

-----Original Message-----
From: Salazar, Pedro I
Sent: Tuesday, October 14, 2003 5:18 PM
To: 'JuanA@parkv.com'
Cc: Garza, Dalila
Subject: RE: Tape
Importance: High


Juan,
The P.O. that you use for the other brackets is going to be the same for the Tape

1600 + 821 = 2421 tapes you have shipped to us

Thanks


-----Original Message-----
From: JuanA@parkv.com [mailto:JuanA@parkv.com]
Sent: Tuesday, October 14, 2003 3:01 PM
To: Salazar, Pedro I
Cc: BILLYB@parkv.com; SUSANP@parkv.com; KeithF@parkv.com
Subject: RE: Tape


        Ivan, I need a PO for the tape.  I shipped you 1,600 pcs a few weeks
ago. I also need a
        PO for those parts.  I currently only have 821 pcs that I can ship
out to you.

        The tape will ship today, but I need a PO.  the price of the tape is
.55 each.

1

Juan Acosta

-----Original Message-----
From: Pedro.I.Salazar [mailto:Pedro.I.Salazar@delphi.com]
Sent: Tuesday, October 14, 2003 1:44 PM
To: Juan Acosta (E-mail)
Subject: Tape
Importance: High


Hola Juan:
Necesito saber si tienes 1200 tapes rojos que nos puedas mandar por FedEx
Overnight.
FedEx Account # 171 28 53 13

Gracias!

Ivan Salazar
Delphi RIMIR
Phone: (956) 228 1132
Fax: (956) 228 1393
Email: pedro.i.salazar@delphi.com


INVOICE
315999



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 316795 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 12/02/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 477101 | SM02704 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 240.000 | 240.000 | 0.000 | 0.76330 | 183.19 |

Item: 10-DPH688-C

Description: 12212688, REV.D, CASE
U/M: EA
Date Shipped: 12/02/03

Balance
Due
IN
Full

Shipped on Packing Slip #:   16649

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 183.19 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 183.19 |

Inv# 316795

Packing                                          Packing    Page:      1
                                        Slip                 Slip:  16649
                                        From Warehouse: MAIN

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419                         Ship To: (4)
DELCO ELECTRONICS SYSTEMS                 DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER                      PLANT 83
P.O. BOX 9005                             601 JOAQUIN CAVAZOS
KOKOMO IN 46904                           LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|---|----------|--------|--------|
| 12/02/03 | SM02704 | 477101 | | CENTRAL | 322.00 | 5 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-3 | 10-DPH688-C | EA | 240.000 | 240.000 |
|  | 12212688, REV.D, CASE | | | |

**pmp**
Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

# UNIFORM STRAIGHT BILL OF LADING
# ORIGINAL-- NOT NEGOTIABLE

BOL NUM: B008071
PRO. NUM:
CARRIER: CENTRAL
VEH:
ROUTE:

PAGE: 1 of 1
DATE: 12/02/03
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
316795

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | CARTON | P/N 12212688 PO 477101 | 322.0 | LBS | | 16649 | |
| 2 | CARTON | P/N 12208641 PO 477101 | 153.0 | LBS | | 16650 | |

SKD   LSE CTN   DRM   BUN   ☐ SWAC
CRTS   BSKT   RCK   TOTE   ☐ SL & C
2 SWS-OF 7 CTN   SWS-STC   CTN
OTHER   SHIP.INIT. MS
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370
PICKUP STICKER

S782-105035-0   06

Special Instructions:
HARDWARE NOI I/S
NMFC1004500 50 S-3

Order Value:         0.00
Shipper Per:

Total Weight:         475.0
Total # Packages:     7

Freight Charges      (Collect)
COD Fee

COD Amt:              0.00   Total Charges:      0.00

Carrier:  CENTRAL
Per:
Date: 12/02/03

Carrier Signature:
Date:   12 / 2 / 03

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

Elizabeth Corty
(Signature of Consignor)

12 / 02 / 03
(Signature Date)



S782- 105035-0

INVOICE 316995

CSUR    CSUR    1    383B

120203 S785C 1 5 53-7656    X=

DELPHI                    PARKVIEW METAL PRODUCTS
601 JOAQUIN CAVAZOS RD    400 BARNES DR
LOS INDIOS, TX 78567      SAN MARCOS, TX 78666
00837    AC710E038B       08341    AB///NDSR

        C C SOUTHERN INC    P.O. BOX 33299 DETROIT, MI 48232

L121 BL-B008071

    BROWNSVILLE, TX          ROUTE INFO
    2 SKD OF 7 CTNHARDWARE   CL50      475      M      3800
                             FSC       .010            38

    PO#477101
    BL-B008071
    2 TTL                    COLL      475            383B
COLLECT AMOUNT DUE:  U.S. FUNDS $38.38
    826
    ORDER 3 16650
    ORDER # 16649
    N00043025                PLANT INFO
        S782- 105035-0


CENTRAL TRANSPORT ®                      Customer Receiving Info
DELIVERY RECEIPT
All claims for loss of damage must be reported immediately. By ruling of the Interstate Commerce
Commission extension of credit is limited to seven (7) days. We must request your compliance. A
Reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(i)

Driver Affix Labels          S782- 105035-0                     5
Here

                          TTL PIECES    Firm  NbC  VARGA?
                                                   Customer Sign Here
                               2        By  Nu(Ja
                                            Shipment Received in Good Order
                          TTL WEIGHT    Pieces Received  7 Cra 2 Skios.
                             475
                                        Driver          Date 12/3/03

        S782- 105035-0
      Central Transport
      Delivery Receipt

All claims for loss of damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven
(7) days. We must request your compliance. A Reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(i)

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 316956 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 12/10/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 485351 | SM02706 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 200.000 | 235.000 | 0.000 | 0.51900 | 121.97 |

Item: 10-DPH044-B

Description: 12228044, REV.B, COVER
U/M: EA
Date Shipped: 12/10/03

Shipped on Packing Slip #:   16810

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 121.97 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 121.97 |

INV# 316956

Reprint Packing Slip
From Warehouse: MAIN

Page: 1
Packing Slip: 16810

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 12/10/03 | SM02706 | 485351 | CENTRAL | 231.00 | 5 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1-3 | 10-DPH044-B | EA | 200.000 | 235.000 |
| | 12228044, REV.B, COVER | | | |

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 12/10/03

BOL NUM: B008156
PRO. NUM:
CARRIER: CENTRAL
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

*INVOICE*
*316956*

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

SKD   LSE CTN   DRM   BUN   □ SWAC
CRTS   BSKT   RCK   TOTE   □ SL & C
SWS-OF 37   CTN   SWS-STC ?   CTN

Driver's Signature Only Acknowledges Receipt of
**S782-107406-1**

| NO. PKGS | OTHER | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | REFERENCE | CK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | CARTON | P/N 12208752 PO 477101 | 1,437.0 | LBS | | 16808 | |
| 3 | CARTON | 12212688 PO 477101 | 209.0 | LBS | | 16809 | |
| 5 | CARTON | P/N 12228044 PO 485351 | 231.0 | LBS | | 16810 | |
| 2 | CARTON | P/N 12213603 PO 477868 | 82.0 | LBS | | 16811 | |
| 1 | CARTON | P/N 12244992 PO 488729 | 1.0 | LBS | | 16816 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 1,960.0
Total # Packages: 32

Freight Charges   (Collect)
COD Fee

COD Amt:   0.00   Total Charges:   0.00

Carrier: CENTRAL
Per:
Date: 12/10/03

Carrier Signature:
Date:

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

12/10/03
(Signature Date)

# CF CENTRAL TRANSPORT

**Pro Number**
S782-107406-1,

Ship Date
12/10/03

| Pieces | Weight |
|--------|--------|
| 6 | 1960 |

Reference Number

Freight Terms

**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI
801 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

Shipper:
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

**Special Instructions**
Delivery Trailer58-2309
COD Amount:0.0000

*Copy*

*Customer*

## Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

BOL NUM: B008156
PRO. NUM:
CARRIER: CENTRAL
VEH:
ROUTE:

PAGE:  1 of 1
DATE: 12/10/03
SHIPPER NUM:
CARRIER NUM:
FOB:

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
801 JOAQUIN CAVAZOS
LOS INDIOS TX 78557

S782-107406-1

| NO. PKGS | TYPE | MARKS, AND EXCEPTIONS | WEIGHT | UM | DATE CODE | REFERENCE |
|----------|------|----------------------|--------|-----|-----------|-----------|
| 21 | CARTON | P/N 12208752 PO 477101 | 1,437.0 | LBS | | 16808 |
| 3 | CARTON | 12212698 PO 477101 | 209.0 | LBS | | 16809 |
| 5 | CARTON | P/N 12228044 PO 485351 | 231.0 | LBS | | 15910 |
| 2 | CARTON | P/N 12213603 PO 477868 | 82.0 | LBS | | 16811 |
| 1 | CARTON | P/N 12244992 PO 488729 | 1.0 | LBS | | 16816 |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:        D.00
Shipper Per:

Total Weight:       1,960.0
Total # Packages:   32

Freight Charges      (Collect)
COD Fee

COD Amt:             0.00    Total Charges:       0.00

Carrier: CENTRAL      Carrier Signature:   CG L4 P70525  6SUS OF 32CTN
Per:
Date: 12/10/03        Date:   12/10/03

Signature of Consignee        (Signature Date)   12/10/03

**INVOICE 316956**

Pro Number
**S782-107406-1**

Stamp / Sign Here

Firm Delco
By Gonzalo Goyas
Pieces Received 6 SK 32 CT
Driver         Date 12/11/07
Arrive Time     Depart Time

**Additional Services Requested**
☐ Inside Delivery    ☐ Liftgate
☐ Residential Delivery   ☐ Driver Delay
☐ Sort - Segregate   ☐ Redelivery
Fees to be Paid by ___ Consignee ___ Shipper
Customer Signature

**Internal Use**
# And Type of Container ___
Part # ___
Qty. of Pcs Affected ___
Desc. ___
Skids ___
Date ___ Log# ___

 **Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 317527 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 01/22/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 477101 | SM02703 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-16 | 3,116.000 | 1,536.000 | 0.000 | 0.67700 | 1,039.87 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 01/22/04

Shipped on Packing Slip #:   17396

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,039.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,039.87 |

Packing Slip
From Warehouse: MAIN

Packing Page: 1
Slip: 17396

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/22/04 | SM02703 | 477101 | CENTRAL | 741.00 | |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-16 | 10-DPH752-C | EA | 3,500.000 | 1,536.000 |
| | 12208752, REV. E, CASE | | | |

INV # 317527

# Parkview Metal Products, Inc

**pmp**

400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B008462
**PRO. NUM:**
**CARRIER:** CENTRAL
**VEH:**
**ROUTE:**

**PAGE:** 1 of 1
**DATE:** 01/22/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agree to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
317527

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**S782-106435-1**

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 32 | CARTON | P/N 12208752 PO477101 | 741.0 | LBS | | 17396 | |
| 22 | CARTON | P/N 12228044 PO 0550040547 | 858.0 | LBS | | 17401 | |
| 32 | CARTON | P/N 12208646 PO 0550046982 | 790.0 | LBS | | 17402 | |
| 14 | CARTON | P/N 12213603 PO 0550047199 | 162.0 | LBS | | 17400 | |

| SKD | LSE CTN | DRM | BUN | ☐ SWAC |
|---|---|---|---|---|
| CRTS | RSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF 100 CTN | | | SWS-STO | CTN |
| OTHER | | | SHIP INT. | |

Subject to NMFC 100(CTN-100 and 49 USC 14706 and DOT 49 CFR 370

PICKUP STICKER

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00

**Shipper Per:**

**Total Weight:** 2,551.0
**Total # Packages:** 100

**Freight Charges** (Collect)
**COD Fee**

COD Amt: 0.00   Total Charges: 0.00

**Carrier:** CENTRAL
**Per:**
**Date:** 01/22/04

**Carrier Signature:** Re Roshing
**Date:** 01 / 22 / 04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_

01 / 22 / 04
_(Signature Date)_

**Parkview Metal Products, Inc.**
400 Bemes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL— NOT NEGOTIABLE

**CENTRAL TRANSPORT**

Pro Number:
S782-106435-1

PAGE: 1 of 1
DATE: 01/22/04

BOL NUM: B009462
PRO NUM:
CARRIER: CENTRAL
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

| Ship Date |  |
|---|---|
| 01/22/04 | |

| Pieces | Weight |
|---|---|
| 8 | 2551 |

Reference Number

Freight Terms:

Freight Charges Are
Collect

SCAC:    CTII

Consignee:

DELCO ELECTRONICS DELPHI
601 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

Shipper:
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

Special Instructions:
Delivery Trailer 53-5878
COD Amount: 0.0000

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR.
SAN MARCOS TX 78666
USA

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

S782-106435-1

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | UM | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 32 | CARTON | P/N 12208752 PO477101 | 741.0 | LBS | | 17396 | |
| 22 | CARTON | P/N 12228044 PO 0550040547 | 858.0 | LBS | | 17401 | |
| 32 | CARTON | P/N 12220865 PO 0550065902 | 790.0 | LBS | | 17402 | |
| 14 | CARTON | P/N 12211603 PO 0550047199 | 162.0 | LBS | | 17400 | |

Special Instructions:
HARDWARE NOT I/B
NMFC106500 50 S-3

Order Value:    0.00
Shipper Per:

Total Weight:    2,551.0
Total # Packages:    100

Freight Charges    (Collect)
COD Fee

| COD Amt: | 0.00 | Total Charges: | 0.00 |
|---|---|---|---|

Carrier Per: CENTRAL

Carrier Signature:  R. Rodri...

Date: 01/22/04

Date:  01/22/04

(Signature of Consignee)    (Signature Date)    01/22/04

Firm  DELCO

By  Gerardo Garcia

Pieces Received  85 SKIDS 106 PCS.

Driver  (signature)    Date 1/23/04

Arrive Time    Depart Time

**Pro Number**
**S782-106435-1**

**Stamp / Sign Here**

Additional Services Requested
☐ Inside Delivery    ☐ Liftgate
☐ Residential Delivery    ☐ Driver Delay
☐ Sort – Segregate    ☐ Redelivery
Fees to be Paid by  ☐ Consignee  ☐ Shipper
Customer Signature

Internal Use
# And Type of Container
Part #
Qty. of Pcs Affected
Desc.
Skids
Date    Log#

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(B)

INVOICE
317527



# Parkview Metal Products, Inc. Pg 23 of 44

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| fab 788067 | 1 |

| REMIT TO |
|----------|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 02/16/04 |



| BILL TO | SHIP TO |
|---------|---------|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 1<br>DELPHI T&I -ENG. CTR<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>BLDG 48 -- RECEIVING<br>VANDALIA OH 45377 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| IVS 62836 | S003917 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 100.000 | 1.000 | 0.000 | 148.87000 | 148.87 |

Item: 15-DEL7897

Description: 16897897 HOUSINGS
U/M: EA
Date Shipped: 02/16/04

*Full Balance Due $148.87* (handwritten)

*Buyer Bassem Khouri (P) 248 655 8811* (handwritten)

Shipped on Packing Slip #:    9556

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-7250

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 148.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 148.87 |

766067

Reprint Packing Slip
From Warehouse: MAIN

Packing   Page:   1
         Slip:   9556

From:
Parkview Metal Products
759 Industrial Drive
Bensenville IL 60106
Jeff Dec
773-622-8414

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (1)
DELPHI S&I -ENG. CTR
DELPHI CORPORATION
250 NORTHWOODS BLVD
BLDG 48 -- RECEIVING
VANDALIA OH 45377

Order Contact:
=========================================================================
Pack Date  Order #    Cust PO              Ship Via            Weight  Pkgs #
---------  --------   --------             --------            ------  ------
02/16/04   S003917    IVS 62836            AIR BORNE            5.00     1
=========================================================================
Line/Rel   Item                      U/M     Qty Ordered    Qty To Pack
--------   ----                      ---     -----------    -----------
1          15-DEL7897                EA       100.000        1.000
           16897897 HOUSINGS

# 132218

| | | |
|---|---|---|
| **1** Sender Account Number | Preprint Format No. | **3** Payment |
| 200293982 | 97901202 | Sender will be billed unless marked otherwise |

**Origin** ORD

**Airbill Number** 6947748566

**FROM** (Company)

PARKVIEW METAL PRODUCTS

Street Address SRC DIVISION

759 INDUSTRIAL DR

City BENSENVILLE    State IL    ZIP CODE (Required) 60106

Sent by (Name/Dept)

JAMIE TINAULT    Phone (Required) 773 804 4312

**2** TO (Company) PLEASE PRINT NEATLY

DELPHI CORPORATION

Street Address

250 NORTHWOODS BLVD #4 BLDG #48!

City VANDALIA    State OH    ZIP CODE (Required) 45377

Attention (Name/Dept)

REC. DEPT    Phone (Required) ( )

Description

METAL STAMPING

Sender's Signature    Airborne Signature Nukes    Date 2/16/04

Payment — Bill to: Receiver / 3rd Party    Account # (Required if 3rd Party)

Paid in Advance / Check No.    Amount

Billing Reference (will appear on invoice)

15-DEL 7897

**5** # of Pkgs 1    **6** Weight 54#    **7** Packaging

**4** Service Type — Express (Letter - 150 lbs)

Next Afternoon (Letter - 5 lbs)

Special Instructions

☐ Saturday Delivery

☐ Hold at Airborne

☐ Lab Pack Service    ☒ NEXT DAY

Declared Value ☐ or Asset Protection ☐ $    Shipment Valuation .00

Thank You
for Shipping
with Airborne!

**AIRBORNE EXPRESS**

PO BOX 662, SEATTLE, WA 98111-0662

1-800-247-2676

www.airborne.com    SENDER'S COPY

I NVOICE
788067

```
|AIRBILL NUMBER | DATE   | CHARGES |PU RTE/DB| DECLD.VAL.|   DHL EXPRESS (USA) INC.
                                                             1200 S PINE ISLAND ROAD
  ORD                                                        PLANTATION, FL  33324
   6947748566  |02/16/04|PREPAID  | SD 900  |              WWW.DHL-USA.COM
                                                             1 800 CALL-DHL
| SHIPPER AND CONSIGNEE

|S| PARKVIEW METAL PRODUCTS   FABRIC DIVISION         3-200293982
|H| 759 INDUSTRIAL DR         BENSENVILLE     IL 60106

|SENT BY  JAMIE TINAULT 773-804-4312

|C| DEL PHI CORPORATION                             0-
|O| 250 NIORTHWOODS BLVD BLDG VANDALIA       OH 45377

|ATTN    REC DEPT

|BILL TO                                          ENTRY STATION: RE6
                                                  OPERATOR ID:   RE6
  200293982              N15     FACSIMILE
PARKVIEW METAL PRODUCTS                ORD 940   4799927
FABRIC DIVISION                 AIR WAYBILL
759 INDUSTRIAL DR
BENSENVILLE       IL 60106

|REF 15-OEL 7897

|NO.PCS|DESCRIPTION OF CONTENTS            | SRVC | WEIGHT | SCL/CMM | TOTAL CHARGES |

|   1  |                                   |      |   5    | 29300/E3| $    20.89 |
                                                           S  0
| A

|FREIGHT    |P/U| PICKUP  | DELIVERY | SHIP VALUE |  FEES   |      FEES APPLIED
|CHARGES    | # |         |          | PROTECTION |
   19.80    | 1 |         |          |            | $  1.09 | FUEL SURCHARGE  5.5% APPLIED

|ADVANCES   | ADVANCE    | C.O.D.    |
| ORIGIN    |  DEST.     |  FEE      |
                                      | C.O.D--->

| THANK YOU FOR CHOOSING DHL

|RECEIVED BY                                      |TRFF.DEST|DATE     |TIME    STA
                                                  |     DNT |
| X    LD    LD LOF 250 NORTHWOODS  DR   02723336   422    1 | CTL-DNT |02/17/04 |08:17   DNT
```

INVOICE
788067



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319233 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 04/14/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550046982 | SM02805 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-33 | 1.000 | 912.000 | 0.000 | 0.42090 | 383.86 |

Item: 10-DPH646-C

Description: 12208646, REV.D, COVER TOP
U/M: EA
Date Shipped: 04/14/04

Shipped on Packing Slip #:   19127

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 383.86 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 383.86 |

Packing Slip    Packing Slip:    Page: 1
From Warehouse: MAIN    s-sm19127

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|---|----------|---|--------|--------|
| 04/14/04 | SM02805 | 0550046982 | | OUR DELIVERY | | 322.00 | 19 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|---|-----|-------------|------------|
| 1-33 | 10-DPH646-C | | EA | 1.000 | 912.000 |
| | 12208646, REV.D, COVER TOP | | | | |
| | 12208646, REV.D, COVER TOP | | | | |

Inv# 319233

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

## UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL-- NOT NEGOTIABLE

PAGE: 1 of 1
DATE: 04/14/04

BOL NUM: B009190
PRO. NUM:
SHIPPER NUM:
CARRIER: PRO TRANS C/O FED EX FREIGHT          CARRIER NUM:
VEH:                                            FOB:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

INVOICE
319233

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 27 | CARTON | P/N 12213603 PO 0550047199 | 554.0 | LBS | | SM19126 | |
| 2 | CARTON | P/N 12212688 PO 550046982 | 60.0 | LBS | | SM19129 | |
| 57 | CARTON | P/N 12208752 PO 550046982 | 3,123.0 | LBS | | SM19128 | |
| 19 | CARTON | P/N 12208646 PO 0550046982 | 322.0 | LBS | | SM19127 | |
| 10 | CARTON | P/N 12228044 PO 0550040547 | 150.0 | LBS | | SM19152 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

Driver signature acknowledges receipt of freight only.
Terms & Conditions of the Carrier's Tariff apply.
**FedEx Freight**

61551702-8

ARRIVE          DEPART

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:          0.00
Shipper Per:

Total Weight:          4,209.0          Freight Charges          (Collect)
Total # Packages:     115              COD Fee

COD Amt:          0.00          Total Charges: *PMT EX 2S650.00*

Carrier: PRO TRANS C/O FED EX FREIGHT
Per:
Date: 04/14/04

Carrier Signature:
Date: 4/14/04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)          4/14/04          (Signature Date)



FedEx Freight

FedEx Freight East
2200 FORWARD DRIVE
HARRISON AR 72601
800.874.4723

DELIVERY RECEIPT

Freight Bill Number
615517028    EO

Page 1 OF 1

B/L #

CONSIGNEE
DELPHI DELCO
601 JOAQUIN CAVAZOS MEMORIAL D
LOS INDIOS          TX 78567

P.O. #

Trailer # P11450

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES ST
UNKNOWN
SAN MARCOS         TX 78666

Ship Date  Origin  Dest
04/14/04   STX     HRL

HANDLING UNITS    DESCRIPTION
1  YES  HARDWARE, IRON OR STEEL
             SKIDS
7  NO   INSPECTING TERMINAL
0042.09      ORIGINAL WEIGHT
001933  **SHIPMENT REWEIGHED AS ABOVE**
000005 - FUEL SURCHG INL SHPT 20%
             DEFICIT WT-LOWER CHARGES
             RATED AS:

WEIGHTS  RATE  CLASS  RATE  CHARGES
4995  104500.00  050
5000
4995

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

□ PREPAID   □ WILL INVOICE THIRD PARTY    WILL INVOICE RESPONSIBLE PARTY

ACCESSORIAL SERVICE(S) PERFORMED
□ INSIDE DELIVERY                    □ LIFTGATE
□ RESIDENTIAL/LIMITED ACCESS         □ DETENTION
□ SORT or SEGREGATE                  □ OTHERS

ASK ABOUT OUR INTERREGIONAL SERVICE!
Received by: Andrew Garza
Date: 4-15-04   Arrive: 10:45   Depart: 11:46
Deliv. Driver: Gabby Ramirez   Driver #: 31   # of Skids Deliv.
□ DELIV. WITH S/W INTACT   □ OVER  □ DAMAGE
□ CLEAR  □ SHORT
EXCEPTIONS:

Customer Requirements/Appointment Instruction

INVOICE
319233

DRIVER COPY



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 319333 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000457 | 04/19/04 |



BILL TO

DELPHI   E & C
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315

SHIP TO

2
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550034181 | SM03063 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-1 | 364.000 | 364.000 | 0.000 | 0.39400 | 143.42 |

CI: 25348423
Item: 10-DPH423-A

Description: 25348423 REV B BRACKET REAR LEFT
U/M: EA
Date Shipped: 04/19/04

Shipped on Packing Slip #:   19231

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL**
metal stampings     tools and dies     assembly     prototype     short run stampings     production
painting

| | |
|---|---|
| SALES AMOUNT | 143.42 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 143.42 |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                    Page: 1
                                                                          s-sm19231

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000457                         Ship To: (2)
DELPHI E & C                             DELPHI AUTOMOTIVE SYS.
32 CELERITY WAGON                        EQUIPMENT AND TOOLING
ATTN: ENRIQUE LOZA                       48 WALTER JONES
M/C 799 MTC-301                          BLDG "B" DOCK   87
EL PASO TX 79906-5315                    EL PASO TX 79906

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 04/19/04 | SM03063 | 550034181 | PRO-TRANS | 50.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-1 | 10-DPH423-A | EA | 500.000 | 364.000 |
|  | 25348423 REV B BRACKET REAR LEFT | | | |
|  | C/I: 25348423 | | | |

Inv# 319333

# Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:   1 of  1
DATE: 04/19/04

**BOL NUM:** B009222
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O FED EX FREIGHT
**VEH:**
**ROUTE:**

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
319333

**DESTINATION**
DELPHI AUTOMOTIVE SYS.
EQUIPMENT AND TOOLING
48 WALTER JONES
BLDG "B"  DOCK  87
EL PASO TX 79906

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | CARTON | P/N 25348422<br>PO 5500364181 | 114.0 | LBS | | SM19230 | |
| 3 | CARTON | P/N 25348423<br>PO 550034181 | 50.0 | LBS | | SM19231 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | PO BOX 780<br>PLAINFIELD IN 46168 | 0.0 | | | | |

Driver signature acknowledges receipt of freight only.
Terms & Conditions of the Carrier's Tariffs apply.
61551802-6

**FedEx** Freight

ARRIVE           DEPART

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:**               0.00
**Shipper Per:**

**Total Weight:**      164.0
**Total # Packages:**      7

Freight Charges     (Collect)
COD Fee

COD Amt:                          0.00          Total Charges: FNFEX 1865 0.00

**Carrier:** PRO TRANS C/O FED EX FREIGHT
**Per:**
**Date:** 04/19/04

**Carrier Signature:**
**Date:**

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement;

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

4/19/04
_____
(Signature Date)





**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639  •  PH (773) 622-8414  •  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  •  PH (512) 754-0200  •  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  •  PH (773) 622-8414  •  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320743- | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 07/02/04 |



BILL TO

DELPHI E&I & I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| IVS65155 | | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | | |

THIS INVOICE IS TO CHARGE DELPHI FOR
OVERTIME COST CHARGED BY OKLAHOMA CUSTOM
COATING FOR 16901375 HOUSING.

| | |
|---|---|
| SALES AMOUNT | 640.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 640.00 |

PLEASE REMIT TO: PO BOX 72047
CHICAGO, IL 60678-2047

ACCOUNTING COPY

metal stampings  •  tools and dies  •  assembly  •  prototype  •  short run stampings  •  production painting



**DELPHI** — Automotive Systems

PAGE

**PURCHASE ORDER:** IVS65155

TO:
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

SHIP TO:
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521   US

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051   US

PHONE: 765-451-0703
V HOFFMANN   Buyer
ZT   PURCHASING AGENT

ORDER DATE 06/17/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

PAYMENT TERMS NET   2ND DAY OF 2ND MONTH

SHIP VIA: UNITED PARCEL SERVICE-GENERAL

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE/MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PR2D3674 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | 06/18/04 | C  0.00% | 640.0000 | |
| | | | | 16901375 HOUSING FOR FORD OVERTIME FOR COAST OKLAHOMA SHIP TO: DELPHI RIMIR WHO ORDERED: DP/GARZA | | | | | |

* * * * *   N O T E   * * * * * * * * * * * * * * * * *
FOR QUESTIONS REGARDING THIS ORDER/RELEASE,
INCLUDING PAYMENT, CALL PAT REISZ ON 937-356-2042 OR
DELOIS PATRICK ON 937-356-2657
*********SHIPPING INSTRUCTIONS*********
CONSIGN SHIPMENTS TO THE FOLLOWING ADDRESS OR AS
OTHERWISE INDICATED ON ROUTING INSTRUCTION LETTER:
DELPHI-RIMIR
1900 BILLY MITCHELL BLVD., DOCKS 1 & 2
BROWNSVILLE, TEXAS 78521
IF YOU HAVE NOT RECEIVED A ROUTING INSTRUCTION
LETTER, USE THE FOLLOWING INSTRUCTIONS.
LESS-THAN TRUCKLOAD:
150 LBS. OR LESS - UNITED PARCEL SERVICE
151 LBS. OR MORE. - RYDER FREIGHT SYSTEM
AIRFREIGHT: EMERY WORLDWIDE

CONTINUE PAGE 2

A004683   USER CONNIE J FOURMAN

SMDL03 11/98

**DELPHI** Automotive Systems

**PURCHASE ORDER:** IVS65155

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521                        US

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051                   US

TO:
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                   US

VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 06/17/04 | |

PHONE: 765-451-0703
V HOFFMANN  Buyer
ZT

| ALTERATION EFFECTIVE DATE |
|---|
| |

PURCHASING AGENT

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

SHIP VIA
UNITED PARCEL SERVICE-GENERAL

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT :- FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | REQ. NUMBER | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TRUCKLOAD OR SPECIAL EQUIPMENT: | | | | | |
| | | | | | CALL RIMIR TRANSPORTATION DEPARTMENT | | | | | |
| | | | | | (956) 548-2201, CARMILO CARRANCA EXTENSION 260 | | | | | |
| | | | | | TO HELP EXPEDITE CROSSING OF INCOMING SHIPMENTS, | | | | | |
| | | | | | PLEASE FAX THE FOLLOWING INFORMATION TO CAMILO | | | | | |
| | | | | | CARRANCA GARCIA ON 956-548-1886: | | | | | |
| | | | | | - VENDOR NAME | | | | | |
| | | | | | - DESCRIPTION OF ITEM | | | | | |
| | | | | | - CARRIER USED | | | | | |
| | | | | | - AIR BILL OR BILL OF LADING NUMBER | | | | | |
| | | | | | - HOW IT IS PACKED - WOOD BOX, CRATE, ETC. | | | | | |
| | | | | | - WEIGHT | | | | | |
| | | | | | - OUTSIDE DIMENSION OF PACKAGE | | | | | |
| | | | | | - EXPECTED DATE ARRIVES BROWNSVILLE | | | | | |
| | | | | | - CERTIFICATION OF ORIGIN | | | | | |
| | | | | | IF WE HAVE THE ABOVE INFORMATION AHEAD OF TIME WE | | | | | |
| | | | | | CAN BRING ITEMS ACROSS THE BORDER FAST AND WITH | | | | | |
| | | | | | LESS CONFUSION. | | | | | |
| | | | | | | | | | | |
| | | | | | SELLER, AND ANY GOODS AND SERVICES SUPPLIED | | | | | |
| | | | | | BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND | | | | | |
| | | | | | COMPATIBLE, AND SHALL FUNCTION WITHOUT | | | | | |
| | | | | | ERROR OR FAULT IN THE PROCESSING (INCLUDING, | | | | | |
| | | | | | BUT NOT LIMITED TO CALCULATING, MANAGING, | | | | | |
| | | | | | MANIPULATING, COMPARING AND SEQUENCING) OF | | | | | |
| | | | | | DATE AND DATE-RELATED DATA, FOR THE YEARS | | | | | |

This order is not binding until accepted. Acceptance should be signified on acknowledgement copy which should be returned to Buyer.

CONTINUE PAGE 3

A004683   USER CONNIE J FOURMAN

SMDL03 11/98

# DELPHI
, Automotive Systems

**PURCHASE ORDER:** IVS65155

PAGE 3

SHIP TO:
```
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE, TX
78521                         US
```

INVOICE TO:
```
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051                    US
```

TO:
```
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                    US
```

VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE 06/17/04 | PHONE: 765-451-0703 |
| --- | --- |
| ALTERATION ISSUE DATE | Y HOFFMANN Buyer |
| ALTERATION EFFECTIVE DATE | ZT PURCHASING AGENT |

SHIP VIA: UNITED PARCEL SERVICE-GENERAL

This order is not binding until actual Acceptance. Acceptance should be evinced by an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are terms and conditions which Seller agrees to by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT MEAS | PRICE/ MULTIPLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 2000 AND BEYOND. AT BUYERS' REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. ************************************** PLEASE NOTE THAT THIS PURCHASE ORDER IS BEING ISSUED WITH A NEW PAYMENT TERM. THE TERM 2ND DAY - 2ND MONTH, MEANS THAT FOR AN EXAMPLE, MATERIAL SHIPPED/ RECEIVED IN JANUARY, PAYMENT WOULD BE ISSUED ON MARCH 2. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE BUYER AT THE TELEPHONE NUMBER SHOWN ABOVE. * * NOTE ! * * * NOTE ! * * * NOTE ! * * * NOTE ! * TO ENSURE TIMELY PAYMENT, THIS INVOICE MUST BE SENT TO: DELPHI AUTOMOTIVE SYSTEMS INTERIOR SYSTEMS P.O. BOX 5051 VANDALIA, OHIO 45377 MAIL CODE #146 ALSO, THE FOLLOWING INFORMATION MUST BE INCLUDED ON YOUR INVOICES: 1. PURCHASE ORDER NUMBER (INCLUDES ALPHA PREFIX) 2. UNIT OF MEASURE (AS REFERENCED ON THE P.O.) 3. PACKING SLIP OR BILL OF LADING NUMBER 4. PART NO/ITEM ID NO. (AS SHOWN ON P.O.) 5. TERMS 6. QUANTITY | | | | | |

CONTINUE PAGE 4

SMIDL03 11/98

A004683   USER CONNIE J FOURMAN

# DELPHI
## Automotive Systems

**PURCHASE ORDER:** IVS65155

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 765-451-0703
Buyer: V HOFFMANN
ZT

PURCHASING AGENT

| ORDER DATE | 06/17/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP TO:
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521                        US

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051                   US

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                   US

VENDOR NUMBER 62-282-5040
TO: PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

SHIP VIA: UNITED PARCEL SERVICE-GENERAL
F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE! % | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEAS |

7. INVOICE NUMBER AND REQUESTOR'S NAME (NOT BUYER)
8. DATE
9. SHIP DATE
10. PRICE AND TOTAL DUE
11. MATERIAL RELEASE NUMBER (INCLUDES ALPHA PREFIX
    OF BLANKET P.O.'S)
12. "SHIP TO" LOCATION OF MATERIAL
13. "SOLD TO" LOCATION (PURCHASING LOCATION)
14. ACCOUNT NUMBER FOR EACH ITEM
15. ONE PURCHASE ORDER NUMBER PER INVOICE!
PLEASE MAKE SURE YOUR PACKING SLIP CONTAINS THE
FOLLOWING INFORMATION:
    1. PURCHASE ORDER NUMBER (INCLUDES ALPHA PREFIX)
    2. ITEM IDENTIFICATION NUMBER (AS SHOWN ON P.O.)
    3. UNIT OF MEASURE (AS SHOWN ON P.O.)
    4. ITEM ID. - DESCRIPTION
    5. RELEASE NUMBER (IF APPLICABLE).
    6. VENDOR NUMBER (AS SHOWN ON P.O.)
    7. WHO ORDERED (AS SHOWN ON P.O.)
*********SALES AND USE TAX EXEMPTION***********
DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITHIN THE STATES LISTED
BELOW. DELPHI AUTOMOTIVE SYSTEMS, LLC ("DELPHI")
HOLDS DIRECT PAY AUTHORITY WITH THESE STATES. AS A
RESULT, IN ALL OF THE IDENTIFIED STATES DELPHI WILL
REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR

CONTINUE PAGE 5

A004683   USER CONNIE J FOURMAN

SMDL03 11/98

# DELPHI
*Automotive Systems*

**PURCHASE ORDER:**   IVS65155

PAGE 5.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 765-451-0703
V HOFFMANN    Buyer
ZT

PURCHASING AGENT

**TO:**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

**SHIP TO:**
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE, TX
78521
US

**INVOICE TO:**
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051
US

This order is not binding until accepted. Acceptance should be denoted on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the Terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the fact and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto shall Apply.

| PAYMENT TERMS | ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | 06/17/04 | | | UNITED PARCEL SERVICE-GENERAL | SHIPPING POINT - FREIGHT COLLECT DESTINATION UNLESS OTHERWISE INDICATED |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | USE-TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY AND SERVICES. THEREFORE, EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX LICENSE NUMBERS FOR THE ELEVEN (11) STATES, OR DELPHI LOCATIONS WITHIN A STATE, WHERE DELPHI HOLDS DIRECT PAY AUTHORITY. | | | | | | |
| | | | | ALABAMA | 805 | | 383-431-131/000 | | | |
| | | | | GEORGIA | 300-45870-8 | NEW JERSEY | 333-431-131/000 | | | |
| | | | | INDIANA | 101870213001 | NEW YORK | DP-3487 | | | |
| | | | | KANSAS | 98-0003A | OHIO | 98-002667 | | | |
| | | | | MICHIGAN | 38-3431131 | TEXAS | 1-38-3431131-1 | | | |
| | | | | MISSISSIPPI | 4375 | WISC. | WDP-99-01-010037 | | | |
| | | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR, AND SHOULD BE INCLUDED IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO SECTION 7 OF THE DELPHI 1638 (12/95 REV 1) "CONSTRUCTION GENERAL CONDITIONS." UNLESS THE RESPONSIBILITY FOR PAYMENT OF SALES, & USE TAXES ARE OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. | | | | | | |

A004683   USER CONNIE J FOURMAN

CONTINUE PAGE 6

SNDL02 11/98

**DELPHI**
Automotive Systems

**PURCHASE ORDER:** IVS65155

PAGE .

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

SHIP TO:
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521
US

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Herein, additional Terms and Conditions Attached Hereto Apply.

PHONE: 765-451-0703
V HOFFMANN          Buyer
ZT

PURCHASING AGENT

ORDER DATE 06/17/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA   UNITED PARCEL SERVICE-GENERAL

F.O.B.   SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED   FREIGHT COLLECT

| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ. NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO:
DELPHI DISBUSEMENTS-CUSTOMER CENTER
PHONE: (248) 874-4636

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A004683   USER CONNIE J FOURMAN

LAST PAGE

SMDL03 11/98



# DELPHI
Automotive Systems

**PURCHASE**

**PAGE** 1

**ORDER:** IVS65155

TO:
```
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                    US
```

SHIP TO:
```
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521                         US
```

INVOICE TO:
```
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051                    US
```

```
VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666
```

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 765-451-0703
**V HOFFMANN**                Buyer
**ZT**
PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 06/17/04 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

| PAYMENT TERMS | | | SHIP VIA | | |
|---|---|---|---|---|---|
| NET  2ND DAY OF 2ND MONTH | | | UNITED PARCEL SERVICE-GENERAL | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| | | | | SHIPPING POINT - FREIGHT COLLECT | | | | | | |
| 00001 | 1 | PR2D3674 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | 16901375 HOUSING FOR FORD OVERTIME FOR COAST | | | 06/18/04 | C  0.00% | 640.0000 | | |
| | | | OKLAHOMA | | | | | | | |
| | | | SHIP TO: DELPHI RIMIR | | | | | | | |
| | | | WHO ORDERED: DP/GARZA | | | | | | | |
| | | | * * * * *       N O T E       * * * * * * * * * * * | | | | | | | |
| | | | FOR QUESTIONS REGARDING THIS ORDER/RELEASE, | | | | | | | |
| | | | INCLUDING PAYMENT, CALL PAT REISZ ON 937-356-2042 OR | | | | | | | |
| | | | DELOIS PATRICK ON 937-356-2657. | | | | | | | |
| | | | ******* ***SHIPPING INSTRUCTIONS*********** | | | | | | | |
| | | | CONSIGN SHIPMENTS TO THE FOLLOWING ADDRESS OR AS | | | | | | | |
| | | | OTHERWISE INDICATED ON ROUTING INSTRUCTION LETTER: | | | | | | | |
| | | | DELPHI-RIMIR | | | | | | | |
| | | | 1900 BILLY MITCHELL BLVD., DOCKS 1 & 2 | | | | | | | |
| | | | BROWNSVILLE, TEXAS 78521 | | | | | | | |
| | | | IF YOU HAVE NOT RECEIVED A ROUTING INSTRUCTION | | | | | | | |
| | | | LETTER, USE THE FOLLOWING INSTRUCTIONS. | | | | | | | |
| | | | LESS-THAN TRUCKLOAD: | | | | | | | |
| | | | 150 LBS. OR LESS -  UNITED PARCEL SERVICE | | | | | | | |
| | | | 151 LBS. OR MORE - RYDER FREIGHT SYSTEM | | | | | | | |
| | | | AIRFREIGHT: EMERY WORLDWIDE | | | | | | | |

CONTINUE PAGE 2

```
A004683   USER CONNIE J FOURMAN
```

SMDLO3 11/88



**DELPHI**
Automotive Systems

PAGE 2

# PURCHASE ORDER: IVS65155

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 765-451-0708
V HOFFMANN    Buyer
ZT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 06/17/04 | |

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

**SHIP TO:**
DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521                                          US

**INVOICE TO:**
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051                                     US

**TO:**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                                     US

VENDOR NUMBER 62-282-5040
PARKVIEW METAL PRODUCTS INC
400 BARNES DR
SAN MARCOS TX
78666

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which, must be returned to Buyer.
On the reverse side hereof has the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions with be binding upon the buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA: UNITED PARCEL SERVICE-GENERAL

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT :- FREIGHT COLLECT

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | MFG. NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | TRUCKLOAD OR SPECIAL EQUIPMENT: | | | | | | |

CALL RIMIR TRANSPORTATION DEPARTMENT:
(956) 548-2201, CARMILO CARRANCA EXTENSION 260
TO HELP EXPEDITE CROSSING OF INCOMING SHIPMENTS,
PLEASE FAX THE FOLLOWING INFORMATION TO CAMILO
CARRANCA GARCIA ON: 956-548-1886:
-- VENDOR NAME
-- DESCRIPTION OF ITEM
-- CARRIER USED
-- AIR BILL OR BILL OF LADING NUMBER
-- HOW IT IS PACKED - WOOD BOX, CRATE, ETC.
-- WEIGHT
-- OUTSIDE DIMENSION OF PACKAGE
-- EXPECTED DATE ARRIVES BROWNSVILLE
-- CERTIFICATION OF ORIGIN
IF WE HAVE THE ABOVE INFORMATION AHEAD OF TIME WE
CAN BRING ITEMS ACROSS THE BORDER FAST AND WITH
LESS CONFUSION.

SELLER, AND ANY GOODS AND SERVICES SUPPLIED
BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND
COMPATIBLE, AND SHALL FUNCTION WITHOUT
ERROR OR FAULT IN THE PROCESSING (INCLUDING,
BUT NOT LIMITED TO CALCULATING, MANAGING,
MANIPULATING, COMPARING AND SEQUENCING) OF
DATE AND DATE-RELATED DATA, FOR THE YEARS

CONTINUE PAGE 3

A004683    USER CONNIE J FOURMAN

SMDLU3 11/98

3

# PURCHASE ORDER:  IVS65155

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE 06/17/04 | PHONE: 765-451-0703 |
| ALTERATION ISSUE DATE | V HOFFMANN  Buyer |
| ALTERATION EFFECTIVE DATE | ZT |
| | PURCHASING AGENT |

DELPHI T&I - RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE, TX
78521                                    US

DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051                               US

Entry with accepted. Acceptance should be recorded on acknowledgment copy which should be
returned with accepted. Acceptance of this order...
[illegible fine print terms and conditions]
Buyer and Seller and no other agreement. In any way modifying any of said terms and conditions...
Contract Number is Shown Hereon, additional Terms and Conditions...

| SHIPPING POINT - FREIGHT COLLECT | SHIP VIA UNITED PARCEL SERVICE-GENERAL |

DESTINATION UNLESS OTHERWISE INDICATED

| RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | |
|---|---|---|---|---|---|
| | | | | | |

****************************************
...D. AT BUYERS' REQUEST, SELLER
...N WRITING ITS COMPLIANCE
...GING.
****************************************
...ST THIS PURCHASE ORDER IS BEING ISSUED
...ENT TERM. THE TERM 2ND DAY - 2ND
...HAT. FOR AN EXAMPLE, MATERIAL SHIPPED/
...NUARY, PAYMENT WOULD BE ISSUED ON
...OU HAVE ANY QUESTIONS, PLEASE CONTACT
...HE TELEPHONE NUMBER SHOWN ABOVE.
****************************************
* * * NOTE ! * * * NOTE ! * * * NOTE ! *
...LY PAYMENT, THIS INVOICE MUST BE SENT
...OMOTIVE SYSTEMS
...SYSTEMS
...OX 5051
...IA, OHIO  45377
...ODE #146
...OWING INFORMATION MUST BE INCLUDED
...ES:
...ORDER NUMBER (INCLUDES ALPHA PREFIX)
...EASURE (AS REFERENCED ON THE P.O.)
...IP OR BILL OF LADING NUMBER
...EM ID NO. (AS SHOWN ON P.O.)

CONTINUE PAGE  4

SMDL03 11/99