# EXHIBIT A cont'd
# (1)



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321745 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/25/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02803 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 1,300.000 | 254.000 | 0.000 | 0.72700 | 184.66 |

```
            CI: 16870619
          Item: 10-DPH619-A

  Description: 16870619 REV 3 INFLATOR BRKT. RH,
          U/M: EA
  Date Shipped: 09/03/04
```

Shipped on Packing Slip #:   21736

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 184.66 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **184.66** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 321747 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/25/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550036913 | SM03156 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 1.000 | 20.000 | 0.000 | 0.92500 | 18.50 |

CI: 16898598
Item: 10-DPH598-A

Description: 16898598, BRKT. INFLATOR, LH
U/M: EA
Date Shipped: 08/25/04

Shipped on Packing Slip #:    21738

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 18.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18.50 |

# Parkview Metal Products, Inc.



4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321748 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/25/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250


BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051


SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02857 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-41 | 1,018.000 | 864.000 | 0.000 | 5.96000 | 5,149.44 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 08/25/04

Shipped on Packing Slip #:    21740

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

| | |
|---|---|
| SALES AMOUNT | 5,149.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,149.44 |

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm21736

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 08/25/04 | SM02803 | 0550025548 | PRO-TRANS | 232.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-8 | 10-DPHG19-A | EA | 1,300.000 | 254.000 |
| | 16870619 REV 3 INFLATOR BRKT. RH | | | |

C/I: 16870619

INV# 321745

INVOICE 321745
(shipped with
INVOICE 321744
and 321748

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:              1
s-sma21738

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C00048S
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 142
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 08/25/04 | SN03156 | 0550036913 | PRO-TRANS | 15.00 | 1 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 1-10 | 10-DPH598-A | | EA | 1.000 | 20.000 |
| | 16898598, BRKT. INFLATOR, LH | | | | |
| | C/I: 16898598 | | | | |
| | 16898598, BRKT. INFLATOR, LH | | | | |

INV# 321747

(shiped with
INVOICE 321745 and 321748)

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm21740

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 08/25/04 | SM028857 | 550036913 | PRO-TRANS | 4,113.00 | 9 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-41 | 10-DFH588-B | | EA | 1,018.000 | 864.000 |
| | 16870588  REV 4  E/N HOUSING ASSEMBLY | | | | |

Inv# 321748

(Shipped with
Invoice 321745 and 321744)

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**

**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  1
DATE: 08/25/04

BOL NUM: B010232
PRO. NUM:                                                    SHIPPER NUM:
CARRIER: PRO TRANS C/O SAIA                        CARRIER NUM:
VEH:                                                              FOB:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
321745,
321747,321748

**DESTINATION**

DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

SAIA

066-11214840 2

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16898598 | 15.0 | LBS | | SM21738 | |
| | | PO 0550036913 | | | | | |
| 0 | | P/N 16870619 | 0.0 | | | SM21736 | |
| | | PO 0550025648 | | | | | |
| 9 | PALLET | P/N 16870588 | 4,113.0 | LBS | | SM21740 | |
| | | PO 550036913 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |
| 0 | | BK# 996056 | 0.0 | | | | |

Special Instructions:                                   Order Value:          0.00
HARDWARE NOI I/S
NMFC104500 50 S-3                                   Shipper Per:

Total Weight:      4,128.0        Freight Charges      (Collect)
Total # Packages:    10                COD Fee

COD Amt:                0.00    Total Charges:          0.00

Carrier: PRO TRANS C/O SAIA          Carrier Signature: SAIA S.CASTO 10 PLT

Per:                                                           

Date: 08/25/04                                  Date: 8-25-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

Eliz Corte                                          8/25/04

(Signature of Consignor)                    (Signature Date)



| About | Product | Information | What's | Career | Online | Site |
| Saia | Authorization | Services | New | Information | Resources | Help |

www.saia.com
Wednesday - September 14, 2005

## Tracking Request
### Tracking / Tracing
*Find the status of your shipment*

**Shipping Tools**
*Easy to use*

**Routing Guide**
*Quick go and how long it takes*

**Saia Secure**
*Manage your account online*

**Just Ask**
*Have a question?*

PARKVIEW METAL PRODUCTS
400 BARNES DRIVE
SAN MARCOS, TX 78666

**Consignee**
DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

*(handwritten: INVOICE 321745 321747 321748)*

| | | | | |
|---|---|---|---|---|
| **PRO Number** | 06611214840 |
| **B/L Number** | B010232 |
| **P.O. Number** | 0550036913 |
| **Shipper Number** | BK# 996056 |
| **Reference** | |
| **Master Pro** | |
| **Driver Number** | 660358 |
| **Current Status** | Delivered |
| **Trailer Number** | 531135 |
| **Delv. Appt. Date** | |
| **Delv. Appt. Time** | |
| **Delivery Date** | 08/26/04 |
| **Delivery Time** | 15:40 |
| **Service Days** | 1 |
| **Expected Delivery** | 08/26/04 |

| Pieces | 10 | Weight | 4128 | Type | PPD |
|---|---|---|---|---|---|
| P/U Date | 08/25/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**    Received by-ROLANDO GRIMALDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 10 | 50 | | PT | HARDWARE NOI I/S NMFC 104500 S3 | 4128 |
| | XPO | | | 0550025648 | |
| | XPO | | | 550036913 | |
| | DEF | | | RATED WITH DEFICIT WT OF | 872 |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| **08/26/04** | **03:40 pm** | **Delivered** | **Brownsville, TX** |
| | 11:12 am | Dispatched for Delivery | Harlingen, TX |
| | 11:07 am | Load Trailer: 531135 | Harlingen, TX |
| | 08:13 am | Unload Trailer: 284474 | Harlingen, TX |
| | 08:12 am | Arrived at Destination Terminal | Harlingen, TX |
| | 03:31 am | Departed from Terminal | San Antonio, TX |
| 08/25/04 | 10:03 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:22 pm | Departed from Terminal | Austin, TX |
| | 08:10 pm | Load Trailer: 284474 | Austin, TX |
| | 06:28 pm | Arrived at Origin Terminal | Austin, TX |
| | 04:20 pm | Pickup from Customer | San Marcos, TX |

Saia, Inc.                                                                Page 2 of 2

INVOICE

321745

321747

321748

Packing Slip
From Warehouse: MAIN                    Packing Slip:                    Page: 1
                                                                        s-sm21738

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                        Ship To: (3)
DELPHI S&I VANDALIA PLANT                DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                      DELPHI CORPORATION
250 NORTHWOODS BLVD                     1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                   DOCK 1&2
VANDALIA OH 45377-5051                  BROWNSVILLE TX 78521

Order Contact:
==============================================================================================
Pack Date  Order #   Cust PO              Ship Via          Weight  Pkgs #
---------  -------   -------              --------          ------  ------
08/25/04   SM03156   0550036913           PRO-TRANS          15.00      1
==============================================================================================
Line/Rel   Item                          U/M    Qty Ordered    Qty Packed
--------   ----                          ---    -----------    ----------

1-10       10-DPH598-A                    EA        1.000        20.000
           16898598, BRKT. INFLATOR, LH

           C/I: 16898598
           16898598, BRKT. INFLATOR, LH

_Handwritten:_ INV# 321747

_Handwritten:_ INVOICE 321747

_Handwritten:_ Shipped with INVOICE 321745 and 321748

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm21736

From:
ParkView Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 08/25/04 | SM02803 | 0550025648 | PRO-TRANS | 232.00 | 1 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-8 | 10-DPH619-A | | EA, | 1,300.000 | 254.000 |
| | 16870619 REV. 3 INFLATOR BRKT. RH, | | | | |

C/I: 16870619

*Shipped with*
*INVOICE 321747*
*and*
*321748*

INV# 321745

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:                1
s-sm21740

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 122
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | | | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|--|--|----------|--------|--------|
| 08/25/04 | SM02857. | 550036913 | | | PRO-TRANS | 4,113.00 | 9 |

| Line/Rel | Item | | | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|--|--|-----|-------------|------------|
| 1-41 | 10-DPH588-B | | | | EA | 1,018.000 | 864.000 |
| | 16870588 REV 4 E/N HOUSING ASSEMBLY | | | | | | |

*(handwritten)* Inv# 321748

*(handwritten)* Shipped with Invoice 321745 and 321749

# Parkview Metal Products, Inc.

UNIFORM STRAIGHT BILL OF LADING

**ORIGINAL-- NOT NEGOTIABLE**

400 Barnes Dr.
San Marcos, TX 78666

PAGE:  1 of  1
DATE: 08/25/04

BOL NUM: B010232
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
321745
321747 321748

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11214840 2

SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16898598 | 15.0 | LBS | | SM21738 | |
| | | PO 0550036913 | | | | | |
| 0 | | P/N 16870619 | 0.0 | | | SM21736 | |
| | | PO 0550025648 | | | | | |
| 9 | PALLET | P/N 16870588 | 4,113.0 | LBS | | SM21740 | |
| | | PO 550036913 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |
| 0 | | BK# 996056 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:          0.00
Shipper Per:

Total Weight:     4,128.0          Freight Charges     (Collect)
Total # Packages:   10               COD Fee

COD Amt:                    0.00    Total Charges:              0.00

Carrier:  PRO TRANS C/O SAIA
Per:
Date:  08/25/04

Carrier Signature:  SAIA S.CASTO 10 PLTS
Date:  8-25-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

8/25/04

(Signature Date)



About | Product | Information | What's | Career | Online | Site
Sala | Information | Services | New www.tnSaiaticom Resources | Help
www.tnSaiaticom
Wednesday - September 14, 2005

# Tracking / Tracing Request

Find the status
of your shipment

| | | | |
|---|---|---|---|
| Shipping Tools | PARKVIEW METAL PRODUCTS | PRD Number | 08611214840 |
| Easy to use | 400 BARNES DRIVE | B/L Number | B010232 |
| | SAN MARCOS, TX 78666 | P.O. Number | 0550036913 |
| Routing Guide | | Shipper Number | BK# 996056 |
| Consignee go and | DELPHI MFG | Reference | |
| how long it takes | % VALLEY WAREHOUSES | Master Pro | |
| Saia Secure | 1900 BILLY MITCHELL BLVD. | Driver Number | 660358 |
| | BROWNSVILLE, TX 78521 | Current Status | Delivered |
| Manage your account online | | Trailer Number | 531135 |
| Just Ask | | Delv. Appt. Date | |
| Have a question? | | Delv. Appt. Time | |
| | | Delivery Date | 08/26/04 |
| | | Delivery Time | 15:40 |
| | | Service Days | 1 |
| | | Expected Delivery | 08/26/04 |

INVOICe
321745
321747
321748

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 10 | Weight | 4128 | Type | PPD |
| P/U Date | 08/25/04 | Origin Terminal | AUS | Destination Terminal | HRL |

Signature          Received by-ROLANDO GRIMALDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 10 | 50 | | PT | HARDWARE NOI I/S NMFC 104500 S3 | 4128 |
| | XPO | | | 0550025648 | |
| | XPO | | | 550036913 | |
| | DEF | | | RATED WITH DEFICIT WT OF | 872 |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 08/26/04 | 03:40 pm | Delivered | Brownsville, TX |
| | 11:12 am | Dispatched for Delivery | Harlingen, TX |
| | 11:07 am | Load Trailer: 531135 | Harlingen, TX |
| | 08:13 am | Unload Trailer: 284474 | Harlingen, TX |
| | 08:12 am | Arrived at Destination Terminal | Harlingen, TX |
| | 03:31 am | Departed from Terminal | San Antonio, TX |
| 08/25/04 | 10:03 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:22 pm | Departed from Terminal | Austin, TX |
| | 08:10 pm | Load Trailer: 284474 | Austin, TX |
| | 06:28 pm | Arrived at Origin Terminal | Austin, TX |
| | 04:20 pm | Pickup from Customer | San Marcos, TX |

Saia, Inc.

Invoice
321745
321747
321748

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:
s-sm21740 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 08/25/04 | SM02857 | 550036913 | PRO-TRANS | 4,113.00 | 9 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-41 | 10-DEH588-B<br>16R70588 REV 4 E/N HOUSING ASSEMBLY | EA | 1,018.000 | 864.000 |

Inv# 321748

INVOICE 321748

(Shipped with Invoice
321745 and 321749)

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
:s-sm21736

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|--|----------|--|--------|--------|
| 08/25/04 | SM02803 | 0550025648 | | PRO-TRANS | | 232.00 | 1 |

| Line/Rel | Item | | | U/M | Qty Ordered | | Qty Packed |
|----------|------|--|--|-----|-------------|--|------------|
| 1-8 | 10-DPHG19-A | | | EA, | 1,300.000 | | 254.000 |
| | 16870619 REV 3 INFLATOR BRKT. RH, | | | | | | |

C/I: 16870619

*Shipped with*

*Invoice 321744 and 321748*

*Inv# 321745*

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:                1
s-sm21738

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 08/25/04 | SM03156 | 0550036913 | PRO-TRANS | 15.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-10 | 10-DPH598-A | EA | 1.000 | 20.000 |
|  | 16898598, BRKT. INFLATOR, LH |  |  |  |
|  | C/I: 16898598 |  |  |  |
|  | 16898598, BRKT. INFLATOR, LH |  |  |  |

INV# 321747

Shipped with
INVoice 321745 and 321748



Product
Information   Information   What's   Career   Online   Site
Services   New www.Saia.com Resources   Help

Wednesday - September 14, 2005

## Tracing Request

Tracking / Tracing
Find the status
of your shipment

Shipping Tools
*Easy to use*

Routing Guide

Consignee *go and how long it takes*

Saia Secure
*Manage your account online*

Just Ask
*Have a question?*

PARKVIEW METAL PRODUCTS
400 BARNES DRIVE
SAN MARCOS, TX 78666

DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

*(handwritten)* INVOICE
321745
321747
321748

| | | | |
|---|---|---|---|
| **PRO Number** | 06611214840 | | |
| **B/L Number** | B010232 | | |
| **P.O. Number** | 0550036913 | | |
| **Shipper Number** | BK# 996056 | | |
| **Reference** | | | |
| **Master Pro** | | | |
| **Driver Number** | 660358 | | |
| **Current Status** | Delivered | | |
| **Trailer Number** | 531135 | | |
| **Delv. Appt. Date** | | | |
| **Delv. Appt. Time** | | | |
| **Delivery Date** | 08/26/04 | | |
| **Delivery Time** | 15:40 | | |
| **Service Days** | 1 | | |
| **Expected Delivery** | 08/26/04 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Pieces** | 10 | **Weight** | 4128 | **Type** | PPD |
| **P/U Date** | 08/25/04 | **Origin Terminal** | AUS | **Destination Terminal** | HRL |

**Signature**       Received by-ROLANDO GRIMALDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 10 | 50 | | PT | HARDWARE NOI I/S NMFC 104500 S3 | 4128 |
| | XPO | | | 0550025648 | |
| | XPO | | | 550036913 | |
| | DEF | | | RATED WITH DEFICIT WT OF | 872 |
| | FS | | | FUEL SURCHARGE | |

### Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 08/26/04 | 03:40 pm | Delivered | Brownsville, TX |
| | 11:12 am | Dispatched for Delivery | Harlingen, TX |
| | 11:07 am | Load Trailer: 531135 | Harlingen, TX |
| | 08:13 am | Unload Trailer: 284474 | Harlingen, TX |
| | 08:12 am | Arrived at Destination Terminal | Harlingen, TX |
| | 03:31 am | Departed from Terminal | San Antonio, TX |
| 08/25/04 | 10:03 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:22 pm | Departed from Terminal | Austin, TX |
| | 08:10 pm | Load Trailer: 284474 | Austin, TX |
| | 06:28 pm | Arrived at Origin Terminal | Austin, TX |
| | 04:20 pm | Pickup from Customer | San Marcos, TX |

Saia, Inc.                                                                    Page 2 of 2

Invoice
321745
321747
321748

# Parkview Metal Products, Inc.

**PMP**
400 Barnes Dr.
San Marcos, TX 78666

## UNIFORM STRAIGHT BILL OF LADING
## ORIGINAL-- NOT NEGOTIABLE

**PAGE:** 1 of 1
**DATE:** 08/25/04

**BOL NUM:** B010232
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE*
*321745*
*321747, 321748*

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11214840 2    **SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | D/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16898598 | 15.0 | LBS | | SM21738 | |
| | | PO 0550036913 | | | | | |
| 0 | | P/N 16870619 | 0.0 | | | SM21736 | |
| | | PO 0550025648 | | | | | |
| 9 | PALLET | P/N 16870588 | 4,113.0 | LBS | | SM21740 | |
| | | PO 550036913 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |
| 0 | | BK# 996056 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 4,128.0
**Total # Packages:** 10

**Freight Charges** (Collect)
**COD Fee**

**COD Amt:** 0.00    **Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 08/25/04

**Carrier Signature:** *SAIA S.CASTRO 10 PLT*
**Date:** *8-25-4*

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

*8/25/04*
_____
(Signature Date)



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  •  PH (773) 622-8414  •  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  •  PH (512) 754-0200  •  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  •  PH (773) 622-8414  •  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321928 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/01/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02801 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-14 | 1,700.000 | 1,958.000 | 0.000 | 0.18000 | 352.44 |

Item: 10-DPH895-A

Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 09/01/04
SHIPPED DIRECT FROM OKLAHOMA

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  •  tools and dies  •  assembly  •  prototype  •  short run stampings  •  production painting

| | |
|---|---|
| SALES AMOUNT | 352.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 352.44 |

Packing Slip                                                    Page:      1
From Warehouse: MAIN              Packing Slip:                s-sm21904

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                  Ship To: (3)
DELPHI S&I VANDALIA PLANT          DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                 DELPHI CORPORATION
250 NORTHWOODS BLVD                1900 BILLY MITCHELL BLVD.
PO BOX 1051  NC #146               DOCK 162
VANDALIA OH 45377-5051             BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|---|
| 09/01/04 | SM02801 | 0550025648 | | | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 1-14 | 10-DPH895-A | | EA | 1,700.000 | 1,958.000 |
| | 16863895, REV 2 RAMP CUSH SUPP, | | | | |
| | SHIPPED DIRECT FROM OKLAHOMA | | | | |

INV# 321928

LEFT ON 8470070158?

INVOICE
321928



United States Home                                    Information Center | Custom

Package/Envelope Services | Office/Print Services | Freight Services | Expedited Servi

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

Printable Version    Quick Help

You can also track:
- FedEx Trad shipments
- By Email Tr
- By FedEx V Solutions

| Tracking number | 847007701581 | Delivery location | TX |
| Signed for by | R.VASQUEZ | Delivered to | Shipping/Receiving |
| Ship date | Sep 1, 2004 | Service type | Priority Overnight |
| Delivery date | Sep 2, 2004 9:05 AM | Weight | 25.0 lbs. |
| Status | Delivered | | |

Wrong Address?
Reduce future mistal
FedEx Address Che

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 2, 2004 | 9:05 AM | Delivered | TX | |
| | 7:04 AM | On FedEx vehicle for delivery | HARLINGEN, TX | |
| | 6:52 AM | At local FedEx facility | HARLINGEN, TX | |
| | 4:32 AM | In transit | MEMPHIS, TN | Departed location |
| | 1:28 AM | Package data transmitted to FedEx | | |
| Sep 1, 2004 | 11:51 PM | In transit | MEMPHIS, TN | |
| | 9:08 PM | Left origin | OKLAHOMA CITY, OK | |
| | 1:45 PM | Picked up | OKLAHOMA CITY, OK | |

Shipping Freight?
FedEx has LTL, air surface and air exp multi piece packag and ocean freight.

*INVOICE 321928* (handwritten)

Signature Proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click Send email.

From [        ]          Add a message to this email.
To   [        ]

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms
of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2004 FedEx

http://www.fedex.com/Tracking?ascend_header=1&clienttype=dotcom&cntry_code=us&lang...    9/3/04



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321956 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/02/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550051051 | SM03242 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 150.000 | 150.000 | 0.000 | 0.13900 | 20.85 |

Item: 10-DPH603-B

Description:  12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 09/02/04

Shipped on Packing Slip #:    21959

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 20.85 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 20.85 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm21959

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|--|--------|--------|
| 09/02/04 | SM03242 | 5500051051 | PRO-TRANS | | 420.00 | 1 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-3 | 10-DPH603-B | | EA | 150.000 | 150.000 |
| | 12213603, REV.D, SHIELD BASE | | | | |



INV# 321956

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B010319
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SEC-S
**VEH:**
**ROUTE:**

**PAGE:** 2 of 2
**DATE:** 09/02/04
**SHIPPER NUM:**
**CARRIER NUM:** 1-956-740-8684
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA



**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |

*100/848*
*delivered*
*9/3/04*

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 14,421.0
**Total # Packages:** 264

**Freight Charges** (Collect)
**COD Fee**

**COD Amt.:** 0.00
**Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SEC-S
**Per:**
**Date:** 09/02/04

**Carrier Signature:** *XAV/VCCA*
**Date:** 09/03/04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

*Eliz Costly*
**(Signature of Consignor)**

*9/2/04*
**(Signature Date)**

# ptp

**Parkview Metal Products, Inc**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B010319
PRO. NUM:
CARRIER: PRO TRANS C/O SEC-S
VEH:
ROUTE:

PAGE:  1 of  2
DATE: 09/02/04
SHIPPER NUM:
CARRIER NUM: 1-956-740-8684
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
321956

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | PALLET | P/N 12213603 PO 550047199 | 430.0 | LBS | | SM21960 | |
| 0 | PALLET | P/N 12213603 PO 550051051 | 420.0 | LBS | | SM21959 | |
| 1 | PALLET | P/N 12212688 PO 550046982 | 206.0 | LBS | | SM21941 | |
| 1 | PALLET | P/N 12212692 PO 550046982 | 101.0 | LBS | | SM21942 | |
| 16 | PALLET | P/N 12208752 PO 550046982 | 8,225.0 | LBS | | SM21943 | |
| 2 | PALLET | P/N 12208646 PO 550046982 | 1,068.0 | LBS | | SM21944 | |
| 4 | PALLET | P/N 12228044 PO 550040547 | 3,971.0 | LBS | | SM21945 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:            0.00
Shipper Per:

Total Weight:
Total # Packages:

Total Charges:

Carrier:
  Per:
  Date:

Carrier Signature:
  Date:          /        /

* If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____
(Signature Date)

Jan.19. 2000  3:14AM

**ProTrans**
International, inc.

P.O. Box 780
Plainfield, IN 46168

Fed. I.D. No. 35-190-7022
Toll Free 888-744-7669

DATE:   9/3/04

SHIPPER BOL #:
420144-2186

X Prepaid        Collect

THIS LOAD NUMBER MUST BE REFERENCED FOR PAYMENT
**LOAD NUMBER**
**420144**

Delivery

SHIPPER:  ProTrans International, Inc.
ProTrans - 3201 NAFTA Pwy, Suite A
Brownsville, TX 78521

CONSIGNEE:  Delphi Delco Electronics Systems
601 Joaquin Cavazos
Los Indios, TX 78567
**Stop 1**
PHONE NUMBER IF HOLD FOR PICK UP:

INVOICE 321956

BILL TO:

SPECIAL SERVICES REQUESTED:

| NO. PIECES | WEIGHT | HAZMAT | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| 27 | 14,421 | | F.A.K. |
| TOTAL: 27 | TOTAL: 14,421 | | EMERGENCY RESPONSE PHONE#: |

SHIPPER'S SIGNATURE:

DECLARED VALUE IS AGREED AND UNDERSTOOD TO BE NOT MORE THAN THE VALUE STATED IN THE GOVERNING TARIFFS FOR EACH POUND ON WHICH CHARGES RE ASSESSED UNLESS A HIGHER VALUE IS DECLARED HEREIN AND APPLICABLE CHARGES PAID THEREON.

The undersigned acknowledges and agrees to be bound by the terms and conditions contained on this document.

CARRIER:
Rio Grande Transportation

TRAILER #:
2463T

CARRIER'S SIGNATURE:

DATE:
9-3-04

DATE/  TIME RECEIVED:

SHIPMENT RECEIVED IN GOOD ORDER EXCEPT AS NOTED BY / CONSIGNEE'S SIGNATURE:

DELIVERY COPY

**NON-NEGOTIABLE AIRBILL**

## CONDITIONS OF CONTRACT

1. Carriage and other services performed hereunder are subject to these conditions and to the rates, rules and classifications set forth in the Carrier's currently effective tariffs, which are available for inspection and incorporated into this contract by reference.

2. As used in this contract, "Forwarder" means ProTrans International, Inc. and its authorized agents.

3. In tendering the shipment for carriage, the shipper warrants that the shipment is packaged to protect the enclosed goods and to insure safe transportation with ordinary care in handling, and that each package is appropriately labeled and is in good order for carriage as specified.

4. All shipments may, at Forwarder's option, be opened and inspected.

5. Forwarder shall not be liable for any loss, damage, delay, mis-delivery or other result not caused by its own negligence. In any event, Forwarder shall not be liable for loss, damage, delay or other results caused by (a) acts of God, public enemies, public authorities acting with actual or apparent authority, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war; (b) the act or default of the shipper or consignee, including any breach of the warranty set forth in Paragraph 3 above; (c) the nature of the shipment, or any defect, characteristic or inherent vice thereof; (d) violation by the shipper or consignee of any of these conditions of contract; (e) compliance or non-compliance with delivery or special instructions.

6. Forwarder shall not be liable for special or consequential damages.

7. In consideration of Forwarder's rate for the transportation of any shipment, which rate, in part, is dependent upon the value of the shipment the shipper and all parties having an interest in the shipment agree that the limit of Forwarder's liability shall be the lesser of:
   (a) the amount of any damages actually sustained; or
   (b) whichever of the following is greater:
      (1) the shipper's declared value stated on the face hereof; or
      (2) $50.00 minimum or .50 per pound multiplied by the weight of the entire shipment
   plus the amount of the Forwarder's transportation charges applicable to that part of the shipment lost, damaged or delayed. Unless a different amount is specified by the shipper, the declared value on a C.O.D. shipment shall be deemed to be the C.O.D. amount.

8. The shipper and the consignee shall be liable, jointly and severally, (a) for all unpaid charges payable on account of a shipment pursuant to this Contract, and (b) to pay or indemnify Forwarder for all claims, liens, penalties, damages, costs or other sums which may be incurred by Forwarder by reason of any violation of this Contract or any other default of the shipper or consignee or their agents.

9. Forwarder shall have a lien on the shipment for all sums due and payable to Forwarder.

10. In the event of the failure or inability of the consignee to take delivery of the shipment, Forwarder will notify shipper in writing at the address shown on the airbill and request disposition instructions. If the shipper fails to provide disposition instructions within 30 days after the day of Forwarder's notice, Forwarder will return the shipment to the shipper at the shipper's expense. If the shipper fails to accept delivery of a shipment thus returned, Forwarder may, upon 30 days written notice to the shipper, dispose of the shipment at public or private sale and pay itself out of the proceeds to satisfy the transportation charges owing on the shipment.

11. Claims of loss or damage discovered by the consignee after delivery and after a clear receipt has been given to Forwarder must be reported in writing to Forwarder within 15 days after delivery of the shipment, with privilege to Forwarder to inspect the shipment and its container(s) and packing material within 15 days after receipt of such notice. (On shipments to Puerto Rico and Canada, claim must be made within 120 days).

12. Claims for loss, damage or delay must be made in writing within a period of 120 days after the date of acceptance of the shipment by the Forwarder.

13. No claims with respect to a shipment any part of which is received by the consignee, will be entertained until all transportation charges have been paid.

14. Claims for overcharges or duplicate billings must be made in writing within a period of 120 days after the date of acceptance of shipment by Forwarder.

15. Forwarder shall not be liable in any action unless a claim has been filed and such action is brought within 2 years after the date written notice is given to the claimant that Forwarder has disallowed the claim in full or in part. (On shipments of Canada, action must be brought within 2 years after delivery of the shipment).

16. To the extent that is not governed by Federal law, this Contract and the tariffs incorporated by reference shall be construed and the performance of the transportation hereunder shall be determined in accordance with the laws of the State in which the shipment is accepted by the Carrier. If any provision of the Contract including the tariffs incorporated by reference, is determined to be invalid or unenforceable, the remainder of the Contract shall not be affected thereby.

17. ProTrans International, Inc. acts as a self-insurer for liability amounts below $2,500.00 and maintains insurance coverage for amounts in excess thereof.

18. If this freight bill is not paid within the terms contained within this agreement then in addition to the freight bill the responsible party agrees to be liable for all cost of collection including attorney fees incurred in the collection of this bill.

19. This contract shall be deemed to have been executed in Marion County, Indiana. If any legal action is taken to enforce any provision of this contract, including payment thereof, legal actions shall be commenced in Marion County, Indiana.

Jan.19. 2000  3:15AM          Delivery Manifest          No.0420  P. 3.  9/3/2004

# Pro Trans
**International, Inc.**

Questions? Call Toll Free At 888-SHIPNOW

*Printed By:*  Valentin Villarreal

*Manifest #:*  | D420144-2186 |



| Carrier: | Rio Grande Transportation | | | Trailer#: | | 2463T |
|---|---|---|---|---|---|---|

| Track# | Shipper Site | Consignee Site | BOL# | | Pieces | Weight |
|---|---|---|---|---|---|---|
| 1001848 | Parkview Metals | Delphi Delco Electronics Syst | B010319 | 1 | Carton | 10 |
| P/U: 09/02/04 | 400 Barnes Drive | 601 Joaquin Cavazos | | 1 | Pallet | 258 |
| Due: 9/6/2004 | San Marcos, TX 78666 | Los Indios, TX 78567 | | 4 | Pallets | 3,366 |
| Req. Due: | | | | 5 | Pallets | 2,004 |
| 9/6/2004 | | | | 16 | Pallets | 8,783 |
| | | | | 27 | | 14,421 |

8+ 8+ 8+ 8+ 8+ 8+ 8+ 8+ 8+ 8+30+ 11
5+ 8+30+ 8+2  4 8+ 8+ 8+ 8+30+2

Ship Item Barcode:   243374, 243375, 243376, 243377, 243378, 243379, 243380, 243381, 243382,
243383, 243384, 243385, 243386, 918289, 918290, 918291, 918292, 918293,
918294, 918295, 918296, 918297, 918298, 918299, 918300, 918301, 918304

3+ 20+ 6+20

| | | Total : | 27 | 14,421 |

| Driver : _____ | Consignee's Signature : *A. Orozco* |
|---|---|
| Live Unload / Spotted | (Received in good order except as noted.) |
| Date : _____  Time : _____ | Date : 9-3-04  Time : 1300 |

# INVOICE
# 321956

(847) 550 - 7241

DANNETTE

TN / 001848

POO

Preview ⟶ Delphi

9/3/04

LID. 420144

Tara 2463T

INVOICE
321956



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 322641 | 1 |

| CUST NO. | DATE |
|---|---|
| C000457 | 10/05/04 |



**BILL TO**
DELPHI   E & C
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315



**SHIP TO**
2
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550059230 | SM03356 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 707.000 | 707.000 | 0.000 | 0.30300 | 214.22 |

    CI: 25348424
    Item: 10-DPH424-A

    Description: 24348424 REV B BRACKET
    U/M: EA
    Date Shipped: 10/05/04

Shipped on Packing Slip #:   22666

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 214.22 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 214.22 |

Inv# 32641

Packing Slip

From Warehouse: MAIN                    Packing Slip.                    Page: 1
                                                                        s-sm22666

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C0000457                        Ship To: (2)
DELPHI E & C                             DELPHI ENERGY & CHASSIS
32 CELERITY WAGON                        32 CELERITY WAGON
ATTN: ENRIQUE LOZA.                      EL PASO TX 79906
M/C 799 MTC-301
EL PASO TX 79906-5315

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| 10/05/04 | SM03356 | 550059230 | | UNITED PARCEL | 68.00 | 4 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 1-1 | 10-DPH424-A | | EA | 1,500.000 | 707.000 |
| | 24348424 REV B BRACKET | | | | |
| | C/I: 25348424 | | | | |



Home | About UPS | Contact UPS | Getting Started @ UPS.com

 

**UPS Uni**

Shipping | **Tracking** | Support | Business Solutions

My UPS | A

## Tracking

🔒 Welcome, Dannette | Logout

→ Track by Tracking Number
> Track by E-mail
> Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help



### ▌▌▌▌ Track by Tracking Number

#### View Details

To view Proof of Delivery, please select the link.

| | |
|---|---|
| **Status:** | Delivered  Proof of Delivery 🔲 🔒 |
| **Delivered on:** | Oct 6, 2004 4:32 A.M. |
| **Signed by:** | TORALBA |
| **Location:** | DOCK |
| **Delivered to:** | DELPHI EEMS 🔒 |
| | 32 CELERITY WAGON ST 🔒 |
| | EL PASO, TX, US  79906 🔒. |

**Tracking Number:** 1Z 78E 334 01 4072 227 4
**Service Type:** NEXT DAY AIR

🔒Information and services provided to My UPS users.

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 6, 2004 4:32 A.M. | EL PASO, TX, US | DELIVERY |

Tracking results provided by UPS: Oct 6, 2005 10:51 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

INVOICE
322641



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 78E 334 01 4072 227 4
**Service Type:** NEXT DAY AIR
**Delivered on:** Oct 6, 2004 4:32 A.M.
**Delivered to:** DELPHI EEMS
32 CELERITY WAGON ST
EL PASO, TX, US 79906
**Signed by:** TORALBA



**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Oct 6, 2005 10:51 A.M.  Eastern Time (USA)

INVOICE
322641



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Shipping | **Tracking** | Support | Business Solutions

🔒 Welcome, Dannette | Logout

My UPS | A

## Tracking

→ Track by Tracking Number
 › Track by E-mail
 › Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help



# ▌▌▌▌ Track by Tracking Number

### View Details

To view Proof of Delivery, please select the link.

**Status:**          Delivered  Proof of Delivery 🗗 🔒
**Delivered on:**   Oct 6, 2004 4:32 A.M.
**Signed by:**      TORALBA
**Location:**       DOCK
**Delivered to:**   DELPHI EEMS 🔒
                    32 CELERITY WAGON ST 🔒
                    EL PASO, TX, US  79906 🔒

**Tracking Number:** 1Z 78E 334 01 4108 048 4
**Service Type:**    NEXT DAY AIR

🔒Information and services provided to My UPS users.

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Oct 6, 2004 4:32 A.M. | EL PASO, TX, US | DELIVERY |

Tracking results provided by UPS: Oct 6, 2005 10:51 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

INVOICE
322641



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**   1Z 78E 334 01 4108 048 4
**Service Type:**   NEXT DAY AIR
**Delivered on:**   Oct 6, 2004 4:32 A.M.
**Delivered to:**   DELPHI EEMS
32 CELERITY WAGON ST
EL PASO, TX, US 79906
**Signed by:**   TORALBA

**Location:**   DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 6, 2005 10:51 A.M.  Eastern Time
(USA)



*I NUOICE 322641*



 

**UPS Uni**

Shipping | **Tracking** | Support | Business Solutions

## Tracking

🔒 Welcome, Dannette | Logout

My UPS | A

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌ Track by Tracking Number

### View Details

To view Proof of Delivery, please select the link.

| | |
|---|---|
| **Status:** | Delivered  Proof of Delivery ⤢ 🔒 |
| **Delivered on:** | Oct 6, 2004 4:32 A.M. |
| **Signed by:** | TORALBA |
| **Location:** | DOCK |
| **Delivered to:** | DELPHI EEMS 🔒 |
| | 32 CELERITY WAGON ST 🔒 |
| | EL PASO, TX, US  79906 🔒 |

| | |
|---|---|
| **Tracking Number:** | 1Z 78E 334 01 4188 689 1 |
| **Service Type:** | NEXT DAY AIR |



🔒Information and services provided to My UPS users.

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 6, 2004 4:32 A.M. | EL PASO, TX, US | DELIVERY |

Tracking results provided by UPS: Oct 6, 2005 10:51 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



INVOICE
322641



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 78E 334 01 4188 689 1
**Service Type:** NEXT DAY AIR
**Delivered on:** Oct 6, 2004 4:32 A.M.
**Delivered to:** DELPHI EEMS
32 CELERITY WAGON ST
EL PASO, TX, US 79906
**Signed by:** TORALBA

UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS
UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS UPS

**Location:**      DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 6, 2005 10:52 A.M.   Eastern Time
(USA)

INVOICE
322641



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Shipping | **Tracking** | Support | Business Solutions

## Tracking

🔒 Welcome, Dannette | Logout

My UPS | A

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

### Track by Tracking Number

**View Details**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| **Status:** | Delivered <u>Proof of Delivery</u> 🔗 🔒 |
| **Delivered on:** | Oct 6, 2004 4:32 A.M. |
| **Signed by:** | TORALBA |
| **Location:** | DOCK |
| **Delivered to:** | DELPHI EEMS 🔒 |
| | 32 CELERITY WAGON ST 🔒 |
| | EL PASO, TX, US 79906 🔒 |

**Tracking Number:** 1Z 78E 334 01 4238 550 0
**Service Type:** NEXT DAY AIR

🔒 Information and services provided to My UPS users.



**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Oct 6, 2004 4:32 A.M. | EL PASO, TX, US | DELIVERY |

Tracking results provided by UPS: Oct 6, 2005 10:52 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a Information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

INVOICE
322641



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**   1Z 78E 334 01 4238 550 0
**Service Type:**      NEXT DAY AIR
**Delivered on:**      Oct 6, 2004 4:32 A.M.
**Delivered to:**      DELPHI EEMS
                       32 CELERITY WAGON ST
                       EL PASO, TX, US  79906
**Signed by:**         TORALBA

**Location:**          DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Oct 6, 2005 10:52 A.M.   Eastern Time (USA)



INVOICE
322641