# EXHIBIT A cont'd
## (2)



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323081 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/18/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

Shipped on Packing Slip #:   22978

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **720.00** |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                    Page: 1
                                                                         s-sm22978

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C00419                          Ship To: (9)
DELCO ELECTRONICS SYSTEMS                 DELPHI D DELNOSA
ONE CORPORATE CENTER                      PLANT 5-6
P.O. BOX 9005                             601 JOAQUIN CAVAZOS ROAD
KOKOMO IN 46904                           LOS INDIOS TX 78567
                                          USA

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | | Weight | Pkgs # |
|-----------|---------|---------|--|----------|--|--|--------|--------|
| 10/18/04 | SM03405 | 450073045 | | | | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1 | 1S-DPH763-A<br>28015763 COVER | | EA | 5,000.000 | 320.000 |

INV# 323081

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B010717
**PRO. NUM:**
**CARRIER:** SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 1
**DATE:** 10/18/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE 323081*

**DESTINATION**
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

066-11247300 0

**SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | BXS | P/N 12240403 ✓ | 50.0 | LBS | | SM223575 | |
| 0 | | PO 550050575 | 0.0 | | | 220116 | |
| 0 | | 3RD PARTY BILLING PRO TRANS 3201 NAFTA SUITE A BROWNSVILLE TX 79936 | 0.0 | | | | |

TR# 1028274

**Special Instructions:**
HARDWARE NOI/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 50.0
**Total # Packages:** 0

Freight Charges   (Collect)
COD Fee

COD Amt:   0.00   Total Charges:   0.00

**Carrier:** SAIA
**Per:**
**Date:** 10/18/04

**Carrier Signature:** SAIA S CASTRO   2 BOXES
**Date:** 10/18/4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

10 / 18 / 04
(Signature Date)

## Elizabeth Cortez

| | |
|---|---|
| **From:** | Linda Calvert |
| **Sent:** | Monday, October 25, 2004 1:53 PM |
| **To:** | Elizabeth Cortez |
| **Subject:** | FW: P/N 28015763 |

*INVOICE
323081*

-----Original Message-----
**From:** shella.m.vazquez [mailto:shella.m.vazquez@delphi.com]
**Sent:** Monday, October 25, 2004 12:06 PM
**To:** LindaC@parkv.com
**Subject:** RE: P/N 28015763

yes, we received them, but... you wont have material for today?  then, when will you send more material ?

-----Original Message-----
**From:** LindaC@parkv.com [mailto:LindaC@parkv.com]
**Sent:** Monday, October 25, 2004 12:01 PM
**To:** Vazquez, Shella M
**Subject:** RE: P/N 28015763

I am sorry for not responding sooner.  I had a family emergency and was out Thursday and Friday.  Consequently, there will not be a shipment going out today and I apologize for that.  I will see that we are back on schedule · tomorrow.

Also, could you please verify that you received a shipment of 4 boxes (320 parts) that we shipped out October 18, 2004, Bill of Lading #B010717.  Thank you.

-----Original Message-----
**From:** shella.m.vazquez [mailto:shella.m.vazquez@delphi.com]
**Sent:** Monday, October 25, 2004 11:26 AM
**To:** LindaC@parkv.com
**Subject:** RE: P/N 28015763

Morning Linda,

please confirm if you sent something today.

thaks!

-----Original Message-----
**From:** LindaC@parkv.com [mailto:LindaC@parkv.com]
**Sent:** Tuesday, October 19, 2004 4:27 PM
**To:** Vazquez, Shella M
**Subject:** RE: P/N 28015763





# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323032 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/20/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

Shipped on Packing Slip #:   23061

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |

Inv# 323632

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm23061

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|--|----------|--|--------|--------|
| 10/21/04 | SM03405 | 4500073045 | | PRO-TRANS | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1 | 15-DPH763-A | | EA | 5,000.000 | 320.000 |
| | 28015763 COVER | | | | |
| | | | | | |
| | J9373 | | | | |



**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

**BOL NUM:** B010747
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 2 of 2
**DATE:** 10/21/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

INVOICE
323032

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | BK# 1030564 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 3,070.0
**Total # Packages:** 8

Freight Charges  (Collect)
COD Fee

COD Amt:                     0.00    Total Charges:         0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 10/21/04

**Carrier Signature:**
**Date:** /     /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

10/21/04
(Signature Date)

# Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B010747
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 2
**DATE:** 10/21/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323032

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11247360 6   **SAIA**

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | PALLET | P/N 12228044<br>PO 550040547 | 1,193.0 | LBS | | SM23065 | |
| 1 | PALLET | P/N 1221603<br>PO 550047199 | 721.0 | LBS | | SM23066 | |
| 2 | PALLET | P/N 12208641<br>PO 550046982 | 1,156.0 | LBS | | SM23068 | |
| 0 | | P/N 12208646<br>PO 550046982 | 0.0 | | | SM23067 | |
| 0 | | P/N 28015763<br>PO 450073045 | 0.0 | | | SM23061 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:**
**Total # Packages:**

Total Charges:

**Carrier:**
**Per:**
**Date:**

**Carrier Signature:** SAIA S CASTRO BSWPT
**Date:** 10-21-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges..

_____ (Signature of Consignor)

_____/_____/_____ (Signature Date)





# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323229 | 1 |

| CUST. NO. | DATE |
|---|---|
| C000419 | 10/29/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

Shipped on Packing Slip #:   23260

PLEASE REMIT TO:72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **720.00** |



Inv# 323229

```
                    Packing Slip                      Packing Slip:              Page:         1
                  From Warehouse: MAIN                                         s-sm23260

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000419                        Ship To: (9)
DELCO ELECTRONICS SYSTEMS               DELPHI D DELNOSA
ONE CORPORATE CENTER                    PLANT 5-6
P.O. BOX 9005                           601 JOAQUIN CAVAZOS ROAD
KOKOMO IN 46904                         LOS INDIOS TX 78567
                                        USA


Order Contact:
=====================================================================================================
Pack Date  Order #   Cust PO           Ship Via                          Weight  Pkgs #
---------  -------   -------            --------                          ------  ------
10/29/04   SM03405   4500073045                                           0.00    0
=====================================================================================================
Line/Rel   Item                        U/M      Qty Ordered     Qty Packed
--------   ----                        ---      -----------     ----------
    1      15-DPH763-A                 EA        6,000.000       320.000
           28015763  COVER

           J9373
```

**Parkview Metal Products, Inc.** Pg 14 of 47

**P·P**

400 Barnes Dr.
San Marcos, TX 78666

# UNIFORM STRAIGHT BILL OF LADING
## ORIGINAL-- NOT NEGOTIABLE

**BOL NUM:** B010811
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 1
**DATE:** 10/29/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE 323229*

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11166440 6

*SAIA*

*JUST ASK*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 12208641 | 892.0 | LBS | | SM23259 | |
| | | PO 550046982 | | | | | |
| 0 | | P/N 28015763 | 0.0 | | | SM23260 | |
| | | PO 450073045 | | | | | |
| 1 | PALLET | P/N 12228044 | 1,053.0 | LBS | | SM23251 | |
| | | PO 550040547 | | | | | |
| 0 | | P/N 12213603 | 0.0 | | | SM23252 | |
| | | PO 550047199 | | | | | |
| 1 | PALLET | P/N 12208646 | 781.0 | LBS | | SM23253 | |
| | | PO 550046982 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 2,726.0
**Total # Packages:** 3

Freight Charges   (Collect)
COD Fee

~~COD Amt:~~ ~~0.00~~ ~~Total Charges:~~ ~~0.00~~

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 10/29/04

**Carrier Signature:** *SAIA S CUSTER*
**Date:** 10-29-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

*Worter*
**(Signature of Consignor)**

*10/29/04*
**(Signature Date)**

Fri Sep 23 11:11 2005 CDT REF:15089773 FR:Saia Motors    TO:8475507241    PG: 4 OF 6





# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 · ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323401 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 11/08/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550055815 | SM03364 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-11 | 384.000 | 384.000 | 0.000 | 6.90000 | 2,649.60 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 11/08/04

Shipped on Packing Slip #:    23446

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

## ORIGINAL INVOICE

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 2,649.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,649.60** |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                         Page:      1
                                                                             s-sm23446

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                                 Ship To: (3)
DELPHI S&I VANDALIA PLANT                         DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                               DELPHI CORPORATION
250 NORTHWOODS BLVD                              1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                            DOCK 1&2
VANDALIA OH 45377-5051                           BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 11/08/04  | SM03364 | 550055815 | PRO-TRANS | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-11 | 10-DDH374-A | EA | 384.000 | 384.000 |
|      | 16901374 REV 1, FN HOUSING ASSEMBLY | | | |

*[handwritten: INV# 32340l]*

*[handwritten: INVOICE 32340l (shipped with INVOICE 32340l)]*

```
        Packing Slip                                          Page:        1
           From Warehouse: MAIN        Packing Slip:          s-sm23449

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                    Ship To: (3)
DELPHI S&I VANDALIA PLANT           DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                  DELPHI CORPORATION
250 NORTHWOODS BLVD                 1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146               DOCK 1&2
VANDALIA OH 45377-5051              BROWNSVILLE TX 78521


Order Contact:
=================================================================================
Pack Date Order #  Cust PO              Ship Via           Weight Pkgs #
--------- -------  -------              --------           ------ ------
11/08/04  SM03367  550036913            PRO-TRANS            0.00      0
=================================================================================
Line/Rel  Item                         U/M    Qty Ordered   Qty Packed
--------  ----                         ---    -----------   ----------
1-28      10-DPH583-A                   EA       576.000      576.000
          16870583 REV 2 CUSHION RETAINER ASM

          C/I: 16870583
```

Shipped with
Invoice 323401

Inv# 323404

# Parkview Metal Products, Inc.

ppp 400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  2 of  2
DATE: 11/08/04

BOL NUM: B010891
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| | | INVOICE 323401 and 323404 | | | | | |
| | | TR# 104 0809 | | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 -S3

Order Value:              0.00
Shipper Per:

Total Weight:       5,651.0
Total # Packages:    11

Freight Charges      (Collect)
COD Fee

COD Amt:              0.00    Total Charges:           0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 11/08/04

Carrier Signature: SAIA S CASTRO 118WPI
Date: 11-8-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature) of Consignor                    11, 0804

(Signature Date)

# Parkview Metal Products, Inc

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B010891
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 2
**DATE:** 11/08/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11286350 6

**SAIA**

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 16901374 PO 550055815 | 1,820.0 | LBS | | SM23446 | |
| 1 | PALLET | P/N 16870529 PO 550025648 | 524.0 | LBS | | SM23447 | |
| 0 | | P/N 16870531 PO 550025648 | 0.0 | | | SM23448 | |
| 1 | PALLET | P/N 16870583 PO 550036913 | 420.0 | LBS | | SM23449 | |
| 1 | PALLET | P/N 16870917 PO 550036913 | 1,007.0 | LBS | | SM23450 | |
| 4 | PALLET | P/N 16870588 PO 550036913 | 1,880.0 | LBS | | SM23451 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 -S3

**Order Value:** 0.00
**Shipper Per:**

INVOICE

**Total Weight:**
**Total # Packages:**

323401 and 323404

**Total Charges:**

**Carrier:**
**Per:**

**Carrier Signature:**
**Date:** /        /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____/_____/_____
(Signature Date)



| | Product/<br>Information | Information<br>Services | What's<br>New | Career<br>www.Information | Online<br>Resources | Site<br>Help |
|---|---|---|---|---|---|---|

Wednesday – September 14, 2005

## Tracking Request

Find the status
of your shipment

**Shipping Tools**
Easy to use

**Routing Guide**
Where we go and
how long it takes

**Saia Secure**
Manage your
account online

**Just Ask**
Have a question?

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

**Consignee**
DELPHI COMP MECANICOS
% VALLEY WAREHOUSE BLDG.B
1900 BILLY MITCHELL BLVD
BROWNSVILLE, TX 78521

*INVOICE 323401 and 323404* (handwritten)

| | |
|---|---|
| PRO Number | 06611286350 |
| B/L Number | B010891 |
| P.O. Number | 550055815 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 530083 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 11/09/04 |
| Delivery Time | 16:37 |
| Service Days | 1 |
| Expected Delivery | 11/09/04 |

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 11 | Weight | 5651 | Type | PPD |
| P/U Date | 11/08/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**        Received by-ROLANDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 11 | 70 | | PT | HARDWARE, NOI IOS | 5651 |
| | REQD | | | SBL | |
| | XPO | | | 550025648 | |
| | XPO | | | 550036913 | |
| | | | | DOCK 1&2 | |
| | FS | | | FUEL SURCHARGE | |

### Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/09/04 | 04:37 pm | Delivered | Brownsville, TX |
| | 01:30 pm | Dispatched for Delivery | Harlingen, TX |
| | 11:45 am | Load Trailer: 530083 | Harlingen, TX |
| | 06:43 am | Unload Trailer: 284894 | Harlingen, TX |
| | 06:01 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:40 am | Departed from Terminal | San Antonio, TX |
| 11/08/04 | 10:12 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:28 pm | Departed from Terminal | Austin, TX |
| | 08:13 pm | Load Trailer: 284894 | Austin, TX |
| | 06:55 pm | Arrived at Origin Terminal | Austin, TX |

| 06:55 pm | Pickup from Customer | San Marcos, TX |

INVOICE
323401
and
323404



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 323404 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 11/08/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03367 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-28 | 576.000 | 576.000 | 0.000 | 2.47000 | 1,422.72 |

CI: 16870583
Item: 10-DPH583-A

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 11/08/04

Shipped on Packing Slip #:    23449

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,422.72 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,422.72 |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                    Page:        1
                                                                       s-sm23449

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000495                        Ship To: (3)
DELPHI S&I VANDALIA PLANT               DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                      DELPHI CORPORATION
250 NORTHWOODS BLVD                     1900 BILLAY MITCHELL BLVD.
PO BOX 5051 - MC #146                   DOCK 1&2
VANDALIA OH 45377-5051                  BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|--|--------|--------|
| 11/08/04 | SM03367 | 550036913 | PRO-TRANS | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-28 | 10-DPH583-A | | EA | 576.000 | 576.000 |
| | 16870583 REV 2 CUSHION RETAINER ASM | | | | |

C/I: 16870583

*Inv# 323404*

*INVOICE 323404*

*(shipped with INVOICE 323401)*

```
Packing Slip                              Packing Slip:        Page:       1
         From Warehouse: MAIN                                      s-sm23446

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                          Ship To: (3)
DELPHI S&I VANDALIA PLANT                  DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                         DELPHI CORPORATION
250 NORTHWOODS BLVD                        1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                      DOCK 1&2
VANDALIA OH 45377-5051                     BROWNSVILLE TX 78521


Order Contact:
================================================================================
Pack Date  Order #    Cust PO           Ship Via            Weight Pkgs #
---------  -------    -------           --------            ------ ------
11/08/04   SM03364    550055815         PRO-TRANS            0.00      0
================================================================================
Line/Rel   Item                          U/M    Qty Ordered   Qty Packed
--------   ----                          ---    -----------   ----------
1-11       10-DDH374-A                    EA       384.000      384.000
           16901374 REV 1, FN HOUSING ASSEMBLY
```

*Shipped with*

*INVOICE 323404*

*INV# 323401*

# pmp
**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B010891
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 2 of 2
**DATE:** 11/08/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| | | *INVOICE 323401 and 323404* (handwritten) | | | | | |
| | | *TR# 104 0809* (handwritten) | | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 -S3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 5,651.0
**Total # Packages:** 11

**Freight Charges** (Collect)
**COD Fee**

**COD Amt:** 0.00   **Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 11/08/04

**Carrier Signature:** *SAIA S CASTRO   118WPI* (handwritten)
**Date:** *11-8-4* (handwritten)

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_____
**(Signature) of Consignor**

*11, 0807* (handwritten)
_____
**(Signature Date)**

# Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

**BOL NUM:** B010891
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 2
**DATE:** 11/08/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323401 AND
323404

**DESTINATION**

DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11286350 6

SAIA

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO./ REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 16901374 PO 550055815 | 1,820.0 | LBS | | SM23446 | |
| 1 | PALLET | P/N 16870529 PO 550025648 | 524.0 | LBS | | SM23447 | |
| 0 | | P/N 16870531 PO 550025648 | 0.0 | | | SM23448 | |
| 1 | PALLET | P/N 16870583 PO 550036913 | 420.0 | LBS | | SM23449 | |
| 1 | PALLET | P/N 16870917 PO 550036913 | 1,007.0 | LBS | | SM23450 | |
| 4 | PALLET | P/N 16870588 PO 550036913 | 1,880.0 | LBS | | SM23451 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 -S3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:**
**Total # Packages:**

**Total Charges:**

**Carrier:**
**Per:**
**Date:**

**Carrier Signature:**
**Date:** / /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

/ /
(Signature Date)



About   Products/   Information   What's   Career   Online   Site
S A I A      Information   Services   New   Information   Resources   Help
www.saia.com
Wednesday - September 14, 2005

## Tracking/Tracing Request

Find the status of your shipment

**Shipping Tools**
Easy to use

**Routing Guide**
Where we go and
how long it takes

**Saia Secure**
Manage your
account online

**Just Ask**
Have a question?

| | |
|---|---|
| Shipper | PARKVIEW METAL PRODUCTS<br>400 BARNES DR<br>SAN MARCOS, TX 78666 |
| Consignee | DELPHI COMP MECANICOS<br>% VALLEY WAREHOUSE BLDG.B<br>1900 BILLY MITCHELL BLVD<br>BROWNSVILLE, TX 78521 |

*Handwritten:* INVOICE 323401 and 323404

| | | | |
|---|---|---|---|
| PRO Number | 06611286350 | | |
| B/L Number | B010891 | | |
| P.O. Number | 550055815 | | |
| Shipper Number | NS | | |
| Reference | | | |
| Master Pro | | | |
| Driver Number | 660358 | | |
| Current Status | Delivered | | |
| Trailer Number | 530083 | | |
| Delv. Appt. Date | | | |
| Delv. Appt. Time | | | |
| Delivery Date | 11/09/04 | | |
| Delivery Time | 16:37 | | |
| Service Days | 1 | | |
| Expected Delivery | 11/09/04 | | |

| Pieces | 11 | Weight | 5651 | Type | PPD |
|---|---|---|---|---|---|
| P/U Date | 11/08/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**     Received by-ROLANDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 11 | 70 | | PT | HARDWARE, NOI IOS | 5651 |
| | REQD | | | SBL | |
| | XPO | | | 550025648 | |
| | XPO | | | 550036913 | |
| | | | | DOCK 1&2 | |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/09/04 | 04:37 pm | **Delivered** | **Brownsville, TX** |
| | 01:30 pm | Dispatched for Delivery | Harlingen, TX |
| | 11:45 am | Load Trailer: 530083 | Harlingen, TX |
| | 06:43 am | Unload Trailer: 284894 | Harlingen, TX |
| | 06:01 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:40 am | Departed from Terminal | San Antonio, TX |
| 11/08/04 | 10:12 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:28 pm | Departed from Terminal | Austin, TX |
| | 08:13 pm | Load Trailer: 284894 | Austin, TX |
| | 06:55 pm | Arrived at Origin Terminal | Austin, TX |

Saia, Inc.

| | | |
|---|---|---|
| 06:55 pm | Pickup from Customer | San Marcos, TX |

INVOICE
323404
and
323401



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323574 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 11/15/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550055815 | SM03364 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-13 | 960.000 | 480.000 | 0.000 | 6.90000 | 3,312.00 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 11/18/04

Shipped on Packing Slip #:   23626

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT: | 3,312.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,312.00 |

Packing Slip                                                      Page: 1
        From Warehouse: MAIN          Packing Slip:             s-sm23626

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                      Ship To: (3)
DELPHI S&I VANDALIA PLANT             DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                    DELPHI CORPORATION
250 NORTHWOODS BLVD                   1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                 DOCK 162
VANDALIA OH 45377-5051                BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|--|--------|--------|
| 11/15/04 | SM03364 | 550055815 | PRO-TRANS | | 2,230.00 | 5 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-13 | 10-DPH374-A | EA | 576.000 | 480.000 |
| | 16901374 REV 1, FN HOUSING ASSEMBLY | | | |

INVT# 323574

Invoice
323574

# Parkview Metal Products, Inc

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

400 Barnes Dr.
San Marcos, TX 78666

**BOL NUM:** B010944

**PRO. NUM:**

**CARRIER:** PRO TRANS C/O SAIA

**VEH:**

**ROUTE:**

**PAGE:** 1 of 1
**DATE:** 11/15/04

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323574

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11281580 5

**SAIA**

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | PALLET | P/N 16901374 PO 550055815 | 2,230.0 | LBS | | SM23626 | |
| 2 | PALLET | P/N 16870583 PO 550036913 | 984.0 | LBS | | SM23627 | |
| 1 | PALLET | P/N 16898599 PO 550055262 | 411.0 | LBS | | SM23628 | |
| 0 | | P/N 16870619 PO 550025648 | 0.0 | | | SM23629 | |
| 0 | | P/N 16869747 PO 550025648 | 0.0 | | | SM23630 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

1045207

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00

**Shipper Per:**

**Total Weight:** 3,625.0

**Total # Packages:** 8

**Freight Charges** (Collect)

**COD Fee**

**COD Amt:** 0.00     **Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SAIA

**Per:**

**Date:** 11/15/04

**Carrier Signature:** _____

**Date:** _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_____ (Signature of Consignor)

11/15/04 (Signature Date)



About Product Information What's Career Online Site
Saia Information Services New www.Saia.com Resources Help

Wednesday - September 14, 2005

# Tracking / Tracing
# Tracing Request

Find the status
of your shipment

| | | |
|---|---|---|
| **Shipping Tools** | PARKVIEW METAL PRODUCTS | **PRO Number** 06611281580 |
| *Easy to use* | 400 BARNES DR | **B/L Number** B010944 |
| | SAN MARCOS, TX 78666 | **P.O. Number** 550055815 |
| Routing Guide | | **Shipper Number** NS |
| **Consignee** | DELPHI MFG | **Reference** |
| *Where we go and how long it takes* | % VALLEY WAREHOUSES | **Master Pro** |
| | 1900 BILLY MITCHELL BLVD. | **Driver Number** 660356 |
| Saia Secure | BROWNSVILLE, TX 78521 | **Current Status** Delivered |
| *Manage your account online* | | **Trailer Number** 530150 |
| | | **Delv. Appt. Date** |
| Just Ask | | **Delv. Appt. Time** |
| *Have a question?* | | **Delivery Date** 11/16/04 |
| | | **Delivery Time** 17:27 |
| | | **Service Days** 1 |
| | | **Expected Delivery** 11/16/04 |

*(handwritten: INVOICE 323574)*

| | | | | | |
|---|---|---|---|---|---|
| **Pieces** | 8 | **Weight** | 3625 | **Type** | PPD |
| **P/U Date** | 11/15/04 | **Origin Terminal** | AUS | **Destination Terminal** | HRL |

**Signature**        Received by-SANTOS

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 8 | 70 | | PT | HARDWARE, NOI IOS | 3625 |
| | REQD | | | SBL | |
| | XPO | | | 550036913 | |
| | XPO | | | 550055262 | |
| | XPO | | | 550025648 | |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/16/04 | 05:27 pm | Delivered | Brownsville, TX |
| | 11:40 am | Dispatched for Delivery | Harlingen, TX |
| | 10:58 am | Load Trailer: 530150 | Harlingen, TX |
| | 08:10 am | Unload Trailer: 284930 | Harlingen, TX |
| | 05:55 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:39 am | Departed from Terminal | San Antonio, TX |
| | 12:18 am | Arrived at Breakbulk Terminal | San Antonio, TX |
| 11/15/04 | 10:58 pm | Departed from Terminal | Austin, TX |
| | 08:43 pm | Load Trailer: 284930 | Austin, TX |
| | 07:20 pm | Arrived at Origin Terminal | Austin, TX |

06:22 pm      Pickup from Customer                    San Marcos, TX

INVOICE
323574

 **Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 323606 | 1 |

| REMIT TO | CUST NO. | DATE |
|----------|----------|------|
| 72047 Eagle Way<br>Chicago, IL 60678-7250 | C000485 | 11/16/04 |



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

3
SHIP TO
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-1 | 3,536.000 | 3,536.000 | 0.000 | 1.77500 | 6,276.40 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 11/16/04

Shipped on Packing Slip #:   23660

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 6,276.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,276.40** |

Packing Slip                                                      Page:        1
From Warehouse: MAIN          Packing Slip:        s-sm23660

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                    Ship To: (3)
DELPHI S&I VANDALIA PLANT            DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                  DELPHI CORPORATION
250 NORTHWOODS BLVD                 1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146               DOCK 1&2
VANDALIA OH 45377-5051              BROWNSVILLE TX 78521

Order Contact:
==================================================================================
Pack Date  Order #    Cust PO            Ship Via              Weight Pkgs #
-------    -------    -------            --------              ------  ----
11/16/04   SM03506    450076219                                 0.00    0
==================================================================================
Line/Rel   Item                          U/M    Qty Ordered    Qty Packed
--------   ----                          ---    -----------    ----------
1-1        10-DPH200-A                    EA        1.000        3,536.000
           16902200, REV 2, CUSHION RETAINER

INV# 236
323606

INVOICE
323606

# pmp

## Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

## UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL-- NOT NEGOTIABLE

**PAGE:** 2 of 2
**DATE:** 11/16/04

**BOL NUM:** B010956
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | BK# 1045959 | 0.0 | | | | |

INVOICE
323606

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 7,678.0
**Total # Packages:** 15

Freight Charges   (Collect)
COD Fee

**COD Amt:** 0.00   **Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 11/16/04

**Carrier Signature:** *SATYA SCASTRO* 158AM

**Date:**

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____(Signature of Consignor)

11/16/04
_____(Signature Date)

# Parkview Metal Products, Inc.

**pmp**

400 Barnes Dr.
San Marcos, TX 78666

## UNIFORM STRAIGHT BILL OF LADING
## ORIGINAL-- NOT NEGOTIABLE

**BOL NUM:** B010956
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 2
**DATE:** 11/16/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323606

**DESTINATION**

DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11281800 6

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 3 | PALLET | P/N 16870588 PO 550036913 | 1,338.0 | LBS | | SM23656 | |
| 3 | PALLET | P/N 16898599 PO 550055262 | 2,058.0 | LBS | | SM23657 | |
| 1 | PALLET | P/N 16870619 PO 550025648 | 423.0 | LBS | | SM23658 | |
| 1 | PALLET | P/N 16869748 PO 550025648 | 1,006.0 | LBS | | SM23659 | |
| 7 | PALLET | P/N 16902200 PO 450076219 | 2,853.0 | LBS | | SM23660 | |
| 0 | | P/N 16870286 PO 450076157 | 0.0 | | | SM23661 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:**            0.00

**Shipper Per:**

**Total Weight:**
**Total # Packages:**

**Total Charges:**

**Carrier:**
**Per:**
**Date:**

**Carrier Signature:**

**Date:**            /            /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____/_____/_____
(Signature Date)



About     Product     Information     What's     Career     Online     Site
Saia      Information   Services      New  www.fSaia1com Resources   Help

Wednesday - September 14, 2005

# Tracing Request
Tracing / Tracing
Find the status
of your shipment

Shipping Tools
*Easy to use*

Routing Guide
*Where we go and
how long it takes*

Consignee

Saia Secure
*Manage your
account online*

Just Ask
*Have a question?*

| | |
|---|---|
| PARKVIEW METAL PRODUCTS<br>400 BARNES DR<br>SAN MARCOS, TX 78666 | |
| DELPHI MFG<br>% VALLEY WAREHOUSES<br>1900 BILLY MITCHELL BLVD.<br>BROWNSVILLE, TX 78521 | |

INVOICE
323606

| | |
|---|---|
| PRO Number | 06611281800 |
| B/L Number | B010956 |
| P.O. Number | 550036913 |
| Shipper Number | BK# 1045959 |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 482454 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 11/17/04 |
| Delivery Time | 16:24 |
| Service Days | 1 |
| Expected Delivery | 11/17/04 |

| Pieces | 15 | Weight | 7678 | Type | PPD |
|---|---|---|---|---|---|
| P/U Date | 11/16/04 | Origin Terminal | AUS | Destination Terminal | HRL |

Signature          Received by-ROLANDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 15 | 70 | | PT | HARDWARE, NOI IOS | 7678 |
| | REQD | | | SBL | |
| | XPO | | | 550055262 | |
| | XPO | | | 550025648 | |
| | XPO | | | 450076219 | |
| | XPO | | | 450076157 | |
| | | | | DOCK 1 & 2 | |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/17/04 | 04:24 pm | Delivered | Brownsville, TX |
| | 10:07 am | Dispatched for Delivery | Harlingen, TX |
| | 09:22 am | Load Trailer: 482454 | Harlingen, TX |
| | 07:12 am | Unload Trailer: 530336 | Harlingen, TX |
| | 06:01 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:37 am | Departed from Terminal | San Antonio, TX |
| | 12:40 am | Load Trailer: 530336 | San Antonio, TX |
| | 12:40 am | Unload Trailer: 284873 | San Antonio, TX |

Saia, Inc.                                                                    Page 2 of 2

| 11/16/04 | 10:43 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
|          | 09:10 pm | Departed from Terminal | Austin, TX |
|          | 08:34 pm | Load Trailer: 284873 | Austin, TX |
|          | 06:51 pm | Arrived at Origin Terminal | Austin, TX |
|          | 04:17 pm | Pickup from Customer | San Marcos, TX |

INVOICE
323606



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323677 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 11/18/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550055815 | SM03364 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-13 | 960.000 | 576.000 | 0.000 | 6.90000 | 3,974.40 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 11/18/04

Shipped on Packing Slip #:   23727

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 3,974.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **3,974.40** |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:     1
s-sm23727

From:
ParkView Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 11/18/04 | SM03364 | 550055815 | PRO-TRANS | 2,772.00 | 6 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-13 | 10-DPH374-A 16901374 REV 1, FN HOUSING ASSEMBLY | EA | 960.000 | 576.000 |



INV# 323677

INVOICE
323677

INVOICE
323680
(Shipped with INVOICE
323680)

(Shipped with INVOICE
323677)

Packing Slip                          Packing Slip:              Page:        1
           From Warehouse: MAIN                                  s-sm23730

From:
ParkView Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                      Ship To: (3)
DELPHI S&I VANDALIA PLANT             DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                    DELPHI CORPORATION
250 NORTHWOODS BLVD                   1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                 DOCK 1&2
VANDALIA OH 45377-5051                BROWNSVILLE TX 78521

Order Contact:
========================================================================
Pack Date Order #   Cust PO          Ship Via            Weight  Pkgs #
--------- -------   -------          --------            ------  ------
11/18/04  SM03388   550036913        PRO-TRANS           2,152.00    2

========================================================================
Line/Rel  Item                       U/M     Qty Ordered   Qty Packed
--------  ----                       ---     -----------   ----------

1-8       10-DPH721-A                 EA      3,000.000     3,000.000
          16869721 REV 005 C-PILLAR BRKT LH

INV# 323680

Invoice
323680

# pip
**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**PAGE:** 2 of 2
**DATE:** 11/18/04

**BOL NUM:** B010986
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 16870531<br>PO 550025648 | 0.0 | LBS | | SM23753 | |
| | | INVOICE<br>323677<br>and<br>323680 | | | | | |

**Special Instructions:**
HARDWARE NOI I/8
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 5,399.0
**Total # Packages:** 10

**Freight Charges** (Collect)
**COD Fee**

**COD Amt:** 0.00     **Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 11/18/04

**Carrier Signature:**
**Date:** / /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_     11/18 /04  _(Signature Date)_

**ptp** **Parkview Metal Products, Inc**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  2
DATE: 11/18/04

BOL NUM: B010986
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**S H I P P E R**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**D E S T I N A T I O N**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11238120 6        **SAIA**

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 6 | PALLET | P/N 16901374 | 2,772.0 | LBS | | SM23727 | |
| | | PO 550055815 | | | | | |
| 1 | PALLET | P/N 16870619 | 225.0 | LBS | | SM23728 | |
| | | PO 550025648 | | | | | |
| 0 | | P/N 16869747 | 0.0 | | | SM23729 | |
| | | PO 550025648 | | | | | |
| 2 | PALLET | P/N 16869721 | 2,152.0 | LBS | | SM23730 | |
| | | PO 550036913 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |
| 1 | SKID | P/N 16870529 | 250.0 | LBS | | SM23752 | |
| | | PO 550025648 | | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:          0.00
Shipper Per:

Total Weight:
Total # Packages:

*INVOICE*
*323677 AND 323680*

Total Charges:

Carrier:
Per:
Date:

Carrier Signature:
Date:  11 / 18 / 04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

11 / 18 / 04
(Signature Date)



About | Product | Information | What's | Career | Online | Site
Saia | Information | Services | New www.Saia.com Resources | Help

Wednesday - September 14, 2005

## Tracing Request

Tracking / Tracing
Find the status
of your shipment

| | |
|---|---|
| Shipping Tools | PARKVIEW METAL PRODUCTS |
| Easy to use | 400 BARNES DR |
| | SAN MARCOS, TX 78666 |
| Routing Guide | |
| Where we go and how long it takes | DELPHI MFG |
| Consignee | % VALLEY WAREHOUSES |
| | 1900 BILLY MITCHELL BLVD. |
| Saia Secure | BROWNSVILLE, TX 78521 |
| Manage your account online | |
| Just Ask | |
| Have a question? | |

**INVOICE 323617 and 323680**

| | | | |
|---|---|---|---|
| PRO Number | 06611238120 |
| B/L Number | B010986 |
| P.O. Number | 550055815 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660018 |
| Current Status | Delivered |
| Trailer Number | 530336 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 11/19/04 |
| Delivery Time | 13:36 |
| Service Days | 1 |
| Expected Delivery | 11/19/04 |

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 10 | Weight | 5399 | Type | PPD |
| P/U Date | 11/18/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**      Received by-GARCIA

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 10 | 70 | | PT | HARDWARE, NOI IOS | 5399 |
| | REQD | | | SBL | |
| | XPO | | | 550025648 | |
| | XPO | | | 550036913 | |
| | | | | DOCK 1 & 2 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/19/04 | 01:36 pm | Delivered | Brownsville, TX |
| | 10:16 am | Dispatched for Delivery | Harlingen, TX |
| | 09:46 am | Load Trailer: 530336 | Harlingen, TX |
| | 07:51 am | Unload Trailer: 530016 | Harlingen, TX |
| | 05:04 am | Arrived at Destination Terminal | Harlingen, TX |
| | 12:27 am | Departed from Terminal | San Antonio, TX |
| 11/18/04 | 11:28 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 10:01 pm | Departed from Terminal | Austin, TX |
| | 08:24 pm | Load Trailer: 530016 | Austin, TX |
| | 07:50 pm | Arrived at Origin Terminal | Austin, TX |

05:42 pm     Pickup from Customer                    San Marcos, TX

INVOICE
323677
and
323680