EXHIBIT A cont'd
(3)



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323680 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 11/18/04 |



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03388 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 3,000.000 | 3,000.000 | 0.000 | 1.13300 | 3,399.00 |

Item: 10-DPE721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 11/18/04

Shipped on Packing Slip #:    23730

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 3,399.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,399.00 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
8-sm23730

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|---|----------|---|--------|--------|
| 11/18/04 | SM03388 | 550036913 | | PRO-TRANS | | 2,152.00 | 2 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|---|-----|-------------|------------|
| 1-8 | 10-DPH721-A | | EA | 3,000.000 | 3,000.000 |
| | 16859721 REV 005 C-PILLAR BRKT LH | | | | |

Inv# 323680

INVOICE
323680

(shipped with INVOICE 323677)

Packing Slip                          Packing Slip:                    Page:        1
       From Warehouse: MAIN                                                   s-sm23727

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                          Ship To: (3)
DELPHI S&I VANDALIA PLANT                  DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                         DELPHI CORPORATION
250 NORTHWOODS BLVD                        1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                       DOCK 1&2
VANDALIA OH 45377-5051                     BROWNSVILLE TX 78521


Order Contact:
========================================================================================
Pack Date  Order #   Cust PO         Ship Via              Weight  Pkgs #
---------- -------   ---------       ---------            -------- ------
11/18/04   SM03364   550055815       PRO-TRANS            2,772.00     6
========================================================================================
Ldne/Rel   Item                      U/M     Qty Ordered   Qty Packed
--------   ----                      ---     -----------   ----------
1-13       10-DPH374-A               EA       960.000       576.000
           16901374 REV 1, FN HOUSING ASSEMBLY

INVOICE
3a367?

INV# 3a367?

# Parkview Metal Products, Inc.

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

400 Barnes Dr.
San Marcos, TX 78666

**BOL NUM:** B010986
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 2 of 2
**DATE:** 11/18/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party-at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**

DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 16870531<br>PO 550025648 | 0.0 | LBS | | SM23753 | |
| | | INVOICE 323671 and 323680 | | | | | |

**Special instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 5,399.0
**Total # Packages:** 10

**Freight Charges** (Collect)
**COD Fee**

**COD Amt:** 0.00
**Total Charges:** 0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 11/18/04

**Carrier Signature:**
**Date:** /          /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
**(Signature of Consignor)**

11/18 04
_____
**(Signature Date)**

# ptp

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B010986
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

PAGE: 1 of 2
DATE: 11/18/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11238120 6

**SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 6 | PALLET | P/N 16901374 PO 550055815 | 2,772.0 | LBS | | SM23727 | |
| 1 | PALLET | P/N 16870619 PO 550025648 | 225.0 | LBS | | SM23728 | |
| 0 | | P/N 16869747 PO 550025648 | 0.0 | | | SM23729 | |
| 2 | PALLET | P/N 16869721 PO 550036913 | 2,152.0 | LBS | | SM23730 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 1 | SKID | P/N 16870529 PO 550025648 | 250.0 | LBS | | SM23752 | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

**INVOICE**

Total Weight:
Total # Packages:

**323677 AND 323680**

Total Charges:

| Carrier: | | Carrier Signature: | |
|---|---|---|---|
| Per: | | | |
| Date: | | Date: | 11/18/04 |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

11 /18 /04
(Signature Date)



SAIA®

| Your Saia | Product Information | Information Services | What's New www.saia.com | Career Resources | Online Info | Site Help |

Wednesday - September 14, 2005

# Tracking Request

Tracking / Tracing
Find the status of your shipment

Shipping Tools
*Easy to use*

Routing Guide
*Where we go and how long it takes*

Saia Secure
*Manage your account online*

Just Ask
*Have a question?*

**Shipper**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

**Consignee**
DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

INVOICE
323677
and
323680

| | | | |
|---|---|---|---|
| PRO Number | 06611238120 | | |
| B/L Number | B010986 | | |
| P.O. Number | 550055815 | | |
| Shipper Number | NS | | |
| Reference | | | |
| Master Pro | | | |
| Driver Number | 660018 | | |
| Current Status | Delivered | | |
| Trailer Number | 530336 | | |
| Delv. Appt. Date | | | |
| Delv. Appt. Time | | | |
| Delivery Date | 11/19/04 | | |
| Delivery Time | 13:36 | | |
| Service Days | 1 | | |
| Expected Delivery | 11/19/04 | | |

| Pieces | 10 | Weight | 5399 | Type | PPD |
|---|---|---|---|---|---|
| P/U Date | 11/18/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**    Received by-GARCIA

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 10 | 70 | | PT | HARDWARE, NOI IOS | 5399 |
| | REQD | | | SBL | |
| | XPO | | | 550025648 | |
| | XPO | | | 550036913 | |
| | | | | DOCK 1 & 2 | |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/19/04 | 01:36 pm | Delivered | Brownsville, TX |
| | 10:16 am | Dispatched for Delivery | Harlingen, TX |
| | 09:46 am | Load Trailer: 530336 | Harlingen, TX |
| | 07:51 am | Unload Trailer: 530016 | Harlingen, TX |
| | 05:04 am | Arrived at Destination Terminal | Harlingen, TX |
| | 12:27 am | Departed from Terminal | San Antonio, TX |
| 11/18/04 | 11:28 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 10:01 pm | Departed from Terminal | Austin, TX |
| | 08:24 pm | Load Trailer: 530016 | Austin, TX |
| | 07:50 pm | Arrived at Origin Terminal | Austin, TX |

05:42 pm        Pickup from Customer                        San Marcos, TX

I Nvoice
323677
and
323680



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323804 | 1 |

| CUST. NO. | DATE |
|---|---|
| C000485 | 11/24/04 |



**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



3
**SHIP TO**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM03373 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 690.000 | 300.000 | 0.000 | 1.29600 | 388.80 |

Item: 10-DPH748-A

Description: 16869748, REV.006, DEPLOYMENT BRKT RH
U/M: EA
Date Shipped: 11/24/04

Shipped on Packing Slip #:    23865

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 388.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 388.80 |

Packing Slip
From Warehouse: MAIN                    Packing Slip:              Page:      1
                                                                   s-sm23865

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                        Ship To: (3)
DELPHI S&I VANDALIA PLANT               DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                      DELPHI CORPORATION
250 NORTHWOODS BLVD                     1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                   DOCK 1&2
VANDALIA OH 45377-5051                  BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO. | | Ship Via | | Weight | Pkgs # |
|-----------|---------|----------|--|----------|--|--------|--------|
| 11/24/04  | SM03373 | 550025648 | | | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-9 | 10-DPH748-A, | | EA | 690.000 | 300.000 |
| | 16869748, REV.006, DEPLOYMENT BRKT RH | | | | |

InV# 323804

# ptp
**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

## UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL-- NOT NEGOTIABLE

PAGE: 1 of 1
DATE: 11/24/04

BOL NUM: B011051
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE 323804*

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16869748 PO 550025648 | 348.0 | LBS | | SM23865 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

066-11270220 3

SAIA
JUST ASK

*10511685*

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 348.0
Total # Packages: 1

Freight Charges (Collect)
COD Fee

COD Amt: 0.00
Total Charges: 0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 11/24/04

Carrier Signature: *SAIA S CASTLE*
Date:

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_

11/24/04
_(Signature Date)_



| About Saia | Product Information | Information Services | What's New www.Saia.com | Career Resources | Online Resources | Site Help |

Wednesday - September 14, 2005

# Tracking / Tracing
## Tracking Request
*Find the status of your shipment*

Shipping Tools
*Easy to use*

Routing Guide
*Where we go and how long it takes*

Saia Secure
*Manage your account online*

Just Ask
*Have a question?*

**Shipper**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

**Consignee**
DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

INVOICE 323804

| | |
|---|---|
| PRO Number | 06611270220 |
| B/L Number | B011051 |
| P.O. Number | 550025648 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 483246 |
| Delv. Appt. Date | 11/30/04 |
| Delv. Appt. Time | |
| Delivery Date | 11/30/04 |
| Delivery Time | 11:33 |
| Service Days | 1 |
| Expected Delivery | 11/30/04 |

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 1 | Weight | 348 | Type | PPD |
| P/U Date | 11/24/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**        Received by-R. R.

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 1 | 70 REQD | | PT | HARDWARE, NOI IOS SBL DOCK 1 & 2 | 348 |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 11/30/04 | 11:33 am | **Delivered** | **Brownsville, TX** |
| | 12:40 pm | Delivery Appointment 11/30/04 | |
| | 09:04 am | Dispatched for Delivery | Harlingen, TX |
| | 09:16 am | Load Trailer: 483246 | Harlingen, TX |
| 11/29/04 | 06:46 am | Unload Trailer: 284106 | Harlingen, TX |
| 11/25/04 | 04:37 am | Arrived at Destination Terminal | Harlingen, TX |
| | 02:00 am | Departed from Terminal | Corpus Christi, TX |
| | 01:19 am | Arrived at Breakbulk Terminal | Corpus Christi, TX |
| 11/24/04 | 10:40 pm | Departed from Terminal | San Antonio, TX |
| | 10:19 pm | Arrived at Breakbulk Terminal | San Antonio, TX |

Saia, Inc.                                                                      Page 2 of 2

| 08:28 pm | Departed from Terminal | Austin, TX |
| 07:51 pm | Load Trailer: 284106 | Austin, TX |
| 05:24 pm | Arrived at Origin Terminal | Austin, TX |
| 03:44 pm | Pickup from Customer | San Marcos, TX |

INVOICE
323804

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323807 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 11/24/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-36 | 15,000.000 | 5,760.000 | 0.000 | 0.87900 | 5,063.04 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 11/30/04

Shipped on Packing Slip #:   23868

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 5,063.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,063.04 |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                    Page:            1
                                                                         s-sm23868

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: CO00419                         Ship To: (4)
DELCO ELECTRONICS SYSTEMS                DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER                     PLANT 93
P.O. BOX 9005                            601 JOAQUIN CAVAZOS
KOKOMO IN 46904                          LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 11/24/04 | SM03357 | 550040547 | | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-36 | 10-DPH044-C | EA | 15,000.000 | 5,760.000 |
| | 12223B044, REV. E | COVER | | |

INV# 323807

# Parkview Metal Products, Inc.

**pmp**

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B011050
PRO. NUM:
  CARRIER: PRO TRANS C/O SAIA
      VEH:
    ROUTE:

PAGE: 2 of 2
DATE: 11/24/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

INVOICE
323807

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| | | 1051684 | | | | | |

Special Instructions:
HARDWARE NOI I/S
NFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 10,777.0
Total # Packages: 1990

Freight Charges (Collect)
COD Fee

COD Amt: 0.00   Total Charges: 0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 11/24/04

Carrier Signature:
Date: / /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____/_____/_____
(Signature Date)



# Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B011050
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

PAGE: 1 of 2
DATE: 11/24/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323807

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11270200 1    SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 12240403 | 0.0 | | | SM23862 | |
| | | PO 550050575 | | | | | |
| 2 | PALLET | P/N 12213603 | 692.0 | LBS | | SM23863 | |
| | | P 0550047199 | | | | | |
| 1 | PALLET | P/N 12208646 | 839.0 | LBS | | SM23864 | |
| | | PO 550046982 | | | | | |
| 2ac | | P/N 12208641 | 0.0 | | | SM23866 | |
| | | PO 550046982 | | | | | |
| 4 | PALLET | P/N 12228044 | 4,776.0 | LBS | | SM23868 | |
| | | PO 550040547 | | | | | |
| 10 | PALLET | P/N 12208752 | 4,470.0 | LBS | | SM23869 | |
| | | PO 550046982 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |

Special Instructions:
HARDWARE NOI I/S
NFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight:
Total # Packages:

Total Charges:

Carrier:
Per:

Carrier Signature: SAIA S.CASTRO    19 SMDI
Date: 11-24-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement)

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

11/24/04

(Signature Date)





## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 324087 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 12/01/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM03374 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 3,600.000 | 8,872.000 | 0.000 | 0.35900 | 3,185.05 |

Item: 10-DPH895-A

Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 12/01/04

Shipped on Packing Slip #:    23966

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 3,185.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,185.05 |

Packing slip
From Warehouse--MAIN

Page: 1
Packing slip: S-SM239856

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: CO09485
DELPHI SEI VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI SEI-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust.PO | Ship Via | Weight | Exp # # |
|---|---|---|---|---|---|
| 12/01/04 | SM03374: | 550025648 | | -0.00 ~ 0 | |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-10 | 30-DPHMSEI | | 3,600.000 | 3,872.000 |
| | 158569856, REV 2 RAMP CUSH SUPP. | | | |

*Alex, please sign and fax back.*

*INV# 324087*

*Larry, I received it on 12/06. There's not ASN. for this shipment*  *Alex*

INVOICE
324087

Packing Slip
From Warehouse-MAIN — — — — Packing Slip — — — —

Page: 1
S-00023365

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI SET VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 — MC #145
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI SET-RINAIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD
ROCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 12/01/04 | SN003374 | 550025648 | | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-10 | 10-DHH96, REV 2 NAME CUSH SUPP | EA | 3,688.000 | 3,872.000 |
| | 16867895 | | | |

*INV# 32.34087*

Alex, please
print for back.

*INVOICE 34087*

Larry... I received it on 12/06.
There's not ASN for
this shipment

Alex

FAX No. 512 754 0800
FAX NO. 956 228 1393
F.001/001
P.01
DEC-08-2004 WED 12:24 PM MATERIALES
3C-08-2004-MON 07:32 AM   PARKVIEW METAL SANMA



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324005 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 12/06/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



3
**SHIP TO**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 1,152.000 | 576.000 | 0.000 | 1.77500 | 1,022.40 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 12/14/04

Shipped on Packing Slip #:   24064

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,022.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,022.40 |

Packing Slip
From Warehouse: MAIN                Packing Slip:                Page: 1
                                                                 s-sm24064

From:
Packview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                    Ship To: (3)
DELPHI S&I VANDALIA PLANT            DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                  DELPHI CORPORATION
250 NORTHWOODS BLVD                 1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146               DOCK 1&2
VANDALIA OH 45377-5051              BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 12/06/04 | SM03506 | 4500076219 | PRO-TRANS | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-3 | 10-DEH200-A | EA | 1,152.000 | 576.000 |
|  | 16902200, REV 2, CUSHION RETAINER |  |  |  |

INV # 324005

I NVOICE
324005

**Parkview Metal Products, Inc**

PMP

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  1
DATE: 12/06/04

BOL NUM: B011149
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
324005

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11281900 2

SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16902200 PO 450076219 | 411.0 | LBS | | SM24064 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:              0.00

Shipper Per:

Total Weight:      411.0
Total # Packages:      1

Freight Charges      (Collect)
COD Fee

COD Amt:              0.00      Total Charges:              0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 12/06/04

Carrier Signature: _SAIA  S (CASTRO)  ) 810PI_
Date: 12-6-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____              ____/____/____

(Signature of Consignor)              (Signature Date)



| | Information Services | What's New www.saia.com | Career Online Resources | Site Help |

Wednesday - September 14, 2005

## Tracking / Tracing
## Tracking Request
Find the status
of your shipment

**Shipping Tools**
*Easy to use*

Routing Guide

**Consignee** *where go and how long it takes*

Saia Secure
*Manage your account online*

Just Ask
*Have a question?*

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

DELPHI COMP MECANICOS
% VALLEY WAREHOUSE BLDG.B
1900 BILLY MITCHELL BLVD
BROWNSVILLE, TX 78521

**INVOICE 324005** *(handwritten)*

| | |
|---|---|
| PRO Number | 06611281900 |
| B/L Number | B011149 |
| P.O. Number | 450076219 |
| Shipper Number | NA |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 483246 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 12/07/04 |
| Delivery Time | 11:02 |
| Service Days | 1 |
| Expected Delivery | 12/07/04 |

| Pieces | 1 | Weight | 411 | Type | PPD |
|---|---|---|---|---|---|
| P/U Date | 12/06/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**   Received by-APOLONIO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 1 | 70 | | PK | HARDWARE, NOI IOS | 411 |
| | REQD | | | SBL | |
| | | | | S & I RIMIR PLANT | |
| | | | | DOCK 1&2 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|---|---|---|---|
| 12/07/04 | 11:02 am | Delivered | Brownsville, TX |
| | 08:52 am | Dispatched for Delivery | Harlingen, TX |
| | 08:52 am | Load Trailer: 483246 | Harlingen, TX |
| | 08:25 am | Unload Trailer: 284043 | Harlingen, TX |
| | 06:22 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:58 am | Departed from Terminal | San Antonio, TX |
| 12/06/04 | 10:55 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 09:06 pm | Departed from Terminal | Austin, TX |
| | 08:36 pm | Load Trailer: 284043 | Austin, TX |
| | 06:37 pm | Arrived at Origin Terminal | Austin, TX |
| | 04:30 pm | Pickup from Customer | San Marcos, TX |

Saia, Inc.

INVOICE
324005



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324073 | 1 |

### REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 12/08/04 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-2 | 1,152.000 | 576.000 | 0.000 | 1.77500 | 1,022.40 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 12/13/04

Shipped on Packing Slip #:   24146

PLEASE REMIT TO:72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  ●  tools and dies  ●  assembly  ●  prototype  ●  short run stampings  ●  production painting

| | |
|---|---|
| SALES AMOUNT | 1,022.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,022.40 |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                Page:        1
                                                                                  s-sm24146

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                         Ship To: (3)
DELPHI S&I-VANDALIA PLANT                DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                       DELPHI CORPORATION
250 NORTHWOODS BLVD                      1900 BILLY MITCHELL BLVD.
PO BOX 5051  - MC #146                   DOCK 1&2
VANDALIA OH 45377-5051                   BROWNSVILLE TX 78521

Order Contact:
=========================================================================================
Pack Date Order #  Cust PO                   Ship Via                  Weight Pkgs #
--------- -------- ----------                 --------                  ------ ------
12/08/04  SM03506  4500076219                 PRO-TRANS                 442.00      1
=========================================================================================
Line/Rel  Item                         U/M          Qty Ordered       Qty Packed
--------- ----                         ---          -----------       ----------

1-2       10-DPH200-A                  EA            1,152.000          576.000
          16902200, REV 2, CUSHION RETAINER

InV# 324073

INVOICE
324073

# PMP

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  1
DATE: 12/08/04

BOL NUM: B011176
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA
INVOICE
324073

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11286560 6

SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 16901374 | 1,920.0 | LBS | | SM24145 | |
| | | PO 550055815 | | | | | |
| 1 | PALLET | P/N 16902200 | 442.0 | LBS | | SM24146 | |
| | | PO 450076219 | | | | | |
| 0 | | P/N 16870286 | 0.0 | | | SM24147 | |
| | | PO 450076157 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:          0.00
Shipper Per:

Total Weight:    2,362.0     Freight Charges     (Collect)
Total # Packages:    5          COD Fee

COD Amt:          0.00     Total Charges:          0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date:

Carrier Signature: SAIA S CASTRO 5 SWPI
Date: 12-8-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

12/08/04
(Signature Date)



Global Product   Information   What's   Career   Online   Site
              Information      Services   New   www.saia.com   Resources   Help
                                                Wednesday - September 14, 2005

## Tracing Request

**Tracking / Tracing**
*Find the status of your shipment*

**Shipping Tools**
*Easy to use*

**Routing Guide**
*Where we go and how long it takes*

**Consignee**

**Saia Secure**
*Manage your account online*

**Just Ask**
*Have a question?*

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

*INVOICE 324023* (handwritten)

| | |
|---|---|
| PRO Number | 06611286560 |
| B/L Number | 1058904 |
| P.O. Number | 550055815 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 530224 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 12/09/04 |
| Delivery Time | 15:25 |
| Service Days | 1 |
| Expected Delivery | 12/09/04 |

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 5 | Weight | 2362 | Type | PPD |
| P/U Date | 12/08/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**    Received by-APOLONIO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 5 | 70 | | PT | HARDWARE, NOI IOS | 2362 |
| | REQD | | | SBL | |
| | XBL | | | B011176 | |
| | XPO | | | 450076219 | |
| | XPO | | | 450076157 | |
| | | | | DOCK 1 & 2 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|---|---|---|---|
| 12/09/04 | 03:25 pm | Delivered | Brownsville, TX |
| | 11:54 am | Dispatched for Delivery | Harlingen, TX |
| | 11:54 am | Load Trailer: 530224 | Harlingen, TX |
| | 06:52 am | Unload Trailer: 282160 | Harlingen, TX |
| | 06:51 am | Arrived at Destination Terminal | Harlingen, TX |
| | 02:15 am | Departed from Terminal | San Antonio, TX |
| 12/08/04 | 10:48 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:49 pm | Departed from Terminal | Austin, TX |
| | 08:28 pm | Load Trailer: 282160 | Austin, TX |

Saia, Inc.                                                          Page 2 of 2

| | | |
|---|---|---|
| 07:00 pm | Arrived at Origin Terminal | Austin, TX |
| 04:35 pm | Pickup from Customer | San Marcos, TX |

INVOICE
324073



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324179 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 12/13/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-2 | 1,152.000 | 2,304.000 | 0.000 | 1.77500 | 4,089.60 |
| | Item: 10-DPH200-A | | | | |

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 12/13/04

Shipped on Packing Slip #:    24242

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 4,089.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,089.60 |

```
                Packing Slip                                              Page:        1
                From Warehouse: main            Packing Slip:             s-sm24242

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                    Ship To: (3)
DELPHI SKI VANDALIA PLANT           DELPHI SKI-RIMIR PLANT
DELPHI CORPORATION                  DELPHI CORPORATION
250 NORTHWOODS BLVD                 1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146               DOCK 162
VANDALIA OH 45377-5051              BROWNSVILLE TX 78521


Order Contact:
==========================================================================================
Pack Date  Order #     Cust PO          Ship Via                    Weight  Pkgs #
---------- -------     ------           --------                    ------  ------
12/13/04   SM03506     450076219        PRO-TRANS                 1,508.00      4

Line/Rel   Item                         U/M        Qty Ordered    Qty Packed
--------   ----                         ---        -----------    ----------
1-2        10-DPH200-A                  EA         1,152.000      2,304.000
           16902200, REV 2, CUSHION RETAINER
```

INV# 324179

Invoice
32479

# Parkview Metal Products, Inc.

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

400 Barnes Dr.
San Marcos, TX 78666

BOL NUM: B011221                                     PAGE:  1 of  1
PRO. NUM:                                            DATE: 12/13/04
CARRIER: PRO TRANS C/O SAIA                          SHIPPER NUM:
VEH:                                                 CARRIER NUM:
ROUTE:                                               FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**INVOICE 324179**

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11259450 4

**SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLE | P/N 16870529 PO 550025648 | 607.0 | LBS | | SM24237 | |
| 0 | | P/N 16870531 PO 550025648 | 0.0 | | | SM24238 | |
| 0 | | P/N 16870619 PO 5500025648 | 0.0 | | | SM24239 | |
| 4 | PALLET | P/N 16902200 PO 450076219 | 1,508.0 | LBS | | SM24242 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | TR# 1061345 | 0.0 | | | | |

Special Instructions:                               Order Value:           0.00
HARDWARE NOI I/S
NMFC104500 50 S-3                                   Shipper Per:

Total Weight:      2,115.0    Freight Charges    (Collect)
Total # Packages:     5                           COD Fee

COD Amt:                      0.00    Total Charges:          0.00

Carrier:  PRO TRANS C/O SAIA          Carrier Signature: SAIA S CASTU, SUAI
Per:                                  Date: 12-18-4
Date: 12/13/04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____                    12/13/04
(Signature of Consignor)                   (Signature Date)



Product        Information   What's      Career    Online      Site
Information    Services      New www.infoSaiazicom Resources   Help

Wednesday - September 14, 2005

**Tracking / Tracing** INVOICE 324179
Find the status
of your shipment

**Shipping Tools**
Easy to use

**Routing Guide**
Where we go and
how long it takes

**Saia Secure**
Manage your
account online

**Just Ask**
Have a question?

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

| | |
|---|---|
| PRO Number | 06611259450 |
| B/L Number | TR# 1061345 |
| P.O. Number | 550025648 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 530073 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 12/14/04 |
| Delivery Time | 17:39 |
| Service Days | 1 |
| Expected Delivery | 12/14/04 |

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 5 | Weight | 2115 | Type | PPD |
| P/U Date | 12/13/04 | Origin Terminal | AUS | Destination Terminal | HRL |

Signature          Received by-ROLANDO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 5 | 70 | | PT | HARDWARE, NOI IOS | 2115 |
| | REQD | | | SBL | |
| | XPO | | | 5500025648 | |
| | XPO | | | 450076219 | |
| | XBL | | | B011221 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|---|---|---|---|
| 12/14/04 | 05:39 pm | Delivered | Brownsville, TX |
| | 11:27 am | Dispatched for Delivery | Harlingen, TX |
| | 10:55 am | Load Trailer: 530073 | Harlingen, TX |
| | 06:31 am | Unload Trailer: 284112 | Harlingen, TX |
| | 04:31 am | Arrived at Destination Terminal | Harlingen, TX |
| 12/13/04 | 11:52 pm | Departed from Terminal | San Antonio, TX |
| | 10:06 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:15 pm | Departed from Terminal | Austin, TX |
| | 08:01 pm | Load Trailer: 284112 | Austin, TX |
| | 05:31 pm | Arrived at Origin Terminal | Austin, TX |

02:36 pm        Pickup from Customer                    San Marcos, TX

INVOICE
324179



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324201 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 12/14/04 |



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 1,152.000 | 2,304.000 | 0.000 | 1.77500 | 4,089.60 |
| | Item: 10-DPH200-A | | | | |

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 12/14/04

Shipped on Packing Slip #:   24266

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 4,089.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,089.60 |

Packing Slip
From Warehouse: main

Packing Slip:

Page: 1
s-sm24266

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 12/14/04 | SM03506 | 4500076219 | PRO-TRANS | 1,204.00 | 4 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-3 | 10-DPH200-A
16902200, REV 2, CUSHION RETAINER | | EA | 1,152.000 | 2,304.000 |

INV# 324201

INVOICE
324201

# Parkview Metal Products, Inc

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 2 of 2
DATE: 12/14/04

BOL NUM: B011234
PRO. NUM:
  CARRIER: PRO TRANS C/O SAIA
    VEH:
  ROUTE:

SHIPPER NUM:
CARRIER NUM:
        FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11259510 3

SAIA

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

*(handwritten)* INVOICE 324201

*(handwritten)* 1062422

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 3,300.0
Total # Packages: 6

Freight Charges    (Collect)
COD Fee

COD Amt:            0.00    Total Charges:           0.00

Carrier: PRO TRANS C/O SAIA
  Per:

Carrier Signature: *SAIA S.CASTA) 6SWPI*

Date: 12/14/04                Date: *12-14-4*

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_          *12/14/04*  _(Signature Date)_

**pmp**
**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B011234
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

PAGE: 1 of 2
DATE: 12/14/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE 324201*

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 16902200 PO 450076219 | 1,204.0 | LBS | | SM24266 | |
| 0 | | P/N 16869891 PO 550025648 | 0.0 | | | SM24265 | |
| 0 | | P/N 16869895 PO 550025648 | 0.0 | | | SM24263 | |
| 0 | | P/N 16869747 PO 550025648 | 0.0 | | | SM24262 | |
| 1 | PALLET | P/N 16870531 PO 550025648 | 920.0 | LBS | | SM24261 | |
| 1 | PALLET | P/N 16870529 PO 550025648 | 1,176.0 | LBS | | SM24260 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:           0.00
Shipper Per:

Total Weight:
Total # Packages:

Total Charges:

Carrier:
  Per:
  Date:

Carrier Signature:

Date:           /           /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____/_____/_____
(Signature of Consignor)          (Signature Date)



About     Product     Information     What's     Career     Online     Site
Saia      Information  Services       New wwwinfSaiaixcom Resources     Help
Wednesday - September 14, 2005

# Tracing Request
Tracking / Tracing
Find the status
of your shipment

**Shipping Tools**
Easy to use

Routing Guide

**Consignee** go and
how long it takes

Saia Secure
Manage your
account online

Just Ask
Have a question?

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521

| | |
|---|---|
| PRO Number | 06611259510 |
| B/L Number | B011234 |
| P.O. Number | 450076219 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 530435 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 12/15/04 |
| Delivery Time | 12:20 |
| Service Days | 1 |
| Expected Delivery | 12/15/04 |

INVOICE 324201

| Pieces | 6 | Weight | 3300 | Type | PPD |
|---|---|---|---|---|---|
| P/U Date | 12/14/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**     Received by-RODOLFO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 6 | 70 | | PT | HARDWARE, NOI IOS | 3300 |
| | REQD | | | SBL | |
| | XPO | | | 550025648 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|---|---|---|---|
| 12/15/04 | 12:20 pm | Delivered | Brownsville, TX |
| | 10:25 am | Dispatched for Delivery | Harlingen, TX |
| | 10:25 am | Load Trailer: 530435 | Harlingen, TX |
| | 05:58 am | Unload Trailer: 530297 | Harlingen, TX |
| | 05:46 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:31 am | Departed from Terminal | San Antonio, TX |
| | 01:25 am | Load Trailer: 530297 | San Antonio, TX |
| 12/14/04 | 09:48 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:22 pm | Departed from Terminal | Austin, TX |
| | 08:07 pm | Load Trailer: 284490 | Austin, TX |
| | 06:25 pm | Arrived at Origin Terminal | Austin, TX |
| | 04:04 pm | Pickup from Customer | San Marcos, TX |

INVOICE
324201