# EXHIBIT A cont'd
# (4)



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s~sm  324228 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 12/15/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



3
**SHIP TO**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-4 | 1,152.000 | 2,304.000 | 0.000 | 1.77500 | 4,089.60 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 12/15/04

Shipped on Packing Slip #:    24294

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 4,089.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,089.60 |

```
                    Packing Slip
                    From Warehouse: MAIN              Packing Slip:              Page:         1
                                                                                s-sm24294

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                          Ship To: (3)
DELPHI S&I VANDALIA  PLANT                DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                        DELPHI CORPORATION
250 NORTHWOODS BLVD                       1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                     DOCK 162
VANDALIA OH 45377-5051                    BROWNSVILLE TX 78521


Order Contact:
================================================================================================
Pack Date Order #     Cust PO        Ship Via            Weight PKgs #
12/15/04  SM03506     450076219      MENLO LOGISTICS      495.00        4
================================================================================================
Line/Rel  Item                        U/M      Qty Ordered      Qty Packed
--------  ------                      ----     -----------      ----------
1-4       10-DPH200-A                  EA       1,152.000        2,304.000
          16902200, REV 2, CUSHION RETAINER
```

Packing Slip
From Warehouse: MAIN

Packing Slip                     Page: 1
                                 s-sm24297

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                 Ship To: (3)
DELPHI S&I VANDALIA PLANT        DELPHI S&I-ELMIR PLANT
DELPHI CORPORATION               DELPHI CORPORATION
250 NORTHWOODS BLVD              1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146            DOCK 142
VANDALIA OH 45377-5051           BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 12/15/04. | SM03506 | 450076219 | | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-5 | 10-DPH200-A | EA | 2,400.000 | 5,733.000 |
| | 16902200, REV 2, CUSHION RETAINER | | | |

INVOICE
324228 AND 324231

INV# 324231

# ptp

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 12/15/04

BOL NUM: B011245
PRO. NUM:
SHIPPER NUM:
CARRIER: MENLO LOGISTICS C/O SAIA
CARRIER NUM:
VEH:
FOB:
ROUTE: *Invoice 324228 and 324231*

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11259560 1

SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | CODE | REFERENCE | CK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | SKID | P/N 16869891 PO 550025648 | 181.0 | | | SM24295 | |
| 0 | | P/N 1686981 PO 550025648 | 0.0 | | | SM24296 | |
| 14 | SKIDS | P/N 16902200 PO 450076219 | 6,930.0 | LBS | | SM24294 | |
| 0 | | P/N 16902200 PO 450076219 | 0.0 | | | SM24297 | |
| 0 | | 3RD PARTY BILLING 3201 NAFTA SUITE A | 0.0 | | | | |
| 0 | | BROWNSVILLE, TX 79936 | 0.0 | | | | |
| 0 | | TRK# 1062922 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 7,111.0
Total # Packages: 15

Freight Charges (Collect)
COD Fee

COD Amt: 0.00    Total Charges: 0.00

Carrier: MENLO LOGISTICS C/O SAIA
Per:
Date: 12/15/04

Carrier Signature: *SAIA S CASTRO 153007*
Date: *12-15-4*

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_    12 / 15 /04
_(Signature Date)_



Saia Product Information    Information    What's    Career    Online    Site
Information                 Services      New  www.saia.com  Resources  Help
                                          Wednesday – September 14, 2005

**Tracing Request**    INVOICE 324228
Find the status
of your shipment       and 324231

Shipping Tools    PARKVIEW METAL PRODUCTS              PRO Number        06611259560
 Easy to use      400 BARNES DR                       B/L Number        1062922
                  SAN MARCOS, TX 78666                P.O. Number       550025648
                                                      Shipper Number    NS
Routing Guide                                         Reference
 Where we go and  DELPHI MFG                          Master Pro
 how long it takes% VALLEY WAREHOUSES
Consignee         1900 BILLY MITCHELL BLVD.           Driver Number     660358
Saia Secure       BROWNSVILLE, TX 78521               Current Status    Delivered
 Manage your                                          Trailer Number    48690
 account online                                       Delv. Appt. Date
                                                      Delv. Appt. Time
Just Ask                                              Delivery Date     12/16/04
 Have a question?                                     Delivery Time     13:50
                                                      Service Days      1
                                                      Expected Delivery 12/16/04

| Pieces | 15 | Weight | 7111 | Type | PPD |
|--------|-----|--------|------|------|-----|
| P/U Date | 12/15/04 | Origin Terminal | AUS | Destination Terminal | HRL |

Signature         Received by-APOLONIO

| Pieces | Code | Haz | Pkg | Description | Weight |
|--------|------|-----|-----|-------------|--------|
| 15 | 70 | | PT | HARDWARE, NOI IOS | 7111 |
| | REQD | | | SBL | |
| | XPO | | | 450076219 | |
| | XBL | | | B011245 | |
| | | | | DOCK 1 & 2 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|------|------|----------|----------|
| 12/16/04 | 01:50 pm | Delivered | Brownsville, TX |
| | 08:58 am | Dispatched for Delivery | Harlingen, TX |
| | 08:57 am | Load Trailer: 48690 | Harlingen, TX |
| | 06:40 am | Unload Trailer: 530807 | Harlingen, TX |
| | 06:40 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:58 am | Departed from Terminal | San Antonio, TX |
| 12/15/04 | 10:12 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:22 pm | Departed from Terminal | Austin, TX |
| | 08:12 pm | Load Trailer: 530807 | Austin, TX |
| | 06:39 pm | Arrived at Origin Terminal | Austin, TX |

04:14 pm          Pickup from Customer                          San Marcos, TX

INVOICE
324228
and
324231



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324231 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 12/15/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 2,400.000 | 5,733.000 | 0.000 | 1.77500 | 10,176.08 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 12/15/04

Shipped on Packing Slip #:   24297

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 10,176.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 10,176.08 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm24294

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|---|----------|--------|--------|
| 12/15/04 | SM03506 | 4500076219 | | MENLO LOGISTICS | 495.00 | 4 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|---|-----|-------------|------------|
| 1-4 | 10-DPH200-A | | EA | 1,152.000 | 2,304.000 |
| | 16902200, REV 2, CUSHION RETAINER | | | | |

INV# 324228

INVoice
324228 AND 324231

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm24297

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 12/15/04. | SM03506 | 4500076219 | | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-5 | 10-DEH200-A | EA | 2,400.000 | 5,733.000 |
| | 16902200, REV 2, CUSHION RETAINER | | | |

INVOICE
324228 AND 324231

INV# 324231

# PMP
## Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 12/15/04

BOL NUM: B011245
PRO. NUM:
CARRIER: MENLO LOGISTICS C/O SAIA
VEH:
ROUTE: Invoice 324228 AND 324231

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11259560 1

SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | CODE | REFERENCE | CK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | SKID | P/N 16869891 PO 550025648 | 181.0 | | | SM24295 | |
| 0 | | P/N 1686981 PO 550025648 | 0.0 | | | SM24296 | |
| 14 | SKIDS | P/N 16902200 PO 450076219 | 6,930.0 | LBS | | SM24294 | |
| 0 | | P/N 16902200 PO 450076219 | 0.0 | | | SM24297 | |
| 0 | | 3RD PARTY BILLING 3201 NAFTA SUITE A | 0.0 | | | | |
| 0 | | BROWNSVILLE, TX 79936 | 0.0 | | | | |
| 0 | | TRK# 1062922 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 7,111.0
Total # Packages: 15

Freight Charges   (Collect)
COD Fee

COD Amt: 0.00          Total Charges: 0.00

Carrier: MENLO LOGISTICS C/O SAIA
Per:
Date: 12/15/04

Carrier Signature: SAIA S CASTRO 155W2T
Date: 12-15-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

12 / 15 /04
_____
(Signature Date)



About    Product    Information    What's    Career    Online    Site
Information    Services    New www.vnfsaiaizcom Resources    Help
Wednesday - September 14, 2005

**INVOICE 324228 and 324231**

Tracking / Tracing
**Tracing Request**
Find the status
of your shipment

Shipping Tools
Easy to use

Routing Guide
Where we go and
how long it takes

Saia Secure
Manage your
account online

Just Ask
Have a question?

| | |
|---|---|
| **Shipper** | |
| PARKVIEW METAL PRODUCTS | |
| 400 BARNES DR | |
| SAN MARCOS, TX 78666 | |
| | |
| **Consignee** | |
| DELPHI MFG | |
| % VALLEY WAREHOUSES | |
| 1900 BILLY MITCHELL BLVD. | |
| BROWNSVILLE, TX 78521 | |

| | |
|---|---|
| PRO Number | 06611259560 |
| B/L Number | 1062922 |
| P.O. Number | 550025648 |
| Shipper Number | NS |
| Reference | |
| Master Pro | |
| Driver Number | 660358 |
| Current Status | Delivered |
| Trailer Number | 48690 |
| Delv. Appt. Date | |
| Delv. Appt. Time | |
| Delivery Date | 12/16/04 |
| Delivery Time | 13:50 |
| Service Days | 1 |
| Expected Delivery | 12/16/04 |

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 15 | Weight | 7111 | Type | PPD |
| P/U Date | 12/15/04 | Origin Terminal | AUS | Destination Terminal | HRL |

**Signature**    Received by-APOLONIO

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 15 | 70 | | PT | HARDWARE, NOI IOS | 7111 |
| | REQD | | | SBL | |
| | XPO | | | 450076219 | |
| | XBL | | | B011245 | |
| | | | | DOCK 1 & 2 | |
| | FS | | | FUEL SURCHARGE | |

**Shipment History**

| Date | Time | Activity | Location |
|---|---|---|---|
| 12/16/04 | 01:50 pm | Delivered | Brownsville, TX |
| | 08:58 am | Dispatched for Delivery | Harlingen, TX |
| | 08:57 am | Load Trailer: 48690 | Harlingen, TX |
| | 06:40 am | Unload Trailer: 530807 | Harlingen, TX |
| | 06:40 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:58 am | Departed from Terminal | San Antonio, TX |
| 12/15/04 | 10:12 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:22 pm | Departed from Terminal | Austin, TX |
| | 08:12 pm | Load Trailer: 530807 | Austin, TX |
| | 06:39 pm | Arrived at Origin Terminal | Austin, TX |

04:14 pm        Pickup from Customer                      San Marcos, TX

INVOICE
324228
and
324231



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 324676 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 01/19/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550050575 | SM03358 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-15 | 800.000 | 160.000 | 0.000 | 0.44700 | 71.52 |
| | CI: 12240403 | | | | |
| | Item: 10-DPH403-A | | | | |

Description: 12240403 REV A, COVER
U/M: EA
Date Shipped: 01/20/05

Shipped on Packing Slip #:   24774

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 71.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **71.52** |



Inv# 324676

Packing Slip
From Warehouse: main

Packing Slip:

Page: 1
s-sm24774

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DEHNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/19/05 | SN03358 | 5500050575 | | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-15 | 10-DPH403-A | EA | 800.000 | 160.000 |
| | 12240403 REV A, COVER | | | |
| | C/I: 12240403 | | | |

**pmp**
400 Barnes Dr.
San Marcos, TX 78666

Parkview Metal Products, Inc.

ORIGINAL-- NOT NEGOTIABLE

BOL NUM: B011465
PRO. NUM:
CARRIER: PRO TRANS
VEH:
ROUTE:

PAGE: 1 of 1
DATE: 01/19/05
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

*INVOICE 324676*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 12240403 PO 550050575 | 0.0 | | | SM24774 | |
| 2 | PALLET | P/N 12213603 PO 550047199 | 800.0 | LBS | | SM24775 | |
| 12 | PALLET | P/N 12208752 PO 550046982 | 5,184.0 | LBS | | SM24776 | |
| 0 | | P/N 12244992 PO 550043698 | 0.0 | | | SM24777 | |
| 2 | PALLET | P/N 12208641 PO 550046982 | 990.0 | LBS | | SM24778 | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 6,974.0
Total # Packages: 16

Freight Charges (Collect)
COD Fee

COD Amt: 0.00    Total Charges: 0.00

Carrier: PRO TRANS
Per:
Date: 01/19/05

Carrier Signature: *Jesus A. Butires*
Date: *1-19-05*

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

*1/19/05*
_____
(Signature Date)

No.0424 P. 2

Jan.19. 2000 3:25AM

**ProTrans International, Inc.**

P.O. Box 780
Plainfield, IN 46168

Fed. I.D. No. 35-190-7022
Toll Free 888-744-7669

DATE: 9/3/04

THIS LOAD NUMBER MUST BE REFERENCED FOR PAYMENT

**LOAD NUMBER**

SHIPPER BOL #:
420144-2186

**420144**

[X] Prepaid   ☐ Collect

Delivery

SHIPPER: ProTrans International, Inc.
ProTrans – 3201 NAFTA Pwy. Suite A
Brownsville, TX 78521

CONSIGNEE: Delphi Delco Electronics Systems
601 Joaquin Cavazos
Los Indios, TX 78567
Stop 1

PHONE NUMBER IF HOLD FOR PICK UP:

INVOICE 324676

BILL TO:

SPECIAL SERVICES REQUESTED:

| NO. PIECES | WEIGHT | HAZMAT | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| 27 | 14,421 | | F.A.K. |
| TOTAL: 27 | TOTAL: 14,421 | | EMERGENCY. RESPONSE PHONE#: |

SHIPPER'S SIGNATURE:

DECLARED VALUE IS AGREED AND UNDERSTOOD TO BE NOT MORE THAN THE VALUE STATED IN THE GOVERNING TARIFFS FOR EACH POUND ON WHICH CHARGES RE ASSESSED UNLESS A HIGHER VALUE IS DECLARED HEREIN AND APPLICABLE CHARGES PAID THEREON.

The undersigned acknowledges and agrees to be bound by the terms and conditions contained in this document.

CARRIER:
Rio Grande Transportation

TRAILER #:
2463T

CARRIER'S SIGNATURE:

DATE: 9-3-04

DATE – TIME RECEIVED:

SHIPMENT RECEIVED IN GOOD ORDER EXCEPT AS NOTED BY / CONSIGNEE'S SIGNATURE:

DELIVERY COPY

**NON-NEGOTIABLE AIRBILL**

## CONDITIONS OF CONTRACT

1. Carriage and other services performed hereunder are subject to these conditions and to the rates, rules and classifications set forth in the Carrier's currently effective tariffs, which are available for inspection and incorporated into this contract by reference.
2. As used in this contract, "Forwarder" means ProTrans International, Inc. and its authorized agents.
3. In tendering the shipment for carriage, the shipper warrants that the shipment is packaged to protect the enclosed goods and to insure safe transportation with ordinary care in handling, and that each package is approximately labeled and is in good order for carriage as specified.
4. All shipments may, at Forwarder's option, be opened and inspected.
5. Forwarder shall not be liable for any loss, damage, delay, mis-delivery or other result not caused by its own negligence. In any event, Forwarder shall not be liable for loss, damage, delay or other results caused by (a) act of God, public enemies, public authorities acting with actual or apparent authority, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war; (b) the act or default of the shipper or consignee, including any breach of the warranty set forth in Paragraph 3 above; (c) the nature of the shipment, or any defect, characteristic or inherent vice thereof; (d) violation by the shipper or consignee of any of these conditions of contract; (e) compliance or non-compliance with delivery or special instructions.
6. Forwarder shall not be liable for special or consequential damages.
7. In consideration of Forwarder's rate for the transportation of any shipment, which rate, in part, is dependent upon the value of the shipment the shipper and all parties having an interest in the shipment agree that the limit of Forwarder's liability shall be the lesser of:
   (a) the amount of any damages actually sustained; or
   (b) whichever of the following is greater:
      (1) the shipper's declared value stated on the face hereof; or
      (2) $50.00 minimum at .50 per pound multiplied by the weight of the entire shipment
   plus the amount of the Forwarder's transportation charges applicable to that part of the shipment lost, damaged or delayed. Unless a different amount is specified by the shipper, the declared value on a C.O.D. shipment shall be deemed to be the C.O.D. amount.
8. The shipper and the consignee shall be liable, jointly and severally, (a) for all unpaid charges payable on account of a shipment pursuant to this Contract, and (b) to pay or indemnify Forwarder for all claims, fines, penalties, damages, costs or other sums which may be incurred by Forwarder by reason of any violation of this Contract or any other default of the shipper or consignee or their agents.
9. Forwarder shall have a lien on the shipment for all sums due and payable to Forwarder.
10. In the event of the failure or inability of the consignee to take delivery of the shipment, Forwarder will notify shipper in writing at the address shown on the airbill and request disposition instructions. If the shipper fails to provide disposition instructions within 30 days after the day of Forwarder's notice, Forwarder will return the shipment to the shipper at the shipper's expense. If the shipper fails to accept delivery of a shipment thus returned, Forwarder may, upon 30 days written notice to the shipper, dispose of the shipment at public or private sale and pay itself out of the proceeds to satisfy the transportation charges owing on the shipment.
11. Claims of loss or damage discovered by the consignee after delivery and after a clear receipt has been given to Forwarder must be reported in writing to Forwarder within 15 days after delivery of the shipment, with privilege to Forwarder to inspect the shipment and its container(s) and packing material within 15 days after receipt of such notice. (On shipments to Puerto Rico and Canada, claim must be made within 120 days).
12. Claims for loss, damage or delay must be made in writing within a period of 120 days after the date of acceptance of the shipment by the Forwarder.
13. No claims with respect to a shipment any part of which is received by the consignee shall be entertained until all transportation charges have been paid.
14. Claims for overcharges or duplicate billings must be made in writing within a period of 120 days after the date of acceptance of shipment by Forwarder.
15. Forwarder shall not be liable in any action unless a claim has been filed and such action is brought within 2 years after the date written notice is given to the claimant that Forwarder has disallowed the claim in full or in part. (On shipments of Canada, action must be brought within 2 years after delivery of the shipment.)
16. To the extent that is not governed by Federal law, this Contract and the tariffs incorporated by reference shall be construed and the performance of the transportation hereunder shall be determined in accordance with the laws of the State in which the shipment is accepted by the Carrier. If any provision of the Contract including the tariffs incorporated by reference, is determined to be invalid or unenforceable, the remainder of the Contract shall not be affected thereby.
17. ProTrans International, Inc. acts as a self-insurer for liability amounts below $2,500.00 and maintains insurance coverage for amounts in excess thereof.
18. If the freight bill is not paid within the terms contained within this agreement then in addition to the freight bill the responsible party agrees to be liable for all cost of collection including attorney fees incurred in the collection of this bill.
19. This contract shall be deemed to have been executed in Marion County, Indiana. If any legal action is taken to enforce any provision of this contract, including payment thereof, legal actions shall be commenced in Marion County, Indiana.

Jan.19. 2000  3:25AM    Delivery Manifest    No.0424    P. 3    d: 9/3/2004

**ProTrans/**
**International, Inc.**

Manifest #:  D420144-2186

Questions? Call Toll Free At 888-SHIPNOW

Printed By:  Valentin Villarreal

| Carrier: | Rio Grande Transportation | | | | Trailer#: | 2463T |
|---|---|---|---|---|---|---|
| Track# | Shipper Site | Consignee Site | BOL# | Pieces | | Weight |
| **1001848** | Parkview Metals | Delphi Delco Electronics Syst | B010319 | 1 | Carton | 10 |
| P/U: 09/02/04 | 400 Barnes Drive | 601 Joaquin Cavazos | | 1 | Pallet | 258 |
| Due: 9/6/2004 | San Marcos, TX 78566 | Los Indios, TX 78567 | | 4 | Pallets | 3,366 |
| Req. Due: | | | | 5 | Pallets | 2,004 |
| 9/6/2004 | | | | 16 | Pallets | 8,783 |
| Ship Item Barcode: | | 243374, 243375, 243376, 243377, 243378, 243379, 243380, 243381, 243382, | | 27 | | 14,421 |
| | | 243383, 243384, 243385, 243386, 918289, 918290, 918291, 918292, 918293, | | | | |
| | | 918294, 918295, 918296, 918297, 918298, 918299, 918300, 918301, 918304 | | | | |

*(handwritten:)* 8+ 8+ P+8+8+8+8+P+8 8+30+11
5+8+30+) 8+2 4+8+8+8+8+8+30+2
3+8+ 8+8+20

| | | | | Total: | 27 | 14,421 |

| Driver: _____ | Consignee's Signature: *A. Orozco* |
| **Live Unload / Spotted** | (Received in good order except as noted.) |
| Date: _____ Time: _____ | Date: *9-3-04*  Time: *13:00* |

*(handwritten large:)* INVOICE 324676

Jan.19. 2000  3:25AM

# ProTrans
## International, Inc.

P.O. Box 780
Plainfield, IN  46168

Fed. I.D. No. 35-190-7022
Toll Free 888-744-7669

DATE:   1/21/05

SHIPPER BOL#:
446276-2186

[X] Prepaid        Collect

No. 0424 NUMBER   4
REFERENCED FOR PAYMENT

**LOAD NUMBER**

**446276**

Delivery

| SHIPPER: | ProTrans International, Inc.<br>ProTrans - 3201 NAFTA Pwy. Suite A<br>Brownsville, TX 78521 | CONSIGNEE: | Delphi Delco Electronics Systems<br>702 Joaquin Cavazos<br>Los Indios, TX 78567<br>**Stop** 1 |
|---|---|---|---|

*INVoice 324676*

PHONE NUMBER IF HOLD FOR PICKUP?

BILL TO:

SPECIAL SERVICE REQUESTED:

| NO. PIECES | WEIGHT | HAZMAT | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| 22 | 12,852 | | F.A.K. |
| TOTAL:<br>22 | TOTAL:<br>12,852 | | EMERGENCY RESPONSE PHONE#: |

SHIPPER'S SIGNATURE:

DECLARED VALUE IS AGREED AND UNDERSTOOD TO BE NOT MORE THAN FIVE DOLLARS STATED IN THE GOVERNING TARIFFS FOR EACH POUND ON WHICH CHARGES RE ASSESSED UNLESS A HIGHER VALUE IS DECLARED HEREIN AND APPLICABLE CHARGES PAID THERON.

The undersigned acknowledges and agrees to be bound by the terms and conditions contained on this document.

| CARRIER:<br>Rio Grande Transportation | TRAILER #:<br>54687 | CARRIER'S SIGNATURE:<br>Chuy  Velasquez | DATE: |
|---|---|---|---|

Date-Time Received:

SHIPMENT RECEIVED IN GOOD ORDER EXCEPT BY NOTED/CONSIGNEE'S SIGNATURE

A. OROZCO

DESTINATION COPY

**NON-NEGOTIABLE AIRBILL**

## CONDITIONS OF CONTRACT.

1. Carriage and other services performed hereunder are subject to these conditions and to the rates, rules and classifications set forth in the Carrier's currently effective tariffs, which are available for inspection and incorporated into this contract by reference.
2. As used in this contract, "Forwarder" means ProTrans International, Inc. and its authorized agents.
3. In tendering the shipment for carriage, the shipper warrants that the shipment is packaged to protect the enclosed goods and to insure safe transportation with ordinary care in handling, and that each package is appropriately labeled and is in good order for carriage as specified.
4. All shipments may, at Forwarder's option, be opened and inspected.
5. Forwarder shall not be liable for any loss, damage, delay, mis-delivery or other result not caused by its own negligence. In any event, Forwarder shall not be liable for loss, damage, delay or other results caused by (a) acts of God, public enemies, public authorities acting with actual or apparent authority, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war; (b) the act or default of the shipper or consignee, including any breach of the warranty set forth in Paragraph 3 above; (c) the nature of the shipment, or any defect, characteristic or inherent vice thereof; (d) violation by the shipper or consignee of any of these conditions of contract; (e) compliance or non-compliance with delivery or special instructions.
6. Forwarder shall not be liable for special or consequential damages.
7. In consideration of Forwarder's rate for the transportation of any shipment, which rate, in part, is dependent upon the value of the shipment the shipper and all parties having an interest in the shipment agree that the limit of Forwarder's liability shall be the lesser of:
   (a) the amount of any damages actually sustained; or
   (b) whichever of the following is greater:
       (1) the shipper's declared value stated on the face hereof; or
       (2) $50.00 minimum or .50 per pound multiplied by the weight of the entire shipment
plus the amount of the Forwarder's transportation charges applicable to that part of the shipment lost, damaged or delayed. Unless a different amount is specified by the shipper, the declared value on a C.O.D. shipment shall be deemed to be the C.O.D. amount.
8. The shipper and the consignee shall be liable, jointly and severally, (a) for all unpaid charges payable on account of a shipment pursuant to this Contract, and (b) to pay or indemnify Forwarder for all claims, liens, penalties, damages, costs or other sums which may be incurred by Forwarder by reason of any violation of this Contract or any other default of the shipper or consignee or their agents.
9. Forwarder shall have a lien on the shipment for all sums due and payable to Forwarder.
10. In the event of the failure or inability of the consignee to take delivery of the shipment, Forwarder will notify shipper in writing at the address shown on the airbill and request disposition instructions. If the shipper fails to provide disposition instructions within 30 days after the day of Forwarder's notice, Forwarder will return the shipment to the shipper at the shipper's expense. If the shipper fails to accept delivery of a shipment thus returned, Forwarder may, upon 30 days written notice to the shipper, dispose of the shipment at public or private sale and pay itself out of the proceeds to satisfy the transportation charges owing on the shipment.
11. Claims of loss or damage discovered by the consignee after delivery and after a clear receipt has been given to Forwarder must be reported in writing to Forwarder within 15 days after delivery of the shipment, with privilege to Forwarder to inspect the shipment and its contents; and packing material within 15 days after receipt of such notice.—(On shipments to Puerto Rico and Canada, claim must be made within 120 days).
12. Claims for loss, damage or delay must be made in writing within a period of 120 days after the date of acceptance of the shipment by the Forwarder.
13. No claim with respect to a shipment and part of which is denied may be entertained until all transportation charges have been paid. The shipper and the consignee shall not be made to deduct the amount of such claim from any transportation charges owing to Forwarder.
14. Claims for overcharges or duplicate billings must be made in writing within a period of 120 days after the date of acceptance of shipment by Forwarder.
15. Forwarder shall not be liable in any action unless a claim has been filed and such action is brought within 2 years after the date written notice is given to the claimant that Forwarder has disallowed the claim in full or in part. (On shipments of Canada, action must be brought within 2 years after delivery of the shipment).
16. To the extent that is not governed by Federal law, this Contract and the tariffs incorporated by reference shall be construed and the performance of the transportation hereunder shall be determined in accordance with the laws of the State in which the shipment is accepted by the Carrier. If any provision of the Contract including the tariffs incorporated by reference, is determined to be invalid or unenforceable, the remainder of the Contract shall not be affected thereby.
17. ProTrans International, Inc. acts as a self-insurer for liability amounts below $2,600.00 and maintains insurance coverage for amounts in excess thereof.
18. If this freight bill is not paid within the terms contained within this agreement than in addition to the freight bill the responsible party agrees to be liable for all cost of collection including attorney fees incurred in the collection of this bill.
19. This contract shall be deemed to have been executed in Marion County, Indiana. If any legal action is taken to enforce any provision of this contract, including payment thereof, legal actions shall be commenced in Marion County, Indiana.

Jan. 19. 2000  3:26AM    No.0424  P. 5

*Pro Trans*
*International, Inc.*

Delivery Manifest

Manifest#:    D446276-2186

Questions? Call Toll Free At 888-SHIPNOW

*Printed By:*    Alex Trevino

---

| **Carrier:** | Rio Grande Transportation | | | **Trailer#:** | 54687 |

**Manifest Comments:**

| Track# | Shipper Site | Consignee Site | BOL# | Pieces | | Weight |
|--------|--------------|----------------|------|--------|---|--------|
| **1079148**  P/U: 1/19/2005  Due: 1/21/2005  Req Du 1/21/2005 | GCI  1301 Precision Dr.  Plano, TX 75074 | Delphi Delco Electronics Syst  702 Joaquin Cavazos  Los Indios, TX 78567 | NONE | 1 | Pallet | 278 |
| | | | Position: | | | |
| *Shipment Item Barcodes:* 846254 | | | | | | |
| *Invoice#:*    1564296 | | | | | | |
| **1079702**  P/U: 1/19/2005  Due: 1/21/2005  Req Du 1/21/2005 | Parkview Metals  400 Barnes Drive  San Marcos, TX 78666 | Delphi Delco Electronics Syst  702 Joaquin Cavazos  Los Indios, TX 78567 | B011465 | 2  14  16 | Pallets  Pallets | 675  6,299  6,974 |
| | | | Position: | | | |
| *Shipment Item Barcodes:* 1371046, 1371047, 1371048, 1371049, 1371050, 1371051, 1371052, 1371053, 1371054, 1371055, 1371056, 1371057, 1371058, 1371059, 1371060, 1371061 | | | | | | |
| *Invoice#:*    1564296 | | | | | | |
| **1079536**  P/U: 1/19/2005  Due: 1/21/2005  Req Du 1/21/2005 | RTP Co.  1301 Joel East Road  Fort Worth, TX 76134 | Delphi Delco Electronics Syst  702 Joaquin Cavazos  Los Indios, TX 78567 | NONE | 3 | Pallets | 3,480 |
| | | | Position: | | | |
| *Shipment Item Barcodes:* 1371144, 1371145, 1371146 | | | | | | |
| *Invoice#:*    1564296 | | | | | | |
| **1079538**  P/U: 1/19/2005  Due: 1/21/2005  Req Du 1/21/2005 | RTP Co.  1301 Joel East Road  Fort Worth, TX 76134 | Delphi Delco Electronics Syst  702 Joaquin Cavazos  Los Indios, TX 78567 | NONE | 2 | Pallets | 2,120 |
| | | | Position: | | | |
| *Shipment Item Barcodes:* 1371142, 1371143 | | | | | | |
| *Invoice#:*    1564296 | | | | | | |

INVOICE
324676

Page:    1    of 2

Jan. 19. 2000  3:26AM

**ProTrans**
*International, Inc.*

**Delivery Manifest**

Manifest#:  D446276-2186

No. 0424 vad: P. 6

Questions? Call Toll Free At 888-SHIPNOW

*Printed By:*  Alex Trevino

| Carrier: | Rio Grande Transportation | | | Trailer#: | 54687 |

*Manifest Comments:*

| Track# | Shipper Site | Consignee Site | BOL# | Pieces | Weight |
|--------|--------------|----------------|------|--------|--------|
| | | | Total : | 22 | 12,852 |

| Driver: | | Consignee's Signature: | |
|---------|---|------------------------|---|
| | Live Unload/Spotted | | (Received in good order except as noted.) |
| Date: | Time: | Date: | Time: |

INVOICE
324676

  **Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Street, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324902 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/28/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450076219 | SM03506 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-19 | 1,152.000 | 1,152.000 | 0.000 | 1.77500 | 2,044.80 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped: 01/28/05

Shipped on Packing Slip #:   24977

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 2,044.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,044.80** |

# DELPHI 

_____ Safety & Interior Systems

Page  1  of 3

| Buyer: |
| --- |
| DELPHI<br>SAFETY & INTERIOR SYSTEMS<br>1401 CROOKS RD<br>TROY MI 48084-7106 |

**Purchase Order**

| PO Number | Date Issued |
| --- | --- |
| 450076219 | 10/15/2004 |
| Version | |
| 10/16/2004 07:35:31 EST | |

| Deliver to: |
| --- |
| DELPHI S & I RIMIR<br>Ave Michigan, FRACC Industrial Del<br>87310 MATAMOROS<br>MEXICO |

Delivery date:  10/15/2004

| PARKVIEW METAL PRODUCTS INC<br>400 BARNES DR<br>SAN MARCOS TX 78666 |
| --- |

| Vendor No:  1008328 |
| --- |
| DUNS No:   622825040 |

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

ENTERED EDP     OCT 2 2 2004

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |
| 00010 | 16902200 | 55,000.000 | RY01 DELPHI S & I RIMIR |
| | RETAINER ASM - CUSHION | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 10/15/2004 | 55,000.000 | 1,775.00 | 1,000 | PC | 97,625.00 |
| Net Line Item Value | | | | USD | 97,625.00 |

| **Total net value** | USD | 97,625.00 |
| --- | --- | --- |

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Purchasing Contact: Cockrell, C (saf)<br><br>Phone:  765-451-5143<br><br>Fax:   765-451-0265 | Contact Address:<br><br>Delphi E & S<br>One Corporate Center MS:CTLLM,<br>KOKOMO IN 46902 |
| --- | --- |

Date and Time Printed:   10/16/2004 07:35:31 EST

Reprint Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:    1
s-smz24977

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|---|----------|---|--------|--------|
| 01/28/05 | SM03506 | 4500076219 | | PRO-TRANS | | 800.00 | 2 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|----------|------|---|-----|-------------|-------------|
| 1-19 | 10-DPH200-A 16902200, REV 2, CUSHION RETAINER | | EA | 1,152.000 | 1,152.000 |
| | 16902200, REV 2, CUSHION RETAINER | | | | |
| | 16902200, REV 2, CUSHION RETAINER | | | | |

INV#324902

INVOICE
324902

**PTP**

# Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**PAGE:** 1 of 1
**DATE:** 01/28/05

**BOL NUM:** B011548
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE 324902*

**DESTINATION**
DELPHI E& S RIMIR
BROWNSVILLE WAREHOUSE
1900 BILLY MITCHELL BLVD.
BROWNSVILLE TX 78521
USA

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | PALLET | P/N 16902200 | 800.0 | LBS | | SM24977 | |
| | | PO 450076219 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |

066-11306210 4

**SAIA**
JUST ASK

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 800.0
**Total # Packages:** 2

**Freight Charges** (Collect)
**COD Fee**

| COD Amt: | 0.00 | **Total Charges:** | 0.00 |

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 01/28/05

**Carrier Signature:** Kogan 2sk
**Date:** 1/28/05

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____
(Signature Date)



Product Information Services | Information Services | What's New www.saia.com | Career Online Resources | Site Help

Wednesday - September 14, 2005

# Tracing Request

Tracking / Tracing
Find the status
of your shipment

| | | | |
|---|---|---|---|
| **Shipping Tools** | | PRO Number | 06611306210 |
| *Easy to use* | PARKVIEW METAL PRODUCTS | B/L Number | B011548 |
| | 400 BARNES DR | P.O. Number | 450076219 |
| Routing Guide | SAN MARCOS, TX 78666 | Shipper Number | NS |
| **Consignee** *where they go and how long it takes* | | Reference | |
| | DELPHI MFG | Master Pro | |
| Saia Secure | % VALLEY WAREHOUSES | Driver Number | 660014 |
| *Manage your account online* | 1900 BILLY MITCHELL BLVD. | Current Status | Delivered |
| | BROWNSVILLE, TX 78521 | Trailer Number | 530095 |
| Just Ask | | Delv. Appt. Date | |
| *Have a question?* | | Delv. Appt. Time | |
| | | Delivery Date | 01/31/05 |
| | | Delivery Time | 16:28 |
| | | Service Days | 1 |
| | | Expected Delivery | 01/31/05 |

*I NVOICE 324902* (handwritten)

| | | | | | |
|---|---|---|---|---|---|
| Pieces | 2 | Weight | 800 | Type | PPD |
| P/U Date | 01/28/05 | Origin Terminal | AUS | Destination Terminal | HRL |

Signature          Received by-ARAMIS PEREZ

| Pieces | Code | Haz | Pkg | Description | Weight |
|---|---|---|---|---|---|
| 2 | 70 | | PT | HARDWARE, NOI IOS | 800 |
| | REQD | | | SBL | |
| | DEF | | | RATED WITH DEFICIT WT OF | 200 |
| | FS | | | FUEL SURCHARGE | |

## Shipment History

| Date | Time | Activity | Location |
|---|---|---|---|
| 01/31/05 | 04:28 pm | Delivered | Brownsville, TX |
| | 10:33 am | Dispatched for Delivery | Harlingen, TX |
| | 09:03 am | Load Trailer: 530095 | Harlingen, TX |
| | 07:22 am | Unload Trailer: 283877 | Harlingen, TX |
| | 06:04 am | Arrived at Destination Terminal | Harlingen, TX |
| | 01:43 am | Departed from Terminal | San Antonio, TX |
| 01/28/05 | 10:10 pm | Arrived at Breakbulk Terminal | San Antonio, TX |
| | 08:25 pm | Departed from Terminal | Austin, TX |
| | 08:15 pm | Load Trailer: 283877 | Austin, TX |
| | 05:52 pm | Arrived at Origin Terminal | Austin, TX |
| | 04:02 pm | Pickup from Customer | San Marcos, TX |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| schi 63766 | 1 |

| CUST NO. | DATE |
|---|---|
| C000457 | 02/18/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI   E & C
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315



**SHIP TO**
1
RETAINED FOR PRODUCTION

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| PRG111931 | S008027 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3,379.000 | 3,379.000 | 0.000 | 0.49000 | 1,655.71 |

Item: CR.079 X 04.090

Description: COLD ROLLED STEEL
U/M: LBS
Date Shipped: 02/18/05

Shipped on Packing Slip #:   62072

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-7250

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,655.71 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,655.71 |

Packing Slip
From Warehouse: MAIN                    Packing Slip:                    Page:      schi62072
                                                                                          1

B25056

FEB 18 2005

63766

From:
Parkview Metal Products
4931 W.Armitage Ave.
Chicago IL 60639
773-622-8414

Bill To: C000457                    Ship To: (1)
DELPHI  E & C                       RETAINED FOR PRODUCTION
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315

Order Contact:
==========================================================================================
Pack Date Order #     Cust PO              Ship Via              Weight Pkgs #
-------   -------     -------              --------              ------ ------
02/18/05  S008027     PRG111931            THEIR PICK UP         3,379.00      2
==========================================================================================
Line/Rel  Item                            U/M        Qty Ordered    Qty Shipped
-------   ----                            ---        -----------    -----------
1         CR.079 X 04.090                 LBS          3,379.000      3,379.000
          COLD ROLLED STEEL

1 plt @ 2245 lbs.
1 plt @ 1114 lbs.
Plts

# Parkview Metal Products, Inc.

**UNIFORM STRAIGHT BILL OF LADING**

**ORIGINAL-- NOT NEGOTIABLE**

4931 W. Armitage Ave.
Chicago, IL 60639
USA

FEB 18 2005

PAGE: 1 of 1
DATE: 02/17/05

**BOL NUM:** B025056
**PRO. NUM:**
**CARRIER:** PDQ EXPEDITING, INC.
**VEH:**
**ROUTE:** *Steel & Die*

SHIPPER NUM:
CARRIER NUM: **FRIDAY**
FOB: CHICAGO

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
4931 W. ARMITAGE AVE
RECEIVING ADDRESS:
4944 W. GRAND AVE-CHGO
CHICAGO IL 60639
USA

**DESTINATION**
AMPEX METAL PRODUCTS
5581 WEST 164TH ST
BROOK PARK OH 44142
USA

*Pack #*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | PLTS | STEEL CR.079 x 04.090 | 3,379.0 | LBS | 0 | S008027 | *62072* |
| 1 | DIE | DPH958-A | 289.0 | LBS | 0 | T67905 | |
| 0 | | SHIPMENT# 458060 | 0.0 | | | | |

*( 1 pack slip )*

**Special Instructions:**
2 SHRINKWRAPPED PALLETS
AND 1 DIE

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 3,668.0
**Total # Packages:** 3

Freight Charges   (Collect)
COD Fee

COD Amt: 0.00   **Total Charges:** 0.00

Carrier: PDQ EXPEDITING, INC.
Per:
Date: 02/18/05

**Carrier Signature:** *P.D.Q Jerry*
*Date: 2-18-05*

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

FEB 18 2005

_____
(Signature of Consignor)

_____
(Signature Date)



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639          PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666            PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| s-sm 325355 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000593 | 02/18/05 |



BILL TO:
DELPHI ENERGY & CHASSIS
C/O KELLY JONES
5820 DELPHI DRIVE, BLDG D
TROY MI 48098
USA

SHIP TO:
DELPHI ENERGY & CHASSIS
C/O KELLY JONES
5820 DELPHI DRIVE, BLDG D
TROY MI 48098
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| PRG111930 | SM03615 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 775.000 | 775.000 | 0.000 | 0.47900 | 371.23 |

Item: CR.075 X 03.710

Description: COLD ROLLED
U/M: LBS
Date Shipped: 02/18/05

Shipped on Packing Slip #:   25420

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 371.23 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 371.23 |

Reprint Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:     1
s-sm25420

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000593
DELPHI ENERGY & CHASSIS
C/O KELLY JONES
5820 DELPHI DRIVE, BLDG D
TROY MI 48098
USA

Ship To: (0)
DELPHI ENERGY & CHASSIS
C/O KELLY JONES
5820 DELPHI DRIVE, BLDG D
TROY MI 48098
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| 02/18/05 | SM03615 | PRG111930 | | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 1 | CR.075 X 03.710 COLD ROLLED | | LBS | 775.000 | 775.000 |

COLD ROLLED



**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

**PAGE:**  1 of  1
**DATE:** 02/18/05
**SHIPPER NUM:** TRL# 1387
**CARRIER NUM:**
**FOB:**

**BOL NUM:** B011709
**PRO. NUM:**
**CARRIER:** Economy Transport
**VEH:**
**ROUTE:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
Ampex Metal Products
5581 West 164th St
Brook Park OH 44142

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | DIES | DIES TO PRODUCE DPH 422,423,AND 424 | 1,371.0 | LB | | | |
| 1 | PALLET | CR.075 X 03.710 | 775.0 | LBS | | SM25420 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:**                    0.00
**Shipper Per:**

**Total Weight:**       2,146.0          Freight Charges       (Collect)
**Total # Packages:**    3                           COD Fee

| COD Amt: | 0.00 | Total Charges: | 0.00 |
|---|---|---|---|

**Carrier:** Economy Transport
**Per:**
**Date:** 02/18/05

**Carrier Signature:**
**Date:** 2-18-0/5

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_                    2/18/05   _(Signature Date)_



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 326697 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 04/18/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-94 | 5,000.000 | 3,102.000 | 0.000 | 1.03000 | 3,195.06 |
| | Item: 10-DPH752-C | | | | |
| | Description: 12208752, REV. E, CASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 04/18/05 | | | | |
| 1-95 | 4,000.000 | 4,000.000 | 0.000 | 1.03000 | 4,120.00 |
| | Item: 10-DPH752-C | | | | |
| | Description: 12208752, REV. E, CASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 04/18/05 | | | | |
| 1-96 | 3,650.000 | 3,650.000 | 0.000 | 1.03000 | 3,759.50 |
| | Item: 10-DPH752-C | | | | |
| | Description: 12208752, REV. E, CASE | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 04/18/05 | | | | |

Shipped on Packing Slip #: 26722

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 11,074.56 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,074.56 |

DELPHI AUTOMOTIVE SYSTEMS
DISBURSMENT SERVICES
PO BOX 62530
PHOENIX, AZ  850822530

CUSTOMER SERVICE NUMBERS:

EDS*GEP : 586 947 6392
International: +1 586 947 6392

# GLOBAL EFT PROCESS
## REMITTANCE ADVICE
### -- Avis de Paiement -- Zahlungsanweisung -- Aviso de Pagamento -- Aviso de Pago --

PARKVIEW METAL PRODUCTS
72047 EAGLE WAY

CHICAGO, IL  606787250

| | |
|---|---|
| Bank Account #: | 375500 |
| Supplier DUNS: | 5098454 |
| Check Trace # | ACS050653194 |
| Net Payment: | 362300.36 |
| Settlement: | 2005-06-02 |
| Currency: | USD |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202233403001 | 2005-04-01 | SM26355 | D0550047199 | DE | 936.00 | 0.00 | 936.00 |
| Description D0550047199 SM26355 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326295* | | |
| Part Number 12213603 | | Qty 6000.00 | | | UOM PC | | U/P 0.1560000 |
| 5202233486001 | 2005-04-01 | SM26397 | D0550046982 | DE | 6328.32 | 0.00 | 6328.32 |
| Description D0550046982 SM26397 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326342* | | |
| Part Number 12208752 | | Qty 6144.00 | | | UOM PC | | U/P 1.0300000 |
| 5202242499001 | 2005-04-04 | SM26398 | D0550046982 | DE | 1582.08 | 0.00 | 1582.08 |
| Description D0550046982 SM26398 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326343* | | |
| Part Number 12208641 | | Qty 1536.00 | | | UOM PC | | U/P 1.0300000 |
| 5202242501001 | 2005-04-04 | SM26396 | D0550046982 | DE | 1197.94 | 0.00 | 1197.94 |
| Description D0550046982 SM26396 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326341* | | |
| Part Number 12208646 | | Qty 1692.00 | | | UOM PC | | U/P 0.7080000 |
| 5202242502001 | 2005-04-04 | SM26393 | D0550040547 | DE | 5063.04 | 0.00 | 5063.04 |
| Description D0550040547 SM26393 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326338* | | |
| Part Number 12228044 | | Qty 5760.00 | | | UOM PC | | U/P 0.8790000 |
| 5202242541001 | 2005-04-04 | SM26395 | D0550047199 | DE | 1872.00 | 0.00 | 1872.00 |
| Description D0550047199 SM26395 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326340* | | |
| Part Number 12213603 | | Qty 12000.00 | | | UOM PC | | U/P 0.1560000 |
| 5202277896001 | 2005-04-08 | SM26488 | D0550047199 | DE | 936.00 | 0.00 | 936.00 |
| Description D0550047199 SM26488 | | | | | *419* | | |
| Plant DELTRONICS MATAMORAS MX | | | | | *326444* | | |
| Part Number 12213603 | | Qty 6000.00 | | | UOM PC | | U/P 0.1560000 |
| 5202277897001 | 2005-04-08 | SM26487 | D0550046982 | DE | 1359.36 | 0.00 | 1359.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 208752 | | | Qty 4224.00 | | UOM PC | U/P 1.0300000 |

| NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 24001 | 2005-04-30 | SM27004 | D0550047199 | DE | 655.20 | 0.00 | 655.20 |

Description D0550047199 SM27004     419

Plant DELTRONICS MATAMORAS MX     326966

| Part Number 12213603 | | | Qty 4200.00 | | UOM PC | U/P 0.1560000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| DMP5202369169001 | 2005-04-16 | SM26698 | | DE | -6370.99 | 0.00 | -6370.99 |

Description D0550040547SM26698     419

Plant DELTRONICS MATAMORAS MX     326655

| Part Number 12228044 | | | Qty -7248.00 | | UOM PC | U/P 0.8790000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| DMP5202369170001 | 2005-04-16 | SM26704 | | DE | -12261.12 | 0.00 | -12261.12 |

Description D0550046982SM26704     419

Plant DELTRONICS MATAMORAS MX     326697

| Part Number 12208752 | | | Qty -11904.00 | | UOM PC | U/P 1.0300000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| ESD5202256375001 | 2005-04-06 | SM26094 | | DE | -1.03 | 0.00 | -1.03 |

Description D0550046982SM26094     419

Plant DELTRONICS MATAMORAS MX     326649

| Part Number 12208752 | | | Qty -1.00 | | UOM PC | U/P 1.0300000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| ESD5202256376001 | 2005-04-06 | SM26093 | | DE | -5.27 | 0.00 | -5.27 |

Description D0550040547SM26093     419

Plant DELTRONICS MATAMORAS MX     326048

| Part Number 12228044 | | | Qty -6.00 | | UOM PC | U/P 0.8783300 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| ESD5202263685001 | 2005-04-07 | SM26237 | | DE | -0.88 | 0.00 | -0.88 |

Description D0550040547SM26237     419

Plant DELTRONICS MATAMORAS MX     326185

| Part Number 12228044 | | | Qty -1.00 | | UOM PC | U/P 0.8800000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| ESD5202302078001 | 2005-04-08 | SM26393 | | DE | -1136.55 | 0.00 | -1136.55 |

Description D0550040547SM26393     419

Plant DELTRONICS MATAMORAS MX     326338

| Part Number 12228044 | | | Qty -1293.00 | | UOM PC | U/P 0.8790000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| ESD5202390994001 | 2005-04-20 | SM26704 | | DE | -11074.56 | 0.00 | -11074.56 |

Description D0550046982SM26704     419

Plant DELTRONICS MATAMORAS MX     326697

| Part Number 12208752 | | | Qty -10752.00 | | UOM PC | U/P 1.0300000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| ESD5202450794001 | 2005-04-25 | SM26554 | | DE | -2.83 | 0.00 | -2.83 |

Description D0550046982SM26554     419

Plant DELTRONICS MATAMORAS MX     326510

| Part Number 12208646 | | | Qty -4.00 | | UOM PC | U/P 0.7075000 |
|---|---|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|

| | 2005-04-14 | SM26631 | D0550040547 | DE | 4598.93 | 0.00 | 4598.93 |

*419*
*326 582*

| | D0550040547 SM26631 | | | | | | |
| DELTRONICS MATAMORAS MX | | | | | | | |

| ...mber 12228044 | | Qty 5232.00 | | UOM PC | | | U/P 0.8790000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 52368079001 | 2005-04-15 | SM26636 | D0550046982 | DE | 791.04 | 0.00 | 791.04 |
| Description D0550046982 SM26636 | | | | | | | |

*419*
*326.586*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12208641 | | Qty 768.00 | | UOM PC | | | U/P 1.0300000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202368080001 | 2005-04-15 | SM26635 | D0550040547 | DE | 3797.28 | 0.00 | 3797.28 |
| Description D0550040547 SM26635 | | | | | | | |

*419*
*326.585*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12228044 | | Qty 4320.00 | | UOM PC | | | U/P 0.8790000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202368809001 | 2005-04-16 | SM26700 | D0550046982 | DE | 2718.72 | 0.00 | 2718.72 |
| Description D0550046982 SM26700 | | | | | | | |

*419*
*326 657*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12208648 | | Qty 3840.00 | | UOM PC | | | U/P 0.7080000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202368810001 | 2005-04-16 | SM26698 | D0550040547 | DE | 6370.99 | 0.00 | 6370.99 |
| Description D0550040547 SM26698 | | | | | | | |

*419*
*326 655*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12228044 | | Qty 7248.00 | | UOM PC | | | U/P 0.8790000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202368811001 | 2005-04-16 | SM26699 | D0550047199 | DE | 1333.80 | 0.00 | 1333.80 |
| Description D0550047199 SM26699 | | | | | | | |

*419*
*326 656*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12213603 | | Qty 8550.00 | | UOM PC | | | U/P 0.1560000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202368812001 | 2005-04-16 | SM26702 | D0550046982 | DE | 1186.56 | 0.00 | 1186.56 |
| Description D0550046982 SM26702 | | | | | | | |

*419*
*326 658*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12208641 | | Qty 1152.00 | | UOM PC | | | U/P 1.0300000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202368813001 | 2005-04-16 | SM26704 | D0550046982 | DE | 12261.12 | 0.00 | 12261.12 |
| Description D0550046982 SM26704 | | | | | | | |

*419*
*326 697*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12208752 | | Qty 11904.00 | | UOM PC | | | U/P 1.0300000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202369010001 | 2005-04-16 | SM26698 | D0550040547 | DE | 6328.80 | 0.00 | 6328.80 |
| Description D0550040547 SM26698 | | | | | | | |

*419*
*326 655*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

| Part Number 12228044 | | Qty 7200.00 | | UOM PC | | | U/P 0.8790000 |

| INVOICE NUMBER | INVOICE DATE | BILL OF LADING | PURCHASE ORDER | PLANT | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 5202369085001 | 2005-04-16 | SM26704 | D0550046982 | DE | 11074.56 | 0.00 | 11074.56 |
| Description D0550046982 SM26704 | | | | | | | |

*419*
*326 697*

| Plant DELTRONICS MATAMORAS MX | | | | | | | |

Reprint Packing Slip
From Warehouse: MAIN                    Packing slip:                    Page:        1
                                                                          s-sm26722

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419                         Ship To: (4)
DELCO ELECTRONICS SYSTEMS                 DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER                      PLANT 83
P.O. BOX 9005                             601 JOAQUIN CAVAZOS
KOKOMO IN 46904                           LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | | Weight | Pkgs # |
|---|---|---|---|---|---|---|---|
| 04/18/05 | SM03363 | 550046982 | PRO-TRANS | | | 28.00 | 127 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 1-94 | 10-DPH752-C | | EA | 5,000.000 | 3,102.000 |
| | 12208752, REV. E, CASE | | | | |
| | 12208752, REV. E, CASE | | | | |
| | 12208752, REV. E, CASE | | | | |
| 1-95 | 10-DPH752-C | | EA | 4,000.000 | 4,000.000 |
| | 12208752, REV. E, CASE | | | | |
| | 12208752, REV. E, CASE | | | | |
| 1-96 | 10-DPH752-C | | EA | 3,650.000 | 3,650.000 |
| | 12208752, REV. E, CASE | | | | |
| | 12208752, REV. E, CASE | | | | |

11,074.56

**PP**

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  1
DATE: 04/15/05

BOL NUM: B012161
PRO. NUM:                                          SHIPPER NUM:
CARRIER: PRO TRANS                                 CARRIER NUM:
VEH:                                               FOB:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | PALLET | P/N 12228044 PO 550040547 | 2,356.0 | LBS | | SM26698 | |
| 2 | PALLET | P/N 12213603 PO 550047199 | 706.0 | LBS | | SM26699 | |
| 4 | PALLET | P/N 12208646 PO 550046982 | 2,880.0 | LBS | | SM26700 | |
| 3 | PALLET | P/N 12208641 PO 550046982 | 1,386.0 | LBS | | SM26702 | |
| 31 | PALLET | P/N 12208752 PO 550046982 | 13,857.0 | LBS | | SM26704 _unshipped_ | |
| 0 | | PLEASE DELIVER 04-16-05 | 0.0 | | | 26722 | |

_Thanks_

Special Instructions:                              Order Value:                   0.00
HARDWARE NOI I/S
NMFC104500 50 S-3                                  Shipper Per:

Total Weight:       21,185.0        Freight Charges        (Collect)
Total # Packages:      45                           COD Fee

COD Amt:                    0.00    Total Charges:              0.00

Carrier:  PRO TRANS                 Carrier Signature: _Marcos Ibba_
Per:
Date: 04/15/05                      Date: _31 / 15 / 05_

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(signature)_                                      _4 / 15 / 05_
(Signature of Consignor)                            (Signature Date)



## Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639    PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666    PH (512) 754-0200

| INVOICE | PAGE |
|---------|------|
| LC 525980 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000314 | 06/02/05 |



**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS
NAO DISBURSEMENTS
P.O. BOX 2000
FLINT MI 48555-2000

**SHIP TO**
6
BAILEY MANUFACTURING CO.
10987 BENNETT STATE ROAD
FORESTVILLE NY 14062
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| LPS96521 | S008071 | | NET 60 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 18,459.000 | 18,506.000 | 0.000 | 0.20600 | 3,812.24 |

Item: 20-DPH761-B

Description: 52489761 REV 8 PIN-MOUNT
U/M: EA
Date Shipped: 06/02/05

Shipped on Packing Slip #:   26129

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-7250

**ORIGINAL**
metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 3,812.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,812.24 |



# Parkview Metal Products, LLC
8500 Mountain Vista Pkwy
Las Cruces, NM 88007

**UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE**

**PAGE:** 1 of 1
**DATE:** 06/02/05

**BOL NUM:** B010324
**PRO. NUM:** 689536514
**CARRIER:** BAX GLOBAL
**VEH:** TRLR#245
**ROUTE:** LTL

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
LLC
8500 MOUNTAIN VISTA PKWY
LAS CRUCES NM 88007
USA

**DESTINATION**
BAILEY MANUFACTURING CO.
10987 BENNETT STATE ROAD
FORESTVILLE NY 14062
USA

*INVOICE 52598O*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | BOX | P#T66831#26128 PO#LPS96521 | 448.0 | LBS | 50 | S008071 | |
| 1 | PLTS | P#20-DPH761-B#26129 PO#LPS96521 | 174.0 | LBS | 50 | S008071 | |

**Special Instructions:**

**Order Value:** 0.00

**Shipper Per:** JORGE GONZALEZ

**Total Weight:** 622.0
**Total # Packages:** 2

**Freight Charges** (Collect)
COD Fee

**COD Amt:** 0.00
**Total Charges:** 0.00

**Carrier:** BAX GLOBAL
**Per:** MIKE
**Date:** 06/06/05

**Carrier Signature:** *Mike Prueto*
**Date:** 6/6/05

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

*JORGE L. GONZALEZ*
(Signature of Consignor)

*6/6/2005*
(Signature Date)

Packing Slip
From Warehouse: MAIN                 Packing Slip:                 Page:    LC26129
                                                                                      1

From:
PMP, LLC
8500 Mountain Vista Parkway
Las Cruces NM 88007
USA
505-541-1100

Bill To: C000314                          Ship To: (6)
DELPHI AUTOMOTIVE SYSTEMS                  BAILEY MANUFACTURING CO.
NAO DISBURSEMENTS                          10987 BENNETT STATE ROAD
P.O. BOX 2000                              FORESTVILLE NY 14062
FLINT MI 48555-2000                        USA

Order Contact:
=================================================================================
Pack Date Order #    Cust PO              Ship Via              Weight Pkgs #
-------- --------    ---------------      ----------------      ------ ------
06/02/05  S008071  LPS996521              BAX GLOBAL            174.00    1
=================================================================================
Line/Rel  Item                U/M      Qty Ordered   Qty Shipped
-------  ------------------    ----     -----------   -----------
   2     20-DPH761-B           EA       18,459.000    18,506.000
         52489761 REV 8 PIN-MOUNT

INVOICE

535980

# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**SERVICE REQUESTED**

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (EMR 2)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [x] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

CARRIER NAME

**AIRBILL NUMBER** 689 536 514

ORIGIN

DESTINATION

SHIPPER'S REFERENCE NO.

SHIPPER'S ACCOUNT NO.

COMPANY

DEPT./FLOOR

PHONE NO.

STATE    ZIP (REQUIRED)

CONSIGNEE'S REFERENCE NO.

CONSIGNEE'S ACCOUNT NO.

COMPANY

DEPT./FLOOR

PHONE NO.

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)

CITY    STATE    ZIP (REQUIRED)

## BILLING INFORMATION

- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D)

CASH RECEIVED (PAID IN ADVANCE)
RATE QUOTE NUMBER

BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

- [ ] C.O.D.

## HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)

- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | REWEIGH | DESCRIPTION | NO. OF PIECES |
|---|---|---|---|---|---|---|---|

TOTAL PCS.    TOTAL WT.

GOODS SAID TO CONTAIN

**DECLARED VALUE** $

**RELEASE SIGNATURE X**

LIMIT OF LIABILITY

(SHIPPER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

**FOR BAX GLOBAL USE ONLY**

| RECEIVED BY BAX AT | OUTSIDE CARRIER: | CHARGES ADVANCED | PRO NUMBER |
|---|---|---|---|
| [ ] SHIPPER'S DOOR | | $ | |
| [ ] BAX TERMINAL | | | |

1st personal ID reviewed

# appearing on ID

2nd personal ID reviewed:

# appearing on ID

DATE

Matched photo on ID? [ ] YES [ ] NO
Matched photo on ID? [ ] YES [ ] NO

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

PRINT NAME X

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the BAX requires 2 forms of ID, one of which must be government-issued, non-photo.

Non-Negotiable Airbill
Conditions of Carriage On Reverse Side

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

**SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X**

Driver Signature:
Print Name:
Pick Up Time:    Pick Up No.    Driver No.

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)
NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

AIRBILL NUMBER 689 536 514

**SHIPPER COPY**

INVOICE 525980



## Shipment Tracking Details

**Tracking Information**

Tracking Number: **689536514**                    Origin Waybill:

Filtered By:    Tracking Number **689536514**

**Shipment Information**                          **Package Information**

Status: **Delivered**                             Pieces: 2

Signature: Laskey                                 Weight: 632.0 L

Service Level: BAXSaver                           Volume Weight: 632.0 L

Shipped Date: 06-Jun-2005                         View Dimensions: View D

Origin: Las Cruces, NM, US

Destination: Forestville, NY, US

**References**

| Description | Number |
|---|---|
| PURCHASE ORDER NUMBER | BO10324 |
| PREMIUM TRANSPORTATION AUTH | LPS96521 |

**Shipment History**

| Date | Time | Pieces | Activity | Location |
|---|---|---|---|---|
| 13-Jun-2005 | 1400 | 1 | **Delivered** | |
| 09-Jun-2005 | 1250 | 1 | **Delivered** | |
| 13-Jun-2005 | 1029 | 1 | **Out for Delivery** | |
| 09-Jun-2005 | 1034 | 1 | **Out for Delivery** | |
| 06-Jun-2005 | 1320 | 2 | **Received** | El Paso, TX, US |

**Track Another Shipment**

** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are so inconvenience, but must strictly adhere to all government security regulations.





## Shipment Tracking Details

**Tracking Information**

| | |
|---|---|
| Tracking Number: **689536514** | Origin Waybill: |
| Filtered By:    Tracking Number **689536514** | |

**Shipment Information**

Status: **Delivered**
Signature: Laskey
Service Level: BAXSaver
Shipped Date: 06-Jun-2005
Origin: Las Cruces, NM, US
Destination: Forestville, NY, US

**Package Information**

Pieces: 2
Weight: 632.0 L
Volume Weight: 632.0 L
View Dimensions: View D

**References**

| Description | Number |
|---|---|
| PURCHASE ORDER NUMBER | BO10324 |
| PREMIUM TRANSPORTATION AUTH | LPS96521 |

**Shipment History**

| Date | Time | Pieces | Activity | Location |
|---|---|---|---|---|
| 13-Jun-2005 | 1400 | 1 | **Delivered** | |
| 09-Jun-2005 | 1250 | 1 | **Delivered** | |
| 13-Jun-2005 | 1029 | 1 | **Out for Delivery** | |
| 09-Jun-2005 | 1034 | 1 | **Out for Delivery** | |
| 06-Jun-2005 | 1320 | 2 | **Received** | El Paso, TX, US |

**Track Another Shipment**

** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are so inconvenience, but must strictly adhere to all government security regulations.

INVOICE
525980

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|

ELF  669516516-4  BAYLEY MFG       PREMIUM METAL PROD    2/  2  116
16079 BENNETT STATE RD        C    IN  03-06/05    AMT CHG        C
FORESTVILLE          NY 14062
REF LS094821       CHG _____       TIME 12:52 RCVD BY _____

# INVOICE
# 525980

TOTAL SHIPMENTS = 1    TOTAL PIECES = 1    TOTAL WEIGHT ___
FREIGHT RCVD _____   TIME 12__   TOTAL AMOUNT CHARGED ___
                                   APPROVED _____
 HAULED AND
RECEIVED BY  Drew Relugh    TIME 1745    DATE APPROVED  6/9/05
START MILEAGE _____    END MILEAGE _____    ELAPSED MILEAGE _____



INVOICE
525980

