EXHIBIT A cont'd
(5)



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-sm 325711 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/04/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO:**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO:**
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550065357 | SM03567 |  | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-25 | 0.000 | 576.000 | 0.000 | 1.77500 | 1,022.40 |

Item: 10-DPH200-A

Description: 16902200, REV 2, CUSHION RETAINER
U/M: EA
Date Shipped:

Shipped on Packing Slip #:   25750

PLEASE REMIT TO: 72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 1,022.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,022.40 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 330014 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/30/05 |



BILL TO:
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO:
9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03565 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-54 | 43.000 | 300.000 | 0.000 | 2.26300 | 678.90 |

Item: 10-DPH917-A
Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 09/30/05

Shipped on Packing Slip #:  30067

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ACCOUNTING COPY**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 678.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 678.90 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 329998 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/29/05 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904



**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-190 | 4,560.000 | 2,601.000 | 1,959.000 | 0.87900 | 2,286.28 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/29/05

Shipped on Packing Slip #: 30057

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ACCOUNTING COPY**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 2,286.28 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,286.28 |

## ~ow Metal Products, Inc.

⸱ιtage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
⸱ rive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
⸱l Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 329930 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/28/05 |

⸱ ⸺LECTRONICS SYSTEMS
⸱ ⸺ORATE CENTER
. 9005
'N 46904

SHIP TO:
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| ⸺OMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| | SM03361 | | NET 30 DAYS |

| ⸺ERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 7,⸱ ⸱.000 | 300.000 | 0.000 | 0.15600 | 46.80 |

Item: 10-DPH603-B
⸱tion: 12213603, REV.D, SHIELD BASE
'1/M: EA
⸱ ed: 09/28/05

| | | | | |
|---|---|---|---|---|
| .000 | 11,850.000 | 0.000 | 0.15600 | 1,848.60 |

⸱em: 10-DPH603-B
⸱ion: 12213603, REV.D, SHIELD BASE
U/M: EA
⸺ped: 09/28/05

Shi⸱   ⸱ Slip #:   29989

P⸺'
'047 EAGLE WAY
⸱ICAGO, IL 60678-2050

| SALES AMOUNT | 1,895.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,895.40 |

⸱ assembly ● prototype ● short run stampings ● production painting



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| INVOICE | PAGE |
|---|---|
| s-sm 323248 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/28/04 |



**BILL TO:**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO:** 3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03368 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-37 | 960.000 | 768.000 | 0.000 | 8.23000 | 6,320.64 |

Item: 10-DPH588-B
Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/29/04

Shipped on Packing Slip #: 23215

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 6,320.64 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,320.64 |



**Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323248 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way Chicago, IL 60678-7250 |

| CUST. NO. | DATE |
|---|---|
| C000485 | 10/28/04 |

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03368 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-37 | 960.000 | 768.000 | 0.000 | 8.23000 | 6,320.64 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/29/04

Shipped on Packing Slip #:   23215

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 6,320.64 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,320.64 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050



**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| INVOICE | PAGE |
|---|---|
| s-sm 323182 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/28/04 |



BILL TO:
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO: 3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-3 | 1,000.000 | 1,000.000 | 0.000 | 0.71500 | 715.00 |

Item: 10-DPH531-B

Description: 16870531, REV 6, C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 10/28/04

Shipped on Packing Slip #:    23211

PLEASE REMIT TO: 72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 715.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 715.00 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  •  PH (773) 622-8414  •  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  •  PH (512) 754-0200  •  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  •  PH (773) 622-8414  •  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323181 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way Chicago, IL 60678-7250 |

| CUST NO | DATE |
|---|---|
| C000485 | 10/28/04 |



| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM03365 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-2 | 4,000.000 | 1,040.000 | 0.000 | 0.66100 | 687.44 |

Item: 10-DPH529-B

Description: 16870529, REV 6, B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 11/03/04

---

Shipped on Packing Slip #:   23210

PLEASE REMIT TO: 72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  •  tools and dies  •  assembly  •  prototype  •  short run stampings  •  production painting

| | |
|---|---|
| SALES AMOUNT | 687.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 687.44 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322290 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 09/21/04 |



**BILL TO:**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO:** 3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03367 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 1,152.000 | 1,152.000 | 0.000 | 2.47000 | 2,845.44 |

CI: 16870583
Item: 10-DPH583-A

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 09/21/04

late night shipment 09-20-04

Shipped on Packing Slip #:   22303

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 2,845.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,845.44 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322231 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 09/17/04 |



**BILL TO:**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO:** 3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03367 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-2 | 1,152.000 | 1,152.000 | 0.000 | 2.47000 | 2,845.44 |

CI: 16870583
Item: 10-DPH583-A

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 09/17/04

Shipped on Packing Slip #:   22240

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 2,845.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,845.44** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 322126 | 1 |
| CUST NO. | DATE |
| C000485 | 09/13/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02801 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-16 | 2,300.000 | 2,300.000 | 0.000 | 0.18000 | 414.00 |

Item: 10-DPH895-A

Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 09/13/04

SHIPPED DIRECT FROM SURFACE

Shipped on Packing Slip #:  22139

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 414.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 414.00 |



**Parkview Metal**

4931 W. Armitage Ave., Chicago, IL 60639     PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666     PH (512) 754-0200

| INVOICE | PAGE |
|---|---|
| s-sm 321849 | 1 |

| CUST NO. | DATE |
|---|---|
| C000457 | 08/30/04 |



BILL TO:
DELPHI   E & C
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315

SHIP TO: 2
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550049102 | SM02467 |  | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-7 | 300.000 | 300.000 | 0.000 | 0.28700 | 86.10 |

CI: 25348424
Item: 10-DPH424-A

Description: 24348424 REV B BRACKET
U/M: EA
Date Shipped: 09/02/04

Shipped on Packing Slip #:   21846

PLEASE REMIT TO: PO BOX 72047
                CHICAGO, IL 60678-2047

**ORIGINAL**

metal stampings     tools and dies     assembly     prototype     short run stampings     production
painting

| | |
|---|---|
| SALES AMOUNT | 86.10 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 86.10 |