# EXHIBIT B



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317355 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/13/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 60.000 | 60.000 | 0.000 | 1.60700 | 96.42 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 02/04/04

# Balance Due
# $43.75

Shipped on Packing Slip #:   17224

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 96.42 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 96.42 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317356 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/13/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 460.000 | 460.000 | 0.000 | 1.60700 | 739.22 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/13/04

# Balance Due
# $335.41

Shipped on Packing Slip #:   17225

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | | |
|---|---|---|
| SALES AMOUNT | | 739.22 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 739.22 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317376 | 1 |

| REMIT TO |
|----------|
| 72047 Eagle Way
Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 01/14/04 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-2 | 220.000 | 220.000 | 0.000 | 1.60700 | 353.54 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/14/04

## Balance Due
## $160.41

Shipped on Packing Slip #:   17241

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 353.54 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 353.54 |

# Parkview Metal Products, Inc.

**ptp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317377 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 01/14/04 |

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-2 | 250.000 | 300.000 | 0.000 | 0.88600 | 265.80 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 01/14/04

*Balance Due*
*$68.79*

Shipped on Packing Slip #:   17242

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 265.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **265.80** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 314228 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 06/12/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02457 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-2 | 425.000 | 425.000 | 0.000 | 0.98800 | 419.90 |

Item: 10-DPH747-A

Description: 16869747, REV.006, DEPLOYMENT BRKT LH
U/M: EA
Date Shipped: 06/12/03

Shipped on Packing Slip #:   14061

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  ●  tools and dies  ●  assembly  ●  prototype  ●  short run stampings  ●  production painting

| | |
|---|---|
| SALES AMOUNT | 419.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 419.90 |

Packing Slip
From Warehouse: MAIN

Packing Slip:  Page: 1
14061

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/12/03 | SN024457 | 550025648 | CENT TRANS INT | 635.00 | 15 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 2-2 | 10-DPH747-A, | EA | 425.000 | 425.000 |
| | 16869747, REV.006, DEPLOYMENT BRKT LH | | | |



INV # 314228

INVOICE
314228

# Parkview Metal Products, Inc.

**ptp**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**PAGE:** 1 of 1
**DATE:** 06/12/03

**BOL NUM:** B006864
**PRO. NUM:**
**CARRIER:** CENTRAL TRANSPORT INTERNATIONA
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE 314228*

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight
**S782-101159-2**

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16869747 PO 550025648 | 635.0 | LB | | 14061 | |
| 1 | PALLET | P/N 12208646 PO 477101 | 426.0 | LB | | 14058 | |
| 1 | PALLET | P/N 12208752 PO 00477101 | 214.0 | LB | | 14059 | |
| 1 | PALLET | P/N 16869748 PO 550025648 | 453.0 | LB | | 14062 | |
| 1 | PALLET | 10-DPH917-A WILL FAX PACKLIST ON THIS ITEM | 435.0 | LB | | | |
| 0 | | | 0.0 | | | | |

SKD | SE CTN | DRM | BUN | ☐ SWAC
CRTS | BSKT | RCK | TOTE | ☐ SL & C
SWC | CTN | SWS STC | CTN
OTHER    SSWI N/C    SHIP INT

**Special Instructions:**
HARDWARE NOI I/S
NMFC 104500 CLASS 50 S-3

**Shipper Per:**

| Total Weight: | 2,163.0 | Freight Charges | (Collect) |
|---|---|---|---|
| Total # Packages: | 5 | COD Fee | |

| COD Amt : | 0.00 | Total Charges: | 0.00 |
|---|---|---|---|

**Carrier:** CENTRAL TRANSPORT INTERNATIONA
**Per:**
**Date:** 06/12/03

**Carrier Signature:** CW470156    5 PLT M/C
**Date:** 6-12-3

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

06/12/03
(Signature Date)



Driver Affix Labels
Here

8782- 101253-2

TTL PIECES ___

TTL WEIGHT
2163

8782- 101253-2
Central Transport
Delivery Receipt

1.001

INVOICE
314228

SEP/14/2005/WED 05:31 PM



### FAX COVERSHEET

# CENTRAL TRANSPORT *Gets it there FASTER!*

DATE  *9-14-05*

ATTENTION: *Danatta*

FAX NUMBER: (    ) *847-550-7241*

NUMBER OF PAGES INCLUDING COVER SHEET  *2*

PRO NUMBER: *5780-101154-2*

## TRACING DEPARTMENT
### OUR FAX NUMBER: (586) 979-3154

# INVOICE
# 314228

P. 001/002



## Parkview Metal Products, inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317391 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/15/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 558.000 | 558.000 | 0.000 | 1.60700 | 896.71 |
| | Item: 10-DPH719-A | | | | |

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 01/15/04

# Balance Due
# $408.63

Shipped on Packing Slip #:   17266

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 896.71 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 896.71 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax (773)-804-3050



| INVOICE | PAGE |
|---------|------|
| s-sm 317392 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 01/15/04 |

| BILL TO | SHIP TO |
|---------|---------|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-3 | 633.000 | 420.000 | 0.000 | 1.60700 | 674.94 |
| | Item: 10-DPH720-A | | | | |

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/22/04

# Balance Due
# $306.24

Shipped on Packing Slip #:   17267

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 674.94 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 674.94 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 317393 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/15/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|---|
| 550036913 | | SM02787 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 550.000 | 600.000 | 0.000 | 0.88600 | 531.60 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 01/15/04

## Balance Due
## $137.59

Shipped on Packing Slip #:    17268

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 531.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 531.60 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317528 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/22/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |
|---|---|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02783 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-6 | 270.000 | 270.000 | 0.000 | 1.16700 | 315.09 |

Item: 10-DPH747-A

Description: 16869747, REV.006, DEPLOYMENT BRKT LH
U/M: EA
Date Shipped: 01/22/04

# Balance Due
# $36.18

Shipped on Packing Slip #:   17397

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 315.09 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 315.09 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 80106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317529 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/22/04 |

### REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 633.000 | 213.000 | 0.000 | 1.60700 | 342.29 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/22/04

# Balance Due
# $155.31

Shipped on Packing Slip #:   17398

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 342.29 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 342.29 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317530 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/22/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |
|---|---|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 830.000 | 850.000 | 0.000 | 1.69000 | 1,436.50 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 01/22/04

# Balance Due
# $42.50

Shipped on Packing Slip #:    17399

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,436.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,436.50 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317553 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 01/23/04 |

| BILL TO | SHIP TO |
|---------|---------|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-1 | 250.000 | 150.000 | 0.000 | 0.88600 | 132.90 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 01/23/04

*Balance Due*
*$34.40*

Shipped on Packing Slip #:   17421

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 132.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 132.90 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317613 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way
Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/27/04 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051 | | 3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521 | |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-4 | 150.000 | 180.000 | 0.000 | 0.88600 | 159.48 |
| | Item: 10-DPH721-A | | | | |

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 01/27/04

Balance Due
$41.28

Shipped on Packing Slip #:   17477

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 159.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 159.48 |

# Parkview Metal Products, Inc.

**PTP**

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317667 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 01/29/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02785 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-130 | 440.000 | 640.000 | 0.000 | 1.60700 | 1,028.48 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 01/29/04

*Balance Due
$466.66*

Shipped on Packing Slip #:   17532

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,028.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,028.48 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  •  PH (773) 622-8414  •  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  •  PH (512) 754-0200  •  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  •  PH (773) 622-8414  •  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317648 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/29/04 |



**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL
TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP
TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-129 | 320.000 | 320.000 | 0.000 | 1.60700 | 514.24 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 01/29/04

## Balance Due
## $233.33

Shipped on Packing Slip #:    17512

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

*metal stampings • tools and dies • assembly • prototype • short run stampings • production painting*

| | |
|---|---|
| SALES AMOUNT | 514.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **514.24** |

# Parkview Metal Products, Inc.

**ptp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317649 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/29/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-4 | 320.000 | 320.000 | 0.000 | 1.60700 | 514.24 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/29/04

## Balance Due
## $233.33

Shipped on Packing Slip #:    17513

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 514.24 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 514.24 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ● PH (512) 754-0200 ● Fax 512-754-0600
759 Industrial Drive, Bensenville, IL 60106  ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 317653 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/29/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |
|---|---|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 800.000 | 800.000 | 0.000 | 1.69000 | 1,352.00 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 01/29/04

# Balance Due
# $40.00

Shipped on Packing Slip #:    17518

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,352.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,352.00 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639   •   PH (773) 622-8414   •   Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666   •   PH (512) 754-0200   •   Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106   •   PH (773) 622-8414   •   Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317668 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/29/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 760.000 | 640.000 | 0.000 | 1.60700 | 1,028.48 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/30/04

# Balance Due
# $466.66

Shipped on Packing Slip #:   17533

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  •  tools and dies  •  assembly  •  prototype  •  short run stampings  •  production painting

| | |
|---|---|
| SALES AMOUNT | 1,028.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,028.48 |

# Parkview Metal Products, Inc. Pg 24 of 40

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317695 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 01/30/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO |
|---------|

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



| SHIP TO |
|---------|

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-5 | 760.000 | 120.000 | 0.000 | 1.60700 | 192.84 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 01/30/04

**Balance Due $90.14**

Shipped on Packing Slip #:  17567

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 192.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 192.84 |

## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317726 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/02/04 |

BILL TO:
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO:
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-6 | 160.000 | 560.000 | 0.000 | 1.60700 | 899.92 |

Item: 10-DPH720-A
Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 02/02/04

Balance Due $408.32

Shipped on Packing Slip #: 17593

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ACCOUNTING COPY**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 899.92 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 899.92 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  •  PH (773) 622-8414  •  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  •  PH (512) 754-0200  •  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  •  PH (773) 622-8414  •  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317727 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/02/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER # | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-6 | 900.000 | 900.000 | 0.000 | 0.88600 | 797.40 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 02/02/04

*Balance Due*
*$206.38*

Shipped on Packing Slip #:   17594

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  •  tools and dies  •  assembly  •  prototype  •  short run stampings  •  production painting

| | |
|---|---|
| SALES AMOUNT | 797.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 797.40 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH 773-622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0600
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317737 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 02/03/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-7 | 900.000 | 900.000 | 0.000 | 0.88600 | 797.40 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 02/03/04

Balance Due
$206.38

Shipped on Packing Slip #:   17603

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 797.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 797.40 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317781 | 1 |

| CUST. NO. | DATE |
|-----------|------|
| C000485 | 02/04/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 ~ MC #146
VANDALIA OH 45377-5051

**SHIP TO**  3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-7 | 180.000 | 200.000 | 0.000 | 1.60700 | 321.40 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 02/04/04

# Balance Due
# $145.83

Shipped on Packing Slip #:   17650

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 321.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **321.40** |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317782 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/04/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 197.000 | 300.000 | 0.000 | 0.88600 | 265.80 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 02/04/04

Balance Due
$68.79

Shipped on Packing Slip #:  17651

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 265.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 265.80 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317784 | 1 |



**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 02/04/04 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 60.000 | 160.000 | 0.000 | 1.60700 | 257.12 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 02/04/04

*Balance Due*
*$116.66*

Shipped on Packing Slip #:  17655

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 257.12 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 257.12 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317787 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/04/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 250.000 | 250.000 | 0.000 | 0.71500 | 178.75 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 02/04/04

# Balance Due
# $88.00

Shipped on Packing Slip #:    17658

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 178.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 178.75 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317788 | 1 |

| CUST. NO. | DATE |
|---|---|
| C000485 | 02/04/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 580.000 | 320.000 | 0.000 | 0.59300 | 189.76 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 02/12/04

# Balance Due
# $73.60

Shipped on Packing Slip #:   17659

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies  ■ assembly  ●  prototype  ●  short run stampings  ● production painting

| SALES AMOUNT | 189.76 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 189.76 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317804 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/05/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | |
|---|---|
| | DELPHI S&I VANDALIA PLANT |
| | DELPHI CORPORATION |
| | 250 NORTHWOODS BLVD |
| | PO BOX 5051 - MC #146 |
| | VANDALIA OH 45377-5051 |

| SHIP TO | 3 |
|---|---|
| | DELPHI S&I-RIMIR PLANT |
| | DELPHI CORPORATION |
| | 1900 BILLY MITCHELL BLVD. |
| | DOCK 1&2 |
| | BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-131 | 186.000 | 186.000 | 0.000 | 1.60700 | 298.90 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 02/05/04

*Balance Due
$135.62*

Shipped on Packing Slip #:   17674

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 298.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 298.90 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317805 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 02/05/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-8 | 440.000 | 440.000 | 0.000 | 1.60700 | 707.08 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 02/05/04

## Balance Due
## $320.83

Shipped on Packing Slip #:   17675

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 707.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **707.08** |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 317806 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/05/04 |

REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 1,130.000 | 1,130.000 | 0.000 | 0.88600 | 1,001.18 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 02/11/04

## Balance Due
## $259.12

Shipped on Packing Slip #:   17676

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,001.18 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,001.18 |

 **Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317811 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/05/04 |


**BILL TO**

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051


**SHIP TO**

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-132 | 580.000 | 580.000 | 0.000 | 1.60700 | 932.06 |

  Item: 10-DPH719-A

  Description: 16869719 REV.007 BRKT INFLATOR LH
  U/M: EA
  Date Shipped: 02/05/04

## Balance Due
## $422.91

Shipped on Packing Slip #:   17681

PLEASE REMIT TO:72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 932.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 932.06 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317809 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 02/05/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM02816 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 840.000 | 840.000 | 0.000 | 0.33750 | 283.50 |

Item: 10-DPH692-B

Description: 12212692, REV.C, COVER
U/M: EA
Date Shipped: 02/05/04

_Balance Due_
_$121.47_

Shipped on Packing Slip #:   17679

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 283.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 283.50 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 317850 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 02/09/04 |



BILL TO
·DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-133 | 1,234.000 | 1,240.000 | 0.000 | 1.60700 | 1,992.68 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 02/09/04

*Balance Due*
*$904.15*

Shipped on Packing Slip #:   17717

PLEASE REMIT TO: 72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,992.68 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,992.68 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317851 | 1 |

| REMIT TO | CUST NO. | DATE |
|---|---|---|
| 72047 Eagle Way Chicago, IL 60678-7250 | C000485 | 02/09/04 |



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 100.000 | 100.000 | 0.000 | 1.60700 | 160.70 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 02/09/04

# Balance Due
# $72.91

Shipped on Packing Slip #:   17718

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 160.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 160.70 |

# ptp   Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317989 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/10/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1~134 | 280.000 | 280.000 | 0.000 | 1.60700 | 449.96 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 02/10/04

Balance Due
$204.16

Shipped on Packing Slip #:   17742

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 449.96 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 449.96 |