EXHIBIT B cont'd
(2)



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 80639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318781 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/23/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 600.000 | 600.000 | 0.000 | 0.71500 | 429.00 |
| | Item: 10-DPH531-A | | | | |

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 03/23/04

## Balance Due
## $211.20

Shipped on Packing Slip #:   18670

PLEASE REMIT TO: 72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 429.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 429.00 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318829 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/25/04 |



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-144 | 200.000 | 200.000 | 0.000 | 1.60700 | 321.40 |
| | Item: 10-DPH719-A | | | | |

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 03/25/04

# Balance Due
# $145.83

Shipped on Packing Slip #:   18720

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 321.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **321.40** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318830 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/25/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-24 | 200.000 | 200.000 | 0.000 | 1.60700 | 321.40 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 03/25/04

# Balance Due
# $145.83

Shipped on Packing Slip #:   18721

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 321.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **321.40** |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318831 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/25/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3

DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-21 | 300.000 | 300.000 | 0.000 | 0.88600 | 265.80 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 03/25/04

*Balance Due*
*$68.79*

Shipped on Packing Slip #:   18722

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 265.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 265.80 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 318867 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/26/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

3
SHIP TO
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-145 | 80.000 | 80.000 | 0.000 | 1.60700 | 128.56 |
| | Item: 10-DPH719-A | | | | |

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 03/26/04

*Balance Due $58.33*

Shipped on Packing Slip #:   18753

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 128.56 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 128.56 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318869 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 03/26/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 600.000 | 800.000 | 0.000 | 0.59300 | 474.40 |

Item: 10-DPH529-A

Description: 16870529 REV 6 B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 03/26/04

*Balance Due*
*$184.00*

Shipped on Packing Slip #:   18756

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 474.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **474.40** |

# pmp Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318897 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST-NO. | DATE |
|---|---|
| C000485 | 03/29/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-4 | 880.000 | 900.000 | 0.000 | 0.71500 | 643.50 |

Item: 10-DPH531-A
Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 03/29/04

Balance Due
$316.80

Shipped on Packing Slip #:    18774

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 643.50 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 643.50 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318924 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/30/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO** 3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-146 | 160.000 | 160.000 | 0.000 | 1.60700 | 257.12 |

Item: 10-DPH719-A

Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 03/30/04

## Balance Due $116.66

Shipped on Packing Slip #:   18801

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  ●  tools and dies  ●  assembly  ●  prototype  ●  short run stampings  ●  production painting

| | |
|---|---|
| SALES AMOUNT | 257.12 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 257.12 |

# Parkview Metal Products, Inc.

**pmp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH 773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318925 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 03/30/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-25 | 780.000 | 780.000 | 0.000 | 1.60700 | 1,253.46 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 03/30/04

*Balance Due*
*$568.74*

Shipped on Packing Slip #:  18802

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,253.46 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **1,253.46** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318926 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/30/04 |

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-22 | 200.000 | 200.000 | 0.000 | 0.88600 | 177.20 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 03/30/04

# Balance Due
# $45.86

Shipped on Packing Slip #:   18803

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 177.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 177.20 |

# ppp Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318947 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/31/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-24 | 760.000 | 775.000 | 0.000 | 1.69000 | 1,309.75 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 03/31/04

Balance Due
$38.75

Shipped on Packing Slip #:   18826

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,309.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,309.75 |

# pmp    Parkview Metal Products, Inc. 13 of 40

4931 W. Armitage Ave., Chicago, IL 60639  ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318950 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/31/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI S&I VANDALIA PLANT | | 3 | |
| DELPHI CORPORATION | | DELPHI S&I-RIMIR PLANT | |
| 250 NORTHWOODS BLVD | | DELPHI CORPORATION | |
| PO BOX 5051 - MC #146 | | 1900 BILLY MITCHELL BLVD. | |
| VANDALIA OH 45377-5051 | | DOCK 1&2 | |
| | | BROWNSVILLE TX 78521 | |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-6 | 880.000 | 880.000 | 0.000 | 0.59300 | 521.84 |
| | Item: 10-DPH529-A | | | | |

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 03/31/04

*Balance Due*
*$202.40*

Shipped on Packing Slip #:    18829

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 521.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 521.84 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318951 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/31/04 |

### REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 510.000 | 510.000 | 0.000 | 0.71500 | 364.65 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 03/31/04

*Balance Due*
*$179.52*

Shipped on Packing Slip #:   18830

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  ●  tools and dies  ●  assembly  ●  prototype  ●  short run stampings  ●  production painting

| | |
|---|---|
| SALES AMOUNT | 364.65 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 364.65 |

**pmp** — **Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 318976 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 04/01/04 |

BILL TO:
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO:
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-23 | 800.000 | 800.000 | 0.000 | 0.88600 | 708.80 |

Item: 10-DPH721-A
Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 04/01/04

*Balance Due*
*$183.45*

Shipped on Packing Slip #:   18856

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 708.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 708.80 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 318980 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/01/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-7 | 400.000 | 400.000 | 0.000 | 0.71500 | 286.00 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/01/04

## Balance Due
## $140.80

Shipped on Packing Slip #:   18860

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 286.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 286.00 |

# Parkview Metal Products, Inc.

**PMP**

4931 W. Armitage Ave., Chicago, IL 60639  ● PH (773) 622-8414  ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ● PH (512) 754-0200  ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ● PH (773) 622-8414  ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319020 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/01/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02801 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 4,284.000 | 4,367.000 | 0.000 | 0.18000 | 786.06 |

Item: 10-DPH895-A
Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 04/01/04

# Balance Due
# $45.00

Shipped on Packing Slip #:   18862

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 786.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 786.06 |



## Parkview Metal Products, Inc. Pg 18 of 40

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319041 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/05/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |
|---|---|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-7 | 1,360.000 | 1,360.000 | 0.000 | 0.59300 | 806.48 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/05/04

# Balance Due
# $312.80

Shipped on Packing Slip #:   18909

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 806.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 806.48 |

# Parkview Metal Products, Inc.

**pmp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319042 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/05/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02785 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-148 | 2,278.000 | 2,278.000 | 0.000 | 1.60700 | 3,660.75 |

Item: 10-DPH719-A
Description: 16869719 REV.007 BRKT INFLATOR LH
U/M: EA
Date Shipped: 04/05/04

*Balance Due*
*$1,661.01*

Shipped on Packing Slip #:   18917

PLEASE REMIT TO:72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 3,660.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,660.75 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319043 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/05/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

|  | BILL TO | | SHIP TO |
|---|---|---|---|
|  | DELPHI S&I VANDALIA PLANT | 3 | DELPHI S&I-RIMIR PLANT |
|  | DELPHI CORPORATION | | DELPHI CORPORATION |
|  | 250 NORTHWOODS BLVD | | 1900 BILLY MITCHELL BLVD. |
|  | PO BOX 5051 - MC #146 | | DOCK 1&2 |
|  | VANDALIA OH 45377-5051 | | BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 1,300.000 | 1,350.000 | 0.000 | 0.71500 | 965.25 |

Item: 10-DPH531-A

Description: 16670531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/05/04

Balance Due
$475.20

Shipped on Packing Slip #:   18919

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 965.25 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 965.25 |

# ptp

## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH 773-622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319050 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 04/06/04 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI S&I VANDALIA PLANT | 3 | DELPHI S&I-RIMIR PLANT | |
| DELPHI CORPORATION | | DELPHI CORPORATION | |
| 250 NORTHWOODS BLVD | | 1900 BILLY MITCHELL BLVD. | |
| PO BOX 5051 - MC #146 | | DOCK 1&2 | |
| VANDALIA OH 45377-5051 | | BROWNSVILLE TX 78521 | |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-26 | 140.000 | 140.000 | 0.000 | 1.60700 | 224.98 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 04/06/04

*Balance Due*
*$102.08*

Shipped on Packing Slip #:   18928

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 224.98 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 224.98 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-B04-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 319100 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 04/07/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---------|---------|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02786 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-27 | 1.000 | 740.000 | 0.000 | 1.60700 | 1,189.18 |

Item: 10-DPH720-A

Description: 16869720 REV.007 BRKT INFLATOR RH
U/M: EA
Date Shipped: 04/07/04

*Balance Due*
*$539.57*

Shipped on Packing Slip #:   18983

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,189.18 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,189.18 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319125 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/08/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | |
|---|---|
| DELPHI S&I VANDALIA PLANT | |
| DELPHI CORPORATION | |
| 250 NORTHWOODS BLVD | |
| PO BOX 5051 - MC #146 | |
| VANDALIA OH 45377-5051 | |

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-25 | 750.000 | 750.000 | 0.000 | 0.88600 | 664.50 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 04/08/04

15 CARTONS @50 PIECES PER CARTON

## Balance Due
## $171.98

Shipped on Packing Slip #:   19014

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 664.50 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 664.50 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319051 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/06/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT DELPHI CORPORATION 250 NORTHWOODS BLVD PO BOX 5051 - MC #146 VANDALIA OH 45377-5051 | 3 DELPHI S&I-RIMIR PLANT DELPHI CORPORATION 1900 BILLY MITCHELL BLVD. DOCK 1&2 BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-24 | 750.000 | 750.000 | 0.000 | 0.88600 | 664.50 |
| | Item: 10-DPH721-A | | | | |
| | Description: 16869721 REV 005 C-PILLAR BRKT LH | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 04/06/04 | | | | |

Balance Due
$171.98

Shipped on Packing Slip #:   18929

PLEASE REMIT TO: 72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 664.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 664.50 |

 **Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 319230 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/14/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

3
SHIP TO
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-26 | 1.000 | 100.000 | 0.000 | 0.88600 | 88.60 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 04/14/04

*Balance Due*
*$22.93*

Shipped on Packing Slip #:   19124

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 88.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 88.60 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 319274 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/15/04 |

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT | 3 |
| DELPHI CORPORATION | DELPHI S&I-RIMIR PLANT |
| 250 NORTHWOODS BLVD | DELPHI CORPORATION |
| PO BOX 5051 - MC #146 | 1900 BILLY MITCHELL BLVD. |
| VANDALIA OH 45377-5051 | DOCK 1&2 |
| | BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 1.000 | 1,120.000 | 0.000 | 0.59300 | 664.16 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/15/04

# Balance Due
# $257.60

Shipped on Packing Slip #:   19174

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 664.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 664.16 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319275 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/15/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO 3 |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-6 | 1.000 | 1,150.000 | 0.000 | 0.71500 | 822.25 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/15/04

*Balance Due*
*$404.80*

Shipped on Packing Slip #:   19175

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 822.25 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 822.25 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 319305 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/16/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | |
|---|---|
| | DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051 |

| SHIP TO | |
|---|---|
| 3 | DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 1,100.000 | 1,900.000 | 0.000 | 0.88600 | 1,683.40 |

Item: 10-DPH721-A

Description: 15869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 04/16/04

# Balance Due
# $435.69

Shipped on Packing Slip #:   19202

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | | |
|---|---|---|
| SALES AMOUNT | | 1,683.40 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| **TOTAL** | | 1,683.40 |

# Parkview Metal Products, Inc.

**ptp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319330 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/19/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 1.000 | 1,306.000 | 0.000 | 0.59300 | 774.46 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/19/04

## Balance Due
## $300.38

Shipped on Packing Slip #:   19228

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 774.46 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 774.46 |

**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0600
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319331 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/19/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO:
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

3
SHIP TO:
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 1.000 | 1,300.000 | 0.000 | 0.71500 | 929.50 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 04/19/04

Balance Due
$457.60

Shipped on Packing Slip #:   19229

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 929.50 |
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 929.50 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 80639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319518 | 1 |

| CUST. NO. | DATE |
|---|---|
| C000485 | 04/27/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO 3 |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-28 | 150.000 | 150.000 | 0.000 | 0.88600 | 132.90 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 04/27/04

# Balance Due
# $34.40

Shipped on Packing Slip #:    19385

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 132.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 132.90 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 319539 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 04/28/04 |

**REMIT TO:**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO:**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO:**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-29 | 850.000 | 850.000 | 0.000 | 0.88600 | 753.10 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 04/28/04

*Balance Due*
*$194.91*

Shipped on Packing Slip #:   19439

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 753.10 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **753.10** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 319540 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/28/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 ~ MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY ORDERED | QTY SHIPPED | QTY BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-29 | 1,250.000 | 1,250.000 | 0.000 | 1.69000 | 2,112.50 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 04/28/04

# Balance Due
# $62.50

Shipped on Packing Slip #:    19440

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 2,112.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,112.50** |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 319668 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000485 | 05/04/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 ~ MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-30 | 1.000 | 400.000 | 0.000 | 0.88600 | 354.40 |

Item: 10-DPH721-A

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 05/04/04

## Balance Due $91.72

Shipped on Packing Slip #:   19577

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|------|--------|
| SALES AMOUNT | 354.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 354.40 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 319964 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 05/19/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-31 | 1,875.000 | 1,875.000 | 0.000 | 1.69000 | 3,168.75 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 05/19/04

# Balance Due
# $93.75

Shipped on Packing Slip #:   19878

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 3,168.75 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **3,168.75** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320048 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 05/24/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 880.000 | 880.000 | 0.000 | 0.59300 | 521.84 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 05/24/04

Balance Due
$202.40

Shipped on Packing Slip #:   19969

PLEASE REMIT TO: 72047 EAGLE WAY
               CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 521.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 521.84 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320049 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST. NO. | DATE |
|---|---|
| C000485 | 05/24/04 |

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 900.000 | 900.000 | 0.000 | 0.71500 | 643.50 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 05/24/04

# Balance Due
# $316.80

Shipped on Packing Slip #:  19970

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 643.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **643.50** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320136 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL. 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 05/27/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-11 | 160.000 | 160.000 | 0.000 | 0.59300 | 94.88 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 05/27/04

# Balance Due $36.80

Shipped on Packing Slip #:   20056

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 94.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 94.88 |



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 320137 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 05/27/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550025648 | SM02846 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-11 | 100.000 | 100.000 | 0.000 | 0.71500 | 71.50 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 05/27/04

*Balance Due*
*$35.20*

Shipped on Packing Slip #:   20057

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 71.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 71.50 |

# Parkview Metal Products, Inc.

**pmp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320218 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 06/02/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-12 | 275.000 | 275.000 | 0.000 | 0.59300 | 163.08 |

Item: 10-DPH529-A

Description: 16870529 REV 6  B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 06/02/04

*Balance Due*
*$63.25*

Shipped on Packing Slip #:   20139

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 163.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **163.08** |