# EXHIBIT B cont'd
## (3)



## Parkview Metal Products, Inc. of 41

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 320219 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 06/02/04 |

| BILL TO | SHIP TO |
|---------|---------|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550025648 | SM02846 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-12 | 315.000 | 315.000 | 0.000 | 0.71500 | 225.23 |

Item: 10-DPH531-A

Description: 16870531 REV 6 C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 06/02/04

## Balance Due
## $110.88

Shipped on Packing Slip #:   20140

PLEASE REMIT TO: 72047 EAGLE WAY
                 CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 225.23 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 225.23 |

# ptp Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320706 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 06/30/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02787 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-31 | 1,700.000 | 1,700.000 | 0.000 | 0.88600 | 1,506.20 |
| | Item: 10-DPH721-A | | | | |

Description: 16869721 REV 005 C-PILLAR BRKT LH
U/M: EA
Date Shipped: 06/30/04

Balance Due
$461.41

Shipped on Packing Slip #:   20653

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,506.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,506.20 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320993 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 07/20/04 |

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02857 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-24 | 288.000 | 288.000 | 0.000 | 5.96000 | 1,716.48 |
| | Item: 10-DPH588-B | | | | |

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 07/20/04

Balance Due
$234.90

Shipped on Packing Slip #:    20954

PLEASE REMIT TO: 72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,716.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,716.48 |

# Parkview Metal Products, Inc.



4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321099 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 07/22/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | | SHIP TO 3 |
|---|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | | DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02857 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-26 | 288.000 | 672.000 | 0.000 | 5.96000 | 4,005.12 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 07/22/04

# Balance Due
# $3,383.52

Shipped on Packing Slip #:    21007

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | | |
|---|---|---|
| SALES AMOUNT | | 4,005.12 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 4,005.12 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 321415 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/11/04 |

### REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550055815 | SM03185 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-28 | 198.000 | 270.000 | 0.000 | 5.93800 | 1,603.26 |

Item: 10-DPH374-A

Description: 16901374 REV 1, PN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 08/11/04

## Balance Due
## $599.46

Shipped on Packing Slip #:    21388

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,603.26 |
| MISC CHG | 0.00 |
| FREIGHT | 600.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,203.26 |



## Parkview Metal Products, Inc.
Pg. 7 of 41

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 321698 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 08/24/04 |

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550025648 | SM02784 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-31 | 1,649.000 | 1,649.000 | 0.000 | 1.00800 | 1,662.19 |

Item: 10-DPH748-A

Description: 16869748, REV.006, DEPLOYMENT BRKT RH
U/M: EA
Date Shipped: 08/24/04

# Balance Due
# $49.96

Shipped on Packing Slip #:   21690

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,662.19 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **1,662.19** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321850 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/30/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 ~ MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-1 | 1,600.000 | 1,600.000 | 0.000 | 0.59300 | 948.80 |

Item: 10-DPH529-B

Description: 16870529, REV 6, B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 08/30/04

# Balance Due $368.00

Shipped on Packing Slip #:   21847

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 948.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 948.80 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 321851 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/30/04 |

**REMIT TO:**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02846 | | |

| LINE/REL | QTY ORDERED | QTY SHIPPED | QTY BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-1 | 3,135.000 | 3,135.000 | 0.000 | 0.71500 | 2,241.53 |

Item: 10-DPH531-B

Description: 16870531, REV 6, C-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 08/30/04

# Balance Due
# $1,104.25

Shipped on Packing Slip #:   21848

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

*metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting*

| | |
|---|---|
| SALES AMOUNT | 2,241.53 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,241.53 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321861 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 08/31/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550025648 | SM02845 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-2 | 1,600.000 | 1,600.000 | 0.000 | 0.59300 | 948.80 |

Item: 10-DPH529-B

Description: 16870529, REV 6, B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 08/31/04

## Balance Due $368.⁰⁰

Shipped on Packing Slip #:    21861

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  ●  tools and dies  ●  assembly  ●  prototype  ●  short run stampings  ●  production painting

| | |
|---|---|
| SALES AMOUNT | 948.80 |
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **948.80** |



**Parkview Metal Products, Inc.** Pg 11 of 41

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321860 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 08/31/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | |
|---|---|
| DELCO ELECTRONICS SYSTEMS | |
| ONE CORPORATE CENTER | |
| P.O. BOX 9005 | |
| KOKOMO IN 46904 | |

4
**SHIP TO**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03244 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1~31 | 2,880.000 | 2,880.000 | 0.000 | 0.53500 | 1,540.80 |
| | Item: 10-DPH044-C | | | | |

Description:  12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/01/04

Balance
Due
$693.33

Shipped on Packing Slip #:    21860

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings  ●  tools and dies  ●  assembly  ●  prototype  ●  short run stampings  ●  production painting

| | |
|---|---|
| SALES AMOUNT | 1,540.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,540.80 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| S~SM 321864 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 08/31/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550047199 | SM03243 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-19 | 16,200.000 | 16,200.000 | 0.000 | 0.13900 | 2,251.80 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 09/03/04

# Balance Due
# $750.60

Shipped on Packing Slip #:   21864

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 2,251.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,251.80 |

# pmp

## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321909 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/01/04 |

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-33 | 646.000 | 950.000 | 0.000 | 1.69000 | 1,605.50 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 09/03/04

Balance Due
$47.50

Shipped on Packing Slip #:    21915

PLEASE REMIT TO: 72047 EAGLE WAY
          CHICAGO, IL 60678-2050

## ORIGINAL INVOICE

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,605.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,605.50 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 321973 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/03/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | | SHIP TO | 3 |
|---|---|---|---|
| DELPHI S&I VANDALIA PLANT | | | DELPHI S&I-RIMIR PLANT |
| DELPHI CORPORATION | | | DELPHI CORPORATION |
| 250 NORTHWOODS BLVD | | | 1900 BILLY MITCHELL BLVD. |
| PO BOX 5051 - MC #146 | | | DOCK 1&2 |
| VANDALIA OH 45377-5051 | | | BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02788 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-33 | 646.000 | 750.000 | 0.000 | 1.69000 | 1,267.50 |

Item: 10-DPH917-A

Description: 16870917 REV 2 C-PILLAR BRKT MODULE ASM
U/M: EA
Date Shipped: 09/03/04

# Balance Due
# $37.50

Shipped on Packing Slip #:   21975

PLEASE REMIT TO:72047 EAGLE WAY
             CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,267.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,267.50 |



## Parkview Metal Products, Inc. Page 15 of 41

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 321974 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/03/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM02815 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-44 | 144.000 | 288.000 | 0.000 | 0.76330 | 219.83 |

Item: 10-DPH688-C

Description: 12212688, REV.D, CASE
U/M: EA
Date Shipped: 09/03/04

Balance Due
$109.91

Shipped on Packing Slip #:   21976

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 219.83 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 219.83 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322091 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/09/04 |



**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02857 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-54 | 1,248.000 | 1,248.000 | 0.000 | 5.96000 | 7,438.08 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 09/09/04

## Balance Due
## $194.18

Shipped on Packing Slip #:    22098

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 7,438.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,438.08 |

## Parkview Metal Products, Inc.



4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322092 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/09/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02856 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-35 | 1,888.000 | 1,888.000 | 0.000 | 2.00500 | 3,785.44 |

CI: 16870583
Item: 10-DPH583-A

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 09/09/04

ALL ABOUT FREIGHT

# Balance Due
# $112.28

Shipped on Packing Slip #:   22099

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 3,785.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,785.44 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322093 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/09/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550055815 | SM03185 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-41 | 240.000 | 240.000 | 0.000 | 5.93800 | 1,425.12 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 09/09/04

## Balance Due
## $296.52

Shipped on Packing Slip #:   22100

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,425.12 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,425.12 |

# Parkview Metal Products, Inc. Page 19 of 41

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322180 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/15/04 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 5,184.000 | 5,184.000 | 0.000 | 0.87900 | 4,556.74 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/15/04

Balance Due
$759.46

Shipped on Packing Slip #:   22197

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 4,556.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,556.74 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322380 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/23/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03367 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 1,152.000 | 1,552.000 | 0.000 | 2.47000 | 3,833.44 |
| | CI: 16870583 | | | | |
| | Item: 10-DPH583-A | | | | |

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 09/23/04

*Balance Due*
*$988.00*

Shipped on Packing Slip #:   22394

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 3,833.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,833.44 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 322381 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/23/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | | SHIP TO 3 |
|---|---|---|
| DELPHI S&I VANDALIA PLANT | | DELPHI S&I-RIMIR PLANT |
| DELPHI CORPORATION | | DELPHI CORPORATION |
| 250 NORTHWOODS BLVD | | 1900 BILLY MITCHELL BLVD. |
| PO BOX 5051 - MC #146 | | DOCK 1&2 |
| VANDALIA OH 45377-5051 | | BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03368 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-12 | 480.000 | 480.000 | 0.000 | 8.23000 | 3,950.40 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 09/23/04

Balance Due
$1,580.16

Shipped on Packing Slip #:    22395

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 3,950.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,950.40 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
769 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 322570 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 09/30/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03368 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-18 | 960.000 | 1,056.000 | 0.000 | 8.23000 | 8,690.88 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 09/30/04

# Balance Due
# $127.68

Shipped on Packing Slip #:   22581

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 8,690.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,690.88 |

# Parkview Metal Products, Inc.



4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322715 | 1 |

| CUST. NO. | DATE |
|---|---|
| C000485 | 10/07/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 ~ MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550055815 | SM03364 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-7 | 1,801.000 | 361.000 | 0.000 | 6.90000 | 2,490.90 |

Item: 10-DPH374-A

Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 11/09/04

# Balance Due $1,166.10

Shipped on Packing Slip #:   22733

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 2,490.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,490.90 |

# Parkview Metal Products, Inc.

**pmp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 322868 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/14/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03368 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-28 | 960.000 | 960.000 | 0.000 | 8.23000 | 7,900.80 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/14/04

Balance Due
$279.82

Shipped on Packing Slip #:  22897

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 7,900.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **7,900.80** |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323244 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 10/29/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM03368 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-38 | 960.000 | 960.000 | 0.000 | 8.23000 | 7,900.80 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 11/01/04

Paid $7,727.97

Balance Due

$172.83

Shipped on Packing Slip #:   23285

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 7,900.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 7,900.80 |



## Parkview Metal Products

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323484 | 1 |

| REMIT TO | CUST NO. | DATE |
|---|---|---|
| 72047 Eagle Way Chicago, IL 60678-7250 | C000419 | 11/10/04 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

# Balance Due
# $576.96

Shipped on Packing Slip #:   23535

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323843 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way
Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000419 | 11/29/04 |



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550059616 | SM03505 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 320.000 | 640.000 | 0.000 | 0.44700 | 286.08 |

       Item: 10-DPH763-A

Description: 28015763, REV A, COVER
      U/M: EA
Date Shipped: 11/29/04

# Balance Due
# $169.41

Shipped on Packing Slip #:   23919

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 286.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 286.08 |



## Parkview Metal Products, Inc.
4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s~sm 324661 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 01/18/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-49 | 4,500.000 | 4,608.000 | 0.000 | 1.03000 | 4,746.24 |

Item: 10~DPH752~C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 01/18/05

# Balance Due
# $1,643.88

Shipped on Packing Slip #:   24748

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 4,746.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,746.24 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324788 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/24/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051



SHIP TO

9
DELPHI E& S RIMIR
702 JOAQUIN CAVAZOS RD.
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063004 | SM03554 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-10 | 3,936.000 | 2,208.000 | 0.000 | 8.23000 | 18,171.84 |

CI: 16870588, REV.4
Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 01/25/05

# Balance Due
# $790.08

Shipped on Packing Slip #:    24868

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 18,171.84 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,171.84 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324886 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 01/27/05 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELPHI S&I VANDALIA PLANT | | 9 | |
| DELPHI CORPORATION | | DELPHI E& S RIMIR | |
| 250 NORTHWOODS BLVD | | 702 JOAQUIN CAVAZOS RD. | |
| PO BOX 5051 - MC #146 | | LOS INDIOS TX 78567 | |
| VANDALIA OH 45377-5051 | | USA | |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550062969 | SM03558 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-7 | 1,280.000 | 800.000 | 0.000 | 0.66100 | 528.80 |

Item: 10-DPH529-B

Description: 16870529, REV 6, B-PILLAR RAMP CUSH SUPP
U/M: EA
Date Shipped: 01/31/05

# Balance Due
# $105.76

Shipped on Packing Slip #:    24958

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 528.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 528.80 |

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 325259 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 02/14/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| | | |
|---|---|---|
| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 9<br>DELPHI E& S RIMIR<br>702 JOAQUIN CAVAZOS RD.<br>LOS INDIOS TX 78567<br>USA |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550065357 | SM03567 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 1,056.000 | 1,056.000 | 0.000 | 1.77500 | 1,874.40 |
| | Item: 10-DPH200-A | | | | |
| | Description: 16902200, REV 2, CUSHION RETAINER | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 02/14/05 | | | | |
| 1-10 | 960.000 | 960.000 | 0.000 | 1.77500 | 1,704.00 |
| | Item: 10-DPH200-A | | | | |
| | Description: 16902200, REV 2, CUSHION RETAINER | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 02/14/05 | | | | |
| 1-11 | 864.000 | 864.000 | 0.000 | 1.77500 | 1,533.60 |
| | Item: 10-DPH200-A | | | | |
| | Description: 16902200, REV 2, CUSHION RETAINER | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 02/14/05 | | | | |

*Balance Due*
*$2,044.80*

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 5,112.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,112.00 |

# pmp Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-764-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 326197 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 03/24/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 9<br>DELPHI E& S RIMIR<br>702 JOAQUIN CAVAZOS RD.<br>LOS INDIOS TX 78567<br>USA |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550063092 | SM03561 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-40 | 672.000 | 672.000 | 0.000 | 6.90000 | 4,636.80 |

Item: 10-DPH374-A
Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 03/24/05

| 1-41 | 576.000 | 576.000 | 0.000 | 6.90000 | 3,974.40 |
|---|---|---|---|---|---|

Item: 10-DPH374-A
Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 03/24/05

| 1-42 | 672.000 | 93.000 | 0.000 | 6.90000 | 641.70 |
|---|---|---|---|---|---|

Item: 10-DPH374-A
Description: 16901374 REV 1, FN HOUSING ASSEMBLY
U/M: EA
Date Shipped: 03/28/05

*Balance Due $96.60*

Shipped on Packing Slip #:    26249

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 9,252.90 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,252.90 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH 773-622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 326617 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 04/14/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-94 | 6,000.000 | 2,448.000 | 0.000 | 0.87900 | 2,151.79 |

Item: 10-DPH044-C
Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 04/14/05

| 1-95 | 6,000.000 | 6,000.000 | 0.000 | 0.87900 | 5,274.00 |
|---|---|---|---|---|---|

Item: 10-DPH044-C
Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 04/14/05

| 1-96 | 6,000.000 | 192.000 | 0.000 | 0.87900 | 168.77 |
|---|---|---|---|---|---|

Item: 10-DPH044-C
Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 04/15/05

*Balance Due $207.44*

Shipped on Packing Slip #:   26657

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 7,594.56 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,594.56 |



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| fab 785874 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000419 | 01/24/03 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| DELCO ELECTRONICS SYSTEMS | | 3 | |
| ONE CORPORATE CENTER | | DELCO ELECTRONICS SYSTEMS | |
| P.O. BOX 9005 | | PLANT 35 | |
| KOKOMO IN 46904 | | 601 JOAQUIN CAVAZOS | |
| | | LOS INDIOS TX 78567 | |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 478931 | S003168 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 100.000 | 85.000 | 0.000 | 28.32000 | 2,407.20 |

Item: 15-DEL1654

Description: 12231654 BRACKET MODULE REV B
U/M: EA
Date Shipped: 01/24/03

Balance Due

$2,212.55

Shipped on Packing Slip #:     7417

PLEASE REMIT TO:72047 EAGLE WAY
               CHICAGO, IL 60678-7250

**ORIGINAL INVOICE**

| | |
|---|---|
| SALES AMOUNT | 2,407.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,407.20 |

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

Reprint Packing Slip
From Warehouse: MAIN                    Packing Page: 1
                                        Packing Slip: 7417

78587↙

From:
Parkview Metal Products
759 Industrial Drive
Bensenville IL 60106
Jeff Dec
773-622-8414

Bill To: C000419                    Ship To: (3)
DELCO ELECTRONICS SYSTEMS           DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER                PLANT 35
P.O. BOX 9005                       601 JOAQUIN CAVAZOS
KOKOMO IN 46904                     LOS INDIOS TX 78567

Order Contact:

| Pack Dte | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 01/24/03 | S003168 | 478931  | AIR BORNE | 19.00  | 1      |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 15-DEL1654 | EA | 100.000 | 85.000 |
|   | 12231654 BRACKET MODULE REV B | | | |

**1** Sender Account Number    Preprint Format No.    **3** Payment    Origin    Airbill Number

200293982    97901202    Sender will be billed unless marked otherwise    ORD    6947792666

Bill to:
Receiver  ☐   3rd Party ☐

FROM (Company)
**PARKVIEW METAL PRODUCTS**

Street Address
**FABRIC DIVISION**
**759 INDUSTRIAL DR**

City
**BENSENVILLE**    State **IL**    ZIP CODE (Required) **60106**

Paid in Advance ☐   Check No.    Amount

**4** Service Type
One box must be checked. Assumed Express unless noted.

☒ Express (Letter - 150 lbs)

Billing Reference (will appear on invoice)
**15-DEL 1654**

☒ Next Afternoon (Letter - 5 lbs)

Send by (Name/Dept)
**DONNIE McLAHN**    Phone (Required) **7738044312**

**5** # of Pkgs **1**   **6** Weight (LBS) **19**   **7** Packaging ☒ Letter ☐ Express ☐ Pack ☐ Other Packaging   One box must be checked

☒ Second Day (Letter - 150 lbs)

**2** TO (Company)  PLEASE PRINT NEATLY
**DELCO ELECTRONICS Systems**

Special Instructions
☐ Saturday Delivery Extra charge Express only Not available to all locations    ☐ Hold at Airborne

Street Address
**601 JOAQUIN CAVAZOS**   PLANT # 35

AIRBORNE CAN NOT DELIVER TO P.O. BOX

☐ Lab Pack Service.    ☒ NEXT DAY

City **LOS INDIOS**   State **TX**   ZIP CODE (Required) **78567**

Attention: (Name/Dept)
**RECEIPT.**

Phone (Required)

☐ Declared Value    or ☐ Asset Protection    Shipment Valuation $ _____ .00

ABSENT A HIGHER SHIPMENT VALUATION CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE WHICHEVER IS LESS. SPECIAL, OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL.
SCAC-AIRB FED I.D. NO. 91-0837469

Description
**METAL Stampings**

Thank You
for Shipping
with Airborne!

**AIRBORNE
EXPRESS**

Sender's Signature    Airborne Signature MJ    Date **1/24/03**

PO BOX 662, SEATTLE, WA 98111-00

www.airborne.com    SENDER'S COPY    1-800-247-2676



**Parkview Metal Products, Inc.** Pg 37 of 41

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| fab 786786 | 1 |

| CUST. NO. | DATE |
|---|---|
| C000485 | 07/03/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | 1<br>DELPHI T&I -ENG. CTR<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>BLDG 48 -- RECEIVING<br>VANDALIA OH 45377 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| PO IVS 61211 | S003486 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 400.000 | 400.000 | 0.000 | 0.96800 | 387.20 |

Item: 15-DEL0529

Description: 16870529 CUSHION SUPPORT REV 3/20/03
U/M: EA
Date Shipped: 07/03/03

| | | | | | |
|---|---|---|---|---|---|
| 2 | 400.000 | 400.000 | 0.000 | 1.21000 | 484.00 |

Item: 15-DEL0531

Description: 16870531 RAMP CUSHION SUPPORT REV3/20/03
U/M: EA
Date Shipped: 07/03/03

*Balance Due $348.00*

*Buyer*
*Bassam Khoudari*
*248 655 8811*

Shipped on Packing Slip #:    8316

PLEASE REMIT TO: 72047 EAGLE WAY
                CHICAGO, IL 60678-7250

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 871.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **871.20** |



**PURCHASE**

PAGE

**ORDER:** IVS61688

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-843:
BG KHOUDARI
DS Bascom Kissule

PURCHASING AGENT

| ORDER DATE | 08/18/03 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: TRUCK

SHIP TO:
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521
US

INVOICE TO:
DELPHI S&I-VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051
US

TO:
DELPHI CORPORATION
1401 CROOKS ROAD
TROY, MI
48084
US

VENDOR NUMBER 00-509-8454
PARKVIEW METAL PRODUCTS INC
4931 W ARMINTAGE AVE
CHICAGO IL
60639

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT-FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 0004 | 500 | PR2D1902 004 | | 16870529 RAMP, B-PILLAR PER DRAWING 16870529<br>PARTS REQUIRED FOR PV BUILD IN RIMIR OPERATIONS<br>REF. QUOTE S-16870529-1<br>WHO ORDERED: NA/B.WATT/126 | | 08/18/03 | C 0.00% | 0.5930 | E |
| 0005 | 500 | PR2D1902 005 | | 16870531 RAMP, C-PILLAR PER DRAWING 16870531<br>PARTS REQUIRED FOR PV BUILD IN RIMIR OPERATIONS<br>REF. QUOTE S-16870531-1<br>WHO ORDERED: NA/B.WATT/126 | 10-DPPH53/ | 08/18/03 | C 0.00% | 0.7150 | E |
| | | | | SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS<br>ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED<br>IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S<br>SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY<br>LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS<br>INCORRECT. | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY<br>OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

ORIGINAL

.004480    USER LAURA L COX

# PURCHASE ORDER: IVS61688

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips & invoices.
Invoice to: Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-843
BG KHOUDARI _ex 2_
DS Bascom Kibble
Buyer
PURCHASING AGENT

ORDER DATE 08/18/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA TRUCK

**SHIP TO:**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 182
BROWNSVILLE, TX
78521
US

**INVOICE TO:**
DELPHI S&I-VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051
US

DELPHI CORPORATION
1401 CROOKS ROAD
TROY, MI
48084
US

VENDOR NUMBER 00-509-8454
PARKVIEW METAL PRODUCTS INC
TO: 4931 W ARMINTAGE AVE
CHICAGO IL
60639

PAYMENT TERMS NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT-FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UM |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | 500 | PR2D1902 004 | | 16870529 RAMP, B-PILLAR PER DRAWING 16870529 PARTS REQUIRED FOR PV BUILD IN RIMIR OPERATIONS REF: QUOTE S-16870529-1 WHO ORDERED: NA/B.WATT/126 | | 08/18/03 | C 0.00% | 0.5930 | | E |
| 0005 | 500 | PR2D1902 005 | | 16870531 RAMP, C-PILLAR PER DRAWING 16870531 PARTS REQUIRED FOR PV BUILD IN RIMIR OPERATIONS REF. QUOTE S-16870531-1 WHO ORDERED: NA/B.WATT/126 | 10-DP4453 | 08/18/03 | C 0.00% | 0.7150 | | E |

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT.

TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY.

LAST PAGE

ORIGINAL

.004480 USER LAURA L COX

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 327802 | 1 |

| CUST.NO. | DATE |
|---|---|
| C000419 | 06/09/05 |

| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550047199 | SM03360 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-136 | 5,000.000 | 1,800.000 | 0.000 | 0.15600 | 280.80 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 06/09/05

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-137 | 5,000.000 | 1,800.000 | 0.000 | 0.15600 | 280.80 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 06/10/05

Balance Due
$282.05

Shipped on Packing Slip #:  27849

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ACCOUNTING COPY**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 561.60 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 561.60 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm27849

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

*Inv # 327902*

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/09/05 | SM03360 | 550047199 | PRO-TRANS | 257.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Shipped |
|---|---|---|---|---|
| 1-136 | 10-DPH603-B 12213603, REV.D, SHIELD BASE | EA | 5,000.000 | 1,800.000 |
| 1-137 | 10-DPH603-B 12213603, REV.D, SHIELD BASE | EA | 5,000.000 | 1,800.000 |