# EXHIBIT B cont'd
## (4)

**pmp**
400 Barnes Dr.
San Marcos, TX 78666



INVOICE 327802

ORIGINAL-- NOT NEGOTIABLE

BOL NUM: B012590
PRO. NUM:
CARRIER: PRO TRANS
VEH:
ROUTE:

PAGE: 1 of 1
DATE: 06/09/05
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

1178378

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 12213603 PO 550047199 | 257.0 | LBS | | SM27849 | |
| 1 | PALLET | P/N 12208646 PO 550046982 | 827.0 | LBS | | SM27850 | |
| 9 | PALLET | P/N 12208752 PO 550046982 | 4,050.0 | LBS | | SM27851 | |
| 3 | PALLET | P/N 12228044 PO 550040547 | 3,990.0 | LBS | | SM27877 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00

Shipper Per:

Total Weight: 9,124.0
Total # Packages: 14

Freight Charges (Collect)
COD Fee

COD Amt: 0.00    Total Charges: 0.00

Carrier Per: PRO TRANS
Date: 06/09/05

Carrier Signature: Marcos Hdo
Date: 6/9/05

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

6/9/05
_____
(Signature Date)

No. 0578    P. 6

Jan.26. 2000  3:36AM

# ProTrans International, inc.

P.O. Box 780
Plainfield, IN  46168

Fed. I.D. No. 35-190-7022
Toll Free 888-744-7669

DATE:  6/13/05

SHIPPER BOL#:
474906-2186

THIS LOAD NUMBER MUST BE
REFERENCED FOR PAYMENT

**LOAD NUMBER**

**474906**

[X] Prepaid   Collect          Delivery

| SHIPPER: | ProTrans International, Inc.<br>ProTrans - 3201 NAFTA Pwy. Suite A<br>Brownsville, TX 78521 | CONSIGNEE: | Delphi Delco Electronics Systems<br>702 Joaquin Cavazos<br>Los Indios, TX 78567<br>**Stop    1** |
|---|---|---|---|

PHONE NUMBER IF HOLD FOR PICK UP:

| BILL TO: | SPECIAL SERVICE REQUESTED: |
|---|---|
| | Deliver @ 10:00 a.m. |

| NO. PIECES | WEIGHT | HAZMAT | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| 14 | 9,124 | | F.A.K. |
| TOTAL:<br>14 | TOTAL:<br>9,124 | | EMERGENCY RESPONSE PHONE#: |

SHIPPER'S SIGNATURE:

DECLARED VALUE IS AGREED AND UNDERSTOOD TO BE NOT MORE THAN THE VALUE STATED IN THE GOVERNING TARIFFS FOR EACH POUND ON WHICH CHARGES ARE ASSESSED UNLESS A HIGHER VALUE IS DECLARED HEREIN AND APPLICABLE CHARGES PAID THERON.

The undersigned acknowledges and agrees to be bound by the terms and conditions contained on this document.

| CARRIER:<br>Rio Grande Transportation | TRAILER #:<br>2140 | CARRIER'S SIGNATURE:<br>*Alberto Mateo* | DATE:<br>06/13/05 |
|---|---|---|---|

Date-Time Received:

SHIPMENT RECEIVED IN GOOD ORDER EXCEPT BY NOTED/CONSIGNEE'S SIGNATURE
*Gerardo Garcia* / 6-13-05 / 12:50

**SHIPPER COPY**

**NON-NEGOTIABLE AIRBILL**

## CONDITIONS OF CONTRACT

1. Carriage and other services performed hereunder are subject to these conditions and to the rates, rules and classifications set forth in the Carrier's currently effective tariffs, which are available for inspection and incorporated into this contract by reference.
2. As used in this contract, "Forwarder" means ProTrans International, Inc. and its authorized agents.
3. In tendering the shipment for carriage, the shipper warrants that the shipment is packaged to protect the enclosed goods and to insure safe transportation with ordinary care in handling, and that each package is appropriately labeled and is in good order for carriage as specified.
4. All shipments may, at Forwarder's option, be opened and inspected.
5. Forwarder shall not be liable for any loss, damage, delay, mis-delivery or other result not caused by its own negligence. In any event, Forwarder shall not be liable for loss, damage, delay or other results caused by (a) acts of God, public enemies, public authorities acting with actual or apparent authority, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war; (b) the act or default of the shipper or consignee, including any breach of the warranty set forth in Paragraph 3 above; (c) the nature of the shipment, or any defect, characteristic or inherent vice thereof; (d) violation by the shipper or consignee of any of these conditions of contract; (e) compliance or non-compliance with delivery or special instructions.
6. Forwarder shall not be liable for special or consequential damages.
7. In consideration of Forwarder's rate for the transportation of any shipment, which rate, in part, is dependent upon the value of the shipment the shipper and all parties having an interest in the shipment agree that the limit of Forwarder's liability shall be the lesser of:
   (a) the amount of any damages actually sustained; or
   (b) whichever of the following is greater;
      (1) the shipper's declared value stated on the face hereof; or
      (2) $50.00 minimum or .50 per pound multiplied by the weight of the entire shipment
   plus the amount of the Forwarder's transportation charges applicable to that part of the shipment lost, damaged or delayed. Unless a different amount is specified by the shipper, the declared value on a C.O.D. shipment shall be deemed to be the C.O.D. amount.
8. The shipper and the consignee shall be liable, jointly and severally, (a) for all unpaid charges payable on account of a shipment pursuant to this Contract, and (b) to pay or indemnify Forwarder for all claims, liens, penalties, damages, costs or other sums which may be incurred by Forwarder by reason of any violation of this Contract or any other default of the shipper or consignee or their agents.
9. Forwarder shall have a lien on the shipment for all sums due and payable to Forwarder.
10. In the event of the failure or inability of the consignee to take delivery of the shipment, Forwarder will notify shipper in writing at the address shown on the airbill and request disposition instructions. If the shipper fails to provide disposition instructions within 30 days after the day of Forwarder's notice, Forwarder will return the shipment to the shipper at the shipper's expense. If the shipper fails to accept delivery of a shipment thus returned, Forwarder may, upon 30 days written notice to the shipper, dispose of the shipment at public or private sale and pay itself out of the proceeds to satisfy the transportation charges owing on the shipment.
11. Claims of loss or damage discovered by the consignee after delivery and after a clear receipt has been given to Forwarder must be reported in writing to Forwarder within 15 days after delivery of the shipment, with privilege to Forwarder to inspect the shipment and its container(s) and packing material within 15 days after receipt of such notice. (On shipments to Puerto Rico and Canada, claim must be made within 120 days.)
12. Claims for loss, damage or delay must be made in writing within a period of 120 days after the date of acceptance of the shipment by the Forwarder.
13. No claims with respect to a shipment any part of which is received by the consignee, will be entertained until all transportation charges have been paid.
14. Claims for overcharges or duplicate billings must be made in writing within a period of 120 days after the date of acceptance of shipment by Forwarder.
15. Forwarder shall not be liable in any action unless a claim has been filed and such action is brought within 2 years after the date written notice is given to the claimant that Forwarder has disallowed the claim in full or in part. (On shipments of Canada, action must be brought within 2 years after delivery of the shipment.
16. To the extent that is not governed by Federal law, this Contract and the tariffs incorporated by reference shall be construed and the performance of the transportation hereunder shall be determined in accordance with the laws of the State in which the shipment is accepted by the Carrier. If any provision of the Contract including the tariffs incorporated by reference, is determined to be invalid or unenforceable, the remainder of the Contract shall not be affected thereby.
17. ProTrans International, Inc. acts as a self-insurer for liability amounts below $2,500.00 and maintains insurance coverage for amounts in excess thereof.
18. If this freight bill is not paid within the terms contained within this agreement then in addition to the freight bill the responsible party agrees to be liable for all cost of collection including attorney fees incurred in the collection of this bill.
19. This contract shall be deemed to have been executed in Marion County, Indiana. If any legal action is taken to enforce any provision thereof, legal actions shall be commenced in Marion County, Indiana.



INVOICE 327802

Jan. 26, 2000  3:37AM

# ProTrans International, Inc.

**Delivery Manifest**

No. 0675½   P. 7   6/12/2005

Questions? Call Toll Free At 888-SHIPNOW

*Printed By:* Alex Trevino

*Manifest#:*   **D474906-2186**

| *Carrier:* | Rio Grande Transportation | *Trailer#:* | 2140 |

*Manifest Comments:*

| Track# | Shipper Site | Consignee Site | BOL# | Pieces | Weight |
|---|---|---|---|---|---|
| **1178378** | Parkview Metals | Delphi Delco Electronics Syst | B012590 | 1   Pallet | 380 |
| P/U: 6/9/2005 | 400 Barnes Drive | 702 Joaquin Cavazos | | 1   Pallet | 760 |
| Due: 6/13/2005 | San Marcos, TX 78666 | Los Indios, TX 78567 | | 3   Pallets | 2,281 |
| Req Due 6/13/2005 | | | | 9   Pallets | 5,703 |
| | | | Position: | 14 | 9,124 |

*Shipment Item Barcodes:* 1377603, 1377604, 1377605, 1377606, 1377607, 1377624, 1377625, 1755449, 1837798, 1837799, 1837800, 1837801, 1837802, 1837803

| | | | | | | | | | | | **Total :** | 14 | | 9,124 |
| 8 | 8 | 8 | 8 | 8 | 8 | 9 | 30 | 30 | 2 | 9 | 00 | | | |

| Driver: | Alberto Mata | Consignee's Signature: | Gerardo Garcia |
| Live Unload/Spotted | | (Received in good order except as noted) | |
| Date: 08/13/05  Time: 9:45 | | Date: 6-13-05  Time: 12:50 | |

INVOICE
327802

POSSIBLE DAMAGE
2 on CRUSHED

Page:  1  of 1

# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 327548 | 1 |

| CUST NO | DATE |
|---------|------|
| C000419 | 05/26/05 |

| BILL TO | SHIP TO |
|---------|---------|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550046982 | SM03362 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-100 | 2,000.000 | 240.000 | 0.000 | 0.70800 | 169.92 |
| | Item: 10-DPH646-C | | | | |
| | Description: 12208646, REV.D, COVER TOP | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 05/26/05 | | | | |
| 1-101 | 1,000.000 | 305.000 | 695.000 | 0.70800 | 215.94 |
| | Item: 10-DPH646-C | | | | |
| | Description: 12208646, REV.D, COVER TOP | | | | |
| | U/M: EA | | | | |
| | Date Shipped: 05/26/05 | | | | |

*Balance Due*
*$67.97*

Shipped on Packing Slip #:   27577

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ACCOUNTING COPY**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|--|--|
| SALES AMOUNT | 385.86 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 385.86 |

Packing Slip                                        Page:        1
            From Warehouse: MAIN            Packing Slip:      s-sm27577

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419                    Ship To: (4)
DELCO ELECTRONICS SYSTEMS            DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER                PLANT 83
P.O. BOX 9005                       601 JOAQUIN CAVAZOS
KOKOMO IN 46904                     LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|--|--|----------|--|--------|--------|
| 05/26/05 | SM03362 | 550046982 | | | | | 703.00 | 1 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty shipped |
|----------|------|--|-----|-------------|-------------|
| 1-100 | 10-DPH646-C | | | | |
| | 12208646, REV.D, COVER TOP | EA | 2,000.000 | 240.000 |
| 1-101 | 10-DPH646-C | | | | |
| | 12208646, REV.D, COVER TOP | EA | 1,000.000 | 305.000 |

INV# 327548

# Parkview Metal Products, Inc.

**pmp**

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

*INVOICE*
*327548*

BOL NUM: B012486
PRO. NUM:
  CARRIER: PRO TRANS
    VEH:
  ROUTE:

PAGE:  2 of  2
DATE: 05/26/05
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**S H I P P E R**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**D E S T I N A T I O N**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

*116911B*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 28015763<br>PO 550059616 | 0.0 | | | SM27582 | |
| 0 | | P/N 12213603<br>PO 550047199 | 0.0 | | | SM27600 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:**                                    0.00

**Shipper Per:**

Total Weight:       16,359.0          **Freight Charges**      (Collect)
Total # Packages:    25                      **COD Fee**

COD Amt:                          0.00   **Total Charges:**              0.00

Carrier:  PRO TRANS
Per:

Date: 05/26/05

Carrier Signature:  *Jesus Mancy*
Date:  *5/26/05*

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

*5/26/05*
_____
(Signature Date)

# Parkview Metal Products, Inc.

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

400 Barnes Dr.
San Marcos, TX 78666


INVOICE
327548

BOL NUM: B012486
PRO. NUM:
CARRIER: PRO TRANS
VEH:
ROUTE:

PAGE: 1 of 2
DATE: 05/26/05
SHIPPER NUM:
CARRIER NUM:
FOB:

e property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, and destined as indicated below, which said company (the xrd company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said stinctions, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any rtion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by w, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 7 | PALLET | P/N 12228044 PO 550040547 | 8,330.0 | LBS | | SM27575 | |
| 2 | PALLET | P/N 12213603 PO 550047199 | 549.0 | LBS | | SM27576 | |
| 1 | PALLET | P/N 12208646 PO 550046982 | 703.0 | LBS | | SM27577 | |
| 12 | PALLET | P/N 12208752 PO 550046982 | 5,424.0 | LBS | | SM27578 | |
| 3 | PALLET | P/N 12208641 PO 550046982 | 1,353.0 | LBS | | SM27579 | |
| 0 | | P/N 12212688 PO 550046982 | 0.0 | | | SM27580 | |
| 0 | | P/N 12212692 PO 550046982 | 0.0 | | | SM27581 | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                          0.00

Shipper Per:

Total Weight:
Total # Packages:

Total Charges:

Carrier:                          Carrier
Per:                              Signature:

Date:                             Date:        /        /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

/        /

(Signature of Consignor)                          (Signature Date)

**ProTrans International, Inc.**

P.O. Box 780
Plainfield, IN 46168

Fed. I.D. No. 35-190-7022
Toll Free 888-744-7669

| DATE: | 5/30/05 | THIS LOAD NUMBER MUST BE REFERENCED FOR PAYMENT |
|---|---|---|
| SHIPPER BOL#: 473513-2166 | | **LOAD NUMBER** |
| [X] Prepaid    Collect | | **473513** |
| | | Delivery |

SHIPPER:  ProTrans International, Inc.
ProTrans - 3201 NAFTA Pwy. Suite A
Brownsville, TX 78521

CONSIGNEE:  Delphi Delco Electronics Systems
702 Joaquin Cavazos
Los Indios, TX 78567
Stop    1

PHONE NUMBER IF HOLD FOR PICK UP:

BILL TO:

SPECIAL SERVICE REQUESTED:

Deliver @ 08:00 a.m.

| NO. PIECES | WEIGHT | HAZMAT | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| 25 | 16,359 | | F.A.K. |

| TOTAL: 25 | TOTAL: 16,359 | EMERGENCY RESPONSE PHONE#: |
|---|---|---|

SHIPPER'S SIGNATURE:

DECLARED VALUE IS AGREED AND UNDERSTOOD TO BE NOT MORE THAN THE VALUE STATED IN THE GOVERNING TARIFFS FOR EACH POUND ON WHICH CHARGES RE ASSESSED UNLESS A HIGHER VALUE IS DECLARED HEREIN AND APPLICABLE CHARGES PAID THEREON.

The undersigned acknowledges and agrees to be bound by the terms and conditions contained in this document.

| CARRIER: Rio Grande Transportation | TRAILER #: 53142 | CARRIER'S SIGNATURE:  V. VELASQUEZ | DATE: |
|---|---|---|---|

Date-Time Received: 7:30    SHIPMENT RECEIVED IN GOOD ORDER EXCEPT BY NOTED/CONSIGNEE'S SIGNATURE    8-5-2005    8:45

SHIPPER COPY                                        NON-NEGOTIABLE AIRBILL

## CONDITIONS OF CONTRACT

1. Carriage and other services performed hereunder are subject to these conditions and to the rates, rules and classifications set forth in the Carrier's currently effective tariffs, which are available for inspection and incorporated into this contract by reference.
2. As used in this contract, "Forwarder" means ProTrans International, Inc. and its authorized agents.
3. In tendering this shipment for carriage, the shipper warrants that the shipment is packaged to protect the enclosed goods and to insure safe transportation with ordinary care in handling, and that each package is appropriately labeled and is in good order for carriage as specified.
4. All shipments may, at Forwarder's option, be opened and inspected.
5. Forwarder shall not be liable for any loss, damage, delay, mis-delivery or other result not caused by its own negligence. In any event, Forwarder shall not be liable for loss, damage, delay or other results caused by (a) acts of God, public enemies, public authorities acting with actual or apparent authority, authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war; (b) the act or default of the shipper or consignee, including any breach of the warranty set forth in Paragraph 3 above; (c) the nature of the shipment, or any defect, characteristic or inherent vice thereof; (d) violation by the shipper or consignee of any of these conditions of contract; (e) compliance or non-compliance with delivery or special instructions.
6. Forwarder shall not be liable for special or consequential damages.
7. In consideration of Forwarder's rate for the transportation of any shipment, which rate, in part, is dependent upon the value of the shipment the shipper and all parties having an interest in the shipment agree that the limit of Forwarder's liability shall be the lesser of:
   (a) the amount of any damages actually sustained; or
   (b) whichever of the following is greater:
      (1) the shipper's declared value stated on the face hereof; or
      (2) $50.00 minimum or .50 per pound multiplied by the weight of the shipment
   plus the amount of the Forwarder's transportation charges applicable to that part of the shipment lost, damaged or delayed. Unless a different amount is specified by the shipper, the declared value on a C.O.D. shipment shall be deemed to be the C.O.D. amount.
8. The shipper and the consignee shall be liable, jointly and severally, (a) for all unpaid charges payable on account of a shipment pursuant to this Contract, and (b) to pay or indemnify Forwarder for all claims, liens, penalties, damages, costs or other sums which may be incurred by Forwarder by reason of any violation of this Contract or any default of the shipper or consignee or their agents.
9. Forwarder shall have a lien on the shipment for all sums due and payable to Forwarder.
10. In the event of the failure or inability of the consignee to take delivery of the shipment, Forwarder will notify shipper in writing at the address shown on the airbill and request disposition instructions. If the shipper fails to provide disposition instructions within 30 days after the day of Forwarder's notice, Forwarder will return the shipment to the shipper at the shipper's expense. If the shipper fails to accept delivery of a shipment thus returned, Forwarder may, upon 30 days written notice to the shipper, dispose of the shipment at public or private sale and pay itself out of the proceeds to satisfy the transportation charges owing on the shipment.
11. Claims of loss or damage discovered after delivery and after a clear receipt has been given to Forwarder must be reported in writing to Forwarder within 15 days after delivery of the shipment, with privilege to Forwarder to inspect the shipment and its container(s) and packing material within 15 days after receipt of such notice. (On shipments to Puerto Rico and Canada, claim must be made within 120 days).
12. Claims for loss, damage or delay must be made in writing within a period of 120 days after the date of acceptance of the shipment by Forwarder.
13. No claim with respect to a shipment any part of which is received by the consignee, will be entertained until all transportation charges have been paid.
14. Claims for overcharges or duplicate billings must be made in writing within a period of 120 days after the date of acceptance of shipment by Forwarder.
15. Forwarder shall not be liable to any action unless a claim has been filed and such action is brought within 2 years after the date written notice is given to the claimant that Forwarder has disallowed the claim in full or in part. (On shipments of Canada, action must be brought within 2 years after delivery of the shipment.)
16. To the extent that is not governed by Federal law, this Contract and the tariffs incorporated by reference shall be construed and the performance of the transportation hereunder shall be determined in accordance with the laws of the State in which the shipment is accepted by the Carrier. If any provision of this Contract including the tariffs incorporated by reference, is determined to be invalid or unenforceable, the remainder of the Contract shall not be affected thereby.
17. ProTrans International, Inc. acts as a self-insurer for liability amounts below $2,500.00 and maintains insurance coverage for amounts in excess thereof.
18. If the freight bill is not paid within the terms contained within this agreement then in addition to the freight bill the responsible party agrees to be liable for all cost of collection including attorney fees incurred in the collection of this bill.
19. This contract shall be deemed to have been executed in Marion County, Indiana. If any legal action is taken to enforce any provision of this contract, including payment thereof, legal actions shall be commenced in Marion County, Indiana.

INVOICE 327548

Jan. 26, 2000  3:36AM

**ProTrans**
International, Inc.

**Delivery Manifest**

No. 0575   P. 5
*Printed:*   5/29/2005

Manifest#:   | D473513-2186 |

Questions? Call Toll Free At 888-SHIPNOW

*Printed By:*   Alex Trevino

---

| *Carrier:* | Rio Grande Transportation | | *Trailer#:* | 53142 |

*Manifest Comments:*

| Track# | Shipper Site | Consignee Site | BOL# | Pieces | Weight |
|---|---|---|---|---|---|
| **1169113** P/U: 5/26/2005 Due: 5/30/2005 Req Du5/30/2005 | Parkview Metals 400 Barnes Drive San Marcos, TX 78666 | Delphi Delco Electronics Syst 702 Joaquin Cavazos Los Indios, TX 78567 | B012486 | 1   Pallet 8   Pallets 16   Pallets 25 | 422 5,805 10,132 16,359 |
| | | | Position: | | |

*Shipment Item Barcodes:* 1377559, 1377560, 1377561, 1377562, 1377563, 1377564, 1377565, 1377566, 1377567, 1377568, 1377569, 1377570, 1377572, 1377573, 1377574, 1377575, 1377576, 1377577, 1377578, 1377579, 1377580, 1377581, 1798445, 1798446, 1798447

17-30-8-30 -32 2-30 24-30 -8-30 -8 -30- 8 - 30-8 -8 8     Total: 25     16,359

| Driver: | | | | Consignee's Signature: | *Gerardo Garcia* |
| Live Unload/Spotted | | | | | (Received in good order except as noted.) |
| Date: | | Time: | | Date: 5-30-05 | Time: 8:45 |

8-8 - 8-8 - 8-8 - 8-8

INVOICE
327548

---



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 326338 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 03/31/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-89 | 5,000.000 | 5,760.000 | 0.000 | 0.87900 | 5,063.04 |

Item: 10-DPH044-C

Description:  12228044, REV. E , COVER
U/M: EA
Date Shipped: 03/31/05

# Balance Due
# $1,136.55

Shipped on Packing Slip #:   26393

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 5,063.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,063.04 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm26393

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C0004419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| 03/31/05 | SM03357 | 550040547 | PRO-TRANS | | 4,760.00 | 4 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Shipped |
|---|---|---|---|---|---|
| 1-89 | 10-DPH044-C | | EA | 5,000.000 | 5,760.000 |
| | 122280044, REV. E , | COVER | | | |
| | 122280044, REV. E , | COVER | | | |

INV# 326338
P.T.

**PTP**
400 Barnes Dr.
San Marcos, TX 78666

**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 03/31/05

BOL NUM: B012059
PRO. NUM:
CARRIER: PRO TRANS
VEH:
ROUTE:

ProTrans Track #

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
326338

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

1129252  4/4/05

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 1228044 PO 550040547 | 4,760.0 | LBS | | SM26393 | |
| 0 | | P/N 12240403 PO 550050575 | 0.0 | | | SM26394 | |
| 4 | PALLET | P/N 12213603 PO 550047199 | 1,486.0 | LBS | | SM26395 | |
| 2 | PALLET | P/N 12208646 PO 550046982 | 1,296.0 | LBS | | SM26396 | |
| 4 | PALLET | P/N 12208641 PO 550046982 | 960.0 | LBS | | SM26398 | |
| 0 | | P/N 28015763 PO 550059616 | 0.0 | | | SM26399 | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 8,502.0
Total # Packages: 14

Freight Charges (Collect)
COD Fee

COD Amt: 0.00    Total Charges: 0.00

Carrier: PRO TRANS
Per:
Date: 03/31/05

Carrier Signature:
Date: /    /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

3/31/05

(Signature of Consignor)    (Signature Date)

Jan. 26. 2000  3:35AM

No. 0575   P. 2

**ProTrans International, Inc.**

P.O. Box 780
Plainfield, IN 46168

Fed. I.D. No. 35-190-7022
Toll Free 888-744-7669

DATE:  4/4/05

SHIPPER BOL#:
461186-2186

THIS LOAD NUMBER MUST BE REFERENCED FOR PAYMENT

**LOAD NUMBER**

**461186**

[X] Prepaid     ☐ Collect

Delivery

| SHIPPER: | CONSIGNEE: |
|---|---|
| ProTrans International, Inc. ProTrans - 3201 NAFTA Pwy. Suite A Brownsville, TX 78521 | Delphi Delco Electronics Systems 702 Joaquin Cavazos Los Indios, TX 78567 Stop 1 |

PHONE NUMBER IF HOLD FOR PICK UP:

BILL TO:

**13.30**

SPECIAL SERVICE REQUESTED:

Deliver @ 13:30

| NO. PIECES | WEIGHT | HAZMAT | DESCRIPTION OF ARTICLES |
|---|---|---|---|
| 29 | 13,599 | F.A.K. | |

| TOTAL: 29 | TOTAL: 13,599 | EMERGENCY RESPONSE PHONE#: |
|---|---|---|

SHIPPER'S SIGNATURE:

DECLARED VALUE IS AGREED AND UNDERSTOOD TO BE NOT MORE THAN THE VALUE STATED IN THE GOVERNING TARIFFS FOR EACH POUND ON WHICH CHARGES ARE ASSESSED UNLESS A HIGHER VALUE IS DECLARED HEREIN AND APPLICABLE CHARGES PAID THEREON.

The undersigned acknowledges and agrees to be bound by the terms and conditions contained on this document.

| CARRIER: Rio Grande Transportation | TRAILER #: 53161 | CARRIER'S SIGNATURE: | DATE: 4/4/05 |
|---|---|---|---|

Date-Time Received:

SHIPMENT RECEIVED IN GOOD ORDER, EXCEPT BY NOTED/CONSIGNEE'S SIGNATURE

Gerardo Garcia /4-4-05/ 12:00

DESTINATION COPY

**NON-NEGOTIABLE AIRBILL**

## CONDITIONS OF CONTRACT

1. Carriage and other services performed hereunder are subject to these conditions and to the rates, rules and classifications set forth in the Carrier's currently effective tariffs, which are available for inspection and incorporated into this contract by reference.
2. As used in this contract, "Forwarder" means ProTrans International, Inc. and its authorized agents.
3. In tendering the shipment for carriage, the shipper warrants that the shipment is packaged to protect the enclosed goods and to insure safe transportation with ordinary care in handling, and that each package is appropriately labeled and is in good order for carriage as specified.
4. All shipments may, at Forwarder's option, be opened and inspected.
5. Forwarder shall not be liable for any loss, damage, delay, mis-delivery or other result not caused by its own negligence. In any event, Forwarder shall not be liable for loss, damage, delay or other results caused by (a) acts of God, public enemies, public authorities acting with actual or apparent authority of law, quarantine, riots, strikes, civil commotions, or hazards or dangers incident to a state of war; (b) the act or default of the shipper or consignee, including any breach of the warranty set forth in Paragraph 3 above; (c) the nature of the shipment, or any defect, characteristic or inherent vice thereof; (d) violation by the shipper or consignee of any of these conditions of contract, or compliance or non-compliance with delivery or special instructions.
6. Forwarder shall not be liable for special or consequential damages.
7. In consideration of Forwarder's rate for the transportation of any shipment, which rate, in part, is dependent upon the value of the shipment the shipper and all parties having an interest in the shipment agree that the limit of Forwarder's liability shall be the lesser of:
   (a) the amount of any damages actually sustained; or
   (b) whichever of the following is greater:
      (1) the shipper's declared value stated on the face hereof; or
      (2) $50.00 minimum or .50 per pound multiplied by the weight of the entire shipment
   plus the amount of the Forwarder's transportation charges applicable to that part of the shipment lost, damaged or delayed. Unless a different amount is specified by the shipper, the declared value on a C.O.D. shipment shall be deemed to be the C.O.D. amount.
8. The shipper and the consignee shall be liable, jointly and severally, for (a) all freight charges payable on account of a shipment pursuant to this Contract, and (b) to pay or indemnify Forwarder for all claims, liens, penalties, damages, costs or other sums which may be incurred by Forwarder by reason of any violation of this Contract or any other default of the shipper or consignee or their agents.
9. Forwarder shall have a lien on the shipment for all monies due and payable to Forwarder.
10. In the event of the failure or inability to contact, to locate the consignee of the shipment, Forwarder will retain the shipment in writing at the address shown on the airbill and request disposition instructions. If the shipper fails to provide disposition instructions within 10 days after the day of Forwarder's notice, Forwarder will return the shipment to the shipper at the shipper's expense. If the shipper fails to accept delivery of a shipment, or abandons, Forwarder, upon 30 days written notice to the shipper, dispose of the shipment at public or private sale and pay itself out of the proceeds to satisfy the transportation charges due on the shipment.
11. Claims of loss or damage discovered by the consignee upon delivery and after a clear receipt has been given to Forwarder must be reported in writing to Forwarder within 15 days after delivery of the shipment, with privilege to Forwarder to inspect the shipment and its container(s) and package material within 15 days after receipt of such notice. (On shipments to Puerto Rico and Canada, claim must be made within 120 days).
12. Claims for loss, damage or delay must be made in writing within a period of 120 days after the date of acceptance of the shipment by the Forwarder.
13. No claim with respect to a shipment by any part of which is received by the consignee, will be entertained until all transportation charges have been paid.
14. Claims for overcharges or duplicate billing must be made in writing within a period of 120 days after the date of acceptance of shipment by Forwarder.
15. Forwarder shall not be liable in any action unless a claim has been filed and such action is brought within 2 years after the date written notice is given to the claimant that Forwarder has disallowed the claim in full or in part. (On shipments of Canada, action must be brought within 2 years after delivery of the shipment).
16. To the extent that is not governed by Federal law, this Contract and the tariffs incorporated by reference shall be construed and the performance of the transportation hereunder shall be determined in accordance with the laws of the State in which the shipment is accepted by the Carrier. If any provision of the Contract including the tariffs incorporated by reference, is determined to be invalid or unenforceable, the remainder of the Contract shall not be effected thereby.
17. ProTrans International, Inc. acts as a self-insurer for liability amounts below $2,500.00 and maintains insurance coverage for amounts in excess thereof.
18. If the freight bill is not paid within the terms contained within this agreement then in addition to the freight bill the responsible party agrees to be liable for all cost of collection including attorney fees incurred in the collection of this bill.
19. This contract shall be deemed to have been executed in Marion County, Indiana. If any legal action is taken to enforce any provision of this contract, including payment thereof, legal actions shall be commenced in Marion County, Indiana.

**INVOICE 326338**

Jan. 26. 2000  3:35AM    **Delivery Manifest**    No. 0575 *ted*: P. 3    4/4/2005

## *ProTrans*
### International, Inc.

Manifest#:    **D461186-2186**

Questions? Call Toll Free At 888-SHIPNOW

Printed By    Alex Trevino



| Carrier: | Rio Grande Transportation | | | | Trailer#: | | 53161 |
|---|---|---|---|---|---|---|---|

Manifest Comments:

| Track# | Shipper Site | Consignee Site | BOL# | Pieces | | Weight |
|---|---|---|---|---|---|---|
| **1127368** | Cleveland Die & Mfg. Co. | Delphi Delco Electronics Syst | 940038 | 1 | Carton | 3 |
| P/U: 3/30/2005 | 14755 Lorain Avenue | 702 Joaquin Cavazos | | 2 | Pallets | 380 |
| Due: 4/4/2005 | Cleveland, OH 44111 | Los Indios, TX 78567 | | 3 | | 383 |
| Req Du4/4/2005 | | | Position: | | | |

Shipment Item Barcodes: 1418792, 1418793, 1418794

| **1126928** | Lexington Connector Seal | Delphi Delco Electronics Syst | 77011 | 1 | Pallet | 255 |
|---|---|---|---|---|---|---|
| P/U: 3/30/2005 | 3565 Island Park St NW | 702 Joaquin Cavazos | | | | |
| Due: 4/4/2005 | North Canton, OH 44720 | Los Indios, TX 78567 | | | | |
| Req Du4/4/2005 | | | Position: | | | |

Shipment Item Barcodes: 1567191

| **1128582** | Monroe Inc | Delphi Delco Electronics Syst | MR033105-2 | 1 | Pallet | 110 |
|---|---|---|---|---|---|---|
| P/U: 3/31/2005 | 4549 40th St | 702 Joaquin Cavazos | | | | |
| Due: 4/5/2005 | Grand Rapids, MI 49512 | Los Indios, TX 78567 | | | | |
| Req Du4/5/2005 | | | Position: | | | |

Shipment Item Barcodes: 1001298

| **1129252** | Parkview Metals | Delphi Delco Electronics Syst | B012059 | 5 | Pallets | 3,785 |
|---|---|---|---|---|---|---|
| P/U: 3/31/2005 | 400 Barnes Drive | 702 Joaquin Cavazos | | 9 | Pallets | 4,717 |
| Due: 4/4/2005 | San Marcos, TX 78666 | Los Indios, TX 78567 | | 14 | | 8,502 |
| Req Du4/4/2005 | | | Position: | | | |

Shipment Item Barcodes: 1377878, 1377879, 1377905, 1377906, 1377907, 1377908, 1377909, 1553082, 1553083, 1553084, 1553085, 1616459, 1616460, 1616461

| **1129049** | RTP Co | Delphi Delco Electronics Syst | C06466 | 3 | Pallets | 3,280 |
|---|---|---|---|---|---|---|
| P/U: 3/31/2005 | 1301 Joel East Road | 702 Joaquin Cavazos | | | | |
| Due: 4/4/2005 | Fort Worth, TX 76140 | Los Indios, TX 78567 | | | | |
| Req Du4/2/2005 | | | Position: | | | |

Shipment Item Barcodes: 1616462, 1616463, 1616464



INVOICE
326338

Page:    1    of 2



# Parkview Metal

4931 W. Armitage Ave., Chicago, IL 60639       PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666       PH (512) 754-0200



| INVOICE | PAGE |
|---|---|
| s-sm 325332 | 1 |

| CUST NO. | DATE |
|---|---|
| C000457 | 02/17/05 |



**BILL TO**
DELPHI   E & C
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315

**SHIP TO**
2
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550059230 | SM03355 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-13 | 7,202.000 | 7,202.000 | 0.000 | 0.43000 | 3,096.86 |

CI: 25348423
Item: 10-DPH423-A

Description: 25348423 REV B BRACKET REAR LEFT
U/M: EA
Date Shipped: 02/17/05

*Balance Due*

*$ 91.16*

Shipped on Packing Slip #:   25399

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL**

metal stampings   tools and dies   assembly   prototype   short run stampings   production
painting

| | |
|---|---|
| SALES AMOUNT | 3,096.86 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,096.86 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm25399

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000457
DELPHI  E & C
32 CELEBRITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315

Ship To: (2)
DELPHI ENERGY & CHASSIS
32 CELEBRITY WAGON
EL PASO TX 79906

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 02/17/05  | SM03355 | 550059230 | PRO-TRANS | 0.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Shipped |
|----------|------|-----|-------------|-------------|
| 1-13 | 10-DPH423-A<br>25348423 REV B  BRACKET REAR LEFT | EA | 7,202.000 | 7,202.000 |
|  | C/I: 25348423 | | | |

*(handwritten: LM Vt# 325 332)*

Inv # 325333

Packing Slip
From Warehouse: MAIN                                    Packing Slip:                    Page:
                                                                                          s-sm25400  1

From:
ParXview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000457                                         Ship To: (2)
DELPHI  E & C                                            DELPHI ENERGY & CHASSIS
32 CELEBRITY WAGON                                       32 CELEBRITY WAGON
ATTN: ENRIQUE LOZA                                       EL PASO TX 79906
M/C 799 MTC-301
EL PASO TX 79906-5315

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|---|----------|---|--------|--------|
| 02/17/05 | SM03356 | 550059230 | | PRO-TRANS | | 160.00 | 1 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Shipped |
|----------|------|---|-----|-------------|-------------|
| 1-13 | 10-DPH424-A | | EA | 1,050.000 | 1,050.000 |
| | 24348424 REV B BRACKET | | | | |
| | C/I: 25348424 | | | | |

**ptp** **Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B011704
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

PAGE:   1 of  1
DATE: 02/17/05
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
325322 AND
325333

**DESTINATION**
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906



066-11229760 3   **SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 25348422<br>PO 550059230 | 290.0 | LBS | | SM25401 | |
| 1 | PALLET | P/N 25348423<br>PO 550059230 | 901.0 | LBS | | SM25399 | |
| 1 | PALELT | P/N 24348424<br>PO 550059230 | 160.0 | LBS | | SM25400 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | PO BOX 780<br>PLAINFIELD IN 46168 | 0.0 | | | | |
| 0 | | TR# 1098214 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                    0.00

Shipper Per:

Total Weight:        1,351.0       Freight Charges       (Collect)
Total # Packages:      3            COD Fee

COD Amt:                0.00   **Total Charges:**         0.00

Carrier
Per: PRO TRANS C/O SAIA
Date: 02/17/05

Carrier
Signature: SAIA SCASTRO 3800PI
Date: 2-17/05

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

2/17/05
_____
(Signature Date)



INVOICE
325332 AND 325333

SAIA
DELIVERY RECEIPT

DATE 2/17/05
PO# 340349730
ELPHI ENERY & ENGINE-PLANT 36
2 CELERITY WAGON ST
EL PASO, TX 79906
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

PRO NUMBER 66+122777

SHIPPER # AUS    ELF
PR# 10303244

DESCRIPTION 5127540200
FT HARDWARE, NOI IOS
SBL
550059230
3011704
FUEL SURCHARGE    PREPAID
*** TOTALS ***
CUSTOMER SERVICE 1-800-765-7242

PCS 3
PCS 3

CLASS C70
WEIGHT 1,351
WEIGHT 1,351

DRIVER Joshua B NA 2/21/05
NO. SHRINK WRAP PALLETS 351
WRAP INTACT YES NO
SEAL# 
ARRIVE 1041  DEPART 1110 F3

RECEIVER'S SIGNATURE VICTOR TOMA
PRINT NAME & COMPANY VICTOR



**Parkview Metal**
4931 W. Armitage Ave., Chicago, IL 60639      PH (773) 622-8414
Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666      PH (512) 754-0200



| INVOICE | PAGE |
|---|---|
| s-sm 325333 | 1 |

| CUST NO. | DATE |
|---|---|
| C000457 | 02/17/05 |



BILL TO
DELPHI   E & C
32 CELERITY WAGON
ATTN: ENRIQUE LOZA
M/C 799 MTC-301
EL PASO TX 79906-5315



SHIP TO
2
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550059230 | SM03356 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-13 | 1,050.000 | 1,050.000 | 0.000 | 0.30300 | 318.15 |

CI: 25348424
Item: 10-DPH424-A

Description: 24348424 REV B BRACKET
U/M: EA
Date Shipped: 02/17/05

Shipped on Packing Slip #:   25400

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL**
metal stampings    tools and dies    assembly    prototype    short run stampings    production
painting

| | |
|---|---|
| SALES AMOUNT | 318.15 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 318.15 |

Inv# 325 332

```
Packing Slip                                    Page:        1
           From Warehouse: MAIN     Packing Slip:    s-sm25399

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C0004457                   Ship To: (2)
DELPHI  E & C                       DELPHI ENERGY & CHASSIS
32 CELERITY WAGON                   32 CELERITY WAGON
ATTN: ENRIQUE LOZA                  EL PASO TX 79906
M/C-799 MIC-30L
EL PASO TX 79906-5315


Order Contact:
============================================================================
Pack Date Order #    Cust PO       Ship Via         Weight  Pkgs #
-------- --------    -------       --------         ------  ------
02/17/05 SM03355     550059230     PRO-TRANS          0.00       1
============================================================================
Line/Rel  Item                     U/M   Qty Ordered   Qty Shipped
--------  ----                     ---   -----------   -----------
1-13      10-DPH423-A              EA       7,202.000     7,202.000
          25348423 REV B  BRACKET REAR LEFT

          C/I: 25348423
```

Packing Slip
From Warehouse: MAIN                    Packing Slip:                Page:        1
                                                                     s-sm25400

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C0004457                        Ship To: (2)
DELPHI   E & C                            DELPHI ENERGY & CHASSIS
32 CELEBRITY WAGON                        32 CELEBRITY WAGON
ATTN: ENRIQUS LOZA                        EL PASO TX 79906
M/C 799 MTC-301
EL PASO TX 79906-5315

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 02/17/05 | SM03356 | 550059230 | PRO-TRANS | 160.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Shipped |
|----------|------|-----|-------------|-------------|
| 1-13 | 10-DPH424-A | EA | 1,050.000 | 1,050.000 |
|      | 24348424 REV B BRACKET | | | |
|      | C/I: 25348424 | | | |

Inv# 325333

# pmp

Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:   1 of  1
DATE: 02/17/05

BOL NUM: B011704
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI ENERGY & CHASSIS
32 CELERITY WAGON
EL PASO TX 79906

INVOICE 325322 AND 325333

066-11229760 3   SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 25348422 PO 550059230 | 290.0 | LBS | | SM25401 | |
| 1 | PALLET | P/N 25348423 PO 550059230 | 901.0 | LBS | | SM25399 | |
| 1 | PALELT | P/N 24348424 PO 550059230 | 160.0 | LBS | | SM25400 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | PO BOX 780 PLAINFIELD IN 46168 | 0.0 | | | | |
| 0 | | TR# 1098214 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:          0.00
Shipper Per:

Total Weight:      1,351.0        Freight Charges      (Collect)
Total # Packages:    3             COD Fee

COD Amt:          0.00     Total Charges:        0.00

Carrier:  PRO TRANS C/O SAIA
Per:
Date: 02/17/05

Carrier Signature: SAIA S CASTRO   380PI
Date: 2-17-5

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

2/7/05

(Signature Date)



INVOICE
325332 AND 325333

SAIA
DELIVERY RECEIPT

PRO NUMBER 66411-225250

DATE 2/17/05

SHIPPER NS
BL #

PR# 10701211

DELPHI ENERY & ENGINE PLANT 36
2 CELERITY WAGON ST

EL PASO, TX 79906          9157334200

PARKVIEW METAL PRODUCTS
400 BARNES DR

SAN MARCOS, TX 78666        5127540200

| POS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|-----|----|-------------|-------|--------|------|---------|
| 3 | | FT HARDWARE, NOI IOS | C70 | 1,351 | | |
| | | SHL | | | | |
| | | 550059230 | | | | |
| | | 3011704 | | | | |
| | | FUEL SURCHARGE  PRKPAID | | | | |
| | | *** TOTALS *** | | | | |
| 3 | | CUSTOMER SERVICE 1-800-765-7242 | | 1,351 | | |

DRIVER Joshua

NO. SHRINK WRAP PALLETS 251
WRAP INTACT     YES    NO

POS 3    SEAL NA    DATE 2/21/05
ARRIVE 1041    DEPART 1110 F3
HU

ACC CODES

PRINT NAME & COMPANY
RECEIVER'S SIGNATURE VICTOR TORRES

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES
DRIVER COLLECT
COD AMOUNT

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8779
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 324659 | 1 |

| CUST.NO. | DATE |
|----------|------|
| C000419 | 01/18/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550047199 | SM03360 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-50 | 7,000.000 | 3,561.000 | 0.000 | 0.15600 | 555.52 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 01/20/05

# Balance Due
# $93.60

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

*ORIGINAL INVOICE*

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 555.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 555.52 |

Packing Slip
From Warehouse: main

Packing Slip:

Page:
s-sm24746

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/18/05 | SN03360 | 550047199 | PRO-TRANS | 256.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-50 | 10-DPH603-B | EA | 7,000.000 | 3,561.000 |
|  | 12213603, REV.D, SHIELD BASE | | | |

Inv# 324659

Packing Slip
From Warehouse: main

Packing Slip:

Page:           1
s-sm24748

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/18/05 | SM03363 | 550046982 | PRO-TRANS | 2,580.00 | 12 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-49 | 10-DPH752-C<br>12208752, REV. E, CASE | EA | 4,500.000 | 4,608.000 |

INV # 32461

**pmp**

# Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**INVOICE**

**324659 and 324661**

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  1
DATE: 01/18/05

BOL NUM: B011450
PRO. NUM:
CARRIER: SMT
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-112888810 0



JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 12240403 | 0.0 | | | SM24745 | |
| | | PO 550050575 | | | | | |
| 1 | PALLET | P/N 12213603 | 256.0 | LBS | | SM24746 | |
| | | PO 550047199 | | | | | |
| 1 | PALLET | P/N 12208646 | 425.0 | LBS | | SM24747 | |
| | | PO 550046982 | | | | | |
| 12 | PALLET | P/N 12208752 | 2,580.0 | LBS | | SM24748 | |
| | | PO 550046982 | | | | | |
| 1 | PALLET | P/N 12208641 | 315.0 | LBS | | SM24749 | |
| | | PO 550046982 | | | | | |
| 0 | | 3RD PARTY BILLING | 0.0 | | | | |
| | | PRO TRANS | | | | | |
| 0 | | 3201 NAFTA SUITE A | 0.0 | | | | |
| | | BROWNSVILLE TX 78521 | | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:             0.00
Shipper Per:

Call 36
Total Weight:  3,576.0
Total # Packages:  15

Freight Charges      (Prepaid)
COD Fee

COD Amt:                0.00   Total Charges:          0.00

Carrier:  SMT SAIA
Per:
Date: 01/18/05

Carrier Signature:  SAIA S CASTRO
Date:

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

1/18/05

(Signature Date)



Invoice
324659 and 324661

# Parkview Metal Products, Inc.

**pmp**

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324661 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 01/18/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-49 | 4,500.000 | 4,608.000 | 0.000 | 1.03000 | 4,746.24 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 01/18/05

# Balance Due
# $1,643.88

Shipped on Packing Slip #:   24748

PLEASE REMIT TO: 72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 4,746.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,746.24 |

Packing Slip                    Packing Slip:                    Page:    1
From Warehouse: main                                                      s-sm24748

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/18/05 | SM03363 | 550046982 | PRO-TRANS | 2,580.00 | 12 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-49 | 10-DEH752-C | CASE | 4,500.000 | 4,608.000 |
| | 12208752, REV. E, | EA | | |

INV # 324661

Packing Slip
From Warehouse: main.

Packing Slip:

Page: 1
s-sm24746

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|---|
| 01/18/05 | SM03360 | 5500471199 | | PRO-TRANS | | 256.00 | 1 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 1-50 | 10-DEH603-B | | EA | 7,000.000 | 3,561.000 |
| | 122J3603, REV.D, SHIELD BASE | | | | |

INV# 324659

# PMP Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

**INVOICE**

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

BOL NUM: B011450
PRO. NUM:
CARRIER: SMT
VEH:
ROUTE:

**324659 and 324661**

PAGE:  1 of 1
DATE: 01/18/05
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11288810 0       **SAIA**
                     JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 12240403 PO 550050575 | 0.0 | | | SM24745 | |
| 1 | PALLET | P/N 12213603 PO 550047199 | 256.0 | LBS | | SM24746 | |
| 1 | PALLET | P/N 12208646 PO 550046982 | 425.0 | LBS | | SM24747 | |
| 12 | PALLET | P/N 12208752 PO 550046982 | 2,580.0 | LBS | | SM24748 | |
| 1 | PALLET | P/N 12208641 PO 550046982 | 315.0 | LBS | | SM24749 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3    *6,136*

Order Value:                0.00
Shipper Per:

Total Weight:  ~~3,576.0~~
Total # Packages:  15

Freight Charges        (Prepaid)
COD Fee

COD Amt:              0.00    Total Charges:        0.00

Carrier: ~~SMT~~ SAIA
Per:
Date: 01/18/05

Carrier Signature:  SAIA S CASTRO
Date:

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

1/18/05

(Signature Date)





**Parkview Metal Products, Inc.** 36 of 41

4931 W. Armitage Ave., Chicago, IL 60639  •  PH (773) 622-8414  •  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  •  PH (512) 754-0200  •  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  •  PH (773) 622-8414  •  Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| fab 789608 | 1 |

| CUST. NO. | DATE |
|---|---|
| c000419 | 01/12/05 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
3
DELCO ELECTRONICS SYSTEMS
PLANT 35
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550039227 | S003976 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2-21 | 200.000 | 200.000 | 0.000 | 2.80000 | 560.00 |

CI: 12231654
Item: 15-DEL1654

Description: 12231654 BRACKET MODULE REV B
U/M: EA
Date Shipped: 01/12/05
10/27/04 - PO recieved with the updated

Balance
Due
$120.00

Shipped on Packing Slip #:   11057

PLEASE REMIT TO:72047 EAGLE WAY
           CHICAGO, IL 60678-7250

**ORIGINAL INVOICE**

metal stampings  •  tools and dies  •  assembly  •  prototype  •  short run stampings  •  production painting

| | |
|---|---|
| SALES AMOUNT | 560.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 560.00 |

Reprint Packing Slip
- From Warehouse: MAIN

Packing Slip:                      Page:         1
                                                 fab11057

From:
Parkview Metal Products
759 Industrial Drive
Bensenville IL 60106
Jeff Dec
773-622-8414

Bill To: c000419                    Ship To: (3)
DELCO ELECTRONICS SYSTEMS            DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER                 PLANT 35
P.O. BOX 9005                        601 JOAQUIN CAVAZOS
KOKOMO IN 46904                      LOS INDIOS TX 78567

Order Contact:
==============================================================================
Pack Date  Order #    Cust PO          Ship Via        Weight  Pkgs #
------     -------    -------          --------        ------  -----
1/12/05    S003976    0550039227       BAX GLOBAL       43.00     1
==============================================================================
Line/Rel   Item                       U/M     Qty Ordered      Qty To Pack
--------   -----                      -----   -----------      -----------
15-DEL1654
12231654 BRACKET MODULE REV B          EA        200.000          200.000
         C/I: 12231654
         12231654 BRACKET MODULE REV B
         12231654 BRACKET MODULE REV B
Job 21

001 001

**BAX GLOBAL**
CORPORATE SUPPORT GROUP
16808 ARMSTRONG AVE.
IRVINE, CA 92606-4936

**C.O.D.**
$
BAX GLOBAL WILL COLLECT
CONSIGNEE'S CHECK MADE
PAYABLE ONLY TO THE SHIPPER
FOR THE VALUE OF THE GOODS IN
THE AMOUNT SHOWN ABOVE.

| | |
|---|---|
| DATE 1/12/05 | ORIGIN ORD |
| DEST. SORT CODE | |
| AIRBILL NUMBER | 585 850 801 |

| SHIPPER'S REFERENCE NO. | SHIPPER'S ACCOUNT NO. | CONSIGNEE'S REFERENCE NO. | CONSIGNEE'S ACCOUNT NO. |
|---|---|---|---|
| 15-DEC-1654 | 556662794 | 0550039227 | 585 850 775 |

COMPANY **PARKVIEW METAL PRODUCTS**  DEPT./FLOOR

COMPANY **DELO ELECTRONICS SYSTEMS**  DEPT./FLOOR

**DECLARED VALUE**

ROM (YOUR NAME) **JAMIE TINAULT**  PHONE NO. **773 804 4312**

TO (CONSIGNEE NAME) **PLANT 85**  PHONE NO.

LIMIT OF LIABILITY
LIABILITY IS AGREED AND LIMITED
TO BE $50.00 OR $.50 PER POUND
WHICHEVER IS GREATER, UNLESS
HIGHER VALUE IS DECLARED AND APPLI-
CABLE CHARGES PAID. SEE REVERSE
SIDE OF AIRBILL PARAGRAPH 8. FOR
DECLARED VALUE LIMITATIONS.

STREET ADDRESS **759 INDUSTRIAL DR**

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)
**601 JOAQUIN CAVAZOS**

| CITY **BENSENVILLE** | STATE **IL** | ZIP (REQUIRED) **60106** |
|---|---|---|

| CITY **LOS INDIOS** | STATE **TX** | ZIP (REQUIRED) **78567** |
|---|---|---|

**SPECIAL CHARGES**
$

**BILLING INFORMATION**

☐ PREPAID (SHIPPER)  $  CASH RECEIVED (PAID IN ADVANCE)

☒ COLLECT (CONSIGNEE)  RATE QUOTE NUMBER

☐ 3RD PARTY (ACCT. NO. OR BILLING ADDRESS REQ'D.)

ACCOUNT NO.

COMPANY/NAME

STREET ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

AIRBILL NUMBER **585 850 801**

**SERVICE REQUESTED**

☐ OVERNIGHT (NEXT BUSINESS DAY)

☒ SECOND DAY

☐ NEXT FLIGHT AVAILABLE

☐ FIRST ARRIVAL CALL YOUR LOCAL BAX STATION

☐ DEFERRED

| SKID(S) SAID TO CONTAIN | NO. OF PIECES |
|---|---|

SIGNATURE OF SHIPPER  X _Xmase_  1/12/05

PRINT NAME OF SHIPPER **SENASE**

RELEASE SIGNATURE (SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE)
X

**HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)

☐ HOLD AT BAX  ☐ *DANGEROUS GOODS  ☐ *SATURDAY DELIVERY  ☐ *SPECIAL DELIVERY  ☐ *CONVENTION  ☐ *GOVERNMENT SHIPMENT  ☐ *G.O.H. (GARMENT ON HANGER)

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 43" | 20" | 14" | 12" | METAL STAMPINGS |

| TOTAL PCS. | TOTAL WT. 43" | REWEIGH |
|---|---|---|

**FOR BAX GLOBAL USE ONLY**

| RECEIVED BY BAX | | |
|---|---|---|
| AT | SHIPPER'S DOOR | BAX TERMINAL |
| TIME/DATE OF PICK-UP | DRIVER NO. | |

SIGNED FOR BAX
X

**OUTSIDE CARRIER:**
CHARGES ADVANCED
$
PRO NUMBER

CARRIER NAME

Cargo items tendered for air transportation are subject to aviation security controls by air carriers, and when appropriate other government regulations. Copies of all relevant shipping documents showing all cargo's consignee, consignor, description, and other relevant data will be retained on file until the cargo completes its air transportation.
*100 (10-97)

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

**SHIPPER COPY**



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324629 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way<br>Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000419 | 01/17/05 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550050575 | SM03358 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-15 | 800.000 | 160.000 | 0.000 | 0.44700 | 71.52 |

CI: 12240403
Item: 10-DPH403-A

Description: 12240403 REV A, COVER
U/M: EA
Date Shipped: 01/20/05

Shipped on Packing Slip #:   24703

PLEASE REMIT TO: 72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 71.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 71.52 |

Packing Slip                    Packing Slip:            Page:        1
From Warehouse: main                                              s-sm24703

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419                    Ship To: (9)
DELCO ELECTRONICS SYSTEMS            DELPHI D DELNOSA
ONE CORPORATE CENTER                 PLANT 5-6
P.O. BOX 9005                        601 JOAQUIN CAVAZOS ROAD
KOKOMO IN 46904                      LOS INDIOS TX 78567
                                     USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/17/05 | SM03358 | 550050575 | PRO-TRANS | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1-15 | 10-DPH403 -A | EA | 800.000 | 160.000 |
|      | 12240403 REV A, COVER | | | |
|      | C/I: 12240403 | | | |

INV# 324629

**pip** Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 2 of 2
DATE: 01/17/05

BOL NUM: B011442
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
324629

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11126790 3

**SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                    0.00

Shipper Per:

Total Weight:        5,106.0        Freight Charges        (Collect)
Total # Packages:    15             COD Fee

COD Amt:                        0.00    Total Charges:            0.00

Carrier:  PRO TRANS C/O SAIA
Per:
Date:  01/17/05

Carrier Signature:  SAIA S. CASTRO  1580PI
Date:  1-17-5

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

Elizabeth Cortez
(Signature of Consignor)

1/17/05
(Signature Date)