EXHIBIT B cont'd
(5)

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B011442
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

PAGE: 1 of 2
DATE: 01/17/05
SHIPPER NUM:
CARRIER NUM:
FOB:

he property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any ortion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by w, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**S H I P P E R**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
324629

**D E S T I N A T I O N**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | P/N 12240403 | 0.0 | | | SM24703 | |
| | | PO 550050575 | | | | | |
| 1 | PALLET | P/N 12213603 | 685.0 | LBS | | SM24704 | |
| | | PO 550047199 | | | | | |
| 0 | | P/N 12213603 | 0.0 | | | SM24705 | |
| | | PO 550051051 | | | | | |
| 12 | PALLET | P/N 12208752 | 3,804.0 | LBS | | SM24706 | |
| | | PO 550046982 | | | | | |
| 1 | PALLET | P/N 12244992 | 229.0 | LBS | | SM24707 | |
| | | PO 550043698 | | | | | |
| 1 | PALLET | P/N 12208641 | 388.0 | LBS | | SM24708 | |
| | | PO 550046982 | | | | | |
| 0 | | P/N 28015763 | 0.0 | | | SM24713 | |
| | | PO 550059616 | | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:          0.00
Shipper Per:

Total Weight:
Total # Packages:

Total Charges:

Carrier:
  Per:
  Date:

Carrier Signature:

  Date:          /          /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____          _____/_____/_____
(Signature of Consignor)          (Signature Date)

Fri Sep 23 11:11 2005 CDT REF:15089773 FR:Saia Motor   TO:8475507241   PG: 6 OF 6





## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050



| INVOICE | PAGE |
|---------|------|
| s-sm 323843 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 11/29/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550059616 | SM03505 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-1 | 320.000 | 640.000 | 0.000 | 0.44700 | 286.08 |

Item: 10-DPH763-A

Description: 28015763, REV A, COVER
U/M: EA
Date Shipped: 11/29/04

# Balance Due
# $169.41

Shipped on Packing Slip #:   23919

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

| | |
|---|---|
| SALES AMOUNT | 286.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 286.08 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s--sm23919

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|---|--------|--------|
| 11/29/04 | SM03505 | 550059616 | | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|---|-----|-------------|------------|
| 1-1 | 10-DPH763-A 28015763, REV A, COVER | | EA | 320.000 | 640.000 |

INV# 323743

**ptp**  **Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B011067
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 2 of 2
**DATE:** 11/29/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323843

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 11,878.0
**Total # Packages:** 19

**Freight Charges** (Collect)
**COD Fee**

**COD Amt:** 0.00    **Total Charges:** 0.00

| Carrier: | PRO TRANS C/O SAIA | Carrier Signature: | *SAIA S. CASTRO*   19 SKIDS |
|---|---|---|---|
| Per: | | | |
| Date: | 11/29/04 | Date: | 11-29-04 |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

11/29/04
(Signature Date)

# pmp

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE**

**BOL NUM:** B011067

**PAGE:** 1 of 2
**DATE:** 11/29/04

**PRO. NUM:**

**SHIPPER NUM:**

**CARRIER:** PRO TRANS C/O SAIA

**CARRIER NUM:**

**VEH:**

**FOB:**

**ROUTE:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323843

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11270280 2

**SAIA**

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 12228044<br>PO 550040547 | 4,767.0 | LBS | | SM23922 | |
| 2 | PALLET | P/N 12213603<br>PO 550047199 | 578.0 | LBS | | SM23914 | |
| 2 | PALLET | P/N 12208646<br>PO 550046982 | 1,260.0 | LBS | | SM23915 | |
| 8 | PALLET | P/N 12208752<br>PO 550046982 | 3,844.0 | LBS | | SM23916 | |
| 2 | PALLET | P/N 12208641<br>PO 550046982 | 1,008.0 | LBS | | SM23917 | |
| 1 | PALLET | P/N 12212688<br>PO 550046982 | 421.0 | LBS | | SM23918 | |
| 0 | | P/N 28015763<br>PO 550059616 | 0.0 | | | SM23919 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00

**Shipper Per:**

**Total Weight:**
**Total # Packages:**

Total Charges:

**Carrier:**

**Carrier Signature:**

**Per:**

**Date:**

**Date:**      /      /

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____      /      /

**(Signature of Consignor)**

**(Signature Date)**





# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 324407 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 12/30/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM03363 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-43 | 17,000.000 | 3,072.000 | 0.000 | 1.03000 | 3,164.16 |

Item: 10-DPH752-C

Description: 12208752, REV. E, CASE
U/M: EA
Date Shipped: 12/30/04

# Balance Due
# $793.10

Shipped on Packing Slip #:   24473

PLEASE REMIT TO:72047 EAGLE WAY
              CHICAGO, IL 60678-2050

ORIGINAL INVOICE

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| SALES AMOUNT | 3,164.16 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **3,164.16** |

Packing Slip
From Warehouse:: main

Packing Slip:

Page:  1
s-sm24473

From:
Parkview Metal Products
400 Barnas Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 12/30/04 | SM03363 | 550046982 | PRO-TRANS | 1,596.00 | 8 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-43 | 10-DPH752-C | EA | 17,000.000 | 3,072.000 |
|  | 12208752, REV. E, CASE |  |  |  |

INV# 324407

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 12/30/04

BOL NUM: B011338
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
324407

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11203910 1    **SAIA**

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 4 | PALLET | P/N 12228044<br>PO 550040547 | 4,760.0 | LBS | | SM24470 | |
| 1 | PALLET | P/N 12213603<br>PO 550047199 | 325.0 | LBS | | SM24471 | |
| 1 | PALLET | P/N 12208646<br>PO 550046982 | 366.0 | LBS | | SM24472 | |
| 8 | PALLET | P/N 12208752<br>PO 550046982 | 1,596.0 | LBS | | SM24473 | |
| 3 | PALLET | P/N 12208641<br>PO 550046982 | 985.0 | LBS | | SM24474 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S    1068859
NMFC104500 50 S-3

Order Value:    0.00

Shipper Per:

Total Weight:    8,032.0
Total # Packages:    17

Freight Charges    (Collect)
COD Fee

COD Amt:    0.00    Total Charges:    0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 12/30/04

Carrier Signature: SAIA S CASTRO 17 SUPT
Date: 12-30-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

12/30/04
_____
(Signature Date)



Invoice 32447



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323484 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 11/10/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SMO3405 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

Balance Due
$576.96

Shipped on Packing Slip #:   23535

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |

Inv# 323494

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-smt23535

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|--|--------|--------|
| 11/10/04 | SM03405 | 450073045 | | | 0.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1 | 15-DFH763-A | EA | 7,201.000 | 320.000 |
| | 280157763 COVER | | | |
| | J9373 | | | |

**ptp** **Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 11/10/04

BOL NUM: B010913
PRO. NUM:
CARRIER: PRO TRANS SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE*
*323484*

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUÍN CAVAZOS
LOS INDIOS TX 78567

066-11285830 3

**SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 1228044<br>PO 550040547 | 311.0 | LBS | | SM23527 | |
| 9 | PALLET | P/N 12208752<br>PO 550046982 | 3,936.0 | LBS | | SM23528 | |
| 0 | | P/N 28015763<br>PO 450073045 | 0.0 | | | SM23535 | |
| 0 | | P/N 12244992<br>PO 550043698 | 0.0 | | | SM23533 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

*# 1042542*

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 4,247.0
Total # Packages: 10

Freight Charges   (Collect)
COD Fee

COD Amt:                    0.00   Total Charges:              0.00

Carrier: PRO TRANS SAIA
Per:
Date: 11/10/04

Carrier Signature:
Date: 11/10/04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

11/10/04

(Signature Date)



INVOICE 323484



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050



| INVOICE | PAGE |
|---|---|
| s-sm 323177 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/27/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

# Balance Due
# $576.96

Shipped on Packing Slip #:   23205

PLEASE REMIT TO: 72047 EAGLE WAY
         CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |

Packing Slip                              Packing Slip:                    Page: 1
From Warehouse: MAIN                                                      s-sm23205

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419                          Ship To: (9)
DELCO ELECTRONICS SYSTEMS                  DELPHI D DELNOSA
ONE CORPORATE CENTER                       PLANT 5-6
P.O. BOX 9005                              601 JOAQUIN CAVAZOS ROAD
KOKOMO IN 46904                            LOS INDIOS TX 78567
                                           USA

Order Contact:
| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 10/27/04 | SM03405 | 4500730845 | MENLO LOGISTICS | 120.00 | 0 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|----------|------|-----|-------------|------------|
| 1 | 15-DPH763-A | EA | 5,000.000 | 320.000 |
|   | 28015763 COVER |  |  |  |

INV# 323177

# Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B010789
PRO. NUM:
  CARRIER: PRO TRANS C/O SAIA
    VEH:
    ROUTE:

PAGE: 1 of 1
DATE: 10/27/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property; that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE*
*323177*

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11281710 4

SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | PALLET | P/N 12213603 PO 55047199 | 423.0 | LBS | | SM23191 | |
| 2 | PALLET | P/N 12208646 PO 550046982 | 791.0 | LBS | | SM23194 | |
| 12 | PALLET | P/N 12208752 PO 550046982 | 5,544.0 | LBS | | SM23197 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | BK# 1033725 | 0.0 | | | | |
| 0 | | P/N 28015763 PO 450073045 | 0.0 | | | SM23205 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 6,758.0
Total # Packages: 16

Freight Charges (Collect)
COD Fee

COD Amt: 0.00 Total Charges: 0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 10/27/04

Carrier Signature: *SAIA S CASTRO 14SUVI*
Date: *10-27-4*

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____ (Signature of Consignor)

___/___/___ (Signature Date)

INVOICE 323171

## SAIA DELIVERY RECEIPT

PRO NUMBER 6511281710-4

| | |
|---|---|
| DATE 10/27/04 | SHIPPER# HK# 1033725  BL# B010789 |
| PO# 5504715S | |
| CONSIGNEE: DELPHI-DELCO ELECTRONICS  601 JOAQUIN CAVAZOS | |

9563564658

| ROUTE, CARRIER, SOAC, DATE, NUMBER |
|---|
| 6511281710-4 |

ORIGIN AUS    DEST HRL

TRAILER 5J0623    HOUR/SEQ 003 R

LOS INDIOS, TX 78567
FAIRVIEW METAL PRODUCTS

SHIPPER 400 BARNES DR
SAN MARCOS, TX 78666

5127540200

77036587

TRLR/BAY 10/28  1

| POS 16 | RM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | PT HARDWARE, NOI IOS | C70 | 6,758 | | |
| | | SHL 550046962 | | | | |
| | | 450073045 | | | | |
| | | FUEL SURCHARGE ***** | | 6,758 | | |
| | | *** TOTALS *** | | | | |
| 16 | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

PREPAID

2 ctns bottom of pallet POSS'IBLE DAMAGE

16-8-8-24-12
9-8-9-3-10-8-8-8-8-8-10

SEAL ____

PRINT NAME & COMPANY  GERARDO GARCIN

RECEIVERS SIGNATURE ____

DRIVER ____

NO SHRINK WRAP PALLETS ____    WRAP INTACT  YES ____  NO ____

ARRIVE ____    DEPART ____

10-28-04



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0600
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323152 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/26/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
9
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

# Balance Due
# $576.96

Shipped on Packing Slip #:   23185

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:     1
s-sm23185

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| 10/26/04 | SM03405 | 4SD073045 | PRO-TRANS | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 1 | 15-DPH763-A | | EA | 5,000.000 | 320.000 |
| | 28015763 COVER | | | | |
| | J9373 | | | | |

Inv # 323152

**ptp**

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 2 of 2
DATE: 10/26/04

BOL NUM: B010782
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323152

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | BK#1033048 | 0.0 | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00

Shipper Per:

Total Weight: 6,294.0
Total # Packages: 13

Freight Charges (Collect)
COD Fee

COD Amt: 0.00 Total Charges: 0.00

| Carrier: PRO TRANS C/O SAIA Per: | Carrier Signature: _Frank_ 13 sk |
|---|---|
| Date: 10/26/04 | Date: 10/26/04 |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)                    10/26/04  (Signature Date)

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

**PAGE:** 1 of 2
**DATE:** 10/26/04

**BOL NUM:** B010782
**PRO. NUM:**
  **CARRIER:** PRO TRANS C/O SAIA
      **VEH:**
  **ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
      **FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

*INVOICE 323152*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 12213603 PO 550047199 | 386.0 | LBS | | SM23182 | |
| 1 | PALLET | P/N 12208646 PO 550046982 | 815.0 | LBS | | SM23183 | |
| 11 | PALLET | P/N 12208752 PO 550046982 | 5,093.0 | LBS | | SM23184 | |
| 0 | | P/N 28015763 PO 450073045 | 0.0 | | | SM23185 | |
| 0 | | P/N 12240403 PO 550050575 | 0.0 | | | SM23181 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:**
**Total # Packages:**

**Total Charges:**

**Carrier:**
**Per:**
**Date:**

066-11162830 2

**SAIA**
**JUST ASK**

rier
re:

ate: ___/___/___

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
**(Signature of Consignor)**

___/___/___
**(Signature Date)**

Thu Sep 29 10:44 2005 CDT REF:15296934 FR:Saia Motors    TO:8479507241    Pg. 5 of 6

**INVOICE 33315a**

# SAIA

## DELIVERY RECEIPT

| DATE | SHIPPER # | BK# 1033048 |
|---|---|---|
| 10/26/04 | BL# | B010782 |

PO # 5500*7155

PRO NUMBER 6511152830-2

| ORIGIN | DEST |
|---|---|
| AUS | HRL |

ROUTE, CARRIER, SDAG, DATE, NUMBER: 6511162830-2

| TRAILER | BOOM/SEQ | TRLR/BAY |
|---|---|---|
| 283103 | 0032 | 10/27  1 |

DELPHI DELCO ELECTRONICS
601 JOAQUIN CAYAZOS
LOS INDIOS, TX 78567

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

CNSE 95636*4558
SHIPPER 5127540200

| PCS | HM | DESCRIPTION | WEIGHT | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 13 | | PT HARDWARE, NOI IOS | 5,294 | C70 | | |
| | | SBL | | | | |
| | | 5500*6982 | | | | |
| | | 450073*45 | | | | |
| | | 550030575 | | | | |
| | | FUEL SURCHARGE | | | | |
| | | *** TOTALS *** | 5,294 | | | |
| | | CUSTOMER SERVICE 1-800-765-7242   PREPAID | | | | |

*Handwritten:*

1 skid 6 CTNS
1 skid 36 CTNS
10 skids 80 CMS
1 skid 29 CTNS
3 CTNS Torn / punctured
4 CTNS crushed

PCS 13

NO SHRINK WRAP PALLETS (  )   WRAP INTACT   YES __ NO __

ARRIVE __   DEPART 10/27   DATE 10/27/04

PRINT NAME & COMPANY: Jerzine Rodriguez

RECEIVER'S SIGNATURE: B. Phillips

DRIVER: ___

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED.



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 323090 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|----------|------|
| C000485 | 10/25/04 |



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550036913 | SM03368 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-34 | 768.000 | 768.000 | 0.000 | 8.23000 | 6,320.64 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 10/25/04

# Balance Due
# $98.76

Shipped on Packing Slip #:   23118

PLEASE REMIT TO:72047 EAGLE WAY
        CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 6,320.64 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 6,320.64 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:                1
s-sm23118

From:
Parkview Metal Products
409 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051   MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|----------|--|--------|--------|
| 10/25/04 | SM03368 | 550036913 | PRO-TRANS | | 3,720.00 | 8 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-34 | 10-DPH588-B | | EA | 768.000 | 768.000 |
| | 168T0588 REV 4 E/N HOUSING ASSEMBLY | | | 768.000 | 768.000 |

INV # 323696

SEP-22-2005 THU 01:55 PM PARKVIEW METAL SAMP FAX NO. 512 754 9890 P. 002
SEP-22-05 44481.rdt Doc 2950-12 Filed 08/09/07 Entered 08/09/07 09:40:12 Exhibit B.5
Pg 28 of 42



## Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

### UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL-- NOT NEGOTIABLE

**PAGE:** 1 of 2
**DATE:** 10/25/04

**BOL NUM:** B010773
**PRO. NUM:**
**CARRIER:** PRO TRANS SAIA
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323090

**CONSIGNEE**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

066-11281500 4

SAIA

JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 16869747 PO 550025648 | 328.0 | LBS | | SM23119 | |
| 8 | PALLET | P/N 16870588 PO 550036913 | 3,720.0 | LBS | | SM23118 | |
| 2 | PALLET | P/N 16870583 PO 550036913 | 840.0 | LBS | | SM23117 | |
| 0 | | P/N 16869895 PO 550025648 | 0.0 | | | SM23121 | |
| 0 | | P/N 16869748 PO 550025648 | 0.0 | | | SM23120 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00

**Shipper Per:**

**Total Weight:**
**Total # Packages:**

**Total Charges:**

**Carrier:**
**Per:**
**Date:**

**Carrier Signature:**
**Date:**

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____
(Signature Date)

# ptp Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL—NOT NEGOTIABLE**

**PAGE:** 2 of 2
**DATE:** 10/25/04

BOL NUM: B010773
PRO. NUM:
CARRIER: PRO TRANS SAIA
VEH:
ROUTE:

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

*INVOICE 323090*

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | BK# 1032270 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 4,888.0
**Total # Packages:** 11

**Freight Charges** (Collect)
**COD Fee**

COD Amt:          0.00          Total Charges:          0.00

**Carrier:** PRO TRANS SAIA
**Per:**
**Date:** 10/25/04

**Carrier Signature:** _SAIA S CASTRO  11 SHPI_
**Date:** 10-25-04

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_(Signature of Consignor)_          _10/25/04_
          _(Signature Date)_



INVOICE 323090

 

## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 323070 | 1 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/22/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 9<br>DELPHI D DELNOSA<br>PLANT 5-6<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567<br>USA |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

# Balance Due
# $57696

Shipped on Packing Slip #:   23103

PLEASE REMIT TO: 72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm23103

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELNOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|--|----------|--|--------|--------|
| 10/22/04 | SM03405 | 450073045 | | PRO-TRANS | | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1 | 15-DPH763-A<br>280157763 COVER | | EA | 5,000.000 | 320.000 |

J9373

Inv# 323070

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  1 of  2
DATE: 10/22/04

BOL NUM: B010759
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

*INVOICE
323070*

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 3 | PALLET | P/N 12213603 PO 550047199 | 750.0 | LBS | | SM23106 | |
| 3 | PALLET | P/N 1228044 PO 550040547 | 3,507.0 | LBS | | SM23105 | |
| 0 | | P/N 28015763 PO 450073045 | 0.0 | | | SM23103 | |
| 1 | PALLET | P/N 12208646 PO 550046982 | 816.0 | LBS | | SM23107 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | BK# 10312070 | 0.0 | | | | |

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                     0.00

Shipper Per:

Total Weight:
Total # Packages:

Total Charges:

Carrier:
Per:
Date:

Carrier Signature:
Date:                /        /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

_____/_____/_____
(Signature Date)

# Parkview Metal Products, Inc.

ptp

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B010759
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

PAGE:  2 of  2
DATE: 10/22/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
323070

**DESTINATION**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11281480 2

**SAIA**
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 6 | PALLET | P/N 12208752 PO 550046982 | 2,868.0 | LBS | | SM23109 | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                 0.00
Shipper Per:

Total Weight:       7,941.0
Total # Packages:    13

Freight Charges     (Collect)
COD Fee

COD Amt:                        0.00    Total Charges:             0.00

Carrier
Per: PRO TRANS C/O SAIA
Date: 10/22/04

Carrier
Signature: *SAIA S CASTRO / 13 SWPI*
Date: 10-22-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

10, 22, 04
_____
(Signature Date)





# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3060

| INVOICE | PAGE |
|---|---|
| s-sm 322990 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000419 | 10/20/04 |



| BILL TO | SHIP TO |
|---|---|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 9<br>DELPHI D DELNOSA<br>PLANT 5-6<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567<br>USA |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 450073045 | SM03405 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 6,220.000 | 320.000 | 0.000 | 2.25000 | 720.00 |

Item: 15-DPH763-A

Description: 28015763 COVER
U/M: EA
Date Shipped: 11/10/04

J9373

# Balance Due
# $576.96

Shipped on Packing Slip #:   23035

PLEASE REMIT TO: 72047 EAGLE WAY
              CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 720.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 720.00 |

Inv# 322990

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page:      1
s-sm23035

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (9)
DELPHI D DELANOSA
PLANT 5-6
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567
USA

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| 10/20/04 | SM03405 | 450073045 | | PRO-TRANS | 0.00 | 0 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 1 | 15-DPH763-A | | EA | 5,000.000 | 320.000 |
| | 280157663 COVER | | | | |
| | J9373 | | | | |

INVOICE 322990

**SAIA** JUST ASK — **DELIVERY RECEIPT**

PRO NUMBER 6611126990-2

6611126990-2

| DATE | SHIPPER # / BL # | ORIGIN | DEST |
|---|---|---|---|
| 10/20/04 | BK# 1029511 / B010734 | AUS | HRL |

PO # 550046982

CONSIGNEE: DELPHI DELCO ELECTRONICS, 601 JOAQUIN CAVAZOS, LOS INDIOS, TX 78567, 9563664658

SHIPPER: PARKVIEW METAL PRODUCTS, 400 BARNES DR, SAN MARCOS, TX 78666, 5127540200

| TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER |
|---|---|---|
| 283106 | 003R | |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY | |
|---|---|---|---|---|---|---|
| | | | | | | 10/21 1 |

SPECIAL INSTRUCTIONS

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 5 | | PT HARDWARE, NOI IOS | C70 | 1,760 | | |
| | | SBL | | | | |
| | | 450073045 | | | | |
| | | FUEL SURCHARGE | | | | |
| 5 | | *** TOTALS *** PREPAID | | 1,760 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

8+8+8+10+8

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES

| COD AMOUNT | DRIVER COLLECT |
|---|---|
| | |

| DRIVER | PCS | SEAL | DATE | ACC CODES |
|---|---|---|---|---|
| Sam Ayan | 5 skids | | 10-21-04 | |

NO. SHRINK WRAP PALLETS 5 ARRIVE 1230 DEPART 1239 HU 5

WRAP INTACT YES ✓ NO ___

PRINT NAME & COMPANY: [illegible] 10-21-04

RECEIVER'S SIGNATURE

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED



# Parkview Metal Products, Inc.

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

400 Barnes Dr.
San Marcos, TX 78666

**BOL NUM:** B010734
**PRO. NUM:**
**CARRIER:** PRO TRANS C/O SAIA
**VEH:**
**ROUTE:**

**PAGE:** 1 of 1
**DATE:** 10/20/04
**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
322990

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | PALLET | P/N 12208752 PO 550046982 | 1,760.0 | LBS | | SM23027 | |
| 0 | | 3RD PARTY BILLING PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | BK# 1029511 | 0.0 | | | | |
| 0 | | P/N 28015763 PO 450073045 | 0.0 | | | SM23035 | |

066-11126990 2

**SAIA**
JUST ASK

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 1,760.0    **Freight Charges** (Collect)
**Total # Packages:** 5    **COD Fee**
COD Amt:    0.00   Total Charges:   0.00

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 10/20/04

**Carrier Signature:** Mark SAIA t SWF

**Date:** 10 / 20 / 04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

**(Signature of Consignor)**

10/20/04

**(Signature Date)**



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| s-sm 322786 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 10/12/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904



**SHIP TO**
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 550047199 | SM03360 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1-16 | 11,550.000 | 11,550.000 | 0.000 | 0.15600 | 1,801.80 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 10/12/04

# Balance Due
# $1,250.50

Shipped on Packing Slip #:   22818

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 1,801.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,801.80 |

Packing Slip
From Warehouse: MAIN

Packing Slip:

Page: 1
s-sm22818

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|--|----------|--------|--------|
| 10/12/04 | SM03360 | 5500047199 | | PRO-TRANS | 770.00 | 3 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty Packed |
|----------|------|--|-----|-------------|------------|
| 1-16 | 10-DEH603-B | | EA | 750.000 | 11,550.000 |
| | 1.221.3603, REV.D, SHIELD BASE | | | | |

*INV # 322786*

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE:  2 of  2
DATE: 10/12/04

BOL NUM: B010660
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**S H I P P E R**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
322786

**D E S T I N A T I O N**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 0 | | 3201 NAFTA SUITE A BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | BK# 1024518 | 0.0 | | | | |
| 0 | | | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                0.00
Shipper Per:

Total Weight:          10,295.0        Freight Charges        (Collect)
Total # Packages:      18              COD Fee

COD Amt:                    0.00    Total Charges:            0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 10/12/04

Carrier Signature: _SAIA S CASTRO 180DPI_
Date: 10-12-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____              _____/_____/_____
(Signature of Consignor)                (Signature Date)