# EXHIBIT B cont'd
(6)

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 2
DATE: 10/12/04

BOL NUM: B010660
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA
INVOICE
322786

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11129040 4
SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 3 | PALLET | P/N 12228044<br>PO 550040547 | 3,306.0 | LBS | | SM22817 | |
| 3 | PALLET | P/N 12213603<br>PO 550047199 | 770.0 | LBS | | SM22818 | |
| 10 | PALLET | P/N 12208752<br>PO 550046982 | 4,374.0 | LBS | | SM22819 | |
| 1 | PALLET | P/N 12212688<br>PO 550046982 | 165.0 | LBS | | SM22820 | |
| 1 | PALLET | P/N 12208646<br>PO 550046982 | 1,680.0 | LBS | | SM22822 | |
| 0 | | P/N 12212692<br>PO 550046982 | 0.0 | | | SM22821 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:**
**Total # Packages:**

**Total Charges:**

**Carrier:**
**Per:**
**Date:**

**Carrier Signature:**
**Date:** / /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______________ per ______________

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

/ /
(Signature Date)

INVOICE 322786

SAIA JUST ASK — DELIVERY RECEIPT

PRO NUMBER 6611129040-4

| DATE | SHIPPER # / BL # | ORIGIN | DEST |
|---|---|---|---|
| 10/12/04 | BK# 1024518 / B010660 | AUS | HRL |

PO# 550040547

CONSIGNEE: ~~DELPHI DELCO ELECTRONICS~~
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567 9563664658

SHIPPER: ~~PARKVIEW METAL PRODUCTS~~
400 BARNES DRIVE
SAN MARCOS, TX 78666 5127540200

6611129040-4

| TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER |
|---|---|---|
| 284952 | D03R | |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY | |
|---|---|---|---|---|---|---|
| | | | | | | 10/13 1 |

SPECIAL INSTRUCTIONS: lectar crushed at bottom of pallet not able to inspect. They were at bottom of pallet.

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 18 | | PT HARDWARE, NOI IOS | C70 | 10,430 | | |
| | | SBL | | | | |
| | | 550047199 | | | | |
| | | 550046982 | | | | |
| | | 450073046 | | | | |
| | | FUEL SURCHARGE | | | | |
| | | W&R APPROVED | | | | |
| | | 066--W | | | | |
| 18 | | *** TOTALS *** PREPAID | | 10,430 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

"6 CTNS POSSIBLE DAMAGE" at bottom of Pallet

770355680

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES

| COD AMOUNT | DRIVER COLLECT |
|---|---|
| | |

| DRIVER | PCS | SEAL | DATE | ACC CODES |
|---|---|---|---|---|
| [signature] | | | 10-13-04 | |

PRINT NAME & COMPANY: 12:00

| NO. SHRINK-WRAP PALLETS | ARRIVE | DEPART | HU |
|---|---|---|---|
| 17 | 11:35 | 12:16 | 18 Skids |

WRAP INTACT YES ✓ NO

RECEIVER'S SIGNATURE: Gerardo Garcia - 10-13-04

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED

**Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 322180 | 1 |

REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000419 | 09/15/04 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03357 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-3 | 5,184.000 | 5,184.000 | 0.000 | 0.87900 | 4,556.74 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/15/04

Balance Due
$759.46

Shipped on Packing Slip #: 22197

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

| | |
|---|---|
| SALES AMOUNT | 4,556.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,556.74 |

**ORIGINAL INVOICE**

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm22197

Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 09/15/04 | SM03357 | 550040547 | PRO-TRANS | 3,564.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-3 | 10-DPH044-C<br>12228044, REV. E , COVER | EA | 5,184.000 | 5,184.000 |

Inv# 322180

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 09/15/04
SHIPPER NUM:
CARRIER NUM:
FOB:

BOL NUM: B010423
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
322180

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

066-11238010 2
SAIA
JUST ASK

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 3 | PALLET | P/N 12228044<br>PO 550040547 | 3,564.0 | LBS | | SM22197 | |
| 7 | PALLET | P/N 12208752<br>PO 550046982 | 3,080.0 | LBS | | SM22198 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |
| 0 | | BK# 1008454 | 0.0 | | | | |

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 6,644.0 Freight Charges (Collect)
**Total # Packages:** 10 COD Fee

~~COD Amt.: 0.00~~ ~~Total Charges: 0.00~~

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 09/15/04

**Carrier Signature:** [signature] 10 sup
**Date:** 9/15/04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

[signature]
(Signature of Consignor)

9/15/04
(Signature Date)

Thu Sep 29 10:37 2005 CDT REF:15295671 FR:Saia Motors TO:8475507241 PG: 4 OF 6

INVOICE 322180

DATE 9/15/04 SHIPPER # NS BL # B010423 — 5611238010-2

ORIGIN AUS DEST HRL

5611238010-2

PO # 550046582

CONSIGNEE: ~~DELPHI DELCO ELECTRONICS~~
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

SHIPPER: ~~PARKVIEW METAL PRODUCTS~~ 9563664658
400 BARNES DRIVE
SAN MARCOS, TX 78666 5127540200

TRAILER 530175 DOOR/SEQ 0032 ROUTE, CARRIER, SCAC, DATE, NUMBER

CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY — 9/15 1

SPECIAL INSTRUCTIONS: 0

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 3 | | PT P/N12228044 | C70 | 3,564 | | |
| | | 550040547 | | | | |
| 7 | | PT P/N12208752 | C70 | 3,080 | | |
| | | FUEL SURCHARGE | | | | |
| 10 | | *** TOTALS *** PREPAID | | 6,644 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

#77034491

142 ctn total

18 ctn damaged

DRIVER Reyes 5770 PCS SEAL DATE 9-16-04 ACC CODES

NO. SHRINK WRAP PALLETS
WRAP INTACT YES ✓ NO
ARRIVE 1536 DEPART 1615 HU 10

PRINT NAME & COMPANY Delphi Delco 9-16-04

RECEIVER'S SIGNATURE Robert Leyva Roberto Leyva 4:10

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES
COD AMOUNT | DRIVER COLLECT

RECEIVED THE ABOVE DESCRIBED SHIPMENT



pmp **Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 322010 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 09/07/04 |

BILL TO

DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO

3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02857 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-51 | 504.000 | 504.000 | 0.000 | 5.96000 | 3,003.84 |

Item: 10-DPH588-B

Description: 16870588 REV 4 E/N HOUSING ASSEMBLY
U/M: EA
Date Shipped: 09/07/04

ALL ABOUT FREIGHT

Balance Due
$1,765.15

Shipped on Packing Slip #: 22021

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

| | |
|---|---|
| SALES AMOUNT | 3,003.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,003.84 |

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm22021
Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 09/07/04 | SM02857 | 550036913 | PRO-TRANS | 1,671.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-51 | 10-DPH588-B<br>16870588 REV 4 E/N HOUSING ASSEMBLY | EA | 1,056.000 | 504.000 |

ALL ABOUT FREIGHT

Inv# 322010



SEP-22-2005-THU 01:55 PM PARKVIEW METAL SAN FAX NO. 512 754 0800 P. 002/003

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
BOL NUM: B010347
DATE: 09/07/04
PRO. NUM:
SHIPPER NUM:
CARRIER: PRO TRANS C/O SAIA
CARRIER NUM:
VEH:
FOB:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER:
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE 322010

DESTINATION:
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 5 | PALLET | P/N 16901374<br>PO 550055815 | 2,285.0 | LBS | | SM22034 | |
| 2 | PALLET | P/N 16870583<br>PO 550036913 | 830.0 | LBS | | SM22038 | |
| 3 | PALLET | P/N 16870588<br>PO 550036913 | 1,671.0 | LBS | | SM22021 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

066-11240060 4
SAIA
JUST ASK

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 4,786.0
Freight Charges (Collect)
**Total # Packages:** 10
COD Fee
~~COD Amt: 0.00~~ ~~Total Charges: 0.00~~

**Carrier:** PRO TRANS C/O SAIA
**Per:**
**Date:** 09/07/04

**Carrier Signature:** SAIA S. CASTRO 10 [illegible]
**Date:** 9-7-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______________ per ______________

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges..

Eliz Cortez
(Signature of Consignor)

9/7/04
(Signature Date)

Pg 11 of 41

SEP-22-2005 THU 01:55 PM PARKVIEW METAL SANMA FAX NO. 512 754 0800 P. 003/003

Thu Sep 22 12:44 2005 CDT REF:15055638 FR:Saia Motors TO:8475507241 PG: 2 OF 2

INVOICE 322010

DATE: 9/07/04
SHIPPER #: NS
BL #: B010347
PRO: 6611240060-4
PO #: 550035913
ORIGIN: AUS  DEST: HRL
TRAILER: 284355  DOOR/SEQ.: 005
ROUTE, CARRIER, SCAC, DATE, NUMBER
6611240060-4

CONSIGNEE:
DELPHI MFG
% VALLEY WAREHOUSES
1900 BILLY MITCHELL BLVD.
BROWNSVILLE, TX 78521
9565482201

SHIPPER:
PARKVIEW METAL PRODUCTS
400 BARNES DRIVE
SAN MARCOS, TX 78666
5127540200

SPECIAL INSTRUCTIONS

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY |
|---|---|---|---|---|---|
| | | | | | 9/08 1 |

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 10 | | PT HARDWARE, NOI IDS | C70 | 4,786 | | |
| | | SBL | | | | |
| | | 550035913 | | | | |
| | | ATTN: DOCK 1 & 2 | | | | |
| | | RATED WITH DEFICIT WT OF | | 214 | | |
| | | FUEL SURCHARGE | | | | |
| (10) | | *** TOTALS *** | | 4,786 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 PREPAID | | | | |

(2) boxes torn
(2) boxes crushed

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES

| COD AMOUNT | DRIVER COLLECT |
|---|---|
| | |

| DRIVER | PCS | SEAL | DATE | ACC CODES |
|---|---|---|---|---|
| [signature] | 10 | | 9/8/04 | |

NO. SHRINK WRAP PALLETS: 10
WRAP INTACT: YES ✓ NO
ARRIVE: 1300  DEPART: 1330  HU: 10

PRINT NAME & COMPANY: Rodolfo Rodriguez
RECEIVER'S SIGNATURE: Rodolfo Rodriguez  Delphi 9/8/04

RECEIVED THE ABOVE DESCRIBED SUBJECT...



**Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321974 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way<br>Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000419 | 09/03/04 |

BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM02815 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-44 | 144.000 | 288.000 | 0.000 | 0.76330 | 219.83 |

Item: 10-DPH688-C

Description: 12212688, REV.D, CASE
U/M: EA
Date Shipped: 09/03/04

Balance Due
$109.91

Shipped on Packing Slip #: 21976

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

| | |
|---|---|
| SALES AMOUNT | 219.83 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 219.83 |

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm21976

Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via. | Weight | Pkgs # |
|---|---|---|---|---|---|
| 09/03/04 | SM02815 | 550046982 | PRO-TRANS | 203.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-44 | 10-DPH688-C<br>12212688, REV.D, CASE | EA | 144.000 | 288.000 |

INV# 321974

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 09/03/04
SHIPPER NUM:
CARRIER NUM:
FOB:

BOL NUM: B010331
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA
INVOICE
321974

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 1 | PALLET | P/N 12212688<br>PO 550046982 | 203.0 | LBS | | SM21976 | |
| 9 | PALLET | P/N 12208752<br>PO 550046982 | 3,345.0 | LBS | | SM21979 | |
| 2 | PALLET | P/N 12213603<br>PO 550047199 | 1,005.0 | LBS | | SM21980 | |
| 0 | | P/N 12212692<br>PO 550046982 | 0.0 | | | SM21977 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

066-11239980 3
SAIA
JUST ASK

Special Instructions:
HARDWARE NOI I/
NMFC104500 50 S-3

Decl. Value: 0.00

Shipper Per:

Total Weight: 4,553.0
Total # Packages: 12

Freight Charges (Collect)
COD Fee

~~COD Amt: 0.00~~ ~~Total Charges: 0.00~~

Carrier: PRO TRANS C/O SAIA
Per:
Date: 09/03/04

Carrier Signature: SAIA S.Castro 12SUPI
Date: 9-3-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____________ per ____________

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

Eliz Cortez
(Signature of Consignor)

9/3/04
(Signature Date)

INVOICE 321974

6611239980-3

| DATE | SHIPPER # | BL # | ORIGIN | DEST |
|---|---|---|---|---|
| 9/03/04 | NS | B010331 | AUS | HRL |

PO # 550046562

CONSIGNEE: ~~DELPHI DELCO ELECTRONICS~~
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567 9563664658

SHIPPER: PARKVIEW METAL PRODUCTS
400 BARNES DRIVE
SAN MARCOS, TX 78666 5127540200

| TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER |
|---|---|---|
| 28715 | 0032 | |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY |
|---|---|---|---|---|---|
| | | | | | 9/07 1 |

SPECIAL INSTRUCTIONS:

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 12 | | PT HARDWARE, NOI IOS | C70 | 4,553 | | |
| | | SBL | | | | |
| | | 550047199 | | | | |
| | | RATED WITH DEFICIT WT OF | | 447 | | |
| | | FUEL SURCHARGE | | | | |
| 12 | | *** TOTALS *** PREPAID | | 4,553 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

12 Skids

9/7/04

| DRIVER | PCS | SEAL | DATE | ACC CODES | PRINT NAME & COMPANY |
|---|---|---|---|---|---|
| [signature] | 3 cfms crushed | | 9/7/04 | 9:50 Am | Leo Martinez, Delphi Electron[ics] |

NO. SHRINK WRAP PALLETS: 12

WRAP INTACT YES ___ NO ___

| ARRIVE | DEPART | HU |
|---|---|---|
| 830 | 856 | 12 |

RECEIVER'S SIGNATURE: [signature]

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES

| COD AMOUNT | DRIVER COLLECT |
|---|---|
| | |

RECEIVED THE ABOVE DESCRIBED SHIPMENT IN ...

 **Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321864 | 1 |

REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000419 | 08/31/04 |

BILL TO

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO

4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550047199 | SM03243 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-19 | 16,200.000 | 16,200.000 | 0.000 | 0.13900 | 2,251.80 |

Item: 10-DPH603-B

Description: 12213603, REV.D, SHIELD BASE
U/M: EA
Date Shipped: 09/03/04

Balance Due
$750.60

Shipped on Packing Slip #: 21864

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

| | |
|---|---|
| SALES AMOUNT | 2,251.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,251.80 |

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm21864

Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 08/31/04 | SM03243 | 550047199 | PRO-TRANS | 1,080.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-19 | 10-DPH603-B<br>12213603, REV.D, SHIELD BASE | EA | 16,200.000 | 16,200.000 |

INV# 321864



INVOICE
321860 AND 321864

SAIA JUST ASK — DELIVERY RECEIPT

PRO NUMBER: 5611203740-5

5611203740-5

| DATE | SHIPPER # | BL # | ORIGIN | DEST |
| --- | --- | --- | --- | --- |
| 8/31/04 | NS | B010294 | AUS | HRL |

PO # 550040547

CONSIGNEE:
~~DELPHI DELCO ELECTRONICS~~
601 JOAGUIN CAVAZOS
LOS INDIOS, TX 78567 9563654658

SHIPPER:
~~PARKVIEW METAL PRODUCTS~~
400 BARNES DRIVE
SAN MARCOS, TX 78666 5127540200

| TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER |
| --- | --- | --- |
| 531146 | 003R | |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

9/01 1

SPECIAL INSTRUCTIONS

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
| --- | --- | --- | --- | --- | --- | --- |
| 15 | | PC HARDWARE NOT I/S NMFC 104500 S3 | C50 | 8,136 | | |
| | | 0550046982 | | | | |
| | | 550047199 | | | | |
| | | RATED WITH DEFICIT WT OF | | 1,864 | | |
| | | FUEL SURCHARGE | | | | |
| 15 | | *** TOTALS *** PREPAID | | 8,136 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

Handwritten: 3 skids; 21 2 cm; Exp# 77033882; 4 skids 14 cm Damaged; Boxes crushed no visible damage (Hm)

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES

| COD AMOUNT | DRIVER COLLECT |
| --- | --- |
| | |

| DRIVER | PCS | SEAL | DATE | ACC CODES |
| --- | --- | --- | --- | --- |
| Hector | 15 | | 9-01-04 | |

NO. SHRINK WRAP PALLETS: 15 — ARRIVE: 1018 — DEPART: 1053 — HU: 15

WRAP INTACT YES ✓ NO ___

PRINT NAME & COMPANY: Delphi Delco

RECEIVER'S SIGNATURE: [signature]

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 08/31/04
BOL NUM: B010294
PRO. NUM:
SHIPPER NUM:
CARRIER: PRO TRANS C/O SAIA
CARRIER NUM:
VEH:
FOB:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA
INVOICE
321860 AND 321864

**DESTINATION**
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | PALLET | P/N 12228044<br>PO 550040547 | 2,736.0 | LBS | | SM21860 | |
| 10 | PALLET | P/N 12208752<br>PO 0550046982 | 4,320.0 | LBS | | SM21863 | |
| 3 | PALLET | P/N 12213603<br>PO 550047199 | 1,080.0 | LBS | | SM21864 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

066-11203740 5
SAIA
JUST ASK

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 8,136.0 Freight Charges (Collect)
**Total # Packages:** 15 COD Fee
~~COD Amt: 0.00~~ ~~Total Charges: 0.00~~

**Carrier Per:** PRO TRANS C/O SAIA
**Date:** 08/31/04
**Carrier Signature:** SAIA S. CASTRO 15PLT
**Date:** 8-31-04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______________ per ______________

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

(Signature of Consignor)

8/31/04
(Signature Date)



**pmp** Parkview Metal Products, Inc.
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 321860 | 1 |

REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000419 | 08/31/04 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550040547 | SM03244 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-31 | 2,880.000 | 2,880.000 | 0.000 | 0.53500 | 1,540.80 |

Item: 10-DPH044-C

Description: 12228044, REV. E , COVER
U/M: EA
Date Shipped: 09/01/04

Balance
Due
$693.33

Shipped on Packing Slip #: 21860

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

| | |
|---|---|
| SALES AMOUNT | 1,540.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,540.80 |

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm21860
Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 08/31/04 | SM03244 | 550040547 | PRO-TRANS | 2,736.00 | 2 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-31 | 10-DPH044-C<br>12228044, REV. E , COVER | EA | 2,880.000 | 2,880.000 |

INV# 321860

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm21864
Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 08/31/04 | SM03243 | 550047199 | PRO-TRANS | 1,080.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-19 | 10-DPH603-B<br>12213603, REV.D, SHIELD BASE | EA | 16,200.000 | 16,200.000 |

INV# 321864



Thu Sep 29 10:37 2005 CDT REF:15295671 FR:Saia Motors TO:8475507241

INVOICE 321860 AND 321864

SAIA JUST ASK — DELIVERY RECEIPT

PRO NUMBER 6611203740-5

6611203740-5

| DATE | SHIPPER # / BL # | ORIGIN | DEST |
|---|---|---|---|
| 8/31/04 | NS / B010294 | AUS | HRL |

PO# 550040547

CONSIGNEE: ~~DELPHI DELCO ELECTRONICS~~
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567 9563664658

SHIPPER: ~~PARKVIEW METAL PRODUCTS~~
400 BARNES DRIVE
SAN MARCOS, TX 78666 5127540200

| TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER |
|---|---|---|
| 531146 | 003R | |

| CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY | |
|---|---|---|---|---|---|---|
| | | | | | | 9/01 1 |

SPECIAL INSTRUCTIONS

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 15 | | PC HARDWARE NOI I/S NMFC 104500 S3 | C50 | 8,136 | | |
| | | 0550046982 | | | | |
| | | 550047199 | | | | |
| | | RATED WITH DEFICIT WT OF | | 1,864 | | |
| | | FUEL SURCHARGE | | | | |
| 15 | | *** TOTALS *** PREPAID | | 8,136 | | |
| | | CUSTOMER SERVICE 1-800-765-7242 | | | | |

3 skids

212 ctn

Exp # 77033882

4 skids 14 ctn Damaged

Boxes crushed no visible damage (HM)

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOWANCES

COD AMOUNT | DRIVER COLLECT

| DRIVER | PCS | SEAL | DATE | ACC CODES |
|---|---|---|---|---|
| [signature] | 15 | | 9-01-04 | |

PRINT NAME & COMPANY: Delphi Delco

NO. SHRINK WRAP PALLETS 15 ARRIVE 1018 DEPART 1053 HU 15

WRAP INTACT YES ✓ NO

RECEIVER'S SIGNATURE [signature]

Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

PAGE: 1 of 1
DATE: 08/31/04
SHIPPER NUM:
CARRIER NUM:
FOB:

BOL NUM: B010294
PRO. NUM:
CARRIER: PRO TRANS C/O SAIA
VEH:
ROUTE:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE 321860 AND 321864

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 2 | PALLET | P/N 12228044<br>PO 550040547 | 2,736.0 | LBS | | SM21860 | |
| 10 | PALLET | P/N 12208752<br>PO 0550046982 | 4,320.0 | LBS | | SM21863 | |
| 3 | PALLET | P/N 12213603<br>PO 550047199 | 1,080.0 | LBS | | SM21864 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

066-11203740 5
SAIA
JUST ASK

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 8,136.0
Total # Packages: 15
Freight Charges (Collect)
COD Fee

COD Amt: 0.00 Total Charges: 0.00

Carrier: PRO TRANS C/O SAIA
Per:
Date: 08/31/04

Carrier Signature: SAIA S. CASTRO
Date: 8-31-4

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

[signature] (Signature of Consignor)

8/31/04 (Signature Date)



pmp **Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 320904 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 07/14/04 |

REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550036913 | SM02856 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-7 | 6,100.000 | 2,400.000 | 0.000 | 2.00500 | 4,812.00 |

CI: 16870583
Item: 10-DPH583-A

Description: 16870583 REV 2 CUSHION RETAINER ASM
U/M: EA
Date Shipped: 07/23/04

Balance Due
$2,406.00

Shipped on Packing Slip #: 20854

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-2050

| | |
|---|---|
| SALES AMOUNT | 4,812.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,812.00 |

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

Packing Slip
From Warehouse: MAIN

Packing Slip: s-sm20854
Page: 1

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 07/14/04 | SM02856 | 550036913 | PRO-TRANS | 1,200.00 | 75 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-7 | 10-DPH583-A<br>16870583 REV 2 CUSHION RETAINER ASM<br><br>C/I: 16870583 | EA | 6,100.000 | 2,400.000 |

Inv# 320904

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL -- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 07/14/04

BOL NUM: B009853
PRO. NUM:
CARRIER: PRO TRANS C/O FED EX FREIGHT
VEH:
ROUTE:
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER:
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA
INVOICE 320904

DESTINATION:
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 75 | CARTON | P/N 16870583<br>PO 550036913 | 1,200.0 | LBS | | SM20854 | |
| 80 | CARTON | P/N 16901374<br>PO 550055815 | 1,505.0 | LBS | | SM20855 | |
| 0 | | 3RD PARTY BILLING<br>PRO TRANS | 0.0 | | | | |
| 0 | | 3201 NAFTA SUITE A<br>BROWNSVILLE TX 78521 | 0.0 | | | | |

Driver signature acknowledges receipt of freight only. Terms & Conditions of the Carrier's Tariffs apply.
57326391-2 SAT FedEx Freight
ARRIVE DEPART

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 2,705.0
Total # Packages: 155
Freight Charges (Collect)
COD Fee

~~COD Amt: 0.00~~ ~~Total Charges: 0.00~~ FXFEX 2074

Carrier: PRO TRANS C/O FED EX FREIGHT
Per:
Date: 07/14/04

Carrier Signature: [signature] #36057
Date: 7/14/04 (7) SWS 155 CTNS

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______________ per ______________

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

[signature]
(Signature of Consignor)

7/14/04
(Signature Date)

FedEx Freight
2200 FORWARD DRIVE
HARRISON, AR 72601
866.393.4585
fedex.com

DELIVERY RECEIPT

Freight Bill Number 573263912 R0

Page 1 of 1

B/L # B009853
P.O. # 5500036913
Ship Date 07/14/04 | Origin STX | Dest. HRL

CONSIGNEE
DELPHI I CIS 39705
1900 BILLY MITCHELL BLVD
& VALLEY WAREHOUSE
BROWNSVILLE TX 78521
Trailer # PB526

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES ST
SAN MARCOS TX 78666-5900

| H/U | PCS | HM | DESCRIPTION | WEIGHT | NMFC | PC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | 155 | | PO# 5500036913<br>HARDWARE, IRON OR STEEL<br>7 SKIDS<br>5500055815 PO#<br>D01749 FUEL SURCHG LTL SHPTS 20% | 2705 | 104500-00 | | 050 | | |

2 crushed boxes

INVOICE 320904

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

7 | 155 | COLLECT - WILL INVOICE THIRD PARTY | 2705

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY ☐ LIFTGATE
☐ RESIDENTIAL/LIMITED ACCESS ☐ DETENTION
☐ SORT & SEGREGATE ☐ OTHERS

WILL INVOICE RESPONSIBLE PARTY

Received by: [signature]
Date: 7-15-04 Arrive: 1012 Depart: 1027
Delv. Driver: J. Flores Driver #: 20207
☑ DELV WITH S/W INTACT 7SK #of Skids Delv
☑ CLEAR ☐ SHORT ☐ OVER ☐ DAMAGE
EXCEPTIONS:

Customer Requirements/Appointment Instruction

DRIVER COPY

**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| tool 901110 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way<br>Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 04/29/04 |

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
2
RETAINED FOR PRODUCTION
PRODUCTION

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| IVS63194 | S000545 | | |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 1.000 | 1.000 | 0.000 | 48,950.00000 | 48,950.00 |

Item: T67970

Description: PROG DIE REV (DELPHI 16898598/599)
U/M: EA
Date Shipped: 04/29/04

Ordered by
J. Tobe

Balance Due
$5,000.00

Buyer
Bassam Khoudari
248 655 ~~8433~~
8811

not converted to SAP system
per Betty Flora (P) 765 451 0220

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-7250

| | |
|---|---|
| SALES AMOUNT | 48,950.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 48,950.00 |

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting

DaimlerChrysler Ford General Motors

# Part Submission Warrant

Part Name BRACKET INFLATOR ASM LH Part Number 16898598

Safety and/or Government Regulation [ ] Yes [✓] No

Engineering Drawing Change Level 001 Dated 20-Apr-04

Additional Engineering Changes N/A Dated N/A

Shown on Drawing Number 16898598 Purchase Order No. N/A Weight (kg) 0.425

Checking Aid Number N/A Engineering Change Level N/A Dated N/A

SUPPLIER MANUFACTURING INFORMATION

Parkview Metal Products 622825040
Supplier Name & Supplier Code

400 Barnes Drive
Street Address

San Marcos, Tx. 78666
City State Zip

SUBMISSION INFORMATION

[✓] Dimensional [✓] Materials/Function [ ] Appearance

Customer Name/Division DELPHI AUTOMOTIVE SYSTEMS

Buyer/Buyer Code Bassam Khoudari

Application Durango CAB

Note: Does this part contain any restricted or reportable substances? [ ] Yes [✓] No

Are plastic parts identified with appropriate ISO marking codes? [ ] Yes [ ] No

REASON FOR SUBMISSION

- [✓] Initial submission
- [ ] Engineering Change(s)
- [ ] Tooling: Transfer, Replacement, Refurbishment, or additional
- [ ] Correction of Discrepancy
- [ ] Tooling Inactive > than 1 year
- [ ] Change to Optional Construction or Material
- [ ] Sub-Supplier or Material Source Change
- [ ] Change in Part Processing
- [ ] Parts produced at Additional Location
- [ ] Other - please specify

REQUESTED SUBMISSION LEVEL (Check one)

- [ ] Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
- [ ] Level 2 - Warrant with product samples and limited supporting data submitted to customer.
- [✓] Level 3 - Warrant with product samples and complete supporting data submitted to customer.
- [ ] Level 4 - Warrant and other requirements as defined by customer.
- [ ] Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

SUBMISSION RESULTS

The results for [✓] dimensional measurements [✓] material and functional tests [ ] appearance criteria [✓] statistical process package

These results meet all drawing and specification requirements: [✓] YES [ ] NO (If "NO" - Explanation Required)

Mold / Cavity / Production Process ______

DECLARATION

I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of _16000___/ 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS: ______

Print Name Genaro Blake Title Mfg. Engineer Phone No. 512/ 754-0200 Fax No. 512/ 754-0800

Supplier Authorized Signature [signature] Date 5/3/04

FOR CUSTOMER USE ONLY (IF APPLICABLE)

Part Warrant Disposition: [■] Approved [ ] Rejected [ ] Other

Part Functional Approval: [■] Approved [ ] Waived

Customer Name Nichole Taylor Customer Signature Nichole Taylor Date 5/6/04

CFG-1001

The original copy of this document shall remain at the supplier' location while the part is active (see Glossary).

Optional: customer tracking number: # ______

DaimlerChrysler Ford General Motors

# Part Submission Warrant

Part Name BRACKET INFLATOR ASM LH Part Number 16898599

Safety and/or Government Regulation ☐ Yes ☑ No
Engineering Drawing Change Level 001 Dated 28-Apr-04

Additional Engineering Changes N/A Dated N/A

Shown on Drawing Number 16898599 Purchase Order No. N/A Weight (kg) 0.425

Checking Aid Number N/A Engineering Change Level N/A Dated N/A

**SUPPLIER MANUFACTURING INFORMATION**

Parkview Metal Products 622825040
Supplier Name & Supplier Code

400 Barnes Drive
Street Address

San Marcos, Tx. 78666
City State Zip

**SUBMISSION INFORMATION**

☑ Dimensional ☑ Materials/Function ☐ Appearance

Customer Name/Division DELPHI AUTOMOTIVE SYSTEMS

Buyer/Buyer Code Bassam Khoudari

Application Durango CAB

Note: Does this part contain any restricted or reportable substances? ☐ Yes ☑ No

Are plastic parts identified with appropriate ISO marking codes? ☐ Yes ☐ No

**REASON FOR SUBMISSION**

☑ Initial submission
☐ Engineering Change(s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling Inactive > than 1 year
☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts produced at Additional Location
☐ Other - please specify

**REQUESTED SUBMISSION LEVEL (Check one)**

☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☐ Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☑ Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☐ Level 4 - Warrant and other requirements as defined by customer.
☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**

The results for ☑ dimensional measurements ☑ material and functional tests ☐ appearance criteria ☑ statistical process package

These results meet all drawing and specification requirements: ☑ YES ☐ NO (If "NO" - Explanation Required)

Mold / Cavity / Production Process ____________

**DECLARATION**

I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of _16000___/ 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS: ____________

Print Name Genaro Blake Title Mfg-Engineer Phone No. 512/ 754-0200 Fax No. 512/ 754-0800

Supplier Authorized Signature [signature] Date 5/3/04

FOR CUSTOMER USE ONLY (IF APPLICABLE)

Part Warrant Disposition: ☒ Approved ☐ Rejected ☐ Other

Part Functional Approval: ☐ Approved ☐ Waived

Customer Name Nichole L. Taylor Customer Signature [signature] Date 5-6-04

July 1999 CFG-1001

The original copy of this document shall remain at the supplier location while the part is active (see Glossary).

Optional: customer tracking number: # ____________



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| fab 788302 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| c000419 | 04/07/04 |

BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
3
DELCO ELECTRONICS SYSTEMS
PLANT 35
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550039227 | S003976 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-5 | 238.000 | 238.000 | 0.000 | 2.32000 | 552.16 |
| | CI: 12231654<br>Item: 15-DEL1654-1<br>Description: 12231654 BRACKET MODULE REV B<br>U/M: EA<br>Date Shipped: 04/07/04 | | | | |
| 1-6 | 150.000 | 150.000 | 0.000 | 2.32000 | 348.00 |
| | CI: 12231654<br>Item: 15-DEL1654-1<br>Description: 12231654 BRACKET MODULE REV B<br>U/M: EA<br>Date Shipped: 04/07/04 | | | | |
| 1-7 | 75.000 | 75.000 | 0.000 | 2.32000 | 174.00 |
| | CI: 12231654<br>Item: 15-DEL1654-1<br>Description: 12231654 BRACKET MODULE REV B<br>U/M: EA<br>Date Shipped: 04/07/04 | | | | |
| 1-8 | 75.000 | 75.000 | 0.000 | 2.32000 | 174.00 |

Balance Due $665.64

| 1-8 | 75.000 | 75.000 | 0.000 |
|---|---|---|---|

| | |
|---|---|
| SALES AMOUNT | 174.00 |
| MISC CHG | 174.00 |
| FREIGHT | 174.00 |
| SALES TAX | 174.00 |
| PREPAID | 174.00 |
| TOTAL | 174.00 |

**ORIGINAL INVOICE**



**Parkview Metal Products, Inc.**

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| fab 788302 | 2 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| c000419 | 04/07/04 |

**BILL TO**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

**SHIP TO**
3
DELCO ELECTRONICS SYSTEMS
PLANT 35
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550039227 | S003976 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|

CI: 12231654
Item: 15-DEL1654-1

Description: 12231654 BRACKET MODULE REV B
U/M: EA
Date Shipped: 04/07/04

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-9 | 124.000 | 124.000 | 0.000 | 2.32000 | 287.68 |

CI: 12231654
Item: 15-DEL1654-1

Description: 12231654 BRACKET MODULE REV B
U/M: EA
Date Shipped: 04/07/04
10/27/04 - PO recieved with the updated

Shipped on Packing Slip #: 9803

PLEASE REMIT TO:72047 EAGLE WAY
CHICAGO, IL 60678-7250

| | |
|---|---|
| SALES AMOUNT | 1,535.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,535.84 |

**ORIGINAL INVOICE**

Reprint Packing Slip
From Warehouse: MAIN

Packing Slip: fab9803
Page: 1

788302

From:
Parkview Metal Products
759 Industrial Drive
Bensenville IL 60106
Jeff Dec
773-622-8414

Bill To: c000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (3)
DELCO ELECTRONICS SYSTEMS
PLANT 35
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 04/07/04 | S003976 | 0550039227 | BAX GLOBAL | 167.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1-5 | 15-DEL1654-1<br>12231654 BRACKET MODULE REV B | EA | 238.000 | 238.000 |
| | C/I: 12231654<br>12231654 BRACKET MODULE REV B<br>12231654 BRACKET MODULE REV B | | | |
| 1-6 | 15-DEL1654-1<br>12231654 BRACKET MODULE REV B | EA | 150.000 | 150.000 |
| | C/I: 12231654<br>12231654 BRACKET MODULE REV B | | | |
| 1-7 | 15-DEL1654-1<br>12231654 BRACKET MODULE REV B | EA | 75.000 | 75.000 |
| | C/I: 12231654<br>12231654 BRACKET MODULE REV B | | | |
| 1-8 | 15-DEL1654-1<br>12231654 BRACKET MODULE REV B | EA | 75.000 | 75.000 |
| | C/I: 12231654<br>12231654 BRACKET MODULE REV B | | | |
| 1-9 | 15-DEL1654-1<br>12231654 BRACKET MODULE REV B | EA | 124.000 | 124.000 |

Reprint Packing Slip
From Warehouse: MAIN
Packing Slip: fab9803
Page: 2

From:
Parkview Metal Products
759 Industrial Drive
Bensenville IL 60106
Jeff Dec
773-622-8414

Bill To: c000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (3)
DELCO ELECTRONICS SYSTEMS
PLANT 35
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 04/07/04 | S003976 | 0550039227 | BAX GLOBAL | 167.00 | 3 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| | C/I: 12231654<br>12231654 BRACKET MODULE REV B | | | |

001 001 424 3592

**BAX GLOBAL** CORPORATE SUPPORT GROUP 16808 ARMSTRONG AVE. IRVINE, CA 92606-4936

AIRBILL NUMBER 585 850 694

| DATE | ORIGIN | DEST. SORT CODE |
|---|---|---|
| 4/7/04 | ORD | |

**1** SHIPPER'S REFERENCE NO.: 15-DEL/654-1 | SHIPPER'S ACCOUNT NO.: 556662794

COMPANY: PARKVIEW METAL PRODUCTS | DEPT./FLOOR:

FROM (YOUR NAME): P078A | PHONE NO.:

STREET ADDRESS: 759 INDUSTRIAL DR

CITY: BENSENVILLE | STATE: IL | ZIP (REQUIRED): 60106

**2** CONSIGNEE'S REFERENCE NO.: PO# 0550039227 | CONSIGNEE'S ACCOUNT NO.:

COMPANY: DELCO ELECTRONICS SYSTEMS | DEPT./FLOOR:

TO (CONSIGNEE NAME): PLANT 35 | PHONE NO.:

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX): 601 JOAQUIN CAVAZOS

CITY: LOS INDIOS | STATE: TX | ZIP (REQUIRED): 78567

**3** C.O.D. $

BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN ABOVE.

DECLARED VALUE $

LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND WHICHEVER IS GREATER, UNLESS HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 8, FOR DECLARED VALUE LIMITATIONS.

SPECIAL CHARGES $

**4** BILLING INFORMATION

- [ ] PREPAID (SHIPPER) $ ____ CASH RECEIVED (PAID IN ADVANCE)
- [x] COLLECT (CONSIGNEE) | RATE QUOTE NUMBER
- [ ] 3RD PARTY (ACCT. NO. OR BILLING ADDRESS REQ'D.)

ACCOUNT NO.:

COMPANY/NAME:

STREET ADDRESS:

CITY: | STATE: | ZIP:

AIRBILL NUMBER 585 850 694

Cargo items tendered for air transportation are subject to aviation security controls by air carriers and when appropriate other government regulations. Copies of all relevant shipping documents showing all cargo's consignee, consignor, description, and other relevant data will be retained on file until the cargo completes its air transportation.

F 100 (10-97)

**5** SERVICE REQUESTED

- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [x] SECOND DAY
- [ ] NEXT FLIGHT AVAILABLE
- [ ] FIRST ARRIVAL CALL YOUR LOCAL BAX STATION
- [ ] DEFERRED

____ SKID(S) SAID TO CONTAIN ____ NO. OF PIECES

**6** HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)

- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION
- [ ] *GOVERNMENT SHIPMENT
- [ ] G.O.H. (GARMENT ON HANGER)

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION: 2ND DAY

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 167# | 37" | 37" | 19" | METAL STAMPINGS |
| TOTAL PCS. | TOTAL WT. | REWEIGH | | | |

**7** SIGNATURE OF SHIPPER: X C. Senase

PRINT NAME OF SHIPPER: C. SENASE

RELEASE SIGNATURE (SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.) X

FOR BAX GLOBAL USE ONLY

RECEIVED BY BAX AT: [x] SHIPPER'S DOOR [ ] BAX TERMINAL

TIME/DATE OF PICK-UP: 1730 4/7/04 | DRIVER NO.: 375

SIGNED FOR BAX: X [signature]

OUTSIDE CARRIER: CHARGES ADVANCED $ | PRO NUMBER | CARRIER NAME

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

SHIPPER COPY

**Parkview Metal Products, Inc.**
4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 317809 | 1 |

REMIT TO
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000419 | 02/05/04 |



BILL TO
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

SHIP TO
4
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 550046982 | SM02816 | | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-8 | 840.000 | 840.000 | 0.000 | 0.33750 | 283.50 |

Item: 10-DPH692-B

Description: 12212692, REV.C, COVER
U/M: EA
Date Shipped: 02/05/04

Balance Due
$121.47

Shipped on Packing Slip #: 17679

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

| | |
|---|---|
| SALES AMOUNT | 283.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 283.50 |

**ORIGINAL INVOICE**

Packing Slip
From Warehouse: MAIN

Page: 1
Packing Slip: 17679

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000419
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN 46904

Ship To: (4)
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 02/05/04 | SM02816 | 550046982 | CENTRAL | 121.00 | 10 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 1-8 | 10-DPH692-B<br>12212692, REV.C, COVER | EA | 168.000 | 840.000 |

Inv# 317809

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 02/05/04
SHIPPER NUM:
CARRIER NUM:
FOB:

BOL NUM: B008585
PRO. NUM:
CARRIER: CENTRAL
VEH:
ROUTE:

___SKD ___LSE CTN ___DRM ___BUN ☐ SWAC
___CRTS ___BSKT ___RCK ___TOTE ☐ SL & C
28 SWS-OF 179 CTN ___ SWS-STC ___ CTN
OTHER ___ SHIP.INIT ___
PICK UP STICKER
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA
INVOICE
317809

DESTINATION
DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 144 | CARTON | P/N 12208752 PO 550046982 | 2,934.0 | LBS | | 17678 | |
| 23 | CARTON | P/N 12208646 PO 0550046982 | 896.0 | LBS | | 17677 | |
| 10 | CARTON | P/N 12212692 PO 550046982 | 121.0 | LBS | | 17679 | |
| 2 | CARTON | P/N 12208641 PO 550046982 | 156.0 | LBS | | 17680 | |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight
S782-106443-5

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 4,107.0 Freight Charges (Collect)
**Total # Packages:** 179 COD Fee

COD Amt: 0.00 **Total Charges:** 0.00

**Carrier:** CENTRAL
**Per:**
**Date:** 02/05/04

**Carrier Signature:** R. Rodriguez
**Date:** 02/05/04

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

Elizabeth Cortez
(Signature of Consignor)

02/05/04
(Signature Date)

CENTRAL TRANSPORT

Pro Number
S782-106443-5

| Ship Date | |
|---|---|
| 02/05/04 | |
| Pieces | Weight |
| 21 | 4107 |
| Reference Number | |
| Freight Terms | |
| Freight Charges Are Collect | |
| SCAC: | CTII |

Consignee:
DELPHI DELCO ELEC PLT 83
601 JOAQUIN CAVOZOS
LOS INDIOS, TX 78567

Shipper:
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

**Special Instructions**
Delivery Trailer53-8124
COD Amount:0.0000

Central Transport Delivery Receipt

pmp Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL-- NOT NEGOTIABLE

BOL NUM: B008585
PRO. NUM:
CARRIER: CENTRAL
VEH:
ROUTE:

21 SWS OF 179 CTN

PAGE: 1 of 1
DATE: 02/05/04
SHIPPER NUM:
CARRIER NUM:
FOB:

[illegible]

SHIPPER: PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

DESTINATION: DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 144 | CARTON | P/N 12208752 PO 550046982 | 2,934.0 | LBS | | 17678 | |
| 23 | CARTON | P/N 12208645 PO 0550046982 | 896.0 | LBS | | 17677 | |
| 10 | CARTON | P/N 12212692 ~~PO 550046982~~ | 121.0 | LBS | | 17679 | |
| 2 | CARTON | P/N 12208641 PO 550046982 | 156.0 | LBS | | 17680 | |

S782-106443-5

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 8-3

Order Value: 0.00
Shipper Per:

Total Weight: 4,107.0
Total # Packages: 179
Freight Charges (Collect)
COD Fee
COD Amt: 0.00
Total Charges: 0.00

Carrier Per: CENTRAL
Date: 02/05/04
Carrier Signature: R. Rodriguez
Date: 02/05/04

[illegible]

Subject to Section 7 of conditions. [illegible]

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

Signature of Consignee: [signature]
Signature Date: 02/05/04

INVOICE 317809

Pro Number
S782-106443-5

**Stamp / Sign Here**

Firm Delco
By [signature] 179 ctn
Pieces Received 21
Driver [signature] Date 2/6/04
Arrive Time Depart Time

**Additional Services Requested**
- [ ] Inside Delivery
- [ ] Liftgate
- [ ] Residential Delivery
- [ ] Driver Delay
- [ ] Sort - Segregate
- [ ] Redelivery

Fees to be Paid by __Consignee __Shipper
Customer Signature

**Internal Use**
# And Type of Container
Part #
Qty. of Pcs Affected
Desc.
Skids
Date Log#

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(II)



# Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 • PH (773) 622-8414 • Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 • PH (512) 754-0200 • Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 • PH (773) 622-8414 • Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 317513 | 1 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250

| CUST NO. | DATE |
|---|---|
| C000485 | 01/21/04 |

BILL TO
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

SHIP TO
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02801 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 371.000 | 371.000 | 0.000 | 0.18000 | 66.78 |

Item: 10-DPH895-A

Description: 16869895, REV 2 RAMP CUSH SUPP,
U/M: EA
Date Shipped: 01/21/04

Balance Due
$66.78

Shipped on Packing Slip #: 17379

PLEASE REMIT TO: 72047 EAGLE WAY
CHICAGO, IL 60678-2050

| | |
|---|---|
| SALES AMOUNT | 66.78 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 66.78 |

**ORIGINAL INVOICE**

metal stampings • tools and dies • assembly • prototype • short run stampings • production painting