EXHIBIT B cont'd
(7)



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| s-sm 317514 | 1 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/21/04 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



**BILL TO**
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

**SHIP TO**
3
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02802 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 219.000 | 219.000 | 0.000 | 0.72700 | 159.21 |

Item: 10-DPH891-A

Description: 16869891 REV 3   INFLATOR BRKT.LH,
U/M: EA
Date Shipped: 01/21/04

Shipped on Packing Slip #:   17380

PLEASE REMIT TO:72047 EAGLE WAY
          CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 159.21 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 159.21 |



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639 ● PH (773) 622-8414 ● Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666 ● PH (512) 754-0200 ● Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106 ● PH (773) 622-8414 ● Fax 773-804-3050

| INVOICE | PAGE |
|---|---|
| S-SM 317515 | 1 |

| REMIT TO |
|---|
| 72047 Eagle Way |
| Chicago, IL 60678-7250 |

| CUST NO. | DATE |
|---|---|
| C000485 | 01/21/04 |

| BILL TO | DELPHI S&I VANDALIA PLANT<br>DELPHI CORPORATION<br>250 NORTHWOODS BLVD<br>PO BOX 5051 - MC #146<br>VANDALIA OH 45377-5051 | SHIP TO | 3<br>DELPHI S&I-RIMIR PLANT<br>DELPHI CORPORATION<br>1900 BILLY MITCHELL BLVD.<br>DOCK 1&2<br>BROWNSVILLE TX 78521 |
|---|---|---|---|

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---|---|---|---|
| 0550025648 | SM02803 | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1-1 | 225.000 | 225.000 | 0.000 | 0.72700 | 163.58 |
| | Item: 10-DPH619-A | | | | |

Description: 16870619 REV 3 INFLATOR BRKT. RH,
U/M: EA
Date Shipped: 01/21/04

Shipped on Packing Slip #:    17381

PLEASE REMIT TO:72047 EAGLE WAY
            CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 163.58 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 163.58 |

Reprint Packing Slip
From Warehouse: MAIN

Page: 1
Packing Slip: 17379

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 01/21/04 | SM02801 | 0550025648 | CENTRAL | 42.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1-1 | 10-DPH895-A | EA | 250.000 | 371.000 |
| | 16869895, REV 2 RAMP CUSH SUPP, | | | |

INV# 317513

INVOICE 317513
Shipped with INVOICE
317514 and 317515

Reprint Packing Slip
From Warehouse: MAIN

Packing Page:        1
Slip:   17380

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 162
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/21/04 | SN02802 | 0550025648 | CENTRAL | 116.00 | 6 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|----------|------|--|-----|-------------|-------------|
| 1-1 | 10-DDH891-A | | EA | 250.000 | 219.000 |
|  | 16869891 REV 3    INFLATOR BRKT.LH, | | | | |

(Inv# 317514)

Shipped with
INVOICE 317513 and
317515

Reprint Packing Slip
From Warehouse: MAIN

Packing Slip:                    Page:        1
                                Packing Slip:  17381

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C0004485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #446
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/21/04 | SM02803 | 0550025648 | CENTRAL | 103.00 | 6 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1-1 | 10-DFH619-A | EA | 250.000 | 225.000 |
|  | 16870619 REV 3 INFLATOR BRKT. RH, | | | |

*Inv# 317515*

*INVOICE 317515*
*shipped with*
*INVOICE 317513 and 317514*

# Parkview Metal Products, Inc.

400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

*INVOICE*

*317313*
*317314*
*317515*

PAGE: 1 of 1
DATE: 01/21/04

**BOL NUM:** B008453
**PRO. NUM:**
**CARRIER:** SMT
**VEH:**
**ROUTE:**

**SHIPPER NUM:**
**CARRIER NUM:**
**FOB:**

The property described below, is apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 10 | CARTON | P/N 16870917 PO 550036913 | 381.0 | LBS | | 17377 | |
| 1 | CARTON | P/N 16869895 PO 0550025648 | 42.0 | LBS | | 17379 | |
| 6 | CARTON | P/N 16869891 PO 0550025648 | 116.0 | LBS | | 17380 | |
| 6 | CARTON | P/N 16870619 PO 0550025648 | 103.0 | LBS | | 17381 | |
| 11 | CARTON | P/N 16869748 PO 550025648 | 382.0 | LBS | | 17376 | |

SOUTHWESTERN MOTOR TRANSPORT (SMT)

**001 2263909 0** SAT

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

**Order Value:** 0.00
**Shipper Per:**

**Total Weight:** 1,024.0
**Total # Packages:** 34

Freight Charges (Prepaid)
COD Fee

**COD Amt:** 0.00     **Total Charges:** 0.00

**Carrier:** SMT
**Per:**
**Date:** 01/21/04

**Carrier Signature:** *Sm (5) H/u with 34 ch*
**Date:** *XKina No 4/21/04 11963*
*3351*

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

*Elizabeth Cortez*
(Signature of Consignor)

*01/21/04*
(Signature Date)

INVOICE 317513, 317514, 317515

09/14/05 15:52:28    SMTLINES->    218662395    Jan 26 2004 11:05    Page 882
P.25

SMT-HRL2530

**SOUTHWESTERN MOTOR TRANSPORT, INC. (SMTL)**
4600 GOLDFIELD, SAN ANTONIO, TX 78218-4698
PH# 1-956-546-3171    Fax:008-956-425-8041

Delivery Receipt 1

00122639090
Freight Bill Number

Page    1    C#1

| | Des | Trailer No. | Shipper B/L or Reference No. | | Date | C#1 | 0004709 |
|---|---|---|---|---|---|---|---|
| CONSIGNEE | BVL | 2201 | B008453 | SHIPPER | 1/21/04 | SAT | PARKVIEW METAL PRODUCTS |
| | | 3709 | | | | | 400 BARNES DR |

39701-DELPHI-COMP MECANICOS    0001548
1900 BILLY MITCHELL BLVD
DELPHI S&I-RIMIR PLANT
BROWNSVILLE, TX 78521    P.O.#550036913
BVL

SHIPPER: PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

BILL TO: PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

**Special Instructions**
SMT Lines offering direct service
to and from Indiana.

| Org C/L | Org C/L Rev | Date | C/L Bill No. | BYD C/L | BYD C/L Rev | SMT Rev |
|---|---|---|---|---|---|---|
| | | | | | | 85.88 |

| Pieces | HM | Description of 00122639090 | Class | Weight | Rate | Charge |
|---|---|---|---|---|---|---|
| 34 | | PALLETS HARDWARE-NOI I/S NMFC ITEM #104500 | 50 | 1,024 | 28.87 | 295.63 |
| | | FREIGHT ON 5 SKIDS | | | No dis | 3.10 |
| | | FUEL SURCHARGE-3.75% | | | | 212.85 |
| | | SMT LINES saves you...  72.00% | | | | |
| | | | | | | |
| 34 | | **TOTAL PREPAID CHARGES** | | 1,024 | | 85.88 |

SMTL    DELIVR    JAN 22

| | Date | Arrived | Departed | Pieces | Unit/Loc | Charge |
|---|---|---|---|---|---|---|
| Signature X | 1-22-Y | 1046 | 1055 | 34 | 3209 3789 | 85.88 |
| Name (print) | Drv. Initls. | Drv. No. 1777 | Del. Hndl Un. | | | |

NS

Shippers Number

Received in good condition except as noted above.

INVOICE
31513, 31515
31514

09/14/05 15:52:28

SMTLINES->

2186623295

Page 001

*******************************
SOUTHWESTERN MOTOR TRANSPORT
FAX COVER SHEET
*******************************

DATE:   9/14/05

FAX TO........:  DANETTE
COMPANY.......:  PARKVIEW METAL
FAX NUMBER...:  18475507241

FAX FROM.....:  SMT

SUBJECT......:

Reprint Packing Slip
From Warehouse: MAIN

Page: 1
Packing Slip: 17380

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485
DELPHI S&I VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
PO BOX 5051 - MC #146
VANDALIA OH 45377-5051

Ship To: (3)
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 01/21/04 | SN02802 | 0550025648 | CENTRAL | 116.00 | 6 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1-1 | 10-DPH891-A | EA | 250.000 | 219.000 |
| | 16869891 REV. 3 | INFLATOR BRKT.LH, | | |

Inv# 317514

INVOICE
317514
Shipped with INVOICE
317513 and 317515

```
                                    Reprint Packing Slip                    Page:        1
                                    From Warehouse: MAIN        Packing Slip:    17379

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000485                    Ship To: (3)
DELPHI S&I VANDALIA PLANT           DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                  DELPHI CORPORATION
250 NORTHWOODS BLVD                 1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146               DOCK 1&2
VANDALIA OH 45377-5051              BROWNSVILLE TX 78521


Order Contact:
======================================================================================
Pack Date Order #  Cust PO                    Ship Via            Weight  Pkgs #
--------- -------- --------                    --------            ------  ------
01/21/04  SM02801  0550025648                  CENTRAL              42.00       1
======================================================================================
Line/Rel  Item                          U/M      Qty Ordered    Qty To Pack
--------  ----                          ---      -----------    -----------
1-1       10-DFH895-A                    EA         250.000        371.000
          16869895, REV 2 RAMP CUSH SUPP,
```

INV# 317 513

Shipped with

Invoice 317514
and
317515

Reprint Packing Slip
From Warehouse: MAIN

Packing    Page:         1
           Slip:     17381

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                          Ship To: (3)
DELPHI S&I VANDALIA PLANT                  DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                         DELPHI CORPORATION
250 NORTHWOODS BLVD                        1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                      DOCK 1&2
VANDALIA OH 45377-5051                     BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/21/04 | SM02803 | 0550025648 | CENTRAL | 103.00 | 6 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1-1 | 10-DPH619-A | EA | 250.000 | 225.000 |
|  | 16870619 REV 3 INFLATOR BRKT. RH, | | | |

*Inv# 317515*

*Shipped with*
*Invoice 317513 and 317514*

# PTP

**Parkview Metal Products, Inc.**
400 Barnes Dr.
San Marcos, TX 78666

**INVOICE**

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 01/21/04

BOL NUM: B008453
PRO. NUM:
CARRIER: SMT
VEH:
ROUTE:

*317513*
*317514*
*317515*

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**
PARKVIEW METAL PRODUCTS
400 BARNES DR.
SAN MARCOS TX 78666
USA

**DESTINATION**
DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 10 | CARTON | P/N 16870917 PO 550036913 | 381.0 | LBS | | 17377 | |
| 1 | CARTON | P/N 16869895 PO 0550025648 | 42.0 | LBS | | 17379 | |
| 6 | CARTON | P/N 16869891 PO 0550025648 | 116.0 | LBS | | 17380 | |
| 6 | CARTON | P/N 16870619 PO 0550025648 | 103.0 | LBS | | 17381 | |
| 11 | CARTON | P/N 16869748 PO 550025648 | 382.0 | LBS | | 17376 | |

SOUTHWESTERN MOTOR TRANSPORT (SMT)
001 2263909 0 SAT

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 1,024.0
Total # Packages: 34

Freight Charges (Prepaid)
COD Fee

COD Amt: 0.00    Total Charges: 0.00

Carrier: SMT
Per:
Date: 01/21/04

Carrier Signature:
Date:

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____ (Signature of Consignor)

01/21/04
(Signature Date)

INVOICE 317513, 317514, 317515

09/14/05 15:52:28    SMTLINES->    21B6622395    Page BB2

**SOUTHWESTERN MOTOR TRANSPORT, INC. (SMTL)**
SMT-HRL2530
4600 GOLDFIELD, SAN ANTONIO, TX 78218-4698
PH# 1-956-846-3171

Fax:008-956-425-8041    Jan 26 2004 11:05    P.25

00122639090
Freight Bill Number

**Delivery Receipt 1**

| CONSIGNEE | Des | Trailer No. | Shipper B/L or Reference No. | | Date | QT# | |
|---|---|---|---|---|---|---|---|
| | BVL | 2201 | B008453 | | 1/21/04 | SAT | Page 1 C#1 |

| | Des | Trailer No. | | | | | 0004709 |
|---|---|---|---|---|---|---|---|
| | BVL | 3709 | 0001548 | SHIPPER | PARKVIEW METAL PRODUCTS 400 BARNES DR SAN MARCOS, TX 78666 | | |

| | | | BVL | P.O.#550035913 | BILL TO | PARKVIEW METAL PRODUCTS 400 BARNES DR SAN MARCOS, TX 78666 | |

Special Instructions
SMT Lines offering direct service
to and from Indiana.

| Org C/L | Org C/L Rev | Date | C/L Bill No. | BYD C/L | BYD C/L Rev | SMT Rev | Shippers Number |
|---|---|---|---|---|---|---|---|
| | | | | | | 85.88 | NS |

| Pieces | HM | Description of 00122639090 | Class | Weight | Rate | Charge |
|---|---|---|---|---|---|---|
| 34 | | PALLETS HARDWARE-NOI I/S NMFC ITEM #104500 FREIGHT ON 5 SKIDS FUEL SURCHARGE 3.75% SMT LINES saves you... 72.00% | 50 | 1,024 | 28.87 | 295.63 |
| | | | | | Nodis | 3.10 |
| | | | | | | 212.85 |

DELIV[ ]
JAN 22
SMTL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | | **TOTAL PREPAID CHARGES | | 1,024 | | 85.88 |

Received in good condition except as noted above

| | Date | | Arrived | Departed | Pieces | UnitLoc | Checker |
|---|---|---|---|---|---|---|---|
| Signature X | Dlv. Date: 1-72-4 | | 1046 | 1055 | 34 | 3209 | |
| Name (print) | Dlv. Initls: BA | Drv. No. 1772 | | Del. Hndl Un. 34 | | | |

INVOICE
317513, 317515
317514

09/14/05 15:52:28                    21866232295                    Page 001

```
******************************
SOUTHWESTERN MOTOR TRANSPORT
        FAX COVER SHEET
**********************************
```

SMTLINES-->

FAX TO......: DANETTE
COMPANY....: PARKVIEW METAL
FAX NUMBER..: 18475507241

FAX FROM....: SMT

SUBJECT.....:

DATE:    9/14/05

```
                                    Reprint Packing Slip          Page:            1
                                    From Warehouse: MAIN           Packing Slip: 17381

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C0004485                   Ship To: (3)
DELPHI S&I VANDALIA PLANT            DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                  DELPHI CORPORATION
250 NORTHWOODS BLVD                 1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146               DOCK 1&2
VANDALIA OH 45377-5051              BROWNSVILLE TX 78521

Order Contact:
============================================================================================
Pack Date Order #    Cust PO          Ship Via              Weight    Pkgs #
--------- -------    -------          --------              ------    ------
01/21/04  SM02803    0550025648       CENTRAL               103.00       6
============================================================================================
Line/Rel  Item                        U/M      Qty Ordered     Qty To Pack
--------  ----                        ---      -----------     -----------
1-1       10-DPH619-A                  EA        250.000          225.000
          16870619 REV 3 INFLATOR BRKT. RH,
```

Inv# 317515

Invoice 317515
shipped with
Invoice 317513 and 317514

Reprint Packing Slip
From Warehouse: MAIN

Page:              1
Packing Slip:  17379

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                          Ship To: (3)
DELPHI S&I VANDALIA PLANT                  DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                         DELPHI CORPORATION
250 NORTHWOODS BLVD                        1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                      DOCK 1&2
VANDALIA OH 45377-5051                     BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/21/04 | SM028801 | 0550025648 | CENTRAL | 42.00 | 1 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1-1 | 10-DPH895-A | EA | 250.000 | 371.000 |
|  | 16869895, REV 2 RAMP CUSH SUPP, |  |  |  |

*Inv# 317 513*

*Shipped with*
*Invoice 317514 and 317515*

Reprint Packing Slip
From Warehouse: MAIN

Packing Slip:   Page:   1
                        17380

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200

Bill To: C000485                        Ship To: (3)
DELPHI S&I VANDALIA PLANT                DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION                       DELPHI CORPORATION
250 NORTHWOODS BLVD                      1900 BILLY MITCHELL BLVD.
PO BOX 5051 - MC #146                     DOCK 1&2
VANDALIA OH 45377-5051                   BROWNSVILLE TX 78521

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 01/21/04 | SM02802 | 0550025648 | CENTRAL | 116.00 | 6 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|----------|------|--|-----|-------------|-------------|
| 1-1 | 10-DPH891-A, | | EA | 250.000 | 219.000 |
|  | 16869891 REV 3    INFLATOR BRKT.LH, | | | | |

*Shipped with*
*INVOICE 315513 and 315515*

*INV# 315514*

# Parkview Metal Products, Inc.

**ptp**

400 Barnes Dr.
San Marcos, TX 78666

**INVOICE**

**317513**
**317514**
**317515**

UNIFORM STRAIGHT BILL OF LADING
**ORIGINAL-- NOT NEGOTIABLE**

BOL NUM: B008453
PRO. NUM:
CARRIER: SMT
VEH:
ROUTE:

PAGE:  1 of  1
DATE: 01/21/04
SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

**DESTINATION**

DELPHI S&I-RIMIR PLANT
DELPHI CORPORATION
1900 BILLY MITCHELL BLVD.
DOCK 1&2
BROWNSVILLE TX 78521

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 10 | CARTON | P/N 16870917 PO 550036913 | 381.0 | LBS | | 17377 | |
| 1 | CARTON | P/N 16869895 PO 0550025648 | 42.0 | LBS | | 17379 | |
| 6 | CARTON | P/N 16869891 PO 0550025648 | 116.0 | LBS | | 17380 | |
| 6 | CARTON | P/N 16870619 PO 0550025648 | 103.0 | LBS | | 17381 | |
| 11 | CARTON | P/N 16869748 PO 550025648 | 382.0 | LBS | | 17376 | |

SOUTHWESTERN MOTOR TRANSPORT (SMT)
**001 2263909 0 SAT**

**Special Instructions:**
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value:                 0.00

Shipper Per:

**Total Weight:**     1,024.0      Freight Charges      (Prepaid)
**Total # Packages:**    34           COD Fee

| COD Amt: | 0.00 | Total Charges: | 0.00 |
|---|---|---|---|

| Carrier: SMT | Carrier Signature: |
|---|---|
| Per: | |
| Date: 01/21/04 | Date: |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier or shipper's weight.
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make deliver of this shipment without payment of the freight and all other lawful charges.

_____
(Signature of Consignor)

01/21/04
_____
(Signature Date)

INVOICE 317513, 317514, 317515

09/14/05 15:52:28

SMTLINES->

2108623295

Page 002

SMT-HRL2630

Fax:008-956-425-8041

Jan 26 2004 11:05

P.25

SOUTHWESTERN MOTOR TRANSPORT, INC. (SMTL)
4600 GOLDFIELD, SAN ANTONIO, TX 78218-4698
PH# 1-956-546-3171

00122639090
Freight Bill Number

Delivery Receipt 1

| | Des | Trailer No. | | Shipper B/L or Reference No. | Date | CR# | |
|---|---|---|---|---|---|---|---|
| | BVL | 2201 | | B008453 | 1/21/04 | SAT | Page  1  C#1 |

CONSIGNEE: 39701-DELPHI-COMP MECANICOS
1900 BILLY MITCHELL BLVD
DELPHI S&I-RIMIR PLANT
BROWNSVILLE, TX 78521

| | Trailer No. | | | | |
|---|---|---|---|---|---|
| BVL | 3709 | 0001548 | BVL | P.O.#550036913 | 0004709 |

SHIPPER: PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

BILL TO: PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS, TX 78666

Special Instructions
SMT lines offering direct service
to and from Indiana.

| Org C/L | Org C/L Rev | Date | C/L Bill No. | BYD C/L | BYD C/L Rev | SMT Rev | NS |
|---|---|---|---|---|---|---|---|
| | | | | | | 85.88 | |

Description of 00122639090

| Pieces | HM | Description | Class | Weight | Rate | Charge |
|---|---|---|---|---|---|---|
| 34 | | PALLETS HARDWARE-NOI I/S NMFC ITEM #104500 | 50 | 1,024 | 28.87 | 295.63 |
| | | FREIGHT ON 5 SKIDS | | | Nodis | 3.10 |
| | | FUEL SURCHARGE 3.75% | | | | 212.85 |
| | | SMT LINES saves you... 72.00% | | | | |
| | | | | | | |
| | | DELIV | | | | |
| | | SMTL | | | | |
| | | SMTL | | | | |
| 34 | | **TOTAL PREPAID CHARGES | | 1,024 | | 85.88 |

| | Date | Arrived | Departed | Pieces | Charge |
|---|---|---|---|---|---|
| Drv. Date | 1-22-4 | 1046 | 1055 | 34 | 30 |
| Drv. Initls. BH | | | Del. Hndl Un. 34 | Unit/Loc 3209 3209 | |
| Drv. No. 1-772 | | | No. 1 772 | Checker | |

Received in good condition except as noted above
Signature X  Joshua Brun
Name (print)  Apolonio Garcia

00122639090

Shippers Number

INVOICE
317513, 317515
317514

09/14/05 15:52:20

SMTLINES->                    2186623295                    Page 001

************************************
     SOUTHWESTERN MOTOR TRANSPORT
          FAX COVER SHEET
**************************************

                                        DATE:    9/14/05

FAX TO......: DANETTE
COMPANY.....: PARKVIEW METAL
FAX NUMBER..: 18475507241

FAX FROM....: SMT

SUBJECT.....:



## Parkview Metal Products, Inc.

4931 W. Armitage Ave., Chicago, IL 60639  ●  PH (773) 622-8414  ●  Fax 773-622-8773
400 Barnes Drive, San Marcos, TX 78666  ●  PH (512) 754-0200  ●  Fax 512-754-0800
759 Industrial Drive, Bensenville, IL 60106  ●  PH (773) 622-8414  ●  Fax 773-804-3050

| INVOICE | PAGE |
|---------|------|
| S-SM 316946 | 1 |

| CUST NO. | DATE |
|----------|------|
| C000419 | 12/10/03 |

**REMIT TO**
72047 Eagle Way
Chicago, IL 60678-7250



| BILL TO | SHIP TO |
|---------|---------|
| DELCO ELECTRONICS SYSTEMS<br>ONE CORPORATE CENTER<br>P.O. BOX 9005<br>KOKOMO IN 46904 | 4<br>DELPHI DELCO ELECTRONICS<br>PLANT 83<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 |

| CUSTOMER P.O. | ORDER# | SHIP VIA | TERMS |
|---------------|--------|----------|-------|
| 477101 | SM02705 | | NET 30 DAYS |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1-3 | 576.000 | 912.000 | 0.000 | 0.67700 | 617.42 |

Item: 10-DPH641-D

Description: 12208641, REV. E CASE
U/M: EA
Date Shipped: 12/10/03

Balance
Due
$233.86

Shipped on Packing Slip #:    16799

PLEASE REMIT TO:72047 EAGLE WAY
                CHICAGO, IL 60678-2050

**ORIGINAL INVOICE**

metal stampings ● tools and dies ● assembly ● prototype ● short run stampings ● production painting

| | |
|---|---|
| SALES AMOUNT | 617.42 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 617.42 |

**pmp**

# Parkview Metal Products, Inc.
400 Barnes Dr.
San Marcos, TX 78666

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL-- NOT NEGOTIABLE**

PAGE: 1 of 1
DATE: 12/10/03

BOL NUM: B008147
PRO. NUM:
CARRIER: OUR DELIVERY
VEH:
ROUTE:

SHIPPER NUM:
CARRIER NUM:
FOB:

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destinations, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property overall or any portion of said route to destinations, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**S H I P P E R**

PARKVIEW METAL PRODUCTS
400 BARNES DR
SAN MARCOS TX 78666
USA

INVOICE
316946

**D E S T I N A T I O N**

DELPHI DELCO ELECTRONICS
PLANT 83
601 JOAQUIN CAVAZOS
LOS INDIOS TX 78567

| NO. OF PKGS. | PACKAGE TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | U/M | RATE CODE | ORDER NO. REFERENCE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 19 | CARTON | P/N 12208641 PO 477101 | 500.0 | LBS | | 16799 | |

Robert Joy
Roberto Leyva
5:30
12/10/03

Special Instructions:
HARDWARE NOI I/S
NMFC104500 50 S-3

Order Value: 0.00
Shipper Per:

Total Weight: 500.0
Total # Packages: 19

Freight Charges (Collect)
COD Fee

COD Amt: 0.00    Total Charges: 0.00

Carrier: OUR DELIVERY
Per:
Date: 12/10/03

Carrier Signature:
Date: /    /

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of the freight and all other lawful charges.

Elizabeth Ortiz
(Signature of Consignor)

12/10/03
(Signature Date)

INV# 316946

```
                                        Packing Slip                    Page:        1
                                        From Warehouse: MAIN   Packing Slip:    16799

From:
Parkview Metal Products
400 Barnes Drive
San Marcos TX 78666
Billy Becker
512-754-0200


Bill To: C000419                        Ship To: (4)
DELCO ELECTRONICS SYSTEMS               DELPHI DELCO ELECTRONICS
ONE CORPORATE CENTER                    PLANT 83
P.O. BOX 9005                           601 JOAQUIN CAVAZOS
KOKOMO IN 46904                         LOS INDIOS TX 78567


Order Contact:
==========================================================================================
Pack Date  Order #    Cust PO          Ship Via             Weight  Pkgs #
---------  --------   -------          --------             ------  ------
12/10/03   SM02705    477101           OUR DELIVERY         500.00      19
==========================================================================================
Line/Rel   Item                        U/M      Qty Ordered    Qty Packed
--------   ----                        ---      -----------    ----------
1-3        10-DPH641-D                  EA         576.000       912.000
           12208641, REV. E CASE
```