**MILLER JOHNSON**
250 Parkview Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
Thomas P. Sarb (TS 8282)
Robert D. Wolford (RW 1314)
(Each admitted *Pro Hac Vice*)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE:                                              Case No. 05-44481-RDD
DELPHI CORPORATION, et al.,                         Chapter 11
                                                    (Jointly Administered)
                Debtors.

-----------------------------------------------------------x

## PROOF OF SERVICE

I do hereby swear that on the 8th day of August, 2007, I served copies of the **Response Of Parkview Metal Products, Inc. To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims** upon the following:

| | |
|---|---|
| Honorable Robert D. Drain | General Counsel |
| U.S. Bankruptcy Court | Delphi Corporation |
| One Bowling Green, Room 632 | 5725 Delphi Drive |
| New York, New York 10004 | Troy, Michigan 48098 |

John W. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Service was made via Federal Express.

*Lisa M. Peterson*
Lisa M. Peterson, Secretary to Robert D. Wolford
Miller Johnson
Attorneys for Parkview Metal Products
PO Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700g

# FedEx US Airbill

FedEx Tracking Number: 8581 3878 9280

**1 From**
Date: 8/8/07
Sender's Name: Robert D Wolford
Sender's FedEx Account Number: 0495-0376-8
Phone: 616-831-1700
Company: MILLER JOHNSON SNELL CUMMISKEY
Address: 250 MONROE AVE NW STE 800
City: GRAND RAPIDS   State: MI   ZIP: 49503-2283

**2 Your Internal Billing Reference**
13248-1 ORIGINAL

**3 To**
Recipient's Name: Hon Robert D Drain
Company: US Bankruptcy Ct
Recipient's Address: One Bowling Green   Room 632
City: New York   State: NY   ZIP: 10004

0343892863

Form ID No: 0215

**4a Express Package Service**
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [x] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes Shipper's Declaration attached
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment Bill to:**
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value $ .00

**8 NEW Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

**FedEx US Airbill**

FedEx Tracking Number: 8616 1820 2103

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Form ID No: 0215

**1 From**
Date: 8/8/07
Sender's FedEx Account Number: 0495-0376-8
Sender's Name: Robert Dwolford
Phone: (616) 831-1700
Company: MILLER JOHNSON SNELL CUMMISKEY
Address: 250 MONROE AVE NW STE 800
City: GRAND RAPIDS   State: MI   ZIP: 49503-2283

**2 Your Internal Billing Reference**: 13248-1

**3 To**
Recipient's Name: General Counsel
Company: Delphi Corporation
Recipient's Address: 5725 Delphi Drive
City: Troy   State: MI   ZIP: 48098

0362264023

**4a Express Package Service** — Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[ ] FedEx Envelope
[X] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No   [ ] Yes

[ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

FedEx Acct. No.

Total Packages    Total Weight    Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

519

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx US Airbill**   FedEx Tracking Number  8616 1820 2125

**1 From**
Date 8/8/07
Sender's FedEx Account Number 0495-0376-8
Sender's Name *Robert D Brown*   Phone (616) 831-1700
Company MILLER JOHNSON SNELL CUMMISKEY
Address 250 MONROE AVE NW STE 800
City GRAND RAPIDS   State MI   ZIP 49503-2283

**2 Your Internal Billing Reference** 13248-1

**3 To**
Recipient's Name John W Butler Jr, John K Lyons, Joseph N Wharton
Company Skadden Arps Slate Meagher + Flom
Address 333 West Wacker Drive   Ste 2100
City Chicago   State IL   ZIP 60606

0362264023

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☒ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday
Does this shipment contain dangerous goods?
☒ No  ☐ Yes  ☐ Yes Shipper's Declaration  ☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value $ .00

**8 Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

519