Aaron G. McCollough (admitted *pro hac vice*)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

*Counsel to Siemens Energy & Automation, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE OF AARON G. McCOLLOUGH

I, Aaron G. McCollough, hereby certify that on August 8, 2007, a true and correct copy of the Response of Siemens Energy & Automation, Inc. to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Resolved Claims (Docket No. 8925), was submitted by Federal Express to the chambers of the Honorable Robert D. Drain and served (a) by Federal Express upon the persons on the attached Service List, and (b) by electronic notification upon all parties receiving such notices in these cases pursuant to the Court's ECF filing system.

Dated: Richmond, Virginia
      August 9, 2007                             /s/   Aaron G. McCollough

## **SERVICE LIST**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:  John Wm. Butler, John K. Lyons, and Joseph N. Wharton

\4696310.1