UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 |
| **DELPHI CORPORATION** | Chapter 11 |
| Debtor. | Hon. Robert D. Drain |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing Response to Debtors' Nineteenth Omnibus Claims Objection with the Clerk of the court using the ECF system and on August 9, 2007 which automatically sent notice of such filing to the following:

jbutler@skadden.com; jalyonslaw@sbcglobal.net

and I hereby certify that I caused the Response to Nineteenth Omnibus Claims Objection to be hand delivered to the following non-ECF participants on August 9, 2007:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>For the Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY  10004 | Delphi Corporation<br>Attn:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098<br><br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Attn:   John Wm. Butler, Jr.<br>            John K. Lyons<br>            Joseph N. Wharton<br>333 West Wacker Drive, Ste. 2100<br>Chicago, IL  60606 |

JAFFE, RAITT, HEUER & WEISS, P.C.

By:   /s /Jay L. Welford
Jay L. Welford (P34471)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (Facsimile)
pbarr@jaffelaw.com

Dated:  August 9, 2007

1424675.01