UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 |
| DELPHI CORPORATION | Chapter 11 |
| Debtor. | Hon. Robert D. Drain |

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically filed the foregoing Response to Debtors' Nineteenth Omnibus Claims Objection with the Clerk of the court using the ECF system and on August 8, 2007, which automatically sent notification of such filing to the following:

jbutler@skadden.com; jalyonslaw@sbcglobal.net

and I hereby certify that I caused the Response to Nineteenth Omnibus Claims Objection to be hand delivered to the following non-ECF participants on August 9, 2007:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 632
New York, NY  10004

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn:    John Wm. Butler, Jr.
              John K. Lyons
              Joseph N. Wharton
333 West Wacker Drive, Ste. 2100
Chicago, IL  60606

JAFFE, RAITT, HEUER & WEISS, P.C.

By:    /s /Jay L. Welford
Jay L. Welford (P34471)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (Facsimile)
pbarr@jaffelaw.com

Dated:  August 9, 2007

1424674.01