**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors | |

---------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    UPON the motion of Jay L. Welford, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

    ORDERED, that Jay L. Welford, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 9, 2007
        New York, New York

                                                 /s/Robert D. Drain_____
                                               UNITED STATES BANKRUPTCY JUDGE