STROBL & SHARP, P.C.
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376

Attorneys for Sherwin Williams Automotive Finishes Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No: 05-44481 (RDD) |
| | Chapter 11 |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| | |
| Debtors-in-Possession | |

------------------------------------------------------------

**SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP'S RESPONSE TO DEBTORS' NINTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

NOW COMES SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP ("Sherwin Williams" or "Claimant"), by and through its attorneys, Strobl & Sharp, P.C., and for its response to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(B) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation and Consensually Modified and Reduced Claims ("Nineteenth Omnibus Claims Objection"), states as follows:

1.    Sherwin Williams filed Proof of Claim No. 2274, with an unsecured amount of $222,238.45, on March 13, 2006 (the "Outstanding Balance"). (Exhibit A.)

2.    The Debtors have objected to the Claim No. 2274 on the grounds that the Debtors have "...determined that certain Claims (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

4.    The basis for Sherwin Williams' claim arises out of inventory, product, equipment, parts, accessions and related materials (collectively, the "Goods") which were sold and shipped to Debtors by Sherwin Williams during the period of time from June 2005 through October 2005.  A summary of Sherwin Williams' records are attached herein as Exhibit B.

4.    The Debtors have failed or refused to pay for or return the Goods, the Outstanding Balance of said Goods being $222,238.45, according to the Affidavit of Vincent R. Caruso, the Director of Financial Services of Sherwin Williams Automotive Finishes Corp. (Exhibit C.)

5.    The books and records of Sherwin Williams do not reflect any payments on the Outstanding Balance of $222,238.45.  See Exhibit C.

6.    The Debtor has provided no proof of payment on the Outstanding Balance.

WHEREFORE, Sherwin Williams respectfully requests that this Court deny Debtors' Nineteenth Omnibus Claims Objection, as it relates to Claimant and allow Claimant's proof of claim in full as filed and grant such further and additional relief as just and proper.

J:\DOCS\84006\007\pldg\SB209359.DOC

Respectfully submitted:

**STROBL & SHARP, P.C.**

/s/ Dennis W. Loughlin
Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690
Attorneys for Sherwin Williams Automotive Finishes
Corp.
dloughlin@stroblpc.com

Dated:  August 9, 2007

**ECF Certificate of Service**

The undersigned certifies that a copy of the foregoing
document was served upon each attorney or party of
record herein by electronic means or first class U.S.
mail on August 9, 2007.
By: /s/Dennis W. Loughlin
Dennis W. Loughlin (P43291)
dloughlin@stroblpc.com

# EXHIBIT A

| United States Bankruptcy Court _Southern_ District Of _NY_ | | **PROOF OF CLAIM** |
|---|---|---|

Name of Debtor
_Delphi Corporation_

Case Number
_05-44481_

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
_Sherwin Williams Automotive Finishes Corp_

Name and Address where notices should be sent:
_Sherwin Williams Automotive Finishes_
_4440 Warrensville Center Rd_
_Warrensville Heights OH 44128_

Telephone Number _(216) 332 8743_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

**2. Date debt was incurred:**
_06/2005 — 10/2005_

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
         (date)              (date)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $_222,238.45_
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| **5. Total Amount of Claim at Time Case Filed:** $ | _222,238.45_ | | | _222,223.45_ |
|---|---|---|---|---|
| | (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only
RECEIVED
MAR 1 3 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Date:
_3-8-06_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# EXHIBIT B

DELPHI SAFETY AND INTERIOR
PROOF OF CLAIM SUPPORT

Account No.                    Amount
A0D28 - 182188000              $222,238.45

| Invoice Date | Invoice Number | Reference | Amount | Due Date |
|---|---|---|---|---|
| | | | Total: $222,238.45 | |
| 10/7/2005 | CR053201 | CCAR 759 | ($1,246.45) | 11/30/2005 |
| 6/2/2005 | SUPPCHG | | $25,000.00 | 8/1/2005 |
| 7/11/2005 | SUPPCHRG | SUPPCHRG | $6,644.00 | 10/31/2005 |
| 9/26/2005 | TH007636 | SUPPCHRG | ($417.90) | 11/25/2005 |
| 9/21/2005 | TH007760 | TH007636 | 550078573 | ($6.50) | 10/31/2005 |
| 10/20/2005 | TH007787 | | ($4,985.80) | 11/30/2005 |
| 8/8/2005 | TK011860 | SYS CORR(CR 53201) | $1,127.55 | 9/30/2005 |
| 8/8/2005 | TK011861 | 0550063744REL05500 | $9,980.10 | 9/30/2005 |
| 7/27/2005 | TK011877 A | 0550070328REL05500 | $345.45 | 8/31/2005 |
| 7/27/2005 | TK011887 C | | $5,390.65 | 8/31/2005 |
| 8/8/2005 | TR041952 CB | TR041952 CB | $321.40 | 10/7/2005 |
| 8/8/2005 | TR041954 CB | TR041954 CB | $214.00 | 10/7/2005 |
| 9/26/2005 | TR042311 | TR042311 | ($250.00) | 11/25/2005 |
| 6/27/2005 | TR042371 | 550063152 | $899.50 | 7/31/2005 |
| 6/27/2005 | TR042374 | 550063217 | $600.60 | 7/31/2005 |
| 6/27/2005 | TR042375 | 550063222 | $1,567.60 | 7/31/2005 |
| 6/27/2005 | TR042385 | 550069881 | $1,755.00 | 7/31/2005 |
| 6/27/2005 | TR042386 | 550063217 | $4,901.40 | 7/31/2005 |
| 6/27/2005 | TR042387 | 550063218 | $1,242.80 | 7/31/2005 |
| 7/27/2005 | TR042442 C | | $1,503.20 | 8/31/2005 |
| 7/5/2005 | TR042457 | 0550070327REL0550063744.41 | $751.60 | 8/31/2005 |
| 7/5/2005 | TR042461 | 0550070327REL0550069881 | $629.40 | 8/31/2005 |
| 7/5/2005 | TR042463 | 0550070327REL0550070327 | $1,175.70 | 8/31/2005 |
| 7/5/2005 | TR042464 | 0550070327REL0550070328.1 | $767.70 | 8/31/2005 |
| 7/5/2005 | TR042465 | 0550070327REL0550063152.6 | $899.50 | 8/31/2005 |
| 7/5/2005 | TR042466 | 0550070327REL0550063209.42 | $3,097.60 | 8/31/2005 |
| 7/5/2005 | TR042467 | 0550070327REL0550063209.43 | $3,107.20 | 8/31/2005 |
| 7/5/2005 | TR042468 | 0550070327REL0550063209.44 | $760.70 | 8/31/2005 |
| 7/5/2005 | TR042469 | 0550070327REL0550063217.2 | $7,462.50 | 8/31/2005 |
| 7/5/2005 | TR042470 | 0550070327REL0550063217.3 | $600.60 | 8/31/2005 |
| 7/5/2005 | TR042471 | 0550070327REL0550063244.14 | $345.45 | 8/31/2005 |
| 7/11/2005 | TR042493 | 0550063209REL0550063209.45 | $1,165.20 | 8/31/2005 |
| 7/11/2005 | TR042494 | 0550063209REL0550063209.46 | $760.70 | 8/31/2005 |
| 7/11/2005 | TR042496 | 0550063973REL0550063973.37 | $1,553.60 | 8/31/2005 |
| 7/11/2005 | TR042497 | 0550063973REL0550063973.38 | $767.70 | 8/31/2005 |
| 7/11/2005 | TR042498 | 0550069881REL0550069881 | $629.40 | 8/31/2005 |
| 7/11/2005 | TR042500 | 0550070328REL0550070328.1 | $383.85 | 8/31/2005 |
| 7/11/2005 | TR042501 | 0550070328REL0550070328.2 | $1,535.40 | 8/31/2005 |
| 7/11/2005 | TR042502 | 0550063209REL0550063209.47 | $3,097.60 | 8/31/2005 |
| 7/12/2005 | TR042535 | 0550063744REL0550063744.42 | $751.60 | 8/31/2005 |
| 7/13/2005 | TR042550 | 0550063209REL0550063209.48 | $3,097.60 | 8/31/2005 |
| 7/13/2005 | TR042553 | 0550070328REL0550070328.4 | $1,151.55 | 8/31/2005 |
| 7/13/2005 | TR042556 | 0550063209REL0550063209.50 | $760.70 | 8/31/2005 |
| 7/13/2005 | TR042557 | 0550063744REL0550063744.43 | $751.60 | 8/31/2005 |
| 7/18/2005 | TR042599 | 0550063973REL0550063973.41 | $388.40 | 8/31/2005 |
| 7/18/2005 | TR042600 | 0550063973REL0550063973.42 | $380.35 | 8/31/2005 |
| 7/20/2005 | TR042625 | 0550063744REL0550063744.46 | $1,541.20 | 8/31/2005 |
| 7/20/2005 | TR042626 | 0550063744REL0550063744.47 | $1,503.20 | 8/31/2005 |
| 7/20/2005 | TR042628 | 0550063973REL0550063973.46 | $388.40 | 8/31/2005 |
| 7/20/2005 | TR042629 | 0550063973REL0550063973.47 | $380.35 | 8/31/2005 |
| 7/20/2005 | TR042633 | 0550070327REL0550070327 | $783.80 | 8/31/2005 |
| 7/20/2005 | TR042636 | 0550063244REL0550063244.18 | $1,381.80 | 8/31/2005 |
| 7/27/2005 | TR042714 C | | $1,942.00 | 8/31/2005 |
| 7/27/2005 | TR042715 A | | $760.70 | 8/31/2005 |
| 7/27/2005 | TR042716 A | | $1,036.35 | 8/31/2005 |
| 7/27/2005 | TR042717 A | | $1,541.20 | 8/31/2005 |
| 7/27/2005 | TR042720 A | | $380.35 | 8/31/2005 |
| 7/27/2005 | TR042724 C | | $783.80 | 8/31/2005 |
| 7/27/2005 | TR042731 C | | $3,107.20 | 8/31/2005 |
| 7/27/2005 | TR042744 A | | $368.85 | 8/31/2005 |
| 7/27/2005 | TR042747 | 0550063744REL05500 | $375.80 | 8/31/2005 |
| 7/27/2005 | TR042993 C | | $4,477.50 | 8/31/2005 |
| 8/31/2005 | TR043167 | 0550062978REL0550062978.7 | $5,472.50 | 9/30/2005 |
| 8/31/2005 | TR043168 | 0550063152REL0550063152.7 | $5,011.50 | 9/30/2005 |
| 8/31/2005 | TR043171 | 0550063217REL0550063217.13 | $4,546.10 | 9/30/2005 |
| 8/31/2005 | TR043174 | 0550063217REL0550063217.16 | $16,915.00 | 9/30/2005 |
| 8/31/2005 | TR043206 | 0550063217REL0550063217.23 | $340.00 | 9/30/2005 |
| 9/1/2005 | TR043233 | 0550063217REL0550063217.24 | $313.90 | 10/31/2005 |
| 9/1/2005 | TR043239 | 0550063217REL05500 | $1,492.50 | 10/31/2005 |

| Date | Reference | | Amount | Date |
|---|---|---|---|---|
| 9/7/2005 | TR043249 | 0550063152REL0550063152.9 | $5,011.50 | 10/31/2005 |
| 9/7/2005 | TR043251 | 0550063217REL0550063217.26 | $3,980.00 | 10/31/2005 |
| 9/7/2005 | TR043262 | 0550062978REL0550062978.13 | $4,477.50 | 10/31/2005 |
| 9/7/2005 | TR043264 | 0550063217REL0550063217.28 | $340.00 | 10/31/2005 |
| 9/13/2005 | TR043325 | 0550063055REL0550063055 | $722.40 | 10/31/2005 |
| 9/14/2005 | TR043345 | 0550062978REL0550062978.17 | $6,716.25 | 10/31/2005 |
| 9/14/2005 | TR043349 | 0550063217REL0550063217.33 | $5,970.00 | 10/31/2005 |
| 9/14/2005 | TR043352 | 0550063217REL0550063217.36 | $313.90 | 10/31/2005 |
| 9/16/2005 | TR043404 | 550070326 | $6,141.60 | 10/31/2005 |
| 9/16/2005 | TR043405 | 550063217 | $653.90 | 10/31/2005 |
| 9/22/2005 | TR043441 | 0550062978REL0550062978.22 | $6,467.50 | 10/31/2005 |
| 9/22/2005 | TR043444 | 0550063217REL0550063217.42 | $2,098.20 | 10/31/2005 |
| 9/22/2005 | TR043446 | 0550063217REL0550063217.44 | $10,447.50 | 10/31/2005 |
| 9/20/2005 | TR043453 | 550078573 | $1,038.20 | 10/31/2005 |
| 9/28/2005 | TR043502 | 550063744REL05500 | $760.70 | 10/31/2005 |
| 9/28/2005 | TR043522 | 0550062978REL0550062978.25 | $5,472.50 | 10/31/2005 |
| 9/28/2005 | TR043525 | 0550063217REL0550063217.49 | $4,021.55 | 10/31/2005 |
| 9/28/2005 | TR043526 | 0550063217REL0550063217.50 | $8,706.25 | 10/31/2005 |
| 9/28/2005 | TR043528 | 0550063217REL0550063217.52 | $627.80 | 10/31/2005 |
| 9/28/2005 | TR043532 | 0550069981REL0550069981.1 | $652.00 | 10/31/2005 |
| 9/28/2005 | TR043557 | 0550063217REL0550063217.53 | $680.00 | 10/31/2005 |
| 10/3/2005 | TR043601 | 550063217 | $355.30 | 11/30/2005 |
| 12/7/2005 | TR043628 CB | TR043628 CB | $4.80 | 2/5/2006 |
| 10/4/2005 | TR043633 | 550063217 | $355.30 | 11/30/2005 |

# EXHIBIT C

STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376

Attorneys for Sherwin Williams Automotive Finishes Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No: 05-44481 (RDD) |
|  | Chapter 11 |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
|  |  |
| Debtors-in-Possession |  |

-----------------------------------------------------------------

## <u>AFFIDAVIT OF VINCENT R. CARUSO</u>

STATE OF OHIO          )
                                   ) ss.
COUNTY OF CUYAHOGA )

NOW COMES Vincent R. Caruso, being duly sworn, deposes and states as follows:

1. I am the Director of Financial Services of Sherwin Williams Automotive Finishes Corp ("Sherwin Williams").

2. I am the individual at Sherwin Williams principally in charge of the account relating to Delphi Corporation ("Debtors").

3. I have personally reviewed the books and records of Sherwin Williams as they pertain to Delphi Corporation.

4. I make this Affidavit of my own personal knowledge and would be competent to testify to the facts stated therein if called as a witness in this matter.

5.    Prior to the filing of the Debtors' bankruptcy, Sherwin Williams provided certain goods and services to Delphi Corporation pursuant to purchase orders issued by Delphi to Sherwin Williams.   Sherwin Williams rendered these services to Delphi as requested.

6.    As of October 8, 2005, the outstanding balance due and owing to Sherwin Williams by the Debtors was $222,238.45 (the "Outstanding Balance").

7.    The Debtors have failed to pay for the services provided by Sherwin Williams to the Debtors.

8.    The books and records of Sherwin Williams do not reflect any payments on the Outstanding Balance.

9.    The Debtors have provided no proof of payment to Sherwin Williams regarding the Outstanding Balance.

10.    Said amount of $222,238.45 is fully supported by the books and records of Sherwin Williams.

Further Deponent Sayeth Not.

The undersigned affirms under the penalties of perjury that the above and foregoing statements are true and correct to the best of his knowledge and belief.

Sherwin Williams Automotive Finishes Corp.

Dated: _August 8, 2007_

VINCENT R. CARUSO
Its:  Director of Financial Services