# PRICEWATERHOUSECOOPERS 🏷

January 11, 2007

**PAYMENT DUE UPON RECEIPT**
**INVOICE NUMBER : 1030715221-4**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

Ms Debra Alexander
Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, MI  48098-2815
USA

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 75647
Chicago, IL  60675-5647

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

| | | |
|---|---|---|
| Quarterly invoice in accordance with our "Executive Financial Planning Engagement". | $ | 13,000.00 |
| Please see the attached statement. | | |
| **Total Invoice** | $ | 13,000.00 |

For questions, contact: Larry Brown at (312) 298-2214, larry.brown@us.pwc.com

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030715221**
**Client Account Number: 3858**