# PRICEWATERHOUSE COOPERS 🏢

July 23, 2007

Mr. James P. Whitson
Chief Tax Officer
Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, MI  48098-2815
USA

**PAYMENT DUE UPON RECEIPT**
**INVOICE NUMBER : 1030878579-8**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 75647
Chicago, IL  60675-5647

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

| | | |
|---|---|---|
| For professional services rendered covering the period April 1, 2007 through June 30, 2007 for Washington National Tax Services (WNTS) retainer  activities. Specific services included membership, activities or  materials with respect to the Tax Study Group (TSG), the Coalition for Analysis and Study of Territorial Taxation (CASTT), the Washington Tax  Service (WTS), and the International Tax Policy Forum (ITPF). | $ | 18,000.00 |
| | $ | 0.00 |
| **Total Invoice** | $ | 18,000.00 |

For questions, contact: Donald Longano at (202) 414-1647, don.longano@us.pwc.com

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030878579**
**Client Account Number: 3858**