**Delphi Corporation (Case No. 05-44481)**                                    **Exhibit E**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Fifth Interim Period (February 1, 2007 through May 31, 2007)**

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Sarbanes-Oxley 404 Services** | | | | | | | |
| Partner | Aguilar, Hector | Mexico | Standard | Mx6 | 3.2 | $325 | $1,040.00 |
| | Anson, Timothy | United States | Tax Specialist | Tx6 | 1.0 | $470 | $470.00 |
| | Bucrek, James | United States | Contract Admin Specialist | Ca6 | 0.2 | $540 | $108.00 |
| | Cenko, Michael | United States | Tax Specialist | Tx6 | 12.2 | $470 | $5,734.00 |
| | Choi, JH | Korea | Standard | Ko6 | -0.5 | $400 | ($200.00) |
| | Decker, Brian | United States | Standard | | 136.3 | $390 | $53,157.00 |
| | Erickson, Dave | United States | Standard | | 83.9 | $390 | $32,721.00 |
| | Fairchild, Simon | United Kingdom | Standard | Uk6 | 1.6 | $400 | $640.00 |
| | Gandee, Dave | United Kingdom | Standard | Uk6 | 1.6 | $400 | $640.00 |
| | Garcia Ramos, Maria | Spain | Standard | Sp6 | 9.0 | $400 | $3,600.00 |
| | Ramirez, Adolfo | Mexico | Standard | Mx6 | 61.2 | $325 | $19,890.00 |
| | Rios, Claudia | Mexico | Standard | Mx6 | 5.0 | $325 | $1,625.00 |
| | Turczynowicz, Antoni | United States | Tax Specialist | Tx6 | 0.2 | $470 | $94.00 |
| **Total - Partner** | | | | | **314.9** | | **$119,519.00** |
| Director | Brown, Stasi | United States | Standard | | 376.3 | $260 | $97,838.00 |
| | Christie, Karen | United States | Tax Specialist | Tx5 | 16.8 | $330 | $5,544.00 |
| | Goldbach, Glen | United States | Standard | | 2.4 | $260 | $624.00 |
| | Herbst, Shannon | United States | Standard | | 133.5 | $260 | $34,710.00 |
| | Lane, Chris | United States | Technology Specialist | Tn5 | 224.0 | $360 | $80,640.00 |
| | Osterman, Scott | United States | Standard | | 52.1 | $260 | $13,533.00 |
| | Osterman, Scott | United States | Technology Specialist | Tn5 | 175.4 | $360 | $63,144.00 |
| | Perkins, Daniel | United States | Treasury Specialist | Ts5 | 184.0 | $360 | $66,240.00 |
| | Peterson, Michael | United States | Project Mgmt Specialist | Pm5 | 145.0 | $320 | $46,400.00 |
| | Schmitz, Karin | United States | Tax Specialist | Tx5 | 149.0 | $330 | $49,170.00 |
| | Wojdyla, Dennis | United States | Standard | | 181.2 | $260 | $47,112.00 |
| **Total - Director** | | | | | **1,639.7** | | **$504,955.00** |
| Sr Manager | Cano, Carlos | Mexico | Standard | Mx5 | 5.6 | $225 | $1,260.00 |
| | Gnesin, Adam | United States | Standard | | 18.9 | $260 | $4,914.00 |
| | GOH, Bernard | Singapore | Standard | Si5 | 27.5 | $300 | $8,250.00 |
| | Hatfield, Richard | United Kingdom | Tax Specialist | Tx5 | 11.4 | $330 | $3,745.50 |
| | Hinchliffe, Debbie | United Kingdom | Standard | Uk5 | 37.7 | $300 | $11,310.00 |
| | Lee, SK | Korea | Standard | Ko5 | -52.5 | $300 | ($15,750.00) |
| | Pavlousek, Roman | Czech Republic | Standard | Cz5 | 2.3 | $250 | $575.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Manager | Renner, Josef | Austria | Standard | As5 | 9.5 | $300 | $2,850.00 |
| | Ricardez, Elvira | Mexico | Standard | Mx5 | 77.5 | $225 | $17,426.25 |
| | Signor, Melissa | France | Tax Specialist | Tx5 | 65.0 | $330 | $21,450.00 |
| | Throup, Zoe | United Kingdom | Tax Specialist | Tx5 | 14.8 | $330 | $4,884.00 |
| | Wild, Travis | Australia | Standard | Au5 | 26.8 | $300 | $8,040.00 |
| **Total - Sr Manager** | | | | | **244.4** | | **$68,954.75** |
| Manager | Arif, Hafiz | United Kingdom | Standard | Uk4 | 27.9 | $200 | $5,570.00 |
| | Bacopulos, Carlos | Mexico | Standard | Mx4 | 7.7 | $150 | $1,147.50 |
| | Barrios, Joaquin | United States | Standard | Ts4 | 103.0 | $280 | $28,840.00 |
| | Barrios, Joaquin | United States | Treasury Specialist | Ts4 | 244.0 | $280 | $68,320.00 |
| | Coles, Tamsin | United Kingdom | Standard | Uk4 | 21.4 | $200 | $4,280.00 |
| | Delaunay, Helene | France | Standard | Fr4 | 115.0 | $200 | $23,000.00 |
| | Ferreira, Sandra | Portugal | Standard | Pg4 | 3.6 | $175 | $630.00 |
| | Fisher, Tamara | United States | Project Mgmt Specialist | Pm4 | 679.6 | $280 | $190,274.00 |
| | GOH, Bernard | Singapore | Standard | Si4 | -27.5 | $200 | ($5,500.00) |
| | Hetterich, Susanne | Germany | Standard | Ge4 | 2.5 | $200 | $500.00 |
| | Jilka, Nehal | United Kingdom | Standard | Uk4 | 33.6 | $200 | $6,720.00 |
| | Johnson, Theresa | United States | Standard | | 365.7 | $165 | $60,340.50 |
| | Kus, Vitezslav | Czech Republic | Standard | Cz4 | 434.9 | $175 | $76,107.50 |
| | Long, David | United States | Treasury Specialist | Ts4 | 12.0 | $280 | $3,360.00 |
| | Orf, Darren | United States | Project Mgmt Specialist | Pm4 | 438.6 | $280 | $122,808.00 |
| | Parakh, Siddarth | United States | Standard | | 659.3 | $165 | $108,784.50 |
| | Pardo, Fernando | Spain | Standard | Sp4 | 293.0 | $200 | $58,600.00 |
| | pascu, hedy | Romania | Standard | Ro4 | 7.8 | $175 | $1,365.00 |
| | Reed, Brian | United States | Standard | | 42.5 | $165 | $7,012.50 |
| | Rhodes, Carol | United States | Standard | | 274.1 | $165 | $45,226.50 |
| | Rogge, Horst | Germany | Standard | Ge4 | 11.8 | $200 | $2,360.00 |
| | Sadaghiyani, Jamshid | United States | Standard | | 251.8 | $165 | $41,547.00 |
| | Scalbert, Jean-max | France | Standard | Fr4 | 20.5 | $200 | $4,100.00 |
| | Scalbert, Jean-Max | France | Tax Specialist | Tx4 | 12.0 | $230 | $2,760.00 |
| | Smith, Andrea | United States | Bankruptcy Specialist | Bnkr4 | 168.3 | $360 | $60,588.00 |
| | Sydon, Marcus | Germany | Standard | Ge4 | 11.9 | $200 | $2,370.00 |
| | Taylor, Todd | United States | Standard | | 53.8 | $165 | $8,877.00 |
| | Urban, Piotr | Poland | Standard | Po4 | 5.0 | $175 | $875.00 |
| | Van Hyfte, Shelly | United States | Tax Specialist | Tx4 | 42.4 | $230 | $9,752.00 |
| | VanGorder, Kimberly | United States | Standard | | 559.9 | $165 | $92,383.50 |
| | Weir, Diane | United States | Standard | | 9.5 | $165 | $1,567.50 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|----------|------|--------------|------|------|-------|------|-------|
| **Total - Manager** | | | | | **4,885.4** | | **$1,034,566.00** |
| Sr Associate | Anderson, Michael | United States | Treasury Specialist | Ts3 | 234.1 | $220 | $51,491.00 |
| | Bailey, Jonafel | United States | Standard | 3B | 696.2 | $130 | $90,506.00 |
| | Barbos, Alexandru | Romania | Standard | Ro3 | 9.3 | $90 | $837.00 |
| | Beaver, William | United States | Standard | 3B | 373.6 | $130 | $48,568.00 |
| | Bhushan, Amitesh | United States | Standard | 3A | 84.0 | $120 | $10,080.00 |
| | Braman, Brandon | United States | Standard | 3B | 303.0 | $130 | $39,383.50 |
| | Chigariro, Shungu | United States | Project Mgmt Specialist | Pm3 | 21.9 | $215 | $4,697.75 |
| | Cid, Nallieli | Mexico | Standard | Mx3 | 12.3 | $95 | $1,168.50 |
| | Contreras, Jorge | Mexico | Standard | Mx3 | 83.8 | $95 | $7,961.00 |
| | Covello, Marcela | United States | Standard | 3A | 146.0 | $120 | $17,520.00 |
| | Dada, Kolade | United States | Standard | 3A | 199.5 | $120 | $23,934.00 |
| | De La Lande, Sebastien | France | Standard | Fr3 | 8.0 | $160 | $1,280.00 |
| | Escriva, Ignacio | Spain | Standard | Sp3 | 144.0 | $125 | $17,993.75 |
| | Fabre, Frederic | France | Standard | Fr3 | 233.0 | $160 | $37,280.00 |
| | Fernandez, Diego | Mexico | Standard | Mx3 | 70.1 | $95 | $6,654.75 |
| | Fernandez, Jorge | Mexico | Standard | Mx3 | 124.2 | $95 | $11,799.00 |
| | Franklin, Stephanie | United States | Standard | 3B | 585.0 | $130 | $76,050.00 |
| | Godyn, Marcin | Poland | Standard | Po3 | 3.0 | $135 | $405.00 |
| | Gopal, Amit | Australia | Standard | Au3 | 82.6 | $160 | $13,216.00 |
| | Gutierrez, Gildardo | Mexico | Standard | Mx3 | 70.5 | $95 | $6,692.75 |
| | Gutierrez, Jaime | United States | Standard | 3A | 149.0 | $120 | $17,880.00 |
| | Holm, Ilse | Mexico | Standard | Mx3 | 0.0 | $95 | $0.00 |
| | Janjua, Imtiaz | United Kingdom | Standard | Uk3 | 5.1 | $140 | $714.00 |
| | Johnson, Walter | United States | Standard | 3A | 10.0 | $120 | $1,200.00 |
| | King, Langdon | United States | Technology Specialist | Tn3 | 557.6 | $200 | $111,510.00 |
| | Laforest, Randy | United States | Standard | 3A | 247.3 | $120 | $29,676.00 |
| | Langone, Adriana | United Kingdom | Tax Specialist | Tx3 | 38.7 | $155 | $5,998.50 |
| | Lyson, Krzysztof | Poland | Standard | Po3 | 11.2 | $135 | $1,512.00 |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 135.7 | $260 | $35,282.00 |
| | McIlvain, Bridget | United States | Standard | 3A | 5.7 | $120 | $684.00 |
| | Motylinski, Patricia | United States | Standard | 3A | 11.3 | $120 | $1,356.00 |
| | Mougeot, Claire | France | Standard | Fr3 | 13.0 | $160 | $2,080.00 |
| | Navarro, Paola | United States | Standard | 3A | 194.4 | $120 | $23,328.00 |
| | Orf, Anne | United States | Standard | 3A | 77.1 | $120 | $9,252.00 |
| | Ostin, Elizabeth | United States | Tax Specialist | Tx3 | 65.9 | $155 | $10,214.50 |
| | Perez, Mauricio | Mexico | Standard | Mx3 | 41.7 | $95 | $3,961.50 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Piquet, Isabelle | France | Tax Specialist | Tx3 | 24.0 | $155 | $3,720.00 |
| | potter, william | United States | Standard | 3A | 90.5 | $120 | $10,860.00 |
| | Rao, Vaishali | United States | Standard | 3B | 90.2 | $130 | $11,726.00 |
| | Razo, Sergio | Czech Republic | Standard | Cz2 | -30.7 | $105 | ($3,223.50) |
| | Razo, Sergio | Czech Republic | Standard | Cz3 | 77.8 | $135 | $10,503.00 |
| | Reed, Brian | United States | Standard | | 107.4 | $165 | $17,721.00 |
| | Richmond, Lucy | United Kingdom | Standard | Uk3 | 74.6 | $140 | $10,444.00 |
| | Rivera, Jose | Mexico | Standard | Mx3 | 118.1 | $95 | $11,219.50 |
| | Roy Choudhury, Adity | United Kingdom | Standard | Uk3 | 149.5 | $140 | $20,927.20 |
| | Sadaghiyani, Jamshid | United States | Standard | | 317.3 | $165 | $52,354.50 |
| | Sanna, Stefano | Italy | Standard | It3 | 61.6 | $160 | $9,848.00 |
| | Sellerier, Mauricio | Mexico | Standard | Mx3 | 24.4 | $95 | $2,318.00 |
| | Sene-Daieff, M'Basse | France | Tax Specialist | Tx3 | 55.0 | $155 | $8,525.00 |
| | Siansi, Cleberson | United States | Standard | 3B | 256.1 | $130 | $33,286.50 |
| | Stefanik, Peter | Czech Republic | Standard | Cz3 | 15.5 | $135 | $2,085.75 |
| | Suarez, Ainhoa | Spain | Standard | Sp3 | 273.0 | $125 | $34,125.00 |
| | Thiel, Nicole | United States | Tax Specialist | Tx3 | 2.0 | $155 | $310.00 |
| | Tsai, Zac | United Kingdom | Tax Specialist | Tx3 | 9.8 | $155 | $1,511.25 |
| | Velazquez, Jorge | Mexico | Standard | Mx3 | 126.7 | $95 | $12,036.50 |
| | Weiss, Matthew | United States | Standard | 3A | 5.2 | $120 | $624.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 438.8 | $260 | $114,088.00 |
| **Total - Sr Associate** | | | | | **7,334.0** | | **$1,087,176.20** |
| Associate | Allan, Robert | United States | Standard | 2A | 69.0 | $95 | $6,555.00 |
| | Bann, Courtney | United States | Standard | 2B | 398.1 | $110 | $43,791.00 |
| | Beasley, Rashida | United States | Standard | 2B | 132.0 | $110 | $14,514.50 |
| | Bertcchini, Delphine | France | Standard | Fr2 | 40.0 | $130 | $5,200.00 |
| | Bieterman, Caren | United States | Standard | 2A | 99.5 | $95 | $9,452.50 |
| | Campisi, Bruno | Italy | Standard | It2 | 60.6 | $130 | $7,871.50 |
| | Carretero, Maria | Spain | Standard | Sp2 | 219.0 | $80 | $17,520.00 |
| | Casarrubio, Javier | Spain | Standard | Sp2 | 99.0 | $80 | $7,920.00 |
| | Caulet, Juliette | France | Standard | Fr2 | 81.0 | $130 | $10,530.00 |
| | Cummins, Nathan | United States | Technology Specialist | Tn2 | 445.5 | $165 | $73,507.50 |
| | Delzant, Clemence | France | Standard | Fr2 | 4.0 | $130 | $520.00 |
| | Delzant, Clemence | France | Tax Specialist | Tx2 | 45.0 | $120 | $5,400.00 |
| | Eckroth, Jenae | United States | Project Mgmt Specialist | Pm2 | 210.3 | $180 | $37,845.00 |
| | Eckroth, Jenae | United States | Standard | Pm2 | 98.2 | $180 | $17,676.00 |
| | Escandon, Leopoldo | Mexico | Standard | Mx2 | 260.1 | $75 | $19,503.75 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Eyman, Genevieve | United States | Standard | 2A | 377.9 | $95 | $35,900.50 |
| | Farkas, Szabolcs | United States | Standard | 2A | 21.2 | $95 | $2,014.00 |
| | Fatima, Subia | United States | Standard | 2B | 529.5 | $110 | $58,239.50 |
| | Fazli, Nazieh | Australia | Standard | Au2 | 26.0 | $130 | $3,380.00 |
| | Folchi, Victor | Spain | Standard | Sp2 | 27.0 | $80 | $2,160.00 |
| | Garcia Vega, Guadalupe | United States | Standard | 2B | 2.0 | $110 | $220.00 |
| | Godfrey, Timothy | United Kingdom | Standard | Uk2 | 39.3 | $95 | $3,733.50 |
| | Goldbaum, Andrew | United States | Standard | Tx2 | 6.2 | $120 | $744.00 |
| | Gonzalez, Ismael | Mexico | Standard | Mx2 | 11.5 | $75 | $862.50 |
| | Gonzalez, Patricio | United States | Standard | 2B | 105.7 | $110 | $11,627.00 |
| | Gonzalez, Patricio | United States | Technology Specialist | Tn2 | 114.0 | $165 | $18,810.00 |
| | Gore, Robert | United States | Treasury Specialist | Ts2 | 285.5 | $175 | $49,962.50 |
| | Hernandez, Raquel | Mexico | Standard | Mx2 | 21.5 | $75 | $1,612.50 |
| | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 42.8 | $205 | $8,774.00 |
| | Hil, Maciej | Poland | Standard | Po2 | 3.0 | $105 | $315.00 |
| | Holm, Ilse | Mexico | Standard | Mx2 | 102.6 | $75 | $7,695.00 |
| | Jones, ShawnToya | United States | Standard | 2A | 14.0 | $95 | $1,330.00 |
| | Kallas, Stefanie | United States | Standard | 2A | 135.2 | $95 | $12,844.00 |
| | Keener, Stuart | United States | Standard | 2A | 39.7 | $95 | $3,771.50 |
| | Laurent, Mathilde | France | Standard | Fr2 | 44.0 | $130 | $5,720.00 |
| | Lim, Jay | United States | Standard | 2A | 556.6 | $95 | $52,877.00 |
| | Matthews-Webb, Saul | Australia | Standard | Au2 | 64.9 | $130 | $8,437.00 |
| | McLeod, Angela | United States | Standard | 2A | 16.7 | $95 | $1,586.50 |
| | Molina, Roger | Spain | Standard | Sp2 | 114.0 | $80 | $9,120.00 |
| | Moreno, Manuel | Spain | Standard | Sp2 | 298.0 | $80 | $23,840.00 |
| | M'Peti Deal, Thibault | France | Tax Specialist | Tx2 | 45.0 | $120 | $5,400.00 |
| | Natorski, Nicole | United States | Standard | 2B | 4.0 | $110 | $440.00 |
| | Nicolosi, Manuela | France | Standard | Fr2 | 86.0 | $130 | $11,180.00 |
| | Razo, Sergio | Czech Republic | Standard | Cz2 | -16.4 | $105 | ($1,722.00) |
| | Roque, Juan Carlos | Mexico | Standard | Mx2 | 27.7 | $75 | $2,080.50 |
| | Salato, Nicolas | France | Standard | Fr2 | 38.0 | $130 | $4,940.00 |
| | Schietinger, Timo | Germany | Standard | Ge2 | -1.0 | $130 | ($130.00) |
| | Schwenzer, William | United States | Standard | 2A | 8.0 | $95 | $760.00 |
| | Scot-Hoad, Oliver | United Kingdom | Standard | Uk2 | 8.4 | $95 | $798.00 |
| | Shehi, Renis | United States | Standard | 2B | 660.3 | $110 | $72,633.00 |
| | Smith, Sharma | United States | Tax Specialist | Tx2 | 55.9 | $120 | $6,708.00 |
| | Soulier, Stephanie | France | Standard | Fr2 | 60.0 | $130 | $7,800.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Thomas, Rance | United States | Standard | 2A | 596.5 | $95 | $56,667.50 |
| | Tsai, Debby | United States | Standard | 2A | 301.7 | $95 | $28,661.50 |
| | Vargas, Erika | Mexico | Standard | Mx2 | 165.2 | $75 | $12,386.25 |
| | Verma, Siddhant | United States | Standard | 2A | 283.2 | $95 | $26,904.00 |
| | Vidal, Amandine | France | Standard | Fr2 | 94.5 | $130 | $12,285.00 |
| | Ward, Richard | United Kingdom | Standard | Uk2 | 1.6 | $95 | $152.00 |
| | Weiss, Matthew | United States | Standard | 3A | 9.0 | $120 | $1,080.00 |
| | Wootton, Simon | United Kingdom | Standard | Uk2 | 90.3 | $95 | $8,578.50 |
| | Zelinka, Lubos | Czech Republic | Standard | Cz2 | 21.0 | $105 | $2,205.00 |
| **Total - Associate** | | | | | **7,798.7** | | **$863,190.00** |
| Paraprofessional | Stendahl, Subashi | United States | Bankruptcy Specialist | Bnkr1 | 191.9 | $135 | $25,906.50 |
| **Total - Paraprofessional** | | | | | **191.9** | | **$25,906.50** |

**Total - Sarbanes-Oxley 404 Services for the Fifth Interim Period**   22,409.0   $3,704,267.45

**Blended Rate for the Fifth Interim Period   $165.30**

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|----------|------|--------------|------|------|-------|------|-------|
| **Tax Compliance - Foreign Affiliate Reporting** | | | | | | | |
| Sr Associate | Van Arsdalen, Donald | United States | ITS Compliance | ITS3 | 514.4 | $160 | $82,304.00 |
| | Van Arsdalen, Donald | United States | ITS Compliance | ITS3 | 0.0 | $155 | $0.00 |
| **Total - Sr Associate** | | | | | **514.4** | | **$82,304.00** |
| Associate | Battin, Matthew | United States | ITS Compliance | ITS2 | 447.7 | $115 | $51,485.50 |
| | Battin, Matthew | United States | ITS Compliance | ITS2 | 0.0 | $110 | $0.00 |
| | Shuler, Michael | United States | ITS Compliance | ITS2 | 0.0 | $110 | $0.00 |
| | Shuler, Michael | United States | ITS Compliance | ITS2 | 483.9 | $115 | $55,648.50 |
| **Total - Associate** | | | | | **931.6** | | **$107,134.00** |
| **Total - Tax Compliance - Foreign Affiliate Reporting for the Fifth In** | | | | | **1,446.0** | | **$189,438.00** |

**Blended Rate for the Fifth Interim Period    $131.01**

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Project Giant** | | | | | | | |
| Partner | Burwell, Michael | United States | Project Giant | Gi6 | 121.5 | $775 | $94,162.50 |
| | Cenko, Michael | United States | Project Giant | Gi6 | 4.0 | $775 | $3,100.00 |
| | Chan, Gary | China | Project Giant | Gi6 | 2.0 | $775 | $1,550.00 |
| | Connor, James | United States | Project Giant | Gi6 | 0.5 | $775 | $387.50 |
| | Cornell, Ralph | United States | Project Giant | Gi6 | 16.0 | $775 | $12,400.00 |
| | Coy, Ken | United States | Project Giant | Gi6 | 21.0 | $775 | $16,275.00 |
| | Davis, Scott | United States | Project Giant | Gi6 | 3.0 | $775 | $2,325.00 |
| | Dilcher, David | United States | Project Giant | Gi6 | 157.2 | $775 | $121,830.00 |
| | Elie, Paul | United States | Project Giant | Gi6 | 132.0 | $775 | $102,300.00 |
| | Etienne, Xavier | France | Project Giant | Gi6 | 14.0 | $775 | $10,850.00 |
| | Gambardella, Domenick | United States | Project Giant | Gi6 | 2.5 | $775 | $1,937.50 |
| | Hesse, Scott | United States | Project Giant | Gi6 | 72.3 | $775 | $56,032.50 |
| | Kelly, Brian | United States | Project Giant | Gi6 | 279.0 | $775 | $216,225.00 |
| | Kempf, Andreas | Germany | Project Giant | Gi6 | 8.1 | $775 | $6,277.50 |
| | Kwan, Tony | China | Project Giant | Gi6 | 1.2 | $775 | $930.00 |
| | Malley, Kevin | United States | Project Giant | Gi6 | 18.1 | $775 | $14,027.50 |
| | Medeiros, Gordon | United States | Project Giant | Gi6 | 251.3 | $775 | $194,718.75 |
| | Miller, Eric | United States | Project Giant | Gi6 | 99.0 | $775 | $76,725.00 |
| | Prettyman, James | United States | Project Giant | Gi6 | 0.5 | $775 | $387.50 |
| | Smith, Nigel | United States | Project Giant | Gi6 | 285.7 | $775 | $221,417.50 |
| | Tanner, Doug | United States | Project Giant | Gi6 | 0.5 | $775 | $387.50 |
| | Tuohy, Michael | United States | Project Giant | Gi6 | 78.0 | $775 | $60,450.00 |
| | Weiss, Nelio | Brazil | Project Giant | Gi6 | 7.0 | $775 | $5,425.00 |
| | Wittmer, Colin | United States | Project Giant | Gi6 | 283.0 | $775 | $219,325.00 |
| | Zaleski, Jeffrey | United States | Project Giant | Gi6 | 168.3 | $775 | $130,432.50 |
| **Total - Partner** | | | | | **2,025.7** | | **$1,569,878.75** |
| Managing Director | Aeder, Mitch | United States | Project Giant | Gi5a | 1.6 | $775 | $1,240.00 |
| | Connor, James | United States | Project Giant | Gi5a | 1.0 | $775 | $775.00 |
| | Davis, Jeff | United States | Project Giant | Gi5a | 2.0 | $775 | $1,550.00 |
| | Dudek, Andrea | United States | Project Giant | Gi5a | 2.0 | $775 | $1,550.00 |
| | Merrigan, John | United States | Project Giant | Gi5a | 5.4 | $775 | $4,185.00 |
| | Pflug, Mark | United States | Project Giant | Gi5a | 1.0 | $775 | $775.00 |
| | Sculnick, Michael | United States | Project Giant | Gi5a | 7.2 | $775 | $5,580.00 |
| | Wiles, Dan | United States | Project Giant | Gi5a | 0.5 | $775 | $387.50 |
| **Total - Managing Director** | | | | | **20.7** | | **$16,042.50** |
| Director | Burkheiser, Eric | United States | Project Giant | Gi5 | 57.8 | $515 | $29,767.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Director | Chamberland, Charles | Canada | Project Giant | Gi5 | 215.4 | $515 | $110,931.00 |
| | Chamberland, Charles | United States | Project Giant | Gi5 | 150.7 | $515 | $77,610.50 |
| | Chen, David | United States | Project Giant | Gi5 | 245.1 | $515 | $126,226.50 |
| | Danton, Stephen | United States | Project Giant | Gi5 | 3.0 | $515 | $1,545.00 |
| | Durocher, Philippe | United States | Project Giant | Gi5 | 33.6 | $515 | $17,304.00 |
| | Durocher, Philippe | Canada | Project Giant | Gi5 | 236.7 | $515 | $121,900.50 |
| | Eastman, Nathan | United States | Project Giant | Gi5 | 386.9 | $515 | $199,227.75 |
| | Fields, Robert | United States | Project Giant | Gi5 | 31.0 | $515 | $15,965.00 |
| | Frost, Darren | United States | Project Giant | Gi5 | 42.4 | $515 | $21,836.00 |
| | Gulbin, Paul | United States | Project Giant | Gi5 | 84.0 | $515 | $43,260.00 |
| | Luttermoser, Shannon | United States | Project Giant | Gi5 | 21.5 | $515 | $11,072.50 |
| | Martin, Alexander | United States | Project Giant | Gi5 | 15.2 | $515 | $7,828.00 |
| | McCarthy, Paul | United States | Project Giant | Gi5 | 316.1 | $515 | $162,791.50 |
| | Nguyen-Dai, Jean-Marie | United States | Project Giant | Gi5 | 295.6 | $515 | $152,208.25 |
| | Pakala, Chandra | United States | Project Giant | Gi5 | 154.0 | $515 | $79,310.00 |
| | Peluso, Damiano | Canada | Project Giant | Gi5 | 371.3 | $515 | $191,219.50 |
| | Smidt, Peter | United States | Project Giant | Gi5 | 475.6 | $515 | $244,934.00 |
| | Stielow, James | United States | Project Giant | Gi5 | 89.0 | $515 | $45,835.00 |
| | Thomas, Dingdi | United States | Project Giant | Gi5 | 26.3 | $515 | $13,544.50 |
| | Verma, Pawan | United States | Project Giant | Gi5 | 0.5 | $515 | $257.50 |
| **Total - Director** | | | | | **3,251.6** | | **$1,674,574.00** |
| Sr Manager | Bailey, Joshua | United States | Project Giant | Gi5 | 13.1 | $515 | $6,746.50 |
| | Chiang, Mike | China | Project Giant | Gi5 | 4.4 | $515 | $2,240.25 |
| | Mussi, Cristina | Brazil | Project Giant | Gi5 | 28.0 | $515 | $14,420.00 |
| | Wierzejska, Joanna | Poland | Project Giant | Gi5 | 9.1 | $515 | $4,686.50 |
| | Williams, Brett | United States | Project Giant | Gi5 | 36.5 | $515 | $18,797.50 |
| | Wingendorf, Petra | Germany | Project Giant | Gi5 | 33.8 | $515 | $17,407.00 |
| | Yazmin, Caceres | Mexico | Project Giant | Gi5 | 2.0 | $515 | $1,030.00 |
| **Total - Sr Manager** | | | | | **126.9** | | **$65,327.75** |
| Manager | Alvi, Sarah | Canada | Project Giant | Gi4 | 126.1 | $390 | $49,159.50 |
| | Balgar, Rebecca | Germany | Project Giant | Gi4 | 66.7 | $390 | $26,013.00 |
| | Bao, Haifeng | United States | Project Giant | Gi4 | 433.4 | $390 | $169,026.00 |
| | Bharkhda, Jeff | United States | Project Giant | Gi4 | 258.0 | $390 | $100,074.00 |
| | Brillet, Jean-Philippe | France | Project Giant | Gi4 | 16.0 | $390 | $6,240.00 |
| | Campbell, Albert | United States | Project Giant | Gi4 | 368.0 | $390 | $143,520.00 |
| | Deramaux, Emeric | United States | Project Giant | Gi4 | 273.5 | $390 | $106,665.00 |
| | Dietz, Richard | United States | Project Giant | Gi4 | 46.1 | $390 | $17,979.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Manager | Flakne, Mark | United States | Project Giant | Gi4 | 364.7 | $390 | $142,233.00 |
| | Gonzalez, Angelica | Mexico | Project Giant | Gi4 | 46.6 | $390 | $18,154.50 |
| | Johnson, Chris | United States | Project Giant | Gi4 | 3.1 | $390 | $1,209.00 |
| | Kelly, Patricia | United States | Project Giant | Gi4 | 341.9 | $390 | $133,321.50 |
| | Kowalczyk, Pawel | Poland | Project Giant | Gi4 | 12.0 | $390 | $4,680.00 |
| | Lloyd, Nicholas | United States | Project Giant | Gi4 | 140.0 | $390 | $54,600.00 |
| | McClellan, John | United States | Project Giant | Gi4 | 9.0 | $390 | $3,510.00 |
| | Morgan, Ed | United States | Project Giant | Gi4 | 21.5 | $390 | $8,385.00 |
| | Morgan, Edmund | United States | Project Giant | Gi4 | 153.9 | $390 | $60,021.00 |
| | Moylan, John | United States | Project Giant | Gi4 | 328.9 | $390 | $128,271.00 |
| | Nguyen, Martin | Canada | Project Giant | Gi4 | 12.5 | $390 | $4,875.00 |
| | Ong, Audrey | China | Project Giant | Gi4 | 16.9 | $390 | $6,571.50 |
| | Pereira, Paula | Brazil | Project Giant | Gi3 | 0.5 | $325 | $156.00 |
| | Rosamond, Matthew | United States | Project Giant | Gi4 | 106.8 | $390 | $41,652.00 |
| | Roy, Denis | United States | Project Giant | Gi4 | 19.0 | $390 | $7,410.00 |
| | Salinas, Sergio | Mexico | Project Giant | Gi4 | 6.0 | $390 | $2,340.00 |
| | Samohin, Demetrios | United States | Project Giant | Gi4 | 222.7 | $390 | $86,853.00 |
| | Sexton, Steven | United States | Project Giant | Gi4 | 389.5 | $390 | $151,905.00 |
| | Stone, Matthew | United States | Project Giant | Gi4 | 410.0 | $390 | $159,900.00 |
| | Stuart, Campbell | United States | Project Giant | Gi4 | 1.0 | $390 | $390.00 |
| | Vasquez, Carlos | United States | Project Giant | Gi4 | 227.0 | $390 | $88,530.00 |
| | Wheeler, Eric | United States | Project Giant | Gi4 | 155.5 | $390 | $60,645.00 |
| **Total - Manager** | | | | | **4,576.6** | | **$1,784,289.00** |
| Sr Associate | Alberti, Joseph | United States | Project Giant | Gi3 | 55.0 | $325 | $17,875.00 |
| | Andersen, Blaine | United States | Project Giant | Gi3 | 355.5 | $325 | $115,537.50 |
| | Bottino, Marco | United States | Project Giant | Gi3 | 35.0 | $325 | $11,375.00 |
| | Clouser, Andrew | United States | Project Giant | Gi3 | 159.2 | $325 | $51,740.00 |
| | Damewood, Jason | United States | Project Giant | Gi3 | 280.3 | $325 | $91,097.50 |
| | Dyba, Krzysztof | Poland | Project Giant | Gi3 | 35.8 | $325 | $11,635.00 |
| | Fliegel, Charlie | United States | Project Giant | Gi3 | 171.3 | $325 | $55,656.25 |
| | Greslick, Stacie | United States | Project Giant | Gi3 | 0.7 | $325 | $227.50 |
| | Grundman, Jeffrey | United States | Project Giant | Gi3 | 291.5 | $325 | $94,737.50 |
| | Han, Joseph | United States | Project Giant | Gi3 | 115.2 | $325 | $37,440.00 |
| | Kaplan, Adam | United States | Project Giant | Gi3 | 77.3 | $325 | $25,122.50 |
| | Kauppila, Michelle | United States | Project Giant | Gi3 | 6.5 | $325 | $2,112.50 |
| | Kimball, Jake | United States | Project Giant | Gi3 | 138.6 | $325 | $45,045.00 |
| | Krawczyk, Rafal | United States | Project Giant | Gi3 | 476.1 | $325 | $154,716.25 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Laschinski, Brandin | United States | Project Giant | Gi3 | 140.0 | $325 | $45,500.00 |
| | Loose, Russell | United States | Project Giant | Gi3 | 2.7 | $325 | $877.50 |
| | Loring, Justin | United States | Project Giant | Gi3 | 152.3 | $325 | $49,497.50 |
| | Ly, Le | United States | Project Giant | Gi3 | 200.5 | $325 | $65,162.50 |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 0.5 | $260 | $130.00 |
| | Mata, Ivan | Mexico | Project Giant | Gi3 | 43.4 | $325 | $14,118.00 |
| | McCarty, Justin | United States | Project Giant | Gi3 | 339.1 | $325 | $110,191.25 |
| | Monette, Benoit | United States | Project Giant | Gi3 | 15.2 | $325 | $4,940.00 |
| | Monette, Benoit | Canada | Project Giant | Gi3 | 256.5 | $325 | $83,362.50 |
| | Nandwana, Jay | United States | Project Giant | Gi3 | 79.4 | $325 | $25,805.00 |
| | NGUYEN, Anh | United States | Project Giant | Gi3 | 210.7 | $325 | $68,477.50 |
| | Purdy, Scott | United States | Project Giant | Gi3 | 143.0 | $325 | $46,475.00 |
| | Rayburn, Jeff | United States | Project Giant | Gi3 | 235.2 | $325 | $76,440.00 |
| | Roling, Matthew | United States | Project Giant | Gi3 | 508.8 | $325 | $165,360.00 |
| | Schafer, Jillian | United States | Project Giant | Gi3 | 6.5 | $325 | $2,112.50 |
| | Sharma, Chetan | United States | Project Giant | Gi3 | 30.7 | $325 | $9,977.50 |
| | Shen, Frank | China | Project Giant | Gi3 | 43.3 | $325 | $14,056.25 |
| | Slater, Samuel | United States | Project Giant | Gi3 | 244.8 | $325 | $79,560.00 |
| | Sullivan, Lyndsay | United States | Project Giant | Gi3 | 229.5 | $325 | $78,000.00 |
| | Thiel, Nicole | United States | Project Giant | Gi3 | 4.0 | $325 | $1,300.00 |
| | Whalen, Gretchen | United States | Project Giant | Gi3 | 175.1 | $325 | $56,907.50 |
| | Wilkinson, Kevin | United States | Project Giant | Gi3 | 218.3 | $325 | $70,947.50 |
| | Winsett, Jake | United States | Project Giant | Gi3 | 14.2 | $325 | $4,615.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 16.7 | $260 | $4,342.00 |
| | Yang, Yan | United States | Project Giant | Gi3 | 86.9 | $325 | $28,242.50 |
| | Zhang, Flora | China | Project Giant | Gi3 | 23.8 | $325 | $7,735.00 |
| **Total - Sr Associate** | | | | | **5,618.9** | | **$1,828,450.00** |
| Associate | Armes, Donna | United States | Project Giant | Gi2 | 13.7 | $290 | $3,973.00 |
| | Chapman, Justin | United States | Project Giant | Gi2 | 140.6 | $290 | $40,759.50 |
| | Doherty, Lisa | United States | Project Giant | Gi2 | 0.7 | $290 | $203.00 |
| | Eyman, Genevieve | United States | Project Giant | Gi2 | 13.2 | $290 | $3,828.00 |
| | Harbert, Raymond | United States | Project Giant | Gi2 | 127.0 | $290 | $36,830.00 |
| | Haurou, Barbara | France | Project Giant | Gi2 | 14.2 | $290 | $4,103.50 |
| | Hernandez, Lizette | United States | Project Giant | Gi2 | 1.0 | $290 | $290.00 |
| | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 2.9 | $205 | $594.50 |
| | Hong, Andrea | United States | Project Giant | Gi2 | 190.4 | $290 | $55,201.50 |
| | Lahiri, Anirban | United States | Project Giant | Gi2 | 383.8 | $290 | $111,287.50 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|----------|------|--------------|------|------|-------|------|-------|
| Associate | Murray, Brandon | United States | Project Giant | Gi2 | 75.5 | $290 | $21,895.00 |
| | O'Hara, Chris | United States | Project Giant | Gi2 | 9.4 | $290 | $2,726.00 |
| | Oppermann, Marc | Germany | Project Giant | Gi2 | 10.1 | $290 | $2,929.00 |
| | Pritchard, Rebecca | United States | Project Giant | Gi2 | 3.9 | $290 | $1,131.00 |
| | Sajnani, Sunil | United States | Standard | Gi2 | 4.5 | $290 | $1,305.00 |
| | Schuholz, Laurie | United States | Project Giant | Gi2 | 4.0 | $290 | $1,160.00 |
| | Sonne, Brandon | United States | Project Giant | Gi2 | 3.2 | $290 | $928.00 |
| | Sor, Sodany | United States | Project Giant | Gi2 | 127.2 | $290 | $36,888.00 |
| | Yong, Gwen | China | Project Giant | Gi2 | 26.2 | $290 | $7,583.50 |
| | Zhu, Gebin | China | Project Giant | Gi2 | 14.4 | $290 | $4,176.00 |
| | Zrust, Erin | United States | Project Giant | Gi2 | 133.5 | $290 | $38,715.00 |
| **Total - Associate** | | | | | **1,299.2** | | **$376,507.00** |
| Administrative | James-Rud, Gerri | Canada | Project Giant | Gi1 | 24.5 | $100 | $2,450.00 |
| | Zubres, Elizabeth | United States | Project Giant | Gi1 | 9.1 | $100 | $910.00 |
| **Total - Administrative** | | | | | **33.6** | | **$3,360.00** |
| **Total - Project Giant for the Fifth Interim Period** | | | | | **16,953.1** | | **$7,318,429.00** |

**Blended Rate for the Fifth Interim Period   $431.69**

## Other Tax Consulting Services

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Partner | Choi, JH | Korea | Specialist | Ks6 | 0.5 | $650 | $325.00 |
| | Diamant, Audrey | Canada | Other Tax Services | 'S-DS\ | 1.6 | $512 | $819.20 |
| | Diamant, Audrey | Canada | Other Tax Services | )TS-S( | 5.5 | $599 | $3,294.50 |
| | Diamant, Audrey | Canada | Other Tax Services | )TS-S( | 4.0 | $639 | $2,556.00 |
| | Hall, Mitchell | United States | Other Tax Services | OTS6 | 3.0 | $580 | $1,740.00 |
| | Monday, David | United States | Other Tax Services | OTS6 | 1.0 | $580 | $580.00 |
| **Total - Partner** | | | | | **15.6** | | **$9,314.70** |
| Sr Manager | Freiheit, Adam | Canada | Other Tax Services | OTS5 | 1.0 | $375 | $375.00 |
| | Lee, SK | Korea | Specialist | Ks5 | 52.5 | $505 | $26,512.50 |
| | Moran, Alastair | Canada | Other Tax Services | 'S-DS\ | 3.1 | $438 | $1,357.80 |
| | Nimeck, Zen | Canada | Other Tax Services | OTS5 | 4.4 | $419 | $1,843.60 |
| | Shin, Ching-Li | Canada | Other Tax Services | OTS5 | 0.5 | $180 | $86.40 |
| **Total - Sr Manager** | | | | | **61.5** | | **$30,175.30** |
| Manager | Farnsworth, Mary | United States | Other Tax Services | OTS4 | 6.0 | $380 | $2,280.00 |
| **Total - Manager** | | | | | **6.0** | | **$2,280.00** |
| Sr Associate | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 2.6 | $260 | $676.00 |
| **Total - Sr Associate** | | | | | **2.6** | | **$676.00** |
| **Total - Other Tax Consulting Services for the Fifth Interim Period** | | | | | **85.7** | | **$42,446.00** |

**Blended Rate for the Fifth Interim Period   $495.40**

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Project Rock** | | | | | | | |
| Partner | Bishop, Paul | Canada | Project Rock | Rk6 | 31.0 | $500 | $15,500.00 |
| | Semple, Calum | Canada | Project Rock | Rk6 | 76.1 | $500 | $38,050.00 |
| **Total - Partner** | | | | | **107.1** | | **$53,550.00** |
| Managing Director | Pardiwala, Cyrus | United States | Project Rock | Rk5a | 5.0 | $500 | $2,500.00 |
| **Total - Managing Director** | | | | | **5.0** | | **$2,500.00** |
| Director | Miller, Peter | United States | Project Rock | Rk5 | 10.0 | $380 | $3,800.00 |
| | Rajan, Bob | United States | Project Rock | Rk5 | 30.1 | $380 | $11,438.00 |
| **Total - Director** | | | | | **40.1** | | **$15,238.00** |
| Sr Manager | Rosenberg, Jeffrey | Canada | Project Rock | Rk5 | 49.3 | $380 | $18,734.00 |
| **Total - Sr Manager** | | | | | **49.3** | | **$18,734.00** |
| Manager | Chong, Ben | Canada | Project Rock | Rk4 | 94.4 | $325 | $30,680.00 |
| | Hoesley, Martin | United States | Project Rock | Rk4 | 302.5 | $325 | $98,322.25 |
| | Marshall, Alastair | United States | Project Rock | Rk4 | 225.9 | $325 | $73,417.50 |
| | Popescu, Ernest | Canada | Project Rock | Rk3 | 1.0 | $230 | $230.00 |
| **Total - Manager** | | | | | **623.8** | | **$202,649.75** |
| Sr Associate | Popescu, Ernest | Canada | Project Rock | Rk3 | 3.0 | $230 | $690.00 |
| **Total - Sr Associate** | | | | | **3.0** | | **$690.00** |
| **Total - Project Rock for the Fifth Interim Period** | | | | | **828.3** | | **$293,361.75** |
| | | | | Blended Rate for the Fifth Interim Period | | | **$354.16** |
| **Grand Totals for the Fifth Interim Period** | | | | | **41,722.1** | | **$11,547,942.20** |
| | | | | Blended Rate for the Fifth Interim Period | | | **$276.78** |