**Delphi Corporation (Case No. 05-44481)**  **Exhibit F**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Category and Task Code for the Fifth Interim Period (February 1, 2007 through May 31, 2007)**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Sarbanes-Oxley 404 Services* | | | |
| **Bankruptcy Employment Application and Other Court** | | | |
| Bankruptcy Employment Application | United States | 0.6 | $216.00 |
| **Total - Bankruptcy Employment Application and Other Court** | | **0.6** | **$216.00** |
| **Monthly and Interim Fee Applications** | | | |
| Correspondence with Fee Auditor, Debtor Counsel or other Court Officials | United States | 0.7 | $182.00 |
| Documentation of time detail | United States | 85.4 | $10,100.00 |
| Manage foreign billing | United Kingdom | 1.1 | $156.80 |
| Manage foreign billing | United States | 75.6 | $26,568.00 |
| Manage foreign billing | France | 3.0 | $600.00 |
| Preparation of fee application | United States | 1,091.9 | $244,914.00 |
| **Total - Monthly and Interim Fee Applications** | | **1,257.7** | **$282,520.80** |
| **Non-Working Travel Time** | | | |
| Delphi - Travel | Romania | 6.3 | $771.00 |
| Delphi - Travel | United States | 359.4 | $68,403.75 |
| Delphi - Travel | Spain | 159.8 | $19,446.25 |
| Delphi - Travel | Mexico | 59.8 | $7,124.75 |
| Delphi - Travel | Italy | 20.9 | $3,030.50 |
| Delphi - Travel | Germany | 7.7 | $1,530.00 |
| Delphi - Travel | France | 59.5 | $8,867.50 |
| Delphi - Travel | Czech Republic | 10.7 | $1,487.75 |
| Delphi - Travel | United Kingdom | 18.2 | $3,340.50 |
| **Total - Non-Working Travel Time** | | **702.2** | **$114,002.00** |
| **Validation and Remediation Services** | | | |
| DTI - Roll forward testing | United States | 3.5 | $577.50 |
| Engagement management | United States | 561.7 | $95,932.50 |
| Foreign coordination | United States | 52.3 | $12,132.50 |
| Other | United States | 672.6 | $78,838.00 |
| Planning | Spain | 19.0 | $5,225.00 |
| Planning | Germany | 16.0 | $3,200.00 |
| Planning | United States | 90.4 | $12,590.50 |
| Planning | United Kingdom | 17.8 | $2,451.50 |
| Planning | Romania | 10.8 | $1,431.00 |
| Planning | Australia | 200.3 | $33,073.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Planning | France | 20.5 | $3,900.00 |
| Planning | Czech Republic | 8.0 | $1,080.00 |
| Planning | Singapore | 0.0 | $50.00 |
| Project management | United States | 3,688.4 | $636,333.00 |
| Remediation | Spain | 41.6 | $5,725.00 |
| Remediation | United Kingdom | 6.8 | $952.00 |
| Remediation | Poland | 4.5 | $667.50 |
| Remediation | Mexico | 121.0 | $9,691.00 |
| Remediation | France | 147.0 | $23,250.00 |
| Remediation | Czech Republic | 19.3 | $2,360.00 |
| Remediation | United States | 378.4 | $47,590.50 |
| Review of B process documentation | Czech Republic | 0.0 | $1,335.00 |
| Review of B process documentation | France | 17.5 | $2,495.00 |
| Review of B process documentation | Mexico | 56.0 | $4,200.00 |
| Review of B process documentation | Singapore | 0.0 | $2,090.00 |
| Review of B process documentation | United States | 43.5 | $4,190.00 |
| Roll forward testing | United States | 254.3 | $33,848.50 |
| Roll forward testing | Mexico | 1,124.9 | $122,100.50 |
| Roll forward testing | France | 364.0 | $49,205.00 |
| Roll forward testing | Spain | 96.7 | $14,637.50 |
| Roll forward testing | United Kingdom | 107.8 | $15,147.50 |
| Spreadsheets | Mexico | 3.7 | $351.50 |
| Tax Specialist Assistance for Corporate | United States | 330.8 | $81,876.50 |
| Validation | Italy | 101.2 | $14,689.00 |
| Validation | Austria | 9.5 | $2,850.00 |
| Validation | Czech Republic | 392.1 | $68,186.50 |
| Validation | Germany | -1.0 | ($130.00) |
| Validation | Mexico | 20.6 | $1,957.00 |
| Validation | Poland | 17.7 | $2,439.50 |
| Validation | Portugal | 3.6 | $630.00 |
| Validation | Singapore | 0.0 | $350.00 |
| Validation | Spain | 1,109.3 | $122,370.00 |
| Validation | United Kingdom | 141.9 | $23,597.50 |
| Validation | United States | 82.9 | $7,875.50 |
| Validation | France | 61.0 | $8,730.00 |
| **Total - Validation and Remediation Services** | | **10,417.8** | **$1,562,072.50** |

**Process Walkthroughs**

| | | | |
|---|---|---:|---:|
| Walkthroughs | Singapore | 0.0 | $160.00 |
| Walkthroughs | France | 3.0 | $390.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Walkthroughs | United States | 93.1 | $11,074.50 |
| Walkthroughs | United Kingdom | 102.8 | $22,103.75 |
| **Total - Process Walkthroughs** | | **198.9** | **$33,728.25** |

### IT Validation and Remediation Services

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Expenditure | United States | 672.6 | $94,504.50 |
| Financial Reporting | United States | 90.0 | $10,338.00 |
| Fixed Assets | United States | 179.4 | $24,183.00 |
| Inventory | United States | 526.4 | $68,504.50 |
| IT Inventory | United States | 324.5 | $41,782.50 |
| ITGC Framework | United States | 563.8 | $83,622.50 |
| Packard Manager Review | United States | 4.1 | $676.50 |
| Packard Testing | United States | 207.3 | $25,838.00 |
| Project Administration (IT) | United States | 670.9 | $110,304.50 |
| Project Management | United States | 170.1 | $39,611.00 |
| QA | United States | 2.1 | $346.50 |
| Revenue | United States | 1,292.8 | $182,309.00 |
| Role Redesign | United States | 1,474.0 | $338,969.00 |
| Special Requests | United States | 15.5 | $2,015.00 |
| Test Planning | United States | 10.2 | $1,598.00 |
| **Total - IT Validation and Remediation Services** | | **6,203.7** | **$1,024,602.50** |

### Material Weakness Remediation

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Certus/CARS Program | United States | 1,330.0 | $258,745.00 |
| Contract Management - MW Remediation Assistance | United States | 0.2 | $108.00 |
| **Total - Material Weakness Remediation** | | **1,330.2** | **$258,853.00** |

### Contract Administration

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Other | France | 407.5 | $75,732.50 |
| Other | Spain | 49.6 | $7,475.00 |
| Other | Singapore | 0.0 | $100.00 |
| Other | Portugal | 0.0 | $0.00 |
| Other | Mexico | 34.4 | $4,916.00 |
| Other | Korea | -53.0 | ($15,950.00) |
| Other | Germany | 2.5 | $500.00 |
| Other | United Kingdom | 170.7 | $22,896.90 |
| Other | Czech Republic | 74.3 | $12,081.50 |
| Other | Austria | 0.0 | $0.00 |
| Other | Italy | 0.0 | $0.00 |
| **Total - Contract Administration** | | **686.0** | **$107,751.90** |

### HR/Pension Assistance

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| HR/Pension Assistance | United States | 658.1 | $79,267.00 |
| **Total - HR/Pension Assistance** | | **658.1** | **$79,267.00** |
| **Treasury Assistance** | | | |
| Treasury Expertise | United States | 953.8 | $241,253.50 |
| **Total - Treasury Assistance** | | **953.8** | **$241,253.50** |
| **Total - Sarbanes-Oxley 404 Services** | | **22,409.0** | **$3,704,267.45** |

*Tax Compliance - Foreign Affiliate Reporting*

**Tax Compliance - Foreign Affiliate Reporting**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| ITS Compliance Assistance | United States | 1,446.0 | $189,438.00 |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **1,446.0** | **$189,438.00** |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **1,446.0** | **$189,438.00** |

*Project Giant*

**Project Giant**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Wind-down | United States | 10.5 | $3,412.50 |
| **Total - Project Giant** | | **10.5** | **$3,412.50** |
| **Bankruptcy Employment Application and Other Court** | | | |
| Bankruptcy Court Application | United States | 2.9 | $594.50 |
| **Total - Bankruptcy Employment Application and Other Court** | | **2.9** | **$594.50** |
| **Monthly and Interim Fee Applications** | | | |
| Monthly and Interim Fee Applications | United States | 27.3 | $7,401.00 |
| **Total - Monthly and Interim Fee Applications** | | **27.3** | **$7,401.00** |
| **Non-Working Travel Time** | | | |
| Non - Working Travel Time | Canada | 27.3 | $11,827.50 |
| Non - Working Travel Time | China | 11.5 | $3,877.50 |
| Non - Working Travel Time | Germany | 1.5 | $535.00 |
| Non - Working Travel Time | Mexico | 12.0 | $4,403.75 |
| Non - Working Travel Time | United States | 196.9 | $93,259.00 |
| **Total - Non-Working Travel Time** | | **249.2** | **$113,902.75** |
| **Employee Benefits Due Diligence** | | | |
| Labor | United States | 7.9 | $6,122.50 |
| Pension / OPEB | United States | 636.4 | $289,497.50 |
| **Total - Employee Benefits Due Diligence** | | **644.3** | **$295,620.00** |
| **Tax Due Diligence** | | | |
| Project Giant - ITS Work | Poland | 56.9 | $21,001.50 |
| Project Giant - ITS Work | Mexico | 86.0 | $31,238.75 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Project Giant - ITS Work | Germany | 117.2 | $52,091.50 |
| Project Giant - ITS Work | France | 44.2 | $21,193.50 |
| Project Giant - ITS Work | Brazil | 35.5 | $20,001.00 |
| Project Giant - ITS Work | China | 120.5 | $40,965.00 |
| Tax | United States | 1,223.2 | $569,043.50 |
| **Total - Tax Due Diligence** | | **1,683.4** | **$755,534.75** |

**Financial Due Diligence**

| | | | |
|---|---|---:|---:|
| Autofacts | United States | 10.3 | $4,017.00 |
| Corporate | United States | 3,162.7 | $1,376,498.00 |
| Corporate | Canada | 25.7 | $13,235.50 |
| Product-line Profitability: Electronics & Safety | Canada | 268.2 | $126,518.00 |
| Product-line Profitability: Electronics & Safety | United States | 1,332.5 | $552,504.00 |
| Product-line Profitability: Engine & Chassis | Canada | 318.2 | $148,773.00 |
| Product-line Profitability: Engine & Chassis | United States | 2,049.0 | $827,788.50 |
| Product-line Profitability: P&SS | United States | 1,947.9 | $873,120.25 |
| Product-line Profitability: Packard | Canada | 249.0 | $80,925.00 |
| Product-line Profitability: Packard | United States | 2,884.3 | $1,209,088.00 |
| Product-line Profitability: Thermal & Interior | Canada | 354.6 | $182,619.00 |
| Product-line Profitability: Thermal & Interior | United States | 1,461.2 | $620,011.25 |
| SG&A / Restructuring | United States | 272.0 | $126,866.00 |
| **Total - Financial Due Diligence** | | **14,335.5** | **$6,141,963.50** |
| **Total - Project Giant** | | **16,953.1** | **$7,318,429.00** |

*Other Tax Consulting Services*

**Other Tax Consulting**

| | | | |
|---|---|---:|---:|
| Bankruptcy Court Application | United States | 2.6 | $676.00 |
| Other Tax Consulting - Canada Drop Shipment & Warehouse Project | Canada | 4.7 | $2,177.00 |
| Other Tax Consulting - Canada Supply & GST Project | Canada | 15.4 | $8,155.50 |
| Other Tax Consulting - Captive Insurance | United States | 1.0 | $580.00 |
| Other Tax Consulting - ENA Korean Project | Korea | 53.0 | $26,837.50 |
| Other Tax Consulting - Indiana Withholding | United States | 9.0 | $4,020.00 |
| **Total - Other Tax Consulting** | | **85.7** | **$42,446.00** |
| **Total - Other Tax Consulting Services** | | **85.7** | **$42,446.00** |

*Project Rock*

**Project Rock**

| | | | |
|---|---|---:|---:|
| (a) Interface with Professionals | Canada | 1.0 | $500.00 |
| (a) Interface with Professionals | United States | 1.0 | $380.00 |
| (b) Business Operations | United States | 548.3 | $180,985.25 |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| (b) Business Operations | Canada | 232.8 | $94,984.00 |
| Non-Working Travel Time | Canada | 21.0 | $8,400.00 |
| Non-Working Travel Time | United States | 22.7 | $7,542.50 |
| Professional Retention - Employment Applications, Affidavits | United States | 1.5 | $570.00 |
| **Total - Project Rock** | | **828.3** | **$293,361.75** |
| **Total - Project Rock** | | **828.3** | **$293,361.75** |
| **Grand Totals for the Fifth Interim Period** | | **41,722.1** | **$11,547,942.20** |

**Blended Rate for the Fifth Interim Period   $276.78**