**Delphi Corporation**                            **Exhibit H**

**Summary of Expenditures for PricewaterhouseCoopers LLP**

**By Transaction Type for the Fifth Interim Period (February 1, 2007 through May 31, 2007)**

| **Transaction Type** | **Total** |
|---|---:|
| ***Sarbanes-Oxley*** | |
| Airfare | $136,556.09 |
| Photocopy | $99.70 |
| Telephone Tolls | $698.44 |
| Lodging | $123,586.66 |
| Meals | $36,330.74 |
| Mileage Allowance | $18,010.95 |
| Parking | $3,378.86 |
| Public/Ground Transportation | $21,361.71 |
| Rental Car | $39,170.22 |
| Sundry - Other | $45,359.52 |
| **Total Expenditures - Sarbanes-Oxley 404 Services** | **$424,552.89** |
| ***Project Giant*** | |
| Airfare | $192,757.30 |
| Lodging | $161,597.85 |
| Meals | $40,181.96 |
| Mileage Allowance | $6,013.53 |
| Parking | $6,306.66 |
| Public/Ground Transportation | $26,962.64 |
| Rental Car | $28,827.34 |
| Sundry - Other | $533.88 |
| **Total Expenditures - Project Giant** | **$463,181.16** |

| Transaction Type | Total |
|---|---:|
| ***Other Tax Cons*** | |
| Lodging | $315.79 |
| Meals | $53.58 |
| Public/Ground Transportation | $93.13 |
| Sundry - Other | $95.50 |
| **Total Expenditures - Other Tax Consulting Services** | **$558.00** |
| ***Project Rock*** | |
| Airfare | $10,781.93 |
| Lodging | $4,456.82 |
| Meals | $1,030.07 |
| Mileage Allowance | $33.84 |
| Parking | $70.00 |
| Public/Ground Transportation | $1,299.14 |
| Rental Car | $3,656.64 |
| Sundry - Other | $179.20 |
| **Total Expenditures - Project Rock** | **$21,507.64** |
| **Grand Total Expenditures for the Fifth Interim Period** | **$909,799.69** |