BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Robert D. MacGill, Esq.
Mark R. Owens, Esq. (MO 9742)

*Attorneys for Clarion Corporation of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| Debtors. | : | (Jointly Administered) |

# NOTICE OF WITHDRAWAL OF MOTION OF CLARION CORPORATION OF AMERICA, PURSUANT TO 11 U.S.C. §§ 503 AND 507, FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

Clarion Corporation of America, by and through its undersigned counsel, hereby withdraws, with prejudice, its Motion of Clarion Corporation of America, Pursuant to 11 U.S.C. §§ 503 and 507, for Allowance of an Administrative Expense Claim (Docket No. 6135). The parties shall bear their own fees and costs.

Dated: Indianapolis, Indiana
       August 9, 2007

Respectfully submitted,

/s/ Mark R. Owens
Michael K. McCrory, Esq.
Robert D. MacGill, Esq.
Mark R. Owens, Esq. (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

*Attorneys for Clarion Corporation of America*

INDS01 MHULKA 970182v1