UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                              Chapter 11

DELPHI CORP., *et al.*,                                                 Case No. 05-44481 (RDD)

                                                       Debtors.       (Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed *Marquardt Switches, Inc.'s Response to Debtor's Nineteenth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. Bankr. P. 3007* with the Court using the CM/ECF system which sent notification of such filing to the following individual:

John Wm. Butler, Jr., Esq.

And I hereby certify that I have mailed, via overnight delivery using Federal Express, copies of the Response to the following individuals:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

                /s/  Kristin M. Doner
                Kristin M. Doner

1310440.1 5/31/2007