# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |
|---|---|
| In Re: ) | Case No. 05-44481-rdd |
| ) |  |
| DELPHI CORP., ) |  |
| ) | Chapter 11 |
| Debtor. ) |  |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On August 9, 2007, a true and correct copy of the *Response and Objection of SPCP Group, L.L.C. to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims*, which was filed today in the above captioned proceeding, has been caused to be served on the parties listed on the attached Service List, via First Class Mail.

          **Dreier LLP**

          By: _/s/Jean L. Guerrier____
              **Jean L. Guerrier**

**Sworn to before me this
9th day of August, 2007.**

 */s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010**

{00280160.DOC;}

## Service List

**United States Bankruptcy Court
for the Southern District of New York**
One Bowling Green, Room 632
New York, NY 10004
Attn: The Chambers of the Honorable Robert D. Drain
    United States Bankruptcy Judge


**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Skadden, Arps, Slate,
Meagher & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
    John K. Lyons
    Joseph N. Wharton


**Skadden, Arps, Slate,
Meagher & Flom LLP**
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti