STROBL & SHARP, P.C.
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376

Attorneys for PIC Productivity Improvement Center

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No: 05-44481 (RDD) |
| | Chapter 11 |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| | |
| Debtors-in-Possession | |

---

# PIC PRODUCTIVITY IMPROVEMENT CENTER'S RESPONSE TO DEBTORS' NINTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS

NOW COMES PIC PRODUCTIVITY IMPROVEMENT CENTER ("PIC" or "Claimant"), by and through its attorneys, Strobl & Sharp, P.C., and for its response to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(B) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation and Consensually Modified and Reduced Claims ("Nineteenth Omnibus Claims Objection"), states as follows:

1. PIC filed its proof of claim with an unsecured amount of $550,320.80 on March 3, 2006 (the "Outstanding Balance"). (Exhibit A.)

2. The Debtors have objected to the claim on the grounds that the Debtors have "...determined that certain Claims (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status."

3. The basis for PIC's claim arises out of services (the "Services") which were provided to Debtors by PIC during the period of time from October 2003 through October 7, 2005. A summary of PIC's relevant books and records pertaining to the Services are attached herein as Exhibit B.

4. The Debtors have failed or refused to pay for the Services, the Outstanding Balance of said Services being $550,320.80, according to the Affidavit of Allen J. Holmes, Chief Financial Officer of PIC Productivity Improvement Center (Exhibit C.)

5. The books and records of PIC do not reflect any payments on the Outstanding Balance of $550,320.80. See Exhibit C.

6. The Debtor has provided no proof of payment on the Outstanding Balance.

WHEREFORE, PIC respectfully requests that this Court deny Debtors' Nineteenth Omnibus Claims Objection, as it relates to Claimant and allow Claimant's proof of claim in full as filed and grant such further and additional relief as just and proper.

Respectfully submitted:

**STROBL & SHARP, P.C.**

/s/ Dennis W. Loughlin
Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690
Attorneys for PIC Productivity Improvement Center

Dated: August 9, 2007    dloughlin@stroblpc.com

---

**ECF Certificate of Service**

The undersigned certifies that a copy of the foregoing document was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 9, 2007.
By: /s/Dennis W. Loughlin
Dennis W. Loughlin (P43291)
dloughlin@stroblpc.com

# EXHIBIT A

05-44481-rdd    Doc 8969    Filed 08/09/07    Entered 08/09/07 13:08:52    Main Document
Pg 4 of 20

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number<br>05-44640 | This Space For Court Use Only<br><br>Claim #02173<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**PIC - Productivity Improvement Ctr**

Name and Address where notices should be sent:
**PIC - Productivity Improvement Ctr**
**Attn: Cathy Burgess**
**199 Wentworth Street East**
**Oshawa, ON Canada L1H 3V6**
Telephone Number: **905.743.4600 x 3315**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED**
**MAR 06 2006**
**KURTZMAN CARSON**
This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:
Check here ☐ replaces ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)     (date)

**2. Date debt was incurred:** October 2003 - October 7, 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **550,320.80 USD**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ **550,320.80 USD** _____ _____ **550,320.80 USD**
(Unsecured)  (Secured)  (Priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date:<br>**2.28.06** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*CBurgess* **Cathy Burgess, Credit Manager** |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PIC

Outstanding receivables by Delphi for The PIC Group

| Location | Posting Date | Cust # | Invoice No. | $$ | Amount | Due Date | Contract | Olimpic PO | SAP PO | Buyer | Ph # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Flint | 11/28/2003 | C467 | USI000068 | USD | 2,503.38 | 1/12/2004 | MI03/08-0382 | | | | |
| Delphi Flint | 3/26/2004 | C467 | USI002161 | USD | 13,879.88 | 5/10/2004 | MI03/08-0382 | AES25877 | | Phil De Perro | 248-813-4348 |
| Delphi Flint | 5/31/2004 | C467 | USI003157 | USD | 3,371.63 | 7/15/2004 | MI04/02-0142 | AES26877 | | Phil De Perro | 248-813-4348 |
| Delphi Flint | 6/19/2004 | C467 | USI003381 | USD | 4,307.63 | 7/24/2004 | MI04/02-0142 | AES26534 | | Phil De Perro | 248-813-4348 |
| Delphi Flint | 11/31/2004 | C467 | USI001335 | USD | 1,353.75 | 3/16/2004 | MI04/01-0122 | AES26534 | | Phil De Perro | 248-813-4348 |
| Delphi Flint | 2/24/2004 | C467 | USI001604 | USD | 460.00 | 4/9/2004 | MI04/01-0122 | | | | |
| Delphi Flint | 9/30/2004 | C467 | USI005352 | USD | 2,356.90 | 11/14/2004 | NV04/03-1063 | | | | |
| Delphi Flint | 8/31/2004 | C476 | USI004920 | USD | 1,241.00 | 10/15/2004 | NV04/03-1063 | LPM21179 | | | |
| Thermal & Interior - Lockport | 9/24/2004 | C476 | USI004907 | USD | 1,457.00 | 11/8/2004 | NV04/03-1063 | LPM21179 | | | |
| Thermal & Interior - Lockport | 9/30/2004 | C476 | USI005184 | USD | 1,519.00 | 11/14/2004 | NV04/03-1063 | LPM21179 | | | |
| Thermal & Interior - Lockport | 10/25/2004 | C476 | USI005546 | USD | 1,705.00 | 12/9/2004 | NV04/03-1063 | LPM21179 | | | |
| Thermal & Interior - Lockport | 10/28/2004 | C476 | USI005788 | USD | 124.00 | 12/12/2004 | NV04/03-1063 | LPM21179 | | | |
| Thermal & Interior - Lockport | 10/28/2004 | C476 | USI007365 | USD | 288.00 | 3/12/2005 | NV04/03-1063 | LPM21179 | | | |
| Thermal & Interior - Lockport | 3/1/2005 | C476 | USI004048 | USD | 548.00 | 9/13/2004 | OH04/06-3169 | | | | |
| Packard | 1/23/2005 | C480 | USI007348 | USD | 926.40 | 3/9/2005 | OH05/01-0102 | | | | |
| Packard | 1/31/2005 | C480 | USI007156 | USD | 3,652.15 | 3/17/2005 | OH05/01-0114 | | | | |
| Packard | 2/28/2005 | C480 | USI007157 | USD | 1,051.50 | 2/28/2005 | OH05/01-0102 | | | | |
| Packard | 2/28/2005 | C480 | USI007458 | USD | 2,481.25 | 3/16/2005 | SP05/02-0021 | | | | |
| Packard | 3/16/2005 | C480 | USI007822 | USD | 221.47 | 3/30/2005 | SP05/02-0021 | | | | |
| Packard | 3/30/2005 | C480 | USI008042 | USD | 1,049.62 | 5/23/2004 | MI04/04-0273 | P3S26772 | | | |
| Saginaw Steering Plant 6 | 4/23/2004 | C481 | USI002620 | USD | 4,062.18 | 8/15/2004 | MI04/04-0273 | P3S26772 | | | |
| Saginaw Steering Plant 5 | 5/15/2004 | C481 | USI002992 | USD | 10,150.43 | 8/10/2004 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 8/1/2005 | C481 | USI010920 | USD | 1,508.95 | 8/15/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 8/7/2005 | C481 | USI011057 | USD | 1,254.25 | 8/29/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 8/14/2005 | C481 | USI011271 | USD | 1,254.25 | 10/7/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 9/7/2005 | C481 | USI011477 | USD | 1,254.25 | 10/12/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 9/12/2005 | C481 | USI011602 | USD | 1,033.40 | 10/14/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 9/14/2005 | C481 | USI011705 | USD | 1,249.90 | 10/26/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 9/26/2005 | C481 | USI011907 | USD | 870.00 | 10/28/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 9/28/2005 | C481 | USI012062 | USD | 1,235.40 | 11/12/2005 | MI05/02-0162 | S2M93441 | | | |
| Saginaw Steering Plant 6 | 9/28/2005 | C481 | USI012275 | USD | 1,220.90 | 11/17/2005 | MI05/02-0162 | S2M93441 | 450217064 | Candy Smyer | 937-455-7710 |
| Saginaw Steering Plant 6 | 10/17/2005 | C481 | USI012392 | USD | 1,154.42 | 11/25/2005 | MI05/02-0162 | DCS09911 | 450217064 | Candy Smyer | 937-455-7710 |
| Saginaw Steering Plant 6 | 10/25/2005 | C481 | USI012684 | USD | 572.10 | 8/19/2005 | SP13005/08-0197 | DCS09911 | 450151767 | | |
| Saginaw Steering Plant 6 | 8/19/2005 | C734 | USI011153 | USD | 1,853.25 | 8/29/2005 | SP13005/08-0197 | DCS09911 | 450151767 | | |
| Delphi E&C Vandalia | 8/29/2005 | C734 | USI011270 | USD | 230.80 | 8/29/2005 | SP13005/08-0206 | DCS09911 | 450151767 | | |
| Delphi E&C Vandalia | 8/29/2005 | C734 | USI011249 | USD | 1,772.04 | 9/12/2005 | SP13005/08-0206 | DCS09911 | 450151767 | | |
| Delphi E&C Vandalia | 9/12/2005 | C734 | USI011409 | USD | 458.81 | 5/19/2005 | SP13005/05-0091 | | 450065571 | | |
| Delphi Delco Electronics | 5/19/2005 | C803 | USI009132 | USD | 913.13 | | | | | | |

| Location | Posting Date | Cust # | Invoice No. | $ | Amount | Due Date | Contract | Olimpic PO | SAP PO | Buyer | Ph # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Packard | 10/17/2004 | C904 | US1035656 | USD | 15,512.64 | 12/9/2004 | MI03/09-0416 | P3S26356 | | | |
| Packard | 11/11/2004 | C904 | US1035947 | USD | 15,599.00 | 12/24/2004 | MI03/09-0416 | P3S26355 | | | |
| Packard | 11/14/2004 | C904 | US1005257 | USD | 14,661.85 | 1/6/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 12/12/2004 | C904 | US1006487 | USD | 11,040.38 | 1/20/2005 | MI03/09-0416 | P3S26355 | | | |
| Packard | 12/26/2004 | C904 | US1006598 | USD | 14,548.37 | 2/4/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 12/26/2004 | C904 | US1006790 | USD | 11,861.00 | 2/10/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 1/23/2005 | C904 | US1007103 | USD | 6,726.00 | 3/1/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 1/23/2005 | C904 | US1037159 | USD | 8,256.00 | 3/17/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 2/20/2005 | C904 | US1007612 | USD | 3,480.00 | 2/28/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 2/20/2005 | C904 | US1007455 | USD | 8,076.00 | 2/25/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 3/6/2005 | C904 | US1007767 | USD | 3,480.00 | 3/16/2005 | MI03/09-0416 | P3S26356 | | | |
| Packard | 4/1/2005 | C904 | US1008326 | USD | 696.00 | 4/12/2005 | MI03/09-0416 | P3S26356 | | | |
| Delphi Mexico | 3/29/2005 | C904 | US1010745 | USD | 3,258.00 | 3/29/2005 | MI03/09-0416 | P3S27630 | | | |
| Delphi Mexico | 9/7/2005 | C904 | US1011433 | USD | 1,848.00 | 9/7/2005 | MI11/05/08-0365 | P3S27630 | | | |
| Delphi Mexico | 9/12/2005 | C904 | US1011501 | USD | 2,452.80 | 9/12/2005 | MI11/05/08-0365 | P3S27704 | | | |
| Packard | 9/14/2005 | C904 | US1011704 | USD | 168.00 | 9/14/2005 | MI11/05/08-0374 | P1S06648 | 450160269 Doreke Yakubik | | |
| Packard | 3/31/2016 | C904 | US1011500 | USD | 1,914.00 | 3/29/2005 | MI11/05/08-0374 | P1S06648 | | | |
| Packard | 3/31/2016 | C908 | US1002378 | USD | 889.88 | 5/15/2004 | SP04/03-1026 | Signed WA | | | |
| Delphi Mexico | 3/31/2016 | C968 | US1002390 | USD | 3,474.13 | 5/15/2004 | SP04/03-1028 | S2S50874 | | | |
| Delphi Mexico | 10/17/2004 | C968 | US1005659 | USD | 1,372.88 | 12/9/2004 | MI04/03-0312 | S2S50874 | Steve Rudzinski | 989-757-4048 |
| Saginaw Steering Plant 1 | 10/17/2004 | C1088 | US1005948 | USD | 24,908.90 | 12/24/2004 | MI04/03-0312 | S2S50874 | | | |
| Saginaw Steering Plant 1 | 11/11/2004 | C1088 | US1005857 | USD | 28,095.68 | 12/25/2004 | MI04/03-0273 | S2S50874 | | | |
| Saginaw Steering Plant 1 | 3/2/2005 | C1088 | US1008032 | USD | 10,598.39 | 3/29/2005 | MI04/03-0312 | S2S50874 | | | |
| Saginaw Steering Plant 1 | 4/1/2005 | C1088 | US1008337 | USD | 4,846.16 | 4/12/2005 | MI04/03-0312 | S2S50874 | | | |
| Saginaw Steering Plant 1 | 4/1/2005 | C1088 | US1008336 | USD | 4,951.50 | 4/12/2005 | MI04/03-0312 | S2S50874 | | | |
| Saginaw Steering Plant 1 | 4/1/2005 | C1088 | US1008453 | USD | 6,951.60 | 4/12/2005 | MI04/05-0312 | S2S50874 | | | |
| Saginaw Steering Plant 1 | 4/11/2005 | C1088 | US1008532 | USD | 232.00 | 4/21/2005 | MI04/05-0312 | S2S50874 | PR 162550 | | |
| Saginaw Steering Plant 1 | 4/11/2005 | C1088 | US1010031 | USD | 2,106.11 | 5/31/2005 | SP1005/05-0106 | S2S53245 | | | |
| Saginaw Steering Plant 1 | 5/24/2005 | C1290 | US1008609 | USD | 8,290.50 | 6/2/2005 | SP1005/05-0106 | S2S53245 | | | |
| Delphi E&C Needmore | 6/22/2005 | C1721 | US1008609 | USD | 2,182.35 | 6/9/2005 | SP11/05/05-0106 | S2S53245 | | | |
| Saginaw Steering Plant 1 | 6/2/2005 | C1721 | US1009550 | USD | 1,948.55 | 8/16/2005 | SP11/05/05-0106 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 6/2/2005 | C1721 | US1008836 | USD | 2,641.65 | 6/24/2005 | SP1005/05-0106 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 6/2/2005 | C1721 | US1010010 | USD | 2,808.16 | 6/24/2005 | SP11/05/05-0106 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 7/1/2005 | C1721 | US1008449 | USD | 834.50 | 4/18/2005 | SP11/05/04-0053 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 4/10/2005 | C1721 | US1008577 | USD | 1,626.91 | 4/21/2005 | SP11/05/04-0053 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 4/17/2005 | C1721 | US1009063 | USD | 1,140.35 | 4/27/2005 | SP1005/04-0053 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 5/11/2005 | C1721 | US1009061 | USD | 1,824.61 | 5/13/2005 | SP11/05/05-0098 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 5/8/2005 | C1721 | US1009051 | USD | 706.23 | 4/27/2005 | SP11/05/04-0062 | S2S53245 | | | |
| Delphi Steering - Plant 68 | 7/2/2005 | C1721 | US1008601 | USD | 165.00 | 7/20/2005 | SP1005/05-0166 | DCS09390 | | | |
| Delphi Steering - Plant 68 | 8/22/2005 | C1962 | US1010530 | USD | 2,265.39 | 8/22/2005 | SP13005/05-0166 | DCS09390 | | | |
| Delphi Chassis Englewood | 8/6/2005 | C1962 | US1010692 | USD | 1,399.76 | 8/8/2005 | SP1005/06-0165 | DCS09522 | | | |
| Delphi Chassis Englewood | 8/10/2005 | C1962 | US1010881 | USD | 960.00 | 8/10/2005 | OH12005/07-0206 | DCS09522 | | | |
| Delphi Chassis Englewood | 9/13/2005 | C1962 | US1011591 | USD | 647.05 | 9/13/2005 | SP11/05/09-0232 | DCS09911 | | | |
| Delphi Chassis Englewood | 9/13/2005 | C1962 | US1011781 | USD | 2,290.08 | 9/25/2005 | SP11/05/09-0232 | DCS09911 | | | |
| Delphi Chassis Englewood | 9/25/2005 | C1962 | US1011938 | USD | 2,181.68 | 9/27/2005 | SP11/05/09-0232 | DCS09911 | | | |
| Delphi Chassis Englewood | 10/11/2005 | C1962 | US1012113 | USD | 2,121.37 | 10/11/2005 | SP1005/09-0232 | DCS09911 | | | |
| Delphi Chassis Englewood | 10/12/2005 | C1962 | US1012227 | USD | 682.48 | 10/12/2005 | SP1005/09-0232 | JCS11760 | | | |
| Energy & Chassis - Anaheim | 1/19/2005 | C463 | S1009656 | USD | 1,732.29 | 3/5/2005 | SC03/04-0836 | JCS11760 | | | |
| Delphi Steering Plant 23 | 3/17/2005 | C463 | S1011967 | USD | 802.50 | 3/17/2005 | SC03/04-1075 | A2M22378 | B Allen | 205-552-5214 |
| Saginaw Steering Plant 23 | 5/31/2005 | C466 | S1004097 | USD | 84.53 | 7/15/2004 | SO4/04-1045 | A2M22378 | | | |
| Saginaw Steering Plant 23 | 5/31/2004 | C466 | S1004195 | USD | 1,998.50 | 10/15/2004 | IPC04/08-1871 | A2M22378 | | | |
| Saginaw Steering Plant 23 | 8/31/2004 | C466 | S1005923 | USD | 3,708.52 | 8/10/2004 | SO4/04-0987 | S2S54899 | | | |
| Saginaw Steering Plant 23 | 5/31/2004 | C466 | S1004061 | USD | 1,705.52 | 6/11/2004 | SO4/04-0987 | S2S54899 | | | |
| Chassis - Saginaw | 4/29/2004 | C466 | S1003558 | USD | 1,606.69 | 9/28/2005 | GEN11005/08-1698 | S2M93609 | | | |
| Saginaw Steering Plant 23 | 9/28/2005 | C469 | S1016131 | USD | 324.10 | | | | | | |

| Location | Posting Date | Cust # | Invoice No. | $$ | Amount | Due Date | Contract | Olympic PO | SAP PO | Buyer | Ph # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chassis - Saginaw | 9/28/2005 | C469 | SI016132 | USD | 2,111.11 | 9/28/2005 | GEN11003/08-1688 | S2M93809 | | | |
| Chassis - Saginaw | 9/28/2005 | C469 | SI015836 | USD | 1,969.13 | 9/28/2005 | GEN11003/07-1273 | S2M93809 | | | |
| Chassis - Saginaw | 9/30/2004 | C469 | SI006804 | USD | 329.95 | 11/14/2004 | OSH04/08-2072 | S2M93.569 | | | |
| Energy & Chassis - Dayton | 4/19/2004 | C470 | SI003436 | USD | 593.58 | 6/3/2004 | S04/03-0712 | | | | |
| Energy & Chassis - Dayton | 4/23/2004 | C470 | SI003504 | USD | 4,584.68 | 6/7/2004 | S04/03-0899 | | | | |
| Energy & Chassis - Dayton | 4/29/2004 | C470 | SI003593 | USD | 3,853.88 | 6/13/2004 | S04/04-0949 | | | | |
| Energy & Chassis - Dayton | 4/29/2004 | C470 | SI003626 | USD | 1,271.70 | 6/13/2004 | S04/04-0899 | | | | |
| Energy & Chassis - Dayton | 4/30/2004 | C470 | SI003841 | USD | 1,515.00 | 6/14/2004 | S04/03-0646 | | | | |
| Energy & Chassis - Dayton | 7/30/2004 | C470 | SI005620 | USD | 18.68 | 9/13/2004 | S04/06-1510 | | | | |
| Energy & Chassis - Dayton | 8/12/2004 | C470 | SI005557 | USD | 578.36 | 9/15/2004 | S04/07-1713 | | | | |
| Energy & Chassis - Dayton | 9/16/2004 | C470 | SI006470 | USD | 229.92 | 10/31/2004 | S04/06-1510 | | | | |
| Energy & Chassis - Dayton | 9/17/2004 | C470 | SI006485 | USD | 101.80 | 11/1/2004 | S04/05-1510 | 450147751 | Willie Clancy | 937-455-7721 | |
| Energy & Chassis - Dayton | 4/13/2004 | C470 | SI003317 | USD | 542.22 | 5/28/2004 | S04/02-0421 | 450147751 | Willie Clancy | 937-455-7721 | |
| Energy & Chassis - Dayton | 7/15/2004 | C470 | SK052277 | USD | 84.54 | 8/29/2004 | S04/06-1510 | 450147751 | Willie Clancy | 937-455-7721 | |
| Energy & Chassis - Dayton | 8/30/2004 | C470 | SI005858 | USD | 1,362.39 | 10/14/2004 | S04/06-1510 | 450147751 | Willie Clancy | 937-455-7721 | |
| Energy & Chassis - Dayton | 8/30/2004 | C470 | SI005873 | USD | 189.79 | 10/14/2004 | S04/07-1713 | | | | |
| Delphi Delco - Mexico | 9/15/2003 | C470 | SI057662 | USD | 802.50 | | S03/07-1356 | | | | |
| Delphi Delco - Mexico | 10/9/2003 | C473 | S0058969 | USD | 1,369.47 | | S03/09-1884 | | | | |
| Delphi Delco - Mexico | 11/15/2003 | C473 | S0059837 | USD | 131.61 | | S03/09-1884 | | | | |
| Delphi Delco - Mexico | 11/15/2003 | C473 | S0059878 | USD | 652.84 | | S03/09-1731 | | | | |
| Delphi Delco - Mexico | 11/15/2003 | C473 | S0060268 | USD | 867.07 | | S03/09-1852 | | | | |
| Delphi Delco - Mexico | 11/15/2003 | C473 | S0060276 | USD | 2,386.64 | 1/1/2004 | S03/11-2140 | | | | |
| Delphi Delco - Mexico | 11/30/2003 | C473 | S0000236 | USD | 802.50 | 1/14/2004 | S03/09-1884 | | | | |
| Delphi Delco - Mexico | 11/30/2003 | C473 | S0000619 | USD | 410.88 | 2/13/2004 | S03/11-2140 | | | | |
| Delphi Delco - Mexico | 11/30/2003 | C473 | S0000824 | USD | 802.50 | 2/14/2004 | S03/09-1884 | | | | |
| Delphi Delco - Mexico | 12/31/2003 | C473 | S0001278 | USD | 1,425.51 | 6/1/2004 | S04/04-0944 | | | | |
| Delphi Delco - Mexico | 4/30/2004 | C473 | S0037686 | USD | 802.50 | 8/1/2004 | S04/05-1347 | | | | |
| Delphi Delco - Mexico | 6/17/2004 | C473 | SI004585 | USD | 84.53 | 8/1/2004 | S04/06-1403 | | | | |
| Delphi Delco - Mexico | 6/17/2004 | C473 | SI004607 | USD | 81.32 | 11/1/2004 | OSH04/09-2188 | | | | |
| Delphi Delco - Mexico | 9/30/2004 | C473 | SI006891 | USD | 347.22 | 1/8/2005 | OSH04/11-2842 | | | | |
| Delphi Delco - Mexico | 11/24/2004 | C473 | SI008522 | USD | 911.37 | 1/9/2005 | S04/04-1087 | 495000271 | | | |
| Delphi Delco - Mexico | 11/25/2004 | C473 | SI004109 | USD | 7,098.71 | 7/15/2004 | S04/04-1087 | 495000271 | | | |
| Interior Systems - Rimir | 5/31/2004 | C478 | SI004239 | USD | 84.53 | 7/15/2004 | S04/05-1060 | | | | |
| Interior Systems - Rimir | 6/10/2004 | C478 | SI004397 | CAD | 805.00 | 7/25/2004 | S03/10-1860 | | | | |
| Interior Systems - Rimir | 6/15/2004 | C478 | SI004633 | USD | 4,117.09 | 7/30/2004 | S04/04-1087 | | | | |
| Interior Systems - Rimir | 6/17/2004 | C478 | SI004659 | USD | 799.03 | 8/1/2004 | S04/04-1087 | | | | |
| Interior Systems - Rimir | 10/29/2004 | C478 | SI007763 | USD | 84.53 | 12/13/2004 | OSH04/09-2478 | | | | |
| Interior Systems - Rimir | 10/29/2004 | C478 | SI007766 | USD | 311.37 | 12/13/2004 | OSH04/09-2481 | | | | |
| Interior Systems - Rimir | 11/24/2004 | C478 | SI008544 | USD | 123.05 | 1/8/2005 | OSH04/11-2834 | | | | |
| Interior Systems - Rimir | 11/20/2005 | C478 | SI008988 | USD | 101.65 | 3/6/2005 | OSH04/12-3289 | | | | |
| Interior Systems - Rimir | 1/20/2005 | C478 | SI010015 | USD | 1,089.26 | 3/19/2005 | S04/06-1365 | | | | |
| Interior Systems - Rimir | 2/2/2005 | C478 | SI010165 | USD | 105.93 | 3/19/2005 | OSH05/01-0175 | | | | |

| Location | Posting Date | Cust # | Invoice No. | $$ | Amount | Due Date | Contract | Olimpic PO | SAP PO | Buyer | Ph # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Interior Systems - Rmlr | 3/30/2005 | C478 | SI011355 | USD | 83.73 | 3/30/2005 | OSH05/03-0423 | | | | |
| Interior Systems - Rmlr | 4/29/2005 | C478 | SI012061 | USD | 475.62 | 4/29/2005 | GEN11005/04-0714 | | | | |
| Saginaw Steering Plant 6 | 6/5/2005 | C481 | SI013053 | USD | 81.32 | 6/9/2005 | IPC04/09-2252 | | | | |
| Saginaw Steering Plant 6 | 10/3/2004 | C481 | SI007336 | USD | 2,079.61 | 11/27/2004 | IPC04/09-2540 | S2S54568 | 450171723 | Steve Rudzinski | 989-757-4048 |
| Saginaw Steering Plant 6 | 10/17/2004 | C481 | SI007745 | USD | 4,339.90 | 12/11/2004 | IPC04/09-2540 | S2S54937 | 450171723 | Steve Rudzinski | 989-757-4048 |
| Saginaw Steering Plant 6 | 11/19/2004 | C481 | SI007910 | USD | 5,663.05 | 1/8/2005 | IPC04/09-2540 | S2S54937 | | | |
| Saginaw Steering Plant 6 | 11/14/2004 | C481 | SI008371 | USD | 4,158.29 | 1/24/2005 | IPC04/08-2540 | S2S54937 | | | |
| Saginaw Steering Plant 6 | 12/12/2004 | C481 | SI008733 | USD | 7,673.10 | 3/4/2005 | IPC04/09-2540 | S2S54937 | | | |
| Saginaw Steering Plant 6 | 1/9/2005 | C481 | SI009846 | USD | 9,169.40 | 3/4/2005 | IPC04/09-2540 | S2S54937 | | | |
| Saginaw Steering Plant 6 | 1/9/2005 | C481 | SI009847 | USD | 658.19 | 11/29/2004 | IPC04/09-2252 | S2S54937 | | | |
| Saginaw Steering Plant 6 | 10/15/2004 | C481 | SI007216 | USD | 5,150.41 | 12/12/2004 | IPC04/09-2252 | | 450170952 | | |
| Saginaw Steering Plant 6 | 10/28/2004 | C481 | SI007637 | USD | 3,590.90 | 12/25/2004 | IPC04/09-2252 | | 450171723 | | |
| Saginaw Steering Plant 6 | 11/10/2004 | C481 | SI008050 | USD | 895.74 | 3/4/2005 | EW13005/05-0836 | S2M93494 | 450171723 | | |
| Saginaw Steering Plant 6 | 1/18/2005 | C481 | SI009844 | USD | 329.14 | 8/9/2005 | GEN11005/05-0912 | S2M93494 | | | |
| Saginaw Steering Plant 6 | 6/5/2005 | C481 | SI012947 | USD | 812.46 | 10/23/2005 | GEN11005/05-0912 | S2M93494 | | | |
| Saginaw Steering Plant 6 | 10/21/2005 | C481 | SI017433 | USD | 81.32 | 6/9/2005 | GEN11005/06-1119 | S2M93494 | | | |
| Saginaw Steering Plant 6 | 6/9/2005 | C481 | SI013053 | USD | 84.53 | 10/31/2005 | GEN11005/06-1119 | S2S54898 | | | |
| Saginaw Steering Plant 6 | 11/1/2005 | C481 | SI017434 | USD | 84.53 | 7/11/2005 | GEN11005/07-1351 | S2S54898 | | | |
| Saginaw Steering Plant 6 | 7/11/2005 | C481 | SI013812 | USD | 432.55 | 10/31/2005 | GEN11005/07-1351 | S2M93566 | | | |
| Saginaw Steering Plant 6 | 10/31/2005 | C481 | SI017435 | USD | 162.64 | 10/31/2005 | GEN11005/07-1351 | S2M93568 | | | |
| Saginaw Steering Plant 6 | 10/31/2005 | C481 | SI014603 | USD | 162.64 | 8/17/2005 | GEN11005/07-1351 | S2M93553 | | | |
| Saginaw Steering Plant 6 | 8/17/2005 | C481 | SI014604 | USD | 437.55 | 8/17/2005 | IPC04/10-2796 | S2M93553 | | | |
| Saginaw Steering Plant 6 | 8/17/2005 | C481 | SI005040 | USD | 681.89 | 10/31/2005 | IPC04/10-2796 | S2S54898 | | | |
| Saginaw Steering Plant 6 | 6/9/2005 | C481 | SI008411 | USD | 81.32 | 1/8/2005 | IPC04/10-2796 | S2S54898 | | | |
| Saginaw Steering Plant 6 | 11/11/2004 | C481 | SI008830 | USD | 891.78 | 1/8/2005 | IPC04/10-2796 | S2S54898 | | | |
| Saginaw Steering Plant 6 | 11/11/2004 | C481 | SI008411 | USD | 426.68 | 12/24/2004 | IPC04/07-1351 | S2M93574 | | | |
| Saginaw Steering Plant 6 | 11/14/2004 | C481 | SI007899 | USD | 3,006.28 | 12/24/2004 | IPC04/07-1721 | S2M93574 | 450217079 | | |
| Saginaw Steering Systems Plant 6 | 11/11/2004 | C481 | SI007558 | USD | 7,216.60 | 8/16/2005 | GEN11005/08-1364 | S2M93613 | 450217079 | Candy Smyer | 937-455-7710 |
| Saginaw Steering Plant 7 | 10/17/2004 | C482 | SI014506 | USD | 1,761.57 | 8/16/2005 | GEN11005/08-1364 | | | | |
| Saginaw Steering Plant 7 | 8/23/2005 | C482 | SI014813 | USD | 582.08 | 8/23/2005 | GEN11005/09-1500 | | | | |
| Saginaw Steering Plant 7 | 9/21/2005 | C482 | SI015832 | USD | 1,765.24 | 9/21/2005 | IPC04/10-2796 | | | | |
| Delphi - Flxrj | 11/30/2003 | C483 | SI000575 | USD | 3,598.41 | 12/30/2003 | SO3/01-0196 | | | | |
| Delphi - Flxrj | 12/31/2003 | C483 | SI001343 | USD | 3,060.03 | 2/14/2004 | SO3/01-0196 | | | | |
| Delphi - Flint | 1/31/2004 | C483 | SI001836 | USD | 3,720.39 | 3/16/2004 | SO3/01-0196 | | | | |
| Delphi - Flint | 9/14/2004 | C722 | SI006898 | USD | 997.48 | 11/13/2004 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 8/20/2004 | C722 | SI005860 | USD | 554.53 | 10/14/2004 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 8/31/2004 | C722 | SI006160 | USD | 1,039.70 | 10/15/2004 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 9/19/2004 | C722 | SI007030 | USD | 594.77 | 11/19/2004 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 10/3/2004 | C722 | SI007180 | USD | 594.36 | 12/12/2004 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 10/17/2004 | C722 | SI007530 | USD | 922.66 | 12/21/2004 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 11/11/2004 | C722 | SI007961 | USD | 521.76 | 1/7/2005 | SO4/06-1554 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 11/14/2004 | C722 | SI008344 | USD | 177.70 | 11/14/2004 | IPC04/08-2162 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 9/19/2004 | C722 | SI006724 | USD | 565.34 | 11/4/2004 | IPC04/08-2162 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 9/20/2004 | C722 | SI006575 | USD | 342.85 | 1/9/2005 | IPC04/11-2931 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 11/14/2004 | C722 | SI008455 | USD | 495.93 | 12/22/2005 | IPC04/11-2931 | | 450177622 | Carol Miller | 248-655-0715 |
| Thermal & Interior - Troy MI | 12/11/2004 | C722 | SI008799 | USD | 470.05 | 8/2/2005 | IPC04/11-2931 | | 450065571 | | |
| Delphi Delco Electronics | 8/2/2005 | C803 | SI014130 | USD | 1,136.39 | 8/2/2005 | GEN11005/06-0962 | | 450065571 | | |
| Delphi Delco Electronics | 8/4/2005 | C803 | SI014131 | USD | 361.13 | 8/4/2005 | GEN11005/06-1247 | | 450065571 | | |
| Delphi Delco Electronics | 8/4/2005 | C803 | SI014244 | USD | 1,081.25 | 8/4/2005 | GEN11005/07-1247 | | 450065571 | | |
| Delphi Delco Electronics | 8/12/2005 | C803 | SI014250 | USD | 774.02 | 8/12/2005 | GEN11005/07-1247 | | 450065571 | | |
| Delphi Delco Electronics | 8/18/2005 | C803 | SI014622 | USD | 635.58 | 8/18/2005 | GEN11005/06-0962 | | 450065571 | | |
| Delphi Delco Electronics | 8/18/2005 | C803 | SI014623 | USD | 486.33 | 8/18/2005 | GEN11005/07-1247 | | 450065571 | | |
| Delphi Delco Electronics | 8/23/2005 | C803 | SI014804 | USD | 3,058.06 | 8/23/2005 | GEN11005/06-0962 | | 450065571 | | |
| Delphi Delco Electronics | 8/23/2005 | C803 | SI014810 | USD | 276.05 | 8/23/2005 | GEN11005/07-1247 | | 450065571 | | |

| Location | Posting Date | Cust # | Invoice No. | $$ | Amount | Due Date | Contract | Olimpic PO | SAP PO | Buyer | Ph # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delphi Delco Electronics | 8/29/2005 | C803 | SI014896 | USD | 3,610.14 | 8/29/2005 | GEN11005/09-0962 | | 450065571 | | |
| Delphi Delco Electronics | 8/29/2005 | C803 | SI014942 | USD | 84.53 | 8/29/2005 | GEN11005/09-1458 | | 450065571 | | |
| Delphi Delco Electronics | 9/10/2005 | C803 | SI015369 | USD | 2,328.32 | 9/10/2005 | GEN11005/06-0962 | | 450065571 | | |
| Delphi Delco Electronics | 9/10/2005 | C803 | SI015426 | USD | 674.90 | 9/10/2005 | GEN11005/06-0962 | | 450065571 | | |
| Delphi Delco Electronics | 9/27/2005 | C803 | SI016054 | USD | 274.72 | 9/27/2005 | GEN11005/09-1638 | | 450065571 | | |
| Delphi Delco Electronics | 9/27/2005 | C803 | SI016056 | USD | 343.47 | 9/27/2005 | GEN11005/09-1640 | | 450065571 | | |
| Delphi Delco Electronics | 9/27/2005 | C803 | SI016064 | USD | 105.72 | 9/27/2005 | GEN11005/09-1716 | | 450065571 | | |
| Delphi Delco Electronics | 10/7/2005 | C803 | SI016265 | USD | 265.09 | 10/7/2005 | GEN11005/09-1640 | | 450065571 | | |
| Delphi Delco Electronics | 10/7/2005 | C803 | SI016268 | USD | 287.83 | 10/7/2005 | GEN11005/09-1716 | | 450065571 | | |
| Delphi Delco Electronics | 9/30/2004 | C803 | SI016899 | USD | 84.53 | 11/14/2004 | OSH04/09-2221 | | | | |
| Delphi Delco Electronics | 10/1/2004 | C851 | SI016943 | USD | 2,880.33 | 11/15/2004 | OSH04/09-2341 | | | | |
| Energy & Chassis - Kettering | 10/27/2004 | C851 | SI007583 | USD | 656.61 | 12/11/2004 | OSH04/11-2993 | | | | |
| Energy & Chassis - Kettering | 11/25/2004 | C851 | SI008616 | USD | 2,687.25 | 1/9/2005 | OSH04/11-1510 | | | | |
| Energy & Chassis - Kettering | 8/30/2004 | C897 | SI005846 | USD | 182.97 | 8/14/2004 | SD4/06-1316 | | | | |
| Chassis Systems - Dayton | 9/27/2005 | C897 | SI006527 | USD | 141.24 | 9/13/2004 | SD4/06-0992 | | | | |
| Chassis Systems - Dayton | 7/30/2004 | C897 | SI004331 | USD | 282.15 | 8/14/2004 | SD4/06-0992 | | | | |
| Chassis Systems - Dayton | 5/31/2004 | C897 | SI003830 | USD | 551.85 | 6/14/2004 | SD3/11-2210 | | DCS07869 | | |
| Interior Systems - Brownsville | 4/30/2004 | C1066 | SI016415 | USD | 5,266.81 | 10/7/2005 | TRC11005/09-0246 | S2S55008 | 450171725 | Steve Rudzinski | 989-757-4048 |
| Saginaw - Plant 5 | 10/7/2005 | C1086 | SI016313 | USD | 8,183.47 | 10/13/2005 | TRC11005/09-0246 | S2S55008 | 450171725 | Steve Rudzinski | 989-757-4048 |
| Saginaw - Plant 5 | 10/13/2005 | C1086 | SI016543 | USD | 8,852.70 | 10/25/2005 | TRC11005/09-0246 | S2S55008 | 450171725 | Steve Rudzinski | 989-757-4048 |
| Saginaw - Plant 5 | 10/25/2005 | C1086 | SI017113 | USD | 5,210.58 | 10/22/2005 | TRC11005/09-0245 | S2S56008 | 450171725 | Steve Rudzinski | 989-757-4048 |
| Saginaw - Plant 5 | 10/22/2005 | C1086 | SI016786 | CAD | 2,050.82 | 10/7/2005 | TRC11005/09-0245 | S2M93634 | 450171725 | Steve Rudzinski | 989-757-4048 |
| Saginaw - Plant 5 | 10/7/2005 | C1086 | SI016559 | USD | 1,311.82 | 9/27/2005 | TRC11005/09-0245 | S2M93634 | | | |
| Saginaw - Plant 5 | 9/27/2005 | C1086 | SI016086 | USD | 975.84 | 10/12/2005 | TRC11005/09-0262 | S2M92834 | | | |
| Saginaw - Plant 5 | 10/12/2005 | C1086 | SI016415 | USD | 901.95 | 7/15/2004 | SD4/24-1056 | | 450145005 | Judy Zink | 937-356-2538 |
| Saginaw - Plant 5 | 5/31/2004 | C1086 | SI004158 | USD | 2,253.49 | 10/3/2004 | ING04/08-1684 | | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 10/13/2005 | C1106 | SI005764 | USD | 5,126.54 | 10/14/2004 | ING04/08-1684 | | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 8/19/2004 | C1106 | SID05147 | USD | 3,575.08 | 12/9/2004 | ING04/10-2123 | | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 8/30/2004 | C1106 | SI007373 | USD | 712.44 | 4/8/2005 | ING11005/04-0640 | Signed WA | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 10/17/2004 | C1106 | SI011538 | USD | 2,049.76 | 4/20/2005 | ING11005/04-0640 | Signed WA | 450145006 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 4/11/2005 | C1106 | SI011797 | USD | 2,765.71 | 4/25/2005 | ING11005/04-0640 | Signed WA | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 4/11/2005 | C1106 | SI011955 | USD | 359.04 | 4/28/2005 | ING11005/04-0640 | Signed WA | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 5/11/2005 | C1106 | SI012209 | USD | 1,424.76 | 5/11/2005 | ING11005/05-0776 | | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 5/6/2005 | C1106 | SI012270 | USD | 1,160.74 | 12/9/2004 | CAM04/10-2494 | | 450145005 | Judy Zink | 937-356-2538 |
| Thermal & Interior - Vandalia OH | 10/17/2004 | C1290 | SI007381 | USD | 535.00 | 1/22/2005 | IPC04/12-2940 | | 450125225 | Linda Jamison | 937-455-7722 |
| Delphi Chassis Systems - Needmore | 12/11/2004 | C1290 | SI008605 | USD | 127.33 | 2/19/2005 | OSH04/12-3285 | | 450125225 | Linda Jamison | 937-455-7722 |
| Delphi Chassis Systems - Needmore | 12/26/2004 | C1290 | SI008649 | USD | 401.52 | 3/4/2005 | IPC04/11-2940 | | 450125225 | Linda Jamison | 937-455-7722 |
| Delphi Chassis Systems - Needmore | 1/9/2005 | C1290 | SI008852 | USD | 1,742.23 | 3/4/2005 | IPC04/12-3269 | | 450125225 | Linda Jamison | 937-455-7722 |
| Delphi Chassis Systems - Needmore | 1/9/2005 | C1290 | SI008854 | USD | 1,705.85 | 3/4/2005 | IPC04/12-3328 | | 450125225 | Linda Jamison | 937-455-7722 |
| Delphi Chassis Systems - Needmore | 1/9/2005 | C1250 | SI008855 | USD | | | | | | | |
| | | | | USD | 60,320.80 | | | | | | |

# EXHIBIT B

**Aged Accounts Receivable**

(Detail, aged as of October 15, 2005)
Aged by Document Date
Account Details for all Delphi Locations

| Customer | Date | PO | Invoice | | Amount |
|---|---|---|---|---|---|
| C000463 | 1/19/2005 | S03/04-0836 | SI009856 | $ | 1,732.29 |
| C000463 | 3/17/2005 | S03/04-0836 | SI011067 | $ | 802.50 |
| C000466 | 9/28/2005 | | SI001631 | $ | 324.10 |
| C000466 | 4/28/2004 | | SI003558 | $ | 1,536.39 |
| C000466 | 5/31/2004 | | SI004061 | $ | 2,306.52 |
| C000466 | 5/31/2004 | | SI004097 | $ | 3,454.50 |
| C000466 | 5/31/2004 | | SI004195 | $ | 84.53 |
| C000466 | 8/31/2004 | | SI005923 | $ | 1,705.62 |
| C000469 | 9/30/2004 | | SI006804 | $ | 329.95 |
| C000469 | 9/28/2005 | | SI015836 | $ | 1,989.13 |
| C000469 | 9/28/2005 | | SI016132 | $ | 2,111.11 |
| C000470 | 4/13/2004 | | SI003317 | $ | 542.22 |
| C000470 | 4/19/2004 | | SI003436 | $ | 593.58 |
| C000470 | 4/23/2004 | | SI003504 | $ | 4,584.68 |
| C000470 | 4/29/2004 | | SI003593 | $ | 3,853.88 |
| C000470 | 4/29/2004 | | SI003626 | $ | 1,271.70 |
| C000470 | 4/30/2004 | | SI003841 | $ | 1,515.00 |
| C000470 | 7/15/2004 | | SI005277 | $ | 84.53 |
| C000470 | 8/1/2004 | | SI005557 | $ | 578.36 |
| C000470 | 7/30/2004 | | SI005620 | $ | 18.68 |
| C000470 | 8/30/2004 | | SI005858 | $ | 84.54 |
| C000470 | 8/30/2004 | | SI005873 | $ | 1,362.39 |
| C000470 | 9/16/2004 | | SI006470 | $ | 229.92 |
| C000470 | 9/17/2004 | | SI006485 | $ | 101.80 |
| C000473 | 9/15/2003 | | S0057662 | $ | 189.79 |
| C000473 | 10/9/2003 | | S0058969 | $ | 802.50 |
| C000473 | 11/15/2003 | | S0059837 | $ | 1,369.47 |
| C000473 | 11/15/2003 | | S0059878 | $ | 131.61 |
| C000473 | 11/15/2003 | | S0060268 | $ | 652.84 |
| C000473 | 11/15/2003 | | S0060275 | $ | 867.07 |
| C000473 | 11/30/2003 | | SI000236 | $ | 2,386.64 |
| C000473 | 11/30/2003 | | SI000619 | $ | 802.50 |
| C000473 | 12/30/2003 | | SI000824 | $ | 410.88 |
| C000473 | 12/31/2003 | | SI001278 | $ | 802.50 |
| C000473 | 4/30/2004 | | SI003786 | $ | 1,425.51 |
| C000473 | 6/17/2004 | | SI004585 | $ | 84.53 |
| C000473 | 6/17/2004 | | SI004607 | $ | 81.32 |
| C000473 | 9/30/2004 | | SI006891 | $ | 84.53 |
| C000473 | 11/24/2004 | | SI008556 | $ | 347.22 |

| | | | | |
|---|---|---|---|---:|
| C000473 | 11/25/2004 | SI008582 | $ | 911.37 |
| C000478 | 5/31/2004 | SI004109 | $ | 7,098.71 |
| C000478 | 5/31/2004 | SI004239 | $ | 84.53 |
| C000478 | 6/10/2004 | SI004397 | $ | 805.06 |
| C000478 | 6/15/2004 | SI004503 | $ | 4,117.09 |
| C000478 | 6/17/2004 | SI004559 | $ | 799.03 |
| C000478 | 10/29/2004 | SI007763 | $ | 84.53 |
| C000478 | 10/29/2004 | SI007766 | $ | 311.37 |
| C000478 | 11/24/2004 | SI008544 | $ | 123.05 |
| C000478 | 1/20/2005 | SI009888 | $ | 101.65 |
| C000478 | 2/1/2005 | SI010015 | $ | 1,089.26 |
| C000478 | 2/2/2005 | SI010165 | $ | 105.93 |
| C000478 | 3/30/2005 | SI011355 | $ | 83.73 |
| C000478 | 4/29/2005 | SI012081 | $ | 475.62 |
| C000481 | 10/15/2004 | SI007216 | $ | 5,150.41 |
| C000481 | 10/3/2004 | SI007336 | $ | 2,679.61 |
| C000481 | 10/17/2004 | SI007558 | $ | 7,216.60 |
| C000481 | 10/28/2004 | SI007637 | $ | 3,590.90 |
| C000481 | 10/17/2004 | SI007745 | $ | 4,839.90 |
| C000481 | 11/1/2004 | SI007899 | $ | 8,006.28 |
| C000481 | 11/1/2004 | SI007910 | $ | 5,660.05 |
| C000481 | 11/10/2004 | SI008050 | $ | 985.74 |
| C000481 | 11/14/2004 | SI008371 | $ | 4,158.29 |
| C000481 | 11/14/2004 | SI008411 | $ | 691.78 |
| C000481 | 12/1/2004 | SI008733 | $ | 7,673.10 |
| C000481 | 12/1/2004 | SI008830 | $ | 426.68 |
| C000481 | 1/18/2005 | SI009844 | $ | 378.14 |
| C000481 | 1/9/2005 | SI009846 | $ | 9,849.40 |
| C000481 | 1/9/2005 | SI009847 | $ | 858.19 |
| C000481 | 6/15/2005 | SI012947 | $ | 612.46 |
| C000481 | 6/5/2005 | SI013053 | $ | 81.32 |
| C000481 | 6/9/2005 | SI013053 | $ | 81.32 |
| C000481 | 7/11/2005 | SI013812 | $ | 84.53 |
| C000481 | 8/17/2005 | SI014603 | $ | 162.64 |
| C000481 | 8/17/2005 | SI014604 | $ | 432.55 |
| C000481 | 10/31/2005 | SI017433 | $ | 81.32 |
| C000481 | 1/31/2005 | SI017434 | $ | 84.53 |
| C000481 | 10/31/2005 | SI017435 | $ | 162.64 |
| C000481 | 10/31/2005 | SI017436 | $ | 432.55 |
| C000481 | 11/1/2004 | SI018040 | $ | 681.89 |
| C000482 | 8/16/2005 | SI014506 | $ | 1,701.57 |
| C000482 | 8/23/2005 | SI014813 | $ | 582.08 |
| C000482 | 9/21/2005 | SI015832 | $ | 1,765.24 |
| C000483 | 11/30/2003 | SI000575 | $ | 3,598.41 |
| C000483 | 12/31/2003 | SI001343 | $ | 3,060.30 |
| C000483 | 1/31/2004 | SI001836 | $ | 3,720.39 |

| | | | | |
|---|---|---|---|---:|
| C000722 | 8/30/2004  | SI005860  | $ | 554.53 |
| C000722 | 8/31/2004  | SI006160  | $ | 1,030.70 |
| C000722 | 9/20/2004  | SI006575  | $ | 342.85 |
| C000722 | 9/14/2004  | SI006688  | $ | 997.48 |
| C000722 | 9/16/2004  | SI006724  | $ | 566.34 |
| C000722 | 9/19/2004  | SI007030  | $ | 694.77 |
| C000722 | 10/3/2004  | SI007180  | $ | 548.36 |
| C000722 | 10/17/2004 | SI007530  | $ | 923.86 |
| C000722 | 11/1/2004  | SI007961  | $ | 521.76 |
| C000722 | 11/14/2004 | SI008344  | $ | 117.70 |
| C000722 | 11/14/2004 | SI008455  | $ | 666.93 |
| C000722 | 12/12/2004 | SI008799  | $ | 470.05 |
| C000803 | 8/2/2005   | SI014130  | $ | 1,136.39 |
| C000803 | 8/2/2005   | SI014131  | $ | 361.13 |
| C000803 | 8/4/2005   | SI014244  | $ | 1,081.25 |
| C000803 | 8/4/2005   | SI014250  | $ | 774.02 |
| C000803 | 8/18/2005  | SI014622  | $ | 635.58 |
| C000803 | 8/18/2005  | SI014623  | $ | 486.38 |
| C000803 | 8/23/2005  | SI014804  | $ | 3,058.06 |
| C000803 | 8/23/2005  | SI014810  | $ | 276.06 |
| C000803 | 8/29/2005  | SI014896  | $ | 3,610.14 |
| C000803 | 8/29/2005  | SI014942  | $ | 84.53 |
| C000803 | 9/10/2005  | SI015369  | $ | 2,328.32 |
| C000803 | 9/10/2005  | SI015426  | $ | 674.90 |
| C000803 | 9/27/2005  | SI016054  | $ | 274.72 |
| C000803 | 9/27/2005  | SI016056  | $ | 343.47 |
| C000803 | 9/27/2005  | SI016064  | $ | 105.72 |
| C000803 | 10/7/2005  | SI016266  | $ | 265.09 |
| C000803 | 10/7/2005  | SI016268  | $ | 287.83 |
| C000851 | 9/30/2004  | SI006899  | $ | 84.53 |
| C000851 | 10/1/2004  | SI006943  | $ | 2,880.33 |
| C000851 | 10/27/2004 | SI007583  | $ | 666.61 |
| C000851 | 11/25/2004 | SI008616  | $ | 2,687.25 |
| C000897 | 5/31/2004  | SI004331  | $ | 262.15 |
| C000897 | 6/30/2004  | SI005046  | $ | 182.97 |
| C000897 | 7/30/2004  | SI005527  | $ | 141.24 |
| C001066 | 4/30/2004  | SI003830  | $ | 551.85 |
| C001086 | 10/25/2005 | SI0017113 | $ | 652.70 |
| C001086 | 9/27/2005  | SI016086  | $ | 1,311.82 |
| C001086 | 10/7/2005  | SI016313  | $ | 5,266.81 |
| C001086 | 10/12/2005 | SI016415  | $ | 975.84 |
| C001086 | 10/13/2005 | SI016543  | $ | 8,183.47 |
| C001086 | 10/7/2005  | SI016559  | $ | 2,060.82 |
| C001086 | 10/22/2005 | SI016786  | $ | 5,210.58 |
| C001106 | 5/31/2004  | SI004158  | $ | 401.95 |
| C001106 | 8/19/2004  | SI005764  | $ | 233.49 |

| | | | | |
|---|---|---|---|---:|
| C001106 | 8/30/2004 | SI006147 | $ | 5,126.64 |
| C001106 | 10/17/2004 | SI007373 | $ | 3,679.08 |
| C001106 | 4/1/2005 | SI011538 | $ | 717.87 |
| C001106 | 4/10/2005 | SI011797 | $ | 2,646.76 |
| C001106 | 4/17/2005 | SI011955 | $ | 1,769.71 |
| C001106 | 5/1/2005 | SI012009 | $ | 359.04 |
| C001106 | 5/8/2005 | SI012270 | $ | 1,421.76 |
| C001290 | 10/25/2004 | SI007381 | $ | 1,160.74 |
| C001290 | 12/8/2004 | SI008805 | $ | 535.00 |
| C001290 | 1/5/2005 | SI009549 | $ | 127.33 |
| C001290 | 1/18/2005 | SI009852 | $ | 401.52 |
| C001290 | 1/18/2005 | SI009854 | $ | 1,742.23 |
| C001290 | 1/18/2005 | SI009855 | $ | 1,705.85 |
| C000467 | 11/28/2003 | USI000068 | $ | 2,503.38 |
| C000467 | 1/31/2004 | USI001335 | $ | 1,353.75 |
| C000467 | 2/24/2004 | USI001604 | $ | 460.00 |
| C000467 | 3/26/2004 | USI002161 | $ | 13,879.88 |
| C000467 | 5/31/2004 | USI003157 | $ | 3,371.63 |
| C000467 | 6/9/2004 | USI003381 | $ | 4,307.63 |
| C000467 | 9/30/2004 | USI005352 | $ | 2,356.90 |
| C000476 | 8/31/2004 | USI004820 | $ | 1,241.00 |
| C000476 | 9/24/2004 | USI004907 | $ | 1,457.00 |
| C000476 | 9/30/2004 | USI005184 | $ | 1,519.00 |
| C000476 | 10/25/2004 | USI005546 | $ | 1,705.00 |
| C000476 | 10/28/2004 | USI005768 | $ | 124.00 |
| C000476 | 3/1/2005 | USI007635 | $ | 268.00 |
| C000480 | 7/30/2004 | USI004048 | $ | 546.00 |
| C000480 | 1/31/2005 | USI007156 | $ | 3,652.15 |
| C000480 | 1/31/2005 | USI007157 | $ | 1,051.50 |
| C000480 | 1/23/2005 | USI007346 | $ | 926.40 |
| C000480 | 2/28/2005 | USI007458 | $ | 2,481.25 |
| C000480 | 3/16/2005 | USI007822 | $ | 221.47 |
| C000480 | 3/30/2005 | USI008042 | $ | 1,049.62 |
| C000481 | 4/23/2004 | USI002620 | $ | 4,062.18 |
| C000481 | 5/15/2004 | USI002992 | $ | 10,150.43 |
| C000481 | 8/10/2005 | USI010920 | $ | 1,508.95 |
| C000481 | 8/15/2005 | USI011067 | $ | 1,254.25 |
| C000481 | 8/29/2005 | USI011271 | $ | 1,254.25 |
| C000481 | 9/7/2005 | USI011477 | $ | 1,254.25 |
| C000481 | 9/12/2005 | USI011502 | $ | 1,003.40 |
| C000481 | 9/14/2005 | USI011705 | $ | 1,249.90 |
| C000481 | 9/26/2005 | USI011907 | $ | 870.00 |
| C000481 | 9/28/2005 | USI012062 | $ | 1,235.40 |
| C000481 | 10/12/2005 | USI012275 | $ | 1,220.90 |
| C000481 | 10/17/2005 | USI012392 | $ | 1,154.10 |

| | | | | |
|---|---|---|---|---:|
| C000481 | 10/25/2005 | USI012684 | $ | 577.10 |
| C000734 | 8/19/2005 | USI011153 | $ | 1,853.26 |
| C000734 | 8/29/2005 | USI011249 | $ | 1,772.04 |
| C000734 | 8/29/2005 | USI011270 | $ | 230.80 |
| C000734 | 9/12/2005 | USI011409 | $ | 458.81 |
| C000803 | 5/19/2005 | USI009132 | $ | 913.13 |
| C000904 | 10/25/2004 | USI005656 | $ | 15,512.64 |
| C000904 | 11/9/2004 | USI005947 | $ | 15,699.00 |
| C000904 | 11/22/2004 | USI006257 | $ | 14,661.95 |
| C000904 | 12/6/2004 | USI006487 | $ | 11,040.38 |
| C000904 | 12/21/2004 | USI006698 | $ | 14,548.37 |
| C000904 | 12/27/2004 | USI006790 | $ | 11,861.00 |
| C000904 | 1/25/2005 | USI007103 | $ | 6,726.00 |
| C000904 | 1/31/2005 | USI007159 | $ | 8,256.00 |
| C000904 | 2/25/2005 | USI007455 | $ | 8,076.00 |
| C000904 | 2/28/2005 | USI007612 | $ | 3,480.00 |
| C000904 | 3/16/2005 | USI007767 | $ | 3,480.00 |
| C000904 | 4/12/2005 | USI008326 | $ | 696.00 |
| C000904 | 3/29/2005 | USI010745 | $ | 1,914.00 |
| C000904 | 9/7/2005 | USI011433 | $ | 3,258.00 |
| C000904 | 9/12/2005 | USI011500 | $ | 168.00 |
| C000904 | 9/12/2005 | USI011501 | $ | 1,848.00 |
| C000904 | 9/14/2005 | USI011704 | $ | 2,452.80 |
| C000968 | 3/31/2004 | USI002378 | $ | 889.88 |
| C000968 | 3/31/2004 | USI002380 | $ | 8,290.50 |
| C000968 | 3/31/2004 | USI002390 | $ | 3,474.13 |
| C001088 | 10/25/2004 | USI005659 | $ | 24,908.92 |
| C001088 | 11/9/2004 | USI005948 | $ | 28,095.68 |
| C001088 | 11/10/2004 | USI005957 | $ | 10,598.39 |
| C001088 | 3/29/2005 | USI008032 | $ | 11,303.72 |
| C001088 | 4/12/2005 | USI008336 | $ | 4,961.50 |
| C001088 | 4/12/2005 | USI008337 | $ | 4,846.16 |
| C001088 | 4/18/2005 | USI008453 | $ | 6,951.66 |
| C001088 | 4/21/2005 | USI008532 | $ | 232.00 |
| C001290 | 6/24/2005 | USI010031 | $ | 2,106.11 |
| C001721 | 4/18/2005 | USI008449 | $ | 834.50 |
| C001721 | 4/21/2005 | USI008577 | $ | 1,626.91 |
| C001721 | 4/27/2005 | USI008683 | $ | 1,140.35 |
| C001721 | 4/27/2005 | USI008691 | $ | 706.23 |
| C001721 | 5/13/2005 | USI009051 | $ | 1,824.61 |
| C001721 | 5/31/2005 | USI009448 | $ | 1,372.88 |
| C001721 | 6/2/2005 | USI009509 | $ | 1,949.55 |
| C001721 | 6/9/2005 | USI009650 | $ | 2,182.35 |
| C001721 | 6/16/2005 | USI009836 | $ | 2,641.65 |
| C001721 | 6/24/2005 | USI010010 | $ | 2,808.18 |
| C001962 | 7/20/2005 | USI010530 | $ | 165.00 |

| | | | | |
|---|---|---|---|---|
| C001962 | 8/2/2005 | USI010692 | $ | 2,265.30 |
| C001962 | 8/8/2005 | USI010881 | $ | 1,399.70 |
| C001962 | 8/10/2005 | USI010926 | $ | 960.00 |
| C001962 | 9/13/2005 | USI011591 | $ | 647.05 |
| C001962 | 9/25/2005 | USI011781 | $ | 2,290.08 |
| C001962 | 9/27/2005 | USI011938 | $ | 2,181.68 |
| C001962 | 10/11/2005 | USI012113 | $ | 2,121.37 |
| C001962 | 10/12/2005 | USI012227 | $ | 682.48 |

**GRAND TOTAL**         **$ 550,320.80**

# EXHIBIT C

STROBL & SHARP, P.C.
Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376

Attorneys for PIC Productivity Improvement Center

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 05-44481 (RDD) |
| | Chapter 11 |
| DELPHI CORPORATION, et al., | (Jointly Administered) |
| Debtors-in-Possession | |

## AFFIDAVIT OF ALLEN J. HOLMES

PROVINCE OF ONTARIO )
                     ) ss.
                     )

NOW COMES Allen J. Holmes, being duly sworn, deposes and states as follows:

1. I am the Chief Financial Officer of The PIC Group, Inc., f/k/a PIC Productivity Improvement Center ("PIC").

2. I am the individual at PIC principally in charge of the account relating to Delphi Corporation ("Debtors").

3. I have personally reviewed the books and records of PIC as they pertain to Delphi Corporation.

4. I make this Affidavit of my own personal knowledge and would be competent to testify to the facts stated therein if called as a witness in this matter.

5. Prior to the filing of the Debtors' bankruptcy, PIC provided certain services to Delphi Corporation pursuant to purchase orders issued by Delphi to PIC. PIC rendered these services to Delphi as requested.

6. As of October 8, 2005, the outstanding balance due and owing to PIC by the Debtors was $550,320.80 (the "Outstanding Balance").

7. The Debtors have failed to pay for the services provided by PIC to the Debtors.

8. The books and records of PIC do not reflect any payments on the Outstanding Balance.

9. The Debtors have provided no proof of payment to PIC regarding the Outstanding Balance.

10. The Outstanding Balance of $550,320.80 is fully supported by the books and records of PIC.

Further Deponent Sayeth Not.

The PIC Group, Inc. f/k/a PIC Productivity Improvement Center

_____
ALLEN J. HOLMES
Its: Chief Financial Officer