MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
Telephone: (845) 639-7800
Facsimile: (845) 639-7850
Siu Lan Chan (SC 4174)
Tara Hannon (TH 2584)
Jay N. Heinrich (JH 0629)

Counsel to TPG Credit Opportunities Fund, L.P.
and TPG Credit Opportunities Investors, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### LIMITED JOINDER OF TPG CREDIT OPPORTUNITIES FUND, LP. AND TPG CREDIT OPPORTUNITIES INVESTORS, L.P. TO THE RESPONSE OF SOLECTRON CORPORATION TO NINETEENTH OMNIBUS OBJECTION TO CLAIMS

TPG Credit Opportunities Fund, L.P. and TPG Credit Opportunities Investors, L.P. (collectively, "TPG"), by and through their undersigned counsel, hereby joins in the Response of Solectron Corporation, on behalf of itself and its various subsidiaries and affiliates, including Solectron Manufactura de Mexico SA (collectively, "Solectron") to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims, dated July 13, 2007 (the "19th Omnibus Objection"). In support hereof, TPG states as follows:

334-041/COURT/1313962.1

1. On or about November 20, 2006, Solectron transferred a total of $7,850,161.53 of Claim No. 10914 to TPG.[1] By the terms of their agreement, Solectron transferred to TPG the first $7,850,161.53 of the claim allowed with respect to Claim No. 10914, with Solectron retaining the remaining balance.

2. The 19th Omnibus Objection lists Solectron with a docketed claim of $2,532,173.93 on account of Claim No. 10914 and lists TPG with a docketed claim of $7,850,161.53 on account of Claim No. 10914. The 19th Omnibus Objection proposes to allow Solectron a priority claim of $35,454.74 and a general unsecured claim of $1,856,696.29 and proposes to allow TPG a general unsecured claim of $5,865,983.81.

3. Solectron and TPG have agreed that the undisputed portions of Claim No. 10914 shall be allocated first to that portion of the claim transferred to TPG. Thus, the Debtors' records should reflect that the undisputed portion of Claim No. 10914, up to the aggregate amount of $7,850,161.53, belongs to TPG in the following allocations: $5,652,116.30 to TPG Credit Opportunities Fund, L.P. and $2,198,045.23 to TPG Credit Opportunities Investors, L.P.

4. TPG defers to Solectron with respect to the legal and factual basis for disputing the relief sought in the 19th Omnibus Objection with respect to Claim No. 10914; provided however, that TPG hereby reserves all rights to assert any and all such further responses to the 19th Omnibus Objection, or any other objections asserted against Claim No. 10914, including any response with respect to the legal and factual basis for disputing such relief.

---

[1] Solectron transferred $5,652,116.30 of Claim No. 10914 to TPG Credit Opportunities Fund, L.P. and $2,198,045.23 of Claim No. 10914 to TPG Credit Opportunities Investors, L.P.

334-041/COURT/1313962.1

WHEREFORE, TPG respectfully requests that this Court: (i) enter an order denying the relief requested in the 19th Omnibus Objection, (ii) require the Debtors to change their records to reflect that TPG Credit Opportunities Fund, L.P. is the proper owner of $5,652,116.30 of the undisputed portion of Claim No. 10914 and that TPG Credit Opportunities Investors, L.P. is the proper owner of $2,198,045.23 of the undisputed portion of Claim No. 10914, and (iii) grant such other relief as the Court deems just and proper.

Dated: August 9, 2007

MANDEL, KATZ & BROSNAN LLP

By: /s/ Tara Hannon
Siu Lan Chan (SC 4174)
Tara Hannon (TH 2584)
Jay N. Heinrich (JH 0629)
The Law Building
210 Route 303
Valley Cottage, New York 10989
Telephone: (845) 639-7800
Facsimile: (845) 639-7850

Counsel to TPG Credit Opportunities Fund, L.P.
and TPG Credit Opportunities Investors, L.P.