B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Secretary of Labor on behalf of the Delphi Personal Savings Plan for Hrly Employees in the U.S.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Phyllis Dolinko, Senior Trial Attorney U.S.
Department of Labor - Office of Solicitor
230 S. Dearbor St., 8th Flr, Chicago, IL 60604
Telephone number: (312) 353-6973

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☑ amends a previously filed claim, dated: **08/11/2006**

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:____
  Unpaid compensation for services performed
  From _____ to _____
  (date)        (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ **3,232,133**

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Other _____
☐ Motor Vehicle

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ **3,232,133** _____ _____ **3,232,133**
                                              (unsecured)  (secured)  (priority)  (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 5/2/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Phyllis B. Dolinko*
PHYLLIS B. DOLINKO

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT A

DELPHI CORPORATION, Ch. 11, Case No. 05-44481

ATTACHMENT TO THE SECRETARY OF LABOR'S AMENDED
PROOF OF CLAIM
AMENDING CLAIM NO. 15135 ON BEHALF OF THE DELPHI
PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN
THE UNITED STATES

On behalf of the Delphi Personal Savings Plan for Hourly Rate Employees in the United States (the Delphi Plan), Elaine L. Chao, Secretary of Labor (the Secretary), files this amended unsecured claim for amounts owed to participants of the Delphi Plan as a result of the failure of the Delphi Corporation (Delphi) to comply with the fiduciary provisions of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. 1001, et seq.

The Secretary of Labor is charged with the enforcement of the fiduciary requirements of ERISA, including the institution of actions in federal district court for injunctive relief and restitution to employee benefit plans. Under her statutory authority, the Secretary has initiated an investigation of the Delphi Plan, of which the Delphi was the sponsor and a fiduciary. The Delphi Plan is an employee benefit plan within the meaning of ERISA 3(3), 29 U.S.C. 1002(3), which is subject to the provisions of Title I of ERISA pursuant to ERISA 4(a), 29 U.S.C. 1003(a).

The Secretary asserts that the during the period from March 10, 2000 though December 2002, Delphi failed to follow the Delphi Plan document by investing the dividends of the General Motors (GM) stock held in participants' accounts into the General Motors Stock Fund(GMSF) rather than into the Promark Income Fund (PMIF); failed to prudently monitor Fidelity Institutional Investment Services, Inc. (Fidelity), its agent authorized to invest the GM stock dividends; and failed to make participants whole upon the discovery that GM stock dividends were incorrectly invested. As a result of Delphi's fiduciary violations, the Delphi

Plan's participants incurred $3,233,417.50 in losses. The Secretary's Computation of Total Losses Owed is attached hereto and made a part hereof as Exhibit A.

The Secretary's investigation is continuing. She has not yet determined the full extent of ERISA violations involving Delphi Corporation. The Secretary files this Amended Proof of Claim to protect her interests, those of the Plan and of its participants. This Amended Proof of Claim will, if necessary, be amended.

**NOTE: Because this claim is made on behalf of the Delphi Savings Plan and its participants, the Secretary requests that payment be made directly to the plan and not to the Secretary.**

EBSA PREPARED WORK PAPER
DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE U.S.
CASE NO. 52-011672
PREARED BY: INVESTIGATOR FRANK SCHNEIDER
PREPARED ON: 1.10.07

**DEPARTMENT'S ESTIMATE OF TOTAL LOSSES OWED TO THE PLAN USING THE NOVEMBER 1, 2005 FUND PRICES**

| Date of GM Dividend Payment | Amount of GM Dividend Payment | GMSF Price on Date of Purchase | Total No. GMSF Shares Purchased | Value of GMSF as of 11/1/2005 | Loss From Orig. Price to 11/1/2005 | PMIF Price on Date of Purchase | Total No. PMIF Shares Purchased | Value of PMIF as of 11/1/2005 | Gain From Orig. Price to 11/1/2005 |
|---|---|---|---|---|---|---|---|---|---|
| 3/10/2000 | $430,797.26 | $187.15 | 2,301.88 | 153,003.81 | ($277,793.45) | $13.74 | 31,350.59 | $593,253.74 | $162,456.48 |
| 6/12/2000 | $394,411.39 | $167.32 | 2,357.20 | 156,680.88 | ($237,730.51) | $13.96 | 28,262.64 | $534,819.82 | $140,408.43 |
| 9/11/2000 | $395,013.29 | $180.46 | 2,188.91 | 145,494.80 | ($249,518.49) | $14.16 | 27,890.81 | $527,783.60 | $132,770.31 |
| 12/11/2000 | $388,672.00 | $125.29 | 3,102.18 | 206,199.00 | ($182,473.00) | $14.38 | 27,031.99 | $511,531.97 | $122,859.97 |
| 3/12/2001 | $385,045.73 | $138.12 | 2,787.67 | 185,293.82 | ($199,751.91) | $14.60 | 26,366.45 | $498,937.82 | $113,892.09 |
| 6/11/2001 | $377,277.19 | $143.29 | 2,632.91 | 175,007.06 | ($202,270.13) | $14.84 | 25,423.75 | $481,098.91 | $103,821.72 |
| 9/10/2001 | $371,309.21 | $125.15 | 2,966.88 | 197,205.74 | ($174,103.47) | $15.08 | 24,621.36 | $465,915.12 | $94,605.91 |
| 12/10/2001 | $368,303.67 | $122.21 | 3,013.76 | 200,321.81 | ($167,981.86) | $15.33 | 24,023.08 | $454,593.74 | $86,290.07 |
| 3/11/2002 | $369,420.88 | $148.14 | 2,493.80 | 165,760.55 | ($203,660.33) | $15.61 | 23,670.06 | $447,913.47 | $78,492.59 |
| 6/10/2002 | $361,273.83 | $142.83 | 2,529.46 | 168,130.84 | ($193,142.99) | $15.89 | 22,733.26 | $430,186.21 | $68,912.38 |
| 9/10/2002 | $353,937.49 | $113.47 | 3,119.13 | 207,325.65 | ($146,611.84) | $16.17 | 21,887.41 | $414,180.01 | $60,242.52 |
| 12/10/2002 | $351,864.54 | $89.99 | 3,910.20 | 259,907.33 | ($91,957.21) | $16.42 | 21,429.89 | $405,522.27 | $53,657.73 |
| 3/10/2003 | $348,659.93 | $74.80 | 4,661.08 | 309,817.62 | ($38,842.31) | $16.65 | 20,938.14 | $396,216.78 | $47,556.85 |
| 6/10/2003 | $346,170.95 | $88.34 | 3,918.51 | 260,459.69 | ($85,711.26) | $16.88 | 20,510.44 | $388,123.32 | $41,952.37 |
| 9/10/2003 | $345,389.03 | $99.44 | 3,473.28 | 230,865.67 | ($114,523.36) | $17.09 | 20,209.78 | $382,433.87 | $37,044.84 |
| 12/10/2003 | $338,649.09 | $117.57 | 2,880.44 | 191,460.15 | ($147,188.94) | $17.30 | 19,575.83 | $370,437.50 | $31,788.41 |
| Totals | $5,926,195.48 | | 48,337.29 | 3,212,934.42 | ($2,713,261.06) | | 385,925.48 | $7,302,948.13 | $1,376,752.65 |

| | | |
|---|---|---|
| As of | 11/1/2005 | |
| Price of GMSF | $66.47 | $3,212,934.42 |
| Price of PMIF | $18.92 | $7,302,948.13 |
| Difference | | $4,090,013.71 |
| Total Owed | | $3,233,417.15 |
| Amount Paid | | $856,596.56 |
| Note | 11/1/05 - Date of Correction | |
| Source: | Historical Delphi Dividend Summary | |
| | Fidelity Account Adjustment Sheets, Exhibit 12 in Fidelity's Letter dated 2/28/06. | |