FORM B10 (Official Form 10) (04/05)

| United States Bankruptcy Court: Southern District of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Kiefel Technologies, Inc.<br><br>Name and address where notices should be sent:<br><br>5 Merrill Industrial Drive<br>Hampton, NH   03842<br><br>Telephone number: (603) 929-3900 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)           (date)

**2. Date debt was incurred:**
August, 2004 through June, 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $44,876.00
(unsecured) _____ (secured) _____ (priority) _____ (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 44,876.00

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority   $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>7/14/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>ALFRED RAK, PRESIDENT/CEO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# KIEFEL TECHNOLOGIES, INC.

*ALL OPEN INVOICES - AGED AS OF: 07/17/06*

| CUSTOMER/ INV DATE | INVOICE NO | INV DUE | DISC DUE | JOB NUMBER | DISCOUNT AMOUNT | BALANCE | CURRENT | 15 DAYS | 29 DAYS | 45 DAYS | 90 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEL0002 | Delphi Safety & Interior Syste | | | | CONTACT: Manuel Martinez | | PHONE: 956-541-8774 | | EXT: | CR LMT: | | .00 |
| 12/17/04 | 0022090IN | 12/30 | | | .00 | 1,821.68 | | | | | 1,821.68 | 564 |
| | | CUSTOMER DEL0002 TOTALS: | | | .00 | 1,821.68 | .00 | .00 | .00 | .00 | 1,821.68 | |
| DEL0003 | Delphi Safety & Interior Syste | | | | CONTACT: Joan Philpot | | PHONE: 937-356-2028 | | EXT: | CR LMT: | | .00 |
| 03/01/05 | 0010876IN | 03/30 | | 3371002 | .00 | 6,870.48 | | | | | 6,870.48 | 474 |
| 03/18/05 | 0010877IN | 03/30 | | 3371001 | .00 | 9,822.77 | | | | | 9,822.77 | 474 |
| 06/15/05 | 0010931IN | 06/30 | | 3371003 | .00 | 4,346.33 | | | | | 4,346.33 | 382 |
| | | CUSTOMER DEL0003 TOTALS: | | | .00 | 21,039.58 | .00 | .00 | .00 | .00 | 21,039.58 | |
| DEL0005 | Delphi Safety & Interior Syste | | | | CONTACT: William H. Cook | | PHONE: (937) 356-2484 | | EXT: | CR LMT: | | .00 |
| 08/31/04 | 0010733IN | 09/30 | | 1134000 | .00 | 2,450.00 | | | | | 2,450.00 | 655 |
| 12/01/04 | 0010813IN | 12/01 | | 1707250 | .00 | 5,720.00 | | | | | 5,720.00 | 593 |
| 03/01/05 | 0010879IN | 03/30 | | 1134003 | .00 | 4,846.65 | | | | | 4,846.65 | 474 |
| 03/01/05 | 0010880IN | 03/30 | | 1134002 | .00 | 7,669.63 | | | | | 7,669.63 | 474 |
| 05/20/05 | 0022246IN | 05/30 | | | .00 | 1,328.46 | | | | | 1,328.46 | 413 |
| | | CUSTOMER DEL0005 TOTALS: | | | .00 | 22,014.74 | .00 | .00 | .00 | .00 | 22,014.74 | |
| | | REPORT TOTALS: | | | .00 | 44,876.00 | .00 | .00 | .00 | .00 | 44,876.00 | |
| | NUMBER OF CUSTOMERS: | 3 | | | | | | | | | | |

**KIEFEL TECHNOLOGIES, INC.**

# Invoice

7 Scott Road
Hampton, NH 03842
(603) 929-3900

| | |
|---|---|
| INVOICE NUMBER: | 0022090-IN |
| INVOICE DATE: | 12/17/04 |
| ORDER NUMBER: | 0005025 |
| ORDER DATE: | 12/14/04 |
| SALESPERSON: | |
| CUSTOMER NO.: | DEL0002 |

SOLD TO

Delphi Safety & Interior Syste
S.A. DE C.V. (CMM 1)
P.O. Box 981012
El Paso          TX 79996

CONFIRM TO:
Jesus Lopez

SHIP TO

DELPHI COMPONENTS MECANICOS
1900 BILLY MITCHELL BLVD.
BLDG. B

BROWNSVILLE          TX 78521

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 24N11899 | CUST.ACCOUNT | FACTORY | NET 30 DAYS |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORDER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6-0100-0002 | EACH | 7.00 | 7.00 | 0.00 | 260.24 | 1,821.68 |
| BLADE,TRIM,120MMx1000MMx1.5 MM | | | 006 | | | |

| | |
|---|---|
| NET INVOICE: | 1,821.68 |
| LESS DISCOUNT: | .00 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |

** PARTS INVOICES ARE IN $USD & DUE IN 30 DAYS. **

INTEREST WILL BE CHARGED IF NOT PAID IN 30 DAYS.

| **INVOICE BALANCE** | 1,821.68 |
|---|---|

*PICKING SHEET*                                        PAGE:   1

KIEFEL TECHNOLOGIES, INC.
7 Scott Road
Hampton, NH  03842
WAREHOUSE:  006 spare parts & sales orders

ORDER NUMBER:   0005025                    ORDER DATE:  12/14/04
 CUSTOMER NO:  DEL0002

SOLD TO:                              SHIP TO:
Delphi Safety & Interior Syste       DELPHI COMPONENTS MECANICOS
S.A. DE C.V. (CMM 1)                 1900 BILLY MITCHELL BLVD.
P.O. Box 981012                      BLDG. B
El Paso              TX 79996        BROWNSVILLE          TX 78521
CONFIRM TO:  Jesus Lopez

| CUSTOMER P.O. | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 24N11899 | CUST.ACCOUNT | Hampton | NET 30 DAYS |

| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD. |
|---|---|---|---|---|---|
| | 6-0100-0002 | EACH | 7.000 | 7 | |
| BLADE, TRIM, 120MM x 1000MM x 1.5 MM | | | | | |

836W37   DEC 17, 2004   ACT WT 25.3   #PK 1
SERVICE GNDCOM          BILL WT 26
TRACKING# 1Z836W370343041626
REF 1: 0005025
REF 2: 24N11899

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:      SERVICE $F/C
IV $0.00        COD $0.00    RS $0.00
DC $0.00       HZMT $0.00    SD $0.00
AH $0.00       NTFY $0.00    SP $0.00
TOT REF CHG $18.22   REF+HANDLING  $18.22

# INVOICE

PAGE:   1



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

INVOICE NUMBER:   0010876-IN

INVOICE DATE:   03/01/05

SALESPERSON:

JOB NUMBER:   3371-002
SALES TAX CODE:

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia          OH   45377-5051

CONTACT:

CUSTOMER NO.:   DEL0003
CUSTOMER P.O.:   IVS59974013
B.Karenin  2/7/5-2/11/5
SHIP VIA:   CUST.ACCOUNT
TERMS:
NET 30 DAYS

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|------|-------------|------|----------|-------|--------|
| 310 | Travel Time - B.Karinen | HOUR | 21.500 | 95.000 | 2,042.50 |
| 301 | Reg Hours - B.Karinen | HOUR | 35.000 | 105.000 | 3,675.00 |
| 313 | Trans/Lodging/Misc Actual Exps | ACTL | 1.000 | 902.980 | 902.98 |
| 309 | Meals & Incidentals Rate | DAYS | 5.000 | 50.000 | 250.00 |

| | |
|---|---|
| NET INVOICE: | 6,870.48 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 6,870.48 |

# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

billable labor.xls
4/14/2005

| JOB # | 3371-001 |
| CUSTOMER | Delphi-Alabama |

**EMPLOYEE TYPES**

1 = FITTER ELECTRICAL/MECHANICAL
2 = SERVICE TECHNICIAN
3 = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER

| | | REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM RATE | TRAVEL TIME |
|---|---|---|---|---|---|---|
| | | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| | | $105.00 | $120.00 | $175.00 | $50.00 | $95.00 |
| | | $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |

**PLEASE NOTE A MINIMUM OF 4 HOURS PER DAY PER EMPLOYEE MUST BE ENTERED**

| | | | REG. TIME | | OT PREM. | | | TOTALS | | CAR ALLOW @.375/MI | | | PARKING/TAXI/ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | EMPLOYEE | EMPL. TYPE | (M-F,8-5) HRS | (OTHER THAN M-F,8-5) HRS | TRAVEL TOTAL | HOLIDAY HRS | (MONETARY) TRAVEL AMT. SEP) | | ENTER MI | AIRFARE | CAR RENTAL | TOLLS/ GAS | GROUND TRANS. | LODGING | PHONE | MISC |
| | Bkarinen | 2 | | | | | 11.50 | | $29.20 | $261.81 | $198.15 | $54.10 | | $381.72 | | |
| 2/7/05 | | 2 | 10.00 | | | | 10.00 | | | | | | | | | |
| 2/8/05 | | 2 | 10.00 | | | | 10.00 | | | | | | | | | |
| 2/9/05 | | 2 | 10.00 | | | | 10.00 | | | | | | | | | |
| 2/10/05 | | 2 | 10.00 | | | | 10.00 | | | | | | | | | |
| 2/11/05 | | 2 | 5.00 | | 11.00 | | 16.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | |



Kiefel Technologies, Inc.

# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

billable labor.xls
4/14/2005

| JOB # | 3371-001 |
| CUSTOMER | Delphi-Alabama |

| EMPLOYEE TYPES | REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM RATE | TRAVEL TIME |
|---|---|---|---|---|---|
| 1 = FITTER ELECTRICAL/MECHANICAL | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| 2 = SERVICE TECHNICIAN | $105.00 | $120.00 | $175.00 | $50.00 | $95.00 |
| 3 = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER | $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |
| TOTALS | 35.00 | 0.00 | 22.50 | 0.00 | 57.50 | $0.00 | $261.81 | $196.15 | $54.10 | $0.00 | $361.72 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| FITTERS | $0.00 | 0.00 | $0.00 | | |
| SERVICE TECHNICIANS | $3,675.00 | $0.00 | 22.50 | $0.00 | $3,675.00 |
| PROGRAMMERS | $0.00 | 0.00 | $0.00 | $0.00 | |
| TRAVEL TIME FITTERS | | | $0.00 | | |
| TRAVEL SERVICE TECHNICIANS | | | $2,042.50 | | |
| TRAVEL PROGRAMMERS | | | $0.00 | | |
| TOTAL LABOR | | | $5,717.50 | | |

| TOTAL DAYS | | 5 | PER DIEM RATE | $250.00 | TOTAL |
| TOTAL EXPENSES | | | | | $1,123.78 |

| INVOICE AMOUNT | $6,841.28 |

QUOTE AMOUNT

Kiefel Technologies, Inc. 7 Scott Road, Hampton, NH 03842 USA Phone (603) 929-3900 Fax (603) 926-1387 info@kiefeltech.com www.kiefeltech.com

# INVOICE

PAGE:    1



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

INVOICE NUMBER:    0010877-IN

INVOICE DATE:    03/18/05

SALESPERSON:
JOB NUMBER:    3371-001
SALES TAX CODE:

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia            OH    45377-5051

CUSTOMER NO.:    DEL0003
CUSTOMER P.O.:    IVS5974013
B.Karenin,G.Schrempf 3/14-3/18
SHIP VIA:    CUST.ACCOUNT

CONTACT:

TERMS:
NET 30 DAYS

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|------|-------------|------|----------|-------|--------|
| 310 | Travel Time - G.Schrempf | HOUR | 15.500 | 80.000 | 1,240.00 |
| 310 | Travel Time - B. Karenin | HOUR | 29.000 | 95.000 | 2,755.00 |
| 301 | Reg Hours - G. Schrempf | HOUR | 13.000 | 90.000 | 1,170.00 |
| 301 | Reg Hours - B. Karenin | HOUR | 27.000 | 105.000 | 2,835.00 |
| 313 | Trans/Lodging/Misc Actual Exps | ACTL | 1.000 | 1,472.770 | 1,472.77 |
| 309 | Meals & Incidentals Rate | DAYS | 7.000 | 50.000 | 350.00 |

| | |
|---|---|
| NET INVOICE: | 9,822.77 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 9,822.77 |

billable labor.xls
4/14/2005

# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

**JOB #** 3371-002
**CUSTOMER** Delphi-Alabama

**EMPLOYEE TYPES**
1 = FITTER ELECTRICAL/MECHANICAL
2 = SERVICE TECHNICIAN
3 = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER

**PLEASE NOTE A MINIMUM OF 4 HOURS PER DAY PER EMPLOYEE MUST BE ENTERED**

| DATE | EMPLOYEE | EMPL TYPE | REG. TIME (M-F 8-5) HRS | OT PREM. (OTHER THAN M-F 8-5) HRS | TRAVEL TOTAL | HOLIDAY HRS | TOTALS (MONETARY) TRAVEL (AMT. SEP) |
|------|----------|-----------|------|------|------|------|------|
| 3/14/05 | Bkarlnen | 2 | 4.00 | | 8.00 | | 12.00 |
| 3/14/05 | Gschrempf | 1 | 4.50 | | 8.00 | | 12.50 |
| 3/15/05 | Bkarlnen | 2 | 8.50 | | | | 8.50 |
| 3/15/05 | Gschrempf | 1 | 8.50 | | 8.50 | | 17.00 |
| 3/16/05 | Bkarlnen | 2 | 8.50 | | 44.00 | | 19.50 |
| 3/17/05 | | 2 | 6.00 | | | 11.00 | 8.00 |
| 3/18/05 | | 2 | | | 11.00 | | 11.00 |

| | REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM | TRAVEL TIME |
|---|---|---|---|---|---|
| | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| | $105.00 | $120.00 | $175.00 | $50.00 | $95.00 |
| | $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |

| CAR ALLOW @.375/MI ENTER MI | AIRFARE | CAR RENTAL | PARKING/TAXI/ TOLLS/ GAS | GROUND TRANS. | LODGING | PHONE | MISC |
|---|---|---|---|---|---|---|---|
| | $383.80 | $162.84 | $60.00 | | $342.84 | | |
| 84.00 | $373.81 | | $30.00 | | $85.66 | | |

Kiefel Techlologies, Inc. 7 Scott Road, Hampton, NH 03842 USA Phone (603) 929-3900 Fax (603) 926-1387 info@kiefeltech.com www.kiefeltech.com

Kiefel Technologies, Inc.



# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

billable labor.xls
4/14/2005

| JOB # | 3371-002 |
| CUSTOMER | Delphi-Alabama |

EMPLOYEE TYPES

1 = FITTER ELECTRICAL/MECHANICAL
2 = SERVICE TECHNICIAN
3 = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER

| | | | | | REGULAR RATE | PREM RATE | HOL/SUN RATE | PER DIEM RATE | TRAVEL TIME |
|---|---|---|---|---|---|---|---|---|---|
| FITTERS | $1,170.00 | $0.00 | 16.50 | $1,170.00 | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| SERVICE TECHNICIANS | $2,835.00 | $0.00 | 30.00 | $2,835.00 | $105.00 | $120.00 | $175.00 | $60.00 | $95.00 |
| PROGRAMMERS | $0.00 | $0.00 | 0.00 | $0.00 | $120.00 | $140.00 | $200.00 | $60.00 | $110.00 |
| TRAVEL TIME FITTERS | | $0.00 | | | | | | | |
| TRAVEL SERVICE TECHNICIANS | | $0.00 | | $1,240.00 | | | | | |
| TRAVEL PROGRAMMERS | | $0.00 | | $2,765.00 | | | | | |
| | | | | $0.00 | | | | | |
| TOTAL LABOR | | | | $8,000.00 | | | | | |
| TOTALS | 40.00 | 0.00 | 46.50 | 0.00 | 88.50 | $34.02 | $757.61 | $162.84 | $90.00 | $0.00 |

QUOTE AMOUNT

| TOTAL DAYS | 7 | PER DIEM RATE | $50.00 | TOTAL | $350.00 |
| TOTAL EXPENSES | | | | | $1,822.77 |

$428.30 $0.00 $0.00

INVOICE AMOUNT $9,822.77

Kiefel Technologies, Inc. 7 Scott Road, Hampton, NH 03842 USA Phone (603) 929-3900 Fax (603) 926-1387 info@kiefeltech.com www.kiefeltech.com

# INVOICE

PAGE: 1



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

| | |
|---|---|
| INVOICE NUMBER: | 0010931-IN |
| INVOICE DATE: | 06/15/05 |
| SALESPERSON: | |
| JOB NUMBER: | 3371-003 |
| SALES TAX CODE: | |

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia          OH   45377-5051

CONTACT:

| | |
|---|---|
| CUSTOMER NO.: | DEL0003 |
| CUSTOMER P.O.: | IVS59974013 |
| | B. Karinen 6/13/5-6/15/5 |
| SHIP VIA: | N/A |
| TERMS: | NET 30 DAYS |

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 6/13/5 | | | | |
| 311 | Travel Time - Engineer | HOUR | 5.000 | 110.000 | 550.00 |
| | first hour is free | | | | |
| 303 | Reg Hours - Engineer | HOUR | 5.500 | 120.000 | 660.00 |
| | 6/14/5 | | | | |
| 303 | Reg Hours - Engineer | HOUR | 8.000 | 120.000 | 960.00 |
| 305 | Prem Hours - Engineer | HOUR | 1.500 | 140.000 | 210.00 |
| | 6/15/5 | | | | |
| 311 | Travel Time - Engineer | HOUR | 6.000 | 110.000 | 660.00 |
| 303 | Reg Hours - Engineer | HOUR | 3.750 | 120.000 | 450.00 |
| 313 | Airfare | ACTL | 1.000 | 335.810 | 335.81 |
| 313 | Car rental | ACTL | 1.000 | 124.200 | 124.20 |
| 313 | Parking/Gas/Tolls | ACTL | 1.000 | 32.500 | 32.50 |
| 313 | Lodging | ACTL | 1.000 | 181.420 | 181.42 |
| 312 | Mileage Rate | MILE | 80.000 | .405 | 32.40 |
| 309 | Meals & Incidentals Rate | DAYS | 3.000 | 50.000 | 150.00 |

| | |
|---|---|
| NET INVOICE: | 4,346.33 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 4,346.33 |

Delphi
Disbursement Services (rib)
PO Box 62530
Phoenix, AZ 85082-2530

05-44481-rdd    Doc 8979-1    Filed 08/07/07    Entered 08/09/07 14:44:15    Exhibit
Pg 12 of 23

DELPHI
Automotive Systems

CHECK NO. 900472713

50-937
213

| DATE | | AMOUNT |
|---|---|---|
| 11/16/04 | ***********7,165 DOLLARS    ****00 CENTS | ***********7,165.00 |

Delphi
Disbursement Account

PAY
TO THE
ORDER
OF

⌐ *KIEFEL TECHNOLOGIES INC*
7 SCOTT RD
HAMPTON NH    03842 ⌐

John & Blahnik

SIGNATURE

The Chase Manhattan Bank, N.A.
Syracuse, New York

AUDIT

⑈900472713⑈ ⑆021309379⑆ 601⑈2⑈5044 2⑈

Delphi
Disbursement Services
PO Box 62530
Phoenix, AZ    85082-2530

DETACH BEFORE DEPOSITING CHECK

CHECK NO.    900472713

PAYMENT
DATE    11/16/04

VENDOR
DUNS NO.    RD 926945916    1

VENDOR NAME    KIEFEL TECHNOLOGIES INC

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000028386625 | 08/31/04 | RT 041979790001 | 00.0000 | 7,165.00 | .00 | 7,165.00 |
| IVS59974    0010733-IN | | | | | | |
| PLT: DELPHI I&L VANDALIA,OH | | | | | | |
| P/N: PR2D3926001    QTY: | | 1.000    UOM: EA    U/P: | | 7,165.00000 | EXT: | 7,165.00 |

RECEIVED
NOV 19 2004

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)OTHER (CUSTSERV:248-874-4636)    NB

| | TOTAL | 7,165.00 | .00 | 7,1... |

# INVOICE

PAGE:    1



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

INVOICE NUMBER:    0010733-IN

INVOICE DATE:    08/31/04

SALESPERSON:
**JOB NUMBER:**    1134-000
SALES TAX CODE:

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia            OH   45377-5051

CONTACT:    William H. Cook

CUSTOMER NO.:    DEL0005
CUSTOMER P.O.:    IVS59974 010

SHIP VIA:    CUST.ACCOUNT
TERMS:
NET 30 DAYS

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|------|-------------|------|----------|-------|--------|
| 100 | PR2D3926 001 | each | 1.000 | 7,165.000 | 7,165.00 |
|  | item sequence 53 PLC5 Communication Modules |  |  |  |  |
| 100 | PF3D3926 002 | each | 1.000 | 2,450.000 | 2,450.00 |
|  | item sequence 54 Expedited shipping charges |  |  |  |  |

Bsl due
# 2,450.00

| | |
|---|---|
| NET INVOICE: | 9,615.00 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 9,615.00 |

Delphi
Disbursement Services (NB)
PO Box 62530
Phoenix, AZ  85082-2530

DELPHI

CHECK NO. 900499274

50-93
213

| DATE | | | | AMOUNT |
|------|---|---|---|--------|
| 05/04/05 | | **********13,280 DOLLARS | ****00 CENTS | **********13,280.00 |

PAY
TO THE
ORDER
OF

*KIEFEL TECHNOLOGIES INC*
7 SCOTT RD
HAMPTON NH   03842

Delphi
Disbursement Account

*John J Blahnik*

SIGNATURE

The Chase Manhattan Bank, N.A.
Syracuse, New York

AUDIT

⑈900499274⑈ ⑆021309379⑆ 601⑈2⑈50442⑈

---

DETACH BEFORE DEPOSITING CHEC

| VENDOR DUNS NO. | RD 926945916 | | 1 | | | CHECK NO. | 900499274 |
|---|---|---|---|---|---|---|---|
| VENDOR NAME | KIEFEL TECHNOLOGIES INC | | | | | PAYMENT DATE | 05/04/05 |

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000030246107 | 12/15/04 | RT 042015320001 | 00.0000 | 4,090.00 | .00 | 4,090.0 |
| IVS59974      IVS59974 | | | | | | |
| PLT: DELPHI I&L VANDALIA,OH | | | | | | |
| P/N: PR2D4279002        QTY: | | 1.000    UOM: EA    U/P: | | 4,090.00000 | EXT: | 4,090.00 |
| 9000030246108 | 12/15/04 | RT 042015330001 | 00.0000 | 9,190.00 | .00 | 9,190.0 |
| IVS59974      IVS59974 | | | | | | |
| PLT: DELPHI I&L VANDALIA,OH | | | | | | |
| P/N: PR2D4279003        QTY: | | 1.000    UOM: EA    U/P: | | 9,190.00000 | EXT: | 9,190.00 |

RECEIVED
MAY - 9 2005

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)(OTHER CUSTSERV:248-874-4636)   NB

| | TOTAL | 13,280.00 | .00 | 13,28 |
|---|---|---|---|---|

# Invoice

PAGE:  1

**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

INVOICE NUMBER:  0010813-IN

INVOICE DATE:  12/01/04

SALESPERSON:
JOB NUMBER:  1707-250

SALES TAX CODE:

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia          OH  45377-5051

CONTACT:  William H. Cook

CUSTOMER NO.:  DEL0005
CUSTOMER P.O.:  IVS59974 014

SHIP VIA:  CUST.ACCOUNT

TERMS:
2nd day 2nd month

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 100 | LINE # 00060<br>PRT37472 001<br>CHANGE TRIM TOOL CONTOUR | each | 1.000 | 9,500.000 | 9,500.00 |
| 100 | LINE # 00061<br>PRT37472 002<br>INCREASE TRIM TOOL STROKE | each | 1.000 | 9,500.000 | 9,500.00 |

| | |
|---|---|
| NET INVOICE: | 19,000.00 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 19,000.00 |

Bal due
$ 5,720.—

# Invoice

PAGE:    1



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

INVOICE NUMBER:    0010879-IN

INVOICE DATE:    03/01/05

SALESPERSON:

JOB NUMBER:    1134-003
SALES TAX CODE:

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia            OH  45377-5051

CUSTOMER NO.:    DEL0005
CUSTOMER P.O.:    IVS59974016
G.Schrempf 2/14/5-2/17/5
SHIP VIA:    CUST.ACCOUNT
TERMS:
NET 30 DAYS

CONTACT:    William H. Cook

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|------|-------------|------|----------|-------|--------|
| 310 | Travel Time - G.Schrempf | HOUR | 18.000 | 80.000 | 1,440.00 |
| 301 | Reg Hours - G.Schrempf | HOUR | 24.500 | 90.000 | 2,205.00 |
| 313 | Trans/Lodging/Misc Actual Exps | ACTL | 1.000 | 1,001.650 | 1,001.65 |
| 309 | Meals & Incidentals Rate | DAYS | 4.000 | 50.000 | 200.00 |

| | |
|---|---|
| NET INVOICE: | 4,846.65 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 4,846.65 |

# KTI LABOR AND EXPENSE REPORT

billable labor.xls
4/14/2005

**JOB #** 1134-003

**CUSTOMER** Delphi-MX

**EMPLOYEE TYPES**

1 = FITTER ELECTRICAL/MECHANICAL
2 = SERVICE TECHNICIAN
3 = PROGRAMMER/PROFESSIONAL ENGINEER/PROCESS ENGINEER

PLEASE NOTE A MINIMUM OF 4 HOURS PER DAY PER EMPLOYEE MUST BE ENTERED

| | | REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM RATE | TRAVEL TIME |
|---|---|---|---|---|---|---|
| EMPLOYEE TYPE 1 | | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| EMPLOYEE TYPE 2 | | $105.00 | $120.00 | $175.00 | $50.00 | $95.00 |
| EMPLOYEE TYPE 3 | | $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |

| DATE | EMPLOYEE | EMPL TYPE | REG. TIME (M-F,8-5) HRS | OT PREM. (OTHER THAN M-F,8-5) HRS | TRAVEL TOTAL | HOLIDAY HRS | TOTALS (MONETARY AMT. SEP) TRAVEL |
|---|---|---|---|---|---|---|---|
| 2/14/05 | Gechrempf | 1 | 9.50 | | 9.50 | | 9.50 |
| 2/15/05 | | 1 | 1.00 | | 10.00 | | 9.50 |
| 2/16/05 | | 1 | 10.00 | | 14.50 | | 10.00 |
| 2/17/05 | | 1 | 6.00 | | 9.50 | | 14.50 |
| | | | | | | | 9.50 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |

| | CAR ALLOW @ .375/MI ENTER MI | AIRFARE | CAR RENTAL | PARKING/TAXI TOLLS/ GAS | GROUND TRANS. | LODGING | PHONE | MISC |
|---|---|---|---|---|---|---|---|---|
| | | $804.79 | $104.23 | $34.50 | $10.00 | $227.13 | | $21.00 |

Kiefel Technologies, Inc.  7 Scott Road, Hampton, NH 03842  USA  Phone (603) 929-3900  Fax (603) 926-1387  info@kiefeltech.com  www.kiefeltech.com

Kiefel Technologies, Inc.



05-44481-rdd    Doc 8979-1    Filed 08/07/07    Entered 08/07/07 ...:...    EXH...

Pg 18 of 23

billable labor.xls
4/14/2005

# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

| JOB # | 1134-003 |
| --- | --- |
| CUSTOMER | Delphi-MX |

| EMPLOYEE TYPES | REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM RATE | TRAVEL TIME |
| --- | --- | --- | --- | --- | --- |
| 1 = FITTER ELECTRICAL/MECHANICAL | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| 2 = SERVICE TECHNICIAN | $105.00 | $120.00 | $175.00 | $50.00 | $95.00 |
| 3 = PROGRAMMER | $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |
| 4 = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER | | | | | |
| TOTALS | 24.50 | 0.00 | 19.00 | 0.00 | 43.50 | $0.00 | $604.79 | $104.23 | $34.50 | $10.00 | $227.13 | $0.00 | $21.00 |

| | | | |
| --- | --- | --- | --- |
| FITTERS | $2,205.00 | 18.00 | $0.00 | $2,205.00 |
| SERVICE TECHNICIANS | $0.00 | 0.00 | $0.00 | $0.00 |
| PROGRAMMERS | $0.00 | 0.00 | $0.00 | $0.00 |
| TRAVEL TIME FITTERS | | | | $1,440.00 |
| TRAVEL SERVICE TECHNICIANS | | | | $0.00 |
| TRAVEL PROGRAMMERS | | | | $0.00 |
| TOTAL LABOR | | | | $3,645.00 |

| TOTAL DAYS | 4 | PER DIEM RATE | $50.00 | TOTAL | $200.00 |
| --- | --- | --- | --- | --- | --- |
| TOTAL EXPENSES | | | | | $1,201.65 |

| INVOICE AMOUNT | $4,846.65 |
| --- | --- |
| QUOTE AMOUNT | |

Kiefel Technologies, Inc.

# Invoice

PAGE:   1



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

INVOICE NUMBER:   0010880-IN

INVOICE DATE:   03/01/05

SALESPERSON:

JOB NUMBER:   1134-002
SALES TAX CODE:

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
M/C 106
Vandalia          OH   45377-5051

CUSTOMER NO.:   DEL0005
CUSTOMER P.O.:   IVS59974016
G.Schrempf 1/10/5-1/15/5
SHIP VIA:   CUST.ACCOUNT
TERMS:
NET 30 DAYS

CONTACT:   William H. Cook

| CODE | DESCRIPTION | UNIT | QUANTITY | PRICE | AMOUNT |
|------|-------------|------|----------|-------|--------|
| 310 | Travel Time -G. Schrempf | HOUR | 17.000 | 80.000 | 1,360.00 |
| 301 | Reg Hours - G. Schrempf | HOUR | 47.000 | 90.000 | 4,230.00 |
| 313 | Trans/Lodging/Misc Actual Exps | ACTL | 1.000 | 1,779.630 | 1,779.63 |
| 309 | Meals & Incidentals Rate | DAYS | 6.000 | 50.000 | 300.00 |

| | |
|---|---|
| NET INVOICE: | 7,669.63 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE TOTAL:** | 7,669.63 |

# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

billable labor.xls
4/14/2005

| JOB # | |
|---|---|
| CUSTOMER | 1134-002 Delphi-MX |

**EMPLOYEE TYPES**

1 = FITTER ELECTRICAL/MECHANICAL
2 = SERVICE TECHNICIAN
3 = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER

**PLEASE NOTE A MINIMUM OF 4 HOURS PER DAY PER EMPLOYEE MUST BE ENTERED**

| REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM | TRAVEL TIME |
|---|---|---|---|---|
| $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| $105.00 | $120.00 | $175.00 | $50.00 | $95.00 |
| $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |

| DATE | EMPLOYEE | EMPL TYPE | REG. TIME (M-F, 8-5) HRS | OT PREM. (OTHER THAN M-F, 8-5) HRS | TRAVEL TOTAL | HOLIDAY HRS | TRAVEL | TOTALS (MONETARY) AMT. SEP ) |
|---|---|---|---|---|---|---|---|---|
| 1/10/05 | Gechrempf | 1 | 3.50 | | | | | 12.50 |
| 1/11/05 | | 1 | 11.50 | | | | | 11.50 |
| 1/12/05 | | 1 | 11.00 | | | | | 11.00 |
| 1/13/05 | | 1 | 10.50 | | | | | 10.50 |
| 1/14/05 | | 1 | 10.50 | | | | | 10.50 |
| 1/15/05 | | 1 | | | 9.00 | | | 9.00 |
| | | | | | 9.00 | | | |
| | | | | | | | | 0.00 |

| CAR ALLOW @.375/MI ENTER MI | AIRFARE | CAR RENTAL | PARKING/TAXI TOLLS/ GAS | GROUND TRANS. | LODGING | PHONE | MISC |
|---|---|---|---|---|---|---|---|
| | $1,091.84 | $198.70 | $34.74 | $10.00 | $446.35 | | |

Kiefel Techologies, Inc. 7 Scott Road, Hampton, NH 03842 USA Phone (603) 929-3900 Fax (603) 926-1387 info@kiefeltech.com www.kiefeltech.com



Kiefel Technologies, Inc.

billable labor.xls
4/14/2005

# KTI LABOR AND EXPENSE REPORT

Kiefel Technologies, Inc.

| JOB # | 1134-002 |
| --- | --- |
| CUSTOMER | Delphi-MX |

| EMPLOYEE TYPES | REGULAR RATE | PREM. RATE | HOL/SUN RATE | PER DIEM RATE | TRAVEL TIME |
| --- | --- | --- | --- | --- | --- |
| F = FITTER ELECTRICAL/MECHANICAL | $90.00 | $105.00 | $150.00 | $50.00 | $80.00 |
| T = FITTER SERVICE TECHNICIAN | $105.00 | $120.00 | $175.00 | $60.00 | $95.00 |
| P = PROGRAMMER/PROFESSIONAL ENGINEER PROCESS ENGINEER | $120.00 | $140.00 | $200.00 | $50.00 | $110.00 |
| TOTALS | 47.00 | 0.00 | 18.00 | 18.00 | 0.00 | 65.00 | $0.00 | $1,091.84 | $198.70 | $34.74 | $10.00 | $446.35 | $0.00 | $0.00 |

| | | | |
| --- | --- | --- | --- |
| FITTERS | $4,230.00 | $0.00 | $0.00 | $4,230.00 |
| SERVICE TECHNICIANS | $0.00 | $0.00 | $0.00 | $0.00 |
| PROGRAMMERS | $0.00 | $0.00 | $0.00 | $0.00 |
| TRAVEL TIME FITTERS | | | | $1,360.00 |
| TRAVEL SERVICE TECHNICIANS | | | | $0.00 |
| TRAVEL PROGRAMMERS | | | | $0.00 |
| TOTAL LABOR | | | | $5,590.00 |

| TOTAL DAYS | | | |
| --- | --- | --- | --- |
| TOTAL EXPENSES | 6 | PER DIEM RATE | $50.00 | TOTAL | $300.00 |
| | | | | | $2,079.63 |

TOTAL $2,079.63

QUOTE AMOUNT

INVOICE AMOUNT $7,669.63

Kiefel Techologies, Inc. 7 Scott Road, Hampton, NH 03842 USA, Phone (603) 929-3900 Fax (603) 926-1387 info@kiefeltech.com www.kiefeltech.com

# INVOICE



**KIEFEL TECHNOLOGIES, INC.**
7 Scott Road
Hampton, NH 03842
(603) 929-3900

| | |
|---|---|
| INVOICE NUMBER: | 0022246-IN |
| INVOICE DATE: | 05/20/05 |
| ORDER NUMBER: | 0005187 |
| ORDER DATE: | 04/26/05 |
| SALESPERSON: | |
| CUSTOMER NO.: | DEL0005 |

**SOLD TO**

Delphi Safety & Interior Syste
250 Northwoods Boulevard
PO Box 5051
Vandalia            OH 45377-5051
CONFIRM TO:
Cecilia Camero

**SHIP TO**

DELPHI  I CMM,
DELPHI AUTOMOTIVE SYSTEMS
1900 BILLY MITCHELL BLVD.
BLDG. B
Brownsville            TX 78521
United States

| CUSTOMER PO | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 24N12418 | DHL | #895521725 | NET 30 DAYS |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORDER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2-0720-0027 | EACH | 2.00 | 2.00 | 0.00 | 269.73 | 539.46 |
| GEAR,SPUR,70 X 128MM,5503021 | | | 006 | | | |
| type z=30 m=4 toothed spur wheel | | | | | | |
| * | EACH | 1.00 | 1.00 | 0.00 | 75.00 | 75.00 |
| frt, customs, packaging KAG | | | | | | |
| 6-5000-0004 | EACH | 4.00 | 4.00 | 0.00 | 178.50 | 714.00 |
| Bushing, Bronze, with Oil Groove, 100x110x50mm | | | | | | |

** PARTS INVOICES ARE IN $USD & DUE IN 30 DAYS. **

INTEREST WILL BE CHARGED IF NOT PAID IN 30 DAYS.

| | |
|---|---|
| NET INVOICE: | 1,328.46 |
| LESS DISCOUNT: | .00 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| **INVOICE BALANCE** | 1,328.46 |

**1** Sender Account Number | Preprint Format No.

**3** Payment
Sender will be billed
unless marked otherwise
Bill to:

**Origin**

**Waybill Number**
1535391984 0

FROM (Company)
Kiefel Technologies, INc.

Account No. (Required if 3rd Party)

Receiver ☐  3rd Party ☒  895521725

Street Address
7 Scott Road

☐ Paid in Advance   Check No. _____   Amount _____

**4** Service Type
One box must be checked. Assume noon unless noted.

*Next Day 10:3
10:30

*Next Day 12:00
12:00

City
Hampton

State
NH

ZIP CODE (Required)
03842

Billing Reference (will appear on invoice)
PO# 24N1241?

10:30 am
Extra charge.

*Next Day 3:00
3:00

Sent by (Name/Dept)
Eileen Taillon

Phone (Required)
( 603 )929-3900

**5** # of Pkgs
1

**6** Weight(LBS) REQUIRED
25
SUBJECT TO CORRECTION

**7** Packaging One box must be checked
Express Envelope ☐   Express Pack ☐   Other Packaging ☒

*2nd Day
5:00

**2** TO (Company)   PLEASE PRINT NEATLY
Delphi CMMI

Special Instructions
☐ Saturday Delivery
Extra charge
Not available for all services and locations.

☐ Hold at DHL

* Service may vary by destination, visit  www.dhl-usa.com

Street Address
1900 Billy Mitchell Bvd Building B

☐ Lab Pack Service

☐

City
Brownsville

State
TX

ZIP CODE (Required)
78521

Shipment Valuation

Attention: (Name/Dept)
Paty Camero

Phone (Required)
( 937 )356 2484

Shipment Value Protection  ☐  $ _____ .00

ABSENT A HIGHER SHIPMENT VALUATION, CARRIERS LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS, SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL.

Description
2 Spur Gears/4 Bronze bushings

Payment Details (Credit Card)
No. _____

Sender's Signature  _Eileen Taillon_  Date 5/20

DHL Signature _____  Date _____

Type _____   Expires _____
Auth _____

SENDER'S COPY

DHL Worldwide Express, Inc.,
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL