Response Date and Time: August 9, 2007 at 4:00 pm

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.,
    Debtors,

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

### Response to the Debtors' Nineteenth Omnibus Claims Objection

COMES NOW CTP Carrera, Inc. d/b/a Carclo Technical Plastics ("Carclo"), a Delphi creditor, files this Response to the Debtors' Nineteenth Omnibus Objection to Claims:

1.    Carclo was a supplier of custom plastic injection molded parts to Delphi Corporation ("Debtor") and has been for several years.

2.    On October 8, 2005, Delphi Corporation and certain of its subsidiaries and affiliates, including Debtor, filed voluntary petitions in this Court for reorganization under Chapter 11 of the United States Bankruptcy Code. This Court entered an Order directing the joint administration of the Debtors Chapter 11 cases.

3.    On June 1, 2006, Carclo filed its proof of claim against the Debtor, in the amount of $789,854.35, Claim No. 7310 (the "Claim").

Page 1 of 3

4. The Claim is based on amounts owed by the Debtor to Carclo for products sold and delivered to Debtor prior to the filing of the bankruptcy, (the "Product").

5. At various times prior to the filing of the bankruptcy petition by the Debtor and at the direction of Debtor, under Debtor's purchase order numbers PEDP4220136, PEDP4290046, PEDP4290041, and PEDP4220135 Carclo sold and delivered the Product to Debtor.

6. Debtor asserts that Carclo's Claim should be modified and generally states that the Claim states the incorrect amount or is overstated, including as a result of the assertion of invalidated, unliquidated claims; and/or (b) was filed and docketed against the wrong debtors and/or (c) incorrectly asserts, secured or priority status.

7. Although Debtor asserts the Claim should be modified, the Schedule F filed by Debtor indicates that pre-petition debt in the amount of $812,840.03 is due and owing to Carclo.

8. Debtor's objection to Carclo's Claim is merely general assertions and the Debtor fails to provide any specific evidence or documentation in support of their objection or to justify the modification of the Claim.

9. The Claim is based upon the fair and reasonable prices for the Product and the prices to which the Debtor agreed to pay.

WHEREFORE, Carclo respectfully requests that this Court deny Debtors' objection to Carclo's Claim and allow Carclo's Claim in the amount of $789,854.35.

Dated: August 7, 2007

Respectfully submitted:

CTP CARRERA, INC., d/b/a
CARCLO TECHNICAL PLASTICS

By: _____
Diane K. McNealy, Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.,
        Debtors,

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Response to the Debtors' Nineteenth Omnibus Claims Objection** was mailed to the following by first class U. S. mail, postage pre-paid, on this 7th day of August, 2007:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District on New York<br>One Bowling Green, Room 632<br>New York, New York  10004 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn:  General Counsel |
| John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom, LLP.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom, LLP.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |
| Joseph N. Wharton<br>Skadden, Arps, Slate, Meagher & Flom, LLP.<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | |

CTP CARRERA, INC., d/b/a
CARCLO TECHNICAL PLASTICS

By: _____
    Diane K. McNealy, Chief Financial Officer

S:\Carol\Wood\CTP Carrera, Inc.(Carclo)\Delphi Bankruptcy\Response to Debtors 19th omnibus.doc

Page 3 of 3