**EMPRESAS CA-LE DE TLAXCALA, S.A. DE C.V.**
MANZANA 2 SECCION "C" CD. IND. XICOHTENCATL XETLA, TLAXCALA, MEXICO
REG. FED. DE CONT. ECL8605264C2
C P 90434  TELS. 01 (241) 418-45-00  FAX-01 (241) 418-45-44

**REMISION**
**FACTURA**
Nº **26127**

| FECHA / DATE DD / MM / AY |
|---|
| 6/30/2005 |
| 4:51:55 |

**VENDIDO A / SOLD TO:**
CLIENTE / CUSTOMER: DELPHI ENERGY & CHASSIS SYSTEMS
DIRECCION / ADDRESS: 5820 DELPHI DRIVE
CIUDAD / CITY: TROY, MICHIGAN
PAIS / COUNTRY: USA  48098
C.P. / Z.C.
Nº CUENTA / ACCOUNT Nº: 02-25-0006

**CONSIGNADO A / SHIP TO:**
NOMBRE / NAME: #N/A
DIRECCION / ADDRESS: #N/A
CIUDAD / CITY: #N/A
PAIS / COUNTRY:
C.P. / Z.C.

| TRANSPORTISTA / FREIGHT COMPANY | CARTA PORTE 102035 | DESTINO FINAL / FINAL DESTINATION Cerritos  53110-2 |
|---|---|---|
| | TARIMAS / PALLETS | PESO / WEIGHT 15,141.00 | SELLOS / SEALS 506932 000659 |

| CONDICIONES DE CREDITO CREDIT TERMS | ORDEN DE COMPRA PURCHASE ORDER | L.A.B. / F.O.B. | MONEDA CURRENCY | TIPO DE CAMBIO Y FECHA D.O.F. |
|---|---|---|---|---|
| MNS-2 | JGS1/1965 | CA-LE | DOLARES | 10.8428 |

| CANTIDAD QUANTITY | DESCRIPCION DEL ARTICULO DESCRIPTION | NUMERO DE PARTE PART NUMBER | PRECIO UNITARIO UNIT PRICE | IMPORTE AMOUNT |
|---|---|---|---|---|
| 1080 | BATTERY TYPE 86-7YR | 10023109 | 29.79 | 32,173.20 |
| | | | VALOR DE OPERACIÓN | 32,173.20 |

OPERACION EFECTUADA DE CONFORMIDAD CON LA REGLA 3.3.17 DE LA R.M. DE COMERCIO EXTERIOR

EMPRESAS CA-LE DE TLAXCALA
S.A. DE C.V.
★ 3 0 JUN 2005 ★
EMBARCADO

LA CONTRAPRESTACION SE HACE EN UNA SOLA EXHIBICION

| TOTAL | VALOR DE OPERACION / SUBTOTAL | I.V.A. / TAX | IMPORTE TOTAL / TOTAL AMOUNT |
|---|---|---|---|
| 1080 | 32,173.20 | | 32,173.20 |

**IMPORTE CON LETRA**
( TREINTA Y DOS MIL, CIENTO SETENTA Y TRES DOLARES, 20/100 USD )

| SHIPPING MANAGER NOMBRE, FIRMA Y Nº. DE CONTROL | P.C. & LOGISTICS NOMBRE, FIRMA Y Nº. DE CONTROL | TRANSPORTISTA / DRIVER RECIBI DE CONFORMIDAD CLIENTE | VIGILANCIA NOMBRE, FIRMA Y Nº. DE CONTROL | AUDITOR DE CALIDAD NOMBRE, FIRMA Y Nº. DE CONTROL |
|---|---|---|---|---|

# EMPRESAS CALLE DE TLAXCALA, S.A. DE C.V.

MANZANA 2 SECCION "C" CD. IND. XICOHTENCATL CARRETERA TLAX-PUEBLA
REG. FED. DE CONT. ECH900825 8H4
C P 90434   TELS.: 01 (241) 418-45-00   FAX. 01 (241) 418-45-44

REMISION / FACTURA
REMISION / INVOICE

Nº   26128

FECHA / DATE
DD / MM / AY
6/30/2005
4:51:55

| VENDIDO A / SOLD TO: | | CONSIGNADO A / SHIP TO: | |
|---|---|---|---|
| CLIENTE / CUSTOMER: | DELPHI ENERGY & CHASSIS SYSTEMS | NOMBRE / NAME: | #NA |
| DIRECCION / ADDRESS: | 5820 DELPHI DRIVE | DIRECCION / ADDRESS: | #NA |
| CIUDAD / CITY: | TROY, MICHIGAN | CIUDAD / CITY: | #NA |
| PAIS / COUNTRY: | USA   48098 | PAIS / COUNTRY: | #NA |
| C.P. / Z.C. | 02-25-0006 | C.P. / Z.C. | |
| Nª. CUENTA / ACCOUNT Nº | | | |

| TRANSPORTISTA / FREIGHT COMPANY | CARTA PORTE 1358A07 | DESTINO FINAL / FINAL DESTINATION CERRITOS C / 375 |
|---|---|---|
| | TARIMAS / PALLETS | PESO / WEIGHT 1651.00 | SELLOS / SEALS N10663 658 |

| CONDICIONES DE CREDITO CREDIT TERMS | ORDEN DE COMPRA PURCHASE ORDER | L.A.B. / F.O.B. | MONEDA CURRENCY | TIPO DE CAMBIO Y FECHA D.O.F. |
|---|---|---|---|---|
| MNS-2 | JGS17866 | CA-LE | DOLARES | 10.8428 |

| CANTIDAD QUANTITY | DESCRIPCION DEL ARTICULO DESCRIPTION | NUMERO DE PARTE PART NUMBER | PRECIO UNITARIO UNIT PRICE | IMPORTE AMOUNT |
|---|---|---|---|---|
| 1080 | BATTERY TYPE 66-7YR | 10023100 | 29.79 | 32,173.20 |
| | | | | |
| | **OPERACION EFECTUADA DE CONFORMIDAD CON LA REGLA 3.3.17 DE LA R.M. DE COMERCIO EXTERIOR** | | | |
| | | | | |
| | EMPRESAS CALLE DE TLAXCALA S.A. DE C.V. ★ 30 JUN 2005 ★ EMBARCADO | | | |
| | | | | |
| | LA CONTRAPRESTACION SE HACE EN UNA SOLA EXHIBICION | VALOR DE OPERACIÓN | | 32,173.20 |

| TOTAL 1080 | VALOR DE OPERACION / SUBTOTAL 32,173.20 | I.V.A. / TAX | IMPORTE TOTAL / TOTAL AMOUNT 32,173.20 |
|---|---|---|---|

**IMPORTE CON LETRA**
( TREINTA DOS MIL, CIENTO SETENTA Y TRES DOLARES, 20/100 USD )

| SHIPPING MANAGER NOMBRE, FIRMA Y Nº. DE CONTROL | P.C. & LOGISTICS NOMBRE, FIRMA Y Nº. DE CONTROL | TRANSPORTISTA / DRIVER RECIBI DE CONFORMIDAD C L I E N T E | VIGILANCIA NOMBRE, FIRMA Y Nº. DE CONTROL | AUDITOR DE CALIDAD NOMBRE, FIRMA Y Nº. DE CONTROL |
|---|---|---|---|---|

# EMPRESAS CA-LE DE TLAXCALA, S.A DE C.V.

MANZANA 2 SECCION "C" CD. IND. XICOHTENCATL TETLA, TLAXCALA MEXICO
REG. FED. DE CONT EC0-8210730-4R
C P 90434   TELS : 01 (241) 418-45-00 FAX 01 (241) 418-45-49

**REMISION - FACTURA**

**Nº  26152**

Pg. 3 of 10

| FECHA / DATE |
|---|
| DD / MM / AY |
| 5/7/2005 |
| 3:41:58 |

| VENDIDO A / SOLD TO: | | CONSIGNADO A / SHIP TO: | |
|---|---|---|---|
| CLIENTE / CUSTOMER: | DELPHI ENERGY & CHASSIS SYSTEMS | NOMBRE / NAME: | #N/A |
| DIRECCION / ADDRESS: | 5420 DELPHI DRIVE | DIRECCION / ADDRESS: | #N/A |
| CIUDAD / CITY: | TROY, MICHIGAN | CIUDAD / CITY: | #N/A |
| PAIS / COUNTRY: | USA   48098 | PAIS / COUNTRY: | #N/A |
| C.P. / Z.C. | 02-25-0006 | C.P. / Z.C. | |
| Nº. CUENTA / ACCOUNT Nº. | | | |

| TRANSPORTISTA / FREIGHT COMPANY | CARTA PORTE 132967 | DESTINO FINAL / FINAL DESTINATION C-52740 |
|---|---|---|
| | | Cerritas |
| | TARIMAS / PALLETS 17 | PESO / WEIGHT 17,308.96  SELLOS / SEALS 000676-690 |

| CONDICIONES DE CREDITO CREDIT TERMS | ORDEN DE COMPRA PURCHASE ORDER | L.A.B. / F.O.B. | MONEDA CURRENCY | TIPO DE CAMBIO Y FECHA D.O.F. |
|---|---|---|---|---|
| MM-2 | JQS17086 | CA-LE | DOLARES | 10.862 |

| CANTIDAD QUANTITY | DESCRIPCION DEL ARTICULO DESCRIPTION | NUMERO DE PARTE PART NUMBER | PRECIO UNITARIO UNIT PRICE | IMPORTE AMOUNT |
|---|---|---|---|---|
| 1080 | BATTERY TYPE 86-7YR | 19022199 | 29.79 | 32,173.20 |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |

EMPRESAS CA-LE DE TLAXCALA
S.A. DE C.V.
★ 05 JUL 2005 ★
**EMBARCADO**

LA CONTRAPRESTACION SE HACE EN UNA SOLA EXHIBICION

VALOR DE OPERACIÓN   32,173.20

| TOTAL | VALOR DE OPERACION / SUBTOTAL | I.V.A. / TAX | IMPORTE TOTAL / TOTAL AMOUNT |
|---|---|---|---|
| 1080 | 32,173.20 | · | 32,173.20 |

**IMPORTE CON LETRA**
(TREINTA DOS MIL, CIENTO SETENTA Y TRES DOLARES, 20/100 USD )

| SHIPPING MANAGER NOMBRE, FIRMA Y Nº. DE CONTROL | P.C. & LOGISTICS NOMBRE, FIRMA Y Nº. DE CONTROL | TRANSPORTISTA / DRIVER RECIBI DE CONFORMIDAD C L I E N T E | VIGILANCIA NOMBRE, FIRMA Y Nº. DE CONTROL | AUDITOR DE CALIDAD NOMBRE, FIRMA Y Nº. DE CONTROL |
|---|---|---|---|---|

# EMPRESAS CA-LE DE TLAXCALA, S.A. DE C.V.

MANZANA 2 SECCION "C" CD. IND. XICOHTENCATL TETLA, TLAXALA, MEXICO
REG. FED. DE CONT EQL-910211-4Z3
C P. 90434  TELS. 01 (241) 418-45-00  FAX 01 (241) 418-45-49

CA-LE                                                     **REMISION - FACTURA**

01.10                                                     Nº    26196

| VENDIDO A / SOLD TO: | | CONSIGNADO A / SHIP TO: | | FECHA / DATE DD / MM / AY |
|---|---|---|---|---|
| CLIENTE / CUSTOMER: | DELPHI ENERGY & CHASSIS SYSTEMS | NOMBRE / NAME: | #N/A | 7/13/2005 |
| DIRECCION / ADDRESS: | 5820 DELPHI DRIVE | DIRECCION / ADDRESS: | #N/A | 1:20:43 |
| CIUDAD / CITY: | TROY, MICHIGAN | CIUDAD / CITY: | #N/A | |
| PAIS / COUNTRY: | USA  48098 | PAIS / COUNTRY: | | |
| C.P. / Z.C. | | C.P. / Z.C. | | |
| Nº. CUENTA / ACCOUNT Nº. | 02-25-0006 | | | |

| TRANSPORTISTA / FREIGHT COMPANY | CARTA PORTE | DESTINO FINAL / FINAL DESTINATION |
|---|---|---|
| | H2163 | CERRITOS    C-267100 |
| | TARIMAS / PALLETS | PESO / WEIGHT | SELLOS / SEALS |
| | 5 | 3633.96 KGS | 00741-506855 |

| CONDICIONES DE CREDITO CREDIT TERMS | ORDEN DE COMPRA PURCHASE ORDER | L.A.B. / F.O.B. | MONEDA CURRENCY | TIPO DE CAMBIO Y FECHA D.C.F. |
|---|---|---|---|---|
| MHG-2 | 0 | CA-LE | DOLARES | 10.7045 |

| CANTIDAD QUANTITY | DESCRIPCION DEL ARTICULO DESCRIPTION | NUMERO DE PARTE PART NUMBER | PRECIO UNITARIO UNIT PRICE | IMPORTE AMOUNT |
|---|---|---|---|---|
| 216 | BATTERY TYPE 86-7YR | 19023199 | 29.79 | 6,434.64 |
| | | | VALOR DE OPERACION | 6,434.64 |

EMPRESAS CA-LE DE TLAXCALA
S.A. DE C.V.

★  1 3 JUL 2005  ★

**EMBARCADO**

LA CONTRAPRESTACION SE HACE EN UNA SOLA EXHIBICION

| TOTAL | VALOR DE OPERACION / SUBTOTAL | I.V.A. / TAX | IMPORTE TOTAL / TOTAL AMOUNT |
|---|---|---|---|
| 216 | 6,434.64 | - | 6,434.64 |

IMPORTE CON LETRA
( SEIS MIL CUATROCIENTOS TRENTA Y CUATRO DOLARES, 64/100 USD )

| SHIPPING MANAGER NOMBRE, FIRMA Y Nº. DE CONTROL | P.C. & LOGISTICS NOMBRE, FIRMA Y Nº. DE CONTROL | TRANSPORTISTA / DRIVER RECIBI DE CONFORMIDAD NOMBRE, FIRMA Y Nº. DE CONTROL | VIGILANCIA NOMBRE, FIRMA Y Nº. DE CONTROL | AUDITOR DE CALIDAD NOMBRE, FIRMA Y Nº. DE CONTROL |
|---|---|---|---|---|

C L I E N T E

# EMPRESAS CA-LE DE TLAXCALA, S.A. DE C.V.

MANZANA 2 SECCION "C" CD. IND. XICOHTENCATL TETLA, TLAXCALA, MEXICO
REG. FED. DE CONT. ECE-930727-452
C.P 90434  TELS.: 01 (241) 419-45-00  FAX 01 (241) 419-45-31

**REMISION - FACTURA**

Nº  26276

| FECHA / DATE DD / MM / AY |
|---|
| 21/07/2005 |
| 1-19-16 |

| VENDIDO A / SOLD TO: | CONSIGNADO A / SHIP TO: |
|---|---|
| CLIENTE / CUSTOMER:    DELPHI ENERGY & CHASSIS SYSTEMS | NOMBRE / NAME:    #NA |
| DIRECCION / ADDRESS:    5820 DELPHI DRIVE | DIRECCION / ADDRESS:    #NA |
| CIUDAD / CITY:    TROY, MICHIGAN | CIUDAD / CITY:    #NA |
| PAIS / COUNTRY:    USA    48098 | PAIS / COUNTRY:    #NA |
| C.P. / Z.C | C.P. / Z.C. |
| Nº. CUENTA / ACCOUNT Nº    02-25-0006 | |

| TRANSPORTISTA / FREIGHT COMPANY | CARTA PORTE | DESTINO FINAL / FINAL DESTINATION |
|---|---|---|
| | | CERRITOS  C-53044-2 |
| | TARIMAS / PALLETS | PESO / WEIGHT    2422.64 KGS | SELLOS / SEALS    100076 |

| CONDICIONES DE CREDITO CREDIT TERMS | ORDEN DE COMPRA PURCHASE ORDER | L.A.B. / F.O.B. | MONEDA CURRENCY | TIPO DE CAMBIO Y FECHA D.O.F. |
|---|---|---|---|---|
| MIN5-2 | 0 | CA-LE | DOLARES | #N/A |

| CANTIDAD QUANTITY | DESCRIPCION DEL ARTICULO DESCRIPTION | NUMERO DE PARTE PART NUMBER | PRECIO UNITARIO UNIT PRICE | IMPORTE AMOUNT |
|---|---|---|---|---|
| 144 | BATTERY TYPE 96-7YR | 10023199 | 29.79 | 4,289.76 |
| | | | | |

EMPRESAS CA-LE DE TLAXCALA
S.A. DE C.V.

★  2 1 JUL 2005  ★

**EMBARCADO**

|  |  | VALOR DE OPERACIÓN | 4,289.76 |
|---|---|---|---|
| LA CONTRAPRESTACION SE HACE EN UNA SOLA EXHIBICION | | | |

| T O T A L | VALOR DE OPERACION / SUBTOTAL | I.V.A. / TAX | IMPORTE TOTAL / TOTAL AMOUNT |
|---|---|---|---|
| 144 | 4,289.76 | | 4,289.76 |

IMPORTE CON LETRA
( CUATRO MIL, DOSCIENTOS OCHENTA Y NUEVE DOLARES, 76/100 USD )

| SHIPPING MANAGER NOMBRE, FIRMA Y Nº. DE CONTROL | P.C. & LOGISTICS NOMBRE, FIRMA Y Nº. DE CONTROL | TRANSPORTISTA / DRIVER RECIBÍ DE CONFORMIDAD C L I E N T E | VIGILANCIA NOMBRE, FIRMA Y Nº. DE CONTROL | AUDITOR DE CALIDAD NOMBRE, FIRMA Y Nº. DE CONTROL |
|---|---|---|---|---|

# EMPRESAS CA·LE DE TLAXCALA, S.A. DE C.V.

MANZANA 2 SECCION "C" CD. IND. XICOHTENCATL TETLA, TLAXCALA, MEXICO
REG. FED. DE CONT. ECE860429 ...
C.P. 90434  TELS. 01 (241) 418-45-00 FAX 01 (241) 418-41-31

**REMISION · FACTURA**

No. 26334

| FECHA / DATE DD / MM / AY |
|---|
| 7/27/2005 |
| 1:45:29 |

| VENDIDO A / SOLD TO: | | CONSIGNADO A / SHIP TO: | |
|---|---|---|---|
| CLIENTE / CUSTOMER: | DELPHI ENERGY & CHASSIS SYSTEMS | NOMBRE / NAME: | #NA |
| DIRECCION / ADDRESS: | 5820 DELPHI DRIVE | DIRECCION / ADDRESS: | #NA |
| CIUDAD / CITY: | TROY, MICHIGAN | CIUDAD / CITY: | #NA |
| PAIS / COUNTRY: | USA    48098 | PAIS / COUNTRY: | #NA |
| C.P. / Z.C. | | C.P. / Z.C. | |
| Nº. CUENTA / ACCOUNT Nº. | 02-25-0006 | | |

| TRANSPORTISTA / FREIGHT COMPANY | | CARTA PORTE | DESTINO FINAL / FINAL DESTINATION |
|---|---|---|---|
| | | A138330 | CERRITOS /| C-W42126 // |
| | | TARIMAS / PALLETS | PESO / WEIGHT | SELLOS / SEALS |
| | | 4 / | 4845.28 KGS | 100132 |

| CONDICIONES DE CREDITO CREDIT TERMS | ORDEN DE COMPRA PURCHASE ORDER | L.A.B. / F.O.B. | MONEDA CURRENCY | TIPO DE CAMBIO Y FECHA D.O.F. |
|---|---|---|---|---|
| MNS-2 | 0 | CA·LE | DOLARES | 10.6683 |

| CANTIDAD QUANTITY | DESCRIPCION DEL ARTICULO DESCRIPTION | NUMERO DE PARTE PART NUMBER | PRECIO UNITARIO UNIT PRICE | IMPORTE AMOUNT |
|---|---|---|---|---|
| 288 | BATTERY TYPE 86-7YR | 19023109 | 29.79 | 8,579... |
| | | | | |
| | LA CONTRAPRESTACION SE HACE EN UNA SOLA EXHIBICION | VALOR DE OPERACION | | 8,579... |

EMPRESAS CA·LE DE TLAXCALA
S.A. DE C.V.
★ 27 JUL 2005 ★
**EMBARCADO**

| TOTAL | VALOR DE OPERACION / SUBTOTAL | I.V.A. / TAX | IMPORTE TOTAL / TOTAL AMOUNT |
|---|---|---|---|
| 288 | 8,579.52 | | 8,579.52 |

**IMPORTE CON LETRA**

( OCHO MIL QUINIENTOS SETENTA Y NUEVE DOLARES, 52/100 USD )

| SHIPPING MANAGER NOMBRE, FIRMA Y Nº. DE CONTROL | EC-19 OFFICERS NOMBRE, FIRMA Y Nº. DE CONTROL | TRANSPORTISTA / DRIVER RECIBI DE CONFORMIDAD C L I E N T E | VIGILANCIA NOMBRE, FIRMA Y Nº. DE CONTROL | AUDITOR DE CALIDAD NOMBRE, FIRMA Y Nº. DE CONTROL |
|---|---|---|---|---|

## UNIFORM STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE        Bill of Lading#:        **Cer 00027**

Carrier:        **CH Robinson. / Trans Winds**        Factura (s) #        **26128**

Carrier pro#:

Received, subject to individually determined rates/contracts that are agreed upon in writing among the carrier and shipper (or assigns) if applicable
otherwise to the rates, specifications and rules that are established by the carrier and are available to the shipper (or assigns) upon request;

| | |
|---|---|
| Shipper: **Ryder Integrated Logistics** | Consignee **GM Service Parts Cisco # 17163** |
| Address: **1001 Carriers Dr.** | Address **2699 Highwood Blvd** |
| City/St/ZIP: **Laredo, TX 78045** | City/St/Zip: **Smyrna ,Tn 37167-9304** |
| Phone # **(956) 717 - 3041** | Phone # |
| Hazmat Emergency # 1800-360-3220 | |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned , and destined as shown below, which said carrier agrees to transport to destination, if on its route, or otherwise to deliver to another
carrier on the route, to destination. Every service to be performed hereunder shall be subject to all conditions not prohibited by law, either written
or printed, herein contained, including the conditions which are agreed to by the shipper (or assigns) and accepted.

Collect on Delivery $:                    Remit to:

Street Address:                    COD paid by Shipper:

| Handling units | | Packages/Pieces | | Haz. | Kind of package, description of article, special | Weight |
|---|---|---|---|---|---|---|
| Qty | Type | PART NUMBER | | Mat. | marks and exceptions (subject to correction) | (Subj. to corr.) |
| 15 | | 19023199 | | YES | Hazardous Material / ACID / Class 8 / Group 3 ID # 2794 | 42,915 |
| SKID | 1080 | BATTERIES | | | Serial # | |
| | | | | | Serial # | |
| | | | | | If problems en route or at delivery, notify shipper | |

SEAL #    4058783                    Freight charges  are PREPAID unless marked COLLECT ___

| | |
|---|---|
| Note (1) Where the rate is dependent on value, shipper is required to state | Shipment is tendered as PREPAID unless otherwise noted |
| specifically in writing the agreed / declared value of the property, as follows: | **Carrier Payment** - Mail freight invoice |
| to not be exceeding $ | with a signed copy of this Bill of Lading to: |
| Note (2) Liability for loss or damage on this shipment may be applicable. | |
|        [See 49 C.F.R. Para 14706 (1)(A) and (B)] | |
| Note (3) Commodities requiring special/additional care or attention in handling | |
| or stowing must be marked/packaged to ensure safe transport with ordinary care. | |

| Shipper Certification | Carrier Certification | If this shipment is to be delivered to the |
|---|---|---|
| This is to certify that the above named | Carrier acknowledges receipt of packages and | consignee without recourse on the consignor, |
| materials are properly classified, packaged, | required placards.  Carrier certifies that | the consignor shall sign the following: |
| marked, and labeled, and are in proper | emergency response information was made | The carrier may decline to make delivery |
| condition for transport according to the | available and/or carrier has the appropriate | of this shipment without payment of freight |
| applicable regulations. | response guidebook or equivalent document in | and other lawful charges- with prior |
| | the vehicle. | notification. |
| Per:        Gerardo Calvo | Per:        Chuck Kuft | Per: |
| Date:        7/25/2005 | Date:        7/25/2005 | Date: |
| | Time        17:00:00 | |
| | Trl #        83531 | |

## UNIFORM STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE          Bill of Lading#: _____ **Cer 00028**

| | |
|---|---|
| Carrier:          CH Robinson. / Schuster | Factura (s) #          **26152** |

Carrier prof#: _____

Received, subject to individually determined rates/contracts that are agreed upon in writing among the carrier and shipper (or assigns) if applicable
otherwise to the rates, specifications and rules that are established by the carrier and are available to the shipper (or assigns) upon request:

| | |
|---|---|
| Shipper:          Ryder Integrated Logistics | Consignee GM Service Parts Cisco # 17163 |
| Address:          1001 Carriers Dr. | Address          2699 Highwood Blvd |
| City/St/ZIP:          Laredo, TX 78045 | City/St/Zip: Smyrna ,Tn 37167-9304 |
| Phone #          (956) 717 - 3041 | |
| | Phone # |
| Hazmat Emergency # 1800-360-3220 | |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned , and destined as shown below, which said carrier agrees to transport to destination, if on its route, or otherwise to deliver to another
carrier on the route, to destination.  Every service to be performed hereunder shall be subject to all conditions not prohibited by law, either written
or printed, herein contained, including the conditions which are agreed to by the shipper (or assigns) and accepted.

| Collect on Delivery $: _____ | | Remit to: | | |
|---|---|---|---|---|
| Street Address: | | | COD paid by Shipper: | |

| Handling units | | Packages/Pieces | Haz. | Kind of package, description of article, special | Weight |
|---|---|---|---|---|---|
| Qty | Type | PART NUMBER | Mat. | marks and exceptions (subject to correction) | (Subj. to corr.) |
| 15 | | 19023199 | YES | Hazardous Material / ACID / Class 8 / Group 3 ID # 2794 | 42,915 |
| SKID | 1080 | BATTERIES | | Serial # | |
| | | | | Serial # | |
| | | | | if problems en route or at delivery, notify shipper | |

SEAL # _____          Freight charges  are PREPAID unless marked COLLECT ____

| | |
|---|---|
| Note (1) Where the rate is dependent on value, shipper is required to state specifically in writing the agreed / declared value of the property, as follows: to not be exceeding $ _____ | Shipment is tendered as PREPAID unless otherwise noted |
| | **Carrier Payment** - Mail freight invoice with a signed copy of this Bill of Lading to: |
| Note (2) Liability for loss or damage on this shipment may be applicable.          [See 49 C.F.R. Para 14706 (1)(A) and (B)] | |
| Note (3) Commodities requiring special/additional care or attention in handling or stowing must be marked/packaged to ensure safe transport with ordinary care. | |

| Shipper Certification | Carrier Certification | If this shipment is to be delivered to the |
|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transport according to the applicable regulations. | Carrier acknowledges receipt of packages and required placards. Carrier certifies that emergency response information was made available and/or carrier has the appropriate response guidebook or equivalent document in the vehicle. | consignee without recourse on the consignor, the consignor shall sign the following: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges- with prior notification. |
| Per:          Gerardo Calvo | Per: | Per: |
| Date:          7/26/2005 | Date:          7/26/2005 | Date: |
| | Time          15:00:00 | |
| | Trl #          5428 | |

## UNIFORM STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE     Bill of Lading#:     **Cer 00029**

Carrier:    CH Robinson. / Metro Express       Factura (s) #

Carrier pro#:

Received, subject to individually determined rates/contracts that are agreed upon in writing among the carrier and shipper (or assigns) if applicable otherwise to the rates, specifications and rules that are established by the carrier and are available to the shipper (or assigns) upon request:

| | |
|---|---|
| Shipper:   Ryder Integrated Logistics | Consignee   GM Service Parts Distribution |
| Address:   1001 Carriers Dr. | Address    5S 84th St |
| City/St/ZIP:   Laredo, TX 78045 | City/St/Zip: Tolleston , Az 85353 |
| Phone #   (956) 717 - 3041 | |
| | Phone # |
| Hazmat Emergency # 1800-360-3220 | |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned , and destined as shown below, which said carrier agrees to transport to destination, if on its route, or otherwise to deliver to another carrier on the route, to destination. Every service to be performed hereunder shall be subject to all conditions not prohibited by law, either written or printed, herein contained, including the conditions which are agreed to by the shipper (or assigns) and accepted.

Collect on Delivery $:            Remit to:

Street Address:            COD paid by Shipper:

| Handling units | | Packages/Pieces | | Haz. | Kind of package, description of article, special | Weight |
|---|---|---|---|---|---|---|
| Qty | Type | | PART NUMBER | Mat. | marks and exceptions (subject to correction) | (Subj. to corr.) |
| 15 | | | 19023199 | YES | Hazardous Material / ACID / Class 8 / Group 3 ID # 2794 | 42,915 |
| | SKID | 1080 | BATTERIES | | Serial # | |
| | | | | | Serial # | |
| . | | | | | If problems en route or at delivery, notify shipper | |

SEAL #                           Freight charges   are PREPAID unless marked COLLECT ___

Note (1) Where the rate is dependent on value, shipper is required to state specifically in writing the agreed / declared value of the property, as follows: to not be exceeding $

Note (2) Liability for loss or damage on this shipment may be applicable.
     [See 49 C.F.R. Para 14706 (1)(A) and (B)]

Note (3) Commodities requiring special/additional care or attention in handling or stowing must be marked/packaged to ensure safe transport with ordinary care.

Shipment is tendered as PREPAID unless otherwise noted

**Carrier Payment** - Mail freight invoice with a signed copy of this Bill of Lading to:

| Shipper Certification | Carrier Certification | If this shipment is to be delivered to the consignee |
|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transport according to the applicable regulations. | Carrier acknowledges receipt of packages and required placards. Carrier certifies that emergency response information was made available and/or carrier has the appropriate response guidebook or equivalent document in the vehicle. | consignee without recourse on the consignor, the consignor shall sign the following: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges- with prior notification. |
| Per:    Gerardo Calvo | Per:    Mario Barrientos | Per: |
| Date:    7/26/2005 | Date:    7/26/2005 | Date: |
| | Time    15:10:00 | |
| | Trl #    439343 | |

UNIFORM STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Bill of Lading #: **Cer 00030**

Factura (s) #

Carrier: Schneider /

Carrier pros#: KAO5698

Received, subject to individually determined rates/contracts that are agreed upon in writing among the carrier and shipper (or assigns) if applicable otherwise to the rates, specifications and rules that are established by the carrier and are available to the shipper (or assigns) upon request.

| | |
|---|---|
| Shipper: Ryder Integrated Logistics | Consignee GM SPO / BOC 53 |
| Address: 1001 Carriers Dr. | Address 2696 HIGHWOODS |
| City/St/ZIP: Laredo, TX 78045 | City/St/Zip: Smyrna, TN 37167 |
| Phone #: (956) 717 - 3041 | Phone # |

Hazmat Emergency # 1800-360-3228

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned , and destined as shown below, which said carrier agrees to transport to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all conditions not prohibited by law, either written or printed, herein contained, including the conditions which are agreed to by the shipper (or assigns) and accepted.

Remit to: GM SPO / Schneider PO Box 2654 Green bay WI 54306
COD paid by Shipper

| Collect on Delivery $: Street Address | | | | | | Weight (Subj. to corr.) |
|---|---|---|---|---|---|---|
| Handling units Qty Type | Packages/Pieces PART NUMBER | | Haz Mat | Kind of package, description of article, special marks and exceptions (subject to correction) | | 27,000 |
| 9 | 19023199 | | YES | Hazardous Material / ACID  Class 8 / Group 3 ID # 2794 | | |
| SKID | 1080 | BATTERIES | | Serial # | | |
| | | | | Serial # | | |
| | | | | If problem en route or at delivery, notify shipper | | |

SEAL #

Freight charges  are PREPAID unless marked COLLECT ___

Shipment is tendered as PREPAID unless otherwise noted

Note: (1) Where the rate is dependent on value, shipper is required to state specifically in writing the agreed / declared value of the property, as follows: to not be exceeding $

Note (2) Liability for loss or damage on this shipment may be applicable.
[See 49 C.F.R. Para 14706 (1)/A) and (B)]

Note (3) Commodities requiring special/additional care or attention in handling or stowing must be marked/packaged to ensure safe transport with ordinary care.

Carrier Payment - Mail freight invoice with a signed copy of this Bill of Lading to:

**Shipper Certification**
This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transport according to the applicable regulations.

**Carrier Certification**
Carrier acknowledges receipt of packages and required placards. Carrier certifies that emergency response information was made available and/or carrier has the appropriate response guidebook or equivalent document in the vehicle.

If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following:
The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges- with prior notification.

| | | |
|---|---|---|
| Per: Gerardo Calvo | Per: | Per: |
| Date: 8/30/2005 | Date: 9/1/05 | Date: |
| | Time 9:40 | |
| | Trl # TA 94 90 41 | |

Robert D. [signature]

seal 4036954