Hearing Date and Time: August 16, 2007 at 10:00 a.m.
Response Date and Time: August 9, 2007 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
   In re                                        :
                                                             :
DELPHI CORPORATION, et al.,                                  :    Chapter 11
                                                             :
                  Debtors.     :    Case No. 05-44481 (RDD)
                                                             :
                                                             :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of August 2007, I caused to be served a true and correct copy of the *RESPONSE OF EMPRESAS CA LE TLAXCALA SA DE CV (CLAIM NO. 15511) TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION via* facsimile and first class mail to the following counsel of record:

| Delphi Corporation | Skadden, Arps, Slate, Meagher &Flom LLP |
|---|---|
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, Michigan 48098 | Chicago, IL 60606 |
| Att'n: General Counsel | Att'n: John Wm. Butler, Jr., John K. Lyons, |
| Fax: 312.407.0411 | and Joseph N. Wharton |
|  | Fax: 248.813.2491 |

Date: August 9, 2007
      New York, NY

                                                                */s/ Marianne Pichuzhkina*
                                                                Marianne Pichuzhkina